**I.(a) Plaintiffs**

**THE STATE OF TEXAS,**
By and through its Attorney General, Ken Paxton,

**STATE OF ALABAMA**
By and through its Attorney General, Steve Marshall

**STATE OF ALASKA**
By and through its Attorney General, Treg R. Taylor

**STATE OF ARKANSAS**
By and through its Attorney General, Tim Griffin

**STATE OF FLORIDA**
By and through its Attorney General, Ashley Moody

**STATE OF IDAHO**
By and through its Attorney General, Raúl R. Labrador

**STATE OF IOWA**
By and through its Attorney General, Brenna Bird

**STATE OF KANSAS**
By and through its Attorney General, Kris Kobach

**COMMONWEALTH OF KENTUCKY**
By and through its Attorney General, Daniel Cameron

**STATE OF LOUISIANA**
By and through its Attorney General, Jeff Landry

**STATE OF MISSISSIPPI**
By and through its Attorney General, Lynn Fitch

**STATE OF MISSOURI**
By and through its Attorney General, Andrew Bailey

**STATE OF MONTANA**
By and through its Attorney General, Austin Knudsen

**STATE OF NEBRASKA**
By and through its Attorney General, Michael T. Hilgers

**STATE OF OHIO**
By and through its Attorney General, David Yost

**STATE OF SOUTH CAROLINA**
By and through its Attorney General, Alan Wilson

**STATE OF TENNESSEE**
By and through its Attorney General, Jonathan Skrmetti

**STATE OF UTAH**
By and through its Attorney General, Sean D. Reyes

**STATE OF WEST VIRGINIA**
By and through its Attorney General, Patrick Morrisey

**STATE OF WYOMING**
By and through its Attorney General, Bridget Hill

**THE STATE OF ARKANSAS,**
By and through its Attorney General, Leslie Rutledge

**THE STATE OF FLORIDA**,
By and through its Attorney General, Ashley Moody

**THE STATE OF INDIANA,**
By and through its Attorney General, Todd Rokita

**THE STATE OF MISSOURI,**
By and through its Attorney General,

**THE STATE OF MONTANA,**
By and through its Attorney General, Austin Knudsen

**THE STATE OF OKLAHOMA,**
By and through its Attorney General, John M. O'Connor


### I.(b) Attorneys

**THE STATE OF TEXAS,**
By and through its Attorney General, Ken Paxton,
AARON F. REITZ
Deputy Attorney General for Legal Strategy
*Lead Counsel*
Texas Bar No. 24105704
Southern District of Texas No. 3653771
Aaron.Reitz@oag.texas.gov

Leif A. Olson
Chief, Special Litigation Division
*Special Counsel*
Texas Bar No. 24032801
Southern District of Texas No. 33695
leif.olson@oag.texas.gov
Ryan D. Walters
*Special Counsel*
Texas Bar No. 24105085
Southern District of Texas No. 3369185
ryan.walters@oag.texas.gov
Office of the Attorney General
PO Box 12548 (MC 009)
Austin, TX 78711-2548
Tel: (512) 463-4139
Fax: (512) 474-2697
*Counsel for the State of Texas*

**Gene P. Hamilton**
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org
*Counsel for the State of Texas*

**The State of Alabama,**
Steve Marshall
Alabama Attorney General
Edmund G. LaCour Jr.
Solicitor General
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
*Counsel for the State of Alabama*

**The State of Alaska**
Treg R. Taylor
Attorney General of Alaska
Cori M. Mills
Deputy Attorney General of Alaska

CHRISTOPHER A. ROBISON
Alaska Bar No. 2111126
Texas Bar No. 24035720
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
chris.robison@alaska.gov
*Counsel for the State of Alaska*

THE STATE OF ARKANSAS
TIM GRIFFIN
Arkansas Attorney General
NICHOLAS J. BRONNI
Arkansas Solicitor General
HANNAH L. TEMPLIN
Assistant Solicitor General
Office of the Arkansas
Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
*Counsel for the State of Arkansas*

THE STATE OF FLORIDA
ASHLEY MOODY
Attorney General of Florida
JAMES H. PERCIVAL* (FBN 1016188)
Deputy Attorney General of Legal Policy
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Tel: (850) 414-3300
Fax: (850) 410-2672 (fax)
james.percival@myfloridalegal.com
*Counsel for the State of Florida*

THE STATE OF IDAHO
RAÚL R. LABRADOR
ATTORNEY GENERAL OF IDAHO
DAVID M.S. DEWHIRST, ISB No. 12141
  *Chief Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010

Tel: (208) 334-2400
Fax: (208) 854-8071
david.dewhirst@ag.idaho.gov
*Counsel for the State of Idaho*

THE STATE OF IOWA
BRENNA BIRD
Attorney General of Iowa
ERIC H. WESSAN
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel: (515) 281-5164
Fax: (515) 281-4209
wessan.eric@ag.iowa.gov
*Counsel for the State of Iowa*

THE STATE OF KANSAS
KRIS KOBACH
Attorney General of Kansas
JESSE A. BURRIS, Kan. Sup. Ct.  #26856*
Assistant Attorney General
Office of Kansas Attorney General Kris Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Fax: (785) 296-3131
Jesse.Burris@ag.ks.gov
*Counsel for the State of Kansas*

THE STATE OF KENTUCKY
DANIEL CAMERON
Attorney General of Kentucky
MARC MANLEY*
Associate Attorney General
Kentucky Office of the
Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478
*Counsel for the Commonwealth of Kentucky*

THE STATE OF LOUISIANA
JEFF LANDRY
Attorney General of Louisiana
ELIZABETH B. MURRILL (La #20685)

Solicitor General
JOSEPH SCOTT ST. JOHN (La #36682)
Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
*Counsel for the State of Louisiana*

THE STATE OF MISSISSIPPI
LYNN FITCH
Attorney General of Mississippi
JUSTIN L. MATHENY
Deputy Solicitor General
Office of the Mississippi
Attorney General
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov
*Counsel for the State of Mississippi*

THE STATE OF MISSOURI
ANDREW BAILEY
Attorney General of Missouri
JOSHUA M. DIVINE, Mo. Bar #69875*
Solicitor General
CHARLES F. CAPPS, Mo. Bar #72734*
Deputy Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, Missouri 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
Josh.Divine@ago.mo.gov
*Counsel for the State of Missouri*

THE STATE OF MONTANA
AUSTIN KNUDSEN
Attorney General of Montana
CHRISTIAN B. CORRIGAN
Solicitor General
PETER M. TORSTENSEN, JR.
Assistant Solicitor General

Office of the Attorney General
215 N Sanders
Helena, Montana 59601
Tel: (406) 444-2026
Christian.Corrigan@mt.gov
*Counsel for the State of Montana*

THE STATE OF NEBRASKA
MICHAEL T. HILGERS
Attorney General of Nebraska
ERIC J. HAMILTON
Deputy Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
eric.hamilton@nebraska.gov
*Counsel for the State of Nebraska*

THE STATE OF OHIO
DAVE YOST
Ohio Attorney General
SYLVIA MAY MAILMAN*
Ohio Deputy Solicitor General
30 E. Broad St., 17th Floor
Columbus, OH 43215
Tel: (614) 466-8980
May.Mailman@OhioAGO.gov
*Counsel for the State of Ohio*

THE STATE OF SOUTH CAROLINA
ALAN WILSON
Attorney General of South Carolina
THOMAS T. HYDRICK
Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
Tel: (803) 734-4127
thomashydrick@scag.gov
*Counsel for the State of South Carolina*

THE STATE OF TENNESSEE
JONATHAN SKRMETTI
Tennessee Attorney General and Reporter
CLARK L. HILDABRAND
Assistant Solicitor General

P.O. Box 20207
Nashville, TN 37202
Tel: (615) 253-5642
Clark.Hildabrand@ag.tn.gov
*Counsel for the State of Tennessee*

THE STATE OF UTAH
SEAN D. REYES
Utah Attorney General
MELISSA HOLYOAK
Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Tel: (801) 538-9600
melissaholyoak@agutah.gov
*Counsel for the State of Utah*

THE STATE OF WEST VIRGINIA
PATRICK MORRISEY
Attorney General of West Virginia
LINDSAY SEE*
Solicitor General
MICHAEL R. WILLIAMS*
Senior Deputy Solicitor General
Office of the West Virginia Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Tel: (681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov
*Counsel for the State of West Virginia*

THE STATE OF WYOMING
BRIDGET HILL
Wyoming Attorney General
RYAN SCHELHAAS*
Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for the State of Wyoming*

**I.(a) Defendants**

**U.S. DEPARTMENT OF HOMELAND SECURITY**;

**ALEJANDRO MAYORKAS**, in his official capacity as Secretary of Homeland Security;

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**;

**UR JADDOU**, in her official capacity as Director of U.S. Citizenship and Immigration Services;

**U.S. CUSTOMS & BORDER PROTECTION**;

**TROY MILLER**, in his official capacity as Acting Commissioner of U.S. Customs & Border Protection;

**U.S. IMMIGRATION & CUSTOMS ENFORCEMENT**; and

**TAE JOHNSON**, in his official capacity as Acting Director of U.S. Immigration & Customs Enforcement