UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

_____
                                       )
STATE OF TEXAS, *et al.*               )
                                       )
                  Plaintiffs           )
     v.                                )   No. 6:23-cv-00007
                                       )
DEPARTMENT OF HOMELAND                 )
SECURTY., *et al.*                     )
                                       )
                  Defendants.          )
_____ )

## NOTICE OF APPERANCE

Please take notice that undersigned counsel hereby enters his appearance on behalf of all Defendants, without waiver of jurisdiction, service, or venue.

Dated: January 26, 2023                Respectfully submitted,

ALAMDAR S. HAMDANI                     BRIAN M. BOYNTON
*United States Attorney*               *Principal Deputy Assistant Attorney General*

                                       WILLIAM C. PEACHEY
                                       *Director*
                                       Office of Immigration Litigation
                                       District Court Section

                                       /s/ *Erez Reuveni*
                                       EREZ REUVENI
                                       *Assistant Director*
                                       U.S. Department of Justice
                                       Civil Division
                                       Office of Immigration Litigation
                                       District Court Section
                                       P.O. Box 868, Ben Franklin Station
                                       Washington, DC 20044
                                       Tel.: (202) 307-4293
                                       erez.r.reuveni@usdoj.gov

1

## CERTIFICATE OF SERVICE

    I hereby certify that on January 26, 2023, I electronically filed this brief with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                          /s/ *Erez Reuveni*
                                          EREZ REUVENI
                                          U.S. Department of Justice