UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | No. 6:23-cv-00007 |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURTY., *et al.* ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Pending before the Court is Defendants' Motion to Transfer Venue. After reviewing the Motion, the Response, the Reply, the record, and the applicable law, the Court GRANTS Defendants' Motion. Therefore, it is hereby ORDERED that this case shall be transferred to the [Austin Division of the Western District of Texas / District of Columbia / Brownsville, Corpus Christi, Houston, Laredo, or McAllen Division of the Southern District of Texas]. The clerk shall transfer this case forthwith.

It is SO ORDERED.

Signed this ___ of _____, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**