United States District Court
Southern District of Texas
**ENTERED**
January 30, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | No. 6:23-cv-00007 |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURTY., *et al.* ) | |
| Defendants. | |

## ORDER

Pending before the Court is Defendants' Unopposed Motion to Exceed the Word Limit for Their Motion to Transfer. After due consideration, the Court GRANTS Defendants' Unopposed Motion to Exceed Word Limits. Therefore, it is hereby ORDERED that the word limit for Defendants' motion is 6,334 words.

It is SO ORDERED.

Signed this  30th   of     January    , 2023.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**