| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|
| State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Iowa, State of Kansas, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of Montana, State of Nebraska, State of Ohio, State of South Carolina, State of Tennessee, State of Utah, State of West Virginia, State of Wyoming and State of Texas ||||
| *versus* ||||
| U.S. Dept. of Homeland Security, Secretary Alejandro Mayorkas, U.S. Citizenship and Immigration Services, Ur Jaddou, in her official capacity as Director of U.S. Citizenship and Immigration Services, U.S. Customs & Border Protection, Troy Miller in his official capacity as Acting Commissioner of U.S. Customs & Border Protection, U.S. Immigration & Customs Enforcement and Tae Johnson in his official capacity as Acting Director of U.S. Immigration & Customs Enforcement ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joshua M. Divine<br>Office of Missouri Attorney General<br>207 West High Street<br>Jefferson City, Missouri 65101<br>(573) 751-8870<br>MO69875<br>Eastern District of Missouri 69875 |
|---|---|

| Name of party applicant seeks to appear for: | State of Missouri |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/1/2023 | Signed: */s/ Joshua M. Divine* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
                                      United States District Judge

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

## CERTIFICATE OF GOOD STANDING

I, GREGORY J. LINHARES , Clerk of this Court,

certify that Joshua M. Divine , Bar # 69875MO ,

was duly admitted to practice in this Court on September 8, 2017 , and is in good standing as a member

of the Bar of this Court.

Dated at St. Louis, Missouri on January 30, 2023
*(Location)* *(Date)*

CLERK

/s/ Jason W. Dockery
*DEPUTY CLERK*