United States District Court
Southern District of Texas
Victoria Division

| | |
|---|---|
| STATE OF TEXAS<br>STATE OF ALABAMA<br>STATE OF ALASKA,<br>STATE OF ARKANSAS,<br>STATE OF FLORIDA<br>STATE OF IDAHO<br>STATE OF IOWA<br>STATE OF KANSAS<br>COMMONWEALTH OF KENTUCKY<br>STATE OF LOUISIANA<br>STATE OF MISSISSIPPI<br>STATE OF MISSOURI<br>STATE OF MONTANA<br>STATE OF NEBRASKA<br>STATE OF OHIO<br>STATE OF SOUTH CAROLINA<br>STATE OF TENNESSEE<br>STATE OF UTAH<br>STATE OF WEST VIRGINIA<br>STATE OF WYOMING<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security;<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES;<br>UR JADDOU, in her official capacity as Director of U.S. Citizenship and Immigration Services;<br>U.S. CUSTOMS & BORDER PROTECTION;<br>TROY MILLER, in his official capacity as Acting Commissioner of U.S. Customs & Border Protection;<br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; and | Case No. 6:23-cv-00007 |

TAE JOHNSON, in his official capacity as Acting Director of U.S. Immigration & Customs Enforcement;
  *Defendants.*

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff the State of Texas files this Notice of Appearance of Counsel and hereby notifies the Court that Special Counsel Ryan D. Walters will appear as counsel for the State of Texas, along with counsel listed below. Mr. Walters is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules. His contact information is:

>Ryan D. Walters
>Special Counsel
>Tx. Bar No. 24105085
>Southern District of Texas No. 3369185
>P.O. Box 12548, MC 009
>Austin, Texas 78711-2548
>(512) 936-2714 | Fax: (512) 457-4410
>ryan.walters@oag.texas.gov

Dated February 1, 2023.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 936-1700

Respectfully submitted,

AARON F. REITZ
*Attorney-in-Charge*
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
Southern District of Texas No. 3653771
aaron.reitz@oag.texas.gov

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas No. 33695
leif.olson@oag.texas.gov

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085
Southern District of Texas No. 3369185
ryan.walters@oag.texas.gov

GENE P. HAMILTON*
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
Tel: (202) 964-3721
gene.hamilton@aflegal.org

*Counsel for the State of Texas*

*Application for admission forthcoming

3

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically on all parties who have appeared and registered for notifications via CM/ECF on February 1, 2023.

<em>/s/ Ryan D. Walters</em><br>RYAN D. WALTERS