| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Justin L. Matheny<br>Mississippi Attorney General's Office<br>550 High Street, Suite 1200<br>Jackson, MS 39201<br>(601) 359-3825<br>Mississippi, 100754 |
|---|---|

| Name of party applicant seeks to appear for: | State of Mississippi |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:  2/7/2023 | Signed: /s/Justin L. Matheny |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____      _____
                                                                              United States District Judge

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Justin L. Matheny** was duly and legally admitted to practice law before the Supreme Court of Mississippi on September 24, 2002, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on December 19, 2022, with the seal of the Supreme Court of Mississippi affixed.

*The Supreme Court of Mississippi*

_____
**CLERK**