United States District Court
Southern District of Texas

**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

Department of Homeland Security, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Justin L. Matheny<br>Mississippi Attorney General's Office<br>550 High Street, Suite 1200<br>Jackson, MS 39201<br>(601) 359-3825<br>Mississippi, 100754 |

| Name of party applicant seeks to appear for: | State of Mississippi |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/7/2023 | Signed: | /s/Justin L. Matheny |
|---|---|---|

| The state bar reports that the applicant's status is: | in good standing. |
|---|---|
| Dated: 2-9-2023 | Clerk's signature  *KPapain* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: February 09, 2023

_/s/ Drew B. Tipton_
United States District Judge