# United States District Court
# Southern District of Texas
# Victoria Division

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>    *Defendants.* | Case 6:23-cv-7 |

## PLAINTIFF STATES' UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT FOR MOTION FOR PRELIMINARY INJUNCTION

The Plaintiff States respectfully request permission for their Motion for Preliminary Injunction to exceed the word limit by 1,500 words, making it 6,500. The motion raises complex issues in a case of national importance, and the States require these extra words to adequately present these issues to the Court. They seek this enlargement for good cause and in the interest of justice, not for delay, and no party will be prejudiced if the word limit is increased. The other parties do not oppose the request.

Dated February 14, 2023.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

Respectfully submitted,

AARON F. REITZ
*Lead Counsel*
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

/s/ Leif A. Olson
LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
leif.olson@oag.texas.gov

RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085

DAVID BRYANT
Special Counsel
Texas Bar No. 03281500
david.bryant@oag.texas.gov

GENE P. HAMILTON
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

*Counsel for the State of Texas*

### CERTIFICATE OF SERVICE

I certify that on February 14, 2023, I filed this motion through the Court's CM/ECF system, which automatically served it upon all counsel of record.

/s/ Leif A. Olson

### CERTIFICATE CONFERENCE

I certify that on February 14, 2023, I conferred with the Defendants' counsel Erez Reuveni, who informed me that this motion is unopposed.

/s/ Leif A. Olson