**United States District Court**
**Southern District of Texas**
**Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>   SECURITY, *et al.*,<br>    *Defendants.* | Case 6:23-cv-7 |

**ORDER INCREASING WORD LIMIT**

On the Plaintiff States' unopposed motion, the word limit for their Motion for Preliminary injunction is increased to 6,500 words.

Signed on February ____, 2023.

_____
Drew S. Tipton
United States District Judge