**United States District Court**
**Southern District of Texas**
**Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>    *Defendants.* | Case 6:23-cv-7 |

### Preliminary Injunction

On the Plaintiff States' Motion, Dkt. 19, the Court:

1. Finds that the States are likely to prevail on the merits of their claims on final judgment;

2. Finds that the States are suffering, and will continue to suffer, irreparable harm if the Defendants are not enjoined; and

3. Finds that the balance of the equities and the public interest favor enjoining the Defendants pending a final judgment.

Therefore, the Defendants are enjoined from implementing, operating, or continuing to operate the program set forth and described in the notices published at 88 Fed. Reg. 1243 (Jan. 9, 2023), 88 Fed. Reg. 1255 (Jan. 9, 2023), 88 Fed. Reg. 1266 (Jan. 9, 2023), and 88 Fed. Reg. 1279 (Jan. 9, 2023).

Signed on February __, 2023.

---

Drew S. Tipton
United States District Judge