United States District Court
Southern District of Texas
**ENTERED**
February 15, 2023
Nathan Ochsner, Clerk

**United States District Court
Southern District of Texas
Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,  *Plaintiffs,*  v.  U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,  *Defendants.* | Case 6:23-cv-7 |

### ORDER INCREASING WORD LIMIT

On the Plaintiff States' unopposed motion, the word limit for their Motion for Preliminary injunction is increased to 6,500 words.

Signed on February __15__, 2023.

_____
Drew B. Tipton
United States District Judge