UNITED STATES DISTRICT COURT		SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|
| State of Texas, et al. ||||
| *versus* ||||
| U.S. Department of Homeland Security, Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael R. Williams<br>West Virginia Attorney General's Office<br>1900 Kanawha Blvd. E., Bldg 1 Rm 26E<br>Charleston, WV 25305<br>304-558-2021 / Michael.R.Williams@wvago.gov<br>WV-14148 / DC-994953 / VA-79214 / MI-79827 |
|---|---|

| Name of party applicant seeks to appear for: | State of West Virginia |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/6/2023 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:            Clerk's signature |

**Order**		This lawyer is admitted *pro hac vice*.

Dated: _____		_____
						United States District Judge



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Michael Williams*

was duly qualified and admitted on June 7, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 09, 2023.*

**JULIO A. CASTILLO**
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*