United States District Court
Southern District of Texas

**ENTERED**
February 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-007 |
|---|---|---|---|

| State of Texas et al |
|---|
| *versus* |
| Department of Homeland Security et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric Wessan<br>Iowa Attorney General's Office<br>1305 Walnut St. Second Floor<br>Des Moines, IA 50319<br>Iowa: 154497 |
|---|---|

| Name of party applicant seeks to appear for: | State of Iowa |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 2/15/2023 | Signed: *Eric Wessan* |
|---|---|

| The state bar reports that the applicant's status is:   Eligible to practice |
|---|
| Dated: 2/15/2023    Clerk's signature *[signature]* |

**Order**

This lawyer is admitted *pro hac vice*.

*Drew B Tipton*

Dated: February 15, 2023       United States District Judge