United States District Court
Southern District of Texas

**ENTERED**
February 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|

| *versus* |
|---|
| U.S. Department of Homeland Security, Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael R. Williams<br>West Virginia Attorney General's Office<br>1900 Kanawha Blvd. E., Bldg 1 Rm 26E<br>Charleston, WV 25305<br>304-558-2021 / Michael.R.Williams@wvago.gov<br>WV-14148 / DC-994953 / VA-79214 / MI-79827 |
|---|---|

| Name of party applicant seeks to appear for: | State of West Virginia |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/6/2023 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is:  Eligible to Practice |
|---|
| Dated: 2/15/23   Clerk's signature *[signature]* |

**Order**

Dated: February 15, 2023

This lawyer is admitted *pro hac vice*.

*[signature: Drew B Tipton]*
United States District Judge