UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|

*versus*

| U.S. Department of Homeland Security, Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, et al. |
|---|

| Lawyer's Name | Lindsay S. See |
| Firm | West Virginia Attorney General's Office |
| Street | 1900 Kanawha Blvd. E., Bldg 1 Rm 26E |
| City & Zip Code | Charleston, WV 25305 |
| Telephone & Email | 304-558-2021 / Lindsay.S.See@wvago.gov |
| Licensed: State & Number | |
| Federal Bar & Number | WV - 13360 / DC - 1004541/ NY - No # |

| Name of party applicant seeks to appear for: | State of West Virginia |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/6/2023 | Signed: |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States District Judge