STATE OF WEST VIRGINIA

    I, Edythe Nash Gaiser, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Lindsay Sara See, of Charleston, West Virginia an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 16th day of May, 2018; that she is an attorney in good standing in said Court and is currently on active status and that her private and professional characters are good.

    Given under my hand and seal of said Court, at Charleston, West Virginia, this 23rd day of January 2023, and in the 160th year of the State.

*Edythe Nash Gaiser*
Clerk, Supreme Court of Appeals of West Virginia

