UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Iowa, State of Kansas, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of Montana, State of Nebraska, State of Ohio, State of South Carolina, State of Tennessee, State of Utah, State of West Virginia, State of Wyoming, and State of Texas

*versus*

U.S. Dept. of Homeland Security, Secretary Alejandro Mayorkas, U.S. Citizenship and Immigration Services, Ur Jaddou, in her official capacity as Director of U.S. Citizenship and Immigration Services, U.S. Customs & Border Protection, Troy Miller, in his official capacity as Acting Commissioner of U.S. Customs & Border Protection, U.S. Immigration & Customs Enforcement, and Tae Johnson, in his official capacity as Acting Director of U.S. Immigration & Customs Enforcement

| | |
|---|---|
| Lawyer's Name | Edmund G. LaCour Jr. |
| Firm | Office of the Alabama Attorney General |
| Street | 501 Washington Avenue |
| City & Zip Code | Montgomery, AL 36130 |
| Telephone & Email | 334.242.7300; Edmund.LaCour@AlabamaAG.gov |
| Licensed: State & Number | Alabama ASB-9182-U81L |
| Federal Bar & Number | Middle District of Alabama - N/A |

| Name of party applicant seeks to appear for: | State of Alabama |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/15/2023 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States District Judge