## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110  
MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK  
TELEPHONE (334) 954-3600

## CERTIFICATE OF GOOD STANDING

I, **TREY GRANGER**, Clerk of the United States District Court, Middle District of Alabama,

**DO HEREBY CERTIFY** that**, Edmund G. LaCour Jr. ,** was duly admitted to practice in said Court on **December 26 2018 ,** and is in good standing as a member of the bar of said Court.

Dated at Montgomery, Alabama, on February 6, 2023.

**TREY GRANGER, CLERK**

By: _____  
Deputy Clerk

