UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

U.S. Department of Homeland Security, Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lindsay S. See<br>West Virginia Attorney General's Office<br>1900 Kanawha Blvd. E., Bldg 1 Rm 26E<br>Charleston, WV 25305<br>304-558-2021 / Lindsay.S.See@wvago.gov<br>WV - 13360 / DC - 1004541 / NY - No # |
|---|---|

| Name of party applicant seeks to appear for: | State of West Virginia |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/6/2023 | Signed: |
|---|---|

The state bar reports that the applicant's status is: **Eligible to Practice**

| Dated: 2/15/2023 | Clerk's signature |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: February 15, 2023

_____
Drew B. Tipton
United States District Judge