UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

U.S. Department of Homeland Security, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jesse A. Burris<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612-1597<br>(785) 368-8197 / Jesse.Burris@ag.ks.gov<br>Kansas: 26856<br>District of Kansas: 26856 |
|---|---|

| Name of party applicant seeks to appear for: | State of Kansas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/15/2023 | Signed: | /s/ Jesse A. Burris |
|---|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 2/15/2023 | Clerk's signature *[signature]* |

## Order

Dated: February 15, 2023

This lawyer is admitted *pro hac vice*.

_/s/ Drew B. Tipton_
United States District Judge