United States District Court
Southern District of Texas

**ENTERED**
February 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-007 |
|---|---|---|---|

| State of Texas et al |
|---|

| *versus* |
|---|
| U.S. Department of Homeland Security et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nicholas J. Bronni<br>Arkansas Attorney General's Office<br>323 Center St, Suite 200<br>Little Rock, AR 72201<br>(501) 682-6302 \| nicholas.bronni@arkansasag.gov<br>Arkansas Bar No. 2016097 |
|---|---|

| Name of party applicant seeks to appear for: | State of Arkansas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __ No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/15/2023 | Signed: | /s Nicholas J. Bronni |
|---|---|---|

The state bar reports that the applicant's status is:   Eligible to Practice

Dated: 2/15/2023   Clerk's signature *[signature]*

### Order

This lawyer is admitted *pro hac vice*.

Dated:  February 15, 2023

*/s/ Drew B Tipton*
United States District Judge