UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| U.S. Department of Homeland Security et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ryan Schelhaas<br>Wyoming Attorney General's Office<br>109 State Capitol<br>Cheyenne, WY 82002<br>307-777-5786 - ryan.schelhaas@wyo.gov<br>WY - 6-3321 |
|---|---|

| Name of party applicant seeks to appear for: | State of Wyoming |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/16/23    Signed: *Ryan Schelhaas*

| The state bar reports that the applicant's status is: |
|---|
| Dated:        Clerk's signature |

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                      United States District Judge