

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

---

*U.S. Attorney's Office*　　　　*Phone (713) 567-9000*
*1000 Louisiana, Suite 2300,*　　*Fax (713) 718-3300*
*Houston, Texas 77002*

December 12, 2022

## SERVICE OF PROCESS ON THE UNITED STATES ATTORNEY IN CIVIL CASES

As a temporary measure due to COVID-19 concerns, service on the United States Attorney in civil cases shall be via email and US mail as follows:

A copy of any summons, complaint or emergency motion shall be emailed to USATXS.CivilNotice@usdoj.gov.  A paper copy shall be mailed to the Civil Process Clerk, United States Attorney's Office, 1000 Louisiana St., Suite 2300, Houston, Texas  77002. Hand delivery may not be accepted.  Please do not use this e-mail box for general pleadings or correspondence.

Service will not be deemed effected until you receive an e-mail acknowledgement from our office.  This emergency accommodation will expire on June 30, 2023.

In addition to serving the United States Attorney, the Social Security Administration should be served in 405(g) disability cases at ogc.sdtx@ssa.gov.

*[signature]*

Alamdar S. Hamdani
United States Attorney

**EXHIBIT A**