| | |
|---|---|
| **From:** | Hu, Daniel (USATXS) |
| **To:** | Leif Olson; USATXS-CivilNotice |
| **Cc:** | Elizabeth Saunders |
| **Subject:** | RE: State of Texas, et al. v. U.S. Dep't of Homeland Security, et al.; No. 6:23-cv-00007; S. D. Tex. – Victoria Division |
| **Date:** | Friday, February 10, 2023 4:30:40 PM |

Service acknowledged

**From:** Leif Olson <Leif.Olson@oag.texas.gov>
**Sent:** Friday, February 10, 2023 3:53 PM
**To:** USATXS-CivilNotice <USATXS-CivilNotice@usa.doj.gov>
**Cc:** Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>
**Subject:** [EXTERNAL] State of Texas, et al. v. U.S. Dep't of Homeland Security, et al.; No. 6:23-cv-00007; S. D. Tex. – Victoria Division

Here is the process in this case, also served by mail to: Civil Process Clerk, United States Attorney's Office, 1000 Louisiana St., Suite 2300, Houston, Texas 77002. It includes the summonses issued to all Defendants, a copy of the complaint and civil cover sheet filed, the Court's Order for Scheduling Conference and Disclosure of Interested Parties, and Judge Drew B. Tipton's Court Procedures. I'm emailing it to you in accordance with Fed. R. Civ. P. 4(i)(1)(A)(i) and your office's December 12, 2022 advisory.

Please acknowledge that you've received this email.

**Leif Olson**
Chief, Special Litigation Division
Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
(512) 463-4139

# EXHIBIT B