AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| State of Texas, et al. <br><br> *Plaintiff(s)* <br> v. <br> U.S. Department of Homeland Security, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 6:23-cv-0007 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    U.S. Customs and Border Protection

    U.S. Attorney for the Southern District of Texas
    1000 Louisiana, Ste. 2300
    Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aaron F. Reitz
                                      Deputy Attorney General for Strategy
                                      Office of the Attorney General
                                      P. O. Box 12548, MC-001
                                      Austin, TX 78711-2548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Nathan Ochsner, Clerk of Court*

Date: February 7, 2023

*s/ Brittany Boniface*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-cv-0007

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Customs and Border Protection
was received by me on *(date)* 02/07/23 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/16/23

/s/ Leif A. Olson
*Server's signature*

Leif A. Olson, Chief, Special Litigation Division
*Printed name and title*

Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, TX 78711-2548
*Server's address*

Additional information regarding attempted service, etc:
Pursuant to the 12/12/22 Memorandum of the U.S. Attorney for the Southern District of Texas titled "Service of Process on the United States Attorney in Civil Cases" (Exhibit A), I served this summons, the complaint filed in this action, the Order for Conference and Disclosure of Interested Parties entered 01/25/23, and Judge Drew B. Tipton's Court Procedures via email to the U.S. Attorney for the Southern District of Texas on 02/10/23. Service was effected on 02/10/23 via email acknowledgement of the U.S. Attorney's Office (Exhibit B). In addition, on 02/16/23, I served copies of said documents via certified mail, return receipt requested, on the U.S. Attorney for the Southern District of Texas, Civil Process Clerk, the Attorney General of the United States, and United States Customs and Border Protection.