United States District Court
Southern District of Texas

**ENTERED**
February 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas; et al.,

*versus*

U.S. Department of Homeland Security; et al.,

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Clark L. Hildabrand<br>Office of the Tennessee Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202<br>(615) 253-5642 & clark.hildabrand@ag.tn.gov<br>Tennessee (Bar #038199)<br>U.S. District Court for the Middle District of Tennessee (n/a) |

| Name of party applicant seeks to appear for: | State of Tennessee |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/16/2023    Signed: *Clark Hildabrand*

The state bar reports that the applicant's status is: Active

Dated: 2/16/2023    Clerk's signature: *KPapain*

**Order**

This lawyer is admitted *pro hac vice*.

Dated: February 16, 2023    *Drew B Tipton*
United States District Judge