United States District Court
Southern District of Texas
**ENTERED**
February 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

U.S. Department of Homeland Security et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ryan Schelhaas<br>Wyoming Attorney General's Office<br>109 State Capitol<br>Cheyenne, WY 82002<br>307-777-5786 - ryan.schelhaas@wyo.gov<br>WY - 6-3321 |
|---|---|

| Name of party applicant seeks to appear for: | State of Wyoming |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/16/23       Signed: *Ryan Schelhaas*

The state bar reports that the applicant's status is:   Active

Dated: 2-16-23      Clerk's signature: *KPapain*

**Order**

This lawyer is admitted *pro hac vice*.

Dated: February 16, 2023

*Drew B Tipton*
United States District Judge