UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

_____
                                  )
STATE OF TEXAS, *et al.*          )
                                  )
                    Plaintiffs    )
     v.                           )   No. 6:23-cv-00007
                                  )
DEPARTMENT OF HOMELAND            )
SECURTY., *et al.*                )
                                  )
                    Defendants.   )
_____)

**[PROPOSED] ORDER**

Pending before the Court is Defendants' Unopposed Motion to Exceed the Word Limit for Their Reply in Support of The Motion to Transfer. After due consideration, the Court GRANTS Defendants' Unopposed Motion to Exceed Word Limits. Therefore, it is hereby ORDERED that the word limit for Defendants' motion is 4,812 words.

It is SO ORDERED.

Signed this ___ of _____, 2023.

 

                                                      _____
                                                      **DREW B. TIPTON**
                                                      **UNITED STATES DISTRICT JUDGE**