# Exhibit A

## Suits by Plaintiff Texas vs. the Federal Government in Texas Federal Courts

| # | Case Name | Docket | Filed | District (Division) | Judge | Odds of drawing judge | Issue |
|---|-----------|--------|-------|---------------------|-------|------------------------|-------|
| 1 | Texas v. United States | 6:21-cv-00003 | 1/22/2021 | S.D. Tex. (Victoria) | Tipton | 100% | Deportation pause |
| 2 | Texas v. Biden | 3:21-cv-00065 | 3/17/2021 | S.D. Tex. (Galveston) | Brown | 100% | XL Pipeline |
| 3. | Texas v. United States | 6:21-cv-00016 | 4/6/2021 | S.D. Tex. (Victoria) | Tipton | 100% | Immigration Enforcement Priorities |
| 4. | Texas v. Biden | 2:21-cv-00067 | 4/13/2021 | N.D. Tex. (Amarillo) | Kacsmaryk | 95% | Suspension of Migrant Protection Protocols |
| 5. | Texas v. Biden | 4:21-cv-00579 | 4/22/2021 | N.D. Tex. (Fort Worth) | Pittman | 45% | Title 42 / COVID |
| 6. | Texas v. Yellen | 2:21-cv-00079 | 5/3/2021 | N.D. Tex. (Amarillo) | Kacsmaryk | 95% | ARPA Funding |
| 7. | Texas v. Brooks-Lasure | 6:21-cv-00191 | 5/14/2021 | E.D. Tex. (Tyler) | Barker | 50 | Medicaid Demonstration Project |
| 8. | Texas v. EEOC | 2:21-cv-00194 | 9/20/2021 | N.D. Tex. (Amarillo) | Kacsmaryk | 95 | EEOC Gender Identity Protection |
| 9. | Missouri v. Biden | 6:21-cv-00052 | 10/21/2021 | S.D. Tex. (Victoria) | Tipton | 100 | Border Wall |
| 10. | Texas v. Biden | 3:21-cv-00309 | 10/29/2021 | S.D. Tex. (Galveston) | Brown | 100 | Contractor Vaccine Mandate |
| 11. | Texas v. Becerra | 2:21-cv-00229 | 11/15/2021 | N.D. Tex. (Amarillo) | Kacsmaryk | 95 | CMS Vaccine Mandate |
| 12. | Texas v. Becerra | 5:21-cv-00300 | 12/10/2021 | N.D. Tex (Lubbock) | Hendrix | 64 | Head Start Vaccine Mandate |
| 13. | Abbott v. Biden | 6:22-cv-00003 | 1/4/2022 | E.D. Tex. (Tyler) | Barker | 50 | COVID Mandate for National Guard |
| 14. | Texas v. Biden | 2:22-cv-00014 | 1/28/2022 | N.D. Tex. (Amarillo) | Lynn* | 5 | Central American Minors Program |
| 15. | Texas v. Biden | 6:22-cv-00004 | 2/10/2022 | S.D. Tex. (Victoria) | Tipton | 100 | Minimum Wage for Contractors |
| 16. | Van Duyne v. CDC | 4:22-cv-00012 | 2/16/2022 | N.D. Tex. (Fort Worth) | O'Connor | 45 | Airline Mask Mandate |
| 17. | Paxton v. Richardson | 4:22-cv-00143 | 2/24/2022 | N.D. Tex. (Fort Worth) | Pittman | 45 | Firearms Suppressers |
| 18. | Texas v. Walensky | 6:22-cv-00013 | 4/22/2022 | S.D. Tex. (Victoria) | Tipton | 100 | Title 42 / COVID |
| 19. | Texas v. Mayorkas | 2:22-cv-00094 | 4/28/2022 | N.D. Tex. (Amarillo) | Kacsmaryk | 95 | Credible Fear Screening |
| 20. | Texas v. Becerra | 5:22-cv-00185 | 7/14/2022 | N.D. Tex (Lubbock) | Hendrix | 64 | Post-*Dobbs* Abortion Guidance |
| 21. | Texas v. Becerra | 3:22-cv-00419 | 12/12/2022 | S.D. Tex. (Galveston) | Brown | 100 | Religiously Affiliated Adoptions |
| 22. | Texas v. Mayorkas | 6:23-cv-00001 | 1/5/2023 | S.D. Tex. (Victoria) | Tipton | 100 | Public Charge Rule |
| 23. | Texas v. EPA | 3:23-cv-00017 | 1/18/2023 | S.D. Tex. (Galveston) | Brown | 100 | New Clean Water Act Rules |
| 24. | Texas v. HHS | 4:23-cv-00066 | 1/18/2023 | N.D. Tex. (Fort Worth) | Means | 10 | Medicare Funding/ Abortions |
| 25. | Texas v. DHS | 6:23-cv-00007 | 1/24/2023 | S.D. Tex. (Victoria) | Tipton | 100 | Immigration Parole |
| 26. | Utah v. Walsh | 2:23-cv-00016 | 1/26/2023 | N.D. Tex. (Amarillo) | Kacsmaryk | 100 | Pension Trust Asset Investments |
| 27. | Texas v. Becerra | 7:23-cv-00022 | 2/7/2023 | W.D. Tex. (Midland) | Counts | 100 | Medicare & Medicaid Pharmacies/ Abortion |
| 28. | Texas v. Garland | 5:23-cv-00034 | 2/15/2023 | N.D. Tex (Lubbock) | Hendrix | 67 | Quorum Clause/Proxy Voting in House |

Total by Division/Judge

Victoria (Tipton):      7
Amarillo (Kascmaryk):   6
Galveston (Brown):      4
Lubbock (Hendrix):      3
Tyler (Barker):         2
Fort Worth (Pittman)    2
Fort Worth (O'Connor)   1
Fort Worth (Means)      1
Amarillo (Lynn)         1
Midland (Counts)        1

* -- Only after drawing Chief Judge Lynn (a 5% chance at the time, but no longer possible), Texas moved to designate the case as related to another case pending before Judge Kacsmaryk Chief Judge Lynn denied the motion and transferred the case to Dallas.

| Gray: Division in which one judge hears 60% or more of all cases |
|---|