# Exhibit B

## Texas Federal District Court Divisions By District

| District | Division | Judges Hearing New Civil Cases |
|---|---|---|
| **Eastern District** | Beaumont | 3 (Truncale: 50%) |
| | Lufkin | 1 (Truncale: 100%) |
| | Marshall | 2 (Gilstrap: 90%) |
| | Sherman | 2 (Mazzant/Jordan: 50%) |
| | Texarkana | 2 (Schroeder: 90%) |
| | Tyler | 2 (Barker/Kernodle: 50%) |
| **Northern District** | Abilene | 2 (Hendrix: 67%) |
| | Amarillo | 1 (Kacsmaryk: 100%) |
| | Dallas | 11 (6 Judges: 10%) |
| | Fort Worth | 3 (Pittman/O'Connor: 45%) |
| | Lubbock | 2 (Hendrix: 67%) |
| | San Angelo | 2 (Hendrix: 67%) |
| | Wichita Falls | 1 (O'Connor: 100%) |
| **Southern District** | Brownsville | 2 (Olvera/Rodriguez: 50%) |
| | Corpus Christi | 2 (Morales/Ramos: 50.0%) |
| | Galveston | 1 (Brown: 100%) |
| | Houston | 10 (6 Judges: 12.42%) |
| | Laredo | 2 (Marmolejo/ Saldana: 50%) |
| | McAllen | 3 (Alvarez/Crane/Hinojosa: 33.3%) |
| | Victoria | 2 (Morales/Ramos: 50.0%) |
| **Western District** | Austin | 2 (Pitman/Yeakel: 50%) |
| | Del Rio | 1 (Moses: 100%) |
| | El Paso | 4 (Cardone/Guaderrama: 37%) |
| | Midland-Odessa | 1 (Counts: 100%) |
| | Pecos | 1 (Counts: 100%) |
| | San Antonio | 4 (Biery/Garcia/Pulliam/Rodriguez: 25%) |
| | Waco | 1 (Albright: 100% of non-patent cases) |

Blue—Divisions in which one judge hears 90% or more of new civil cases

Gray—Divisions in which no judge hears more than 50% of new civil cases

*The parenthetical identifies the judge or judges who hear the highest percentage of new civil cases and the total percentage of new civil cases assigned to them as of February 2023, following the most recent amendments to relevant division of work orders