# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| ) | |
| STATE OF TEXAS, *et al* ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Case No. 6:23-cv-00007 |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

**DECLARATION OF BLAS NUÑEZ-NETO**

I, Blas Nuñez-Neto, pursuant to 28 U.S.C. § 1746, and based upon my personal

knowledge, documents and information made known or available to me from official records

and reasonably relied upon in the course of my employment, hereby declare as follows:

1.      I am the Acting Assistant Secretary for Border and Immigration Policy as of

October 1, 2021. My permanent role is Chief Operating Officer at U.S. Customs and Border

Protection ("CBP"), within the U.S. Department of Homeland Security ("DHS"), which I

began on March 5, 2021.  Since August 24, 2021, I have been concurrently serving as the

Vice Chair for the Secretary of Homeland Security's Southwest Border Taskforce.  I

previously served at DHS as an Advisor to CBP Commissioner Gil Kerlikowske from January

12, 2015 to January 16, 2017.

2.      This Declaration pertains to four parole processes (hereinafter referred to as

"CHNV parole processes") that fall within DHS authority: Implementation of a Parole Process

for Haitians, 88 Fed. Reg. 1,243 (Jan. 9, 2023); Implementation of a Parole Process for

Nicaraguans, 88 Fed. Reg. 1,255 (Jan. 9, 2023); Implementation of a Parole Process for

Cubans, 88 Fed. Reg. 1,266 (Jan. 9, 2023); and Implementation of Changes to the Parole

Process for Venezuelans, 88 Fed. Reg. 1,279 (Jan. 9, 2023).[1]

3.      On January 9, 2023, DHS Headquarters, located in Washington, D.C., in

conjunction with CBP Headquarters, located in Washington, D.C., CBP's National Targeting

Center located in Sterling, Virginia, and U.S. Citizenship and Immigration Services

("USCIS") Headquarters, located in Camp Springs, Maryland, publicized the CHNV parole

processes through the Federal Register following a deliberative rulemaking process that

occurred throughout Washington, D.C. and Maryland.

4.      The CHNV parole processes allow certain eligible nationals of Cuba, Haiti,

Nicaragua, and Venezuela, and their immediate family members, to request authorization for

advance travel to the United States in order to be considered for a two-year period of parole.

The process for each country is described in their corresponding Federal Register notices.  As

part of the filing process, nationals from Cuba, Haiti, Nicaragua, and Venezuela must have a

financial supporter that satisfies specific criteria as outlined by USCIS before they can even

make a request for advance travel authorization and ultimately parole into the United States.

5.      The process begins when a proposed financial supporter—that is, an individual

who commits to provide financial and other forms of support for a potential beneficiary for

the duration of their stay in the United States—completes the Form I-134A, "Online Request

to be a Supporter and Declaration of Financial Support."  Among other things, the proposed

financial supporter agrees to the following:

- Receiving, maintaining, and supporting the prospective beneficiary for the duration of

---

[1] DHS promulgated a parole process for Venezuelans in October 2022.  *See* Implementation of a
Parole Process for Venezuelans, 87 Fed. Reg. 63,507 (Oct. 19, 2022).

temporary stay in the United States (Question 27)
- Ensuring that the prospective beneficiary has safe and appropriate housing for the duration of parole in the United States (Question 28)
- Assisting the prospective beneficiary with access to available services and benefits such as learning English, and securing employment opportunities once authorized to work (Question 29)

The proposed financial supporter then certifies, under penalty of perjury, that he or she provides the requested information "to assure the U.S. Government that the [prospective beneficiary] . . . will be financially supported while in the United States." *See* Exhibit 1, Form I-134A. The proposed financial supporter further certifies that he or she is "willing and able to receive, maintain, and support the [prospective beneficiary] . . . to better ensure that such persons will have sufficient financial resources or financial support to pay for necessary expenses for the period of [the beneficiary's] temporary stay in the United States." *Id*.

6.     DHS anticipates that many, although not all, beneficiaries arrive to stay with or near their financial supporters in the United States.

7.     Once a proposed financial supporter has been confirmed to have the means required to provide the required financial support, the beneficiary begins their filing process. Once a prospective beneficiary has satisfied all of the criteria associated with the beneficiary filing process and clears the multi-layered and robust national security and public safety vetting that is required, he or she receives advance travel authorization to come to the United States to seek parole pursuant to the CHNV parole processes. At this point, the prospective beneficiary must purchase his or her own international airplane ticket to an interior port of entry. The CHNV parole process is not available at land-border ports of entry and has in fact been purposefully designed to reduce irregular migration to our land border. Based on this requirement, any parole that occurs in connection with the CHNV parole processes and within the discretion of CBP must occur at an international airport within the domestic United States.

3

8.      The review of filings occurs for the most part in Washington, D.C., Virginia, and Maryland.  More specifically, USCIS Headquarters in Camp Springs, Maryland manages the financial supporter process with the assistance of numerous USCIS employees located throughout the country, including some in San Antonio and Harlingen, who are, in turn, detailed to USCIS Headquarters to review Form I-134A online submissions. Notably, however, none of these detailed USCIS employees are located in the Victoria Division of the Southern District of Texas.  As for the advance travel authorization process, CBP Headquarters in Washington, D.C., with assistance from the National Targeting Center in Sterling, Virginia, exclusively manages and adjudicates this process.

**Beneficiaries Paroled into the United States with Supporters Residing in the Southern District of Texas, Victoria Division.**

9.      According to the public website for the U.S. District Court, Southern District of Texas, the following counties fall within the Victoria Division: Calhoun, DeWitt, Goliad, Jackson, Lavaca, Refugio, and Victoria.[2]  I have reviewed data covering the period of October 18, 2022 through January 31, 2023, collected by DHS and its components, that relates to the location of supporters for beneficiaries who have been paroled into the United States under the CHNV parole processes.[3]  This data shows that no confirmed supporters of beneficiaries who have been paroled into the United States reside in any of the counties that fall within the Victoria Division.

---

[2] https://www.txs.uscourts.gov/offices/victoria-division
[3] The data referenced in this Declaration begins with data pulled from October 18, 2022.  This is the date when the Venezuela parole process began.  The referenced data ends with January 31, 2023 because the data for February 2023 is incomplete and has yet to mature.

**Beneficiaries Paroled into the United States with Supporters Residing Elsewhere in the Southern District of Texas.**

10.     According to the public website for the U.S. District Court, Southern District of Texas, the following counties fall within the Southern District as a whole: Cameron, Willacy (Brownsville Division)[4], Aransas, Bee, Brooks, Duval, Jim Wells, Kenedy, Kleberg, Live Oak, Nueces, San Patricio (Corpus Christi Division)[5], Brazoria, Chambers, Galveston, Matagorda (Galveston Division)[6], Austin, Brazos, Colorado, Fayette, Fort Bend, Grimes, Harris, Madison, Montgomery, San Jacinto, Walker, Waller, Wharton (Houston Division)[7], Jim Hogg, La Salle, McMullen, Webb, Zapata (Laredo Division)[8], Hidalgo, Starr (McAllen Division)[9], Calhoun, DeWitt, Goliad, Jackson, Lavaca, Refugio, and Victoria (Victoria Division).

11.     The same data, referenced above, shows that: (1) three supporters of beneficiaries who have been paroled into the United States under the CHNV parole processes reside in the Brownsville Division; (2) 18 supporters reside in the Corpus Christi Division; (3) 48 supporters reside in the Galveston Division; (4) 1,466 supporters reside in the Houston Division; (5) six supporters reside in the Laredo Division; (6) 12 supporters reside in the McAllen Division; and (7) as noted above, no supporters reside in the Victoria Division.[10] Accordingly, the available data shows that, overall, 1,553 supporters reside in the Southern District of Texas.

---

[4] https://www.txs.uscourts.gov/offices/brownsville-division
[5] https://www.txs.uscourts.gov/offices/corpus-christi-division
[6] https://www.txs.uscourts.gov/offices/galveston-division
[7] https://www.txs.uscourts.gov/offices/houston-division
[8] https://www.txs.uscourts.gov/offices/laredo-division
[9] https://www.txs.uscourts.gov/offices/mcallen-division
[10] The term beneficiary as used in this Declaration includes immediate family members.

**Figure 1:**

| County | State | Cuba | Haiti | Nicaragua | Venezuel | Total | District | Division |
|--------|-------|------|-------|-----------|----------|-------|----------|----------|
| Cameron | TX | 1 | 0 | 0 | 2 | 3 | SDTX | Brownsville |
| Nueces | TX | 1 | 0 | 0 | 3 | 4 | SDTX | Corpus Christi |
| San Patricio | TX | 6 | 0 | 0 | 8 | 14 | SDTX | Corpus Christi |
| Brazoria | TX | 3 | 1 | 0 | 22 | 26 | SDTX | Galveston |
| Chambers | TX | 3 | 0 | 1 | 3 | 7 | SDTX | Galveston |
| Galveston | TX | 0 | 0 | 0 | 14 | 14 | SDTX | Galveston |
| Matagorda | TX | 0 | 0 | 0 | 1 | 1 | SDTX | Galveston |
| Austin | TX | 0 | 0 | 0 | 4 | 4 | SDTX | Houston |
| Brazos | TX | 0 | 0 | 0 | 11 | 11 | SDTX | Houston |
| Fort Bend | TX | 14 | 4 | 0 | 323 | 341 | SDTX | Houston |
| Harris | TX | 170 | 4 | 15 | 795 | 984 | SDTX | Houston |
| Waller | TX | 1 | 0 | 0 | 26 | 27 | SDTX | Houston |
| Montgomery | TX | 3 | 1 | 1 | 94 | 99 | SDTX | Houston |
| Jim Hogg | TX | 0 | 0 | 0 | 2 | 2 | SDTX | Laredo |
| Webb | TX | 1 | 0 | 0 | 3 | 4 | SDTX | Laredo |
| Hidalgo | TX | 3 | 0 | 0 | 7 | 10 | SDTX | McAllen |
| Starr | TX | 0 | 0 | 0 | 2 | 2 | SDTX | McAllen |

**<u>Beneficiaries Paroled into the United States with Supporters Residing in the Western District of Texas.</u>**

12.      According to the public website for the U.S. District Court, Western District of Texas, the following counties fall within the overall district: Brewster, Culberson, Jeff Davis, Loving, Pecos, Presidio, Reeves, Ward, Winkler (Alpine Division) Bastrop, Blanco, Burleson, Burnet, Caldwell, Gillespie, Hays, Kimble, Lampasas, Lee, Llano, Mason, McCulloch, San Saba, Travis, Washington, Williamson (Austin Division)[11], Edwards, Kinney, Maverick, Terrell, Uvalde, Val Verde, Zavala (Del Rio Division)[12], El Paso, Hudspeth (El Paso Division)[13], Fort Hood Military Reservation (Fort Hood Division)[14], Andrews, Crane, Ector, Martin, Midland, Upton (Midland/Odessa Division)[15], ), Atascosa, Bandera, Bexar, Comal, Dimmit, Frio, Gonzales, Guadalupe, Karnes, Kendall, Kerr, Medina, Real and Wilson (San

---

[11] https://www.txwd.uscourts.gov/court-information/office-locations/#Austin
[12] https://www.txwd.uscourts.gov/court-information/office-locations/#DelRio
[13] https://www.txwd.uscourts.gov/court-information/office-locations/#ElPaso
[14] https://www.txwd.uscourts.gov/court-information/office-locations/#FortHood
[15] https://www.txwd.uscourts.gov/court-information/office-locations/#MidlandOdessa

Antonio Division)[16],  Bell, Bosque, Coryell, Falls, Freestone, Hamilton, Hill, Leon,

Limestone, McLennan, Milam, Robertson, and Somervell (Waco Division).[17]

13.     The available data shows that: (1) one supporter of a beneficiary who has been

paroled into the United States under the CHNV parole processes resides in the Alpine

Division; (2) 231 supporters reside in Austin Division; (3) no supporters reside in the Del Rio

Division; (4) 18 supporters reside in the El Paso Division; (5) no supporters reside in the Fort

Hood Division; (6) 103 supporters reside in the Midland/Odessa Division; (7) 106  supporters

reside in the San Antonio Division; and (8) 21 supporters reside in the Waco Division.

Accordingly, the available data shows that, overall, 480 supporters reside in the Western

District of Texas.

**Figure 2:**

| County | State | Cuba | Haiti | Nicaragua | Venezuel | Total | District | Division |
|--------|-------|------|-------|-----------|----------|-------|----------|----------|
| Brewster | TX | 0 | 0 | 0 | 1 | 1 | WDTX | Alpine |
| Bastrop | TX | 0 | 0 | 0 | 8 | 8 | WDTX | Austin |
| Caldwell | TX | 0 | 0 | 0 | 1 | 1 | WDTX | Austin |
| Gillespie | TX | 0 | 0 | 0 | 2 | 2 | WDTX | Austin |
| Hays | TX | 0 | 2 | 3 | 8 | 13 | WDTX | Austin |
| Llano | TX | 0 | 0 | 0 | 4 | 4 | WDTX | Austin |
| Travis | TX | 26 | 0 | 2 | 115 | 143 | WDTX | Austin |
| Williamson | TX | 11 | 1 | 0 | 48 | 60 | WDTX | Austin |
| El Paso | TX | 4 | 1 | 0 | 13 | 18 | WDTX | El Paso |
| Ector | TX | 28 | 0 | 0 | 12 | 40 | WDTX | Midland |
| Midland | TX | 6 | 0 | 0 | 57 | 63 | WDTX | Midland |
| Bexar | TX | 14 | 1 | 0 | 78 | 93 | WDTX | San Antonio |
| Comal | TX | 3 | 0 | 0 | 2 | 5 | WDTX | San Antonio |
| Guadalupe | TX | 3 | 1 | 0 | 3 | 7 | WDTX | San Antonio |
| Wilson | TX | 1 | 0 | 0 | 0 | 1 | WDTX | San Antonio |
| Bell | TX | 1 | 0 | 1 | 15 | 17 | WDTX | Waco |
| Bosque | TX | 0 | 0 | 0 | 1 | 1 | WDTX | Waco |
| Hill | TX | 0 | 0 | 0 | 1 | 1 | WDTX | Waco |
| McLennan | TX | 0 | 0 | 0 | 1 | 1 | WDTX | Waco |
| Robertson | TX | 0 | 0 | 0 | 1 | 1 | WDTX | Waco |

---

[16] https://www.txwd.uscourts.gov/court-information/office-locations/#SanAntonio
[17] https://www.txwd.uscourts.gov/court-information/office-locations/#Waco

**Beneficiaries Paroled into the United States with Supporters Residing in the Northern District of Texas.**

14.     According to the public website for the U.S. District Court, Northern District of Texas, the district has the following divisions: Abilene, Amarillo, Dallas, Fort Worth, Lubbock, San Angelo, and Wichita Falls.[18]  The available data shows that 357 supporters of beneficiaries paroled into the United States under the CHNV parole processes reside in the Northern District of Texas.

**Figure 3:**

| County | State | Cuba | Haiti | Nicaragua | Venezuel | Total | District | Division |
|--------|-------|------|-------|-----------|----------|-------|----------|----------|
| Eastland | TX | 0 | 0 | 0 | 1 | 1 | NDTX | Abilene |
| Howard | TX | 2 | 0 | 0 | 0 | 2 | NDTX | Abilene |
| Taylor | TX | 0 | 0 | 0 | 1 | 1 | NDTX | Abilene |
| Randall | TX | 0 | 0 | 0 | 3 | 3 | NDTX | Amarillo |
| Dallas | TX | 26 | 0 | 0 | 153 | 179 | NDTX | Dallas |
| Ellis | TX | 0 | 2 | 0 | 4 | 6 | NDTX | Dallas |
| Hunt | TX | 0 | 0 | 0 | 3 | 3 | NDTX | Dallas |
| Johnson | TX | 3 | 0 | 0 | 10 | 13 | NDTX | Dallas |
| Kaufman | TX | 0 | 0 | 0 | 10 | 10 | NDTX | Dallas |
| Rockwall | TX | 1 | 0 | 0 | 7 | 8 | NDTX | Dallas |
| Tarrant | TX | 28 | 2 | 0 | 84 | 114 | NDTX | Fort Worth |
| Parker | TX | 0 | 0 | 0 | 8 | 8 | NDTX | Forth Worth |
| Lubbock | TX | 2 | 0 | 0 | 2 | 4 | NDTX | Lubbock |
| Wichita | TX | 0 | 0 | 0 | 5 | 5 | NDTX | Wichita Falls |

**Beneficiaries Paroled into the United States with Supporters Residing in the Eastern District of Texas.**

15.     According to the public website for the U.S. District Court, Eastern District of Texas, the district has the following divisions: Beaumont, Lufkin, Marshall, Sherman, Texarkana, and Tyler.[19]  The available data shows that 374 supporters of beneficiaries paroled into the United States under the CHNV parole processes reside in the Eastern District of Texas.

---

[18] https://www.txnd.uscourts.gov/court-info
[19] https://txed.uscourts.gov/

**Figure 4:**

| County | State | Cuba | Haiti | Nicaragua | Venezuel | Total | District | Division |
|---|---|---|---|---|---|---|---|---|
| Jefferson | TX | 4 | 0 | 2 | 3 | 9 | EDTX | Beaumont |
| Liberty | TX | 0 | 0 | 0 | 1 | 1 | EDTX | Beaumont |
| Orange | TX | 0 | 0 | 0 | 4 | 4 | EDTX | Beaumont |
| Collin | TX | 2 | 0 | 0 | 158 | 160 | EDTX | Sherman |
| Denton | TX | 1 | 0 | 1 | 179 | 181 | EDTX | Sherman |
| Grayson | TX | 0 | 0 | 0 | 6 | 6 | EDTX | Sherman |
| Bowie | TX | 0 | 0 | 0 | 1 | 1 | EDTX | Texarkana |
| Anderson | TX | 0 | 0 | 0 | 3 | 3 | EDTX | Tyler |
| Gregg | TX | 0 | 0 | 0 | 7 | 7 | EDTX | Tyler |
| Smith | TX | 0 | 0 | 0 | 1 | 1 | EDTX | Tyler |
| Van Zandt | TX | 0 | 0 | 0 | 1 | 1 | EDTX | Tyler |

## <u>CONCLUSION</u>

16.     Based on the above, I can confirm that no policy drafting efforts, Federal

Register Notice publications, process implementation, decisions confirming supporters or

issuing advance authorization to travel, or supporter locations where beneficiaries are likely to

stay have any evident connection to the Victoria Division of the Southern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct to the best of

my knowledge, information, and belief.  Executed on this 18th day of February, 2023.


_____
Blas Nuñez-Neto
Acting Assistant Secretary
Border and Immigration Policy
Vice Chair, Southwest Border Taskforce
U.S. Department of Homeland Security

# Online Request to be a Supporter and
# Declaration of Financial Support



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-134A**

▶ **START HERE - Type or print in black ink.**

## Part 1.  Basis for Filing

**1.** I am filing this form on behalf of:  ☐ Myself as the beneficiary.  ☐ Another individual who is the beneficiary.

**2.** I am filing this form under one of the following:

## Part 2.  Information about the Beneficiary

Complete **Part 2.** regardless of whether you are filing this form on behalf of yourself as the beneficiary or on behalf of another individual who is the beneficiary.

**1.** Beneficiary's Current Legal Name (**Do not** provide a nickname.)

Family Name (Last Name)     Given Name (First Name)     Middle Name

**2.** Other Names Used

Provide all other names the beneficiary has ever used, including aliases, maiden name, and nicknames.  If you need extra space to complete this section, use the space provided in **Part 8. Additional Information**.

Family Name (Last Name)     Given Name (First Name)     Middle Name

**3.** Date of Birth (mm/dd/yyyy)     **4.** Sex     **5.** Alien Registration Number (A-Number)
☐ M  ☐ F  ☐ X     ▶ **A-**

**6.** Place of Birth

City or Town     State or Province

Country

**7.** Country of Citizenship or Nationality

**8.** Passport Number of the beneficiary's most recently issued passport

Country that issued the most recently issued passport     Expiration date for the most recently issued passport (mm/dd/yyyy)

**9.** Marital Status

☐ Single, Never Married  ☐ Married  ☐ Divorced  ☐ Widowed  ☐ Legally Separated  ☐ Marriage Annulled

☐ Other (Explain):

**Part 2.  Information about the Beneficiary** (continued)

10. Beneficiary's Mailing Address

In Care Of Name

[                                                                              ]

Street Number and Name                                          Apt. Ste. Flr.    Number

[                                                    ]  [ ] [ ] [ ]   [                    ]

City or Town                                          State    ZIP Code

[                                        ]  [          ]  [                    ]

Province                        Postal Code            Country

[                    ]  [              ]  [                                ]

11. Are the beneficiary's mailing address and physical address the same?      [ ] Yes  [ ] No

If you answered "No" to **Item Number 11.**, provide your physical address in **Item Number 12.**

12. Beneficiary's Physical Address

In Care Of Name

[                                                                              ]

Street Number and Name (Do **not** provide a PO Box in this space unless it is your **ONLY** address.)   Apt. Ste. Flr.   Number

[                                                    ]  [ ] [ ] [ ]   [                    ]

City or Town                                          State    ZIP Code

[                                        ]  [          ]  [                    ]

Province                        Postal Code            Country

[                    ]  [              ]  [                                ]

13. Beneficiary's Daytime Telephone Number          14. Beneficiary's Mobile Telephone Number (if any)

[                                    ]                [                                    ]

15. Beneficiary's Email Address (if any)

[                                    ]

### *Beneficiary's Anticipated Length of Stay*

16. Beneficiary's Anticipated Period of Stay in the United States

From (mm/dd/yyyy) [                        ]

To (select one):

[ ]  (mm/dd/yyyy) [                        ]

[ ]  No End Date

**Part 2.  Information about the Beneficiary** (continued)

*Beneficiary's Financial Information*

Provide information about the beneficiary's income and assets.  If you need additional space to complete any **Item Number** in this section, use the space provided in **Part 8. Additional Information**.

**Beneficiary's Income**

17.  Provide all of the information requested in the table below about the beneficiary, all of the beneficiary's dependents, and any other individuals the beneficiary financially supports (do not include any individuals named in **Part 3.**).  Information about assets that are not based on employment should be added in **Item Number 22.** and not in **Item Number 17.**

| Individual's Full Name (First, Middle, Last) (do not include any individuals named in **Part 3.**) | Date of Birth (mm/dd/yyyy) | Relationship to the Beneficiary (Type or print "Self" if you are filing for yourself as the beneficiary or "Beneficiary" if someone is agreeing to support you in **Part 3.**) | Income contribution to the beneficiary annually (if none, type or print $0) |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | **Total** Number of Dependents | |
| | | Total Income | $ |

18.  Does any of the beneficiary's total income (including income from dependents and other individuals who contribute to the beneficiary's income, excluding any individuals named in **Part 3.**) come from an illegal activity or source (such as proceeds from illegal gambling or illegal drug sales)?  ☐ Yes  ☐ No

19.  If you answered "Yes" to **Item Number 18.**, what amount of the beneficiary's total income comes from an illegal activity or source?  (Type or print "N/A" if you answered "No" to **Item Number 18.**)  $ [        ]

20.  Does any of the beneficiary's total income come from means-tested public benefits as defined in 8 CFR 213a.1?  ☐ Yes  ☐ No

21.  If you answered "Yes" to **Item Number 20.**, what amount of the beneficiary's total income comes from means-tested public benefits?  $ [        ]

**Part 2.  Information about the Beneficiary** (continued)

**Beneficiary's Assets**

22. In the table below, provide the amounts of assets available to the beneficiary for the expected period of his or her stay (excluding assets from any individuals named in **Part 3.**).  Attach evidence showing that the beneficiary has these assets.

| Full Name of Asset Holder<br>(First, Middle, Last) | Type of Asset | Amount (Cash Value)<br>(U.S. dollars) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **TOTAL** (U.S. dollars) $ |  |

**Part 3.  Information About the Individual Agreeing to Financially Support the Beneficiary Named in Part 2.**

If you are not the beneficiary named in **Part 2.**, complete **Part 3.**

1. Current Legal Name (**Do not** provide a nickname.)

Family Name (Last Name)          Given Name (First Name)          Middle Name

2. Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nicknames.  If you need extra space to complete this section, use the space provided in **Part 8. Additional Information**.

Family Name (Last Name)          Given Name (First Name)          Middle Name

3. Provide the name of the organization, group, or entity that is providing support to the beneficiary with you (if any).

Organization, Group, Entity Name

4. Current Mailing Address

In Care Of Name

Street Number and Name          Apt. Ste. Flr.  Number

City or Town          State   ZIP Code

Province          Postal Code          Country

**Part 3.  Information About the Individual Agreeing to Financially Support the Beneficiary Named in Part 2.** (continued)

**5.** Is your current mailing address the same as your current physical address?     ☐ Yes   ☐ No

If you answered "No" to **Item Number 5.**, provide your current physical address in **Item Numbers 6.**

**6.** Physical Address

In Care Of Name

[ ]

Street Number and Name                                                                     Apt. Ste. Flr.   Number

[ ]                                                                                           ☐ ☐ ☐   [ ]

City or Town                                                         State     ZIP Code

[ ]                                                                   [ ]     [ ]

Province                          Postal Code            Country

[ ]                              [ ]                   [ ]

## *Other Information*

**7.** Date of Birth (mm/dd/yyyy)  [ ]        **8.** Sex   ☐ M   ☐ F   ☐ X

**9.** Place of Birth

City or Town                                              State or Province

[ ]                                                      [ ]

Country

[ ]

**10.** Alien Registration Number (A-Number)       **11.** USCIS Online Account Number
▶ **A-** [ ]                                        ▶ [ ]

**12.** Social Security Number                     **13.** What is your relationship to the beneficiary?
▶ [ ]                                              [ ]

## *Immigration Status*

**14.** What is your current immigration status?  Provide documentation as provided in the instructions.

☐ U.S. Citizen

☐ U.S. National

☐ Lawful Permanent Resident

☐ Nonimmigrant  Form I-94 Arrival-Departure Record Number
▶ [ ]

Other (Explain):

[ ]

**Part 3.  Information About the Individual Agreeing to Financially Support the Beneficiary Named in Part 2.** (continued)

### Employment Information

**15.**   Employment Status

☐ Employed (full-time, part-time, seasonal, self-employed)   ☐ Unemployed or Not Employed   ☐ Retired

☐ Other (Explain): _____

If you indicated that you are employed in **Item Number 15.**, provide the information requested in **Item Numbers 16. - 17.**

**16.**   **A.**   ☐ I am currently employed as a/an          Name of Employer

_____          _____

**B.**   ☐ I am currently self-employed as a/an

_____

**17.**   Current Employer's Address

Street Number and Name                                                   Apt.Ste.Flr.   Number

_____   ☐ ☐ ☐   _____

City or Town                                                   State   ZIP Code

_____   _____   _____

Province                     Postal Code          Country

_____   _____   _____

### Financial Information

Provide information about your income and assets.  If you need additional space to complete any **Item Number** in this section, use the space provided in **Part 8.  Additional Information**.

**Income**

**18.**   Provide all of the information requested in the table below about yourself, all of your dependents, and any other individuals you financially support (do not include any individuals named in **Part 2.**).  Information about assets that are not based on employment should be added in **Item Number 23.** and not in **Item Number 18.**

| Full Name (First, Middle, Last) (do not include any individuals named in **Part 2.**) | Date of Birth (mm/dd/yyyy) | Relationship to the Individual Agreeing to Financially Support (Type or print "Self" for Individual Agreeing to Financially Support the Beneficiary) | Income Contribution to the Beneficiary Annually (if none, type or print $0) |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  | **Total** Number of Dependents |  |
|  |  | Total Income | $ |

**Part 3.  Information About the Individual Agreeing to Financially Support the Beneficiary Named in Part 2.** (continued)

19. Does any of the income listed above come from an illegal activity or source (such as proceeds from illegal gambling or illegal drug sales)?   ☐ Yes   ☐ No

20. If you answered "Yes" to **Item Number 19.**, what amount of income comes from an illegal activity? (Type or print "N/A" if you answered "No" to **Item Number 19.**)   $ [                    ]

21. Does any of the income listed above come from means-tested public benefits as defined in 8 CFR 213a.1?   ☐ Yes   ☐ No

22. If you answered "Yes" to **Item Number 21.**, what amount of income is from means-tested public benefits?   $ [                    ]

### Assets

23. Fill out the table below regarding the assets available to **you** (do not include any assets from any individuals named in **Part 2.**). Attach evidence showing you have these assets.

| Full Name of Asset Holder (you or your household member) | Type of Asset | Amount (Cash Value) (U.S. dollars) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **TOTAL** (U.S. dollars) $ |  |

### *Financial Responsibility for Other Beneficiaries*

24. Have you previously submitted a Form I-134A on behalf of a person other than the beneficiary named in **Part 2?**   ☐ Yes   ☐ No

If you answered "Yes" to **Item Number 24.**, provide the information requested in **Item Numbers 25. - 26.**  If you need additional space to complete this section, use the space provided in **Part 8. Additional Information**.

25. Person 1

Family Name (Last Name)     Given Name (First Name)     Middle Name
[                    ]     [                    ]     [                    ]

A-Number
► A- [          ]     Date Submitted (mm/dd/yyyy) [                    ]

26. Person 2

Family Name (Last Name)     Given Name (First Name)     Middle Name
[                    ]     [                    ]     [                    ]

A-Number
► A- [          ]     Date Submitted (mm/dd/yyyy) [                    ]

**Part 3.  Information About the Individual Agreeing to Financially Support the Beneficiary Named in Part 2.** (continued)

*Intent to Provide Specific Contributions to the Beneficiary*

27.   You are responsible for receiving, maintaining, and supporting the beneficiary for the duration of their temporary stay in the United States.  Describe the resources you plan to use or provide to ensure the beneficiary has adequate financial support to cover their basic living needs.

28.   You are responsible for ensuring that the beneficiary has safe and appropriate housing for the duration of their parole in the United States.  Describe how you will ensure that the beneficiary's housing needs are met, including where the beneficiary will reside during their temporary stay in the United States, if known.

29.   You are responsible for assisting the beneficiary's access to available services and benefits such as learning English, securing employment opportunities once authorized to work, enrolling children in school, and helping to enroll for benefits for which they are eligible.  Describe what steps you plan to take as part of these responsibilities.

**Part 4.  Statement, Contact Information, Certification, and Signature of the Beneficiary (Only complete this section if Part 1. Basis for Filing selection is "Myself as the beneficiary", otherwise continued to Part 5.)**

If you are the beneficiary and are filing Form I-134A on your own behalf, complete and sign **Part 4.**

**NOTE:** Read the **Penalties** section of the Form I-134A Instructions before completing this section.

### Beneficiary's Statement

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.**  If applicable, select the box for **Item Number 2.**

1.  I, as the beneficiary, certify the following:

   **A.** ☐ I can read and understand English, and I have read and understand every question and instruction on this declaration and my answer to every question**.**

   **B.** ☐ The interpreter named in **Part 6.** read to me every question and instruction on this declaration and my answer to every question in _____, a language in which I am fluent and I understood everything.

2.  ☐ At my request, the preparer named in **Part 7.**, _____, prepared this declaration for me based only upon information I provided or authorized.

### Beneficiary's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the Department of State may require that I submit original documents to USCIS or the Department of State at a later date.  Furthermore, I authorize the release of any information from any and all of my records that USCIS or the Department of State may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this declaration, in supporting documents, and in my USCIS or the Department of State records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

   **1)**  I reviewed and provided or authorized all of the information in my declaration;

   **2)**  I understood all of the information contained in, and submitted with, my declaration; and

   **3)**  All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my declaration, I understand all of the information contained in, and submitted with, my declaration, and that all of this information is complete, true, and correct.

That this declaration is made by me to assure the U.S. Government that I will be able to financially support myself while in the United States.

That I am willing and able to pay for necessary expenses for the duration of my temporary stay in the United States.

### Beneficiary's Signature

3.  Beneficiary's Signature

   ➡ _____

   Date of Signature (mm/dd/yyyy)

   _____

## Part 5.  Statement, Contact Information, Certification, and Signature of the Individual Agreeing to Financially Support the Beneficiary

If you are filing Form I-134A on behalf of someone else (the beneficiary listed in **Part 2.**), complete and sign **Part 5.**

**NOTE:**  Read the Penalties section of the Form I-134A Instructions before completing this section.

### Statement of Individual Agreeing to Financially Support the Beneficiary

**NOTE:**  Select the box for either **Item A.** or **B.** in **Item Number 1.**  If applicable, select the box for **Item Number 2.**

**1.**   I, as the individual agreeing to financially support the beneficiary, certify the following:

   **A.**  ☐  I can read and understand English, and I have read and understand every question and instruction on this declaration and my answer to every question.

   **B.**  ☐  The interpreter named in **Part 6.** read to me every question and instruction on this declaration and my answer to every question in _____, a language in which I am fluent and I understood.

**2.**  ☐  At my request, the preparer named in **Part 7.,** _____, prepared this declaration for me based only upon information I provided or authorized.

### Contact Information of Individual Agreeing to Financially Support the Beneficiary

**3.**  Daytime Telephone Number

_____

**4.**  Mobile Telephone Number (if any)

_____

**5.**  Email Address (if any)

_____

### Certification of Individual Agreeing to Financially Support the Beneficiary

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the Department of State may require that I submit original documents to USCIS or the Department of State at a later date.  Furthermore, I authorize the release of any information from any and all of my records that USCIS or the Department of State may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this declaration, in supporting documents, and in my USCIS or the Department of State records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

   **1)**  I reviewed and provided or authorized all of the information in my declaration;

   **2)**  I understood all of the information contained in, and submitted with, my declaration; and

   **3)**  All of this information was complete, true, and correct at the time of filing.

**Part 5. Statement, Contact Information, Certification, and Signature of the Individual Agreeing to Financially Support the Beneficiary** (continued)

I certify, under penalty of perjury, that I provided or authorized all of the information in my declaration, I understand all of the information contained in, and submitted with, my declaration, and that all of this information is complete, true, and correct.

That this declaration is made by me to assure the U.S. Government that the person named in **Part 2.** will be financially supported while in the United States.

That I am willing and able to receive, maintain, and support the person named in **Part 2.** to better ensure that such persons will have sufficient financial resources or financial support to pay for necessary expenses for the period of his or her temporary stay in the United States.

I acknowledge that I have read this section, and I am aware of my responsibilities as an individual agreeing to financially support the beneficiary.

### *Signature of Individual Agreeing to Financially Support the Beneficiary*

**6.** Signature

➡

Date of Signature (mm/dd/yyyy)

**NOTE TO ALL INDIVIDUALS AGREEING TO FINANCIALLY SUPPORT THE BENEFICIARY:** If you do not completely fill out this declaration or if you fail to submit required documents listed in the Instructions, USCIS or the Department of State may deny or not consider your declaration.

### Part 6. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### *Interpreter's Full Name*

**1.** Interpreter's Family Name (Last Name)

Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

### *Interpreter's Mailing Address*

**3.** Street Number and Name

Apt. Ste. Flr.   Number

City or Town

State   ZIP Code

Province

Postal Code

Country

### *Interpreter's Contact Information*

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

## Part 6.  Interpreter's Contact Information, Certification, and Signature (continued)

### *Interpreter's Certification*

I certify, under penalty of perjury, that:

I am fluent in English and [                              ] which is the same language specified in **Part 4.** or in **Part 5.**, **Item B.** in **Item Number 1.**, and I have read to this individual agreeing to financially support the beneficiary in the identified language every question and instruction on this declaration and his or her answer to every question.  The individual agreeing to financially support the beneficiary informed me that he or she understands every instruction, question, and answer on the declaration, including the **Certification of the Individual Agreeing to Financially Support the Beneficiary**, and has verified the accuracy of every answer.

### *Interpreter's Signature*

**7.**  Interpreter's Signature

[                                                  ]   Date of Signature (mm/dd/yyyy) [          ]

## Part 7.  Contact Information, Declaration, and Signature of the Person Preparing this Declaration, if Other Than the Individual Agreeing to Financially Support the Beneficiary

Provide the following information about the preparer.

### *Preparer's Full Name*

**1.**  Preparer's Family Name (Last Name) [                    ]   Preparer's Given Name (First Name) [                    ]

**2.**  Preparer's Business or Organization Name (if any) [                    ]

### *Preparer's Mailing Address*

**3.**  Street Number and Name [                    ]   Apt. Ste. Flr. [ ][ ][ ]   Number [          ]

City or Town [                    ]   State [    ]   ZIP Code [          ]

Province [              ]   Postal Code [          ]   Country [            ]

### *Preparer's Contact Information*

**4.**  Preparer's Daytime Telephone Number [                    ]   **5.**  Preparer's Mobile Telephone Number [                    ]

**6.**  Preparer's Email Address (if any) [                    ]

**Part 7.  Contact Information, Declaration, and Signature of the Person Preparing this Declaration, if Other Than the Individual Agreeing to Financially Support the Beneficiary** (continued)

### Preparer's Statement

**7.**   **A.**   ☐   I am not an attorney or accredited representative but have prepared this declaration on behalf of the individual agreeing to financially support the beneficiary (which is the beneficiary if filing on behalf of him or herself) and with that individual's consent.

   **B.**   ☐   I am an attorney or accredited representative and my representation of the individual agreeing to financially support the beneficiary (which is the beneficiary if filing on behalf of him or herself) in this case ☐ extends ☐ does not extend beyond the preparation of this declaration.

**NOTE:**  If you are an attorney or accredited representative, you may need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this declaration at the request of the individual agreeing to financially support the beneficiary (which is the beneficiary if filing on behalf of him or herself).  The individual agreeing to financially support the beneficiary (which is the beneficiary if filing on behalf of him or herself) then reviewed this completed declaration and informed me that he or she understands all of the information contained in, and submitted with, his or her declaration, including the **Certification of the Individual Agreeing to Financially Support the Beneficiary**, and that all of this information is complete, true, and correct.  I completed this declaration based only on information that the individual agreeing to financially support the beneficiary provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.**   Preparer's Signature

Date of Signature (mm/dd/yyyy)

## Part 8.  Additional Information

If you need extra space to provide any additional information within this declaration, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this declaration or attach a separate sheet of paper. Type or print your name and A-Number at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.**   Family Name (Last Name)          Given Name (First Name)          Middle Name

**2.**   A-Number      ▶ **A-**

**3.**   **A.**   Page Number   **B.**   Part Number   **C.**   Item Number

   **D.**

**4.**   **A.**   Page Number   **B.**   Part Number   **C.**   Item Number

   **D.**

**5.**   **A.**   Page Number   **B.**   Part Number   **C.**   Item Number

   **D.**

**6.**   **A.**   Page Number   **B.**   Part Number   **C.**   Item Number

   **D.**