UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-7 |
|---|---|---|---|

| Texas, et al. |
|---|
| *versus* |
| Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James Percival, Florida AG, PL-01 the Capitol, Tallahassee, FL 32399, 850-414-3300, james.percival@myfloridalegal.com, FL Bar 1016188 & N.D. Fla. |
|---|---|

| Name of party applicant seeks to appear for: | State of Florida |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/20/23 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____     _____
                                    United States District Judge