**United States District Court**
**Southern District of Texas**
**Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.* <br>    *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.,* <br><br>    *Defendants.* | Case No. 6:23-cv-00007 |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiff the State of Texas files this Notice of Appearance of Counsel and hereby notifies the Court that Special Counsel David Bryant will appear as counsel for the State of Texas, along with counsel listed below. Mr. Bryant is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules. His contact information is:

    David Bryant
    Special Counsel
    Office of the Attorney General
    P.O. Box 12548 (MC-009)
    Austin, Texas 78711-2548
    david.bryant@oag.texas.gov
    Tel: (512) 936-2266
    Fax: (512) 457-4410

Dated February 21, 2023.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 936-1700

Respectfully submitted,

AARON F. REITZ
*Attorney-in-Charge*
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
Southern District of Texas No. 3653771
aaron.reitz@oag.texas.gov

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas No. 33695
leif.olson@oag.texas.gov

RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085
Southern District of Texas No. 3369185
ryan.walters@oag.texas.gov

*/s/ David Bryant*
DAVID BRYANT
Special Counsel
Texas Bar No. 03281500
Southern District of Texas No. 808332
david.bryant@oag.texas.gov

GENE P. HAMILTON
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
Tel: (202) 964-3721
gene.hamilton@aflegal.org

*Counsel for the State of Texas*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically on all parties who have appeared and registered for notifications via CM/ECF on February 21, 2023.

*/s/ David Bryant*
DAVID BRYANT