UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-007 |
|---|---|---|---|

State of Texas et al.

*versus*

Department of Homeland Security et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric J. Hamilton<br>NE Attorney General's Office<br>2115 State Capitol<br>Lincoln, NE  68509<br>402-471-2683  eric.hamilton@nebraska.gov<br>Nebraska No. 25886 |

| Name of party applicant seeks to appear for: | State of Nebraska |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/15/2023 | Signed: *(signature)* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____        _____
                                           United States District Judge