United States District Court
Southern District of Texas

**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-007 |
|---|---|---|---|

State of Texas et al.

*versus*

Department of Homeland Security et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Eric J. Hamilton<br>NE Attorney General's Office<br>2115 State Capitol<br>Lincoln, NE 68509<br>402-471-2683  eric.hamilton@nebraska.gov<br>Nebraska No. 25886 |
|---|---|

| Name of party applicant seeks to appear for: | State of Nebraska |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/15/2023 | Signed: *[signature]* Eric Hamilton |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 2-21-23 | Clerk's signature *[signature]* KPapain |
|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: February 21, 2023

*[signature]* Drew B Tipton
United States District Judge