United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-7 |
|---|---|---|---|

Texas, et al.

versus

Department of Homeland Security, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | James Percival, Florida AG, PL-01 the Capitol, Tallahassee, FL 32399, 850-414-3300, james.percival@myfloridalegal.com, FL Bar 1016188 & N.D. Fla. |
|---|---|

| Name of party applicant seeks to appear for: | State of Florida |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/20/23     Signed: *[signature]*

The state bar reports that the applicant's status is: Eligible to Practice

Dated: 2-21-2023     Clerk's signature: *[signature]*

### Order

This lawyer is admitted *pro hac vice*.

Dated: February 21, 2023

*[signature]* Drew B. Tipton
United States District Judge