UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-007 |
|---|---|---|---|

| STATE OF TEXAS, et al. |
|---|
| *versus* |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sylvia May Mailman<br>Office of the Ohio Attorney General<br>615 W Superior Ave., 11th Floor<br>Cleveland, OH 44113<br>(614) 466-8980  may.mailman@ohioago.gov<br>Ohio 100520<br>Northern District of Ohio |
|---|---|

| Name of party applicant seeks to appear for: | State of Ohio |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2-15-23     Signed: /s/ May Mailman

| The state bar reports that the applicant's status is: |
|---|
| Dated:     Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States District Judge