UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas et al,

*versus*

Department of Homeland Security et al.

| | |
|---|---|
| Lawyer's Name | Thomas T. Hydrick |
| Firm | South Carolina Attorney General's Office |
| Street | 1000 Assembly Street |
| City & Zip Code | Columbia, SC 29201 |
| Telephone & Email | (803) 734-4127  thomashydrick@scag.gov |
| Licensed: State & Number | South Carolina Bar No. 103198 |
| Federal Bar & Number | District of South Carolina 13322 |

| Name of party applicant seeks to appear for: | State of South Carolina |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/21/2023 | Signed: *[signature: Thomas Hydrick]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                    United States District Judge