United States District Court
Southern District of Texas

**ENTERED**
February 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-007 |
|---|---|---|---|

State of Texas, et al.

*versus*

Department of Homeland Security, et al.

| | |
|---|---|
| Lawyer's Name | Melissa A. Holyoak |
| Firm | Office of the Utah Attorney General |
| Street | 350 N. State Street, Ste 230, PO Box 142320 |
| City & Zip Code | Salt Lake City, UT 84114-2320 |
| Telephone & Email | (801) 538-9600 melissaholyoak@agutah.gov |
| Licensed: State & Number | Utah 09832 |
| Federal Bar & Number | Utah District Court 09832 |

| Name of party applicant seeks to appear for: | State of Utah |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/22/2023    Signed: *[signature]*

The state bar reports that the applicant's status is: Eligible to practice

Dated: 2/22/2023    Clerk's signature   Brittany Boniface

## Order

This lawyer is admitted *pro hac vice*.

Dated: February 22, 2023

*Drew B. Tipton*
United States District Judge