UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-007 |
|---|---|---|---|
| State of Texas et al | | | |
| *versus* | | | |
| Department of Homeland Security et al | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elizabeth B. Murrill<br>Louisiana Attorney General's Office<br>1885 N. Third Street<br>Baton Rouge, LA 70802<br>(225) 326-6766  murrille@ag.louisiana.gov<br>Louisiana: 20685 |

| Name of party applicant seeks to appear for: | State of Louisiana |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/23/2023 | Signed: *[signature: Elizabeth Murrill]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:       Clerk's signature |

**Order**                This lawyer is admitted *pro hac vice.*

Dated: _____        _____
                                     United States District Judge