United States District Court
Southern District of Texas
**ENTERED**
February 23, 2023
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-007 |
|---|---|---|---|

State of Texas et al

*versus*

Department of Homeland Security et al

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elizabeth B. Murrill<br>Louisiana Attorney General's Office<br>1885 N. Third Street<br>Baton Rouge, LA 70802<br>(225) 326-6766  murrille@ag.louisiana.gov<br>Louisiana: 20685 |
|---|---|

| Name of party applicant seeks to appear for: | State of Louisiana |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/23/2023 | Signed: *Elizabeth Murrill* |
|---|---|

| The state bar reports that the applicant's status is: Eligible | |
|---|---|
| Dated: 2-23-23 | Clerk's signature  *K Papain* |

**Order**

Dated: February 23, 2023

This lawyer is admitted *pro hac vice*.

*Drew B Tipton*
United States District Judge