United States District Court
Southern District of Texas

**ENTERED**
February 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| U.S. Department of Homeland Security, Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David M.S. Dewhirst<br>Idaho Attorney General's Office<br>P.O. Box 83720<br>Boise, Idaho 83720-0010<br>208-334-2400 / david.dewhirst@ag.idaho.gov<br>ISB/ID-DCt: 12141 |
|---|---|

| Name of party applicant seeks to appear for: | State of Idaho |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ___     ___ No ___ ✔ ___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/22/2023 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 2-23-23   Clerk's signature: KPapain |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: February 23, 2023

_Drew B Tipton_
United States District Judge