UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

U.S. Department of Homeland Security, Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, et al.

| | |
|---|---|
| Lawyer's Name | Christian B. Corrigan |
| Firm | Solicitor General |
| Street | Montana Attorney General's Office |
| | P.O. Box 201401 |
| City & Zip Code | Helena, MT 59620-1401 |
| Telephone & Email | |
| Licensed: State & Number | Montana 67387109 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | State of Montana |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/24/2023 | Signed: *[signature: Chris B. Corrigan]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States District Judge