TREG TAYLOR
ATTORNEY GENERAL

Christopher A. Robison
Alaska Bar No. 2111126
Texas Bar No. 24035720
Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5275
Email: chris.robison@alaska.gov

Attorneys for the State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | )  Case No.: 6:23-cv-00007 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

Please take notice that Christopher A. Robison enters his appearance as counsel of record for Plaintiff the State of Alaska in the above-captioned matter. Copies of all pleadings, documents and correspondence related to the above-captioned case should be directed to:

>Christopher A. Robison
>Assistant Attorney General
>Alaska Department of Law
>1031 West Fourth Avenue, Suite 200
>Anchorage, AK 99501
>Phone: (907) 269-5275
>Facsimile: (907) 276-3697
>E-mail: chris.robison@alaska.gov

DATED: February 23, 2023.

                          TREG TAYLOR
                          ATTORNEY GENERAL

By:    */s/ Christopher A. Robison*
        Christopher A. Robison
        Alaska Bar No. 2111126
        Texas Bar No. 24035720
        Assistant Attorney General
        Alaska Department of Law
        1031 West Fourth Avenue, Ste. 200
        Anchorage, AK 99501
        Phone: (907) 269-5275
        Facsimile: (907) 276-3697
        Email: chris.robison@alaska.gov

        Attorneys for the State of Alaska

## **CERTIFICATE OF SERVICE**

I certify that on February 23, 2023 the foregoing NOTICE OF APPEARANCE was served on counsel of record through the ECF/CM filing system.

        */s/ Christopher A. Robison*
        Christopher A. Robison