United States District Court
Southern District of Texas
Victoria Division

STATE OF TEXAS, *et al.*,
   *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
   *Defendants.*

Case 6:23-cv-00007

## [PROPOSED] ORDER

The Court **ORDERS** the following deadlines for submissions relating to Plaintiffs' pending Motion for Preliminary Injunction (ECF 22):

| | |
|---|---|
| March 17, 2023 | Defendants produce the Administrative Record |
| March 24, 2023 | Defendants file their Response to the Motion for Preliminary Injunction |
| March 31, 2023 | Plaintiffs file their Reply in Support of their Motion for Preliminary Injunction |

The Court further **ORDERS** that (1) the deadline for Defendants to file a responsive pleading or motion is **STAYED** until further order; and (2) the Parties are to confer and submit a proposed schedule for further proceedings, including for any jurisdictional discovery and a deadline for any answer or motion to dismiss, 14 days after issuance of an order resolving the Motion for Preliminary Injunction.

It is **SO ORDERED**.

Signed this ___ of _____, 2023.

_____
Drew B. Tipton
UNITED STATES DISTRICT JUDGE