| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-7 |
|---|---|---|---|

State of Texas, et al.

*versus*

U.S. Department of Homeland Security, et al.

| | |
|---|---|
| Lawyer's Name | Garry M. Gaskins, II |
| Firm | Oklahoma Office of the Attorney General |
| Street | 313 NE 21st Street |
| City & Zip Code | Oklahoma City, OK 73105 |
| Telephone & Email | 405-312-2451   garry.gaskins@oag.ok.gov |
| Licensed: State & Number | Oklahoma Bar #20212 |
| Federal Bar & Number | United States District Court for the Western District of Oklahoma |

| Name of party applicant seeks to appear for: | State of Oklahoma |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/27/2023 | Signed: | s/ Garry M. Gaskins, II |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:                    Clerk's signature

**Order**                    **This lawyer is admitted *pro hac vice*.**

Dated: _____                    _____
                                                United States District Judge