UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-0007 |
|---|---|---|---|
| | State of Texas, et al | | |
| | *versus* | | |
| | Departmentof Homeland Security, et al | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Marc Manley<br>Office of Attorney General<br>700 Capital Ave. Ste. 118<br>Frankfort, KY 40601<br>Ky. Bar No. 96786 |

| Name of party applicant seeks to appear for: | Commonwealth of Kentucky |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __ No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/27/2023 | Signed: | s/ Marc Manley |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                              United States District Judge