United States District Court
Southern District of Texas
**ENTERED**
February 27, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| The STATE OF TEXAS; the STATE OF ALABAMA; the STATE OF ALASKA; the STATE OF ARKANSAS; the STATE OF FLORIDA; the STATE OF IDAHO; the STATE OF IOWA; the STATE OF KANSAS; the COMMONWEALTH OF KENTUCKY; the STATE OF LOUISIANA; the STATE OF MISSISSIPPI; the STATE OF MISSOURI; the STATE OF MONTANA; the STATE OF NEBRASKA; the STATE OF OHIO; the STATE OF OKLAHOMA; the STATE OF SOUTH CAROLINA; the STATE OF TENNESSEE; the STATE OF UTAH; the STATE OF WEST VIRGINIA; and the STATE OF WYOMING, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR JADDOU, Director of U.S. Citizenship and Immigration Services, in her official capacity; U.S. CUSTOMS & BORDER PROTECTION; TROY MILLER, Acting Commissioner of U.S. Customs & Border Protection, in his official capacity; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; and TAE JOHNSON, Acting Director of U.S. Immigration & Customs Enforcement, in his official capacity. | § | |
| Defendants. | § | |

## ORDER

On February 14, 2023, the Plaintiff States filed a Motion for Preliminary Injunction, (Dkt. No. 22), to which the Defendants have yet to respond. Under Rule 65(a)(2) of the Federal Rules of Civil Procedure, "[b]efore or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing." Fed. R. Civ. P. 65(a)(2). If the Court retains this case,[1] the Court intends to advance to a final trial on the merits under Rule 65(a)(2) as discussed at the status conference held on February 21, 2023. As a result, the Motion for Preliminary Injunction will be incorporated and consolidated with this Court's consideration of the merits at a trial to the bench.

As discussed at the February 21, 2023 status conference, the Parties are instructed to confer and submit a proposed schedule addressing a proposed trial date, an estimated time for trial, the time needed for discovery, and any other issues to facilitate the orderly preparation for trial. The proposed schedule shall be filed jointly; however, if the parties fail to come to agreement, they can provide their respective positions in that single pleading. The joint proposed schedule shall be filed by no later than 12:00 p.m. on Friday, March 3, 2023.

---

[1] Defendants have filed a Motion to Transfer, (Dkt. No. 6), which the Court has taken under advisement. In the event the Court transfers this case, the deadlines in this Order will become moot.

The Parties are instructed to file any motions requesting extra-record discovery or evidence no later than 12:00 p.m. on Friday, March 3, 2023, and any response shall be filed no later than 12:00 p.m. on Friday, March 10, 2023.

It is SO ORDERED.

Signed on February 27, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**