# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

_____

|  |  |  |
|---|---|---|
| STATE OF TEXAS, *et al.* | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 6:23-cv-00007 |
| | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURTY., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

_____

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED WORLD LIMIT FOR THEIR SUPPLEMENTAL BRIEF IN SUPPORT OF THE MOTION TO TRANSFER

Defendants' respectfully request that the Court grant permission to exceed the allowed 2,000-word limit allowed for reply briefs. (Judge Drew B. Tipton Court Procedures Rule 16.c.).[1] In light of the multiple important issues of federal venue law, Defendants request that the word limit be enlarged to 2,378 words. Defendants seek this enlargement for good cause and in the interest of justice, not for delay, and no party will be prejudiced if this motion is granted. Plaintiffs do not oppose the request.

//

//

---

[1] Rule 16.c governs "motion[s]," "response[s]," and "repl[ies]," and does not expressly govern "supplemental briefs" permitted by the Court. Defendants thus file this motion out of an abundance of caution.

Dated: February 28, 2023      Respectfully submitted,

ALAMDAR S. HAMDANI      BRIAN M. BOYNTON
*United States Attorney*      *Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

/s/ *Erez Reuveni*
EREZ REUVENI
*Assistant Director*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 307-4293
erez.r.reuveni@usdoj.gov

BRIAN WARD
*Senior Litigation Counsel*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 28, 2023, I electronically filed this brief with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Erez Reuveni*
EREZ REUVENI
U.S. Department of Justice

**<u>CERTIFICATE OF CONFERENCE</u>**

I certify that on February 28, 2023, undersigned counsel conferred with counsel for Defendants. Plaintiffs consent to Plaintiffs motion to enlarge.

/s/ *Erez Reuveni*
EREZ REUVENI

**<u>CERTIFICATE OF COMPLIANCE</u>**

I certify that the total number of words in this motion, exclusive of the matters designated for omission, is 110, as counted by Microsoft Word.

/s/ *Erez Reuveni*
EREZ REUVENI