United States District Court
Southern District of Texas

**ENTERED**
March 01, 2023
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-7 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| U.S. Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Garry M. Gaskins, II<br>Oklahoma Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>405-312-2451   garry.gaskins@oag.ok.gov<br>Oklahoma Bar #20212<br>United States District Court for the Western District of Oklahoma |
|---|---|

| Name of party applicant seeks to appear for: | State of Oklahoma |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/27/2023 | Signed: | s/ Garry M. Gaskins, II |
|---|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 2/27/2023 | Clerk's signature   Brittany Boniface |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 01, 2023

*s/ Drew B. Tipton*
United States District Judge