United States District Court
Southern District of Texas

**ENTERED**
March 01, 2023
~~Nathan Ochsner~~, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division ▼ | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|

| *versus* |
|---|
| U.S. Department of Homeland Security, Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christian B. Corrigan<br>Solicitor General<br>Montana Attorney General's Office<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Montana 67387109 |
|---|---|

| Name of party applicant seeks to appear for: | State of Montana |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/24/2023 | Signed: *Chris B. Corrigan* |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 2/27/2023 | Clerk's signature *Brittany Boyer* |

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: ___March 01, 2023___

*Drew B Tipton*
United States District Judge