United States District Court
Southern District of Texas

**ENTERED**
March 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-0007 |
|---|---|---|---|

| State of Texas, et al |
|---|
| *versus* |
| Departmentof Homeland Security, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Marc Manley<br>Office of Attorney General<br>700 Capital Ave. Ste. 118<br>Frankfort, KY 40601<br>Ky. Bar No. 96786 |
|---|---|

| Name of party applicant seeks to appear for: | Commonwealth of Kentucky |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes __    __  No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/27/2023 | Signed: | s/ Marc Manley |
|---|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 2/27/2023 | Clerk's signature   Brittany Boniface |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 01, 2023

*Drew B Tipton*
United States District Judge