**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY, *et al.* )<br>)<br>Defendants. ) | No. 6:23-cv-00007 |

**[PROPOSED] ORDER**

Before the Court is the parties' joint motion to extend the deadline to submit a proposed schedule and motions for discovery, if any. The Court finds good cause for the request.

The Court therefore **ORDERS** the Parties to confer and submit a proposed schedule addressing a proposed trial date, an estimated time for trial, the time needed for discovery, if any, and any other issues to facilitate the orderly preparation for trial. The proposed schedule shall be filed jointly; however, if the parties fail to come to agreement, they can provide their respective positions in that single pleading. The joint proposed schedule shall be filed by no later than 5:00 p.m. on Monday, March 6, 2023.

The Parties are also instructed to file any motions requesting extra-record discovery or evidence no later than 5:00 p.m. on Monday, March 6, 2023, and any response shall be filed no later than 5:00 p.m. on Monday, March 13, 2023.

It is **SO ORDERED**.

Signed this ___ of _____, 2023.

_____

                                                    Drew B. Tipton  
                                  UNITED STATES DISTRICT JUDGE