United States District Court
Southern District of Texas
**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 6:23-cv-00007 |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is the parties' joint motion to extend the deadline to submit a proposed schedule and motions for discovery, if any. The Court finds good cause for the request.

The Court therefore **ORDERS** the Parties to confer and submit a proposed schedule addressing a proposed trial date, an estimated time for trial, the time needed for discovery, if any, and any other issues to facilitate the orderly preparation for trial. The proposed schedule shall be filed jointly; however, if the parties fail to come to agreement, they can provide their respective positions in that single pleading. The joint proposed schedule shall be filed by no later than 5:00 p.m. on Monday, March 6, 2023.

The Parties are also instructed to file any motions requesting extra-record discovery or evidence no later than 5:00 p.m. on Monday, March 6, 2023, and any response shall be filed no later than 5:00 p.m. on Monday, March 13, 2023.

It is **SO ORDERED**.

Signed this  3rd  of ____March____, 2023.

_____
Drew B. Tipton
UNITED STATES DISTRICT JUDGE