United States District Court
Southern District of Texas

**ENTERED**
March 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

Department of Homeland Security, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matt A. Crapo<br>Immigration Reform Law Institute<br>25 Massachusetts Ave., NW, Suite 335<br>Washington, DC 20001<br>571-435-3582; mcrapo@irli.org; litigation@irli.org<br>Dist. of Columbia, 473355<br>Fifth Circuit Court of Appeals |
| Name of party applicant seeks to appear for: | Immigration Reform Law Institute (as amicus curiae) |

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/3/2023 | Signed: /s/ Matt Crapo |
|---|---|

| The state bar reports that the applicant's status is: | in good standing |
|---|---|
| Dated: March 03, 2023 | Clerk's signature  KPapain |

## Order

This lawyer is admitted *pro hac vice*.

Dated: March 03, 2023

_____
United States District Judge