# United States District Court
# Southern District of Texas
# Victoria Division

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>  SECURITY, *et al.*,<br>    *Defendants.* | Case 6:23-cv-00007 |

## JOINT ADVISORY REGARDING PROCEEDINGS

In response to the Court's orders stating that the Court intends to advance to a final trial on the merits under Rule 65(a)(2), ECF No. 71, and instructing the Parties to submit a proposed schedule addressing a proposed trial date, estimated time for trial, the time needed for discovery, and any other issues to facilitate preparation for trial, ECF No. 79, the Parties propose the following schedule:

| | |
|---|---|
| March 17, 2023 | Defendants produce and file the Administrative Record |
| March 17–24, 2023 | Parties review the Administrative Record and confer on whether discovery is needed |
| March 24, 2023 | Parties file any motions for extra-record discovery and/or joint proposal on agreed discovery |
| March 31, 2023 | Parties file any responses to motions for extra-record discovery |
| April 28, 2023 | After court order approving any discovery, the Parties produce any discovery responses |
| April 28–May 12, 2023 | Period to resolve any disputes regarding discovery responses |

| | |
|---|---|
| May 19, 2023 | Defendants file their Response to Plaintiffs' Motion for Preliminary Injunction |
| May 26, 2023 | Plaintiffs file their Reply in Support of their Motion for Preliminary Injunction |
| The Week of June 12, 2023 | Final Pretrial Conference and Bench Trial in Houston, Texas |

The Parties agree that:

- There will be no live witnesses at trial if, as anticipated, the Parties are able to agree that any evidentiary materials are authentic and can be admitted at trial without a sponsoring witness.

- The trial should not take longer than two days.

- Any discovery will not include depositions.

- The remaining briefing related to Plaintiffs' Motion for Preliminary Injunction should be extended until after the end of discovery to allow the Parties to address discovery responses in Defendants' response to the motion and in Plaintiffs' reply in support of the motion. Since these briefs will serve as pretrial briefs and address, among other things, standing, it will be more efficient for the Parties and the Court to have one set of pretrial briefs addressing the discovery responses and other issues, rather than requiring, and building in time for, multiple rounds of pretrial briefing. The proposed schedule allows a minimum of 7 days following the close of discovery—including any dispute resolution—for Defendants' response to the Motion for Preliminary Injunction, followed by an additional 7 days for Plaintiffs' reply.

The Parties also propose that the Court stay the deadline for Defendants to file a responsive pleading or motion until further order. A Proposed Order incorporating these terms is attached and the Parties respectfully request the Court adopt it.

2

Dated March 6, 2023.   Respectfully submitted,

ALAMDAR S. HAMDANI   BRIAN M BOYNTON
*United States Attorney*   *Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

/s/ *Erez Reuveni*
EREZ REUVENI
*Assistant Director*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 307-4293
erez.r.reuveni@usdoj.gov

BRIAN WARD
*Senior Litigation Counsel*

*Counsel for Defendants*

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | AARON F. REITZ<br>*Lead Counsel*<br>Deputy Attorney General for Legal Strategy |
| BRENT WEBSTER<br>First Assistant Attorney General | Texas Bar No. 24105704<br>Southern District of Texas No. 3653771<br>aaron.reitz@oag.texas.gov |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | LEIF A. OLSON<br>Chief, Special Litigation Division<br>Texas Bar No. 24032801<br>Southern District of Texas No. 33695<br>leif.olson@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>Tel: (512) 936-1700 | /s/ *Ryan D. Walters*<br>RYAN D. WALTERS<br>Special Counsel<br>Texas Bar No. 24105085<br>Southern District of Texas No. 3369185<br>ryan.walters@oag.texas.gov |
| | DAVID BRYANT<br>Special Counsel<br>Texas Bar No. 03281500<br>Southern District of Texas No. 808332<br>david.bryant@oag.texas.gov |
| | GENE P. HAMILTON<br>America First Legal Foundation<br>Virginia Bar No. 80434<br>Southern District of Texas No. 3792762<br>300 Independence Avenue SE<br>Washington, DC 20003<br>Tel: (202) 964-3721<br>gene.hamilton@aflegal.org |
| | *Counsel for the State of Texas* |

STEVE MARSHALL
Alabama Attorney General
EDMUND G. LaCOUR JR.
Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for the State of Alabama*

TIM GRIFFIN
Arkansas Attorney General
NICHOLAS J. BRONNI
Arkansas Solicitor General
HANNAH L. TEMPLIN
Assistant Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201

*Counsel for the State of Arkansas*

RAÚL R. LABRADOR
Attorney General of Idaho
David M.S. Dewhirst, ISB No. 12141
Chief Deputy Attorney General
Office of the Attorney General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
david.dewhirst@ag.idaho.gov

*Counsel for the State of Idaho*

TREG R. TAYLOR
Attorney General of Alaska
CORI M. MILLS
Deputy Attorney General of Alaska
CHRISTOPHER A. ROBISON
Alaska Bar No. 2111126
Texas Bar No. 24035720
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
chris.robison@alaska.gov

*Counsel for the State of Alaska*

ASHLEY MOODY
Attorney General of Florida
James H. Percival (FBN 1016188)
Deputy Attorney General of Legal Policy
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Tel: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

BRENNA BIRD
Attorney General of Iowa
ERIC H. WESSAN
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel: (515) 281-5164
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

*Counsel for the State of Iowa*

5

KRIS KOBACH
Attorney General of Kansas
JESSE A. BURRIS, Kan. Sup. Ct. #26856
Assistant Attorney General
Office of Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for the State of Kansas*

JEFF LANDRY
Attorney General of Louisiana
ELIZABETH B. MURRILL (La #20685)
Solicitor General
JOSEPH SCOTT ST. JOHN (La #36682)
Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for the State of Louisiana*

ANDREW BAILEY
Attorney General of Missouri
JOSHUA M. DIVINE, Mo. Bar #69875
Solicitor General
CHARLES F. CAPPS, Mo. Bar #72734
Deputy Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, Missouri 65102
Tel: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

DANIEL CAMERON
Attorney General of Kentucky
MARC MANLEY
Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for the Commonwealth of Kentucky*

LYNN FITCH
Attorney General of Mississippi
JUSTIN L. MATHENY
Deputy Solicitor General
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

AUSTIN KNUDSEN
Attorney General of Montana
CHRISTIAN B. CORRIGAN
Solicitor General
PETER M. TORSTENSEN, JR.
Assistant Solicitor General
Office of the Attorney General
215 N Sanders
Helena, Montana 59601
Tel: (406) 444-2026
Christian.Corrigan@mt.gov

*Counsel for the State of Montana*

<div style="column-count:2">

MICHAEL T. HILGERS
Attorney General of Nebraska
ERIC J. HAMILTON
Deputy Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
eric.hamilton@nebraska.gov

*Counsel for the State of Nebraska*

GENTNER F. DRUMMOND
Attorney General of Oklahoma
GARRY M. GASKINS, II
Solicitor General
ZACH WEST
Director of Special Litigation
313 N.E. 21st St.
Oklahoma City, OK 73105
Tel: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

*Counsel for the State of Oklahoma*

JONATHAN SKRMETTI
Tennessee Attorney General
and Reporter
CLARK L. HILDABRAND
Assistant Solicitor General
P.O. Box 20207
Nashville, TN 37202
Tel: (615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for the State of Tennessee*

DAVE YOST
Ohio Attorney General
SYLVIA MAY MAILMAN
Ohio Deputy Solicitor General
30 E. Broad St., 17th Floor
Columbus, OH 43215
Tel: (614) 466-8980
May.Mailman@OhioAGO.gov

*Counsel for the State of Ohio*

ALAN WILSON
Attorney General of South Carolina
THOMAS T. HYDRICK
Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
Tel: (803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

SEAN D. REYES
Utah Attorney General
MELISSA HOLYOAK
Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Tel: (801) 538-9600
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

</div>

7

| | |
|---|---|
| PATRICK MORRISEY<br>Attorney General of West Virginia<br>LINDSAY SEE<br>Solicitor General<br>MICHAEL R. WILLIAMS<br>Senior Deputy Solicitor General<br>Office of the West Virginia<br>Attorney General<br>State Capitol, Bldg 1, Room E-26<br>Charleston, WV 25305<br>Tel: (681) 313-4550<br>Lindsay.S.See@wvago.gov<br>Michael.R.Williams@wvago.gov<br><br>*Counsel for the State of West Virginia* | BRIDGET HILL<br>Wyoming Attorney General<br>RYAN SCHELHAAS<br>Chief Deputy Attorney General<br>Wyoming Attorney General's Office<br>109 State Capitol<br>Cheyenne, WY 82002<br>Tel: (307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Counsel for the State of Wyoming* |

### CERTIFICATE OF SERVICE

I certify that on March 6, 2023, I filed this document through the Court's CM/ECF system, which served it on all counsel of record.

/s/ *Ryan D. Walters*