**United States District Court**
**Southern District of Texas**
**Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>    *Defendants.* | Case 6:23-cv-00007 |

## [PROPOSED] ORDER

The Court **ORDERS** the following deadlines:

| | |
|---|---|
| March 17, 2023 | Defendants produce and file the Administrative Record |
| March 17–24, 2023 | Parties review the Administrative Record and confer on whether discovery is needed |
| March 24, 2023 | Parties file any motions for extra-record discovery and/or joint proposal on agreed discovery |
| March 31, 2023 | Parties file any responses to motions for extra-record discovery |
| April 28, 2023 | After court order approving any discovery, the Parties produce any discovery responses |
| April 28–May 12, 2023 | Period to resolve any disputes regarding discovery responses |
| May 19, 2023 | Defendants file their Response to Plaintiffs' Motion for Preliminary Injunction |
| May 26, 2023 | Plaintiffs file their Reply in Support of their Motion for Preliminary Injunction |
| The Week of June 12, 2023 | Final Pretrial Conference and Bench Trial in Houston, Texas |

The Court further **ORDERS** that the deadline for Defendants to file a responsive pleading or motion is **STAYED** until further order.

It is **SO ORDERED**.

Signed this ___ of _____, 2023.

                                                  _____
                                                  Drew B. Tipton
                                    UNITED STATES DISTRICT JUDGE