United States District Court
Southern District of Texas
**ENTERED**
March 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 6:23-cv-00007 |

## ORDER

Pending before the Court is the Immigration Reform Law Institute's unopposed motion of for leave to file a brief as *amicus curiae* in support of Plaintiffs' motion for preliminary injunction. After reviewing the motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

It is SO ORDERED.

SIGNED this March  10 , 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**