UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.* )<br><br>        Plaintiffs )<br>v. )<br><br>DEPARTMENT OF HOMELAND )<br>SECURTY, *et al.* )<br><br>        Defendants. ) | No. 6:23-cv-00007 |

**NOTICE OF SERVICE OF ADMINISTRATIVE RECORD**

Consistent with the parties' joint proposed scheduling order (Dkt. 84), Defendants hereby provide notice that they served the administrative record on Plaintiffs' counsel on March 17, 2023. With this notice, Defendants also attach (1) the certification of each administrative record in this action; and (2) the index of the contents of each administrative record. *See* Attachments.

//

//

1

Dated: March 17, 2023

ALAMDAR S. HAMDANI
*United States Attorney*

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

/s/ *Erez Reuveni*
EREZ REUVENI
*Assistant Director*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 307-4293
erez.r.reuveni@usdoj.gov

BRIAN WARD
*Senior Litigation Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2023, I electronically filed this brief with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

    /s/ *Erez Reuveni*
    EREZ REUVENI
    U.S. Department of Justice