## Implementation of a Parole Process for Cubans:
## Certified Administrative Record Index

|   |   | Bates Number(s) |
|---|---|---|
| | **Federal Register Sources (Chronological Order)** | |
| 1. | *Cuban Family Reunification Parole Program*, 72 Fed. Reg. 65,588 (Nov. 21, 2007), https://www.federalregister.gov/documents/2007/11/21/E7-22679/cuban-family-reunification-parole-program. | Cuba AR_000001 |
| 2. | *Implementation of Haitian Family Reunification Parole Program*, 79 Fed. Reg. 75,581 (Dec. 18, 2014), https://www.federalregister.gov/documents/2014/12/18/2014-29533/implementation-of-haitian-family-reunification-parole-program. | Cuba AR_000002 |
| 3. | *Visas: Documentation of Nonimmigrants Under the Immigration and Nationality Act, as Amended*, 81 Fed. Reg. 7,454 (Feb. 12, 2016), https://www.federalregister.gov/documents/2016/02/12/2016-02962/visas-documentation-of-nonimmigrants-under-the-immigration-and-nationality-act-as-amended. | Cuba AR_000005 |
| 4. | *Filipino World War II Veterans Parole Policy*, 81 Fed. Reg. 2,809 (May. 9, 2016), https://www.federalregister.gov/documents/2016/05/09/2016-10750/filipino-world-war-ii-veterans-parole-policy. | Cuba AR_000006 |
| 5. | *Eliminating Exception to Expedited Removal Authority for Cuban Nationals Arriving by Air*, 82 Fed. Reg. 4,769 (Jan. 17, 2017), https://www.federalregister.gov/documents/2017/01/17/2017-00915/eliminating-exception-to-expedited-removal-authority-for-cuban-nationals-arriving-by-air. | Cuba AR_000010 |
| 6. | *Eliminating Exception To Expedited Removal Authority for Cuban Nationals Encountered in the United States or Arriving by Sea*, 82 Fed. Reg. 4,902 (Jan. 17, 2017), https://www.federalregister.gov/documents/2017/01/17/2017-00914/eliminating-exception-to-expedited-removal-authority-for-cuban-nationals-encountered-in-the-united. | Cuba AR_000013 |
| 7. | *International Entrepreneur Rule*, 82 Fed. Reg. 5,238 (Jan. 17, 2017), https://www.federalregister.gov/documents/2017/01/17/2017-00481/international-entrepreneur-rule. | Cuba AR_000017 |
| 8. | *Implementation of the Uniting for Ukraine Parole Process*, 87 Fed. Reg. 25,040 (Apr. 27, 2022), https://www.federalregister.gov/documents/2022/04/27/2022-09087/implementation-of-the-uniting-for-ukraine-parole-process. | Cuba AR_000069 |
| 9. | *Implementation of a Parole Process Venezuelans*, 87 Fed. Reg. 63,507 (Oct. 19, 2022), https://www.federalregister.gov/documents/2022/10/19/2022-22739/implementation-of-a-parole-process-for-venezuelans. | Cuba AR_000073 |
| | **U.S. Government Sources (Alphabetical Order)** | |

| 10. | Declaration of Robert E. Perez, Deputy Comm'r, U.S. Customs and Border Protection (Mar. 3, 2020). | Cuba AR_000083 |
|---|---|---|
| 11. | Memorandum for Jeffrey L. Weiss, Dir., U.S. Dep't of Justice, Immigration and Naturalization Service, *Legal Opinion: Parole of Individuals from the Former Soviet Union Who Are Denied Refugee Status* (June 15, 2001). | Cuba AR_000092 |
| 12. | Memorandum for the Sec'y through John W. Priddy, Acting Dir., Joint Task Force-East, John K. Tien, Deputy Sec'y, and from Brendan C. McPherson, Director, Homeland Sec. Task Force-Southeast, *Operation Vigilant Sentry (OVS) Phase 1B* (Aug. 21, 2022). | Cuba AR_000098 |
| 13. | Memorandum for the Sec'y from Robert Silvers, Under Sec'y, Office of Strategy, Policy, and Plans, Christopher Magnus, Comm'r, U.S. Customs and Border Protection, Ur M. Jaddou, Dir., U.S. Citizenship and Immigration Services, *Parole Process for Certain Venezuelan Nationals* (Oct. 12, 2022). | Cuba AR_000100 |
| 14. | Memorandum for the Sec'y from Robert Silvers, Under Sec'y, Office of Strategy, Policy, and Plans, Troy Miller, Acting Comm'r, U.S. Customs and Border Protection, Ur M. Jaddou, Dir., U.S. Citizenship and Immigration Services, *Parole Process for Certain Cuban Nationals* (Dec. 22, 2022). | Cuba AR_000127 |
| 15. | Memorandum from Adam Hunter, Sec'y for Immigration Policy, Office of Strategy, Policy, and Plans, *Data on Maritime Migration*, (Dec. 22, 2022). | Cuba AR_000161 |
| 16. | Memorandum from Alejandro N. Mayorkas, Sec'y of Homeland Security, *Termination of Migrant Protection Protocols* (Oct. 29, 2021), https://www.dhs.gov/sites/default/files/2022-01/21_1029_mpp-termination-memo.pdf. | Cuba AR_000163 |
| 17. | Memorandum from Alejandro N. Mayorkas, Sec'y of Homeland Sec, *DHS Plan for Southwest Border Security and Preparedness*, (Apr. 26, 2022), https://www.dhs.gov/sites/default/files/2022-04/22_0426_dhs-plan-southwest-border-security-preparedness.pdf | Cuba AR_000167 |
| 18. | Memorandum from Blas Nuñez-Neto, Acting Sec'y for Border and Immigration Policy, *Data on Migration Through Costa Rica, Ecuador, and Colombia* (Dec. 20, 2022). | Cuba AR_000187 |
| 19. | Sullivan, Mark P. *Cuba: U.S. Policy in the 117th Congress*, Cong. Research Serv. (Sept. 22, 2022). | Cuba AR_000190 |
| 20. | Sullivan, Mark P., *Cuba: U.S. Policy Overview*, Cong. Research Serv. (Nov. 17, 2022). | Cuba AR_000238 |
| 21. | U.S. Agency for Int'l Dev., Press Release, *The United States Announces More than $314 Million in New Stabilization Efforts and Humanitarian Assistance for Venezuelans and Other Migrants at the Summit of the Americas* (June 10, 2022), https://www.usaid.gov/news-information/press-releases/jun-10-2022-united-states-announces-more-314-million-new-stabilization-efforts-venezuela | Cuba AR_000241 |
| 22. | U.S. Department of Homeland Security and U.S. Department of Defense, *Joint Brief on Mass Maritime Migration* (August 2022). | Cuba AR_000243 |
| 23. | U.S. Dep't of Homeland Security, Email, *Heads-Up on Assistance Needed* (Dec. 13, 2022). | Cuba AR_000252 |

| | | |
|---|---|---|
| 24. | U.S. Dep't of Homeland Security, Memorandum, *Explanation of the Decision to Terminate the Migrant Protection Protocols* (Oct. 29, 2021), https://www.dhs.gov/sites/default/files/2022-01/21_1029_mpp-termination-justification-memo-508.pdf. | Cuba AR_000255 |
| 25. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Cuba Memo Documentation Data* (Dec. 19, 2022). | Cuba AR_000294 |
| 26. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Total Monthly SWB Encounters*, (Dec. 14, 2022). | Cuba AR_000343 |
| 27. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Persons Naturalized by Region and Country of Birth: Fiscal Years 2011-2020*. | Cuba AR_000351 |
| 28. | U.S. Dep't of Homeland Security, Press Release, *Fact Sheet: Counter Human Smuggler Campaign Update* (Oct. 6, 2022), https://www.dhs.gov/news/2022/10/06/fact-sheet-counter-human-smuggler-campaign-update-dhs-led-effort-makes-5000th. | Cuba AR_000356 |
| 29. | U.S. Dep't of Homeland Security, Southwest Border Task Force, *Executive Leadership Report* (Sept. 23, 2022). | Cuba AR_000358 |
| 30. | U.S. Dep't of Homeland Security, *Eligible to Naturalize Overview - Cubans* (Aug 12, 2022). | Cuba AR_000372 |
| 31. | U.S. Dep't of Homeland Security, *Uniting for Ukraine* (Sept. 23, 2022). | Cuba AR_000373 |
| 32. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *USCIS Resumes Cuban Family Reunification Parole Program Operations* (Sept. 1, 2022), https://www.uscis.gov/newsroom/alerts/uscis-resumes-cuban-family-reunification-parole-program-operations. | Cuba AR_000375 |
| 33. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Policy Memorandum, *Parole of Spouses, Children and Parents of Active U.S Duty Members of the U.S. Armed Forces, the Selected Reserve of the Ready Reserve, and the Former Members of the U.S. Armed Forces or Selected Reserve of the Ready Reserve and the Effect of Parole on Inadmissibility Under the Immigration and Nationality Act § 212(a)(6)(A)(i)* (Nov. 15, 2013). | Cuba AR_000377 |
| 34. | U.S. Dep't of Homeland Security, U.S. Coast Guard, *Maritime Migration – Leadership Brief 01-08 Dec 2022*. | Cuba AR_000386 |
| 35. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *After Action Report (AAR) Mass Migration Event (MME) Del Rio, Texas September 8, 2021-September 24, 2021* (Oct. 7, 2021). | Cuba AR_000387 |
| 36. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *FY21-FY22 Unaccompanied Children*. | Cuba AR_000418 |

| | | |
|---|---|---|
| 37. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Rescue Beacons and Unidentified Remains Fiscal Year 2022 Report to Congress* (Mar. 29, 2022). | Cuba AR_000423 |
| 38. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Southwest Land Border Encounters and Credible Fear Since 2000*. | Cuba AR_000443 |
| 39. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Email, *Decompression* (Dec. 11, 2022). | Cuba AR_001743 |
| 40. | U.S. Dep't of State, *Cuba 2021 Human Rights Report*, https://www.state.gov/reports/2021-country-reports-on-human-rights-practices/cuba/. | Cuba AR_000445 |
| 41. | U.S. Dep't of State, *Mexico: Potential Impact of End of Title 42 on Migrant Populations and Border Flows in Mexico* (Dec. 1, 2022). | Cuba AR_000490 |
| 42. | U.S. Dep't of State, *Trafficking in Persons Report* (July 2022), https://www.state.gov/reports/2021-trafficking-in-persons-report/ | Cuba AR_000493 |
| 43. | U.S. Dep't of State, Media Note, *Migration Talks with the Government of Cuba* (Nov. 15, 2022), https://www.state.gov/migration-talks-with-the-government-of-cuba-2/ | Cuba AR_001129 |
| 44. | The White House, *Collaborative Migration Management Strategy*, (July 29, 2021), https://www.whitehouse.gov/wp-content/uploads/2021/07/Collaborative-Migration-Management-Strategy.pdf?utm_medium=email&utm_source=govdelivery | Cuba AR_001133 |
| 45. | The White House, *Fact Sheet: The Los Angeles Declaration on Migration and Protection U.S. Gov't and Foreign Partner Deliverables*, (June 10, 2022), https://www.whitehouse.gov/briefing-room/statements-releases/2022/06/10/fact-sheet-the-los-angeles-declaration-on-migration-and-protection-u-s-government-and-foreign-partner-deliverables/ | Cuba AR_001147 |
| 46. | The White House, *Los Angeles Declaration on Migration and Protection* (June 10, 2022), https://www.whitehouse.gov/briefing-room/statements-releases/2022/06/10/los-angeles-declaration-on-migration-and-protection/ | Cuba AR_001154 |
| 47. | The White House, *U.S. Strategy for Addressing the Root Causes of Migration in Central America* (July 2022), https://www.whitehouse.gov/wp-content/uploads/2021/07/Root-Causes-Strategy.pdf | Cuba AR_001159 |
| | **OMB & Related Documents** | |
| | *Financial Support* | |
| 48. | Memorandum from Samantha Deshommes, Chief Regulatory Officer, U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Office of Policy and Strategy, *Request for Emergency OMB Paperwork Reduction Act (PRA) Clearance – Form I-134A, Online Request to be a Supporter and Declaration of Financial* | Cuba AR_001179 |

| | | |
|---|---|---|
| | *Support;* and USCIS Form I-134, *Declaration of Financial Support* (Dec. 29, 2022). | |
| 49. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134, Declaration of Financial Support*. | Cuba AR_001182 |
| 50. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134, Declaration of Financial Support, Instructions*. | Cuba AR_001195 |
| 51. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134, Declaration of Financial Support, Supporting Statement*. | Cuba AR_001203 |
| 52. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134A, Online Request to be a Supporting and Declaration of Financial Support*. | Cuba AR_001211 |
| | ***Advance Travel Authorization*** | |
| 53. | Memorandum from Matthew S. Davies, Executive Dir., U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Emergency Approval Request for Advance Travel Authorization Capability Under the Paperwork Reduction Act* (Dec. 15. 2022). | Cuba AR_001225 |
| 54. | U.S. Dep't of Homeland Security, Email, *ATA Burden Estimate* (Dec. 19, 2022). | Cuba AR_001226 |
| 55. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Advance Travel Authorization, Supporting Statement*. | Cuba AR_001230 |
| 56. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Statistics Division, *Enforcement Encounters – Northern Border FY 22*. | Cuba AR_001237 |
| 57. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Statistics Division, *Enforcement Encounters – Southern Border FY 22*. | Cuba AR_001240 |
| | **Non-U.S. Government Sources (Alphabetical Order)** | |
| 58. | Abi-Habib, Maria and Eileen Sullivan, *Cuban Migrants Arrive to U.S. in Record Numbers, on Foot, Not by Boat*, The New York Times (May 3, 2022), https://www.nytimes.com/2022/05/03/world/americas/cuban-migration-united-states.html. | Cuba AR_001243 |
| 59. | Alvarez, Priscilla, *First on CNN: A Record Number of Migrants Have Died Crossing the US-Mexico Border*, CNN (Sept. 7, 2022), https://www.cnn.com/2022/09/07/politics/us-mexico-border-crossing-deaths/index.html. | Cuba AR_001250 |
| 60. | Amnesty International, *Cuba: Tactics of Repression Must Not be Repeated* (Oct. 5, 2022), https://www.amnesty.org/en/latest/news/2022/10/cuba-repression-must-not-be-repeated/. | Cuba AR_001259 |
| 61. | Augustin, Ed and Robles France, *'Cuba Is Depopulating': Largest Exodus Yet Threatens Country's Future*, The New York Times (Dec. 10, 2022), https://www.nytimes.com/2022/12/10/world/americas/cuba-us-migration.html | Cuba AR_001264 |

| | | |
|---|---|---|
| 62. | Confair, Denelle, *Local Migrant Shelter Reaching Max Capacity as it Reaches Hundreds Per Day*, KGUN 9 Tucson (Sept. 22, 2022), https://headtopics.com/us/local-migrant-shelter-reaching-max-capacity-as-it-receives-hundreds-per-day-30112122 | Cuba AR_001272 |
| 63. | Corchado, Alfredo, *Ahead of Title 42's End, U.S.-Mexico Negotiations Called "Intense," "Round-the-Clock,"* Dallas Morning News (Dec. 14, 2022), https://www.dallasnews.com/news/2022/12/13/ahead-of-title-42s-end-us-mexico-negotiations-called-intense-round-the-clock/. | Cuba AR_001276 |
| 64. | Cox, Ashley, *More Than 180 People Rescued From Overloaded Vessel in Florida Keys*, CBS News (Nov. 22, 2022), https://www.cbsnews.com/tampa/news/more-than-180-people-rescued-from-overloaded-vessel-in-florida-keys/. | Cuba AR_001284 |
| 65. | Dell'Orto, Giavanna, *US Court Rejects Maintaining COVID-19 Asylum Restrictions*, WTOL (Dec. 16, 2022), https://abcnews.go.com/US/wireStory/us-court-rejects-maintaining-covid-19-asylum-restrictions-95464922 | Cuba AR_001286 |
| 66. | Durand, Jorge, Douglas S. Massey, and Emilio A. Parrado, ''The New Era of Mexican Migration to the United States,'' The Journal of American History Vol. 86, No. 2 (Sept. 1999). http://www.catedrajorgedurand.udg.mx/sites/default/files/1999_the_new_era_of_mexican_migration_to_the_us.pdf. | Cuba AR_001292 |
| 67. | Dickerson, Caitlin, *Confusion on the Border as Appeals Court Rules Against Trump's Remain in Mexico Policy*, The New York Times (Feb. 28, 2020, updated Oct. 29, 2021), https://www.nytimes.com/2020/02/28/us/migrants-court-remain-in-mexico-mpp-injunction.html | Cuba AR_001312 |
| 68. | The Economist, *Cuba is Facing Its Worst Shortage of Food Since the 1990s*, https://www.economist.com/the-americas/2021/07/01/cuba-is-facing-its-worst-shortage-of-food-since-the-1990s. | Cuba AR_001316 |
| 69. | Elamroussi, Aya and Adrienne Winston, *Washington, DC, Approves Creation of New Agency to Provide Services for Migrants Arriving From Other States*, CNN (Sept. 21, 2022), https://www.cnn.com/2022/09/21/us/washington-dc-migrant-services-office/index.html. | Cuba AR_001321 |
| 70. | Garcia, Jacob, *Migrant Truck Crashes in Mexico Killing 54*, Reuters (Dec. 9, 2021), https://www.reuters.com/article/uk-usa-immigration-mexico-accident-idUKKBN2IP01R | Cuba AR_001334 |
| 71. | Gonzalez, Valerie, *Migrants Risk Death Crossing Treacherous Rio Grande River for 'American Dream'*, The Guardian (Sept. 5, 2022), https://www.theguardian.com/us-news/2022/sep/05/migrants-risk-death-crossing-treacherous-rio-grande-river-for-american-dream | Cuba AR_001342 |
| 72. | Gov't of Mexico, *Finaliza el programa de estancias migratorias en México bajo la Sección 235 (b)(2)(C) de la Ley de Inmigración y Nacionalidad de EE. UU* (Oct. 25, 2022), https://www.gob.mx/sre/prensa/finaliza-el-programa-de-estancias-migratorias-en-mexico-bajo-la-seccion-235-b-2-c-de-la-ley-de-inmigracion-y-nacionalidad-de-ee-uu. | Cuba AR_001354 |
| 73. | Gov't of Panama, *Cuadro No. 001 Tránsito Irregular de Extranjeros por la Frontera con Colombia Por Región Segúridad Orden De Importancia: Año 2022*, | Cuba AR_001358 |

| | | |
|---|---|---|
| | https://www.migracion.gob.pa/images/img2022/PDF/IRREGULARES_%20POR_%20DARI%C3%89N_NOVIEMBRE_2022.pdf. | |
| 74. | Greenfield, Victoria A., Blas Nunez-Neto, Ian Mitch, Joseph C. Chang, and Etienne Rosas, *Human Smuggling and Associated Revenues*, Homeland Security Operational Analysis Center (2019), https://www.rand.org/pubs/research_reports/RR2852.html | Cuba AR_001360 |
| 75. | Human Rights Watch, *Cuba Events of 2021* (Aug. 7, 2021), https://www.hrw.org/world-report/2022/country-chapters/cuba | Cuba AR_001438 |
| 76. | Human Rights Watch, *Prison or Exile: Cuba's Systematic Repression of July 2021 Demonstrators* (July 2022), https://www.hrw.org/report/2022/07/11/prison-or-exile/cubas-systematic-repression-july-2021-demonstrators. | Cuba AR_001447 |
| 77. | Inter-American Commission on Human Rights, *Annual Report 2021, Chapter IV.B Cuba*. | Cuba AR_001488 |
| 78. | Jordan, Miriam, *Smuggling at the Border Now a Billion- Dollar Business*, The New York Times (July 25, 2022) https://www.nytimes.com/2022/07/25/us/migrant-smuggling-evolution.html | Cuba AR_001536 |
| 79. | Kinosian Sarah, *As United States' 'Remain in Mexico' Plan Begins, Mexico Plans to Shut Its 'Too Successful' Humanitarian Visa Program,* (Jan. 24, 2019) https://theworld.org/stories/2019-01-24/united-states-remain-mexico-plan-begins-mexico-plans-shut-its-too-successful | Cuba AR_001543 |
| 80. | La Prensa Latina, *More Than 4,000 Migrants Voluntarily Returned to Venezuela From Panama* (Nov. 9, 2022), https://www.laprensalatina.com/more-than-4000-migrants-voluntarily-returned-to-venezuela-from-panama/ | Cuba AR_001554 |
| 81. | Licon, Gomez Adriana, *Coast Guard Suspends Search for Migrants off Florida*, AP News (Jan. 27, 2022) https://apnews.com/article/florida-lost-at-sea-79253e1c65cf5708f19a97b6875ae239 | Cuba AR_001557 |
| 82. | Licon, Gomez Adriana, *Situation 'Dire' as Coast Guard Seeks 38 Missing off Florida*, AP News (Jan. 26, 2022), https://apnews.com/article/florida-capsized-boat-live-updates-f251d7d279b6c1fe064304740c3a3019 | Cuba AR_001559 |
| 83. | Meneghini, Alexandre, *Nicaragua Eliminates Visa Requirement for Cubans*, Reuters (Nov. 23, 2021), https://www.reuters.com/world/americas/nicaragua-eliminates-visa-requirement-cubans-2021-11-23/ | Cuba AR_001562 |
| 84. | Miller, Leila, *Asylum Seekers Are Gathering at the U.S.-Mexico Border. This is Why*, Los Angeles Times (Dec. 27, 2022), https://www.latimes.com/world-nation/story/2022-12-23/la-fg-mexico-title-42-confusion. | Cuba AR_001564 |
| 85. | Miroff, Nick and Carolyn Van Houten, *The Border is Tougher to Cross Than Ever. But There's Still One Way into America*, The Washington Post (Oct. 24, 2018), https://www.washingtonpost.com/world/national-security/theres-still-one-way-into-america/2018/10/24/d9b68842-aafb-11e8-8f4b-aee063e14538_story.html. | Cuba AR_001580 |
| 86. | Nunez, Claudia, *"It Would Have Been Better to Let Me Die," on the Other Side of the Darien, Hundreds Survive the Nightmare of Death*, The Los Angeles Times (Mar. 4, 2022), https://www.latimes.com/espanol/internacional/articulo/2022-03-04/al-otro-lado-del-darien-cientos-sobreviven-la-pesadilla-de-la-muerte. | Cuba AR_001589 |

| | | |
|---|---|---|
| 87. | Oppmann, Patrick, *Cubans Are Arriving to the US in Record Numbers. Smugglers Are Profiting From the Exodus,* CNN (May 12. 2022) https://www.cnn.com/2022/05/12/americas/cuba-mass-migration-intl-latam/index.html. | Cuba AR_001606 |
| 88. | Organization of American States, Inter-American Commission on Human Rights, *Annual Report 2021-Chapter IV.B Cuba*. | Cuba AR_001613 |
| 89. | Rosenberg, Mica, Kristina Cooke and Daniel Trotta, *The Border's Toll: Migrants Increasingly Die Crossing into U.S. From Mexico*, Reuters (July 22, 2022) https://www.reuters.com/investigates/special-report/usa-immigration-border-deaths/ | Cuba AR_001621 |
| 90. | Sheridan, Mary Beth, *In Cuba, A Frantic Search for Milk*, Reuters (May 21, 2022), https://www.washingtonpost.com/world/interactive/2022/cuba-economy-milk-shortage | Cuba AR_001624 |
| 91. | Sherwood, Dave, *Banging Pots, Cuban's Stage Rare Protests Over Hurricane Ian Blackouts*, Reuters (Sept. 30, 2022), *https://www.reuters.com/world/americas/cubans-havana-bang-pots-protest-days-long-blackout-after-ian-2022-09-30/* | Cuba AR_001682 |
| 92. | The Caribbean Council, *Gil Says Economic Recovery Gradual, Inflation Must be Better Addressed* (July 22, 2022), https://www.caribbean-council.org/gil-says-economic-recovery-gradual-inflation-must-be-better-addressed/ | Cuba AR_001686 |
| 93. | Tech Transparency Project, *Inside the World of Misinformation Targeting Migrants on Social Media* (July 26, 2022) https://www.techtransparencyproject.org/articles/inside-world-misinformation-targeting-migrants-social-media | Cuba AR_001690 |
| 94. | Torres, Nora Gamez, *As Cubans Demand Freedom, President Díaz-Canel Says He Will not Tolerate 'Illegitimate' Protests*, Miami Herald (Oct. 3, 2022) https://www.miamiherald.com/news/nation-world/world/americas/cuba/article266767916.html | Cuba AR_001705 |
| 95. | Torres, Raquel, *Migrant Aid Groups Stretched Thin as City Officials Seek Federal Help for Expected Wave*, San Antonio Report (Apr. 27, 2022)  https://sanantonioreport.org/migrant-aid-groups-stretched-thin-city-officials-seek-federal-help | Cuba AR_001708 |
| 96. | United Nations High Comm'r for Refugees, Fact Sheet, *Americas August 2022* (Aug. 22, 2022), https://data.unhcr.org/en/documents/details/95054. | Cuba AR_001712 |
| 97. | Venancio, Mariakarla Nodarse, *U.S.-Cuba Relations: The Old, the New and What Should Come Next,* WOLA (Dec. 16, 2022), https://www.wola.org/analysis/us-cuba-relations-old-new-should-come-next/ | Cuba AR_001719 |
| 98. | Vicent, Maurico, *The Cuban Migration Crisis: Biggest Exodus in History Holds Key to Havana-Washington Relations*, El País (Dec. 15, 2022), https://english.elpais.com/international/2022-12-15/the-cuban-migration-crisis-biggest-exodus-in-history-holds-key-to-havana-washington-relations.html | Cuba AR_001725 |
| 99. | Voice of America, *US Policy Prompts Some Venezuelan Migrants to Change Route* (Oct. 14, 2022), https://www.voanews.com/a/us-policy-prompts-some-venezuelan-migrants-to-change-route | Cuba AR_001733 |

| 100 | Whelan, Robbie, *Violence Plagues Migrants Under U.S. 'Remain in Mexico' Program: Migrants Seeking Shelter in the U.S. Under Trump Administration Policy Report Rising Numbers of Kidnappings by Criminal Groups*, Wall Street Journal (Dec. 28, 2019), https://www.wsj.com/articles/violence-plagues-migrants-under-u-s-remain-in-mexico-program-11577529000. | Cuba AR_001736 |
|---|---|---|