UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* | ) |
| Plaintiffs | ) |
| v. | ) No. 6:23-cv-00007 |
| DEPARTMENT OF HOMELAND SECURTY., *et al.* | ) |
| Defendants. | ) |

**CERTIFICATION OF ADMINISTRATIVE RECORD FOR
THE IMPLEMENTATION OF A PAROLE PROCESS FOR HAITIANS**

My name is Juliana Blackwell. I am employed with the U.S. Department of Homeland Security, as the Deputy Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since August 2019.

I am the custodian of the Department of Homeland Security's *Implementation of a Parole Process for Haitians*, 88 Fed. Reg. 1,243 (Jan. 9, 2023), and of a copy of the administrative record for the decision for DHS. I certify that, to the best of my knowledge, information, and belief, the attached index contains the non-privileged documents considered by DHS, and that these documents constitute the administrative record the agency considered.

_____

Juliana Blackwell
Executed this 17th day of March, 2023 in Washington, D.C.