## Implementation of a Parole Process for Haiti
## Certified Administrative Record Index

| | **Federal Register Sources (Chronological Order)** | **Bates Numbers** |
|---|---|---|
| 1. | *Cuban Family Reunification Parole Program*, 72 Fed. Reg. 65,588 (Nov. 21, 2007), https://www.federalregister.gov/documents/2007/11/21/E7-22679/cuban-family-reunification-parole-program. | Haiti AR_000001 |
| 2. | *Implementation of Haitian Family Reunification Parole Program*, 79 Fed. Reg. 75,581 (Dec. 18, 2014), https://www.federalregister.gov/documents/2014/12/18/2014-29533/implementation-of-haitian-family-reunification-parole-program. | Haiti AR_000002 |
| 3. | *Visas: Documentation of Nonimmigrants Under the Immigration and Nationality Act, as Amended*, 81 Fed. Reg. 7,454 (Feb. 12, 2016), https://www.federalregister.gov/documents/2016/02/12/2016-02962/visas-documentation-of-nonimmigrants-under-the-immigration-and-nationality-act-as-amended. | Haiti AR_000005 |
| 4. | *Filipino World War II Veterans Parole Policy*, 81 Fed. Reg. 2,809 (May. 9, 2016), https://www.federalregister.gov/documents/2016/05/09/2016-10750/filipino-world-war-ii-veterans-parole-policy. | Haiti AR_000006 |
| 5. | *Eliminating Exception to Expedited Removal Authority for Cuban Nationals Arriving by Air*, 82 Fed. Reg. 4,769 (Jan. 17, 2017), https://www.federalregister.gov/documents/2017/01/17/2017-00915/eliminating-exception-to-expedited-removal-authority-for-cuban-nationals-arriving-by-air. | Haiti AR_000010 |
| 6. | *Eliminating Exception To Expedited Removal Authority for Cuban Nationals Encountered in the United States or Arriving by Sea*, 82 Fed. Reg. 4,902 (Jan. 17, 2017), https://www.federalregister.gov/documents/2017/01/17/2017-00914/eliminating-exception-to-expedited-removal-authority-for-cuban-nationals-encountered-in-the-united. | Haiti AR_000012 |
| 7. | *International Entrepreneur Rule*, 82 Fed. Reg. 5,238 (Jan. 17, 2017), https://www.federalregister.gov/documents/2017/01/17/2017-00481/international-entrepreneur-rule. | Haiti AR_000017 |
| 8. | *Implementation of the Uniting for Ukraine Parole Process*, 87 Fed. Reg. 25,040 (Apr. 27, 2022), https://www.federalregister.gov/documents/2022/04/27/2022-09087/implementation-of-the-uniting-for-ukraine-parole-process. | Haiti AR_000069 |
| 9. | *Implementation of a Parole Process Venezuelans*, 87 Fed. Reg. 63,507 (Oct. 19, 2022), https://www.federalregister.gov/documents/2022/10/19/2022-22739/implementation-of-a-parole-process-for-venezuelans. | Haiti AR_000073 |
| | **U.S. Government Sources (Alphabetical Order)** | |

| | | |
|---|---|---|
| 10. | Declaration of Robert E. Perez, Deputy Comm'r, U.S. Customs and Border Protection (Mar. 3, 2020). | Haiti AR_000084 |
| 11. | Memorandum for Jeffrey L. Weiss, Dir., U.S. Dep't of Justice, Immigration and Naturalization Service, *Legal Opinion: Parole of Individuals from the Former Soviet Union Who Are Denied Refugee Status* (June 15, 2001). | Haiti AR_000092 |
| 12. | Memorandum for the Sec'y from Robert Silvers, Under Sec'y, Office of Strategy, Policy, and Plans, Troy Miller, Acting Comm'r, U.S. Customs and Border Protection, Ur M. Jaddou, Dir., U.S. Citizenship and Immigration Services, *Parole Process for Certain Haitian Nationals*, (Dec. 22, 2022). | Haiti AR_000098 |
| 13. | Memorandum for the Sec'y from Robert Silvers, Under Sec'y, Office of Strategy, Policy, and Plans, Christopher Magnus, Comm'r, U.S. Customs and Border Protection, Ur M. Jaddou, Dir., U.S. Citizenship and Immigration Services, *Parole Process for Certain Venezuelan Nationals* (Oct. 12, 2022). | Haiti AR_000133 |
| 14. | Memorandum for the Sec'y through John W. Priddy, Acting Dir., Joint Task Force-East, John K. Tien, Deputy Sec., and from Brendan C. McPherson, Director, Homeland Sec. Task Force-Southeast, *Operation Vigilant Sentry (OVS) Phase 1B* (Aug. 21, 2022). | Haiti AR_000160 |
| 15. | Memorandum from Adam Hunter, Deputy Assistant Sec'y for Immigration Policy, *Data on Maritime Migration* (Dec. 22, 2022). | Haiti AR_000163 |
| 16. | Memorandum from Alejandro N. Mayorkas, Sec'y of Homeland Security, *DHS Plan for Southwest Border Security and Preparedness* (Apr. 26, 2022), https://www.dhs.gov/sites/default/files/2022-04/22_0426_dhs-plan-southwest-border-security-preparedness.pdf. | Haiti AR_000165 |
| 17. | Memorandum from Alejandro N. Mayorkas, Sec'y of Homeland Security, *Termination of Migrant Protection Protocols* (Oct. 29, 2021), https://www.dhs.gov/sites/default/files/2022-01/21_1029_mpp-termination-memo.pdf. | Haiti AR_000185 |
| 18. | Memorandum from Blas Nuñez-Neto, Acting Sec'y for Border and Immigration Policy, *Data on Migration Through Costa Rica, Ecuador, and Colombia* (Dec. 20, 2022). | Haiti AR_000189 |
| 19. | Seelke, Clare Ribando and Maureen Taft-Morales, *Haiti: Political Conflict and U.S. Policy Overview*, Cong. Research Serv. (Version 2 Aug. 2, 2022), https://crsreports.congress.gov/product/pdf/IF/IF12182. | Haiti AR_000192 |
| 20. | U.S. Agency for Int'l Dev., *Haiti-Complex Emergency* (July 8, 2022), https://reliefweb.int/report/haiti/haiti-complex-emergency-fact-sheet-6-fiscal-year-fy-2022. | Haiti AR_000195 |
| 21. | U.S. Agency for Int'l Dev., *Haiti: Nutrition Profile* (May 2021). | Haiti AR_000202 |
| 22. | U.S. Agency for Int'l Dev., Press Release, *The United States Announces More than $314 Million in New Stabilization Efforts and Humanitarian Assistance for Venezuelans and Other Migrants at the Summit of the Americas* (June 10, 2022), https://www.usaid.gov/news-information/press-releases/jun-10-2022-united-states-announces-more-314-million-new-stabilization-efforts-venezuela | Haiti AR_000208 |

| | | |
|---|---|---|
| 23. | U.S. Department of Homeland Security and U.S. Department of Defense, *Joint Brief on Mass Maritime Migration* (August 2022). | Haiti AR_000210 |
| 24. | U.S. Dep't of Homeland Security, *Eligible to Naturalize Overview - Haiti* (Aug 12, 2022). | Haiti AR_000219 |
| 25. | U.S. Dep't of Homeland Security, *Uniting for Ukraine* (Sept. 23, 2022). | Haiti AR_000220 |
| 26. | U.S. Dep't of Homeland Security, Data Pull, *Haiti Memo Documentation 12.20.22*. | Haiti AR_000222 |
| 27. | U.S. Dep't of Homeland Security, Email, *Humanitarian Visas in Mexico* (Dec. 14, 2022). | Haiti AR_000259 |
| 28. | U.S. Dep't of Homeland Security, Memorandum, *Explanation of the Decision to Terminate the Migrant Protection Protocols* (Oct. 29, 2021), https://www.dhs.gov/sites/default/files/2022-01/21_1029_mpp-termination-justification-memo-508.pdf. | Haiti AR_000260 |
| 29. | U.S. Dep't of Homeland Security, Press Release, *CBP and Coast Guard respond to a Haitian Smuggling Venture that Resulted in Fatalities in Mona Island* (July 29, 2022), https://www.cbp.gov/newsroom/local-media-release/cbp-and-coast-guard-respond-haitian-smuggling-venture-resulted | Haiti AR_000299 |
| 30. | U.S. Dep't of Homeland Security, Press Release, *Fact Sheet: Counter Human Smuggler Campaign Update* (Oct. 6, 2022), https://www.dhs.gov/news/2022/10/06/fact-sheet-counter-human-smuggler-campaign-update-dhs-led-effort-makes-5000th. | Haiti AR_000304 |
| 31. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Total Monthly SWB Encounters* (Dec. 14, 2022). | Haiti AR_000306 |
| 32. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Persons Naturalized by Region and Country of Birth: Fiscal Years 2011-2020*. | Haiti AR_000314 |
| 33. | U.S. Dep't of Homeland Security, Southwest Border Task Force, *Executive Leadership Report* (Sept. 23, 2022). | Haiti AR_000319 |
| 34. | U.S. Dep't of Homeland Security, U.S. Border Patrol, *Maritime Smuggling Event Involving 104 Migrants*, Tweet (Oct. 18, 2022). | Haiti AR_000333 |
| 35. | U.S. Dep't of Homeland Security, U.S. Border Patrol, *Nationwide Apprehensions Data by Citizenship and Sector in FY2007*. | Haiti AR_000334 |
| 36. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Policy Memorandum, *Parole of Spouses, Children and Parents of Active U.S Duty Members of the U.S. Armed Forces, the Selected Reserve of the Ready Reserve, and the Former Members of the U.S. Armed Forces or Selected Reserve of the Ready Reserve and the Effect of Parole on Inadmissibility Under the Immigration and Nationality Act § 212(a)(6)(A)(i)* (Nov. 15, 2013). | Haiti AR_00376 |

| | | |
|---|---|---|
| 37. | U.S. Dep't of Homeland Security, U.S Citizenship and Immigration Services, Refugee, Asylum and Int'l Operations Research Unit, *Haiti Country Conditions Update* (Oct. 13, 2022). | Haiti AR_000385 |
| 38. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Refugee, Asylum and Int'l Operations Research Unit, *Temporary Protected Status (TPS) Considerations Haiti June 2021-July 2022*. | Haiti AR_000390 |
| 39. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *After Action Report (AAR) Mass Migration Event (MME) Del Rio, Texas September 8, 2021-September 24, 2021* (Oct. 7, 2021). | Haiti AR_000403 |
| 40. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Rescue Beacons and Unidentified Remains Fiscal Year 2022 Report to Congress*. | Haiti AR_000434 |
| 41. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Southwest Land Border Encounters and Credible Fear Since 2000*. | Haiti AR_000454 |
| 42. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Email, *Decompression* (Dec. 11, 2022). | Haiti AR_000456 |
| 43. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Press Release, *CBP, Law Enforcement Assist 42 Haitian Migrants After Landing in Key Biscayne* (Aug. 25, 2021), https://www.cbp.gov/newsroom/local-media-release/cbp-law-enforcement-assist-42-haitian-migrants-after-landing-key. | Haiti AR_000459 |
| 44. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Press Release, *Nationwide Encounters*, https://www.cbp.gov/newsroom/stats/nationwide-encounters. | Haiti AR_000461 |
| 45. | U.S. Dep't of Homeland Sec., U.S. Customs and Border Protection, Press Release, *US Border Patrol Apprehends 64 Haitians Who Were Abandoned by Smugglers in Mona Island* (Oct. 19, 2022), https://www.cbp.gov/newsroom/local-media-release/us-border-patrol-apprehends-64-haitians-who-were-abandoned-smugglers. | Haiti AR_000467 |
| 46. | U.S. Dep't of Homeland Security, U.S. Immigration and Customs Enforcement, Enforcement Removal Operations, *Data on Haitian Repatriations FY 2022-FY 2023 YTD*. | Haiti AR_000469 |
| 47. | U.S. Dep't of State, Press Release, *Steps to Address the Humanitarian and Security Situation in Haiti* (Oct. 12, 2022), https://www.state.gov/steps-to-address-the-humanitarian-and-security-situation-in-haiti/ | Haiti AR_000470 |
| 48. | U.S. Dep't of State, *Trafficking in Persons Report* (July 2022), https://www.state.gov/reports/2021-trafficking-in-persons-report/ | Haiti AR_000474 |
| 49. | U.S Embassy in Haiti, *Haiti September 22, Fewer Protests, Some Looting, Continued Fuel and Other Shortages Due to Blockades, but Business and Daily Activities Resuming* (Sept. 22,2022). | Haiti AR_001110 |
| 50. | U.S. Embassy in Haiti, *Haiti: October 1, Calm Reigns Over Haiti, But the Lights Might Go Out* (Oct. 2, 2022). | Haiti AR_001117 |
| 51. | U.S Embassy in Haiti, *Haiti Fuel Shortages and Port Blockages Increase Food Insecurity* (Oct. 17, 2022). | Haiti AR_001121 |

| | | |
|---|---|---|
| 52. | U.S Embassy in Haiti, *Haiti Relative Calm Continues, First Suspected Case of Cholera Detected in the Dominican Republic* (Oct. 21, 2022). | Haiti AR_001125 |
| 53. | U.S. Embassy in Mexico, *Mexico: Potential Impact of End of Title 42 on Migrant Populations and Border Flows in Mexico* (Dec.1, 2022). | Haiti AR_001130 |
| 54. | U.S. Mission to the United Nations, *Remarks by Ambassador Linda Thomas-Greenfield at the UN Security Council Debate on Haiti*, (Oct. 21, 2022), https://usun.usmission.gov/remarks-by-ambassador-linda-thomas-greenfield-at-the-un-security-council-debate-on-haiti/ | Haiti AR_001133 |
| 55. | The White House, *Collaborative Migration Management Strategy*, (July 29, 2021), https://www.whitehouse.gov/wp-content/uploads/2021/07/Collaborative-Migration-Management-Strategy.pdf?utm_medium=email&utm_source=govdelivery | Haiti AR_001137 |
| 56. | The White House, *Fact Sheet: The Los Angeles Declaration on Migration and Protection U.S. Gov't and Foreign Partner Deliverables*, (June 10, 2022), https://www.whitehouse.gov/briefing-room/statements-releases/2022/06/10/fact-sheet-the-los-angeles-declaration-on-migration-and-protection-u-s-government-and-foreign-partner-deliverables/ | Haiti AR_001151 |
| 57. | The White House, *Los Angeles Declaration on Migration and Protection* (June 10, 2022), https://www.whitehouse.gov/briefing-room/statements-releases/2022/06/10/los-angeles-declaration-on-migration-and-protection/ | Haiti AR_001158 |
| 58. | The White House, *U.S. Strategy for Addressing the Root Causes of Migration in Central America* (July 2022), https://www.whitehouse.gov/wp-content/uploads/2021/07/Root-Causes-Strategy.pdf | Haiti AR_001163 |
| | **OMB & Related Documents** | |
| | *Financial Support* | |
| 59. | Memorandum from Samantha Deshommes, Chief Regulatory Officer, U.S. Citizenship and Immigration Services, Office of Policy and Strategy, *Request for Emergency OMB Paperwork Reduction Act (PRA) Clearance – Form I-134A, Online Request to be a Supporter and Declaration of Financial Support; and USCIS Form I-134, Declaration of Financial Support* (Dec. 29, 2022). | Haiti AR_001183 |
| 60. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134, Declaration of Financial Support*. | Haiti AR_001186 |
| 61. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134, Declaration of Financial Support, Instructions*. | Haiti AR_001199 |
| 62. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134, Declaration of Financial Support, Supporting Statement*. | Haiti AR_001207 |

| | | |
|---|---|---|
| 63. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134A, Online Request to be a Supporting and Declaration of Financial Support.* | Haiti AR_001215 |
| | ***Advance Travel Authorization*** | |
| 64. | Memorandum from Matthew S. Davies, Executive Dir., U.S. Customs and Border Protection, *Emergency Approval Request for Advance Travel Authorization Capability Under the Paperwork Reduction Act* (Dec. 14, 2022). | Haiti AR_001229 |
| 65. | U.S. Dep't of Homeland Security, Email, *ATA Burden Estimate* (Dec. 19, 2022). | Haiti AR_001233 |
| 66. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Advance Travel Authorization, Supporting Statement.* | Haiti AR_001234 |
| 67. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Statistics Division, *Enforcement Encounters – Northern Border FY 22.* | Haiti AR_001241 |
| 68. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Statistics Division, *Enforcement Encounters – Southern Border FY 22.* | Haiti AR_001244 |
| | **Non-U.S. Government Sources (Alphabetical Order)** | |
| 69. | Alden, Edward, and Alex Tippett, *Why Are Haitian Migrants Gathering at the U.S. Border*, Council on Foreign Relations (Oct. 1, 2021), https://www.cfr.org/in-brief/why-are-haitian-migrants-gathering-us-border. | Haiti AR_001247 |
| 70. | Al Jazeera, Migration News, *More than 100 Haitian migrants found on island near Puerto Rico.* (Oct. 18, 2022), https://www.aljazeera.com/news/2022/10/18/more-than-100-haitian-migrants-found-on-island-near-puerto-rico | Haiti AR_001253 |
| 71. | Alvarez, Priscilla, *First on CNN: A Record Number of Migrants Have Died Crossing the US-Mexico Border*, CNN (Sept. 7, 2022), https://www.cnn.com/2022/09/07/politics/us-mexico-border-crossing-deaths/index.html#:~:text=CNN%20Store-,First%20on%20CNN%3A%20A%20record%20number%20of%20migrants%20have,crossing%20the%20US%2DMexico%20border&text=Nearly%20750%20migrants%20have%20died,Security%20figures%20shared%20with%20CNN. | Haiti AR_001256 |
| 72. | Buschschlüter, Vanessa, *Haiti Gang Violence, 209 Killed in Cité Soleil in 10 days* (July 26, 2022) https://www.bbc.com/news/world-latin-america-62292007 | Haiti AR_001261 |
| 73. | Cappucci, Matthew, *Tropical Depression Grace Drenching Haiti Days After Major Earthquake*, The Washington Post (Aug. 16, 2021), https://www.washingtonpost.com/weather/2021/08/16/tropical-depression-grace-haiti-flooding/. | Haiti AR_001269 |
| 74. | Confair, Denelle, *Local Migrant Shelter Reaching Max Capacity as it Receives Hundreds Per Day*, KGUN9 Tucson (Sept. 22, 2022), https://www.kgun9.com/news/local-news/local-migrant-shelter-reaching-max-capacity- | Haiti AR_001272 |

6

| | | |
|---|---|---|
| | as-it-receives-hundreds-per-day. | |
| 75. | Cox, Ashley, *More Than 180 People Rescued From Overloaded Vessel in Florida Keys*, CBS News (Nov. 22, 2022), https://www.cbsnews.com/tampa/news/more-than-180-people-rescued-from-overloaded-vessel-in-florida-keys/. | Haiti AR_001276 |
| 76. | Crowley, Michael and Catherine Porter, *Haiti's President Assassinated in Nighttime Raid, Shaking a Fragile Nation*, The New York Times (Oct 18, 2021), https://www.nytimes.com/2021/07/07/world/americas/haiti-president-assassinated-killed.html | Haiti AR_001281 |
| 77. | Dickerson, Caitlin, *Confusion on the Border as Appeals Court Rules Against Trump's Remain in Mexico Policy*, The New York Times (Feb. 28, 2020, updated Oct. 29, 2021), https://www.nytimes.com/2020/02/28/us/migrants-court-remain-in-mexico-mpp-injunction.html | Haiti AR_001285 |
| 78. | Doña-Reveco, Cristián, *Chile's Retooled Migration Law Offers More Restrictions, Less Welcome*, Migration Policy Institute (May 2021), https://www.migrationportal.org/insight/chiles-retooled-migration-law-offers-more-restrictions-less-welcome/. | Haiti AR_001289 |
| 79. | Dupain, Etant and Hande Atay Alam, *Haiti Government Asks for International Military Assistance*, CNN (Oct. 7, 2022), https://www.cnn.com/2022/10/07/americas/haiti-international-military-assistance-humanitarian-crisis-intl/index.html. | Haiti AR_001292 |
| 80. | Durand, Jorge, Douglas S. Massey, and Emilio A. Parrado, ''The New Era of Mexican Migration to the United States,'' The Journal of American History Vol. 86, No. 2 (Sept. 1999). http://www.catedrajorgedurand.udg.mx/sites/default/files/1999_the_new_era_of_mexican_migration_to_the_us.pdf | Haiti AR_001302 |
| 81. | Eckstein, David Vera Künzel, Laura Schäfer, *Global Climate Risk Index 2021* (Jan. 2021), https://www.germanwatch.org/en/19777 | Haiti AR_001322 |
| 82. | Elamroussi, Aya and Adrienne Winston, *Washington, DC, Approves Creation of New Agency to Provide Services for Migrants Arriving From Other States*, CNN (Sept. 21, 2022), https://www.cnn.com/2022/09/21/us/washington-dc-migrant-services-office. | Haiti AR_001374 |
| 83. | Ford, Alessandro *Insight Crime Haiti Gangs Recruiting, Arming More Children* (June. 3 2022), https://insightcrime.org/news/haiti-gangs-recruiting-arming-more-children/ | Haiti AR_001384 |
| 84. | Ford, Alessandro, *Scandal at Haiti Customs After Over 100,000 Rounds of Smuggled Ammunition Seized*, Insight Crime (July 8, 2022), https://insightcrime.org/news/scandal-at-haiti-customs-after-over-100000-rounds-of-smuggled-ammunition-seized. | Haiti AR_001387 |
| 85. | Freedom House, *Freedom in the World 2022: Haiti*, https://freedomhouse.org/country/haiti/freedom-world/2022 | Haiti AR_001390 |

| | | |
|---|---|---|
| 86. | Garcia, Jacob, *Migrant Truck Crashes in Mexico Killing 54*, Reuters (Dec. 10, 2021), https://www.reuters.com/world/americas/least-49-people-killed-mexico-trailer-accident-officials-say-2021-12-09/. | Haiti AR_001408 |
| 87. | Gonzalez, Valeria, *Migrants Risk Death Crossing Treacherous Rio Grande River for 'American Dream,'* (Sept. 5, 2022), https://www.theguardian.com/us-news/2022/sep/05/migrants-risk-death-crossing-treacherous-rio-grande-river-for-american-dream. | Haiti AR_001418 |
| 88. | Gov't of Mexico, *Ley De Migranción Nueva Ley Publicada en el Diario Oficial de la Federación el 25 de Mayo de 2011* (Apr. 29, 2022), https://www.diputados.gob.mx/LeyesBiblio/pdf/LMigra.pdf. | Haiti AR_001430 |
| 89. | Gov't of Mexico, *Finaliza el programa de estancias migratorias en México bajo la Sección 235 (b)(2)(C) de la Ley de Inmigración y Nacionalidad de EE. UU* (Oct. 25, 2022), https://www.gob.mx/sre/prensa/finaliza-el-programa-de-estancias-migratorias-en-mexico-bajo-la-seccion-235-b-2-c-de-la-ley-de-inmigracion-y-nacionalidad-de-ee-uu. | Haiti AR_001497 |
| 90. | Gov't of Mexico, *Mexico Commission for Assistance of Refugee Data*, https://www.gob.mx/cms/uploads/attachment/file/783226/Cierre_Noviembre-2022__1-Dic._.pdf. | Haiti AR_001501 |
| 91. | Gov't of Panama, *Cuadro No. 001 Tránsito Irregular de Extranjeros por la Frontera con Colombia Por Región Segúridad Orden De Importancia: Año 2022*, https://www.migracion.gob.pa/images/img2022/PDF/IRREGULARES_%20POR_%20DARIÉN_NOVIEMBRE_2022.pdf. | Haiti AR_001502 |
| 92. | Gov't of Panama, *Irregulares en Tránsito Por Darién Por País* (Dec. 2021). | Haiti AR_001504 |
| 93. | Gov't of Panama, *Irregulares en Tránsito Por Darién Por País* (Sept. 2022). | Haiti AR_001506 |
| 94. | Greenfield, Victoria A., Blas Nunez-Neto, Ian Mitch, Joseph C. Chang, and Etienne Rosas, *Human Smuggling and Associated Revenues*, Homeland Security Operational Analysis Center (2019), https://www.rand.org/pubs/research_reports/RR2852.html | Haiti AR_001507 |
| 95. | Harvard Law School Int'l Human Rights Clinic, *Killing With Impunity: State Sanctioned Massacres in Haiti* (April 2022). | Haiti AR_001585 |
| 96. | Human Rights Watch, *Haiti Events of 2021* (Oct. 21, 2021), https://www.hrw.org/world-report/2022/country-chapters/haiti. | Haiti AR_001642 |
| 97. | Int'l Organization for Migration, *IOM Assists Over 10,800 Haitians Returned from the US, Mexico, and Caribbean in the Past Month* (Oct. 22, 2021), https://www.iom.int/news/iom-assists-over-10800-haitians-returned-us-mexico-and-caribbean-past-month#:~:text=Port%2Dau%2DPrince%20%E2%80%93The,returned%20by%20the%20Coast%20Guard. | Haiti AR_001652 |

| 98. | Int'l Organization for Migration, *IOM Haiti: Displacement Dashboard #1* (June 2021). | Haiti AR_001654 |
|---|---|---|
| 99. | Int'l Organization for Migration, *IOM Condemns Violence and Looting of Humanitarian Supplies in Haiti* (Sept. 24, 2022), https://haiti.iom.int/news/iom-condemns-violence-and-looting-humanitarian-supplies-haiti. | Haiti AR_001656 |
| 100. | Jordan, Miriam, *Smuggling at the Border Now a Billion- Dollar Business*, The New York Times (July 25, 2022) https://www.nytimes.com/2022/07/25/us/migrant-smuggling-evolution.html | Haiti AR_001659 |
| 101. | Kinosian Sarah, *As United States' 'Remain in Mexico' Plan Begins, Mexico Plans to Shut Its 'Too Successful' Humanitarian Visa Program,* (Jan. 24, 2019) https://theworld.org/stories/2019-01-24/united-states-remain-mexico-plan-begins-mexico-plans-shut-its-too-successful | Haiti AR_001666 |
| 102. | Kitreoff Natalie, *Gang Warfare Cripples Haiti's Fight Against Cholera*, The New York Times (Nov. 29, 2022) https://www.nytimes.com/2022/11/19/world/americas/haiti-cholera-gang-violence.html | Haiti AR_001677 |
| 103. | Labrador, Rocio Cara and Diana Roy, *Haiti's Troubled Path to Development*, Council on Foreign Relations (Sept. 9, 2022) https://www.cfr.org/backgrounder/haitis-troubled-path-development | Haiti AR_001678 |
| 104. | La Prensa Latina, *More than 4,000 Migrants Voluntarily Returned to Venezuela from Panama* (Nov. 9, 2022), https://www.laprensalatina.com/more-than-4000-migrants-voluntarily-returned-to-venezuela-from-panama/. | Haiti AR_001687 |
| 105. | Licon, Adriana Gomez, *Situation 'Dire' as Coast Guard Seeks 38 Missing Off Florida*, Press Herald (Jan. 26, 2022), https://www.pressherald.com/2022/01/26/situation-dire-as-coast-guard-seeks-38-missing-off-florida/. | Haiti AR_001690 |
| 106. | Licon, Adriana Gomez, *U.S Coast Guard Suspends Search for Migrants Off Florida*, AP News (Jan. 28, 2022), https://apnews.com/article/florida-lost-at-sea-79253e1c65cf5708f19a97b6875ae239. | Haiti AR_001694 |
| 107. | Luxama, Pierre-Richard, *Key Fuel Depot in Haiti Reopens For 1st Time Since September*, AP News (Nov. 8, 2022), https://apnews.com/article/business-caribbean-port-au-prince-haiti-e4b94cc01d1166185cc1a9607783e0b1. | Haiti AR_001703 |
| 108. | Lynch, Jamiel Melissa Alonso & Leyla Santiago, *More than 180 People Rescued From Overloaded Vessel in Florida Keys* (Nov. 22, 2022). https://www.cnn.com/2022/11/21/us/migrants-rescued-overloaded-vessel-florida-keys/index.html | Haiti AR_001707 |
| 109. | Medecins San Frontiers/Doctors without Borders, *Haiti, Attacks on Medical Staff Leave Many People Without Health Care* (May 22, 2022) https://www.doctorswithoutborders.org/latest/haiti-attacks-medical-staff-leave-many-people-without-health-care | Haiti AR_001712 |
| 110. | Medecins Sans Frontiers/Doctors Without Borders, *Returning to Haiti Means Death* (Aug. 12, 2022), https://www.doctorswithoutborders.org/latest/returning-haiti-means-death. | Haiti AR_001716 |
| 111. | Medecins Sans Frontieres/Doctors Without Borders, *"We Are Tired and Desperate": Stories From Families Who Survived the Darien Gap* (June 18, 2022), https://www.doctorswithoutborders.org/latest/we-are-tired-and-desperate-stories-families-who-survived-darien-gap | Haiti AR_001723 |

9

| | | |
|---|---|---|
| 112. | Mérancourt, Widlore, Kelly Kasulis Cho & Amanda Coletta, *Cholera Resurfaces in Haiti as Gangs Hinder Access to Water, Hospitals.*, The Washington Post (Oct. 3, 2022), https://www.washingtonpost.com/world/2022/10/03/haiti-cholera-gang-violence-water/ | Haiti AR_001729 |
| 113. | Miller, Leila, *Asylum Seekers Are Gathering at the U.S.-Mexico Border. This is Why*, Los Angeles Times (Dec. 27, 2022), https://www.latimes.com/world-nation/story/2022-12-23/la-fg-mexico-title-42-confusion. | Haiti AR_001732 |
| 114. | Moreno, Elida, *Thousands of Mostly Haitian Migrants Traverse Panama on Way to United States*, Reuters (Sept. 26, 2021), https://www.reuters.com/world/americas/thousands-mostly-haitian-migrants-traverse-panama-way-united-states-2021-09-26/. | Haiti AR_001746 |
| 115. | NPR, *Dozens of Haitian Migrants Were Rescued While Trying to Reach the Florida Keys* (Nov. 22, 2022), https://www.npr.org/2022/11/22/1138555844/dozens-of-haitian-migrants-were-rescued-while-trying-to-reach-the-florida-keys | Haiti AR_001756 |
| 116. | Nunez, Claudia, *"It Would Have Been Better to Let Me Die," on the Other Side of the Darien, Hundreds Survive the Nightmare of Death*, The Los Angeles Times (Mar. 4, 2022), https://www.latimes.com/espanol/internacional/articulo/2022-03-04/al-otro-lado-del-darien-cientos-sobreviven-la-pesadilla-de-la-muerte. | Haiti AR_001765 |
| 117. | Pan American Health Organization, *Cholera Outbreak in Haiti 2022 – Situation Report 1* (Oct. 13, 2022), https://www.paho.org/en/documents/cholera-outbreak-haiti-2022-situation-report-1. | Haiti AR_001782 |
| 118. | Pan American Health Organization, *Cholera Outbreak in Hispaniola 2022 – Situation Report # 6* (Nov. 17, 2022), https://www.paho.org/en/documents/cholera-outbreak-hispaniola-2022-situation-report-6. | Haiti AR_001786 |
| 119. | Pazmiño, Liz Briceño, *Biden's New Border Policy Throws Venezuela Migrants Into Limbo* (Nov. 7, 2022), https://www.axios.com/2022/11/07/biden-venezuela-border-policy-darien-gap. | Haiti AR_001790 |
| 120. | Reuters, *Haiti's Situation is Dire and Cannot Persist, State Department Says*, (Dec. 11, 2022), https://www.reuters.com/world/americas/haitis-situation-is-dire-cannot-persist-state-department-says-2022-10-11/ | Haiti AR_001799 |
| 121. | Rin, Diego Da, *New Gang Battle Lines Scar Haiti as Political Deadlock Persists*, Int'l Crisis Group (July 27, 2022), https://www.crisisgroup.org/latin-america-caribbean/haiti/new-gang-battle-lines-scar-haiti-political-deadlock-persists. | Haiti AR_001809 |
| 122. | Rosenberg, Mica, Kristina Cole, and Daniel Trotta, *The Border's Toll: Migrants Increasingly Die Crossing Into U.S. From Mexico*, Reuters (July 25, 2022), https://www.reuters.com/article/usa-immigration-border-deaths/the-borders-toll-migrants-increasingly-die-crossing-into-u-s-from-mexico-idUSL4N2Z247X. | Haiti AR_001816 |
| 123. | Roy, Diana, *Ten Graphics That Explain the U.S. Struggle with Migrant Flows in 2022*, Council on Foreign Relations (Dec. 1, 2022), https://www.cfr.org/article/ten-graphics-explain-us-struggle-migrant-flows-2022. | Haiti AR_001828 |
| 124. | Sanon, Evens & Danica Cot, *Cholera Overwhelms Haiti, Experts Warn Outbreak Could Worsen as Fuel Blockade Lifts*, PBS News Hour (Nov. 16, 2022) https://www.pbs.org/newshour/world/cholera-overwhelms- | Haiti AR_001843 |

| | | |
|---|---|---|
| | haiti-experts-warn-outbreak-could-worsen-as-fuel-blockade-lifts | |
| 125. | Sparks, Hayden, *Many Haitian Nationals Came From Chile and Brazil Before Heading to Del Rio*, The Texan (Oct. 7, 2021), https://thetexan.news/many-haitian-nationals-came-from-chile-and-brazil-before-heading-to-del-rio/. | Haiti AR_001846 |
| 126. | Tech Transparency Project, *Inside the World of Misinformation Targeting Migrants on Social Media* (July 26, 2022), https://www.techtransparencyproject.org/articles/inside-world-misinformation-targeting-migrants-social-media | Haiti AR_001850 |
| 127. | Torres, Raquel, *Migrant Aid Groups Stretched Thin as City Officials Seek Federal Help for Expected Wave*, San Antonio Report (Apr. 27, 2022), https://sanantonioreport.org/migrant-aid-groups-stretched-thin-city-officials-seek-federal-help/. | Haiti AR_001865 |
| 128. | United Nations Children's Fund, *Gang Violence Pushes Half a Million Children Out of the Classroom in Port-au-Prince* (May 6, 2022), https://www.unicef.org/lac/en/press-releases/haiti-gang-violence-pushes-half-a-million-children-out-classroom-in-port-au-prince. | Haiti AR_001871 |
| 129. | United Nations Children's Fund, *Massive Earthquake Leaves Devastation in Haiti* (Oct. 4, 2021), https://www.unicef.org/emergencies/massive-earthquake-devastation-haiti. | Haiti AR_001879 |
| 130. | United Nations Children's Fund, *One Month After Haiti Earthquake: 260,000 Children Still Need Humanitarian Assistance* (Sept. 15, 2021), https://www.unicef.org/press-releases/one-month-after-haiti-earthquake-260000-children-still-need-humanitarian-assistance. | Haiti AR_001892 |
| 131. | United Nation Development Programme, *The Human Development Index (HDI) Summary Data Reports*. | Haiti AR_001901 |
| 132. | United Nations High Comm'r of Refugees, *Haiti: Bachelet Deeply Disturbed by Human Rights Impact of Deteriorating Security Situation in Port-au-Prince* (May 17, 2022), https://www.ohchr.org/en/press-releases/2022/05/haiti-bachelet-deeply-disturbed-human-rights-impact-deteriorating-security. | Haiti AR_001940 |
| 133. | United Nations High Comm'r of Refugees, *Sexual Violence in Port-au-Prince: A Weapon Used by Gangs to Instill Fear* (Oct. 14, 2022), https://www.ohchr.org/en/documents/country-reports/sexual-violence-port-au-prince-weapon-used-gangs-instill-fear | Haiti AR_001910 |
| 134. | United Nations High Comm'r for Refugees, Fact Sheet, *Americas August 2022* (Aug. 22, 2022), https://data.unhcr.org/en/documents/details/95054. | Haiti AR_001935 |
| 135. | United Nations High Comm'r of Refugees, Global Focus, *Mexico 2022*, https://reporting.unhcr.org/mexico?year=2022. | Haiti AR_001942 |
| 136. | United Nations, News, *'Catastrophic' Hunger Recorded in Haiti for First Time, UN Warns* (Oct. 14, 2022) https://news.un.org/en/story/2022/10/1129537#:~:text=According%20to%20the%20latest%20IPC,in%20Catastrophe%20phase%2C%20phase%205. | Haiti AR_001946 |

11

| | | |
|---|---|---|
| 137. | United Nations, News, *Security Council Urged to Act in Face of 'Humanitarian Catastrophe' in Haiti,* (Sept. 26, 2022), https://news.un.org/en/story/2022/09/1128051. | Haiti AR_001957 |
| 138. | United Nations Office for the Coordination of Humanitarian Affairs, *Haiti 2022 Cholera Flash Appeal (Mid October 2022-Mid Apr 2023)* (Nov. 15, 2022), https://reliefweb.int/report/haiti/haiti-2022-cholera-flash-appeal-mid-oct-2022-mid-apr-2023 | Haiti AR_001962 |
| 139. | U.S News, *5 Dead, 68 Haitians Rescued From Waters Near Puerto Rico* (July, 28. 2022), https://www.usnews.com/news/world/articles/2022-07-28/5-dead-66-migrants-rescued-from-waters-near-puerto-rico | Haiti AR_001962 |
| 140. | Vigdor, Neil, *Coast Guard Ends Search After Finding Bodies of 5 Migrants from Capsized Boat*, The New York Times, (Jan. 27, 2022), https://www.nytimes.com/2022/01/27/us/capsized-boat-search-suspended.html. | Haiti AR_001965 |
| 141. | Voice of America, *U.S. Policy Prompts Some Venezuelan Migrants to Change Route* (Oct. 14, 2022), https://www.voanews.com/a/us-policy-prompts-some-venezuelan-migrants-to-change-route/6790996.html. | Haiti AR_001968 |
| 142. | The World Bank, *The World Bank in Haiti* (Nov. 8, 2022), https://www.worldbank.org/en/country/haiti/overview | Haiti AR_001971 |
| 143. | World Food Program, *Haiti Country Brief*, Sept.2022 (Oct. 25, 2022) https://reliefweb.int/report/haiti/wfp-haiti-country-brief-september-2022 | Haiti AR_001977 |
| 144. | World Health Organization, *Cholera – Haiti* (Dec. 13, 2022) https://www.who.int/emergencies/disease-outbreak-news/item/2022-DON427. | Haiti AR_001979 |
| 145. | Yates, Caitlyn, *Haitian Migration Through the Americas: A Decade in the Making*, Migration Policy Institute (Sept. 30, 2021), https://www.migrationpolicy.org/article/haitian-migration-through-americas. | Haiti AR_001987 |