**Implementation of a Parole Process for Nicaraguans**
**Certified Administrative Record Index**

| | Federal Register Sources (Chronological Order) | Bates Number(s) |
|---|---|---|
| 1. | *Cuban Family Reunification Parole Program*, 72 Fed. Reg. 65,588 (Nov. 21, 2007), https://www.federalregister.gov/documents/2007/11/21/E7-22679/cuban-family-reunification-parole-program. | Nicaragua AR_000001 |
| 2. | *Implementation of Haitian Family Reunification Parole Program*, 79 Fed. Reg. 75,581 (Dec. 18, 2014), https://www.federalregister.gov/documents/2014/12/18/2014-29533/implementation-of-haitian-family-reunification-parole-program. | Nicaragua AR_000002 |
| 3. | *Visas: Documentation of Nonimmigrants Under the Immigration and Nationality Act, as Amended*, 81 Fed. Reg. 7,454 (Feb. 12, 2016), https://www.federalregister.gov/documents/2016/02/12/2016-02962/visas-documentation-of-nonimmigrants-under-the-immigration-and-nationality-act-as-amended. | Nicaragua AR_000005 |
| 4. | *Filipino World War II Veterans Parole Policy*, 81 Fed. Reg. 2,809 (May. 9, 2016), https://www.federalregister.gov/documents/2016/05/09/2016-10750/filipino-world-war-ii-veterans-parole-policy. | Nicaragua AR_000006 |
| 5. | *Eliminating Exception to Expedited Removal Authority for Cuban Nationals Arriving by Air*, 82 Fed. Reg. 4,769 (Jan. 17, 2017), https://www.federalregister.gov/documents/2017/01/17/2017-00915/eliminating-exception-to-expedited-removal-authority-for-cuban-nationals-arriving-by-air. | Nicaragua AR_000010 |
| 6. | *Eliminating Exception To Expedited Removal Authority for Cuban Nationals Encountered in the United States or Arriving by Sea*, 82 Fed. Reg. 4,902 (Jan. 17, 2017), https://www.federalregister.gov/documents/2017/01/17/2017-00914/eliminating-exception-to-expedited-removal-authority-for-cuban-nationals-encountered-in-the-united. | Nicaragua AR_000013 |
| 7. | *International Entrepreneur Rule*, 82 Fed. Reg. 5,238 (Jan. 17, 2017), https://www.federalregister.gov/documents/2017/01/17/2017-00481/international-entrepreneur-rule. | Nicaragua AR_000017 |
| 8. | *Implementation of the Uniting for Ukraine Parole Process*, 87 Fed. Reg. 25,040 (Apr. 27, 2022), https://www.federalregister.gov/documents/2022/04/27/2022-09087/implementation-of-the-uniting-for-ukraine-parole-process. | Nicaragua AR_000069 |
| 9. | *Implementation of a Parole Process Venezuelans*, 87 Fed. Reg. 63,507 (Oct. 19, 2022), https://www.federalregister.gov/documents/2022/10/19/2022-22739/implementation-of-a-parole-process-for-venezuelans. | Nicaragua AR_000073 |
| | **U.S. Government Sources (Alphabetical Order)** | |

| | | |
|---|---|---|
| 10. | Declaration of Robert E. Perez, Deputy Comm'r, U.S. Customs and Border Protection (Mar. 3, 2020). | Nicaragua AR_ 000084 |
| 11. | Memorandum for Jeffrey L. Weiss, Dir., U.S. Dep't of Justice, Immigration and Naturalization Service, *Legal Opinion: Parole of Individuals from the Former Soviet Union Who Are Denied Refugee Status* (June 15, 2001). | Nicaragua AR_ 000092 |
| 12. | Memorandum for the Sec'y through John W. Priddy, Acting Dir., Joint Task Force-East, John K. Tien, Deputy Sec'y, and from Brendan C. McPherson, Director, Homeland Sec. Task Force-Southeast, *Operation Vigilant Sentry (OVS) Phase 1B* (Aug. 21, 2022). | Nicaragua AR_ 000098 |
| 13. | Memorandum for the Sec'y from Robert Silvers, Under Sec'y, Office of Strategy, Policy, and Plans, Christopher Magnus, Comm'r, U.S. Customs and Border Protection, Ur M. Jaddou, Dir., U.S. Citizenship and Immigration Services, *Parole Process for Certain Venezuelan Nationals* (Oct. 12, 2022). | Nicaragua AR_ 000100 |
| 14. | Memorandum for the Sec'y from Robert Silvers, Under Sec'y, Office of Strategy, Policy, and Plans, Troy Miller, Acting Comm'r, U.S. Customs and Border Protection, Ur M. Jaddou, Dir., U.S. Citizenship and Immigration Services, *Parole Process for Certain Nicaraguan Nationals* (Dec. 22, 2022). | Nicaragua AR_ 000127 |
| 15. | Memorandum from Alejandro N. Mayorkas, Sec'y of Homeland Security, *Termination of Migrant Protection Protocols* (Oct. 29, 2021), https://www.dhs.gov/sites/default/files/2022-01/21_1029_mpp-termination-memo.pdf. | Nicaragua AR_ 000159 |
| 16. | Memorandum from Alejandro N. Mayorkas, Sec'y of Homeland Sec, *DHS Plan for Southwest Border Security and Preparedness*, (Apr. 26, 2022), https://www.dhs.gov/sites/default/files/2022-04/22_0426_dhs-plan-southwest-border-security-preparedness.pdf | Nicaragua AR_ 000163 |
| 17. | Memorandum from Blas Nuñez-Neto, Acting Sec'y for Border and Immigration Policy, *Data on Migration Through Costa Rica, Ecuador, and Colombia* (Dec. 20, 2022). | Nicaragua AR_ 000183 |
| 18. | U.S. Agency for Int'l Dev., Press Release, *The United States Announces More than $314 Million in New Stabilization Efforts and Humanitarian Assistance for Venezuelans and Other Migrants at the Summit of the Americas* (June 10, 2022), https://www.usaid.gov/news-information/press-releases/jun-10-2022-united-states-announces-more-314-million-new-stabilization-efforts-venezuela | Nicaragua AR_000186 |
| 19. | U.S. Dep't of Homeland Security, *Nicaragua Memo Documentation Data* (Dec. 19, 2022). | Nicaragua AR_000188 |
| 20. | U.S. Dep't of Homeland Security, Memorandum, *Explanation of the Decision to Terminate the Migrant Protection Protocols* (Oct. 29, 2021), https://www.dhs.gov/sites/default/files/2022-01/21_1029_mpp-termination-justification-memo-508.pdf. | Nicaragua AR_000222 |
| 21. | U.S. Dep't of Homeland Security, News, *Fact Sheet: Counter Human Smuggler Campaign Update* (Oct. 6, 2022), https://www.dhs.gov/news/2022/10/06/fact-sheet-counter-human-smuggler-campaign-update-dhs-led-effort-makes-5000th. | Nicaragua AR_000261 |

| | | |
|---|---|---|
| 22. | U.S. Dep't of Homeland Security, News, *Update on Southwest Border Security and Preparedness Ahead of Court- Ordered Lifting of Title 42* (Dec. 12, 2022), https://www.dhs.gov/publication/update-southwest-border-security-and-preparedness-ahead-court-ordered-lifting-title-42. | Nicaragua AR_000263 |
| 23. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Persons Naturalized by Region and Country of Birth: Fiscal Years 2011-2020*. | Nicaragua AR_000264 |
| 24. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Total Monthly SWB Encounters*, (Dec. 14, 2022). | Nicaragua AR_000269 |
| 25. | U.S. Dep't of Homeland Security, Office of Intelligence and Analysis, *Human Smugglers Using Social Media to Broaden Access to Illicit Pathways to the United States*, (June 6, 2022). | Nicaragua AR_000277 |
| 26. | U.S. Dep't of Homeland Security, Office of Intelligence Enterprise, *Migrations Indications and Warming Cell Updates* (Dec. 14, 2022). | Nicaragua AR_000282 |
| 27. | U.S. Dep't of Homeland Security, Southwest Border Task Force, *Executive Leadership Report* (Sept. 23, 2022). | Nicaragua AR_000287 |
| 28. | U.S. Dep't of Homeland Security, *Uniting for Ukraine* (Sept. 23, 2022). | Nicaragua AR_000301 |
| 29. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Policy Memorandum, *Parole of Spouses, Children and Parents of Active U.S Duty Members of the U.S. Armed Forces, the Selected Reserve of the Ready Reserve, and the Former Members of the U.S. Armed Forces or Selected Reserve of the Ready Reserve and the Effect of Parole on Inadmissibility Under the Immigration and Nationality Act § 212(a)(6)(A)(i)* (Nov. 15, 2013). | Nicaragua AR_00303 |
| 30. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Refugee, Asylum and Int'l Operations Research Div., *Socio-Political & Human Rights Crisis -Nicaragua* (June 15, 2022). | Nicaragua AR_000312 |
| 31. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Refugee, Asylum and Int'l Operations Research Div., *Soci-Political & Human Rights Crisis – Nicaragua* (Oct. 31, 2022). | Nicaragua AR_000322 |
| 32. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *After Action Report (AAR) Mass Migration Event (MME) Del Rio, Texas September 8, 2021-September 24, 2021* (Oct. 7, 2021). | Nicaragua AR_000332 |
| 33. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *FY21-FY22 Unaccompanied Children*. | Nicaragua AR_000363 |
| 34. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Rescue Beacons and Unidentified Remains Fiscal Year 2022 Report to Congress* (Mar. 29, 2022). | Nicaragua AR_000368 |
| 35. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Southwest Land Border Encounters and Credible Fear Since 2000*. | Nicaragua AR_000388 |

| | | |
|---|---|---|
| 36. | U.S. Dept't of Homeland Security, U.S. Customs and Border Protection, Email, *Decompression* (Dec. 11, 2022). | Nicaragua AR_000390 |
| 37. | U.S. Dep't of State, *Mexico: Potential Impact of End of Title 42 on Migrant Populations and Border Flows in Mexico* (Dec. 1, 2022). | Nicaragua AR_000393 |
| 38. | U.S. Dep't of State, *2021 Country Reports on Human Rights Practices: Nicaragua*, https://www.state.gov/reports/2021-country-reports-on-human-rights-practices/nicaragua/ | Nicaragua AR_000396 |
| 39. | U.S. Dep't of State, *Trafficking in Persons Report* (July 2022), https://www.state.gov/reports/2021-trafficking-in-persons-report/ | Nicaragua AR_000443 |
| 40. | U.S. Dep't of Treasury, Assistant Sec'y Harris Benjamin & Deputy Assistant Neil Mehrotra, *The U.S Economic Recovery in International Context* (Dec. 12, 2022) | Nicaragua AR_001079 |
| 41. | The White House, *Collaborative Migration Management Strategy*, (July 29, 2021), https://www.whitehouse.gov/wp-content/uploads/2021/07/Collaborative-Migration-Management-Strategy.pdf?utm_medium=email&utm_source=govdelivery | Nicaragua AR_001088 |
| 42. | The White House, *Fact Sheet: The Los Angeles Declaration on Migration and Protection U.S. Gov't and Foreign Partner Deliverables*, (June 10, 2022), https://www.whitehouse.gov/briefing-room/statements-releases/2022/06/10/fact-sheet-the-los-angeles-declaration-on-migration-and-protection-u-s-government-and-foreign-partner-deliverables/ | Nicaragua AR_001103 |
| 43. | The White House, *Los Angeles Declaration on Migration and Protection* (June 10, 2022), https://www.whitehouse.gov/briefing-room/statements-releases/2022/06/10/los-angeles-declaration-on-migration-and-protection/ | Nicaragua AR_001110 |
| 44. | The White House, *U.S. Strategy for Addressing the Root Causes of Migration in Central America* (July 2022), https://www.whitehouse.gov/wp-content/uploads/2021/07/Root-Causes-Strategy.pdf | Nicaragua AR_001115 |
| | **OMB & Related Documents** | |
| | *Financial Support* | |
| 45. | Memorandum from Samantha Deshommes, Chief Regulatory Officer, U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Office of Policy and Strategy, *Request for Emergency OMB Paperwork Reduction Act (PRA) Clearance – Form I-134A, Online Request to be a Supporter and Declaration of Financial Support; and USCIS Form I-134, Declaration of Financial Support* (Dec. 29, 2022). | Nicaragua AR_001135 |
| 46. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134, Declaration of Financial Support*. | Nicaragua AR_001138 |

| | | |
|---|---|---|
| 47. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134, Declaration of Financial Support, Instructions*. | Nicaragua AR_001151 |
| 48. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134, Declaration of Financial Support, Supporting Statement*. | Nicaragua AR_001159 |
| 49. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Form I-134A, Online Request to be a Supporting and Declaration of Financial Support*. | Nicaragua AR_001167 |
| | ***Advance Travel Authorization*** | |
| 50. | Memorandum from Matthew S. Davies, Executive Dir., U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Emergency Approval Request for Advance Travel Authorization Capability Under the Paperwork Reduction Act* (Dec. 15. 2022). | Nicaragua AR_001181 |
| 51. | U.S. Dep't of Homeland Security, Email, *ATA Burden Estimate* (Dec. 19, 2022). | Nicaragua AR_001185 |
| 52. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Advance Travel Authorization, Supporting Statement*. | Nicaragua AR_001186 |
| 53. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Statistics Division, *Enforcement Encounters – Northern Border FY 22*. | Nicaragua AR_001192 |
| 54. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Statistics Division, *Enforcement Encounters – Southern Border FY 22*. | Nicaragua AR_001196 |
| | **Non-U.S. Government Sources (Alphabetical Order)** | |
| 55. | Alvarez, Priscilla, *First on CNN: A Record Number of Migrants Have Died Crossing the US-Mexico Border*, CNN (Sept. 7, 2022) https://www.cnn.com/2022/09/07/politics/us-mexico-border-crossing-deaths/index.html | Nicaragua AR_001199 |
| 56. | Castillo, Moises and Christopher Sherman, *Fleeing Nicaraguans strain Costa Rica's Asylum System*, AP News (Sept. 2, 2022), https://apnews.com/article/covid-health-elections-presidential-caribbean-52044748d15dbbb6ca706c66cc7459a5. | Nicaragua AR_001208 |
| 57. | Central Bank of Nicaragua, *Remesas Por Páis de Origen* (Dec. 12, 2022), https://www.bcn.gob.ni/sites/default/files/estadisticas/siec/datos/remesas_origen.htm | Nicaragua AR_001218 |
| 58. | Confair, Denelle, *Local Migrant Shelter Reaching Max Capacity as it Receives Hundreds Per Day*, Tucson News 9 (Sept. 22, 2022), https://www.kgun9.com/news/local-news/local-migrant-shelter-reaching-max-capacity-as-it-receives-hundreds-per-day. | Nicaragua AR_001219 |
| 59. | Corchado, Alfredo, *Ahead of Title 42's End, U.S.-Mexico Negotiations Called "Intense," "Round-the-Clock," Dallas Morning News* (Dec. 14, 2022), https://www.dallasnews.com/news/2022/12/13/ahead-of-title- | Nicaragua AR_001223 |

| | | |
|---|---|---|
| | 42s-end-us-mexico-negotations-called-intense-round-the-clock/ | |
| 60. | Dell'Orto Giovanna, *US Court Rejects Maintaining COVID-19 Asylum Restrictions*, (Dec. 16, 2022), https://www.wtol.com/article/news/nation-world/migrants-mexico-us-border-asylum-limits-end/507-02a353b7-d61f-4536-b3c9-bb45c3fbb388 | Nicaragua AR_001231 |
| 61. | Dickerson, Caitlin, *Confusion on the Border as Appeals Court Rules Against Trump's Remain in Mexico Policy*, The New York Times (Feb. 28, 2020, updated Oct. 29, 2021), https://www.nytimes.com/2020/02/28/us/migrants-court-remain-in-mexico-mpp-injunction.html | Nicaragua AR_001237 |
| 62. | Durand, Jorge, Douglas S. Massey, and Emilio A. Parrado, ''The New Era of Mexican Migration to the United States,'' The Journal of American History Vol. 86, No. 2 (Sept. 1999). http://www.catedrajorgedurand.udg.mx/sites/default/files/1999_the_new_era_of_mexican_migration_to_the_us.pdf | Nicaragua AR_001241 |
| 63. | Elamroussi, Aya and Winston Adrienne, *DC Approves Creation of New Agency to Provide Services for Migrants Arriving from other States* (Sept. 21, 2022) https://www.cnn.com/2022/09/21/us/washington-dc-migrant-services-office/index.html | Nicaragua AR_001261 |
| 64. | Garcia, Jacob, *Migrants Truck Crashes in Mexico killing 54*, Reuters (Dec. 10, 2021), https://www.reuters.com/world/americas/least-49-people-killed-mexico-trailer-accident-officials-say-2021-12-09/. | Nicaragua AR_001270 |
| 65. | Gonzalez, Valeria, *Migrants Risk Death Crossing Treacherous Rio Grande River for 'American Dream,'* (Sept. 5, 2022), https://www.theguardian.com/us-news/2022/sep/05/migrants-risk-death-crossing-treacherous-rio-grande-river-for-american-dream. | Nicaragua AR_001278 |
| 66. | Gov't of Mexico, *Finaliza el programa de estancias migratorias en Mexico bajo la Secci6n 235 (b)(2)(C) de la Ley de Inmigraci6n y Nacionalidad de EE. UU* (Oct. 25, 2022), https://www.gob.mx/sre/prensa/finaliza-elprograma-de-estancias-migratorias-en-mexico-bajo-la-seccion-235-b-2-c-de-la-ley-de-inmigracion-y-nacionalidadde-ee-uu. | Nicaragua AR_001291 |
| 67. | Gov't of Mexico, *Mexico Commission for Assistance of Refugee Data*, https://www.gob.mx/cms/uploads/attachment/file/783226/Cierre_Noviembre-2022__1-Dic._.pdf. | Nicaragua AR_001295 |
| 68. | Gov't of Panama, *Cuadro No. 001 Tránsito Irregular de Extranjeros por la Frontera con Colombia Por Región Según Orden De Importancia: Año 2022*, https://www.migracion.gob.pa/images/img2022/PDF/IRREGULARES_%20POR_%20DARI%C3%89N_NOVIEMBRE_2022.pdf | Nicaragua AR_001296 |
| 69. | Greenfield, Victoria A., Blas Nunez-Neto, Ian Mitch, Joseph C. Chang, and Etienne Rosas, *Human Smuggling and Associated Revenues*, Homeland Security Operational Analysis Center (2019), | Nicaragua AR_001298 |

| | | |
|---|---|---|
| | https://www.rand.org/pubs/research_reports/RR2852.html | |
| 70. | Human Rights Watch, *Nicaragua Gov't Dismantles Civil Society* (July 19, 2022) https://www.hrw.org/news/2022/07/19/nicaragua-government-dismantles-civil-society. | Nicaragua AR_001376 |
| 71. | Inter-American Comm'n on Human Rights, *Concentration of Power and the Undermining of the Rule of Law* (Oct. 25, 2021), https://www.oas.org/en/iachr/reports/pdfs/2021_Nicaragua-EN.pdf. | Nicaragua AR_001383 |
| 72. | Inter-American Comm'n on Human Rights, *2021 Annual Report on Nicaragua* (Oct. 25, 2021), https://www.oas.org/en/iachr/docs/annual/2021/Chapters/IA2021cap4B.Nicaragua-en.pdf. | Nicaragua AR_001451 |
| 73. | Jordan, Miriam, *Smuggling at the Border Now a Billion- Dollar Business*, The New York Times (July, 25, 2022) https://www.nytimes.com/2022/07/25/us/migrant-smuggling-evolution.html. | Nicaragua AR_001504 |
| 74. | Kinosian Sarah, *As United States' 'Remain in Mexico' plan begins, Mexico plans to shut its 'too successful' humanitarian visa program,* (Jan. 24, 2019) https://theworld.org/stories/2019-01-24/united-states-remain-mexico-plan-begins-mexico-plans-shut-its-too-successful | Nicaragua AR_001511 |
| 75. | La Prensa Latina, *More than 4,000 Migrants Voluntarily Returned to Venezuela from Panama* (Nov. 9, 2022). https://www.laprensalatina.com/more-than-4000-migrants-voluntarily-returned-to-venezuela-from-panama/. | Nicaragua AR_001522 |
| 76. | Miller, Leila, *Asylum Seekers Are Gathering at the U.S.-Mexico Border. This is Why*, Los Angeles Times (Dec. 27, 2022), https://www.latimes.com/world-nation/story/2022-12-23/la-fg-mexico-title-42-confusion. | Nicaragua AR_001525 |
| 77. | Miroff, Nick and Carolyn Van Houten, *The Border is Tougher to Cross Than Ever. But There's Still One Way into America*, The Washington Post (Oct. 24, 2018), https://www.washingtonpost.com/world/national-security/theres-still-one-way-into-america/2018/10/24/d9b68842-aafb-11e8-8f4b-aee063e14538_story.html. | Nicaragua AR_001542 |
| 78. | Nunez, Claudia, *"It Would Have Been Better to Let Me Die," on the Other Side of the Darien, Hundreds Survive the Nightmare of Death*, The Los Angeles Times (Mar. 4, 2022), https://www.latimes.com/espanol/internacional/articulo/2022-03-04/al-otro-lado-del-darien-cientos-sobreviven-la-pesadilla-de-la-muerte. | Nicaragua AR_001550 |
| 79. | Organization of American States, *IACHR Calls for International Solidarity, Urges States to Protect the People Who Have Been Forced to Flee from Nicaragua* (Dec. 21, 2021), https://www.oas.org/en/iachr/jsForm/?File=/en/iachr/media_center/preleases/2021/346.asp | Nicaragua AR_001567 |
| 80. | Organization of American States, *In Light of Serious Allegations Regarding the Closure of Civic Spaces in Nicaragua* (Sept. 28, 2022), https://www.oas.org/en/iachr/expression/showarticle.asp?lID=1&artID=1257. | Nicaragua AR_001589 |
| 81. | Pazmiño, Liz Briceño, *Biden's New Border Policy Throws Venezuelan Migrants Into Limbo*, Axios (Nov. 7, 2022), https://www.axios.com/2022/11/07/biden-venezuela-border-policy-darien-gap. | Nicaragua AR_001571 |

| | | |
|---|---|---|
| 82. | Politico, *Sandinistas Complete Their Political Domination of Nicaragua* (Nov. 8, 2022), https://www.politico.com/news/2022/11/08/nicaragua-sandinistas-ortega-repression-00065603. | Nicaragua AR_001580 |
| 83. | Reuters, *Costa Rica Prepares Plan to Regularize Status of 200,000 Mostly Nicaraguan Migrants*, (Aug. 10, 2022), https://www.reuters.com/world/americas/costa-rica-prepares-plan-regularize-status-200000-mostly-nicaraguan-migrants-2022-08-10/. | Nicaragua AR_001583 |
| 84. | Reuters, *Ortega's Path to Run for Fourth Straight Re-Election as Nicaraguan President* (Nov. 3, 2021), https://www.reuters.com/world/americas/ortegas-path-run-fourth-straight-re-election-nicaraguan-president-2021-11-03/ | Nicaragua AR_001599 |
| 85. | Rosenberg, Mica, Kristina Cooke and Daniel Trotta, *The Border's Toll: Migrants Increasingly Die Crossing into U.S. From Mexico*, Reuters (July 22, 2022) https://www.reuters.com/investigates/special-report/usa-immigration-border-deaths/ | Nicaragua AR_000615 |
| 86. | Selser Gabriela, *Sandinistas Complete their Political Domination of Nicaragua following Local Elections*, Los Angeles Times (Nov. 8, 2022), https://wOctww.latimes.com/world-nation/story/2022-11-08/sandinistas-complete-political-domination-nicaragua-local-elections. | Nicaragua AR_001628 |
| 87. | Sheridan, Mary Beth, Ismael López Ocampo and Ana Vanessa Herrero, *Nicaragua Detains Catholic Bishop in Escalating Crackdown on Dissent*, The Washington Post (Aug. 19, 2022) https://www.washingtonpost.com/world/2022/08/19/nicaragua-bishop-rolando-alvarez-arrest-ortega/. | Nicaragua AR_001636 |
| 88. | Tech Transparency Project, *Inside the World of Misinformation Targeting Migrants on Social Media* (July 26, 2022), https://www.techtransparencyproject.org/articles/inside-world-misinformation-targeting-migrants-social-media | Nicaragua AR_001638 |
| 89. | Torres, Raquel, *Migrant Aid Groups Stretched Thin as City Officials Seek Federal Help for Expected Wave*, San Antonio Report (Apr. 27, 2022) https://sanantonioreport.org/migrant-aid-groups-stretched-thin-city-officials-seek-federal-help/ | Nicaragua AR_001653 |
| 90. | United Nations High Comm'r of Refugees, *Displacement in Central America*, (June 16, 2022) https://www.unhcr.org/en-us/displacement-in-central-america.html | Nicaragua AR_001659 |
| 91. | United Nations High Comm'r of Refugees, *Global Trends Forced Displacement in 2021* (June 16, 2022), https://www.unhcr.org/en-us/publications/brochures/62a9d1494/global-trends-report-2021.html. | Nicaragua AR_001663 |
| 92. | United Nations High Comm'r of Refugees, *Number of Displaced Nicaraguans in Costa Rica Doubles in Less Than a Year* (Mar. 25, 2022), https://www.unhcr.org/news/briefing/2022/3/623d894c4/number-displaced-nicaraguans-costarica-doubles-year.html. | Nicaragua AR_001711 |
| 93. | United Nations High Comm'r of Refugees, *Presentation of Report on the Human Rights Situation in Nicaragua* (Sept. 13, 2022), *https://www.ohchr.org/en/speeches/2022/09/presentation-report-human-rights-situation-nicaragua* | Nicaragua AR_001716 |

| | | |
|---|---|---|
| 94. | United Nations Human Rights Council, *Annual Report on the Human Rights Situation in Nicaragua* (Sept. 2, 2022). | Nicaragua AR_001721 |
| 95. | United Nations, UN News, '*Sharp Rise' in Nicaraguans Fleeing to Costa Rica, Strains Asylum System* (Mar. 25, 2022), https://news.un.org/en/story/2022/03/1114792. | Nicaragua AR_001737 |
| 96. | Voice of America, *With Turmoil at Home, More Nicaraguans Flee to the US* (July 29, 2021), https://news.un.org/en/story/2022/03/1114792. | Nicaragua AR_001744 |
| 97. | Voice of America, *US Policy Prompts Some Venezuelan Migrants to Change Route* (Oct. 14, 2022), https://www.voanews.com/a/us-policy-prompts-some-venezuelan-migrants-to-change-route/6790996.html. | Nicaragua AR_001748 |
| 98. | Wallace Alicia, *US Economy Added a Robust 263,000 Jobs in November*, CNN (Dec. 2, 2022), https://www.cnn.com/2022/12/02/economy/november-jobs-report/index.html. | Nicaragua AR_001750 |
| 99. | Whelan, Robbie, *Violence Plagues Migrants Under U.S. 'Remain in Mexico' Program: Migrants Seeking Shelter in the U.S. Under Trump Administration Policy Report Rising Numbers of Kidnappings by Criminal Groups*, Wall Street Journal (Dec. 28, 2019), https://www.wsj.com/articles/violence-plagues-migrants-under-u-s-remain-in-mexico-program-11577529000. | Nicaragua AR_001763 |
| 100 | World Bank, *GDP Per Capita (Current US$) – Latin America & Caribbean, Nicaragua*, https://data.worldbank.org/indicator/NY.GDP.PCAP.CD?locations=ZJ-NI&most_recent_value_desc=false. | Nicaragua AR_001770 |
| 101 | World Food Program, *Nicaragua Country Brief Sept. 2022* (Oct. 31, 2022) https://reliefweb.int/report/nicaragua/wfp-nicaragua-country-brief-september-2022 | Nicaragua AR_001776 |