**Implementation of Changes to the Parole Process for Venezuelans**
**Certified Administrative Record Index**

| | Executive Orders & Federal Register Sources (Chronological Order) | Bates Number(s) |
|---|---|---|
| 1. | *Cuban Family Reunification Parole Program*, 72 Fed. Reg. 65,588 (Nov. 21, 2007), https://www.federalregister.gov/documents/2007/11/21/E7-22679/cuban-family-reunification-parole-program. | Venezuela AR_ 000001 |
| 2. | *Implementation of Haitian Family Reunification Parole Program*, 79 Red. Reg. 75,581 (Dec. 18, 2014), https://www.federalregister.gov/documents/2014/12/18/2014-29533/implementation-of-haitian-family-reunification-parole-program. | Venezuela AR_ 000002 |
| 3. | *Visas: Documentation of Nonimmigrants Under the Immigration and Nationality Act, as Amended*, 81 Fed. Reg. 5,906 (Feb. 4, 2016), https://www.federalregister.gov/documents/2016/02/04/2016-02191/visas-documentation-of-nonimmigrants-under-the-immigration-and-nationality-act-as-amended. | Venezuela AR_ 000005 |
| 4. | *Filipino World War II Veterans Parole Policy*, 81 Fed. Reg. 28,097 (May 9, 2017), https://www.federalregister.gov/documents/2016/05/09/2016-10750/filipino-world-war-ii-veterans-parole-policy. | Venezuela AR_ 000006 |
| 5. | *Eliminating Exception to Expedited Removal Authority for Cuban Nationals Arriving by Air*, 82 Fed. Reg. 4,769 (Jan. 17, 2017, https://www.federalregister.gov/documents/2017/01/17/2017-00915/eliminating-exception-to-expedited-removal-authority-for-cuban-nationals-arriving-by-air. | Venezuela AR_ 000010 |
| 6. | *Eliminating Exception To Expedited Removal Authority for Cuban Nationals Encountered in the United States or Arriving by Sea*, 82 Fed. Reg. 4,902 (Jan. 17, 2017), https://www.federalregister.gov/documents/2017/01/17/2017-00914/eliminating-exception-to-expedited-removal-authority-for-cuban-nationals-encountered-in-the-united. | Venezuela AR_ 000013 |
| 7. | *International Entrepreneur Rule*, 82 Fed. Reg. 5,238 (Jan. 17, 2017), https://www.federalregister.gov/documents/2017/01/17/2017-00481/international-entrepreneur-rule. | Venezuela AR_ 000017 |
| 8. | *Implementation of the Uniting for Ukraine Parole Process*, 87 Fed. Reg. 25,040 (Apr. 27, 2022), https://www.federalregister.gov/documents/2022/04/27/2022-09087/implementation-of-the-uniting-for-ukraine-parole-process. | Venezuela AR_ 000069 |
| 9. | *Implementation of a Parole Process for Venezuelans*, 87 Fed Reg. 63,507 (Oct. 19, 2022), https://www.federalregister.gov/documents/2022/10/19/2022-22739/implementation-of-a-parole-process-for-venezuelans. | Venezuela AR_000073 |
| | **U.S. Government Sources (Alphabetical Order)** | |

| 10. | Declaration of Robert E. Perez, Deputy Comm'r, U.S. Customs and Border Protection (Mar. 3, 2020). | Venezuela AR_ 000084 |
|---|---|---|
| 11. | Letter from Alexandria Ocasio-Cortez and Adriano Espaillat, U.S. Congress, House of Representatives (Aug 5, 2022). | Venezuela AR_ 000092 |
| 12. | Letter from the Hon. Lucille Roybal-Allard & the Hon. Chuck Fleischmann, U.S. Congress, House Subcommittee on Homeland Sec. (Sept. 9, 2022). | Venezuela AR_ 000094 |
| 13. | Letter from Antony J. Blinken, Sec'y of State, *Temporary Protected Status Designation - Venezuela* (Apr. 25, 2022). | Venezuela AR_ 000096 |
| 14. | Memorandum for Jeffrey L. Weiss, Dir., U.S. Dep't of Justice, Immigration and Naturalization Service, *Legal Opinion: Parole of Individuals from the Former Soviet Union Who Are Denied Refugee Status* (June 15, 2001). | Venezuela AR_ 000111 |
| 15. | Memorandum for the Sec'y from Robert Silvers, Under Sec'y of Homeland Sec., Office of Strategy, Policy, and Plans, Christopher Magnus, Comm'r, U.S. Customs and Border Protection, Ur M. Jaddou, Dir., U.S. Citizenship and Immigration Services, *Parole Process for Certain Venezuelan Nationals* (Oct. 12, 2022). | Venezuela AR_000117 |
| 16. | Memorandum for the Sec'y from Robert Silvers, Under Sec'y, Office of Strategy, Policy, and Plans, Troy Miller, Acting Comm'r, U.S. Customs and Border Protection, Ur M. Jaddou, Dir., U.S. Citizenship and Immigration Services, *Updates to the Parole Process for Certain Venezuelan Nationals* (Dec. 22, 2022). | Venezuela AR_000144 |
| 17. | Memorandum for the Sec'y through John W. Priddy, Acting Dir., Joint Task Force-East, John K. Tien, Deputy Sec., and from Brendan C. McPherson, Director, Homeland Sec. Task Force-Southeast, *Operation Vigilant Sentry (OVS) Phase 1B* (Aug. 21, 2022). | Venezuela AR_ 000152 |
| 18. | Memorandum from Alejandro N. Mayorkas, Sec'y of Homeland Sec, *DHS Plan for Southwest Border Security and Preparedness*, (Apr. 26, 2022), https://www.dhs.gov/sites/default/files/2022-04/22_0426_dhs-plan-southwest-border-security-preparedness.pdf | Venezuela AR_ 000154 |
| 19. | Memorandum from Alejandro N. Mayorkas, Sec'y of Homeland Security, *Termination of Migrant Protection Protocols* (Oct. 29, 2021), https://www.dhs.gov/sites/default/files/2022-01/21_1029_mpp-termination-memo.pdf. | Venezuela AR_ 000174 |
| 20. | Memorandum from Blas Nuñez-Neto, Acting Sec'y for Border and Immigration Policy, *Data on Migration Through Costa Rica, Ecuador, and Colombia* (Dec. 20, 2022). | Venezuela AR_ 000178 |
| 21. | U.S. Agency for Int'l Dev., Press Release, *The United States Announces More than $314 Million in New Stabilization Efforts and Humanitarian Assistance for Venezuelans and Other Migrants at the Summit of the Americas* (June 10, 2022), https://www.usaid.gov/news-information/press-releases/jun-10-2022-united-states-announces-more-314-million-new-stabilization-efforts-venezuela. | Venezuela AR_000181 |
| 22. | U.S. Agency for Int'l Dev., Press Release, *The United States Announces Nearly $376 Million in Additional Humanitarian Assistance for People Affected by the Ongoing Crisis in Venezuela and the Region* (Sept. 22, | Venezuela AR_000183 |

| | | |
|---|---|---|
| | 2022), https://www.usaid.gov/news-information/press-releases/sep-22-2022-the-us-announces-nearly-376-million-additional-humanitarian-assistance-for-people-affected-by-ongoing-crisis-in-venezuela. | |
| 23. | U.S. Census Bureau, *Selected Population Profile in the United States; Venezuelan 2021*. | Venezuela AR_000188 |
| 24. | U.S. Department of Homeland Security and U.S. Department of Defense, *Joint Brief on Mass Maritime Migration* (August 2022). | Venezuela AR_000206 |
| 25. | U.S. Dep't of Homeland Security, *DHS Drawdown Plan*. | Venezuela AR_000215 |
| 26. | U.S. Dep't of Homeland Security, *Explanation of the Decision to Terminate the Migrant Protection Protocols* (Oct. 29, 2021), https://www.dhs.gov/sites/default/files/2022-01/21_1029_mpp-termination-justification-memo-508.pdf. | Venezuela AR_000220 |
| 27. | U.S. Dep't of Homeland Security, *Table 21. Persons Naturalized by Region and Country of Birth: Fiscal Years 2011 to 2020*. | Venezuela AR_000259 |
| 28. | U.S. Dep't of Homeland Security, *Uniting for Ukraine* (Sept. 23, 2022). | Venezuela AR_000264 |
| 29. | U.S. Dep't of Homeland Security, Homeland Security Task Force Southeast, *Operation Vigilant Sentry Phases: Prevent, Deter, and Respond to Illegal and Unsafe Maritime Migration* (July 13, 2021). | Venezuela AR_000266 |
| 30. | U.S. Dep't of Homeland Security, Office of Immigration Policy, *CHNV Displacement Statistics 2018-2021*. | Venezuela AR_000268 |
| 31. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, Annual Flow Report, *U.S. Naturalizations: 2021* (June 2022). | Venezuela AR_000276 |
| 32. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *U.S. Border Patrol Encounters of Venezuelan Nationals* (Dec. 5, 2022). | Venezuela AR_000282 |
| 33. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Total Monthly SWB Encounters*, (Dec. 14, 2022). | Venezuela AR_000285 |
| 34. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *2020 Naturalizations-Venezuela*. | Venezuela AR_000293 |
| 35. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Process for Venezuelans, Daily Report* (Dec. 8, 2022). | Venezuela AR_000297 |
| 36. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Process for Venezuelans, Daily Report* (Dec. 12, 2022). | Venezuela AR_000300 |
| 37. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Process for Venezuelans, Daily Report* (Dec. 27, 2022). | Venezuela AR_000304 |

| | | |
|---|---|---|
| 38. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Venezuela Analysis 10.7.22*. | Venezuela AR_000306 |
| 39. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Venezuela Encounter Trends* (Sept. 23, 2022). | Venezuela AR_000333 |
| 40. | U.S. Dep't of Homeland Security, Office of Immigration Statistics, *Venezuela Slides* (Sept. 22, 2022). | Venezuela AR_000336 |
| 41. | U.S. Dep't of Homeland Security, Office of Intelligence and Analysis, *Human Smugglers Using Social Media to Broaden Access to Illicit Pathways to the United States* (June 6, 2022). | Venezuela AR_000340 |
| 42. | U.S Dep't of Homeland Security, Office of Intelligence and Analysis, *Venezuelans React to US Immigration Policies; Flow Probably Will Increase in Early 2023* (Dec. 12, 2022). | Venezuela AR_000345 |
| 43. | U.S. Dep't of Homeland Security, Press Release, *DHS Announces New Migration Enforcement Process for Venezuelans: Venezuelans Who Seek to Enter the U.S. Illegally Will be Returned to Mexico; New Lawful Pathway Created for Some Venezuelans* (Oct. 12, 2022), https://www.dhs.gov/news/2022/10/12/dhs-announces-new-migration-enforcement-process-venezuelans. | Venezuela AR_000350 |
| 44. | U.S. Dep't of Homeland Security, Southwest Border Task Force, *Executive Leadership Report* (Sept. 23, 2022). | Venezuela AR_000352 |
| 45. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Eligible to Naturalize Overview* (Aug. 12, 2022). | Venezuela AR_000366 |
| 46. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Policy Memorandum, *Parole of Spouses, Children and Parents of Active U.S Duty Members of the U.S. Armed Forces, the Selected Reserve of the Ready Reserve, and the Former Members of the U.S. Armed Forces or Selected Reserve of the Ready Reserve and the Effect of Parole on Inadmissibility Under the Immigration and Nationality Act § 212(a)(6)(A)(i)* (Nov. 15, 2013). | Venezuela AR_000367 |
| 47. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Daily Venezuela Report* (Dec. 8, 2022). | Venezuela AR_000376 |
| 48. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Daily Venezuela Report* (Dec. 12, 2022). | Venezuela AR_000379 |
| 49. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Daily Venezuela Report* (Dec. 27, 2022). | Venezuela AR_000382 |
| 50. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *FY21-FY22 Unaccompanied Children*. | Venezuela AR_000385 |
| 51. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Rescue Beacons and Unidentified Remains Fiscal Year 2022 Report to Congress* (Mar. 29, 2022). | Venezuela AR_000390 |

| | | |
|---|---|---|
| 52. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Southwest Land Border Encounters and Credible Fear Since 2000*. | Venezuela AR_000410 |
| 53. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Email, *Decompression* (Dec. 11, 2022). | Venezuela AR_000412 |
| 54. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, Office of Field Operations, *Ukrainian Arrivals Snapshot* (May 9, 2022). | Venezuela AR_000415 |
| 55. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, U.S. Border Patrol, *Del Rio Sector After Action Report Mass Migration Event Sept. 8, 2021-Sept. 24, 2021* (Oct. 7, 2021). | Venezuela AR_000422 |
| 56. | U.S. Dep't of State, *2021 Country Reports on Human Rights Practices: Venezuela*, https://www.state.gov/reports/2021-country-reports-on-human-rights-practices/venezuela/. | Venezuela AR_000453 |
| 57. | U.S. Dep't of State, *2022 Trafficking in Persons Report: Venezuela*, https://www.state.gov/reports/2022-trafficking-in-persons-report/venezuela/#:~:text=NGOs%20reported%20an%20increased%20incidence,with%205.6%20per%201%2C000%20people. | Venezuela AR_000518 |
| 58. | U.S. Dep't of State, Cable, *Mexico: Potential Impact of End of Title 42 on Migrant Populations and Border Flows in Mexico* (Dec. 1, 2022). | Venezuela AR_000526 |
| 59. | U.S. Dep't of State, Email, *Costa Rica Struggles to Cope with Surge of Venezuelan Migrants* (Sept. 20, 2022). | Venezuela AR_000529 |
| 60. | U.S. Dep't of State, Email, *Migration Update: UNHCR Highlights Continuing Surge in Venezuelan Migration* (Sept. 30, 2022). | Venezuela AR_000533 |
| 61. | U.S. Dep't of State, Email, *Panama: Mid-Year, Irregular Migrant Entrants at Panama-Colombia Border Outpacing 2021 by 85 Percent* (July 12, 2022). | Venezuela AR_000538 |
| 62. | U.S. Dep't of State, Email, *Venezuelan Reporting – November 30* (Nov. 30, 2022). | Venezuela AR_000544 |
| 63. | The White House, *Collaborative Migration Management Strategy*, (July 29, 2021), https://www.whitehouse.gov/wp-content/uploads/2021/07/Collaborative-Migration-Management-Strategy.pdf?utm_medium=email&utm_source=govdelivery | Venezuela AR_000549 |
| 64. | The White House, *Fact Sheet: The Los Angeles Declaration on Migration and Protection U.S. Gov't and Foreign Partner Deliverables*, (June 10, 2022), https://www.whitehouse.gov/briefing-room/statements-releases/2022/06/10/fact-sheet-the-los-angeles-declaration-on-migration-and-protection-u-s-government-and-foreign-partner-deliverables/ | Venezuela AR_000563 |
| 65. | The White House, *Los Angeles Declaration on Migration and Protection* (June 10, 2022), https://www.whitehouse.gov/briefing-room/statements-releases/2022/06/10/los-angeles-declaration-on-migration-and-protection/ | Venezuela AR_000570 |

| | | |
|---|---|---|
| 66. | The White House, *U.S. Strategy for Addressing the Root Causes of Migration in Central America* (July 2022), https://www.whitehouse.gov/wp-content/uploads/2021/07/Root-Causes-Strategy.pdf | Venezuela AR_000575 |
| | **OMB & Related Documents** | |
| | *Financial Support* | |
| 67. | Memorandum from Samantha Deshommes, Regulatory Coordination Division Chief, U.S. Citizenship and Immigration Services, Office of Policy and Strategy, *Request for Emergency OMB Paperwork Reduction Act Clearance – Form I-134, Declaration of Financial Support* (Oct. 17, 2022). | Venezuela AR_000595 |
| 68. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Form I-134, *Declaration of Financial Support*. | Venezuela AR_000599 |
| 69. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Form I-134 Instructions, *Declaration of Financial Support*. | Venezuela AR_000612 |
| 70. | U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Supporting Statement for Declaration of Financial Support*. | Venezuela AR_000620 |
| | *Advance Travel Authorization* | |
| 71. | Memorandum from Matthew S. Davies, Executive Dir., U.S. Customs and Border Protection, *Emergency Approval Request for Advance Travel Authorization Capability Under the Paperwork Reduction Act* (Oct. 17, 2022). | Venezuela AR_000632 |
| 72. | U.S. Dep't of Homeland Security, U.S. Customs and Border Protection, *Travel Authorization Supporting Statement* (Oct. 13, 2022). | Venezuela AR_000636 |
| | **Non U.S. Government Sources** | |
| 73. | Amnesty International, *Venezuela: Calculated repression: Correlation between stigmatization and politically motivated arbitrary detentions* (Feb. 10, 2022). | Venezuela AR_000641 |
| 74. | Alvarez, Priscilla, *First on CNN: A Record Number of Migrants Have Died Crossing the US-Mexico Border*, CNN (Sept. 7, 2022), https://www.cnn.com/2022/09/07/politics/us-mexico-border-crossing-deaths/index.html#:~:text=CNN%20Store-,First%20on%20CNN%3A%20A%20record%20number%20of%20migrants%20have,crossing%20the%20US%2DMexico%20border&text=Nearly%20750%20migrants%20have%20died,Security%20figures%20shared%20with%20CNN. | Venezuela AR_000699 |
| 75. | Bertelsmann Stiftung, *BTI 2022 Country Report – Venezuela*, https://bti-project.org/en/reports/country-report/VEN. | Venezuela AR_000706 |

| | | |
|---|---|---|
| 76. | City of San Diego Office of Immigration Affairs, Email, *Concern With Asylum Seekers at Our Border* (Sept. 26, 2022). | Venezuela AR_000771 |
| 77. | Confair, Denelle, *Local migrant shelter reaching max capacity as it receives hundreds per day*, KGUN9 Tuscon (Sept. 23, 2022), available at https://www.kgun9.com/news/local-news/local-migrant-shelter-reaching-max-capacity-as-it-receives-hundreds-per-day. | Venezuela AR_000773 |
| 78. | Corchado, Alfredo, *Ahead of Title 42's End, U.S.-Mexico Negotiations Called "Intense," "Round-the-Clock,"* Dallas Morning News (Dec. 14, 2022), https://www.dallasnews.com/news/2022/12/13/ahead-of-title-42s-end-us-mexico-negotiations-called-intense-round-the-clock/. | Venezuela AR_000777 |
| 79. | Dickerson, Caitlin, *Confusion on the Border as Appeals Court Rules Against Trump's Remain in Mexico Policy*, The New York Times (Feb. 28, 2020, updated Oct. 29, 2021), https://www.nytimes.com/2020/02/28/us/migrants-court-remain-in-mexico-mpp-injunction.html. | Venezuela AR_000785 |
| 80. | Elamroussi, Aya and Winston, Adrienne, *Washington, DC, Approves Creation of New Agency to Provide Services for Migrants Arriving from Other States*, CNN (Sept. 21, 2022), | Venezuela AR_000789 |
| 81. | Garcia, Jacob, *Migrant truck crashes in Mexico killing*, Reuters (Dec. 10, 2022), available at https://www.reuters.com/world/americas/least-49-people-killed-mexico-trailer-accident-officials-say-2021-12-09. | Venezuela AR_000798 |
| 82. | Gonzalez, Valerie, *Migrants risk death crossing treacherous Rio Grande river for "American Dream"*, the Guardian (Sept. 5, 2022), available at https://www.theguardian.com/us-news/2022/sep/05/migrants-risk-death-crossing-treacherous-rio-grande-river-for-american-dream | Venezuela AR_000806 |
| 83. | Gov't of Panama, *Cuadro No. 001 Transito Irregular de Extranjeros por la Frontera con Colombia por Region Segun Orden de Importancia: Ano 2022*, https://www.migracion.gob.pa/images/img2022/PDF/IRREGULARES_%20POR_%20DARI%C3%89N_NOVIEMBRE_2022.pdf. | Venezuela AR_000819 |
| 84. | Human Rights First, *New Report Documents Devastating Toll of Court-Ordered Reimplementation of Remain in Mexico* (Sept. 15, 2022), https://humanrightsfirst.org/library/new-report-documents-devastating-toll-of-court-ordered-reimplementation-of-remain-in-mexico. | Venezuela AR_000821 |
| 85. | Inter-Agency Coordination Platform for Refugees and Migrants from Venezuela, *Regional Refugee and Migrant Response Plan January-December 2022* (Dec. 9, 2021), https://www.r4v.info/en/document/rmrp-2022. | Venezuela AR_000822 |
| 86. | Kinosian, Sarah, *As United States' 'Remain in Mexico' Plan Begins, Mexico Plans to Shut Its 'Too Successful' Humanitarian Visa Program*, Global Post (Jan. 24, 2019), https://theworld.org/stories/2019-01-24/united-states-remain-mexico-plan-begins-mexico-plans-shut-its-too-successful. | Venezuela AR_001091 |
| 87. | La Prensa Latina, *More Than 4,000 Migrants Voluntarily Returned to Venezuela from Panama* (Nov. 9, 2022), https://www.laprensalatina.com/more-than-4000-migrants-voluntarily-returned-to-venezuela-from- | Venezuela AR_001102 |

| | | |
|---|---|---|
| | panama/. | |
| 88. | Miller, Leila, *Asylum Seekers Are Gathering at the U.S.-Mexico Border. This is Why*, Los Angeles Times (Dec. 27, 2022), https://www.latimes.com/world-nation/story/2022-12-23/la-fg-mexico-title-42-confusion. | Venezuela AR_001105 |
| 89. | Miroff, Nick and Carolyn Van Houten, *The Border is Tougher to Cross Than Ever. But There's Still One Way into America*, The Washington Post (Oct. 24, 2018), https://www.washingtonpost.com/world/national-security/theres-still-one-way-into-america/2018/10/24/d9b68842-aafb-11e8-8f4b-aee063e14538_story.html. | Venezuela AR_001121 |
| 90. | Nunez, Claudia, *"It Would Have Been Better to Let Me Die," on the Other Side of the Darien, Hundreds Survive the Nightmare of Death*, The Los Angeles Times (Mar. 4, 2022), https://www.latimes.com/espanol/internacional/articulo/2022-03-04/al-otro-lado-del-darien-cientos-sobreviven-la-pesadilla-de-la-muerte. | Venezuela AR_001130 |
| 91. | Pazmiño, Liz Briceño, *Biden's New Border Policy Throws Venezuelan Migrants Into Limbo*, Axios (Nov. 7, 2022), https://www.axios.com/2022/11/07/biden-venezuela-border-policy-darien-gap. | Venezuela AR_001147 |
| 92. | Rosenberg, Mica, Cooke, Kristina, and Trotta, Daniel, *The Border's Toll: Migrants Increasingly Die Crossing into U.S. from Mexico* (July 25, 2022), https://www.reuters.com/article/usa-immigration-border-deaths/the-borders-toll-migrants-increasingly-die-crossing-into-u-s-from-mexico-idUSL4N2Z247X. | Venezuela AR_001156 |
| 93. | Tech Transparency Project, *Inside the World of Misinformation Targeting Migrants on Social Media* (July 26, 2022), https://www.techtransparencyproject.org/articles/inside-world-misinformation-targeting-migrants-social-media. | Venezuela AR_001164 |
| 94. | United Nations, Dep't of Economic and Social Affairs, *International Migration 2020 Highlights* (Jan. 25, 2021), https://www.un.org/en/desa/international-migration-2020-highlights. | Venezuela AR_001179 |
| 95. | United Nations Children's Fund, *2021 Records Highest Ever Number of Migrant Children Crossing the Darien Towards the U.S.* (Oct. 11, 2022), https://www.unicef.org/lac/en/press-releases/record-number-of-children-crossing-darien-gap-towards-us-this-year#:~:text=From%20January%20to%20October%2C%20some,quadrupling%20the%20previous%20year%27s%20total. | Venezuela AR_001239 |
| 96. | United Nations High Comm'n for Refugees, *Global Trends Forced Displacement in 2018* (June 19, 2019), https://www.unhcr.org/globaltrends2018/. | Venezuela AR_001247 |
| 97. | United Nations High Comm'n for Refugees, *Global Trends Forced Displacement in 2021* (June 16, 2022), https://www.unhcr.org/en-us/publications/brochures/62a9d1494/global-trends-report-2021.html. | Venezuela AR_001323 |
| 98. | United Nations High Comm'n for Refugees / International Office of Migration, Joint Press Release, *Venezuela Outflow Continues Unabated, Stands Now at 3.4 Million* (Feb. 22, 2019), https://www.unhcr.org/en-us/news/press/2019/2/5c6fb2d04/venezuelan-outflow-continues-unabated-stands-34-million.html. | Venezuela AR_001371 |

| | | |
|---|---|---|
| 99. | United Nations High Comm'r for Refugees, Fact Sheet, *Americas August 2022* (Aug. 22, 2022), https://data.unhcr.org/en/documents/details/95054. | Venezuela AR_001374 |
| 100. | United Nations High Comm'r for Refugees, *Venezuela Situation*, https://www.unhcr.org/en-us/venezuela-emergency.html. | Venezuela AR_001381 |
| 101. | United Nations High Comm'r for Refugees, *Venezuela Situation May-September 2021* (Nov. 3, 2021), https://data.unhcr.org/en/documents/details/89782. | Venezuela AR_001385 |
| 102. | United Nations High Comm'n for Refugees, Fact Sheet, *Venezuela Situation June 2022* (June 15, 2022), https://data.unhcr.org/en/documents/details/93629. | Venezuela AR_001387 |
| 103. | Voice of America, *US Policy Prompts Some Venezuelan Migrants to Change Route* (Oct. 14, 2022), https://www.voanews.com/a/us-policy-prompts-some-venezuelan-migrants-to-change-route/6790996.html. | Venezuela AR_001391 |
| 104. | Villagran, Lauren, *El Paso struggles to keep up with Venezuelan migrants: 5 key things to know*, El Paso Times (Sept. 14, 2022), available at https://www.elpasotimes.com/story/news/2022/09/14/venezuelan-migrants-el-paso-what-to-know-about-their-arrival/69493289007. | Venezuela AR_001394 |
| 105. | Whelan, Robbie, *Violence Plagues Migrants Under U.S. 'Remain in Mexico' Program: Migrants Seeking Shelter in the U.S. Under Trump Administration Policy Report Rising Numbers of Kidnappings by Criminal Groups*, Wall Street Journal (Dec. 28, 2019), https://www.wsj.com/articles/violence-plagues-migrants-under-u-s-remain-in-mexico-program-11577529000. | Venezuela AR_001399 |