Case 6:23-cv-00007   Document 90   Filed on 03/22/23 in TXSD   Page 1 of 5

United States District Court
Southern District of Texas
**ENTERED**
March 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| The STATE OF TEXAS; the STATE OF ALABAMA; the STATE OF ALASKA; the STATE OF ARKANSAS; the STATE OF FLORIDA; the STATE OF IDAHO; the STATE OF IOWA; the STATE OF KANSAS; the COMMONWEALTH OF KENTUCKY; the STATE OF LOUISIANA; the STATE OF MISSISSIPPI; the STATE OF MISSOURI; the STATE OF MONTANA; the STATE OF NEBRASKA; the STATE OF OHIO; the STATE OF OKLAHOMA; the STATE OF SOUTH CAROLINA; the STATE OF TENNESSEE; the STATE OF UTAH; the STATE OF WEST VIRGINIA; and the STATE OF WYOMING, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR JADDOU, Director of U.S. Citizenship and Immigration Services, in her official capacity; U.S. CUSTOMS & BORDER PROTECTION; TROY MILLER, Acting Commissioner of U.S. Customs & Border Protection, in his official capacity; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; and TAE JOHNSON, Acting Director of U.S. Immigration & Customs Enforcement, in his official capacity, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:23-CV-00007 |

## ORDER

The Court **ORDERS** the following:

1. The Parties' previous briefing and exhibits, including any supplemental briefing or extra-record evidence including affidavits or declarations, on Plaintiffs' Motion for Preliminary Injunction, (Dkt. No. 22), are incorporated and consolidated with this Court's consideration of the merits pursuant to Federal Rule of Civil Procedure 65(a)(2). The evidentiary materials attached to the Parties' previous briefing, and any supplemental exhibits, affidavits, or declarations they may submit, are admitted as authentic and without need of a sponsoring witness and are presumptively admitted as "part of the trial record and need not be repeated at trial." Fed. R. Civ. P. 65(a)(2).

2. The Defendants' deadline to file an Answer or otherwise respond to Plaintiffs' Amended Complaint, (Dkt. No. 20), is **STAYED** absent further order of the Court.

3. The Defendants shall produce and file the Administrative Record no later than March 24, 2023.[1]

4. The Defendants shall file their response in opposition to the Motion for Preliminary Injunction, (Dkt. No. 22), no later than May 12, 2023.

5. The Plaintiffs shall file their reply in support of their Motion for Preliminary Injunction no later than May 19, 2023.

6. The Parties may submit additional affidavits or declarations after May 19, 2023, however, those affidavits or declarations shall be limited to supplementing previously filed affidavits or declarations.

7. The following deadlines shall control the disposition of this case:

    a. No later than March 24, 2023, the Parties shall file any motions for extra-record evidence and/or joint proposal on agreed discovery.

    b. No later than March 31, 2023, the Parties shall file any responses to motions for extra-record discovery.

---

[1] The Court notes that the Defendants appear to have already filed the Administrative Record in this case. (Dkt. No. 89).

    c.      No later than April 28, 2023, the Parties shall produce any extra-record discovery if discovery is approved by the Court.

    d.      No later than May 25, 2023:

        i.      Plaintiffs shall file an Exhibit List identifying any affidavits, declarations, or documentary evidence, other than the administrative record, that they may wish the Court to consider, including any documents they may seek to introduce through live testimony.

            Plaintiffs are not required to identify documents they may potentially rely upon in cross-examination for purposes of impeachment.

            Plaintiffs shall produce courtesy copies to the Court and the Defendants of the proposed Exhibits but shall not file them.

            <u>No amendments shall be made to the Exhibit List after this date without good cause unless the Parties agree</u>.

        ii.     Plaintiffs shall file a Witness List identifying any witness they seek to call for live testimony at trial. For each witness, Plaintiffs shall provide the topics and scope of the expected testimony. Plaintiffs may re-call any of their witnesses in rebuttal to Defendants' witnesses' testimony.

            <u>No amendments shall be made to the Witness List after this date without good cause unless the Parties agree</u>.

    e.      No later than June 1, 2023:

        i.      Defendants shall file an Exhibit List identifying any affidavits, declarations, or documentary evidence, other than the administrative record, that they may wish the Court to consider, including any documents they may seek to introduce through live testimony.

            Defendants are not required to identify documents they may potentially rely upon in cross-examination for purposes of impeachment.

            Defendants shall produce courtesy copies to the Court and the Plaintiffs of the proposed Exhibits except for the Administrative Record but shall not file them.

    <u>No amendments shall be made to the Exhibit List after this date without good cause unless the Parties agree.</u>

   ii. Defendants shall file a Witness List identifying any witness they seek to call for live testimony at trial. For each witness, Defendants shall provide the topics and scope of the expected testimony.

    <u>No amendments shall be made to the Witness List after this date without good cause unless the Parties agree.</u>

 f. No later than June 5, 2023, the Parties shall file any motions to exclude evidence or witnesses. These motions are without prejudice to objections at trial to particular testimony or particular uses of a piece of evidence and are apart from any argument about extra-record evidence.

 g. No later than June 7, 2023, the Parties shall separately submit proposed findings of fact and conclusions of law. Each party must specify all proposed findings it anticipates establishing at trial. To the extent possible in advance of trial, the proposed findings should cite deposition or declaration testimony, expected witness testimony, exhibits, or other evidence to support each proposed finding. Parties shall specify stipulated or agreed facts.

 h. No later than June 8, 2023, the Parties shall file responses to any motion to exclude evidence.

8. The Parties shall appear in-person for a Final Pretrial Conference on June 12, 2023, at 1:00 p.m. in Victoria, Texas. The Court may address pending motions and objections and pre-mark and pre-admit exhibits.

 a. Trial shall begin on June 13, 2023, at 9:00 a.m. in Victoria, Texas.

 b. No later than June 30, 2023, the Parties shall file Proposed Findings of Fact and Conclusions of Law with citations to the record from trial. If the Parties wish to file any post-trial memoranda of law, they must do so no later than this date.

It is SO ORDERED.

4

Signed on March 22, 2023.

                                          _____
                                                   **DREW B. TIPTON**
                                       **UNITED STATES DISTRICT JUDGE**