blanket. It was 7 p.m. and the temperature had dropped to 40 degrees.

She and her husband fled Venezuela five years ago and had been living in Peru. It took them three months to reach the U.S. border. With Title 42 still in place, they felt they had no choice but to sneak across.

They came through a space in the border fence and ducked into a McDonald's to change clothes and take a breath after eluding authorities.



A migrant crosses over a border fence after evading law enforcement in El Paso. (Eric Thayer/ Bloomberg via Getty Images)

"The truth is that they don't give us the opportunity to come into this country," Yesimar said. "We never came with the idea of coming in illegally."

Back in Ciudad Juarez, many more migrants are waiting it out.

Cuba AR_001572

ADVERTISEMENT

Alexander Diaz, his wife and their 3-year-old son were down to about $100. The 24-year-old Venezuelan has been giving $2 haircuts to fellow migrants in an alley close to the Rio Grande.

The family found a spot at a shelter, but the bathroom doesn't work. "Imagine, putting up with the cold, without a shower," Diaz said.

Cuba AR_001573



Migrants spend the night outside the border fence while waiting to make asylum claims in El Paso. (John Moore / Getty Images)

Jesús Carrera, 22, said he makes $15 a day washing car windows at a stoplight. A generous local gave him and other migrants a place to sleep, and he speaks daily to his mother in Venezuela, who urges him to come home. He hasn't seen her since leaving the country six years ago in hopes of escaping poverty.

He tried to claim asylum at the U.S. border in October but was expelled under Title 42 and moved to the Mexican state of Chiapas. He arrived at the border again last weekend because he thought the policy was ending.

"I'm asking God to change my luck," he said. "It's time."

Rosalia Castro Sosa, a Sears saleswoman from southern Mexico, arrived in Ciudad Juarez on Wednesday, thinking that Title 42 had been lifted as scheduled.

Cuba AR_001574

ADVERTISEMENT

She immediately crossed the river and turned herself in, waiting for hours in the cold in a long line for officials to take down her information. Then they dropped her off at the Mexican side of a border bridge.



Migrants step into the Rio Grande in Ciudad Juarez, Mexico. (Christian Chavez / Associated Press)

Cuba AR_001575

Case 6:23-cv-00007    Document 92-7    Filed on 03/24/23 in TXSD    Page 5 of 174

Waiting for the policy to be lifted, Sosa moved into a church shelter. She has made some cash by opening the door for customers entering convenience stores. A local restaurant fed her in exchange for waiting tables. She hopes to work in the U.S. to finance an ear operation for her 9-year-old son.

"In the name of God, I'm going to get there," she said. "I don't know how, but I will."

At the Good Samaritan shelter, many of the 73 migrants there were waiting to see a doctor. Migrants can stay for months as they wait for appointments with immigration officials, and in that time children attend school — where they take English classes. Migrants can also receive therapy.

Pastor Juan Fierro, who runs the shelter, said he viewed the end of Title 42 with skepticism.

ADVERTISEMENT

"How many times have they said it'd be over?" he said.

*Miller reported from Ciudad Juarez and El Paso. Special correspondent Gabriela Minjares in Ciudad Juarez and Times staff writer Hamed Aleaziz in Healdsburg, Calif., contributed to this report.*

Cuba AR_001576

WORLD & NATION | MEXICO & THE AMERICAS | IMMIGRATION AND THE BORDER



## Must-read stories from the L.A. Times

Get the day's top news with our Today's Headlines newsletter, sent every weekday morning.

Enter email address

SIGN ME UP

You may occasionally receive promotional content from the Los Angeles Times.



Leila Miller

🐦 Twitter   📷 Instagram   ✉ Email   f Facebook

Leila Miller is a foreign correspondent for the Los Angeles Times based in Mexico City. She joined the newsroom in 2018 and spent several years working on the criminal justice team. She was also part of the team that was a 2020 Pulitzer finalist for its coverage of the Conception boat fire off the Channel Islands. Born in Argentina but raised in Los Angeles, Miller is a graduate of Oberlin College and Columbia University's School of Journalism.

Cuba AR_001577

Case 6:23-cv-00007   Document 92-7   Filed on 03/24/23 in TXSD   Page 7 of 174

## MORE FROM THE LOS ANGELES TIMES



**WORLD & NATION**

### South Korea's leader calls for stealth drones to monitor North Korea

1 hour ago



**WORLD & NATION**

### Companies welcome end to China quarantines for visitors

1 hour ago



**CALIFORNIA**

### I'm Mexican American. But the L.A. City Council audio leak reminded me that I'm Oaxacan too

2 hours ago



**WORLD & NATION**

### Why is a Swedish billionaire buying up California's video gaming empire?

Dec. 27, 2022

Cuba AR_001578

Subscribe for unlimited access

Follow Us

eNewspaper

Coupons

Find/Post Jobs

Place an Ad

Media Kit: Why the
L. A. Times?

Bestcovery

Copyright © 2022, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell My Personal Information

Cuba AR_001579

# The Washington Post

*Democracy Dies in Darkness*

ENTERPRISE

# The border is tougher to cross than ever. But there's still one way into America.

By Nick Miroff and Carolyn Van Houten

October 24, 2018 at 10:43 a.m. EDT

*[This story has been optimized for offline reading on our apps. For a richer experience, you can find the full version of this story here. An Internet connection is required.]*

HIDALGO COUNTY, Tex. — Crouched low in the brush along the riverbank, Border Patrol agent Robert Rodriguez watched the Mexican side of the Rio Grande, waiting. A norteño ballad drifted from a radio somewhere on a nearby farm, and two pigs cooled themselves at the water's edge, wading to their bellies. For a moment, one of the border's busiest places for illegal crossings looked placid.

Then a raft appeared.

Within seconds it was in the water, a teenage guide steering the current while his boss, an older man, stood watch on the bank. In less than a minute, the teenager delivered a woman and a boy to the U.S. side and they climbed out, shoes sinking in the wet silt.

Rodriguez stepped onto the path to stop them, but the woman and the boy did not run. They wanted to be captured. This is how it works now.

The era of mass migration by Mexican laborers streaming into California and the deserts of Arizona is over. Billions spent on fencing, sensors, agents and drones have hardened the border and made it tougher than ever to sneak into the United States. The migrants coming today are increasingly Central Americans seeking asylum or some form of humanitarian protection, bearing stories of torture, gang recruitment, abusive spouses, extortionists and crooked police.

Cuba AR_001580

They know the quickest path to a better life in the United States is now an administrative one — not through mountains or canyons but through the front gates of the country's immigration bureaucracy.

Last year, U.S. immigration courts received nearly 120,000 asylum claims from migrants facing deportation, a fourfold increase from 2014. Those filings have pushed the number of pending cases before U.S. immigration courts to more than 750,000, collapsing the system and upending President Trump's sweeping promises to lock down the border.

The extraordinary surge of asylum seekers is testing the limits of whom, exactly, the United States is willing to protect, challenging the stone-carved ideal of America as the place that welcomes the tired and poor, "yearning to breathe free."

It has also presented Trump with one of the most vexing policy challenges of his presidency, and virtually every measure taken so far has made the problem worse.

Trump this spring deployed a nuclear option — separating parents from their children — in an attempt to stop families from coming. It backfired. The controversy generated by the policy and its abrupt rollback six weeks later handed smuggling guides across Central America a potent sales pitch. They now tell potential customers the Americans do not jail parents who bring children — and to hurry up before they might start doing so again.

Families asking for mercy constitute a greater-than-ever portion of those taken into custody. More than half of all arrests along the Mexican border last month were migrant family members or unaccompanied minors, up from 13 percent in 2013.

This spring, Trump fixated on a caravan of asylum seekers traveling through Mexico, about 300 of whom eventually crossed into the United States. Now, a much larger procession of as many as 7,000 Central Americans is trekking north toward the border, despite threats from the president to stop them with U.S. troops and sever aid to their countries.

There is a sinking feeling, among Department of Homeland Security officials, that more caravans are yet to come and that they will only get larger.

Families are coming in caravans and on their own because it works. Only 1.4 percent of migrant family members from Guatemala, Honduras and El Salvador who crossed the border illegally in 2017 have been deported to their home countries, according to DHS officials.

The United States has neither the detention space nor the legal authority to hold children long enough to process their parents' claims, so families are typically released from custody to await court hearings that could be months, even years, into the future.

Trump has long derisively referred to this as "catch and release" and used it as an attack line against Democrats. But in the months since ending family separation, Trump has now made it his de facto policy.

The administration has drafted plans to add thousands of detention beds in an attempt to hold parents with children longer. DHS officials have also proposed new rules that would allow the government to withdraw from a 1997 federal court agreement limiting the amount of time children can be held in immigration jails to 20 days.

But in the meantime, so many families are coming through high-volume corridors such as the Rio Grande Valley that Rodriguez and other agents have come to describe them as "non-impactables," because they say there is nothing they can do to stop them.

As Rodriguez radioed another agent to pick up the woman and the boy, she handed him her Honduran identification card. Cecilia Ulloa was 25. Darwin, her son, was 13. The math took a moment to sink in, and Ulloa appeared to recognize a familiar look of confusion.

"My stepfather," she said. "It started when I was 10."

After a decade in prison for rape, her stepfather was free now, stalking them, blaming her for ruining his life, Ulloa said. "He's going to kill us."

Police in Honduras had told her there was nothing they could do, she said, so she and her son left for the United States. They wanted asylum.

Chances were they would be denied. But it could take months, or longer, for the U.S. immigration system to determine whether Ulloa and her son deserve protection. They would probably not be sent back to Honduras anytime soon.


# Credible fear

Some migrants' stories of gang threats and police indifference have a rehearsed quality, suggesting they are concocted. The smuggling guides who charge $10,000 or more for the trip provide transportation and meals, but also coaching, including the key words migrants should say to convince U.S. asylum officers that their fears meet credibility standards.

But there are many with no need to make things up. The countries they are running from have some of the highest murder rates in the world. Their criminal justice systems barely function. Some have been victimized already.

Lisa Brodyaga, an immigration lawyer in South Texas who has worked with Central American migrants since the late 1970s, said adult asylum seekers who appear before immigration judges "are almost all being deported."

"I think judges felt freer to follow their gut under Obama than they do now," she said.

Migrants have adapted just as quickly. As asylum officers and immigration judges reject more claims, the number of single adults who arrive claiming fear of persecution is dropping. The fastest-growing portion comprises parents coming with children, preventing their long-term detention and significantly reducing the likelihood they will be deported.

Last month, border agents arrested 16,658 individuals who arrived as members of "family units," an all-time high, up from 9,247 in July.

Migrant advocates have documented cases of rejected asylum applicants being killed after they were sent back. But a full picture is difficult to obtain because U.S. government statistics do not track what happens to deportees once they leave the United States.

DHS officials point to improving public-safety statistics from Central America as evidence that the asylum trend is not driven by worsening violence.

Those fleeing lawlessness and crime are also lured north by job opportunities and the desire to reunite with parents, siblings and other relatives already living here. The United States offers not only safety but also a chance at a dramatically better life.

And with the U.S. unemployment rate at a 50-year low and employers across the Midwest desperate for labor, the Trump-era economy is undermining the Trump-era immigration agenda.

"Migrants from Central America seek asylum in the U.S. to escape gangs, violence and lack of opportunity," said Doris Meissner, who is policy director at the Migration Policy Institute and ran the U.S. immigration system under President Bill Clinton. "This mixture of humanitarian and economic migration is happening in other parts of the world, too."

"However, only some of those in peril are actually eligible for asylum," said Meissner, co-author of the new report "The U.S. Asylum System in Crisis." "Granting them protection but keeping asylum systems from being overwhelmed or misused requires broad solutions, including attacking the reasons people flee."

For people like Ulloa and her son, here's how it works.

Those who cross the border and turn themselves in are interviewed by a U.S. asylum officer to determine whether they have a "credible fear" of facing persecution back home. The Supreme Court has ruled that an asylum-seeker's fear is considered "well-founded" if there is a 10 percent chance they will face persecution, and those who potentially qualify are referred to an immigration judge.

Between Oct. 1, 2017 — the start of the 2018 fiscal year — and June 30, the period for which the most recent statistics are available, the government received more than 73,000 credible-fear claims, up from 5,000 during all of 2009. Of those 73,000 who were interviewed, 76 percent were found to have a credible fear of return.

The finding does not mean that a judge will eventually grant asylum. Justice Department statistics show that fewer than 10 percent of Central American applicants are awarded asylum, but the process of applying offers a shield from deportation and a toehold, however tenuous, in the United States.

Trump officials view this as a too-permissive approach to asylum claims that amounts to a mile-wide loophole in the American immigration system. U.S. generosity is being exploited by smugglers and cheats, they say, and the dysfunction encourages more to make a dangerous journey.

Under Trump, asylum denial rates have reached their highest levels in more than a decade. But nearly half of those rulings are issued in absentia, because the applicant does not appear in court.

That is the breach Trump officials see: If asylum seekers think their case is likely to be denied, they can drop out of the court system and disappear, remaining in the United States illegally. The latest Justice Department figures show U.S. courts issued more than 40,000 removal orders in absentia during the government's 2017 fiscal year, nearly twice as many as in 2014.

"Saying a few simple words — claiming a fear of return — has transformed a straightforward arrest for illegal entry and immediate return too often into a prolonged legal process, where an alien may be released from custody into the United States and possibly never show up for an immigration hearing," Attorney General Jeff Sessions said in a September speech to a group of 44 newly hired immigration judges that he said was the largest class in history.

"Our system was not designed to handle thousands of new asylum claims every month from individuals who illegally flood across the border," he said. "But that is what has been happening, and it has overwhelmed the system."

# 'Private' violence

In the absence of a physical wall, the Trump administration is laying down new legal barriers to the asylum process. The U.S. immigration court system is a branch of the Justice Department, not the judiciary, and the attorney general effectively functions as a one-man Supreme Court. In June, Sessions issued a sweeping ruling that overturned the case of a Guatemalan domestic-violence victim who had demonstrated that police failed to protect her from spousal abuse and rape.

Sessions's ruling said asylum laws are meant to shelter those facing persecution for political or religious beliefs, or their membership in a well-defined social group, not those fleeing what he called "private" forms of violence.

"The mere fact that a country may have problems effectively policing certain crimes — such as domestic violence or gang violence — or that certain populations are more likely to be victims of crime, cannot itself establish an asylum claim," Sessions wrote.

Under Sessions, the Justice Department has attempted to reduce the court backlog by adding dozens of immigration judges and imposing quotas that compel them to process more cases. It has taken steps to prioritize the claims of the most recent arrivals, as a way to discourage asylum seekers from taking advantage of the court backlog. And it has instructed judges and asylum officers to take a more adversarial approach to migrants' claims.

U.S. asylum laws were shaped in the aftermath of World War II, when the United States and other Western nations developed international treaties based on the principle of "non-refoulement" — that those fleeing persecution should not be sent back to places where they are likely to killed or persecuted.

Applicants who reached U.S. soil could prove eligibility for asylum on the basis of past persecution or a fear of future abuse on the basis of their "race, religion, nationality, membership in a particular social group or political opinion."

In practice, historians and immigration scholars say, political considerations have often superseded humanitarian ones. During the Cold War, refugees fleeing communist and left-wing governments in Vietnam, Cuba and Nicaragua were welcomed in large numbers, while those escaping U.S.-friendly military dictatorships in El Salvador and Guatemala were denied.

"The United States has never solely pursued asylum on the basis of humanitarian principles," said Roberto Suro, a migration expert at the University of Southern California and former director of the Pew Hispanic Center. "American approaches have always been ad hoc and driven largely by foreign policy concerns and domestic policy concerns."

Sessions has directed judges and asylum officers to adhere to a narrower definition of "membership in a social group" — the category had been used in recent years to grant protection to victims of domestic violence.

"An alien may suffer threats and violence in a foreign country for any number of reasons relating to her social, economic, family or other personal circumstances," Sessions wrote. "Yet the asylum statute does not provide redress for all misfortune."

The president demonstrated even less patience this spring, when a large group of asylum-seeking Central American families formed a caravan to travel northward. Trump took their journey as a personal affront.

"We cannot allow all of these people to invade our Country," he wrote on Twitter. "When somebody comes in, we must immediately, with no Judges or Court Cases, bring them back from where they came."

More than 400 caravan members eventually crossed, according to DHS statistics. Among them was Carlos Aldana, who now lives with his partner and young daughters outside Seattle, waiting to see a judge. The monitoring device strapped to his leg has been on so long he barely notices it anymore.

"We go to the park. We go to church and the grocery store," Aldana said. "It's beautiful here."

His family's asylum claim epitomizes the intertwined push-and-pull factors that bring Central Americans to the United States — and that make it unlikely he, his partner and their two daughters will be allowed to stay.

The family had a small farm near the Caribbean coast, on land purchased with money sent home by a brother working in the United States. When traces of gold were found on the property, Aldana said, he and his siblings invested in mining equipment and began digging.

Then a local crime boss found out about their discovery. He showed up at the property with a carload of men, offering to "go into business together," Aldana said. Aldana's family declined, and the man returned and said he had heard others were planning to kill them. He offered protection. Again, Aldana and his siblings refused.

The threats worsened. Then one of Aldana's brothers was killed. Aldana said his family was too scared to go to the police. "They work for him," he said of the gangster.

The family fled to another part of Honduras and attempted to start over, but a year later the man found them and the threats resumed, Aldana said.

This time Aldana and his family fled to southern Mexico. They were arrested by Mexican authorities and sent back to Honduras. They tried to start over again.

Worried that he was putting the whole family in danger, another of Aldana's brothers bid farewell and left. His body was found a few months later, tortured and mutilated. Aldana reported the crime to police, but they made no arrests, he said.

Aldana fled with his family to Mexico a second time, then found out about the caravan. Like others who joined, they saw it as a safe, affordable way to reach the border.

Along the journey, the caravan's legal advisers warned Aldana he would probably not qualify for asylum because he had been deported from the United States once before, in 2008, when he attempted to come illegally at age 19.

But he crossed anyway, and like so many Central Americans, his urge to flee is hard to separate from the desire for a better life in the United States.

"I feel safe here. I just want to be able to stay, so my girls don't have to grow up in a place like that," he said of Honduras. "I don't ever want to go back."

# 'The most horrifying stories'

Asylum seekers who make their claims at official border crossings — not on the banks of the Rio Grande — are not breaking the law. But U.S. agents have to let them cross the bridge first.

On a recent morning in South Texas, immigration lawyer Jennifer Harbury walked across the river into Mexico under a blazing sun, waiting for a nun to pick her up. They drove to a Reynosa migrant shelter in a bullet-scarred neighborhood full of cartel lookouts and stash houses used by smugglers to stage illegal crossings.

Cuba AR_001586

Harbury is an irritant to U.S. border officials as well as the cartels. She provides free legal advice and assistance to asylum seekers, so the nuns who run the shelter call her often to see whether she can help migrant families desperate for legal advice. Harbury's pro bono work takes profits away from traffickers, because they charge a "tax" of several hundred dollars to those who cross illegally along the river. They earn nothing from the migrants Harbury escorts to the official border crossing.

Harbury is one of the activists who also help asylum seekers stranded in the no man's land on the pedestrian bridge over the river. In recent months, U.S. officers have been turning migrants away, telling them to come back later. Harbury and others have criticized the practice as unlawful, but DHS officials say that port officers have multiple responsibilities and that busy border crossings have capacity limits.

It was Harbury who provided ProPublica with the surreptitious audio recording of a child screaming for her mother that dealt a severe blow to the family-separation policy. She has absorbed the stories of thousands of asylum seekers over the decades and increasingly views her job with the urgency of an emergency responder. She intends to help as many asylum seekers enter the United States as possible, because she believes she is saving their lives.

"These people have the most horrifying stories I have ever heard," she said. "I don't think people have better claims than those running from the cartels."

The shelter in Reynosa was crowded with newly deported Mexicans, many still carrying their belongings in plastic bags provided by the U.S. government. Immigration and Customs Enforcement had dropped off 85 deportees the previous night, and several complained harshly of bad food and abysmal conditions in U.S. detention.

The nuns had asked Harbury to help a young mother stranded for more than a week, Maria Magdalena Gonzalez, 21, and her son, Emiliano, 3. A gangster in Gonzalez's home state of Guerrero was threatening to kill her for rejecting his advances, she said. But when she and her son tried to approach the U.S. border crossing a few days earlier to seek asylum, they had been turned away.

With more and more Central Americans showing up at the port of entry, U.S. officers had set up an impromptu checkpoint over the middle of the Rio Grande, blocking them from setting foot on the U.S. side to start the asylum process.

Those who fail to cross are put at risk, because cartel lookouts ply the Mexican side of the bridge, watching for Central Americans who have been turned away. The migrants are prime targets for kidnapping because criminal groups assume they have relatives living in the United States with enough money to pay a ransom.

Harbury was there to make sure Gonzalez and her son weren't rejected again.

A nun drove them to the bridge over the river, and Harbury walked alongside them until a Mexican immigration official stood in the way. He had been looking for asylum seekers from Central America, but Gonzalez and her son were Mexican, so there was nothing he could do to detain them.

He told Harbury the U.S. agents had not been letting asylum seekers through, or were making others wait three or four days to be allowed to approach the American side.

Harbury, Gonzalez and the boy continued walking until three American officers blocked them halfway across the bridge. "We want asylum," Gonzalez said softly, more a question than a demand. An agent told her to stand aside and wait.

Harbury asked how long, and the officers said it could be several hours, perhaps days. She sat down on the pavement with Gonzalez and the boy. "We'll wait," she said.

The officers appeared to notice a reporter taking notes and called a supervisor. He arrived and waved everyone through.

Gonzalez reached the inspection booth and pushed her paperwork forward. Harbury gave her a hug and an invitation to dinner. Then the officers directed Gonzalez and her son to an adjacent waiting room.

"They made it," Harbury said.

She waved goodbye through the glass. The room wasn't full, not even close. There were more than 60 chairs in the waiting area, and all but two were empty.

Cuba AR_001588


 

≡   SUBSCRIBE   LOG IN

Los Angeles Times

INTERNACIONAL

# "It would have been better to let me die", on the other side of the Darien, hundreds survive the nightmare of death.



Rosmary Gonzalez, 45, lost her four-year-old son and her husband, 50, while the whole family was trying to cross the Darien Gap jungle.
(Claudia Nunez/Los Angeles Times)

POR CLAUDIA NÚÑEZ  |  DEPUTY EDITOR

MAR. 4, 2022 8:33 AM PT

LAJAS BLANCAS, Panamá —  I asked him to state his name and age, instead, he extended his hand, squeezed my arm tightly and responded with a question: "Can you

Cuba AR_001589 

help me recover my child's body? I've been waiting for two months, and nobody tells me anything, help me!"

Rosmary Gonzalez, 45, lost her four-year-old son and her husband, 50, while the whole family was trying to cross the Darien Gap jungle, one of the most dangerous migratory routes in the world and the only road connecting South and North America.

The Darien Gap region is so named because it is the only point where the Pan-American Highway, a network of highways linking 14 countries from Chile to the United States, cuts off.

In total, 130 kilometers of dense vegetation, suffocating heat, rivers and swamps are crossed daily by migrants from more than 50 countries coming from regions as far away as Africa and Asia, desperately seeking to reach the United States.

ANUNCIO

Rosmary left with her husband and three children at the end of July with the illusion of reaching the state of Florida in the United States, where the couple thought they would find work and relief from the poverty and hunger they were experiencing in their hometown Zulia, Venezuela; ironically one of the countries with one of the largest oil and gas reserves in the world.

Cuba AR_001590

The $40 monthly budget the family was living on was already unbearable. They sold everything to cover the cost of more than $30,000 to bring the family to the United States. Rosmary never imagined that she would lose half of her family along the way.

It is 10:00 in the morning and the heat and excessive humidity make the days in the Darien area almost unbearable. The mosquitoes relentlessly chase Rosmary and more than 200 other migrants stranded at the Migratory Reception Station in the community of Lajas Blancas, all survivors of the Darien Gap.

Rosmary's slender arms gently move to caress Marino, her seven-year-old son who rests on her legs and who, like her, also managed to survive the crossing.



Marino rests on his mother's legs. He has fever and diarrhea. The mother and child live in Lajas Blancas migrant camp where she has been waiting since mid-August for the remains of her son and husband.

(Claudia Nunez)

Cuba AR_001591

Both are almost thin to the bone. The weight loss has been brutal. The mother wears a purple blouse and plastic sandals, which were given away at the camp, because the so-called "death river" not only took her son and her husband, but also the few belongings they had with them.

ANUNCIO

"We walked for seven days with our feet knee-deep in mud. My son, the eldest, told me 'Mom, look at that body over there, look at that body over there,' and I said, no, no, I don't want to see anything… When what happened to my husband and my baby happened, it hit me very hard. I never thought that someone in my family would also die," she says.

She had heard the name "death river" countless times among the caravan of 26 migrants who, along with her, crossed the jungle. Many were afraid of it because they said it was the most complicated passage of the journey.

Rosmary knew firsthand that the nickname was not for nothing. The person who was guiding them, and to whom she had paid $3,000 in advance, did not want to wait until the current went down. The river was raging, recalls the mother.

Several migrants refused to set out and clamored to wait for the river to calm down, but the guide refused to wait any longer; every moment was money lost because other groups were waiting for him.

Cuba AR_001592

Case 6:23-cv-00007   Document 92-7   Filed on 03/24/23 in TXSD   Page 22 of 174

The line moved deeper into the waters. Rosmary was carrying suitcases. Juan, her husband, carried Daniel, her youngest son, in his arms and Pablo, her oldest son, 16, held Marino. In a stretch of the river, a current caused her to lose her balance and she felt a rush of water completely submerge her. She managed to scream and see how her husband also struggled against the water while holding her son. That was the last image she had of them.

A young Haitian man in the caravan pulled her by the arm, saving her from drowning. When she came to full consciousness, she screamed out the names of her husband and son. Both had disappeared in the current. People from the caravan came to her aid and offered her comfort. In the same group, another man was also crying almost madly. He had let go of his child's hand who also disappeared under the water... Within minutes, three people lost their lives.

ANUNCIO

"I only have him and Pablo, my 16-year-old son... I only have them," she says as he touches Marino's hair.

Marino has a fever; in less than two hours and he has already defecated six times. Rosmary confesses that she prefers to take him to the bathroom among the dense jungle trees rather than enter the pestilential and flooded bathrooms of the Lajas Blancas migrant camp where she has been waiting since mid-August for the remains of her son and husband.

Cuba AR_001593

Case 6:23-cv-00007 Document 92-7 Filed on 03/24/23 in TXSD Page 23 of 174



There are four migrant reception stations in Panama, three in the province of Darien, on the border with Colombia, and the fourth on the border with Costa Rica. The four stations house a total of 2,527 migrants.
(Claudia Nunez)

Along this migratory route, fear is a constant companion. In addition to flash floods, snakes or poisonous insect bites, there are assaults and rapes at the hands of illegal armed groups that control these routes for drug and arms trafficking.

Once they have crossed the Darien, nightmares give way to worse images, the memories of those who were left abandoned in the jungle with broken bones or hallucinating in fever and pain after being bitten by an insect or snake.

"I saw about five corpses in the jungle," says Jean, a 27-year-old Haitian man traveling with his pregnant wife who was injured on the way while trying to cross the Muerte River.

Cuba AR_001594

ANUNCIO

"I carried my wife, and I could bring her here, but I think of those people who stayed in the jungle. People with broken bones, waiting days for help and no one stops. I saw dead people on the banks of the river, dead in their tents, the body of a girl who passed by me in the river and the screams of pain from the women, I can't get it out of my head," he said.

## Meat for the vultures

There are four migrant reception stations in Panama, three in the province of Darien, on the border with Colombia, and the fourth on the border with Costa Rica. The four stations house a total of 2,527 migrants, including men, women, boys and girls of Caribbean, African and Asian origin, mostly of Haitian, Congolese, Bangladeshi or Yemeni nationality.

For those who have lost a loved one, these shelters become a bureaucratic limbo. Here, the American dream is transfigured and the desire for a better life becomes a single desire for a miracle, to see their relatives alive again or at least to recover their bodies and give them a dignified burial.

Cuba AR_001595



Migrants waiting to charge their cell phones. In Lajas Blancas everything has a price: sleeping, drinking water and even sending a WhatsApp is priced at two dollars or recharging a cell phone at three dollars.

(Claudia Nunez)

In Lajas Blancas everything has a price: sleeping, drinking water and even sending a WhatsApp is priced at two dollars or recharging a cell phone at three dollars.

ANUNCIO

Cuba AR_001596

The town has stopped subsisting on agriculture and fishing to fill itself with stalls selling food, water and clothing for migrants.

Lajas Blancas is named after some white river stones (lajas) and is territory that also belongs to the indigenous ethnic groups of the Emberá-Wounaan and the Guna Yala.

Some of the Wounaan are hired by the authorities to work in the migrant camps serving food to the almost 500 migrants a day who constantly arrive there.

On the roads of the village, everything smells of humidity, mud, dirt mixed with the smell of firewood and roasted chickens that the residents usually sell to the migrants.

There is no silence, even at night. The rumbling of storms and dogs mingle with the shouts, cries or conversations of migrants wandering through the night.

Cuba AR_001597



The journey through the mountainous jungle can take up to a week and is considered the most dangerous stretch for migrants traveling from South America to the U.S. During the trip, torrential rains cause flash floods in the rivers, often causing migrants to drown along the way.( John Moore/Getty Images) (Getty Images)

ANUNCIO

Everyone in this town knows that the death toll is much higher than the 50 migrant deaths reported this year in the Darien by Panamanian authorities.

Cuba AR_001598

It is enough to walk along the paths of the Turquesa River that crosses these lands. There are corpses along the river, it reeks of death, and it is impossible to even identify them after being devoured by the flocks of harpies that fly through these lands or by other animals.

"The harpy is the symbol bird of Panama," says Neldo, a member of the Wounaan indigenous community with whom we take a boat tour.

The situation in the camps is almost unsustainable, according to international aid organizations. In 2021, 121,737 migrants entered Panama through the Darien jungle, and in just ten months the sum exceeded the amount of the last 11 years combined.



The town of Lajas Blancas has stopped subsisting on agriculture and fishing to fill itself with stalls selling food, water and clothing for migrants.
(Claudia Nunez)

Cuba AR_001599

Jean Gough, UNICEF's regional director for Latin America and the Caribbean assigned to the Darien area, says her teams have never seen so many children crossing and often unaccompanied. "Such a rapid influx of children heading north from South America should be treated urgently as a serious humanitarian crisis."

ANUNCIO

Records from Panama's security minister indicate that 18,000 migrants crossed the jungle last August and one in five were children, most of them Haitian. The total death toll is a big unknown.

Those who survive the Darien are transported in buses by Panamanian authorities to the border with Costa Rica, where hundreds again set out on the road north.

Ahead of them will be more than 5,000 kilometers through Costa Rica, Nicaragua, Honduras, Guatemala and Mexico to reach the United States, the final destination for almost all of them.

## From hope to an eternity in hell

Geobaldo is a 42-year-old Venezuelan who lost his six-year-old son. He was traveling with his wife and three little ones. Ivan, six years old, Santiago, two, and Marci, 10 months old.

Cuba AR_001600

For two months now, Geobaldo's routine has been reduced to walking from the camp where he shares a mat with his family to the information station in the hope that there will be news about the body of his little Ivan.

ANUNCIO

Nightmares torture him, he says. And he can't get out of his head the terror he felt when the force of the river snatched his son from his hands.

"I carried the older boy and the baby, and my wife carried the girl, but it was too much weight with the baby and the suitcases, and I could not hold my child," said Geobaldo, who before migrating was an employee of an oil company in his native Venezuela.

Cuba AR_001601



Police officers guard the routes of the so-called "Tapon de Darien" where smuggling gangs operate.
(Claudia Nunez)

Geobaldo dreamed of giving his children a better life in the United States. Of working and saving money to open a restaurant. The force of the river not only took away his son, but also all those dreams.

"In the jungle we lasted seven days with the children and it's the worst thing I've ever experienced. I don't have the energy to fight anymore," he says on the verge of tears.

"I would like to scream, to run, to hit. I am desperate… I would give anything to have my son's body," he says.

Cuba AR_001602

ANUNCIO

According to UNICEF, since the beginning of this year, more than 150 children have arrived in Panama without their parents, some of them newborns, and at least five children were found dead in the jungle this year, but many bodies remain unrecovered.

Rosmary and Geobaldo have been in limbo for almost two months. The authorities have told them that they are looking for the bodies, but they believe this is a lie.

Rosmary goes out every day to meet new migrants arriving at the camp. She hopes that someone has seen her son. That October morning 580 migrants arrived, according to the authorities' count.

In the distance, the voices of a group of vendors can be heard talking as they watch a black man lying on the ground and crying loudly.

"His wife died," says one of the vendors.

Rosmary, seeing the scene in the distance, hears the cries, the comments of the vendors and pauses in conversation.

"That's how many of us arrived. A Haitian saved my life, but it would have been better to let me die... I feel dead in life," she says.

Cuba AR_001603

`INTERNACIONAL`   `MIGRACIÓN`

 Claudia Núñez

🐦 Twitter    ✉ Email

Licenciada en periodismo y becaria de la Universidad de Stanford para el programa John S. Knight. Núñez ha sido reportera de investigaciones especiales para medios como La Opinión, National Geographic, El Siglo de Torreón y la Asociación de Editores de los Estados. Claudia es la fundadora del programa Migrahack, una organización para el desarrollo proyectos de periodismo de datos y plataformas interactivas sobre el tema de migración. En 2008 fue nombrada Periodista Latina del Año por la Asociación Nacional de Publicaciones Hispanas.

A journalism graduate and John S. Knight Fellow at Stanford University, Claudia Núñez has been a special investigations reporter for media outlets such as La Opinión, National Geographic, El Siglo de Torreón and the Assn. of State Editors. Nuñez is the founder of the Migrahack program, an organization for the development of data journalism projects and interactive platforms on the topic of migration. In 2008, she was named Latina Journalist of the Year by the National Assn. of Hispanic Publications.

Subscribe for unlimited access

Síguenos

Cuba AR_001604

Case 6:23-cv-00007    Document 92-7    Filed on 03/24/23 in TXSD    Page 34 of 174

eNewspaper

Coupons

Find/Post Jobs

Place an Ad

Media Kit: Why the
L. A. Times?

Bestcovery

Copyright © 2022, Los Angeles Times | Terms of Service | Privacidad | CA Notice of Collection | Do Not Sell My Personal Information

Cuba AR_001605

# Cubans are arriving to the US in record numbers. Smugglers are profiting from their exodus



By Patrick Oppmann, CNN
Published 11:47 AM EDT, Thu May 12, 2022
Video Ad Feedback
More Cubans than ever are leaving the island. See where they're going

02:55 - Source: CNN

**Havana, Cuba**CNN —

As Cuba confronts the worst shortages of food and medicine in decades and runaway inflation, a new exodus of the island's citizens is underway.

In March, more than 32,000 Cubans arrived at the US-Mexico border, almost twice the number from the previous month, according to US Customs and Border Protection data.

Desperate to leave Cuba, Claudia, her husband and their young son managed to obtain visas to Mexico in Havana – the first step in a journey that placed them in the hands of criminal smuggling networks that are known to charge migrants thousands of dollars for safe passage to the US border.

Claudia, who requested her real name not be used in this story for her safety, said she decided to leave Cuba after the July 2021 widespread protests over power outages, food shortages and a lack of civil liberties, boiled over.

The Cuban government said the protests were orchestrated by Washington to topple the communist government. Prosecutors have charged over 700 people with sedition and civil disobedience in the largest mass trials since the beginning of the Cuban revolution.

"I was done after July 11," Claudia told CNN. "I am leaving for my son, for his future. I spent all day waiting in lines so he can have yogurt. I work at a [government] hospital for $50 a month. I basically work for free."



Cubans that have just crossed the US-Mexico border huddle near a fire in Yuma, Arizona in February.
Katie McTiernan/Anadolu Agency/Getty Images

After pretending to be tourists for two days in Cancún, Mexico, Claudia and her family were told by the Mexican smugglers they contacted to fly from Mexico City to Mexicali, a city of more than one million inhabitants right on the US border.

Claudia said the small plane to Mexicali was full of fellow Cubans. She said the smugglers had warned her that Mexican police would stop them as they arrived at the Mexicali airport and to place $100 in each of their passports.

Claudia said Mexican police detained all of the Cubans from their flight and from another flight – from Guadalajara, that was carrying mostly Cuban passengers – that arrived at the same time.

The Cubans from the two flights were taken to a nearby police station and the officers kept their passports, she said. There, she said, the police let her and her family, along with the other Cubans who had placed a $100 bribe in their passports go free. The others remained detained, she said.

Police in Mexicali did not respond to a CNN request for comment. Migrants regularly complain that police in Mexico solicit bribes and rob them.

After leaving police custody, Claudia said that the smuggler they had been in contact with picked them up in a car and drove them to an unfinished house in the Mexican desert.

There, she said a handful of armed smugglers told more than 30 migrants to wait in two stiflingly hot rooms until they could attempt the border crossing. One room was full of people from different countries, she said.

"There were Colombians, Bangladeshis, Venezuelans, Nicaraguans, Haitians. It felt like the whole world was in there," she said. The other room, Claudia said, was packed with Cubans.



Cubans collect donated food at a supermarket in Havana in August 2021.
Yamil Lage/AFP/Getty images

## A mass exodus

Cubans have mass emigrated in waves throughout the years.

In 1994, some 35,000 Cubans made the dangerous journey to the US on makeshift rafts. And in 1980, during the "Mariel Boatlift," an estimated 125,000 Cubans fled to the US on a flotilla of boats.

However, this current exodus is on track to be even larger. According to US Customs and Border Protection data, nearly 80,000 Cubans reached the US border from Mexico from October through March.

The rise in migration comes as the Cuban government has begun to ease Covid-19 related travel restrictions.

For much of the pandemic, the government kept the island on a tight lockdown. People wanting to travel often waited months to get a spot on one of the handful of weekly flights out.



A power outage in Havana.
Roberto Machado Noa/LightRocket/Getty Images

As Cuba relaxed the restrictions in November, the Cuban government's ally Nicaragua lifted their visa requirements for Cubans – sparking a surge of people who tried to travel to the Central American nation as a way to eventually reach the US.

Suddenly Cubans began posting online ads selling their homes with "everything inside" to pay for the expensive airfare. Others joked about "going to visit the volcanos" in Nicaragua, a tongue-in-cheek way of saying they were emigrating to the US.

Many Cubans flew through Panama to reach Nicaragua – and in March, when the Panamanian government said it would require Cubans traveling via the country to obtain a transit visa, a large crowd of desperate Cubans mobbed Panama's embassy in Havana.



Cubans protest outside the Panama Embassy in Havana as the country tightens visa requirements in March.
Amanda Perobelli/Reuters

Increasing shortages on basic goods are what's driving many people to leave the island, English teacher Kailen Rodríguez told CNN in April as she waited outside Panama's embassy for a visa.

"We don't have the possibility to buy many things here. There [outside of Cuba] we can buy all the things," she said.

Critics say the economic crisis and subsequent migration is the fault of the Cuban government which then uses the wave of migrants to force the US to the negotiating table.

"Tyrannies cause massive migrations," said Senator Marco Rubio (R-FL) in April. "It's not just a hostile act, if it reaches a certain level, it's considered an act of war."

Cuban officials say that increased sanctions, put in place under former US President Donald Trump's administration are contributing to the economic turmoil on the island.

"In the case of Cuba, it's not just the consequence of the pandemic, it's the consequences of the reinforcement of the policy of maximum economic pressure of the US towards Cuba," Cuban Vice Minister of Foreign Affairs Josefina Vidal told CNN in an interview last month.

The US and Cuba held their first migration talks in four years in April, but failed to reach a new agreement.

Meanwhile, migrants like Claudia will likely continue to pay criminal organizations to take them on the dangerous and uncertain journey to the US.



A family from Cuba waits to be transported to a US Border Patrol processing center in December 2021 in Yuma, Arizona.
John Moore/Getty Images

## 'I feel liberated'

Claudia said smugglers left her and the other migrants on a dirt road close to the US border in the dark after signaling the path to take.

The path was littered with trash and the coats of other migrants who had gone before them.

"They told us to not use the lights on our phones and to keep the children quiet," Claudia said.

But the group quickly got disorientated until one of the people in the group, a Colombian, used a map application on his phone to guide them back towards the US border, she said.

As they reached the border, Claudia said the group could see lights – a McDonalds – from the Arizona side.


Democracy had a tough year in Latin America. But it's not all doom and gloom

The migrants then reached a gap in the wall where someone had left a case of water and bars of chocolate, she said. Shortly after, US Customs and Border Protection agents arrived to transport them to a detention center in Yuma, where they were interviewed, fingerprinted and tested for Covid. Claudia's son was examined by a pediatrician, she said.

Less than 24 hours later, the family was released after they requested asylum. They contacted their relatives in Florida who bought them airplane tickets to Miami.

Under the 1996 Cuban Adjustment Act, Cubans who spend a year in the US are able to apply to become permanent residents.

Claudia says she is still disorientated by life in the US, but that her family's dangerous journey was worth the risks.

"I feel liberated," Claudia said. "I am another person now, I feel reborn."



# chapter                                  IV.b

## Cuba



IACHR   Inter-American
Commission on
Human Rights

 

# CHAPTER IV.B

# CUBA

### I.    INTRODUCTION

1.      In exercising its competence to promote and protect human rights in the Americas, the Inter-American Commission on Human Rights ("IACHR" or "the Commission") monitored the human rights situation in Cuba, in particular, events of late 2020 to 2021, which could be relevant to the full enjoyment of human rights.

2.      In June 2020, the IACHR published its country report "Human Rights Situation in Cuba," which provides a general overview of the human rights situation in the country between 2017 and 2019.[1] Following publication of this report, the IACHR noted with concern that the situation analyzed therein, persisted into 2021. In particular, the Commission noted a lack of political participation and of free elections due to the persistence of a single party, the lack of provisions to ensure the separation of powers, through   a National Assembly that exercises broad powers to ensure the separation of powers, and the lack of conditions that provide guarantees for judicial independence.

3.      In this context, during 2021, the IACHR continued in 2021 to become aware of several issues that prevented the enjoyment of rights by people under the jurisdiction of the Cuban State, such as arbitrary restrictions to the right of assembly, the existence of only one party, a ban on association for political purposes, and refusal to incorporate proposals from groups that oppose the government. Further, the IACHR learned of restrictions to political rights, the rights to assembly and association, and the right to freedom of expression and opinion. Additionally, it followed up on the massive violations of freedom rights to personal liberty, security, and personal integrity; protection from arbitrary detention; the inviolability of the home and of transmitting correspondence. In like manner, violations of rights to minimum judicial guarantees and to judicial protection continue to systematically limit the human rights of Cuba's inhabitants. This context has mainly affected human rights defenders, social and political leaders, activists, and independent journalists, as well as persons of African descent, women, LGBTI persons, and members of other vulnerable groups. In this regard, the IACHR expresses serious concern about the levels of harassment against human rights defenders, activists, and members of the opposition in Cuba, who have reported being victims of arbitrary detentions, processes of criminalization charges, and persecution.

4.      Specifically, in 2021 the Commission closely monitored repercussions of the protests of July 11, in Cuba, which have led to the stiffening of repression of dissidence throughout the country and to serious contraventions of human rights. Since the protests began, the Commission has received numerous complaints by civil society organizations that report the existence of systematic criminal prosecution and persecution of peaceful demonstrators, activists, and political opponents through harassment, arbitrary detention, and criminal proceedings that do not observe even minimal due process guarantees.

---

[1] IACHR, Situation of Human Rights in Cuba, February 3, 2020.



5.      To this end, the Commission will dedicate a specific section of this Report to the analysis of social unrest in Cuba, from a perspective that considers the different stages of repression by the State.

6.      In assessing the human rights situation in Cuba, the IACHR decided to include the country in chapter IV-B of its annual report, on the grounds that the country's situation meets the criteria provided for in Article 59, subsection 6.a.i of its Rules of Procedure, which reads:

(a)     A serious breach of the core requirements and institutions of representative democracy mentioned in the Inter-American Democratic Charter, which are essential means of achieving human rights, including:

(i)     there is discriminatory access to or abusive exercise of power that undermines or denies the rule of law, such as systematic infringement of the independence of the judiciary or lack of subordination of State institutions to the legally constituted civilian authority.

7.      The IACHR also concluded that the situation in question meets the criteria set forth in Article 59, subsection 6.c of the same Rules of Procedure, which provides that:

(c)     The State has committed or is committing massive, serious and widespread violations of human rights guaranteed in the American Declaration, the American Convention, or the other applicable human rights instruments.

8.      Pursuant to Article 59(5) of the IACHR's Rules of Procedure, in drawing up this report, the Commission has utilized information from international organizations, civil society, and the Cuban Government itself through the website of the Ministry of Foreign Affairs of Cuba and other official media outlets. It has also drawn on information obtained through other mechanisms of monitoring and protection available to the IACHR, including the system of petitions and cases, precautionary measures, and public hearings. The IACHR examines the information received in light of Inter-American human rights norms and standards, identifies sound government practices, and issues recommendations to the State. It also avails itself of this opportunity to describe its activities in relation to Cuba in 2021.

9.      The Commission is aware of the mounting challenges States face when it comes to securing the full and effective enjoyment of human rights in the hemisphere. The IACHR is available to all actors, especially to authorities of the Cuban State, to provide technical support, as needed, to promote respect for the human rights of all persons in Cuba.

10.      As part of the process of preparing this report, the Commission received ample information from civil society organizations, especially from the Network of Civil Society Organizations (RED Cuba) regarding the human rights situation in Cuba, which was inaugurated on July 12, along with the Office of the Special Rapporteur for Economic, Social, and Cultural Rights (REDESCA, its Spanish acronym). Through this initiative, the IACHR and its REDESCA hope to deepen their work of strategic monitoring through various mechanisms and mandates, while promoting Inter-American standards in matters of human rights protection as synergistically as possible through direct and ongoing cooperation with civil society. Furthermore, the monthly meetings of RED Cuba have successfully made it possible to share more information, receive complaints, and deliver specialized inputs for civil society.

11.      On November 30, 2021, the Commission sent the State of Cuba a copy of the preliminary draft of this report in accordance with Articles 59.7 and 59.10 of its Regulations with a period of one month to receive its observations. The State did not present observations. The IACHR approved this report on January 12, 2022.

Cuba AR_001615



**ANNUAL REPORT 2021**

## II.      SITUATION OF HUMAN RIGHTS IN CUBA

### A.      Democratic Institutions

12.      Upon adopting the Inter-American Democratic Charter, the OAS member states recognized that representative democracy is the system by which stability, peace, and development in the region can be achieved, and that it is fundamental for attaining the full exercise of fundamental rights. Article 3 of the Inter-American Democratic Charter establishes that:

> Essential elements of representative democracy include, inter alia, respect for human rights and fundamental freedoms, access to and the exercise of power in accordance with the rule of law, the holding of periodic, free, and fair elections based on secret balloting and universal suffrage as an expression of the sovereignty of the people, the pluralistic system of political parties and organizations, and the separation of powers and independence of the branches of government.[2]

13.      The persistent failure to observe core elements of representative democracy and its institutions is one of the main criteria for including Cuba in this chapter of the Annual Report, pursuant to Article 59(6)(a)(i) of the IACHR's Rules of Procedure. Historically, the IACHR has been critical of the absence of conditions that allow for genuine political participation by sectors that take a different line of thought in Cuba; in particular, it has criticized the holding of elections that lack plurality and independence, and insurmountable obstacles that hinder free access to diverse sources of information. Voices and viewpoints that oppose the government that intend to express views and participate in the conduct of the country's affairs are suppressed because of the single-party system, bans against association for political purposes, and arbitrary restrictions on freedoms of expression, the right of assembly, and other fundamental rights.

### B.      Right to Vote and Participate in Government and Constitutional Reform

14.      In the wake of an electoral process that began in 2017, Raúl Castro Ruz was relieved of the office of President of the Council of State and of Ministers of the Republic of Cuba in April 2018. He was replaced by Miguel Díaz-Canel Bermúdez, as ratified by the National Assembly of the People's Power (ANPP), after being nominated the day before as the sole candidate. During the course of the electoral process, persistent conditions standing in the way of genuine political participation of different sectors of society were observed.

15.      Likewise, on April 19, 2021, in the context of the 8th Congress of the Cuban Communist Party (CCP), former President Raúl Castro officially ended his leadership of the Party. Current President Miguel Díaz-Canel assumed the position of First-Secretary of the Party's Central Committee, the highest position in the hierarchy of the Cuban Communist Party.[3] Despite this, in his address at the closing of the 8th Congress of the CCP, Díaz-Canel indicated that he would continue to consult with Raúl Castro on matters that are strategic for the country.[4] The Congress also considered a few other changes in the configuration of the Party's top leadership, such as reducing its size from 17 to 14 members and eliminating the position of Second-Secretary. Five new members were brought into this new leadership structure, and nine of its members were ratified.[5] However, the Commission notes that these changes of Party form and composition have not had any

---

[2] OAS, Inter-American Democratic Charter, Art. 3. adopted at the 28th Special Session, September 11, 2001, Lima, Peru.

[3] Granma, Miguel Díaz-Canel elected as first secretary of the Communist Party of Cuba Central Committee, April 19, 2021.

[4] Los tiempos, Raúl Castro se va, pero seguirá presente en decisiones estratégicas en Cuba, April 20, 2021.

[5] El País, Miguel Díaz-Canel asume el mando del Partido Comunista cubano tras la salida de Raúl Castro, April 19, 2021.

Cuba AR_001616



substantive political impact, so Cuba continues under a single-party model, without free elections and with a State-controlled economy.

16.     The IACHR has also continued to pay close attention to the implementation of the new Constitution of the Republic of Cuba, proclaimed on April 10, 2019.[6] As was highlighted in the country report of 2020, the Commission has noted that the 2019 Constitution maintains the characteristic features of the Cuban Government, describes the State of Cuba as socialist and the Communist Party as its highest political and leadership force in society and in the State, and establishes that it organizes and guides common efforts in the construction of socialism and in advances toward a socialist society. In particular, the Commission reiterates its concern about the restriction of democracy that is an implication of the absence of political pluralism and representativeness. Also deeply troubling are the effects of this norm on political rights, freedom of expression, freedom of thought, and even equality and non-discrimination in relation to political ideas, as described later in this chapter.[7]

17.     Despite the foregoing, the IACHR continues to note that in matters of human rights, the new Constitution gives constitutional rank to judicial guarantees such as habeas corpus and the principle of the presumption of innocence, and to a catalogue of fundamental rights, both civil and political, including the right to life and the prohibition of forced disappearance, torture, and cruel, inhuman, or degrading treatment and punishment. It also enshrines economic, social, cultural, and environmental rights, including the rights to water, health, and education free of charge, among other rights. Likewise, the right to private property is incorporated and the principle of equality is expanded by including a ban on discrimination based on gender, sexual orientation, gender identity, ethnic origin, and disability. The Constitution states that international relations are to be based on the defense and protection of human rights and establishes that the State has an obligation to ensure "the inalienable, indivisible and interdependent enjoyment and exercise of human rights, in keeping with the principle of progressive realization and without discrimination."[8]

18.     In this regard, the IACHR reiterates that the effective observance of the rights to justice (Article XVIII) and due process of law (Article XXVI) of the American Declaration—emanating from the classic separation of powers—is based on the independence of the judicial branch, which is an essential requirement for the practical observance of human rights. In the view of the Commission, the subordination of the courts to the Council of State, headed by the Head of State, means that in Cuba, the Judicial Branch is directly subordinate to the directives of the Executive Branch. Accordingly, the lack of independence of the Judicial Branch compromises its ability to provide guarantees for the enjoyment of human rights.

## C.     Dissidence and Political Activism

19.     In 2021, the IACHR observed in Cuba persistence of violations of the rights to personal liberty, security, and integrity, protection from arbitrary detention, the inviolability of the home, minimum judicial guarantees, and judicial protection for human rights defenders, social and political leaders, and independent

---

[6] IACHR. The Situation of Human Rights in Cuba. OEA/SER.L/V/II. Doc. 2. February 3, 2020, para. 80.

[7] In this regard, see IACHR The Situation of Human Rights in Cuba. OEA/SER.L/V/II. Doc. 2. February 3, 2020, para. 82. With respect to the rights expressly recognized in the Constitution, the Commission takes note of the recognition of the rights to life, the prohibition of forced disappearance, and the prohibition of torture and cruel, inhuman, or degrading treatment or punishment. It also introduces the prohibition of discrimination based on sexual orientation, gender identity, and disability, as well as including the right to privacy. It also establishes the rights to health, education, work, housing, environment, food, and clean water. Most of those economic, social, cultural and environmental rights were enshrined in the previous Constitution as goals or duties of the State, but not as rights of the Cuban population. The Constitution also states that the State, society, and families have obligations about older persons and persons with disabilities.

[8] IACHR, Press release 58/2019, "IACHR Concerned about Cuba's New Constitution and its Implementation," March 4, 2019.



ANNUAL REPORT **2021**

journalists, in the practice of their professions. The IACHR particularly highlights that, in 2021, repression of dissidence has been stricter in the context of the social unrest that began in Cuba on July 11.

20.     As the IACHR has noted in prior opportunities, there exists in Cuba systematic repression by State agents and groups aligned with the government that seek to block peaceful protests and gatherings organized by defenders of human rights, activists, and those opposed to the government that complain about human rights violations and/or political or social matters. Thus, the Commission perceives that ideological discrepancy remains the primary motive for repressing and prosecuting various kinds of artistic and ideological expression the purpose of which is to protest.

## 1.     General considerations

### a.     *Right to personal liberty, security, and integrity, and protection from arbitrary detention*

21.     Since its 1992-1993 Annual Report9, the Commission has been observing with great concern the systematic use of arbitrary summary detentions as a method of harassment by Cuban authorities, exacerbated in the context of the July 11 protests10. It has also observed the status of those sentenced for political reasons and the differentiated treatment they have received in matters of access to penitentiary benefits.

22.     Specifically, according to available data, through November 15, 2021, at least 2,872 repressive actions were documented.11 Of that number, according to the Cuban Human Rights Observatory (OCDH, its Spanish acronym), 713 took place in June12, when there were 114 detentions and 599 abuses, primarily harassments, parking outside homes of activists, fines, threats, citations, and acts of repudiation.13 Additionally, at least 1,745 repressive actions occurred in the context of the July 11 protests.14 These actions included 1,103 arbitrary detentions.15 Additionally, according to publicly available information, over 200 repressive actions were reported between November 13 and early on November 15, which were attributed to the Government's increased pressure to deter people from participating in the protests.16 These included at least 49 house detentions and 25 threats.17

---

9 IACHR, Annual Report 1992-1993, Chapter IV, Status of Human Rights in Several Countries, Cuba: III. Methods of Harassment Used against Human Rights Activists, OEA/Ser.L/V/II.83, Doc. 14, March 12, 1993.

10 See section "Social uprising in Cuba."

11 See *Observatorio Cubano de Derechos Humanos*: OCDH: 713 acciones represivas en Cuba en junio, de las cuales 114 fueron detenciones arbitrarias, July 5, 2021 and OCDH: Protestas de julio dejaron al menos 1.745 acciones represivas en Cuba, de las cuales 1.103 fueron detenciones arbitrarias, August 3, 2021; and *La Gaceta de la Iberosfera*, Desapariciones, detenciones, amenazas... el régimen castrista intensifica la represión antes de la protesta por la libertad, November 15, 2021.

12 *Observatorio Cubano de Derechos Humanos*, OCDH: 713 acciones represivas en Cuba en junio, de las cuales 114 fueron detenciones arbitrarias, July 5, 2021.

13 *Observatorio Cubano de Derechos Humanos*, OCDH: 713 acciones represivas en Cuba en junio, de las cuales 114 fueron detenciones arbitrarias, July 5, 2021.

14 *Observatorio Cubano de Derechos Humanos*, OCDH: Protestas de julio dejaron al menos 1.745 acciones represivas en Cuba, de las cuales 1.103 fueron detenciones arbitrarias, August 3, 2021.

15 *Observatorio Cubano de Derechos Humanos*, OCDH: Protestas de julio dejaron al menos 1.745 acciones represivas en Cuba, de las cuales 1.103 fueron detenciones arbitrarias, August 3, 2021.

16 *La Gaceta de la Iberosfera*, Desapariciones, detenciones, amenazas... el régimen castrista intensifica la represión antes de la protesta por la libertad, November 15, 2021.

17 *La Gaceta de la Iberosfera*, Desapariciones, detenciones, amenazas... el régimen castrista intensifica la represión antes de la protesta por la libertad, November 15, 2021.

Cuba AR_001618



23.        As regards persons convicted as "convicts of conscience" or for political reasons, Prisoners Defenders documented 683 cases over a single year, from November 2020 to October 31, 2021.18 Of these, the organization determined that between July 11 and October 31 there were 591 active cases, of which 370 occurred in the context of the July 11 repression. Those 591 individuals were: i) 375 "convicts of conscience": these are individuals deprived of liberty solely for reasons of conscience, the accusations against which are false or for non-crimes; ii) 143 "condemned of conscience": these are individuals who have been prosecuted or sentenced that are subject to forced work at home, measures to limit their freedom, conditional release, and other restrictions on freedom; and iii) 73 "other political prisoners" whose status does not fit the prior categories because of the presence of some form of violence, or for having committed – coupled with their political imprisonment – punishable crimes.19

24.        Furthermore, in this context characterized by arbitrary detentions, the IACHR has noted with concern the existence of a judicial and penitentiary policy that grants differentiated treatment when it comes to benefits, a policy that is detrimental to persons detained for political reasons. Regarding this, in 2015 the Cuban Government began a process known as "draining the prisons", which involves offering widespread pardons and prison releases that benefit solely those inmates who are detained for common crimes.20 In particular, according to a study of prison releases conducted by civil society between June 1, 2020 and May 31, 2021, individuals deprived of liberty for presumably political or "conscience" reasons were denied prison release and other penitentiary benefits that include a 60-day reduction per year served, an additional 60-day reduction for good behavior, and reductions in severity of sentencing regimes, from the most to least severe.21 The implication of this is that most of these individuals will regain their freedom only after serving full sentences.22

25.        Lastly, in 2021 the IACHR granted six precautionary measures in favor of individuals who are human rights defenders, after considering them to be at grave or urgent risk of suffering irreparable damage to their rights. In this regard, the Commission considered the information it had received to be sufficient to decide, prima facie, that these individuals are the object of threats, harassment, surveillance, persecutions, detentions, or acts of violence by State and third-party agents, presumably because of their work as human rights defenders in the country. To this end, the IACHR requested that the State of Cuba adopt the necessary measures to protect the rights to life and personal integrity of the beneficiaries.

26.        Specifically, on January 19, 2021, the IACHR granted precautionary measures on behalf of Juan Antonio Madrazo Luna, Marthadela Tamayo, and Oswaldo Navarro Velos, members of the Comité de Ciudadanos por la Integración Racial [Citizens' Committee for Racial Integration], who faced threats, harassment, surveillance, persecution, detentions, and acts of violence.23 On February 11, 2021, the Commission granted precautionary measures on behalf of 20 members identified with the San Isidro Movement (MSI), who were facing risk due to threats, harassment, surveillance, persecution, detentions, and acts of violence.24 On March 24, 2021, the IACHR expanded precautionary measures on behalf of Aminta

18 Prisoners Defenders, Political prisoners in Cuba: new record of 683 in the last 12 months. November 4, 2021.

19 Prisoners Defenders, Political prisoners in Cuba: new record of 683 in the last 12 months. November 4, 2021.

20 Prison Insider, Cuba: la mayor cárcel del mundo, 17 January 2020. See also: Prison Insider, Cuba: el régimen excarcelará a más de 2.600 presos por el hacinamiento en sus cárceles, July 20, 2019.

21 Prisoners Defenders, Convicts of Conscience in Cuba: Analysis of the systematic violation of the right to early release and prison benefits, June 23, 2021.

22 Prisoners Defenders, Convicts of Conscience in Cuba: Analysis of the systematic violation of the right to early release and prison benefits, June 23, 2021.

23 IACHR. Resolution 7/21, Precautionary measure 211/20 - Juan Antonio Madrazo Luna, Marthadela Tamayo and Oswaldo Navarro Veloz regarding Cuba

24 IACHR, Resolution 14/21, Precautionary measure 1101/20 - 20 identified members of the San Isidro Movement (MSI) regarding Cuba

Cuba AR_001619



D'Cárdenas Soroa and Carlos Manuel Álvarez, who were at risk because of their association with the San Isidro Movement (MSI) and objects of stalking, harassment, and aggression.[25] On April 5, 2021, the IACHR broadened precautionary measures on behalf of Esber Rafael Ramírez Argota, a member of the Comité de Ciudadanos por la Integración Racial (CIR) and a victim of harassment and other risk events.[26]

27.     On August 22, 2021, the IACHR expanded precautionary measures on behalf of Lázara Eumelia Ayllón Reyes, Richard Adrián Zamora Brito, and Roberto Miguel Santana, members of the Comité de Ciudadanos por la Integración Racial (CIR), who were at risk.[27] Lastly, on August 28, 2021, the IACHR broadened precautionary measures on behalf of Irán Almaguer Labrada, who faced threats, intimidation, and harassment because they belonged to the Movimiento Cristiano Liberación (MCL) and for demanding justice on behalf of their brother, Yander García Labrada (himself a beneficiary of precautionary measures).[28] The Commission regrets not having received comment from the State regarding these precautionary measures despite having requested a response pursuant to Article 25(5) of its Rules of Procedure.

### b.     *Minimum Due Process Guarantees*

28.     The IACHR again expresses its concern that the death penalty remains on the books as a punishment for a significant number of criminal offenses in Cuba.[29]   Capital punishment is specifically designated for crimes against the security of the State that are described in broad or ambiguous language, and may be imposed in the most summary of proceedings without defendants enjoying even minimal guarantees of the right to adequate legal defense.[30] Based on the information available, the last time that the death penalty was imposed in Cuba was in 2003.[31]   The IACHR expresses disappointment that the process to adopt a new constitution in 2019 did not include the *de jure* abolition of that punishment. In any event, the IACHR finds that the fact that it is in force in domestic legislation and could potentially be applied constitutes a latent threat to

---

[25] IACHR, Resolution 29/21, Precautionary measure 1101/20 - Aminta D'Cárdenas Soroa and Carlos Manuel Álvarez regarding Cuba (Persons associated with the San Isidro Movement)

[26] IACHR, Resolution 30/21, Precautionary measure 211/20 - Esber Rafael Ramírez Argota regarding Cuba (Member of the Citizens Committee for Racial Integration - CIR)

[27] IACHR, Resolución 64/2021, MC 211/20 - Richard Adrián Zamora Brito respecto de Cuba (integrante del Comité Ciudadanos por la Integración Racial - CIR)

[28] IACHR, Resolution 68/2021, Precautionary measure 1068/20 - Irán Almaguer Labrada regarding Cuba

[29]  IACHR. The Situation of Human Rights in Cuba. OEA/SER.L/V/II. Doc. 2. February 3, 2020, para. 188. The maximum punishment of death is provided for under the categories of crimes against the security of the State; peace and international law; public health; life and corporal integrity; normal course of sexual relations; normal development of childhood and youth and against proprietary rights. Under the category of crimes against the security of the State, the criminal offenses which are subject to the death penalty as the maximum punishment are as follows: Acts against the independence or the territorial integrity of the State; promotion of armed action against Cuba; armed service against the State; aiding the enemy; espionage; rebellion; sedition; usurping political or military command; sabotage; terrorism; hostile acts against a foreign State; genocide; piracy; mercenaryism; crime of apartheid and; other acts against the security of the State. Additionally, the law provides for punishment by the death penalty with the following criminal offenses: Production, sale, demand, trafficking, distribution and illicit possession of drugs, narcotics, psychotropic substances, and other items of similar effects; murder; rape; pederasty with violence; corruption of minors; robbery with violence or intimidation of persons. Likewise, the death penalty remains on the books as punishment for a significant number of broad or vague criminal offenses, such as "state of dangerousness."

[30]  The Law on Criminal Procedure provides for summary proceedings under Articles 479 and 480 thereof. Article 479 establishes: If exceptional circumstances so warrant, the Attorney General of the Republic may request of the President of the People's Supreme Court, and the latter decide that the criminal acts of the jurisdiction of the Courts of Justice shall be adjudicated through summary proceeding, except for those that are under the jurisdiction of the People's Municipal Courts. For its part, Article 480 establishes as follows: At a summary proceeding, to the extent that the competent Court deems necessary, the deadlines that this Law establishes for the processing of preliminary investigations, the oral trial proceeding and motions and appeals process are reduced. Law on Criminal Procedure. Special Proceedings. Title X. Summary Proceeding. Articles 479 and 480.

[31] IACHR. The Situation of Human Rights in Cuba. OEA/SER.L/V/II. Doc. 2. February 3, 2020, para. 88.



the right to life. Accordingly, the Commission reiterates its appeal to the Cuban State to abolish the death penalty, inasmuch as this is the trend throughout the hemisphere.[32]

29.        The Commission has also noted similar vagueness in the definition of "dangerous state," (*Estado peligroso*), as set forth in Article 72 ff. of the Criminal Code.[33]  As established therein, "dangerous state" can be deduced from a special proclivity of the individual to commit criminal offenses, given the observed "manifest contradiction with the norms of socialist morality," which is demonstrated when any of the "indications of dangerousness," are present, which are: habitual intoxication and dipsomania, narcomania, and antisocial conduct; the latter is understood as a person who habitually breaks the rules of social interaction by acts of violence, or by other provocative acts, violates the rights of others or by his or her behavior in general undermines the rules of interaction or disturbs the order of the community or lives, as a social parasite, off other people's work or exploits or engages in socially reprehensible vices.[34]

30.        According to Articles 415 ff. of Decree-Law No. 128 of June 18, 1991[35],  a declaration of pre-criminal dangerousness of antisocial conduct is also issued through a summary proceeding, and may result in arbitrary deprivation of liberty through trial proceedings that do not have the minimum judicial guarantees set forth in the American Declaration of the Rights and Duties of Man.[36]  In this regard, the bodies of the Inter-American human rights system have concurred that "ambiguity in describing crimes creates doubts and the opportunity for abuse of power, particularly when it comes to ascertaining the criminal responsibility of individuals and punishing their criminal behavior with penalties that exact their toll on the things that are most precious, such as life and liberty."[37]

31.        Separately, the IACHR noted with concern statements by the Chief of the Division of Criminal Processes of Cuba's Office of the Prosecutor, José Luis Reyes Blanco, in which he announced the plan to prosecute Cuban activists living abroad who are accused of financing, convening, coordinating, or participating in human rights activities. According to publicly available information, individuals with some level of involvement in these activities could be prosecuted in absentia, and the government would invoke international cooperation to seek extradition of anyone found guilty.[38]

32.        Lastly, and to be addressed in the next section, the Commission has observed a series of violations of due process guarantees in the context of State actions in response to the July 11 protests. Specifically, the IACHR is aware of different violations of the principle of legality and judicial guarantees, such as: i) the use of undefined crimes as pretext to criminalize and arrest those who participated in the protests; ii) keeping detained individuals incommunicado; iii) the absence of legal defense and timely access to the criminal

---

[32] IACHR, The Death Penalty in the Inter-American Human Rights System: From Restrictions to Abolition, 31 December 2011, OEA/Ser.L/V/II Doc.68I.

[33] *Gaceta Oficial*, Law No. 62, Criminal Code, December 29, 1987. Articles 72 to 74: "Article 72. Dangerous state is understood as a special proclivity of a person to commit criminal offenses, as demonstrated by the conduct observed, in manifest contradiction to the norms of socialist morality; Article 73.1. Dangerous state is manifested when any of the following indications of dangerousness appears in the individual: (a) habitual intoxication and dipsomania; (b) narcomania; (c) antisocial conduct. 2. A person who habitually breaks the rules of social interaction by acts of violence, or by other provocative acts, violates the rights of others or due to his behavior in general undermines the rules of interaction or disturbs community order or lives, as a social parasite, off other people's work or exploits or engages in socially reprehensible vices, is considered in a dangerous state. Article 74. The state of mental derangement and of persons with delayed mental development is also considered a dangerous state, if for this reason, they do not possess the faculty to grasp the scope of their actions or of controlling their conduct when it poses a threat to the security of persons or the social order.

[34] *Gaceta Oficial*, Law No. 62, Criminal Code, December 29, 1987.

[35] Official Gazette No. 7 Special Issue, Law Decree No. 128, June 18, 1991.

[36] IACHR. The Situation of Human Rights in Cuba. OEA/SER.L/V/II. Doc. 2. February 3, 2020, para. 189.

[37] Inter-American Court. *Case of Castillo Petruzzi et al. v. Peru*, Judgment of May 30, 1999, Series C. N° 52, para. 121.

[38] OCDH condena la decisión del gobierno cubano de enjuiciar «en ausencia» a exiliados que critiquen la situación de la isla, May 17, 2021.



**ANNUAL REPORT 2021**

files; iv) the rendering of summary judgments; and v) the application of baseless and disproportionate sentences.

### 2.   Social uprising in Cuba

#### a.   July 11 protests

33.     According to publicly available information, on Sunday, July 11, 2021, thousands of Cubans took to the streets in more than 40 cities throughout the country to protest peacefully, demanding the exercise of civil liberties and changes to the country's political structure, as well as to protest the lack of access to economic, social, and cultural rights, primarily owing to the persistent shortages of food and medications and the worsening consequences of the Covid-19 pandemic on the island. According to civil society and international bodies, such as the European Parliament, the mass protest of July 11 became one of the largest protests in recent Cuban history.[39]

34.     However, the protests unleashed immediate reactions from the State against the demonstrators and, since July 11, the IACHR has documented the different stages of repression by the State.

35.     In the <u>first stage of reaction by the State</u>, the Commission took note of civil society reports that documented dozens of reports of injuries to individuals caused by excessive use of force by police, as well as threats, harassment, and official statements meant to stigmatize demonstrators and their supporters.[40] In this regard, the Commission and its Offices of Special Rapporteurs issued a press release on July 15 that condemned the State's repression and use of force in the context of the protests, and deemed official statements that characterized demonstrators as enemies to be unacceptable and reckless.[41]

36.     Further, the Commission noted the deliberate internet service outages on the day of the protest, which aimed to block communication about the movement on social media and the independent press. According to information from civil society, the internet disruptions included blocking mobile texting apps and social media platforms, intermittent mobile internet service outages, and slowing internet traffic to and from Cuba, which, according to a report by Internet Outage Detection and Analysis (IODA), slowed to zero on Sunday, July 11.[42]

37.     Additionally, in the weeks following the protest, the Commission was informed about another <u>set of repressive measures</u> that included hundreds of arbitrary detentions and other violations of due process guarantees, mistreatment, deplorable detention conditions, as well as engagement of a reinforced surveillance strategy on the streets throughout the country and monitoring activists' residences. Regarding this, through press releases on July 23 and August 12, 2021, the Commission and the Offices of the Special Rapporteurs

---

[39] European Parliament, <u>European Parliament resolution of 16 September 2021 on the government crackdown on protests and citizens in Cuba</u> (2021/2872(RSP)) and Human Rights Watch, <u>Cuba responds to landmark demonstrations with brutal repression</u>, July 20, 2021.

[40] Prisoners Defenders, <u>Organisations and independent medial call on the Cuban government to respect the right to demonstrate and freedom of expression and to stop violence against demonstrators</u>, July 13, 2021.

[41] IACHR, Press Release No. 177/21 - <u>The IACHR and Its Special Rapporteurships Condemn State Repression and the Use of Force during Peaceful Social Protests in Cuba, and Call for Dialogue on Citizen Demands</u>, July 15, 2021.

[42] IACHR, Press Release No. 177/21 - <u>The IACHR and Its Special Rapporteurships Condemn State Repression and the Use of Force during Peaceful Social Protests in Cuba, and Call for Dialogue on Citizen Demands</u>, July 15, 2021.

Cuba AR_001622



expressed their deep concern about these facts, calling on the State to cease the repression, guarantee due process, and provide dignified treatment to those in its custody.[43]

38.     Later, the IACHR noted the enactment of new telecommunications and cybersecurity regulations, Decree Law 35 for Telecommunications, and Resolution 105 for Responding to Cybersecurity Incidents, published in the Official Gazette of August 17.[44] These laws could be employed as mechanisms for State control over social demonstrations, given that the internet has become a critical space for exercising the right to protest in Cuba. Regarding this, through a communiqué on September 22, the Commission and its Office of the Special Rapporteur for Freedom of Expression expressed their concern that these regulations could place users' rights to privacy at risk.[45]

39.     Additionally, as the <u>third modality of repression</u>, during the hearing on the "Human rights situation in the context of the protests in Cuba", held on October 21, 2021, civil society organizations reported, regarding those who participated in the protests, that the Office of the Prosecutor has initiated legal actions that seek to criminally charge, and request stiffer sentences for, those who participated in the protests. They also report that these prosecutions are characterized by infringements of judicial guarantees, such as: i) detained persons being held incommunicado; ii) interrogations aimed at intimidating; and iii) no access to adequate legal defense.[46]

40.     In this regard, through a press release on November 5, the IACHR urged the State to guarantee that the crimes contained in its legislation is not used inappropriately to restrict other rights, or against dissident persons. Likewise, it reminded the State of its obligation to adopt all necessary measures to prevent State investigations from being used to subject those who legitimately defend their rights through social protest to unfair or baseless prosecution.[47]

41.     Lastly, while monitoring the planned civil protest in Cuba for November 15, the Commission received reports that the State of Cuba engaged in a <u>new wave of repression</u> and intimidation aimed at preventing the protest from taking place. On this specific matter, the IACHR and its Office of the Special Rapporteur for Freedom of Expression made clear in a press release on November 29, 2021, that the various repressive acts carried out on November 12 and 15 have created an environment of generalized terror and self-censorship in the country and have discouraged citizens from exercising the right to protest. Among these acts of repression, they highlight alleged house detentions with police surveillance, arbitrary detentions, acts of repudiation and harassment, summonses to interrogations at police stations, threats of criminal charges, and deliberate internet service outages.[48]

42.     Along these lines, in the next section, the IACHR describes the different responses by the State that have been identified since July 11, 2021, as well as the systematic patterns of human rights violations

---

[43] IACHR-RFOE, Press Release No. R189/21 - <u>The Office of the Special Rapporteur expresses concern over the reports of serious human rights violations in the context of the protests in Cuba</u>, 23 July 2021; y Press Release No. 211/21 - <u>IACHR and Special Rapporteurs Express Concern over Reports of Arbitrary Detentions, Incommunicado Detention, Lack of Legal Defense, and Other Violations of Due Process during the July 11 Protests in Cuba</u>, August 12, 2021.

[44] Cuba, Ministerio de Justicia, <u>Gaceta Oficial de la República No. 92</u>, August 17, 2021.

[45] IACHR, Press Release No. 249/21 - <u>Concerned About New Telecommunications and Cybersecurity Regulations in Cuba, IACHR and Its Special Rapporteurship for Freedom of Expression Note the Risks these New Regulations Pose for the Exercise of Fundamental Liberties on the Internet</u>, September 22, 2021.

[46] IACHR, Hearing: Human rights situation in the context of the protest in Cuba <u>"Situación de los derechos humanos en el contexto de la protesta en Cuba"</u>, 181 period of sessions virtual, October 21, 2021.

[47] IACHR, Press Release No. 295/21 - <u>IACHR Concerned About Tougher Repression and Human Rights Violations in Cuba Since the Protests that Took Place in July</u>, November 5, 2021.

[48] IACHR, Press Release No. 317/21 - <u>IACHR and Its Special Rapporteurship for Freedom of Expression Concerned About State Repression that Prevented Civic Rally in Cuba on November 15</u>, November 29, 2021.

Cuba AR_001623



recorded in the context that was examined, such as: i) use of force and campaigns to intimidate and stigmatize; ii) arbitrary detention, mistreatment, and deplorable detention conditions; iii) criminal prosecution of demonstrators, judicial persecution, and violations of due process; and iv) shutting down democratic spaces through repressive and intimidating strategies that seek to discourage new social demonstrations.

### b.      Responses by the State

### i.      Use of force and campaigns to intimidate and stigmatize

43.      In Cuba, the use of force and strategies deployed to deter the protests of July 11 were evidence of implementation of coordinated actions by the Government to control the public square. According to information from civil society, the State's initial response was characterized by the use of police violence in different locations in the country, which resulted in injuries to dozens of people.[49] Likewise, according to publicly available information, the day after the protests some anti-government activities that stemmed from those protests took place on the island and, on this occasion, in addition to reports of violence against protesters, one person was reported to have died in the municipality of Arroyo Naranjo, in the outskirts of Havana[50], a report the State has confirmed.[51]

44.      Regarding the use of force, the Commission reiterates that it is a "last resort that, limited both qualitatively and quantitatively, intends to prevent a more serious incident than the one that provokes the reaction by the State.[52] Within this context that is characterized by its exceptionalism, both the Commission and the Inter-American Court of Human Rights, have agreed that for the use of force to be justified the principles of legality – absolute necessity and proportionality – must be satisfied. Likewise, police agents organized in the context of protests must be oriented toward, as a rule, the guarantee of exercise of the right to social protest and the protection of protesters and third-parties present. When a demonstration or a protest leads to situations of violence, the interpretation must be that the State was incapable of guaranteeing the exercise of this right.[53]

45.      Furthermore, regarding incitement to violence among civilians, the IACHR noted with concern the speech by the President of the Republic, Miguel Díaz-Canel Bermúdez, on July 12, 2021, in which he incites the civilian population to act, even with violence, against the demonstrators, whom he called "counter-revolutionaries".[54] In that speech, Díaz-Canel said: "There are many of us revolutionaries in this population that are willing to give our lives, and not under orders but rather by conviction. They'll have to step over our dead bodies if they wish to take on the Revolution, and we are willing to do anything and we will be fighting in the streets". In that same vein, the Head of State concluded: "This is why we are calling on all revolutionaries in our country, on all communists, to take to the streets anywhere these provocations are going to take place today, whether now or the coming days."[55] Additionally, the Cubalex organization reported that young Cubans of

---

[49] Prisoners Defenders, Organisations and independent medial call on the Cuban government to respect the right to demonstrate and freedom of expression and to stop violence against demonstrators, July 13, 2021.

[50] BBC News Mundo, Protestas en Cuba: el gobierno confirma un muerto en nuevos disturbios a las afueras de La Habana, July 13, 2021.

[51] Cubadebate, Ministerio del Interior informa sobre hechos vandálicos en La Güinera, July 13, 2021.

[52] IACHR, Report on the situation of Human Rights Defenders in the Americas, OEA/Ser.L/V/II.124. Doc. 5 rev.1, March 7, 2006, para. 64.

[53] IACHR, Annual Report 2015 Chapter IV.A The Use of Force, paras. 7 and 68.

[54] Granma, A la Revolución la defendemos ante todo, July 12, 2021.

[55] Granma, A la Revolución la defendemos ante todo, July 12, 2021.

Cuba AR_001624

ANNUAL REPORT **2021**



military-draft age (16 to 20 years of age) are being enlisted to repress demonstrators in the context of the protests.[56]

46.     Additionally, the Commission notes that the response by the State has also included dissemination of propaganda and stigmatization campaigns. Since the protests began, information has been disseminated in which the demands of the protests are rebuked, while excluding any information about police repression and accusing those who protest of being "criminals", "vandals", "mercenaries", and "enemies of the State". The Commission also noted the statements by the Minister of the Interior and the office of the Attorney General of the Republic indicating that individuals who participated in the protests could face summary trials within 96 hours.[57] The IACHR also received reports of attacks, acts of intimidation, threats, and campaigns to discredit political dissidents of the regime, journalists, young demonstrators, social leaders, and human rights defenders.

47.     Regarding this, the Commission reminds that social protest is a manifestation of the joint exercise of the rights to assemble and freedom of expression, as well as being a mechanism for political participation and for defending human rights, thus encompassing a fundamental social interest in guaranteeing the functioning of the democratic system and human rights defense.[58] Thus, in line with the jurisprudence of the Inter-American Court, the IACHR indicates that public demonstrations and other forms of protest against government policies and/or the defense of basic liberties, far from being a provocation of public disorder, are part of any pluralist democracy and deserve maximum protection.[59]

48.     The Commission also notes that the repetition of stigmatizing statements can exacerbate the climate of hostility and intolerance of some sectors of the population, which could jeopardize the life and personal integrity of, for example, human rights defenders. This is because, pursuant to the ruling of the Inter-American Court of Human Rights, official addresses could provoke, suggest actions, or be interpreted by public servants or by sectors of society as instructions, instigations, authorizations, or support in the commission of acts.[60]

49.     In parallel, the IACHR notes the intensification of threats, verbal attacks, and aggressions against journalists and those working for the independent media, aimed at silencing them. About this, the Office of the Special Rapporteur for Freedom of Expression (SRFOE) has received reports that the photojournalist for the agency *AP Noticias*, Ramón Espinosa, was assaulted by police agents while covering the demonstration in Havana. Another cameraman working for the same agency was allegedly assaulted by a group of pro-Government citizens.[61]

50.     The Special Rapporteur for Freedom of Expression also received reports of numerous detentions of journalists from media outlets like *Cubanet*, *Tremenda Nota*, *Palenque Visión*, *ADN Cuba*, and *La*

---

[56] Cubalex, El gobierno cubano obliga a jóvenes a sumarse a los grupos de represión, July 13, 2021.

[57] Hacemos Cuba, EN VIVO | Edición especial del programa Hacemos Cuba, July, 12 2021; Diario de Cuba, La Fiscalía de Cuba y el MININT anuncian juicios rápidos para los manifestantes y condenas de hasta 20 años, July 15, 2021.

[58] IACHR, Second Report on the Situation of Human Rights Defenders in the Americas, 2011, para 106; IACHR, Annual Report 2005. Volumen III. Report of the Office of the Special Rapporteur for Freedom of Expression, Chapter V: Public Demonstrations as an exercise of Freedom of Expression and Freedom of Assembly, para 91; and IACHR Annual Report 2015, Chapter IV.A The Use of Force, para. 64 and following.

[59] I/A Court H.R., Case of López Lone et al. v. Honduras. Preliminary Objection, Merits, Reparations and Costs. Judgment of October 5, 2015. Series C No. 302, para. 160.

[60] I/A Court H.R., Case of Ríos et al. v. Venezuela. Preliminary Objections, Merits, Reparations, and Costs. Judgment of January 28, 2009. Series C No. 194. para. 143.

[61] Twitter Agence France-Presse (@AFPespanol). July 11, 2021; Diario de Cuba, July 12, 2021. *Grupos prorrégimen hieren a un corresponsal de AP durante la represión de las protestas en La Habana*.

Cuba AR_001625



*Hora de Cuba*; and about police agents that blocked several reporters from leaving their homes.[62] The SRFOE also documented the case of journalist Camila Acosta, a female reporter for *Cubanet* and correspondent for the Spanish daily, *ABC*, who was detained on July 12 as she was leaving her home in Havana to run a personal errand with her father.[63] According to the information received, on this occasion, security agents showed up and searched her home, taking with them equipment she used in her work, including her personal computer.[64]

51.     In addition to the foregoing, in the days following the protest, the Commission received complaints of actions by the police and other actors tied to the Cuban government to surveil and monitor residences, creating an environment of fear and self-censorship in the country. According to reports from civil society, in the days following July 11, the homes of activists whose work is well-known, and the homes of their families, were allegedly surveilled by police. Regarding this, the Special Rapporteur for Freedom of Expression received reports indicating that family members of protest participants have chosen not to question the authorities, file complaints, or publicly expose those cases for fear that this could put their lives or personal integrity at risk.[65]

52.     Given these initial responses by the State to the July 11 protest, the Commission noted the beginning of a new wave of repression by the State of Cuba to silence social movements by political opponents and social dissent by using coordinated strategies to delegitimize the social actors involved and to stop their movements through threats of retaliation.

53.     In light of this situation, the IACHR reiterates its condemnation of these repressive actions and the excessive use of force that has been reported, and it calls on authorities to investigate the alleged facts with due diligence. Likewise, the Commission urges the State to channel social discontent through dialogue and active listening to citizen complaints and to take the measures necessary to satisfy them.

### ii.     Arbitrary detentions, mistreatment, and deplorable detention conditions

54.     The Commission has also monitored the widespread, illegal, and arbitrary detentions that have occurred in Cuba in the context of the social protests that started on July 11, which have reached alarming numbers. Additionally, the IACHR has followed detention conditions experienced by persons who have been deprived of liberty in this scenario.

55.     Specifically, in the case of the recent protest-related detentions, the Commission has been following the number of persons detained, the circumstances of the detentions, the persons who remain deprived of liberty, and the detentions of adolescents. It has also highlighted the lack of official information about these issues. According to *Cubalex y Justicia* 11J of y Justicia 11J on December 9th, the number of persons who have been deprived of liberty in the context of the protests is 1314[66]. Regarding this, the IACHR has noted that a significant number of those detained are activists, artists, journalists, male and female leaders of political

---

[62] La Nación. July 13, 2021. *Protestas en Cuba: denuncian que comenzaron los arrestos de periodistas para impedir que informen*; VOA. July 19, 2021. *Cuba detiene e interroga a decenas de periodistas por las cobertura de las protestas*.

[63] Europa Press. July 12, 2021. *Detenida Camila Acosta, la corresponsal de ABC en Cuba*; Infobae. July 12, 2021. *La dictadura cubana detuvo a la corresponsal del diario español ABC*.

[64] Infobae. July 17, 2021. *El testimonio de Camila Acosta, la periodista que estuvo presa en las celdas de la dictadura cubana: "Dios me puso ahí para contar lo que sucede"*; ABC. July 14, 2021. *La corresponsal de ABC en Cuba, Camila Acosta, será procesada por «delitos contra la seguridad del Estado»*.

[65] IACHR-RFOE, Press Release No. R189/21 - *The Office of the Special Rapporteur expresses concern over the reports of serious human rights violations in the context of the protests in Cuba*, July 23, 2021.

[66] Information was provided by the Cubalex organization and the Working Group on Political Prisoners, Justicia 11J, on December 9, 2021.

Cuba AR_001626



movements that oppose the government, teachers, students, medical personnel, professors, and clergy of several religious denominations.[67]

56.     As for the circumstances that produced these detentions, they took place while the protests were underway or at the homes [of persons who participated] during the days following the protests after they were identified from videos posted on social media.[68] Regarding those individuals who remain in detention, based on data from Cubalex and Justicia 11J de on December 9th, 699 persons were still detained because of their participation in or support of the July 11 protests[69].

57.     Based on the foregoing, the Commission reiterates that, pursuant to what is set forth in its report on Protest and Human Rights, no person who participates in social protests may be subjected to arbitrary detention or imprisonment. Likewise, in the context of social protests, States must refrain from engaging in practices of widespread, collective, or indiscriminate detention or imprisonment.[70] Likewise, the IACHR recalls that, in the context of protests, States must adjust domestic legislation and institutional procedures and practices to prevent, and when it occurs to investigate and punish, cases of arbitrary detention by State agents.[71] This must include, among other obligations, establishing that the liberty of any person may only be deprived in circumstances that are explicitly established by Law.[72]

58.     Likewise, according to information from Cubalex and Justicia 11J as of December 9, at least 44 adolescents have been detained in the context of the protests, of which 14 continue to be deprived of their liberty[73].  In this regard, the Commission recalls that the detention of adolescents is a measure that must be used as a last resort, only exceptionally, and for the shortest period possible.[74] The States have the duty to take necessary measures to reduce to a minimum the contact between adolescents and the criminal justice systems, as well as to limit the use of deprivation of liberty, whether as a preventive or as punishment.[75]

59.     Furthermore, the IACHR has noted with concern the absence of data about detained persons. In particular, the Commission learned that detained persons were being held incommunicado and their whereabouts are unknown to their families.[76] Further, to this date the State has not yet provided information

---

[67] See IACHR Press Release No. 211/21 - IACHR and Special Rapporteurs Express Concern over Reports of Arbitrary Detentions, Incommunicado Detention, Lack of Legal Defense, and Other Violations of Due Process during the July 11 Protests in Cuba, August 12, 2021; and IACHR-RFOE, Press Release No. R189/21 - The Office of the Special Rapporteur expresses concern over the reports of serious human rights violations in the context of the protests in Cuba, July 23, 2021. About arrest and detention of journalists, see: IACHR, Press Release No. 177/21 - The IACHR and Its Special Rapporteurships Condemn State Repression and the Use of Force during Peaceful Social Protests in Cuba, and Call for Dialogue on Citizen Demands, July 15, 2021.

[68] Prisoners Defenders, Tenebrous balance of 11j in Cuba: more than 5000 arbitrary arrested, 381 convicts and condemned, September 2, 2021.

[69] Information was provided by the Cubalex organization and the Working Group on Political Prisoners, Justicia 11J, on December 9, 2021.

[70] IACHR-RFOE, Protest and Human Rights: Standards on the rights involved in social protest and the obligations to guide the response of the State, OEA/Ser.L/V/II CIDH/RELE/INF.22/19, Septiembre 2019, para. 138.

[71] IACHR-RFOE, Protest and Human Rights: Standards on the rights involved in social protest and the obligations to guide the response of the State, OEA/Ser.L/V/II CIDH/RELE/INF.22/19, Septiembre 2019, para. 140.

[72] IACHR-RFOE, Protest and Human Rights: Standards on the rights involved in social protest and the obligations to guide the response of the State, OEA/Ser.L/V/II CIDH/RELE/INF.22/19, Septiembre 2019, para. 140.

[73] Information was provided by the Cubalex organization and the Working Group on Political Prisoners, Justicia 11J, on December 9, 2021.

[74] IACHR Juvenile Justice and Human Rights in the Americas, OEA/Ser.L/V/II. Doc. 78, July 13, 2011, para. 80.

[75] IACHR Juvenile Justice and Human Rights in the Americas, OEA/Ser.L/V/II. Doc. 78, July 13, 2011, para. 80.

[76] IACHR Press Release No. 211/21 - IACHR and Special Rapporteurs Express Concern over Reports of Arbitrary Detentions, Incommunicado Detention, Lack of Legal Defense, and Other Violations of Due Process during the July 11 Protests in Cuba, August 12, 2021.

Cuba AR_001627



about the number of persons detained in the context of the protests, nor has it provided official information about any whose whereabouts are unknown.[77]

60.     Regarding the foregoing, the Commission reminds the State of Cuba that persons who have been deprived of liberty and their families have the right to receive accurate information about the grounds for detention and the location where the person is being held.[78] Additionally, the States have the obligation to transmit this data and to set up a public registry of detained persons.[79]

61.     The IACHR has also monitored the conditions under which individuals detained in the context of the protests are serving time in custody. In particular, the Commission and its Office of the Special Rapporteur on Economic, Social, Cultural and Environmental Rights (REDESCA in Spanish) have received information indicating that individuals being held in custody are experiencing deplorable detention conditions and are victims of mistreatment.[80] Based on available data, the Commission notes that detention conditions are characterized by: i) high levels overcrowding; ii) lack of access to adequate drinking water and food; iii) employment of isolation methods; and iv) cells that have structural defects.[81] In the context of the Covid-19 pandemic, the Commission advises that overcrowding and the lack of access to water could increase the risk of contagion among persons who are in custody.

62.     Based on the foregoing, the Commission recalls that overcrowding of individuals being held in custody can itself be a form of cruel, inhumane, or degrading treatment that violates the right to personal integrity and other human rights.[82] Consequently, when a penitentiary system or facility is overcrowded to the point that it becomes materially impossible to provide decent conditions to inmates, it is unreasonable for the State to continue to place individuals in those spaces, because doing so deliberately subjects them to a situation in which their basic rights are violated.[83] Add to this, it is the duty of States to ensure that persons deprived of liberty are given conditions in detention that are compatible with their human dignity. These include access to safe drinking water and food that is sufficient and of quality.[84] Lastly, the Commission reiterates the duty of States to adopt immediate and urgent measures to protect the life, health, and integrity of persons held in custody during the pandemic.[85] This includes outfitting detention conditions in a way that prevents contagion

---

[77] See IACHR Press Release No. 211/21 - IACHR and Special Rapporteurs Express Concern over Reports of Arbitrary Detentions, Incommunicado Detention, Lack of Legal Defense, and Other Violations of Due Process during the July 11 Protests in Cuba, August 12, 2021. See also Press Release No. R189/21 - The Office of the Special Rapporteur expresses concern over the reports of serious human rights violations in the context of the protests in Cuba, July 23, 2021.

[78] IACHR-RFOE, Protest and Human Rights: Standards on the rights involved in social protest and the obligations to guide the response of the State, OEA/Ser.L/V/II CIDH/RELE/INF.22/19, Septiembre 2019, para. 231.

[79] IACHR-RFOE, Protest and Human Rights: Standards on the rights involved in social protest and the obligations to guide the response of the State, OEA/Ser.L/V/II CIDH/RELE/INF.22/19, Septiembre 2019, para. 231 and 140.

[80] IACHR Press Release No. 211/21 - IACHR and Special Rapporteurs Express Concern over Reports of Arbitrary Detentions, Incommunicado Detention, Lack of Legal Defense, and Other Violations of Due Process during the July 11 Protests in Cuba, August 12, 2021.

[81] IACHR Press Release No. 211/21 - IACHR and Special Rapporteurs Express Concern over Reports of Arbitrary Detentions, Incommunicado Detention, Lack of Legal Defense, and Other Violations of Due Process during the July 11 Protests in Cuba, August 12, 2021; Information provided to the IACHR during a meeting with Amnesty International, August 26, 2021; and Prisoners Defenders, Tenebrous balance of 11j in Cuba: more than 5000 arbitrary arrested, 381 convicts and condemned, September 2, 2021.

[82] IACHR, Report on the Use of Pretrial Detention in the Americas, para. 290.

[83] IACHR, Report on the Use of Pretrial Detention in the Americas, para. 290.

[84] IACHR Report on the Human Rights of Persons Deprived of Liberty in the Americas, OEA/Ser.L/V/II Doc 64, adopted on December 31, 2011, para. 432.

[85] IACHR, Resolution No. 01/2020 Pandemic and Human Rights in the Americas, adopted on April 10, 2020, Operative Part: Persons Deprived of Liberty, para. 45 to 48.

Cuba AR_001628



and, regarding vaccines, creating conditions of true equality for groups that have historically seen their rights violated, prison populations being one such group.[86]

63.      Regarding the mistreatment of detained persons, the IACHR was made aware that individuals who participated in the protests have been the targets of torture and cruel and inhumane treatment.[87] This includes beatings, abuse, acts of violence, and being held in patrol vehicles or made to stand in direct sunlight for several hours at a time.[88] In particular, according to data from civil society, many of the persons detained in the context of the protests have been victims of beatings, indignities, and insults.[89] Furthermore, according to publicly available information, detained women, including teenagers, have been victims of forced nudity and have been forced to squat to show they are not hiding anything.[90] Regarding this, the Commission reiterates its condemnation of all forms of cruel, inhumane, and degrading treatment, and reminds that it is absolutely prohibited in any circumstance.[91] Likewise, it reminds that the State has an inalienable responsibility to prevent these acts and in every instance to condemn and punish all material and intellectual perpetrators.[92]

64.      Regarding women deprived of liberty, the IACHR reiterates that, under the control of State authorities, they are at increased risk of suffering various forms of violence, harassment, and hostilities, including sexually.[93] Thus, to prevent and combat these types of acts against detained women, the IACHR recalls that a gender perspective means taking into account this specific risk in all its manifestations, as well as those risks that are specific to women belonging to groups that have historically been objects of discrimination.[94] Therefore, the Commission calls on the State of Cuba to adopt concrete measures with due diligence, to prevent and combat torture of women deprived of liberty.

---

[86] IACHR, Resolution No. 01/2021 Covid-19 vaccines and Inter-American Human Rights Obligations, approved on April 6, 2021, Operative Part, para. 1 and 4.

[87] IACHR Press Release No. 211/21 - IACHR and Special Rapporteurs Express Concern over Reports of Arbitrary Detentions, Incommunicado Detention, Lack of Legal Defense, and Other Violations of Due Process during the July 11 Protests in Cuba, August 12, 2021. In this regard, information provided to the IACHR by Race & Equality during a meeting held with civil society, August 4, 2021.

[88] IACHR Press Release No. 211/21 - IACHR and Special Rapporteurs Express Concern over Reports of Arbitrary Detentions, Incommunicado Detention, Lack of Legal Defense, and Other Violations of Due Process during the July 11 Protests in Cuba, August 12, 2021; and information provided to the IACHR by Race & Equality during a meeting held with civil society, August 4, 2021.

[89] Prisoners Defenders, Tenebrous balance of 11j in Cuba: more than 5000 arbitrary arrested, 381 convicts and condemned, September 2, 2021.

[90] ADN Cuba, Adolescente cubana en prisión: "Me tuve que quitar el short y el blúmer", July 28, 2021; and Diario de Cuba, El régimen se ensaña con las cubanas presas y con sus hijos, e ignora las reglas de la ONU, September 17, 2021.

[91] IACHR Report on the Human Rights of Persons Deprived of Liberty in the Americas, para. 343.

[92] IACHR Report on the Human Rights of Persons Deprived of Liberty in the Americas, para. 350.

[93] IACHR, Report on Measures Aimed at Reducing the Use of Pretrial Detention in the Americas, para. 195.

[94] IACHR, Report on Measures Aimed at Reducing the Use of Pretrial Detention in the Americas, para. 199.

Cuba AR_001629

65.    The graph below[95] shows the number of people that have been detained because of the protests, as well as the number of persons who remain in custody.



[Translation of graph: (blue) Total detainees, (green) Remain in detention]

**ii.    Criminal charges against demonstrators, judicial persecution, and due process violations**

66.    About 10 days after the protests, the Commission was made aware of the first prison sentences for some of the individuals arrested in the context of the protests. According to available information, after summary trials by way of direct testimony – an expedited procedure that moves from the police investigation phase directly to trial, without formal charges or pretrial proceedings[96], and in which cases most defendants had no legal counsel, 12 persons were sentenced to 10 months to one year in jail.[97] In particular, the IACHR noted the case of Anyelo Troya, one of the performers of the song, "*Patria y vida*" [Homeland and Life], which has become the anthem for demonstrators in Cuba because it plays on Fidel Castro's classic motto ("*Patria o muerte*" [Homeland or Death]. According to publicly available information, Anyelo's summary trial took place

---

[95] Graphic based on information provided by Cubalex on October 29, 2021 and December 9, 2021.

[96] Prisoners Defenders, Direct Attestation: This is how peaceful demonstrators are being judged in Cuba, July 17, 2021.

[97] BBC News, Protestas en Cuba: dictan penas de prisión para 12 detenidos en las recientes manifestaciones en la isla, July 22, 2021.

Cuba AR_001630



on July 19, 2021, using the legal construct of direct testimony, disregarding the guarantees of legal due process, including the right to a technical defense through the assistance of counsel.[98]

67.     Later, four months after the July 11 protests, the IACHR noted a third wave of repression in Cuba, which primarily took the form of legal proceedings that sought criminal charges and punishment for those who participated in the protests and resulted in the Office of the Prosecutor seeking stiffer sentences.

68.     In this regard, in the context of the hearing on the "Human rights situation in the context of the protests in Cuba", held on October 21, civil society organizations indicated that those legal proceedings are characterized by violations of judicial guarantees, such as: holding detainees incommunicado; interrogations that aim to intimidate; and not allowing adequate legal defense.[99]

69.     Regarding criminal charges issued against protest participants, the IACHR noted that the State of Cuba has taken actions aimed at charging these individuals with crimes by using non-specific crimes. According to available information, they have charged people with crimes such as: public disorder, acts of opposition, contempt, incitement to commit crime, propagation of epidemics, sedition, illegal demonstrations,

---

[98] Cubalex, Valoración de Cubalex sobre el caso de Anyelo Troya, realizador condenado a un año de cárcel, July 23, 2021; Diario de Cuba, Anyelo Troya, uno de los realizadores de 'Patria y Vida', condenado a un año de prisión en un juicio sumario, July 21, 2021.

[99] IACHR, Hearing: Human rights situation in the context of the protest in Cuba "Situación de los derechos humanos en el contexto de la protesta en Cuba", 181 period of sessions virtual, October 21, 2021.

Cuba AR_001631



damage and defamation against institutions and organizations and against heroes and martyrs. The graph below[100] shows the main charges applied and their proportionality:



[Translation of graph legend:
- public disorder
- acts of opposition [attempted]
- contempt
- incitement to commit crime
- propagation of epidemics
- sedition
- defamation of institutes and organization and of heroes and martyrs]

70.      Additionally, regarding procedural violations, the IACHR identified a systematic pattern of due process violations in the context of deprivation of liberty of persons who participated in the protests, including among others: individuals in custody being held incommunicado, interrogations that aim to intimidate, no

---

[100] Graphic based on information provided by Cubalex on October 29, 2021. Data includes persons in detention and imprisoned who have been able to obtain information about the charges against them in the pre-trial phase. Most have been charged for more than one crime.

Cuba AR_001632



**ANNUAL REPORT 2021**

---

notification of the legal grounds for detention, lack of access or obstacles to access to timely and adequate technical legal defense.

71.     Specifically, in a press release on November 5, the IACHR expressed its concern about reports that detainees are held incommunicado for weeks, and that they are given limited opportunities to communicate with their families and legal counsel. At the time, the IACHR called attention to dissident leaders who are being deprived of liberty are being held incommunicado or having their communications restricted, among whom are José Daniel Ferrer García, leader of *Unión Patriótica de Cuba* (UNPACU); Félix Navarro, president of the Party for Democracy, and Luis Manuel Otero Alcántara, member of San Isidro Movement.[101]

72.     Likewise, according to information available to the Commission, most of the detainees were subjected to interrogations that aimed at intimidation and they did not have adequate legal counsel. In this regard, the IACHR received information that these individuals have been interrogated without knowing the motive or whether the interrogations were related to a criminal investigation. Nor have they been informed of their right to remain silent and their right to the assistance of counsel. Specifically, in the context of these interrogations the IACHR has received reports of threats and acts of intimidation by police and State security agents seeking to obtain information about the protests, about alleged organizers, and financial backers.

73.     Additionally, according to the Human Rights Watch report of October 19, 2021, detainees were held for several days without knowing the grounds for their arrest, and their families and defense counsel rarely had access to the criminal files or copies of the sentences. Add to this, according to the report, many people were tried as a group, without segregation of cases, mostly in closed-door hearings at which the only evidence presented was the testimony of State security agents[102].

74.     On the other hand, according to data from the organization Cubalex and Justice 11J of December 9, of the almost 700 people who would still be in detention, 631 would be under preventive detention; of these, 348 people would have their cases under investigation, pending formal charges by the prosecution before the judicial bodies; and 283 would have been formally charged of crimes and their trials are in the oral trial phase[103]. Of this last group, the Prosecutor's Office would have requested prison sentences that vary between 1 and 30 years in prison.

75.     In particular, on November 9 the Commission learned of the case of Yosvany Rosell García Caso, who was charged with sedition by the Office of the Prosecutor that seeks a 30-year prison sentence for supposedly having convened a protest in her neighborhood on July 10, due to a lack of electricity and, on the following day, having participated in the mass protests of July 11.[104] The IACHR notes that this is the stiffest sentence being sought for the July 11 protesters and it expresses its deep concern about use of the crime of "sedition", one of the most serious crimes in the Cuban Criminal Code, as a means to punish those who participated in the peaceful protests of July 11.

76.     Finally, on December 9, the IACHR received updated information from civil society regarding the total number of people convicted in court for their participation in the protests. According to these data, 83

---

[101] IACHR, Press Release No. 295/21 - IACHR Concerned About Tougher Repression and Human Rights Violations in Cuba Since the Protests that Took Place in July, November 5, 2021.

[102] Human Rights Watch, Cuba: Peaceful Protesters Systematically Detained, Abused Arbitrary Detention, Ill-Treatment, Abusive Trials Affect Hundreds, October 19, 2021.

[103] Information was provided by the Cubalex organization and the Working Group on Political Prisoners, Justicia 11J, on December 9, 2021.

[104] *Diario de Cuba*, Obrero y padre de tres hijos, otro cubano que se enfrenta a 30 años de cárcel por las protestas del 11J, November 9, 2021; *Periódico cubano*, Soldador de Holguín enfrentaría una condena de 30 años por participar en las protestas del 11J, November 8, 2021.

Cuba AR_001633



people would have been tried, of which 64 would have been sanctioned with the deprivation of liberty, 18 with alternative work sanctions without internment or limitation of freedom, and one person would have had the benefit of parole revoked[105].

77.     Considering these facts, the IACHR reinforces its earlier pronouncements, calling on the State to adopt all necessary measures to prevent the use of state investigations to subject those who legitimately demanded their rights through social protest to unfair or groundless trials. This includes ensuring the guarantees of due process to all who were detained or charged in the context of the protests, pursuant to Inter-American standards.

### iv) Shutting down democratic spaces through repressive and intimidating strategies aimed at discouraging new social demonstrations

78.     In November 2021, a new wave of repressive actions by the state was identified in Cuba, which sought to impede new demonstrations in the country. The Commission has received reports about the continuation of arbitrary arrests and detentions, criminal charges, and judicial persecution of dissidents, activists, independent journalists, and human rights defenders, along with an increase in acts of harassment and repudiation against individuals who were trying to organize new protests in the country. All of this is part of a strategy of the State to silence, intimidate, and criminally charge any voice that is contrary to the government position.

79.     Specifically, the Commission and its Special Rapporteur for the Freedom of Expression have monitored the repercussions of the civil march that was scheduled for November 15, in Cuba. According to publicly available information, members of the *Archipiélago* platform and of other civil society groups requested authorization from the competent authorities to conduct a peaceful march against violence, calling for respect for human rights and for the liberation of political prisoners in the country. Nevertheless, the Cuban authorities denied the request, considering it illegitimate and illegal.

80.     Likewise, as indicated in the press release of November 29, the Commission noted that the Office of the Attorney General of the Republic had warned organizers that, if they insisted on the protest, they would be charged with several crimes, including disobedience, illegal demonstrations, and incitement to commit a crime. Additionally, the IACHR received information about various repressive and intimidating acts on November 12 and 15. These include: house arrest with police surveillance, arbitrary detentions, acts of repudiation and harassment against the organizers and any who supported the demonstration, summonses and interrogations at police stations, threats of criminal charges, and deliberate internet service outages.[106]

81.     Additionally, according to information received by the Special Rapporteur for the Freedom of Expression, journalists from several independent media outlets, such as *14yMedio*, *ADN Cuba*, and *La Hora de Cuba* received summonses for interrogations by the police in the preceding days. In this regard, the Special Rapporteur underscored the persistent siege by State security agents at the residences of reporters who actively report on matters of public interest and who question the government. Specifically, it learned that the International Press Center of Cuba withdrew the credentials of five correspondents from the *Agencia EFE* in

---

[105] Information was provided by the Cubalex organization and the Working Group on Political Prisoners, Justicia 11J, on December 9, 2021.

[106] IACHR, Press Release No. 317/21 - IACHR and Its Special Rapporteurship for Freedom of Expression Concerned About State Repression that Prevented Civic Rally in Cuba on November 15, November 29, 2021.

Cuba AR_001634



Havana, two of which were returned hours later. The news agency called this an unprecedented measure against the international press working on the island.[107]

82.      Lastly, the IACHR and SRFOE noted the departure into exile of Yunior García, on November 17, who had been one of the leaders of the *Archipiélago* Platform and one of the promoters of the civil demonstration. According to available information, his departure from the country was driven by threats, house arrest, and acts of harassment against him and his family.

### D.      Topics of special concern and priority groups for the IACHR

### 1.      Freedom of expression

83.      The facts documented by the Rapporteur in 2021 reaffirm the premise that no guarantees currently exist for exercising freedom of expression in Cuba, as was stated in the previous report by this Office. Although the forms of harassment of independent journalists, artists, activists, and any who question official voices are not new, the Rapporteur notes that they are worsening quickly. The reports received from civil society in the context of the protests that began on July 11 are serious and include arbitrary arrests and detentions, holding detainees incommunicado, the use of general crimes to charge individuals who participate in the protests, the employment of summary judgments that do not respect minimal legal due process guarantees, and statements by authorities that seek to stigmatize demonstrators. From what this Office has been able to ascertain, one frequent strategy used by the State to silence critical voices has been internet service disruption, particularly in the context of social unrest.

84.      The context of persecution of the independent press reported by this Office in its previous annual report continued to worsen in 2021. As was indicated in the special report about freedom of expression in Cuba, repression by Cuban authorities against independent journalists is a systematic practice that has existed for a long time. It involves threatening acts, summonses, and interrogations that aim to intimidate; irregular and/or arbitrary arrests and detentions; searches and seizures of journalism equipment and other assets; disrupting internet service; blocking exit and other restrictions to the freedom to circulate; pressure and threats against families and social circles; and other censorship strategies.

85.      In February 2021, journalists and directors of the Cuban Institute for Freedom of Expression and the Press (ICLEP), a Cuban organization that publishes seven free newspapers in the country, suffered constant interrogations and threats by the State's Department of Security. For example, on February 5 the Rapporteur recorded the arrest of Alberto Corzo, the organization's executive director, who was held for more than 24 hours in the province of Matanzas.[108] According to available information, he was interrogated about the work, financing, and editorial policies of ICLEP, specifically related to coverage given to the complaints and activities of the San Isidro Movement (MSI).[109] On that same day, in Havana, Juan Manuel Moreno Borrego was arrested. Borrego is a journalist for *Amanecer Habanero*, one of ICLEP's community media outlets. He was threatened for having published a series of interviews of MSI members.[110] On February 6, the director of training for ICLEP, Pedro Luis Hernández, was detained and threatened both physically and verbally in the

---

[107] IACHR, Press Release No. 317/21 - [IACHR and Its Special Rapporteurship for Freedom of Expression Concerned About State Repression that Prevented Civic Rally in Cuba on November 15](#), November 29, 2021.

[108] Voces del Sur. February 6, 2021. *[Régimen cubano mantiene en paradero desconocido al periodista y director ejecutivo del ICLEP Alberto Corzo](#)*; Cubanet. February 8, 2021. *[Cuba: Reprimen a varios directivos del ICLEP en operativo nacional](#)*.

[109] ICLEP. February 8, 2021. *[Policía Política despliega un operativo nacional para reprimir a directivos del ICLEP](#)*; CPJ. March 5, 2021. *[El personal de la organización cubana defensora de la libertad de prensa ICLEP pierde el servicio de Internet y teme ser objeto de interrupciones selectivas](#)*.

[110] ICLEP. February 8, 2021. *[Policía Política despliega un operativo nacional para reprimir a directivos del ICLEP](#)*; Cubanet. February 8, 2021. *[Cuba: Reprimen a varios directivos del ICLEP en operativo nacional](#)*.

Cuba AR_001635



province of Sancti Spíritus, by officers of the political police, who warned him that "ICLEP's days are numbered."[111]

86.      Furthermore, in this context, police forces targeted the facilities of the newspaper, *Páginas Villareñas*, which was placed under siege. The telephones of the directors of the following media outlets were blocked intermittently:   *Cocodrilo Callejero, Cimarrón de Mayabeque, El Majadero de Artemisa, Panorama Pinareño, Páginas Villareñas,* and *El Espirituano*. All of these belong to ICLEP.[112] On February 16, according to information received, the journalist Carlos Torres Fleites, of *Páginas Villareñas*, was threatened with prison and death.[113] At least 42 journalists, members of ICLEP, reported outages in both their internet and cell phone service, and irregularities with their personal computers' network connections, according to information received by the Office of the Special Rapporteur.[114]

87.      Among other strategies the government has deployed to restrict journalistic work by media belonging to ICLEP, this Office became aware of the detentions, by agents of the National Revolutionary Police (PNR) and the political police, of the *Páginas Villareñas* reporters, Yoandy Cuéllar, Yunier Pérez, Leticia Torres, Raíza López, Juan Carlos Gutiérrez, and Michel González, on March 14 and 15, 2021.[115] These journalists were released on the same day, following interrogation. Furthermore, in this same context the Police searched the newspaper's headquarters, located in the province of Santa Clara, and confiscated two printers, two laptop computers, four mobile telephones, a tablet, four USB memory sticks, paper, and ink, according to a communiqué from ICLEP.[116] As a result of having their work equipment confiscated, the media outlet's ability to publish the newspaper was seriously affected over the following weeks.[117] *Páginas Villareñas* is a biweekly and free local tabloid that is produced, printed, and distributed in the city of Santa Clara.

88.      On March 18, 2021, the Special Rapporteur recorded with concern the complaint about Cuban authorities having blocked journalist Karla Pérez from entering the country, supposedly because they considered that she was returning to Cuba with "subversive purposes", according to an announcement by the government of Havana.[118] The journalist received permission to fly back to Costa Rica, where she petitioned refugee status, which was ultimately granted to her in August.[119] According to publicly available information, Karla Pérez, 22, was in Costa Rica to study journalism after having been expelled in 2017 from the university

---

[111] ICLEP. February 8, 2021. *Policía Política despliega un operativo nacional para reprimir a directivos del ICLEP*.

[112] ICLEP. February 8, 2021. *Policía Política despliega un operativo nacional para reprimir a directivos del ICLEP*; Cubanet. February 8, 2021. *Cuba: Reprimen a varios directivos del ICLEP en operativo nacional*.

[113] ICLEP. February 15, 2021. *Policía Política cubana amenaza de muerte al periodista Carlos Torres Fleites*; Voces del Sur. February 15, 2021. *Policía Política cubana amenaza de muerte al periodista Carlos Torres Fleites*.

[114] CPJ. March 5, 2021. *El personal de la organización cubana defensora de la libertad de prensa ICLEP pierde el servicio de Internet y teme ser objeto de interrupciones selectivas*; Diario Las Américas. March 1, 2021. *Régimen cubano espía e interrumpe comunicaciones del ICLEP*; Radio Televisión Martí. *ICLEP denuncia que ETECSA vigila y corta la comunicación entre sus periodistas y directivos*.

[115] Radio Televisión Martí. March 16, 2021. *Detienen y amenazan en Santa Clara a seis periodistas del ICLEP*; CPJ. March 18, 2021. *La Policía cubana allana al periódico Páginas Villareñas, confisca equipos de trabajo y hostiga al personal*.

[116] ICLEP. March 16, 2021. *Represión del régimen cubano obliga al ICLEP a cerrar uno de sus medios de comunicación comunitarios*; Radio Televisión Martí. March 16, 2021. *Detienen y amenazan en Santa Clara a seis periodistas del ICLEP*; CPJ. March 18, 2021. *La Policía cubana allana al periódico Páginas Villareñas, confisca equipos de trabajo y hostiga al personal*.

[117] ICLEP. March 16, 2021. *Represión del régimen cubano obliga al ICLEP a cerrar uno de sus medios de comunicación comunitarios*; CPJ. March 18, 2021. *La Policía cubana allana al periódico Páginas Villareñas, confisca equipos de trabajo y hostiga al personal*; Voz de América. April 24, 2021. *Redadas, multas y detenciones para bloquear la prensa independiente en Cuba*.

[118] El Mundo CR. March 18, 2021. *Impiden ingreso a Cuba de la periodista Karla Pérez González y queda varada en Panamá*; Deutsche Welle (DW). March 19, 2021. *Cuba alega "propósitos subversivos" para vetar el regreso de joven periodista a su país*; Infobae. March 18, 2021. *La periodista cubana está varada en Panamá con prohibición de regresar a su país*

[119] Swiss Info. March 19, 2021. *Periodista solicita refugio en Costa Rica tras impedimento de regresar a Cuba*; Cubanet. August 9, 2021. *Costa Rica concede refugio político a la periodista cubana Karla Pérez González*; France 24. August 11, 2021. *Costa Rica concede refugio a periodista cubana impedida de volver a la isla*.

Cuba AR_001636



of Las Villas, in the Cuban province of Villa Clara, because she belonged to a political organization accused of being "counter-revolutionary", according to the information received by this Office.[120]

89.    Stigmatizing speech against the independent press in Cuba, promoted by government spheres, clearly has the potential to stir up violence against any who criticize official voices. In this context, the Special Rapporteur recorded with concern the complaint filed on May 23 by the journalist, Héctor Valdés Cocho, of *ADN Cuba*, regarding death threats he had received through social media, which were associated with his work as an independent reporter. From what the Rapporteur was able to learn, the threats also extended to his partner, family members, and persons close to him. Among other things, the message warned that his "piquetico" is the only one that is not in prison: "we have you there for a reason, for a reason that will not be very good for you."[121]

90.    Furthermore, in 2021 the Office continued to note the use of Decree-Law 370 about the digitalization of society in Cuba to impose fines on journalists that publish information or opinions that are contrary to official interests.[122]

91.    Another prevalent practice is for the police to establish a siege around the home of some reporters[123], as well as irregular detentions[124], intimidation[125], and internet outages.[126] One of the cases of concern the Office of the Rapporteur highlights is that of journalist Luz Escobar, of *14yMedio*, who was allegedly the target of a police siege. On January 27, in the context of a demonstration to celebrate the birth date of José Martí, and to recall the "27N" protest just two months earlier, Escobar was allegedly obligated to remain in her home for at least four days, by a State Security agent, who remained near her door.[127] Following the days of protest that began in Cuba on July 11, 2021, Escobar remained under house arrest for at least 17 days, with police officers at the door of her home.[128] Iliana Hernández, a reporter for *Cibercuba*, was also the target of

[120] Deutsche Welle (DW). March 19, 2021. *Cuba alega "propósitos subversivos" para vetar el regreso de joven periodista a su país*.

[121] Héctor Luis Valdés Cocho Twitter account (@HectorValdes_91). May 23, 2021; ADN Cuba. May 23, 2021. *Amenazan de muerte al activista Héctor Valdés, colaborador de ADN Cuba*; Radio Televisión Martí. May 24, 2021. *Periodista cubano recibe amenazas de muerte contra él y su familia: "No dejaré de decir la verdad"*.

[122] Cibercuba. March 17, 2021. *Multan a periodista independiente que grabó la protesta de un cuentapropista en Guantánamo*; Diario de Cuba. March 16, 2021. *El régimen vuelve a echar mano al Decreto-Ley 370 para evitar que la represión sea divulgada*; Cibercuba. September 14, 2021. *Multan por segunda vez al periodista cubano Emilio Almaguer mientras mostraba síntomas de coronavirus*; Radio Televisión Martí. February 17, 2021. *Buscaron ayuda para una persona con discapacidad y Seguridad del Estado los amenazó con Decreto 370 (VIDEO)*.

[123] Periódico Cubano. August 4, 2021. *La Seguridad del Estado mantiene una fuerte vigilancia contra la periodista Luz Escobar*; Diario de Cuba. June 4, 2021. *Prisión domiciliar, vigilancia y restricción de movimientos en Cuba: la ley para cercenar libertades individuales*; Voces del Sur. March 9, 2021. *Bajo arresto domiciliario sin orden judicial periodistas y activistas de derechos humanos*; Radio Televisión Martí. June 5, 2021. *Detienen a periodista Héctor Luis Valdés Cocho, su colega Iliana Hernández estuvo a punto de ser arrestada (VIDEO)*.

[124] Diario de Cuba. July 18, 2021. *La Seguridad del Estado detiene al periodista cubano Maykel González y lo amenaza con procesarlo por las protestas*; Periódico Cubano. March 12, 2021. *Detienen a la periodista cubana María Matienzo cuando salía a botar la basura*; CPJ. June 23, 2021. *El periodista cubano Lázaro Yuri Valle Roca ha estado detenido por la Policía desde el 15 de junio*.

[125] Cibercuba. June 30, 2021. *Seguridad del Estado amenaza a esposa de periodista independiente con retirarles la custodia de su hijo*; Cubanet. June 29, 2021. *La familia cubana: un instrumento en manos de la dictadura*; Cubanet. February 26, 2021. *Amenazan a reportero de CubaNet con multa de 15 000 pesos*; ADN Cuba. April 11, 2021. *Activistas y periodistas independientes, blancos de otro domingo de represión*; ADN Cuba. July 25, 2021. *Amenazan a otro periodista independiente con la cárcel*; Cibercuba. October 11, 2021. *Periodistas y activistas sitiados por la Seguridad del Estado por segundo día consecutivo*.

[126] See section B *infra* about internet and freedom of expression.

[127] IACHR. The Office of the Special Rapporteur for Freedom of Expression. February 5, 2021. Press Release R28/21. *The Office of the Special Rapporteur expresses concern about the persistent harassment against journalists, artists, and human rights defenders who exercise their freedom of expression in Cuba*; IPYS Venezuela. February 3, 2021. *Enero: 38 hechos violatorios a la libertad de prensa en Cuba | ICLEP*.

[128] Cibercuba. July 28, 2021. *Luz Escobar. 17 días sin poder salir de su casa: "Con la patrulla de la policía en la entrada del edificio"*; Deutsche Welle. August 6, 2021. *Prensa en alemán: arrestos en Cuba y fracaso del referéndum en México*.

Cuba AR_001637


IACHR Inter-American Commission on Human Rights

ongoing acts of harassment, from what this Office was able to ascertain. On April 8, she was arrested by State Security agents while walking in a public thoroughfare and, in the months that followed, was obligated to remain under house arrest without a court order or formal charges, confined by a police fence that surrounded her house and remained in place for several months.[129]

92.      In another case, Camila Acosta was allegedly violently detained by the Cuban political police while she was on her way to report on the January 27 protests in Havana.[130] Acosta, a reporter for *Cubanet* and correspondent for the Spanish daily, *ABC*, was on several occasions allegedly threatened with charges for the crimes of contempt and disobedience.[131] After being released she had to remain under house arrest without a court order for at least four days in a row.[132] She was also the target of harassment in the weeks following the start of the July protests.[133] She was detained on July 12 while leaving her home in Havana to run a personal errand with her father.[134] According to the information the Office of the Rapporteur received, on this occasion security agents showed up and conducted a search of her home, from which they took all of her job-related equipment, including her personal computer.[135] Like in other cases documented by the Rapporteur in the context of the protests, Acosta was charged with the crimes of contempt and public disorder.[136] After spending four days in prison being held incommunicado, she was placed under a house arrest regime, where she remained for at least ten days.[137] On July 27 she was once again detained for several hours by State security when she attempted to leave her home to ask police about alleged retaliations against her circle of friends and family.[138]

93.      On April 22, 2021, the IACHR resolved to grant precautionary measures on behalf of Joel Suárez Fernández, a journalist for the *Diario de Cuba*, after considering that he is in a situation of serious and urgent risk of irreparable harm to his rights in Cuba. Among the facts that motivated the resolution are several

---

[129] 14yMedio. April 8, 2021. *La reportera Iliana Hernández es detenida junto a unos amigos mientras caminaban por La Habana*; Radio Televisión Martí. July 20, 2021. *Iliana Hernández cumple 90 días de reclusión domiciliaria sin cargos ni juicio*; Human Rights Watch. June 30, 2021. *Cuba: Clampdown on Artists, Journalists. Arbitrary Detention, Restrictions on Movement, Communications*

[130] Cubanet. January 27, 2021. *Seguridad del Estado detiene a Camila Acosta durante transmisión en vivo*; ICLEP. January 27, 2021. *Periodistas y artistas son agredidos por el Ministro de Cultura de Cuba y arrestados por la Policía Política*.

[131] IPYS Venezuela. February 3, 2021. *Enero: 38 hechos violatorios a la libertad de prensa en Cuba | ICLEP*; Asociación Pro Libertad de Prensa (APLP). February 4, 2021. *Periodistas agredidos en Cuba (Enero 2021)*.

[132] Cubanet. January 28, 2021. *Periodista Camila Acosta: "Estoy bajo arresto domiciliario, sin orden judicial"*; IPYS Venezuela. February 3, 2021. *Enero: 38 hechos violatorios a la libertad de prensa en Cuba | ICLEP*.

[133] RSF Reporters Without Borders. August 13, 2021. *Cuba urged to free reporters under house arrest or jailed since a wave of protests a month ago*.

[134] Europa Press. July 12, 2021. *Detenida Camila Acosta, la corresponsal de ABC en Cuba*; Infobae. July 12, 2021. *La dictadura cubana detuvo a la corresponsal del diario español ABC*.

[135] Infobae. July 17, 2021. *El testimonio de Camila Acosta, la periodista que estuvo presa en las celdas de la dictadura cubana: "Dios me puso ahí para contar lo que sucede"*; ABC. July 14, 2021. *La corresponsal de ABC en Cuba, Camila Acosta, será procesada por «delitos contra la seguridad del Estado»*.

[136] Cubanet. July 13, 2021. *Modifican cargos contra Camila Acosta, acusada ahora de "desorden público"*; ABC. July 14, 2021. *Modifican los cargos contra la corresponsal de ABC en Cuba, Camila Acosta, a «desorden público» y «desacato»*.

[137] TN. July 17, 2021. *Interrogatorios, golpes y maltratos: la periodista Camila Acosta contó detalles de sus días en prisión en Cuba*; Infobae. July 17, 2021. *El testimonio de Camila Acosta, la periodista que estuvo presa en las celdas de la dictadura cubana: "Dios me puso ahí para contar lo que sucede"*.

[138] La Vanguardia. July 27, 2021. *Detenida de nuevo la periodista Camila Acosta en Cuba*; ABC. July 27, 2021. *Liberada la corresponsal de ABC en La Habana, Camila Acosta, tras ser detenida e interrogada durante horas*



ANNUAL REPORT **2021**

IACHR Inter-American Commission on Human Rights

police citations in which he allegedly was interrogated about his reporting on social media and threatened with prosecution and with consequences to his life and the lives of his family.[139]

94. Additionally, on April 30, 2021, agents of the Revolutionary National Police and the political police arrested Mary Karla Ares, a reporter for the community newspaper, *Amanecer Habanero*, while she was giving live coverage of a demonstration in support of artist Luis Manuel Otero Alcántara, who at the time was on a hunger and thirst strike to decry the lack of civil liberties in Cuba. Mary Karla Ares was initially taken to a police station in the municipality of Playa, where she was charged for the alleged crime of public disorder and resisting [arrest]. Later, on May 27, she was taken to the Women's Prison of Occidente, located in the municipality of La Lisa.[140] After one month in prison, where she was allegedly held incommunicado and under cruel, inhuman, and degrading treatment, Mary Karla Ares was released on May 29, under a house arrest regime.[141] Of further concern to this Office is the case of journalist Esteban Rodríguez, contributor to *ADN Cuba*, who was detained at the same time as Mary Karla Ares and was charged with the same crimes.[142] Since then and through the date this report was written, Esteban Rodríguez has spent more than 175 days in prison, where he contracted coronavirus.[143] According to the information in the complaint, the journalist, currently being held in the jail at *Combinado del Este* where he awaits trial, was subjected to cruel, inhumane, and degrading treatment.[144] On October 18, he began a hunger and thirst strike to protest the irregularities of his detention and to demand his own release and that his judicial guarantees be respected.

95. In the context of the July 11 protests, the independent press has reported that it is a constant target of physical aggression, intimidation, detention, and virtual attacks against its news portals. For example, the Rapporteur's Office received reports that the photojournalist for *AP Noticias*, Ramón Espinosa, was assaulted by police agents while he was covering the demonstrations in Havana. Another cameraman for the same agency was allegedly assaulted by a group of pro-Government citizens.[145] Likewise, the Rapporteur's Office received reports about numerous detentions of journalists for outlets such as *Cubanet, Tremenda Nota, Palenque Visión, ADN Cuba,* and *La Hora de Cuba*, and about police operations that blocked several journalists from leaving their homes.[146] Some media outlets in the country's interior were left inoperable as a result of the extended detentions of their reporters. Others had to suspend distribution of their newspapers and in some

[139] IACHR. April 23, 2021. Press Release 101/21. *IACHR adopts precautionary measures in favour of Yoel Suárez Fernández in Cuba*.

[140] CPJ. May 4, 2021. *Detienen a la periodista cubana Mary Karla Ares por dar cobertura a protesta*; Cibercuba. May 2, 2021. *Acusan a periodista Mary Karla Ares de desorden público tras reportar protesta por Luis Manuel Otero en La Habana*; ICLEP. May 26, 2021. *Trasladan a prisión a la periodista del ICLEP Mary Karla Ares*.

[141] Periódico Cubano. May 12, 2021. *Régimen niega medicamentos a la periodista Mary Karla Ares*; 14yMedio. May 13, 2021. *Cumple dos semanas en prisión Mary Karla Ares por filmar la protesta de la calle Obispo*; ICLEP. May 22, 2021. *Torturan y trasladarán a prisión a reportera del ICLEP Mary Karla Ares*; Cubanet. May 29, 2021. *Régimen libera a Mary Karla Ares, pero le impone prisión domiciliaria*; 14yMedio. June 2, 2021. *Mary Karla Ares denuncia "largas horas de interrogatorios" y "tortura psicológica"*.

[142] Cibercuba. April 26, 2021. *Seguridad del Estado detiene a Esteban Rodríguez cerca de la casa de Luis Manuel Otero*; Amnesty International. August 19, 2021. *Cuba: Amnesty International names prisoners of conscience amidst crackdown on protesters*.

[143] Radio Televisión Martí. August 28, 2021. *Movimiento San Isidro denuncia que periodista cubano Esteban Rodríguez vuelve a contagiarse de COVID-19 en la cárcel*; Cibercuba. August 28, 2021. *Activista cubano Esteban Rodríguez vuelve a contagiarse de coronavirus en prisión*.

[144] Diario de Cuba. June 15, 2021. *El activista cubano Esteban Rodríguez, a una cárcel de máxima seguridad, 'esposado de pies y manos'*; Cibercuba. June 14, 2021. *Esteban Rodríguez, esposado de pies y manos, es trasladado a cárcel de máxima seguridad*; Norges Rodríguez Twitter account (@norges14). June 16, 2021.

[145] Agence France-Presse Twitter account (@AFPespanol). July 11, 2021; Diario de Cuba. 12 de julio de 2021. *Grupos prorrégimen hieren a un corresponsal de AP durante la represión de las protestas en La Habana*.

[146] La Nación. July 13, 2021. *Protestas en Cuba: denuncian que comenzaron los arrestos de periodistas para impedir que informen*; VOA. July 19, 2021. *Cuba detiene e interroga a decenas de periodistas por las cobertura de las protestas*.

Cuba AR_001639



ANNUAL REPORT **2021**

municipalities, there were reports that by merely pulling out a cell phone on the street police repression was activated.[147]

96.      The IACHR and its Office of the Special Rapporteur have indicated in their special Report about the situation of freedom of expression in Cuba that state agents are the main source of threats and aggression against the press in that country, a practice that must be scrapped and penalized. The Report recommended that the State of Cuba bring an end to the harassment, including citations, detentions of any length, and judicial harassment of any person for reasons related to the exercise of their freedoms of expression, association, assembly, and others related to these.

97.      Likewise, the IACHR and its SRFOE recall that both the Universal Declaration of Human Rights and the American Declaration of the Rights and Duties of Man, as well as Article 19 of the International Covenant on Civil and Political Rights, signed by Cuba on February 28, 2008, protect journalism work, artistic work, and the defense of human rights. Therefore, those expressing themselves legitimately must not be pressured on how to do their work, cover, and/or disseminate facts in the public interest.

### 2.      Human Rights Defenders

98.      The IACHR observes that, in 2021, the serious human rights crisis in Cuba has deteriorated the human rights situation of human rights defenders as compared with prior years. According to information received and monitoring conducted by this Commission, human rights defenders in the country continue to face acts of harassment and arbitrary violations of the right of free movement, liberty, security, and personal integrity. As reflected above, there is an unrelenting number of petitions that the Commission grant precautionary measures to protect human rights defenders in Cuba.[148]

99.      Since the beginning of 2021 the Inter-American Commission has received information that tells of the escalating repression against human rights defenders. In this context, of special concern is the harassment of members of the San Isidro Movement (MSI), who since November 2020 have been targets of harassment by the police and the Department of State Security. In this regard, the Commission was informed of numerous detentions of individuals who are part of MSI and its allies who have also faced ongoing police surveillance outside their homes, a situation that led the Commission to grant precautionary measures.[149]

100.      Furthermore, according to reports from civil society, through May 2021, 52% of aggressions were committed against female human rights defenders. These reports indicate that in Cuba, female human rights defenders face additional harassment because of their gender, with differentiated impacts.[150] In this regard, the Commission received information about the specific situation of María de los Ángeles Matienzo Puerto and Kirenia Yalit Núñez Pérez, a human rights defender and an independent journalist who have experienced several risk events on a persistent basis between 2013 and 2021, including threats, stalking,

---

[147] Archive of the Special Rapporteur for Freedom of Expression. Listening session with Cuban journalists and media outlets. July 20, 2021; Listening session with female Cuban journalists. July 30, 2021.

[148] IACHR, Resolution 78/21 PM 515-21 - Manuel de Jesús Rodríguez García regarding Cuba, October 3, 2021; Resolution 68/21, PM 1068-20 - Irán Almaguer Labrada regarding Cuba, August 28, 2021; Resolution 64/21, PM 211-20 - Richard Adrián Zamora Brito regarding Cuba, August 22, 2021; Resolution 30/21 - Esber Rafael Ramírez Argota regarding Cuba, April 5, 2021; Resolution 29/21, PM 1101-20 - Aminta D'Cárdenas Soroa and Carlos Manuel Álvarez regarding Cuba, March 24, 2021; Resolution 26/21, PM 552-20 - María de los Ángeles Matienzo Puerto and Kirenia Yalit Núñez Pérez regarding Cuba, March 14, 2021; Resolution 14/21, PM 1101-20 - 20 identified members of the San Isidro Movement (MSI) regarding Cuba, February 11, 2021; Resolution 7/21 PM 211-20 - Juan Antonio Madrazo Luna, Marthadela Tamayo and Oswaldo Navarro Veloz regarding Cuba, January 19, 2021; Resolution 5/21 PM 1068-20 - Yandier García Labrada regarding Cuba, January 7, 2021.

[149] IACHR, Resolution 14/21, PM 1101-20, 20 identified members of the San Isidro Movement (MSI) regarding Cuba, February 11, 2021.

[150] FDP - Fundación para la Democracia Panamericana, Report 2021 Situación de los Derechos de las Mujeres Defensoras de Derechos Humanos en Cuba, June 19, 2021, at 11.

Cuba AR_001640



intimidation, aggression, and messages that discredit them. The Commission noted the unique risk Ms. Matienzo Puerto and Ms. Núñez Pérez are facing as female human rights defenders because of gender stereotypes, historical discrimination, and related prejudicial ideas about how they should act or about the roles women should have in society.[151] The Commission emphasizes that in addition to the violation of the right to defend human rights, violence against female defenders carries with it other types of consequences that affect women in a differentiated way because of their gender.[152]

101.     The Commission also received reports of persistent arbitrary detentions as a method of harassment by the police and State Security agents. Likewise, the Commission has identified that human rights defenders in Cuba are consistently deprived of liberty for specific crimes, such as contempt, acts of opposition, and public disorder. On occasion, inside penitentiary facilities, they are the objects of aggression, threats, and mistreatment.[153] The Commission learned, for example, of the case of Yandier García Labrada, an activist and member of the *Movimiento Cristiano Liberación*, who currently is an inmate in the "*El Típico*" prison for "contempt and public disorder."[154] It also granted precautionary measures on behalf of Aminta D'Cárdenas Soroa and Carlos Manuel Álvarez, individuals associated with the San Isidro Movement (MSI). Regarding Aminta D'Cárdenas, the Commission was informed of her detention after she participated in a demonstration, whereas Carlos Manuel Álvarez was detained as he was leaving his relatives' home. According to the information submitted to the IACHR, Carlos Manuel Álvarez was allegedly assaulted after receiving summonses to appear at the police station.[155]

102.     Furthermore, as was laid out in the preceding section, a series of demonstrations began on July 11, 2021, to demand the exercise of civil liberties and changes to the country's political structure, as well as to decry shortages of food, medications, and basic-needs products that had worsened because of the Covid-19 pandemic. As a result of these protests, the latest records of the civil society organization, Cubalex, dated August 10, indicate that 805 persons have been detained, a significant number of which are activists, artists, journalists, leaders of political movements that oppose the government, as well as professors and students. The facts in complaints submitted also include individuals being held incommunicado and families not knowing their whereabouts.[156]

103.     The Commission also received information about the specific situation of José Daniel Ferrer, leader of *Unión Patriótica de Cuba* (UNPACU), in Altamira, Santiago de Cuba. According to the information the Commission received, José Daniel Ferrer began a hunger strike on March 20, 2021, which he sustained for 21 days, in protest of the fact that agents in patrol vehicles had circled the organization's headquarters so as to stop the organization from functioning.[157] Later, the Commission was informed that José Daniel Ferrer had been sentenced to four and a half years of house arrest on April 22, then on July 11 he was sentenced to remain

---

[151] IACHR, Resolution 26/21, PM 552-20 María de los Ángeles Matienzo Puerto and Kirenia Yalit Núñez Pérez regarding Cuba, March 14, 2021.

[152] IACHR, Report on the Situation of Human Rights Defenders and Social Leaders in Colombia, OEA/Ser.L/V/II. Doc. 262, December 6, 2019, para. 74.

[153] IACHR, SPECIAL REPORT ON THE SITUATION OF FREEDOM OF EXPRESSION IN CUBA, OEA/SER.L/V/II, CIDH/RELE/INF.21/18, December 31, 2018, para 136.

[154] IACHR, Resolution 5/21 PM 1068-20 - Yandier García Labrada regarding Cuba, January 7, 2021.

[155] IACHR, Resolution 29/21, PM 1101-20 - Aminta D'Cárdenas Soroa and Carlos Manuel Álvarez regarding Cuba, March 24, 2021.

[156] Press Release No. 211/21 - IACHR and Special Rapporteurs Express Concern over Reports of Arbitrary Detentions, Incommunicado Detention, Lack of Legal Defense, and Other Violations of Due Process during the July 11 Protests in Cuba, August 12, 2021.

[157] France 24, Opositor Cubano levanta huelga de hambre tras retiro de cerco policial, April 12, 2021.



in jail. It concerns the Commission that, according to the information it received, Ferrer is being held in isolation and is in poor health.[158]

104.     During 2021, the Commission also was informed of other acts of harassment against defenders in Cuba. It learned about the case of Juan Antonio Madrazo Luna, Marthadela Tamayo, and Oswaldo Navarro Veloz, members of the *Comité Ciudadanos por la Integración Racial* (CIR), who reported to the Commission about repressive acts of harassment by the State, seeking to impede the CIR members from circulating, assembling, or freely expressing. They indicated that on several occasions they have been blocked from leaving the country, fined for "civil disobedience", and they have been identified as "traitors" or "opponents". Based on the information it has received, the Commission granted precautionary measures on their behalf, considering that the facts described suggest that the at-risk situation of Juan Antonio Madrazo Luna, Marthadela Tamayo, and Oswaldo Navarro Veloz is susceptible to continue and worsen over time, such that given the imminence of the risk materializing, the Commission deemed it necessary to adopt measures to safeguard their rights to live and personal integrity.[159]

105.     Likewise, in the context of the 180th Period of Session, held in June 2021, the Commission received information about new patterns of violence against human rights defenders in Cuba. Civil Society organizations specifically reported the following: i) health centers being used as spaces for confinement and isolation of defenders, and for imposing involuntary treatments; ii) arbitrary confiscation of humanitarian aid and disruption of assistance efforts by activists and civil society organizations; and iii) abuse of Covid-19 prevention regulations as pretext for imposing fines and arbitrary detentions. Furthermore, the organizations stressed the differentiated impacts on female defenders who face acts of harassment and intimidation, such as requiring nudity during detention, and threats directed at their children.[160]

106.     The IACHR recalls that the main purpose of imposing fines or other sanctions on defenders because of their work and of depriving them of their liberty is to criminalize their activities that promote and defend human rights, as well as to deter them from continuing to promote their causes.[161] Likewise, the Commission reiterates that the bodies of the Inter-American system have indicated that attacks against human rights defenders have a multiplying effect that goes beyond the direct affectation of the individual defender, because when the aggression is committed in retaliation for their activities, it produces fear that spreads to all who defend similar causes.[162]

107.     In this light, the Inter-American Commission considers that the situation of human rights defenders continues to be of concern. The IACHR reiterates the importance of the rights of human rights defenders and their irreplaceable role in guaranteeing the rule of law and the construction of a society that is democratic, solid, and enduring.[163] Therefore, the IACHR reiterates its call on the State to adopt effective measures to guarantee and protect the rights of human rights defenders, activists, journalists, and other social

[158] Infobae, El régimen Cubano mantiene al opositor José Daniel Ferrer en una celda de aislamiento en condiciones inhumanas y degradantes. October 10, 2021; AméricaTeve, José Daniel Ferrer, enfermo y semidesnudo en una celda de aislamiento, October 10, 2021; Diario Las Américas, Régimen mantiene a José Daniel Ferrer incomunicado, October 2, 2021.

[159] Resolution 7/21 PM 211-20 - Juan Antonio Madrazo Luna, Marthadela Tamayo and Oswaldo Navarro Veloz regarding Cuba, January 19, 2021.

[160] IACHR, Hearing, 180th period of sessions, New persecution patterns of HR defenders and the situation of women HR defenders in Cuba, June 25, 2021.

[161] IACHR, Situation of Human Rights in Cuba, OEA/Ser.L/V/II. Doc. 2, February 3, 2020, para. 193.

[162] IACHR, Second Report on the Situation of Human Rights Defenders in the Americas, OEA/Ser.L/V/II. Doc. 66, December 31, 2011, para. 25.

[163] IACHR, Criminalization of the Work of Human Rights Defenders, OEA/Ser.L/V/II. Doc. 49/15, December 31, 2015, para. 22; Press Release 288/2019 IACHR and UN Human Rights Presences Once Again Call for the Creation of a Safe, Favorable Environment for Human Rights Defenders in the Americas, November 27, 2019.

Cuba AR_001642



leaders. The IACHR reminds the States of their obligation to prevent threats, aggression, and harassment against these groups and to take all necessary measures to safeguard and provide conditions that enable them to do their work.

### 3.   LGBTI Persons

108.   Regarding the human rights situation of lesbian, gay, bisexual, trans and gender-diverse, and intersex (LGBTI) persons, the Commission takes note of the publication of the Family Code draft legislation, which if approved would recognize access to the legal institution of marriage without discrimination.[164] The Commission notes, however, that this reform will eventually be submitted to a process of consultation and referendum. The Commission once again expresses concern that a human right like marriage equality might be subjected to a mechanism of popular consultation. Along these lines, the IACHR calls on the State to take all measures necessary to legally recognize unions or marriage of persons of the same sex, granting them the same rights conferred to couples of different sexes, including property rights and all other rights that derive from the relationship, without distinction based on sexual orientation or gender identity, under penalty of violating the rights to equality and non-discrimination.[165]

109.   The Commission also received information of complaints about the censorship of a video by a transgender activist on State television[166], as well as complaints about the summons and interrogation of a gay man for reasons related to his work as an activist and defender of the human rights of LGBTI persons.[167] In response, the Commission recalls that the right to freedom of expression enshrined in Article 13 of the American Convention includes the right of individuals to express their sexual orientation and gender identity, and that this type of expression enjoys a special level of protection under the Inter-American instruments, because it relates to an integral element of personal identity and dignity. Further, special protection of this type of expression imposes greater limits on State intervention in human rights defense activities, including demands of recognition, protection, or exercise of a right in the context of social protests.

110.   Lastly, the IACHR underscores that there is no official and disaggregated statistical data about acts of violence against LGBTI persons. Regarding this, the Commission reiterates the importance of the collection of reliable data for planning, adopting, and implementing measures that guarantee full equality for LGBTI persons. It also recalls that data are instrumental for the appropriate application of the due diligence standard for prevention, mitigation, sanction, and reparation for this type of violence.

### 4.   Women

111.   Regarding the situation of the rights of women, the Commission notes that legal limitations persist that hinder the right of women to live a life free of violence and discrimination. The Commission underscores the absence of legislation containing a general definition of discrimination against women, and the inexistence of legislation that addresses and expressly prohibits gender-based violence.[168] Along these lines, the Commission also notes that the Cuba is not yet a party to the Inter-American Convention to Prevent,

---

[164] Ministry of Justice, Anteproyecto Código de las Familias versión 22, August 1, 2021.

[165] IACHR, Situation of Human Rights in Cuba, 2020, para. 328.

[166] Diario de Cuba, "Censurado en Cuba el videoclip 'Es mi vida' de la comunidad LGBTI por razones políticas", May 21, 2021; Radio Televisión Marti, "Televisión cubana censura videoclip dedicado a la comunidad LGBTI", May 20, 2021

[167] ADN Cuba, "Policía política cita a activista Raúl Soublett", February 25, 2021; Diario de Cuba, "La Seguridad del Estado amenaza a un activista cubano por los derechos LGBTI con procesarlo por 'mercenarismo'", October 10, 2021.

[168] Observatorio de Feminicidios. Yo Sí te Creo en Cuba, accessed October 21, 2021; Cuba Debate. Mujeres tras las sombras: Desafíos del feminicidio en Cuba, May 18, 2021; Diario de Cuba. ¿Cuántas mujeres tienen que ser asesinadas para que el Estado cubano asuma su responsabilidad?, May 26, 2021; BID. Un vistazo a la violencia contra la mujer en la región, accessed October 26, de 2021.

Cuba AR_001643



Sanction, and Eradicate Violence Against Women ("Belém do Pará Convention")[169], the principal Inter-American instrument for the defense and protection of the right of women to live a life free of violence and discrimination. Further, the IACHR notes with concern that feminicide is not classified as a crime[170], as well as the lack of an effective protection framework for women who face violence, by establishing that rape cases always be investigated *ex parte* and by permitting criminal prosecutions to be interrupted if victims withdraw their complaint.[171]

112.    The Commission recalls that legislative prohibition of every form of violence and discrimination against women is essential to combat this scourge, and it highlights the duty to conduct *ex oficio* investigation of possible discriminatory connotations because of gender, especially in cases of sexual violence.[172] In this regard, the Commission calls on the State to adopt a legislative framework that makes visible the structural imbalance women face in the enjoyment of their rights, and that is in keeping with the guiding principles for eradication of gender-based violence and discrimination. Further, the Commission reiterates its call on the State to sign and ratify the Belém do Pará Convention.

113.    The Commission also observes that the State does not have official consolidated, up-to-date, and properly disaggregated data with which to analyze the situation of violence and discrimination against women in Cuba, making it challenging to improve policies and evaluate their impacts and effectiveness in changing conditions of structural discrimination and violence.[173] The Commission notes that the National Program for the Advancement of Women establishes as an area of attention the incorporation of a gender focus in statistics and research in order to more thoroughly understand problems that affect women, identify inequalities, and adopt public policies.[174] Regarding this, the Commission calls on the State to ensure the collection of research and data, as well as other pertinent information regarding the causes, consequences, and frequency of violence against women, and to compile, make available, and publish complete, itemized, and periodic information for the purpose of evaluating the impact and efficacy of adopted policies, and to formulate and implement necessary changes.

114.    Regarding the situation of violence women face, and given the absence of official data, the Commission notes the information compiled by civil society organizations, which reports 11 femicides thus far in 2021, highlighting that in most cases the author of the crime was the victim's partner or ex-partner.[175] Likewise, in the specific context of the social protests, the Commission takes note of complaints by human rights defenders who indicate they have suffered acts of harassment, intimidation, required nudity during detention, and threats against their children.[176] Regarding this, the Commission calls on the State to adopt and strengthen policies that prevent acts of violence against women and that take a wholistic approach toward the various

---

[169] General Information of the Treaty: Inter-American Convention on the Prevention, Punishment, and Erradication of Violence against Women, Ratification/Accession by Country, accessed October 21.

[170] *Ibid.*

[171] UN Human Rights Council, Report of the Special Rapporteur on violence against women, its causes and consequences, A/HRC/47/26, April 19, 2021.

[172] IACHR Violence and Discrimination against Women and Girls, Annex 1 Standards and Recommendations, OEA.SER.L/V/II. Doc. 233, November 14, 2019, para. 12-75.

[173] IACHR Violence and Discrimination against Women and Girls, Annex 1 Standards and Recommendations, OEA.SER.L/V/II. Doc. 233, November 14, 2019, para. 15-16.

[174] Decreto Presidencial 198/2021, Official Gazzette No. 14 Special Issue, March 8, 2021.

[175] Observatorio de Feminicidios. Yo Sí te Creo en Cuba, accessed October 21, 2021; Diario de Cuba. Otros dos feminicidios en Cuba, denuncian plataformas independientes. April 14, 2021

[176] IACHR Annex to Press Release 165/21 on the 180th Period of Sessions, July 2, 2021; IACHR, Hearing, 180th period of sessions, New persecution patterns of HR defenders and the situation of women HR defenders in Cuba, June 25, 2021; Human Rights Watch, Cuba: Peaceful Protesters Systematically Detained, Abused  Arbitrary Detention, Ill-Treatment, Abusive Trials Affect Hundreds, October 19, 2021.

Cuba AR_001644



ANNUAL REPORT **2021**

manifestations of violence, having in mind the specific risks women face in certain contexts. It also calls on the State to investigate, sanction, and remedy with due diligence any acts of gender-based violence against women.

115.     Lastly, the Commission notes complaints by civil society organizations about the lack of access to menstrual hygiene products.[177] The Commission highlights that dignified menstruation management is an integral part of the right to sexual and reproductive health, and the lack of access to menstrual hygiene products can have negative effects on health of women, girls, teenagers and menstruating persons. The Commission reiterates its call upon the State to ensure sufficient public health facilities, goods, and services that are sensitive to gender needs[178], including access to menstrual hygiene products.

**5.      Persons of African Descent**

116.     The IACHR observes patterns of racial discrimination in Cuba. In particular, public sources highlight that, following the abolition of slavery in Cuba, persons of African descent have not stopped suffering historical inequalities. They assert that structural racism has led to the denial by the State that racism even exists and that there are no public policies to counter it.[179] The Commission also notes the lack of disaggregated official statistics, as well as the lack of awareness campaigns for society regarding ethnic-racial self-identification.

117.     The Commission also highlights, from information received, the precarization of economic, social, cultural, and environmental rights, with differentiated impacts on women and older persons of African descent.[180] Regarding the right to housing, the IACHR observes that, according to available data, 37% of Cuba's housing fund is classified as having mediocre or poor condition of technical construction. At the same time, there is a deficit of 863,000 properties. Therefore, various sectors state the urgent need to accelerate home-building to reduce social gaps.[181]

118.     In the context of the protests that took place on July 11, 2021, the Commission observes that civil society organizations have reported that racial inequality was one of the original triggers of those social demonstrations, given that persons of African descent have historically been excluded from different sectors, and that the prevailing model in Cuba would exacerbate the conditions of inequality to which they have been historically exposed.[182] Along these lines, the IACHR takes note that, in the opinion of experts, Afro-descendent communities in Cuba allegedly receive greater repression from the regime.[183]

119.     In this context, various sources of available public information have made known that, of the more than 600 Cubans that, as of October 27, 2021, were in prison for having demonstrated on July 11, 2021, a large percentage are persons of African descent.[184] A number of organizations have reported to the IACHR that law enforcement authorities had applied social profiling practices and the excessive use of force against

---

[177] Plataforma Femenina. Menstruación y Derechos Humanos en Cuba, 2021; Race & Equality. Menstruación y Derechos Humanos, un debate necesario para avanzar hacia la plena garantía de Derechos Humanos en la región, May 28, 2021; El Toque. Higiene Femenina en Cuba: Invento y otros trapos, January 2021.

[178] IACHR, Situation of Human Rights in Cuba, OEA/Ser.L/V/II. Doc. 2, February 3, 2020, Recommendation 24.

[179] The Washington post, La 'revolución' no erradicó el racismo en Cuba, August 31, 2021.

[180] Document submitted to the IACHR, CIR, Flamur & Mujeres Esperanza, and DESCA in Cuba, reflections from the perspective of intersectionality, October 2021.

[181] Rebelión, A Cuba le urge acelerar construcción de viviendas para atajar brechas sociales, October 30, 2021.

[182] BBC News, Protests in Cuba: "Los que protestaron el 11 de julio fueron los perdedores del capitalismo de Estado y entre ellos están los afrocubanos", August 20, 2021.

[183] Sentido Común, Las comunidades negras de Cuba reciben la mayor represión del régimen, August 25, 2021.

[184] Martí, Más de 600 cubanos siguen en prisión por manifestarse el 11J, October 27, 2021.

Cuba AR_001645



ANNUAL REPORT **2021**

Afro-Cuban persons that participated in the social protests. In this context, the Commission noted the death of Diubis Laurencio Tejeda, a 36-year-old of African descent, who died in the contest of the demonstrations, the death having occurred near a police station in the municipality of Arroyo Naranjo, on the outskirts of Havana, one of the poorest areas.[185]

### 6.      Persons deprived of liberty

120.      Regarding persons deprived of liberty, the Commission notes the persistently high rates of persons deprived of liberty and the deplorable conditions of their detention. In particular, the IACHR observes that the situation this population faces places their lives and integrity at risk. Likewise, the IACHR expresses its concern over the absence of up-to-date official data about the situation of detained persons.

121.      Regarding the lack of State information about persons deprived of liberty, the Commission calls attention to the fact that the most recent official data was published in 2012, at which time 57,337 persons were detained in the country's prisons.[186] Nevertheless, the Commission reiterates that this number contrasts significantly with the most recent number recorded by civil society organizations, which document almost twice that number as of March 30, 2021: nearly 100,000 persons detained.[187] Considering the country's total population as reported by the World Bank, and the figures submitted by civil society regarding the population of detainees[188], Cuba would rank as having the world's highest prison population per 100,000 inhabitants, namely, 882 persons deprived of liberty per 100,000 inhabitants.

122.      Likewise, the IACHR observes that the State has adopted crime policies that favor an increase in detentions and their respective sentences. According to data contributed by civil society in 2020, more than 32,000 criminal cases are filed per year, which would mean that approximately 40,000 individuals are formally charged each year.[189] Of that total, about 93% are found guilty (approximately 37,200 people), of which 69% (25,500 individuals) are sentenced to prison or correctional labor within a penitentiary facility.[190]

123.      Additionally, regarding the conditions of detention, the Commission notes that the same problems that have been studied on various occasions persist in Cuba's prisons. These conditions of detention are characterized by overcrowding, negligence with medical care, inadequate food, shortages of water for personal hygiene, lack of ventilation, and precarious health and hygiene conditions.[191] According to information reported by civil society, these deplorable conditions have caused tuberculosis outbreaks, acute diarrhea, and other parasite-borne diseases such as scabies.[192] Furthermore, according to publicly available information,

---

[185] BBC Mundo, Protestas en Cuba: el gobierno confirma un muerto en nuevos disturbios a las afueras de La Habana, July 13, 2021.

[186] Institute for Crime & Justice Policy Research, World Prison Brief Database: Cuba, Agosto de 2021.

[187] Observatorio Cubano de Derechos Humanos, OCDH denuncia situación del Covid-19 en cárceles de Camagüey (Cuba) y la nula transparencia del gobierno en la gestión de la pandemia, March 30, 2021.

[188] The World Bank, Population, total - Cuba, 2020.

[189] Prison Insider, Cuba: la mayor cárcel del mundo, January 17, 2020.

[190] Prison Insider, Cuba: la mayor cárcel del mundo, January 17, 2020.

[191] See IACHR Annual Report 2020, Chapter IV.B - Cuba, para. 117; IACHR, Situation of Human Rights in Cuba, para. 379; IACHR Annual Report 2018, Chapter IV.B - Cuba, para. 96; Observatorio Cubano de Derechos Humanos, OCDH denuncia situación del Covid-19 en cárceles de Camagüey (Cuba) y la nula transparencia del gobierno en la gestión de la pandemia, March 30, 2021; Diario de Cuba, Observatorio Cubano de Derechos Humanos: hay más de 200 presos con Covid-19 en las cárceles de Camagüey, March 31, 2021; y La Gaceta, Ausencia de agua, sarna, coronavirus... las lamentables condiciones de las cárceles de la dictadura cubana, May 13, 2021.

[192] Observatorio Cubano de Derechos Humanos, OCDH denuncia situación del Covid-19 en cárceles de Camagüey (Cuba) y la nula transparencia del gobierno en la gestión de la pandemia, March 30, 2021.

Cuba AR_001646



these conditions have also caused persons deprived of liberty to contract mange and leprosy.[193] Based on the foregoing, the IACHR recalls that States have the duty to ensure that persons deprived of liberty be detained under conditions that are compatible with their human dignity. These include adequate medical care; access to safe drinking water; sufficient quality food; appropriate space and ventilations; and adequate hygiene conditions.[194]

124.     Regarding the impact of the COVID-19 pandemic in prisons, according to publicly available information the Commission observes that in 2021 outbreaks were documented in several facilities. For example, the Provincial Prison of Guantánamo[195], the *Combinado Surlas* Provincial Prison[196], the *Melena Uno* prison in Mayabeque[197], the *Cinco y Medio* jail in Pinar del Río[198], the Kilo 7 and Kilo 8 prisons in Camagüey[199], the jail known as "*La Ladrillera*", in Holguín[200], and in the Territorial Criminal Investigation Unit No. 3, in Havana[201]. Given this scenario, the IACHR notes with concern that the causes of the ongoing mass infections include: i) insufficient cleaning resources for sanitizing the cell blocks; ii) lack of safe water for personal hygiene; and iii) lack of adequate ventilation.[202]

125.     Given the foregoing, the Commission reiterates the obligation States in the region must adopt immediate and urgent measures designed to protect the life, health, and integrity of individuals under its custody during the COVID-19 pandemic.[203] This includes the duty of preparing detention conditions to prevent infection and providing treatment for COVID-19. Additionally, in the context of vaccinations, pursuant to Resolution No. 01/21 by the IACHR and its Office of Special Rapporteurs addressing COVID-19 vaccines, the States shall, among other matters, abstain from discriminatory treatments and create conditions of real equality for groups that have historically seen their rights violated, the prison population being one of these groups.[204]

126.     In addition to the foregoing, the Commission notes the existence of mistreatment practices in Cuba's prisons. According to *Human Rights Watch*, persons deprived of liberty are forced to work 12-hour days and, if they do not meet pre-established production quotas, they are punished.[205] Likewise, any who speak out against the government or engage in strikes or other forms of protest in detention are frequently placed in

---

[193] See Diario las Américas, Cuba cierra unidad de penal por brotes de Sarna y COVID-19, April 23, 2021; and La Gaceta, Ausencia de agua, sarna, coronavirus… las lamentables condiciones de las cárceles de la dictadura cubana, May 13, 2021.

[194] See IACHR Report on the Human Rights of Persons Deprived of Liberty in the Americas, OEA/Ser.L/V/II. Doc. 64, December 31, 2011, para. 432 and 557.

[195] Cuba net, Confirman brote de COVID-19 en la Prisión Provincial de Guantánamo, February 11, 2021.

[196] Diario de Cuba, Activistas denuncian un 'gran brote' de Covid-19 en una prisión de Guantánamo y critican la falta de claridad del Gobierno, February 12, 2021.

[197] Radiotelevisión Martí, Prisiones cubanas desbordadas de COVID-19, reportan desde la isla, March 2, 2021.

[198] Cubanet, Prensa independiente reporta brotes de COVID-19 en varias prisiones de Cuba, March 3, 2021.

[199] Diario de Cuba, Observatorio Cubano de Derechos Humanos: hay más de 200 presos con Covid-19 en las cárceles de Camagüey, March 31, 2021.

[200] ADN Cuba, Denuncian brote de COVID-19 en cárcel de Holguín, April 23, 2021.

[201] Diario las Américas, Cuba cierra unidad de penal por brotes de Sarna y COVID-19, April 23, 2021.

[202] See IACHR Annual Report 2020, Chapter IV.B - Cuba, para. 119; and Diario de Cuba, Observatorio Cubano de Derechos Humanos: hay más de 200 presos con Covid-19 en las cárceles de Camagüey, March 31, 2021.

[203] IACHR, Resolution No. 01/2020 Pandemic and Human Rights in the Americas, adopted on April 10, 2020, Operative Part: Persons Deprived of Liberty, para. 45 to 48.

[204] IACHR, Resolution No. 01/2021 Covid-19 vaccines and Inter-American Human Rights Obligations, approved on April 6, 2021, Operative Part, para. 1 and 4.

[205] Human Rights Watch, World Report 2021 – Cuba, 2021.

Cuba AR_001647



isolation cells for extended periods of time and are beaten. Their visitations are also restricted, and they are denied medical care.[206] In this regard, the Commission reiterates its condemnation of all forms of cruel, inhumane, or degrading treatment, and recalls their absolute prohibition in any situation.[207] It further emphasizes that it is an inalienable duty of the State to prevent these acts, condemn their practice, and sanction, in every case, all of their material and intellectual perpetrators.[208] Likewise, it recalls that pursuant to its *Principles and Best Practices for the Protection of Persons Deprived of Liberty in the Americas*, detained persons have the right to lodge complaints or claims about acts of torture, prison violence, corporal punishment, cruel, inhuman, or degrading treatment or punishment.[209]

### 7.    Economic, Social, Cultural, and Environmental Rights (ESCER)

127.    Through its different mechanisms, the Inter-American Commission for Human Rights (IACHR) and the Special Rapporteur for Economic, Social, Cultural, and Environmental Rights (REDESCA, in Spanish), have been constantly following of the situation of Economic, Social, Cultural, and Environmental Rights (ESCER) in Cuba. Likewise, the IACHR and its REDESCA have been monitoring with special concern the challenges to guaranteeing the right to health care in Cuba and, particularly, have paid close attention to the reports of infections and deaths due. To COVID-19 during 2021, and to the various obstacles to implementation of a national COVID-19 vaccination plan to ensure that all people under the jurisdiction of the State have speedy and efficient universal access to vaccines.

128.    According to Cuba's Ministry of Public Health, through October 28, 2021, there had been 950,613 confirmed cases of COVID-19 in the country, with 8,223 fatalities.[210] This data notwithstanding, REDESCA notes that civil society organizations have decried the opacity of information and presumably political handling of the figures.[211] In this regard, based on what is set forth in IACHR Resolution 1/2020, REDESCA urges the State to establish a transparent strategy that provides precise data about the pandemic and vaccinations.[212]

129.    Furthermore, in this context of a health emergency, the Office of the Rapporteur has taken noted that in July and August 2021, Cuba experienced one of the COVID-19 infection and hospitalization rates in the Caribbean[213], despite the scientific advances in developing vaccines. Likewise, the IACHR and REDESCA express their concern about the abundant information about limitations in the provision of health services, the shortage of beds or ambulances for treating infected persons[214], the overcrowding of hospitals on the island[215],

---

[206] Human Rights Watch, World Report 2021 – Cuba, 2021.

[207] IACHR Report on the Human Rights of Persons Deprived of Liberty in the Americas, para. 343.

[208] IACHR Report on the Human Rights of Persons Deprived of Liberty in the Americas, para. 350.

[209] IACHR Principles and Best Practices for the Protection of Persons Deprived of Liberty in the Americas, Principle V.

[210] Ministry of Public Health - Cuba, Coronavirus en Cuba, October 29, 2021.

[211] Race and equality, inputs for the umbrella of the networks of civil society organizations whose work relates to the right to health care in Cuba, September 1, 2021.  IACHR/REDESCA integrated network of civil society organizations whose work is in Cuba. Minutes of the meeting on the right to health care and Access to COVID-19 vaccines, September 1, 2021.

[212] IACHR Resolution No. 01/2021 Covid-19 vaccines and Inter-American Human Rights Obligations, approved on April 6, 2021.

[213] Radio Televisión Martí, OPS, Cuba reporta el mayor número de casos en el Caribe, July 7, 2021.

[214] Race and equality, Meeting held under the umbrella network of civil society organizations whose work relates to health rights in Cuba, September 1, 2021.

[215] Diario de Cuba,  Colapso hospitalario en Cuba, July 6, 2021.

Cuba AR_001648



the shortage of essential medications, oxygen, and other supplies[216], as well as difficulties in accessing treatment for other diseases and pathologies in the context of the pandemic.[217]

130.    Regarding the shortage of essential medications, according to information gathered, eight of every 10 Cuban citizens were unable to obtain medications from pharmacies due to shortages, and 20% reported taking medications that had expired.[218] Likewise, REDESCA continues to be concerned about the fact that people have to turn to the informal marketplace to access medications or essential products[219], as well as about the Government's recommendation that medicinal plants be used as a workaround to the shortage of medications in communities and hospitals.[220]

131.    Additionally, the Commission and its REDESCA have been made aware of a critical situation of necrology services in handling deaths from COVID-19, as well as the existence of common graves, a lack of hearses to transport remains to cemeteries, overcrowded morgues, and problems manufacturing enough caskets.[221] Regarding this, the IACHR and its REDESCA reiterate that, according to IACHR Resolution 4/21, family members of deceased victims during the COVID-19 pandemic must be able to grieve and conduct their burial rites according to their own traditions and world view.[222]

132.    Regarding vaccination against COVID-19, REDESCA notes that since the beginning of the pandemic the Cuban government has focused on research and production of vaccines, instead of relying on international support for this matter. Despite being a major achievement for the country, a consequence of this decision was a delay in the initial vaccination process and the overcrowding of health services, as has been mentioned.[223] At the end of March 2021, the State began phase 3 trials of the Soberana 2 and Abdala vaccines, as well as an intervention study that initially inoculated health workers and at-risk groups.[224] At the beginning of May 2021, a health intervention was approved for vaccine candidates to receive the Abdala and Soberana 2 vaccines, prioritizing older persons and persons with risk factors. It was only on July 9 that the Center for State Control of Medications, Equipment, and Medical Devices (CECMED) decided to grant emergency use authorization for the Cuban Abdala vaccine and, on August 20, to the Soberana 2 and Soberana Plus vaccines.[225]

133.    Additionally, REDESCA is concerned about the health conditions of persons deprived of liberty. Though Cuba has one of the highest populations of persons deprived of liberty in the world, almost 100,000 people and some 200 prisons, the penitentiary facilities on the island are in poor condition from a health standpoint, with overcrowding, bad food, and inadequate medical care for persons deprived of liberty[226],

---

[216] New York Times. '<u>Ingresan para morir': el coronavirus muestra las fallas del sistema de salud cubano</u>, August 18, 2021.

[217] IACHR/REDESCA, Meeting held under the umbrella of the network of civil society organizations whose work relates to Cuba. Minutes of the meeting on the right to health care and access to COVID-19 vaccines, September 1, 2021

[218] Observatorio Cubano de Derechos Humanos, <u>El Estado de los derechos sociales en Cuba</u>, September 26, 2021.

[219] República, <u>SOS Cuba: Azitromicina, el antibiótico más buscado en el mercado negro cubano.</u> August 6, 2021.

[220] Tv Avila, <u>Plantas Medicinales: una alternativa eficaz en estos tiempos</u>, June 3, 2021.

[221] Diario de Cuba, <u>No solo hay fosas comunes en Santiago de Cuba: las morgues y las funerarias están colapsadas</u>, August 6, 2021.

[222] IACHR <u>Resolution 4/20 - Human Rights of Persons with COVID-19</u>, July 27, 2020, para. 52.

[223] IACHR/REDESCA, minutes of the meeting held under the umbrella of the networks of civil society organizations whose work relates to the right to health care in Cuba, September 1, 2021.

[224] Ministry of Public Health - Cuba, <u>Actualización de la estrategia para el desarrollo de las vacunas cubanas</u>, October 28, 2021.

[225] Ministry of Public Health - Cuba, <u>Actualización de la estrategia para el desarrollo de las vacunas cubanas</u>, October 28, 2021.

[226] Observatorio Cubano de Derechos Humanos, <u>OCDH denuncia situación del Covid-19 en cárceles de Camagüey (Cuba) y la nula transparencia del gobierno en la gestión de la pandemia</u>, March 30, 2021.

Cuba AR_001649



ANNUAL REPORT **2021**

with reports of COVID-19 and scabies/mange infections.[227] Regarding this, information has been received about overcrowding in prison facilities and a high number of COVID-19 infections among detainees, as well as the absence of medical care for individuals who participated in the July 11 protests or who are known for their work in activism and dissidence in the country.[228]

134.     Regarding the right to food, the IACHR and its REDESCA received information about shortages of basic and essential foods in Cuba, which is affecting the proper nutrition of the population, especially the following groups: older persons, those with chronic illnesses, pregnant women, boys, girls, and adolescents. This situation is currently one of the primary challenges the people are facing, which reveals a situation of extreme socioeconomic vulnerability and food insecurity in the country.[229] Of additional concern are the data from the survey conducted by the Cuban Human Rights Observatory, showing that in 2021, 45% of the Cuban population had to go without at least one meal, 73% classify their family's food as deficient, and only 3% indicted that the rations booklet provides enough to cover their food needs for an entire month.[230]

135.     Insofar as this situation is ongoing, the IACHR and its REDESCA reiterate their call on the State to take concrete actions to guarantee all persons, without discrimination, access to adequate food or the means to obtain it, even in situations where resources are limited, such as what is happening during the COVID-19 pandemic. Likewise, they reiterate to the State the call to take urgent action to ensure the provision of sufficient and affordable food to satisfy national demand, especially ensuring the protection of the more vulnerable populations.

136.     Regarding labor and union rights, the IACHR and its REDESCA express their concern about the following: the absence of the full exercise of union freedoms and the right to free association; the existence of arbitrary restriction of free academic expression for professors, and the application of disciplinary sanctions for political reasons. Add to these the structural discrimination that affects women, older persons, Afro-Cuban persons, LGBTI populations, and persons with disabilities; the absence of a decent wage for workers that, given the inflationary situation, makes it impossible to have sufficient purchasing power to meet basic needs to enjoy other rights, such as health care, food, and housing. Also of concern is the general difficulty of access to labor justice and due process for workers.[231]

137.     Regarding persons of African descent, REDESCA takes note that these persons are underrepresented in the labor and economic spheres in Cuba, given that they have fewer opportunities to access decent and salaried jobs and therefore hold jobs on the margins of the economy, for which they receive low wages and persecution if they join independent unions or groups.[232] The IACHR and its REDESCA have indicated that States must guarantee that persons of African descent be able to access decent jobs in the major economic and occupational sectors, without any discrimination, which includes having policies to eradicate discrimination and segregation in both the public and private sectors.[233]

---

[227] Diario de Cuba, Sarna y Covid-19 en una unidad de procesamiento penal en Cuba: "Partía el alma oír a los presos gritar, April 23, 2021.

[228] Race and equality, Meeting held under the umbrella network of civil society organizations whose work relates to health rights in Cuba, September 1, 2021.

[229] IACHR Press Release 136/2021 IACHR and Its Special Rapporteurship on Economic, Social, Cultural and Environmental Rights Concerned about Persistent Food Shortages in Cuba, May 25, 2021.

[230] Observatorio Cubano de Derechos Humanos, El Estado de los derechos sociales en Cuba, September 26, 2021.

[231] IACHR/REDESCA, Integrated Network of Civil Society Organizations in Cuba. Minutes of the meeting on labor and union rights, October 6, 2021.

[232] International Labour Organization, Observation (CEACR) - adopted 2016, published 106th ILC session (2017)

[233] IACHR Economic, Social, Cultural and Environmental Rights of Persons of African Descent Inter-American Standards to Prevent, Combat and Eradicate Structural Racial Discrimination, March 16, 2021, para. 200.

Cuba AR_001650



138.     The IACHR and its REDESCA have also received information that several cases of workplace violence and discrimination against LGBTI persons have been documented in Cuba, including difficulties accessing and retaining jobs and receiving promotions, as well as mistreatment of every kind that hinders them from enjoying decent labor conditions in safe job spaces.[234] In particular, the Commission and the Office of the Special Rapporteur note the situation of workers that are transgender and of African descent, who are more vulnerable to being denied access to jobs, leaving them with prostitution as a last resort.  The information received reports that several people in this community have gone to various centers seeking employment, but is observed are cases of discrimination, insults, and harassment, as well as persecution by police who issue fines and warnings to transgender persons for remaining on the streets. In some cases they have been deprived of liberty.[235]

139.     The Commission and its REDESCA also received information lesbian women suffering discrimination and being expelled from their jobs because of their sexual orientation. Likewise, they faced harassment and humiliation from colleagues at work, such that they felt obligated to hide their sexuality in order to keep their jobs.[236] Regarding the situation of women, the IACHR and the Office of the Special Rapporteur became aware that their access to jobs remains limited, a situation exacerbated by the pandemic, and of discriminatory treatment given the inequality of wages when compared with men, which has led to the need to work double shifts. REDESCA is also concerned about the absence of oversight in the case of domestic and health care workers, which has worsened during the pandemic.[237]

140.     The IACHR and its REDESCA also note that at the end of March 2021, 606,429 individuals were self-employed, of which 212,536 were women (35%).[238] In 2021, the Council of Ministers approved the elimination of the list of 127 approved self-employment activities in Cuba. According to the government, by way of the National Classifier of Economic Activities, there are over 2,000 non-State [self-employment] activities now permitted.[239] Nevertheless, the Office of the Special Rapporteur is concerned about the standards, regulations, and interventions by the State that threaten the freedom of professional exercise of those who are self-employed. Specifically, decree-laws 44/2021 and 45/202, respectively, restrict self-employment and establish sanctions and other measures that contravene self-employment regulations, such as fines and confiscation of instruments, equipment, and raw materials.[240]

141.     In light of the foregoing, the IACHR and its REDESCA recall that the right to work includes the following essential elements: freedom to exercise any legal profession without intrusion by any authority; the right to have a job, which implies the positive obligation of the State to create jobs; and dignity, such that a job must comply with minimal fair conditions.[241] Thus, they urge the State of Cuba to respect the rights of persons to freely choose and accept a job, and not deny or restrict equal access to dignified work.

---

[234] IACHR/REDESCA, Integrated Network of Civil Society Organizations in Cuba. Minutes of the meeting on labor and union rights, October 6, 2021.

[235] IACHR/REDESCA, Integrated Network of Civil Society Organizations in Cuba. Minutes of the meeting on labor and union rights, October 6, 2021.

[236] FLAMUR/CIR/Organización Mujeres Esperanza. Mujeres y DESCA en Cuba: Reflexiones desde la perspectiva de las interseccionalidades, October, 2021, p. 24/25.

[237] IACHR/REDESCA, Integrated Network of Civil Society Organizations in Cuba. Minutes of the meeting on labor and union rights, October 6, 2021.

[238] ECLAC, Economic Survey of Latin America and the Caribbean 2021, Cuba, July 30, 2021, p. 6.

[239] MTSS, Preguntas y respuestas relacionadas con el perfeccionamiento del trabajo por cuenta propia, March 30, 2021.

[240] Cibercuba, Reforma del trabajo por cuenta propia en Cuba: Cómo se prepara el Gobierno para controlar y sancionar, September 2, 2021

[241] Committee on Economic, Social and Cultural Rights, General Comment No. 18, The Right to Work, adopted on November 24, 2005.

Cuba AR_001651



142.     The IACHR and its REDESCA continue to be concerned about the situation of international medical missions. Although they recognize the support the Cuban government has provided to other countries, complaints persist about unequal pay and exploitation of health professionals. On June 10, 2021, the European Parliament approved a resolution that condemns systematic human and labor rights violations by the State of Cuba against its health personnel sent on medical missions to provide services abroad, counter to the fundamental ILO conventions Cuba has ratified.[242] Therefore, the IACHR and its REDESCA reiterate the need to adopt public policies that guarantee effective protection of the rights of health staff providing service in Cuba, as well as in the international missions, pursuant to international human rights standards in this matter, including ILO regulations.

143.     Regarding union rights, the IACHR and its REDESCA express their deep concern about the report submitted by the Independent Association of Cuba (ASIC), which tells of seven independent union activists that participated in the July 11 protest in the province of Holguín, who were repressed and detained.[243] Ramón Zamora Rodríguez, for example, suffered heavy kicks and blows that caused head trauma to the occipital bones and right temple, and injuries to the capsule and ligaments of the middle finger of his right hand. Also, according to the report, because of his union activity was subjected to constant arrests lasting over 72 hours in walled cells and on other occasions was beaten, in addition to acts of repudiation against him and his family.[244] The Commission and its REDESCA reiterate that the freedom to associate with a union is a right that promotes democracy, good governance of the job market, and decent working conditions, and guarantees the right of workers to organize collectively so that they might enjoy their labor rights and engage their autonomous development.[245]

144.     Regarding cultural rights, the IACHR and its Offices of Special Rapporteurs remain concerned about repressive actions against independent journalists and artists, who suffer rights violations for exercising their right to freedom of expression and artistic creativity in Cuba. Of special concern is the harassment of members of the San Isidro Movement (MSI), who are the object of harassment by the political police and the Department of Security of the State.[246] Along these lines, the American Declaration of the Rights and Duties of Man, in addition to guaranteeing the right of all persons to freedom of expression and dissemination of thought, establishes the right to benefit from culture, thus protecting artists and their work, as well as the right to work in conditions that are dignified and free.[247]

145.     Regarding the right to education and academic freedom, the IACHR and its REDESCA express their concern about the information submitted by the Observatory for Academic Freedom (OLA), regarding several cases of violations of academic freedom, university autonomy, and other connected human rights.[248] Through June 2021, OLA recorded 44 cases (22 historical and 22 recent) that are in some way related to the

---

[242] European Parliament, resolution of 10 June 2021 on the human rights and political situation in Cuba

[243] ASIC, Informe de la Asociación Sindical Independiente de Cuba sobre los sucesos ocurridos durante el sonado estallido popular del domingo 11 de julio de 2021, July 20, 2021.

[244] ASIC, Informe de la Asociación Sindical Independiente de Cuba sobre los sucesos ocurridos durante el sonado estallido popular del domingo 11 de julio de 2021, July 20, 2021.

[245] IACHR, Compendium, Labor and Trade Union Rights, para. 50/51.

[246] IACHR, Press Release 119/21 IACHR and Offices of Special Rapporteurs Condemn Harassment of Artists, Journalists, and Activists in Cuba and Call on State to Cease Acts of Persecution Against Those Exercising the Right to Freedom of Expression and Artistic Creation, May 13, 2021.

[247] IACHR, Press Release 119/21 IACHR and Offices of Special Rapporteurs Condemn Harassment of Artists, Journalists, and Activists in Cuba and Call on State to Cease Acts of Persecution Against Those Exercising the Right to Freedom of Expression and Artistic Creation, May 13, 2021.

[248] Observatorio de Libertad Académica, Informe n. 11, June, 2021, p. 11.

Cuba AR_001652



rights of academic freedom and university autonomy, and 29 institutions that have engaged in the systematic and widespread violation of human rights.[249]

146.     Additionally, and along the same lines, the IACHR and its REDESCA also express their concern regarding the situation of professors and students that participated in the peaceful protests of July 11, 2021[250], as well as those who announced their participation in the protests of November 15. One such case that came to light wat that of the professor, David Alejandro Martínez Espinosa who, according to the information gathered, was expelled from the University of Medical Science in Cienfuegos on October 19, 2021, for having been one of those who signed the notification of the peaceful march for change, scheduled to take place on November 15, 2021.[251]

### III.     THE STATE'S RELATIONSHIP WITH OTHER ACTORS

147.     Despite the Cuban government's indications that it was willing to cooperate with human rights bodies[252], there were no reports during 2020 of visits by international monitoring bodies. For its part, despite repeated requests for consent, the IACHR has not visited the country. It hereby reiterates again its request to the Cuban State for consent to and facilitation of the realization of its first country visit to the island to enable it to observe the human rights situation firsthand, as well as the progress and challenges it faces on the subject matter, with the aim of guaranteeing respect for human rights in Cuba.

### A.     Status of Cuba in the OAS

148.     On January 31, 1962, the Government of Cuba was excluded from participating in the Inter-American System under Resolution VI, adopted at the Eighth Meeting of Consultation of Ministers of Foreign Affairs, held in Punta del Este, Uruguay.[253]  Subsequently, on June 3, 2009, during the 39th Regular Session of the General Assembly, held in San Pedro Sula, Honduras, the General Assembly of the Organization of American States (OAS), by means of Resolution No. 2438, annulled that Resolution, and provided: "That the participation of the Republic of Cuba in the OAS will be the result of a process of dialogue initiated at the request of the Government of Cuba, and in accordance with the practices, purposes, and principles of the OAS."[254]

149.     As of the date of adoption of this report, the annulment of the 1962 resolution that excluded the Cuban Government from the inter-American system has not resulted in Cuba's reincorporation in the OAS. For example, in 2018, at the Eighth Summit of the Americas, Cuba sent a delegation, and despite walking out of the inaugural session prior to the address delivered by Secretary General of the OAS, it announced that it would continue to "exercise [its] legitimate right to participate at a forum to which it should have been a party for a

---

[249] Observatorio de Libertad Académica, Informe n. 11, June, 2021, p. 11.

[250] IACHR/REDESCA, Integrated Network of Civil Society Organizations in Cuba. Minutes of the meeting on protests, freedom of expression, and ESCER, August 4, 2021.

[251] Diario de Cuba, Represión por el 15N en Cuba: Expulsado un profesor universitario por 'pérdida de ideología' revolucionaria, October 20, 2021.

[252] Prensa Latina, Cuba reitera voluntad de cooperar con órganos de derechos humanos, October 29, 2018.

[253] See the text of Resolution VI in the Final Act of the Eighth Meeting of Consultation of Ministers of Foreign Affairs serving as Organ of Consultation in Application of the Inter-American Treaty of Reciprocal Assistance, Punta del Este, Uruguay, January 22 to 31, 1962, Doc. OEA/Ser.F/II.8, doc. 68, pp. 13-15

[254] The text of Resolution AG/RES. 2438 (XXXIX-0/09) can be found in the "Thirty-Ninth Regular Session, San Pedro Sula, Honduras, June 2 to 4, 2009, Acts and Documents, Volume I," Organization of American States, OAS/Ser.P/XXXIX-0.2, p. 12.

Cuba AR_001653



long time." At the same event, Foreign Minister Bruno Rodríguez reiterated the position of the Cuban State with respect to what it views as the use of the OAS as an instrument of the geopolitical interests of the United States.

150.     The exclusion of the Cuban government by the OAS has not impeded the Commission from fulfilling its mandate of human rights promotion and protection[255], inasmuch as it recognizes Cuba as "juridically responsible to the Inter-American Commission in matters concerning human rights" because it is "a party to the international instruments initially established to protect human rights in the American hemisphere" and because Resolution VI of the Eighth Meeting of Consultation "excluded the Government of Cuba and not the Cuban State from participation in the Inter-American system."[256]

151.     The Commission reminds that States that have not ratified the American Convention on Human Rights conferred on the Commission the power "to pay particular attention to the observance of the human rights referred to in Articles I, II, III, IV, XVIII, XXV and XXVI of the American Declaration of the Rights and Duties of Man," as established in Article 20(a) of the Statute of the IACHR.

152.     In the framework of this mandate, the Commission has written eight country reports on Cuba, the last one in 2020. Cuba was included in Chapter IV, or the equivalent thereof, of the Annual Report in 1984-1985 to 1994, and uninterruptedly from 1996 to 2018. As of the 2013 amendments to the Rules of Procedure, Cuba's inclusion in annual reports has been based on the criteria under Article 59, section 6, subsections a.i and c of the Rules of Procedure.

153.     Over the past 10 years, the IACHR has held an average of two public hearings per year on Cuba. Additionally, pursuant to Article 18(d) of the Statute, information has been requested from the State, and in turn, individual petitions, cases, and requests for precautionary measures continue to be received, processed and examined.

154.     As of the drafting of this report, Cuba has 41 active precautionary measures, the majority for the protection of activists, dissidents, opposition members, human rights defenders, and political prisoners. Of those, eight were granted in 2020. While the Cuban State does not reply to the IACHR's communications and decisions, civil society organizations report experiencing a cessation or decrease in intensity, temporarily, of the mistreatment, retaliation, harassment and/or assaults to which they were subjected prior to the Commission acting.

## B.     Relations between Cuba and the United States

155.     Since the announcement on December 17, 2014, of the reestablishment of relations between Cuba and the United States of America[257], the Commission has been continually monitoring partial lifting of the economic blockade by the US Congress.[258]

---

[255] In 2018, the IACHR sent two letters requesting information from the State and published two press releases: IACHR, Press release R152/2018, The IACHR publishes merit report in case related to the criminalization of political opinion and deliberation in Cuba, April 11, 2018; and IACHR, Press release R82/2018, The Office of the Special Rapporteur Expresses Concern over Criminal Convictions for desacato laws in Cuba, July 17, 2018.

[256] IACHR. 2002 Annual Report, Chapter IV, Development of human rights in the region, Cuba, OEA/Ser.L/V/II.117 Doc. 1 rev. 1, March 7, 2003, paragraphs 3-7; The Situation of Human Rights in Cuba, Seventh Report, OEA/Ser.L/V/II.61, Doc.29 rev. 1, October 4, 1983, paragraphs 16-46.

[257] The White House, Press Release, Fact Sheet: Charting A New Course On Cuba, December 17, 2014.

[258] IACHR, press release 156/2014: IACHR Welcomes Announcement to Restablish Relations between the United States and Cuba, December 18, 2014.

Cuba AR_001654



156.     In 2019, the U.S. government reactivated several sanctions imposed on the Cuban government.[259]  Toward the beginning 2020, the United States placed restrictions on private flights to all Cuban airports, apart from the José Marti International Airport in Havana.[260]  It had also previously restricted the sending of remittances to the island.[261]  Additionally, it limited the number of flights to a maximum of 3,600 starting on June 1 and through May 31, 2021.

157.     The Commission observed that in 2021 the United States government did not resume its policy of rapprochement with Cuba, nor did it withdraw measures to tighten the embargo.

158.     In particular, the IACHR noted that on May 4, U.S. Secretary of State expressed, during the 51st Conference of the Council of the Americas, that his country, "will condemn repression of human rights on the island" and will defend "the human rights of the Cuban people, including the right to freedom of expression and assembly". For its part, the Cuban Minister of Foreign Relations responded to those statements with the following words: "If Secretary Blinken were interested the human rights of Cubans, he would lift the blockade and the 243 measures applied by the prior administration that are in force today in the midst of COVID-19. He would reestablish consular and family reunification services."[262]

159.     159.     The Commission also observed that on June 23, the United Nations General Assembly (UNGA), in its 75th period of sessions, approved by a vote that carried by 184 votes in favor, Resolution A/RES/75/289, about the need to bring an end to the economic, trade, and financial blockade imposed by the United States of American against Cuba. In the framework of that Resolution, the General Assembly expressed its concern about continuing the blockade because of the negative effects those measures have on the Cuban people and on Cubans who reside in other countries. Additionally, the UNGA reiterated its exhortation that the States bring an end to the coercive laws and measures that implement the blockade in practice.[263]

160.     Furthermore, in the context of the July 11 protests, the government of the United States, based on the Magnitsky Law, announced sanctions against the Minister of the Revolutionary Armed Forces (FAR) and the special forces unit ("black berets") of Cuba's Ministry of Interior[264], the National Revolutionary Police (PNR) and two of its leaders[265], as well as against high-level officials of the Ministry of Interior and the unit known as the "red berets", for the repression of the protests and, in particular, the use of violence against peaceful protesters.[266] Additionally, on August 3, the United States Senate passed a resolution condemning the government of Miguel Díaz-Canel for the manner in which it brought an end to the demonstrations and in support of those who cried out for liberty.[267]

[259] Congressional Research Service, "Cuba: U.S. Policy in the 116th Congress", May 14, 2020, pg. 24.

[260] *El Nuevo Herald*, "Estados Unidos elimina los vuelos chárter a Cuba excepto a La Habana", January 10, 2020.

[261] United States Department of State, United States Restricts Remittances and "U-Turn" Transactions to Cuba , September 6, 2019.

[262] El País, Cuba y EE UU vuelven a los tiempos de la confrontación, May 31, 2021.

[263] United Nations, General Assembly, Resolution 75/289 Necessity of ending the economic, commercial and financial embargo imposed by the United States of America against Cuba, 75th sesión, June 23, 2021.

[264] U.S. Department of State, Sanctioning Cuban Security Forces in Response to Violent Repression of Protests, July 22, 2021.

[265] U.S. Department of State, Sanctioning Cuban Police in Response to Violent Repression of Peaceful Protests, July 30, 2021.

[266] U.S. Department of State, Treasury Sanctions Cuban Ministry of Interior Officials and Military Unit in Response to Violence Against Peaceful Demonstrators, August 13, 2021.

[267] Agencia EFE, El Senado de EE.UU. condena la "represión" de las protestas en Cuba, August 4, 2021.

Cuba AR_001655



161.     Lastly, the Commission notes that the U.S. government is pursuing strategies to facilitate internet access for Cubans[268], especially given the context of deliberate outages and interruptions to service by Cuban authorities. According to publicly available information, the U.S. government is also evaluating ways to facilitate the flow of remittances to Cuba.[269]

## IV.     CONCLUSIONS AND RECOMMENDATIONS

162.     The IACHR reiterates its interest in conducting its first country visit to Cuba to reach out and open a respectful dialogue with the Cuban State, and thus provide any technical support in the area of human rights that may be required, in the interest of promoting respect and guarantee of human rights on the island. Additionally, the IACHR again recognizes and appreciates the actions taken to foster rights in Cuba and highlights the international cooperation that is offered by the Cuban people to the countries of the region in the fields of health, education, culture, and others.

163.     However, the IACHR notes with great concern that in view of the information collected in 2020 and taking into account the recommendations issued in its most recent country report and in Chapter IV of the Annual Reports of previous years, the Commission observes no improvements in structural aspects such as violations of the rights to liberty and personal integrity, arbitrary restrictions on the right to vote and to participation in government, freedom of expression and the dissemination of ideas. Likewise, violations of due process guarantees and unlawful limitations on the right of residence and movement persist. Moreover, the IACHR finds it unfortunate that the official information available is so limited, and also laments the history of the State distancing itself from this regional human rights body.

164.     Therefore, in compliance with its mandate, the Commission urges the Cuban State to:

**Right to vote and to Participate in Government**

1. Adopt the legislative and other measures necessary to ensure an electoral system that is inclusive and that ensures the free circulation of ideas and thought, enabling free political participation for all Cuban citizens on an equal footing.

**Representative Democracy and Political Rights**

2. Adopt measures to guarantee for Cubans the full exercise of political rights provided in the new Constitution.

3. Adopt the legislative and other measures necessary to ensure an electoral system that is inclusive and ensures the free circulation of ideas and thought, making possible free political participation for all Cuban citizens on an equal footing.

4. Adopt measures allowing the rights to freedom of assembly and of association for individuals, organizations, and political movements.

5. Release all persons detained for political reasons or reasons of conscience, including activists, artists, and journalists processed because of their work or activism.

---

[268] Agencia EFE, Biden evalúa opciones para facilitar a los cubanos el acceso a internet, July 30, 2021.

[269] Agencia EFE, Biden evalúa opciones para facilitar a los cubanos el acceso a internet, July 30, 2021.

Cuba AR_001656



ANNUAL REPORT **2021**

---

**Independence of the Judicial Branch and Due Process Guarantees**

6.  Adopt the measures necessary to ensure the full independence of the judicial branch from the other branches of government. The IACHR recommends adopting measures to ensure judges have guarantees as soon as they are selected for carrying out their work independently, impartially, in accordance with the law, and with respect for human rights.

7.  Guarantee that crimes codified in legislation is not used inappropriately to restrict other rights, nor used against dissidents.

8.  Refrain from making illegal or arbitrary detentions, and when a person is deprived of liberty, ensure that the measure is exceptional and complies with all guarantees for restricting this right, including the requirement to be brought immediately before a judge.

9.  Adopt all necessary measures to prevent State-led investigations from leading to unfair or baseless prosecution of those who through social protest legitimately claim their rights. This includes ensuring due process guarantees for all who are detained or charged, in keeping with Inter-American standards.

**Freedom of Expression**

10. Immediately end the harassment, including the summonses, detentions of any length, and harassment of anyone for reasons related to the exercise of their freedom of expression, freedom of association, freedom of assembly, and related rights.

11. Guarantee that citizens and groups, including artists, political dissidents, human rights defenders, and others, have the right to peaceful assembly, to political participation, and to freedom of expression without fear of suffering retaliation or criminalization, thereby enabling and fostering a plural, expansive, and robust public debate.

12. Guarantee the conditions for the free exercise of journalism, establish legal guarantees enshrining the freedom of the press without obstructions, and allow the existence of non-government media outlets.

13. Guarantee access to the Internet without restrictions, thereby promoting universal access to Internet to ensure the effective enjoyment of the right to freedom of expression. In this sense, ensure that provisions of law regulating Internet access in the country are compatible with international human rights law, including the right to freedom of expression and thought and the right to privacy, as well as the principles of equal protection, nondiscrimination, pluralism, and net neutrality. This also includes making the costs of accessing the Internet and expanding connectivity affordable.

14. Refrain from conducting any type of surveillance or data processing, including the storage, analysis, and disclosure of personal information, except when it has a legitimate purpose to do so, or it has the informed consent of the person affected; and adopt normative measures aimed at banning these practices and establish mechanisms of effective and independent oversight.

**Human Rights Defenders**

15. Adopt adequate prevention mechanisms to avoid acts of harassment, threats, assaults, stigmatization, persecution, and criminalization committed by State officials, or with their acquiescence, to the detriment of human rights defenders.

Cuba AR_001657



16. Refrain from imposing arbitrary restrictions on the right to free movement of human rights defenders, allowing them to freely exercise their right to freedom of movement on Cuban territory, as well as to depart and return to the country.

17. Refrain from arbitrarily deprived of their liberty human rights defenders, who perform legitimate human rights defense work in the country.

**LGBTI persons**

18. Take all measures necessary to legally recognize unions or marriage of persons of the same sex, granting them the same rights conferred to couples of different sexes, including property rights and all other rights that derive from the relationship, without distinction based on sexual orientation or gender identity, under penalty of violating the rights to equality and nondiscrimination.

19. Make efforts and allocate sufficient resources to systematically collect and analyze statistics on the prevalence and nature of the violence and discrimination based on prejudice against LGBTI persons or those perceived as such.

20. Guarantee protection of LGBTI persons and address the underlying causes of violence and discrimination against them, and its obligation to act with due diligence to prevent, investigate, try, punish, and provide reparations for human rights violations against LGBTI persons.

21. Adopt gender identity laws that recognize the right of trans and gender-diverse persons to change their images, their names, and "sex" or "gender" markers on birth certificates, identity documents, and other legal documents.

**Women**

22. Ratify the Inter-American Convention on the Prevention, Punishment, and Eradication of Violence against Women (Convention of Belém do Pará) and adopt a general legal definition of all forms of discrimination against women that includes direct and indirect discrimination, pursuant to inter-American and universal standards on the issue.

23. Regularly produce complete statistics on violence and discrimination against women, disaggregated at a minimum by gender, age, ethnic-racial origin, socioeconomic status, disability, and sexual orientation and gender identity/expression, as well as the location of the incidents, with the aim of building an accurate picture of the specific ways in which violence and discrimination affect women.

24. Take measures to guarantee training for public officials at all levels on the rights of women, including security forces and penitentiary staff, even when they are not involved in processing cases of discrimination and violence.

25. Guarantee the lives, security, and integrity of women who perform human rights defense work.

**Persons of African Descent**

26. Adopt special measures to combat all forms of discrimination against persons of African descent, especially as it relates to the access and effective enjoyment of their economic, social, cultural, and environmental rights.

Cuba AR_001658

 

27. Prevent or eradicated the various types of violence against persons of African descent in Cuba and conduct independent investigations into acts of violence and discrimination against them, considering prejudice as a possible motive for such acts.

**Persons Deprived of Liberty**

28. Establish an up-to-date and public registry whose access is simple and unrestricted, with regular updates, on persons deprived of liberty, containing the following information at a minimum: (a) the number of persons deprived of liberty at the respective detention facility; (b) procedural status or situation; (c) gender and age. Specifically, factors such as race, ethnicity, age, sexual orientation, gender identity and expression, interculturality, intersectionality, and disability status, should be included.

29. Guarantee that people in State custody are treated with dignity. Specifically, ensure that detained individuals have the medical care they need for their specific health conditions, receive sufficient food with high nutritional value, and have hygienic living conditions.

30. In the context of the global COVID-19 pandemic, adopt measures to address prison overcrowding, including by reevaluating cases of pretrial detention to identify the ones in which alternatives to deprivation of liberty can be used, giving priority to the populations with the greatest health risks. Additionally, implement actions to create conditions of true equality of access to vaccines for all persons deprived of liberty.

**Economic, social, cultural, and environmental rights**

31. Immediately, urgently, and with due diligence adopt all adequate measures to protect the economic, social, cultural, and environmental rights of the population without any discrimination, with a particular focus on vulnerable populations such as persons with COVID-19—pursuant to the terms of Resolution 4/2020 of the IACHR—older persons, persons with disabilities, persons with comorbidities, children, adolescents, persons in a state of human mobility, and caretakers, as well as anyone who is in spaces controlled by the State, such as penitentiary facilities, isolation facilities, and others.

32. Establish a transparent strategy for confronting the COVID-19 pandemic, making publicly available all relevant information about the pandemic and vaccinations.

33. Adopt public policies and measures that guarantee the effective protection of the rights of health care personnel who are rendering services in Cuba, as well as those on international medical missions, in keeping with the international standards for human rights in that matter, including ILO regulations.

34. Take urgent action to ensure the provision of sufficient and affordable food and medicine to meet national demand, particularly ensuring the protection of the most vulnerable populations.

35. Adopt measures aimed at eradicating discrimination and segregation of vulnerable persons in the workplace, whether in the public or private sector, and respect the rights of individuals to freely choose and accept work, refraining from denial of equal access to dignified work.

36. Refrain from creating barriers to collective organization of workers and respect the right of individuals to protest in defense of their interests in conformity with their decisions.

37. Recognize and protect cultural rights and immediately cease persecution of artists or any other action against their work.

Cuba AR_001659



ANNUAL **REPORT** **2021**

---

38. Take measures to guarantee the autonomy of universities and the academic freedom of their faculty and students.

Cuba AR_001660

 

**World**   **Business**   **Markets**   **Breakingviews**   **Video**   **More**

EVERYTHINGNEWS

JULY 25, 2022 / 6:33 AM / UPDATED 5 MONTHS AGO

# The border's toll: Migrants increasingly die crossing into U.S. from Mexico

By Mica Rosenberg, Kristina Cooke, Daniel Trotta



SAN DIEGO, California, July 25 (Reuters) - In the early hours of Friday, May 6, Gerardo Avila and five other migrants scaled the 18-foot U.S. border wall next to a Mexican highway, about a quarter mile west of the Otay Mesa port of entry in San Diego.

Avila had been deported to Mexico a few weeks earlier after three decades in the United States, and was trying to get back to his family for Mother's Day, relatives said.

As he was climbing, bright lights from a border patrol vehicle flashed in the direction of the wall, illuminating the foggy night sky. Agents heard a scream and saw Avila fall about 15 feet (4.5 m), according to a Border Patrol statement, which identified him only as a "male citizen of Mexico."

Avila, 47, was declared dead at the scene. The others were rushed to hospital. His death was part of a spike in fatalities along the U.S.-Mexico border, which broke records last year. New data from the United Nations shows the trend is on track to be as bad or worse this year.

From the highways of San Antonio, Texas, where 53 migrants died last month after being packed into a sweltering tractor-trailer, to the currents of the Rio Grande, the unrelenting heat of the desert in Arizona and the wall that former President Donald Trump touted as "just about unclimbable," there have been more than 1,000 fatalities on the border since U.S. President Joe Biden took office in January 2021.

Cuba AR_001661

Some of the deaths, medical experts and advocates told Reuters, are a legacy of Trump-era policies. The towering wall - built as high as a three-storey building in some sections - has multiplied serious injuries for those who try to scale it.

A record number of crossings, more than 1.7 million so far this fiscal year through June, have been fueled in part by an expulsion policy put in place by Trump, a Republican, that Biden, a Democrat, has been unable to end.

It cuts off options for requesting asylum, pushing migrants to seek entry multiple times along ever-more-risky clandestine routes. Republicans say Biden's promise of a more "humane" approach to the border has encouraged migrants to embark on the dangerous journey to the United States in ever greater numbers.

## THE TOLL

Last year was the deadliest for migrants crossing the border, with 728 fatalities recorded by the United Nations, which started counting in 2014. The U.N. has counted 340 more this year, apace with 2021's grim record.

In Arizona, deaths last year were the highest in four decades of data collected from local medical examiners. In the San Diego area, Scripps Mercy hospital reported a roughly five-fold jump in admissions for wall-related injuries after Trump built the higher border wall, data shared with Reuters show.

U.S. Customs and Border Protection (CBP) acknowledged in a statement "a rise in the number of deaths." It blamed smuggling organizations "with no regard for human life," who abandon migrants in remote and dangerous areas.

CBP has not published data on deaths on its website since fiscal year 2020.

Record keeping is patchy. Some migrants who die are never found or identified.

Cuba AR_001662

12/19/22, 4:42 PM
Case 6:23-cv-00007   Document 92-7   Filed on 03/24/23 in TXSD   Page 92 of 174
The border's toll: Migrants increasingly die crossing into U.S. from Mexico | Reuters

Following congressional mandates, CBP changed here how it counts fatalities along the border last year to include only those who die in custody, during arrests or when agents were nearby. The agency told Reuters there were 151 such "CBP-related" deaths in the 2021 fiscal year, a previously unreported number.

Bodies discovered by CBP or others are not currently included in the agency's data.

Avila's death, which is being investigated by local and federal authorities, would likely be counted under the new methodology because CBP agents were present when he died. Reuters was unable to establish what caused Avila and the others to fall.

## THE WALL

The primary fence Avila fell from doubled in height to 18 feet under Trump, whose campaign rallying cry of "build the wall" launched him to the presidency in 2016. A 30-foot secondary fence was built in the same section.

On one morning in May, Vishal Bansal, Scripps Mercy's chief of trauma surgery, and his team saw three border patients.

Two were recent arrivals with fractures to the lower extremities, another had a head injury, had been unresponsive for weeks and was given a 50/50 chance of survival.

"We have seen a massive uptick in the number of patients since the end of 2021 until now," Bansal said.

While the hospital attends migrants injured at sea or in crashes after high-speed chases with border patrol, the majority are injured "falling from the border wall," he said.

The trauma center at Scripps Mercy - where the hills of Tijuana, Mexico are visible out the windows - alternates months with nearby University of California at San Diego (UCSD)

Cuba AR_001663

Medical Center to receive patients injured while crossing the border.

A UCSD study published by the Journal of the American Medical Association on April 29 found the higher border wall was associated with more deaths and severe injuries as well as increased costs for the hospital.

From 2019 to 2021, after the higher wall sections were completed, there were 375 UCSD admissions due to falls, a more than five-fold increase compared to the previous three-year period.

Four of the people injured in the fall on May 6, when Avila died, were rushed to Scripps Mercy, which has recorded 209 border fence falls from 2019 to 2021, up from 43 recorded in the previous three years, according to the data shared with Reuters.

In the first five months of this year the hospital received three times more border injury patients than in the same period last year.

One of the recent arrivals, Juan Jesus, 24, had already gone through two operations on his broken lower left leg, and suffered spine and hip injuries after falling from the wall.

Juan Jesus, a truck driver who spoke on condition his last name not be used, said he fled Mexico after suffering multiple armed robberies of his cargo and threats to his family. One night after sundown, he and a friend found a discarded metal ladder on the Mexican side of the border and decided to use it to go over the fence near the Tijuana airport.

They cleared the first, shorter fence just fine, Juan Jesus said, reaching U.S. territory. But they still had to scale the second 30-foot barrier, and the ladder was not quite tall enough.

As he neared the top, it came away from the wall and he fell, breaking his leg. He lay immobile and in pain, until the Border Patrol arrived and called an ambulance.

Gerardo Avila also took great risks scaling the wall, but unlike Juan Jesus he wasn't fleeing home, he was trying to get back.

Cuba AR_001664

Avila first arrived in the United States as a teenager in 1990, according to court records, coming "through the hills." He, his mother and nine siblings all settled in the country. He worked in construction and made a life in Perris, California with his wife and five step-children, according to his sister, Elisa Sandoval.

Avila spent years fighting to stay in the country, before losing his final appeal last year. In immigration court, U.S. Immigration and Customs Enforcement prosecutors pointed to a 2006 conviction for driving under the influence and hit and run with injury as a reason his request for leniency should be denied.

Avila told the court that he checked on the driver he rear-ended and gave her his insurance information before driving on. He was arrested shortly after leaving the scene, records show, and was sentenced to 20 days in jail and three years probation.

On March 16 of this year, Avila was arrested by a border patrol criminal-targeting team at a Home Depot in Perris and deported through the San Ysidro port of entry that same day.

"He was really desperate to get back," his sister Sandoval said. Instead, he was buried in California on his 48th birthday.

"I think the wall is stupid. Trump is to blame for these deaths," she said.

Asked about the role of the wall in injuries and deaths, a spokesperson for Trump blamed Biden's policies for "mayhem" on the southern border.

## THE ROAD

One of Trump's signature policies that Biden has so far not overturned allows border agents to quickly expel migrants back across the border.

Cuba AR_001665

An unintended consequence: many simply cross again and again, often making increasingly risky choices to avoid detection.

Brothers Mariano, 32, and Begai Santiago, 33, from a tiny village in the southern Mexican state of Oaxaca, where most residents speak the indigenous language of Chinanteco, set out for Atlanta, Georgia for work. They were turned back by U.S. officials twice, but kept trying.

"He told me he was going to try to cross a third and final time," Mariano's wife Luz Estrella Cuevas told Reuters.

The third time, they crossed undetected, and then boarded a tractor-trailer packed with dozens of other migrants headed to San Antonio.

Mariano did not make it out alive.

He was one of 53 victims who died locked inside the overheated trailer on the side of a Texas highway on June 27, the most deadly smuggling incident in recent U.S. history.

Begai survived to recover in a San Antonio hospital.

The brothers were identified in part because U.S. authorities had records of their previous crossings.

Migrants have been turned around more than 2 million times since the Trump policy known as Title 42 was put in place in the name of protecting public health in March 2020 at the start of the COVID-19 pandemic, according to U.S. government data.

Francisco Garduno, head of Mexico's National Migration Institute, said Mexican migrants now try to cross on average four times and some more than a dozen times.

"Sometimes they are returned and try to cross again the next day," Garduno told reporters in June.

Cuba AR_001666

U.S. immigration authorities said they could not comment on whether the brothers were expelled under Title 42 because the investigation was ongoing.

## THE DESERT

A clampdown on asylum claims eventually drove Guatemalan Sandy Montufar deep into the Arizona desert.

Montufar first fled central Guatemala in 2018 after an assault left her unconscious for more than a week, her mother, Teresa, said.

Montufar set out for the U.S.-Mexico border carrying police reports detailing the assault in the hopes of getting asylum.

"They didn't give her a chance," Teresa said, "they just deported her."

CBP did not respond to requests for comment on her case.

At the time, the Trump administration was making it harder to seek asylum, arguing that most claims were without merit.

Once home, where her family were subsistence farmers, she was still afraid, Teresa said, and earlier this year, at 23, she tried again.

Around 5 p.m. on September 5, Montufar called her mother to say she was going to cross the border. The next thing Teresa heard was from a person traveling with Montufar, who said the group left her in the desert after she was too weak to continue.

He had her phone and some rosary beads, a parting gift from her mother.

Relatives in Arizona went to search for her, Teresa said, but it was too late.

Cuba AR_001667

Her skeletal remains were discovered on Sept. 16 on Tohono Oodham Nation land, according to data from local medical examiners collected by the Arizona-based Humane Borders initiative.

Her cause of death was logged as undetermined, the Pima County medical examiner's office said.

In 2021, 225 deceased migrants were found along Arizona's some 400-mile long border with Mexico, data from Humane Borders shows, the most since the earliest record kept in 1981.

Rescues by border agents along the southwest border have topped 14,000 since the start of the 2022 fiscal year, more than recorded for the full 2021 fiscal year.

Border Patrol Agent Jesus Vasavilbaso said emergency calls in the Tucson sector were up more than 25 percent compared to the same period last year.

"We are receiving approximately 16 calls a day," he said. "Every single day."

Teresa said their family paid thousands of dollars for the trip, but the smugglers stopped answering calls after her daughter went missing.

"They wash their hands of it, they leave people like they were worth nothing," she said. (Additional reporting by Lizbeth Diaz in Mexico City, Jackie Botts in Oaxaca and Alexandra Ulmer in San Francisco; Editing by Frank Jack Daniel)

*Our Standards: <u>The Thomson Reuters Trust Principles.</u>*

Case 6:23-cv-00007    Document 92-7    Filed on 03/24/23 in TXSD    Page 98 of 174

PAID PROMOTIONAL LINKS                                                                Promoted by D



Inflation, Recession, and the Road Ahead

PIMCO Investments LLC



Best trading technology + $0 commission equities & options.

TradeStation



Understand the latest trends shaping our economy.

Bank of America Institute



Our exclusive guide helps you navigate your options for independence

Fidelity Investments



Do You Have Enough To Use Our Free Retiremen Calculator.

Personal Capital

Cuba AR_001669

## MORE FROM REUTERS





It's time for a negotiated peace in Ukraine, Kissinger says

18 Dec

'I don't trust it:' Vaccine hesitancy lingers even as C
COVID...

19 Dec







Twitter will remove accounts created solely to promote other social...

18 Dec

Musk launches poll asking if he should step down from Twitter

18 Dec

Putin heads for Belarus amid new assault on Ukraine

19 Dec

Cuba AR_001670

Cuba AR_001671

## MORE FROM REUTERS





Musk poll shows 57.5% want him to step down as Twitter chief

19 Dec

Multiple victims after shooting in Canada's Vaugh...

19 Dec







Taiwan probes TikTok for suspected illegal operations

19 Dec

Special Report: Binance's books are a black box, filings show, as...

19 Dec

'All-time classic': Former play... blown away by thrilling World...

19 Dec

Case 6:23-cv-00007    Document 92-7    Filed on 03/24/23 in TXSD    Page 102 of 174

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2022 Reuters. All Rights Reserved.

Cuba AR_001673

# In Cuba, a frantic search for milk



Laurent Alemany watches as her mother, Yohana Perdomo, holds the small amount of milk powder they have left.

Story by Mary Beth Sheridan

Photography by Sarah L. Voisin

May 21, 2022

HAVANA — Her 4-year-old was still asleep when Yohana Perdomo stubbed out her cigarette, grabbed her blue ration book and set out to find Cuba's most prized product. "As good as gold," she called it. She padded out the door in flip-flops, past the metal-roofed shacks warming in the morning sun, past the wall spray-painted: Viva Fidel + Raul.

Story continues below advertisement
Advertisement

And then she saw it: the local "bodega" that sold government rations. With no line in front. That could only mean one thing, Perdomo thought.

"There's no milk."

It was one of the great promises of the 1959 Cuban Revolution. In a nation plagued by malnutrition, Fidel Castro pledged a liter of milk every day for every child. He enshrined a super-producing cow, Ubre Blanca, as a national hero. He was such a dairy nut that the CIA once tried to poison his daily milkshake.

Inside a state-run store in Havana are a photo of Fidel Castro and a painting of Cuba's patron saint. The store won't open for hours, yet even before the sun rises, people are waiting to get into the nearby market.

Today, as Cuba careens through its worst economic crisis in 30 years, milk is one of the most potent symbols of the country's precarious state. Cubans have been hit by mass shortages of dairy and other basic goods, reflecting a confluence of setbacks: The coronavirus pandemic crippled the vital tourism industry. Then-President Donald Trump squeezed the island with extra sanctions, and President Biden held off on reversing them. Socialist ally Venezuela reduced aid and investment.

The result: A nation that imports 70 percent of its food has run desperately short of the cash to buy it.

Cubans wait in lines for hours to get a bottle of subsidized cooking oil or some chicken. "Since you wake up, you are always thinking, what can you eat, where can you find food?" said Perdomo, 28, a manicurist. Milk is among the hardest-to-find products. The government has continued to provide subsidized rations for young children and the sick. Beyond that, though, it has disappeared from most stores.

[Cubans arriving along the Mexican border in record numbers]

Spiking food prices and shortages are threatening to unleash turmoil in many countries, of course, but in Cuba the upheaval is well underway. Young people are fueling the biggest exodus to the United States since the 1980 Mariel boatlift. U.S. border agents have logged more than 114,000 apprehensions of Cubans since October. Perdomo's 25-year-old brother-in-law, an air-conditioning technician named Esteban, is talking about joining them. "I don't think we can live this way," he said.

The Communist government, nervous that the shortages could pose risks to the one-party system, is trying to stimulate agricultural production. "We have to improve things quickly," Johana Odriozola, the vice minister of economy, acknowledged in an interview. Protests over the lack of food and electricity swept the Caribbean island last July, and another hot summer is coming.

Laurent pulls on her mom's shirt as she prepares her daughter's morning bottle of milk.

The frustration simmers in Perdomo's neighborhood, a warren of tiny concrete block and wood homes in a riverside area of Havana called El Fanguito. Perdomo long ago gave up her morning cafe con leche. But her daughter is another story. Milk is Laurent's entire breakfast, and as

Perdomo returned home on that recent Wednesday, the girl was hungry. In her kitchen nook, the mother filled a baby bottle with boiling water, sugar and three scoops from her dwindling supply of milk powder.

"There's enough milk for tonight," Perdomo said, shaking the powder jar. "For tomorrow, we don't know what we'll do."

[Cuba's leaders have long feared change. A big protest shows the risk of resisting it. ]

The chain of calamities leading to Cuba's milk shortage begins at farms like Victor Rojas's bucolic spread, a 45-minute drive from Perdomo's home. The 66-year-old farmer knows exactly what cows need to produce plentiful milk: fortified feed. But in state-run stores, there isn't any.

FROM TOP: Raul Rodriguez, left, pours milk from his farm into a large community vessel, which Yosbel Bello Hernandez will deliver to the local cooperative. Victor Rojas deposits milk from his farm at the cooperative. Alberto Gonzalez has trouble finding fortified feed, which his cows need to produce milk.

"We give them whatever we find — grass, leaves from the banana trees," Rojas said.

He remembers the glory days, when Castro created massive state-run dairy farms, and a glass of milk was cheap. "Anywhere you went, you could find it," said the farmer, in a dirty blue shirt and rubber boots. "Because many things came from the Soviet Union."

Story continues below advertisement
Advertisement

They included fertilizer, animal feed and genetic breeding supplies. When the Soviet Union collapsed, so did its subsidies. Cuba went from producing a million metric tons of milk in 1990 to 638,000 tons five years later.

Gradually, private farmers took over, but under the thumb of the Communist government. The state rented land to farmers and bought their produce, meat and milk at low, fixed prices — often falling behind in payments. "Since August, we haven't been paid for our avocados," Rojas said. And lately, the weather hasn't cooperated. "There's no rain," he said.

He looked up at a nearby hill. A neighbor clip-clopped by on a horse-drawn cart. "There goes Osvaldo," Rojas said. "He sold his cows. He couldn't deal with the situation."

Yosbel Bello Hernandez makes his daily rounds picking up milk last month in Havana.

Cuban authorities, anxious to jump-start the economy, have announced a series of changes. For the first time since 1968, thousands of Cubans have been allowed to register small- and medium-size businesses — a big expansion from an earlier "self-employment" program that led to a flowering of private restaurants. Dairy and beef farmers may now sell any output above their

official quotas, at market rates. Officials have appealed on TV for Cubans to take advantage of a program to cultivate government-owned farmland for free.

That's what turned Carlos Chamizo, a sushi-loving Airbnb manager, into a man of the soil.

"My life went from being the perfect guy on Instagram," he said, pulling his phone from his spotless American Eagle jeans and swiping. He beamed. "100,000 followers."

FROM TOP: Arlin Gutierres milks a cow on Carlos Chamizo's farm. Chamizo is enthusiastic about farming despite the challenges: "We privates are having new ideas, new ways of doing things." Janet Heredia pours milk from Chamizo's cows into a large vessel for transporting.

Around him, the sun was rising on 54 acres of beautiful but neglected farmland at the edge of the Cuban capital. Chamizo, 33, had studied accounting in Havana before moving to Dubai; the pandemic and a desire for a quieter life brought him back here.

Now he was walking by an old, dilapidated cow shed. "We have to clean this up," he said, touching the tattered thatched roof. He currently had five milk cows. "With proper food and machines, it will be 20."

[U.S., Cuba hold first migration talks in four years]

Yet he lacked even basic infrastructure. Only 7 percent of arable land in Cuba is irrigated. Chamizo's farmhands sloshed buckets of trucked-in water onto the vegetable crops. He had started purchasing sprinklers during his trips abroad. "I buy them on Amazon," he explained. "I bring them in my luggage."

Despite the challenges, he was enthusiastic. "We privates are having new ideas, new ways of doing things," he said in English. "It will get better."

But when? Alain Rodríguez León, director of cattle farming at the Agriculture Ministry, acknowledges the new reforms will have little effect in the short term. "With the cycles of production, it will take us three or four years to see the results," he said.

Story continues below advertisement
Advertisement

Meanwhile, Cuba will remain dependent on imports. It buys about half its milk abroad, in powdered form, with distant New Zealand its biggest supplier. Shipments have been slowed by disruptions in the global supply chain, as well as the Communist government's "lack of currency," according to Fonterra, the biggest dairy exporter in New Zealand.

On Thursday morning, Perdomo returned to the government bodega. She's entitled to a kilo of powdered milk, three times a month, for the equivalent of 12 cents per ration.

"The milk still hasn't arrived?" she asked.

"They just called me," the employee said. "It's coming."

Yohana Perdomo holds her 1-year-old nephew, Omer, as her sister, Yanira Perdomo, left, and sister-in-law, Neyvi Suarez, sit nearby. Laurent looks for food in the fridge.

Back at the house, Perdomo's younger sister, Yanira, was curled up in a threadbare armchair, scrolling through social media and keeping an eye on her 4-year-old niece. "Milk," the girl whimpered, as her mother walked through the door, empty-handed, and settled onto the couch. Laurent nestled alongside her and began to cry. "Mommy, the milk!"

Yanira got up and pulled a bottle from the refrigerator. She had brought milk powder from her home next door to make up for her niece's shortfall. But here's the rub: Yanira had originally borrowed it from her sister. Even with some delays, the government is still providing milk rations for the sick and for kids through age 6. There's little for anyone else, though — including Yanira's 7-year-old son.

Sometimes Yanira's mother-in-law helps out, buying milk powder on the black market. But a two-pound sack had soared to 1,200 pesos, a week's salary for a typical Cuban worker. So her older sister chipped in, watering down Laurent's milk so there was enough to share.

[Fidel Castro is dead but Cubans want some of his policies to continue]

Before the problems of the past two years — the pandemic, the food shortages, the spiraling inflation exacerbated by a government monetary reform — the sisters could enjoy an occasional dairy treat. Maybe a caramel flan, or ice cream. Those delicacies had disappeared from their homes, appearing only on Facebook, where millions of Cubans had started selling things and engaging in once-unthinkable gripe-fests, and Yanira was now staring at a post.

"Look," she said.

"Delicious ice cream, various flavors," she read from her phone. "Fifty U.S. dollars, payment in foreign currency."

She smirked. "You like ice cream," she said to her sister.

FROM TOP: People wait to enter a state-run bodega in Havana last month. Others wait to buy bread in Old Havana. Isabel Ibanez, right, gets a subsidized ration of milk from Marta Jorlen, who has been selling milk at state bodegas for 32 years. On the wall are photos of Cuban revolutionaries Camilo Cienfuegos, left, and Che Guevara.

Yanira continued scrolling. The ice cream situation was all over social media. It was one more sign of the glaring inequalities in a supposedly socialist society. Some people had foreign currency and access to tubs of the creamy delight. Others could manage only a few subsidized scoops at Coppelia, the massive ice cream parlor in Havana created by Fidel Castro.

Even there, the strains were showing. Yanira read the complaints: rising prices, diminishing quality. Sometimes it seemed the government didn't know how to do anything anymore. The Communist "cathedral of ice cream" once boasted a list of 26 flavors, intended to compete with the Colossus of the North — Howard Johnson's. Now, on any given day, there might be three or four.

Yanira showed her husband the phone. "Look at the photo of the ice cream they have at Coppelia," she said. "What a lack of respect."

Yosdailin Mar, in pink, with her daughters Nadieska Tabera, left, and Natalia Tabera at Coppelia in Havana. Seven-year-old Natalia had been to the ice cream shop before, but it was 3-year-old Nadieska's first time.

Despite their privations, the family didn't join last July's demonstrations. "Why protest, if it doesn't resolve your problems?" Yohana said with a shrug. But she couldn't help wondering what had happened in a nation so rich in coffee, tobacco, sugar: "Where did this all go?"

Government billboards around Havana left no doubt about what was to blame: the decades-old American trade embargo.

"It's United States, United States, United States," Yohana said. But couldn't the government do something?

"It's easier to say, it's all the fault of the blockade."

[Cubans who joined July protests now face stiff sentences]

Of course, it isn't all the fault of the blockade. The coronavirus pandemic pummeled Cuba's already-fragile economy, contributing to an 11 percent plunge in gross domestic product in 2020. The tourism industry, powered by planeloads of sun-seeking Canadians and Europeans, is Cuba's top source of hard currency. But the island didn't fully reopen to vacationers until last November, well after other Caribbean destinations.

"We decided that, whatever it cost, you had to preserve the health of the Cuban people," said María del Carmen Orellana, vice minister of tourism.

Beyond the pandemic, though, a raft of U.S. sanctions does explain some of the economic pain. One of the most affected sectors is travel: while Americans have not been allowed to visit Cuba as tourists for years, there was a surge of educational and "people-to-people" cultural visits thanks to the rapprochement initiated by President Barack Obama. Trump, his successor, sharply curtailed Americans' trips to the island — banning U.S. cruise ships from docking, stopping flights to cities outside Havana and barring stays in most hotels, saying they were controlled by the government or its allies.

Trump also blacklisted Western Union's Cuban financial partner Fincimex, which is linked to a military-run company. That led to the shutdown of more than 400 money-transfer offices on the

island. This month, the Biden administration lifted some of Trump's prohibitions on travel and remittances, including a cap on how much money may be sent to relatives in Cuba. The step could eventually help ease some of the shortages. A senior U.S. official told journalists, however, that it's "going to take time" to find a mechanism that doesn't involve Fincimex.

And the Biden administration left in place many of Trump's penalties — including the designation of Cuba as a state sponsor of terrorism, a move that has discouraged banks from financing the nation's purchases abroad.

Trump administration officials said their measures were intended to isolate the Communist government over its "oppression of the Cuban people." Obama's opening, they noted, hadn't translated into any major improvement in Cuba's dismal human rights record. The government's crackdown on the July protests underscored its intolerance of organized dissent, and led Biden to postpone his plans to loosen sanctions. Analysts say both U.S. presidents' actions have been shaped by a desire to appeal to politically powerful Cuban Americans.

Story continues below advertisement
Advertisement

The Trump measures added up to a gut punch for the island. Lacking hard currency, Cuba suffered a 40 percent decline in imports in the past two years, officials say. While there are exemptions to the embargo for food — much of Cuba's chicken comes from the United States — it's not permitted to purchase on credit, as is common in global trade.

Juan Triana, an economist at the University of Havana, said that the Cuban government's economic policies were responsible in part for the long lines of people waiting for food and medicine. Washington's sanctions, though, contributed. "I'm not one of those who says that Trump's policies to intensify the blockade are the cause of all of this," he said. "But without a doubt, these measures have cost us a lot."

The sanctions have added even more unpredictability to a helter-skelter food distribution system. Yohana Perdomo has become used to its vagaries. On the recent Wednesday, when she first went to the bodega for milk, she was told it was unavailable — but the store finally had the salt she had been entitled to receive a month earlier. Adding to the confusion, the bodega manager told a reporter later that day that he indeed had milk — it just wasn't Perdomo's day to buy it.

[The Cuban town Mr. Hershey built]

Every now and then, some long-vanished food item suddenly reappears in Cuba. It happened that Friday, after Perdomo had, at last, picked up her child's powdered milk. An employee of another store had knocked on doors in her neighborhood, bearing some remarkable news.

A shipment of liquid milk — flavored with vanilla — had arrived from Spain.

It was, Perdomo learned, some sort of Cuban government program. The gold-and-white carton would cost her 50 pesos, the equivalent of about $2, or half a day's wages. When she brought it

home and set it on her manicure table, her daughter approached reverently, studying the carton, kissing it and then disappearing into the bedroom with it. Perdomo found her in bed, snuggling with it.

"We'd never seen anything like it," Perdomo later recalled.

The delivery didn't signify any big change in Cuba's enduring crisis. Perdomo would continue to struggle with her business, sidelined by the cost of replacing a worn-out manicure brush. She and her sister would continue to obsess over where to find chicken. The coronavirus — which everyone thought was tamed — would infect the women's grandfather.

But for two glorious days, life was different. A little girl had milk.

After days of searching, Yohana Perdomo finally had a successful day buying milk for Laurent. When her daughter saw the milk, she hugged it and kissed it.

*Alejandra Ibarra Chaoul and Gabriela Martinez in Mexico City contributed to this report.*

**About this story**

Story editing by Mathew Brown. Copy editing by Mike Cirelli. Photo editing by Kenneth Dickerman. Design and development by Andrew Braford.

Story by Mary Beth Sheridan
Mary Beth Sheridan is a correspondent covering Mexico and Central America for The Washington Post. Her previous foreign postings include Rome; Bogota, Colombia; and a five-year stint in Mexico in the 1990s. She has also covered immigration, homeland security and diplomacy for The Post, and served as deputy foreign editor from 2016 to 2018.

https://www.washingtonpost.com/world/interactive/2022/cuba-economy-milk-shortage/

# Banging pots, Cubans stage rare protests over Hurricane Ian blackouts

By Dave Sherwood

HAVANA, Sept 30 (Reuters) - (This Sept 30 story corrects name of director of NetBlocks to Alp Toker in paragraph 22)

Cubans banged pots and shouted protests in neighborhoods of Havana still without electricity on Friday, three days after Hurricane Ian knocked out power to the island of 11 million people.

Sweating in the dark on Thursday night and early Friday, some Havana residents resorted to pot-banging, a traditional method of expressing discontent in Latin America but one previously rarely employed in Cuba.

Hurricane Ian, now plowing north along the southeast coast of the United States, on Tuesday brought Cuba's grid to collapse, flattened homes and obliterated agricultural fields.

The government has worked on repairs since then, and electric service was back in half of the capital by Friday afternoon.

Jorge Luis Cruz of Havana's El Cerro neighborhood stood shirtless in his doorway late on Thursday banging a pot and shouting in anger. Dozens of other people could be heard banging pots in the darkness from terraces and rooftops nearby.

"This isn't working: Enough of this," Cruz told Reuters. "All my food is rotten. Why? Because we don't have electricity."

Cruz said his family did not want him to take to the street out of fear he would be hauled off to jail.

"Let them take me," he said.

Luis Antonio Torres, head of the country´s ruling Communist Party in Havana, told state-run TV that utility workers had made significant progress.

"Havana today has more than 50% of its grid recovered, and about 60% of customers have electricity," Torres said.

By midday Friday, scattered protests continued in Havana, but largely limited to areas where electricity was not yet back.

"I believe that protesting is a right, but only when those responsible are not doing their jobs," Torres said. "Yesterday´s protests, instead of helping, slowed down our mission."

Street protests in communist-run Cuba are very rare. On July 11, 2021, anti-government rallies rocked the island, the largest such demonstrations since former Cuban leader Fidel Castro's 1959 revolution.

[1/6] A local communist party officer speaks to protesters in front of a communist party office in a protest against the electricity shortage during a blackout in the aftermath of Hurricane Ian in Havana, Cuba, September 29, 2022. REUTERS/Alexandre Meneghini Read more
12345

Police arrested more than 1,000 people, according to estimates from human rights groups, and hundreds of protesters remain in jail, official figures show.

The Cuban government says those it jailed were fairly tried and found guilty of vandalism, assault and in some cases, sedition. Human rights groups, however, say people were subjected to sham trials and unfairly jailed for exercising their right to free speech and protest.

A Reuters journalist confirmed pot-banging and small groups protesting peacefully on the street in several other areas of the city on Thursday evening and Friday morning. In Vedado, a more upscale neighborhood, around 100 people gathered in front of a local Communist Party office late Thursday.

Two uniformed government officials emerged, one with a loudspeaker, to explain efforts to restore power, but the crowd quickly shouted them down.

Food, fuel and medicine shortages, acute even before the storm, left many Cubans wondering where to turn as many businesses remained closed following the storm and basic supplies were hard to come by.

Reports on social media also showed small protests throughout Havana and some elsewhere in the country on Friday. Outside Havana, many regions remained without power, particularly on the western half of the island, which took a direct hit from Ian.

## INTERNET OUTAGE

As protests began on Thursday evening, internet communications, by cell phone and landline, went down for about seven hours, according to global monitoring firm NetBlocks.

"The internet blackout limited voices from the protests and may well have an element of intent given that there was no external factor registered at that moment that caused the outage," Alp Toker, NetBlocks director, told Reuters.

"The incident is consistent with the pattern of disruptions we have tracked during previous periods of political unrest."

The Cuban government did not reply to a request for comment on the outage. Internet service appeared to have returned to normal across most of the city on Friday.

But residents, frayed by tropical heat and abundant mosquitoes, remained on edge.

"We still don't have light, and no one tells us why," said Tiare Rodriguez, 54, a resident of Havana's 10 de Octubre neighborhood. She had joined a small group that was banging pots and milling about the street, too hot to remain in her home.

"Our food is going to waste. Our children's milk has been lost. Who will replace it?" she said. "No one."

Banging pots, Cubans stage rare protests over Hurricane Ian blackouts | Reuters



- **CLOSE**
- **Who We Are**
- **Become a Member**
- **Our Members**
- **Our Associate Members**
- **Our Country Partners**

# Gil says economic recovery gradual, inflation must be better addressed



Cuba AR_001686

Photo by Charles Corbin

25th July 2022

The Cuban economy is expected to grow by 4% this year, according to Alejandro Gil, the Minister of Economy and Planning.

Addressing members of Cuba's National Assembly, Gil said that up to the end of March the economy grew by 10.9% compared with the same period in 2021 but is still 7.3% below where it was in 2019. Stressing that the goal is gradual economic recovery following a period of near paralysis during the pandemic, he told legislators that the objective is "to reach the levels of activity that we had in 2019."

In his address he said that gradual recovery began in 2021. After two years of contraction in 2019 and 2020, GDP grew at constant prices by 1.3% last year. Although the economy had been growing in 2017 and 2018 by 1.8% and 2.2% respectively, the tightening of the US embargo had resulted in 2019, he said, in a contraction by 0.2%, and again in 2020 by 10.9%, because of the national lockdown caused by the pandemic.

In his remarks he warned that economic recovery will be slow, because "we have a blockade, we are coming out of COVID-19, with inflation in the world, and in a complex global economic environment."

Gil said that in the first quarter of the year the export of goods increased by more than US$300mn, mainly due to high nickel prices on the world market. Other sectors making a positive contribution, he noted, were sugar, despite the harvest's overall outcome being well below plan, honey, tobacco, rum, biopharmaceuticals, and telecommunications services.

Speaking about tourism, Gil indicated that the goal of receiving 2.5mn visitors in 2022 remained. "It is a key factor in this year's recovery. We do not have a substitute source for that income." Addressing members of the National Assembly, he said that overall, foreign exchange earnings in the first half of this year amounted to more than US$2.5bn, a sign of recovery. He noted however, that the figure was US$1.5bn below such receipts in the corresponding period in 2019.

Looking ahead, he said that the objective was "to reach 2019 levels as quickly as possible." However, Gil warned that achieving this depended on both the behaviour of the world economy and the delivery of planned actions in Cuba.

In his comments he noted also that the importation of food and fuel had resulted this year in a overspend above that budgeted of at least 50%; that there had been a slight recovery in agricultural production, although supply was "well below demand"; and that the "complex situation" with energy, the supply of diesel fuel, and with power generation persisted, "slowing the recovery of the economy."

Speaking about inflation in the official economy, Gil said that this stood at 77.3% in 2021 and at 28.8% for the first six months of this year.  He recognised however that these figures hid the difficulties faced by most Cubans who had to purchase food and other items on the informal market where prices and inflation can be much higher.

On the measures taken so far, Gil said that they had been limited in their effect and that more effective actions were required within Cuba's social context. Such measures, he said, must be "objective, consistent and adjusted to our possibilities," and take into account productivity, scarcity, a lack of foreign currency, addressing the fiscal deficit, and imported inflation.

Although no reliable statistics exist, most analysts put price inflation in 2021 in the country's informal economy at somewhere between 600 and 700%.

**New measures aim to ease shortages**

In his remarks Gil unveiled a further package of measures aimed at trying to stimulate the Cuban economy, increase investment, address the severe impact of the US embargo and sanctions, and the impact of shortages of essential items.

In doing so, he announced the further easing of restrictions on personal imports by individuals, the possibility that foreign entities may before long be able to invest in non-state enterprises, and government's intention to re-establish an official foreign exchange mechanism for the US Dollar at a rate still to be specified.

Speaking about easing foreign exchange restrictions, he said that a new exchange market for the sale of foreign currency to Cubans will be introduced at an exchange rate "economically based and where we can work with all currencies, including dollars in cash." It will, he said, operate at "differentiated prices" to allow the State to capture the currencies that are circulating in the economy. It will also be available to international travellers.

Gil said that the details of this were being finalised and the risks evaluated with the objective of increasing Cubans' purchasing capacity in Cuban pesos (CUP). The new measures, he stressed, did not mean dollarisation of the Cuban economy but were intended to fill a missing element in the monetary and economic reform process.

Other economic measures to be introduced include:

- Establishing a regulatory framework for foreign investment in the non-state sector
- Resizing the state's budgeted sector
- Stimulating electronic commerce.
- Authorising Correos de Cuba to undertake cross-border electronic import-export activities
- Allowing products offered by foreign and national suppliers to be marketed on a consignment basis

- Implementing a new scheme for the access and allocation of foreign currency to state and mixed enterprises
- Continuing to expand secondary foreign exchange allocation schemes for state and non-state economic actors
- Encouraging the emergence of a greater number of export-oriented state MSMEs
- Increasing the establishment of mixed state-private companies.

Gil also announced a wide range of other measures aimed at supporting the Cuban population by  easing restrictions on the non-commercial importation of goods by individuals, while outlining a range of social initiatives to support the most vulnerable.

*The Caribbean Council is able to provide further detail about all of the stories in Cuba Briefing. If you would like a more detailed insight into any of the content of today's issue, please get in touch.*

[Gil says economic recovery gradual, inflation must be better addressed – The Caribbean Council (caribbean-council.org)](caribbean-council.org)





Start your search

| Migrant Misinfo |   | July 26, 2022 |
|---|---|---|

## Inside the World of Misinformation Targeting Migrants on Social Media



**We talked to migrants about their information diets. Here's what we learned.**

Migrants undertaking the perilous journey to the U.S. are overwhelmingly dependent on Facebook and WhatsApp, yet the platforms' owner, Meta, has done little to stop dangerous misinformation targeting them, according to a new survey of migrants headed to the U.S.

Cuba AR_001690

The study, conducted by the Tech Transparency Project (TTP), revealed that migrants were well aware of the myriad ways in which incorrect or deceptive information on social media platforms could make their lives more dangerous. Migrants told TTP that Facebook and WhatsApp connected them with individuals who promised to help them gain entry to the U.S., only to steal their money or abandon them in dangerous situations.

TTP also found an abundance of posts spreading misinformation about immigration law, conditions along the route to the United States, and the opportunities available to migrants to the U.S. Many migrants expressed frustration with the abundance of misinformation on the platforms. "It's difficult because you can't tell what source of information is reliable," one migrant said.

Even so, many migrants fleeing violence or desperate for a better life felt that they had no choice but to wade through the sea of deceptions on social media. "I believe in what people say and whoever leads us [across the border]," one respondent who found a coyote on Facebook said. "I have nothing else to believe in."

As the number of migrants arriving at the U.S. border with Mexico soars (https://www.nbcnews.com/politics/immigration/migrant-arrivals-southern-border-surged-22-year-high-march-rcna24660) to the highest level in decades (https://www.nytimes.com/2022/06/05/us/politics/border-migrants-asylum.html), the role of rumors and misinformation in driving migrants northward has gained (https://www.dhs.gov/news/2022/03/30/fact-sheet-dhs-preparations-potential-increase-migration) increasing attention (https://www.nbcnews.com/now/video/migrants-are-falling-prey-to-social-media-misinformation-about-u-s-mexico-border-140669509646). But we still know surprisingly little about the information environment that these U.S.-bound migrants are immersed in—the sources they trust, how they parse fact from fiction, and the impact of social media on their real-world experiences.

To explore this issue, TTP assembled a team of interviewers to talk with U.S.-bound migrants from Central America about their information consumption, including the social media accounts, pages, and groups they follow. The team spoke with 200 migrants, half of them south of the Mexican border in Guatemala, at the beginning of their journey northward, and half in shelters just south of the U.S.-Mexico border.

We found that migrants depend heavily on Facebook and WhatsApp for guidance about how to get to the U.S. Many said they used the apps to communicate with other migrants or with social service organizations in receiving communities. Others had used the platforms to connect with "coyotes," or smugglers who help undocumented migrants travel to the U.S. But many migrants also embraced false claims made online, like the belief that the borders are open now that the Covid pandemic had eased, or that pregnant women are allowed to enter the U.S. without documentation. Others expressed a general sense that migration is "easier" now—a sentiment not supported by official statistics or other measures.

TTP analysts were often able to identify the origins of these rumors in the Facebook pages, WhatsApp groups, and other social media migrants told interviewers they relied on for information. On Facebook and WhatsApp, TTP found dozens of false and misleading posts about changes to immigration policy, special rules for parents and pregnant women, or favorable conditions along the migration route.

Migrants are often victims of fraud (https://www.nytimes.com/2018/05/03/nyregion/immigrants-lawyers-defrauded-deportation.html), violent crimes (https://apnews.com/article/shootings-el-paso-texas-mass-shooting-us-news-ap-top-news-immigration-456c0154218a4d378e2fb36cd40b709d), unsafe conditions (https://www.nytimes.com/2019/02/27/us/immigrant-children-sexual-abuse.html), and sexual exploitation (https://vawnet.org/sc/sexual-violence-during-process-immigration) while traveling in their destination countries, and there's growing awareness that misinformation can increase their exposure to these threats. In 2020, for example, Human Rights First documented (https://www.humanrightsfirst.org/sites/default/files/PubliclyReportedMPPAttacks12.15.2020FINAL.pdf) the case of a Honduran asylum seeker who was sexually assaulted in Mexico after responding to an ad for a housekeeper on Facebook.

The recent discovery of a truck carrying the bodies of 46 dead migrants (https://www.reuters.com/world/us/twenty-people-found-dead-truck-san-antonio-local-media-report-2022-06-28/) in San Antonio underscores how important it is that migrants have access to reliable information in order to make safe, informed decisions about their journey.

Our interviews with migrants and review of social media data show that the platforms—especially Facebook—are failing to protect some of the most vulnerable people in the world from misinformation that could defraud them, lead to deportation, or put their lives at risk.

Specifically, the study found that:

- 

Cuba AR_001691

- Most participants in the survey relied on online sources for information about their journey or conditions in the U.S. Nearly all traveled with a smartphone or tablet.
- Almost 70% of migrants say they regularly get information from Facebook, more than any source other than word-of-mouth.
- Nearly a quarter of respondents said they used WhatsApp, the messaging app owned by Facebook parent company Meta.
- Respondents told our interviewers that Facebook and WhatsApp had connected them with fraudsters who stole their money, abandoned them in unsafe conditions, or gave them bad information.
- Many migrants told TTP interviewers they had heard misinformation about the ease of travel to the U.S. or special rules that would allow them to enter without documentation.
- A review of social media groups and pages identified by migrants showed an abundance of misinformation. TTP's analysis found dubious offers of coyote or legal services, false claims about conditions along the route, misinformation about points of entry at which officials waive the rules, and baseless rumors about changes to immigration law.
- Despite this, Facebook remained popular among migrants. When asked which source of information they trusted the most, word of mouth came first. But Facebook was a close second, with nearly a third of respondents saying they trusted the platform.
- Human rights NGOs along the U.S.-Mexico border appear to use the tech platforms to reach migrants to mitigate the effects of misinformation.
- Still, many migrants never receive that help, and must navigate online fraud and misinformation on their own. More than a dozen respondents had stories of being defrauded by coyotes or other individuals seeking to exploit migrants.
- Many respondents expressed frustration about the prevalence of misinformation targeting migrants. "I don't trust anything" was a common refrain.

For this survey, TTP interviewers asked migrants about how they accessed information, the sources they used and trusted the most, and how rumors or misinformation had affected their lives. The interviewers also asked migrants to name specific social media accounts, pages, or groups that they followed. Analysts joined and followed these online sources and reviewed their contents to get a deeper understanding of the information environment surrounding U.S.-bound migrants. The surveys were conducted in Spanish or in Mayan dialects, and the responses quoted in this report have been translated for an English-speaking audience.

This was not a scientific survey and the participants were not necessarily a representative sample of everyone who travels to the U.S. The survey was not intended to gauge whether social media causes more or less migration. But participants' stories carry useful lessons about the promises and pitfalls of tech platforms for some of the world's most vulnerable people.

This report is the first of a series by TTP that will explore how information online affects the lived experience of migrants in the real world. In the coming weeks, TTP will take you inside social media through the eyes of a migrant traveling toward the U.S. We'll also look at how misinformation in receiving communities affects attitudes toward migrants in Mexico and the United States.

**Connected and Tech-Savvy**

Nearly all of the migrants who spoke to TTP interviewers carried a smartphone or tablet, and regularly used it to access the internet. Smartphones serve as a lifeline for migrants who make long journeys across unfamiliar and often dangerous terrain.

"We all carry a phone so that we are connected in case something bad happens on the road or someone gets lost," one migrant said.

Cuba AR_001692



More than three quarters of respondents told interviewers that they regularly received information from a platform owned by Meta: Facebook, WhatsApp, or Instagram. A handful of migrants also told us that they relied on YouTube, Twitter, or TikTok.

These results transcend age. Survey respondents varied in age from 12 to 58, and we found that older participants were just as likely to carry smartphones and get information from social media as younger ones.

Online social networks appear to connect with real-world social ties. Many respondents told us that they learned about online spaces for migrants through word of mouth and that they have recommended specific social media accounts to other people.

Migrants depend on tech platforms to communicate with their traveling companions, connect with legal and social services, and locate coyotes who can help them cross the border:

> "I found the person who will help me cross the border and enter the United States through a Facebook page."

> "There was a WhatsApp group. … They informed us about the conditions for crossing the border in each country."

> "I discovered this WhatsApp group while in Tapachula. One of the administrators registered me and on that platform they share all kinds of information about both the caravan and the people who provide their services to cross the border."

Cuba AR_001693

12/19/22, 4:55 PM
Inside the World of Misinformation Targeting Migrants on Social Media | TechTransparency Project
Case 6:23-cv-00007 Document 92-7 Filed on 03/24/23 in TXSD Page 123 of 174



Several migrants told interviewers that they had connected with coyotes online. Offers of passage to the U.S. abound (https://www.techtransparencyproject.org/articles/facebook-teems-human-smugglers-luring-migrants) on Facebook (https://www.techtransparencyproject.org/articles/spot-check-facebook-still-haven-human-smuggling). Coyotes advertise directly to migrant-focused Facebook or WhatsApp groups, or in local buy-sell groups, where ads for migration help mingle with postings about motorcycles and used furniture.



Cuba AR_001694

The same content often appears across multiple groups and platforms, like this ad offering a faster trip to the U.S. posted to caravan groups on both Facebook and WhatsApp:



In migrant groups, coyotes often respond to questions about conditions at the border or the status of U.S. immigration law with offers of fake documents or transportation.

Cuba AR_001695



Not all of these advertisements are scams. The services they offer may be illegal, but some of the coyotes or forgers on Facebook likely do provide what they promise. But, as many survey respondents told TTP, people selling coyote services are often fraudsters.

Take the Facebook account for "Alejandra Utis," which advertises coyote services using a profile picture stolen from a travel blogger named Mariel Galán. The ads use stock photos for leisure travel to avoid detection, but make references to the American dream and the amount of time that travelers will be required to walk—revealing that "Alejandra" isn't advertising vacations.

Cuba AR_001696



In another likely scam, a post promoting a widely advertised and since-deleted document-forging account used the logos of Mexican government agencies, in a move seemingly intended to trick migrants seeking government assistance into paying the forger instead.



**Meta Dominates**

More than half of respondents said that they used Facebook or WhatsApp to get information about conditions on their route or in the U.S. After word-of-mouth communication, Facebook was the second most frequent answer to the question, "Which source of information do you trust the most?"

Cuba AR_001697



Migrants told interviewers that information posted on Facebook was "the most real" and that it reflected the experiences of people who had migrated to the U.S. WhatsApp was also popular with migrants because they perceive it as direct communication with people who have personal knowledge about migrating to the U.S.

But the popularity of these platforms also makes them targets for scammers seeking to defraud migrants by infiltrating group accounts. Our interviewers heard numerous stories of migrants who had been deceived by someone they met on Facebook or WhatsApp:

> *"People publish information in Facebook groups that isn't real—they only want to scam people. In August I consulted with someone through a Facebook account, and all of the information that they sent tried to deceive me, nothing more."*

> *"In one of the WhatsApp groups they lied about the ways to travel to the U.S. The things they said weren't true—they just wanted to swindle us or use us as a means of transporting drugs. This happened to a family a month ago. They followed that information and they disappeared. There are rumors that they were kidnapped by drug traffickers but we don't know where they are."*

> *"In the WhatsApp group they don't only share information about the caravan. There are also scammers who indicate that they can help us cross the border but only aim to steal our money."*

> *"Previously I traveled alone and I relied on a Facebook account for support, but they cheated me."*

> *"On Facebook, they promote trips [but] when I looked into it, all of the information they gave me was false."*

Other respondents named specific Facebook accounts that they said had promised safe passage to the U.S., only to take their money and turn them in to immigration authorities.

Facebook and WhatsApp are also rife with misinformation about the ease of travel to or entry into the U.S. In the pages and groups that survey respondents said they followed, TTP found false and misleading posts about points of entry into the U.S. where the authorities decline to deport undocumented migrants, special rules exempting pregnant women or migrants with children, or favorable environmental conditions along popular routes.

It is unclear whether these posts reflect intentional disinformation or simply unwitting misunderstandings, but the effect of these messages— a widespread belief that entry to the U.S. is easier than it is—is the same.

Cuba AR_001698

In a recent post in a Facebook group for migrants attempting to cross the Rio Grande at Eagle Pass in central Texas, an administrator posted a photo taken from an angle that makes it appear as if the riverbed is completely dry. The same image appeared in a WhatsApp group. In fact, historical data (https://waterdata.usgs.gov/monitoring-location/08458000/#parameterCode=00065&startDT=2022-06-01&endDT=2022-06-08) from the U.S. Geological Survey shows water levels nearing three feet deep on the day of the post and during the week prior.

One respondent said that the photo was "purely a lie." The previous week, authorities recovered the bodies (https://www.youtube.com/watch?v=NV2ZsUH6eEo) of three drowned migrants near the same location.



Some of the false information posted online about environmental conditions appeared to influence survey respondents' decision-making about their own migration attempts. One respondent said that they had been told that it would be easy to cross the desert this spring. Nine other respondents told TTP interviewers that they had decided to migrate now because they heard that it was currently "easier" to travel to or enter the U.S.

Misunderstandings about changes to U.S. immigration law can also contribute to misinformation. On WhatsApp, a cropped image of a news story about Texas Gov. Greg Abbott's immigration policies created the false impression that Texas was no longer deporting migrants.

On Facebook, a poster was told that they would be allowed to enter the U.S. with their children during May and June because Title 42, a policy of immediately expelling migrants on public health grounds first invoked by the Trump administration at the start of the coronavirus pandemic, was set to be repealed.

Cuba AR_001699



The legal machinations surrounding Title 42 are a particularly potent source of confusion and misinformation. The policy, which led to the immediate deportation of most asylum applicants, was originally scheduled to sunset on May 23, leading many migrants to falsely believe that the borders would be opened on that date.



One migrant told a TTP interviewer that it was the best time to migrate "because the borders were opened after Covid." In reality, terminating Title 42 would only change how asylum petitions are processed by allowing for processing and detention in the U.S. (https://www.texastribune.org/2022/04/29/immigration-title-42-biden/). (Title 42 remains in place after a federal judge blocked (https://www.texastribune.org/2022/05/20/title-42-border-judge-ruling-migrants/) the Biden administration from lifting the regulation.)

Misinformation circulating on these platforms often suggested that immigration rules did not apply at certain border crossings. In one exchange in a WhatsApp group, a migrant asked about border crossings where immigration authorities are not enforcing regulations, and was told to go to Ciudad Acuña, a city near an international bridge to Del Rio, Texas.

Cuba AR_001700

U.S. officials have deported (https://www.wola.org/analysis/at-the-busiest-part-of-the-u-s-mexico-border-wola-finds-vulnerable-people-unmet-protection-needs-and-a-wasteful-security-buildup/) or detained (https://www.texastribune.org/2022/04/04/texas-border-operation-imprisons-thousands-accused-only-of-trespassing/) thousands of migrants who crossed into Texas from Acuña within the past year.



Another common rumor held that more lenient rules applied to pregnant women or families with young children. One migrant told a TTP interviewer that they had heard that "they would let you pass" if you were traveling with children. Another said she had chosen to migrate at that time because she was pregnant and wanted to take advantage of "suddenly being allowed to enter the United States."

Another migrant said that her coyote told her that mothers with children would be allowed to pass, and that trusting this information led to her deportation.

On Facebook, migrants asked for clarification or reassurance about these rumors. Respondents told these posters that pregnant women would be allowed to enter depending on how advanced the pregnancy was. In reality, no such contingency applies. In fact, immigration officials have allegedly worked to (https://www.nytimes.com/2020/11/27/us/border-mexico-pregnant-women.html) prevent (https://www.npr.org/2020/02/23/808536155/pregnant-asylum-seekers-barred-from-u-s-entry-for-court-hearings) pregnant asylum seekers from being present in the U.S. when they gave birth.

Cuba AR_001701



To be sure, migrants and their advocates also use tech platforms to dispel misinformation and raise awareness of helpful resources. HIAS Mexico, a branch of the international aid NGO Hebrew Immigrant Aid Society, frequently runs Facebook posts urging migrants to avoid common scams and rumors, including misinformation surrounding pregnancy exceptions.



Several migrants in shelters along the U.S.-Mexico border told our interviewers they had used Facebook to connect with reputable NGOs or government agencies that assist migrants attempting to navigate complex immigration laws:

Cuba AR_001702

> *"The Facebook page [for the transnational NGO] Al Otro Lado provides information about topics related to political asylum and Title 42."*

> *"I found the [Facebook] page for HIAS Mexico, which provides legal services to people under the MPP program, through others in the shelter and decided to follow it."*

> *"I follow the Facebook page of the Human Rights Directorate of the Ciudad Juarez Migrant Assistance Office because they are handling my political asylum case."*

Migrants who cited these Facebook accounts told interviewers that shelter employees or NGO workers referred them to the pages. They were fortunate: Migrants who had not yet connected with social welfare organizations were often forced to rely on anonymous internet posts, unscrupulous coyotes, or unfounded rumors, sometimes with devastating consequences.

### The dire consequences of misinformation

For migrants making the precarious journey to the United States, acting on misinformation had devastating consequences. Participants in this study told interviewers harrowing stories of being deported, abandoned in dangerous terrain, or robbed of their life savings. One migrant at a shelter near the U.S.-Mexico border told an interviewer, "In the shelter you can see many cases of people who in one way or another were deceived and abandoned along the journey."

> *"Because of the false information I received from the coyote, I was deported. They deceived me by telling me that they were letting mothers with children pass [through the border], but it wasn't true."*

> *"There are coyotes who don't hold up their end of the bargain. They scam people. [Migrants] suffer along the way, because they have to walk in dangerous areas for many days and some get lost."*

> *"My husband managed to raise enough money to pay a coyote to cross the border, but unfortunately I was deceived and they just left me to my fate."*

Many migrants expressed frustration that it was impossible to discern fact from misinformation online. One respondent told an interviewer that "everyone lies or manipulates information." But many also told us they feel that they have no choice but to trust what they read and hear.

"We are not safe anywhere … but we go with faith that we will arrive safely," one migrant said.

"I believe in what people say and whoever leads us. I have nothing else to believe in."

---

Tech Transparency Project is a research initiative of Campaign for Accountability, a 501(c)(3) non-profit, nonpartisan watchdog organization that uses research, litigation and aggressive communications to expose how decisions made behind the doors of corporate boardrooms and government offices impact Americans' lives.

Cuba AR_001703

Case 6:23-cv-00007   Document 92-7   Filed on 03/24/23 in TXSD   Page 133 of 174

**Donate Today (https://secure.donationpay.org/campaignforaccountability/)**

Cuba AR_001704

# As Cubans demand freedom, President Díaz-Canel says he will not tolerate 'illegitimate' protests

**Nora Gámez Torres, Miami Herald** on Oct 3, 2022

Published in News & Features

## Subscribe

Your email is safe with us. Privacy Policy



As residents in Havana and other cities continue demonstrating against the government and its response to Hurricane Ian, security forces have beaten and arrested some protesters, and Cuba's handpicked president, Miguel Díaz-Canel, warned the population that "counterrevolutionary" behavior like blocking the streets will be punished.

Since the storm slammed into the westernmost past of the island, Cubans around the capital and other cities have taken to the streets marching, banging pots and pans, blocking roads and demanding the government restore basic services like electricity and water. Ian damaged the already crippled electrical grid and caused the entire country to go dark on Sept. 27.

Many demonstrators have also been demanding political liberties, chanting "Freedom!"

Díaz-Canel broke his silence about the situation Sunday and called the protests "indecent" and "illegitimate" during a visit to the western province of Pinar del Río, where three people died and several lost their homes during the storm.

"Unfortunately, there is a group of people who, in a very vulgar way, I would say in an indecent way, regardless of the problems they have, make demands from a position of total misunderstanding, challenging and offending the very people who are in charge of solving their problems," Díaz-Canel said.

"We cannot allow that. Demonstrations of this type have no legitimacy," he added, before calling the protesters' actions "counterrevolutionary" and claiming that demonstrators are being financed from abroad.

He also warned that those who commit "vandalism" like blocking the streets or throwing stones "will be met with the rigors of the law."

After the government shut down the internet Thursday and Friday night, images of state repression started to circulate during the weekend. The videos show what witnesses described as recruits in the military service and plain-clothes Interior Ministry officers armed with sticks threatening demonstrators and arresting some during a protest in Playa in Havana.

Cuban independent outlet 14ymedio also reported that recruits and plain-clothed state security and police officers beat and arrested peaceful demonstrators in the Havana neighborhood of El Vedado who had blocked the main Línea Avenue and were chanting for freedom Saturday night.

Videos taken by a witness to the protest and shared with the Miami Herald show the moment two military trucks arrived at the site carrying the officers. Other videos published on social media show the moment the crowd yelled "marionetas" — puppets — at government officials who showed up in hopes of dissipating the demonstration. The Associated Press caught the violence that ensued later that evening on camera.

Justicia 11J, a group that tracks detentions of activists in Cuba, said they had confirmed at least 20 arrests during the Saturday evening demonstrations in Havana and Baracoa, a city in the eastern province of Guantánamo. One of the detainees in El Vedado, José Adalberto Fernández Cañizares, received medical treatment in the nearby Calixto García hospital before being transferred to a detention center, Justicia 11J said on Twitter.

"They started beating even minors, 15-, 16-year-old adolescents. The repression was brutal," said Adrián Cruz, an activist known as Tata Poet, who was among those arrested in El Vedado. He was later released and shared his account on Facebook.

He said security forces beat a young man so hard that they "disfigured his face." His girlfriend, activist and circus performer Rosmery Almeda, is still under detention, he said.

On Monday, the U.S. Embassy in Havana urged Cuban authorities "to respect the right of the Cuban people to protest without repression or arrests and to allow unrestricted use of the Internet."

"We stand in solidarity with the Cuban people affected by Hurricane Ian and who are expressing themselves in a peaceful protest," the embassy said in a tweet in Spanish.

_____

*©2022 Miami Herald. Visit miamiherald.com. Distributed by Tribune Content Agency, LLC.*

https://www.miamiherald.com/news/nation-world/world/americas/cuba/article266767916.html



DATA & SOCIETY

# Migrant aid groups stretched thin as city officials seek federal help for expected wave

 by **Raquel Torres**
April 27, 2022



Fermina Brizo Pavón sorts through clothes while her children, Angel and Valeria Mejia Brizo, play together at a downtown shelter on Thursday. Pavón and her husband were granted asylum in the United States after living near the border in Mexico for a year. Credit: Nick Wagner / San Antonio Report

While the immediate fate of Title 42 is unclear, those assisting migrants passing through San Antonio say the flow is already increasing.

As nonprofits work to offer shelter and guidance, Mayor Ron Nirenberg has requested additional federal aid to handle the massive flow expected with the end of Title 42.

Cuba AR_001708

12/19/22, 4:33 PM
Case 6:23-cv-00007    Document 92-7    Filed on 03/24/23 in TXSD    Page 138 of 174
Migrant aid groups stretched thin, city officials seek federal help



In the past two weeks alone, more than 8,000 migrants have arrived in San Antonio, according to the city's Human Services department. Almost three-quarters arrived at the airport, the rest at bus stations; some arrive without plans for where to go or what to do next.

Last month, Nirenberg wrote a letter to the Department of Homeland Security (DHS) requesting "immediate action to increase funding for humanitarian infrastructure and resources."

The letter was **obtained by CNN**; Nirenberg's office declined to immediately provide a copy to the San Antonio Report and said CNN did not receive the letter from the mayor's office.

Nirenberg said in a statement that his office is in regular communication with federal officials.

"There might be some who are eager to politicize a change in federal policy," he wrote. "But in San Antonio, we just want to ensure that the migrants passing through our city are treated as humanely as possible, while guaranteeing that our local partners and resources are not stretched beyond their limits."

It's unclear if or how DHS responded to the mayor's letter.

"DHS values the partnership of communities along the southwest border and their feedback as we work together," officials wrote in a statement to the Report. "They are critical to ensuring we can enforce our immigration laws and process asylum claims in a safe, orderly and humane manner."

Meanwhile, on the ground in San Antonio, nonprofit and religious organizations are working to address the needs of the thousands of migrants passing through the city. Leaders say they have sufficient resources — for now.



A migrant uses his phone at a downtown shelter organized by Corazón San Antonio on Thursday. Credit: Nick Wagner / San Antonio Report

Catholic Charities of San Antonio, the **Interfaith Welcome Coalition** and **Corazón San Antonio** are working together to assist migrants in getting transportation to the airport, getting hotel rooms, getting overnight shelter, food from the **San Antonio Food Bank** and other necessities, such as children's clothing.

Cuba AR_001709



"How do we prepare and provide services to so many people coming? That's what keeps me awake at night," he said.

Fernandez said he fears aid groups' resources will be overwhelmed when — or if — Title 42 ends.

"Resources are always going to be a huge issue. Housing is a big issue. We need places to put the people. … At the end of the day, if we have Title 42 [ending], I don't know if anyone knows where we're going to be able to put people," said Fernandez.

The Interfaith Welcome Coalition needs volunteers, said Coordinating Director Victoria Salas. The coalition works to help migrants get from bus stations into either a hotel with Catholic Charities, or to Corazón San Antonio's center at Travis Park United Methodist Church.

Corazón's migrant center reopened just three weeks ago after being closed during the pandemic and because of the Remain-in-Mexico order, said Gavin Rogers, executive director of the nonprofit and associate pastor at Travis Park Church.

In 2019, Corazón served 23,000 people, Rogers said, and the center is on track to see more migrants now than it did in 2019. Most are coming from Honduras, Guatemala, El Salvador, Nicaragua, as well as Venezuela, Cuba, Haiti and Mexico, he said.

Olbin Funez and his family of four were among those seeking shelter at the center on Thursday. He and his family escaped Honduras in 2018 and fled to Mexico due to threats of gang violence. The family never planned to leave the country, Funez said, but even after relocating to different states within Honduras and even fleeing to Mexico, it was impossible to escape the gang violence of their home country.

"There were four of us brothers, and because we didn't want to work with [the gangs], they decided to kill us, and because they couldn't … it was more dangerous," Funez said.

In Mexico, Funez found a **humanitarian aid group, Al Otro Lado**, which offers legal resources to migrants. The family signed up for help getting into the U.S.

After waiting a full year, the family received permission to enter the country through Eagle Pass. They were only spending a few hours in San Antonio before leaving for California by bus Friday morning.



Valeria Mejia Brizo, 3, tucks her stuffed toys into bed at a downtown shelter on Thursday. Valeria, her brother and parents were granted asylum in the United States after living near the border in Mexico for a year. Credit: Nick Wagner / San Antonio Report

Cuba AR_001710



"Being over here... I feel that I can sleep peacefully, get around peacefully, without the fear of anything," said I'uñez in Spanish. "This is one [story] of many and worse you'll hear. Independently, everyone fights a battle."

According to the **Migration Policy Institute**, since its implementation in March 2020, 1.7 million immigrants have been denied asylum through February 2022. Since January 2021, more than half of migrant encounters at the border have led to expulsions, allowing some to seek asylum.

Rogers said that despite city concerns about how to care for the wave of migrants expected to flow across the border, he believes the resources are plenty, if the will can be found.

"If we actually share and team up in communities ... not just in San Antonio. If Houston steps up, if Austin steps up, if this nation steps up, we will have plenty of resources to serve those in need," said **Rogers**.

---

**MORE FROM SAN ANTONIO REPORT**

**Texas voters think state leaders ignore most important issues, poll finds**
by **Patrick Svitek, The Texas Tribune**

**160 people died in San Antonio while unhoused in 2022 — more than double last year**
by **Iris Dimmick**

**San Antonio's week in photos, Dec. 11-17**
by **Bria Woods**

© 2022 Nonprofit journalism for an informed community.

Proudly powered by Newspack by Automattic

**UNHCR** The UN Refugee Agency

FACT SHEET

# AMERICAS

August 2022

**One in five people** of concern to UNHCR lives in the Americas. The complexity of **mixed movements** has increased. Refugees and migrants continue to face protection risks along displacement routes.

UNHCR is further strengthening its catalytic role in mobilizing a wide range of stakeholders, including **development banks** to collaborate in different displacement situations.

In the Americas, UNHCR prioritizes **protection interventions, humanitarian aid** as well as **long-term solutions, including integration.**

## REVISED PROJECTION OF POPULATION OF CONCERN IN 2022

20.6 million people of concern | 17.9% of global total



| | |
|---|---|
| Refugees | 1.3 M |
| Asylum-seekers | 2.8M |
| IDPs | 7.2M |
| Returned refugees and IDPs | 100 |
| Stateless persons | 345 |
| Others of concern | 4.0 M |
| Venezuelans displaced abroad | 5.3 M |

## FUNDING (AS OF 9 AUGUST 2022)

# USD 779.6 million

requested for the Americas in 2022



Funded 35%
**270.9 million**

Unfunded 65%
**508.7 million**

## UNHCR PRESENCE

**Staff:**

1,942 National Staff

509 International Staff

60,47% Women and 39,53% Men

**Offices:**

1 Regional Bureau in Panama

3 Multi-Country Offices in Argentina, Panama and US

11 Country Offices

1 Country Mission in Dominican Republic

5 National Offices

22 Field Offices

10 Sub Offices

46 Field Units



Panama. Refugees and migrants brave hazardous jungles of Darien Gap on their way north © UNHCR/ Nicolo Filippo Rosso



# Operational context

The **Americas** region is facing a forced displacement crisis that is unprecedented both in its complexity and scale. By August 2022, around 18 per cent of the population that UNHCR serves worldwide, or over 20.6 million people, are projected to be displaced in the region by the end of 2022.

The exodus from the Bolivarian Republic of **Venezuela** remains one of the largest external displacement crises globally with over 6.1 million refugees and migrants, out of which over 80 per cent are hosted in countries in Latin America and the Caribbean.
The volume and complexity of the mixed population movements across Latin America and the Caribbean have increased, involving people of various nationalities, many of whom had previously achieved a certain level of stability in countries in South America.

By the end of 2021, over 100,000 Haitians, who had been previously residing mainly in Chile and Brazil, and some 66,588 Cubans, had crossed the Darien Gap between Colombia and Panama and moved across Central America, undertaking perilous journeys with the objective of reaching the US. So far this year, over 71,000 people, mostly Venezuelans, have taken the same dangerous route.

Other persons we serve include around 7.2 million IDPs in **Colombia, El Salvador and Honduras**, sand some 175,000 refugees and asylum seekers from **Nicaragua** in Central America.

The COVID-19 pandemic intensified deep-rooted inequalities in the region, dealing a disproportionate blow to displaced populations.

# Coordination and Partnerships

- Prioritisation of life-saving assistance goes hand in hand with efforts to find long-term solutions by fostering cooperation with a wide array of actors, such as local authorities and the private sector, including to provide livelihood opportunities and promote inclusion into national systems.

- UNHCR also partners with beneficiaries, the public sector, NGOs and civil society organizations in their operations across the Americas, contributing to the whole-of-society approach in the refugee response, and in line with the UN Global Compact on Refugees.

- UNHCR co-leads with IOM the interagency response to the situation of the Refugees and Migrants from Venezuela to implement the Regional Refugee and Migrant Response Plan across 17 countries. Both agencies also provide technical support to Governmental coordination in the Quito Process—an initiative including several **Latin American countries** that seeks to harmonize domestic policies in receiving countries.

- On 3 December 2021, UNHCR signed a memorandum of understanding with the Inter-American Development Bank (IDB) and launched a new 3-year project with the World Bank (WB) to produce regularly  statistics about the IDP population in Honduras, with funds from the World Bank-UNHCR Joint Data Centre on Forced Displacement. In 2022, UNHCR is strengthening its collaboration with the international banks.

- In **Central America and Mexico**, UNHCR supports the implementation of national plans under the Regional Comprehensive Protection and Solutions Framework for Central America and Mexico (MIRPS). In addition, the agency works with the Organization of



American States (OAS) to expand the MIRPS Support Platform. Member states have reaffirmed their political commitment through the revision of the plans and Support Platform members (led by Canada as current Chair) have increased their support through technical, material and financial assistance.

■ Since 2019, UNHCR works within the framework of the Humanitarian Response Plan (HRP) for people who spontaneously returned to **Venezuela**, IDPs, persons at risk of displacement, refugees, asylum-seekers, and persons at risk of statelessness who require humanitarian assistance and protection safeguards.

■ Since 2021, UNHCR works with other UN agencies, actors and stakeholders within the framework of the Humanitarian Response Plan (HRP) for people with protection needs in El Salvador, Guatemala and Honduras. The UN estimates that 8.3 million people across the three countries require humanitarian assistance, compared to the 5.2 million in early 2020. UNHCR also contributes to inter-agency structures and UN Bodies and Regional Fora for joint responses, monitoring and advocacy, and investment in national and regional protection networks.

■ UNHCR in the Americas works in Spanish, Portuguese, French and English with over 275 partnership agreements, including local and international NGOs, governments and other partners. 70% of partner agreements in the Americas are with local NGOs.

# Strategy

| Protect | **Assert the centrality of protection in response to displacement** |
|---|---|
| | ■ UNHCR works with States to strengthen **asylum capacities and digitalize its systems** and promote protection-sensitive alternative arrangements through training and capacity-building of government officials. |
| | ■ UNHCR supports States in terms of assistance to persons with specific needs, **registration,** and links with the national protection services, which also help UNHCR identify and assist the most vulnerable. |
| | ■ Investing in **protection monitoring**, evidence-based programming and analysis is at the core of regional strategies oriented by age, gender, and diversity considerations, ensuring protection from exploitation and abuse. |
| | ■ Through a strengthened network of **support spaces**, the provision of information and orientation, identification and secure reference, helps to prevent displacement. |
| Assist | **Ensure operational response capacities and life-saving aid for the most vulnerable during emergencies** |
| | ■ Across the region, UNHCR responds to the **immediate needs** of increasing numbers of persons that UNHCR serves. Because of the prolonged COVID-19 pandemic, rising poverty and inequality triggered unprecedented levels of need for **basic relief items, emergency shelter, food, safe water, and sanitation supplies.** |
| | ■ **Cash assistance** has proven the preferred option for refugees and other people forced to flee to meet basic needs such as food, rent or medicines. |
| | ■ As severe **climate events** further aggravate the situation of displaced populations and communities at risk of displacement, UNHCR responds with **emergency relief items** to support authorities' response to these situations. |
| Empower | **Empower communities and achieve gender equality** |
| | ■ To prevent displacement, mitigate protection risks and build on the resilience of affected communities, operations will prioritise **community-centred interventions**, including supporting volunteer networks in prioritised communities. UNHCR promotes communication and integration, |



identification, and referral of cases with specific needs, as well as enhanced access to information and complaint mechanisms.

■ UNHCR will boost feedback and complaint mechanisms across the region, allowing for **constant communication with the affected population and** strengthening two-way communication, to ensure the response adapts to their needs, particularly in increasingly risky environments such as borders.

**Solve**

**Include persons we serve in national/local services with development support**

■ Through a whole-of-society approach, UNHCR fosters **partnerships to mobilise support** for the inclusion of refugees and asylum-seekers in national systems and the labour market.

■ UNHCR actively advocates for enhanced national efforts to provide **regular stay** (such as temporary or permanent schemes, professional or work-related permits, education programmes…) allowing for full enjoyment of rights and integration.

# Climate-induced risks

One of the greatest threats of our time is climate change. Hurricanes, storms, floods and droughts will continue to disproportionately affect the region and lead to further displacement. The impacts exacerbate existing inequalities between men and women and affect access to resources in areas vulnerable to droughts and floods. For this reason, UNHCR will move forward with the formulation and implementation of its regional climate action plan in collaboration with operational departments and in line with UNHCR's Strategic Framework for Climate Action.

Priority areas in this regard include providing legal and policy guidance and support, conducting evidence-based advocacy in the context of climate change and disaster-induced displacement. Increased resilience and protection of the most vulnerable and their hosts to climate change impacts will be promoted. To this end, mitigation of climate risks and adaptation of mechanisms for operational response to displacement in the context of climate change will be undertaken. In addition, UNHCR's efforts to reduce its own environmental footprint will be increased.

To support an evidence-based operational engagement and response to forced displacement associated with climate change and natural hazards, as well as to advance on the implementation of UNHCR Strategic Framework for Climate Action, the Regional Bureau for the Americas is currently working with the University of Peace and the Latin American Observatory on Human Mobility, Climate Change and Disaster to conduct a research to assess the impact of climate change on displacement within and across El Salvador and Honduras.



# Timely funding

In **2022**, UNHCR in the Americas requires $779.6 million to respond to the needs of millions of refugees and others seeking safety and dignified lives. **Timely funding** is urgent to ensure the continuity **of life-saving activities** in the region: unrestricted **cash assistance**; distribution of **core and hygiene items**; provision of **emergency shelter** in border areas and for those facing evictions, and support to States for **regularisation** and documentation.

UNHCR's humanitarian and longer-term response in the Americas is made possible thanks to the **generous support** of major donors who have contributed unrestricted funding to UNHCR's global operations, and to donors who have generously contributed directly to UNHCR operations in the Americas.

Thanks to **all our donors in 2022** (as of 9 August)

**Argentina | Belgium | Brazil | Canada | CERF | Cyprus | Colombia | Denmark | European Union | France | Germany | Guyana | Ireland | Italy | Japan | Luxembourg | Mexico | Norway | Netherlands | Qatar | Republic of Korea | Spain | Sweden | Switzerland | International Organization for Migration | Migration MPTF | Qatar | United Kingdom | UN Children Fund | UN Peacebuilding Fund |UN Programme On HIV/AIDS | United States of America |UNESCO |UN Women**

And to our **private donors:**

**CIE Automotive S.A|Howard G. Buffet Foundation | International Olympic Committee | Fundacion ACNUR Comite Argentino | Latter-day Saints Charities |The L'Oreal Foundation | Private donors Australia | Private donors Brazil | Private donors France | Private donors Germany |Private donors Italy| Private donors Japan | Private donors Mexico| Private donors Republic of Korea | Private donors Spain | Private donors USA | Swedish Postcode Lottery | UNO-Fluechtlingshilfe| USA for UNHCR**



THE AMERICAS
# UNHCR Presence | 2022
Information as of 11 Aug 2022



UNHCR Regional Office
UNHCR Multi-Country Office
UNHCR Regional Hub
UNHCR Country Office
UNHCR Liaison Office
UNHCR National Office
UNHCR Sub-Office
UNHCR Field Office
UNHCR Field Unit

200km

The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.

Cuba AR_001717



## External / Donor Relations

**CONTACTS**
**Sonia Giannone**, Senior Donor Relations Officer, Regional Bureau Americas
giannone@unhcr.org

**Carla Calvo**, Reporting Officer, Regional Bureau Americas
calvoc@unhcr.org

## Communications

**William Spindler,** Senior External Engagement Coordinator
spindler@unhcr.org

**Jenny Barchfield**, English Editor, Regional Bureau Americas,
barchfie@unhcr.org

**Sibylla Brodzinsky,** Regional Comm/Public Information Officer, Panama Regional Bureau Americas
brodzins@unhcr.org

**LINKS**
Americas | Global Focus
Data Portal
Acnur/Unhcr Américas (@ACNURamericas) / Twitter

Case 6:23-cv-00007    Document 92-7    Filed on 03/24/23 in TXSD    Page 148 of 174





Advocacy for Human Rights in the Americas

ENGLISH    ESPAÑOL (SPANISH)

*AP Photo/Ramon Espinosa*

✏ **16 DEC 2022 | COMMENTARY**

## U.S.-Cuba Relations: The Old, the New and What Should Come Next

*by Mariakarla Nodarse Venancio*

In 2022, the Biden administration finally took steps that can lay the groundwork for future movement on U.S.-Cuba relations. Since May, the Biden administration has reversed some Trump-era policies on Cuba −including resuming flights as well as facilitating family reunification and remittances− and restored engagement on select issues, particularly migration. What is yet to happen, however, is the enactment of a robust policy of engagement and the implementation of measures that can foster sustainable change in the island.

It has been a difficult year in Cuba, with a worsening humanitarian crisis prompting mass migration, natural disasters that have further damaged Cuba's infrastructure, repression against protesters, at least 670 people still being held in prison following the July 11, 2021 mass protests whose due process guarantees and other rights have been violated, and legal reforms that further prevent Cubans from challenging authorities and their policies.

As Biden moves into the third year of his presidency, there are key policy changes that should be adopted to truly support people in Cuba in the short term and move closer to restoring engagement. These include: fully implementing the policy changes announced in May, expeditiously removing Cuba from the list of State Sponsors of Terrorism, robustly expanding support to Cuba's private sector and entrepreneurs, and implementing existing policies to manage and ensure safe and orderly migration for Cubans.

*Biden administration starts to roll back Trump-era policies*

1. **Expansion of authorized travel**

On May 15, 2022, as part of its new set of policies towards Cuba, the Biden administration authorized scheduled and charter flights between the United States and locations beyond Havana. It also reinstated group people-to-people and other categories of educational travel, as well as certain travel related to professional meetings and professional research. This change was important to facilitate family reunions and strengthen ties between the two countries. To date, American Airlines has the largest offer of flights to the island, operating 84 weekly flights to six cities. Other carriers offering weekly flights between the United States and Havana include Southwest, Jet Blue, and United Airlines, while Delta will resume flights to Havana starting in April 2023.

*What is pending?*

The U.S. should fully reinstate the General License for Professional Meetings to also include public performances, clinics, workshops, competitions, and exhibitions. Providing additional legal avenues for travel to Cuba is essential to supporting private Cuban businesses, Cuban civil society, and everyday Cubans economically and it provides the opportunity for Cubans and Americans to increase professional and personal relationships.

Cuba AR_001719

2. **Eased restrictions on remittances**

In May 2022, the Biden administration also removed the $1,000 limit on family remittances allowed per quarter per sender-receiver pair and authorized donative (non-family) money transfers. Allowing remittances to go to non-family members could expand their use for entrepreneurs and for humanitarian assistance.

*What is pending?*

The administration should allow the resumption of Western Union wire services for remittances through a civilian sector remittance service provider (such as Orbit). While in mid-November the U.S. Office of Foreign Assets Control (OFAC) authorized VaCuba, a Miami-based agency, to operate with Orbit to send remittances to MLC cards (freely convertible currency) in Cuban banks, the system is problematic. Issues include the fact that not everyone, particularly marginalized communities and Afro-descendent people without relatives abroad, owns an MLC card, and once in the MLC card cash cannot be withdrawn.

3. **Family Reunification**

Also in May, the Biden administration announced it would resume the **"Cuban Family Reunification Parole Program (CFRP)"**. Under the program, which was originally established in 2007, eligible U.S. citizens were allowed to apply for their Cuban relatives to travel to the United States without waiting for their migrant visas to become available. While interviews for pending applications resummed in August, delays have been reported.

*What is pending?*

Issuing invitations for new applicants who have submitted a request to USCIS to apply for the program. The Cuban Family Reunification Parole Program should be a priority as the United States moves back into compliance with the existing bilateral migration accords.

4. **Increase support for independent Cuban entrepreneurs**

The Biden administration's plan to support the emerging Cuban private sector included facilitating access to e-commerce (access to the Internet as well as to cloud technology, application programming interfaces, e-commerce platforms, and electronic payments) and business engagement and work to expand entrepreneurs' access to microfinance and training. While these measures are, on paper, promising, the administration has yet to deliver on implementation. The lack of specific guidelines on how they will be implemented means their full impact is difficult to assess at this time.

*What is pending?*

- Easing banking restrictions by allowing bank-to-bank transactions between Cuban civilian-managed banks and U.S. banks, allowing private Cuban individuals and businesses to open bank accounts in the U.S., and reversing the prohibition of U-turn transactions (financial transactions that do not originate or end in the U.S. but pass through the U.S. financial system, usually due to the transaction calling for payment in U.S. dollars)**.** At present, one of the biggest obstacles to expanding U.S. business linkages with the Cuban private sector is the absence of a simple, reliable payment system. Being allowed to complete transactions in U.S. dollars would also allow Cuban entrepreneurs to more productively and easily engage with foreign entities and in foreign markets.
- Allowing U.S.-based firms to provide cloud-based services, fee-based platforms in Cuba, and e-commerce services and digital banking.
- Authorizing financing into the private sector and establishing general licenses that allow U.S. companies and individuals to invest in the private sector in Cuba, or publicly clarify the options available today.
- Reinstating the five-year multiple entry non-immigrant visas. This change will help Cuban entrepreneurs build supply chains in the U.S. and reduce their incentive to emigrate.
- Eliminating the limit on the value of gift parcels sent to Cuba under the authority of License Exception GFT (15 CFR § 740.12). The removal of this restriction would enable private entrepreneurs to more easily obtain the equipment and supplies they need to run their private businesses.
- Supporting access to effective internet in Cuba to facilitate the free flow of information across Cuba and between the U.S. and Cuba. This should include   re-examining the 2019 Cuba Internet Task Force recommendations, including facilitating the export of telecommunications equipment and infrastructure, promoting technological literacy and digital safety education, and promoting exchange programs.

Cuba AR_001720

## What should come next?

While the Biden administration should work to fully implement the policy changes announced in May, additional measures are needed to advance on Biden's campaign promise to reengage with Cuba.

1. **Commit to a responsible approach to migration**

During 2022, approximately 2 percent of Cuba's total population (nearly 233,000 people) has sought to emigrate to the United States in one of the largest waves of Cuban migration in history. In response to this dynamic, U.S. and Cuban officials met in April and November 2022 to discuss the implementation of the bilateral migration accords, which resulted in several changes to U.S. policies towards Cubans. These included the reinstatement of the CFRP program, the increase in the number of immigrant visas processed in the U.S. Embassy in Havana (starting January 2023 all immigrant visas will be processed in Havana, rather than in Georgetown, Guyana), and Cuba's acceptance of deportation flights (although the number of flights is not clear). The exodus of people from Cuba shows no signs of slowing down. In October 2022 alone, a total of 29,872 Cuban migrants were encountered by U.S. Customs and Border Protection. This represents five times as many encounters as in October 2022.

While Cuba's economic crisis, which has been exacerbated by U.S. sanctions and the COVID-19 pandemic, and social discontent are driving migration from the island, the Biden administration can also take   some urgent steps to achieve a responsible approach to migration, including:

- Begin processing non-immigrant visas in the U.S. Embassy in Havana for students, entrepreneurs, artists, academics, families, and others to enable meaningful travel from Cuba to the U.S. Since 2017, only a handful of visas have been processed in Havana and applicants have had to travel to U.S. embassies in third countries.

- Reinstate the five-year multiple entry non-immigrant visas and issue multiple-entry non-immigrant visas for the B2 and additional categories of travel such as O and P visas for cultural exchanges.

- Reopen the Refugee Section that administers the U.S. Refugees Admission Program in Cuba (the program is not currently accepting new applicants or processing cases).

- Start issuing new invitations for the CFRP Program.

- Implement protection-sensitive migration management systems to humanely respond to Cuban migration by land and sea, including strengthening search and rescue operations at sea; ensuring access to asylum procedures; and increasing   training in human rights, refugee law, and humanitarian principles for the U.S. Coast Guard and other immigration authorities.

2. **Remove Cuba from the State Sponsors of Terrorism list**

Days before President Biden took office on January 20, 2021, the Trump administration included Cuba in the U.S. State Department's State Sponsors of Terrorism list (SSOT, the other countries on the list are North Korea, Iran, and Syria ). Cuba, however, does not meet the statutory definition of a state sponsor of terrorism and its behaviour has not changed materially since the intelligence review ordered by President Obama in 2015 concluded that Cuba no longer belonged on the list. The decision to include Cuba on the list is believed to have been made by Trump administration officials in order to internationally affect relations between the U.S. and Cuba at the onset of Biden's presidency.

Keeping Cuba on the list limits the ability of the U.S. government to support the Cuban people given the chilling effect it has on businesses and private individuals, both of which are crucial to promoting much needed change in the island. Cuba's presence on the list limits private individuals from opening bank accounts abroad, the use of instruments for international payments, access to financial technology and digital banking, as well as the ability to contract online servers and services. In turn, even if direct foreign trade expands, Cuban private companies will find restrictions on the purchase of products manufactured in the U.S. and even goods produced in third countries that incorporate some content of inputs from the U.S.

Cuba's inclusion on the SSOT list severely limits foreign investment and creates additional obstacles to delivering humanitarian aid. It also means that foreign travelers from countries included in the Electronic System for Travel Authorization (ESTA)—a visa waiver program for over 40 countries including European Union members states, the United Kingdom, Australia, Japan, and South Korea—who visited Cuba in or after January 2021 are required to request a visa at the Consulate General or Consular Section of the U.S. Embassy in their home country.   This requirement   will likely have negative impacts on Cuba's tourism industry, as it may disincentivize travel to Cuba, and numerous EU countries, such as Spain, Germany, France, and Italy, are in the top eight nationalities who visit the island.

Cuba AR_001721

### 3. Re-engage diplomatically with Cuba

Before President Trump halted diplomatic relations with Cuba, both countries were engaged in a wide range of dialogues on more than a dozen issues related to the 22 bilateral agreements signed between 2015 and 2017, most of which are still in effect but have not been implemented.

Since taking office, President Biden has resumed talks on migration and provided select technical assistance as well as humanitarian aid to Cuba. The administration should, however, restart dialogues on a number of other issues of shared interest, including environmental protection, the climate emergency and agriculture.

Continuing to develop bilateral relations will also open further avenues for the U.S. to raise issues related to Cuba's human rights record – including in particular, the lack of freedom of expression and association in the country and widespread repression against those who oppose the Cuban authorities. A new policy of engagement should emphasize human rights issues, making a priority resuming the Human Rights Dialogue (started in March 2015 under the Obama Administration) and the release of political prisoners.

| f SHARE | ⅃ TWEET |
| --- | --- |

**SIGN UP TO GET THE LATEST ON ANALYSIS & POLICY**

SIGN UP



CUBA

**REMITTANCE CAPS AND RESTRICTIONS HAVE BEEN LIFTED: WHAT DOES THIS MEAN FOR CUBA?**

**24 JUN 22    COMMENTARY**

Cuba AR_001722

**Related Content**

### July 11 in Cuba: A Year Later

7 JUL 22    WOLA STATEMENT

### Addressing Cuba's Unseen Humanitarian Disaster

6 AUG 21    PODCAST

### Demonstrations in Cuba Signal Need for Action

23 JUL 21    WOLA STATEMENT

**FOLLOW OUR NETWORKS**

   

CUBA

**CONTACT WOLA**

### 5 Concerns About Cuba's New Penal C

Washington Office on Latin America
1666 Connecticut Ave NW, Suite 400
Washington, DC 20009

7 JUL 22    COMMENTARY

CUBA

### Remittance Caps and Restrictions Have Been Lifte

24 JUN 22    COMMENTARY

Tel: (202)797-2171

**HELP US CREATE REAL IMPACT**

🔍 Click here to search all of WOLA's analysis                      SEARCH

**ABOUT US**

Our Mission
Our Impact
Staff
History
Board of Directors
Finances

**PROGRAMS**

Central America

Cuba AR_001723

Colombia

Cuba

Mexico

South America

Venezuela

Citizen Security

Drug Policy

Women and Incarceration

Migration & Border Security

Defense Oversight

**ANALYSIS**

Publications

Commentary

Videos

Podcast

**NEWS**

Latest News

Press Room

**GET INVOLVED**

Events

Internships

Jobs

Donate

Contact

Washington Office on Latin America, 1666 Connecticut Ave NW, Suite 400, Washington, DC 20009

Cuba AR_001724

 **EL PAÍS**

SUBSCRIBE 

# International

MEXICO · CHINA · LATEST NEWS

IMMIGRATION >

# The Cuban migration crisis: Biggest exodus in history holds key to Havana-Washington relations

A makeshift boat with a US flag on its bow was caught drifting off the Malecón, in a powerful symbol of the problems afflicting the island nation for over a year

**MAURICIO VICENT**

Havana **-** DEC 15, 2022 **-** 04:54 EST





A raft painted with a United States flag is intercepted by the Cuban Coast Guard off the Malecón in Havana.
**RAMON ESPINOSA (AP)**

A migrant raft floating in broad daylight right off Havana's famous Malecón seawall in 2022? It may sound unlikely, but it happened this Monday, quickly becoming a symbol and a reflection of the migratory crisis that has been tearing Cuba apart for a year.

The scene surprised tourists and onlookers who were walking along the capital's seafront esplanade, near the United States Embassy, which reopened during the diplomatic thaw encouraged by former president Barack Obama, in 2015.

In those days, despite the old enduring dispute between the two countries, 24 agreements were signed between both governments. One of the points on which there was the greatest agreement was the need to regulate "disorderly" migratory flows.

But relations went downhill under former US president Donald Trump, who undid Obama's rapprochement with Havana, dismantled the consulate and took the sanctions and embargo to new levels, measures that Cubans consider the ultimate cause of their intensifying hardships.

This Monday, under the December sun, a makeshift boat with an American flag painted on the bow suddenly showed up off the Havana coast, carrying a dozen people on board. Like thousands of other Cubans in recent months, this group had been trying to reach the coasts of Florida, but apparently the boat engine broke down and the rafters were left at the mercy of the waves, which carried them to the edge of the Malecón until the coast guard showed up and towed them away. Onlookers witnessing the scene from the esplanade could not believe their eyes.

It had been over 28 years since a similar scene was seen in this noble area of Havana. The last time was the summer of 1994 when, in the middle of another serious economic downturn on the island, the so-called "balsero" crisis broke out, sending around 35,000 people in search of a better life abroad. The Cuban government at the time gave the rafters free rein, and dozens of flimsy boats carrying migrants left for the US from the Malecón, which became a makeshift shipyard. Both countries quickly signed immigration agreements that are still in force today, putting an end to that exodus.

## Hundreds of thousands of Cubans continue to wait for real changes to take place in their country that will give them enough hope to stay

Almost three decades later, the Cuban economy is once again tanking and the hardships of the population have intensified to the point of resembling, or even exceeding, the deficiencies of the so-called Special Period of the 1990s triggered by the dissolution of the Soviet Union. According to Washington DC data, in the last two months alone close to 3,000 Cubans have been intercepted at sea by the US Coast Guard, while 500 managed to set foot on American territory (during

the last US fiscal year, from October 1, 2021, to September 30, around 6,000 Cubans were deported.)

Figures from the US Customs and Border Protection Office are even more compelling: in fiscal year 2021, 224,000 illegal Cuban migrants entered US territory through its southern border, to which must be added the 29,000 who entered last October. That is more than 253,000 people in just 13 months, and all forecasts suggest a similar trend for November and December. If so, this means that almost 3% of the Cuban population would have immigrated to the US through irregular routes during this period of time.

Most of these people made their way to the US across Central American nations after Nicaragua eliminated entry visa requirements for Cuban citizens in November of last year. Dozens of people have died during this risky journey, which can cost each traveler between $8,000 and $10,000 in airfare, payment to people smugglers, bribes for officials and various other expenses. Besides the personal hardship it entails, this migratory flow is also mortgaging the future of Cuba, say local economists and sociologists, since most of those leaving the island are young people, many of them university students or working professionals.

The current tide of emigration is already twice the size of the historic "Mariel exodus" of 1980, when 125,000 Cubans left the country. The paradox is that these days, the US does not want the Cuban migrants and is trying to put an end to this crisis through discreet negotiations with Havana.

The powerful image of a raft on the Havana seawall this past Monday has several readings. On one hand, it evidences that nothing can curb Cubans' desire to emigrate amid a crisis that is causing blackouts of up to 12 hours a day, runaway inflation, an unprecedented deterioration of public health services and government employee salaries so low that precious little can be bought with them. And migration, which has always been a key element in Cuba-US relations, is once again taking center stage at a time of timid attempts at rapprochement between the government of Miguel Díaz-Canel and the Joe Biden administration.

For the US, it is Cuba's inability to provide citizens with basic services like electricity that is encouraging the current exodus, while for the Díaz-Canel government, it is the suffocating embargo and the US policy of benefits for Cuban migrants, even those arriving illegally, that is fomenting the mass departures. In this loop of mutual accusations, ordinary citizens are like ping-pong balls, subject to the fluctuations of political circumstances and behind-the-scenes negotiations beyond their control.

Although very cautiously, under President Biden there have been some steps towards closer relations. Washington has not returned to Obama's positions, but it has dismantled some of Trump's most suffocating policies and eliminated restrictions on remittances and direct flights, in addition to authorizing group trips to the island. It has also just restored operations at the consulate, which will grant a minimum of 20,000 migrant visas to Cuban citizens a year, a measure that Havana considers "positive" but "insufficient." Under Biden, talks between high-level officials to deal with immigration issues have also resumed, something that Trump had liquidated. Both countries have declared that they want to make progress on this matter, and at the latest bilateral talks, just a few weeks ago, Cuba agreed to accept flights with deported Cubans that the US turns away, even those who entered through the Mexican border, something that had not happened since the Obama era.

There are other key issues to resolve. Obama removed Cuba from the list of countries that sponsor terrorism, and Trump put it back a week before leaving power. Now the focus is on the possibility that the US could once again remove Havana from a list that entails financial sanctions and numerous logistical difficulties for Cuba, in exchange for gestures in favor of human rights, particularly in connection with the individuals who were imprisoned as a result of the demonstrations of July 11, 2021.

In reality, very little information has emerged about the content of these conversations. The only certain facts are the ones that have been made public, such as the US decision to include Cuba in another blacklist for its policy of "religious discrimination," something that has been rejected even by the biggest critics of the Cuban government. In the meantime, delegations of senior officials and entrepreneurs have been visiting the island.

In the midst of these debates, contacts and conversations, hundreds of thousands of Cubans continue to wait for real changes to take place in their country that will give them enough hope to stay. They are also hoping that the United States, under Biden, will return to the policies of the Obama era, when there was no immigration crisis. Or at least that's what they say.

*Sign up for [our weekly newsletter](#) to get more English-language news coverage from EL PAÍS USA Edition*

## More information



**Cuba's president praises Putin, blames US for invasion of Ukraine**

JAVIER G. CUESTA | MOSCOW



**Pablo Milanés, considered one of Cuba's greatest musicians, dies at 79**

MAURICIO VICENT / EL PAÍS | HAVANA

**ARCHIVED IN**

Cuba

Adheres to

T The Trust Project

More information ›

**Sponsored Content**

**The Best Way to Withdraw From Retirement Accounts**

SMARTASSET

**7 Ways to Retire Comfortably With $500k**

FISHER INVESTMENTS

**2 Insane Cards Charging 0% Interest Until Nearly 2025**

COMPARECREDIT.COM

**Sponsored Content**

**US: New Policy For "Senior Drivers"**

MY INSURANCE SAVINGS

**Average Retirement Savings By Age: Are You Normal?**

SMARTASSET

**Your Garage Will Never Look The Same Thanks To This 1-Day Transformation**

RENUITY GARAGE COATING

**NEWSLETTER**

Sign up to EL PAÍS in English Edition bulletin

**MOST VIEWED**

**1.** In Cuba with no sugar, spotty internet, and frustrated Kardashians

**2.** Bukele shows off thousands of imprisoned gang members in new mega prison

**3.** Christina Applegate attends 'probably last' award show after multiple sclerosis diagnosis

**4.** Lionel Messi threatened by gunmen who shot up supermarket owned by his in-laws

**5.** 'Bold Glamour' filter ignites TikTok: 'It should be illegal'



**IMMIGRATION**

# US Policy Prompts Some Venezuelan Migrants to Change Route

October 14, 2022 9:12 PM

Associated Press

NECOCLI, COLOMBIA — Venezuelan Gilbert Fernandez still plans to cross the dangerous Darien jungle into Panama and head toward the United States over land, despite a U.S. announcement that it will grant conditional humanitarian permits only to 24,000 Venezuelan migrants arriving by air.

"The news hit us like a bucket of cold water," Fernandez said Thursday, a day after the announcement, which also stated that Venezuelans arriving by land at the Mexico-U.S. border would be returned to Mexico.

Fernandez spoke to The Associated Press on a beach in Necocli, a Colombian town where about 9,000 people, mostly Venezuelans, waited to board a boat to take them to the entrance of the Darien Gap connecting the South American country to Panama. From there, migrants head by land through Central America and Mexico toward the U.S.

Some on the Colombian beach said they would seek other routes into the United States or give up the voyage after hearing the news. Critics noted that the announced number of humanitarian visas is just a fraction of the number of Venezuelans seeking to enter the United States.

### No turning back

But for Fernandez it was too late to turn back. He said he sold his car and his land in Venezuela to finance the trip with his 18-year-old son and his friends, and he no longer has money for a plane ticket to the U.S.

"Those of us who have already started, how are we going to do that?" he wondered. "We are already involved in this."

Cuba AR_001733

The U.S. and Mexico said Wednesday that the Biden administration agreed to accept up to 24,000 Venezuelan migrants at U.S. airports, while Mexico agreed to take back Venezuelans who come to the U.S. over land.

Venezuelans who walk or swim across the border will be immediately returned to Mexico under a pandemic rule known as Title 42 authority, which suspends rights to seek asylum under U.S. and international law on grounds of preventing the spread of COVID-19.

The U.S. offer to the Venezuelans is modeled on a similar program for Ukrainians who fled Russia's invasion.

The moves are a response to a dramatic increase in migration from Venezuela, which surpassed Guatemala and Honduras in August to become the second-largest nationality arriving at the U.S. border after Mexico.

So far in 2022, more than 151,000 people have crossed into Panama through the jungle, the majority — 107,600 — Venezuelans. That already exceeds the 133,000 people who crossed in the previous year, according to official Panamanian figures. The trip through the inhospitable jungle is fraught with dangers, including thieves, human traffickers and the possibility of sexual assault. Armed groups operate in the region.

Arrests of Venezuelans at the U.S. border have also increased. Authorities detained Venezuelans 25,349 times in August, making them the second most detained nationality at the border, after Mexicans.

For some, the offer of 24,000 humanitarian visas is not enough given the dimensions of Venezuela's migration situation, and many consider the conditions on those visas too difficult.

Maria Clara Robayo, an investigator for the Venezuelan Observatory at Colombia's Del Rosario University, said the flow of migrants through the Darien Gap might be reduced a bit but won't stop.

"People will continue exposing themselves to precarious situations" crossing the jungle, she said.

## Reconsidering options

Cuba AR_001734

Jeremy Villegas arrived in Necocli in a group of 30 people, most of whom are turning back or looking for other routes. He said he is still undecided and is waiting to hear from people who are farther along the route to know if it is worth the risk.

Cristian Casamayor said he has decided to stop his journey through the Darien after hearing of the new U.S. policy.

"I stopped out of awareness and being smart. ... They mark your passport, and you can no longer enter the United States," he said, adding that he has not decided where he will go now. All he knows is that he will not return to Venezuela.

Mario Ricardo Camejo, a member of the nonprofit Colombian-Venezuelan foundation Fundacolven, said that while they appreciate any help and humanitarian visas from countries like the U.S., they worry the help comes with conditions that make it difficult on the poorest migrants. For example, having to arrive by plane and having a financial sponsor.

"Automatically, a filter is created that ensures the help does not reach the people who need it most," Camejo said.

Of the more than 7.1 million Venezuelans who have left their country because of the social and economic crisis, at least 4.3 million have difficulties accessing food, housing and formal employment, according to a report released Wednesday by the International Organization for Migration and the U.N. High Commissioner for Refugees.

Venezuelans back in that country's capital agreed the new rules will hurt.

"The people who leave by land have no money, no visa, no family there" in the United States, José Santana said in Caracas' central plaza. "It is useless for them to say that they are going to let many enter by plane."

Cuba AR_001735

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/violence-plagues-migrants-under-u-s-remain-in-mexico-program-11577529000

LATIN AMERICA

# Violence Plagues Migrants Under U.S. 'Remain in Mexico' Program

Migrants seeking shelter in the U.S. under Trump administration policy report rising numbers of kidnappings by criminal groups

*By Robbie Whelan*  [Follow]  | *Photographs by Scott Dalton for The Wall Street Journal*
Dec. 28, 2019 5:30 am ET

NUEVO LAREDO, Mexico—Every morning, Lorenzo Ortíz, a Baptist pastor who lives in Texas, drives a 12-seat passenger van packed with food and blankets across the border to pick up migrants who have been dropped off in Mexico and ferry them to shelters.

His mission is to keep the migrants safe from organized crime groups that prowl the streets of this violent Mexican border town. Since the Trump administration began implementing its Migrant Protection Protocols program at the start of 2019—widely known as Remain in Mexico—some 54,000 migrants, mostly from Central America, have been sent back to northern Mexico to wait while their asylum claims are processed. Mexico's government is helping implement it.

But in cities like Nuevo Laredo, migrants are sitting ducks. Over the years, thousands have reported being threatened, extorted or kidnapped by criminal groups, who prey upon asylum seekers at bus stations and other public spaces.



Cuba AR_001736

"Over the last year, it's gotten really bad," Mr. Ortíz said.

A typical scheme involves kidnapping migrants and holding them until a relative in the U.S. wires money, typically thousands of dollars, in ransom money. Gangs have also attacked shelters and even some Mexican clergy members who help migrants.

There have been 636 reported cases of kidnapping, rape, torture and other violent crimes against migrants returned to Mexico under Remain in Mexico, according to Human Rights First, which interviews victims in border cities and advocates for migrants' due process rights. At least 138 of these incidents involved kidnappings of children.

Many more cases of extortion and violence go unreported for fear of retribution. As more migrants are returned to dangerous areas such as Nuevo Laredo under Remain in Mexico, the situation is expected to worsen, the nonprofit Human Rights First said in a recent report.

The Mexican government has played down the violence. Foreign Minister Marcelo Ebrard recently acknowledged kidnapping incidents, but said that "it's not a massive number." Only 20 such cases have been investigated by the government, he added.

The Trump administration has credited the program with deterring migrants from attempting to cross into the U.S. Monthly apprehensions of migrants at the U.S. Southern border have plunged from more than 144,000 in May to 33,500 in November. The Remain in Mexico program was expanded in June.

On a recent visit to the border, acting Department of Homeland Security Secretary Chad Wolf said the program has been a "game-changer" for U.S. Customs and Border Protection officers because it has freed them from having to perform humanitarian duties.



Cuba AR_001737

Violence Plagues Migrants Under U.S. 'Remain in Mexico' Program - WSJ

But Mr. Ortíz's daily commute back and forth over the border highlights what migrants' advocates say is a key element of the program—it isolates migrants not only from the legal counsel they need to argue their asylum claims, but from resources like food, shelter and medical care that are abundant on the U.S. side, but near-nonexistent in Mexico.

"You have all this infrastructure to help feed and clothe and house people set up on this side, in Laredo and Del Rio and Eagle Pass, and then suddenly the administration changes the policy, and you have to send it all to Mexico, because now everyone is on the other side," said Denise LaRock, a Catholic Sister who helps distribute donations to asylum seekers through the nonprofit Interfaith Welcome Coalition. Mexico has been unable to provide enough safe shelter and other resources to migrants.

In Matamoros, another large recipient of asylum seekers under the program across the border from Brownsville, Texas, a tent city of more than 3,000 people has sprung up. Migrants there have complained of overcrowding, unsanitary conditions and insufficient medical treatment. In November, a migrant from El Salvador was murdered in Tijuana, opposite San Diego, while waiting with his wife and two children for an asylum hearing under the Remain in Mexico program.



On a recent, briskly-cold Wednesday, Mr. Ortíz, dressed in a ski vest and a baseball cap with the logo of the U.S. Chaplain International Association, picked up six migrants, including two children aged 8 and 14, at the immigration office in Nuevo Laredo. All were from El Salvador, Guatemala or Honduras, and were returning from legal appointments in the U.S. Hearings take place in makeshift courts set up in tents in Laredo, just across the bridge over the Rio Grande that separates the two cities.

Cuba AR_001738

Cuba AR_001739

At the front door of the office, six young men sat idly around a motorcycle, hats pulled low over their heads, watching the scene unfold, periodically walking up to the church van and peering in. Mr. Ortíz said these men were "hawks" or lookouts for criminal gangs.

"They know who I am, I know who they are," he said. "You have to know everyone to do this work. The cartels respect the church. I've driven all around Nuevo Laredo in this van, full of migrants, and they never mess with me."

At one point two of the lookouts asked the pastor for some food. He gave them two boxes of sandwich cookies. They clapped him on the shoulder, eating the treats as they walked back to their observation post.

Mr. Ortíz, a native of central Mexico, came to the U.S. at age 15 and eventually built a small contracting business in Texas. He became an ordained Baptist minister about a decade ago and three years ago began ministering to migrants full time. This year, he converted several rooms of his home in Laredo, Texas, into a dormitory for migrants and built men's and women's showers in his backyard.



After picking up the migrants, Mr. Ortíz ferried the group to an unmarked safe house with a chain-locked door on a busy street in the center of Nuevo Laredo, Mexico.

Inside, about 90 migrant families crowded into rows of cots set up in a handful of bedrooms and a concrete back patio. Among the Central Americans are also migrants from Peru, Congo, Haiti, Angola and Venezuela.

Cuba AR_001740

Case 6:23-cv-00007    Document 92-7    Filed on 03/24/23 in TXSD    Page 170 of 174

Reports of migrant kidnappings have increased since the Remain in Mexico program began, Mr. Ortíz said. In September, armed men stormed the safe house—one of two that the pastor brings migrants to—and detained the shelter's staff for about an hour.

Since then, Mr. Ortíz said, the volunteer staff has stopped allowing migrants to leave the house unaccompanied, even to buy milk for young children at a nearby store.

Rosa Asencio, a schoolteacher fleeing criminal gangs in El Salvador and traveling with her two children ages 4 and 7, was returned to Nuevo Laredo under Remain in Mexico. She says she hasn't been outside the shelter for nearly three weeks. "They can kidnap you anywhere," she said.



María Mazariegos, an Honduran housekeeper, said she was kidnapped along with her 12-year-old daughter Alexandra from the bus station in Nuevo Laredo in September.

Gang members held her in a windowless cinder-block room that bore signs of torture for three days with one meal of tortillas and beans. She was released after her family members in the U.S. convinced her captors that they didn't have the money to pay a ransom.

Then, two weeks later, while she was returning from a court appointment in the U.S., a shelter staff member confirmed, another group tried to kidnap her. An escort from the shelter was able to talk the kidnappers out of it.

She has court hearing under Remain in Mexico rules on Jan. 22, where a judge is expected to decide on her asylum case. If she is rejected, she plans to move to the Mexican city of Saltillo, where she has heard there are more jobs and less violence.

"Just about anywhere is better than here," Ms. Mazariegos added.

Cuba AR_001741

Case 6:23-cv-00007   Document 92-7   Filed on 03/24/23 in TXSD   Page 171 of 174

**Write to** Robbie Whelan at robbie.whelan@wsj.com

*Appeared in the December 30, 2019, print edition.*

Cuba AR_001742

**From:**
**To:**
**Subject:** RE: Updated data - decompression
**Date:** Sunday, December 11, 2022 8:02:06 AM

Sorry about that, better breakdown for Nov. 2022:

Total Domestic Lateral Movement Flights = 124 (91 singe adult flights and 33 family unit flights)
Total non-citizens laterally moved, via flight, for decompression = 14,469 (9412 single adults; 5057 family units)

The MCC does not have numbers on the bus movements.

**From:**
**Sent:** Sunday, December 11, 2022 7:43 AM
**To:**

**Subject:** RE: Updated data - decompression

Thank you, ▮▮▮ Can you break down that 14,469 number a bit? Does that represent the total number of bus routes + flights, or individuals, or something else?

▮▮▮▮▮ | Acting Director, Border and Immigration Policy | DHS | ▮▮▮▮

**From:**
**Sent:** Sunday, December 11, 2022 7:38 AM
**To:**

**Subject:** Re: Updated data - decompression

The number of lateral movements of both single adults and family units via air in Nov. 2022 is 14469

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:**
**Sent:** Saturday, December 10, 2022 4:58:24 PM
**To:**

**Subject:** Re: Updated data - decompression

I have the November information for flights, if that is needed. Will have been early tomorrow morning.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** ████████████████████████
**Sent:** Saturday, December 10, 2022, 4:42 PM
**To:** ████████████████████
**Cc:** ██████████████████
**Subject:** RE: Updated data - decompression

Looping in ████████ the MCC Section Chief.


Thank you,

████████████████

National Incident Commander
Southwest Border Coordination Center
US Customs and Border Protection
Department of Homeland Security

███████████████

---

**From:** ████████████████████
**Sent:** Wednesday, December 7, 2022 12:04 AM
**To:** ████████████████████
**Subject:** Updated data - decompression

Shane – can you point me to the right POC to update this data to reflect the month of November?



Acting Director, Border and Immigration Policy
U.S. Department of Homeland Security

Cuba AR_001745