**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| _____ ) | |
| STATE OF TEXAS, *et al.* ) | |
| ) | |
|        Plaintiffs ) | |
|   v. ) | No. 6:23-cv-00007 |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURTY, *et al.* ) | |
| ) | |
|      Defendants. ) | |
| _____ ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendants hereby provide notice that they are filing the administrative record for Implementation of a Parole Process for Haitians, 88 Fed. Reg. 1,243 (Jan. 9, 2023). With this notice, Defendants also attach (1) the certification of each administrative record in this action; and (2) the index of the contents of each administrative record; and (3) the administrative record for the Haitian Parole Process. *See* Attachments.

//

//

1

Dated: March 24, 2023                    Respectfully submitted,

ALAMDAR S. HAMDANI                       BRIAN M. BOYNTON
*United States Attorney*                 *Principal Deputy Assistant Attorney General*

                                         WILLIAM C. PEACHEY
                                         *Director*
                                         Office of Immigration Litigation
                                         District Court Section

                                         /s/ *Erez Reu*veni
                                         EREZ REUVENI
                                         *Assistant Director*
                                         U.S. Department of Justice
                                         Civil Division
                                         Office of Immigration Litigation
                                         District Court Section
                                         P.O. Box 868, Ben Franklin Station
                                         Washington, DC 20044
                                         Tel.: (202) 307-4293
                                         erez.r.reuveni@usdoj.gov

                                         BRIAN WARD
                                         *Senior Litigation Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 24, 2023, I electronically filed this brief with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Erez Reuveni*
EREZ REUVENI
U.S. Department of Justice