before they arrive at our border; (iii) reducing the strain on DHS personnel and resources; (iv) minimizing the domestic impact of Venezuelan irregular migration; (v) disincentivizing a dangerous irregular journey that puts migrant lives and safety at risk and enriches smuggling networks; and (vi) fulfilling important foreign policy goals to manage migration collaboratively in the hemisphere and, as part of those efforts, to establish additional processing pathways from within the region to discourage irregular migration.

1. Enhance the security of our border by reducing irregular migration of Venezuelan nationals.

Implementation of the parole process is contingent on the GOM agreeing to accept the return of a significant number of Venezuelan nationals encountered at the SWB attempting to irregularly enter the United States without authorization between POEs. While DHS remains under the court order to implement the CDC's Title 42 public health Order, these returns would take the form of expulsions. Once Title 42 is no longer in place, DHS will engage the GOM to effectuate Title 8 removals of individuals subject to expedited removal, who cannot be returned to Venezuela or elsewhere. The ability to effectuate returns to Mexico would impose a consequence on irregular entry that currently does not exist.

As described above, Venezuelan nationals make up a significant and growing number of those encountered seeking to cross between POEs irregularly. We assess that without additional and more immediate consequences imposed on those who seek to do so, together with a safe and orderly parole process, the numbers will continue to grow. By pairing a consequence on those seeking to irregularly cross between the POEs with the incentive provided by the opportunity to apply for advance authorization to travel to the United States to seek a parole, this process will create a combination of incentives and disincentives that could lead to a substantial decline in irregular migration by Venezuelans to the SWB.

As also described above, this expectation is informed, in part, by past experience with respect to the ways that flows of irregular migration decreased from NCA countries once nationals from those countries were returned to their home countries and shifts that took place once the U4U process was initiated. These experiences provide compelling evidence of the importance of coupling effective disincentives for irregular entry with incentives for lawful entry as a way of addressing migratory surges.

2. Enhance border security and national security by vetting individuals before they arrive at our border.

The Venezuelan parole process described above would allow DHS to vet potential beneficiaries for national security and public safety purposes *before* they travel to the United States. It is important to note that all noncitizens DHS encounters at the border undergo thorough vetting against national security and public safety databases during their processing, and that individuals who are determined to pose a national security or public safety threat are detained pending removal. That said, there are distinct advantages to being able to undertake this vetting *before* an individual arrives at the border so that we can stop individuals who could pose threats to national security or public safety threats from even crossing into the country.

12

Haiti AR_000144

As described above, the proposed vetting will require prospective beneficiaries to upload a live photograph via an app. This will substantially enhance the scope of the pre-travel vetting—thereby enabling DHS to better identify those with criminal records or other disqualifying information of concern and deny them travel *before* they arrive at our border. This is an improvement over the status quo.

3. Reduce the burden on DHS personnel and resources.

As already described, the impact of the increased migratory flows has strained the DHS workforce in ways that have been particularly concentrated in certain sectors along the SWB. By reducing encounters of Venezuelan nationals at the SWB, and channeling decreased flows of Venezuelan nationals to interior POEs through the streamlined process DHS is contemplating, we anticipate the process could relieve some of this burden. This could free up resources, including those focused on decompression of border sectors, which in turn could enable an increase in removal flights—enabling the removal of more noncitizens with final orders of removal faster and reducing the number of days in DHS custody. While the proposed process would also draw on DHS resources within USCIS and CBP to process requests for discretionary parole on a case-by-case basis and conduct vetting, these requirements involve different parts of DHS and require minimal resources as compared to the status quo.

4. Minimize the domestic impact.

The increased migratory flows have put a strain on domestic resources, which is felt most acutely by border communities. As the number of arrivals increases, thus necessitating more provisional releases, the strains are shared by others as well. Given the inability to return or repatriate Venezuelans in substantial numbers, DHS is currently conditionally releasing 95 percent of the Venezuelan nationals it encounters at the border pending their removal proceedings or the initiation of such proceedings. Venezuelan nationals accounted for 27 percent of all encounters released at the border in September 2022.[28] Venezuelan nationals thus account for a significant percentage of the individuals being conditionally released into communities after being processed along the SWB.

State and local governments, along with NGOs, are providing services and assistance to the Venezuelans and other noncitizens who have arrived at our border, including by building new administrative structures, finding additional housing facilities, and constructing tent shelters to address the increased need.[29] DHS also has worked with Congress to make approximately $290 million available since FY 2019 through FEMA's EFSP to support NGOs and local governments that provide initial reception for migrants entering through the SWB. This

---

[28] OIS analysis of CBP book-out dispositions for September 1 – 27, 2022 based on CBP UIP data pulled September 28, 2022.

[29] Aya Elamroussi and Adrienne Winston, Washington, DC, approves creation of new agency to provide services for migrants arriving from other states, CNN, September 21, 2022, available at:
https://www.cnn.com/2022/09/21/us/washington-dc-migrant-services-office. (Last visited: September 29, 2022).

13

Haiti AR_000145

funding has allowed DHS to support building significant NGO capacity along the SWB, including a substantial increase in available shelter beds in key locations.

Despite these efforts, local communities have reported strain on their ability to provide needed social services.[30] Local officials and NGOs report that the temporary shelters that house migrants are quickly reaching capacity due to the high number of arrivals,[31] and stakeholders in the border region have expressed concern that shelters will eventually reach full bed space capacity and not be able to host any new arrivals.[32] The proposed parole process would address these concerns by diverting flows of Venezuelan nationals to interior POEs through an orderly and lawful process. DHS anticipates this will yield a decrease in the numbers arriving at the SWB.

Moreover, and critically, beneficiaries will be required to fly to the interior, rather than arriving at the SWB, absent extraordinary circumstances. They will only be authorized to come to the United States if they have a supporter who has agreed to receive them and provide basic needs, including housing support. Beneficiaries also will be eligible to apply for work authorization, thus enabling them to support themselves. We anticipate that this process will help reduce the burden on communities, state and local governments, and NGOs that currently support the reception and onward travel of migrants arriving at the SWB.

5. Disincentivize a dangerous journey that puts migrant lives and safety at risk and enriches smuggling networks.

In FY 2022, more than 750 migrants died attempting to enter the United States across the SWB,[33] an estimated 32 percent increase from FY 2021 (568 deaths) and a 195 percent increase from FY 2020 (254 deaths).[34] The approximate number of migrants rescued by CBP in FY 2022 (almost 19,000 rescues)[35] increased 48 percent from FY 2021 (12,857 rescues), and 256 percent from FY 2020 (5,336 rescues).[36] Although exact figures are unknown, experts estimate that about 30 bodies have been taken out of the Rio Grande River each month since

---

[30] Lauren Villagran. El Paso struggles to keep up with Venezuelan migrants: 5 key things to know. September 14, 2022, available at: https://www.elpasotimes.com/story/news/2022/09/14/venezuelan-migrants-el-paso-what-to-know-about-their-arrival/69493289007/. (Last visited: September 29, 2022); Uriel J. Garcia. El Paso scrambles to move migrants off the streets and gives them free bus rides as shelters reach capacity. September 20, 2022, available at: https://www.texastribune.org/2022/09/20/migrants-el-paso-texas-shelter/. (Last visited September 29, 2022).

[31] Email from City of San Diego Office of Immigration Affairs to DHS, September 23, 2022.

[32] Denelle Confair, Local migrant shelter reaching max capacity as it receives hundreds per day, KGUN9 Tucson, September 23, 2022, available at: https://www.kgun9.com/news/local-news/local-migrant-shelter-reaching-max-capacity-as-it-receives-hundreds-per-day, (Last visited: September 29, 2022).

[33] https://www.cnn.com/2022/09/07/politics/us-mexico-border-crossing-deaths/index.html

[34] Rescue Beacons and Unidentified Remains, Fiscal Year 2022 Report to Congress, U.S. Customs and Border Protection.

[35] Priscilla Alvarez, First on CNN: A record number of migrants have died crossing the US-Mexico border, September 7, 2022, available at: https://www.cnn.com/2022/09/07/politics/us-mexico-border-crossing-deaths/index.html, (Last visited: September 30, 2022).

[36] Rescue Beacons and Unidentified Remains, Fiscal Year 2022 Report to Congress, U.S. Customs and Border Protection.

14

Haiti AR_000146

March 2022.[37]  CBP attributes these rising trends to increasing numbers of migrants, as evidenced by increases in overall U.S. Border Patrol encounters.[38]  The increased rates of both migrant deaths and those needing rescue at the SWB demonstrate the perils of the journey.

Meanwhile, these numbers do not account for the countless incidents of death, illness, and exploitation migrants experience during the perilous journey north.  Migrants are increasingly traveling to the SWB from South America through the Darién Gap, an incredibly dangerous and grueling 100-kilometer stretch of dense jungle between Colombia and Panama.  Women and children are particularly vulnerable.  Children are particularly at risk for diarrhea, respiratory diseases, dehydration, and other ailments that require immediate attention.[39]  According to Panamá Migración, of the over 31,000 migrants passing through the Darién Gap in August 2022, 23,600 were Venezuelan.[40]

These migratory movements are in many cases facilitated by numerous human smuggling organizations that treat the migrants as pawns.[41]  These organizations exploit migrants for profit, often bringing them through across inhospitable jungles, rugged mountains, and raging rivers, often with small children in tow.  Upon reaching the border area, noncitizens seeking to cross the United States generally pay transnational criminal organizations (TCOs) to coordinate and guide them along the final miles of their journey.  Tragically, a significant number of individuals perish along the way.  The trailer truck accident that killed 55 migrants in Chiapas, Mexico last December, and the tragic incident in San Antonio, Texas on June 27, 2022, in which 53 migrants died of the heat in appalling conditions, are just two examples of many in which TCOs engaged in human smuggling prioritize profit over safety.[42]

The proposed process, which will incentivize intending migrants to use a safe, orderly, and lawful means to access the United States via commercial air flights, cuts out the smuggling networks.  DHS anticipates it will save lives and undermine the profits and operations of the dangerous TCOs that put migrants' lives at risk for profit.

---

[37] Migrants risk death crossing treacherous Rio Grande river for 'American dream' | US-Mexico border | The Guardian https://www.theguardian.com/us-news/2022/sep/05/migrants-risk-death-crossing-treacherous-rio-grande-river-for-american-dream

[38] Rescue Beacons and Unidentified Remains, Fiscal Year 2022 Report to Congress, U.S. Customs and Border Protection.

[39] UNICEF, 2021 Records Highest Ever Number of Migrant Children Crossing the Darien Towards the U.S., October 11, 2021, available at: https://www.unicef.org/lac/en/press-releases/2021-records-highest-ever-number-migrant-children-crossing-darien-towards-us (last visited September 29, 2022).

[40] Panamá Migración, Irregulares en Tránsito Frontera Panamá – Colombia 2022, available at: https://www.migracion.gob.pa/inicio/estadisticas

[41] DHS Plan for Southwest Border Security and Preparedness, DHS Memorandum for Interested Parties, Alejandro N. Mayorkas, Secretary of Homeland Security, April 26, 2022.

[42] Migrant truck crashes in Mexico killing 54, available at: https://www.reuters.com/article/uk-usa-immigration-mexico-accident-idUKKBN2IP01R (last visited September 29, 2022); Mica Rosenberg, Kristina Cooke, Daniel Trotta, The border's toll: Migrants increasingly die crossing into U.S. from Mexico, July 25, 2022, available at: https://www.reuters.com/article/usa-immigration-border-deaths/the-borders-toll-migrants-increasingly-die-crossing-into-u-s-from-mexico-idUSL4N2Z247X (last visited October 2, 2022)

15

Haiti AR_000147

6. Fulfill important foreign policy goals to manage migration collaboratively in the hemisphere.

Promoting a safe, orderly, legal, and humane migration strategy throughout the Western Hemisphere has been a top foreign policy priority for the Administration. This is reflected in three policy-setting documents: the U.S. Strategy for Addressing the Root Causes of Migration in Central America (Root Causes Strategy); the Collaborative Migration Management Strategy (CMMS); and the Los Angeles Declaration on Migration and Protection (L.A. Declaration), which was endorsed in June 2022 by 21 countries. The CMMS and the L.A. Declaration call for a collaborative and regional approach to migration. Signatory countries are committed to implementing programs and processes to stabilize communities that host migrants, or that have high outward migration. They commit to humanely enforcing existing laws regarding movements across international boundaries, especially when minors are involved, taking actions to stop migrant smuggling by targeting the criminals involved in these activities, and providing increased regular pathways and protections for migrants residing in or transiting through the 21 countries. The L.A. Declaration specifically lays out the goal of collectively "expand[ing] access to regular pathways for migrants and refugees."[43]

This new process helps achieve these goals by providing an immediate and temporary orderly process for Venezuelan nationals to lawfully enter the United States while we work to improve conditions in sending countries and expand more permanent lawful immigration pathways in the region, including refugee processing, and other lawful pathways into the United States and other Western Hemisphere countries. It thus enables the United States to lead by example. The process also responds to an acute foreign policy need. The current surge of Venezuelan nationals transiting the Darién Gap is impacting every country between Colombia and the SWB. According to the Venezuelan Ambassador to Costa Rica, 1,700 Venezuelan migrants were entering Costa Rica daily in the month of September 2022.[44] Colombia, Peru and Ecuador are now hosting almost 4 million displaced Venezuelans between them. The Government of Panama has repeatedly signaled that it is overwhelmed with the number of migrants, a significant portion of which are Venezuelan, emerging from harrowing journeys through the Darién Gap.

Reporting indicates that in the first six months of 2022, 85 percent more migrants, primarily Venezuelans, crossed from Colombia into Panama through the Darién Gap than during the same period in 2021—including approximately 40,000 Venezuelans in September alone.[45] Unofficial accounts indicate Darién Gap migrant encounters now average more than 3,000 each day, predominantly comprised of Venezuelan nationals.

Figure 2 shows that the number of Venezuelan nationals processed by Panama after entering irregularly from Colombia increased by almost 30-fold from the week of April 1, 2022 to the week of October 1, 2022.

---

[43] L.A. Declaration
[44] The Department of State Cable, 22 San Jose 796
[45] The Department of State Cable, 22 Panama 624

16

Haiti AR_000148

Figure 2: Panamanian Encounters of Venezuelan Nationals in the Darién Gap,
February – September 2022



Note: September figure is a preliminary estimate.
Source: Panama Migration Report, September 24, 2022

Key allies throughout the region—including the Governments of Mexico, Costa Rica, and
Panama, all of which are also affected by the increased movement of Venezuelan nationals—
have been seeking greater action to address these challenging flows for some time.
Meanwhile, the GOM has consistently expressed concerns with policies, programs, and trends
that contribute to large populations of migrants, many of whom are Venezuelan, entering
Mexico. These entries strain local governmental and civil society resources in Mexican border
communities in both the south and north, and have at times led to violence, crime, and unsafe
and unhealthy encampments.

The United States is already taking key steps to address some of these concerns. On June 10,
2022, the Department of State's Bureau of Population, Refugees, and Migration (PRM) and the
U.S. Agency for International Development (USAID) announced $314 million in new funding
for humanitarian and development assistance for refugees and vulnerable migrants across the
hemisphere, including support for socio-economic integration and humanitarian aid for
Venezuelans in 17 countries of the region.[46] And on September 22, 2022, PRM and USAID
announced nearly $376 million in additional humanitarian assistance, which will provide
essential support for vulnerable Venezuelans inside Venezuela, as well as urgently needed

---

[46] The United States Announces More Than $314 Million in New Stabilization Efforts and Humanitarian
Assistance for Venezuelans and Other Migrants at the Summit of the Americas, June 10, 2022, available at:
https://www.usaid.gov/news-information/press-releases/jun-10-2022-united-states-announces-more-314-million-
new-stabilization-efforts-venezuela (last visited October 11, 2022).

17

Haiti AR_000149

PRE-DECISIONAL/DELIBERATIVE

assistance for migrants, refugees, and host communities across the region. This funding will further address humanitarian needs in the region.[47]

The new process adds to these efforts and enables the United States to lead by example. It is a key mechanism to advance the larger domestic and foreign policy goals of this Administration to promote a safe, orderly, legal, and humane migration strategy throughout our hemisphere. It also lays the foundation for the United States to press regional partners to undertake additional actions with regards to these populations, many of which are already taking important steps. Colombia, for example, is hosting more than 2.4 million displaced Venezuelans and has provided temporary protected status for more than 1.5 million of them. Costa Rica is developing plans to renew temporary protection for Venezuelans. And on June 1, 2022, the Government of Ecuador—which is hosting more than 500,000 Venezuelans—authorized a second regularization process that would provide certain Venezuelans a two-year temporary residency visa.[48] Any effort to meaningfully address the crisis in Venezuela will require continued efforts by these and other regional partners.

Importantly, the United States will not implement the new parole process without the ability to return Venezuelan nationals to Mexico who enter irregularly across the SWB. The United States' ability to execute this process thus requires the GOM to accept the return of Venezuelan nationals who bypass this new process and enter the United States irregularly between POEs.

For its part, GOM has made clear that in order to effectively manage the migratory flows that are impacting both countries, the United States needs to provide additional safe, orderly, and lawful processes for migrants who seek to enter the United States. As the GOM makes a unilateral decision whether to accept returns of third country nationals at the border and how best to manage migration within Mexico, it is closely watching the United States' approach to migration management and whether the United States is delivering on its plans in this space. Initiating and managing this process—which is dependent on GOM's actions—will require careful, deliberate, and regular assessment of GOM's responses to unilateral U.S. actions and ongoing, sensitive diplomatic engagements.

This process is responsive to the GOM's desire to see more lawful pathways to the United States and is aligned with broader Administration domestic and foreign policy priorities in the region. It will couple a meaningful incentive to seek a lawful, orderly means of traveling to the United States with the imposition of consequences for those who seek to enter irregularly along the SWB. The goal of this process is to reduce the irregular migration of Venezuelan nationals throughout the hemisphere while we, together with partners in the region, work to improve

---

[47] The United States Announces Nearly $376 Million in Additional Humanitarian Assistance for People Affected by the Ongoing Crisis in Venezuela and the Region, September 22, 2022, available at: https://www.usaid.gov/news-information/press-releases/sep-22-2022-the-us-announces-nearly-376-million-additional-humanitarian-assistance-for-people-affected-by-ongoing-crisis-in-venezuela, (last visited September 30, 2022).

18

PRE-DECISIONAL/DELIBERATIVE

Haiti AR_000150

conditions in sending countries and create more lawful immigration and refugee pathways in the region, including to the United States.

*Urgent Humanitarian Reasons*

The case-by-case temporary parole of individuals pursuant to this proposed process would address the urgent humanitarian needs of many Venezuelans subject to the repressive regime of Nicolás Maduro. This process provides a safe mechanism for Venezuelan nationals who seek to leave their home country to enter the United States without making a dangerous journey that puts them in the hands of smugglers.

## IV.   Consideration of changes to this process

1. Length of parole and employment authorization

The proposed length of parole is up to two years. This is consistent with other parole processes, such as U4U for Ukrainian nationals and their qualifying immediate family members, Operation Allies Welcome for Afghan nationals, and the Cuban Family Reunification Parole Program established in 2007. A two-year period of parole would provide significant public benefit and meets the urgent humanitarian needs of Venezuelan nationals are seeking entry into the United States, for the following reasons:

*First*, the period of parole needs to be sufficiently long to make it an attractive alternative to the status quo, in which migrants put their lives in smugglers' hands to enter the country irregularly. DHS believes that a period of two years achieves that goal. It allows beneficiaries to gain work authorization and contribute to the U.S. economy, and achieve stability and predictability in their lives, even if temporarily.

*Second*, a two-year period of parole provides eligible beneficiaries sufficient time to pursue a durable immigration status or benefit under the law. Some Venezuelan beneficiaries may qualify for asylum, while others may qualify for adjustment of status based on the availability of a family- or employment-based immigrant visa.

*Third*, a two-year time period provides a meaningful amount of time for the United States government, in conjunction with foreign partners, to continue its ongoing work to help address the root causes of migration, including the humanitarian and economic conditions in the region that are spurring a large migratory flow. For similar reasons, a two-year time period also provides a window for the U.S. Government to work with Venezuela to increasingly accept the return of Venezuelan nationals who are subject to a final order of removal. Finally, this two-year period will provide meaningful time to fully develop the multi-prong, regional strategy to address migration in our region, including improving refugee processing and other lawful immigration pathways, both for the United States and to other partner nations.

19

Haiti AR_000151

## 2.   Supporter Issues

DHS has learned of certain instances in which U4U supporters, including family members, have ceased providing housing and other support for parolees prior to the end of their parole period. DHS has learned from the U4U experience and is making form changes and associated vetting enhancements to improve confirmation of supporter suitability, clarify guidance on minimum supporter requirements, and communicate to beneficiaries about what rights, protections and benefits may be available if they are a victim of exploitation and other forms of abuse. This is intended to further reduce the risk that supporters do not follow through on their obligations; it is also intended to address risks of human trafficking, and other forms of abuse and exploitation.

This is particularly important because human smuggling and trafficking, including forced labor, is a major concern in this region.[49] While such risks cannot be completely mitigated, this parole process is being structured to address these risks to the greatest extent possible. The process—with the reviews and vetting in place—poses a significantly lower risk of exploitation than the dangerous journey to the SWB. As described above, all migrants, but particularly women and children, are susceptible to the risk of kidnapping, exploitation, sexual abuse, and human trafficking along smuggling routes.[50] A significant portion of such migrants pay smugglers exorbitant fees, thus enriching and supporting the smuggling organizations. Almost all, if not all, are required to pay compulsory fees and taxes by criminal organizations at different points along their journey North. We thus assess that the parole of individuals pursuant to this process, even if we cannot completely mitigate the risk of exploitation, will meaningfully serve the significant public benefit of decreasing reliance on smuggling networks and protecting individuals from trafficking and exploitation.

## 3.   Eligibility Criteria

DHS has separately considered whether it should further focus eligibility only on beneficiaries who may have vulnerabilities or other compelling circumstances. We have ultimately concluded that such a requirement is not preferable for a combination of operational and substantive reasons.

*First*, it would be very difficult to implement an objective and fair screening mechanism. For instance, any such vulnerability screening would require a process for triaging potential beneficiaries and identifying those who are more vulnerable. To be effective, it would require third parties—likely international NGOs—to play a role in the screening. However, DHS lacks authority to fund such screening outside the United States. Such a screening requirement also would substantially delay the implementation of this new process, in that it would require the creation of infrastructure and deployment of personnel that currently are not in place.

---

[49] 2022 Trafficking in Persons Report, available at: https://www.state.gov/reports/2022-trafficking-in-persons-report/ (last visited September 30, 2022).
[50] *Id.* at 386.

20

Haiti AR_000152

PRE-DECISIONAL/DELIBERATIVE

*Second*, imposition of a vulnerability screening requirement would fail to meet the foreign policy goals of providing an alternative option for a broader swath of Venezuelan nationals who would otherwise make the dangerous journey to the U.S.-Mexico border. Because only a subset would likely meet vulnerability criteria (particularly if there is a high standard for establishing vulnerability), the parole process might not be deemed a viable alternative to irregularly crossing and entry; it would, as a result, fail to serve the disincentive to irregular migration this process seeks to achieve.

For these reasons, DHS determined that keeping eligibility at the nationality level—like U4U—is the best option to achieving the multiple goals of reducing flows to the border, responding to the foreign policy requests of partner nations, and providing protections to deserving Venezuelan nationals.

## V.  Consideration of alternative approaches

DHS has considered several alternative approaches to managing the current surge in migration from Venezuela. These alternative approaches are weighed based on the following key goals, as identified above: (i) enhance the security of our SWB by reducing irregular migration of Venezuelan nationals, including by imposing additional consequences on those who seek to enter between POEs; (ii) enhance border security and national security by vetting individuals prior to their arrival at a United States POE; (iii) reduce strain on DHS personnel and resources; (iv) minimize the domestic impact of Venezuelan irregular migration; (v) disincentivize a dangerous irregular journey that puts migrant lives and safety at risk and enriches smuggling networks; and (vi) fulfill important foreign policy goals to manage migration collaboratively in the hemisphere.

1.  Status quo

First, DHS considered the impact of keeping the status quo, which has resulted in record encounters at the SWB driven by a surge in migration by Venezuelan nationals. Venezuelans account for an estimated 186,000 unique encounters in FY 2022, up from 47,328 unique encounters in FY 2021, an increase of 293 percent. Venezuelans alone account for 22 percent of the total growth in unique encounters between 2021 and 2022.[51]

Importantly, DHS anticipates that encounters of Venezuelan nationals at the border are likely to continue to increase in the coming weeks and months. As noted above, Panama has seen a 30-fold increase of Venezuelan nationals crossing irregularly into its territory from Colombia over the past six months, with more than 12,700 entering irregularly during the week ending October 1, 2022. And, as noted above, Panama is currently encountering more than 3,000 people, mostly Venezuelans, entering from Colombia through the Darién Gap each day. This sharp increase shows no signs of abating absent material changes such as those proposed here.

---

[51] OIS analysis of OIS Persist Dataset through August 31, 2022 and CBP UIP data through September 30, 2022.

21

PRE-DECISIONAL/DELIBERATIVE

Haiti AR_000153

PRE-DECISIONAL/DELIBERATIVE

As described above, the current surge in Venezuelan migration has forced DHS to reallocate resources and personnel to the SWB. Although DHS will continue to use all available resources to enforce the immigration laws of the United States and secure our borders, maintaining this level of emergency supplemental appropriations and TDY staffing to support SWB operations is simply not sustainable in the long term.

For these reasons, DHS has concluded that maintaining the status quo is not an option.

2.  Increased enforcement by third countries

DHS considered whether there is more that could be done to diplomatically influence other foreign partners in the region to do more to address these irregular migratory flows. However, we have already been engaging at the highest levels of government with these countries and many have extended themselves in historic ways with limited results. The bottom line is that our foreign partners in the region have seen record movements of migrants that far outstrip their capacity to process and provide protection, and they simply do not have the capability to meaningfully impact these flows in the immediate term, as is needed.

Simply pressing foreign partners to do more—without also taking steps to provide a lawful process for entry to the United States that can meaningfully shift incentives against irregular migration—will not achieve the desired goals of this process.

3.  Increasing removals to home countries

As noted above, DHS data shows that increases in returns of individuals from a given country can reduce encounters at the border over time. For example, increases in returns to Guatemala, Honduras, and El Salvador from the United States and Mexico over the past year have led to a sustained decrease in encounters at the border.

DHS considered whether more could be done in the immediate term to increase returns of Venezuelans to Venezuela. However, that is currently not a viable option given the current status of diplomatic relations with Venezuela.

As stated above, DHS intends to continue to work to address root causes, including the political instability and repression that have led to difficulties in returning Venezuelans to Venezuela. That, however, will require time and is not a viable option to meet immediate needs.

4.  Utilizing contiguous territory return authority

DHS considered whether resuming and greatly scaling up the return of Venezuela individuals to Mexico under section 235(b)(2)(C) of the INA, either by restarting the Migrant Protection Protocols (MPP) or via another programmatic use of the authority, would have a similar effect to the proposed process. Notably, the contiguous territory return authority that was used to implement MPP can only be used with individuals "pending a proceeding" under INA § 240— meaning that any individual returned to Mexico under this authority would need to be placed in

22

PRE-DECISIONAL/DELIBERATIVE

Haiti AR_000154

full removal proceedings, in the United States, and continue to come in and out of the United States for court hearings. DHS has concluded that this is not a feasible or preferred option for the following key reasons:

*First*, it would not necessarily diminish the strains at the border and could potentially exacerbate them. Moreover, those enrolled in MPP need to periodically enter the United States for their court hearings and then return to Mexico afterwards. The need to process these individuals each they time for their court hearings, and maintain custody of them while they are in the United States, adds to the strain on already stretched resources along the SWB.

By contrast, the parole process DHS is proposing is specifically designed to provide significant incentives for Venezuelan nationals to apply to travel to the United States from where they are situated, and to incentivize them not to travel to Mexico in the first instance. Venezuelan nationals who are in Mexico as of the day of the announcement would also have no need to travel to, or congregate along, the SWB.

*Second,* the application of MPP generally results in concentrating individuals close to the border, in some of the most dangerous parts of Mexico. This is because individuals who are enrolled in MPP must remain proximate to the border so that they can travel to and from their court hearings—creating significant humanitarian concerns.[52] In previously considering whether to continue MPP, the Secretary ultimately concluded that the "substantial and unjustifiable human costs on the individuals who were exposed to harm while waiting in Mexico" outweighed any potential gain in terms of reduced migratory flows.[53] The recent court-ordered reimplementation of MPP confirmed these concerns, as individuals were subject to kidnappings, rapes, and other targeted violence.[54]

*Third,* it is operationally infeasible. Even at its height in August 2019, only 12,000 individuals per month were enrolled in the MPP program, or roughly 400 a day. This is considerably less than the more than 1,200 Venezuelan nationals currently being encountered at the border daily. To employ the contiguous return authority at scale, the United States would need to build and develop a massive amount of infrastructure for noncitizens to be processed in and out of the United States throughout the duration of their removal proceedings. This would require, among other things, the construction of additional court capacity along the border, additional funding for transportation and security contracts, additional immigration judges and ICE prosecutors to conduct the hearings, and more CBP personnel to receive and process those who are coming into and out of the country to attend court. The number of resources needed to put

---

[52] Robbie Whelan. *Violence Plagues Migrants Under U.S. 'Remain in Mexico' Program.* Wall Street Journal. December 28, 2019. Available at: https://www.wsj.com/articles/violence-plagues-migrants-under-u-s-remain-in-mexico-program-11577529000
[53] *See* Memorandum from Secretary Mayorkas to ICE Director Tae D. Johnson et al re Termination of the Migrant Protection Protocols at 2 (Oct. 29, 2021); *see also* DHS, Explanation of the Decision to Terminate the Migrant Protection Protocols (Oct. 29, 2021).
[54] Human Rights First. *New Report Documents Devastating Toll of Court-Ordered Reimplementation of Remain in Mexico.* September 15, 2022. Available at https://humanrightsfirst.org/library/new-report-documents-devastating-toll-of-court-ordered-reimplementation-of-remain-in-mexico/.

23

PRE-DECISIONAL/DELIBERATIVE

in place a program at the scale needed to address the current flows, and with the appropriate humanitarian protections, is simply not operationally feasible.

*Fourth,* implementation of MPP requires Mexico's unilateral concurrence and support—something that is unlikely at scale. When the Department was under a court-ordered obligation to re-implement MPP, Mexico only agreed to accept the return of a small number of MPP enrollees, consistent with available shelter capacity in specific regions. Even those limited returns had to be paused on a number of occasions due to security concerns raised by Mexico or a lack of shelter capacity.

5. Increasing the use of detention for Venezuelan nationals

DHS considered whether it could detain all or most Venezuelan nationals instead of conditionally releasing them, and thus deter flows and avoid some of the impact in border communities as a result. There are, however, legal and operational limits in the ability to do so.

*First*, there are legal limits on the duration of detention for those ordered removed and who—like the Venezuelan nationals—do not have a significant likelihood of removal in the foreseeable future. Specifically, the U.S. Supreme Court's ruling in *Zadvydas v. Davis* restricts DHS from detaining individuals with final orders of removal for more than 180 days unless there is a significant likelihood of removal in the reasonably foreseeable future.[55]

*Second*, it is not a viable option operationally. Even if ICE diverted all of its detention space to focus on Venezuelan nationals, it would reach its detention capacity in three weeks. Doing so would, however, mean that ICE would no longer have space to detain those put in expedited removal who *could* be removed to their home countries. It would mean releasing others, some of whom may be deemed national security and public safety threats, in contradiction of both statutory mandates and the common-sense policy decision to focus detention space on those who pose a threat to public safety. For these reasons, DHS assesses that addressing the problem by detaining large numbers of Venezuelan nationals is not a viable option at this time.

6. Increasing other lawful pathways to the United States and other countries

DHS could focus *only* on the lawful pathways, including protection processes, that are already in place and have been already announced. As part of these efforts to meet the deliverables outlined in the L.A. Declaration, the U.S. Government committed during the Summit of the Americas in June 2022 to resettle 20,000 refugees from the Western Hemisphere in FY 2023. The U.S. Government also committed to increasing immigrant visa adjudications.[56] However, those alternative processes are narrow and in many cases difficult to access.

---

[55] *Zadvydas v. Davis*, 533 U.S. 678 (2001).
[56] Fact Sheet: The Los Angeles Declaration.

24

Haiti AR_000156

PRE-DECISIONAL/DELIBERATIVE

A key feature of this new process that differentiates it from other processes and programs—and that we deem critical to meet the current moment—is that it is intended to be fully virtual and accessible from anywhere. We thus assess that existing programs are unlikely to provide a sufficiently available and attractive incentive to impact the flows from Venezuela today—and that regional efforts to improve lawful pathways, while critically important, will not be sufficiently timely to address the immediate needs. We thus assess a need to implement the process being considered in order to provide the incentive to wait, rather than make the dangerous journey to the border that we are trying to deter.

## VI.    Administrative Procedure Act

This proposal is exempt from notice-and-comment rulemaking requirements on multiple grounds, and is therefore amenable to immediate issuance and implementation.

*First,* the Department is merely adopting a general statement of policy,[57] *i.e.*, a "statement[] issued by an agency to advise the public prospectively of the manner in which the agency proposes to exercise a discretionary power."[58]

*Second*, even if this process were considered to be a legislative rule that would normally be subject to requirements for notice-and-comment rulemaking and a delayed effective date, the process is exempt from such requirements because it involves a foreign affairs function of the United States.[59] In addition, although under the Administrative Procedure Act, invocation of this exemption from notice-and-comment rulemaking does not require the agency to show that such procedures may result in "definitely undesirable international consequences," some courts have required such a showing,[60] and DHS can make one here.

As described above, this process is directly responsive to requests from key foreign partners—including the GOM—to provide a lawful process for Venezuelan nationals to enter the United States. The United States will not implement the new parole process without the ability to return Venezuelan nationals who enter irregularly across the SWB to Mexico, and the United States ability to execute this process thus requires the GOM's willingness to accept into Mexico those who bypass this new process and enter the United States irregularly between POEs. Thus, initiating and managing this process will require careful, deliberate, and regular assessment of GOM's responses to this unilateral U.S. action and ongoing, sensitive diplomatic engagements.

Delaying issuance and implementation of this process to undertake rulemaking would undermine the foreign policy imperative to act now. It also would complicate broader discussions and negotiations about migration management. For now, Mexico has indicated it is

---

[57] 5 U.S.C. § 553(b)(A).

[58] *See Lincoln v. Vigil*, 508 U.S. 182, 197 (1993) (quoting *Chrysler Corp. v. Brown*, 441 U.S. 281, 302 n.31 (1979)).

[59] 5 U.S.C. § 553(a)(1).

[60] *See, e.g.*, *Rajah v. Mukasey*, 544 F.3d 427, 437 (2d Cir. 2008).

25

Haiti AR_000157

prepared to make a unilateral decision to accept a substantial number of Venezuela returns. That willingness to accept the returns could be impacted by the delay associated with a public rulemaking process involving advance notice and comment and a delayed effective date. Additionally, making it publicly known that we plan to return nationals of Venezuela to Mexico at a future date would likely result in a surge in migration, as migrants rush to the border to enter before the rule becomes final—which would adversely impact each country's border security and further strain their personnel and resources deployed to the border.

Moreover, this process is not only responsive to the request of Mexico and key foreign partners—and necessary for addressing migration issues requiring coordination between two or more governments—it is also fully aligned with larger and important foreign policy objectives of this Administration and fits within a web of carefully negotiated actions by multiple governments (for instance in the L.A. Declaration). It is the view of the United States that the implementation of this process will advance the Administration's foreign policy goals by demonstrating U.S. partnership and U.S. commitment to the shared goals of addressing migration through the hemisphere, both of which are essential to maintaining a strong bilateral relationship.

The invocation of the foreign affairs exemption here is also consistent with Department precedent. In 2017, for example, DHS published a notice eliminating an exception to expedited removal for certain Cuban nationals, which explained that the change in policy was consistent with the foreign affairs exemption because the change was central to ongoing negotiations between the two countries.[61]

*Third*, DHS assesses that there is good cause to find that the delay associated with implementing this process through notice-and-comment rulemaking would be impracticable and contrary to the public interest because of the need for coordination with the GOM described above, and the urgent border and national security and humanitarian interests in reducing and diverting the flow of irregular migration.[62] It would be impracticable to delay issuance in order to undertake such procedures because—as noted above—maintaining the status quo, which involves record numbers of Venezuelan nationals currently being encountered attempting to enter irregularly at the SWB, coupled with DHS's extremely limited options for processing, detaining, or quickly removing such migrants, unduly impedes DHS's ability to fulfill its critical and varied missions. At current rates, a delay of just a few months to conduct notice-and-comment rulemaking would effectively forfeit an opportunity to reduce and divert migrant flows in the near term, harm border security, and potentially result in scores of additional migrant deaths. Undertaking such procedures would also be contrary to the public interest because an advance announcement of the proposed process would seriously undermine a key goal of the policy by incentivizing even more irregular migration of Venezuelan nationals seeking to enter the United States before the process would take effect.

---

[61] *See* 82 FR 4902 (January 17, 2017).
[62] *See* 5 U.S.C. § 553(b)(B).

26

Haiti AR_000158

**Recommendation**

Given the immediate challenge we face along the SWB as described in this memo, and the time it will take for the long-term administration strategy to produce durable and lasting results to irregular migration, we recommend the immediate and temporary approach described in this memo to address the current challenge as we await results from the long term, durable approach. Therefore, we recommend that you approve this memo in full, including the proposed parole process for Venezuelan nationals and the accompanying rationale.

We further recommend that you approve the sending of a draft *Federal Register* notice (FRN) that reflects this decision memo into interagency clearance. Once through interagency clearance, the FRN will be presented to you for final approval and signature.

Approve/d█████████sapprove/date _____

10/12/22

Modify/date _____   Needs discussion/date _____

UNCLASSIFIED//FOR OFFICIAL USE ONLY



August 21, 2022

**INFORMATION**

MEMORANDUM FOR THE SECRETARY

THROUGH:    John W. Priddy    JOHN W PRIDDY IV   Digitally signed by JOHN W PRIDDY IV   Date: 2022.08.21 16:01:39 -0400'

Acting Director, Joint Task Force – East (JTF-E)

John K. Tien
Deputy Secretary, U.S. Department of Homeland Security

FROM:    RADM Brendan C. McPherson    MCPHERSON.BRENDAN.C.1030028623   Digitally signed by MCPHERSON.BRENDAN.C.1030028623   Date: 2022.08.21 14:49:08 -0400'

Director, Homeland Security Task Force – Southeast (HSTF-SE)

SUBJECT:    **OPERATION VIGILANT SENTRY (OVS) Phase 1B**

REFERENCE:    (a) Homeland Security Act of 2002, P.L. 107-296
(b) DHS MASS MIGRATION PLAN (DMMP), dtd 8 SEP 2011
(c) OPERATION VIGILANT SENTRY, Rev. 5 dtd 13 JUL 2021

1.  This memorandum provides formal notification that I have directed the HSTF-SE Unified Command to transition from Operation Vigilant Sentry (OVS) Phase 1a (*Steady State - Preparation*) to Phase 1b (*Surge - Prevention*), in accordance with references (a) through (c).  I directed this change in order to enhance our collective preparedness to effectively address a marked, enduring increase in irregular maritime migration flow within the Caribbean area of operations in recent months, most notably originating from Cuba and Haiti.  The current conditions in Cuba and Haiti remain fragile and conducive to seeing additional foreign nationals taking to the sea, in significant numbers, with the intent of reaching the United States.

2.  HSTF-SE will immediately implement operational and tactical level plans and activities to deter and prevent any threat of maritime mass migration.  The principal objectives of this operation will focus on: effective deterrence; early interdiction; safe, efficient and humane care and processing of migrants; and direct repatriation of migrants rescued and interdicted at sea in support of U.S. national security interests. Ultimately, the mission of HSTF-SE is to save lives and secure our borders.

3.  HSTF-SE will coordinate all interagency requests for assistance, requests for forces, recommendations for suspension of protection screening (if deemed necessary and appropriate), determination for state and local assistance, or other operational matters with JTF-E and the DHS

1

Office of the Military Advisor.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Haiti AR_000161

UNCLASSIFIED//FOR OFFICIAL USE ONLY

4.  HSTF-SE will maintain OVS Phase 1b *(Surge)* until operational conditions permit a timely transition back to OVS Phase 1a *(Steady State)*.

5.  All DHS components are responsible for their own costs in support of HSTF-SE.  Each component is responsible for establishing appropriate mechanisms for capturing and documenting costs in support of HSTF-SE operations.  The Under Secretary for Management will centrally collect cost information from across all DHS agencies.  The Under Secretary for Management and Chief Financial Officer will also periodically review the situation and make adjustments accordingly.

Attach: Graphic - Operation Vigilant Sentry (OVS) Phases and Command Structure

cc:     Commandant, U.S. Coast Guard
        Commissioner, U.S. Customs and Border Protection
        Acting Director, U.S. Immigration and Customs Enforcement
        Administrator, Federal Emergency Management Agency
        DHS, Under Secretary for Management
        DHS, Director of Operations Coordination
        DHS, Office of the Military Advisor
        HSTF-SE Unified Command
        Commander, U.S. Southern Command
        Commander, U.S. Northern Command

UNCLASSIFIED//FOR OFFICIAL USE ONLY



**U.S. Department of Homeland Security**
Washington, DC 20528

December 22, 2022

MEMORANDUM TO FILE

ADAM M HUNTER    Digitally signed by ADAM M HUNTER
Date: 2022.12.22 17:24:47 -05'00'

FROM:                    Adam Hunter
                         Deputy Assistant Secretary for Immigration Policy
                         Office of Strategy, Policy, and Plans

SUBJECT:                 Data on Maritime Migration

Purpose

This memorandum commits to writing data and information considered by the Department of
Homeland Security's (DHS) Office of Strategy, Policy and Plans (PLCY) in connection with the
development of certain parole processes. The information was provided to Adam Hunter, Deputy
Assistant Secretary for Immigration Policy, by RDML Jo-Ann Burdian, Assistant Commandant
for Response Policy (CG-5R), by email dated December 13, 2022.

Description of Data or Information

Cubans are the top nationality encountered in the Eastern Caribbean Sea over the past year,
where their numbers have surged from 225 maritime encounters in January 2022 to 1,552 in
November 2022.  Second to Cuban irregular maritime migration, Haitian migrant encounters
totaled 325 in January 2022 then surged to 505 encounters in November 2022, in large part due
to three Haitian sail freighter departures in which one landed in southern Florida.  While these
numbers are smaller than SWB trends, they are extraordinarily high for the maritime domain
where the risk and danger of irregular migration is outsized, even when compared with land
routes.   In response to the persistent elevated levels of irregular maritime migration across all
southeast vectors, the Director of Homeland Security Task Force – Southeast (HSTF-SE)
elevated the operational phase of DHS' mass migration plan (Operation Vigilant Sentry) from
Phase 1A (Preparation) to Phase 1B (Prevention).  Operation Vigilant Sentry is HSTF-SE's
comprehensive, integrated, National operational plan for a rapid, effective, and unified response
of Federal, state, and local capabilities in response to indicators and/or warnings of a mass
migration in the Caribbean. The shift to Phase 1B triggered the surge of additional DHS
resources to support HSTF-SE's  Unified Command staff and operational battle rhythm.  For
example, between July 2021 and December 2022, Coast Guard operational planners surged three
times the number of large cutters to the South Florida Straits and the Windward Passage, four
times the number of patrol boats and twice the number of fixed/rotary-wing aircraft to support
maritime domain awareness and interdiction operations in the southeastern maritime approaches
to the United States.  Increasing the USCG's operational presence in the region has traditionally

deterred irregular migrant populations from taking the sea.  However, Coast Guard and interagency consent-based interviews suggest that human smuggling networks and the will of would-be irregular migrants consider the risk to taking to the sea worth the attempt(s).

Despite the increased numbers taking to the sea, human smugglers and irregular migrant populations continue to use unseaworthy, overly crowded vessels, piloted by inexperienced mariners, without any safety equipment – including but not limited to, personal flotation devices, radios, maritime global positioning systems, or vessel locator beacons.  In FY22, the USCG recorded 107 non-citizen deaths, including presumed dead, as a result of irregular maritime migration.  In January 2022, the Coast Guard located a capsized vessel with a survivor clinging to the hull.  USCG crews interviewed the survivor who indicated there were 34 others on the vessel, who were not in the vicinity of the capsized vessel and survivor.  The USCG conducted a multi-day air and surface search for the missing migrants, eventually recovering five deceased migrants, the others were presumed lost at sea.  The perils of taking to the sea, for legitimate purposes, are no different for an experienced mariner; however, an inexperienced mariner, without any safety equipment, taking to the sea for illegal purposes, in an overcrowded vessel is risking the lives of all persons onboard.

Historically, USCG encounters at-sea are more often than not compliant, however, USCG crews are also observing an increasing number of encounters where migrant vessels are non-compliant.  In FY 2022, the Coast Guard encountered 26 non-compliant migrant vessels, compared with only one for the previous two years. Non-compliance means upon encountering a migrant vessel, migrants may be observed wielding knives, "clubs,"  or other make-shift weapons meant to dissuade boarding the migrant vessel or coming alongside to render assistance; other USCG observations include instances where migrants have thrown canisters of bodily fluids at USCG crews, and positioning the migrant vessel so as to obstruct the safe navigation of the USCG cutter. USCG crews will de-escalate incidents of non-compliance through persistent on-scene communications until such time the migrants accept USCG assistance to transfer the migrants from their unsafe vessel to a USCG cutter.  Other encounters by USCG crews include migrants ingesting hazardous chemicals (e.g., fuel, bleach) or objects, and even cutting themselves in hopes of being medically evacuated to the United States.  For example, in FY22, there were 11 incidents of self-harm noted by migrants under the care of, or upon encountering, the USCG, or other U.S. government agency, an approximate 200% increase since FY17 in which there four incidents, preceded by 24 incidents in FY16.

USCG and U.S. interagency encounters reflect the risk calculation irregular migrants accept by taking to the sea, putting themselves, smaller accompanied and/or unaccompanied children at risk to reach the United States.  To that end, the USCG views its migrant interdiction mission as a no-fail mission in an effort to save the lives of those unnecessarily taking to the sea.  In support of HSTF-SE, the USCG has diverted assets from other key mission areas, including counter-drug smuggling operations, protection of living marine resources, and support for shipping navigation.  Allocating additional resources to migrant interdictions has also decreased USCG's participation in the international engagement mission.



Secretary

**U.S. Department of Homeland Security**
Washington, DC 20528

**Homeland Security**

April 26, 2022

MEMORANDUM FOR:    Interested Parties

FROM:                          Alejandro N. Mayorka
                                        Secretary of Homeland Security

SUBJECT:                   **DHS Plan for Southwest Border Security and Preparedness**

---

# EXECUTIVE SUMMARY

Under the Biden-Harris Administration, the Department of Homeland Security (DHS) has been executing a comprehensive and deliberate strategy to secure our borders and build a safe, orderly, and humane immigration system.  After inheriting a broken and dismantled immigration system, since January 2021 DHS has effectively managed an unprecedented number of noncitizens seeking to enter the United States and interdicted more drugs and disrupted more smuggling operations than ever before.

The legal authority for enforcing our border security and immigration laws comes from Title 8 of the U.S Code.  Among other things, Title 8 provides that individuals who cross the border without legal authorization are processed for removal and, if unable to establish a legal basis to remain in the United States, promptly removed from the country.

In March 2020, the Centers for Disease Control and Prevention (CDC) invoked a section of Title 42 of the U.S. Code, a law addressing public health, not immigration, to require the immediate expulsion of noncitizen single adults and families in order to protect Americans from the spread of COVID-19.  As a result, a significant percentage of all noncitizens encountered at the Southwest Border are currently expelled pursuant to the Title 42 public health Order.  Beginning in September 2021, DHS began planning in anticipation of the eventual lifting of Title 42.  On April 1, 2022, CDC announced that it was lifting the Order effective May 23.  All noncitizens will then be processed pursuant to Title 8 once again.

When the Title 42 public health Order is lifted, we anticipate migration levels will increase, as smugglers will seek to take advantage of and profit from vulnerable migrants.  The increase in migration being experienced by the United States is consistent with larger global trends: there are currently more people in the world displaced from their homes than at any time since World War II, including in the Western Hemisphere.

This memorandum provides more details on how DHS is leading the execution of a whole-of-government plan to prepare for and manage increased encounters of noncitizens at our Southwest Border. Many elements of this plan are already being implemented as we manage a historic number of encounters, including a record number of noncitizens trying to enter the United States multiple times. Others are elements that we are prepared to implement once the Title 42 termination goes into effect. The six pillars of our plan are as follows:

*Border Security Pillar 1*: **We are surging resources, including personnel, transportation, medical support, and facilities to support border operations.**

U.S. Customs and Border Protection (CBP) currently has 23,000 Agents and Officers working along the Southwest Border, which includes a recent increase of 600 personnel and support of law enforcement officers and agents from other government agencies. Additionally, approximately 500 Agents have been returned to the vital border security mission as a result of increased civilian processing personnel to perform those functions, as well as processing efficiency. By May 23, we will be prepared to hold approximately 18,000 noncitizens in CBP custody at any given time, up from 13,000 at the beginning of 2021, and we have doubled our ability to transport noncitizens on a daily basis, with flexibility to increase further. In order to safeguard public health and the safety of our workforce, noncitizens, and border communities, our efforts also include medical support and COVID-19 mitigation protocols, including testing and administering age-appropriate COVID-19 vaccines in 24 CBP sites by May 23, building on our existing vaccination program for those in Immigration and Customs Enforcement (ICE) custody.

*Border Security Pillar 2*: **We are increasing CBP processing efficiency and moving with deliberate speed to mitigate potential overcrowding at Border Patrol stations and to alleviate the burden on the surrounding border communities.**

This includes launching three new initiatives, which will support these decompression efforts, while ensuring the continued integrity of our security screening processes: Enhanced Central Processing Centers; en route processing; and streamlined processing. CBP is also working to increase processing efficiency at Ports of Entry (POEs) to further facilitate safe and orderly inspection of noncitizens.

*Border Security Pillar 3*: **We are administering consequences for unlawful entry, including removal, detention, and prosecution.**

Core to this plan is our commitment to continue to strictly enforce our immigration laws. This includes increased use of Expedited Removal, detaining single adults when appropriate, referring for prosecution those whose conduct warrants it, and accelerating asylum adjudications that enable us to more quickly process and remove from the United States those who do not qualify for relief under our laws.

*Border Security Pillar 4*: **We are bolstering the capacity of non-governmental organizations (NGOs) to receive noncitizens after they have been processed by CBP and are awaiting the results of their immigration removal proceedings. And, we are ensuring appropriate**

Haiti AR_000166

**coordination with and support for state, local, and community leaders to help mitigate increased impacts to their communities.**

Our goal is to help communities alleviate the pressures they experience by expanding NGO capacity, through communication and coordination with all relevant partners, and other assistance such as the Emergency Food and Shelter Program (EFSP), a Federal Emergency Management Agency (FEMA) grant program that supplements and expands ongoing work of local NGOs to meet the needs of local agencies.

*Border Security Pillar 5*: **We are targeting and disrupting the transnational criminal organizations (TCOs) and smugglers who take advantage of and profit from vulnerable migrants, and who seek to traffic drugs into our country.**

In April 2022, DHS and other federal agencies intensified our disruption efforts, marshalling the largest surge of resources and disruptive activities against human smuggling networks in recent memory. The immediate result has been over 2,500 arrests, investigations, and disruptions of smuggling infrastructure, such as buses and safe houses. The federal government has also established a new intelligence unit to coordinate and strengthen the capability for early warning of migrant movements.

*Border Security Pillar 6*: **We are deterring irregular migration south of our border, in partnership with the Department of State (DOS), other federal agencies, and nations throughout the Western Hemisphere, to ensure that we are sharing the responsibility throughout the region.**

In the past two months, we have signed new migration agreements with Costa Rica and Panama and continue close cooperation with Mexico. We are also sending a clear message in the region to counteract misinformation from smugglers, including that the termination of the Title 42 public health Order does not mean that the U.S. border is open. As we execute this work, our objective continues to be the safe, orderly, and humane processing of noncitizens, consistent with our laws, while protecting national security and public safety. Across all of our work in this space, we are ensuring we can uphold our laws and our values in treating noncitizens in a humane way, as we did last year when we rapidly addressed the acute needs of unaccompanied children at the Southwest Border.

## Conclusion

Our outdated immigration system was not built to manage the current levels and types of migratory flows that we are experiencing and is already under strain. This is true at the federal level, as well as for state, local, and NGO partners. However, we have been able to manage increased encounters because of prudent planning and execution, and the talent and unwavering dedication of the DHS workforce and our state, local, and community partners.

Despite these efforts, a significant increase in migrant encounters will substantially strain our system even further. We will address this challenge successfully, but it will take time, and we need the partnership of Congress, state and local officials, NGOs, and communities to do so. We are operating within a fundamentally broken immigration system that only Congress can fix.

3 of 20

# BACKGROUND

**After inheriting a broken and dismantled immigration system, the Biden-Harris Administration is securing the border and building a fair, orderly, and humane immigration system, with demonstrable results since January 2021.**

The Biden-Harris Administration inherited a broken and dismantled immigration system.  On January 20, 2021, the President sent the *U.S. Citizenship Act of 2021* to Congress with a call for urgent action.  At DHS, we are working every day, despite that broken system, to secure our borders and build a more just immigration system.

## Securing the Border

DHS works tirelessly to secure the Southwest Border through a combination of highly trained personnel, sophisticated ground and aerial monitoring systems, and robust intelligence and information sharing networks.  Through this layered border security network, we have a better understanding of who is attempting to enter the country than ever before and can focus our enforcement efforts more effectively to address potential threats.

The greatest asset in our border security network is the DHS workforce.  There are currently over 23,000 CBP Agents and Officers working along the Southwest Border.  Over the past year, DHS has supplemented permanent staff by overseeing the deployment of more than 10,000 additional federal personnel to the Southwest Border in multiple rotations.  This includes CBP Agents and Officers; other agency law enforcement personnel; personnel from the Department of Defense (DOD), which has supporting CBP operations since 2006, and the DHS Volunteer Force.  Personnel have been added to increase patrols along the Southwest Border to prevent the entry of people and goods between POEs, enhance processing efficiency, and increase humanitarian capacity.  DHS also has worked to train thousands of additional agents and officers and execute contracts for processing assistance to further augment border security efforts.

DHS has been investing in technology and installing new systems to enhance border security and the effectiveness of our operations, including advanced automated surveillance towers, ground movement detection systems, and new aerial platforms.  These efforts have delivered concrete results, as further described below.

With support from Congress, DHS has been applying appropriated financial resources to support our efforts.  In the Fiscal Year (FY) 2022 budget, DHS secured additional resources: $100 million to strengthen Border Patrol Agent hiring programs and contract for processors to work in Border Patrol stations; more than $250 million in funding for border security technology; over $85 million for non-intrusive inspection technology to scan vehicles and goods entering the country; and more than $70 million for additional aircraft and sensors.  In addition, Congress allocated $1.4 billion to support contingency operations on the Southwest Border.

## Building a More Just Immigration System

Along with our efforts to secure the border, over the past 15 months, we implemented critical reforms that ended cruel and unjust policies of the prior Administration.  We have issued new guidelines regarding immigration enforcement priorities that focus the Department's resources

Haiti AR_000168

on the apprehension and removal of noncitizens who pose a threat to our national security, border security, or public safety. These guidelines mark a new approach to enforcement as they focus resources on those who pose the greatest threat. The most recent guidelines also enable the Department's experienced personnel to use their discretion and focus DHS enforcement resources in a more targeted way, while protecting civil rights and civil liberties.

The results speak for themselves. ICE Enforcement and Removal Operations (ERO) arrested an average of 1,034 aggravated felons per month from February through September 2021, a 53 percent increase over the monthly average during 2016 and a 51 percent increase over the period 2017-2020. During the same period in 2021, ICE removed an average of 937 aggravated felons per month, the highest level ever recorded and the greatest public safety impact since ICE began collecting detailed criminality data. From February-September 2021, 46 percent of ICE removals were of serious criminals overall (persons convicted of felonies or aggravated felonies), compared to 17 percent during 2016 and 18 percent during 2017-2020.

The Department is committed to protecting vulnerable populations and has taken several significant steps to advance our efforts on this front. A few examples:
- We have implemented actions to promote a fair labor market by focusing our enforcement on unscrupulous employers, thereby supporting more effective enforcement of wage protections, workplace safety, labor rights, and other employment laws and standards.
- We have issued a new, comprehensive policy that provides an expanded and non-exhaustive list of Protected Areas – such as courthouses, places of worship, and disaster or emergency relief sites – to ensure that enforcement actions, to the fullest extent possible, are not taken at or near a location that would restrain people's access to essential services or engagement in essential activities.
- We have made significant strides in improving the conditions of care in detention facilities including implementing trauma-informed care in CBP facilities, hiring additional child welfare and medical providers to work in CBP facilities, implementing new policies establishing standards of care for vulnerable individuals, and closing facilities that repeatedly have failed to maintain safe conditions.
- In partnership with DOS, we reimplemented and expanded the Central American Minors program to increase the pool of qualified candidates who can access this safe, orderly pathway. For example, the expansion now allows legal guardians in the United States with a pending asylum application or U visa petition to sponsor their children for resettlement consideration.
- In partnership with the Department of Health and Human Services (HHS), we ensured the safe and humane treatment of unaccompanied children in our custody by quickly reducing the average time to transfer a child into HHS care and the number of unaccompanied children in Border Patrol facilities.
- And critically, we have reunited more than 200 families who were cruelly and unjustly separated at the U.S.-Mexico border by the prior Administration and are working to reunite many more.

Haiti AR_000169

# STATE OF MIGRATION

**The United States is experiencing an increase in migration, consistent with larger global trends.  There are currently more people in the world displaced from their homes than at any time since World War II, including in the Western Hemisphere.**

Over the past few years, irregular migration along the Southwest Border has increased to unprecedented levels and presents new challenges that affect our processing and complicate removals.  In the past three weeks, CBP has encountered an average of over 7,800 migrants per day across the Southwest Border.  This is compared to a historical average of 1,600 per day in the pre-pandemic years (2014-2019).  In addition to this exponential increase, DHS has seen a pronounced shift in the demographics and nationalities of noncitizens encountered at and between land ports of entry – with more single adults claiming fear, varying levels of family units, and a steady flow of unaccompanied children, who have unique vulnerabilities and needs.  Migrants from Cuba, Venezuela, and Nicaragua have steadily increased, accounting for 37 percent of FY 2022 non-Mexican encounters to-date, up from 8 percent between 2014-2019.  And due to the sharp increase in encounters of Ukrainians at the Southwest Border in the wake of the Russian invasion of Ukraine, we have established a new program for processing Ukrainians in Europe that will substantially reduce incentives to seek admission via Mexico.

The United States is not alone in experiencing an increase in migration.  There are currently more people displaced from their homes across the world than at any time since World War II.  In our hemisphere, violence, food insecurity, severe poverty, corruption, climate change, the COVID-19 pandemic, and dire economic conditions all contribute to the increase.  More than 6 million Venezuelan refugees and migrants have fled their homes, making this the second-largest external displacement crisis in the world.  Seventeen countries in Latin America and the Caribbean generously host approximately 80 percent of this Venezuelan diaspora, including an estimated 1.8 million in Colombia, 1.3 million in Peru, and large numbers in Ecuador, Chile, Brazil and elsewhere.  Costa Rica, a country of only 5 million people, is hosting approximately 150,000 Nicaraguan migrants.

Noncitizens making their way to the Southwest Border travel via air, land, and sea into Mexico and up to Mexico's northern states.  These movements into and through Mexico are often facilitated by numerous human smuggling organizations that exploit them for profit, and involve crossing inhospitable jungles, rugged mountains, and raging rivers, often with small children in tow.  Upon reaching the border area, noncitizens seeking to enter the United States without going through the POEs pay cartels to guide them along the final miles of their journey.  This cartel-controlled movement of people across the border is a billion-dollar criminal enterprise.  The cartels willfully place noncitizens in danger during their journey.  Tragically, a significant number of individuals perish along the way.  The depth of suffering these migrants are willing to endure speaks to the desperation they feel about their prospects in their home countries.

**When the Title 42 public health Order is lifted, we anticipate migration levels will increase further, as smugglers will seek to take advantage of and profit from vulnerable migrants.  We will continue to remove individuals without legal claims under Title 8, consistent with our laws.**

Haiti AR_000170

Following the lifting of CDC's Title 42 public health Order, we expect increased border flows, in light of exploitation by smugglers, continued demand for access to the United States from people fleeing violence and economic turmoil in their home countries, and other factors discussed above.  In preparation for this, DHS operational agencies and partners have planned for multiple scenarios to ensure preparedness and the safe, orderly, and humane processing of individuals, consistent with our laws.

**Migration Authorities**

As noted above, we have been managing historic levels of migration: 1.72 million encounters by CBP in FY 2021.  DHS completed 1.2 million repatriations in FY 2021, via a combination of immigration enforcement removals pursuant to Title 8 and public health expulsions pursuant to Title 42.  This was the highest number of repatriations since 2006.

Since March 2020, CDC's Title 42 public health Order has required the immediate expulsion of noncitizen single adults and families at the Southwest Border to mitigate risk to the American public due to COVID-19.  As a result, a significant percentage of all noncitizens encountered at the Southwest Border are currently expelled pursuant to Title 42.  The large number of expulsions during the pandemic has contributed to a higher-than-usual number of noncitizens making repeated border crossing attempts: more than one in three encounters at the Southwest Border are repeat entrants, including almost half of single adult encounters.  Thus, while total enforcement encounters increased 82 percent between 2019 (the last pre-pandemic year) and 2021, the number of unique individuals encountered at the border increased by 30 percent.

In light of CDC's decision to terminate Title 42, beginning on May 23, 2022, families and single adults who cross the border without legal authorization will be placed into Title 8 removal proceedings.  Under Title 8 authorities, noncitizens without a viable asylum claim or unable to establish a legal basis to remain in the United States are removed to their home countries.  Economic need and flight from generalized violence are not a basis for asylum in the United States.  Only those with a well-founded fear of persecution based on protected grounds are eligible for asylum.  Expedited Removal is a tool to quickly remove individuals who do not express a fear of return to their home country, following an assessment of asylum claims.  In addition, Mexican migrants can be quickly removed under Voluntary Removal, a process that in practice takes about the same amount of time as an expulsion pursuant to Title 42.  There are consequences to entering without authorization.  Recent arrivals ordered for removal or subject to Expedited Removal are generally subject to a five-year bar on admission to the United States, and reentry within this five-year period after removal is subject to felony prosecution.

Of note, our border security efforts also address irregular maritime migration, which is always dangerous and often deadly.  The termination of Title 42 will not impact the U.S. Coast Guard's (USCG) ability to rescue and intercept individuals attempting this dangerous journey.  Individuals interdicted at sea who are attempting to enter the United States irregularly are, and will continue to be, subject to repatriation to their home country.  DHS continues to maintain its readiness in the maritime domain and has longstanding plans and procedures that govern how to respond to any potential increase in maritime migration.

**Border Processing**

CBP Agents and Officers work tirelessly to detect and interdict noncitizens who cross the border. Upon encountering individuals who have entered between POEs, Border Patrol Agents transport them to stations for processing. This includes verifying their identities through a review of their documents and biographic information, as well as the collection of biometric records. Each individual processed by CBP is screened against numerous records systems, including the FBI's Terrorist Screening Database, to determine whether or not they pose a national security or public safety threat. After initial identity verification and record checks, CBP Agents and Officers determine the appropriate processing pathway from the available options, which are determined based on an individual's nationality, age, family status, and results of security screening and vetting. This process, including final processing for each pathway, takes, on average, one to two hours per individual.

Adults and families commonly spend 48 to 72 hours in CBP custody awaiting processing and then transfer or release. During this time, individuals are provided food, water, medical care, clothing, and other necessities to ensure their safety. Upon completion of CBP processing, certain noncitizens may be quickly removed and others may be transferred to ICE for continued detention. Unaccompanied children must be transferred to HHS. Noncitizens not transferred to other government agencies are processed for release during the pendency of their removal proceedings. This often includes enrollment in an ICE Alternatives to Detention (ATD) program and coordination with NGOs to assist with planning for travel away from the border and the provision of other basic services. Noncitizens placed into proceedings will have an opportunity to present their case before an Asylum Officer or Immigration Judge who will review their claims and either order their removal or grant them asylum or other relief in accordance with law.

**Our broken immigration system was not built to manage the migration levels and types we are currently experiencing and is already under strain. However, we have been able to effectively manage these encounters because of prudent planning and execution, the talent and unwavering dedication of the DHS workforce, and our state, local, and community partners.**

Congress designed the U.S. border management system over 25 years ago. At the time, the migrant population largely consisted of single adult males who were seeking employment opportunities. As described above, the populations DHS now encounters at the border are substantially different, including many families and unaccompanied children who are seeking humanitarian relief. The current system is outdated, was further dismantled by the last Administration, and was not built to contend with these demands. Further, social media and other online platforms have increased smugglers' access to potential migrants, creating an environment ripe for manipulation of information with respect to migration policies at the border.

As noted above, we are already managing a high volume of migrant encounters (on average 7,800 over the past three weeks), which is significantly higher than our system was built to manage and process effectively. While CBP, ICE, and our community partners are all strained under current operations, we are processing individuals in a safe, humane, and orderly manner as

a result of improvements we have made over the past year and thanks to the collaboration of outside partners.  DHS efforts include capacity building, strengthened logistics and processing (including the deployment of soft-sided facilities and virtual processing), and decompression tactics to ensure U.S. Border Patrol sectors can most efficiently support one another.

# BORDER SECURITY PLAN

Building on lessons learned and in preparation for the termination of CDC's Title 42 public health Order, DHS commenced planning exercises in Fall 2021.  In February 2022, DHS formally launched the Southwest Border Coordination Center (SBCC), which is coordinating a whole-of-government response to the anticipated increase in border encounters.  I designated a Senior Coordinating Official (SCO) to oversee the SBCC, who reports directly to me.

The SBCC has centralized coordination among key government agencies within a single structure to ensure effective, holistic planning and execution.  It is staffed by dozens of experienced professionals from across DHS and contains subject matter expert representatives from throughout the federal government.  In addition to the full complement of DHS agencies and offices, several federal agencies are supporting the whole-of-government response, including:

- DOS is continuing intensive diplomacy throughout the region designed to limit irregular migration to the Southwest Border;
- DOD will provide, as needed, rapid contracting support for air and ground transportation, as well as land for the establishment of temporary facilities for migrant processing and lodging for housing federal employees near the Southwest Border;
- The Department of Justice (DOJ) is providing transportation support and law enforcement personnel from the Bureau of Prisons and U.S. Marshals Service, and prosecuting smugglers, repeat offenders, and others whose conduct warrants such a response;
- HHS continues to accept the transfer of unaccompanied children from CBP custody, as well as adjudicate requests for medical support via the ESF-8 council, which governs the allocation of Federal medical responses; and,
- The Office of the Director of National Intelligence (ODNI) is providing intelligence coordination and support to strengthen the capability for early warning of migrant surges at the Southwest Border.

**Building on work to date and informed by input from our partners, we developed and are currently executing the DHS Border Security plan, described below.  Our objective continues to be the safe, orderly, and humane processing of noncitizens consistent with our laws to ensure national security and public safety.**

The plan has six pillars: surge resources; increase efficiency to reduce strain on the border; employ an aggressive consequence regime; bolster the capacity of NGOs and partner with state and local partners; go after cartels and smugglers; and work with our regional partners.  This comprehensive plan leverages a whole-of-government approach to prepare for and manage the current and anticipated increases in encounters of noncitizens at our Southwest Border.

Haiti AR_000173

Across each of the lines of effort, DHS has undertaken a deliberate and methodical approach to readiness prior to and for May 23.  Following months of planning based on multiple potential scenarios, we are pre-positioning and expanding available resources.  We are also conducting extensive testing of processes that have not been used at scale since the implementation of Title 42 and new approaches like an en route processing capability, which will be explained below.  Finally, our preparations culminate with us scaling to meet migration levels as they increase over time by accessing additional resources through interagency agreements and contracts.

### *Border Security Pillar 1:* We are surging resources, including personnel, transportation, medical support, and facilities to support border operations.

#### Increased Personnel

Over the past several months, we have deployed additional personnel in support of several key functions.  First and foremost, we are working to maximize the number of CBP Agents and Officers in the field.  As of April 25, CBP has over 23,000 Agents and Officers working along the Southwest Border, over 600 of whom have deployed since February 1 in response to increasing operational demands.  The SBCC will continue to augment CBP's operations by bringing in law enforcement agents and officers from other parts of the country as needed.

Additionally, there are currently over 300 civilian Border Patrol Processing Coordinators who work in Border Patrol stations to complete processing duties; the volume of processing has required some Border Patrol Agents to be assigned to processing.  Over the next few months, we are on track to deploy over 500 additional full-time and contract processors, which relieves Border Patrol Agents to return to the field and continue their tireless work to secure the border.  President Biden's FY 2023 Budget request to Congress proposes hiring an additional 300 Border Patrol Agents and an additional 300 Border Patrol Processing Coordinators.  If enacted, this would be the first increase in the number of Border Patrol Agents since 2011.

The SBCC is augmenting CBP's operations by bringing in law enforcement officers and agents from other parts of the country.  We are also hiring, contracting for, and soliciting volunteers for administrative processing support to enable law enforcement officers and agents to focus on front-line work.

#### Increased Transportation Capacity

CBP utilizes air and ground transportation to prevent Border Patrol facilities from becoming overcrowded.  This long-standing process enables increased efficiency, while better protecting the health and safety of our workforce and noncitizens.   Building on this approach, the SBCC is expanding the capacity for lateral movements of noncitizens within and between Border Patrol sectors to help relieve overcrowded sectors quickly.  For example, CBP will complete a blanket purchase agreement to contract for 394 additional bus movements per day by April 29.  CBP can currently move about 4,900 people per day and this additional capacity will enable the movement of an additional 4,100 people per day, almost double, with the potential for further expansion.  The SBCC has secured eight U.S. Bureau of Prisons buses with supporting personnel to replace buses and drivers currently staffed by Border Patrol Agents.  Those Border Patrol Agents currently staffing buses will then be able to return to the field and perform their critical

Haiti AR_000174

law enforcement and border security missions.  The SBCC is also finalizing an interagency agreement with ICE for contracted ground transportation resources for an additional 40 bus movements per day and air movements for family units.

**Additional Medical Support**
It is among DHS's top priorities to ensure the health, safety, and well-being of those in DHS care and custody, the DHS workforce, and surrounding communities.  To this end, we have invested in ensuring that we have appropriate and accessible medical care, including for those with unique vulnerabilities, medical conditions, and for tender-aged children.  The SBCC is working to make medical resources available by the end of April to provide urgent clinical care for a planning scenario of 18,000 noncitizens in CBP custody at any given time.  The SBCC has developed a medical support plan, which has been reviewed by interagency medical experts, and is currently determining which federal agencies can provide support through an interagency agreement signed with DOD, HHS, USCG, and FEMA.

Beginning in 2021, DHS rapidly scaled its COVID-19 vaccine program to noncitizens in ICE custody.  The provision of vaccines, coupled with the testing of noncitizens on intake and rigorous isolation and quarantine protocols, has led to markedly low morbidity and mortality in ICE facilities.  Separately, on March 28, 2022, DHS expanded its COVID-19 vaccine program to include noncitizens in CBP custody with a goal to expand to 24 sites by May 23.  All Title 8, age-eligible, non-citizens are eligible for the CBP COVID-19 vaccine program and receive their first dose prior to onward travel.  Additionally, at the highest-volume CBP sectors, unaccompanied children are tested on intake for COVID-19 and, if positive, are triaged for immediate movement to HHS facilities.  These mitigation measures at CBP and ICE have kept COVID-19 rates among noncitizens at or lower than surrounding communities during most of 2021 and 2022.

**Increased CBP's Border Holding Capacity**
We have worked to increase CBP's holding capacity, currently at over 17,000 compared to less than 13,000 in January 2021.  This includes three soft-sided facility expansions totaling approximately 1,300 in holding capacity initiated in the past two months and one that will be completed in mid-May.  There are additional facility expansions still in the planning phase.  By April 27, CBP will also complete its assessment of DOD sites for potential additional temporary facilities.

## *Border Security Pillar 2*: We are increasing CBP processing efficiency and moving with deliberate speed to mitigate potential overcrowding at Border Patrol stations and alleviate the burden on the surrounding border communities.

As noted above, CBP's goal at Border Patrol stations is to hold noncitizens in a safe, orderly, and humane environment; ensure appropriate security screening; and to quickly process and transfer screened noncitizens out of CBP custody to ensure that facilities do not become overcrowded, while facilitating the lawful trade and travel that is critical to our economy.  CBP, which initially encounters and apprehends migrants, does not have sufficient capacity or resources in its short-term facilities to hold individuals for over 72 hours.  In the case of unaccompanied children, CBP

Haiti AR_000175

must, by law, transfer these children to the custody of the HHS Office of Refugee Resettlement (ORR) within 72 hours of encounter.

CBP will continue to achieve these goals by employing several strategies, such as transferring noncitizens from stations that are over capacity to those that have capacity and transferring them to ICE ERO for Expedited Removal and detention, where appropriate.  The SBCC is also launching the following three new initiatives to support decompression efforts, which ensure the continued integrity of our security screening processes: enhanced central processing center, en route processing, and streamlined processing.  Further, CBP is working to increase processing efficiency at POEs to allow noncitizens to present for inspection in a safe and orderly manner.

### Enhanced Central Processing Centers (ECPC)
Processing a noncitizen upon apprehension and entering them into immigration removal proceedings involves multiple steps, multiple electronic systems, and, often, multiple federal agencies.  Specific issues include the referral process from CBP to ICE, coordination between CBP and ICE on custody and transportation of noncitizens, and coordination between CBP and HHS on the transfer of unaccompanied children.  To address these challenges, the SBCC is testing and rapidly developing a model that will co-locate CBP, ICE, NGOs, and possibly other entities at ECPCs to eliminate any inefficiencies and more rapidly process noncitizens.  This innovative model will allow CBP to quickly triage noncitizens it encounters based on risk, ensuring that higher risk individuals are held in secure, hardened facilities until they are placed in detention, while lower risk individuals are processed quickly and humanely at facilities that do not require as significant a law enforcement presence.

This will allow the Border Patrol to focus more of its agents on its priority mission to secure our border rather than processing and administrative duties.  ICE personnel will be on-site in order to minimize delays associated with referrals, and NGOs will be present as well to provide legal orientation services and onward transportation for those low-risk individuals who are ultimately released on ATD.  The first ECPC will be operational in Laredo, Texas effective April 29.  Informed by this experience, the SBCC will complete a plan for the development of additional enhanced central processing centers beyond Laredo.

### En Route Processing
As noted above, processing of noncitizens at CBP facilities can be time intensive.  When noncitizens are transported to alleviate overcrowding, the time in transit is an opportunity to process those being transported.  By testing and refining operational plans to complete processing of noncitizens while in transit, the SBCC can move noncitizens out of CBP facilities faster, while retaining the integrity of biometric and biographic screening processes and ensuring noncitizens apprehended at the border are placed expeditiously into removal proceedings.

As part of DHS's strategic use of existing Title 8 processing pathways, this processing would be reserved for family units, especially from countries that do not accept repatriations quickly or at all.  The SBCC is actively engaging with cities that are located within a six-hour drive of the border and will employ en route processing to relieve pressure on Border Patrol facilities and border communities. The SBCC is working closely with local governments, including law

enforcement, in these cities to ensure that local governments and receiving NGOs have the support and resources they need, as described further below.

The SBCC is testing en route processing and is continuing to develop options to expand its capacity further.  In particular:
- *Del Rio to Laredo:* The SBCC has developed a concept of operations for en route processing from Del Rio to Laredo that has already been successfully tested.
- *Bus Technology:* Border Patrol is outfitting buses with necessary technology to support processing requirements while in transit.

### Streamlining Processing Methods
Processing a single noncitizen for a Notice to Appear (NTA) can take two to three hours, including the time to complete the processing documents and subsequent review between CBP and ICE to ensure accuracy.  An NTA is a charging document, issued by ICE or CBP, which initiates removal proceedings against a noncitizen, and specifies the date and time for the noncitizen to appear in immigration court.  Last year, DHS launched the Southwest Border Technology Integration Program to digitize and automate noncitizen processing.  Today, over 70 percent of Title 8 cases are reviewed and signed digitally by CBP.  We project this has saved over 20,000 hours of processing time already.

The SBCC is identifying and implementing further technological and administrative improvements to reduce overall processing time of noncitizens, while also maintaining security. For example, the SBCC is focused on expanding digital processing towards a fully digital "A-File," which is shared across CBP, ICE, U.S. Citizenship and Immigration Services (USCIS), and DOJ throughout the immigration lifecycle.  Digital A-Files for voluntary returns and digital review and signatures for other disposition types will be implemented by May 23.  DHS will continue to focus on digitizing all other elements of the A-File to maximize efficiency.  In addition, the SBCC is eliminating administrative redundancy by identifying and removing certain forms in the document exchange between CBP and ICE.

### Port of Entry Processing
The imposition of the Title 42 public health Order severely restricted the ability of undocumented noncitizens to present at POEs for inspection and processing under Title 8.  The closure of this immigration pathway for much of the time Title 42 has been in effect has driven people between POEs at the hands of the cartels.  Returning to robust POE processing is an essential part of DHS border security efforts.  Beginning in the summer of 2021, DHS restarted processing vulnerable individuals through POEs under Title 8, on a case-by-case basis for humanitarian reasons, pursuant to the exception criteria laid out in CDC's Title 42 Order.  These efforts, which we have recently expanded, offer individuals in vulnerable situations a safe and orderly method to submit their information in advance and present at POEs for inspection and subsequent immigration processing under Title 8.  We also have enhanced Title 8 POE processing through the development of the CBP One mobile application, which powers advanced information submission and appointment scheduling prior to an individual presenting at a POE. We will make this tool publicly available and continue to expand its use to facilitate orderly immigration processing at POEs.

13 of 20

## *Border Security Pillar 3*: We are administering consequences for unlawful entry, including removal, detention, and prosecution.

Attempting to enter the United States without authorization carries potential long-term consequences, including removal from the United States, bars on subsequent admission, and criminal liability.  By expeditiously removing individuals who do not have a lawful basis to stay in our country, the United States is making clear that while we are a nation of immigrants, we are also a nation of laws.  We will continue fully enforcing those laws, employing a combination of Expedited Removal and removal proceedings before an immigration judge, detaining single adults where appropriate, and referring for prosecution border-related criminal activity.

### Expedited Removal

DHS is preparing to maximize the use of Expedited Removal for populations where removal is possible or likely, consistent with the law, and is working to streamline Expedited Removal processes across relevant federal agencies, with an eye towards quickly removing those who receive a negative credible fear finding while in ICE custody.  DHS is increasing the availability of interview facilities and USCIS officers to conduct credible fear interviews, creating an electronic process to refer appeals of negative fear findings to the DOJ Executive Office for Immigration Review (EOIR), and working with partner countries throughout the hemisphere to significantly improve our ability to quickly remove and repatriate individuals with final orders of removal.

Increased use of Expedited Removal serves key law enforcement and operational goals.  It is a fair and effective means of efficiently removing those with no lawful basis to remain in the United States.  Those subject to Expedited Removal also face a five-year bar on admission from the date of removal and potential criminal prosecution if they seek to unlawfully re-enter, thus serving to deter would-be border crossers.

Single adults placed in Expedited Removal are generally detained throughout the process, making the capacity to detain critical to its effectiveness and to increasing its use.  DHS utilizes a network of detention facilities across the country to detain noncitizens who are subject to Expedited Removal, who pose a threat to public safety or national security, to ensure presence at immigration proceedings, and to effectuate removals.  As COVID-19 physical distancing restrictions are revised, DHS will regain additional bed space within its existing facility footprint.

### Asylum Office Rule

Individuals in Expedited Removal who establish a credible fear of persecution or torture are currently referred to an immigration court for full consideration of their applications for asylum and related protection.  Under the new Asylum Office rule, effective May 31, DHS can instead refer these cases to USCIS for significantly more expeditious adjudication.  The new rule will allow DHS and DOJ to conclude certain asylum cases in months instead of years, meaning that those deemed ineligible for asylum can be removed more quickly.  While full implementation will take time, this will have a transformative impact on the asylum system.

14 of 20

**Timely Immigration Court Proceedings**

For families not processed through Expedited Removal and who are instead placed in removal proceedings, DOJ and DHS have jointly established a new, more efficient process known as the Dedicated Docket to conduct speedier immigration court proceedings that comport with due process.  DHS is utilizing the Dedicated Docket for certain family unit members who arrive between POEs at the Southwest Border and are traveling to one of 11 destination cities.  Families placed on the Dedicated Docket are prioritized for adjudication and are generally expected to receive final decisions in their cases within 300 days of initiation, as opposed to several years.  The Dedicated Docket includes a Family Group Legal Orientation Program in which nonprofit organizations explain the immigration court process and provide referrals to pro bono legal services to support families placed on this Docket.

In addition to the Dedicated Docket, DOJ will continue to operate its long-standing detained docket for individuals in ICE custody, moving cases through the immigration court system in a matter of months, rather than years.

**Prosecuting Border-Related Criminal Activity**

DHS will continue to refer border-related criminal activity to DOJ for prosecution where warranted, including that of smugglers, repeat offenders, and other noncitizens whose conduct warrants such law enforcement action.  We also continue to enforce CBP's Repeat Offender initiative to target recidivism.  This enforcement regime has improved DHS's ability to leverage legal consequences to deter irregular migration while conserving limited processing resources.

***Border Security Pillar 4*: We are bolstering the capacity of NGOs to receive noncitizens after they have been processed by CBP and are awaiting the results of their immigration removal proceedings.  And, we are ensuring appropriate coordination with and support for state, local, and community leaders to help mitigate increased impacts to their communities.**

Increased migration levels put additional pressure not only on DHS personnel and resources, but also on border communities and NGO partners who play a critical role in helping noncitizens who are released from DHS custody for the pendency of their removal proceedings.  Noncitizens who are not subject to ICE detention are screened by CBP as described above, entered into immigration removal proceedings, and permitted to travel to onward destinations, where they are subject to ongoing supervision.  Once a noncitizen is released from custody by DHS, the Department is no longer operationally engaged in their transportation, medical care, or shelter.  Nonetheless, our goal is to help communities alleviate the pressures they experience by expanding NGO capacity, through communication and coordination, and grants through the Emergency Food and Shelter Program (EFSP).  We are also exploring other ways to provide assistance to communities and welcome the ongoing dialogue we have with local leaders to that end.

**Bolstering NGO Capacity**

NGOs play a critical role in providing care and support with onward travel to noncitizens who are entered into immigration removal proceedings, not subject to detention, and released from

CBP custody.  The SBCC has assessed and is tracking NGO capacity and sharing information to ensure there is a common operating picture across all relevant parties, to include gaps that can be remediated with external assistance.

The EFSP, administered by DHS through FEMA, supplements and expands ongoing work of local NGOs to meet the urgent needs of local agencies assisting the unique and vulnerable migration population encountered by DHS.  In FY 2022, Congress authorized $150 million for EFSP Southwest Border support, and this month, FEMA has taken necessary steps to ensure these funds can be accessed by eligible partners in short order.  We are working to ensure the eligibility criteria for EFSP can cover the broadest set of possible needs and will provide more information for entities that are not familiar with EFSP by the end of April.

For the subset of non-citizens who may be released from custody directly into a community (i.e., those who cannot be released in coordination with an NGO due to capacity constraints or other issues), DHS is defining required criteria for CBP leadership to reference when determining whether and how to release individuals.  This is particularly important given the potential for increases in this population going forward.  The criteria will include safety checks, notification to local officials, information on local resources and legal services, and required documentation.  The SBCC will complete an operational checklist, informed by feedback from our local stakeholders including law enforcement partners, also by the end of April.

Additionally, by the beginning of May, the SBCC will complete an updated information package to distribute to all noncitizens released from federal custody. The update was designed to ensure individuals more clearly understand their obligations and requirements for compliance with the enforcement and removal process.

### Communication with State, Local, and Community Leaders
To ensure close operational coordination and support ongoing local planning efforts, the SBCC and CBP leaders continue to engage extensively with state and local governments, including law enforcement entities, public health authorities, and NGOs, including in California, Arizona, New Mexico, and Texas, as well as other locations as needed.  This regular coordination includes a focus on noncitizen transport and capacity planning, resolving logistical challenges, and addressing community concerns through shared solutions.  These and other coordination sessions will increase as operations necessitate.

### *Border Security Pillar 5:* We are targeting and disrupting the transnational criminal organizations (TCOs) and smugglers who take advantage of and profit from vulnerable migrants, and who seek to traffic drugs into our country.

DHS works at home and abroad to identify, investigate, and interdict the TCOs that smuggle people and drugs into our country.  Human smuggling organizations peddle misinformation that the border is open, in order to profit from the vulnerability of migrants.  DHS is targeting these organizations, in close collaboration with other federal agencies, state and local law enforcement, and international partners.  While this has been a consistent priority, our efforts have intensified in recent months.

**Migration Intelligence**

Building on the Intelligence Community's existing work to monitor migration activity in the Western Hemisphere, in April, ODNI stood up a Migration Intelligence Cell with the goal of providing advanced geographic and time-based warning of large human smuggling movements in the region and analysis and targeting information for disruption activities.  The Migration Intelligence Cell has highlighted to the entire Intelligence Community the priority of human smuggling to prompt additional focus.  This intelligence will be used for disruption activities as well as border security and management actions.

**Disrupting Smuggling Networks**

Building on existing efforts, in April 2022 DHS surged disruption efforts in partnership with other federal agencies along six coordinated and interconnected lines of effort.  These include:

- Operation Expanded Impact led by Homeland Security Investigations (HSI), a division of ICE.  HSI is focusing its investigative efforts along the Southwest Border to launch additional criminal investigations of the organizations taking advantage of vulnerable individuals, working to detect, disrupt, and dismantle TCOs involved in narcotics, human smuggling, and human trafficking.  HSI has assigned approximately 250 special agents and criminal analysts to carry out investigations in the United States;
- Operation Sentinel, which is an interagency counter-network operation targeting TCOs affiliated with the smuggling of migrants;
- Joint Task Force Alpha, a DOJ-led effort to target smuggling and trafficking groups;
- Blue Indigo, led by DOJ and DHS to disrupt cartel operations and illicit networks in South Texas;
- Financial disruption conducted by the Treasury Department; and,
- The ODNI cell referenced above.

This is the largest surge of resources and disruptive activities against human smuggling networks in recent memory.  So far this month, these lines of effort produced over 2,500 arrests, investigations, and disruptions of smuggling infrastructure, such as buses and safe houses, among other actions, and have slowed, stopped, or reversed the flows of thousands of migrants.  This activity represents a dramatic increase in human smuggling network-related disruption events in FY 2022 compared to the same time and in the same region in FY 2021.

Partnerships with Mexican and Central American counterparts have resulted in multiple significant enforcement actions against human smuggling and trafficking groups operating in Mexico, Guatemala, El Salvador, and Honduras.  In Guatemala, efforts have focused on the indictments and extraditions of Guatemalan human smugglers to face prosecution.  In Honduras, DHS has provided robust support to Operation Scorpion, a border surge initiative of the Honduran National Police that targets human smugglers and traffickers.

**Drug Seizures and Enforcement**

DHS has increased efforts to stem the flow of illegal drugs into the United States.  In FY 2021, HSI Special Agents conducted 12,920 criminal arrests and seized over 2.4 million pounds of narcotics, which included 14,530 pounds of fentanyl.  This compares to FY 2020 seizures of more than 1.4 million pounds.  In addition, HSI Special Agents seized more than $188 million in

total currency and assets.  In FY 2021, CBP seized 900,000 pounds of narcotics, a significant increase over the previous year.

DHS employs a multi-layered approach to countering narcotics trafficking, in close partnership with other federal and partner government agencies.  CBP's National Targeting Center uses advanced analytics and targeting capabilities to identify critical logistics, financial, and communication nodes and exploit areas of weakness in opioid trafficking networks.  ICE HSI Special Agents exchange information, coordinate investigations, and facilitate enforcement actions with law enforcement partners abroad to deter the ability of TCOs to smuggle drugs, people, and contraband into and out of the United States.

### *Border Security Pillar 6:* **We are deterring irregular migration south of our border, in partnership with the Department of State, other federal agencies, and nations throughout the Western Hemisphere, to ensure that we are sharing the responsibility throughout the region.**

Deterring migrants who will not meet the criteria for asylum is an important tool to alleviate pressure at the border.  As described earlier, that is a challenge.  Across the world, more people are displaced from their homes than at any time since World War II.  While the United States is a destination country for those fleeing their homes, we do not experience the phenomenon alone.  Colombia, Costa Rica, Ecuador, and many other countries in the region are experiencing increases in migration, especially of Venezuelans, but of other nationalities as well.  In light of the increased levels we are experiencing, DHS, working with DOS and other partners, has intensified our work to manage and deter irregular migration throughout the region.

#### New Bilateral Arrangements on Migration and Protection
On March 15, I traveled to Costa Rica and joined President Alvarado in announcing a bilateral Migration Arrangement, which outlines our shared commitment to both manage migrant flows and promote economic growth in the region.  On April 19, the U.S. government signed a Bilateral Arrangement on Migration and Protection with the Government of Panama, similarly detailing our collaborative commitments to improve migration management, expand stabilization efforts, and increase access to legal pathways and protection for those in the region.  DHS and DOS are actively engaged with other countries in the region to advance similar bilateral arrangements, as well as a Hemispheric Declaration on Migration and Protection to be completed at the upcoming Summit of the Americas in June 2022.

#### Partnership with the Government of Mexico
The Biden-Harris Administration continues to maintain a close partnership with the Government of Mexico to stem irregular migration, which includes creating viable legal pathways, facilitating lawful trade and travel, and combating the shared dangers of transnational organized crime.  Last month, I made my fourth official visit to Mexico City where I met with President López Obrador to intensify our shared commitment to promoting lawful trade and travel and developing a regional approach to migration management.

Haiti AR_000182

**In-Region Messaging**
DHS coordinates closely with DOS to track trends, share research, and coordinate messaging to counter disinformation that smugglers use to victimize vulnerable migrants.  Our approach has included paid advertising on radio and digital platforms and press conferences and media interviews in source and transit countries.  These messages counter disinformation propagated by human smugglers and warn migrants of the dangers of being exploited and facing death at the hands of unscrupulous criminal organizations.

# CONCLUSION

**Despite the efforts of our dedicated DHS workforce and our partners executing this comprehensive plan, a significant increase in migrant encounters will substantially strain our system even further.  We will address this challenge, but it will take time, and we need partnership and support to do so successfully.  We are also operating within a fundamentally broken immigration system that only Congress can fix.**

As described above, DHS and its federal and community partners have been taking steps for months to prepare for the lifting of Title 42, while operating within a system that is not designed to handle the current volume of migrants nor the increased volume we expect over the coming months.  The preparations and deliberate planning detailed in this memorandum will enable us to manage and mitigate known and unanticipated challenges more effectively, while protecting the safety and security of our communities.  But notwithstanding the efforts described in this paper, a significant increase will substantially strain our system even further.

We are especially mindful of the following challenges and potential developments at higher levels of encounters:

- For several months, CBP, ICE, NGOs, and other critical partners have been managing levels beyond the capacity for which their infrastructure was designed and resourced, meaning additional increases will create further pressure and potential overcrowding in specific locations along the border.
- With NGOs strained, there is a potential for a higher number of single adults and families to be released into communities without NGO or other sponsor support.  The federal government has few tools or authorities to support the related impacts on local communities, though we are actively working to develop more.
- Depending on levels, land ports of entry could experience processing delays and disruptions at specific points in time.
- Communication and coordination across state, local, and community leaders requires good faith engagement of all parties, to help ensure we can effectively manage these developments together.

We welcome partners' support in mitigating these risks and challenges.  We appreciate Congress' support in FY 2022, appropriating $1.4 billion for DHS to manage an increase in Southwest Border encounters.  DHS is currently managing these resources responsibly and has submitted the required spend plan to Congress.  DHS expenditures for the $1.4 billion appropriated in FY 2022 include but are not limited to: soft-sided facilities; medical contracts;

Haiti AR_000183

transportation; and support for NGOs through the EFSP.  DHS will also need to utilize its limited transfer and reprogramming authority once the $1.4 billion is exhausted.  Should additional resources be necessary to manage a sustained increase in encounters, DHS will engage Congress on any potential need for supplemental appropriations.

Over the past 15 months, the Department of Homeland Security has demonstrated time and time again our ability to tackle significant challenges, while operating consistent with our laws and our values.  From responding to unprecedented levels of migration and ensuring the safety of individuals in our care to vetting and processing tens of thousands of evacuees from Afghanistan and Ukraine, we have consistently risen to the challenge in extremely difficult circumstances. We will continue to work tirelessly on behalf of the American people, but there is broad agreement that our immigration system is fundamentally broken.  As it has since its first day in office, the Biden-Harris Administration continues to call on Congress to pass legislation that holistically addresses the root causes of migration, strengthens border security, fixes our immigration system, and improves legal pathways.



*Secretary*

**U.S. Department of Homeland Security**
Washington, DC 20528

October 29, 2021

MEMORANDUM TO:     Tae D. Johnson
                   Acting Director
                   U.S. Immigration and Customs Enforcement

                   Troy A. Miller
                   Acting Commissioner
                   U.S. Customs and Border Protection

                   Ur M. Jaddou
                   Director
                   U.S. Citizenship and Immigration Services

                   Robert Silvers
                   Under Secretary
                   Office of Strategy, Policy

FROM:              Alejandro N. Mayorkas
                   Secretary

SUBJECT:           **Termination of the Migrant Protection Protocols**

On January 25, 2019, then-Secretary of Homeland Security Kirstjen Nielsen issued a memorandum entitled "Policy Guidance for Implementation of the Migrant Protection Protocols." On February 2, 2021, President Biden issued Executive Order (EO) 14010, *Creating a Comprehensive Regional Framework to Address the Causes of Migration, to Manage Migration Throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers at the United States Border*. In this Executive Order, President Biden directed the Secretary of Homeland Security "to promptly review and determine whether to terminate or modify the program known as the Migrant Protection Protocols." After completing a comprehensive review as directed by EO 14010, I concluded that the Migrant Protection Protocols (MPP) should be terminated and, on June 1, 2021, issued a memorandum to that effect (the "June 1 memo").

1

On August 13, 2021, the U.S. District Court for the Northern District of Texas determined that the June 1 memo was not issued in compliance with the Administrative Procedure Act (APA) because it failed to address all the relevant considerations.  *See Texas v. Biden*, No. 2:21-cv-067, 2021 WL 3603341 (N.D. Tex. Aug. 13, 2021).  As a result, the District Court vacated the June 1 memo in its entirety and remanded the matter to the Department for further consideration.  *Id.* at *27. The District Court additionally ordered DHS to "enforce and implement MPP *in good faith*" until certain conditions are satisfied, including that MPP be "lawfully rescinded in compliance with the APA." *Id.* (emphasis in original).  The Department is fully complying with the District Court's order.  At the same time, the Department has filed a notice of appeal and continues to vigorously contest several of the District Court's conclusions.

Pursuant to the District Court's remand and in continuing compliance with the President's direction in EO 14010, I have once more assessed whether MPP should be maintained, terminated, or modified in a variety of different ways.  In conducting my review, I have studied multiple court decisions, filings, and declarations related to MPP; considered relevant data regarding enrollments in MPP, encounters at the border, and outcomes in removal proceedings; reviewed previous Departmental assessments of MPP, as well as news reports and publicly available sources of information pertaining to conditions in Mexico; met with a broad and diverse array of internal and external stakeholders, including officials from across the federal government working on border management, state and local elected officials from across the border region, border sheriffs and other local law enforcement officials, and representatives from nonprofit organizations providing legal access and humanitarian aid across the southwest border; and considered the impact of other Administration initiatives related to immigration and the southern border.  I also examined considerations that the District Court determined were insufficiently addressed in the June 1 memo, including claims that MPP discouraged unlawful border crossings, decreased the filing of non-meritorious asylum claims, and facilitated more timely relief for asylum seekers, as well as predictions that termination of MPP would lead to a border surge, cause the Department to fail to comply with alleged detention obligations under the Immigration and Nationality Act, impose undue costs on states, and put a strain on U.S.-Mexico relations.

After carefully considering the arguments, evidence, and perspectives presented by those who support re-implementation of MPP, those who support terminating the program, and those who have argued for continuing MPP in a modified form, I have determined that MPP should be terminated.  In reaching this conclusion, I recognize that MPP likely contributed to reduced migratory flows.  But it did so by imposing substantial and unjustifiable human costs on the individuals who were exposed to harm while waiting in Mexico.  The Biden-Harris Administration, by contrast, is pursuing a series of policies that disincentivize irregular migration while incentivizing safe, orderly, and humane pathways.  These policies—including the ongoing efforts to reform our asylum system and address the root causes of migration in the region—seek to tackle longstanding problems that have plagued our immigration system for decades and achieve systemic change.  Once fully implemented, I believe these policies will address migratory flows as effectively, in fact more effectively, while holding true to our nation's values.

To reiterate what the President has stated previously, the United States is a nation with borders and laws that must be enforced.  It is also a nation of immigrants.  This Administration is, as a result, committed to the twin goals of securing our borders and offering protection to those fleeing persecution and torture.  MPP is neither the best, nor the preferred, strategy for achieving

2

either of these goals. Significant evidence indicates that individuals awaiting their court hearings in Mexico under MPP were subject to extreme violence and insecurity at the hands of transnational criminal organizations that profited by exploiting migrants' vulnerabilities. It is possible that such humanitarian challenges could be lessened through the expenditure of significant government resources currently allocated to other purposes. Ultimately, however, the United States has limited ability to ensure the safety and security of those returned to Mexico. Other significant issues with MPP, including the difficulties in accessing counsel and traveling to courts separated by an international border, are endemic to the program's design.

In reaching my determination, I have carefully considered what I deem to be the strongest argument in favor of retaining MPP: namely, the significant decrease in border encounters following the determination to implement MPP across the southern border. Of course, correlation does not equal causation and, even here, the evidence is not conclusive. I have nonetheless presumed, for the sake of this review, that MPP resulted in a significant decrease in irregular border crossings and persons approaching the U.S. border to pursue non-meritorious asylum claims. I still conclude that the benefits do not justify the costs, particularly given the way in which MPP detracts from other regional and domestic goals, foreign-policy objectives, and domestic policy initiatives that better align with this Administration's values.

Importantly, the effective management of migratory flows requires that we work with our regional partners to address the root causes that drive migrants to leave their countries and to tackle this challenge before it arrives at our border. This is a shared responsibility of all countries across the region. MPP distracts from these regional efforts, focusing resources and attention on this singular program rather than on the work that is needed to implement broader and more enduring solutions.

Efforts to implement MPP have played a particularly outsized role in diplomatic engagements with Mexico, diverting attention from more productive efforts to fight transnational criminal and smuggling networks and address the root causes of migration. This was true under the previous implementation of MPP, and it is even more true today given the shared belief that the program should not be implemented without, at the very least, significant improvements. Notably, Mexico has made clear that it will not agree to accept those the United States seeks to return to Mexico under MPP unless substantial improvements are made to the program. But these much-needed efforts to enhance humanitarian protections for those placed in MPP are resource-intensive, exacerbating one of the flaws of the program: the concentration of resources, personnel, and aid efforts on the northern border of Mexico rather than on broader regional assistance efforts that would more effectively and systematically address the problem of irregular migration and better protect our border.

Moreover, the personnel required to adequately screen MPP enrollees to ensure they are not returned to persecution or torture in Mexico, process them for court hearings, and manage their cases pulls resources from other priority efforts, including the ongoing efforts to implement effective, fair, and durable asylum reforms that reduce adjudication delays and tackle the immigration court backlog. Both the Dedicated Docket, designed so that immigration judges can adjudicate cases within 300 days, and the proposed Asylum Officer Rule, which would transfer the initial responsibility for adjudicating asylum claims from immigration judges to USCIS asylum officers to produce timely and fair decision-making, are expected to yield transformative

3

and lasting changes to the asylum system.  MPP, which can require unproductive, redundant screenings per case given the many different times individuals are returned to Mexico during the pendency of a single removal proceeding, diverts asylum officers and immigration judges away from these priority efforts.  MPP not only undercuts the Administration's ability to implement critically needed and foundational changes to the immigration system, but it also fails to provide the fair process and humanitarian protections that all persons deserve.

Having assessed the benefits and costs of the previous implementation of MPP, including how the program could potentially be improved, I have concluded that there are inherent problems with the program that no amount of resources can sufficiently fix.  Others cannot be addressed without detracting from key Administration priorities and more enduring solutions.

It is, as a result, my judgment that the benefits of MPP are far outweighed by the costs of continuing to use the program on a programmatic basis, in whatever form.  For the reasons detailed more fully in the attached memorandum, the contents of which are adopted and incorporated into the decision contained here, I am hereby terminating MPP.  Effective immediately, I hereby supersede and rescind the June 1 memorandum, Secretary Nielsen's January 25, 2019 memorandum, and any other guidance or other documents prepared by the Department to implement MPP.  The Department will continue complying with the *Texas* injunction requiring good-faith implementation and enforcement of MPP.  But the termination of MPP will be implemented as soon as practicable after a final judicial decision to vacate the *Texas* injunction.

4

**U.S. Department of Homeland Security**
Washington, DC 20528



December 20, 2022

MEMORANDUM TO FILE

FROM:

Blas Nuñez-Neto
Acting Assistant Secretary for Border and Immigration
Office of Strategy, Policy, and Plans

SUBJECT:                    Data on Migration through the Western Hemisphere

Purpose

This memorandum commits to writing data and information considered by the Department of
Homeland Security's (DHS) Office of Strategy, Policy and Plans (PLCY) ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Description of Data or Information

PLCY states that, according to reporting from U.S. Embassy San Jose, nearly 1,500 Venezuelans
requested asylum in Costa Rica in the latter half of October, which nearly matched the number of
applicants of all nationalities for the first eight months of the year.

PLCY also mentions that, according to reporting from U.S. Embassy San Jose, the Government
of Costa Rica established the Special Temporary Category (STC) of status for Cubans,
Nicaraguans and Venezuelans in Costa Rica who applied for asylum between January 1, 2010
and September 30, 2022 and desire to withdraw their application in favor of receiving STC and
having access to employment authorization and social services.

PLCY states that, according to reporting from U.S. Embassy Bogota, the Government of
Colombia was working on plans to expedite the 26,000-case backlog of asylum cases in the latter
half of 2022.

PLCY describes the Government of Ecuador's phased registration process for temporary
residence permits. Specifically, according to reporting from U.S. Embassy Quito, that the first
phase was launched on September 1, 2022, by opening online registration to an estimated
120,000 Venezuelans who hold or previously held a regular migration status and all
unaccompanied minors. More than 68,500 individuals registered within the first week.

PLCY relays how the Government of Ecuador opened Phase Two on November 16, 2022, to
approximately 100,000 non-Venezuelan migrants who entered regularly. As of November 25,

more than 89,000 individuals had registered and over 22,000 have already received their temporary residency visa. PLCY continues to explain that Phase Three will open February 17, 2023, to an estimated 350,000 Venezuelans who entered irregularly.

PLCY outlines the parameters of the new amnesty program, according to reporting from U.S. Embassy Belmopan. This program will include asylum applicants who had previously been denied as long as they were registered in Belize by March 31, 2020. Among other categories that qualify under this amnesty program are individuals who resided in Belize before December 31, 2016. Total beneficiaries are estimated to range between 6,000-8,000 and will receive permanent residency and a path to citizenship.

PLCY mentions how the Government of Mexico would not accept more noncitizens returned to Mexico via the Migrant Protection Protocols (MPP) than local shelters had the capacity for, which was limited. Additionally, reporting from U.S. Embassy Mexico City that describes how MPP returns were paused in San Diego for an extended amount of time in the summer of 2022 due to a lack of shelter space in Tijuana.

PLCY describes concern from international partners, as conveyed by Embassy reporting, about the potential consequences of lifting Title 42, as was originally planned on May 23, 2022. Specifically, partners expressed concern that the end of Title 42 would be perceived by migrants—and messaged by smugglers—as an opening of the U.S. border, which could cause a dramatic and overwhelming increase in migration flows through partner countries. Another potential pull factor cited by partners was the perception that U.S. immigration officials release migrants into the community. Additionally, one partner expressed concern that in the past, rumors alone of the end of Title 42 had spurred the creation of caravans moving towards the border.  In conversations, another foreign partner noted that the lack of consequences at our border is a driver for irregular migration.

PLCY describes conversations with international partners, as relayed in a meeting readout from the Department of State, in which at least one country encouraged the U.S. Government to expand the Venezuela parole process to other nationalities as a pathway for individuals to reach the United States without making the dangerous journey through the hemisphere. PLCY relays information from other conversations with international partners in which they worry that these pathways will be undermined when the Centers for Disease Control and Prevention's Title 42 Order is no longer being implemented.

PLCY describes conversations with international partners in which they conveyed that their willingness to receive increased returns of migrants was contingent on expanding the model provided by U4U and the Venezuela process, which decreased irregular migration throughout the hemisphere by increasing options for lawful pathways and adding consequences for noncitizens who bypass those opportunities to travel irregularly to the United States. In general, international partners have been active participants in carrying out actions related to stabilizing populations, expanding lawful pathways and humanely managing borders, as per the Los Angeles Declaration on Migration and Protection.  However, our foreign partners regularly express concern about having to divert resources from other priorities to respond to the ongoing surge in migration, and believe that the U.S. Government should be doing more, particularly now, to reduce these irregular flows and channel them into safe and orderly processes.

PLCY reports that the Venezuela process was predicated on returning nationals of that country to Mexico under Title 42 authorities, and Mexico has historically not accepted the return under Title 8 of third-country nationals with final orders of removal.

PLCY describes conversations with at least one international partner that refused to entertain negotiating a Safe Third Country Agreement with the United States, claiming it is not a politically viable option for them.

Finally, PLCY considered reporting from U.S. Embassy Panama City stating that 59,800 irregular migrants crossed the Darien Gap in October 2022, which was a 130 percent increase over October 2021. However, there was a sharp decline in migrants crossing from Colombia into Panama after DHS announced the process for Venezuela on October 12. The daily average dropped from 2,500 migrants in the first two weeks of October 2022 to about 1,000 migrants in the last two weeks. Embassy Panama City cited a seasonal decrease from October to November 2021. However, in the same period in 2022, the overall number of Venezuelan migrants crossing has decreased, whereas the overall the number of Ecuadorians and Haitians saw much smaller variation.

Haiti AR_000191





August 2, 2022

# Haiti: Political Conflict and U.S. Policy Overview

Conflict and political fragility have plagued Haiti, the poorest country in the Western Hemisphere, for much of its history. Haiti improved governance prior to the 2010 earthquake, but progress since has been uneven. Democratic institutions remain weak and corruptible. Poverty remains extreme and economic disparity wide. Haiti's proximity to the United States, instability, and vulnerability to natural disasters have made relations with Haiti an ongoing policy issue for the U.S. government.

A year after the July 2021 assassination of President Jovenel Moïse and an August 2021 earthquake that killed 2,000 people, Haiti lacks an elected president, legislature, and mayors. No elections are scheduled to replace the expired terms of Haitian officials at any level of government. A political standoff between Prime Minister Ariel Henry's government and political and civil society leaders has occurred amid a worsening security crisis. The ongoing crises in Haiti are major concerns for the Biden Administration and many Members of Congress. U.S. policymakers have pushed for an inclusive, Haitian-led political accord leading to new elections and have increased security assistance for the Haitian police.

## Political Paralysis

As in past periods when Haitian presidents failed to hold timely elections, former President Moïse of the Haitian Tèt Kale Party (PHTK) had been governing extra-constitutionally prior to his assassination. Moïse failed to convene parliamentary elections due in 2019 and began ruling by decree in 2020. There was controversy over whether his term ended in February 2021 or February 2022. Moïse, like some other Haitian politicians and business leaders, allegedly provided money and arms to gangs and other criminal groups in exchange for suppressing anti-government protests, according to *Insight Crime*.

Following Moïse's July 2021 assassination, the United States and other donors supported Henry's bid to serve as prime minister over other competitors. Shortly before the assassination, Moïse had nominated Henry, a neurosurgeon, to be prime minister. The legislature lacked a quorum to consider him, however, and the president had not sworn him in. Henry's irregular path to his position and allegations of his possible involvement in Moïse's assassination, a case that remains unresolved, have eroded his credibility. Henry has fired officials who have sought to question him about the case. Under Henry, inflation has further damaged the economy and insecurity has worsened. As of August 1, 2022, 1.4% of the population had been fully vaccinated against Coronavirus Disease 2019 (COVID-19), according to Johns Hopkins University.

In September 2021, Henry and his supporters proposed that he name a provisional electoral council to convene elections and that he remain the single head of government until a new elected government takes office. He has yet to appoint that council, and many civil society and political actors within Haiti have opposed Henry's proposal.

As an alternative to Henry's proposal, numerous civil society organizations and political parties, some in coalitions, have sought to form an interim government. After months of broad consultations, the Citizen Conference for a Haitian Solution to the Crisis (widely known as the Montana Group) came to an agreement in August 2021. The Montana Accord proposed a two-year interim government led by a president and prime minister, with oversight committees, to restore order, administer elections, and create a truth and justice commission to address past human rights violations. Although many civic leaders and political parties signed the Montana Accord, others did not (including some business groups, churches, and the PHTK and allied parties).

Negotiations between Henry and the Montana Group have yet to bear fruit. In June 2022, both parties named negotiation commissions that began meeting in mid-July. Some observers favor a Henry-Montana Group agreement, but others warn such an agreement may not receive broad enough support among the Haitian people to be successful.

## Security Crisis

Violent gangs, some formerly tied to the PHTK, threaten to overwhelm the government with greater resources and weaponry. Gangs have exerted power and control over territory, access to fuel, and the delivery of humanitarian aid, challenging the authority of the Haitian National Police (HNP) and other state institutions. Since Moïse's assassination, gangs have expanded their power, as evidenced by the October 2021 kidnapping of U.S. missionaries, hindering the HNP's ability to combat drug trafficking and other crimes.

There are as many as 200 gangs in Haiti, and they control 60% of Port-Au-Prince, key ports, and roads, according to a study commissioned by the U.S. Agency for International Development (USAID). From January to May 2022, kidnappings rose by 36% and homicides by 17%, according to U.N. data; sexual violence is rampant. A wave of gang violence in Port-Au-Prince in mid-July resulted in more than 470 killings, according to the United Nations. Impunity prevails in Haiti's weak justice system. In addition to failing to resolve Moïse's assassination, Haitian authorities have yet to arrest Jimmy Cherizier, a former HNP officer turned gang leader, or other Haitian officials implicated in the 2018 La Saline massacre of 71 people.

The escalating gang violence threatens to worsen political, economic, and social conditions in Haiti, a country where the U.N. Office for the Coordination of Humanitarian Affairs estimates that 40% of the population is in need of

humanitarian assistance. Violence has prompted closures of schools, businesses, markets, and medical facilities and has limited humanitarian access in some areas. Gang violence also could inhibit future disaster responses.

## U.S. Policy

U.S. policy goals in Haiti aim to support Haitians in their efforts to confront insecurity; restore democratic institutions; and promote economic growth, educational opportunities, and health care. The Biden Administration's political approach to Haiti has evolved from supporting the Henry government to pushing Henry, the Montana Group, and other stakeholders to reach an inclusive political accord. In a July 6, 2022, *Miami Herald* editorial, Assistant Secretary of State for Western Hemisphere Affairs Brian Nichols said, "the time has come for ... steps that will allow Haiti to restore democratic order."

U.S. and international donors, criticized for past interventions in the country, have emphasized their support for Haitian-led solutions to the country's challenges. On July 15, the U.N. Security Council requested that Haitian officials provide an update on progress toward a political accord by mid-October. The Security Council also renewed, but did not expand, the mandate of the U.N. Integrated Office in Haiti, established in 2019 to strengthen political stability and the rule of law in Haiti.

U.S. foreign assistance to Haiti for FY2022-FY2024 is to be guided by a two-year Integrated Country Strategies (ICS) adopted in March 2022. The Administration requested $274.8 million in assistance for Haiti in FY2023, up from the $204.4 million provided in FY2021, most of which would fund health and other development activities.

Although a complete breakdown of FY2022 aid to Haiti is not yet available, the United States allocated $56 million in development assistance, as well as at least $48 million in International Narcotics Control and Law Enforcement funds to support the HNP and $5 million to improve prison conditions. U.S. assistance also has included more than $153 million in humanitarian aid since the August 2021 earthquake, according to a July 2022 State Department fact sheet. USAID and the State Department have provided at least $47 million in health aid to help Haiti address COVID-19 and have donated more than 500,000 vaccines. The Department of Defense has provided disaster relief and has donated $5 million in equipment and health supplies.

U.S. policy toward Haiti also has included the use of sanctions; judicial support for the investigation into Moïse's assassination; and extradition for those complicit in arms trafficking, gang violence, and drug trafficking. In December 2020, the Treasury Department sanctioned Cherizier and two other former officials for grave human rights violations under the Global Magnitsky Act. The Department of Justice (DOJ) has assisted Haitian officials investigating the Moïse assassination. DOJ has secured the extradition of two individuals complicit in that crime as well as a gang leader responsible for the 2021 kidnapping of U.S. missionaries.

U.S. apprehensions of Haitian migrants have risen notably, both at sea and on the southwest border. From January to June 2022, the International Organization for Migration assisted more than 19,000 Haitians repatriated to Haiti, 73% of whom were removed from the United States. The United States also has taken steps to provide legal migration and protection pathways for some Haitians. Some 155,000 Haitians may be eligible for relief from removal under the Temporary Protected Status designation announced in May 2021. In July 2022, the Administration said it would resume the Haitian Family Reunification Parole program, allowing certain U.S. citizens and legal permanent residents to seek parole for family members in Haiti.

## Congressional Action

The 117th Congress has enacted legislation, appropriated and conditioned foreign assistance, and conducted oversight of U.S. policy toward Haiti. Congress has held hearings and briefings on U.S. policy toward Haiti, U.S. treatment of Haitian migrants, and Haiti's April 2022 selection as one of the priority countries of focus under the Global Fragility Act (P.L. 116-94).

Congress enacted the Haiti Development, Accountability, and Institutional Transparency Initiative (HAITI Act; H.R. 2471/S. 1104) as part of the FY2022 Consolidated Appropriations Act (P.L. 117-103). The act requires U.S. agencies to measure the progress of post-disaster recovery and efforts to address corruption, governance, rule of law, and media freedoms in Haiti.

P.L. 117-103 does not designate an appropriations level for Haiti. The act requires the State Department to withhold those funds and any other aid for the central government of Haiti until a new president and parliament have taken office following free and fair elections or the Secretary of State determines a transitional government representative of Haitian society is in place and it is in the U.S. interest to provide assistance. Notwithstanding those requirements, the act allows U.S. agencies to provide assistance to support elections, anti-gang police and justice administration, public health, food security, water and sanitation, education, disaster relief and recovery, and other programs to meet basic human needs.

Congress is considering the FY2023 budget request. The FY2023 State and Foreign Operations appropriations bill reported by the House Appropriations Committee (H.R. 8282) does not designate a total funding level for Haiti; it includes the same conditions as P.L. 117-103. The report accompanying the bill (H.Rept. 117-401) would require a report by USAID on maternal care in Haiti. Additionally, measures to extend duty-free treatment from 2025 to 2035 with respect to imports from Haiti under the Caribbean Basin Economic Recovery Act have been introduced as the Haiti Economic Lift Program Extension Act of 2021 (S. 3279 in November 2021; H.R. 6136 in December 2021).

**Clare Ribando Seelke**, Specialist in Latin American Affairs
**Maureen Taft-Morales**, Specialist in Latin American Affairs

IF12182

## Disclaimer

This document was prepared by the Congressional Research Service (CRS). CRS serves as nonpartisan shared staff to congressional committees and Members of Congress. It operates solely at the behest of and under the direction of Congress. Information in a CRS Report should not be relied upon for purposes other than public understanding of information that has been provided by CRS to Members of Congress in connection with CRS's institutional role. CRS Reports, as a work of the United States Government, are not subject to copyright protection in the United States. Any CRS Report may be reproduced and distributed in its entirety without permission from CRS. However, as a CRS Report may include copyrighted images or material from a third party, you may need to obtain the permission of the copyright holder if you wish to copy or otherwise use copyrighted material.



**USAID**
FROM THE AMERICAN PEOPLE

Fact Sheet #6
Fiscal Year (FY) 2022

# Haiti – Complex Emergency

JULY 8, 2022

## SITUATION AT A GLANCE

| 11.4 MILLION | 4.9 MILLION | 1 TO 2.5 MILLION | 2.5 MILLION | $372.6 MILLION |
|---|---|---|---|---|
| Estimated Population of Haiti | People in Need of Humanitarian Assistance | Number of People Facing Crisis Levels of Acute Food Insecurity | People Targeted for Humanitarian Assistance | Funding Requirement for 2021–2022 Haiti HRP |
| *UN – March 2021* | *UN – April 2022* | *FEWS NET – June 2022* | *UN – April 2022* | *UN – April 2022* |

- U.S. President Joseph R. Biden announces approximately $69 million in additional humanitarian assistance for food, health, livelihood, nutrition, and other interventions in Haiti during June.

- Relief actors face challenges accessing violence-affected communities in and near Haiti's capital city of Port-au-Prince, including tens of thousands of people displaced by OCG activity since late April.

- Up to 2.5 million people in Haiti—20 percent of the country's population—will likely experience Crisis—IPC 3—or worse levels of acute food insecurity through December 2022, FEWS NET reports.



## TOTAL U.S. GOVERNMENT HUMANITARIAN FUNDING

For the Haiti Response in FY 2022[1]

| | | |
|---|---|---|
| | USAID/BHA[2] | $66,573,206 |
| *For complete funding breakdown with partners, see detailed chart on page 6.* | **Total[3]** | **$66,573,206** |

[1] Year of funding indicates the date of commitment or obligation, not appropriation, of funds.
[2] USAID's Bureau for Humanitarian Assistance (USAID/BHA).
[3] Funding figures reflect USAID/BHA emergency funding and exclude USAID/BHA early recovery, risk reduction, and resilience (ER4) funding.

# KEY DEVELOPMENTS

## President Biden Announces $69 Million in Humanitarian Assistance for Haiti

U.S. President Joseph R. Biden announced approximately $51 million in additional humanitarian assistance—including nearly $48.6 million in emergency funding and $2.6 million for ER4 programs—for Haiti at the Summit of the Americas in Los Angeles, California, on June 10. The emergency funding will support both non-governmental organizations (NGOs) and UN partners to provide emergency food assistance—such as the provision of cash for food, food vouchers, and in-kind food assistance—to communities across Haiti, as well as agriculture support and livelihoods interventions to bolster household access to food and purchasing power amid deteriorating food security conditions. The funding will also support partners to screen and treat vulnerable children and women for wasting, the deadliest form of malnutrition; provide essential health care and psychosocial support services (PSS); and implement protection interventions, such as programs preventing and responding to gender-based violence (GBV). This vital assistance will also support multipurpose cash, shelter, and WASH programs for communities in need, while augmenting humanitarian coordination and logistics services to ensure assistance reaches those who need it most. In addition, USAID/BHA's $2.6 million in ER4 funding will support partners to implement programs bolstering food security and livelihood conditions and disaster risk management practices across the country, enhancing resilience to sudden-onset shocks, such as earthquakes and tropical cyclones.

Subsequently, President Biden announced nearly $2.8 billion in additional U.S. government commitments—including $18 million for Haiti—to protect the world's most vulnerable populations from the escalating global food security crisis at the G7 Leaders' Summit in Germany during the week of June 27. This dedicated funding for Haiti will support partners to provide additional emergency food assistance in Haiti amid a deterioration in global food security conditions due to the Government of the Russian Federation (GoRF) invasion of Ukraine. The announcement brought the total FY 2022 USAID humanitarian assistance for Haiti to more than $77.3 million, including approximately $66.6 million in emergency funding and $10.7 million in ER4 funding, including more than $8.1 million in previously announced ER4 funding.

## Clashes Result in 92 Civilian Deaths, Displace Thousands of Individuals in Port-au-Prince, as Access and Protection Concerns Persist

An uptick in armed violence between organized criminal groups (OCGs) resulted in at least 92 civilian deaths, with 12 additional people missing and 49 individuals abducted for ransom; injured more than 110 people; and prompted the displacement of approximately 16,800 individuals from communities in and around Port-au-Prince, Ouest Department, from mid-April to late May, the UN reports. While clashes subsequently diminished, ongoing insecurity displaced an estimated 1,000 additional people from late May to mid-June, according to the International Organization for Migration (IOM). Recently displaced people—including individuals with acute needs, such as people with disabilities and unaccompanied children—have sought shelter with host communities or in makeshift collective sites with poor conditions, exacerbating health, protection, and water, sanitation, and hygiene (WASH) needs. Displaced households largely lack access to essential services and income-generating activities to meet their basic needs. While civilian returns to affected areas have commenced as clashes have decreased, the continued disruption of basic services, as well as the destruction of houses and livelihood assets, have impeded some returns and compounded humanitarian needs.

The escalation in violence has constrained humanitarian access in and around Port-au-Prince, limiting the ability of relief actors to provide critical assistance to violence-affected communities, including

emergency food, health, protection, and WASH support. Meanwhile, OCGs continue to exert control over key roadways in the region, limiting relief actors' access to other areas of the country. Notably, OCGs are restricting transport along Haiti's National Road Two, the primary land route linking Port-au-Prince with the southwestern departments of Grand'Anse, Nippes, and Sud, which were severely affected by the August 2021 earthquake. In addition, OCGs attacked three humanitarian trucks and stole food and relief commodities along National Road One—linking Port-au-Prince with northern departments—in mid-May. Despite ongoing access restrictions, USAID/BHA partner IOM had delivered 350 sets of blankets, hygiene kits, and shelter items to displaced and other conflict-affected households in Port-au-Prince as of late May. In addition, humanitarian actors continue to work with the Government of Haiti (GoH) General Directorate of Civil Protection to coordinate response operations.

## Up to 2.5 Million People Need Emergency Food Assistance Across Haiti

Between 1 and 2.5 million individuals in Haiti are projected to experience Crisis—IPC 3—or worse levels of acute food insecurity between June and December and will require emergency food assistance, according to the Famine Early Warning Systems Network (FEWS NET).[3] In May, increasing insecurity and expanding OCG territorial control throughout the country affected household access to livelihood opportunities and markets, exacerbating food insecurity in some areas. In addition, as Haiti imports an estimated 70 percent of its food commodities, rising global food prices due to the GoRF invasion of Ukraine and ongoing depreciation of the Haitian gourde are likely to further diminish household purchasing power in Haiti in the coming months, according to a June analysis by the UN Food and Agriculture Organization (FAO) and the UN World Food Program (WFP). Meanwhile, in regions still recovering from the effects of the August 2021 earthquake, FEWS NET reports that OCG-imposed transport restrictions continue to exacerbate food security concerns, with vulnerable households adopting negative coping strategies to meet basic needs.

In response to ongoing food insecurity, USAID/BHA partner WFP provided emergency food assistance to over 138,000 people between October 2021 and May 2022, distributing more than 1,986 metric tons (MT) of food commodities and $3.5 million in cash transfers in earthquake-affected areas. Furthermore, the UN agency, with additional donor support, provided tens of thousands of cooked meals to meet immediate food needs to displaced people. Separately, WFP's barge service conducted 22 voyages transporting nearly 147 truckloads of assistance for 11 humanitarian organizations in April and May, facilitating the flow of 940 MT of life-saving food and relief commodities across the country.

## Humanitarian Needs Following August 2021 Earthquake Persist; USAID/BHA Partners Reach Thousands with Multi-Sector Assistance

An estimated 4.9 million people in Haiti require humanitarian assistance, including shelter, emergency food assistance, health care services, and WASH interventions, according to the 2022 UN Humanitarian Needs Overview. In response, USAID/BHA partners are delivering life-saving assistance and services across Haiti, including support to households affected by the August 2021 earthquake. During April, USAID/BHA partner ACTED delivered emergency shelter kits—including plastic sheeting, galvanized wire, and nails—to nearly 2,500 earthquake-affected households in four communities across Grand´Anse, Nippes, and Sud departments. ACTED also distributed more than 3,200 hygiene kits to vulnerable populations and conducted an awareness campaign on hygiene best practices to reduce the transmission risk of coronavirus disease (COVID-19) and other communicable diseases in Grand'Anse.

Meanwhile, with USAID/BHA support, Project Hope continued operating 11 mobile clinic units in

---

[3] The Integrated Food Security Phase Classification (IPC) is a multi-partner initiative that developed a standardized scale to classify the severity and magnitude of food insecurity. The IPC scale, which is comparable across countries and time, ranges from Minimal—IPC 1—to Famine—IPC 5—for acute food insecurity.

Grand'Anse, Nippes, and Sud in coordination with the GoH, providing nearly 34,000 people with essential medical care during April. Project Hope also provided PSS in Nippes and Sud, reaching approximately 3,400 individuals during the month. In addition, USAID/BHA partner Humanity and Inclusion (HI) provided more than 1,200 physical therapy sessions to nearly 320 people and PSS to approximately 100 individuals in four medical centers in Sud during April. HI also conducted more than 200 blood pressure screenings and provided community education sessions on stroke prevention in earthquake-affected departments.

KEY FIGURES

## USAID/BHA RESPONSE

### FOOD SECURITY



**$66.3 Million**

In dedicated USAID/BHA support for emergency food assistance operations in FYs 2021 and 2022

USAID/BHA supports partners to provide emergency food assistance—including the distribution of cash transfers for food and food vouchers; locally, regionally, and internationally procured (LRIP) food; and U.S. in-kind food assistance—to populations facing acute food insecurity across Haiti. In FYs 2021 and 2022, USAID/BHA has provided nearly $66.3 million to 11 partners to bolster food security conditions countrywide.

USAID/BHA also supports WFP to maintain a pre-positioned stock of emergency food commodities to quickly distribute throughout Haiti in the event of a disaster, such as the August 2021 earthquake. USAID/BHA released nearly 2,000 MT of food—including pulses, rice, and vegetable oil—from the stock following the earthquake, enabling WFP to reach approximately 150,000 beneficiaries with food and cash during two month-long distribution cycles. As of late May, with USAID/BHA and other donor support, WFP had reached nearly 360,500 earthquake-affected individuals in Grand'Anse, Nippes, and Sud with approximately 5,600 MT of food commodities and $10.5 million in cash-based transfers, as well as distributed more than 280,000 hot meals to people in hospitals and displacement sites.

### RELIEF COMMODITIES, SHELTER, AND WASH



**81,000**

Number of USAID/BHA-funded relief commodities distributed by IOM in the wake of the August 2021 Earthquake

USAID/BHA supports six partner organizations to provide emergency relief commodities, shelter support, and WASH interventions in Haiti. With USAID/BHA funding, partners distribute hygiene kits and safe drinking water to vulnerable households, disseminate COVID-19 risk and prevention messaging, and conduct awareness campaigns on best hygiene practices to reduce communicable disease transmission. Partners also support affected populations to repair damaged houses and WASH infrastructure in southwestern Haiti, thereby reducing earthquake-related displacement.

USAID/BHA also funds IOM to maintain pre-positioned emergency relief supplies—sufficient to support nearly 75,000 individuals—in Haiti for distribution in response to sudden-onset disasters, such as earthquakes and tropical storms. IOM distributed approximately 81,000 USAID/BHA-funded relief items from these stockpiles during 2021 in response to the August earthquake.



**$10.8 Million**

In dedicated USAID/BHA health support in FYs 2021 and 2022

## HEALTH AND PROTECTION

USAID/BHA has provided more than $17.4 million in FY 2021 and 2022 support to the International Federation of Red Cross and Red Crescent Societies, the Pan American Health Organization (PAHO), the UN Population Fund (UNFPA), and five NGOs to provide critical health care and protection interventions to vulnerable households, particularly in earthquake-affected areas. Meanwhile, USAID/BHA supports Doctors of the World and PAHO to strengthen the capacity of health care centers in Artibonite, Centre, Nippes, Nord, and Ouest departments to detect, treat, and manage COVID-19 cases, as well as increase community awareness of the disease.

Additionally, USAID/BHA supports Catholic Relief Services (CRS), HI, Save the Children Federation (SCF), and UNFPA to provide critical protection services—such as GBV prevention and response, as well as PSS—across Grand'Anse, Nippes, and Sud in response to the heightened protection risks faced by vulnerable individuals following the earthquake. In addition, USAID/BHA partner Doctors of the World is training health care personnel in Nippes and Ouest on PSS best practices. USAID/BHA requires all partners to incorporate protection principles into each supported intervention in Haiti as well as promote meaningful access, dignity, and safety for all beneficiaries.



**$6.6 Million**

In dedicated USAID/BHA protection support in FYs 2021 and 2022

## LOGISTICS SUPPORT

To address persistent challenges in Haiti that hinder effective implementation of humanitarian programs, USAID/BHA supports HI, IOM, and WFP to conduct critical logistics activities in the country. USAID/BHA logistics funding includes support for a WFP barge service to facilitate humanitarian transport between Port-au-Prince and coastal areas of southwestern Haiti, as well as the operation of WFP-led humanitarian convoys by road from Port-au-Prince to disaster-affected areas.

Furthermore, HI provides logistical support—including maritime and land transportation as well as storage services—to humanitarian actors assisting earthquake-affected communities in coastal areas of southwestern Haiti.



**80 MT**

Capacity of WFP's USAD/BHA-supported humanitarian barge service in Haiti

## CONTEXT IN BRIEF

- On August 14, 2021, a magnitude 7.2 earthquake struck southwestern Haiti, generating and exacerbating humanitarian needs in Grand'Anse, Nippes, and Sud. The earthquake resulted in at least 2,246 deaths, injured an additional 12,763 people, and damaged or destroyed more than 115,000 houses, according to the GoH. Subsequently, on August 16, Tropical Depression Grace made landfall over southwestern Haiti, generating heavy rains and strong winds.

- USAID/BHA subsequently deployed a Disaster Assistance Response Team (DART) and activated a Washington, D.C.-based Response Management Team (RMT) to coordinate USG relief efforts, requesting the unique capabilities of the U.S. Department of Defense's U.S. Southern Command to assist DART-led response activities. On September 30, 2021, DART and RMT activities transitioned to steady-state USAID/BHA teams based in Haiti at the regional office in San José, Costa Rica, and in Washington, D.C., with USAID/BHA staff continuing to coordinate and monitor the scale-up of humanitarian assistance to meet heightened needs in the country.

- In addition, civil unrest, economic instability, and insecurity—combined with recurring shocks from natural disasters, including droughts, earthquakes, floods, and hurricanes—have resulted in food insecurity and other humanitarian needs throughout Haiti. In response, USAID/BHA funds humanitarian programs in Haiti that aim to build resilience, enhance food security, and strengthen livelihoods. USAID/BHA also funds additional programming to reduce disaster risk in Haiti and bolster national self-sufficiency in emergency preparedness and management.

- On February 4, 2022, Chargé d'Affaires, a.i. Nicole D. Theriot redeclared a disaster for Haiti due to the effects of the country's complex emergency, including ongoing needs resulting from the August 2021 earthquake.

### USAID HUMANITARIAN FUNDING FOR THE HAITI EARTHQUAKE RESPONSE IN FY 2022 [1,2]

| IMPLEMENTING PARTNER | ACTIVITY | LOCATION | AMOUNT |
|---|---|---|---|
| USAID/BHA | | | |
| | DART/USAR Support Costs | Earthquake-Affected Areas | $3,645,035 |
| | Logistics Support | Countrywide | $798,172 |
| TOTAL USAID HUMANITARIAN FUNDING FOR THE HAITI EARTHQUAKE RESPONSE IN FY 2022 | | | $4,443,207 |

### USAID HUMANITARIAN FUNDING FOR THE HAITI COMPLEX EMERGENCY IN FY 2022

| USAID/BHA | | | |
|---|---|---|---|
| Action Against Hunger/USA (AAH/USA) | Food Assistance—Cash Transfers and Food Vouchers, Nutrition | Nord-Ouest | $2,000,000 |
| ACTED | Economic Recovery and Market Systems (ERMS); Food Assistance–Cash Transfers | Grand'Anse, Nippes, Sud | $2,135,529 |
| CARE | Agriculture, Food Assistance–Cash Transfers, Health, Nutrition | Centre, Nord-Est | $6,200,000 |
| Concern Worldwide | ERMS, Food Assistance—Food Vouchers, Nutrition, Protection | Ouest | $4,500,000 |
| Community Organized Relief Effort (CORE) | Food Assistance—Food Vouchers | Nippes | $3,800,000 |

| FAO | Agriculture | Countrywide | $900,000 |
|---|---|---|---|
| FONKZE | ERMS, Food Assistance–Cash Transfers, Nutrition | Sud | $4,999,041 |
| HI | Health, Logistics, Protection | Grand'Anse, Nippes, Sud | $465,375 |
| Inter-American Institute for Cooperation on Agriculture (IICA) | Agriculture, Food Assistance–Food Vouchers | Ouest | $3,000,000 |
| International NGO Safety Organization (INSO) | Humanitarian Coordination, Information Management, and Assessments (HCIMA) | Countrywide | $1,000,000 |
| IOM | Disaster Risk Reduction Policy and Practice (DRRPP), HCIMA, Logistics | Countrywide | $5,950,000 |
| Mercy Corps | Agriculture, DRRPP, ERMS, Food Assistance–Cash Transfers | Grand'Anse, Nippes, Ouest | $10,264,254 |
| SCF | Nutrition, Protection | Grand'Anse, Sud | $784,000 |
| UN Children's Fund (UNICEF) | Nutrition | Countrywide | $400,000 |
| UN Office for the Coordination of Humanitarian Affairs (OCHA) | HCIMA | Countrywide | $300,000 |
| WFP | Food Assistance—Cash Transfers | Centre, Nord, Nord-Est, Nord-Ouest, Sud | $15,000,000 |
| U.S. Geological Survey (USGS) | Natural Hazards and Technological Risks | Countrywide | $431,800 |
| **TOTAL USAID HUMANITARIAN FUNDING FOR THE HAITI COMPLEX EMERGENCY IN FY 2022** | | | **$62,129,999** |

| **TOTAL USAID/BHA FUNDING FOR THE HAITI EARTHQUAKE RESPONSE IN FY 2022** | **$4,443,207** |
|---|---|
| **TOTAL USAID/BHA FUNDING FOR THE HAITI COMPLEX EMERGENCY IN FY 2022** | **$62,129,999** |
| **TOTAL USAID HUMANITARIAN FUNDING FOR THE HAITI RESPONSE IN FY 2022** | **$66,573,206** |

[1] Year of funding indicates the date of commitment or obligation, not appropriation, of funds. Funding figures reflect publicly announced USAID/BHA emergency funding as of June 28, 2022, and exclude USAID/BHA ER4 funding.
[2] Estimated value of food assistance and transportation costs at time of procurement, subject to change.

## PUBLIC DONATION INFORMATION

- The most effective way people can assist relief efforts is by making cash contributions to humanitarian organizations that are conducting relief operations. A list of humanitarian organizations that are accepting cash donations for disaster responses around the world can be found at interaction.org.

- USAID encourages cash donations because they allow aid professionals to procure the exact items needed (often in the affected region); reduce the burden on scarce resources (such as transportation routes, staff time, and warehouse space); can be transferred very quickly and without transportation costs; support the economy of the disaster-stricken region; and ensure culturally, dietarily, and environmentally appropriate assistance.

- More information can be found at:
  - USAID Center for International Disaster Information: cidi.org
  - Information on relief activities of the humanitarian community can be found at reliefweb.int.

USAID/BHA bulletins appear on the USAID website at **usaid.gov/humanitarian-assistance/where-we-work**



# Haiti: Nutrition Profile

Malnutrition has many adverse consequences for child survival and long-term well-being. It also has far-reaching consequences for human capital, economic productivity, and national development overall. The consequences of malnutrition should be a significant concern for policymakers in Haiti where 22 percent of children under five years of age are stunted (have low height-for-age) and 66 percent of children aged 6–59 months suffer from anemia (IHE and ICF 2017). The persistent risk of food insecurity, natural disasters, and poor infrastructure—particularly for water and sanitation—continue to make Haiti's population vulnerable to malnutrition.

## Background

Haiti currently has a population of 11.1 million (UNICEF 2019), which is expected to increase to about 13.3 million by mid-2035 (PRB 2019). The country's population is the youngest in the Caribbean, with 34 percent under 15 years of age and only 5 percent over 65 years of age (PRB 2019). It is also the most densely populated of the Caribbean countries (FEWS NET 2014). Fifty-five percent of the population reside in urban areas, and this is expected to increase by an average of 3.7 percent per year (PRB 2019; FEWS NET 2014).

Haiti is the poorest country in the Americas and one of the poorest in the world. The latest official poverty estimated (2012) suggested that over 6 million Haitians lived below the poverty line of US$2.41 per day, and more than 2.5 million fell below the extreme poverty line of US$1.12 per day. Gross domestic product (GDP) is estimated to have contracted by 0.9 percent in 2019, and the country has experienced rapid currency depreciation and rampant inflation (World Bank 2020). Haiti continues to rebuild its infrastructure and buildings after its massive earthquake in 2010, which also caused a tremendous loss to the country's limited human capital. In addition to the damage caused by the earthquake, Haiti was battered by hurricanes in 2016 and 2017, and prior to that, experienced a prolonged drought due to El Niño. These natural disasters have had severe impacts on the country's economy—the damage from Hurricane Matthew in 2016 alone was equivalent to a 32 percent loss in the country's GDP (World Bank 2020).

Haiti's economy is dominated by the service industry, which accounts for approximately 64 percent of total employment figures, followed by agriculture at 29 percent. The majority of agricultural products are grown on smallholder farms that average 1.8 hectares. Although agriculture is an important part of the economy, productivity is low, and so agriculture does not constitute the main source of income for the majority of households. Many households rely on multiple sources of income, ranging from day labor and charcoal production to industrial labor, such as textiles, as well as remittances. The value of remittances represents double the amount derived from exports and is equivalent to about one-fifth of the country's GDP (FEWS NET 2014).

Currently, Haiti ranks 156th out of 162 countries in progress toward meeting the Sustainable Development Goals (SDGs) (Sachs et al. 2019). According to the most recent Demographic and Health Survey (EMMUS-VI 2016–2017), approximately 1 of every 10 children will die before reaching five years of age (IHE and ICF 2017).

## Nutrition and Food Security Situation

Food insecurity caused by recurrent natural disasters and climate-related factors remains a problem in Haiti. In 2017, at the peak of the lean season and the 2017 spring harvest, 3.6 million people were food insecure and 1.5 million were severely food insecure (FAO and WFP 2017).

The causes of malnutrition and food insecurity in Haiti are multifaceted and, in addition to natural disasters and climate-related factors, include poor infant and young child feeding practices, lack of access to clean water and sanitation, high unemployment, and poverty. Twenty-six percent of the population do not have access to an improved water source, 56 percent do not treat their water, 20 percent do not have access to improved sanitation facilities, and 25 percent practice open defecation. These issues are even more problematic in rural areas where 40 percent of the population do not have access to an improved water source and 36 percent practice open defecation (IHE and ICF 2017). Poor child feeding practices, coupled with poor sanitation, lead to increased levels of stunting. Although 40 percent of children zero–five months are exclusively breastfed, this decreases to 15 percent among children four–five months. More than three-quarters of children are still breastfed at one year of age. A little more than half of children younger than 6 months of age have started receiving complementary foods, putting them at risk of consuming contaminate d foods that can carry infection (IHE and ICF 2017). Haiti has been suffering from a cholera epidemic since 2010 and, although cases have declined dramatically since the outbreak, risk remains. As of December 2017, there were an estimated 200 to 300 cases per week (PAHO/WHO 2017). Due to these and other factors, 22 percent of children under five years are stunted.

Differences in stunting levels relate to maternal education and wealth levels—15 percent of children whose mothers have secondary education are stunted, while the prevalence rises to 32 percent for children whose mothers have no formal education. Similarly, 9 percent of children in the highest wealth quintile are stunted, while 34 percent of children in the lowest wealth quintile are stunted. Stunting prevalence is greatest between the ages of 18–35 months, at approximately 30 percent. Stunting levels are highest in rural areas, 24 percent, compared to 18 percent in urban areas. Stunting levels are similar across geographic departments, averaging around 20 and 22 percent. However, one department, Centre, has the highest prevalence at 30 percent, and Nippes has the lowest prevalence at 17 percent (IHE and ICF 2017). The prevalence of wasting doubled from 5 percent in 2000 to 10 percent in 2005–2006, then went back down to 5 percent in 2012. It further decreased to 4 percent in 2016–2017. As the prevalence of wasting is influenced by seasonal variations, it is difficult to interpret the variations of this index over time (IHE and ICF 2017).

Childbearing begins early in Haiti. By age 19, 21 percent of adolescent girls had begun childbearing in 2016–2017, which is a decrease from 31 percent in 2012 (IHE and ICF 2017; Cayemittes et al. 2013). Early motherhood has serious consequences because, relative to older mothers, adolescent girls are more likely to be malnourished (Cayemittes et al. 2013). These malnourished younger mothers tend to have infants with lower birth weights, and their infants have an increased risk of malnutrition, illness, and death. The risk of stunting is 63 percent higher among first-born children of girls under 18 years in Latin America and the Caribbean, and as such, early motherhood is a key driver of malnutrition (Fink et al. 2014). The prevalence of underweight children under five years of age has decreased from 18 percent in 2005–2006 to 11 percent in 2012 and 10 percent in 2016–2017, though these rates are higher in boys than girls (11 percent and 8 percent, respectively) (IHE and ICF 2017).

| Haiti Nutrition Data (DHS 2012 and 2016–2017) | | |
|---|---|---|
| Population 2018 (UNICEF 2019) | 11.1 million | |
| Population under 5 years (0–59 months) 2018 (UNICEF 2019) | 1.3 million | |
| | 2012 | 2016–2017 |
| Prevalence of stunting among children under 5 years (0–59 months) | 22% | 22% |
| Prevalence of underweight among children under 5 years (0–59 months) | 11% | 10% |
| Prevalence of wasting among children under 5 years (0–59 months) | 5% | 4% |
| Prevalence of low birth weight (less than 2.5 kg) (of children whose birth weights are known) | 19% | 17% |
| Prevalence of anemia among children 6–59 months | 65% | 66% |
| Prevalence of anemia among women of reproductive age (15–49 years) | 49% | 49% |
| Prevalence of thinness among women of reproductive age (15–49 years) | 13% | 11% |
| Prevalence of thinness among adolescent girls (15–19 years) | 23% | 19% |
| Prevalence of children 0–5 months exclusively breastfed | 40% | 40% |
| Prevalence of children 4–5 months exclusively breastfed | 24% | 15% |
| Prevalence of early initiation of breastfeeding (i.e., put to the breast within one hour of birth) | 47% | 47% |
| Prevalence of children who receive a pre-lacteal feed | 19% | NA |
| Prevalence of breastfed children 6–23 months receiving minimum acceptable diet | 15% | 23% |
| Prevalence of overweight/obesity among children under 5 years (0–59 months) | 4% | 3% |
| Prevalence of overweight/obesity among women of reproductive age (15–49 years) | 25% | 11% |
| Coverage of iron for pregnant women (for at least 90 days) | 30% | 43% |
| Coverage of vitamin A supplements for children (6–59 months, in the last 6 months) | 44% | 30% |
| Percentage of children 6–59 months living in households with iodized salt | 17% | 7% |

*The EMMUS-VI 2016–2017 Key Indicators Report includes a limited set of indicators.

## Global and Regional Commitment to Nutrition and Agriculture

Haiti has made the following global and regional commitments to nutrition and agriculture:

| Year of Commitment | Name | Description |
|---|---|---|
| 2012 | Ending Preventable Child and Maternal Deaths: A Promise Renewed | Haiti pledged to reduce under-5 mortality to 20 or fewer deaths per 1,000 live births by 2035 by reducing the leading preventable causes of child mortality, including undernutrition (A Promise Renewed 2017). |
| 2012 | Scaling Up Nutrition (SUN) Movement | SUN is a global movement that unites national leaders, civil society, bilateral and multilateral organizations, donors, businesses, and researchers in a collective effort to improve nutrition. Haiti joined the SUN Movement in 2012; however, the National Commission for Hunger and Malnutrition was abolished in 2014 and continued political instability and climate hazards have reduced the prioritization of nutrition on the political agenda (SUN 2017). |

## National Nutrition Policies/Legislation, Strategies, and Initiatives

Haiti's commitment to improving nutrition is outlined in the following documents, which are aligned with the government's Strategic Development Plan (2012) (*Plan Stratégique de Développement d'Haïti* [PSDH]):

- National Guiding Health Plan (2012–2022)
- Nutrition Strategic Plan (2013–2018)
- National Nutrition Policy (2012)
- Agricultural Development Policy (2010–2025)
- Law on Food Fortification (February 2, 2017)

The Government of Haiti is working on a new National Food and Nutrition Sovereignty and Security Policy being drafted by the Economic and Social Development Council, an independent body linked to the Office of the Prime Minister (SUN 2017). Haiti also has a National School Meals Program (*National de Cantines Scolaires*), which has operated since 2010 with support from the World Food Programme and other donors, including the U.S. Government.

Updated May 2021

## USAID Programs: Accelerating Progress in Nutrition

As of April 2020, the following USAID programs with a focus on nutrition were active in Haiti.

| Selected Projects and Programs Addressing Nutrition in Haiti | | |
|---|---|---|
| Name | Dates | Description |
| Aksyon Kominote nan Sante pou Ogmante Nitrisyon (AKSYON) | 2016–2021 | AKSYON provides capacity building for community health workers who, with support from registered nurses, conduct community screening campaigns to identify cases of severe and moderate acute malnutrition. These activities are reinforced through knowledge and skill building around nutrition, hygiene, sanitation, and food security strategies (USAID/Haiti 2017). |
| Health Service Delivery (Project Santé) | 2017–2021 | Project Santé strengthens the capacity of the Ministry of Health to increase access to a package of integrated primary health care services in Haiti's 10 geographic departments (164 facilities), including infant and young child feeding; nutrition; family planning; and water, sanitation, and hygiene (WASH). |
| Haiti WASH Project | 2017–2022 | The WASH Project improves services in communities susceptible to cholera and diarrheal disease, expanding access to safe drinking water and sanitation services by mobilizing sustainable financing for WASH services, modernizing Haiti's water authority information systems, supporting the establishment of a water testing lab at the state university and developing curricula for WASH engineers, providing technical assistance for small-to-medium enterprises and WASH value chain actors, and maintaining policy and institutional strengthening. |
| Ranfose Abitid Nitrisyon pou Fè Ogmante Sante (RANFOSE) | 2017–2021 | RANFOSE aims to address micronutrient deficiencies by fortifying food in Haiti. This includes increasing the availability of high-quality, staple foods by expanding the local production and importation of fortified foods, and providing clear and consistent messaging for consumers on the value and safety of these foods (USAID/Haiti 2017). |

## Other USAID Nutrition-Related Development Assistance

USAID Food for Peace (now Bureau for Humanitarian Assistance) has a long history in Haiti, supporting both emergency and development programming, especially in areas of the country prone to shocks. From 2013 to 2019, USAID Food for Peace supported the Kore Lavi project, in collaboration with the Government of Haiti to implement a voucher-based social safety net program that aimed to increase access for vulnerable households to locally produced, nutritious foods. USAID BHA provided approximately $34 million in FY 2020 funding to the UN World Food Programme (WFP) and three nongovernmental organizations to reach vulnerable populations across Haiti with emergency food assistance (USAID 2021).

## References

Cayemittes, Michel, Michelle Fatuma Busangu, Jean de Dieu Bizimana, Bernard Barrère, Blaise Sévère, Viviane Cayemittes, and Emmanuel Charles. 2013. *Enquête Mortalité, Morbidité et Utilisation des Services, Haïti, 2012*. Calverton, MD: MSPP, Institut Haïtien de l'Enfance, and ICF International.

Chemonics. n.d. *Changing Lives in Haiti Through Agriculture*. Washington, DC: Chemonics. Available at: https://www.chemonics.com/projects/changing-lives-haiti-agriculture/

Food and Agriculture Organization (FAO) and World Food Programme (WFP). 2017. *Special Report: FAO/WFP Crop AND Food Security Assessment Mission to Haiti*. New York: FAO; Washington, DC: WFP. Available at: https://reliefweb.int/sites/reliefweb.int/files/resources/a-i8279e.pdf

Famine Early Warning Systems Network (FEWS NET). 2014. *Haïti Sécurité Alimentaire en Bref.* Washington, DC: FEWS NET. Available at: http://www.fews.net/sites/default/files/documents/reports/Ha%C3%AFti_FS_Brief_2014_final_0.pdf

Famine Early Warning Systems Network (FEWS NET). 2018. *Food Assistance Outlook Brief*. Washington, DC: FEWS NET. Available at: https://reliefweb.int/sites/reliefweb.int/files/resources/January%202018_FAOB%20Public.pdf

Fink, G., C. R. Sudfeld, G. Danaei, M. Ezzati, and W. W. Fawzi. 2014. "Scaling-Up Access to Family Planning May Improve Linear Growth and Child Development in Low and Middle-Income Countries." *PLoS ONE* 9(7): e102391. Doi: 10.1371/journal.pone.0102391.

Institut Haïtien de l'Enfance (IHE) [Haïti] and ICF. 2017. *Enquête Mortalité, Morbidité et Utilisation des Services, Haïti, 2016–2017: Indicateurs Clés*. Rockville, MD and PétionVille, Haïti: IHE and ICF.

Pan-American Health Organization (PAHO)/World Health Organization (WHO). 2017. *Epidemiological Update Cholera*. Washington, DC: PAHO; Geneva: WHO. Available at: https://reliefweb.int/sites/reliefweb.int/files/resources/2017-dec-28-phe-epi-update-cholera.pdf

President's Emergency Plan for AIDS Relief (PEPFAR)/Haiti. 2017. *PEPFAR Haiti Country Operational Plan 2017 (COP 2017) Strategic Direction Summary*. Washington, DC: PEPFAR. Available at: https://www.pepfar.gov/documents/organization/272014.pdf

Population Reference Bureau (PRB). 2019. *2019 World Population Data Sheet*. Washington, DC: PRB. Available https://www.prb.org/international/geography/haiti

Sachs, J., G. Schmidt-Traub, C. Kroll, G. Lafortune, and G. Fuller. 2019. Sustainable Development Report 2019. New York: Bertelsmann Stiftung and Sustainable Development Solutions Network (SDSN) Scaling Up Nutrition. Bertelsmann Stiftung and Sustainable Development Solutions Network. Available at: https://s3.amazonaws.com/sustainabledevelopment.report/2019/2019_sustainable_development_report.pdf

Scaling Up Nutrition (SUN). 2017. "Haiti." n.p.: SUN. Available at: http://scalingupnutrition.org/sun-countries/haiti/

United Nations Children's Fund (UNICEF). Committing to Child Survival: A Promise Renewed. 2017. "Haiti." New York: UNICEF. Available at: http://www.apromiserenewed.org/countries/haiti/

United Nations Children's Fund (UNICEF). 2019. *The State of the World's Children 2019*. New York: UNICEF. Available at: https://www.unicef.org/sowc/

United Nations Development Programme (UNDP). 2018. *Revised Humanitarian Response Plan*. New York: UNDP. Available at: https://reliefweb.int/sites/reliefweb.int/files/resources/2018_haiti_revised_hrp_1.pdf

U.S. Agency for International Development (USAID). 2016. *Trilateral Cooperation*. Washington, DC: USAID. Available at: https://www.usaid.gov/brazil/our-work/trilateral-cooperation

U.S. Agency for International Development (USAID)/Haiti. 2017. *Nutrition Fact Sheet*. Washington, DC: USAID. Available at: https://www.usaid.gov/sites/default/files/documents/1862/FINAL_Nutrition_Fact_Sheet_March_2017.pdf

U.S. Agency for International Development (USAID). 2021. *Haiti*. Washington, DC: USAID. Available at: https://www.usaid.gov/humanitarian-assistance/haiti

World Bank. 2020. *Haiti Overview*. Washington, DC: World Bank. Available at: http://www.worldbank.org/en/country/haiti/overview

Updated May 2021

Case 6:23-cv-00007 Document 93-3 Filed on 03/24/23 in TXSD Page 65 of 233

# THE UNITED STATES ANNOUNCES MORE THAN $314 MILLION IN NEW STABILIZATION EFFORTS AND HUMANITARIAN ASSISTANCE FOR VENEZUELANS AND OTHER MIGRANTS AT THE SUMMIT OF THE AMERICAS

### For Immediate Release

Friday, June 10, 2022

Office of Press Relations
press@usaid.gov

During the Summit of the Americas, President Biden announced new efforts by the Department of State and USAID that will assi
vulnerable refugees and migrants across the region, including those displaced from the political and economic crisis in Venezue
and humanitarian assistance for vulnerable Venezuelans in Venezuela.

**$40 Million in USAID Development Funding**

- With $35.9 million in FY 2021 Development Assistance (DA), Economic Support Fund (ESF), and Global Health Programs–
  USAID funds for South America, including in Brazil, Colombia, Ecuador, and Peru, USAID will promote the social and econom
  integration of the millions of Venezuelan migrants through policy reform, pathways for legal status, professional certificatio
  job training and placement, microenterprise creation, access to financial services, and other socio-economic integration
  efforts.

- In Central America, with $4.1 million in FY 2018 and FY 2019 ESF, USAID will expand integration efforts in Belize, Costa Rica,
  and Panama, to support the dignified social and economic integration of third country migrants from Nicaragua, as well as
  from Venezuela, Haiti, and other countries around the region.

**$171 Million USAID Humanitarian Funding**

- This new funding will provide direct relief to vulnerable Venezuelans who have remained within the country, including
  healthcare, food, nutrition, water and sanitation, and protection services. The new funding will also help Venezuelan migra
  and refugees who have fled to Brazil, Colombia, Ecuador, and Peru by providing emergency food assistance. With USAID
  support, partners aim to address acute food insecurity among Venezuelan migrants and refugees in these four countries by
  providing them with hot meals, cash transfers, food vouchers, and food kits.

**Nearly $103 Million Department of State Humanitarian Funding**

- This new funding through the State Department's Bureau of Population, Refugees, and Migration (PRM) supports a wide ran
  of life-saving humanitarian programs for Venezuelan refugees and migrants, such as emergency shelter; access to health ca
  water, sanitation, and hygiene supplies; increased access to education; support for livelihoods; COVID-19 support, and
  protection for vulnerable groups including women, youth, LGBTQI+, and indigenous people in seventeen countries includin
  Argentina, Aruba, Brazil, Chile, Colombia, Costa Rica, Curacao, Dominican Republic, Ecuador, Guyana, Mexico, Panama,
  Paraguay, Peru, Trinidad and Tobago, Uruguay, and Venezuela.

Haiti AR_000208

Last updated: September 23, 2022

**SHARE THIS PAGE**



# Joint Brief on Mass Maritime Migration

UNCLASSIFIED//For Official Use Only

Haiti AR_000210

# Current Situation



**Data Current As of: 12 August**

Data includes all nationalities.
Primary:
- Haiti
- Cuba
- Dominican Republic

**AOR Total**

138% ▲ in FY22(YTD) from FY21
FY22 (YTD) Total Flow – 24,966
*FY21 Total Flow – 10,489*

437% ▲ over previous five year average
*FY16-FY21 Average – 4,645*

**Eastern Caribbean**

308% ▲ in FY22(YTD) from FY21
1,256% ▲ over FY16-FY21 Average

FY22 (YTD) Total Flow – 339
*FY21 Total Flow – 83*
*FY16-FY21 Average – 25*

**Mona Passage**

35% ▲ in FY22(YTD) from FY21
200% ▲ over FY16-FY21 Average

FY22 (YTD) Total Flow – 4,674
*FY21 Total Flow – 3,470*
*FY16-FY21 Average – 1,550*

**North Florida Straits**

27% ▲ in FY22(YTD) from FY21
35% ▲ over FY-16-FY21 Average

FY22 (YTD) Total Flow – 747
*FY21 Total Flow – 1,027*
*FY16-FY21 Average – 550*

**Windward Pass**

188% ▲ in FY22(YTD) from FY21
485% ▲ over FY16-FY21 Average

FY22 (YTD) Total Flow – 13,157
*FY21 Total Flow – 4,573*
*FY16-FY21 Average – 2,250*

**South Florida Straits**

357% ▲ in FY22(YTD) from FY21
2,118% ▲ over FY16-FY21 Average

FY22 (YTD) Total Flow – 5,988
*FY21 Total Flow – 1,311*
*FY16-FY21 Average – 270*

**Yucatan**

FY22 (YTD) Total Flow – 61
*FY21 Total Flow – 00*



**Data Explanation:** *Total Flow is based on USCG, Partner Agency, and Partner Nation reports of migrant cases. Additionally when a landing occurs but no apprehensions are made an average of 4 is applied based on the vector (i.e. 09 CUB in the S. FL Straits or 19 DOM in the Mona).*

UNCLASSIFIED//For Official Use Only

Haiti AR  000211
V22



# Migrant Flow Comparison – FY21 to FY22

## Caribbean Migrant Flow - Primary Vectors

Aug 2022 data is through Aug 12 - 40% of the month.

FY2022

FY2021

Migrants

5000
4500
4000
3500
3000
2500
2000
1500
1000
500
0

Oct 2020  Nov  Dec  Jan  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov  Dec  Jan  Feb  Mar  Apr  May  Jun  Jul  Aug 2022

North Florida Straits   Mona Passage   South Florida Straits   Windward Passage

**UNCLASSIFIED//For Official Use Only**

Haiti_AR_000212



# Task Force Director's Risk Calculus

## Jul-Aug 2021 vs Jul-Aug 2022

### Migrant Flow

| | |
|---|---|
| 2021 | 1,397 (175/wk) |
| +140% | |
| 2022 | 3,319 (474/wk) |

### Force Laydown

1 Large Cutter + 2 Patrol Boats → (+2) → 3 Large Cutters + 7 Patrol Boats (+5)

1 Fixed Wing → (+1) → 2 Fixed Wing + 2 MH-60 (+2)

*Includes all Caribbean migrant vectors*



## Operational Commander Considerations

1. Repatriation ability
2. Available deck capacity (based on saturation level on all cutters)
3. # ventures detected
4. Landings
5. Regional Weather/Sea State
6. Tropical Weather Outlook
7. Push factors (socio-economic conditions, surges in violence)
8. Pull factors (perceived US policy, diaspora influence)
9. Indications & warning
10. MOC capacity

## Key Takeaways

- Decisions to increase force laydown are driven by an aggregate of these considerations. There is no single indicator that signals that a mass migration is imminent.

- Although current maritime migration flow is not nearly the volume being observed on the Southwest Border, the dynamic environment and ever-present hazards **make this a higher-consequence mission with far greater possibilities for serious injuries and the loss of life.**

- Increasing our posture by transitioning to **OVS Phase 1B brings additional resources** to this mission while **providing structure** to the surge of forces that has been in place since March 2022.

UNCLASSIFIED//For Official Use Only

Haiti AR_000213



# DoD Support and Integration

- Use of Naval Station Guantanamo Bay (NSGB) **prior to** a Presidentially declared mass migration event
  - ➢ Provide location for Migrant Operations Center (MOC)
  - ➢ Provide services (meals, water, housing, transportation) on a **reimbursable basis**
- Use of Naval Station Guantanamo Bay (NSGB) **following** a Presidentially declared mass migration event
  - ➢ Provide services (meals, water, housing, transportation) on a **non-reimbursable basis**
- Upon an approved Request for Assistance (RFA), DoD can provide support (naval forces) to USCG for the maritime interdiction of migrants.

**DHS and DOS share the responsibility for migrant processing both prior to and after a Presidentially declared mass migration.**

UNCLASSIFIED//For Official Use Only

Haiti_AR_000214





# Integrated DHS-DoD Preparation & Response



Haiti_AR_000215





# DoD Migration Camp Capacities



**AOD risk:** Physical terrain limitations

**AOD risk:** medical (COVID and non-COVID) and physical protection factors

**Stressed Infrastructure: 35k***

**Risk:** NSGB infrastructure stress (water, power, sewage)

29,750 migrants (max planning factor)

NSGB Infrastructure:
29,750 + 9K JTF (~38K)

~25% decrement (COVID)

COVID Mitigation: ~22.3K

~7-10% decrement (by nationality)

COVID Mitigation + Nationality: ~20K

~7-10% decrement (by category)

COVID Mitigation + Nationality + Categories : ~18K

Increased Risk ⟷ Decreased Capacity

**Total:**
- ~39,000 migrants based only on tent/land space
- ~29,750 migrants based on NSGB Infrastructure/Support capacity

Golf Course ~11,000 [4]

Windward

Phillips ~4,000 [2]

McCalla ~11,000 [3]

Leeward

Leeward South ~13,000 [1]

**CUI**

**NSGB camp capacities depend on several factors:: composition of migrants + infrastructure + physical terrain. 29,750 is the "max camp service capacity before degradation".**

Haiti AR_000216





# Readiness Lines of Effort

**Planning Efforts**
- DoD's Caribbean Maritime Mass Migration Plan Reviews
- DoD Component Support Plan for Caribbean Maritime Mass Migration Review

**Exercises**
- DHS UNIFIED SUPPORT 21
- DoD Tabletop Exercise
- DoD-led Interagency Rehearsal of Concept (ROC) Drill
- Naval Station Guantanamo Bay Migrant Operations Exercise
- HSTF-SE Incident Command Post Functional Exercise
- Senior Leader Seminar

**Real World Response**
- Haiti Earthquake Response

**Assessments**
- Joint Assessment of HTI Coast Guard
- DoD Assessment of ability to implement JTF-MIGOPS (focus upon COVID impacts)

**Upcoming**
- Joint Staff Contingency Sourcing Assessment
- SOUTHCOM Sustainment ROC Drill
- Engineer Exercise on GTMO

**Caribbean Maritime Migration plans are coordinated and regularly exercised**

v.12

Haiti_AR_000217

7

**UNCLASSIFIED**

# Challenges & Mitigation

## Challenges

- At-sea migrant holding capacity threshold (saturation) depends on the type and number of surface assets assigned and on station.

- Resources drawn from other missions via appropriate risk management.

- HUMINT in Haiti is extremely limited due to persistent security threat posed by gang activity; results in significant intelligence gap.

- Detection of migrant ventures via ISR without prior cueing.

- Repatriations to Haiti are currently limited only to Cap Haitien.

## Mitigation – Current & Next Steps

- USCG has surged cutters by repurposing from JIATFS counter drug patrols, and domestic fisheries patrols to increase surface asset capacity in migrant vectors.

- Continue to conduct exercises & readiness activities.

- Pre-script RFAs – HSTF-SE will advance these to JTF-E.

- Continued interagency / NSC support for a whole of government approach to detect, deter, and respond to maritime migration.

UNCLASSIFIED//For Official Use Only



# Eligible to Naturalize Overview

Click to view
Tabular page

| Cob Name | Eligible to Naturalize | State or Territory |
|---|---|---|
| Haiti | All | All |

**U.S. Map view by State or Territory**    *Select a Map view by:*  States or Territories

© 2022 Mapbox © OpenStreetMap

**No. Lawful Permanent Residents by States or Territories**    *Select a Chart view by:*  States or Territories

| State or Territory | Eligible to Naturalize | LPR Count | |
|---|---|---|---|
| Florida | Yes | 82,124 | |
| | No | 35,606 | |
| New York | Yes | 29,093 | |
| | No | 11,875 | |
| Massachu.. | Yes | 14,359 | |
| | No | 6,304 | |
| New Jersey | Yes | 12,699 | |
| | No | 5,691 | |

Values less than 1,000 are suppressed to avoid disclosing information about individuals. In these instances, the map and tables may appear blank or reflect a zero or "D".

OIS Refresh as of:
8/12/2022 12:39:34 PM



UNCLASSIFIED // FOR OFFICIAL USE ONLY

# Uniting for Ukraine

## I-134 Supporters by Top Metro Areas

| Metro Area | Total | % of Total |
|---|---|---|
| New York-Newark-Jersey City, NY-NJ-PA | 22,220 | 17% |
| Chicago-Naperville-Elgin, IL-IN-WI | 16,997 | 13% |
| Seattle-Tacoma-Bellevue, WA | 7,244 | 5% |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 6,046 | 5% |
| Los Angeles-Long Beach-Anaheim, CA | 4,579 | 3% |
| Sacramento-Roseville-Folsom, CA | 3,861 | 3% |
| Miami-Fort Lauderdale-Pompano Beach, FL | 3,529 | 3% |
| Portland-Vancouver-Hillsboro, OR-WA | 3,249 | 2% |
| Detroit-Warren-Dearborn, MI | 2,983 | 2% |
| Cleveland-Elyria, OH | 2,966 | 2% |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 2,587 | 2% |
| San Francisco-Oakland-Berkeley, CA | 1,974 | 1% |
| Non-CBSA | 1,896 | 1% |
| Atlanta-Sandy Springs-Alpharetta, GA | 1,779 | 1% |
| Boston-Cambridge-Newton, MA-NH | 1,634 | 1% |
| Other | 50,167 | 38% |
| **Total** | **133,711** | **N/A** |

## U4U Entries by Top POEs

| Port of Entry | Total | % of Total |
|---|---|---|
| JFK | 12,369 | 21% |
| ORD | 11,207 | 19% |
| EWR | 5,736 | 10% |
| SEA | 3,967 | 7% |
| LAX | 3,178 | 5% |
| MIA | 3,128 | 5% |
| SFO | 2,462 | 4% |
| ATL | 2,324 | 4% |
| IAD | 1,662 | 3% |
| BOS | 1,596 | 3% |
| Other | 10,727 | 18% |
| **Total** | **58,356** | **N/A** |

## U4U Parolees by Age & Sex



Notes: Age group 0-17 contains 3 parolees whose gender is unknown. Age group 31-44 contains 2 parolees whose gender is unknown.  Data validity times: 6:35 AM for I-134 supporters by top metro areas; 6:12 AM for U4U entries by POE and U4U Parolees by age & sex.

Haiti AR_000221

Haiti_AR_000222

Average encounters 10/5 - 10/11/22   1,137
Average encounters 10/18 - 10/24   170
Average encounters 11/28 - 12/4   86

| | USBP encounters of Venezuela nationals |
|---|---|
| 1-Oct | 1240 |
| 2-Oct | 1510 |
| 3-Oct | 1366 |
| 4-Oct | 1260 |
| 5-Oct | 1139 |
| 6-Oct | 1174 |
| 7-Oct | 1083 |
| 8-Oct | 1006 |
| 9-Oct | 1202 |
| 10-Oct | 1224 |
| 11-Oct | 1128 |
| 12-Oct | 796 |
| 13-Oct | 1256 |
| 14-Oct | 1056 |
| 15-Oct | 834 |
| 16-Oct | 484 |
| 17-Oct | 298 |
| 18-Oct | 187 |
| 19-Oct | 158 |
| 20-Oct | 159 |
| 21-Oct | 132 |
| 22-Oct | 145 |
| 23-Oct | 160 |
| 24-Oct | 247 |
| 25-Oct | 296 |
| 26-Oct | 415 |
| 27-Oct | 301 |
| 28-Oct | 408 |
| 29-Oct | 405 |
| 30-Oct | 331 |
| 31-Oct | 430 |
| 1-Nov | 412 |
| 2-Nov | 331 |
| 3-Nov | 305 |
| 4-Nov | 348 |
| 5-Nov | 250 |
| 6-Nov | 239 |
| 7-Nov | 265 |
| 8-Nov | 260 |
| 9-Nov | 262 |
| 10-Nov | 262 |
| 11-Nov | 338 |
| 12-Nov | 192 |

Haiti_AR_000223

| Date | Value |
|---|---|
| 13-Nov | 197 |
| 14-Nov | 158 |
| 15-Nov | 168 |
| 16-Nov | 490 |
| 17-Nov | 1074 |
| 18-Nov | 210 |
| 19-Nov | 90 |
| 20-Nov | 116 |
| 21-Nov | 84 |
| 22-Nov | 126 |
| 23-Nov | 80 |
| 24-Nov | 60 |
| 25-Nov | 51 |
| 26-Nov | 55 |
| 27-Nov | 75 |
| 28-Nov | 66 |
| 29-Nov | 83 |
| 30-Nov | 86 |
| 1-Dec | 102 |
| 2-Dec | 95 |
| 3-Dec | 79 |
| 4-Dec | 93 |

Oct persist

Nov-Dec Data pulled from UIP on 12/5/2022

Haiti_AR_000224

| unique_1yr | Unique |
| country_simple | Haiti |
| initial_agency | (All) |

3,242

Sum of count | Column Labels

| Row Labels | Interior/Other Air Border | Maritime | Northern Land Border | SW Land Border | Grand Total |
| --- | --- | --- | --- | --- | --- |
| 2013 | 319 | 788 | 179 | 846 | 2,132 |
| 2014 | 338 | 1,061 | 124 | 468 | 1,991 |
| 2015 | 280 | 418 | 108 | 335 | 1,141 |
| 2016 | 269 | 189 | 81 | 6,286 | 6,825 |
| 2017 | 246 | 97 | 243 | 9,021 | 9,607 |
| 2018 | 246 | 90 | 173 | 305 | 814 |
| 2019 | 218 | 90 | 175 | 3,039 | 3,522 |
| 2020 | 282 | 125 | 72 | 4,431 | 4,910 |
| 2021 | 386 | 655 | 91 | 43,484 | 44,616 |
| 2022 | 262 | 1,836 | 157 | 48,697 | 50,952 |
| 2023 | 18 | 253 | 56 | 9,107 | 9,434 |
| Grand Total | 2,864 | 5,602 | 1,459 | 126,019 | 135,944 |

OIS Persist November

Haiti_AR_000225

Figure 1: Annual USCG interdictions, FY 14 to FY22  by top 4 countries (Cuba, Haiti, DR, Mexico) and all others.

|           | 2014  | 2015  | 2016  | 2017  | 2018  | 2019  | 2020  | 2021  | 2022   |
|-----------|-------|-------|-------|-------|-------|-------|-------|-------|--------|
| Cuba      | 2,090 | 2,736 | 5,221 | 1,465 | 259   | 381   | 43    | 827   | 5,740  |
| Dominican | 269   | 257   | 570   | 519   | 492   | 920   | 1,201 | 744   | 1,804  |
| Haiti     | 968   | 561   | 380   | 419   | 609   | 824   | 398   | 1,205 | 4,025  |
| Mexico    | 33    | 11    | 3     | 50    | 123   | 160   | 343   | 612   | 676    |
| Other     | 31    | 49    | 160   | 59    | 179   | 144   | 94    | 120   | 276    |
| Total     | 3,391 | 3,614 | 6,334 | 2,512 | 1,662 | 2,429 | 2,079 | 3,508 | 12,521 |

Table sent from USCG

Haiti_AR_000226

**USBP encounters of Venezuela nationals**

| Average label | Value | Date | Count |
|---|---|---|---|
| Average encounters 10/5 - 10/11/22 | 1,137 | 1-Oct | 1240 |
| Average encounters 10/18 - 10/24 | 170 | 2-Oct | 1510 |
| Average encounters 11/28 - 12/4 | 86 | 3-Oct | 1366 |
| | | 4-Oct | 1260 |
| | | 5-Oct | 1139 |
| | | 6-Oct | 1174 |
| | | 7-Oct | 1083 |
| | | 8-Oct | 1006 |
| | | 9-Oct | 1202 |
| | | 10-Oct | 1224 |
| | | 11-Oct | 1128 |
| | | 12-Oct | 796 |
| | | 13-Oct | 1256 |
| | | 14-Oct | 1056 |
| | | 15-Oct | 834 |
| | | 16-Oct | 484 |
| | | 17-Oct | 298 |
| | | 18-Oct | 187 |
| | | 19-Oct | 158 |
| | | 20-Oct | 159 |
| | | 21-Oct | 132 |
| | | 22-Oct | 145 |
| | | 23-Oct | 160 |
| | | 24-Oct | 247 |
| | | 25-Oct | 296 |
| | | 26-Oct | 415 |
| | | 27-Oct | 301 |
| | | 28-Oct | 408 |
| | | 29-Oct | 405 |
| | | 30-Oct | 331 |
| | | 31-Oct | 430 |
| | | 1-Nov | 412 |
| | | 2-Nov | 331 |
| | | 3-Nov | 305 |
| | | 4-Nov | 348 |
| | | 5-Nov | 250 |
| | | 6-Nov | 239 |
| | | 7-Nov | 265 |
| | | 8-Nov | 260 |
| | | 9-Nov | 262 |
| | | 10-Nov | 262 |
| | | 11-Nov | 338 |
| | | 12-Nov | 192 |

Haiti_AR_000227

| Date | Value |
|------|-------|
| 13-Nov | 197 |
| 14-Nov | 158 |
| 15-Nov | 168 |
| 16-Nov | 490 |
| 17-Nov | 1074 |
| 18-Nov | 210 |
| 19-Nov | 90 |
| 20-Nov | 116 |
| 21-Nov | 84 |
| 22-Nov | 126 |
| 23-Nov | 80 |
| 24-Nov | 60 |
| 25-Nov | 51 |
| 26-Nov | 55 |
| 27-Nov | 75 |
| 28-Nov | 66 |
| 29-Nov | 83 |
| 30-Nov | 86 |
| 1-Dec | 102 |
| 2-Dec | 95 |
| 3-Dec | 79 |
| 4-Dec | 93 |
| Oct persist | |

Nov-Dec Data pulled from UIP on 12/5/2022

Haiti_AR_000228

## USBP Encounters at Southwest Border by Sector, FY 1960 - August 2022

| FY | Big Bend | Del Rio | El Centro | El Paso | Laredo | RGV | San Diego | Tucson | Yuma | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1960 | 732 | 3,023 | 1,839 | 3,630 | 1,024 | 5,515 | 3,371 | 1,255 | 633 | 21,022 |
| 1961 | 954 | 3,458 | 1,878 | 3,540 | 1,172 | 6,713 | 2,279 | 1,178 | 573 | 21,745 |
| 1962 | 1,431 | 3,250 | 1,426 | 3,304 | 1,274 | 5,569 | 3,091 | 1,247 | 511 | 21,103 |
| 1963 | 2,026 | 4,417 | 1,690 | 3,813 | 1,753 | 9,992 | 3,768 | 1,466 | 719 | 29,644 |
| 1964 | 3,146 | 4,489 | 2,640 | 4,486 | 2,168 | 9,173 | 4,521 | 1,200 | 696 | 32,519 |
| 1965 | 3,973 | 4,292 | 5,344 | 6,355 | 2,310 | 8,057 | 6,558 | 1,480 | 1,651 | 40,020 |
| 1966 | 6,592 | 6,845 | 6,916 | 10,119 | 3,658 | 8,706 | 13,362 | 2,392 | 4,050 | 62,640 |
| 1967 | 7,049 | 7,906 | 6,974 | 13,656 | 4,178 | 9,029 | 17,844 | 3,068 | 4,269 | 73,973 |
| 1968 | 8,834 | 9,576 | 8,358 | 19,408 | 5,715 | 10,093 | 24,116 | 4,537 | 6,004 | 96,641 |
| 1969 | 11,973 | 12,991 | 9,195 | 31,159 | 8,129 | 14,076 | 33,311 | 8,301 | 8,833 | 137,968 |
| 1970 | 16,770 | 18,711 | 12,028 | 43,640 | 11,569 | 20,708 | 50,663 | 14,222 | 13,469 | 201,780 |
| 1971 | 22,026 | 25,780 | 14,292 | 57,796 | 17,665 | 28,281 | 59,375 | 23,548 | 15,228 | 263,991 |
| 1972 | 20,269 | 31,110 | 15,327 | 78,168 | 21,781 | 29,338 | 73,115 | 32,272 | 19,946 | 321,326 |
| 1973 | 22,378 | 42,232 | 23,125 | 82,386 | 23,854 | 37,092 | 128,889 | 44,824 | 36,286 | 441,066 |
| 1974 | 23,291 | 44,098 | 26,143 | 112,432 | 30,061 | 38,668 | 196,981 | 50,108 | 49,824 | 571,606 |
| 1975 | 20,472 | 32,008 | 27,217 | 99,000 | 26,199 | 31,300 | 185,499 | 39,941 | 50,628 | 512,264 |
| 1976 | 19,846 | 32,988 | 32,327 | 114,886 | 24,665 | 38,839 | 266,709 | 34,641 | 42,598 | 607,499 |
| 1977 | 22,239 | 42,322 | 38,421 | 145,059 | 27,289 | 38,704 | 337,195 | 33,295 | 48,669 | 733,193 |
| 1978 | 23,501 | 54,098 | 42,118 | 174,010 | 36,627 | 45,201 | 325,557 | 34,991 | 53,338 | 789,441 |
| 1979 | 20,116 | 50,262 | 55,532 | 149,722 | 50,666 | 41,915 | 337,930 | 37,075 | 52,580 | 795,798 |
| 1980 | 15,602 | 50,762 | 57,009 | 127,488 | 39,167 | 35,012 | 285,984 | 33,668 | 45,862 | 690,554 |
| 1981 | 17,584 | 50,455 | 59,774 | 146,872 | 36,910 | 32,809 | 326,836 | 33,085 | 45,483 | 749,808 |
| 1982 | 20,268 | 48,753 | 59,403 | 152,882 | 40,385 | 32,533 | 314,979 | 32,344 | 48,236 | 745,820 |
| 1983 | 20,829 | 83,733 | 41,179 | 205,944 | 65,279 | 57,706 | 429,121 | 35,870 | 63,595 | 1,033,974 |
| 1984 | 22,196 | 87,058 | 27,524 | 212,652 | 66,860 | 82,826 | 407,828 | 46,283 | 59,777 | 1,058,276 |
| 1985 | 23,667 | 99,280 | 28,708 | 240,350 | 87,059 | 121,783 | 427,772 | 55,269 | 67,737 | 1,183,351 |
| 1986 | 23,796 | 123,952 | 29,852 | 312,892 | 114,931 | 121,783 | 629,656 | 71,675 | 93,219 | 1,615,844 |
| 1987 | 9,586 | 64,934 | 30,058 | 231,994 | 74,139 | 71,038 | 500,327 | 47,481 | 67,277 | 1,122,067 |
| 1988 | 6,209 | 55,291 | 27,654 | 182,566 | 75,292 | 60,294 | 431,592 | 48,683 | 42,723 | 942,561 |
| 1989 | 5,560 | 46,786 | 37,317 | 168,105 | 79,650 | 69,912 | 473,223 | 51,445 | 31,387 | 852,506 |
| 1990 | 7,180 | 41,373 | 46,873 | 223,219 | 97,018 | 60,294 | 473,223 | 53,061 | 36,387 | 1,049,321 |
| 1991 | 8,764 | 38,554 | 66,873 | 211,775 | 89,052 | 69,912 | 540,347 | 59,728 | 28,646 | 1,077,876 |
| 1992 | 13,819 | 33,414 | 145,929 | 248,642 | 72,293 | 75,292 | 565,581 | 92,639 | 24,892 | 1,145,574 |
| 1993 | 15,486 | 42,289 | 124,376 | 285,781 | 72,449 | 97,018 | 531,689 | 139,473 | 23,548 | 1,212,886 |
| 1994 | 13,494 | 50,036 | 27,654 | 79,688 | 73,142 | 124,251 | 450,152 | 227,529 | 21,211 | 1,271,390 |
| 1995 | 11,552 | 76,490 | 146,210 | 110,971 | 93,305 | 169,101 | 524,231 | 305,348 | 20,894 | 1,394,554 |
| 1996 | 13,214 | 121,137 | 66,873 | 145,929 | 131,841 | 210,553 | 483,815 | 272,397 | 28,310 | 1,507,020 |
| 1997 | 12,692 | 113,280 | 124,376 | 124,376 | 141,893 | 243,793 | 283,889 | 387,406 | 30,177 | 1,368,707 |
| 1998 | 14,509 | 131,058 | 226,695 | 125,035 | 103,433 | 204,257 | 248,092 | 387,406 | 76,195 | 1,516,680 |
| 1999 | 14,952 | 156,653 | 225,279 | 110,857 | 114,004 | 169,151 | 182,267 | 470,449 | 93,388 | 1,537,000 |
| 2000 | 13,689 | 157,178 | 238,126 | 115,696 | 108,973 | 133,243 | 151,681 | 616,346 | 108,747 | 1,643,679 |
| 2001 | 12,087 | 104,875 | 172,852 | 112,857 | 87,068 | 107,844 | 110,075 | 449,675 | 78,385 | 1,235,718 |



Haiti_AR_000229

Haiti_AR_000230

| 2002 | 11,392 | 66,985 | 108,273 | 94,154 | 82,095 | 89,927 | 100,681 | 333,648 | 42,654 | 929,809 |
| 2003 | 10,319 | 50,145 | 92,099 | 88,816 | 70,521 | 77,749 | 111,515 | 347,263 | 56,638 | 905,065 |
| 2004 | 10,530 | 53,794 | 74,467 | 104,399 | 74,706 | 92,947 | 138,608 | 491,771 | 98,060 | 1,139,282 |
| 2005 | 10,536 | 68,506 | 55,722 | 122,679 | 75,346 | 134,186 | 126,904 | 439,079 | 138,438 | 1,171,396 |
| 2006 | 7,520 | 42,636 | 61,465 | 122,256 | 74,840 | 110,528 | 142,104 | 392,074 | 118,549 | 1,071,972 |
| 2007 | 5,536 | 22,920 | 55,883 | 75,464 | 56,714 | 73,430 | 152,460 | 378,239 | 37,992 | 858,638 |
| 2008 | 5,391 | 20,761 | 40,961 | 30,312 | 43,658 | 75,473 | 162,390 | 317,696 | 8,363 | 705,005 |
| 2009 | 6,360 | 17,082 | 33,521 | 14,999 | 40,569 | 60,989 | 118,721 | 241,673 | 6,951 | 540,865 |
| 2010 | 5,288 | 14,694 | 32,562 | 12,251 | 35,287 | 59,766 | 68,565 | 212,202 | 7,116 | 447,731 |
| 2011 | 4,036 | 16,144 | 30,191 | 10,345 | 36,053 | 59,243 | 42,447 | 123,285 | 5,833 | 327,577 |
| 2012 | 3,964 | 21,720 | 23,916 | 9,678 | 44,872 | 97,762 | 28,461 | 120,000 | 6,500 | 356,873 |
| 2013 | 3684 | 23510 | 16306 | 11154 | 50749 | 154453 | 27496 | 120939 | 6106 | 414397 |
| 2014 | 4096 | 24255 | 14511 | 12339 | 44049 | 256392 | 29911 | 87915 | 5902 | 479370 |
| 2015 | 5031 | 19013 | 12820 | 14495 | 35888 | 147257 | 26290 | 63397 | 7142 | 331333 |
| 2016 | 6366 | 23078 | 19448 | 25634 | 36562 | 186830 | 31891 | 64891 | 14170 | 408870 |
| 2017 | 6002 | 13476 | 18633 | 25193 | 25460 | 137562 | 26086 | 38657 | 12847 | 303916 |
| 2018 | 8045 | 15833 | 29230 | 31561 | 32641 | 162262 | 38591 | 52172 | 26244 | 396579 |
| 2019 | 9637 | 57269 | 35138 | 182143 | 38378 | 339135 | 58049 | 63490 | 68269 | 851508 |
| 2020 | 8627 | 40342 | 27487 | 54396 | 51425 | 90203 | 53277 | 66074 | 8804 | 400635 |
| 2021 | 37266 | 259294 | 59231 | 193918 | 112241 | 549077 | 142459 | 191232 | 114488 | 1659206 |
| 2022* | 30684 | 428556 | 64221 | 258766 | 100495 | 440423 | 160312 | 230235 | 284078 | 1997770 |

Note: FY 2022 data limited to first 11 months of the fiscal year.

Source: FY 1960 - FY 2012 from US Border Patrol; FY 2013-FY2021 from OIS Persist Dataset.

Haiti_AR_000231

Haiti_AR_000232

Haiti_AR_000234

| | Apprehensions of EWIs: total | Apprehensions of EWIs: Mexican nationals | Mx% total |
|---|---|---|---|
| 1981 | 898,550 | 894,771 | 100% |
| 1982 | | | |
| 1983 | | | |
| 1984 | | | |
| 1985 | 1,300,691 | 1,291,734 | 99% |
| 1986 | | | |
| 1987 | | | |
| 1988 | | | |
| 1989 | | | |
| 1990 | 1,131,454 | 1,080,699 | 96% |
| 1991 | | | |
| 1992 | | | |
| 1993 | | | |
| 1994 | | | |
| 1995 | | | |
| 1996 | 1,620,033 | 1,586,492 | 98% |
| 1997 | | | |
| 1998 | | | |
| 1999 | | | |
| 2000 | 1781968 | 1732205 | 97% |
| 2001 | | | |
| 2002 | | | |
| 2003 | | | |
| 2004 | | | |
| 2005 | | | |

Historic Yearbooks

Haiti_AR_000236

Total encounters by citizenship grouping

| | Mexico | N. Central | Other Cou | Total | Mexico | N. Central | Other Cou | Total |
|---|---|---|---|---|---|---|---|---|
| 2010 | 467,461 | 43,590 | 16,362 | 527,413 | 89% | 8% | 3% | 100% |
| 2011 | 344,013 | 40,505 | 16,540 | 401,058 | 86% | 10% | 4% | 100% |
| 2012 | 316,890 | 88,322 | 20,893 | 426,105 | 74% | 21% | 5% | 100% |
| 2013 | 317,559 | 140,441 | 31,607 | 489,607 | 65% | 29% | 6% | 100% |
| 2014 | 285,499 | 248,063 | 36,483 | 570,045 | 50% | 44% | 6% | 100% |
| 2015 | 253,656 | 142,341 | 48,855 | 444,852 | 57% | 32% | 11% | 100% |
| 2016 | 255,669 | 227,456 | 75,403 | 558,528 | 46% | 41% | 14% | 100% |
| 2017 | 180,929 | 187,534 | 46,117 | 414,580 | 44% | 45% | 11% | 100% |
| 2018 | 221,711 | 258,413 | 39,820 | 519,944 | 43% | 50% | 8% | 100% |
| 2019 | 237,067 | 623,569 | 116,593 | 977,229 | 24% | 64% | 12% | 100% |
| 2020 | 297,692 | 106,760 | 53,614 | 458,066 | 65% | 23% | 12% | 100% |
| 2021 | 655,591 | 701,049 | 378,043 | 1,696,569 | 39% | 41% | 22% | 100% |
| 2022 | 808,340 | 541,618 | 1,028,987 | 2,378,945 | 34% | 23% | 43% | 100% |

| | NCA | All other |
|---|---|---|
| FY10-13 average | 17% | 5% |
| FY14-19 average | 46% | 10% |

OIS Production data

Haiti_AR_000237

Haiti_AR_000238

Haiti_AR_000239

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Enco | 1,566,421 | 1,231,412 | 930,341 | 906,734 | 1,140,247 | 1,269,230 | 1,168,309 | 954,396 | 792,409 | 619,113 | 527,413 | 401,058 | 426,105 | 489,612 |
| CF Cases Complete d (APSO) | 10,107 | 13,232 | 10,198 | 6,480 | 8,230 | 9,695 | 5,659 | 5,770 | 5,749 | 6,615 | 11,030 | 14,405 | 18,625 | 43,219 |
| CF Fo | 9,320 | 12,381 | 9,253 | 5,554 | 7,436 | 8,414 | 3,467 | 3,328 | 3,413 | 3,798 | 7,208 | 9,996 | 12,218 | 32,811 |
| CF Nc | 133 | 171 | 222 | 168 | 159 | 193 | 760 | 1,213 | 1,086 | 1,439 | 1,925 | 1,722 | 2,313 | 4,281 |
| Close | 654 | 680 | 723 | 758 | 635 | 1,088 | 1,432 | 1,229 | 1,250 | 1,378 | 1,897 | 2,687 | 4,094 | 6,127 |
| | 92% | 94% | 91% | 86% | 90% | 87% | 61% | 58% | 59% | 57% | 65% | 69% | 66% | 76% |
| | 1% | 1% | 1% | 1% | 1% | 1% | 0% | 1% | 1% | 1% | 2% | 4% | 4% | 9% |

Haiti_AR_000240

# Final or Most Current Outcomes, Total SW Border Encounters by Fear Claims

| MOST CURRENT OUTCOMES | TOTAL | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
| **Total Encounters1** | 477,459 | 544,668 | 403,473 | 505,086 | 385,192 | 497,699 | 957,155 | 448,731 |
| Processed for Expedited Removal | 236,330 | 229,389 | 180,679 | 228,019 | 160,397 | 214,808 | 223,291 | 91,765 |
| No fear claim | 197,061 | 174,897 | 130,485 | 130,208 | 89,147 | 114,822 | 121,450 | 66,035 |
| No Fear Claim - confirmed removal or return | 187,507 | 165,138 | 129,198 | 127,236 | 86,205 | 109,294 | 117,749 | 62,059 |
| Credible Fear Claims (CBP CF disposition and/or has APSO cases) | 38,981 | 54,230 | 50,043 | 97,575 | 71,121 | 99,825 | 101,734 | 25,705 |
| | 8% | 10% | 12% | 19% | 18% | 20% | 11% | 6% |
| | 16% | 24% | 28% | 43% | 44% | 46% | 46% | 28% |
| *Credible Fear Claims (APSO cases Only)* | 36,026 | 48,670 | 46,394 | 92,709 | 68,711 | 95,660 | 98,279 | 23,955 |
| Positive fear determinations | 30,800 | 34,997 | 33,904 | 73,564 | 53,509 | 74,531 | 70,967 | 8,494 |
| Negative fear determinations | 2,641 | 9,086 | 7,517 | 9,388 | 7,301 | 9,134 | 17,704 | 12,410 |
| Negative fear determinations appealed to EOIR | 2,380 | 7,240 | 6,235 | 7,593 | 5,868 | 6,744 | 14,307 | 9,754 |
| Negative fear determinations vacated by EOIR | 225 | 1,258 | 1,227 | 1,995 | 1,437 | 1,273 | 3,866 | 3,172 |
| Negative fear determinations upheld by EOIR | 2,155 | 5,982 | 5,008 | 5,598 | 4,431 | 5,471 | 10,441 | 6,582 |
| Case closures | 2,585 | 4,587 | 4,973 | 9,757 | 7,901 | 11,995 | 9,608 | 3,051 |
| Case closures referred to EOIR | 965 | 1,543 | 1,810 | 4,639 | 3,839 | 6,585 | 3,310 | 950 |
| Case closures not referred to EOIR | 1,620 | 3,044 | 3,163 | 5,118 | 4,062 | 5,410 | 6,298 | 2,101 |
| | | | | | | | | |
| Non-Referrals to EOIR | 6,991 | 16,432 | 13,102 | 17,377 | 12,336 | 17,436 | 23,591 | 13,089 |
| | | | | | | | | |
| Executed Removal Orders | 4,222 | 10,609 | 8,977 | 11,889 | 9,627 | 12,008 | 18,834 | 8,690 |

Haiti_AR_000241

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Referrals to EOIR (Includes closed cases, vacated negative decisions and positive decisions)** | 31,990 | 37,798 | 36,941 | 80,198 | 58,785 | 82,389 | 78,143 | 12,616 |
| **EOIR cases started** | 31,667 | 37,367 | 36,611 | 78,515 | 56,065 | 77,406 | 71,706 | 11,772 |
| Still in EOIR Proceedings | 12,205 | 12,966 | 12,573 | 30,216 | 26,329 | 38,995 | 37,686 | 8,080 |
| EOIR Cases completed | 19,398 | 24,310 | 23,978 | 48,040 | 30,340 | 37,153 | 31,523 | 3,235 |
| Asylum Granted or other EOIR Relief from Removal | 5,643 | 7,181 | 7,590 | 13,049 | 8,887 | 12,535 | 13,174 | 1,522 |
| Grants of relief + other favorable-to-noncitizen judgements appealed to BIA | 273 | 515 | 532 | 961 | 686 | 572 | 466 | 90 |
| Removal Orders | 13,755 | 17,129 | 16,388 | 34,991 | 21,453 | 24,618 | 18,349 | 1,713 |
| EOIR Removal Orders + other favorable-to-OPLA judgements appealed to BIA | 2,635 | 4,459 | 5,610 | 12,961 | 6,376 | 5,483 | 3,651 | 509 |
| Executed Removal Orders | 3,982 | 5,443 | 5,003 | 7,158 | 6,007 | 7,207 | 10,705 | 729 |
| Total appeals to BIA (sum of rows 25 and 27) | 2,908 | 4,974 | 6,142 | 13,022 | 7,062 | 6,055 | 4,117 | 599 |

Haiti AR_000242

Haiti_AR_000243

| | 2021 | 2022Q3 |
|---|---|---|
| | **1,725,223** | **1,710,734** |
| | 84,707 | 84,513 |
| | 15,055 | 29,389 |
| | 10,313 | 18,661 |
| | 69,635 | 55,119 |
| | 4% | 3% |
| | 82% | 65% |
| | 48,410 | 29,139 |
| | 33,534 | 17,047 |
| | 13,216 | 9,639 |
| | 12,778 | 9,056 |
| | 3,492 | 2,113 |
| | 9,286 | 6,943 |
| | 1,660 | 2,453 |
| | 821 | 780 |
| | 839 | 1,673 |

| 31,788 | 35,179 |
|---|---|
| 6,048 | 2,290 |

Haiti_AR_000244

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19,940 | 13,362 | 10,557 | 552 | 78 | 3 | 474 | 25 | 110 | 28 |
| 37,847 | 30,723 | 25,947 | 1,972 | 498 | 15 | 1,474 | 166 | 303 | 181 |

Haiti_AR_000245

| unique_1yr | Unique |
| country_simple | Haiti |
| initial_agency | (All) |

Sum of count   Column Labels

| Row Labels | Interior Border | Maritime Border | Northern Land Border | SW Land Border | Grand Total |
|---|---|---|---|---|---|
| 2013 | 319 | 788 | 179 | 846 | 2,132 |
| 2014 | 338 | 1,061 | 124 | 468 | 1,991 |
| 2015 | 280 | 418 | 108 | 335 | 1,141 |
| 2016 | 269 | 189 | 81 | 6,286 | 6,825 |
| 2017 | 246 | 97 | 243 | 9,021 | 9,607 |
| 2018 | 246 | 90 | 173 | 305 | 814 |
| 2019 | 218 | 90 | 175 | 3,039 | 3,522 |
| 2020 | 282 | 125 | 72 | 4,431 | 4,910 |
| 2021 | 386 | 655 | 91 | 43,484 | 44,616 |
| 2022 | 262 | 1,836 | 157 | 48,697 | 50,952 |
| 2023 | 18 | 253 | 56 | 9,107 | 9,434 |
| Grand Total | 2,864 | 5,602 | 1,459 | 126,019 | 135,944 |

| Maritime Border % yearly increase | SW Land Border % yearly increase |
|---|---|
| 39% | 46% |
| 424% | 881% |
| 180% | 12% |

monthly average

| Maritime Border | %inc | SW Land Border | |
|---|---|---|---|
| 8 | | 253 | |
| 10 | 39% | 369 | 46% |
| 55 | 424% | 3,624 | 881% |
| 153 | 180% | 4,058 | 12% |
| 21 | -86% | 759 | -81% |

OIS Persist Data fy23m11

9753 in SWB May, 2022

Peak:

Haiti_AR_000246

Data on monthly visa issuances downloaded from this website, http://www.politicamigratoria.gob.mx/es/PoliticaMigratoria/CuadrosBOLETIN?Anual=2022&Secc=2
Table is OIS estimate of stock based on accumulated flows.

| Country | Stock |
|---------|-------|
| Col | 1691 |
| Venez | 11350 |
| Peru | 233 |
| Cuba | 28971 |
| Haiti | 55429 |
| Guat | 4401 |
| Hond | 20317 |
| ElSal | 6592 |
| Nica | 9957 |
| Other | 20893 |

Haiti_AR_000248

Figure 1: Annual USCG interdictions, FY 14 to FY22 by top 4 countries (Cuba, Haiti, DR, Mexico) and all others.

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|
| Cuba | 2,090 | 2,736 | 5,221 | 1,465 | 259 | 381 | 43 | 827 | 5,740 |
| Dominican | 269 | 257 | 570 | 519 | 492 | 920 | 1,201 | 744 | 1,804 |
| Haiti | 968 | 561 | 380 | 419 | 609 | 824 | 398 | 1,205 | 4,025 |
| Mexico | 33 | 11 | 3 | 50 | 123 | 160 | 343 | 612 | 676 |
| Other | 31 | 49 | 160 | 59 | 179 | 144 | 94 | 120 | 276 |
| Total | 3,391 | 3,614 | 6,334 | 2,512 | 1,662 | 2,429 | 2,079 | 3,508 | 12,521 |

Table sent from USCG

| 22 increases over 21 | 21 increases over 20 |
|---|---|
| 234% | 203% |

Haiti_AR_000249

| unique_1yr | Unique |
|---|---|
| country_simple | Haiti |
| initial_agency | USBP |

| Sum of count | Column Labels | | | |
|---|---|---|---|---|
| Row Labels | Maritime Border | Northern Land Border | SW Land Border | Grand Total |
| 2013 | 708 | 71 | 2 | 781 |
| 2014 | 1,012 | 26 | 2 | 1,040 |
| 2015 | 370 | 5 | 2 | 377 |
| 2016 | 160 | 4 | 3 | 167 |
| 2017 | 76 | 27 | 54 | 157 |
| 2018 | 72 | 78 | 12 | 162 |
| 2019 | 64 | 126 | 2,038 | 2,228 |
| 2020 | 116 | 18 | 4,298 | 4,432 |
| 2021 | 593 | 26 | 42,135 | 42,754 |
| 2022 | 1,788 | 8 | 27,579 | 29,375 |
| 2023 | 248 | 42 | 139 | 429 |
| Grand Total | 5,207 | 431 | 76,264 | 81,902 |

OIS Persist Data fy23m11

| % yearly increase | Maritime Border | SW Land Border |
|---|---|---|
| | 81% | 99% |
| | 411% | 865% |
| | 202% | -31% |

monthly average

| %Inc | Maritime Border | SW Land Border | |
|---|---|---|---|
| | 11 | 186 | |
| -86% | 2 | 369 | 99% |
| 44% | 2 | 3,563 | 865% |
| -69% | 1 | 2,448 | -31% |
| 425% | 4 | 36 | -99% |

PERCENT OF ALL UNIQUE ENCOUNTERS THAT ARE HAITIAN

sw cbp
| app_region | SW Land Border |
|---|---|
| unique_1yr | Unique |

| Sum of count | Column Labels | | | |
|---|---|---|---|---|
| Row Labels | 2021 | 2022 | 2023 | Grand Total |
| Brazil | 4.87% | 2.95% | 0.32% | 3.31% |
| Chile | 0.55% | 0.38% | 0.22% | 0.42% |
| Colombia | 0.49% | 7.03% | 8.30% | 4.91% |
| Cuba | 2.78% | 12.27% | 16.50% | 9.48% |
| Ecuador | 5.36% | 1.28% | 4.87% | 3.12% |
| El Salvador | 6.02% | 3.71% | 2.13% | 4.33% |
| Guatemala | 17.48% | 9.19% | 5.83% | 11.67% |
| Haiti | 3.86% | 2.80% | 2.39% | 3.12% |

SE Coastal USBP
| app_region | Maritime Border |
|---|---|
| unique_1y | Unique |
| initial_age | USBP |

| Sum of co | Column Labels | | | |
|---|---|---|---|---|
| Row Labels | 2021 | 2022 | 2023 | Grand Total |
| Brazil | 1.04% | 0.14% | 0.12% | 0.31% |
| Chile | 0.05% | 0.07% | 0.04% | 0.06% |
| Colombia | 1.04% | 0.33% | 0.12% | 0.42% |
| Cuba | 12.15% | 46.38% | 78.63% | 47.66% |
| Ecuador | 0.47% | 0.16% | 0.00% | 0.18% |
| El Salvador | 1.93% | 0.56% | 0.53% | 0.81% |
| Guatemal | 6.31% | 1.57% | 0.57% | 2.23% |

Haiti_AR_000250

| | | | | |
|---|---|---|---|---|
| Haiti | 30.92% | 31.21% | 10.17% | 26.07% |
| Honduras | 7.56% | 2.34% | 1.39% | 3.10% |
| India | 0.05% | 0.12% | 0.12% | 0.11% |
| Mexico | 12.25% | 3.21% | 2.58% | 4.78% |
| Nicaragua | 0.63% | 0.07% | 0.08% | 0.18% |
| Other | 24.61% | 10.98% | 5.62% | 12.28% |
| Peru | 0.21% | 0.00% | 0.00% | 0.04% |
| Romania | 0.36% | 0.16% | 0.00% | 0.16% |
| Russia | 0.00% | 0.21% | 0.00% | 0.12% |
| Ukraine | 0.00% | 0.02% | 0.00% | 0.01% |
| Venezuela | 0.42% | 2.48% | 0.00% | 1.49% |
| **Grand Tot** | **100.00%** | **100.00%** | **100.00%** | **100.00%** |

| | | | | |
|---|---|---|---|---|
| Honduras | 19.87% | 8.47% | 5.18% | 12.04% |
| India | 0.22% | 0.84% | 0.86% | 0.63% |
| Mexico | 28.04% | 22.80% | 18.30% | 24.09% |
| Nicaragua | 4.20% | 9.04% | 14.30% | 7.98% |
| Other | 1.08% | 3.97% | 6.56% | 3.27% |
| Peru | 0.22% | 2.88% | 4.57% | 2.15% |
| Romania | 0.36% | 0.34% | 0.10% | 0.32% |
| Russia | 0.35% | 1.22% | 2.45% | 1.07% |
| Ukraine | 0.06% | 0.16% | 0.01% | 0.10% |
| Venezuela | 4.20% | 10.68% | 7.11% | 8.01% |
| **Grand Total** | **100.00%** | **100.00%** | **100.00%** | **100.00%** |

Haiti_AR_000251

Haiti AR_000252

| app_region | SW Land Border |
|---|---|
| unique_1yr | Unique |
| country_simple | (All) |
| initial_agency | USBP |

**Sum of count**

Column Labels

| Row Labels | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Big Bend, TX | 3,226 | 3,537 | 4,501 | 5,711 | 5,353 | 7,163 | 8,726 | 6,529 | 24,098 | 21,433 | 1,958 | 92,235 |
| Del Rio, TX | 20,176 | 21,858 | 16,659 | 20,506 | 12,024 | 14,518 | 54,312 | 28,084 | 186,304 | 391,916 | 77,055 | 843,412 |
| El Centro, CA | 7,762 | 7,512 | 6,974 | 11,973 | 12,033 | 19,370 | 24,916 | 13,538 | 26,088 | 47,319 | 11,712 | 189,197 |
| El Paso, TX | 8,890 | 9,866 | 12,098 | 22,257 | 22,653 | 29,509 | 174,792 | 33,614 | 91,316 | 213,059 | 92,969 | 711,023 |
| Laredo, TX | 40,737 | 35,591 | 28,817 | 29,626 | 20,199 | 26,352 | 30,128 | 32,037 | 52,310 | 49,106 | 5,798 | 350,701 |
| Rio Grande Valley, TX | 126,113 | 215,544 | 120,953 | 162,061 | 120,839 | 146,305 | 318,202 | 61,733 | 421,448 | 374,266 | 46,896 | 2,114,360 |
| San Diego, CA | 14,200 | 15,466 | 14,025 | 19,695 | 17,378 | 26,366 | 43,829 | 28,495 | 69,345 | 102,589 | 23,767 | 375,155 |
| Tucson, AZ | 85,324 | 64,078 | 48,823 | 51,095 | 31,102 | 42,850 | 53,367 | 47,104 | 106,948 | 142,347 | 30,596 | 703,634 |
| Yuma, AZ | 4,392 | 4,543 | 5,971 | 13,084 | 12,019 | 24,984 | 65,572 | 6,340 | 100,833 | 287,701 | 46,764 | 572,203 |
| Grand Total | 310,820 | 377,995 | 258,821 | 336,008 | 253,600 | 337,417 | 773,844 | 257,474 | 1,078,690 | 1,629,736 | 337,515 | 5,951,920 |
| El Paso + Yuma | 13,282 | 14,409 | 18,069 | 35,341 | 34,672 | 54,493 | 240,364 | 39,954 | 192,149 | 500,760 | 139,733 | 1,283,226 |

FY14-19 average   66,225

FY22 inc from FY21   161%
FY22 inc from FY14-19   656%
fold   7.561533

---

| app_region | SW Land Border |
|---|---|
| unique_1yr | Unique |
| country_simple | Haiti |
| initial_agency | USBP |

**Sum of count**

Column Labels

| Row Labels | 2021 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 2022 Total | 10 | 11 | 2023 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Big Bend, TX | 91 | | | 64 | 139 | | | | | | | | | 215 | 2 | | 2 |
| Del Rio, TX | 34,034 | 117 | 245 | 1,427 | 625 | 561 | 339 | 264 | 51 | 6 | 4 | 1 | 4 | 3,644 | | 2 | 2 |
| El Centro, CA | 1 | | | 27 | 51 | 3 | 3 | 14 | 2 | | | | | 103 | | 2 | 2 |
| El Paso, TX | 3,224 | 79 | 386 | 2,594 | 1,431 | 480 | 638 | 2,375 | 5,835 | 60 | 157 | 88 | 62 | 14,185 | 48 | 13 | 61 |
| Laredo, TX | 7 | | | | | | | | | | | | | 3 | | | |
| Rio Grande Valley, TX | 14 | | 13 | 16 | 34 | | | | | | | | | 27 | 4 | | 4 |
| San Diego, CA | 1,211 | | | 87 | 1 | | | | 793 | 30 | 78 | 33 | 27 | 1,097 | 13 | 3 | 16 |
| Tucson, AZ | 1 | | | | | | | | | | | | | 2 | | | |
| Yuma, AZ | 3,552 | 666 | 341 | 2,686 | 857 | 596 | 799 | 1,590 | 593 | 25 | 68 | 38 | 44 | 8,303 | 41 | 11 | 52 |
| Grand Total | 42,135 | 869 | 985 | 6,901 | 3,139 | 1,643 | 1,791 | 4,250 | 7,275 | 122 | 307 | 160 | 137 | 27,579 | 108 | 31 | 139 |
| % in Del Rio | 81% | 13% | 25% | 21% | 20% | 34% | 19% | 6% | 1% | 5% | 1% | 1% | 3% | 13% | 0% | 6% | 1% |
| % in El Paso | 8% | 9% | 39% | 38% | 46% | 29% | 36% | 56% | 80% | 49% | 51% | 55% | 45% | 51% | 44% | 42% | 44% |

Haiti_AR_000253

| | % Yuma | El Paso + Yuma |
|---|---|---|
| | 8% | 16% |
| | 77% | 86% |
| | 35% | 74% |
| | 39% | 77% |
| | 27% | 73% |
| | 36% | 65% |
| | 45% | 80% |
| | 37% | 93% |
| | 8% | 88% |
| | 20% | 70% |
| | 22% | 73% |
| | 24% | 79% |
| | 32% | 77% |
| | 30% | 82% |
| | 38% | 82% |
| | 35% | 77% |
| | 37% | 81% |

OIS Persist Dataset November 2022

Haiti_AR_000254



| FY22% | Grand Total |
|---|---|
| 1% | 306 |
| 13% | 37,680 |
| 0% | 108 |
| 51% | 17,470 |
| 0% | 10 |
| 0% | 45 |
| 4% | 2,324 |
| 0% | 3 |
| 30% | 11,907 |
| 100% | **69,853** |
| 54% | |
| 25% | |

Haiti_AR_000255

17%
42%

Figure 1: Annual USCG interdictions, FY 14 to FY22 by top 4 countries (Cuba, Haiti, DR, Mexico) and all others.

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|
| Cuba | 2,090 | 2,736 | 5,221 | 1,465 | 259 | 381 | 43 | 827 | 5,740 |
| Dominican | 269 | 257 | 570 | 519 | 492 | 920 | 1,201 | 744 | 1,804 |
| Haiti | 968 | 561 | 380 | 419 | 609 | 824 | 398 | 1,205 | 4,025 |
| Mexico | 33 | 11 | 3 | 50 | 123 | 160 | 343 | 612 | 676 |
| Other | 31 | 49 | 160 | 59 | 179 | 144 | 94 | 120 | 276 |
| Total | 3,391 | 3,614 | 6,334 | 2,512 | 1,662 | 2,429 | 2,079 | 3,508 | 12,521 |

Table sent from USCG

.

Haiti AR_000257

Haiti_AR_000258

## Custody Summary

| Sector | Count in Custody | | | | | Capacity | % Capacit |
|---|---|---|---|---|---|---|---|
| | SA | FM | UC | Total | | Capacity | % Capacit |
| San Diego | 1,387 | 318 | 13 | 1,718 | | 1,966 | 87% |
| El Centro | 568 | 286 | 4 | 858 | | 512 | 168% |
| Yuma | 1,275 | 734 | 20 | 2,029 | | 1,291 | 157% |
| Tucson | 1,204 | 396 | 96 | 1,696 | | 1,191 | 142% |
| El Paso | 2,729 | 1,323 | 164 | 4,216 | | 2,392 | 176% |
| Big Bend | 1 | 0 | 0 | 1 | | 542 | 0% |
| Del Rio | 1,231 | 396 | 87 | 1,714 | | 1,845 | 93% |
| Laredo | 531 | 692 | 18 | 1,241 | | 2,155 | 58% |
| RGV | 1,400 | 633 | 128 | 2,161 | | 4,045 | 53% |
| **USBP Total** | **10,326** | **4,778** | **530** | **15,634** | | **15,939** | **98%** |
| San Diego FO | 44 | 28 | 9 | 81 | | 386 | 21% |
| Tucson FO | 0 | 0 | 0 | 0 | | 96 | 0% |
| El Paso FO | 11 | 7 | 0 | 18 | | 137 | 13% |
| Laredo FO | 3 | 0 | 0 | 3 | | 283 | 1% |
| **OFO Total** | **58** | **35** | **9** | **102** | | **902** | **11%** |
| **Grand Total** | **10,384** | **4,813** | **539** | **15,736** | | **16,841** | **93%** |

**Source:** UIP Custody Fact Table as of 12/7/22.

**From:** ██████████
**Sent:** Wednesday, December 14, 2022 11:42 AM
**To:** ██████████████████████
**Cc:** ██████████████
**Subject:** FW: Humanitarian visas in Mexico

See table and below:

| Country | Stock |
|---------|-------|
| Col | 1691 |
| Venez | 11350 |
| Peru | 233 |
| Cuba | 28971 |
| Haiti | 55429 |
| Guat | 4401 |
| Hond | 20317 |
| ElSal | 6592 |
| Nica | 9957 |
| Other | 20893 |



**Subject:** RE: Humanitarian visas in Mexico



I'll note that out of Haiti's 55,429 stock of humanitarian visa holders, about half received their visas in December 2021. So with those expiring, and Haitians having some of the lowest asylum grant rates of all nationalities in Mexico, ████





**Explanation of the Decision to Terminate the Migrant Protection Protocols**

October 29, 2021

I.     Executive Summary ......................................................................................... 2

II.    Background ...................................................................................................... 3

   A.   MPP's Statutory Basis and Implementation ................................................ 5

   B.   Prior Evaluations of MPP ........................................................................... 7

   C.   Litigation Regarding the Prior Implementation of MPP............................. 9

   D.   Suspension of New Enrollments and Phased Strategy for the Safe and Orderly Entry of Individuals Subjected to MPP .................................................................. 10

   E.   Challenge to the Suspension and Termination........................................... 10

III.   Evaluation of MPP ....................................................................................... 11

   A.   Conditions for Migrants in Mexico .......................................................... 12

   B.   *Non-Refoulement* Concerns ...................................................................... 14

   C.   Access to Counsel, Notice of Hearings, and Other Process Concerns ......... 16

   D.   Impacts of MPP on Immigration Court Appearance Rates and Outcomes ................. 18

   E.   MPP and Recidivist Irregular Re-Entries ................................................. 21

   F.   Investments and Resources Required to Operate MPP............................... 22

   G.   Impact of MPP and its Termination on SWB Migration Flows .................... 23

   H.   Addressing the Concerns of States and Border Communities ...................... 24

   I.   Relationship between Implementation of MPP and Statutory Mandates ...................... 26

   J.   Impact on U.S.-Mexico Relationship........................................................ 29

IV.   The Biden-Harris Administration's Affirmative Efforts to Enhance Migration Management......................................................................................... 30

   A.   Managing Flows ....................................................................................... 31

   B.   Managing Asylum Claims ........................................................................ 34

      1.   Dedicated Docket ............................................................................. 34

      2.   Asylum Officer Rule ........................................................................ 35

V.    Consideration of Alternatives to Terminating MPP........................................ 36

VI.   Conclusion................................................................................................... 38

## I.     Executive Summary

On February 2, 2021, President Biden issued an Executive Order directing the Secretary of Homeland Security to "promptly review and determine whether to terminate or modify the program known as the Migrant Protection Protocols."[1]  After extensive review, the Secretary of Homeland Security concluded that the Migrant Protection Protocols (MPP) should be terminated, and on June 1, 2021, issued a memorandum to that effect.[2]  On August 13, 2021, however, the U.S. District Court for the Northern District of Texas determined that the June 1, 2021, memorandum was not issued in compliance with the Administrative Procedure Act (APA) and caused DHS to violate 8 U.S.C. § 1225, vacated the memorandum, and remanded it to the Department for further consideration.  The court additionally ordered DHS to "enforce and implement MPP *in good faith*" until certain conditions are satisfied, including that MPP be "lawfully rescinded in compliance with the APA"—a ruling that the government is vigorously appealing.

Pursuant to the Texas court's remand, and in continuing compliance with the President's direction in the Executive Order, the Secretary has considered anew whether MPP should be maintained, terminated, or modified in a variety of different ways.  After carefully considering the arguments, evidence, and perspectives of those who support continuing to use MPP, those who support terminating the program, and those who have argued for the use of MPP with modifications, the Secretary has determined that MPP should be terminated.  In reaching this conclusion, the Secretary recognizes that MPP likely contributed to reduced migratory flows.  But it did so by imposing substantial and unjustifiable human costs on migrants who were exposed to harm while waiting in Mexico.  The Biden-Harris Administration, by contrast, is pursuing a series of policies that will disincentivize irregular migration while incentivizing safe, orderly, and humane pathways.  These policies—including the ongoing efforts to reform our asylum system and address the root causes of migration in the region—seek to tackle longstanding problems that have plagued our immigration system for decades and achieve systemic change.

To reiterate what the President has stated previously, the United States is a nation with borders and laws that must be enforced.  It is also a nation of immigrants.  This Administration is, as a result, committed to the twin goals of securing our borders and offering protection to those fleeing persecution and torture.  MPP is neither the best, nor the preferred, strategy for achieving either of these goals.  Significant evidence indicates that individuals were subject to extreme violence and insecurity at the hands of transnational criminal organizations that profited from putting migrants in harms' way while awaiting their court hearings in Mexico.  It is possible that some of these humanitarian challenges could be lessened through the expenditure of significant government resources currently allocated to other purposes.  Ultimately, however, the United States has limited ability to ensure the safety and security of those returned to Mexico.

---

[1] Exec. Order No. 14010, *Creating a Comprehensive Regional Framework to Address the Causes of Migration, to Manage Migration Throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers at the United States Border*, 86 Fed. Reg. 8267 (Feb. 2, 2021).

[2] Memorandum from Alejandro N. Mayorkas, Sec'y of Homeland Security, *Termination of the Migrant Protection Protocols Program* (June 1, 2021) [hereinafter June 1 Memo].

Haiti AR_000261

Other significant issues with MPP, including the difficulties in accessing counsel and traveling to courts separated by an international border, are endemic to the program's design.

Importantly, as the Secretary has emphasized, the management of migratory flows is a shared responsibility among all countries in the hemisphere.  MPP distracts from these regional efforts, focusing resources and attention on this singular program rather than on the work that is needed to implement broader, and more enduring, solutions.  Efforts to implement MPP have played a particularly outsized role in diplomatic engagements with Mexico, diverting attention from more productive efforts to fight transnational criminal and smuggling networks and address the root causes of migration.

Notably, Mexico has made clear that it will not agree to accept those the United States seeks to return to Mexico under MPP unless substantial improvements are made to the program.  But these much-needed efforts to enhance humanitarian protections for those placed in MPP are resource-intensive, exacerbating one of the flaws of the program—the concentration of resources, personnel, and aid efforts on the northern border of Mexico rather than on broader regional assistance efforts that would more effectively and systemically tackle the problem of irregular migration and protect our border.  Moreover, the personnel required to adequately screen MPP enrollees, potentially multiple times—to ensure they are not returned to persecution or torture in Mexico, process them for court hearings, and manage their cases—pulls resources from other priority efforts, including the ongoing efforts to implement effective, fair, and durable asylum reforms that reduce adjudication delays and tackle the immigration court backlog.

Having assessed the benefits and costs of the previous implementation of MPP as well as how the program could potentially be improved, the Secretary has concluded that there are inherent problems with the program—including the vulnerability of migrants to criminal networks, and the challenges associated with accessing counsel and courts across an international border—that resources cannot sufficiently fix.  Others cannot be addressed without detracting from other key Administration priorities.  It is thus the Secretary's judgment that the benefits of MPP are far outweighed by the costs of the program, in whatever form.

As a result, for the many reasons described in what follows, the Secretary in a memorandum issued today entitled, "Termination of the Migrant Protection Protocols," has decided to terminate MPP.[3]  This determination will be implemented as soon as practicable after a final judicial decision to vacate the Texas injunction that currently requires good-faith enforcement of MPP.

## II.   Background

On January 25, 2019, Secretary of Homeland Security Kirstjen Nielsen issued a memorandum entitled "Policy Guidance for Implementation of the Migrant Protection Protocols."  On January 20, 2021, Acting Secretary David Pekoske issued a memorandum temporarily suspending new enrollments into the Migrant Protection Protocols (MPP) pending

---

[3] Memorandum from Alejandro Mayorkas, Sec'y of Homeland Sec., *Termination of the Migrant Protection Protocols* (Oct. 29, 2021).

Haiti AR_000262

further review.[4]  Two weeks later, on February 2, 2021, President Biden issued Executive Order (EO) 14010, *Creating a Comprehensive Regional Framework to Address the Causes of Migration, to Manage Migration Throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers at the United States Border*.[5]  In this Executive Order, President Biden directed the Secretary of Homeland Security to "promptly review and determine whether to terminate or modify the program known as the Migrant Protection Protocols" and "promptly consider a phased strategy for the safe and orderly entry into the United States, consistent with public health and safety and capacity constraints, of those individuals who have been subject to MPP."[6]  In response, Secretary Mayorkas initiated a comprehensive review of MPP.  The Secretary, in conjunction with other agencies, also implemented a phased process for the safe and orderly entry into the United States of thousands of individuals who had been placed in MPP and certain of their immediate family members for proceedings.[7]

At the conclusion of his review, on June 1, 2021, Secretary Mayorkas issued a memorandum announcing and explaining his determination that MPP should be terminated (the "June 1 Memorandum").[8]  On August 13, 2021, the U.S. District Court for the Northern District of Texas determined that the June 1 Memorandum did not reflect reasoned decision-making and thus was not issued in compliance with the Administrative Procedure Act (APA), and that the memorandum caused the Department to violate detention provisions found in 8 U.S.C. § 1225.[9]  The court vacated the June 1 Memorandum in its entirety and remanded it to the Department of Homeland Security (DHS) for further consideration.[10]  The court additionally ordered DHS to "enforce and implement MPP *in good faith*" until certain conditions are satisfied, including that MPP be "lawfully rescinded in compliance with the APA."[11]  The government is complying with that injunction while appealing the decision.

Pursuant to the district court's remand, and consistent with the President's direction in EO 14010, the Secretary has considered anew whether MPP should be maintained, terminated, or modified.  This memorandum sets forth the results of that analysis and the basis for the Secretary's decision to terminate MPP by way of a separate memorandum being issued today.  The Secretary's memorandum immediately supersedes and rescinds the June 1 Memorandum, as well as Secretary Nielsen's January 25, 2019 memorandum and any other guidance or other documents prepared by the Department to implement it.  The Secretary's decision to terminate

---

[4] Memorandum from David Pekoske, Acting Sec'y of Homeland Sec., *Suspension of Enrollment in the Migrant Protection Protocol Program* (Jan. 20, 2021) [hereinafter MPP Suspension Memorandum].

[5] Exec. Order No. 14010, 86 Fed. Reg. 8267 (Feb. 2, 2021).

[6] *Id.* at 8270.

[7] *See* Press Release, DHS, "DHS Announces Process to Address Individuals in Mexico with Active MPP Cases," Feb. 11, 2021, https://www.dhs.gov/news/2021/02/11/dhs-announces-process-address-individuals-mexico-active-mpp-cases.

[8] *See supra* note 2.

[9] *See Texas v. Biden*, No. 2:21-cv-067, 2021 WL 3603341 (N.D. Tex. Aug. 13, 2021), *appeal pending*, No. 21-10806 (5th Cir. filed Aug. 16, 2021).

[10] *Id.* at *27.

[11] *Id.* (emphasis in original).

Haiti AR_000263

MPP is to be implemented as soon as practicable after a final judicial decision to vacate the *Texas* injunction that currently requires good faith implementation and enforcement of MPP.

   A.   MPP's Statutory Basis and Implementation

   Enacted in 1996, Section 235(b)(2)(C) of the Immigration and Nationality Act (INA), 8 U.S.C. § 1225(b)(2)(C), grants DHS discretionary authority to return to Mexico or Canada certain noncitizens who are arriving on land from those contiguous countries pending their removal proceedings before an immigration judge under Section 240 of the INA, 8 U.S.C. § 1229a.  Historically, DHS and the legacy Immigration and Naturalization Service (INS) used this discretionary authority on a case-by-case basis to return certain Mexican and Canadian nationals who were arriving at land border ports of entry; occasionally, the provision also was used for third-country nationals under certain circumstances provided they did not have a fear of persecution or torture related to return to Canada or Mexico.[12]  On December 20, 2018, the Department announced a decision to initiate MPP—a novel programmatic implementation of Section 235(b)(2)(C)—along the Southwest Border (SWB).  That same day, Mexico announced its independent decision to accept those returned to Mexico through the program—a key precondition to implementation.[13]

   At the time of its initial announcement, DHS stated that the program was intended to: (1) reduce unlawful migration and false claims of asylum; (2) ensure that migrants are not able to "disappear" into the United States prior to a court decision; (3) focus attention on more quickly assisting legitimate asylum seekers; (4) free up personnel and resources to better protect U.S. territory and clear the backlog of unadjudicated asylum applications; and (5) offer protection to vulnerable populations while they wait in Mexico for their removal proceedings.[14]

---

[12] Prior to MPP, DHS and the former INS primarily used Section 235(b)(2)(C) on an ad-hoc basis to return certain Mexican and Canadian nationals who were arriving at land border ports of entry. CBP, for instance, invoked Section 235(b)(2)(C) to return certain Mexican nationals who were U.S. lawful permanent residents (LPRs) and whose criminal histories potentially subjected them to removal, as well as LPRs who appeared to have abandoned their permanent residence in the United States but were not willing to execute a Form I-407, Record of Abandonment of Lawful Permanent Residence. At the Northern Border, CBP used Section 235(b)(2)(C) to return certain Canadian nationals or those with status in Canada who, for instance, appear to be subject to a criminal ground of inadmissibility. Although guidance is scant, DHS and the former INS also used Section 235(b)(2)(C), on a case-by-case basis, for certain third country nationals even prior to MPP. For example, CBP issued field guidance in 2005 advising that a Cuban national arriving at a land border port of entry may "be returned to contiguous territory pending section 240 proceedings . . . if: (1) the alien cannot demonstrate eligibility for the exercise of parole discretion; (2) the alien has valid immigration status in Canada or Mexico; (3) Canadian or Mexican border officials express a willingness to accept the returning alien; and (4) the alien's claim of fear of persecution or torture does not relate to Canada or Mexico." Mem. from Jayson P. Ahern, Asst. Comm'r, Office of Field Ops., CBP, *Treatment of Cuban Asylum Seekers at Land Border Ports of Entry* 2-3 (June 10, 2005). The INS also issued guidance in 1997 and 1998 contemplating the use of Section 235(b)(2)(C) only as a "last resort" and only when the individual does not claim a fear of persecution related to Canada or Mexico. Mem. from Michael A. Pearson, Executive Assoc. Comm'r, Office of Field Ops., INS, *Detention Guidelines Effective October 9, 1998* 3 (Oct. 7, 1998); Mem. from Chris Sale, Deputy Comm'r, INS, *Implementation of Expedited Removal* 4 (Mar. 31, 1997) (same).

[13] Secretaría de Relaciones Exteriores, *Position of Mexico on the Decision of the U.S. Government to Invoke Section 235(b)(2)(C) of its Immigration and Nationality Act* (Dec. 20, 2018).

[14] Press Release, DHS, "Secretary Kirstjen M. Nielsen Announces Historic Action to Confront Illegal Immigration," Dec. 20, 2018, https://www.dhs.gov/news/2018/12/20/secretary-nielsen-announces-historic-action-confront-illegal-immigration [hereinafter Nielsen Release].

5

On January 25, 2019, DHS issued policy guidance for implementing MPP,[15] which was augmented a few days later by operational guidance from U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), and U.S. Citizenship and Immigration Services (USCIS).[16]  Under MPP, certain non-Mexican applicants for admission who arrived on land at the SWB were placed in removal proceedings and returned to Mexico to await their immigration court proceedings under Section 240 of the INA.[17]  For those enrolled in MPP, DHS attempted to facilitate entry to and exit from the United States to attend their immigration proceedings, which were prioritized on the non-detained docket by the Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR).

MPP was initially piloted at the San Ysidro port of entry and San Diego Immigration Court.  In July 2019, the program was expanded into Texas and as of January 2020, individuals could be enrolled in MPP at locations across the SWB.  Individuals returned to Mexico were processed back into the United States to attend their removal proceedings at one of four immigration court locations in California and Texas.[18]  It was initially anticipated that enrollees' first hearings would be scheduled within 30-45 days, consistent with the goal of timely adjudication of cases.  But enrollment quickly outpaced EOIR's capacity to hear cases.  Over time, capacity constraints meant that even initial hearings were scheduled many months after enrollment.  Large numbers of migrants ended up living in camps in Northern Mexico that were, as well-documented in numerous reports and as described below, crowded, unsanitary, and beset by violence.[19]

Due to public health concerns brought on by the COVID-19 pandemic, EOIR paused immigration court hearings for all non-detained individuals, including those enrolled in MPP, in March 2020.[20]  MPP hearings never resumed prior to the program's January 2021 suspension,

---

[15] Memorandum from Kirstjen M. Nielsen, Sec'y of Homeland Sec., *Policy Guidance for Implementation of the Migrant Protection Protocols* (Jan. 25, 2019).

[16] Guidance documents are available at the archived MPP landing page under the *MPP Guidance Documentation heading:* https://www.dhs.gov/archive/migrant-protection-protocols.

[17] Individuals who could be enrolled into MPP were, generally, individuals from Spanish-speaking countries and Brazil.

[18] Individuals enrolled in MPP in the San Diego or El Paso jurisdictions attended hearings at the immigration courts in San Diego or El Paso; individuals enrolled in MPP in San Antonio or Harlingen jurisdictions attended hearings at the Immigration Hearing Facilities (IHFs) in Laredo or Brownsville, respectively.

[19] *See infra* Section III.A; *see also* Caitlin Dickerson, *Inside the Refugee Camp on America's Doorstep*, N.Y. Times, Oct. 23, 2020; Miriam Jordan, *'I'm Kidnapped': A Father's Nightmare on the Border*, N.Y. Times, Dec. 21, 2019; Nomaan Merchant, *Tents, stench, smoke: Health risks are gripping migrant camp*, A.P. News, Nov. 14, 2019; Human Rights Watch, *Like I'm Drowning: Children and Families Sent to Harm by the US 'Remain in Mexico' Program*, Jan. 6, 2021 ("As a result [of MPP], thousands of people are concentrated in dangerous Mexican border towns indefinitely, living lives in limbo . . . . Migrant shelters in Ciudad Juárez and Tijuana quickly filled, and a large shelter run by Mexican federal authorities in Ciudad Juárez also quickly hit capacity soon after it opened in late 2019. In Matamoros, dangers in the city have led as many as 2,600 people to live in an informal camp on the banks of the river marking the border between Mexico and the United States, a location prone to flooding.").

[20] *See* Press Release, DHS, "Joint DHS/EOIR Statement of MPP Rescheduling," Mar. 23, 2020, https://www.dhs.gov/news/2020/03/23/joint-statement-mpp-rescheduling.

Haiti AR_000265

but new enrollments into MPP continued during this period, albeit at significantly reduced rates.[21]

In total, between the initial implementation of MPP on January 25, 2019, and the suspension of new enrollments that became effective on January 21, 2021,[22] DHS returned to Mexico approximately 68,000 individuals, according to DHS and EOIR data.[23]  During that same period, CBP processed a total of 1.5 million SWB encounters, including approximately 1 million encounters processed under Title 8 authorities (including the 68,000 processed through MPP) and approximately 500,000 Title 42 expulsions.[24]

B.  Prior Evaluations of MPP

Prior to the Secretary's June 1, 2021, termination memorandum, the Department produced two notable assessments of the program that reached divergent conclusions.

In June 2019, as the Department prepared to expand MPP across the entire SWB, it formed a committee of senior leaders from multiple components (known as the "Red Team") to conduct a "top-down review of MPP's policies and implementation strategy and provide overall recommendations to increase the effectiveness of the program."[25]  The Red Team members were chosen, in part, because they had "little to no involvement developing policy or with implementing MPP," thus helping to ensure an independent assessment.[26]  The report and recommendations (the "Red Team Report") was issued October 25, 2019, but not publicly released.[27]  In preparing its report, the Red Team reviewed key MPP background documents, conducted dozens of interviews, made site visits, and performed additional research.[28]  The Red Team identified significant deficiencies in MPP and made multiple recommendations for improving MPP, organized around five different areas: the need for standardization and clarity

---

[21] *See* U.S. Customs and Border Protection, "Migrant Protection Protocols FY2021," https://www.cbp.gov/newsroom/stats/migrant-protection-protocols; U.S. Customs and Border Protection, "Migrant Protection Protocols FY2020," https://www.cbp.gov/newsroom/stats/migrant-protection-protocols-fy-2020; *see also* MPP Suspension Memorandum, *supra* note 4.

[22] MPP Suspension Memorandum, *supra* note 4.

[23] *See* "Migrant Protection Protocols Metrics and Measures," Jan. 21, 2021, https://www.dhs.gov/publication/metrics-and-measures.

[24] DHS Office of Immigration Statistics analysis of U.S. CBP administrative records. In March 2020, the U.S. Centers for Disease Control and Prevention (CDC) issued a public health order under 42 U.S.C. §§ 265 and 268 to prevent the spread of COVID-19 in CBP holding facilities and in the United States.  85 Fed. Reg. 16,559 (Mar. 24, 2020).  The Order temporarily suspending the introduction of certain persons into the United States from countries where a communicable disease exists. *Id*. In August 2021, CDC issued a new Order, which replaced, reaffirmed, and superseded the previous Orders. *See* 86 Fed. Reg. 42,828 (Aug. 5, 2021).

[25] Memorandum from Kevin McAleenan, Acting Sec'y of Homeland Sec., *Review of Migrant Protection Protocols Policy and Implementation* (June 12, 2019).

[26] *Id.* Working under the oversight of the Acting Deputy Secretary of Homeland Security, the Red Team was composed of individuals from the Offices of Privacy, Management, Civil Rights and Civil Liberties, and the Coast Guard.

[27] DHS Office of Operations Coordination, *The Migrant Protection Protocols Red Team Report* (Oct. 25, 2019) [hereinafter Red Team Report].

[28] *Id.* at 4.

7

with respect to information provided to migrants upon initial screening and processing; the need for better access to counsel and better mechanisms for communication with counsel; the need to ensure better *non-refoulement* protections;[29] the need for safe housing and protections for those returned to Mexico; and the need for administrative and logistical improvements, including the establishment of measures of effectiveness and better mechanisms for the sharing of key information between migrants and relevant government agencies.  In December 2020—at a point when new enrollments into MPP had already dropped significantly and only a month before the program's suspension—the Department issued supplementary policy and operational guidance designed to address several of the Red Team's recommendations.[30]

Three days after the issuance of the Red Team Report, the Department released publicly a separate review of MPP (the "October 2019 Assessment"), which offered a very different assessment of the program.[31]  The October 2019 Assessment declared that MPP had demonstrated operational effectiveness, including by helping to address "the ongoing crisis at the southern border and restoring integrity to the immigration system."[32]  The assessment noted that apprehensions of noncitizens at and between ports of entry decreased from May through September 2019; reported that rapid and substantial declines in apprehensions occurred in areas where the greatest number of MPP-amenable noncitizens had been processed and returned to Mexico through MPP; asserted that MPP was restoring integrity to the immigration system; claimed that both the U.S. Government and the Government of Mexico (GOM) were endeavoring to provide safety and security for migrants returned to Mexico; and stated that the

---

[29] Article 33 of the 1951 Convention Relating to the Status of Refugees provides that "[n]o Contracting State shall expel or return ('refouler') a refugee in any manner whatsoever to the frontiers of territories where his life or freedom would be threatened on account of his race, religion, nationality, membership of a particular social group or political opinion." Convention Relating to the Status of Refugees, done July 28, 1951, 19 U.S.T. 6259, 6276, 189 U.N.T.S. 150, 176. The United States is not a party to the 1951 Convention, but the United States is a party to the 1967 Protocol Relating to the Status of Refugees, done Jan. 31, 1967, 19 U.S.T. 6223, T.I.A.S. 6577, which incorporates Article 33 of the 1951 Convention. The phrase "life or freedom would be threatened" is interpreted in U.S. law as meaning that it is more likely than not that the individual would be persecuted.  *See, e.g.*, *INS v. Stevic*, 467 U.S. 407, 428 & n.22 (1984). Separately, Article 3 of the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT) provides, "No State Party shall expel, return ("refouler") or extradite a person to another State where there are substantial grounds for believing that he would be in danger of being subjected to torture." *See* Foreign Affairs Reform and Restructuring Act of 1998, Pub. L. No. 105-277, § 2242, 112 Stat. 2681, 2681-2822 (8 U.S.C. § 1231 note). Article 3 of the CAT likewise is understood in U.S. law as requiring a "more likely than not" standard.  *See, e.g.*, *Auguste v. Ridge*, 395 F.3d 123, 149 (3d Cir. 2005) (citing Senate Resolution, 136 Cong. Rec. S17,486, S17491-92 (daily ed. 1990)). These *non-refoulement* obligations are non-self-executing, *see, e.g.*, *Khan v. Holder*, 584 F.3d 773, 783 (9th Cir. 2009) (1967 Refugee Protocol); *Al-Fara v. Gonzales*, 404 F.3d 733, 743 (3d Cir. 2005) (CAT), and are not specifically required by statute with respect to MPP returns.

[30] The policy and operational guidance was published on an MPP website and took the form of a series of memoranda that provided clarity on matters like access to counsel during the *non-refoulement* interview, the importance of maintaining family unity, and more consistent application of the "known mental and physical health" exclusion for enrollment in MPP. DHS, *Supplemental Policy Guidance for Implementation of the Migrant Protection Protocols* (Dec. 7, 2020); CBP, *Supplemental Migrant Protection Protocols Guidance, Initial Document Service* (Dec. 7, 2020); CBP, *Supplemental Migrant Protection Protocol Guidance, MPP Amenability* (Dec. 7, 2020).

[31] DHS, "Assessment of the Migrant Protection Protocols (MPP)," Oct. 28, 2019, https://www.dhs.gov/publication/assessment-migrant-protection-protocols-mpp [hereinafter Oct. 2019 Assessment].

[32] *Id.*

8

screening protocols in place were appropriately assessing noncitizens' fear of persecution or torture in Mexico.

The public October 2019 Assessment presented MPP as a resounding success, whereas the internal Red Team Report raised serious concerns with the program. Notably, the October 2019 Assessment did not acknowledge or address any of the shortcomings identified by the Red Team Report, despite the fact that the Assessment was released *after* the Red Team Report was completed.

C.  Litigation Regarding the Prior Implementation of MPP

MPP was challenged many times on multiple grounds in federal court and remains the subject of ongoing litigation in several jurisdictions. Among other claims, litigants challenged the program as an impermissible exercise of the underlying statutory authority; argued that MPP caused DHS to return noncitizens to Mexico to face persecution, abuse, and other harms and that its procedures inadequately implemented *non-refoulement* protections; argued that their right to access counsel before and during *non-refoulement* interviews had been violated; contested the return to Mexico pursuant to MPP of noncitizens with mental and physical disabilities; asserted that the program had been implemented in violation of the APA; and contended that MPP's expansion across the SWB was unlawful because it led to the return of migrants to places that were particularly dangerous.[33] Both in the course of litigation and otherwise, litigants described, and some courts credited, extreme violence and substantial hardships faced by those returned to Mexico to await their immigration court proceedings, as well as substantial danger traveling to and from ports of entry to those hearings. Litigants described being exposed to violent crime, such as rape and kidnapping, as well as difficulty obtaining needed support and services in Mexico, including adequate food and shelter.[34] In addition, more than one hundred MPP enrollees who received final orders of removal have petitioned the federal courts of appeal for review of such orders on the grounds that various features of MPP, including limited access to

---

[33] *See, e.g.*, *Innovation Law Lab v. Wolf*, 951 F.3d 1073 (9th Cir. 2020), *vacated as moot*, 5 F.4th 1099 (9th Cir. 2021); *Bollat Vasquez v. Wolf*, 520 F. Supp. 3d 94 (D. Mass. 2021); *Doe v. Wolf*, 432 F. Supp. 3d 1200 (S.D. Cal. 2020); *E.A.R.R. v. Dep't of Homeland Sec.*, No. 3:20-cv-2146 (S.D. Cal. filed Nov. 2, 2020); *Adrianza v. Trump*, 505 F. Supp. 3d 164 (E.D.N.Y. 2020), *dismissed*, No. 1:20-cv-03919 (E.D.N.Y. Sept. 2, 2021); *Nora v. Wolf*, No. 20-993, 2020 WL 3469670 (D.D.C. June 25, 2020); *Turcios v. Wolf*, No. 1:20-cv-1982, 2020 WL 10788713 (S.D. Tex. Oct. 16, 2020).

[34] For example, in *Innovation Law Lab v. Wolf*, the Ninth Circuit observed:

> The MPP has had serious adverse consequences for the individual plaintiffs. Plaintiffs presented evidence in the district court that they, as well as others returned to Mexico under the MPP, face targeted discrimination, physical violence, sexual assault, overwhelmed and corrupt law enforcement, lack of food and shelter, and practical obstacles to participation in court proceedings in the United States. The hardship and danger to individuals returned to Mexico under the MPP have been repeatedly confirmed by reliable news reports.

951 F.3d at 1078; *see also Bollat Vasquez*, 520 F. Supp. 3d at 111–12 (describing plaintiffs' unrebutted descriptions of rape, death threats, kidnapping risks, and insufficient food and shelter as supported by the U.S. State Department's assignment to Tamaulipas of a "Level 4: Do Not Travel" warning "due to crime and kidnapping").

9

counsel and inability to access court hearings, prejudiced their ability to pursue relief in removal proceedings.[35]

D. Suspension of New Enrollments and Phased Strategy for the Safe and Orderly Entry of Individuals Subjected to MPP

On January 20, 2021, Acting Secretary David Pekoske issued a memorandum suspending new enrollments into MPP, effective January 21, 2021, pending further review of the program.[36] The MPP Suspension Memorandum was followed by the President's issuance of EO 14010 on February 2, 2021, which, in addition to requiring the Secretary to review the program, directed the Secretary to "promptly consider a phased strategy for the safe and orderly entry into the United States, consistent with public health and safety and capacity constraints, of those individuals who have been subject to MPP."[37]

From February 19, 2021, until the effective date of the district court's order on August 25, 2021, DHS implemented a phased process for the safe and orderly entry into the United States of thousands of individuals who had been placed in MPP and remained outside the United States.[38]  Certain individuals whose removal proceedings were pending before EOIR or whose proceedings resulted in an *in absentia* order of removal or termination, and certain of their immediate family members, were processed into the United States to continue their Section 240 removal proceedings.[39]  About 13,000 individuals were processed into the United States to participate in Section 240 removal proceedings as a result of this process.[40]

E. Challenge to the Suspension and Termination

On April 13, 2021, the States of Missouri and Texas filed suit in the U.S. District Court for the Northern District of Texas, challenging the suspension of new enrollments into MPP on the grounds that the January 20, 2021, suspension memorandum violated the APA, 8 U.S.C. § 1225, the Constitution, and a purported agreement between Texas and the federal government.

---

[35] *See, e.g., Hernandez Ortiz v. Garland*, No. 20-71506 (9th Cir. filed Mar. 15, 2021) (describing repeated failed attempts to contact legal service providers from within Mexico and ultimately agreeing to proceed pro se because the alternative was to wait longer in Mexico at continued risk to the family's safety); *Del Toro v. Garland*, No. 20-60900 (5th Cir. filed Dec. 14, 2020) (explaining that MPP restricted access to counsel, which prevented the individual from filing an update State Department country report on Cuba for his individual hearing); *Del Carmen Valle v. Garland*, No. 20-72071 (9th Cir. filed July 16, 2020) (arguing that the individual's "extreme distress and vulnerability in Mexico, lack of access to counsel, and difficulty in preparing and presenting her asylum application" as grounds for appeal).

[36] MPP Suspension Memorandum, *supra* note 4.

[37] Exec. Order No. 14010, 86 Fed. Reg. at 8270.

[38] *See* Press Release, DHS, "DHS Announces Process to Address Individuals in Mexico with Active MPP Cases," Feb. 11, 2021, https://www.dhs.gov/news/2021/02/11/dhs-announces-process-address-individuals-mexico-active-mpp-cases.

[39] *Id.*; Press Release, DHS, "DHS Announces Expanded Criteria for MPP-Enrolled Individuals Who Are Eligible for Processing into the United States," June 23, 2021, https://www.dhs.gov/news/2021/06/23/dhs-announces-expanded-criteria-mpp-enrolled-individuals-who-are-eligible-processing.

[40] Data on the number of people permitted to enter the United States under this phased process, February 19-August 25, 2021, provided by the Department of State on October 24, 2021.

Subsequent to the Secretary's June 1, 2021, termination memorandum, Missouri and Texas amended their complaint to challenge the June 1 Memorandum and filed a motion to enjoin the memorandum.

On August 13, 2021, the district court issued a nationwide permanent injunction requiring DHS "to enforce and implement MPP *in good faith*" until certain conditions were satisfied.[41] The district court determined that the June 1 Memorandum was arbitrary and capricious because, according to the court, the Department ignored critical factors and reached unjustified conclusions.  In particular, the district court found that the June 1 Memorandum failed to sufficiently account for several considerations, including the prior administration's assessment of the benefits of MPP; warnings allegedly made by career DHS personnel during the presidential transition process that suspending MPP would lead to a surge of border crossers; the costs of terminating MPP to the States as well as their reliance on MPP; the impact that terminating MPP would have on the Department's ability to comply with detention provisions in the INA, which the court construed to require detention and to foreclose release based on detention capacity concerns; and modifications to MPP short of termination that could similarly achieve the Department's goals.[42]  As a result, the district court enjoined the June 1 Memorandum in its entirety and "remanded" it to the Department for further consideration.[43]  The district court denied a request for a stay of the injunction pending appeal, and the U.S. Court of Appeals for the Fifth Circuit and the Supreme Court of the United States also denied stays.[44]  As a result, the district court's order, as construed by the Fifth Circuit, went into effect at 12:01 a.m. on August 25, 2021.

Since August, the Department has worked actively to reimplement MPP in good faith, as required by the district court's order.[45] At the same time, pursuant to the district court's order and in continuing compliance with the President's direction in EO 14010, the Secretary has considered anew whether to maintain, terminate, or modify MPP in various ways.

## III.   Evaluation of MPP

In considering whether to maintain, terminate, or modify MPP anew, the Department considered, among other things, the decisions of the *Texas* district court, Fifth Circuit, and Supreme Court; the decisions of multiple other courts in litigation challenging MPP or its termination; the briefs and declarations filed in all such lawsuits pertaining to MPP; various Departmental assessments of MPP, including both the Red Team Report and agency responses and the October 2019 Assessment; a confidential December 2019 Rapid Protection Assessment from the U.N. High Commissioner for Refugees (UNHCR) and publicly available sources of information, including news reports and publicly available sources of information, pertaining to conditions in Mexico; records and testimony from Congressional hearings on MPP and reports

---

[41] *Texas*, 2021 WL at 3603341, at *27 (emphasis in original).

[42] *Id*. at *17-22.

[43] *Id.* at * 27.

[44] *See Biden v. Texas*, No. 21A21, 2021 WL 3732667 (U.S. Aug. 24, 2021); *Texas v. Biden*, 10 F.4th 538 (5th Cir. 2021).

[45] *See* Declaration of Blas Nuñez-Neto, *Texas v. Biden*, No. 2:21-cv-67 (N.D. Tex. Oct. 14, 2021); Defendants' First Supplemental Notice of Compliance with Injunction, *Texas v. Biden*, No. 2:21-cv-67 (N.D. Tex. Oct. 14, 2021).

Haiti AR_000270

by nongovernmental entities; and data regarding enrollments in MPP, encounters at the border, and outcomes in removal proceedings conducted for MPP enrollees; and the impact of other government programs and policies concerning migration and the southern border.  In addition, over the course of several months, the Secretary and his staff met with a broad array of internal and external stakeholders with divergent views about MPP, including members of the DHS workforce engaged in border management, state and local elected officials across the border region, including from Texas, California, Arizona, and New Mexico, border sheriffs and other law enforcement officials, representatives from multiple nonprofit organizations providing legal access and humanitarian aid to noncitizens across the SWB, and dozens of Members of Congress focused on border and immigration policy.  The Secretary also assessed other migration-related initiatives the Administration is undertaking or considering undertaking.  And he examined the considerations that the district court determined were insufficiently addressed in the June 1 Memorandum, including the view that MPP discouraged unlawful border crossings, decreased the filing of non-meritorious asylum claims, and facilitated more timely relief for asylum seekers, as well as predictions that termination of MPP would lead to a border surge, impose undue costs on states, put a strain on U.S.-Mexico relations, and cause DHS to fail to comply with its obligations under 8 U.S.C. § 1225.

After carefully considering the arguments, evidence, and perspectives of those who support resuming MPP, with or without modification, as well as those who support termination, the Secretary has determined that MPP should be terminated.  The following outlines the considerations that informed the Secretary's decision.

A.  <u>Conditions for Migrants in Mexico</u>

In January 2019, the Department implemented MPP with the stated expectation that vulnerable populations would get the protection they needed while they waited in Mexico during the pendency of their removal proceedings.[46]  In practice, however, there were pervasive and widespread reports of MPP enrollees being exposed to extreme violence and insecurity at the hands of transnational criminal organizations that prey on vulnerable migrants as they waited in Mexico for their immigration court hearings in the United States.  These security concerns, together with barriers many individuals faced in accessing stable and safe housing, health care and other services, and sufficient food, made it challenging for some to remain in Mexico for the duration of their proceedings.  Notably, the United States has limited ability to fix these issues, given that they relate to migrant living conditions and access to benefits in Mexico—an independent sovereign nation.

Concerns about migrants' safety and security in Mexico, and the effect this had on their ability to attend and effectively participate in court proceedings in the United States, have been highlighted in internal Department documents, court filings, and a range of external studies and press reports.  In its internal evaluation of the program, the Department's Red Team Report emphasized the need for safe housing for vulnerable populations.[47]  The Ninth Circuit, in affirming a district court ruling that enjoined implementation of MPP, determined that

---

[46] *See* Nielsen Release, *supra* note 14; *see also* Memorandum from Kirstjen M. Nielsen, Sec'y of Homeland Sec., *Policy Guidance for Implementation of the Migrant Protection Protocols* (Jan. 25, 2019).

[47] Red Team Report, *supra* note 27, at 7.

Haiti AR_000271

"[u]ncontested evidence in the record establishes that non-Mexicans returned to Mexico under the MPP risk substantial harm, even death, while they await adjudication of their applications for asylum."[48]  A Massachusetts district court similarly described the plaintiffs' claims of extreme violence and insecurity in Mexico and observed that "[t]heir personal accounts are unrebutted and are supported by affidavits from employees of two nongovernmental organizations and the U.S. State Department's assignment to Tamaulipas of a 'Level 4: Do Not Travel' warning 'due to crime and kidnapping.'"[49]  The court further cited a Human Rights First report that included a list of 1,544 allegations of serious harm (including homicide, rape, and kidnapping) faced by individuals placed in MPP from January 2019 to February 2021.[50]

Multiple other reports have similarly highlighted security and treatment concerns. A December 2019 UNHCR Rapid Protection Assessment found that 81% of individuals and families returned to Mexico under MPP did not feel safe in Mexico, and that 48% had been a victim or witness of violence in Mexico.[51]  According to this assessment, children represented about half (48%) of targets for physical violence, and about half (48%) of kidnapping victims.[52] The organization Médecins Sans Frontières (Doctors Without Borders) noted that 75% of its patients who were in Nuevo Laredo in October 2019 due to MPP reported having been kidnapped.[53]  In 2019, a U.S. Commission on Civil Rights report similarly credited several news and NGO reports in noting that "asylum seekers [awaiting proceedings in Mexico] have been killed, women have been raped, and children have been kidnapped."[54]  Similar accounts of insecurity and violence were the subject of numerous press reports describing squalor and violence in the "camps" where many MPP enrollees lived as they waited their court hearings.[55] But as bad as conditions often were in the makeshift border camps, migrants gathered there because the threat of violence and kidnapping in surrounding areas outside of the camps could be

---

[48] *Innovation Law Lab*, 951 F.3d at 1093.

[49] *Bollat Vasquez*, 520 F. Supp. 3d at 111-12 (issuing a preliminary injunction ordering the Department to return to the United States seven plaintiffs who had been enrolled in MPP).

[50] Human Rights First, *Delivered to Danger; Trump Administration sending asylum seekers and migrants to danger*, Feb. 19, 2021, https://www.humanrightsfirst.org/campaign/remain-mexico; *see Bollat Vasquez*, 520 F. Supp. 3d at 99 n.10 (citing a declaration by Kennji Kizuka, Senior Researcher and Policy Analyst at Human Rights First, regarding an earlier version of this list explaining that "'[a]s of December 15, 2020, Human Rights First has identified 1,314 public reports of murder, torture, rape, kidnapping, and other violent assaults against asylum seekers returned to Mexico under MPP' and that 'the security situation in Mexico, including in the state of Tamaulipas has worsened' with one of Mexico's 'most powerful and violent cartels' reportedly increasing its activities in Tamaulipas and migrants in Matamoros and Nuevo Laredo have been repeatedly targeted'").

[51] UNHCR, *Rapid Protection Assessment: MPP Returnees at the Northern Border of Mexico* 15, Dec. 2019. The UNHCR assessment, shared confidentially with the United States government, is cited here with the express permission of UNHCR.

[52] According to the UNHCR survey, it did not take long for MPP enrollees to experience danger in Mexico. Just over half of the individuals surveyed (51%) had been in Mexico for less than one month and more than nine-in-ten had been in Mexico for less than three months. *Id*. at 7, 17.

[53] Médecins Sans Frontières, *The devastating toll of 'Remain in Mexico' asylum policy one year later*, Jan. 29, 2020, https://www.msf.org/one-year-inhumane-remain-mexico-asylum-seeker-policy; *cf*. Emily Green, *Trump's Asylum Policies Sent Him Back to Mexico. He was Kidnapped 5 Hours Later By a Cartel.*, Vice, Sept. 16, 2019.

[54] U.S. Commission on Civil Rights, *Trauma at the Border; The Human Cost of Inhumane Immigration Policies*, Oct. 2019, https://www.usccr.gov/files/pubs/2019/10-24-Trauma-at-the-Border.pdf.

[55] *See*, *e.g.*, Dickerson, *supra* note 19; Jordan, *supra* note 19; Merchant, *supra* note 19; This American Life, *The Out Crowd*, Nov. 15, 2019, https://www.thisamericanlife.org/688/transcript.

13

greater.[56]  Poor conditions and violence in the Matamoros camp also created an operational challenge when migrants at the camp blocked traffic in both directions on the Gateway International Bridge for hours as a sign of protest.[57]  The security and treatment of MPP enrollees also been the subject of congressional oversight and investigation.[58]

The adverse living conditions and violence experienced by migrants returned to Mexico pursuant to MPP are of grave concern to the Secretary.  The return of noncitizens to Mexico under MPP is predicated, by statute, upon individuals' ability to remain in Mexico during the pendency of their removal proceedings.[59]  In practice, however, myriad problems faced by noncitizens returned to Mexico impeded their ability to access those removal proceedings.  As a result, the Secretary has determined that the key predicate on which the statutory authority underlying the program is built—that noncitizens stay in Mexico and continue to participate in their removal proceedings—was upended by reality in too many cases.  This is an intolerable result that is inconsistent with this Administration's values, which include ensuring the rights of migrants to seek lawful protection from removal in a safe environment.

Moreover, these are problems that cannot easily be fixed.  Once migrants are returned to Mexico—an independent sovereign nation—the United States' ability to respond and provide adequate conditions and safety is diminished.

B.  _Non-Refoulement_ Concerns

Concerns about the _non-refoulement_ process under MPP as it was previously implemented and the additional costs and resources that would be required to address those concerns also weigh against continued reliance on MPP.  As previously designed and implemented, MPP's _non-refoulement_ screening process—used to assess whether individuals would likely face persecution on account of a protected ground or torture in Mexico—was limited in at least four respects.

First, as originally implemented, individuals processed for MPP were not questioned by CBP about their fear of persecution or torture in Mexico, but were instead required to affirmatively articulate such a fear regarding return to Mexico—a sharp contrast to the approach

---

[56] _See, e.g._, María Verza and Fernanda Llano, _Lawless Limbo Within Sight of America_, Associated Press, Nov. 18, 2019; Delphine Schrank, _Asylum seekers cling to hope, safety in camp at U.S.-Mexico Border_, Reuters, Oct. 16, 2019, https://www.reuters.com/article/us-usa-immigration-mexico-matamoros-feat-idUSKBN1WV1DY.

[57] Adolfo Flores, "Asylum-Seekers Protesting Squalid Conditions Shut Down A US Border Crossing For 15 Hours," Buzzfeed, Oct. 11, 2019, https://www.buzzfeednews.com/article/adolfoflores/asylum-seekers-protesting-bridge-close-matamoros-texas.

[58] _See, e.g._, Press Release, H. Comm. on the Judiciary, "Chairman Nadler Announces House Judiciary Investigation into Trump Administration's 'Remain in Mexico' Policy," Jan. 14, 2020, https://judiciary.house.gov/news/documentsingle.aspx?DocumentID=2397; _Examining the Human Rights and Legal Implications of DHS's "Remain in Mexico" Policy_: Hearing Before the H. Comm. on Homeland Sec., 116th Cong. _passim_ (2019).

[59] _See_ 8 U.S.C. § 1225(b)(2)(C) (specifying that the Secretary may return a noncitizen to a contiguous territory "pending a proceeding under [8 U.S.C. §] 1229a").

14

used in the expedited removal context, in which individuals are affirmatively asked standard questions about fear of return to their home countries and the responses are recorded.[60]

Second, rather than using a screening standard familiar to asylum officers (such as the "significant possibility" standard used for credible fear interviews or the "reasonable possibility" standard used for reasonable fear interviews to screen for possible withholding or deferral of removal claims), *non-refoulement* screenings for MPP applied a more restrictive "more likely than not" standard.[61]  Under this standard, noncitizens had to demonstrate to an asylum officer that it was more likely than not that they would be persecuted or tortured if returned to Mexico in order to avoid a return to Mexico—a higher substantive standard than they would ultimately have had to establish to secure asylum and the same substantive standard they would have had to establish to an immigration judge if they were ineligible for asylum but were seeking withholding or deferral of removal under the INA or regulations implementing CAT.

Third, the Department did not initially allow counsel to participate in the *non-refoulement* interviews.[62]  This differs from how fear interviews are conducted during the expedited removal process; in that context, noncitizens receive at least at 48-hour period to find and consult with a legal representative.[63]  Eventually, and in part as response to a district court order, these restrictions were eased.[64]

---

[60] *See* 8 C.F.R. § 235.3(b)(2). Importantly, even if migrants processed for MPP expressed a fear of repatriation to their home country, they were never asked about any fear of being returned to Mexico. Assessing this feature of the program, Judge Watford of the U.S. Court of Appeals for the Ninth Circuit stated in *Innovation Law Lab* that it was "virtually guaranteed to result in some number of applicants being returned to Mexico in violation of the United States' *non-refoulement* obligations," as many individuals returned under MPP who feared persecution or torture in Mexico would "be unaware that their fear of persecution in Mexico is a relevant factor in determining whether they may lawfully be returned to Mexico, and hence is information they should volunteer to an immigration officer. *Innovation Law Lab v. McAleenan*, 924 F.3d 503, 511 (9th Cir. 2019) (Watford, J. concurring).

[61] Prior to MPP implementation, this standard had been used almost exclusively by immigration judges to adjudicate statutory withholding of removal or withholding or deferral of removal under regulations implementing the Convention Against Torture (CAT). *See* 8 C.F.R. §§ 208.16(a), (c)(4); 208.17(b)(1); 208.31(c); 1208.16(b); 1208.17(b). It was, as a result, not a standard that had previously been used by asylum officers in the screening context, which resulted in additional, burdensome training and implementation requirements.

[62] U.S Citizenship and Immigration Services, *Guidance for Implementing Section 235(b)(2)(C) of the Immigration and Nationality Act and the Migrant Protection Protocols*, PM-602-0169 3 (Jan. 28, 2019) ("DHS is currently unable to provide access to counsel during the [*non-refoulement*] assessments given the limited capacity and resources at ports-of-entry and Border Patrol stations as well as the need for the orderly and efficient processing of individuals."). This differs from how fear interviews are conducted during the expedited removal process; in that context, noncitizens receive at least at 48-hour period to find and consult with a legal representative. *See* Form M-444, Information about Credible Fear Interview (May 17, 2019).

[63] *See* Form M-444, Information about Credible Fear Interview (May 17, 2019).

[64] *Doe v. Wolf*, 432 F. Supp. 3d 1200 (S.D. Cal. 2020). Previously retained counsel were permitted to participate in *non-refoulement* interviews conducted at Immigration Hearing Facilities (IHFs) in Laredo and Brownsville as of December 2019 and within the Ninth Circuit in January 2020. Supplemental guidance issued in December 2020 expanded this access to counsel to all MPP locations and required DHS to ensure the ability of retained counsel to participate telephonically in USCIS' MPP *non-refoulement* assessments, but only "where it does not delay the interview, or is required by court order." Supplemental Policy Guidance for Implementation of the Migrant Protection Protocols, *supra* note 30, at 1-2.

Haiti AR_000274

Fourth, in practice, there were multiple challenges and inconsistencies in the implementation of *non-refoulement* screenings.  The Red Team Report emphasized the need for standard operating procedures to ensure consistency and address problems such as the use of a "pre-screening process" by CBP personnel at some locations that "preempt[ed] or prevent[ed]" USCIS from ever having cases referred for a determination.[65]  The report additionally noted that some CBP officials "pressure[d] USCIS to arrive at negative outcomes when interviewing migrants on their claim of fear of persecution or torture."[66]

Moreover, throughout the use of MPP, more than 2,500 individuals raised fear claims at multiple points in this process, leading to multiple screenings for those individuals during the pendency of their cases.[67]  These kinds of unproductive, redundant screenings are a drain on resources that may be more likely to occur in MPP as individuals are returned to Mexico multiple times over the pendency of a single removal proceeding, often to unsafe conditions.

For all these reasons, the Secretary has concluded that continuation of MPP in its prior form is not advisable.  These concerns likely could be addressed by policy changes that require the affirmative asking, the use of a more appropriate screening standard that protects those who face a reasonable or significant possibility of persecution or torture upon return to Mexico, the opportunity for individuals to consult with counsel prior to screenings, and better training and oversight.  But making these changes would likely lengthen the screenings and require DHS to devote additional asylum officers and detention space to these screenings, both of which are in short supply, especially as a result of challenges related to the COVID-19 pandemic.  New procedures could lengthen the screening process.  Such an approach would divert critical personnel and resources from other Administration priorities, including ongoing efforts to build a more durable, fair, and efficacious asylum system as discussed in greater detail in Section IV.  The additional burdens that would be required to implement a *non-refoulement* process acceptable to the Department weigh against retention of MPP.  Moreover, even if making these changes better protected individuals from being returned to persecution or torture, it would not protect people from generalized violence or other extreme hardships that have no nexus to statutorily protected grounds, and that have been experienced by many returnees.

## C.   Access to Counsel, Notice of Hearings, and Other Process Concerns

Individuals in MPP faced multiple challenges accessing counsel and receiving sufficient information about court hearings.  First, there were several problems in communicating accurate and up-to-date information to migrants about rescheduled court hearings.  As noted in the Red Team Report, some migrants in MPP had to give up their shelter space in Mexico when they returned to the United States for their court hearings.  As a result, they were unable to provide the court an address for follow-up communications.[68]  To submit a change of address while in Mexico, migrants had to print and mail a Change of Address Form, which posed logistical challenges for individuals who lacked internet access and who could not readily print and mail

---

[65] Red Team Report, *supra* note 27, at 6.

[66] *Id*. at 4-5.

[67] Data on MPP Cases with Multiple Referrals, provided by USCIS on October 28, 2021.

[68] Red Team Report, *supra* note 27, at 7.

Haiti AR_000275

documents internationally.  This made it difficult to communicate updates regarding enrollees' court cases and hearing dates.

Second, MPP enrollees faced several barriers in accessing counsel both in the United States and in Mexico.  Although MPP enrollees were permitted to meet with counsel at hearing locations prior to their hearings, these meetings were limited to a single hour before the court hearing took place.[69]  Opportunities for attorneys to meet with their clients outside of those organized at the hearing locations were limited due to, among other constraints, complications associated with cross-border communication.  Many migrants lacked access to a telephone with international coverage or other forms of technology that could be used to communicate with counsel.  Some legal services organizations also adopted policies against visiting clients in Mexico due to serious safety concerns.[70]  In addition, because hearings for the tens of thousands of people enrolled in MPP were concentrated in a handful of courts along the border, demand for legal assistance far outstripped supply.[71]

These problems are of significant concern to the Secretary.  Inadequate access to counsel casts doubt on the reliability of removal proceeding.  It also undermines the program's overall effectiveness at achieving final resolution of immigration proceedings; in several cases, noncitizens challenged adverse immigration-judge decisions on the ground that they did not have an adequate opportunity to identify and retain counsel, or to gather or present the evidence in support of their claims.[72]  More broadly, access to counsel is critical to ensuring migrants receive a full and fair hearing; this Administration recognizes the importance of access to counsel in civil contexts, including in immigration proceedings, and considers fostering legal representation and access to justice a priority.[73]

Meanwhile, some of these flaws are exceedingly challenging to fix.  While migrants could be provided additional means to communicate from Mexico with counsel by video or telephone, doing so requires a significant expenditure of resources to ensure that the appropriate technology is available in Mexico.  In-person consultations are significantly constrained by the

---

[69] *See* U.S. Immigration and Customs Enforcement, *Migrant Protection Protocols Guidance* 3 (Feb. 12, 2019).  As noted above, DHS also did not initially allow counsel to participate in *non-refoulement* interviews conducted by USCIS.

[70] *See* Brief for the Laredo Project, et al. as Amici Curiae Supporting Respondents at 20-21, *Wolf v. Innovation Law Lab*, No. 19-1212 (Jan. 22, 2021) ("The Laredo Project considered providing assistance across the border in Nuevo Laredo, but determined that it was far too dangerous. When Laredo Project attorneys took an exploratory trip across the border, the local pastor with whom they were scheduled to meet (who ran a shelter for migrants) was missing; he had been kidnapped by cartel members, reportedly because he attempted to stop them from kidnapping Cuban asylum seekers.").

[71] Human Rights Watch, *We Can't Help You Here"*; *U.S. Returns of Asylum Seekers to Mexico*, July 2, 2019, https://www.hrw.org/report/2019/07/02/we-cant-help-you-here/us-returns-asylum-seekers-mexico ("[U]nder the MPP, thousands of asylum seekers have been forcibly concentrated in El Paso and San Diego, overwhelming the limited number of immigration attorneys who practice there.").

[72] *See supra* note 35.

[73] White House, "FACT SHEET: President Biden to Sign Presidential Memorandum to Expand Access to Legal Representation and the Courts," May 18, 2021, https://www.whitehouse.gov/briefing-room/statements-releases/2021/05/18/fact-sheet-president-biden-to-sign-presidential-memorandum-to-expand-access-to-legal-representation-and-the-courts/.

Haiti AR_000276

reality that migrants are in Mexico and space for meetings with counsel to take place at ports of entry or upon their return to court is extremely limited.  Providing migrants with additional time to consult with attorneys would likely require them to spend a night in detention, which would also place additional strain on CBP facilities that have consistently been operating over their COVID restricted capacity.  In fact, the holding areas in six out of nine Border Patrol Sectors are over COVID-capacity as of October 27, 2021.[74]

      D.   Impacts of MPP on Immigration Court Appearance Rates and Outcomes

The Department's October 2019 Assessment of MPP concluded that MPP was "restoring integrity to the immigration system" by (1) providing bona fide asylum seekers the opportunity to obtain relief in months, not years, and (2) eliminating the "perverse incentives" that reward and encourage people with non-meritorious asylum claims to enter the United States.[75]  But upon further consideration and examination, the facts tell a more complex story, thus undermining the claimed benefits.

MPP did result in some removal proceedings being completed more expeditiously than is typical for non-detained cases.  Overall, 41 percent of MPP cases resulted in a final enforcement disposition as of June 30, 2021, versus 35 percent of comparable non-MPP cases.[76]  But the fact that MPP may have resolved cases more quickly does not mean that the cases were resolved fairly or accurately.  The integrity of the nation's immigration system should be assessed by whether immigration proceedings achieve fair and just outcomes, both for individuals who merit relief and those who do not. In the Secretary's judgment, the data show that MPP generally failed to meet that bar.

Importantly, noncitizens in MPP were substantially more likely to receive *in absentia* removal orders than comparable noncitizens who were not placed in MPP during the relevant time period.  Overall, of the 67,694 cases of individuals enrolled in MPP,[77] 21,818 were subject to an *in absentia* order of removal at some point during their removal proceedings—32 percent of all individuals enrolled in MPP.[78]  For comparable noncitizens who were not processed

---

[74] Data on holding area capacity by U.S. Border Patrol Sector, provided by CBP on October 28, 2021.

[75] Oct. 2019 Assessment, *supra* note 31, at 3, 6.

[76] For the purposes of this memorandum, comparable noncitizens or comparable non-MPP cases are defined as non-Mexican single adults and family units who were apprehended along the SWB between January 25, 2019, and January 20, 2021, were not enrolled in MPP and were not detained throughout the pendency of their proceedings. Data derived from DHS Office of Immigration Statistics Enforcement Lifecycle, which is based on a comprehensive person-level analysis of DHS and EOIR enforcement and adjudication records. *See* Marc Rosenblum and Hongwei Zhang, *Fiscal Year 2020 Enforcement Lifecycle Report* (Dec. 2020) [hereinafter FY 2020 Enforcement Lifecycle Report].

[77] *Id*. This is based on DHS's Office of Immigration Statistics (OIS) analysis of MPP cases; this analysis excludes 345 cases originally identified as MPP enrollees in CBP data because the records are for unaccompanied children, accompanied minors, or Mexican nationals, all of whom are ineligible for the program, or because the records could not be matched to other administrative data.

[78] In his June 1 Memorandum, the Secretary referenced a 44% *in absentia* rate for this time period. The Department has since updated its methodology for measuring *in absentia* rates in two important ways. First, the Department did not count *in absentia* orders that were subject to subsequent motions to reopen or any other further action by DHS or

Haiti AR_000277

through MPP during that same time period and who were also not detained for the duration of their proceedings, the *in absentia* rate was 13 percent—about two-fifths the rate of the MPP group.[79]

Moreover, an additional 6,151 MPP cases were terminated by the immigration court.[80] Courts generally issued such orders in MPP cases when a noncitizen failed to appear but the immigration judge declined to issue an *in absentia* removal given concerns that the noncitizen did not have proper notice of how to attend his or her hearing.[81]  Including these cases brings the total number of cases of individuals in MPP that involved the issuance of an *in absentia* order of removal or termination to 27,969 (41 percent of all MPP cases and nearly three-and-a-half times higher than the *in absentia* rate for comparable noncitizens not enrolled in MPP).[82]

The fact that *in absentia* removal order rates (and *in absentia* removal order rates plus termination rates) were considerably higher for MPP cases than for comparable non-MPP cases might not, by itself, indicate a problem with MPP.  For instance, the October 2019 Assessment concluded that MPP was incentivizing people without meritorious claims to voluntarily leave Mexico and return home.[83]  That assessment pointed to the fact that out of more than 55,000 MPP enrollees (at that time), only 20,000 were sheltered in northern Mexico and an additional 900 had returned home through International Organization for Migration's Assisted Voluntary Return program.

---

DOJ, thus undercounting the total number of *in absentia* orders that had been issued. Second, the *in absentia* rate of 44 percent only included cases in which there was a final disposition, rather than the full universe of MPP cases including those that were still pending, thus overstating the percentage. The updated numbers in this memorandum, by contrast, take into account the total number of *in absentia* orders issued in MPP cases, irrespective of whether there was a subsequent motion to reopen or other further action in the case, as well as the total number of MPP cases, including both active cases and those with a final disposition. This analysis captures all *in absentia* orders and compares them to the full set of MPP cases.

[79] *Id.*

[80] For individuals in removal proceedings under Section 240 of the INA who are not in MPP, termination of proceedings is frequently reported by DHS OIS as a form of relief because it generally marks the end of efforts to remove the noncitizen from the country. That situation is very different for noncitizens enrolled in MPP, who are outside of the country during the pendency of removal proceedings and have no basis upon which to seek admission to the United States once proceedings are terminated.

[81] *Matter of Herrera-Vasquez*, 27 I&N Dec. 825 (BIA 2020); *Matter of Rodriguez-Rodriguez*, 27 I&N Dec. 762 (BIA 2020).

[82] The district court in *Texas v. Biden* cited EOIR data indicating that *in absentia* rates in removal proceedings were also quite high in 2015 and 2017—42% and 47% percent, respectively. 2021 WL 3603341, at *21. But there are critical methodological differences between the ways in which these numbers are calculated and the *in absentia* rates presented in this memorandum. As explained in note 77, *supra*, the data presented in this memorandum measure *in absentia* rates as a share of the *total* number of cases. The EOIR data measures *in absentia* orders as a share of *completed* cases only, which excludes cases that remain ongoing that are disproportionately likely to not result in such cases. *See* Ingrid Eagly and Steven Shafer, *Measuring* In Absentia *Removal in Immigration Court*, American Immigration Council, Jan. 2021, https://www.americanimmigrationcouncil.org/research/measuring-absentia-removal-immigration-court. A recalculation of the 2015 and 2017 *in absentia* rates as a share of *total* cases referred to EOIR in those years yields rates of 21 percent and 20 percent, respectively. This is one-half the *in absentia* and termination rate found in MPP cases.

[83] Oct. 2019 Assessment, *supra* note 31, at 3.

19

Other reports suggest, however, that individuals abandoned claims or otherwise failed to appear for proceedings because of insecurity in Mexico and inadequate notice about court hearings.[84]   The difficulties that MPP enrollees faced in Mexico, including the threat of violence and kidnapping, coupled with inadequate and unreliable access to food and shelter, likely contributed to people placed in MPP choosing to forego further immigration court proceedings regardless of whether their cases had merit.   Indeed, a number of petitions for review filed in federal courts of appeals by individuals in MPP who received *in absentia* removal orders explain their failure to appear based on serious threats to their personal safety.[85]

While individuals in MPP were more likely to receive *in absentia* removal orders than comparable noncitizens not enrolled in MPP, they were also less likely to receive relief or protection from removal.   This was true even though the decision to place someone in MPP was not linked to any assessment of the likely merits of the individual's claim.   DHS data reflect that only 732 individuals enrolled in MPP out of 67,694 cases were granted relief or protection from removal—a grant rate of just 1.1.[86]   For the comparable set of non-MPP cases from the same time period, the relief-granted rate was nearly two-and-a-half times as high (2.7 percent).[87]

The remarkably low 1.1 percent grant rate for MPP cases—the majority of which involved individuals from the Northern Triangle countries of Central America—is notable also because when MPP was first announced the Department observed that "approximately 9 out of

---

[84] *See*, *e.g.*, Kevin Sieff, "They missed their U.S. court dates because they were kidnapped. Now they're blocked from applying for asylum.," Washington Post, Apr. 24, 2021; Camilo Montoya-Galvez, "'Leave me in a cell': The desperate pleas of asylum seekers inside El Paso's immigration court," CBS News, Aug. 11, 2019, https://www.cbsnews.com/news/remain-in-mexico-the-desperate-pleas-of-asylum-seekers-in-el-paso-who-are-subject-to-trumps-policy/.

[85] *See*, *e.g.*, *Tabera-Columbi v. Garland*, No. 20-60978 (5th Cir. filed Oct. 26, 2020) (noting that MPP enrollee had been sexually assaulted by the police and was in a hospital as a result on the morning of the hearing); *Quinones Rodriguez v. Garland*, No. 20-61204 (5th Cir. filed Dec. 17, 2020) (describing an individual who did not attend the MPP hearing because he was hiding from gangs who threatened to kidnap him on his way to the hearing); *Miranda-Cruz v. Garland*, No. 21-60065 (5th Cir. filed Feb. 1, 2021) (describing a family that was kidnapped en route to an MPP hearing and held for ransom); *see also* Hamed Aleaziz and Adolfo Flores, "They Missed Their US Asylum Hearings Fearing the Cartel Would Kill Them. Now They're Stuck in Mexico," Buzzfeed, May 18, 2021.

[86] Relief or protection from removal is defined to include EOIR grants of asylum, grants of relief in non-asylum removal proceedings, withholding of removal, or conditional grants; DHS grants of Special Immigrant Juvenile (SIJ) status, lawful permanent residence, S, T, or U nonimmigrant status, and Temporary Protected Status (TPS); the exercise of DHS prosecutorial discretion; and findings by DHS that the subject is a U.S. citizen or lawfully present noncitizen not subject to removal. *See* FY 2020 Enforcement Lifecycle Report, *supra*, note 75.

[87] As discussed in note 79, this figure includes cases that were terminated. For those located in the United States, termination ends removal proceedings and effectively allows the subject to remain in the United States until further action is taken. The low relief-granted rates for both the MPP and comparable non-MPP cases are likely the result of a number of different factors. During this period, a policy was implemented that barred asylum for individuals who transited through third countries and decisions were issued that limited humanitarian claims based on family membership and gender; these likely depressed grant rates. *See* Asylum Eligibility and Procedural Modifications, 84 Fed. Reg. 33,829 (July 16, 2019); *Matter of L-E-A-*, 27 I&N Dec. 581 (A.G. 2019), *vacated*, 28 I&N Dec. 304 (A.G. 2021); *Matter of A-B-*, 27 I&N Dec. 316 (A.G. 2018), *vacated*, 28 I&N Dec. 307 (A.G. 2021). Additionally, the period of time being analyzed is both brief and recent. OIS analysis indicates that relief-granted rates tend to increase over the first three to four years after a case resulting from a credible or reasonable fear claim is initiated in immigration court. None of this, however, explains the substantial discrepancy in outcomes between MPP case and comparable non-MPP cases over the same time period. And none of this diminishes the statutory obligation to fairly assess asylum applications with the goal of producing reliable adjudications.

Haiti AR_000279

10 asylum claims from Northern Triangle countries are ultimately found non-meritorious by federal immigration judges."[88]  DHS does not have a record of the methodology used to generate this "9 out of 10" statistic.  To the contrary, an analysis of EOIR case outcomes for Northern Triangle asylum-related claims originating in border encounters (i.e., all EOIR removal proceedings originating with border encounters followed by credible fear or reasonable fear claims) in the years leading up to MPP yields a relief-granted rate of about 29 percent—significantly higher than the 10 percent reflected in Department's January 2019 statement.  That relief-granted rate is more than 26 times the 1.1 percent grant rate observed for all forms of relief or protection among MPP enrollees.  These discrepancies strongly suggest that at least some MPP enrollees with meritorious claims either abandoned or were unable to adequately present their claims given the conditions faced by migrants in Mexico and barriers to legal access.[89]

Based on the Department's experience with MPP and informed by the data above, the Secretary has determined that the program did not succeed in a sufficient number of cases at achieving timely and reliable adjudication of migrants' removal proceedings.  Multiple features of MPP, especially combined with the difficulties in accessing counsel and migrants' living experience in Mexico as described above, have led the Secretary to conclude that the program deterred too many meritorious asylum claims at the expense of deterring non-meritorious claims.  Given the Administration's values, commitments, and policy preferences, the Secretary has concluded that this is an unacceptable result.  Individuals who may have abandoned meritorious protection claims should have been offered a meaningful opportunity to seek protection in the United States.  As stated above, the return-to-contiguous-territory authority at INA § 235(b)(2)(C) is predicated on the notion that individuals will be able to pursue their removal proceedings from within Mexico; the fact that so many individuals enrolled in MPP were unable to complete their proceedings due to their tenuous situation in Mexico undercuts a key requirement of the statute.  As a global leader in offering protection and resettlement to refugees, the United States also has a moral obligation to fairly consider such claims.  The Secretary is committed to ensuring meritorious claims are heard, even if that means non-meritorious claims end up being adjudicated as well.

### E.  MPP and Recidivist Irregular Re-Entries

As discussed below, CBP encounters along the SWB decreased dramatically over a number of months in which MPP was fully operational across the SWB.  But the data also show that a significant share of individuals enrolled in MPP—33 percent as of June 30, 2021—were subsequently encountered attempting to reenter the country without inspection, rather than continuing to wait in Mexico for the resolution of their removal proceedings.[90]  This rate is more

---

[88] Nielsen Release, *supra* note 14.

[89] Indeed, that conclusion is not dissimilar to the one reached in the October 2019 Assessment, when the Department found that "MPP is one among several tools DHS has employed effectively to reduce the incentive for aliens to assert claims for relief or protection, *many of which may be meritless*, as a means to enter the United States to live and work during the pendency of multi-year immigration proceedings." Oct. 2019 Assessment, *supra* note 31, at 6 (emphasis added). Implicit in this statement is an acknowledgment that some such claims do have merit.

[90] FY 2020 Enforcement Lifecycle Report, *supra* note 75. When the Department previously considered this issue in June, 27 percent of MPP enrollees had been re-encountered by CBP subsequent to their enrollment in MPP (not

than two-and-a-half times higher than the historical average for recidivism (defined as re-encounters within 12 months of initial apprehension) of 14 percent for individuals processed under Title 8 authorities.[91]  The high rate of repeat encounters undercuts one of MPP's key claimed advantages—namely its deterrent effect on would-be border crossers.  Contrary to such claims, the data show that MPP enrollees were much more likely try to cross the border after being returned to Mexico than individuals who were removed from the country under other Title 8 authorities.  Such re-encounters also impose significant additional work on frontline Border Patrol agents, who had to encounter, track, and process MPP enrollees multiple times—resources that could and should have been deployed to other objectives.

     F.  <u>Investments and Resources Required to Operate MPP</u>

MPP was, according to the December 2018 announcement, intended to reduce burdens on border security personnel and resources to free them up to better protect the U.S. territory.  It was also intended to help clear the backlog of unadjudicated asylum claims.  In reality, however, backlogs in the Nation's immigration courts and asylum offices grew significantly during the period that MPP was in effect.[92]  In addition, MPP created substantial additional responsibilities on Department personnel that detracted from other critically important mission sets. This played out in numerous ways.

First, each time an MPP enrollee returns to the United States to attend a court proceeding, which could happen multiple times over the life of a case, DHS personnel are required to conduct additional rounds of processing, including biographic and biometric collection, property collection and return, and medical screenings.  None of this is required for those in removal proceedings in the United States.  The labor-intensive process of bringing migrants back into the United States for their court proceedings directly impacts staffing at the four U.S. ports of entry where migrants re-entered, taking frontline personnel away from other key missions—such as facilitating legal cross-border trade and travel.

Second, in order to implement and operate MPP, the Department devoted significant resources and personnel to building, managing, staffing, and securing specialized immigration hearing facilities (IHFs) to support EOIR.  During the period when MPP was operational during the prior Administration, IHFs cost approximately $168 million to build and operate.[93]  As part of its current efforts to comply the *Texas* court order and reimplement MPP in good faith, the Department has procured new contracts for IHFs, at a cost of approximately $14.1 million to build and $10.5 million per month to operate.[94]

---

counting encounters at POEs in connection with MPP). The increase since then reflects that individuals enrolled in MPP continued to seek entry without inspection to the United States.

[91] DHS Office of Immigration Statistics data provided on 10/29/2021.

[92] Between January 2019 and January 2021—the period when MPP was operational—the number of pending immigration court cases increased from 829,200 to 1,283,090 (a 55 percent increase). Data on pending caseload, provided by EOIR on October 28, 2021. The backlog of pending affirmative asylum claims increased over the same time period from 331,100 to 399,100. Data on the affirmative asylum backlog, USCIS Refugee, Asylum, and International Operations Directorate on October 27, 2021.

[93] DHS Office of the Chief Financial Officer analysis.

[94] Nuñez-Neto Decl., *supra* note 45, at ¶ 15.

Haiti AR_000281

Third, adjudication of claims by individuals in MPP diverts asylum officers and immigration judges from other key efforts designed, as described in Section IV.B, to more effectively process cases and reduce backlogs.  As initially implemented, MPP required the training of asylum officers to learn the newly applied *non-refoulement* screening standards and support an additional adjudicative caseload.  Moreover, each time migrants came in and out of the United States for court hearings, there was another opportunity to claim fear—and another possible fear screening.  Department data shows that in the short time that MPP was operational, more than 2,500 individuals had repeat fear screenings.[95]

Fourth, the program drew on the same limited resources that non-profits and humanitarian organizations used to help other individuals in Mexico—thus focusing efforts on northern Mexico and diverting resources and services away from other parts of Mexico and the broader region.

Each of these, and other investments or resources, divest resources from other critically important Departmental missions and undercut the Department's ability to pursue longer-term, durable reform.

G.  Impact of MPP and its Termination on SWB Migration Flows

In making his determination decision, the Secretary has presumed—as is likely—that MPP contributed to a decrease in migration flows.  From January through May 2019, when MPP was used in a limited number of locations, encounters rose.[96]  But from June 2019, when DHS announced that MPP would be fully implemented along the entire SWB, through September 2019, border encounters decreased rapidly, falling 64 percent in just three months.  Border encounters continued to decrease until April 2020.  Beginning in May 2020, encounters once again started rising.[97]  At that point, individuals continued to be enrolled into MPP, however, at lower rates than previously; immigration court hearings for MPP enrollees were also suspended.

The sharp decrease in SWB encounters during the months in which MPP was fully operational is notable.  Of course, correlation does not equal causation.  And even at the height of MPP's implementation in August 2019, it was not the Department's primary enforcement tool; approximately 12,000 migrants were enrolled in MPP but more than 50,000 were processed under other Title 8 authorities.[98]  In addition, beginning in April 2019, Mexico surged its own enforcement, thus increasing their level of apprehensions and returns.  This, coupled with a range of other push and pull factors, both known and unknown, likely contributed to the decline in encounters.[99]  The relevant data is simply insufficiently precise to make an exact estimate of the extent to which MPP may have contributed to decreased flows at the southwest border.

---

[95] *See supra* note 66.

[96] U.S. Customs and Border Protection, "Southwest Land Border Encounters," https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters.

[97] *Id.*

[98] DHS OIS analysis of U.S. CBP administrative records.

[99] *See* Congressional Research Service, *Mexico's Immigration Control Efforts* (May 28, 2021).

Haiti AR_000282

That said, the Secretary has, nonetheless, evaluated MPP on the premise that it contributed to decreased flows.[100]  Even so, the Secretary has concluded that this benefit cannot be justified, particularly given the substantial and unjustifiable human costs on the migrants who were exposed to harm while in Mexico, and the way in which MPP detracts from other regional and domestic goals and policy initiatives that better align with this Administration's values while also serving to manage migratory flows, as described in Section IV.

### H.  Addressing the Concerns of States and Border Communities

In the course of litigation, plaintiffs have alleged that the Secretary's June 1 Memorandum failed to consider the additional costs that States would allegedly incur as a result of the decision to terminate MPP.  Texas and Missouri, for example, argued—and the district court found—that the termination of MPP could lead to an increased number of noncitizens without proper documentation in their States, which might cause the States to incur additional costs related to the costs of driver's licenses, public education, state-funded healthcare, and law enforcement and correctional costs.[101]  State-plaintiffs also alleged that terminating MPP led to an increase in organized crime, human trafficking, and drug cartel activity, specifically with respect to the illegal trafficking of fentanyl.[102]  And State-plaintiffs further claimed that they had developed "reliance interests" dependent on the continued operation of MPP.

The Secretary takes these concerns seriously.  He has sought to understand and address the impacts that Departmental policies and practices may have on communities and has consulted with numerous state and local officials from across the SWB about the Department's border management strategy, including the decision to terminate MPP.  The Secretary has, as a result taken and will continue to take, steps designed to minimize adverse consequences of any policy shifts on border states.

Prior to the district court's injunction, for example, the Department facilitated the safe and orderly entry into the United States of about 13,000 individuals previously enrolled in MPP for purposes of participating in their removal proceedings.  Prior to doing so, however, the Department ensured that these individuals received COVID-19 tests before crossing the border and entering the United States.  The Department also worked in close partnership with nongovernmental organizations and local officials in border communities to connect migrants with short-term supports that facilitated their onward movement to final destinations away from the border.

---

[100] The district court faulted the Secretary for not taking into account alleged warnings to members of the Biden-Harris transition team by career DHS officials that terminating MPP would cause a spike in border encounters. *Texas*, 2021 WL 3603341, at *7. The Department is unaware of any such specific conversations, yet is aware of, and has taken into account, similar concerns raised by others.

[101] *See Texas*, 2021 WL 3603341, at *9-10.

[102] First Amended Complaint at 2, 38-39, *Texas v. Biden*, No. 2:21-cv-67 (N.D. Tex. filed June 3, 2021); *see also* Complaint, *West Virginia v. Biden*, No. 2:21-cv-22 (N.D. W.Va. filed Aug. 19, 2021); First Amended Complaint, *Arizona v. Mayorkas*, No. 2:21-cv-617 (D. Ariz. filed July 12, 2021).

24

In addition, the Secretary has devoted extensive resources on efforts designed to stop trafficking networks and protect border states from risks associated with criminal activity. Shortly after assuming office, the Secretary directed FEMA to increase funding for SWB law enforcement through FEMA's Operation Stonegarden, a $90 million grant that supports law enforcement partners, with more than 80% of such funds being been directed to SWB areas. Multiple and significant narcotics seizures have resulted from this initiative.[103] The Secretary also directed DHS to work with GOM partners on joint law enforcement operations designed to attack the smuggling and trafficking organizations. Operation Sentinel, which was launched in April, is a key example of these efforts—a multifaceted counter-network operation focused on identifying and taking law enforcement actions against transnational criminal organizations involved in the facilitation of mass migration to the SWB of the United States. Working with the GOM, DHS law enforcement has identified over 2,200 targets associated with transnational criminal organizations and revoked multiple visas and Trusted Traveler memberships, blocked bank accounts, and blocked certain entities from conducting business with the U.S. government.[104]

These efforts build on the Department's longstanding partnership with state, local, territorial, and tribal (SLTT) governments and law enforcement agencies, including many on the SWB, to address transnational crime, including human smuggling and trafficking. ICE's Homeland Security Investigations, for example, operates 79 Border Enforcement Security Task Forces nationwide, staffed by more than 700 State and Local law enforcement officers, that work cooperatively to combat emerging and existing transnational criminal organizations. Operational successes resulted in the seizure of 2,503 weapons, 215,301 pounds of narcotics, and $104,742,957 in FY20.[105] The ICE Criminal Apprehension Program also helps SLTT law enforcement partners better identify, arrest, and remove priority noncitizens who have been convicted of crimes in the United States and are incarcerated within federal, state, and local prisons and jails. In FY21, ICE issued 65,940 immigration detainers to noncitizens booked in jails or prisons.[106] All such activities are ongoing.

The Department also has carefully reviewed the available information and has not seen any evidence that MPP had any effect on human trafficking and crime, including drug trafficking. Seizures of narcotics, while not necessarily indicative of trafficking activity, are nonetheless the best available data, and do not show any impact related to MPP's implementation. Seizure of narcotics between ports of entry have declined steadily from FY18 to FY21, including a decline of almost 40 percent since the point in time when MPP was fully implemented, through FY21, a time MPP was largely not being implemented.[107] These declines have been driven by a substantial decrease in marijuana smuggling. Meanwhile, hard narcotics, including cocaine, methamphetamine, heroin, and fentanyl, are historically smuggled through ports of entry and thus have very little connection to MPP's implementation. Seizure trends for

---

[103] FEMA data on Operation Stonegarden provided on Oct. 28, 2021.

[104] CBP data on Operational Sentinel, provided on Oct. 28, 2021.

[105] ICE data on Border Enforcement Security Task Forces, provided on Oct. 28, 2021.

[106] ICE data on the Criminal Apprehension Program, provided on Oct. 28, 2021.

[107] Analysis of CBP data on drug seizures by U.S. Border Patrol agents, https://www.cbp.gov/newsroom/stats/drug-seizure-statistics.

Haiti AR_000284

hard drugs at ports of entry have been mixed, with fentanyl and methamphetamine seizures increasing substantially year on year since FY18, cocaine seizures remaining largely flat, and heroin seizures substantially higher in FY19 and FY21 than in FY18 and FY20.[108]

Meanwhile, the fact that some noncitizens might reside in the United States rather than being returned to Mexico and thus access certain services or impose law enforcement costs is not, in the Secretary's view, a sufficiently sound reason to continue MPP. Federal immigration policy virtually always affects the number of people living within the States. Notably, not all of those burdens are borne by border States—many noncitizens proceed to interior States; others are detained by the federal government. In this case, the Secretary has made the judgment that any marginal costs that might have been inflicted on the States as a result of the termination of MPP are outweighed by the other considerations and policy concerns; it is also the Secretary's view that the other policies and initiatives being pursued by this Administration will ultimately yield better outcomes than MPP.

Moreover, even after his many consultations, the Secretary is unaware of any State that has materially taken any action in reliance on the continued implementation (or in response to the prior termination) of MPP. State-plaintiffs in the litigation also have not identified any specific actions they took in reliance on MPP.[109] Moreover, any claimed reliance interest is undermined by the fact that the program itself is discretionary, as are decisions to detain or parole individuals into the country. *No* administration has ever done what State-plaintiffs in the litigation argue is required here—detain or return to Mexico everyone that the Department encounters along the border. States cannot have a reliance interest based on something that has never previously been implemented. Notably, only 6.5 percent of noncitizens encountered along the SWB and processed through Title 8 were enrolled in MPP during the period it was in place. In no month when MPP was operating—including in August 2019, the month with the highest number of MPP enrollments—were more than one-in-five noncitizens encountered at the SWB and processed through Title 8 placed in MPP.[110] The short time in which MPP was in place, as well as the small percentage of noncitizens encountered along the SWB who were enrolled in MPP while it was in operation, undercut any claimed reliance interest, as well as any claim regarding significant burdens to the States.

I.  Relationship between Implementation of MPP and Statutory Mandates

In enjoining the June 1 Memorandum, the district court faulted the Department for not considering the impact terminating MPP would have on the Department's ability to comply with the detention requirements in 8 U.S.C. § 1225.[111] In so doing, the district court accepted plaintiffs' argument that, pursuant to 8 U.S.C. § 1225, DHS has two options with regard to

---

[108] *Id.*

[109] The district court in *Texas* also discussed a purported "agreement" that the Department entered into with the State of Texas and several other states in early January 2021. *Texas*, 2021 WL 3603341, at *6-7. As the Department has explained in litigation, those documents were void *ab initio* and unenforceable. Any reliance on those documents is therefore unreasonable. To the extent those documents were ever valid, the Department has since terminated them and, in any event, Texas conceded in litigation that the "agreement" was no longer binding as of August 1, 2021.

[110] DHS OIS analysis of CBP administrative records.

[111] *Texas*, 2021 WL 3603341, at *21-23.

noncitizens seeking asylum at the border: (1) mandatory detention or (2) return to a contiguous territory.[112]  This is a clear misreading of the statute for all of the reasons explained at length by the U.S. Government in the litigation—including a misreading of Section 1225 to effectively mandate detention of all those who are not subject to the contiguous-territory-return provision of 8 U.S.C. § 1225(b)(2)(C) if the agency lacks detention capacity to detain all noncitizens not otherwise subject to contiguous territory return.  It is also completely at odds with the history of immigration detention in this country, and the agency's consistent and longstanding interpretation of its statutory authorities.  Section 1225(b)(2)(C) is discretionary, and nothing in section 1225's text or history suggests any relationship between Congress's grant of return authority and section 1225's detention provisions.

Section 1225 does not impose a near-universal detention mandate for all inadmissible applicants for admission either as a general matter or conditionally where noncitizens are not returned to a contiguous territory.  Section 1225 "does not mean" that every noncitizen "must be detained from the moment of apprehension until the completion of removal proceedings."[113] The INA provides DHS with latitude for processing noncitizens beyond returns or detention.  DHS "may ... in [its] discretion" release a noncitizen placed in Section 1229a proceedings through "parole," pursuant to 8 U.S.C. § 1182(d)(5) "for urgent humanitarian reasons or significant public benefit."[114]

Pursuant to Section 1182(d)(5)'s parole authority, Congress has expressly granted DHS the broad authority to release applicants for admission from detention as an exercise of the Department's parole power.  That power has been exercised for as long as the federal government has been regulating immigration.[115]  Indeed, Congress enacted 8 U.S.C. § 1182(d)(5) as a "codification of the [prior] administrative practice."[116]  And in the decades since, immigration agencies have continued to broadly exercise their parole power to release certain noncitizens from detention.  Notably, the statute does not set any limit on the number of individuals DHS can decide to release on parole.  Nor does it provide that the agency cannot rely on its limited resources and detention capacity to release noncitizens otherwise subject to detention under section 1225.  Rather, Congress simply required that parole decisions be made on a case-by-case basis and that they be based on "urgent humanitarian reasons" or "significant public benefit."[117]  As the statute does not define those ambiguous terms, Congress left it to the

---

[112] Id. at *22.

[113] Matter of M-S-, 27 I&N Dec. 509, 516-517 (A.G. 2019); see Jennings v. Rodriguez, 138 S. Ct. 830, 837 (2018).

[114] 8 U.S.C. § 1182(d)(5)(A); see 8 C.F.R. §§ 212.5(b), 235.3(c). Additionally, "pending a decision on whether the alien is to be removed" and "[e]xcept as provided in [§ 1226(c)]," noncitizens present in the United States "may" be released on "bond" or "conditional parole." 8 U.S.C. § 1226(a)(2)(A)-(B).

[115] See, e.g., Nishimura Ekiu v. United States, 142 U.S. 651, 651, 661 (1892) (discussing release of noncitizen to care of private organization); Kaplan v. Tod, 267 U.S. 228, 230 (1925) (same).

[116] Leng May Ma v. Barber, 357 U.S. 185, 188 (1958).

[117] In a section entitled "Limitation on the Use of Parole," Congress amended the parole statute in 1996 to recharacterize the permissible purposes of parole from "emergent reasons or for reasons deemed strictly in the public interest" to "only on a case-by-case basis for urgent humanitarian reasons or significant public benefit." Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104-208, Div. C, §§ 302, 602, 110 Stat 3009 (emphasis added). But it did not otherwise alter DHS's parole authority and did not define these manifestly ambiguous statutory terms. Accordingly, after the 1996 amendment to the parole statute, the agency

agency to define them.[118]  In implementing section 1182(d)(5), the agency has long interpreted the phrase "significant public benefit" to permit it to parole noncitizens "whose continued detention is not in the public interest as determined by" specific agency officials.[119]  And in turn, the agency has for decades viewed detention as not being in the "public interest" where, in light of available detention resources, detention of a specific noncitizen would limit the agency's ability to detain another noncitizen whose release may pose a greater risk of flight or danger to the community.[120]

Moreover, no administration has *ever* interpreted or implemented 8 U.S.C § 1225, as the district court in *Texas* has read it, to require the detention of virtually all inadmissible applicants for admission, except for those returned to Mexico.  The Department does not have—and has never had under any prior administration—sufficient detention capacity to maintain in custody every single person described in section 1225.  In September 2021, for example, CBP encountered approximately 192,000 individuals along the SWB.[121]  And as discussed above, even in August 2019, when MPP enrollments were at their zenith, CBP encountered nearly 63,000 individuals along the SWB.  Meanwhile, ICE Enforcement and Removal Operations (ERO) is generally appropriated for approximately 34,000 detention beds nationwide with some modest fluctuation from year to year.

This variance between border crossings and detention capacity is not new and was in fact the reality even when MPP was in place (see Appendix 1).  From Fiscal Years 2013 to 2019, nearly three-quarters of single adult and family unit members who were encountered at the SWB were either never placed in or released from detention during the pendency of their proceedings—more than 1.1 million (41 percent) were never booked into ICE detention and nearly 900,000 (33 percent) were booked in for a period of time but released prior to the conclusion of their removal proceedings.[122]  Even during the period that MPP was in effect from late January 2019 to January 20, 2021, more than two-thirds of single adults and individuals in family units encountered along the SWB and processed through non-MPP Title 8 authorities— more than 650,000 individuals—were never detained or released from ICE custody during the

---

incorporated the new "case-by-case" requirement into its regulation, while also maintaining its longstanding regulatory authority to release when "continued detention is not in the public interest," 8 C.F.R. § 212.5(b)(5), which remained consistent with the statute after the 1996 amendment. Inspection and Expedited Removal of Aliens; Detention and Removal of Aliens; Conduct of Removal Proceedings; Asylum Procedures, 62 Fed. Reg. 10,312, 10,313 (Mar. 6, 1997).

[118] 8 U.S.C § 1103(a)(1); *Chevron U.S.A., Inc. v. NRDC*, 467 U.S. 837 (1984); *cf., e.g., Ibragimov v. Gonzales*, 476 F.3d 125, 137 n.17 (2d Cir. 2007) (deferring to another aspect of same parole regulation).

[119] 8 C.F.R. § 212.5(b)(5).

[120] *See, e.g., Interim Guidance for Implementation of Matter of M-S*, 27 I&N Dec. 509 (A.G. 2019): Parole of Aliens Who Entered Without Inspection, Were Subject to Expedited Removal, and Were Found to Have a Credible Fear of Persecution or Torture; ICE Policy No. 11002.1, Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture (Dec. 8, 2009); *see also Jeanty v. Bulger*, 204 F. Supp. 2d 1366, 1377-78 (S.D. Fla. 2002) (referring to INS detention use policies, including parole policies, based on having to establish "priorities for the use of limited detention space"), *aff'd*, 321 F.3d 1336 (11th Cir. 2003).

[121] Southwest Land Border Encounters, *supra* note 95.

[122] FY 2020 Enforcement Lifecycle Report, *supra*, note 75.

28

duration of their proceedings; a full 42 percent (more than 415,000 individuals) were never booked into ICE detention at all.[123]

By interpreting Section 1225 to mandate either detention or return to Mexico, the court essentially concluded that every single administration since 1997 has repeatedly and consistently violated Section 1225, by exercising the parole authority to release noncitizens detained under that authority, on a case-by-case basis, where detention of a specific noncitizen would limit the agency's ability to detain another noncitizen who release may pose a greater risk of flight or danger to the community.  There is no indication that Congress, in enacting Section 1225, intended to *require* the Secretary to use the explicitly *discretionary* return authority found in 8 U.S.C. § 1225(b)(2)(C) for virtually any noncitizen the Department fails to detain because of resource limitations.[124]  Rather, the decision to use the authority found in 8 U.S.C. § 1225(b)(2)(C) is entrusted to the Secretary's discretion and to his discretion alone.  Given these clear statutory authorities, and DHS's longstanding interpretation of the ambiguous parole statute, the Secretary's decision to terminate MPP creates no conflict with the detention authorities in Section 1225.

## J.   Impact on U.S.-Mexico Relationship

Mexico is a sovereign nation.  This means that the U.S. Government cannot return individuals to Mexico without an independent decision by the GOM to accept their entry.  It was for good reason that MPP was put into effect only *after* the U.S. government had conducted diplomatic engagement with GOM and *after* the GOM announced its independent decision to accept returnees.  The initiation of MPP required substantial diplomatic engagement in 2019; it does in 2021 as well.[125]

In deciding to accept returns of non-Mexican nationals under MPP, the GOM agrees to shoulder the burden of receiving these individuals, facilitating legal status and shelter, and accounting for their safety and security.  Not only does this place a great deal of strain on the GOM's ability to provide services for its own citizens and lawful residents, it diverts Mexican law enforcement resources from other missions that are important to the United States—

---

[123] *Id*. Indeed, when the last Administration created MPP, it expressly excluded from its coverage as a matter of discretion certain noncitizens, including citizens or nationals of Mexico, returning lawful permanent residents seeking admission, noncitizens with known physical or mental health issues, and other noncitizens. DHS, "Migrant Protection Protocols (Trump Administration Archive)," https://www.dhs.gov/archive/migrant-protection-protocols-trump-administration.

[124] Congress is aware that it would need to appropriate substantial additional funds to detain everyone potentially subject to detention under Section 1225; yet, it has never done so. *See* 8 U.S.C. § 1368(b) (providing for bi-annual reports to Congress on detention space, including estimates on "the amount of detention space that will be required" during "the succeeding fiscal year"). Although Congress has amended Section 1225 since 1996, *see* Pub. L. 110-229, 122 Stat. 754, 867 (2008), it has never amended Section 1225 to mandate the use of return authority when the agency lacks resources to detain all applicants for admission or to override the agency's longstanding interpretation permitting the use of parole to address capacity limitations as a significant public benefit. *See Lorillard v. Pons*, 434 U.S. 575, 580 (1978) ("Congress is presumed to be aware of an administrative … interpretation of a statute and to adopt that interpretation when it re-enacts a statute without change.").

[125] *Position of Mexico on the Decision of the U.S. Government to Invoke Section 235(b)(2)(C) of its Immigration and Nationality Act*, *supra* note 13.

Haiti AR_000288

including addressing transnational organized crime networks and root causes of migration.  Over the past nearly three years, MPP has played an outsized role in its policy and operational engagement with GOM, thus distracting from other diplomatic initiatives and programs concerning migration flows.  These engagements, which have increased substantially in tempo and intensity since the court's order, require enormous amounts of time to prepare for and execute, and involve the same individuals at DHS and DOS who would otherwise be working on advancing other key bilateral priorities.

The Department is eager to expand the focus of the relationship with GOM to address broader issues related to migration to and through Mexico.  This includes implementing the bilateral economic and security frameworks adopted in September and October 2021, respectively;[126] addressing the root causes of migration from Central America; improving regional migration management; enhancing protection and asylum systems throughout North and Central America; and expanding cooperative efforts to combat smuggling and trafficking networks, and more.  Terminating MPP will, over time, help to broaden the United States' engagement with the GOM to address these critical efforts, which we expect will produce more effective and sustainable results than what we achieved through MPP.  It will also provide more space and resources to address the many other bilateral issues that fall within DHS's diverse mission, such as countering transnational organized crime, cybersecurity, trade and travel facilitation, cargo and port security, emergency management, biosurveillance, and much more.

## IV.   The Biden-Harris Administration's Affirmative Efforts to Enhance Migration Management

In December 2018, when DHS announced the start of MPP, the Department stated that MPP was expected to provide numerous benefits for the immigration system, including reducing false asylum claims, more quickly adjudicating meritorious asylum claims, clearing the backlog of unadjudicated asylum applications, and, perhaps most importantly, stemming migration flows across the SWB.  All of these goals remain top priorities for the Department and Administration.  But the Secretary assesses that there are ways to advance these goals through means other than MPP—through policies and practices that will more effectively and more humanely achieve the stated goals than continuing to implement MPP as designed or in modified form.

Not only has MPP failed to deliver many of its promised benefits, but the burden and attention required to reimplement and maintain MPP will undermine the Department's efforts to address irregular migration and achieve lasting reform of the asylum system through other means.  As noted earlier, the Secretary is undertaking this review on the premise that MPP was responsible for a share of the significant decrease in SWB encounters that occurred during many months of MPP's operations.  However, MPP is not the only, and certainly not the preferred, means of tackling irregular migration.  To the contrary, the Department is currently pursuing a range of other measures that it anticipates will disincentivize irregular migration in ways that are

---

[126] White House, "Joint Statement: U.S.-Mexico High-Level Security Dialogue," Oct. 8, 2021, https://www.whitehouse.gov/briefing-room/statements-releases/2021/10/08/joint-statement-u-s-mexico-high-level-security-dialogue/; White House, "Fact Sheet: U.S.-Mexico High-Level Economic Dialogue," Sept. 9, 2021, https://www.whitehouse.gov/briefing-room/statements-releases/2021/09/09/fact-sheet-u-s-mexico-high-level-economic-dialogue/.

Haiti AR_000289

more consistent with this Administration's values and enduring, including by addressing root causes and building regional solutions.  In addition, the Department is committed to channeling migration through safe and orderly pathways and reforming our asylum adjudication system to achieve more timely, fair, and efficient results,

In July 2021, the Administration released a Blueprint describing its overarching strategy—as well as the concrete steps that will be taken—to ensure a secure, humane, and well-managed border, implement orderly and fair asylum processing, strengthen collaborative migration management with regional partners, and invest in the root causes of migration in Central America.[127]  The Administration, with DHS playing a critical role, has made significant investments and taken substantial actions to move forward with its strategy.

A. <u>Managing Flows</u>

The current Administration is pursuing a comprehensive vision for managing migration and facilitating safe, orderly, and legal pathways for individuals seeking protection or intending to migrate.[128]  A key part of this vision involves disincentivizing unlawful entries by robustly enforcing our laws at the land border while also ensuring the humane and lawful treatment of those who do arrive in the United States.  Doing so requires a concerted effort to address root causes of migration, provide alternative protection solutions in the region, enhance lawful pathways for migration to the United States, and streamline the fair adjudication of asylum claims at the border—efforts that the Department has determined will be more effective at reducing irregular migration than continuing to implement MPP.

To disincentivize irregular migration, the Administration is pursuing a multi-pronged approach.  At our border, we are employing expedited removal to rapidly, but humanely, return certain individuals and families that are encountered unlawfully crossing between POEs.  Those who do not express fear of persecution or torture, and who are nationals of countries that allow electronic nationality verification (ENV), are returned to their countries within a few days of being encountered.  DHS is working closely with the Department of State to expand the use of these ENV agreements throughout the hemisphere to more expeditiously facilitate removals of individuals who do not claim a fear of persecution or torture.  The Department additionally treats any noncitizen who unlawfully entered the United States on or after November 1, 2020, as a presumed border security enforcement and removal priority under current guidance,[129] as well as in guidance that will become effective on November 29, 2021.[130]

---

[127] White House, "Fact Sheet: The Biden Administration Blueprint for a Fair, Orderly and Humane Immigration System," July 27, 2021, https://www.whitehouse.gov/briefing-room/statements-releases/2021/07/27/fact-sheet-the-biden-administration-blueprint-for-a-fair-orderly-and-humane-immigration-system/.

[128] EO 14010 directed the creation of a Root Causes Strategy and Collaborative Migration Management Strategy. Published in July 2021, the strategies articulate a bold and comprehensive vision for managing migration throughout the Western Hemisphere. *Id.*

[129] Memorandum from Tae D. Johnson, Acting Director, ICE, *Interim Guidance: Civil Immigration Enforcement and Removal Priorities* (Feb. 18, 2021).

[130] Memorandum from Alejandro Mayorkas, Sec'y of Homeland Security, *Guidelines for the Enforcement of Civil Immigration Law* (Sept. 30, 2021).

Haiti AR_000290

Recognizing that the management of migration is a shared responsibility among sending, transiting, and receiving countries, the Administration is also working with our partner countries across the region to manage migratory flows.  As part of these efforts, the United States is working bilaterally and multilaterally with countries across the Western Hemisphere, seeking to encourage humane border enforcement and enhance legal pathways throughout the region.  DHS is also working closely with the Department of State to provide additional technical assistance, mentoring, and resources to border and immigration authorities in the region, with the goal of enhancing the capability and effectiveness of our partners' efforts to identify and interdict unlawful activity.  As part of these efforts, the United States and Colombia co-hosted a regional conference on migration in Colombia on October 20, 2021 that brought together foreign ministries and immigration authorities from 17 partner nations across the hemisphere to directly address recent trends in irregular migration in the region. During this conference, countries committed to enhancing protection, combating human smuggling and trafficking, and expanding humane enforcement efforts.

The Department is also working bilaterally with countries across the region to build law enforcement capacity, tackle transborder crime, and slow migratory flows.  Beginning in April 2021, for example, DHS deployed dozens of CBP personnel to Guatemala to train and support local law enforcement units and help enhance the security of Guatemalan border crossings, checkpoints, and ports.[131]  And in October 2021, for example, the United States and Mexico agreed on joint actions to prevent transborder crime, with a particular focus on reducing arms trafficking, targeting illicit supply chains, and reducing human trafficking and smuggling.[132]  Such efforts build on the successes of Operation Sentinel, in which DHS is working with other U.S. government agencies and the GOM to identify and impose meaningful sanctions on those involved in human smuggling, including by freezing their assets, revoking their visas, and curtailing their trade activities.  DHS seeks to expand these efforts across the hemisphere, with the GOM as a key partner.  However, the senior U.S. and Mexican officials who would lead these efforts are the same officials that have spent much of the past three months negotiating the reimplementation of MPP—detracting from efforts to advance other key parts of the bilateral relationship.

The Administration is also expanding efforts to address root causes of migration and enhance legal pathways for individuals who intend to migrate, as well as building and improving asylum systems in other countries and scaling up protection efforts for at-risk groups.  These efforts reduce incentives to come to the United States to seek protection and, for those who still choose to do so, reduce incentives to cross the border unlawfully.  As part of these efforts, DHS is working with Department of State to expand efforts to build and improve asylum systems in other countries and scale up protection efforts for at-risk groups, thereby providing alternative opportunities for individuals to seek protection without making the often-dangerous journey to the SWB.

The Department of State and DHS, for example, are working to stand up Migrant Resource Centers (MRC) in key sending countries, including Guatemala, where individuals who

---

[131] CBP data on Guatemalan deployments provided on 10/29/2021.

[132] Joint Statement: U.S.-Mexico High-Level Security Dialogue, *supra* note 125.

32

intend to migrate can apply for a visa or seek other available protection.[133]  The Department of State established the first MRC in Guatemala this year, and is working with international organizations to expand the MRCs to multiple locations and countries over the coming year.  The Administration is also working to continue to expand the legal pathways that are available for individuals who apply at these facilities.  We are also expanding refugee processing in Central America—including through in-country processing in Northern Triangle countries—and are helping international organizations and local non-governmental organizations identify and refer individuals with urgent protection needs to the U.S. Refugee Admissions Program and resettlement agencies in other countries.

Additionally, on March 10, 2021, DHS, in close coordination with the Department of State, restarted the Central American Minors (CAM) program to reunite eligible children from El Salvador, Guatemala, and Honduras with parents who are lawfully present in the United States.  On June 15, 2021, the Departments expanded CAM eligibility to include certain U.S.-based parents or legal guardians who have a pending asylum application or U visa petition filed before May 15, 2021, thereby allowing them to file petitions on behalf of children who are nationals of El Salvador, Guatemala, or Honduras for potential resettlement in the United States.  This important program provides an avenue for children to come to the United States that would not otherwise be available, which in turn supports family unity and reduces the incentives for unlawful entry.  By restarting and expanding this safe, orderly, and lawful pathway through which children may reunite with their parent or legal guardians in the United States, CAM reduces the incentive for such vulnerable and often unaccompanied children to make the dangerous journey to the United States border.[134]

The Department also has expanded access to temporary work visas in the region, thereby providing a lawful pathway to work temporarily in the United States for individuals who might otherwise take the irregular and dangerous journey to the United States in search of economic opportunities and cross the border unlawfully.  To that end, on May 21, 2021, DHS published a temporary final rule making available 6,000 H-2B supplemental visas for temporary non-agricultural workers from Honduras, Guatemala, and El Salvador in FY21.[135]  The Administration is also working to enhance access to H-2A visas for temporary agricultural workers, for when there are insufficient qualified U.S. workers to fill these jobs.  Departments and agencies are engaged with the Northern Triangle governments, international organizations, the private sector, civil society, labor unions, and worker rights organizations to promote this program.

---

[133] *Id.*

[134] *See* "Joint Statement by the U.S. Department of Homeland Security and U.S. Department of State on the Expansion of Access to the Central American Minors Program," June 15, 2021, https://www.dhs.gov/news/2021/06/15/joint-statement-us-department-homeland-security-and-us-department-state-expansion.  Under the expanded guidance, eligible minors may apply for refugee status if they are sponsored by a parent or legal guardian in the United States who is in one of the categories: lawful permanent residence; temporary protected status; parole; deferred action; deferred enforced departure; withholding of removal; or certain parents or legal guardians who have a pending asylum application or a pending U visa petition filed before May 15, 2021.

[135] Exercise of Time-Limited Authority To Increase the Fiscal Year 2021 Numerical Limitation for the H–2B Temporary Nonagricultural Worker Program and Portability Flexibility for H–2B Workers Seeking To Change Employers, 86 Fed. Reg. 28,198 (May 25, 2021).

Haiti AR_000292

These efforts, all of which have only recently been initiated, require diplomatic engagement and investment of resources.  They will take some time to achieve substantial results.  Once fully operational, they will provide legal and regular pathways for individuals seeking protection and opportunity to work in the United States, thus reducing the need for unlawful crossings and reducing the appeal of exploitative smugglers.  By incentivizing migration through lawful channels, and disincentivizing the use of unlawful channels, these initiatives achieve several key goals of MPP, but in a more humane way that matches the Administration's values.

    B.  Managing Asylum Claims

The Department also is taking a number of different steps to better manage asylum claims that will allow the United States to more humanely, and fairly, achieve some of MPP's stated benefits: reducing false asylum claims, more quickly adjudicating meritorious asylum claims, and clearing the backlog of unadjudicated asylum applications.

    1.  *Dedicated Docket*

In May 2021, DHS and DOJ jointly announced a new Dedicated Docket, designed to expeditiously and fairly conduct removal proceedings for families who enter the United States between ports of entry at the SWB.[136]  With a goal that immigration judges will generally complete cases on the Dedicated Docket within 300 days, the process is intended to significantly decrease the length of time for adjudication of such noncitizens' cases, while also providing fair hearings for families seeking asylum and other forms of relief or protection from removal. Dedicated Dockets have been established in 11 cities (Boston, Denver, Detroit, El Paso, Los Angeles, Miami, Newark, New York City, San Diego, San Francisco, and Seattle) chosen because they are common destination cities for migrants and have robust communities of legal service providers.  Once fully up and running, it is expected to adjudicate approximately 80,000 cases each year.

The Dedicated Docket serves multiple goals: It provides a mechanism for the more efficient adjudication of claims.  It ensures compliance with court proceedings through use of case management services provided through ICE's Alternatives to Detention (ATD) program.[137] It promotes efficiency and fairness in those proceedings through robust access to legal orientation for families on the docket (including group and individual legal orientations and friend-of-the-court services for unrepresented individuals).  And, as MPP was designed to do, it discourages non-meritorious claims by dramatically reducing the amount of time that a noncitizen may remain in the United States while his or her claims for relief or protection are adjudicated.

---

[136] Press Release, DHS, "DHS and DOJ Announce Dedicated Docket Process for More Efficient Immigration Hearings," May 28, 2021, https://www.dhs.gov/news/2021/05/28/dhs-and-doj-announce-dedicated-docket-process-more-efficient-immigration-hearings.

[137] ICE Enforcement and Removal Operations (ERO), "Alternatives to Detention Program," https://www.ice.gov/detain/detention-management.

Moreover, it is expected to achieve these goals in ways that avoid the pitfalls associated with MPP.  Unlike MPP, which was plagued with high *in absentia* rates, the Dedicated Docket is designed, via the use of ATD and case management services, to ensure high appearance rates and contribute to the proper functioning of our immigration system.  As of October 25, 2021, EOIR had conducted nearly 12,000 initial hearings for individuals in Dedicated Docket cases, just 4.5 percent of which had ended in issuance of an *in absentia* order of removal.[138]  ICE data reflect a 98.9% attendance rate at all hearings for individuals enrolled into ATD from the SWB from FY14 to FY21.[139]

Two immigration court locations currently hearing Dedicated Docket cases—El Paso and San Diego—are slated for use as part of the court-ordered reimplementation of MPP because of their proximity to ports of entry along the border.  To staff MPP cases, EOIR will have to either divert judges from existing initiatives such as the Dedicated Docket—which will prolong those cases and undermine the effort—or reassign other immigration judges handling other non-detained cases, which will exacerbate the 1.4 million case backlog that already exists.  It is the Department's reasoned decision—working in close partnership with EOIR—that the limited pool of asylum officers and immigration judges are best spent supporting the Dedicated Docket and other initiatives that achieve the goals of timely and fair adjudications.

## 2.  *Asylum Officer Rule*

On August 20, 2021, DHS and DOJ promulgated a Notice of Proposed Rulemaking (NPRM) for the so-called "Asylum Officer Rule," which seeks to address systemic problems with the asylum system in an enduring way consistent with the Administration's values.  Specifically, it amends the procedures for credible fear screenings and consideration of asylum, withholding of removal, and CAT, so as to streamline the asylum process and address the current backlogs in the system.[140]  The comment period of this NPRM recently closed, and DHS and DOJ are currently reviewing the comments received and working on a final rule.

The proposed rule addresses the fact that the number of asylum and related protection claims at the SWB has increased dramatically over the years, that the system has not been able to keep pace, and that large immigration court backlogs and lengthy adjudicated delays are the result.[141]  As stated in the NPRM, the proposed rule also evidences this Administration's recognition that "[a] system that takes years to reach a result is simply not a functional one.  It delays justice and certainty for those who need protection, and it encourages abuse by those who will not qualify for protection and smugglers who exploit the delay for profit."[142]  The Asylum Officer Rule thus responds to the very same concerns identified by the last Administration when

---

[138] Data on the number of initial hearings for individuals on Dedicate Docket, provided by EOIR on Oct. 25, 2021.

[139] Data from ICE ERO Custody Management Division FY14, 15, 16, 17, 18, 19, 20, and 21 through Aug. 31, 2021 FAMU BP Apprehensions-Subsequently Enrolled into ATD, ISAP IV EOIR Court Appearance Rates FY14 & FY15 & FY16 & FY17 & FY18 & FY19 & FY20 & FY21 through Aug. 31, 2021.

[140] Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protection Claims by Asylum Officers, 86 Fed. Reg. 46,906 (Aug. 20, 2021).

[141] *Id*. at 46,907.

[142] *Id*.

Haiti AR_000294

it adopted MPP—and to a number of the concerns relied upon by the *Texas* court—but tackles them in a transformative and systemic way, while holding true to our laws and values.

To support the more expeditious and fair adjudication of claims, the proposed rule would transfer from immigration judges to USCIS asylum officers the initial responsibility for adjudicating asylum and related protection claims made by noncitizens who are encountered at or near the border and who are placed into expedited removal proceedings.  Individuals who establish a credible fear of persecution or torture following an initial screening interview would have their applications referred to USCIS, rather than the immigration court, for further consideration of their claim.  The initial credible fear interview would serve as the basis for the individual's asylum application, thereby introducing a key efficiency into the process.

Allowing cases with positive credible-fear findings to remain within USCIS for the full asylum merits adjudication, rather than being shifted to immigration judge-review, will capitalize on the investment of time and expertise developed during the screening interview and allow cases to be resolved more quickly.  This will, in turn, employ limited asylum officer and immigration court resources more efficiently, reduce asylum backlogs, and protect against further expansions of the already large immigration court backlog.  As currently drafted, the NPRM is also designed to include key procedural safeguards—including the ability to appeal, be represented by counsel, and present additional evidence as necessary to ensure due process, respect for human dignity, and equity.  Once implemented, the Asylum Officer Rule is expected to represent a transformative and lasting shift in asylum claim processing that will ensure rapid and fair processing in a way that delivers appropriate outcomes and realistically keeps pace with the workflow.

Achieving the rule's objectives will require substantial investment in resources, training, and personnel; to fully implement this new process, USCIS will need to quadruple the current asylum officer corps.[143]  Importantly, these are the same asylum officers needed to conduct *non-refoulement* interviews for MPP.  Restarting MPP will likely undercut the ability to implement this new rule as designed.

It is the Department's reasoned view that these limited resources are better expended on implementing both the Dedicated Docket and the Asylum Officer Rule.  Like MPP, both the Dedicated Docket and the Asylum Officer Rule are designed to render timely decisions and discourage non-meritorious claims.  Unlike MPP, however, they do so without subjecting vulnerable individuals to increased risk in Mexico and without creating the inevitable barriers to accessing counsel that exist for those returned to Mexico.

## V.     Consideration of Alternatives to Terminating MPP

The Department has considered the following as alternatives to terminating MPP: First, implementing MPP in the same manner as the prior Administration.  Second, implementing with modifications designed to address some of the access-to-counsel, safety, and other humanitarian considerations, consistent with demands from the GOM.  (These modifications are currently

---

[143] *Id*. at 46,933.

Haiti AR_000295

being planned pursuant to the court's order to implement MPP in good faith.)  Third, implementing a significantly modified programmatic use of the Section 235(b)(2)(C) authority, as described below.

Reimplementation of MPP in the same manner as the prior Administration is not currently an available option.  As has been described in court filings, the United States cannot unilaterally implement MPP without the independent agreement of the GOM to accept those who the United States seeks to return.  In ongoing discussions with the GOM, the GOM has made clear it would agree to accept such returns only if certain changes were implemented, including (i) measures to ensure that cases are generally adjudicated within six months, thus limiting the amount of time individuals are waiting in Mexico; (ii) clear means of communicating to MPP enrollees accurate information about the time and date of their hearings; (iii) improved access to counsel; and (iv) better screenings to protect particularly vulnerable individuals from being returned to Mexico.  Each of these changes would, as a result, need to be made in any reimplementation.  Unless the GOM significantly changes its position, resuming the program as it existed previously is simply not possible in the foreseeable future as a matter of international diplomacy.

Moreover, the Secretary has his own independent and significant concerns about the prior implementation of MPP, including concerns about the safety and security of those returned to Mexico, deficiencies in the *non-refoulement* interview process, barriers to access to counsel, and the ways in which reimplementation of MPP would divert from other Administration goals and result in significant burdens for the Department that would limit DHS's opportunities to make other needed reforms consistent with this Administration's policy priorities.  In light of these concerns, the Secretary has decided not to resume MPP in precisely the same form as it previously existed, even if were a viable option.

As an alternative, the Secretary considered a modified implementation and enforcement plan, in the manner that the Administration is planning to start doing in the coming weeks— pending an independent decision by the GOM to facilitate returns—in order to comply with the district court's order.  As the Department moves to reimplement, it is making changes to account for GOM's concerns—changes which are designed to better protect individuals returned to Mexico and ensure, among other things, timely and accurate notice about court hearings.  In addition, the Department is evaluating what changes could be made to address the issues raised in the Red Team Report, to include changes announced by the December 2020 supplementary guidance to better ensure family unity, access to counsel during *non-refoulement* interviews, and assessment of vulnerability.  In addition, in the near term, the Department will need to put in place robust COVID-19 mitigation measures to safeguard DHS personnel, the public, and the migrants themselves from the spread of the pandemic.

The Secretary has carefully considered whether these changes would sufficiently address his concerns regarding MPP to such an extent that he would support reimplementation of a modified MPP in lieu of termination.  But ultimately he has concluded that, while helpful, they fail to address the fundamental problems with MPP—which is that it puts an international barrier between migrants and their counsel and relevant immigration court where their proceedings are pending and it places their security and safety in the hands of a sovereign nation, over which the

37

United States does not exercise control.  Further, the reimplementation of MPP diverts resources from key priorities that designed to address the same policy goals more effectively and in a more humane way, including this Administration's landmark efforts to transform our asylum system and address the root causes of migration.

A third alternative still would be to attempt to do even more to address the humanitarian and other concerns associated with MPP, thus designing a programmatic use of the Section 235(b)(2)(C) authority that aggressively tackles the humanitarian concern and is more fully aligned with the Administration's broader vision for migration management.  It is doubtful that DHS *could* adequately address these problems, given Mexican territorial sovereignty.  At best, any such effort would require the provision of significant U.S. foreign assistance to counterparts operating in Mexico to assist with housing, transportation to and from court hearings, and other protections to address safety and security concerns.  Attempting to do so would divert enormous Department of State resources away from the Administration's signature policy goals—to address the root causes and develop regional solutions for enforcing against irregular migration while providing regional approaches to lawful pathways.  Meanwhile, the fundamental flaws with MPP remain.

After careful consideration, and for all the reasons laid out in his termination memo and this explanatory document, the Secretary has concluded that there are inherent problems with the program that no amount of resources can sufficiently fix, and others that cannot be sufficiently addressed without detracting from key Administration priorities and more enduring solutions.

## VI.   Conclusion

In sum, continuation of MPP—even in a significantly modified format—is inconsistent with the current policy approach of this Administration.  Rather than forcing individuals to return to Mexico to await court hearings, this Administration is pursuing a range of other policies and rulemaking efforts—including regional approaches to addressing the root causes of migration and a reform of the asylum system—to better achieve the key goals of securing the border, reducing migratory flows, timely and fairly adjudicating asylum claims, and reducing the asylum backlog.  Many of these efforts are currently underway and will bear fruit over time; the resources needed to implement MPP will detract from these efforts.

It is squarely within the authority of the Secretary of Homeland Security to decide to pursue the immigration policies and practices that he believes are most effective, and to decide not to exercise the discretion granted him by Congress in Section 235(b)(2)(C) of the INA to continue MPP.  The Secretary reserves the prerogative to exercise this discretionary authority if circumstances—and the factors that led to this conclusion—change.  Until such time, the Secretary has determined that MPP is incompatible with his goals for managing migratory flows at the border, and doing so in a humane way, consistent with the Administration's values.

Haiti AR_000297

**Appendix 1: Encounters by Detention, Fiscal Years 2013-2021**

| Fiscal Year | Total Encounters | Continuous detention | | Booked out prior to final outcome | | Never detained | |
|---|---|---|---|---|---|---|---|
| 2013 | 287,535 | 114,673 | 40% | 76,776 | 27% | 96,086 | 33% |
| 2014 | 338,650 | 113,005 | 33% | 102,371 | 30% | 123,274 | 36% |
| 2015 | 296,856 | 105,425 | 36% | 82,221 | 28% | 109,210 | 37% |
| 2016 | 373,506 | 105,295 | 28% | 131,147 | 35% | 137,064 | 37% |
| 2017 | 292,102 | 73,809 | 25% | 106,405 | 36% | 111,888 | 38% |
| 2018 | 360,574 | 93,449 | 26% | 149,183 | 41% | 117,942 | 33% |
| 2019 | 762,912 | 100,700 | 13% | 246,099 | 32% | 416,113 | 55% |
| 2020 | 312,794 | 61,751 | 20% | 37,981 | 12% | 213,062 | 68% |
| 2021 | 665,158 | 27,402 | 4% | 62,744 | 9% | 575,012 | 86% |
| 2013-2019 | 2,712,135 | 706,356 | 26% | 894,202 | 33% | 1,111,577 | 41% |
| 2013-2021 | 3,690,087 | 795,509 | 22% | 994,927 | 27% | 1,899,651 | 51% |
| Non-MPP Cases | 991,012 | 323,425 | 33% | 251023 | 25% | 416,564 | 42% |

*Note: Non-MPP cases are defined as single adults and family units encountered between Jan. 25, 2019, and Jan. 20, 2021, and not enrolled in MPP and not expelled under Title 42.*

Source: Data derived from DHS Office of Immigration Statistics Enforcement Lifecycle, which is based on a comprehensive person-level analysis of DHS and EOIR enforcement and adjudication records. *See* Marc Rosenblum and Hongwei Zhang, *Fiscal Year 2020 Enforcement Lifecycle Report* (Dec. 2020).


An official website of the United States government


U.S. Customs and Border Protection

MENU

**Home** » **Newsroom** » **Local Media Release** »

CBP and Coast Guard respond to a Haitian smuggling venture that resulted in fatalities in Mona Island

## Newsroom

### Accountability and Transparency

### Legal Notices

### Advisories

### Media Releases

### Photo Gallery

### Video Gallery

### Press Officers

### Publications

### Social Media Directory

### Speeches/Statements

### Spotlights

### Stats and Summaries

### COVID-19

### Newsroom

Haiti AR_000299

Case 6:23-cv-00007 Document 93-3 Filed on 03/24/23 in TXSD Page 157 of 233

# CBP and Coast Guard respond to a Haitian smuggling venture that resulted in fatalities in Mona Island

**Release Date:** Fri, 07/29/2022 - 12:00

**AGUADILLA, Puerto Rico** – U.S. Customs and Border Protection, Coast Guard and other law enforcement partners rescued 68 Haitian migrants Thursday after smugglers dropped them off near the shores of Mona Island, PR. Five other Haitian migrants perished during the smuggling event.

"Transnational criminal organizations continue to recklessly endanger the lives of individuals they smuggle for their own financial gain with no regard for human life," indicated Scott Garrett, Acting Chief Patrol Agent for the Ramey Sector of the US Border Patrol.  "Smuggling organizations are abandoning migrants in remote and dangerous areas, leading to a rise in the number of rescues but also tragically a rise in the number of deaths."

Authorities recovered five bodies from the water and reported that there were 68 survivors (41 males, 25 females, and two minors) who came safely ashore.



The multi-agency effort included the U.S. Border Patrol, Air and Marine Operations, Office of Field Operations, U.S. Coast Guard, Immigration and Customs Enforcement, Homeland Security Investigations, Puerto Rico Police Department, Puerto Rico Department of Natural Resources and other Police Department municipalities.

The Coast Guard Cutters Joseph Tezanos and Joseph Napier transported the group to the Mayaguez Port of Entry where Border Patrol Agents assumed custody of the migrants. Border Patrol along with **Operation Stonegarden** partners transported the group to Ramey Sector in Aguadilla.

Ramey Sector's Border Patrol station will be processing the group of migrants under US immigration law.

Haiti AR_000300

The Caribbean Border Interagency Group (CBIG) was formally created to unify efforts of the U.S. Customs and Border Protection, the U.S. Coast Guard (USCG), Immigration and Customs Enforcement (ICE), the United States Attorney's Office for the District of Puerto Rico, and Puerto Rico Police Joint Forces of Rapid Action (FURA) in their common goal of securing the borders of Puerto Rico and the U.S. Virgin Islands against illegal migrant and drug smuggling.

*U.S. Customs and Border Protection is the unified border agency within the Department of Homeland Security charged with the comprehensive management, control, and protection of our nation's borders, combining customs, immigration, border security, and agricultural protection at and between official ports of entry.*

**Tags: Border Security, Smuggling, U.S. Border Patrol**

**Last Modified: July 29, 2022**

Click 'Share This Page' button to display social media links.


Share This Page.

## Press Officer

**Name: Jeffrey Quinones**
**Email:**
jeffrey.h.quinones@cbp.dhs.gov
**Phone:**



Haiti AR_000301

## Media Contacts

### Office of Public Affairs

☎ **(202) 344-1780**

✉ **CBPMEDIARELATIONS**

**All Other Inquiries**
☎ **(202) 325-8000**

[Return to top](#)

**Travel**     **Trade**     **Border Security**     **Newsroom**     **About CBP**     **Careers**

**Employee Resources**

     





**Contact CBP**



CBP.gov
**An official website of the U.S. Department of Homeland Security**

Accessibility

Accountability

DHS Components

# National Terrorism Advisory System

Haiti AR_000302

FOIA

Forms

Inspector General

No FEAR Act

Privacy

Site Policies

The White House

USA.gov



U.S. Department of Homeland Security

# FACT SHEET: Counter Human Smuggler Campaign Update

**Release Date:** October 6, 2022

*DHS-Led Effort Makes 5,000th Smuggler Arrest in Fewer Than 6 Months*

Launched in April 2022, the Biden Administration's "Counter Human Smuggler" campaign—a first-of-its-kind effort of unprecedented scale led by the Department of Homeland Security (DHS)—is designed to disrupt and dismantle human smuggling networks. In less than six months, this new strategy has produced over a 500% increase in human smuggling disruption activity compared to similar past operations and has recently surpassed 5,000 smuggler arrests.

Transnational criminal organizations (TCOs) that control human smuggling are increasingly exploiting migrants seeking to get to our borders, capitalizing on lies and misinformation and showing very little regard for the lives they endanger every day. Human smuggling syndicates are run like businesses, drawn by high profit margins in what is now a multi-billion-dollar operation. Smuggling networks can be extensive and complex. The Counter Human Smuggler campaign focuses on disrupting key aspects of their criminal operations, including their territory, activities, financial assets, and ability to travel and conduct commerce. DHS has committed over $60 million to the effort and surged more than 1,300 personnel in Latin America and along the Southwest Border.

Because of these increased law enforcement efforts, human smuggling organizations have been forced to change their tactics. Some have shifted their routes. They moved their stash houses – the locations where they hold people being smuggled or stash illicit weapons– further away from the border. They have also increased what they charge and often do not guarantee passage across the border. The smugglers have begun using new methods to conceal and transport migrants. In addition to the arrests, 5,549 disruptions of human smuggler infrastructure have also been carried out, which includes raiding smuggler stash houses, impounding tractor trailers that are used to smuggle migrants, and confiscating smuggler IT to track down more smugglers.

Achieving the 5,000[th] arrest milestone in less than six months demonstrates the effectiveness of this DHS-led interagency collaboration with partners from the U.S. Department of Justice, U.S. Department of State, and other federal, state, local, tribal, territorial, and foreign allies.

A snapshot of the campaign's results, which includes DHS components U.S. Immigration and Customs Enforcement (ICE) and U.S. Customs and Border Protection (CBP):

- Homeland Security Investigations (HSI) Midland, HSI Guatemala City, the HSI Guatemala Transnational Criminal Investigative Unit (TCIU), and over 500 Guatemalan law enforcement and military personnel executed a large-scale takedown of human smugglers, consisting of 28 search warrants, resulting in the seizures and arrests of 19 individuals for human smuggling. Four of the subjects will be extradited to the U.S. for prosecution in the Western District of Texas for the death of a migrant in a human smuggling event, the first time for this type of extradition from Guatemala. HSI seized over 200 cell phones, 10 vehicles, six firearms, and foreign currency valued at $90,000 in U.S. dollars.
- HSI, with assistance from the United States Border Patrol (USBP) and its state and local law enforcement partners, successfully executed four search warrants, arrested 13 subjects, and apprehended 12 undocumented non-citizens (UNC). Included in these arrests were several leaders of a human smuggling and money laundering organization. The 12 UNCs, all Mexican nationals, were apprehended at a stash house in Laredo, Texas. HSI seized numerous phones, ledgers, computers, seven firearms, three vehicles, 1,000 rounds of ammunition, and an estimated $150,000 in cash and monetary instruments. Additionally, HSI indicted three residences in and around Austin, Texas and anticipate the seizure of these properties, which were purchased with illicit proceeds.
- This interagency campaign also moved quickly to respond to the June 2022 mass casualty event that occurred in San Antonio, Texas, when more than 50 UNCs from Mexico and countries in Central America lost their lives s inside the back of a tractor trailer. The swift investigation led to four (4) criminal arrests to date in the United States linked to a criminal smuggling organization, and a main target of investigation has been identified outside of the United States. Investigators continue to gather evidence against the organization responsible in anticipation of future enforcement actions.

Human smuggling is, by definition, a transnational problem. Through its Counter Human Smuggling campaign, the Biden Administration is focused on putting these organizations out of business and working with regional partners in the Americas to apply collective expertise and resources to disrupt and dismantle these transnational criminal organizations.

###

*This campaign is consistent with our commitments under the Los Angeles Declaration on Migration and Protection endorsed at the Summit of the Americas in June of this year. On October 6, 2022, foreign ministers and representatives from among the twenty-one endorsing countries of the Los Angeles Declaration on Migration and Protection met in Lima, Peru, to advance the shared response to irregular migration and forced displacement throughout the Western Hemisphere. A U.S. Department of State fact sheet detailing progress on existing commitments made under the Los Angeles Declaration can be found* [here](https://www.state.gov/los-angeles-declaration-on-migration-and-protection-lima-ministerial-meeting/) *(https://www.state.gov/los-angeles-declaration-on-migration-and-protection-lima-ministerial-meeting/).*

**Topics**

BORDER SECURITY (/TOPICS/BORDER-SECURITY)      HUMAN TRAFFICKING (/TOPICS/HUMAN-TRAFFICKING)

**Keywords**

DEPARTMENT OF JUSTICE (DOJ) (/KEYWORDS/DEPARTMENT-JUSTICE-DOJ)      ENFORCEMENT (/KEYWORDS/ENFORCEMENT)

HOMELAND SECURITY INVESTIGATIONS (HSI) (/KEYWORDS/HOMELAND-SECURITY-INVESTIGATIONS-HSI)      HUMAN SMUGGLING (/KEYWORDS/HUMAN-SMUGGLING)

U. S. BORDER PATROL (/KEYWORDS/U-S-BORDER-PATROL)

Last Updated: 11/03/2022

Haiti_AR_000306

| | Average |
|---|---|
| Average in 30 days ending 12/13/22 | 8,281 |
| Average in 30 days ending 4/1/22 | 7,227 |
| Average in November 2021 | 5,828 |

Total Monthly SWB Encounters

| | Mexico | NCA | Other | Total |
|---|---|---|---|---|
| Oct-21 | 66,049 | 51,036 | 47,752 | 164,837 |
| Nov-21 | 63,846 | 50,238 | 60,761 | 174,845 |
| Dec-21 | 51,475 | 48,024 | 79,754 | 179,253 |
| Jan-22 | 60,341 | 31,677 | 62,856 | 154,874 |
| Feb-22 | 71,850 | 39,436 | 54,724 | 166,010 |
| Mar-22 | 88,132 | 46,008 | 88,434 | 222,574 |
| Apr-22 | 82,568 | 43,999 | 109,218 | 235,785 |
| May-22 | 77,454 | 50,178 | 113,505 | 241,137 |
| Jun-22 | 66,730 | 57,948 | 83,156 | 207,834 |
| Jul-22 | 55,692 | 48,504 | 95,966 | 200,162 |
| Aug-22 | 60,772 | 38,575 | 104,740 | 204,087 |
| Sep-22 | 63,431 | 35,995 | 128,121 | 227,547 |
| Oct-22 | 65,788 | 34,851 | 130,039 | 230,678 |

Total daily SWB encounters

| | Mexico | NCA | Other | Total |
|---|---|---|---|---|
| 1/1/2022 | 724 | 405 | 1,625 | 2,754 |
| 1/2/2022 | 766 | 569 | 1,832 | 3,167 |
| 1/3/2022 | 1,214 | 775 | 1,470 | 3,459 |
| 1/4/2022 | 1,371 | 927 | 1,211 | 3,509 |
| 1/5/2022 | 1,513 | 872 | 1,467 | 3,852 |
| 1/6/2022 | 1,573 | 949 | 1,712 | 4,234 |
| 1/7/2022 | 1,658 | 770 | 1,604 | 4,032 |
| 1/8/2022 | 1,528 | 697 | 1,561 | 3,786 |
| 1/9/2022 | 1,534 | 601 | 1,381 | 3,516 |
| 1/10/2022 | 1,833 | 697 | 1,465 | 3,995 |
| 1/11/2022 | 2,164 | 856 | 1,247 | 4,267 |
| 1/12/2022 | 2,063 | 923 | 1,646 | 4,632 |
| 1/13/2022 | 2,031 | 1,129 | 1,945 | 5,105 |
| 1/14/2022 | 2,015 | 931 | 1,741 | 4,687 |
| 1/15/2022 | 2,083 | 1,010 | 2,027 | 5,120 |
| 1/16/2022 | 1,889 | 791 | 2,668 | 5,348 |
| 1/17/2022 | 2,264 | 1,046 | 2,567 | 5,877 |
| 1/18/2022 | 2,495 | 1,613 | 2,970 | 7,078 |
| 1/19/2022 | 2,372 | 1,483 | 2,555 | 6,410 |
| 1/20/2022 | 2,251 | 1,199 | 2,826 | 6,276 |
| 1/21/2022 | 2,166 | 1,187 | 2,577 | 5,930 |
| 1/22/2022 | 2,062 | 1,136 | 2,867 | 6,065 |
| 1/23/2022 | 1,742 | 1,016 | 2,553 | 5,311 |
| 1/24/2022 | 2,255 | 1,249 | 2,628 | 6,132 |
| 1/25/2022 | 2,473 | 1,360 | 2,203 | 6,036 |
| 1/26/2022 | 2,395 | 1,294 | 1,994 | 5,683 |
| 1/27/2022 | 2,588 | 1,557 | 2,304 | 6,449 |
| 1/28/2022 | 2,547 | 1,173 | 2,274 | 5,994 |
| 1/29/2022 | 2,299 | 1,307 | 2,222 | 5,828 |
| 1/30/2022 | 2,087 | 918 | 1,952 | 4,957 |
| 1/31/2022 | 2,386 | 1,237 | 1,762 | 5,385 |
| 2/1/2022 | 2,475 | 1,391 | 2,024 | 5,890 |
| 2/2/2022 | 2,836 | 1,651 | 2,039 | 6,526 |
| 2/3/2022 | 2,506 | 1,436 | 1,823 | 5,765 |
| 2/4/2022 | 2,079 | 1,156 | 1,642 | 4,877 |
| 2/5/2022 | 1,945 | 1,429 | 1,760 | 5,134 |
| 2/6/2022 | 2,009 | 1,115 | 2,023 | 5,147 |
| 2/7/2022 | 2,314 | 1,231 | 1,672 | 5,217 |
| 2/8/2022 | 2,650 | 1,707 | 1,767 | 6,124 |
| 2/9/2022 | 2,576 | 1,675 | 1,710 | 5,961 |
| 2/10/2022 | 2,782 | 1,469 | 1,579 | 5,830 |
| 2/11/2022 | 2,573 | 1,661 | 2,280 | 6,514 |
| 2/12/2022 | 2,400 | 1,684 | 1,973 | 6,057 |

Haiti_AR_000307

| Date | | | | |
|---|---|---|---|---|
| 2/13/2022 | 2,167 | 1,134 | 1,934 | 5,235 |
| 2/14/2022 | 2,390 | 1,184 | 2,346 | 5,920 |
| 2/15/2022 | 2,893 | 1,526 | 1,638 | 6,057 |
| 2/16/2022 | 2,961 | 1,713 | 1,830 | 6,504 |
| 2/17/2022 | 2,925 | 1,484 | 1,993 | 6,402 |
| 2/18/2022 | 2,958 | 1,339 | 2,257 | 6,554 |
| 2/19/2022 | 2,261 | 1,243 | 2,065 | 5,569 |
| 2/20/2022 | 2,347 | 1,144 | 2,078 | 5,569 |
| 2/21/2022 | 2,702 | 1,219 | 1,673 | 5,594 |
| 2/22/2022 | 3,064 | 1,619 | 2,015 | 6,698 |
| 2/23/2022 | 2,895 | 1,556 | 1,610 | 6,061 |
| 2/24/2022 | 2,840 | 1,531 | 2,460 | 6,831 |
| 2/25/2022 | 2,795 | 1,365 | 2,087 | 6,247 |
| 2/26/2022 | 2,480 | 1,364 | 2,210 | 6,054 |
| 2/27/2022 | 2,398 | 1,097 | 2,044 | 5,539 |
| 2/28/2022 | 2,629 | 1,313 | 2,192 | 6,134 |
| 3/1/2022 | 3,057 | 1,805 | 2,276 | 7,138 |
| 3/2/2022 | 3,061 | 1,663 | 2,408 | 7,132 |
| 3/3/2022 | 2,957 | 1,482 | 2,417 | 6,856 |
| 3/4/2022 | 2,961 | 1,384 | 2,711 | 7,056 |
| 3/5/2022 | 2,675 | 1,352 | 2,968 | 6,995 |
| 3/6/2022 | 2,155 | 1,107 | 2,593 | 5,855 |
| 3/7/2022 | 2,527 | 1,347 | 2,544 | 6,418 |
| 3/8/2022 | 3,431 | 1,725 | 2,782 | 7,938 |
| 3/9/2022 | 3,227 | 1,697 | 2,413 | 7,337 |
| 3/10/2022 | 3,209 | 1,445 | 1,991 | 6,645 |
| 3/11/2022 | 3,275 | 1,665 | 2,768 | 7,708 |
| 3/12/2022 | 2,534 | 1,415 | 2,727 | 6,676 |
| 3/13/2022 | 2,150 | 1,091 | 3,193 | 6,434 |
| 3/14/2022 | 2,850 | 1,343 | 2,599 | 6,792 |
| 3/15/2022 | 2,759 | 1,516 | 2,858 | 7,133 |
| 3/16/2022 | 2,803 | 1,444 | 3,016 | 7,263 |
| 3/17/2022 | 3,020 | 1,497 | 2,897 | 7,414 |
| 3/18/2022 | 2,754 | 1,450 | 3,098 | 7,302 |
| 3/19/2022 | 2,619 | 1,135 | 2,986 | 6,740 |
| 3/20/2022 | 2,202 | 954 | 3,529 | 6,685 |
| 3/21/2022 | 2,444 | 1,386 | 3,466 | 7,296 |
| 3/22/2022 | 3,125 | 1,728 | 3,156 | 8,009 |
| 3/23/2022 | 2,887 | 1,546 | 2,805 | 7,238 |
| 3/24/2022 | 2,924 | 1,755 | 2,948 | 7,627 |
| 3/25/2022 | 2,975 | 1,510 | 2,760 | 7,245 |
| 3/26/2022 | 2,579 | 1,519 | 2,810 | 6,908 |
| 3/27/2022 | 2,399 | 1,190 | 3,320 | 6,909 |
| 3/28/2022 | 2,880 | 1,491 | 2,634 | 7,005 |
| 3/29/2022 | 3,010 | 1,669 | 2,928 | 7,607 |
| 3/30/2022 | 3,216 | 1,893 | 3,682 | 8,791 |
| 3/31/2022 | 3,467 | 1,804 | 3,151 | 8,422 |

Haiti_AR_000308

| Date | | | | |
|---|---|---|---|---|
| 4/1/2022 | 3,218 | 1,694 | 3,584 | 8,496 |
| 4/2/2022 | 2,783 | 1,640 | 3,668 | 8,091 |
| 4/3/2022 | 2,509 | 1,388 | 3,633 | 7,530 |
| 4/4/2022 | 2,769 | 1,548 | 3,501 | 7,818 |
| 4/5/2022 | 3,416 | 1,898 | 3,651 | 8,965 |
| 4/6/2022 | 3,057 | 1,599 | 3,905 | 8,561 |
| 4/7/2022 | 3,195 | 1,462 | 3,671 | 8,328 |
| 4/8/2022 | 3,090 | 1,581 | 3,943 | 9,162 |
| 4/9/2022 | 2,834 | 1,469 | 4,491 | 8,246 |
| 4/10/2022 | 2,422 | 1,300 | 4,150 | 7,872 |
| 4/11/2022 | 2,816 | 1,590 | 4,529 | 8,935 |
| 4/12/2022 | 3,077 | 1,659 | 4,192 | 8,928 |
| 4/13/2022 | 3,098 | 1,871 | 4,298 | 9,267 |
| 4/14/2022 | 3,054 | 1,753 | 4,368 | 8,939 |
| 4/15/2022 | 2,761 | 1,774 | 4,132 | 8,903 |
| 4/16/2022 | 2,006 | 1,286 | 3,453 | 6,745 |
| 4/17/2022 | 1,638 | 851 | 3,249 | 5,738 |
| 4/18/2022 | 1,869 | 1,151 | 3,027 | 6,047 |
| 4/19/2022 | 2,641 | 1,671 | 3,532 | 7,844 |
| 4/20/2022 | 3,153 | 1,451 | 3,052 | 7,656 |
| 4/21/2022 | 2,947 | 1,556 | 3,113 | 7,616 |
| 4/22/2022 | 2,815 | 1,305 | 3,213 | 7,333 |
| 4/23/2022 | 2,467 | 1,191 | 3,249 | 6,907 |
| 4/24/2022 | 2,150 | 1,079 | 3,191 | 6,420 |
| 4/25/2022 | 2,411 | 1,099 | 3,734 | 7,244 |
| 4/26/2022 | 3,229 | 1,424 | 3,067 | 7,720 |
| 4/27/2022 | 2,691 | 1,376 | 3,193 | 7,260 |
| 4/28/2022 | 2,914 | 1,544 | 2,928 | 7,519 |
| 4/29/2022 | 3,047 | 1,403 | 3,915 | 8,232 |
| 4/30/2022 | 2,491 | 1,386 | 3,586 | 7,463 |
| 5/1/2022 | 2,246 | 955 | 3,395 | 6,596 |
| 5/2/2022 | 2,593 | 1,295 | 3,293 | 7,181 |
| 5/3/2022 | 3,060 | 1,535 | 3,277 | 7,872 |
| 5/4/2022 | 2,693 | 1,494 | 2,952 | 7,139 |
| 5/5/2022 | 2,938 | 1,553 | 3,530 | 8,021 |
| 5/6/2022 | 2,904 | 1,755 | 3,591 | 8,250 |
| 5/7/2022 | 2,490 | 1,315 | 4,265 | 8,070 |
| 5/8/2022 | 1,978 | 1,295 | 3,611 | 6,884 |
| 5/9/2022 | 2,614 | 1,867 | 3,546 | 8,027 |
| 5/10/2022 | 2,552 | 1,449 | 2,856 | 6,857 |
| 5/11/2022 | 2,553 | 1,697 | 3,895 | 8,145 |
| 5/12/2022 | 2,702 | 1,815 | 4,267 | 8,784 |
| 5/13/2022 | 2,880 | 1,487 | 4,180 | 8,547 |
| 5/14/2022 | 2,273 | 1,547 | 4,364 | 8,184 |
| 5/15/2022 | 2,073 | 1,091 | 4,171 | 7,335 |
| 5/16/2022 | 2,402 | 1,470 | 3,625 | 7,497 |
| 5/17/2022 | 3,016 | 1,981 | 4,016 | 9,013 |

Haiti_AR_000309

| Date | | | | |
|---|---|---|---|---|
| 5/18/2022 | 2,809 | 1,649 | 3,912 | 8,370 |
| 5/19/2022 | 2,921 | 1,922 | 4,043 | 8,886 |
| 5/20/2022 | 2,796 | 1,380 | 4,682 | 8,858 |
| 5/21/2022 | 2,337 | 1,731 | 4,595 | 8,663 |
| 5/22/2022 | 2,043 | 1,262 | 4,101 | 7,406 |
| 5/23/2022 | 2,234 | 1,759 | 3,111 | 7,104 |
| 5/24/2022 | 2,574 | 2,177 | 3,807 | 8,558 |
| 5/25/2022 | 2,333 | 1,863 | 3,738 | 7,934 |
| 5/26/2022 | 2,574 | 1,926 | 3,241 | 7,741 |
| 5/27/2022 | 2,309 | 1,671 | 3,603 | 7,583 |
| 5/28/2022 | 2,131 | 1,744 | 3,427 | 7,302 |
| 5/29/2022 | 1,920 | 1,316 | 3,198 | 6,434 |
| 5/30/2022 | 2,071 | 1,721 | 2,985 | 6,777 |
| 5/31/2022 | 2,435 | 2,456 | 2,228 | 7,119 |
| 6/1/2022 | 2,571 | 1,900 | 2,615 | 7,086 |
| 6/2/2022 | 2,364 | 1,911 | 2,417 | 6,692 |
| 6/3/2022 | 2,622 | 1,769 | 2,676 | 7,067 |
| 6/4/2022 | 1,863 | 1,671 | 2,821 | 6,355 |
| 6/5/2022 | 1,656 | 1,657 | 2,565 | 5,878 |
| 6/6/2022 | 2,422 | 2,074 | 2,380 | 6,876 |
| 6/7/2022 | 2,553 | 2,028 | 2,707 | 7,288 |
| 6/8/2022 | 2,634 | 2,258 | 2,088 | 6,980 |
| 6/9/2022 | 2,551 | 2,173 | 2,493 | 7,217 |
| 6/10/2022 | 2,595 | 1,741 | 2,370 | 6,706 |
| 6/11/2022 | 1,995 | 1,586 | 2,874 | 6,455 |
| 6/12/2022 | 1,952 | 1,468 | 2,999 | 6,419 |
| 6/13/2022 | 1,892 | 1,876 | 2,115 | 5,883 |
| 6/14/2022 | 2,361 | 2,272 | 2,572 | 7,205 |
| 6/15/2022 | 2,451 | 2,274 | 3,299 | 8,024 |
| 6/16/2022 | 2,537 | 1,980 | 3,091 | 7,608 |
| 6/17/2022 | 2,319 | 2,006 | 2,723 | 7,048 |
| 6/18/2022 | 1,963 | 1,705 | 3,503 | 7,171 |
| 6/19/2022 | 1,654 | 1,594 | 3,436 | 6,684 |
| 6/20/2022 | 1,782 | 1,616 | 2,842 | 6,240 |
| 6/21/2022 | 2,558 | 2,104 | 3,380 | 8,042 |
| 6/22/2022 | 2,499 | 2,217 | 2,839 | 7,555 |
| 6/23/2022 | 2,129 | 2,089 | 2,908 | 7,126 |
| 6/24/2022 | 2,278 | 2,162 | 3,005 | 7,445 |
| 6/25/2022 | 1,961 | 1,646 | 2,753 | 6,360 |
| 6/26/2022 | 1,714 | 1,698 | 2,497 | 5,909 |
| 6/27/2022 | 2,064 | 2,025 | 2,719 | 6,808 |
| 6/28/2022 | 2,253 | 2,165 | 2,466 | 6,884 |
| 6/29/2022 | 2,377 | 2,204 | 2,696 | 7,277 |
| 6/30/2022 | 2,160 | 2,079 | 3,307 | 7,546 |
| 7/1/2022 | 1,870 | 1,690 | 2,994 | 6,554 |
| 7/2/2022 | 1,900 | 1,783 | 3,441 | 7,124 |
| 7/3/2022 | 1,701 | 1,322 | 2,991 | 6,014 |

Haiti_AR_000310

| Date | | | | |
|---|---|---|---|---|
| 7/4/2022 | 1,993 | 1,782 | 3,101 | 6,876 |
| 7/5/2022 | 2,126 | 1,876 | 3,239 | 7,241 |
| 7/6/2022 | 2,130 | 1,958 | 3,605 | 7,693 |
| 7/7/2022 | 1,796 | 1,711 | 3,383 | 6,890 |
| 7/8/2022 | 1,867 | 1,572 | 3,089 | 6,528 |
| 7/9/2022 | 1,579 | 1,526 | 3,515 | 6,620 |
| 7/10/2022 | 1,488 | 1,469 | 3,381 | 6,338 |
| 7/11/2022 | 1,703 | 1,729 | 2,965 | 6,397 |
| 7/12/2022 | 2,052 | 1,837 | 3,923 | 7,812 |
| 7/13/2022 | 2,056 | 1,744 | 3,735 | 7,535 |
| 7/14/2022 | 1,930 | 1,849 | 3,173 | 6,952 |
| 7/15/2022 | 1,768 | 1,631 | 2,672 | 6,071 |
| 7/16/2022 | 1,609 | 1,557 | 3,678 | 6,844 |
| 7/17/2022 | 1,579 | 1,199 | 3,104 | 5,882 |
| 7/18/2022 | 1,475 | 1,566 | 2,950 | 5,991 |
| 7/19/2022 | 1,966 | 1,971 | 3,442 | 7,379 |
| 7/20/2022 | 1,941 | 1,516 | 2,908 | 6,365 |
| 7/21/2022 | 1,709 | 1,553 | 3,574 | 6,836 |
| 7/22/2022 | 1,933 | 1,400 | 3,033 | 6,366 |
| 7/23/2022 | 1,464 | 1,168 | 3,141 | 5,773 |
| 7/24/2022 | 1,539 | 1,235 | 2,762 | 5,536 |
| 7/25/2022 | 1,586 | 1,415 | 2,293 | 5,294 |
| 7/26/2022 | 2,031 | 1,602 | 2,855 | 6,488 |
| 7/27/2022 | 1,942 | 1,554 | 2,690 | 6,186 |
| 7/28/2022 | 1,867 | 1,528 | 2,676 | 6,071 |
| 7/29/2022 | 1,773 | 1,214 | 2,473 | 5,460 |
| 7/30/2022 | 1,798 | 1,250 | 2,589 | 5,637 |
| 7/31/2022 | 1,521 | 1,297 | 2,591 | 5,409 |
| 8/1/2022 | 1,532 | 1,290 | 2,354 | 5,176 |
| 8/2/2022 | 1,927 | 1,658 | 2,820 | 6,405 |
| 8/3/2022 | 2,003 | 1,409 | 2,739 | 6,151 |
| 8/4/2022 | 1,900 | 1,508 | 2,269 | 5,677 |
| 8/5/2022 | 2,056 | 1,440 | 2,828 | 6,324 |
| 8/6/2022 | 1,859 | 1,233 | 3,113 | 6,205 |
| 8/7/2022 | 1,728 | 995 | 3,037 | 5,760 |
| 8/8/2022 | 1,922 | 1,256 | 2,889 | 6,067 |
| 8/9/2022 | 2,400 | 1,467 | 3,348 | 7,215 |
| 8/10/2022 | 2,192 | 1,235 | 3,759 | 7,186 |
| 8/11/2022 | 2,182 | 1,479 | 3,156 | 6,817 |
| 8/12/2022 | 1,731 | 1,129 | 3,596 | 6,456 |
| 8/13/2022 | 1,887 | 1,180 | 2,919 | 5,986 |
| 8/14/2022 | 1,667 | 945 | 3,443 | 6,055 |
| 8/15/2022 | 1,651 | 1,164 | 3,498 | 6,313 |
| 8/16/2022 | 1,900 | 1,363 | 3,129 | 6,392 |
| 8/17/2022 | 2,151 | 1,482 | 3,663 | 7,296 |
| 8/18/2022 | 2,096 | 1,232 | 3,449 | 6,777 |
| 8/19/2022 | 2,032 | 1,130 | 3,740 | 6,902 |

Haiti_AR_000311

| Date | | | | |
|---|---|---|---|---|
| 8/20/2022 | 1,811 | 1,137 | 4,020 | 6,968 |
| 8/21/2022 | 1,740 | 986 | 3,686 | 6,412 |
| 8/22/2022 | 1,806 | 1,040 | 4,061 | 6,907 |
| 8/23/2022 | 2,090 | 1,172 | 3,992 | 7,254 |
| 8/24/2022 | 2,200 | 1,451 | 3,608 | 7,259 |
| 8/25/2022 | 2,242 | 1,253 | 3,787 | 7,282 |
| 8/26/2022 | 2,079 | 1,228 | 3,355 | 6,662 |
| 8/27/2022 | 1,857 | 1,208 | 3,915 | 6,980 |
| 8/28/2022 | 1,662 | 1,010 | 4,288 | 6,960 |
| 8/29/2022 | 1,978 | 1,275 | 3,967 | 7,220 |
| 8/30/2022 | 2,361 | 1,234 | 3,196 | 6,791 |
| 8/31/2022 | 2,130 | 986 | 3,116 | 6,232 |
| 9/1/2022 | 2,203 | 1,186 | 3,838 | 7,227 |
| 9/2/2022 | 2,348 | 1,039 | 4,319 | 7,706 |
| 9/3/2022 | 1,756 | 999 | 4,921 | 7,676 |
| 9/4/2022 | 1,543 | 668 | 3,372 | 5,583 |
| 9/5/2022 | 1,607 | 979 | 4,546 | 7,132 |
| 9/6/2022 | 2,097 | 1,271 | 4,047 | 7,415 |
| 9/7/2022 | 2,209 | 1,363 | 4,540 | 8,112 |
| 9/8/2022 | 2,147 | 1,341 | 4,860 | 8,348 |
| 9/9/2022 | 2,232 | 1,171 | 4,590 | 7,993 |
| 9/10/2022 | 1,912 | 1,061 | 4,356 | 7,329 |
| 9/11/2022 | 1,732 | 1,118 | 4,452 | 7,302 |
| 9/12/2022 | 1,843 | 1,060 | 4,621 | 7,524 |
| 9/13/2022 | 2,379 | 1,393 | 4,827 | 8,599 |
| 9/14/2022 | 2,263 | 1,231 | 4,795 | 8,289 |
| 9/15/2022 | 2,491 | 1,372 | 3,701 | 7,564 |
| 9/16/2022 | 1,851 | 1,127 | 4,405 | 7,383 |
| 9/17/2022 | 1,546 | 1,214 | 4,511 | 7,271 |
| 9/18/2022 | 1,641 | 968 | 4,134 | 6,743 |
| 9/19/2022 | 1,925 | 1,184 | 3,296 | 6,405 |
| 9/20/2022 | 2,432 | 1,420 | 4,014 | 7,866 |
| 9/21/2022 | 2,384 | 1,392 | 3,955 | 7,731 |
| 9/22/2022 | 2,272 | 1,245 | 4,082 | 7,599 |
| 9/23/2022 | 2,213 | 1,399 | 4,081 | 7,693 |
| 9/24/2022 | 1,910 | 1,017 | 4,436 | 7,363 |
| 9/25/2022 | 1,992 | 1,071 | 4,122 | 7,185 |
| 9/26/2022 | 2,427 | 1,197 | 4,086 | 7,710 |
| 9/27/2022 | 2,541 | 1,379 | 4,182 | 8,102 |
| 9/28/2022 | 2,435 | 1,408 | 4,139 | 7,982 |
| 9/29/2022 | 2,501 | 1,490 | 4,429 | 8,420 |
| 9/30/2022 | 2,599 | 1,232 | 4,464 | 8,295 |
| 10/1/2022 | 1,877 | 1,047 | 4,409 | 7,333 |
| 10/2/2022 | 1,815 | 885 | 4,988 | 7,688 |
| 10/3/2022 | 2,044 | 1,063 | 4,408 | 7,515 |
| 10/4/2022 | 2,574 | 1,319 | 4,607 | 8,500 |
| 10/5/2022 | 2,505 | 1,397 | 5,003 | 8,905 |

Haiti_AR_000312

| Date | | | | | |
|---|---|---|---|---|---|
| 10/6/2022 | 2,515 | 1,422 | 4,577 | 8,514 | |
| 10/7/2022 | 2,336 | 1,259 | 4,357 | 7,952 | |
| 10/8/2022 | 2,040 | 1,250 | 4,641 | 7,931 | |
| 10/9/2022 | 1,822 | 1,098 | 4,638 | 7,558 | |
| 10/10/2022 | 1,903 | 1,078 | 4,328 | 7,309 | |
| 10/11/2022 | 2,273 | 1,290 | 4,257 | 7,820 | |
| 10/12/2022 | 2,285 | 1,080 | 3,922 | 7,287 | |
| 10/13/2022 | 2,107 | 1,325 | 4,740 | 8,172 | |
| 10/14/2022 | 1,929 | 1,100 | 4,437 | 7,466 | |
| 10/15/2022 | 1,826 | 1,046 | 3,818 | 6,690 | |
| 10/16/2022 | 1,816 | 748 | 3,592 | 6,156 | |
| 10/17/2022 | 1,974 | 1,078 | 3,442 | 6,494 | |
| 10/18/2022 | 2,513 | 1,405 | 2,930 | 6,848 | |
| 10/19/2022 | 2,237 | 1,217 | 3,605 | 7,059 | |
| 10/20/2022 | 2,435 | 1,270 | 3,667 | 7,372 | |
| 10/21/2022 | 2,372 | 1,065 | 4,018 | 7,455 | |
| 10/22/2022 | 2,079 | 1,079 | 3,760 | 6,918 | |
| 10/23/2022 | 1,857 | 876 | 4,147 | 6,880 | |
| 10/24/2022 | 2,084 | 1,054 | 3,575 | 6,713 | |
| 10/25/2022 | 2,582 | 1,322 | 4,235 | 8,139 | |
| 10/26/2022 | 2,438 | 1,179 | 4,002 | 7,619 | |
| 10/27/2022 | 2,314 | 1,138 | 4,464 | 7,916 | |
| 10/28/2022 | 2,231 | 972 | 4,529 | 7,732 | |
| 10/29/2022 | 1,979 | 1,098 | 4,908 | 7,985 | |
| 10/30/2022 | 1,491 | 906 | 4,093 | 6,490 | |
| 10/31/2022 | 1,968 | 945 | 3,965 | 6,878 | |
| 11/1/2022 | 2,032 | 1,170 | 4,606 | 7,808 | |
| 11/2/2022 | 2,100 | 1,182 | 4,958 | 8,240 | |
| 11/3/2022 | 1,983 | 1,094 | 3,950 | 7,027 | |
| 11/4/2022 | 2,086 | 1,097 | 4,607 | 7,790 | |
| 11/5/2022 | 1,836 | 1,138 | 4,007 | 6,981 | |
| 11/6/2022 | 1,619 | 910 | 5,331 | 7,860 | |
| 11/7/2022 | 2,044 | 1,127 | 4,216 | 7,387 | |
| 11/8/2022 | 2,466 | 1,354 | 4,585 | 8,405 | |
| 11/9/2022 | 2,215 | 1,038 | 4,296 | 7,549 | |
| 11/10/2022 | 2,162 | 1,226 | 4,695 | 8,083 | |
| 11/11/2022 | 2,291 | 1,123 | 5,048 | 8,462 | |
| 11/12/2022 | 1,930 | 1,109 | 4,441 | 7,480 | |
| 11/13/2022 | 1,638 | 916 | 4,529 | 7,083 | |
| 11/14/2022 | 2,088 | 1,066 | 4,732 | 7,886 | Production |
| 11/15/2022 | 2469 | 1142 | 4,525 | 8136 | UIP |
| 11/16/2022 | 2345 | 1213 | 4,635 | 8193 | |
| 11/17/2022 | 2234 | 1268 | 6,063 | 9565 | |
| 11/18/2022 | 2068 | 1126 | 4,696 | 7890 | |
| 11/19/2022 | 1805 | 1004 | 5,082 | 7891 | |
| 11/20/2022 | 1501 | 859 | 4,565 | 6925 | |
| 11/21/2022 | 1775 | 1020 | 5,179 | 7974 | |

Haiti_AR_000313

| Date | | | | |
|---|---|---|---|---|
| 11/22/2022 | 1958 | 1221 | 4,762 | 7941 |
| 11/23/2022 | 1802 | 1077 | 4643 | 7522 |
| 11/24/2022 | 1851 | 1257 | 4251 | 7359 |
| 11/25/2022 | 1761 | 831 | 4566 | 7158 |
| 11/26/2022 | 1632 | 925 | 5461 | 8018 |
| 11/27/2022 | 1505 | 861 | 4746 | 7112 |
| 11/28/2022 | 1796 | 1186 | 4747 | 7729 |
| 11/29/2022 | 2092 | 1263 | 4322 | 7677 |
| 11/30/2022 | 1931 | 1216 | 6068 | 9215 |
| 12/1/2022 | 2218 | 1203 | 5092 | 8513 |
| 12/2/2022 | 1901 | 1236 | 6500 | 9637 |
| 12/3/2022 | 1492 | 951 | 5471 | 7914 |
| 12/4/2022 | 1344 | 914 | 5700 | 7958 |
| 12/5/2022 | 1888 | 1142 | 5280 | 8310 |
| 12/6/2022 | 1887 | 1085 | 5411 | 8383 |
| 12/7/2022 | 1971 | 1181 | 6170 | 9322 |
| 12/8/2022 | 1914 | 1422 | 5949 | 9285 |
| 12/9/2022 | 1875 | 1023 | 6505 | 9403 |
| 12/10/2022 | 1487 | 1100 | 6571 | 9158 |
| 12/11/2022 | 1381 | 1186 | 6260 | 8827 |
| 12/12/2022 | 1501 | 934 | 6279 | 8714 |
| 12/13/2022 | 1738 | 1234 | 5830 | 8802 |

Source: OIS pull of UIP 12/14/22

Haiti_AR_000314

**Table 21.**
**PERSONS NATURALIZED BY REGION AND COUNTRY OF BIRTH: FISCAL YEARS 2011 TO 2020**

| Region and country of birth | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| **REGION** | | | | | | | | | | |
| Total | 694,193 | 757,434 | 779,929 | 653,416 | 730,259 | 753,060 | 707,265 | 761,901 | 843,593 | 628,254 |
| Africa | 69,738 | 74,775 | 71,872 | 62,175 | 71,492 | 72,338 | 61,851 | 64,934 | 84,990 | 66,436 |
| Asia | 249,940 | 257,035 | 275,700 | 233,163 | 261,374 | 271,733 | 255,306 | 275,621 | 327,273 | 246,099 |
| Europe | 82,209 | 82,714 | 80,333 | 71,325 | 78,074 | 74,344 | 65,141 | 71,438 | 81,040 | 57,403 |
| North America | 217,750 | 261,673 | 271,807 | 222,547 | 247,492 | 259,845 | 258,371 | 277,592 | 276,910 | 204,250 |
| Oceania | 3,734 | 3,886 | 3,849 | 3,399 | 3,811 | 3,953 | 3,327 | 3,792 | 4,308 | 3,392 |
| South America | 70,485 | 76,992 | 76,167 | 60,665 | 67,927 | 70,821 | 63,063 | 67,892 | 68,678 | 50,441 |
| Unknown | 337 | 359 | 201 | 142 | 89 | 26 | 206 | 634 | 394 | 233 |
| **COUNTRY** | | | | | | | | | | |
| Total | 694,193 | 757,434 | 779,929 | 653,416 | 730,259 | 753,060 | 707,265 | 761,901 | 843,593 | 628,254 |
| Afghanistan | 1,998 | 1,758 | 2,074 | 1,853 | 1,589 | 1,444 | 1,414 | 1,569 | 2,794 | 4,025 |
| Albania | 4,267 | 3,615 | 3,538 | 3,131 | 3,237 | 2,813 | 2,169 | 2,203 | 2,778 | 2,308 |
| Algeria | 773 | 891 | 841 | 928 | 943 | 1,035 | 949 | 918 | 1,235 | 1,063 |
| American Samoa | 205 | 180 | 265 | 187 | 296 | 216 | 216 | 182 | 279 | 177 |
| Angola | 162 | 166 | 143 | 145 | 132 | 131 | 125 | 147 | 136 | 94 |
| Anguilla | 38 | 30 | 26 | 18 | 31 | 16 | 20 | 34 | 25 | 19 |
| Antigua and Barbuda | 386 | 390 | 366 | 358 | 381 | 383 | 311 | 356 | 386 | 265 |
| Argentina | 3,870 | 3,909 | 4,177 | 3,683 | 3,886 | 4,015 | 3,486 | 3,977 | 3,956 | 2,884 |
| Armenia | 3,965 | 3,285 | 3,203 | 2,488 | 2,874 | 2,516 | 1,994 | 2,085 | 2,327 | 1,852 |
| Aruba | 40 | 27 | 42 | 28 | 37 | 28 | 32 | 33 | 54 | 37 |
| Australia | 1,291 | 1,312 | 1,296 | 1,159 | 1,379 | 1,389 | 1,235 | 1,545 | 1,838 | 1,436 |
| Austria | 271 | 241 | 248 | 223 | 207 | 221 | 177 | 238 | 214 | 160 |
| Azerbaijan | 1,153 | 958 | 786 | 585 | 568 | 574 | 483 | 512 | 597 | 451 |
| Bahamas | 609 | 647 | 681 | 545 | 570 | 590 | 481 | 590 | 640 | 481 |
| Bahrain | 80 | 93 | 76 | 90 | 79 | 80 | 77 | 86 | 116 | 79 |
| Bangladesh | 7,325 | 8,417 | 9,571 | 7,475 | 9,750 | 9,949 | 8,629 | 7,797 | 9,067 | 6,883 |
| Barbados | 648 | 687 | 683 | 550 | 646 | 651 | 645 | 555 | 625 | 399 |
| Belarus | 1,814 | 1,896 | 1,797 | 1,437 | 1,710 | 1,518 | 1,313 | 1,393 | 1,575 | 1,302 |
| Belgium | 525 | 522 | 513 | 408 | 505 | 514 | 493 | 520 | 575 | 430 |
| Belize | 742 | 817 | 966 | 773 | 851 | 870 | 810 | 859 | 950 | 669 |
| Benin | 183 | 210 | 206 | 229 | 310 | 317 | 309 | 249 | 343 | 297 |
| Bermuda | 58 | 65 | 59 | 67 | 66 | 61 | 65 | 70 | 64 | 52 |
| Bhutan | 55 | 42 | 275 | 1,527 | 4,562 | 5,563 | 5,557 | 6,180 | 6,920 | 4,536 |
| Bolivia | 1,446 | 2,063 | 1,961 | 1,527 | 1,689 | 1,862 | 1,806 | 1,575 | 1,679 | 1,208 |
| Bosnia and Herzegovina | 4,259 | 4,904 | 3,602 | 2,509 | 3,304 | 2,257 | 1,780 | 1,805 | 1,709 | 1,059 |
| Botswana | 9 | 11 | 29 | 29 | 28 | 29 | 27 | 38 | 41 | 34 |
| Brazil | 10,251 | 9,884 | 9,665 | 8,625 | 10,516 | 10,268 | 9,701 | 10,538 | 10,451 | 8,323 |
| Brunei | 11 | 17 | 11 | 15 | 13 | 11 | 11 | 15 | 26 | 19 |
| Bulgaria | 3,103 | 2,964 | 2,646 | 2,226 | 2,336 | 2,086 | 1,887 | 1,825 | 2,251 | 1,656 |
| Burkina Faso | 163 | 166 | 230 | 235 | 307 | 322 | 303 | 347 | 426 | 376 |
| Burma | 2,321 | 2,384 | 3,489 | 4,225 | 6,045 | 6,956 | 6,825 | 7,858 | 11,674 | 9,181 |
| Burundi | 168 | 209 | 379 | 415 | 437 | 406 | 266 | 284 | 394 | 280 |
| Cabo Verde | 974 | 1,037 | 1,014 | 979 | 1,054 | 1,207 | 1,355 | 1,429 | 1,316 | 930 |
| Cambodia | 4,589 | 6,189 | 4,161 | 2,866 | 2,878 | 2,756 | 2,184 | 2,467 | 2,877 | 2,405 |
| Cameroon | 2,172 | 2,459 | 2,541 | 2,120 | 3,170 | 3,088 | 2,416 | 2,319 | 3,197 | 2,873 |
| Canada | 9,318 | 9,077 | 8,690 | 8,385 | 9,492 | 9,346 | 7,829 | 9,379 | 11,059 | 8,423 |
| Cayman Islands | 15 | 29 | 17 | 13 | 30 | 80 | 23 | 23 | 35 | 20 |
| Central African Republic | 34 | 56 | 54 | 44 | 52 | 80 | 61 | 73 | 120 | 82 |
| Chad | 50 | 69 | 64 | 74 | 84 | 105 | 78 | 72 | 90 | 56 |
| Chile | 1,527 | 1,586 | 1,649 | 1,435 | 1,486 | 1,666 | 1,620 | 1,752 | 1,784 | 1,329 |

Haiti_AR_000315

| Country | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| China, People's Republic | 32,864 | 31,868 | 35,387 | 30,284 | 31,241 | 35,794 | 37,674 | 39,600 | 39,490 | 26,110 |
| Colombia | 22,693 | 23,972 | 22,196 | 16,478 | 17,207 | 18,601 | 16,184 | 17,564 | 17,126 | 12,768 |
| Congo, Democratic Republic | | 908 | 1,173 | 1,250 | 1,246 | 1,490 | 1,437 | 1,776 | 2,877 | 2,482 |
| Congo, Republic | 345 | 381 | 402 | 438 | 473 | 395 | 322 | 316 | 351 | 191 |
| Costa Rica | 1,511 | 1,597 | 1,661 | 1,461 | 1,633 | 1,862 | 1,720 | 1,860 | 1,859 | 1,394 |
| Cote d'Ivoire | 694 | 868 | 958 | 910 | 1,078 | 1,127 | 907 | 908 | 1,206 | 1,012 |
| Croatia | 569 | 725 | 561 | 428 | 563 | 438 | 351 | 371 | 412 | 271 |
| Cuba | 21,071 | 31,244 | 30,482 | 24,092 | 25,770 | 32,101 | 25,961 | 32,089 | 36,246 | 31,369 |
| Curacao | - | 11 | 112 | 107 | 105 | 13 | 16 | 20 | 30 | 28 |
| Cyprus | 115 | 92 | 112 | 112 | 107 | 105 | 84 | 125 | 115 | 81 |
| Czechia | 485 | 477 | 562 | 565 | 733 | 692 | 595 | 644 | 600 | 426 |
| Czechoslovakia (former) | 310 | 291 | 232 | 303 | 371 | 344 | 251 | 260 | 325 | 206 |
| Denmark | 124 | 133 | 127 | 129 | 243 | 1,193 | 769 | 650 | 656 | 508 |
| Djibouti | 22 | 26 | 39 | 26 | 26 | 52 | 48 | 65 | 96 | 94 |
| Dominica | 594 | 597 | 642 | 520 | 653 | 610 | 539 | 612 | 740 | 391 |
| Dominican Republic | 20,508 | 33,351 | 39,590 | 23,775 | 26,665 | 31,320 | 29,734 | 22,970 | 23,101 | 18,675 |
| Ecuador | 6,929 | 8,763 | 9,470 | 6,952 | 7,664 | 8,568 | 7,748 | 7,996 | 7,731 | 5,204 |
| Egypt | 5,848 | 6,191 | 6,213 | 5,094 | 5,693 | 5,696 | 5,154 | 6,549 | 8,311 | 6,336 |
| El Salvador | 13,834 | 16,685 | 18,401 | 15,598 | 16,930 | 17,213 | 16,941 | 17,300 | 18,260 | 12,606 |
| Equatorial Guinea | 9 | 19 | 14 | 12 | 14 | 18 | 8 | 8 | 15 | 18 |
| Eritrea | 985 | 1,059 | 1,145 | 1,045 | 1,494 | 1,797 | 1,424 | 1,457 | 1,951 | 1,597 |
| Estonia | 217 | 234 | 213 | 183 | 208 | 183 | 157 | 190 | 210 | 157 |
| Eswatini | 15 | 10 | 15 | 7 | 12 | 8 | 16 | 16 | 25 | D |
| Ethiopia | 8,519 | 8,803 | 8,323 | 7,002 | 8,312 | 8,725 | 7,370 | 6,769 | 9,065 | 7,385 |
| Fiji | 1,118 | 1,134 | 1,003 | 770 | 850 | 996 | 841 | 875 | 778 | 624 |
| Finland | 344 | 329 | 300 | 274 | 301 | 303 | 279 | 283 | 343 | 250 |
| France | 2,527 | 2,358 | 2,534 | 2,589 | 2,784 | 2,841 | 2,812 | 2,854 | 3,315 | 2,553 |
| French Polynesia | 14 | 15 | 8 | 20 | 14 | 18 | 14 | 13 | 18 | 15 |
| Gabon | 53 | 80 | 72 | 63 | 89 | 83 | 67 | 81 | 113 | 87 |
| Gambia | 505 | 556 | 573 | 510 | 685 | 724 | 586 | 650 | 729 | 610 |
| Georgia | 1,253 | 1,271 | 1,205 | 898 | 1,027 | 988 | 889 | 751 | 973 | 709 |
| Germany | 4,461 | 4,192 | 4,066 | 4,375 | 4,380 | 4,329 | 3,879 | 4,284 | 4,745 | 3,162 |
| Ghana | 4,690 | 5,344 | 5,105 | 5,108 | 6,033 | 6,411 | 5,777 | 6,047 | 6,936 | 4,973 |
| Greece | 844 | 867 | 938 | 780 | 867 | 1,013 | 945 | 1,074 | 1,137 | 478 |
| Grenada | 528 | 683 | 717 | 544 | 664 | 658 | 629 | 463 | 640 | 478 |
| Guatemala | 7,285 | 8,797 | 9,530 | 8,549 | 9,344 | 9,764 | 9,131 | 9,566 | 8,948 | 6,421 |
| Guinea | 575 | 787 | 958 | 908 | 999 | 1,077 | 957 | 924 | 1,089 | 771 |
| Guinea-Bissau | 29 | 30 | 24 | 27 | 29 | 20 | 25 | 28 | 23 | 20 |
| Guyana | 5,413 | 6,201 | 6,295 | 4,327 | 5,162 | 5,284 | 4,527 | 4,625 | 5,089 | 3,631 |
| Haiti | 14,191 | 19,114 | 23,480 | 13,676 | 14,053 | 15,276 | 12,794 | 14,389 | 14,308 | 10,865 |
| Honduras | 3,980 | 5,294 | 5,462 | 4,433 | 5,039 | 5,819 | 5,310 | 5,645 | 6,353 | 5,150 |
| Hong Kong | 2,246 | 1,980 | 2,093 | 1,801 | 1,716 | 1,602 | 1,823 | 1,708 | 1,768 | 1,545 |
| Hungary | 953 | 1,014 | 984 | 891 | 941 | 934 | 729 | 922 | 983 | 754 |
| Iceland | 76 | 97 | 75 | 70 | 88 | 88 | 83 | 69 | 101 | 69 |
| India | 45,985 | 42,928 | 39,897 | 37,854 | 42,213 | 46,188 | 50,802 | 52,194 | 64,631 | 48,109 |
| Indonesia | 2,345 | 2,123 | 2,190 | 1,568 | 1,743 | 1,641 | 1,566 | 1,807 | 2,093 | 1,359 |
| Iran | 9,286 | 9,627 | 11,623 | 9,620 | 10,344 | 9,507 | 8,324 | 8,409 | 11,310 | 8,828 |
| Iraq | 3,360 | 3,523 | 7,771 | 12,377 | 14,899 | 12,130 | 7,875 | 12,448 | 18,366 | 12,321 |
| Ireland | 1,171 | 1,239 | 1,296 | 1,413 | 1,375 | 1,383 | 1,405 | 1,621 | 1,698 | 1,179 |
| Israel | 3,153 | 2,859 | 3,466 | 3,015 | 3,182 | 3,071 | 2,466 | 2,743 | 3,265 | 2,363 |
| Italy | 2,231 | 2,234 | 2,355 | 2,313 | 2,760 | 2,692 | 2,501 | 2,920 | 3,244 | 2,324 |
| Jamaica | 14,591 | 15,531 | 16,442 | 13,547 | 16,566 | 16,772 | 15,097 | 17,213 | 18,010 | 13,465 |
| Japan | 1,744 | 1,663 | 1,837 | 1,635 | 1,858 | 1,758 | 1,713 | 1,869 | 1,969 | 1,584 |
| Jordan | 2,345 | 2,436 | 2,816 | 2,427 | 2,461 | 2,552 | 2,239 | 2,630 | 3,430 | 2,607 |
| Kazakhstan | 891 | 1,040 | 909 | 789 | 819 | 760 | 729 | 823 | 1,147 | 803 |

Haiti_AR_000316

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Kenya | 3,621 | 4,170 | 4,257 | 3,885 | 4,738 | 4,834 | 4,348 | 4,302 | 5,329 | 4,186 |
| Korea, North | 13 | 19 | 27 | 24 | 23 | 16 | 15 | 30 | 25 | 17 |
| Korea, South | 12,664 | 13,790 | 15,786 | 13,587 | 14,230 | 14,347 | 14,643 | 16,031 | 16,298 | 11,350 |
| Kosovo | 465 | 510 | 487 | 392 | 547 | 530 | 410 | 451 | 597 | 482 |
| Kuwait | 869 | 820 | 920 | 791 | 819 | 790 | 677 | 789 | 1,111 | 840 |
| Kyrgyzstan | 440 | 420 | 395 | 305 | 418 | 408 | 412 | 483 | 534 | 411 |
| Laos | 5,452 | 7,027 | 3,932 | 2,564 | 2,042 | 1,999 | 1,726 | 2,027 | 2,303 | 1,704 |
| Latvia | 401 | 392 | 364 | 366 | 392 | 356 | 306 | 315 | 365 | 241 |
| Lebanon | 3,127 | 2,914 | 3,002 | 2,528 | 2,463 | 2,284 | 2,081 | 2,339 | 2,683 | 1,715 |
| Lesotho | 11 | 10 | 10 | 8 | 11 | 8 | 8 | 9 | 18 | 7 |
| Liberia | 3,794 | 3,923 | 3,035 | 3,042 | 3,042 | 3,022 | 2,421 | 2,752 | 3,334 | 2,429 |
| Libya | 180 | 195 | 206 | 228 | 193 | 210 | 207 | 308 | 447 | 309 |
| Lithuania | 973 | 938 | 933 | 744 | 752 | 626 | 584 | 699 | 885 | 529 |
| Luxembourg | 18 | 23 | 16 | 34 | 20 | 18 | 14 | 20 | 23 | 20 |
| Macau | 86 | 106 | 97 | 102 | 109 | 101 | 70 | 79 | 92 | 61 |
| Madagascar | 44 | 37 | 50 | 65 | 65 | 75 | 61 | 63 | 63 | 47 |
| Malawi | 86 | 83 | 76 | 91 | 91 | 95 | 84 | 114 | 120 | 91 |
| Malaysia | 1,137 | 1,150 | 1,169 | 1,052 | 1,113 | 1,189 | 1,170 | 1,388 | 1,406 | 942 |
| Mali | 274 | 288 | 332 | 352 | 405 | 456 | 391 | 398 | 446 | 390 |
| Malta | 54 | 44 | 40 | 50 | 50 | 43 | 47 | 51 | 49 | 37 |
| Marshall Islands | 32 | 21 | 17 | 20 | 22 | 27 | 16 | 21 | 15 | 13 |
| Mauritania | 405 | 495 | 520 | 376 | 355 | 323 | 288 | 252 | 319 | 188 |
| Mauritius | 64 | 57 | 69 | 60 | 60 | 63 | 65 | 70 | 67 | 55 |
| Mexico | 94,783 | 102,181 | 99,385 | 94,889 | 105,958 | 103,550 | 118,559 | 131,977 | 122,286 | 84,081 |
| Micronesia, Federated States | 74 | 73 | 62 | 85 | 62 | 67 | 53 | 34 | 39 | 26 |
| Moldova | 1,398 | 1,602 | 1,594 | 1,279 | 1,681 | 1,688 | 1,442 | 1,680 | 2,010 | 1,494 |
| Mongolia | 242 | 286 | 347 | 335 | 324 | 437 | 416 | 468 | 541 | 426 |
| Montenegro | 205 | 227 | 231 | 202 | 209 | 222 | 187 | 205 | 254 | 162 |
| Montserrat | 63 | 51 | 65 | 47 | 43 | 45 | 45 | 52 | 50 | 37 |
| Morocco | 3,656 | 3,872 | 3,768 | 3,538 | 3,805 | 3,684 | 2,943 | 2,644 | 3,142 | 2,462 |
| Mozambique | 49 | 48 | 34 | 34 | 43 | 51 | 38 | 43 | 61 | 32 |
| Namibia | 29 | 42 | 31 | 42 | 42 | 33 | 29 | 29 | 63 | 39 |
| Nepal | 2,235 | 2,448 | 2,711 | 2,888 | 4,225 | 4,778 | 5,004 | 5,352 | 7,409 | 5,793 |
| Netherlands | 778 | 919 | 665 | 778 | 778 | 829 | 699 | 851 | 953 | 667 |
| Netherlands Antilles (former) | 60 | 76 | 82 | 43 | 35 | 35 | 42 | 48 | 56 | 48 |
| New Zealand | 480 | 563 | 453 | 453 | 514 | 565 | 468 | 577 | 668 | 577 |
| Nicaragua | 5,092 | 5,870 | 5,064 | 3,775 | 3,951 | 4,663 | 4,181 | 4,277 | 4,346 | 3,474 |
| Niger | 124 | 143 | 167 | 161 | 180 | 140 | 126 | 110 | 143 | 112 |
| Nigeria | 9,344 | 9,322 | 9,545 | 8,667 | 10,363 | 9,520 | 7,652 | 8,459 | 11,360 | 8,929 |
| North Macedonia | 578 | 635 | 665 | 625 | 611 | 704 | 582 | 669 | 800 | 577 |
| Norway | 90 | 87 | 80 | 92 | 80 | 60 | 60 | 93 | 111 | 270 |
| Oman | 37 | 39 | 41 | 39 | 44 | 58 | 30 | 30 | 68 | 66 |
| Pakistan | 10,655 | 11,150 | 12,948 | 11,210 | 11,912 | 11,729 | 10,166 | 10,414 | 13,079 | 9,975 |
| Palau | 68 | 64 | 50 | 44 | 44 | 43 | 32 | 28 | 32 | 23 |
| Panama | 1,340 | 1,532 | 1,598 | 1,277 | 1,412 | 1,458 | 1,266 | 1,308 | 1,361 | 989 |
| Papua New Guinea | 17 | 20 | 7 | 21 | 21 | 19 | 19 | 13 | 19 | 20 |
| Paraguay | 289 | 338 | 331 | 256 | 338 | 396 | 343 | 401 | 387 | 278 |
| Peru | 10,266 | 11,814 | 9,572 | 10,701 | 10,815 | 11,319 | 10,014 | 10,043 | 9,899 | 6,910 |
| Philippines | 42,520 | 44,958 | 43,489 | 34,591 | 40,815 | 41,285 | 36,828 | 38,816 | 43,668 | 33,417 |
| Poland | 8,844 | 8,715 | 8,697 | 8,304 | 7,896 | 7,198 | 5,840 | 6,370 | 6,973 | 4,653 |
| Portugal | 1,426 | 1,585 | 1,587 | 1,690 | 1,665 | 1,607 | 1,807 | 2,031 | 1,712 | 1,081 |
| Qatar | 101 | 101 | 107 | 69 | 75 | 98 | 95 | 92 | 105 | 120 |
| Romania | 4,314 | 4,253 | 4,050 | 3,267 | 3,478 | 3,379 | 2,986 | 3,104 | 3,627 | 2,320 |
| Russia | 8,257 | 8,154 | 8,222 | 6,824 | 6,552 | 6,067 | 5,534 | 6,225 | 7,628 | 5,360 |
| Rwanda | 265 | 285 | 374 | 302 | 300 | 369 | 267 | 343 | 466 | 410 |

Haiti_AR_000317

| Country | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Saint Kitts and Nevis | 306 | 319 | 315 | 270 | 360 | 345 | 317 | 281 | 335 | 211 |
| Saint Lucia | 600 | 724 | 856 | 635 | 775 | 791 | 697 | 604 | 758 | 574 |
| Saint Vincent and the Grenadines | 416 | 511 | 574 | 405 | 467 | 500 | 507 | 401 | 528 | 363 |
| Samoa | 172 | 178 | 206 | 181 | 213 | 192 | 164 | 168 | 239 | 159 |
| Saudi Arabia | 814 | 779 | 927 | 795 | 796 | 869 | 872 | 990 | 1,313 | 998 |
| Senegal | 752 | 790 | 869 | 806 | 974 | 969 | 882 | 848 | 956 | 742 |
| Serbia | 85 | 109 | 117 | 276 | 522 | 532 | 476 | 596 | 829 | 569 |
| Serbia and Montenegro (former) | 2,185 | 2,012 | 1,830 | 1,338 | 1,297 | 1,164 | 820 | 805 | 820 | 494 |
| Seychelles | 19 | 8 | 15 | 9 | 7 | 17 | 5 | 11 | D | 13 |
| Sierra Leone | 1,831 | 1,861 | 1,613 | 1,406 | 1,692 | 1,662 | 1,328 | 1,177 | 1,604 | 1,319 |
| Singapore | 311 | 293 | 263 | 258 | 285 | 308 | 279 | 332 | 359 | 255 |
| Sint Maarten | - | - | - | 7 | 17 | 33 | 21 | 22 | D | D |
| Slovakia | 421 | 401 | 413 | 317 | 443 | 428 | 384 | 394 | 432 | 275 |
| Slovenia | 57 | 64 | 58 | 52 | 61 | 63 | 52 | 57 | 68 | 68 |
| Somalia | 7,971 | 9,286 | 6,875 | 4,097 | 3,691 | 3,998 | 3,774 | 3,979 | 6,915 | 5,684 |
| South Africa | 2,566 | 2,294 | 2,283 | 2,083 | 2,538 | 2,197 | 1,901 | 2,262 | 2,967 | 2,084 |
| South Sudan | - | 81 | 139 | 132 | 131 | 101 | 74 | 109 | 146 | 101 |
| Soviet Union (former) | 2,812 | 2,610 | 2,807 | 2,334 | 2,372 | 2,268 | 2,123 | 2,252 | 2,280 | 1,589 |
| Spain | 1,253 | 1,242 | 1,367 | 1,326 | 1,414 | 1,515 | 1,469 | 1,674 | 1,945 | 1,517 |
| Sri Lanka | 1,334 | 1,146 | 1,258 | 1,104 | 1,246 | 1,497 | 1,364 | 1,480 | 1,609 | 1,140 |
| Sudan | 2,444 | 2,291 | 1,924 | 1,482 | 1,740 | 1,776 | 1,348 | 1,611 | 2,527 | 1,753 |
| Suriname | 194 | 189 | 160 | 127 | 183 | 164 | 143 | 176 | 170 | 91 |
| Sweden | 872 | 798 | 783 | 724 | 885 | 795 | 708 | 797 | 936 | 731 |
| Switzerland | 427 | 427 | 452 | 388 | 411 | 375 | 333 | 436 | 488 | 365 |
| Syria | 1,981 | 1,814 | 2,196 | 1,832 | 2,004 | 2,043 | 1,789 | 2,475 | 3,364 | 2,455 |
| Taiwan | 5,065 | 4,573 | 5,255 | 4,326 | 4,420 | 4,043 | 4,151 | 4,576 | 4,821 | 3,422 |
| Tajikistan | 155 | 142 | 168 | 146 | 156 | 212 | 222 | 261 | 364 | 251 |
| Tanzania | 516 | 543 | 647 | 525 | 553 | 639 | 547 | 561 | 731 | 530 |
| Thailand | 5,299 | 6,585 | 5,544 | 4,805 | 5,213 | 5,211 | 4,672 | 5,324 | 6,678 | 5,572 |
| Togo | 1,523 | 1,448 | 1,380 | 1,141 | 1,171 | 1,099 | 907 | 893 | 1,054 | 927 |
| Tonga | 251 | 306 | 371 | 473 | 352 | 337 | 262 | 319 | 354 | 300 |
| Trinidad and Tobago | 5,014 | 5,596 | 5,784 | 4,147 | 4,869 | 4,867 | 4,504 | 4,378 | 4,592 | 3,027 |
| Tunisia | 377 | 431 | 499 | 435 | 443 | 473 | 344 | 306 | 730 | 295 |
| Turkey | 3,100 | 3,329 | 3,390 | 2,925 | 3,150 | 3,201 | 3,108 | 3,275 | 3,288 | 2,305 |
| Turkmenistan | 146 | 136 | 160 | 110 | 153 | 102 | 109 | 117 | 203 | 122 |
| Turks and Caicos Islands | 36 | 49 | 47 | 26 | 33 | 31 | 26 | 40 | 28 | 28 |
| Uganda | 838 | 820 | 763 | 724 | 817 | 823 | 742 | 703 | 922 | 727 |
| Ukraine | 8,489 | 9,459 | 8,624 | 6,984 | 8,926 | 8,374 | 6,644 | 6,990 | 8,019 | 5,444 |
| United Arab Emirates | 425 | 431 | 499 | 435 | 443 | 473 | 475 | 542 | 730 | 545 |
| United Kingdom | 9,246 | 9,145 | 9,459 | 8,906 | 10,095 | 9,562 | 9,049 | 10,530 | 12,195 | 8,842 |
| United States | 45 | 60 | 93 | 31 | 75 | 95 | 84 | 122 | 163 | 163 |
| Uruguay | 751 | 849 | 933 | 812 | 902 | 1,044 | 1,028 | 1,073 | 1,088 | 822 |
| Uzbekistan | 2,463 | 3,071 | 2,482 | 1,725 | 1,660 | 1,685 | 1,498 | 1,532 | 1,950 | 1,482 |
| Venezuela | 6,856 | 7,404 | 7,648 | 6,871 | 8,192 | 7,633 | 6,463 | 8,172 | 9,317 | 6,993 |
| Vietnam | 20,922 | 23,490 | 24,277 | 18,837 | 21,976 | 24,848 | 19,323 | 21,082 | 25,646 | 22,705 |
| Virgin Islands, British | 48 | 41 | 45 | 49 | 59 | 46 | 42 | 54 | 59 | 45 |
| Yemen | 1,320 | 1,452 | 1,355 | 1,160 | 1,284 | 1,490 | 1,445 | 1,544 | 2,509 | 2,158 |
| Zambia | 337 | 338 | 352 | 318 | 370 | 404 | 401 | 402 | 501 | 340 |
| Zimbabwe | 715 | 691 | 658 | 734 | 852 | 843 | 675 | 709 | 810 | 559 |
| All other countries[1] | 45 | 40 | 41 | 41 | 41 | 42 | 38 | 42 | 63 | 50 |
| Unknown | 337 | 359 | 201 | 142 | 89 | 26 | 206 | 634 | 394 | 233 |

D Data withheld to limit disclosure.
- Represents zero.
[1] Includes countries with fewer than 10 naturalizations per year.
Note: Based on N-400 data for persons aged 18 and over.

Haiti_AR_000318

Source: U.S. Department of Homeland Security.

UNCLASSIFIED // FOR OFFICIAL USE ONLY

Haiti AR_000319

# DHS Southwest Border Task Force Executive Leadership Report

## 23 SEPTEMBER 2022

**Table of Contents**

2. Encounters
3. Encounters: Recent Trends
4. Unaccompanied Children (UC) Dashboard
5. CBP in Custody
6. CBP Encounters
7. Unaccompanied Child Encounters & HHS in Care
8. Unaccompanied Children in Custody & CBP Transfers
9. Family Unit Individual Encounters
10. Family Unit Individual CBP Book-out Dispositions
11. Single Adult Encounters
12. Single Adult CBP Book-out Dispositions
13. Glossary

UNCLASSIFIED // FOR OFFICIAL USE ONLY

23 September 2022

# Encounters

## DAILY ENCOUNTERS YESTERDAY

**7,055**

**Total Encounters**

Total includes accompanied minors.

▼ 7% vs. previous day

▼ 8% vs. last week's avg

7,596 encounters 2-days ago

**359**

Unaccompanied Children

▼ 23% vs. previous day

▼ 6% vs. last week's avg

468 encounters 2-days ago

**1,777**

Family Unit Individuals

▲ 5% vs. previous day

▼ 9% vs. last week's avg

1,688 encounters 2-days ago

**4,913**

Single Adults

▼ 10% vs. previous day

▼ 8% vs. last week's avg

5,434 encounters 2-days ago

## AVERAGE WEEKLY ENCOUNTERS BY FAMILY STATUS

6,000
5,000
4,000
3,000
2,000
1,000
0
4-Aug
11-Aug
18-Aug
25-Aug
1-Sep
8-Sep
15-Sep
22-Sep
Unaccompanied Children
Family Unit Individuals
Single Adults

| | 4-Aug | 11-Aug | 18-Aug | 25-Aug | 1-Sep | 8-Sep | 15-Sep | 22-Sep |
|---|---|---|---|---|---|---|---|---|
| UC | 365 | 370 | 361 | 343 | 392 | 389 | 400 | 378 |
| FM | 1,355 | 1,622 | 1,735 | 1,831 | 1,687 | 1,791 | 1,887 | 1,713 |
| SA | 3,980 | 4,510 | 4,366 | 4,807 | 4,776 | 5,237 | 5,489 | 5,061 |
| **Total** | **5,709** | **6,514** | **6,471** | **6,990** | **6,862** | **7,423** | **7,782** | **7,159** |

## AVERAGE WEEKLY ENCOUNTERS BY SECTOR

2,500
2,000
1,500
1,000
500
0
4-Aug
11-Aug
18-Aug
25-Aug
1-Sep
8-Sep
15-Sep
22-Sep
El Paso Sector
Del Rio Sector
Rio Grande Valley Sector

| | 4-Aug | 11-Aug | 18-Aug | 25-Aug | 1-Sep | 8-Sep | 15-Sep | 22-Sep |
|---|---|---|---|---|---|---|---|---|
| El Paso | 733 | 922 | 931 | 1,040 | 1,108 | 1,245 | 1,725 | 1,689 |
| Del Rio | 1,237 | 1,699 | 1,778 | 1,912 | 1,631 | 1,937 | 1,827 | 1,525 |
| RGV | 912 | 945 | 810 | 802 | 931 | 912 | 895 | 867 |
| All Other | 2,827 | 2,948 | 2,953 | 3,237 | 3,192 | 3,328 | 3,335 | 3,078 |

## AVERAGE WEEKLY ENCOUNTERS BY NATIONALITY

5,000
4,500
4,000
3,500
3,000
2,500
2,000
1,500
1,000
500
0
4-Aug
11-Aug
18-Aug
25-Aug
1-Sep
8-Sep
15-Sep
22-Sep
Northern Central America
Mexico
Other

| | 4-Aug | 11-Aug | 18-Aug | 25-Aug | 1-Sep | 8-Sep | 15-Sep | 22-Sep |
|---|---|---|---|---|---|---|---|---|
| NCA | 1,377 | 1,301 | 1,215 | 1,168 | 1,161 | 1,095 | 1,195 | 1,181 |
| Mex | 1,780 | 2,048 | 1,869 | 1,988 | 2,034 | 1,955 | 2,114 | 1,936 |
| Other | 2,552 | 3,165 | 3,387 | 3,834 | 3,667 | 4,373 | 4,473 | 4,042 |
| **Total** | **5,709** | **6,514** | **6,471** | **6,990** | **6,862** | **7,423** | **7,782** | **7,159** |

Haiti AR_000320

UNCLASSIFIED // FOR OFFICIAL USE ONLY

23 September 2022

# Encounters: Recent Trends



## DAILY ENCOUNTERS BY NATIONALITY

| | Mexico | Venezuela | Cuba | Nicaragua | Guatemala | Honduras | Colombia | Peru | El Salvador | Ecuador | Haiti | Dom. Rep. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Daily Encounters | 1,936 | 1,078 | 838 | 566 | 489 | 486 | 465 | 261 | 205 | 166 | 136 | 63 |
| 7-Day Average UC | 74 | 8 | 6 | 9 | 143 | 86 | 3 | 2 | 35 | 7 | 0 | 0 |
| 7-Day Average FM | 161 | 285 | 242 | 101 | 51 | 118 | 240 | 122 | 50 | 105 | 43 | 15 |
| 7-Day Average SA | 1,695 | 785 | 590 | 456 | 296 | 282 | 222 | 136 | 121 | 54 | 92 | 48 |
| 12-Month Change | 1% | 220% | 434% | 144% | -39% | -48% | 507% | 808% | -46% | -33% | -71% | N/A |
| 3-Month Change | -10% | 163% | 59% | 59% | -40% | -42% | 8% | 39% | -36% | 52% | 25% | N/A |
| 1-Month Change | -3% | 11% | 22% | 27% | 1% | -1% | 2% | -15% | 7% | 32% | -42% | 49% |
| 1-Week Change | -8% | -11% | -12% | -14% | -3% | -3% | 12% | 2% | 9% | 1% | -22% | -9% |

Data valid as of September 22, 2022 0545. Change percentages reflect the daily average compared to the daily average from the respective period.

### ENCOUNTERS: TOP 6 OTHER COUNTRIES

Nicaragua | Ecuador | Colombia | Haiti | Peru

### ENCOUNTERS: TOP 5 NON-MEXICAN COUNTRIES

Guatemala | Honduras | El Salvador | Venezuela | Cuba

Haiti AR_000321public

UNCLASSIFIED // FOR OFFICIAL USE ONLY

23 September 2022

# UC Dashboard



23 September 2022

UNCLASSIFIED // FOR OFFICIAL USE ONLY

# CBP in Custody

## CBP in Custody

| Country of Citizenship | Total Count | 1-Day Change | 7-Day Avg | 1-Week Change | Avg TIC | < 72 hours | 72 =<120 hours | >= 120 hours |
|---|---|---|---|---|---|---|---|---|
| Mexico | 471 | ▼ 8% | 466 | ▲ 15% | 33 | 443 | 8 | 20 |
| Guatemala | 538 | ▼ 32% | 689 | ▲ 11% | 42 | 456 | 37 | 45 |
| Honduras | 558 | ▲ 21% | 520 | ▲ 1% | 48 | 413 | 125 | 20 |
| El Salvador | 199 | ▼ 4% | 240 | ▼ 14% | 56 | 137 | 30 | 32 |
| NCA Total | 1,295 | ▼ 11% | 1,450 | ▲ 2% | 47 | 1,006 | 192 | 97 |
| Venezuela | 2,904 | ▼ 6% | 3,285 | ▲ 4% | 64 | 1,785 | 683 | 436 |
| Cuba | 1,395 | ▼ 11% | 1,666 | ▲ 26% | 42 | 1,169 | 155 | 71 |
| Nicaragua | 1,254 | ▼ 23% | 1,740 | ▲ 11% | 50 | 953 | 208 | 93 |
| Colombia | 1,091 | ▼ 8% | 1,503 | ▲ 2% | 53 | 838 | 129 | 124 |
| Peru | 473 | ▲ 16% | 668 | ▲ 4% | 57 | 368 | 36 | 69 |
| Ecuador | 461 | ▼ 5% | 525 | ▲ 9% | 73 | 302 | 67 | 92 |
| Haiti | 38 | ▼ 24% | 39 | ▲ 181% | 58 | 28 | 5 | 5 |
| Dom. Rep. | 188 | ▼ 6% | 245 | ▲ 2% | 91 | 90 | 40 | 58 |
| Other | 1,020 | ▼ 10% | 1,342 | ▼ 8% | 76 | 686 | 87 | 247 |
| Other Total | 8,824 | ▼ 10% | 11,013 | ▼ 9% | 59 | 6,219 | 1,410 | 1195 |
| CBP Total | 10,590 | ▼ 10% | 12,928 | ▼ 8% | 56 | 7,668 | 1,610 | 1,312 |

CBP custody data covers persons in custody as of September 23, 2022 05:28.

## CBP Family Unit Individuals in Custody by Location

| USBP Sector/OFO Field Office | Count | 1-Day Chg | 7-Day Avg | 1-Week Change | % Capacity | Avg TIC |
|---|---|---|---|---|---|---|
| San Diego | 126 | ▼ 16% | 181 | ▲ 19% | 22% | 33 |
| El Centro | 66 | ▼ 4% | 102 | ▼ 33% | 52% | 27 |
| Yuma | 497 | ▲ 4% | 443 | ▼ 33% | 140% | 52 |
| Tucson | 139 | ▼ 26% | 193 | ▼ 22% | 28% | 34 |
| El Paso | 584 | ▼ 5% | 835 | - flat - | 68% | 26 |
| Big Bend | 0 | - flat - | 0 | - flat - | 0% | 0 |
| Del Rio | 250 | - flat - | 281 | ▼ 45% | 54% | 21 |
| Laredo | 35 | ▼ 73% | 107 | ▼ 58% | 6% | 31 |
| RGV | 458 | ▼ 6% | 728 | ▲ 22% | 36% | 55 |
| USBP Total | 2,155 | ▼ 6% | 2,869 | ▼ 16% | 43% | 39 |
| San Diego FO | 44 | ▲ 47% | 40 | ▼ 20% | 42% | 25 |
| Tucson FO | 0 | - flat - | 1 | ▼ 14% | 0% | 0 |
| El Paso FO | 4 | N/A | 1 | ▼ 89% | 9% | 17 |
| Laredo FO | 0 | ▼ 100% | 8 | ▼ 440% | 0% | 0 |
| OFO Total | 48 | ▲ 2% | 49 | ▲ 41% | 18% | 24 |
| Total | 2,203 | ▼ 6% | 2,919 | ▼ 15% | 42% | 38 |

Data covers family unit individuals in custody as of September 23, 2022 05:28.

## CBP Single Adults in Custody by Location

| USBP Sector/OFO Field Office | Count | 1-Day Change | 7-Day Avg | 1-Week Change | % Capacity | Avg TIC |
|---|---|---|---|---|---|---|
| San Diego | 694 | ▼ 13% | 843 | ▲ 11% | 122% | 62 |
| El Centro | 175 | ▼ 4% | 245 | ▲ 37% | 137% | 38 |
| Yuma | 685 | ▲ 26% | 605 | ▼ 22% | 194% | 36 |
| Tucson | 448 | ▼ 19% | 571 | ▲ 12% | 91% | 55 |
| El Paso | 2,423 | ▼ 10% | 2,592 | ▼ 6% | 282% | 60 |
| Big Bend | 74 | ▲ 469% | 47 | ▲ 313% | 28% | 53 |
| Del Rio | 828 | ▼ 10% | 795 | ▲ 46% | 178% | 25 |
| Laredo | 681 | ▼ 14% | 769 | ▲ 22% | 125% | 81 |
| RGV | 1,672 | ▲ 25% | 2,811 | ▲ 1% | 131% | 102 |
| USBP Total | 7,680 | ▼ 12% | 9,278 | ▼ 7% | 155% | 65 |
| San Diego FO | 85 | - flat - | 93 | ▼ 1% | 80% | 39 |
| Tucson FO | 0 | ▼ 100% | 3 | ▼ 10% | 0% | 0 |
| El Paso FO | 7 | ▲ 40% | 5 | ▲ 27% | 16% | 20 |
| Laredo FO | 7 | ▲ 42% | 12 | ▲ 200% | 9% | 18 |
| OFO Total | 99 | ▼ 7% | 112 | ▲ 7% | 37% | 36 |
| Total | 7,779 | ▼ 12% | 9,390 | ▼ 6% | 149% | 64 |

Data covers single adults in custody as of September 23, 2022 05:28.

# CBP Encounters

| Country of Citizenship | USBP Encounters | | | | | | OFO Encounters | | | | | | CBP Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 7-Day Avg | 21-Day Avg | UC | FM | SA | Total | 7-Day Avg | 21-Day Avg | UC | FM | SA | Total | 7-Day Avg | 21-Day Avg |
| **Mexico** | 1,652 | 1,663 | 1,738 | 63 | 57 | 1,532 | 308 | 273 | 264 | 10 | 138 | 155 | 1,960 | 1,936 | 2,002 |
| Guatemala | 460 | 480 | 481 | 123 | 62 | 275 | 11 | 9 | 13 | 0 | 5 | 6 | 471 | 489 | 494 |
| Honduras | 399 | 412 | 398 | 89 | 80 | 230 | 80 | 74 | 70 | 1 | 55 | 24 | 479 | 486 | 469 |
| El Salvador | 168 | 188 | 179 | 26 | 43 | 99 | 6 | 18 | 16 | 0 | 4 | 2 | 174 | 205 | 195 |
| **NCA Total** | 1,027 | 1,080 | 1,058 | 238 | 185 | 604 | 97 | 101 | 99 | 1 | 64 | 32 | 1,124 | 1,181 | 1,157 |
| Venezuela | 1,096 | 1,077 | 1,164 | 8 | 293 | 795 | 0 | 1 | 1 | 0 | 0 | 0 | 1,096 | 1,078 | 1,165 |
| Cuba | 767 | 837 | 873 | 9 | 207 | 551 | 2 | 1 | 1 | 0 | 0 | 2 | 769 | 838 | 873 |
| Nicaragua | 501 | 566 | 597 | 13 | 97 | 391 | 0 | 0 | 1 | 0 | 0 | 0 | 501 | 566 | 598 |
| Colombia | 445 | 463 | 451 | 5 | 229 | 211 | 7 | 1 | 2 | 0 | 2 | 5 | 452 | 465 | 453 |
| Peru | 231 | 260 | 268 | 2 | 120 | 109 | 0 | 1 | 1 | 0 | 0 | 0 | 231 | 261 | 269 |
| Ecuador | 165 | 165 | 164 | 6 | 105 | 54 | 0 | 0 | 0 | 0 | 0 | 0 | 165 | 166 | 164 |
| Haiti | 12 | 11 | 6 | 0 | 5 | 7 | 204 | 124 | 163 | 0 | 90 | 114 | 216 | 136 | 169 |
| Dom. Rep. | 54 | 63 | 59 | 0 | 11 | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 54 | 63 | 59 |
| Other | 371 | 360 | 428 | 4 | 103 | 264 | 116 | 110 | 118 | 0 | 71 | 44 | 487 | 470 | 546 |
| **Other Total** | 3,642 | 3,803 | 4,009 | 47 | 1,170 | 2,425 | 329 | 238 | 287 | 0 | 163 | 165 | 3,971 | 4,042 | 4,296 |
| **CBP Total** | 6,321 | 6,546 | 6,805 | 348 | 1,412 | 4,561 | 734 | 613 | 650 | 11 | 365 | 352 | 7,055 | 7,159 | 7,455 |

Note: Data as of 9/23/2022 05:28 describes previous day's total encounters. OFO and CBP total rows also include accompanied minors encountered at ports of entry.

** NOTE: Data reports on all previous day's encounters by CBP; data valid as of 9/23/22 05:28. Daily reporting pulled from the live CBP system are based on interim numbers; values reported today do not capture final data. All Encounters may shift slightly between next day and end-of-month reporting.

23 September 2022

# Unaccompanied Child Encounters & HHS in Care

| | Encounters | | CBP Unaccompanied Children in Custody | | | | Transfers | |
|---|---|---|---|---|---|---|---|---|
| | Count | 21-Day Avg | In Custody | In Custody > 72 hours | Avg TIC (hours) | Processed Complete | TOT ERO | Mexican Returns |
| Non-Mexicans | 286 | 316 | 451 | 0 | 24 | 302 | 260 | 0 |
| Mexicans 13 and younger | 10 | 10 | 12 | 0 | 14 | 8 | 1 | 4 |
| Mexicans 14 and older | 63 | 64 | 52 | 0 | 18 | 28 | 3 | 57 |
| Total | 359 | 389 | 515 | 0 | 23 | 338 | 264 | 61 |

Data as of 9/23/22 05:28 describes previous day's unaccompanied child encounters and transfers by CBP, and today's unaccompanied children in custody.

## CBP Unaccompanied Child Encounters by Country

| Country of Citizenship | % of Total | Count | 1-day Change | 7-day Average | 1-week Change |
|---|---|---|---|---|---|
| Mexico | 20% | 73 | - flat - | 74 | ▼ 5% |
| Guatemala | 34% | 123 | ▼ 29% | 143 | ▼ 2% |
| Honduras | 25% | 90 | ▲ 26% | 86 | ▼ 9% |
| El Salvador | 7% | 26 | ▲ 54% | 35 | ▲ 15% |
| NCA Total | 67% | 239 | ▲ 32% | 264 | ▼ 6% |
| Venezuela | 2% | 8 | ▲ 20% | 8 | ▲ 38% |
| Cuba | 3% | 9 | ▲ 18% | 6 | ▲ 11% |
| Nicaragua | 4% | 13 | ▲ 160% | 9 | ▼ 23% |
| Colombia | 1% | 5 | ▲ 25% | 3 | ▲ 57% |
| Peru | 1% | 2 | ▲ 100% | 2 | ▲ 50% |
| Ecuador | 2% | 6 | ▲ 20% | 7 | ▼ 11% |
| Haiti | 0% | 0 | ▲ 100% | 0 | ▲ 200% |
| Dominican Republic | 0% | 0 | - flat - | 0 | ▲ 100% |
| Other | 1% | 4 | ▲ 20% | 4 | ▼ 4% |
| Other Total | 13% | 47 | ▲ 12% | 40 | - flat - |
| Total | | 359 | ▼ 23% | 378 | ▼ 6% |

Data as of 9/23/22 05:28 describes previous day's encounters by CBP.

## CBP Unaccompanied Child Encounters by Location

| USBP Sector / OFO Field Office | % of Total | Count | 1-Day Change | 7-day Average | 1-Week Change |
|---|---|---|---|---|---|
| San Diego | 2% | 7 | ▲ 46% | 10 | ▲ 3% |
| El Centro | 3% | 9 | ▲ 50% | 6 | ▲ 39% |
| Yuma | 6% | 20 | ▲ 100% | 19 | ▼ 18% |
| Tucson | 16% | 59 | ▼ 8% | 50 | ▼ 17% |
| El Paso | 15% | 54 | ▲ 53% | 68 | ▼ 4% |
| Big Bend | 1% | 2 | N/A | 2 | ▼ 7% |
| Del Rio | 12% | 43 | ▲ 54% | 36 | ▼ 8% |
| Laredo | 3% | 11 | ▲ 35% | 10 | ▲ 1% |
| RGV | 40% | 143 | ▲ 30% | 166 | ▲ 3% |
| USBP Total | 97% | 348 | ▼ 24% | 366 | ▼ 6% |
| San Diego FO | 1% | 2 | ▲ 33% | 3 | ▲ 45% |
| Tucson FO | 1% | 4 | ▲ 20% | 3 | ▲ 77% |
| El Paso FO | 1% | 3 | ▲ 200% | 1 | - flat - |
| Laredo FO | 1% | 2 | ▲ 33% | 4 | ▲ 138% |
| OFO Total | 3% | 11 | ▼ 8% | 12 | ▲ 15% |
| Total | | 359 | ▼ 23% | 378 | ▼ 6% |

Data as of 9/23/22 05:28 describes previous day's encounters by CBP.

## HHS ORR Unaccompanied Child Discharges by Sponsor Type

| | # Discharges | % Discharges | Avg Days |
|---|---|---|---|
| 1. Parent or Guardian | 779 | 35% | 18 |
| 2. Other Close Relative | 1,015 | 46% | 28 |
| 3. Other Sponsor | 318 | 14% | 56 |
| 4. No Sponsor | 83 | 4% | 97 |
| Total | 2,195 | | 31 |

Data as of 9/23/22 05:00 describe unaccompanied child discharges for week ending 9/22/22.

## HHS ORR Unaccompanied Children in Care

| | Previous Day | 7-Day Avg | 21-Day Avg |
|---|---|---|---|
| UCs Referred from DHS | 341 | 321 | 331 |
| UCs Discharged from HHS | 339 | 314 | 306 |
| Total in Care | 9,530 | 9,397 | 9,212 |
| Operational Occupancy | 65% | 62% | 61% |
| Discharge Rate | 3.5% | 3.3% | 3.3% |

Data as of 9/23/22 05:00 describe unaccompanied children in care. Operational occupancy includes active influx.

UNCLASSIFIED // FOR OFFICIAL USE ONLY

Haiti AR_000325

23 September 2022

UNCLASSIFIED // FOR OFFICIAL USE ONLY

# Unaccompanied Children in Custody & CBP Transfers

| USBP Sector / OFO Field Office | CBP Unaccompanied Children in Custody | | | | | | | Transfers | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Count | 1-Day Change | 7-Day Average | 1-Week Change | % Capacity | Avg TIC | Processed Complete | TOT ERO | Mexican Returns |
| San Diego | 10 | - flat - | 8 | ▼30% | 2% | 16 | 4 | 3 | 8 |
| El Centro | 11 | ▲267% | 6 | ▲48% | 9% | 21 | 9 | 1 | 0 |
| Yuma | 18 | ▲6% | 20 | ▼24% | 5% | 17 | 14 | 17 | 4 |
| Tucson | 93 | ▲133% | 59 | ▼35% | 19% | 26 | 61 | 18 | 18 |
| El Paso | 123 | ▲4% | 123 | ▲3% | 14% | 32 | 84 | 43 | 4 |
| Big Bend | 1 | N/A | 2 | ▲300% | 0% | 6 | 0 | 0 | 0 |
| Del Rio | 56 | ▲124% | 42 | ▼34% | 12% | 22 | 37 | 21 | 6 |
| Laredo | 11 | ▼27% | 9 | ▲6% | 2% | 18 | 8 | 5 | 11 |
| RGV | 189 | ▲16% | 188 | ▲13% | 15% | 17 | 121 | 154 | 9 |
| USBP Total | 512 | ▲31% | 457 | ▼7% | 10% | 23 | 338 | 262 | 60 |
| San Diego FO | 2 | ▼50% | 5 | ▼33% | 2% | 20 | 0 | 2 | 1 |
| Tucson FO | 0 | - flat - | 1 | N/A | 0% | 0 | 0 | 0 | 0 |
| El Paso FO | 1 | N/A | 0 | ▼50% | 2% | 9 | 0 | 0 | 0 |
| Laredo FO | 0 | ▲100% | 2 | ▲175% | 0% | 0 | 0 | 0 | 0 |
| OFO Total | 3 | ▼50% | 8 | ▲10% | 1% | 16 | 0 | 2 | 1 |
| Total | 515 | ▲30% | 465 | ▼7% | 10% | 23 | 338 | 264 | 61 |

Data as of 9/23/22 05:28 describes today's unaccompanied children in custody and previous day's unaccompanied child transfers by CBP.

Haiti AR_000326

UNCLASSIFIED // FOR OFFICIAL USE ONLY

Haiti AR_000327

# Family Unit Individual Encounters

| Country of Citizenship | USBP Encounters | | | | | OFO Encounters | | | | | CBP Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | % of Total | Count | 1-day Change | 7-day Average | 1-Week Change | Count | 1-day Change | 7-day Average | 1-Week Change | % of Total | % of Total | Count | 1-day Change | 7-day Average | 1-Week Change |
| Mexico | 3% | 57 | ▲20% | 62 | ▼13% | 138 | ▼5% | 99 | ▲5% | 8% | 11% | 195 | ▼10% | 161 | ▼3% |
| Guatemala | 3% | 62 | ▼48% | 46 | ▼4% | 5 | ▲44% | 5 | ▼58% | 0% | 4% | 67 | ▲31% | 51 | ▼14% |
| Honduras | 5% | 80 | ▼12% | 71 | ▼3% | 55 | ▲19% | 47 | ▼30% | 3% | 8% | 135 | ▲15% | 118 | ▼13% |
| El Salvador | 2% | 43 | ▲8% | 41 | ▼13% | 4 | ▼60% | 9 | ▲27% | 0% | 3% | 47 | ▼6% | 50 | ▲15% |
| NCA Total | 10% | 185 | ▼7% | 158 | ▲3% | 64 | ▼26% | 60 | ▼30% | 4% | 14% | 249 | ▲4% | 218 | ▼9% |
| Venezuela | 16% | 293 | ▲24% | 285 | ▲14% | 0 | - flat - | 0 | ▼80% | 0% | 16% | 293 | ▲24% | 285 | ▼15% |
| Cuba | 12% | 207 | ▲13% | 242 | ▼7% | 0 | - flat - | 0 | - flat - | 0% | 12% | 207 | ▲13% | 242 | ▼7% |
| Nicaragua | 5% | 97 | ▼9% | 101 | ▼9% | 0 | - flat - | 0 | - flat - | 0% | 5% | 97 | ▼9% | 101 | ▼9% |
| Colombia | 13% | 229 | ▲3% | 239 | ▲15% | 2 | N/A | 0 | N/A | 0% | 13% | 231 | ▲4% | 240 | ▲15% |
| Peru | 7% | 120 | ▲18% | 122 | - flat - | 0 | - flat - | 0 | ▼100% | 0% | 7% | 120 | ▲18% | 122 | ▲1% |
| Ecuador | 6% | 105 | ▲13% | 105 | ▲2% | 0 | - flat - | 0 | N/A | 0% | 6% | 105 | ▲13% | 105 | ▲2% |
| Haiti | 0% | 5 | N/A | 3 | ▲100% | 90 | ▲84% | 40 | ▼52% | 5% | 5% | 95 | ▲94% | 43 | ▼49% |
| Dom. Rep. | 1% | 11 | ▼31% | 15 | ▼53% | 0 | - flat - | 0 | - flat - | 0% | 1% | 11 | ▲31% | 15 | ▼53% |
| Other | 6% | 103 | ▲13% | 123 | ▲28% | 71 | ▲137% | 59 | ▼24% | 4% | 10% | 174 | ▲44% | 181 | ▲26% |
| Other Total | 66% | 1,170 | ▲3% | 1,235 | ▲7% | 163 | ▲106% | 99 | ▼39% | 9% | 75% | 1,333 | ▲10% | 1,334 | ▼10% |
| CBP Total | 79% | 1,412 | ▲3% | 1,455 | ▲6% | 365 | ▲17% | 258 | ▼24% | 21% | 100% | 1,777 | ▲5% | 1,713 | ▼9% |

Data reports on previous day's family unit individual encounters by CBP; data valid as of September 23, 2022 0528.

## CBP Family Unit Individual Encounters by Location

| USBP Sector / OFO Field Office | % of Total | Count | 1-day Change | 7-day Avg | 1-Week Change |
|---|---|---|---|---|---|
| San Diego | 4% | 68 | ▼24% | 99 | ▼13% |
| El Centro | 3% | 49 | ▼23% | 69 | ▲1% |
| Yuma | 20% | 358 | ▼52% | 303 | ▼3% |
| Tucson | 3% | 55 | ▲41% | 65 | ▲6% |
| El Paso | 24% | 431 | ▲10% | 456 | ▲3% |
| Big Bend | 0% | 3 | N/A | 0 | ▲50% |
| Del Rio | 16% | 285 | - flat - | 289 | ▼18% |
| Laredo | 0% | 2 | ▼67% | 4 | ▲26% |
| RGV | 9% | 161 | ▲11% | 171 | ▲5% |
| USBP Total | 79% | 1,412 | ▲3% | 1,455 | ▲6% |
| San Diego FO | 9% | 153 | ▲31% | 136 | ▲21% |
| Tucson FO | 2% | 33 | ▲54% | 26 | ▲46% |
| El Paso FO | 1% | 16 | ▲11% | 7 | ▲79% |
| Laredo FO | 9% | 163 | ▼55% | 88 | ▲50% |
| OFO Total | 21% | 365 | ▲17% | 258 | ▼24% |
| Total | 100% | 1,777 | ▲5% | 1,713 | ▼9% |

UNCLASSIFIED // FOR OFFICIAL USE ONLY

23 September 2022

10

# Family Unit Individual CBP Book-out Dispositions

## CBP Family Unit Individual Book-out Dispositions by Country of Citizenship

| Disposition Type | Mexico | Guatemala | Honduras | El Salvador | Venezuela | Cuba | Nicaragua | Colombia | Peru | Ecuador | Haiti | Dom. Rep. | Other | CBP Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Title 42 immediate | 29 | 21 | 26 | 5 | N/A | 0 | 0 | N/A | 0 | N/A | 0 | 0 | 0 | 81 |
| Title 42 delayed | 25 | 141 | 10 | 10 | N/A | 0 | 0 | N/A | 33 | N/A | 0 | 0 | 0 | 219 |
| Repatriations processed by CBP | 8 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | N/A | 9 |
| Transfer to ICE for removal processing | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Transfer to ICE for release with NTA | 5 | 0 | 3 | 0 | 0 | 8 | 0 | 6 | 14 | 0 | 0 | 0 | 4 | 40 |
| Release with NTA | 121 | 9 | 54 | 4 | 0 | 0 | 2 | 34 | 3 | 0 | 96 | 0 | 101 | 424 |
| Release with I-94 parole ATD | 3 | 6 | 12 | 19 | 279 | 213 | 148 | 145 | 66 | 97 | 1 | 18 | 83 | 1,090 |
| Release with NTR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Release OFO parole | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 210 | 178 | 105 | 38 | 279 | 221 | 151 | 185 | 116 | 97 | 97 | 18 | 188 | 1,883 |

## CBP Family Unit Individual Book-out Dispositions by USBP Sector

| Disposition Type | Big Bend | Del Rio | El Centro | El Paso | Laredo | RGV | San Diego | Tucson | Yuma | USBP Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Title 42 immediate | 0 | 36 | 0 | 37 | 2 | 0 | 6 | 0 | 0 | 81 |
| Title 42 delayed | 0 | 0 | 0 | 0 | 2 | 146 | 4 | 21 | 46 | 219 |
| Repatriations processed by CBP | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 3 |
| Transfer to ICE for removal processing | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 0 | 4 |
| Transfer to ICE for release with NTA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 32 |
| Release with NTA | 0 | 0 | 2 | 0 | 0 | 2 | 82 | 0 | 0 | 86 |
| Release with I-94 parole ATD | 0 | 181 | 50 | 473 | 119 | 87 | 0 | 115 | 65 | 1,090 |
| Release with NTR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Release OFO parole | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 0 | 217 | 52 | 510 | 123 | 237 | 92 | 139 | 145 | 1,515 |

## CBP Family Unit Individual Book-out Dispositions by OFO Field Office

| Disposition Type | El Paso | Laredo | San Diego | Tucson | OFO Total |
|---|---|---|---|---|---|
| Title 42 immediate | 0 | 0 | 0 | 0 | 0 |
| Title 42 delayed | 0 | 0 | 0 | 0 | 0 |
| Repatriations processed by CBP | 0 | 4 | 0 | 2 | 6 |
| Transfer to ICE for removal processing | 0 | 0 | 0 | 0 | 0 |
| Transfer to ICE for release with NTA | 0 | 0 | 8 | 0 | 8 |
| Release with NTA | 9 | 172 | 137 | 20 | 338 |
| Release with I-94 parole ATD | 0 | 0 | 0 | 0 | 0 |
| Release with NTR | 0 | 0 | 0 | 0 | 0 |
| Release OFO parole | 3 | 2 | 0 | 11 | 16 |
| Other | 0 | 0 | 0 | 0 | 0 |
| **Total** | 12 | 178 | 145 | 33 | 368 |

Data in "Repatriations processed by CBP" rows represent ER or reinstatement, no fear claim, bag and baggage, voluntary return, and withdrawal dispositions limited to nationals of Mexico, Guatemala, Honduras, and El Salvador.

Data valid as of September 23, 2022 05:28 describes previous day's book-outs of family unit individuals.

Haiti AR_000328

# Single Adult Encounters

| Country of Citizenship | USBP Encounters | | | | | OFO Encounters | | | | | CBP Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | % of Total | Count | 1-day Change | 7-day Average | 1-Week Change | Count | 1-day Change | 7-day Average | 1-Week Change | % of Total | Count | 1-day Change | 7-day Average | 1-Week Change |
| Mexico | 31% | 1,532 | ▼15% | 1,537 | ▼10% | 155 | ▼28% | 159 | ▲5% | 34% | 1,687 | ▼16% | 1,695 | ▼9% |
| Guatemala | 6% | 275 | ▼18% | 292 | ▲2% | 6 | ▼500% | 4 | ▼58% | 6% | 281 | ▼16% | 296 | ▲2% |
| Honduras | 5% | 230 | ▲11% | 256 | ▼3% | 24 | ▲25% | 27 | ▲30% | 5% | 254 | ▼6% | 282 | ▲5% |
| El Salvador | 2% | 99 | ▼29% | 112 | ▲13% | 2 | ▼83% | 9 | ▼27% | 2% | 101 | ▼34% | 121 | ▲16% |
| NCA Total | 12% | 604 | ▼11% | 659 | ▲2% | 32 | ▼29% | 39 | ▼30% | 13% | 636 | ▼13% | 698 | ▲4% |
| Venezuela | 16% | 795 | ▲5% | 784 | ▼10% | 0 | ▲100% | 1 | ▲80% | 16% | 795 | ▼5% | 785 | ▼10% |
| Cuba | 11% | 551 | ▼4% | 589 | ▼14% | 2 | N/A | 1 | - flat - | 11% | 553 | ▲3% | 590 | ▼14% |
| Nicaragua | 8% | 391 | ▲19% | 456 | ▲15% | 5 | ▲100% | 0 | - flat - | 8% | 391 | ▲19% | 456 | ▲15% |
| Colombia | 4% | 211 | ▲6% | 221 | ▼9% | 0 | N/A | 1 | N/A | 4% | 216 | ▲9% | 222 | ▼8% |
| Peru | 2% | 109 | ▲12% | 136 | ▼4% | 0 | - flat - | 1 | ▲100% | 2% | 109 | ▲12% | 136 | ▼5% |
| Ecuador | 1% | 54 | ▼22% | 54 | ▲9% | 0 | - flat - | 0 | N/A | 1% | 54 | ▼22% | 54 | ▼8% |
| Haiti | 0% | 7 | ▲13% | 8 | ▲100% | 114 | ▲35% | 84 | ▲52% | 2% | 121 | ▲34% | 92 | ▲4% |
| Dom. Rep. | 1% | 43 | ▲13% | 48 | ▲18% | 0 | - flat - | 0 | - flat - | 1% | 43 | ▲13% | 48 | ▲18% |
| Other | 5% | 264 | ▲10% | 234 | ▼15% | 44 | ▼21% | 51 | ▼24% | 6% | 308 | ▲4% | 285 | ▼12% |
| Other Total | 49% | 2,425 | ▲1% | 2,529 | ▼10% | 165 | ▼29% | 139 | ▼39% | 53% | 2,590 | ▲4% | 2,667 | ▼10% |
| CBP Total | 93% | 4,561 | ▼8% | 4,725 | ▼9% | 352 | ▼29% | 336 | ▼24% | 100% | 4,913 | ▼10% | 5,061 | ▼8% |

Data reports on previous day's single adult encounters by CBP; data valid as of September 23, 2022 05:28.

## CBP Single Adult Encounters by Location

| USBP Sector / OFO Field Office | % of Total | Count | 1-Day Change | 7-Day Average | 1-Week Change |
|---|---|---|---|---|---|
| San Diego | 8% | 403 | ▲25% | 382 | ▼3% |
| El Centro | 3% | 155 | ▲14% | 185 | ▲4% |
| Yuma | 12% | 597 | ▲35% | 493 | ▲11% |
| Tucson | 14% | 671 | ▼6% | 530 | ▼15% |
| El Paso | 20% | 964 | ▲25% | 1,165 | ▲4% |
| Big Bend | 1% | 46 | ▲318% | 38 | ▼7% |
| Del Rio | 23% | 1,130 | ▲1% | 1,201 | ▲16% |
| Laredo | 4% | 188 | ▲31% | 201 | ▲4% |
| RGV | 8% | 407 | ▼32% | 530 | ▼3% |
| USBP Total | 93% | 4,561 | ▼8% | 4,725 | ▼9% |
| San Diego FO | 2% | 121 | ▲26% | 128 | ▲2% |
| Tucson FO | 0% | 20 | ▼77% | 32 | ▲20% |
| El Paso FO | 1% | 29 | ▼12% | 25 | ▲16% |
| Laredo FO | 4% | 182 | ▼14% | 151 | ▲10% |
| OFO Total | 7% | 352 | ▼29% | 336 | ▼5% |
| Total | 100% | 4,913 | ▼10% | 5,061 | ▼8% |

UNCLASSIFIED // FOR OFFICIAL USE ONLY

UNCLASSIFIED // FOR OFFICIAL USE ONLY

# Single Adult CBP Book-out Dispositions

## CBP Single Adult Book-out Dispositions by Country of Citizenship

| Disposition Type | Mexico | Guatemala | Honduras | El Salvador | Venezuela | Cuba | Nicaragua | Colombia | Peru | Ecuador | Haiti | Dom. Rep. | Other | CBP Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Title 42: immediate | 1,084 | 224 | 169 | 60 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 3 | 1,543 |
| Title 42 delayed | 266 | 151 | 12 | 22 | N/A | 0 | 3 | N/A | N/A | 0 | 0 | N/A | 0 | 554 |
| Repatriations processed by CBP | 177 | 2 | 7 | 2 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 188 |
| Transfer to ICE for removal processing | 3 | 2 | 2 | 4 | 130 | 11 | 82 | 63 | 53 | 14 | 8 | 22 | 173 | 567 |
| Transfer to ICE for release with NTA | 1 | 0 | 15 | 2 | 34 | 18 | 5 | 3 | 7 | 1 | 0 | 6 | 19 | 112 |
| Release with NTA | 10 | 5 | 24 | 2 | 47 | 13 | 0 | 3 | 3 | 0 | 104 | 1 | 31 | 243 |
| Release with I-94 parole ATD | 0 | 1 | 1 | 0 | 834 | 661 | 625 | 202 | 88 | 46 | 6 | 29 | 129 | 2,622 |
| Release with NTR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Release OFO parole | 20 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 23 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 1,561 | 387 | 231 | 92 | 1,045 | 703 | 715 | 370 | 152 | 64 | 118 | 58 | 356 | 5,852 |

## CBP Single Adult Book-out Dispositions by USBP Sector

| Disposition Type | Big Bend | Del Rio | El Centro | El Paso | Laredo | RGV | San Diego | Tucson | Yuma | USBP Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Title 42: immediate | 7 | 452 | 57 | 180 | 225 | 46 | 72 | 444 | 0 | 1,483 |
| Title 42 delayed | 0 | 11 | 32 | 46 | 22 | 164 | 113 | 85 | 81 | 554 |
| Repatriations processed by CBP | 11 | 5 | 2 | 3 | 8 | 23 | 9 | 37 | 28 | 126 |
| Transfer to ICE for removal processing | 0 | 80 | 10 | 150 | 222 | 27 | 22 | 42 | 3 | 556 |
| Transfer to ICE for release with NTA | 0 | 0 | 0 | 0 | 0 | 21 | 34 | 0 | 40 | 95 |
| Release with NTA | 0 | 4 | 2 | 1 | 0 | 0 | 65 | 0 | 1 | 73 |
| Release with I-94 parole ATD | 0 | 521 | 105 | 319 | 366 | 637 | 348 | 262 | 64 | 2,622 |
| Release with NTR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 18 | 1,073 | 208 | 699 | 843 | 918 | 663 | 870 | 217 | 5,509 |

## CBP Single Adult Book-out Dispositions by OFO Field Office

| Disposition Type | El Paso | Laredo | San Diego | Tucson | OFO Total |
|---|---|---|---|---|---|
| Title 42: immediate | 8 | 34 | 14 | 4 | 60 |
| Title 42 delayed | 0 | 0 | 0 | 0 | 0 |
| Repatriations processed by CBP | 8 | 27 | 18 | 9 | 62 |
| Transfer to ICE for removal processing | 2 | 2 | 6 | 1 | 11 |
| Transfer to ICE for release with NTA | 1 | 1 | 15 | 0 | 17 |
| Release with NTA | 5 | 120 | 45 | 0 | 170 |
| Release with I-94 parole ATD | 0 | 0 | 0 | 0 | 0 |
| Release with NTR | 0 | 0 | 0 | 0 | 0 |
| Release OFO parole | 4 | 4 | 5 | 10 | 23 |
| Other | 0 | 0 | 0 | 0 | 0 |
| Total | 28 | 188 | 103 | 24 | 343 |

Data in "Repatriations processed by CBP" rows represent ER or reinstatement, no fear claim, bag and baggage, voluntary return, and withdrawal dispositions limited to nationals of Mexico, Guatemala, Honduras, and El Salvador.

Data valid as of September 23, 2022 05:28 describes previous day's book-outs of single adults.

UNCLASSIFIED // FOR OFFICIAL USE ONLY

# Leadership Report Glossary

Definitions are in alphabetical order from left to right, top to bottom

## SW Border Executive Leadership Report Color Chart

| By Demographic – | By Citizenship – | By Agency – |
|---|---|---|
| Unaccompanied Child (UC) | Mexico (Mex) | Customs and Border Protection (CBP) |
| Single Adult (SA) | Northern Triangle Countries (NTC) | Health and Human Services (HHS) |
| Family Unit (FM) | Other | Immigration and Customs Enforcement (ICE) |

| Term | Definition |
|---|---|
| **Accompanied Minor** | A child who has no lawful immigration status in the United States, is younger than 18 years old, and is traveling with a lawfully admissible adult. |
| **All non-Mexican UCs and Mexican UCs 13 or younger** | Refers to combined apprehensions/inadmissibles (under Title 8) processed under CBP's immigration authority. Under the Homeland Security Act (as amended by the Trafficking Victims Protection Reauthorization Act) non-Mexican UCs are admitted into ORR care; most Mexican UCs younger than 14 years-old are also transferred into ORR care. |
| **Alternatives to detention (ATD) enrollments with tech / without tech** | ICE program using technology and other tools to manage a noncitizen's compliance with release conditions while they are on the non-detained docket. |
| **Available beds for SW border transfer** | Operational metric based on field reporting used by ICE to describe the number of beds in interior facilities available to accept transfers from the border. |
| **Average days in care for children discharged in last 7 days** | The average number of days spent in ORR care by unaccompanied children who were discharged from ORR care over the past 7 days. |
| **Average length of stay (ICE detention)** | Calculated as time between book-in and book-out for noncitizens booked out of ICE custody. (Not calculated for noncitizens remaining in ICE custody). |
| **Beds available for border designation or transfer (UC Dashboard)** | The number of beds ostensibly available for ORR designation or transfer. This includes beds that are available for direct border placement, as well as beds that are technically available, but not necessarily for direct border placement. |
| **Capacity (CBP)** | Total short-term holding space in CBP border facilities, accounting for COVID-related restrictions. |
| **Capacity (ICE)** | Total funded ICE detention beds for single adults under current appropriations law, excluding beds that are unavailable due to litigation, COVID, and for operational or other reasons. |
| **CBP holding (UC Dashboard)** | Noncitizens held for processing in CBP border facilities. |
| **CBP processed complete** | Noncitizens in CBP facilities who have been completely processed and are awaiting transfer. |
| **Children discharged in last 7 days by individual sponsor category (UC Dashboard)** | The number of unaccompanied children who have been discharged in the last 7 days, divided into 1 of 4 sponsor categories: 1. Parent or legal guardian; 2. An immediate relative - a family member other than a parent or legal guardian (aunt, uncle, first cousin) who either was or was not previously the UC's primary caregiver; 3. Other sponsor, such as distant relatives and unrelated adult individuals; 4. No sponsors identified. |

| Term | Definition |
|---|---|
| **Children transferred out of CBP custody (UC Dashboard)** | Unaccompanied children who are booked out of CBP custody for transfer to ORR care facilities. |
| **Encounter forecast – UC Dashboard** | CBP's projected number of daily encounters with unaccompanied children from countries other than Mexico. |
| **Encounters** | The sum of USBP Title 8 apprehensions, OFO Title 8 inadmissibles, and noncitizens processed for expulsions under Title 42 authority by USBP or OFO. |
| **Expulsions** | Noncitizens expelled under Title 42 authority (see Title 42). |
| **Family unit individuals (FM)** | Individuals processed by CBP who belong to a family unit, defined as one or more minors plus their parent(s) or legal guardian(s) with whom they are traveling; excludes minor children (under the age of 18) traveling with adult family members who are not their parents or legal guardians. All references to family units or FMs are to numbers of individuals in families, not to family groupings. |
| **Flight capacity (Ice Air)** | The percentage of seats occupied based on total number of seats per flight. |
| **I-94 parole-ATD (CBP book-out disposition)** | Noncitizens paroled into the United States by CBP and enrolled in an ICE alternatives to detention (ATD) program prior to their release. |
| **In CBP holding > 72 hours (UC Dashboard)** | The number of Unaccompanied Children (excluding those from Mexico) in CBP custody over 72 hours. With the exception of Mexican and Canadian children who are amenable to Voluntary Return (VR), the Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA) requires CBP to transfer the child to ORR custody within 72 hours of determining they meet the Unaccompanied Child definition. |
| **In Detention (ICE)** | Noncitizens detained in ICE civil immigration detention system in furtherance of their removal proceedings or to affect their departure from the United States after a final order of removal from a federal immigration judge. |
| **In ORR Care > 35 days (UC Dashboard)** | Unaccompanied children who have been in ORR care over 35 days (excluding long term foster care) - an indicator that a child has been in ORR care for a long time, as the process of finding, vetting, and reunifying a sponsor with a child is ideally fewer than 35 days. |

Haiti_AR_000331

UNCLASSIFIED // FOR OFFICIAL USE ONLY

# Leadership Report Glossary

Definitions are in alphabetical order from left to right, top to bottom

| Term | Definition |
| --- | --- |
| Mexicans 14 or older (UC Dashboard) | Unaccompanied Children from Mexico may be repatriated by CBP if the following are true: • The child has not been a victim of a severe form of trafficking in persons and there is no credible evidence that the minor is at risk of being trafficked upon return to his/her country of nationality or last habitual residence (as documented on CBP Form 93); • The child does not have a fear of returning to his/her country of nationality or last habitual residence owing to a credible fear of persecution; and • The child is able to decide independently to return voluntarily to his/her country of nationality or last habitual residence. |
| Northern Central America (NCA) | El Salvador, Guatemala, and Honduras. |
| Notice to appear (NTA) | The I-862 form, a document that instructs an individual to appear before an immigration judge. This is the first step in starting removal proceedings under Section 240 of the Immigration and Nationality Act. |
| Other releases (FM and SA Dashboards) | Persons released from CBP custody without being booked into ICE custody or enrolled in ATD. |
| Parole (CBP) | Discretionary permission granted to an otherwise inadmissible noncitizen to temporarily enter the United States due to an emergency and urgent humanitarian reason or significant public benefit |
| Ports of entry | Any location in the United States or its territories that is designated as a point of entry for noncitizens and U.S. citizens. |
| Released ATD - no Tech (FM and SA Dashboards) | Noncitizens released from CBP custody and immediately enrolled in ATD without some form of technology. |
| Released ATD with Tech (FM and SA Dashboards) | Noncitizens released from CBP custody and immediately enrolled in ATD with some form of technology. |
| Repatriations | The sum of Title 8 removals and returns to countries of citizenship. |
| Room occupancy (FM Dashboard) | Number of rooms housing family units in ICE custody divided by the number of total rooms available. |

| Term | Definition |
| --- | --- |
| Single adults (SA) | Individuals encountered by CBP who are at least 18 years of age and not part of a family unit. |
| Time in custody (TIC) | Elapsed time between a noncitizen's border encounter and the time at which TIC is calculated (applies to noncitizens who remain in CBP custody at the time of the report). |
| Title 42 (T42) | Title 42 of the United States Code, which includes provisions related to public health. Under a March 2020 CDC order, border encounters processed under Title 42 authority are expelled from the United States as expeditiously as possible in the interest of U.S. public health to prevent the spread of COVID-19. |
| Title 42 delayed expulsions | Noncitizens expelled under Title 42 authority following transfer from their encounter area of responsibility to another CBP area of responsibility or to ICE for expulsion by air. |
| Title 42 immediate expulsions | Noncitizens expelled under Title 42 authority by CBP from the area of responsibility of their encounter. |
| Title 8 (T8) | Title 8 of the United States Code, which includes most provisions for immigration enforcement. Encounters processed under Title 8 authority may be subject to removal from the United States. |
| Total beds (UC Dashboard) | The number of 'total beds designated' plus the number of 'beds available to designate' (see definitions of each term). |
| Total beds designated (UC Dashboard) | The number of beds designated to unaccompanied children based on the current census of children (includes those pending transfer from CBP, in transit, and physically in ORR's care). Total beds designated = beds designated to kids in care + beds designated to kids who haven't arrived yet. |
| Total discharges from ORR care (UC Dashboard) | The number of unaccompanied children who have exited ORR's care. |
| Unaccompanied children (UC) | Children who have no lawful immigration status in the United States, are younger than 18 years old, and either: 1. Do not have a parent or legal guardian in the U.S., or 2. Do not have a parent or legal guardian in the U.S. who is able to provide care and physical custody. |
| Unaccompanied children system capacity (UC Dashboard) | A ratio (expressed as a percentage) that compares the total number of unaccompanied children in CBP and ORR care to the total number of ORR beds in use or available for initial ORR designations. |

1/12/23, 6:09 PM
Case 6:23-cv-00007   Document 93-3   Filed on 03/24/23 in TXSD   Page 190 of 233
Setting Sand Patrol Agent on Twitter: Haiti in...TXSD



Scott D. Garrett, Acting Chief Patrol Agent ✔
@USBPChiefRMY

**Happening Now!**

USBP Ramey Sector is currently working on a maritime smuggling event involving approximately 104 migrants who landed on Mona Island.  PR Department of Natural Resources provided the initial information, and multi-agency efforts are ongoing to rescue the migrants.



11:46 AM · Oct 18, 2022 · Twitter for iPad

Haiti AR_000333
https://usdhs.sharepoint.com/teams/immigrationteam/Shared Documents/Issues and Programs/Parole/Special Parole Programs/CHNV Process/Haiti/…    1/1

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2007

*Data Includes Deportable Aliens Only*

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| AFGHANISTAN | | | | | | | | | | 8 | | | | | | | | 6 | 13 | | | | 0 | 21 |
| ALBANIA | | | | | | | | | | 1 | | 5 | | | | | | | 5 | | | | 0 | 6 |
| ALGERIA | | | 1 | | | | | | | 1 | | | | | | | | | | | | | 0 | 10 |
| ANGOLA | | | 1 | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| ANTIGUA-BARBUDA | | | | | | | | | | 0 | | | | | | | | | 0 | | 2 | | 3 | 4 |
| ARGENTINA | | 2 | 6 | 3 | | | | 17 | 6 | 64 | 1 | 9 | 1 | | | | | 1 | 11 | 6 | 1 | | 7 | 82 |
| ARMENIA | | | | | | | | | | 5 | | 2 | | | | | | | 2 | | | | 0 | 7 |
| AUSTRALIA | 1 | 1 | | | | | | | | 2 | 1 | | | | | | | | 2 | | 1 | | 1 | 5 |
| AUSTRIA | | | | | | | | | | 0 | | | | | | 1 | | | 1 | | | | 0 | 1 |
| AZERBAIJAN | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | | | 0 | 1 |
| BAHAMAS | 1 | | | | | | | | | 3 | | | | | | | | | 0 | 12 | | | 12 | 15 |
| BANGLADESH | | | | 1 | | 21 | | 1 | | 23 | | 4 | 1 | 1 | | | | 1 | 7 | | | | 6 | 36 |
| BARBADOS | | | | | | | | | | 0 | | | | | | | | | 0 | | 1 | | 1 | 1 |
| BELARUS | | | | | | | | | | 0 | | | | | | | | | 3 | | | | 0 | 3 |
| BELGIUM | | | | | | | 1 | | 1 | 1 | | 2 | | | | 1 | | 1 | | | | | 0 | 3 |
| BELIZE | | 3 | 3 | 2 | | 21 | 4 | 4 | | 43 | | 4 | | | | | | | 4 | 3 | 3 | | 6 | 53 |
| BENIN | | 3 | | | | | | | | 0 | | 2 | | | | | | | 2 | | | | 0 | 2 |
| BHUTAN | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | | | 0 | 1 |
| BOLIVIA | | 2 | 2 | 2 | 15 | 46 | 9 | 2 | | 76 | | 4 | 1 | | | | 2 | 6 | 13 | 1 | 2 | | 3 | 92 |
| BOSNIA-HERZEGOVINA | | | | | | | | | | 3 | | | | | | | | | 0 | | | | 0 | 3 |
| BRAZIL | 5 | 5 | 1 | 16 | 172 | 793 | 6 | 9 | 1 | 1,008 | | 22 | | 1 | 16 | 2 | | 76 | 117 | 44 | 45 | | 89 | 1,214 |
| BULGARIA | | 1 | 1 | 2 | 2 | 1 | 1 | | | 10 | | 1 | | | | | | 4 | 7 | | | | 0 | 17 |
| BURKINA FASO | | | | | | | | | | 1 | | 1 | 1 | | | | | 4 | 6 | | | | 0 | 7 |
| BURMA | | 1 | 1 | | 3 | 3 | | 3 | | 7 | | 1 | | | | | | | 2 | | 2 | | 0 | 9 |
| CAMBODIA | | | | | | 1 | | 1 | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| CAMEROON | | | 2 | 1 | | 1 | | | | 2 | | 2 | | | | | | | 0 | | 1 | | 0 | 4 |
| CANADA | 4 | | 2 | 2 | | 3 | 1 | 1 | 2 | 15 | 64 | 54 | 17 | 35 | 32 | 16 | 15 | 303 | 536 | 3 | | | 3 | 554 |
| CAPE VERDE | | | | | 1 | | | | | 1 | | | | | | | | | 3 | | | | 0 | 4 |
| CENTRAL AFRICAN REPUBLIC | | | | | | | 1 | | | 0 | | | | | | | | | 3 | | | | 0 | 3 |
| CHILE | 2 | 13 | 4 | 13 | 5 | 7 | 11 | 12 | 2 | 56 | | 3 | | | | 1 | | 2 | 6 | 1 | 2 | 1 | 4 | 66 |
| CHINA, PEOPLES REPUBLIC OF | 4 | 5 | 20 | 3 | 101 | 553 | 13 | 38 | 1 | 730 | 11 | 27 | 7 | 8 | 1 | 1 | | 26 | 81 | 19 | 6 | 1 | 26 | 837 |
| COLOMBIA | 7 | 15 | 125 | 1 | 26 | 88 | 13 | 24 | 3 | 302 | | 29 | 7 | 6 | 1 | | | 27 | 119 | 9 | | | 46 | 467 |
| CONGO | | 3 | 1 | | | | | | | 2 | | 6 | | | | 1 | | 3 | 10 | | | | 1 | 13 |
| COSTA RICA | 3 | 3 | 1 | 34 | 17 | 42 | 5 | 40 | 4 | 149 | | 18 | | 3 | | | | | 23 | 9 | 11 | | 20 | 192 |
| CROATIA | 1 | 1 | | | | | | | | 1 | 1 | 1 | | | | | | | 1 | | | | 0 | 2 |
| CUBA | 9 | 6 | 5 | 16 | 23 | 52 | 2 | 16 | 2 | 131 | 1 | 2 | | | | | | 1 | 4 | 3,959 | 1 | 201 | 4,161 | 4,296 |
| CZECH REPUBLIC | | 3 | | 3 | | 1 | 2 | 1 | 2 | 10 | | 1 | | | | | | | 5 | | 2 | | 4 | 19 |
| CZECHOSLOVAKIA | | | | | | | 2 | 1 | | | | | | | | | | 2 | 2 | 2 | | | 2 | 4 |
| DOMINICA | | | | | | | | 1 | | 0 | | 1 | | | | | | | 0 | | | | 0 | 1 |
| DOMINICAN REPUBLIC | 1 | 1 | 1 | 15 | 54 | 3 | 112 | 9 | | 194 | | 7 | | 3 | 1 | | | 2 | 18 | 8 | 1 | 340 | 349 | 561 |
| ECUADOR | 6 | 1 | 13 | 33 | 215 | 164 | 22 | 294 | 21 | 769 | 74 | | 25 | 3 | 1 | 1 | | 45 | 149 | 21 | 18 | | 39 | 957 |
| EGYPT | | | | | | | | | | 2 | | 2 | | | | | | | 3 | | | | 4 | 9 |
| EL SALVADOR | 115 | 921 | 190 | 785 | 2,442 | 6,508 | 313 | 2,174 | 154 | 13,602 | 17 | 67 | 22 | 20 | 4 | 6 | 1 | 19 | 156 | 100 | 254 | | 354 | 14,112 |
| ERITREA | | 1 | | 2 | 2 | 86 | | | | 88 | | | | | | | | | 0 | | | | 0 | 88 |
| ESTONIA | 1 | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| ETHIOPIA | 3 | 1 | 2 | 2 | 42 | 2 | 1 | | | 46 | | 1 | | | | | | | 0 | | | | 0 | 46 |
| FRANCE | | 3 | | | | | | | | 9 | 1 | 1 | | 1 | 1 | | | 1 | 5 | | | | 5 | 19 |
| GABON | | | | | | | | | | 0 | | | | | | | | | 0 | | 1 | | 1 | 1 |
| GAMBIA | | | | | | 2 | | | | 2 | | 1 | | | | | | | 1 | | 1 | | 2 | 5 |
| GEORGIA | | 1 | | 1 | | | | 1 | | 1 | | 1 | | | | | | 1 | 2 | | | | 0 | 3 |
| GERMANY | | | 1 | | | | 2 | 1 | | 6 | 2 | 1 | | | | | | | 4 | 1 | 2 | | 3 | 13 |
| GHANA | 3 | | | | 1 | 6 | | | | 6 | | 19 | | 1 | | | | 3 | 24 | | | | 1 | 31 |
| GREECE | 1 | | | | | | | | | 1 | 1 | | | | | | | | 1 | | | | 0 | 2 |
| GRENADA | | | | | | | | | | 1 | | 1 | | | | | | | 0 | | 1 | | 1 | 3 |
| GUAM | 1 | | | | | | | | 1 | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| GUATEMALA | 157 | 872 | 195 | 1,484 | 1,821 | 3,972 | 548 | 7,045 | 213 | 16,307 | 24 | 167 | 41 | 16 | 8 | 14 | 3 | 46 | 319 | 476 | 236 | | 712 | 17,338 |



U.S. Customs and Border Protection

14-06/AR_00006004

..HOR/AIR_008306

| Country | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GUINEA | | | | | | | | | | | | | | | | | | | | 7 |
| GUYANA | | | 2 | | | | 2 | 3 | | | | | | | | 13 | | 5 | 2 | 7 | 27 |
| HAITI | | | | 1 | | 2 | 7 | | | | | | 2 | 5 | 6 | 19 | 206 | 2 | 639 | 212 | 311 |
| HONDURAS | 100 | 4,564 | 136 | 457 | 6,414 | 7,886 | 144 | 21,703 | 23,703 | 1,775 | 217 | 75 | 46 | 70 | 33 | 27 | 210 | 355 | | 994 | 22,907 |
| HONG KONG | | | | | | | | 0 | | | 2 | | 5 | | 1 | 5 | | | | | 960 |
| HUNGARY | | 1 | | | | | 1 | 0 | | | | | | 1 | | 2 | 2 | | | 1 | 7 |
| ICELAND | | | | 1 | | 2 | 3 | 0 | | | | | | | | | | | | | 30 |
| INDIA | 5 | | | 2 | 30 | 27 | 5 | 76 | 34 | 4 | 4 | | 93 | 4 | | | | | | 19 | 180 |
| INDONESIA | 7 | | | 1 | | 1 | 12 | 12 | 9 | 1 | | | 16 | 4 | | 14 | | | | 6 | 34 |
| IRAN | 1 | | | 2 | 2 | 3 | 12 | | | 3 | | | 4 | 1 | | | 2 | 4 | | | 16 |
| IRAQ | | | 1 | 5 | 5 | 3 | | 15 | | 3 | 1 | | 2 | 1 | | 1 | | | | | 17 |
| IRELAND | | | | | | | 1 | 0 | | | | | 2 | | | | | | | | 2 |
| ISRAEL | 4 | 3 | | | | | | 18 | | | 1 | | 13 | | | 1 | 2 | 3 | | | 36 |
| ITALY | | | | 2 | | 3 | 2 | 3 | | | | | 3 | 5 | | 1 | 5 | | | | 60 |
| IVORY COAST | | | | | | | 1 | 3 | | | | | 3 | 1 | | | | | | | 6 |
| JAMAICA | 2 | 4 | 1 | 4 | | 4 | 2 | 26 | | | | | 48 | 34 | 7 | | 38 | 4 | | 42 | 116 |
| JAPAN | 1 | 1 | | | | 1 | 1 | 5 | | | | | 6 | | 1 | | | | | 6 | 6 |
| JORDAN | 1 | 2 | | 1 | | 2 | 1 | 8 | 1 | | | | 6 | 4 | | 1 | 3 | 4 | | 7 | 21 |
| KAZAKHSTAN | | | | | | | | 1 | | | | | | | | | | | | | 4 |
| KENYA | 2 | | 1 | | 1 | | 2 | 9 | | 2 | | | 10 | | 1 | | | | | 4 | 19 |
| KOREA | | | | 2 | 5 | 5 | 6 | 18 | | 3 | | | 7 | | | 5 | | | | | 29 |
| KUWAIT | | 1 | 2 | 2 | 8 | 2 | | 6 | | 2 | | | 2 | 2 | | 1 | | | | | 20 |
| LAOS | 3 | | | 1 | | 1 | | 4 | | | | 1 | 1 | | | | | | | | 5 |
| LATVIA | | | | | | | | 1 | | | | | 2 | | | | | | | | 3 |
| LEBANON | | 1 | | 1 | | 4 | 4 | 8 | 1 | | | 1 | 6 | 4 | 4 | | 1 | | | 1 | 14 |
| LIBERIA | | | | 6 | | | 1 | 7 | | | | | 1 | | | | | | | 1 | 53 |
| LITHUANIA | | 3 | | 2 | | | 2 | 7 | 2 | | | | 0 | | | 1 | | 1 | | | 6 |
| MACEDONIA | | 2 | | 4 | 1 | | | 0 | | 2 | | 1 | 2 | | | | | | | | 45 |
| MALAWI | | | | 1 | | | | 0 | | 3 | | | 1 | | | | | | | 7 | 7 |
| MALAYSIA | | 1 | | | | | 1 | 2 | | 1 | | | 1 | 4 | | | 3 | 4 | | 4 | 6 |
| MALI | | | | 5 | 2 | | | 0 | | | | | 10 | | | | | | | | 19 |
| MAURITANIA | | | 2 | 8 | | 2 | | 3 | | | | 5 | 7 | 3 | | 2 | | | | | 28 |
| MAURITIUS | 1 | | | 1 | | | | 0 | | | | | 0 | | | | | | | | 3 |
| MEXICO | 5,002 | 16,286 | 55,271 | 72,293 | 44,831 | 51,975 | 37,380 | 800,634 | 518 | | | | 3,809 | 1,271 | 686 | 334 | 1,612 | 2,633 | | 4,245 | 808,683 |
| MOLDOVA | | | | | | | 1 | 0 | 1 | | | | 0 | 1 | | | | | | | 1 |
| MOROCCO | | | | | | | 4 | 4 | | | 2 | | 4 | | | | | 3 | | 3 | 6 |
| NEPAL | | | 1 | | | | | 0 | | | | | 2 | 1 | | | | | | 3 | 63 |
| NETHERLANDS | 2 | | | | 4 | | 1 | 3 | | | | | 2 | 2 | | 1 | | | | | 62 |
| NEW ZEALAND | | | | | | | | 0 | | | | | | | | | | | | | 3 |
| NICARAGUA | 12 | 194 | 14 | 285 | 69 | 705 | 14 | 1,484 | 3 | 154 | 27 | | 29 | 11 | | 8 | 74 | 57 | | 131 | 1,641 |
| NIGER | | | | | | | | 1 | | | | | 5 | | | | | 1 | | | 6 |
| NIGERIA | 4 | 1 | | 3 | | 2 | 12 | 12 | | 3 | 4 | | 18 | 4 | 3 | | 5 | 4 | | | 385 |
| NORTH KOREA | 1 | | | | | | 3 | 3 | | | | | 0 | 13 | | 1 | | | | | 3 |
| NORWAY | | | | | | | | 2 | | | | | 0 | | | | | | | | 2 |
| PAKISTAN | | | | | | 1 | 2 | 3 | 2 | 2 | | 2 | 22 | 6 | 2 | 2 | | 3 | | 3 | 26 |
| PALAU | | | | | | | 1 | 0 | | | | | 2 | 3 | | | | | | | 1 |
| PANAMA | 3 | | | 4 | 1 | 1 | 2 | 16 | | 2 | | 6 | 4 | | | | 4 | 10 | | 14 | 34 |
| PAPUA NEW GUINEA | | | | 1 | | | | 0 | | | | | 2 | | | | | | | | 2 |
| PARAGUAY | | 1 | 2 | 2 | 3 | 1 | 1 | 12 | | 1 | | | 0 | 3 | | | 2 | | | | 14 |
| PERU | 5 | 3 | 36 | 96 | 40 | 51 | 8 | 254 | 20 | 51 | | 3 | 46 | 20 | | 9 | 26 | 5 | 1 | 32 | 330 |
| PHILIPPINES | 19 | | 21 | 3 | 13 | 21 | 2 | 54 | 9 | | | | 13 | 9 | | | 2 | | | 69 | 689 |
| POLAND | | 2 | 5 | 3 | 6 | 3 | 1 | 22 | 27 | 5 | 2 | | 31 | 27 | | 1 | 7 | | | 7 | 60 |
| PORTUGAL | | | | | | | | 1 | | | | | 4 | | | | | | | | 1 |
| ROMANIA | 2 | | 3 | 12 | 34 | 9 | 5 | 65 | 2 | | 3 | | 13 | 4 | 2 | | 4 | | | 4 | 82 |
| RUSSIA | 3 | | 2 | 1 | 1 | 1 | 1 | 10 | 1 | | 5 | | 16 | 9 | | 2 | 2 | 3 | | | 55 |
| RWANDA | | | | | | | | 0 | | | | | 2 | 1 | | | | | | | 0 |
| SAO TOME AND PRINCIPE | | | | | | | | 0 | | | | | 0 | | | | | | | | 0 |
| SAUDI ARABIA | | | 1 | | | 2 | 1 | 3 | | 1 | | | 1 | | 1 | | | | | | 3 |
| SENEGAL | | | | | | | 3 | 0 | | | | | 2 | 3 | | | 4 | | | | 2 |
| SERBIA AND MONTENEGRO | | | 15 | | 2 | | 1 | 18 | 2 | | | | 5 | | | | 5 | | | 2 | 284 |
| SINGAPORE | | | | | | | | 1 | | | | | 5 | | 1 | | | 1 | | 3 | 1 |
| SLOVAKIA | | 1 | | | | | 1 | 1 | | 1 | | | 0 | | | | | | | | 1 |
| SOMALIA | | 2 | | 1 | 17 | 7 | | 28 | 1 | | | | 6 | | | 4 | 1 | | | | 34 |

| Country | | | | | | | | | | | | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOUTH AFRICA | 2 | 1 | | | 1 | | 1 | | | 5 | 1 | | 1 | 1 | | | | | 2 | 1 | | | 1 | 8 | |
| SOUTH KOREA | 3 | 1 | 5 | | | 6 | 1 | | | 22 | 8 | 3 | | 1 | | | 16 | 16 | 45 | | | | 0 | 67 | |
| SPAIN | 1 | | 3 | | | 1 | 1 | | | 8 | | | | | | | | | 0 | | | | 0 | 8 | |
| SRI LANKA | | | 1 | | | | | | | 4 | | 10 | | | | | | | 10 | | | | 1 | 14 | |
| ST KITTS-NEVIS | | | | 2 | 2 | | | | | 0 | | 2 | | | | | | | 2 | | | | 0 | 2 | |
| ST LUCIA | | | | | | | | | | 0 | | 2 | | | | | | | 2 | 1 | | | 1 | 2 | |
| ST VINCENT-GRENADINES | | | | | | | | | | 0 | | 1 | | | | | | | 1 | 1 | | | 0 | 1 | |
| STATELESS | | | | | | | | | | 1 | | | | | | | | | 0 | 1 | | | 1 | 1 | |
| SUDAN | | | | | | | | | | 0 | | | 1 | | | | | | 0 | | | | 0 | 3 | |
| SURINAME | | 1 | | | | | | | | 0 | | | | | | | | 2 | 0 | 1 | | | 1 | 3 | |
| SWEDEN | | | | | | | 3 | | | 0 | | 3 | 1 | 1 | | | | 1 | 6 | | | | 0 | 6 | |
| SWITZERLAND | | | | | 1 | 1 | | | | 2 | | | | | | | | | 0 | | | | 0 | 2 | |
| SYRIA | | | 1 | | 2 | | | | | 3 | | | 1 | | | | | 3 | 0 | | | | 0 | 3 | |
| TAIWAN | | | 1 | | 1 | | 1 | | | 3 | | 2 | | | | | | | 4 | | | | 0 | 4 | |
| TAJIKISTAN | | | | | | | | | | 0 | | 1 | | | | | | | 1 | 1 | 1 | | 2 | 2 | |
| TANZANIA | 2 | | 2 | | 1 | 1 | | | | 6 | 2 | 1 | | | | | | | 1 | 1 | 1 | | 1 | 8 | |
| THAILAND | 1 | 1 | | | 1 | 1 | | | | 5 | 3 | 2 | | | | | | | 2 | 1 | | | 1 | 7 | |
| TOGO | | | | | | | | | | 0 | 1 | 1 | | | | | | | 1 | | | | 0 | 1 | |
| TONGA | | | | | | | 3 | | | 4 | | | | | | | | | 0 | | | | 0 | 4 | |
| TRINIDAD AND TOBAGO | 3 | 1 | 1 | | 1 | 1 | | | | 7 | 1 | 10 | 1 | | | | | 4 | 16 | 10 | | | 10 | 33 | |
| TUNISIA | 1 | | | | | | | | | 1 | 1 | 1 | | | | | | | 0 | | | | 0 | 2 | |
| TURKEY | 3 | | 1 | | 1 | 2 | 8 | | 1 | 16 | 4 | 3 | 1 | | | | | | 8 | 3 | | | 3 | 27 | |
| TURKMENISTAN | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | 1 | | 1 | 1 | |
| UGANDA | 2 | | | | 2 | 1 | | | | 3 | | 1 | | | | | | | 2 | 2 | | | 2 | 5 | |
| UKRAINE | 7 | | 1 | 1 | 2 | 2 | | 2 | | 6 | 3 | 4 | 1 | 1 | | | | 1 | 8 | 2 | 1 | | 3 | 17 | |
| UNITED KINGDOM | | | 1 | | | | | 1 | | 12 | 1 | 1 | 1 | | | | | 5 | 9 | | | | 0 | 24 | |
| UNKNOWN | | | | 1 | 5 | 5 | | | | 6 | | | | | | | | | 0 | | | | 0 | 12 | |
| URUGUAY | 2 | 2 | 2 | 3 | 4 | 10 | 1 | | | 30 | 4 | 4 | 1 | 1 | | | | 11 | 16 | 9 | 3 | | 12 | 55 | |
| UZBEKISTAN | 1 | | | 1 | | 1 | | | | 1 | | 6 | 1 | | | | | 2 | 9 | 2 | 1 | | 3 | 13 | |
| VENEZUELA | 1 | 3 | 3 | 15 | 5 | 14 | | 2 | | 60 | 2 | 5 | | | | | | 5 | 12 | 15 | 4 | | 19 | 97 | |
| VIETNAM | 1 | | 2 | | 1 | 2 | | | | 7 | | | 1 | | | | | | 1 | | 1 | | 1 | 8 | |
| YEMEN | | | | | | | | | | 0 | | 2 | | | | | | | 2 | | | | 0 | 2 | |
| YUGOSLAVIA | | | 1 | 42 | 1 | | | 1 | | 45 | | 1 | | | | | | 3 | 4 | 4 | 1 | | 0 | 49 | |
| ZAMBIA | | | | | | | 2 | | | 2 | | | | | | | | | 4 | 1 | | | 1 | 4 | |
| ZIMBABWE | 1 | | | | | 2 | | | | 2 | 4 | | | | | | | 2 | 4 | | | | 2 | 2 | |
| TOTAL | 5,536 | 22,918 | 55,883 | 75,463 | 56,714 | 73,430 | 152,460 | 378,243 | 37,992 | 858,639 | 749 | 2,190 | 902 | 497 | 486 | 95 | 341 | 1,118 | 6,378 | 7,120 | 4,019 | 548 | 11,687 | 876,706 | 876,706 |

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2008

*Data Includes Deportable Aliens Only*

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| AFGHANISTAN | | 2 | | | | | | 1 | 1 | 4 | | | | | | | | | | | | | | 4 |
| ALBANIA | | | | | 8 | 5 | | | | 15 | | | | | | | | | | 11 | | | 11 | 26 |
| ALGERIA | | | 1 | | | | | | | 1 | | | | | | | | | | | | | | 1 |
| ANGOLA | | | | | | | | | | | | 2 | | | | | | | 2 | | | | | 2 |
| ANTIGUA-BARBUDA | | | | | | | | | 1 | 1 | | | | | | | | | | 1 | | | 1 | 2 |
| ARGENTINA | 4 | 1 | 1 | | 18 | | 10 | 7 | 1 | 49 | | | 5 | | | | | | 6 | 6 | 5 | | 11 | 60 |
| ARMENIA | 1 | 1 | | | | | 19 | | | 20 | | 2 | | | | | | | 2 | | | | | 22 |
| AUSTRALIA | 1 | 1 | | | | | | | 1 | 4 | | 2 | | | | | | | 2 | | | | | 6 |
| AUSTRIA | | | 1 | | | | | | | 1 | | | | | | | | | | | | | | 1 |
| BAHAMAS | | | | | | | | 1 | | 2 | | | | | 1 | | | | 1 | 15 | 3 | | 18 | 21 |
| BANGLADESH | | | | | | 1 | | | | 7 | | 9 | | | | | | 1 | 10 | 2 | 1 | | 3 | 21 |
| BARBADOS | | | | | | 7 | | | | | | 1 | | | | | | | 1 | | | | | 1 |
| BELARUS | | | | | | | | | | | | 1 | | | | | | 1 | 2 | | | | | 2 |
| BELIZE | 1 | 6 | 2 | 3 | 4 | 34 | 5 | 3 | 1 | 59 | | | | | | | | 1 | 4 | | 8 | | 8 | 70 |
| BENIN | 1 | | | | | | | | | 1 | | | | | | | | | | | | | | 1 |
| BERMUDA | 1 | | | | | | | | | | | | | | | | | 1 | 1 | | | | | 1 |
| BHUTAN | | | | | | 3 | | | | 3 | | | | | | | | | | | | | | 3 |
| BOLIVIA | 1 | | | | 13 | 33 | 3 | 5 | | 54 | | 6 | | | | | | 4 | 10 | 6 | 4 | | 10 | 74 |
| BOSNIA-HERZEGOVINA | 1 | | | | | 1 | 3 | | | 3 | | | | 1 | | | | | 1 | | | | | 3 |
| BOTSWANA | | | | | | | | | | 1 | | | | | | | | | 1 | | | | | 1 |
| BRAZIL | 5 | 4 | 2 | 7 | 154 | 515 | 6 | 16 | 2 | 711 | | 47 | 1 | 7 | 3 | | | 120 | 171 | 53 | 41 | | 94 | 976 |
| BULGARIA | 1 | 1 | 1 | 1 | 2 | | 2 | 2 | | 11 | | 5 | 1 | 1 | | | | | 7 | | | | | 18 |
| BURKINA FASO | | | | | | | | | | | | 1 | 1 | | | | | | 4 | | | | | 11 |
| BURMA | 1 | | | 3 | 3 | 2 | 1 | 3 | | 9 | | | | | | 1 | | | 1 | | 2 | | | 10 |
| CAMBODIA | | | | | | | | | | 1 | 1 | | | | | | | | | | | | | 1 |
| CAMEROON | 1 | | 1 | | 3 | 1 | | | | 3 | 1 | 2 | | | | | | | 4 | 1 | 1 | | 2 | 7 |
| CANADA | 1 | 2 | 1 | | | 1 | 4 | | | 10 | 75 | 105 | 18 | 33 | 36 | 11 | 10 | 309 | 597 | 1 | 1 | | 2 | 609 |
| CAPE VERDE | | | | | | | | | | | | | | | | | | | 2 | | | | | 2 |
| CHAD | | | | | | | | | | | | | | | | | | | 3 | | | | | 1 |
| CHILE | | | 3 | 6 | 4 | | 8 | 13 | 2 | 45 | 2 | 3 | | | | | | | 11 | 2 | 2 | | 4 | 60 |
| CHINA, PEOPLES REPUBLIC OF | 18 | 5 | 14 | | 69 | 526 | 15 | 38 | 3 | 702 | 3 | 67 | | 7 | 1 | 1 | | 4 | 103 | 33 | 14 | 16 | 31 | 836 |
| COLOMBIA | 5 | 14 | 22 | 47 | 22 | 98 | 7 | 20 | | 215 | 13 | 29 | 6 | 2 | 1 | 1 | | 115 | 166 | 33 | 14 | 3 | 50 | 431 |
| CONGO | 2 | | | | | | | | | 2 | | | | | | | | | 1 | 1 | | | | 3 |
| COSTA RICA | 2 | 2 | 4 | 10 | 10 | 76 | 4 | 31 | | 137 | 4 | 21 | | 1 | | | 1 | 6 | 34 | 8 | 4 | | 12 | 165 |
| CROATIA | | | | | | | | | | | | 1 | 1 | | | | | | 1 | | 1 | | | 1 |
| CUBA | 9 | 2 | 2 | 7 | 24 | 66 | 9 | 14 | 1 | 132 | 12 | 1 | | | | | | 4 | 17 | 3,129 | 3 | 70 | 3,202 | 3,355 |
| CYPRUS | | | | | | | | 1 | | 1 | | | | | | | | | | | | | | 1 |
| CZECH REPUBLIC | | 1 | | 2 | | 1 | 1 | | | 5 | | 3 | 2 | 4 | 2 | | | 2 | 13 | 2 | | | 2 | 20 |
| CZECHOSLOVAKIA | | | 1 | | | | | | | | 2 | | | | | | | 1 | 4 | | | | | 4 |
| DEM REP OF THE CONGO | | | | | | | | | | | | 4 | | | | | | | 4 | | | | | 4 |
| DENMARK | | | | | | | | | | | | 1 | | | | | | | 1 | | | | | 1 |
| DJIBOUTI | | | | | | | | | | | | | | | | | | 1 | 1 | | | | | 1 |
| DOMINICA | | | | | | | | | | | | 2 | | | | | | | 1 | 1 | | | | 1 |
| DOMINICAN REPUBLIC | | 3 | 2 | 10 | 83 | 188 | 3 | 27 | 2 | 318 | | 24 | 2 | | | | | 6 | 33 | 4 | 14 | 6 | 469 | 819 |
| ECUADOR | 4 | 20 | 28 | 21 | 276 | 221 | 14 | 798 | 2 | 1,384 | 1 | 107 | 20 | 4 | | | | 36 | 168 | 14 | 9 | 446 | 27 | 1,579 |
| EGYPT | | | | | | 2 | 2 | | | | | 9 | 3 | | | | | 1 | 13 | 11 | 16 | | | 27 |
| EL SALVADOR | 112 | 1,113 | 244 | 235 | 1,823 | 5,890 | 324 | 2,316 | 76 | 12,133 | 17 | 105 | 18 | 11 | 1 | 8 | 9 | 31 | 200 | 121 | 227 | 2 | 350 | 12,685 |
| ERITREA | | | | | 19 | 163 | 1 | | | 183 | 1 | | | | | | | | 1 | | | | | 184 |
| ESTONIA | 1 | | | | | | | | | 1 | | | | | | | | | | | | | | 1 |
| ETHIOPIA | | | | | | | | | | | 1 | | | | | | | 1 | 4 | | 1 | | | 3 |
| FIJI | 2 | | | | 9 | 41 | | | | 51 | 3 | 3 | | | | | | | 1 | 1 | | | | 56 |
| FRANCE | 1 | 1 | 2 | | 1 | 2 | 1 | 1 | | 3 | | 1 | | | | | | 8 | 9 | 1 | 1 | | 1 | 18 |
| GABON | | | | | | | | | | 6 | | | | | | | | | 3 | | | | | 3 |
| GAMBIA | | | | | | | | | | 1 | | 4 | | 1 | | | | | 6 | | | | 1 | 3 |
| GEORGIA | 1 | 2 | 1 | 5 | 1 | 3 | | 13 | | 16 | 1 | 4 | 2 | | 1 | | | | 6 | | | | | 223 |
| GERMANY | 1 | 5 | 1 | | | | | | 1 | 9 | 1 | | | 2 | | | | | 3 | | | | | 12 |



U.S. Customs and Border Protection

HOME_AIR_005507

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| GHANA | | | | | | | | | | 8 | | 29 | | 1 | 2 | | | 2 | 34 | | | | 1 | 43 |
| GREECE | | | | | | | 2 | | | 2 | | 3 | | | | | | 1 | 4 | | | | | 6 |
| GRENADA | | | | | | | | | | | | 2 | | | | | | | 2 | | | | | 0 |
| GUADELOUPE | | | | | | | | | | 1 | | | | | | | | | | | | | | 0 |
| GUATEMALA | 214 | 842 | 225 | 428 | 1,389 | 4,117 | 729 | 7,106 | 93 | 15,143 | 87 | 258 | 78 | 27 | 12 | 8 | | 84 | 554 | 467 | 232 | | 699 | 16,396 |
| GUINEA | 1 | | | 1 | | | | | | 3 | | 9 | | | | | | 4 | 13 | | | | | 16 |
| GUYANA | | | | | 3 | | 4 | | | 7 | | 5 | | | | | | 2 | 11 | | 3 | | | 18 |
| HAITI | 119 | | | 5 | | 12 | | | | 20 | | 59 | | 1 | | | | 49 | 110 | 75 | 6 | 16 | 97 | 227 |
| HONDURAS | 119 | 3,633 | 215 | 265 | 4,916 | 7,073 | 272 | 1,491 | 126 | 18,110 | 42 | 152 | 40 | 28 | 2 | 10 | 7 | 46 | 327 | 278 | 631 | | 909 | 19,348 |
| HONG KONG | 1 | | | | | | | 2 | | 2 | | | | | | | | | 2 | | | | | 4 |
| HUNGARY | | | | | 2 | | | | | 2 | | | | 1 | | | | | | | | | | 3 |
| ICELAND | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 0 |
| INDIA | 8 | 5 | | 3 | 16 | 31 | 5 | 8 | 1 | 77 | | 60 | | | 3 | | 1 | 4 | 83 | 1 | 12 | | 13 | 173 |
| INDONESIA | 3 | 1 | | 2 | 1 | 1 | | | | 8 | | 7 | | 1 | 1 | 1 | | 5 | 16 | | 2 | | 2 | 26 |
| IRAN | 1 | | | 1 | 1 | 6 | | | | 9 | | | | | | | | | 0 | | 2 | | 2 | 11 |
| IRAQ | | | | | | | | | 2 | 4 | 4 | | | | | | | | | | | | | 0 |
| IRELAND | 4 | 1 | | | | 3 | | 1 | | 4 | | 4 | | | | | | 4 | 8 | | 1 | | | 13 |
| ISRAEL | 2 | | 2 | 2 | 5 | 5 | 2 | | | 16 | 2 | 13 | 5 | 2 | | | | 4 | 26 | | 1 | | 4 | 46 |
| ITALY | 2 | | 1 | | 1 | 4 | 4 | | 1 | 10 | | 3 | 3 | | 1 | 1 | | 3 | 6 | | | | 1 | 15 |
| IVORY COAST | 1 | | 1 | | | 9 | | 3 | | 2 | | 1 | | | | | | 6 | 1 | | | | | 1 |
| JAMAICA | 3 | 2 | | 3 | | | 1 | | 2 | 23 | 2 | 71 | | | 1 | | | | 78 | 47 | 11 | 1 | 59 | 160 |
| JAPAN | | | | 2 | | | | | | 4 | | 4 | | | | | | 1 | 5 | 2 | 5 | | | 9 |
| JORDAN | 3 | | | | | | | 2 | | 6 | | 4 | | | | | | | 7 | | | | | 7 |
| KAZAKHSTAN | | | | | | | | | | 0 | | | | | | | | | 3 | | | | | 3 |
| KENYA | 3 | | | 1 | 1 | | 1 | 4 | | 11 | | 11 | | 1 | | | | 3 | 14 | | 2 | | 2 | 27 |
| KOREA | | 1 | | 5 | 1 | 4 | 1 | | | 10 | | 3 | | 1 | 1 | 11 | | 1 | 16 | | 2 | 2 | 3 | 32 |
| KUWAIT | 1 | | | | 1 | 1 | | | | 2 | | 2 | | | | | | | 0 | | | | | 2 |
| LAOS | | | | | | | | | 1 | 4 | 1 | 2 | | 2 | | | 1 | | 7 | | | | | 0 |
| LATVIA | | | | | | | | | | 4 | | | | | | | | | | | | | | 1 |
| LEBANON | 1 | | | 2 | | | | 2 | 1 | 5 | | 4 | 3 | | | | | 2 | 9 | 3 | | | | 16 |
| LIBERIA | 1 | | | 5 | | | | | | 1 | | 3 | 1 | | | | | | 5 | | | | | 5 |
| LITHUANIA | | | | | | 2 | 2 | 1 | | 8 | | 7 | | | 4 | 1 | | 1 | 12 | | 2 | | 2 | 16 |
| MACEDONIA | | | | 1 | | 5 | | | | 8 | | 2 | | | | | | | 4 | | | | | 1 |
| MALAYSIA | 2 | 2 | | 1 | | 2 | | | | 1 | | 2 | | | | | 2 | 2 | 4 | 1 | | | | 4 |
| MALI | | | | | | 1 | | | | 1 | | 4 | 1 | | | | | | 4 | | | | | 1 |
| MAURITANIA | | | | | | | | | | | | | | | | | | | | | | | | 7 |
| MEXICO | 4,756 | 14,916 | 40,159 | 29,137 | 34,403 | 55,401 | 160,818 | 305,429 | 8,016 | 653,035 | 643 | 1,618 | 664 | 361 | 12 | 379 | 296 | 271 | 4,244 | 1,564 | 2,923 | | 4,487 | 661,760 |
| MOLDOVA | | 3 | | 3 | | | 3 | | | 4 | | 7 | 1 | | | | | 5 | 12 | 3 | | | 4 | 20 |
| MONGOLIA | | 1 | 1 | | | 7 | 2 | | 1 | | | | | | | 1 | | | | | | | | 1 |
| MONTSERRAT | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 0 |
| MOROCCO | 1 | | | | | | | | | | | 4 | 3 | | | | | 2 | 9 | 3 | | | 3 | 3 |
| MOZAMBIQUE | | 2 | 2 | | | | | 5 | | | | 8 | | | | | | | 2 | | | | | 1 |
| NEPAL | | | | 1 | | 25 | | | | 36 | | 1 | | | | | | 2 | 8 | | | 2 | 1 | 10 |
| NETHERLANDS | 5 | | | | | | 1 | | | 6 | 2 | 10 | | | 1 | | | 3 | 6 | | | | | 8 |
| NEW ZEALAND | | | | | | 1 | | | | | | | | | | 1 | | | 6 | | | | | 6 |
| NICARAGUA | 16 | 160 | 15 | 21 | 239 | 703 | 30 | 140 | 3 | 1,327 | 1 | 10 | 1 | 11 | 1 | 1 | 4 | 4 | 28 | 62 | 49 | | 111 | 1,466 |
| NIGER | | | | | | | | | | 0 | | | | | | | | | | | | | | 0 |
| NIGERIA | 3 | 1 | | 1 | 2 | 4 | 2 | | 1 | 13 | 1 | 20 | | | | | | 2 | 23 | 1 | 5 | | 6 | 49 |
| NORTH KOREA | | | | | | | | | | 0 | | | | | | | 1 | | 1 | | | | | 0 |
| NORWAY | 1 | | | | | 7 | 1 | 3 | | 14 | | 18 | | | | | | 3 | 22 | 2 | 4 | | 6 | 1 |
| PAKISTAN | | | | 2 | | 17 | 2 | 4 | | 27 | 1 | 6 | | | | | | 6 | 6 | 2 | 1 | | 2 | 42 |
| PANAMA | | | | | | | | | | 6 | | | | | 1 | | | | 8 | | | 1 | | 35 |
| PAPUA NEW GUINEA | | | | 1 | | | | 3 | | | | | | | | | | 1 | | | | | | 0 |
| PARAGUAY | | | | | 1 | 2 | | | | 6 | | 6 | | | | | | 2 | 4 | | | | | 6 |
| PERU | 7 | 13 | 9 | 6 | 69 | 40 | 22 | 114 | 5 | 285 | | 34 | 2 | 2 | 3 | | | 11 | 53 | 23 | 9 | 2 | 34 | 37 |
| PHILIPPINES | 15 | 5 | 3 | 8 | 1 | 7 | 7 | 1 | 2 | 42 | 2 | 36 | | 5 | 1 | | | 2 | 45 | 5 | 7 | | 12 | 95 |
| POLAND | 1 | | 1 | | 4 | 4 | 1 | | | 14 | | 29 | 11 | 5 | | | | 18 | 63 | | | | 7 | 84 |
| PORTUGAL | | | | | | | 1 | | | 4 | | 5 | | | | | | 4 | | | 5 | | | 13 |
| ROMANIA | 4 | 3 | 1 | | 4 | 8 | 5 | 21 | 1 | 47 | | 22 | 5 | 2 | | | | 5 | 15 | 1 | 3 | | 4 | 66 |
| RUSSIA | | 3 | 1 | 3 | 1 | 1 | 2 | 1 | | 10 | 4 | 22 | 4 | | | | | 10 | 40 | | 3 | | 7 | 57 |
| RWANDA | | 1 | | | | | | | | 1 | | | | | | | | | | | | | | 4 |

U.S. Customs and Border Protection

| CITIZENSHIP | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SENEGAL | | | | | | 2 | | | | 2 | | 5 | 1 | | | | | | 6 | 1 | | | 1 | 9 |
| SERBIA AND MONTENEGRO | | | 14 | | | 5 | 1 | | | 20 | | 2 | | 2 | | | | | 5 | | 2 | | 2 | 27 |
| SIERRA LEONE | | | | | | 1 | | | | 1 | | 5 | | | | | | 1 | 6 | | | | 0 | 7 |
| SINGAPORE | | | | | | | | | | 0 | | | | | | | | 1 | 1 | | | | 0 | 1 |
| SLOVAKIA | | | | | | | | 2 | | 2 | | | | | | | | 3 | 4 | | | | 0 | 6 |
| SOMALIA | 1 | | | 3 | 1 | 11 | 2 | | | 15 | | 3 | | | | | | | 3 | | | | 0 | 18 |
| SOUTH AFRICA | 1 | | 3 | 3 | | 1 | 1 | | | 7 | | 9 | | 1 | | | | 1 | 11 | | | | 0 | 18 |
| SOUTH KOREA | 13 | 1 | 3 | | 2 | 5 | 1 | 1 | 1 | 30 | | 17 | 1 | | | | | | 18 | | 1 | | 1 | 49 |
| SPAIN | | | | | | | 1 | | | 1 | | | | 1 | | | | | 1 | | 1 | | 1 | 3 |
| SRI LANKA | 1 | | | 1 | 9 | 22 | | 1 | | 34 | | 7 | | | | | | | 7 | | | 6 | 6 | 47 |
| ST. LUCIA | 1 | | | | | | | | | 1 | | 12 | | | | | | | 12 | | 2 | | 2 | 15 |
| ST. VINCENT-GRENADINES | | | | | | | | | | 2 | | 2 | | | | | | | 2 | 1 | 2 | 1 | 4 | 8 |
| SUDAN | | | | | | 2 | | | | 2 | | 1 | | 1 | | | | 1 | 5 | | | | 0 | 3 |
| SWEDEN | 1 | | | | | | | | | 1 | | 2 | | | | | | | 2 | | | | 0 | 3 |
| SWITZERLAND | | | 1 | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| SYRIA | | | | | | | | | | 0 | | | | | | | | 1 | 1 | | | | 0 | 1 |
| TAIWAN | 1 | | 2 | | | | | | 1 | 4 | | 4 | | 1 | 1 | | | | 6 | | | | 0 | 10 |
| TAJIKISTAN | | | | | | | | | | 0 | | | 1 | 1 | | | | | 1 | | | | 0 | 1 |
| TANZANIA | | | | | 1 | | 1 | | | 2 | | 2 | | 1 | | | | 1 | 4 | | | | 0 | 3 |
| THAILAND | 1 | | 3 | | | | 2 | 1 | | 7 | 2 | 6 | 1 | | | | | 1 | 9 | | 3 | | 3 | 8 |
| TOGO | | | | | | | | | | 0 | | | | | | | | 1 | 3 | 1 | | | 1 | 1 |
| TONGA | | | | 1 | | | | | | 0 | | 2 | | | | | | 1 | 1 | 1 | | | 1 | 1 |
| TRINIDAD AND TOBAGO | | | | | 2 | 1 | | 1 | | 4 | | 28 | 1 | 1 | | | | 4 | 34 | 8 | 2 | | 10 | 48 |
| TUNISIA | | | | | 1 | | | | | 1 | | 2 | | | | | | 3 | 5 | | | | 0 | 5 |
| TURKEY | 1 | | 1 | | 2 | 6 | | 4 | 1 | 30 | 6 | 5 | | 1 | | | | 7 | 19 | 1 | 1 | | 2 | 51 |
| TURKS AND CAICOS ISLANDS | | | | | | | | | | 0 | | | | | | | | 1 | 1 | 1 | 1 | | 2 | 3 |
| UGANDA | | 1 | | | | | | | | 1 | | 3 | | | | | | | 3 | | | | 0 | 4 |
| UKRAINE | | | 1 | | | 1 | | 2 | 1 | 4 | 3 | 15 | 3 | 2 | | | | 4 | 27 | 3 | 1 | | 4 | 35 |
| UNITED KINGDOM | 2 | | 2 | | | 3 | 1 | 2 | | 12 | 1 | 7 | | 4 | | | | 5 | 17 | | 3 | | 3 | 30 |
| UNKNOWN | | | | | | | | 7 | | 7 | | 7 | | | | | | | 0 | | | | 0 | 7 |
| URUGUAY | 1 | | 4 | 3 | 8 | 4 | 2 | 5 | | 27 | | 3 | 1 | 1 | | | | 7 | 11 | 6 | | | 6 | 4 |
| UZBEKISTAN | 2 | | 1 | 3 | | | | 1 | | 5 | | 3 | | | | | | | 5 | 2 | 2 | | 4 | 6 |
| VENEZUELA | | | 1 | 3 | 7 | 11 | 9 | 17 | | 48 | | 8 | 11 | | | | | 5 | 12 | 14 | 4 | | 18 | 79 |
| VIETNAM | 6 | | 1 | 3 | | 1 | | 1 | | 12 | 1 | 4 | 1 | | | | | 1 | 17 | | 1 | | 1 | 30 |
| YEMEN | | | | | | | | | | 0 | | 5 | 1 | | | | | 1 | 7 | | | | 0 | 1 |
| YUGOSLAVIA | | | | | 14 | 1 | | | | 18 | 1 | 4 | 2 | | | | | 2 | 8 | 2 | | | 2 | 1 |
| ZAMBIA | | 1 | | | | | | 2 | | 1 | | 3 | | | | | | | 3 | | | | 0 | 28 |
| ZIMBABWE | | | | | | | | 1 | 1 | 1 | | 3 | 2 | | | 2 | | | 7 | | | 2 | 2 | 4 |
| TOTAL | 5,391 | 20,761 | 40,961 | 30,312 | 43,658 | 75,473 | 162,390 | 317,696 | 8,363 | 705,005 | 954 | 3,339 | 961 | 541 | 81 | 427 | 340 | 1,282 | 7,925 | 6,020 | 4,303 | 572 | 10,895 | 723,825 |

U.S. Customs and Border Protection

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2009

*Data Includes Deportable Aliens Only*

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| AFGHANISTAN | | | | | 1 | | 1 | | | 2 | | | | | | | | | 2 | 2 | | | 0 | 2 |
| ALBANIA | | 13 | | | | 5 | 1 | 2 | | 20 | | 5 | 5 | 7 | | | | 5 | 17 | 2 | | | 2 | 38 |
| ALGERIA | | 1 | 2 | | | | | 1 | | 4 | | 2 | | | | | | 1 | 3 | | 1 | | 1 | 2 |
| ANGOLA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 1 | 1 |
| ANTIGUA-BARBUDA | 1 | | | | | | | 1 | | 1 | | | | | | | | | 0 | 1 | | | 1 | 2 |
| ARGENTINA | 1 | 4 | 1 | | 5 | 17 | 4 | 12 | 1 | 45 | | 6 | | | | | | 11 | 18 | 13 | 1 | | 14 | 72 |
| ARMENIA | 2 | | | | | 4 | 1 | | | 6 | | | | | | | | 1 | 1 | 1 | | | 2 | 2 |
| ARUBA | | | | | | | 1 | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| AUSTRALIA | 1 | | | 1 | | | | 1 | | 2 | | 2 | | | 1 | | | | 4 | | | | 0 | 67 |
| AUSTRIA | | | | | | | | | | 0 | | | | | | | | | 1 | | 1 | | 1 | 1 |
| AZERBAIJAN | | | | | | | | 1 | | 1 | | 2 | | | | | | | 2 | 9 | 1 | | 10 | 10 |
| BAHAMAS | | | | | | | | | | 1 | | 1 | | | | | | | 1 | | | | 1 | 1 |
| BAHRAIN | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | |
| BANGLADESH | | 2 | | | | 37 | | 2 | | 41 | 1 | 10 | 1 | | | | | 2 | 14 | 4 | 1 | | 5 | 60 |
| BARBADOS | 1 | | | 1 | | | | | | 2 | | 2 | | | | | | | 2 | | | | 0 | 2 |
| BELARUS | | | | | | 1 | | | | 1 | 1 | 1 | | | | | | 1 | 2 | 1 | | | 1 | 1 |
| BELGIUM | | | | | | | | | | 0 | | | | | | | | | 1 | | | | 0 | |
| BELIZE | 8 | 3 | 2 | 2 | 12 | 21 | 2 | 9 | | 59 | | 2 | | | 1 | | | | 2 | 1 | 2 | | 3 | 64 |
| BERMUDA | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | | | 0 | 1 |
| BHUTAN | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | |
| BOLIVIA | | | | 2 | 9 | 4 | 7 | 4 | | 26 | | 14 | | | 1 | | | 2 | 17 | 4 | 5 | | 9 | 5 |
| BOSNIA-HERZEGOVINA | | 5 | | | | | | | | 1 | | | | | | | | 1 | 1 | | | | 0 | 9 |
| BRAZIL | 15 | 42 | 1 | 11 | 350 | 179 | 6 | 11 | | 575 | 6 | 19 | | 4 | 7 | | | 68 | 104 | 94 | 25 | | 119 | 799 |
| BULGARIA | | 6 | 2 | 27 | 5 | | | | | 5 | 1 | 15 | 1 | | | | | 7 | 14 | 1 | | | 1 | 28 |
| BURKINA FASO | 1 | | | | | 1 | | | | 1 | 1 | 1 | | | | | | | 2 | | | | 0 | 1 |
| BURMA | | | | | | | | | | 1 | 1 | 1 | | | | | | | 1 | 2 | | | 2 | 3 |
| BURUNDI | | | | | | | | | | 0 | | | | | | | | 2 | 3 | | | | 0 | 3 |
| CAMBODIA | 2 | | 1 | | | | | | 1 | 4 | 1 | 3 | | | | | | | 4 | | | | 0 | 23 |
| CAMEROON | 1 | 1 | | 1 | | 7 | | | | 9 | 1 | 5 | | | 1 | | | | 7 | | 5 | | 5 | 488 |
| CANADA | 2 | | 1 | 1 | 1 | 2 | 1 | 2 | | 10 | 59 | 39 | 24 | 26 | 21 | 20 | 2 | 285 | 476 | 2 | 2 | | 2 | 488 |
| CAPE VERDE | | | | | | | | | | 0 | | | | | | | | 1 | 1 | | | | 0 | 1 |
| CHAD | | | | | | | | | | 0 | | 1 | | | | | | | 1 | 1 | | | 1 | 1 |
| CHILE | 2 | 1 | 1 | 7 | 4 | 9 | 6 | 6 | | 35 | | 1 | 1 | | | | | 2 | 3 | 4 | 1 | | 5 | 4 |
| CHINA, PEOPLES REPUBLIC OF | 16 | 42 | 11 | 11 | 204 | 716 | 15 | 332 | 11 | 1,388 | 3 | 63 | 14 | 5 | 2 | 1 | | 14 | 102 | 9 | 30 | | 39 | 496 |
| COLOMBIA | 6 | 6 | 2 | 27 | 34 | 104 | 9 | 45 | | 233 | 1 | 39 | 2 | 1 | | | | 103 | 146 | 33 | 8 | | 41 | 420 |
| CONGO | | | | | | 3 | | | | 3 | | | | | | | | | 0 | | | | 0 | 5 |
| COSTA RICA | 1 | 10 | 13 | 13 | 9 | 51 | 8 | 52 | | 145 | | 11 | | | | | | 4 | 15 | 12 | 2 | | 14 | 175 |
| CUBA | 5 | 1 | 1 | 3 | 26 | 45 | 9 | 13 | 2 | 105 | 8 | 2 | | 2 | 1 | | | 1 | 16 | 707 | | 81 | 789 | 910 |
| CYPRUS | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | |
| CZECH REPUBLIC | | | | | | 1 | 1 | 1 | | 3 | | 3 | 1 | | | | | | 5 | 2 | | | 2 | 10 |
| CZECHOSLOVAKIA | | | | | | | | 1 | | 0 | | | | | | | | 1 | 2 | 2 | | | 0 | 2 |
| DEM REP OF THE CONGO | | | | | | | | | | 0 | | 4 | | | | | | | 4 | | | | 0 | 3 |
| DENMARK | | | | | | | 1 | | | 0 | 1 | | 1 | | | | | | 2 | | | | 0 | |
| DOMINICA | | | | | | | | | | 1 | | | | | | | | 1 | 1 | 3 | | 5 | 8 | 10 |
| DOMINICAN REPUBLIC | | 4 | 2 | 7 | 147 | 201 | 6 | 119 | | 486 | | 19 | 2 | | 1 | 1 | | 4 | 26 | 26 | 7 | 319 | 352 | 864 |
| ECUADOR | 14 | 5 | 13 | 28 | 334 | 148 | 6 | 621 | | 1,169 | 4 | 87 | 5 | 6 | 4 | 1 | | 22 | 129 | 7 | 8 | | 15 | 315 |
| EGYPT | | | | | | 1 | | 1 | | 5 | 1 | 5 | | | | | | 3 | 9 | 4 | | | 4 | 14 |
| EL SALVADOR | 160 | 877 | 249 | 205 | 1,856 | 5,018 | 316 | 2,390 | 110 | 11,181 | 28 | 85 | 35 | 15 | 1 | 9 | 6 | 44 | 223 | 130 | 162 | | 292 | 11,696 |
| EQUATORIAL GUINEA | 1 | 1 | | 1 | | | | | | 1 | | | 1 | | | | | | 0 | | | | 0 | 1 |
| ERITREA | 1 | | 2 | 1 | 10 | 155 | 2 | | | 171 | | 2 | | 1 | 1 | | | | 2 | | 1 | | 1 | 2 |
| ESTONIA | | | | | | | 1 | | | 1 | | | | | | | | 1 | 1 | | | | 0 | 17 |
| ETHIOPIA | 1 | | | 1 | 2 | 76 | | | | 80 | | 2 | | | | | | | 4 | 1 | | | 1 | 1 |
| FRANCE | | | | | | 1 | 1 | | 1 | 1 | | 1 | 1 | | | | | 3 | 4 | 1 | 3 | | 5 | 85 |
| GABON | | | | | | | | | | 0 | | 4 | | | | | | | 5 | 2 | | | 1 | 11 |
| GAMBIA | 1 | | | | | 1 | | | | 3 | 1 | 3 | | | | | | | 5 | | | | 1 | 5 |
| GEORGIA | 1 | | | | 7 | | 1 | 13 | | 22 | | 8 | | | | | | 4 | 12 | 3 | | | 3 | 37 |

U.S. Customs and Border Protection



BORDER_0000340

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| GERMANY | 6 | | | | | | | | | 9 | 1 | | | 1 | 3 | | | | | 3 | | | 3 | 19 |
| GHANA | 2 | | 2 | | | | | | | 14 | | 23 | | 3 | | | | 1 | | | 1 | | | 40 |
| GREECE | | | | | | | | | | 1 | | 2 | 1 | | | | | | | | | | | 5 |
| GRENADA | | | | | | | | | | | | 2 | 1 | | | | | 1 | | | 1 | | | 2 |
| GUADELOUPE | | | | | | | | | | 1 | | 6 | | | | | | | | | | | | 2 |
| GUATEMALA | 223 | 716 | 374 | 400 | 1,842 | 3,413 | 676 | 6,364 | 117 | 14,125 | 70 | 294 | 78 | 41 | | 9 | | 62 | 555 | 649 | 254 | | 903 | 15,583 |
| GUINEA | | | | | 1 | | | | | 1 | | | | | | | | | | 1 | | | | 3 |
| GUYANA | | | | | | | | | | | | 10 | 2 | | | | | | 12 | 6 | 1 | | 7 | 7 |
| HAITI | 1 | | 1 | | 3 | 71 | | 1 | | 78 | 14 | 14 | 2 | | 1 | | | 15 | 31 | 93 | 3 | 6 | 102 | 211 |
| HONDURAS | 181 | 2,427 | 205 | 268 | 3,523 | 5,004 | 282 | 1,331 | 123 | 13,344 | 46 | 125 | 40 | 21 | 1 | 14 | 4 | 43 | 294 | 411 | 577 | | 988 | 14,635 |
| HONG KONG | | | | | | | | | | 1 | | 2 | | | | | | | | | | | | 1 |
| HUNGARY | | | | | | | | | | 5 | | 3 | | 1 | | | | 4 | 8 | 5 | 1 | | 6 | 19 |
| INDIA | 6 | 2 | 6 | 6 | 18 | 39 | 2 | 10 | 3 | 99 | 43 | 5 | 5 | 2 | | 1 | | 4 | 83 | 6 | 16 | | 22 | 204 |
| INDONESIA | 2 | 4 | | 1 | 1 | 1 | 2 | 1 | 1 | 10 | 2 | 5 | 3 | | | 2 | | 1 | 10 | 3 | 12 | | 15 | 35 |
| IRAN | 2 | | | | | 5 | 1 | 5 | | 10 | | 1 | | | | | | | 4 | 1 | | | 1 | 15 |
| IRAQ | | | 1 | | 1 | | 3 | 1 | | 10 | | 2 | 4 | 4 | | | | | 6 | | | | | 16 |
| IRELAND | | | | | | 2 | | 1 | | 3 | 1 | 3 | | | | | | 5 | 3 | 1 | | | | 3 |
| ISRAEL | 2 | 1 | | | 3 | 6 | 1 | 1 | | 15 | 5 | 10 | 2 | 2 | | 1 | | 10 | 30 | 10 | 1 | | 11 | 50 |
| ITALY | 3 | | 1 | 1 | | 1 | | | | 7 | | 2 | 1 | | | | | 2 | 3 | 3 | | | | 13 |
| IVORY COAST | | | | | | | | | | | | | 1 | | | | | 1 | | | | | | 1 |
| JAMAICA | 10 | 1 | | | 6 | 14 | 4 | 6 | 1 | 42 | 1 | 52 | 1 | 2 | 1 | | | 8 | 65 | 52 | 14 | 1 | 67 | 170 |
| JAPAN | | | 1 | | 1 | | | 1 | | 5 | | 4 | 1 | | | | | | 4 | 4 | 1 | | 1 | 10 |
| JORDAN | 1 | | | | 1 | 2 | | | | 6 | | 3 | | | | | | | 3 | 4 | 2 | | 2 | 11 |
| KAZAKHSTAN | | | | | | | | | | | | | 1 | | | | | 1 | 3 | | 1 | | | 3 |
| KENYA | 2 | 1 | | | 2 | 1 | | | | 9 | 5 | | | 1 | | | | 2 | 8 | | 1 | | 1 | 18 |
| KOREA | 1 | 2 | 1 | | 1 | 2 | | | | 9 | | | | | | | | | | | 2 | | | 18 |
| KOSOVO | 1 | | | | | | | 3 | | 8 | | | | | | | | | | | 1 | | | 11 |
| KUWAIT | | | | 7 | | | | | | 2 | | | 1 | | | | | | | | | | | 11 |
| KYRGYZSTAN | | | | | 1 | | 1 | | 2 | 7 | | 1 | 1 | 1 | 1 | | | 1 | | | 1 | | | 1 |
| LAOS | 3 | 2 | | | | | 1 | | | 2 | | | | | | | | | | | | | | 3 |
| LATVIA | 2 | | | | 1 | | 1 | | | 2 | | | | | | | | | | | | | | 2 |
| LEBANON | 3 | | 1 | | 2 | 2 | 1 | | | 6 | | 2 | 1 | 2 | | | | 1 | | | 2 | | 2 | 3 |
| LIBERIA | | | | | | | 1 | | | 1 | | | 1 | | | | | | 3 | | | | | 1 |
| LITHUANIA | 1 | | | | | | | | | | 1 | 3 | 1 | | | | | | | | 1 | | | 1 |
| MACEDONIA | | | 1 | | | 2 | 11 | 88 | | 10 | | 1 | | 1 | | | | 1 | 5 | 52 | 13 | | 66 | 380 |
| MALAYSIA | | | | | 2 | | 1 | 2 | | 1 | | 1 | 2 | 1 | | | | 2 | 5 | 6 | 6 | | 12 | 2 |
| MALI | | | | | | 2 | | | | | 1 | 1 | | | | | 1 | | | | | | | 1 |
| MARSHALL ISLANDS | | | | | 7 | | | | | | | | | | | 1 | | 18 | 43 | | | | | 1 |
| MAURITANIA | 2 | 1 | | | | 3 | | 3 | | 2 | | | 1 | | | | | 1 | 4 | | | | | 3 |
| MEXICO | 5,573 | 12,820 | 32,602 | 13,887 | 31,831 | 45,051 | 117,227 | 230,045 | 6,546 | 495,582 | 524 | 1,314 | 881 | 311 | 10 | 208 | 260 | 168 | 3,676 | 1,857 | 2,269 | 2 | 4,128 | 503,386 |
| MOLDOVA | 2 | | 1 | | | 7 | | | 4 | 4 | 6 | | | | | | | 8 | 15 | | | | | 207 |
| MONGOLIA | 2 | | | | | | | 2 | | 4 | 3 | | | | | | | | 3 | | | | | 7 |
| MONTSERRAT | 3 | | 1 | 1 | | | 1 | 2 | | 6 | | | | | | | | | 6 | | 1 | | | 1 |
| MOROCCO | | | | | 1 | | | | 1 | 1 | | | 1 | | | | | | | | 2 | | 2 | 1 |
| NEPAL | 4 | 1 | 1 | | 2 | 37 | | | | 48 | | | | | | | | 2 | 9 | | | | | 57 |
| NETHERLANDS | | | | | | | | 1 | | 1 | | | | | | | 1 | | | | | | | 2 |
| NEW ZEALAND | 2 | | | | | | | | | 2 | | 4 | | | | | | | 9 | | 2 | | | 2 |
| NICARAGUA | 17 | 118 | 23 | 21 | 182 | 342 | 34 | 92 | 12 | 841 | 2 | 7 | 3 | 7 | | | | 3 | 22 | 78 | 31 | 1 | 110 | 979 |
| NIGER | | | | | | | 1 | | | | 3 | 3 | | | | | | | 3 | | | | | 3 |
| NIGERIA | 2 | 1 | 1 | | | 5 | | | | 14 | 6 | | | 1 | | 1 | | 1 | 11 | | 7 | | | 7 |
| NORWAY | 1 | 1 | | | 4 | | 1 | 1 | | | | | 1 | | | | | | 3 | | | | | 1 |
| PAKISTAN | 1 | 1 | | 2 | 9 | 14 | | 4 | | 19 | 5 | 11 | 1 | 1 | | | | 1 | 3 | | 3 | | 4 | 40 |
| PANAMA | 1 | | 2 | 4 | 1 | 1 | 1 | | | 21 | | 4 | 1 | | | | | 1 | 3 | | 4 | 8 | 12 | 36 |
| PARAGUAY | 1 | | | | 2 | 2 | | 11 | | 11 | | | | | | | | | | | | | | 14 |
| PERU | 3 | 6 | 6 | 12 | 75 | 41 | 11 | 88 | 4 | 242 | 3 | 25 | 3 | 2 | | | | 14 | 60 | 52 | 13 | 1 | 66 | 380 |
| PHILIPPINES | 6 | 1 | 2 | 5 | 4 | 2 | 8 | 2 | | 32 | 1 | 19 | 2 | 1 | | 12 | | 1 | 23 | 6 | 6 | | 12 | 67 |
| POLAND | 2 | 1 | | | 3 | 3 | | 3 | | 11 | 1 | 1 | | 1 | 1 | | | 18 | 43 | 4 | 2 | | 6 | 6 |
| PORTUGAL | | | | | | | | | | 1 | | | | | | | | | 4 | | | | | 7 |
| PUERTO RICO | | | | | | 1 | | 1 | | 2 | | 1 | | | | | | | | 2 | 4 | | | 2 |
| ROMANIA | 2 | | 4 | 3 | 13 | 9 | | 33 | | 64 | 6 | 1 | | 1 | | | | 5 | 10 | 5 | | | | 79 |
| RUSSIA | 1 | 2 | 2 | 5 | | 4 | | | | 14 | 1 | 18 | 4 | | | | | 8 | 11 | 11 | 1 | | 12 | 57 |

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| RWANDA | 1 | | | | | | | | | 1 | | 1 | | | | | | 2 | 3 | | | | 0 | 4 |
| SAMOA | | | | | 1 | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| SAUDI ARABIA | 1 | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| SENEGAL | | | | | | | 1 | | | 1 | | | | | | | | | 0 | 1 | 1 | | 2 | 1 |
| SERBIA AND MONTENEGRO | 1 | | | 3 | | | | | | 5 | | 8 | 1 | | | | | 1 | 9 | 3 | | | 3 | 17 |
| SIERRA LEONE | | | | 1 | | 1 | | | | 1 | | 7 | 1 | | | | | | 3 | 1 | 2 | | 3 | 3 |
| SINGAPORE | 1 | | | | | | | | | 1 | | 3 | | | | | | | 1 | 1 | | | 0 | 3 |
| SLOVAKIA | 1 | | | | | | | | | 1 | | | | | | | | | 2 | | | | 0 | 1 |
| SOMALIA | 1 | | | | | | | | | 2 | | 2 | | | | | | 1 | 7 | 1 | 1 | | 0 | 1 |
| SOUTH AFRICA | 2 | | | 2 | 2 | 5 | 3 | | 1 | 12 | | 3 | | 1 | 1 | | 1 | 1 | 11 | 2 | 2 | | 1 | 16 |
| SOUTH KOREA | 9 | 1 | 1 | 5 | 1 | 4 | 6 | 2 | | 28 | | 10 | 2 | 8 | | | | 1 | 15 | | 2 | | 2 | 45 |
| SPAIN | 1 | | 1 | 3 | | | 2 | | 1 | 8 | | 5 | | | 1 | | 1 | 2 | 3 | 3 | | | 3 | 14 |
| SRI LANKA | 3 | | | | 5 | 39 | | | | 44 | | 5 | 2 | | | | | 16 | 23 | | 2 | | 2 | 68 |
| ST. KITTS-NEVIS | | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| ST. LUCIA | | | | | | | | | | 0 | | 3 | 1 | | | | | | 4 | 1 | 1 | | 2 | 6 |
| ST. VINCENT-GRENADINES | | | | | | 4 | 1 | | | 1 | | 8 | 1 | | | | | | 9 | 2 | 2 | | 2 | 11 |
| SUDAN | 1 | | | | | | | | | 6 | | 1 | | | | | | | 1 | | | | 0 | 1 |
| SURINAME | | | | | | | | | | 0 | | | | | | | | | 1 | | | | 0 | 1 |
| SWEDEN | 1 | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| SYRIA | | | | | | | | | | 0 | | 1 | | | | | | | 3 | 1 | 1 | | 2 | 3 |
| TAIWAN | 1 | | 2 | | | | | | 1 | 4 | | 3 | 1 | 1 | | | | | 1 | 1 | 1 | | 0 | 8 |
| TAJIKISTAN | | | | | | | | | | 0 | | 4 | | 2 | | | | | 3 | | | | 0 | 1 |
| TANZANIA | | | | | | | | | | 1 | 1 | 5 | 1 | 1 | | | | 2 | 9 | 1 | | | 1 | 11 |
| THAILAND | 3 | | | 1 | | 3 | 1 | | | 9 | 1 | 4 | | | | | | | 5 | 2 | | | 2 | 11 |
| TOGO | | | | | | | | | | 1 | | | | | | | | | 0 | 1 | | | 1 | 2 |
| TONGA | | | | | 1 | | | 1 | 1 | 2 | | | | | | | | | 0 | | | | 0 | 2 |
| TRINIDAD AND TOBAGO | 3 | | | 1 | | | | | | 5 | | 15 | | | | | | 3 | 18 | 12 | 3 | | 15 | 38 |
| TUNISIA | | | | | | | | 1 | | 0 | | | | | | | | | 0 | | 1 | | 1 | 1 |
| TURKEY | | | | | | 7 | 2 | | | 10 | 1 | 3 | | | | | | 2 | 6 | 2 | 1 | | 3 | 100 |
| TURKMENISTAN | | | | 1 | | | 1 | | | 0 | | | | | | | | | 0 | | 1 | | 1 | 3 |
| TURKS AND CAICOS ISLANDS | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| UGANDA | 1 | | | | | | | | | 1 | | 3 | | | | | | | 4 | | | | 0 | 1 |
| UKRAINE | | | | 1 | | 2 | | | | 4 | 1 | 18 | | 1 | | | | 4 | 25 | 2 | | | 2 | 31 |
| UNITED ARAB EMIRATES | | | | | | | | 1 | 1 | 1 | 2 | 3 | | | | | | | 16 | | | | 0 | 2 |
| UNITED KINGDOM | 10 | 1 | 1 | 1 | | 1 | 1 | 2 | | 18 | 4 | 3 | 1 | | | | | 8 | 16 | | | | 0 | 31 |
| UNKNOWN | 2 | | | | | | 1 | 6 | 1 | 10 | 1 | | | | | | | 1 | 3 | 2 | | | 2 | 15 |
| URUGUAY | 4 | 3 | | | 1 | 4 | 4 | 5 | | 24 | | 2 | | | | | | 1 | 3 | 16 | | | 16 | 7 |
| UZBEKISTAN | | | | 3 | | | 3 | 3 | | 6 | | 8 | | | | | | 2 | 10 | | | | 1 | 1 |
| VENEZUELA | | 3 | | 2 | 8 | 7 | 3 | 7 | 2 | 32 | 9 | 9 | 2 | | | | | 4 | 15 | 18 | 2 | | 20 | 63 |
| VIETNAM | 7 | 2 | | 3 | 1 | 3 | 4 | | | 20 | 1 | 3 | 2 | 1 | | | | | 3 | 3 | 4 | | 6 | 29 |
| YEMEN | | | | 1 | | | | 2 | | 3 | | 8 | 2 | | | | | | 10 | | | | 1 | 18 |
| YUGOSLAVIA | | | | | 12 | 3 | | | | 15 | | | | | | | | | 0 | | | | 0 | 1 |
| ZAMBIA | | | | | | | | | | 3 | | 2 | | | | | | | 2 | | | | 0 | 2 |
| ZIMBABWE | 1 | | | | | 2 | | | | 0 | | 2 | | | | | | 1 | 2 | 1 | | | 1 | 1 |
| **TOTAL** | 6,360 | 17,082 | 33,521 | 14,999 | 40,569 | 60,989 | 118,721 | 241,673 | 6,951 | 540,865 | 843 | 2,672 | 1,157 | 472 | 59 | 283 | 277 | 1,043 | 6,806 | 4,425 | 3,527 | 418 | 8,370 | 556,041 |

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2010
*Data Includes Deportable Aliens Only*

| CITIZENSHIP | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFGHANISTAN | 1 | 5 | | | | | | | | 6 | | | | | | | | | | | | | | 6 |
| ALBANIA | | 2 | | | | | | | | 21 | | | 3 | 3 | | | | 11 | 18 | 3 | 2 | | | 41 |
| ALGERIA | | | | | | | | | | 0 | | 1 | | | | | | 1 | 1 | 1 | | | 1 | 5 |
| ANGOLA | | | | | | | | | | 0 | | | | | | | | 1 | 1 | | 1 | | 1 | 3 |
| ANTIGUA-BARBUDA | | | | | | | | | | 0 | | | | | | | | | | | | | | 1 |
| ARGENTINA | 2 | | 3 | 8 | | 7 | 6 | 8 | 2 | 36 | | 2 | 1 | | | 1 | | 5 | 9 | 17 | | | 17 | 62 |
| ARMENIA | | | 1 | 2 | | | | 1 | | 5 | | 2 | | | | | | 1 | 3 | | | | | 17 |
| AUSTRALIA | 1 | | | | | | 1 | 1 | | 2 | | 2 | | | | | | 1 | 3 | | | | | 8 |
| AUSTRIA | | | | | | | | | | 1 | | | | | | | | | | | | | | 0 |
| BAHAMAS | | | | | | | | | | 1 | | | | | | | | | | 14 | | | 15 | 15 |
| BANGLADESH | | 1 | | 6 | | 82 | | 3 | | 93 | 2 | 10 | 2 | 21 | | | | 1 | 15 | 8 | 7 | | 15 | 123 |
| BARBADOS | | | | | | | | | | 0 | | 3 | | 1 | | | | | 4 | | | | | 3 |
| BELARUS | | | | | | | | | | 1 | | 4 | | | | 1 | | | 4 | 2 | | | 2 | 64 |
| BELIZE | 6 | | 3 | 6 | | 20 | 3 | 4 | 1 | 44 | | 3 | 2 | | | | | 1 | 6 | 6 | 1 | | 7 | 2 |
| BENIN | | | | | | | | | | 0 | | 1 | | | | | | | 2 | | 1 | | | 1 |
| BERMUDA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 1 |
| BOLIVIA | 1 | 3 | | | 6 | 13 | 6 | 22 | 1 | 52 | | 2 | | | | | | 1 | 9 | 2 | | | 11 | 66 |
| BOSNIA-HERZEGOVINA | | | | | | | | | | 0 | 1 | | | | | | | | 0 | | | | | 5 |
| BRAZIL | 1 | 9 | 4 | 15 | 346 | 153 | 7 | 65 | 1 | 601 | | 44 | 4 | 2 | 3 | 1 | | 71 | 121 | 70 | 17 | 3 | 90 | 812 |
| BULGARIA | | | 1 | | | 2 | 1 | | | 4 | | 2 | | | | | | 2 | 8 | | | | | 12 |
| BURKINA FASO | | | | | | | | | | 1 | | 5 | | | | | | | 0 | | | | | 1 |
| BURMA | 1 | | | | | 1 | 1 | 3 | | 4 | 2 | 5 | 1 | | | | | | 2 | 2 | | | | 11 |
| CAMBODIA | 3 | | | | | 1 | | | 2 | 7 | | 3 | | | | | | | 3 | 3 | | | | 3 |
| CAMEROON | 1 | 1 | | 2 | 1 | 5 | | | | 9 | | | 1 | | | | | | 3 | 4 | | | | 4 |
| CANADA | 1 | | 1 | 6 | 2 | 2 | 4 | 4 | 3 | 24 | 68 | 15 | 22 | 21 | 20 | 17 | 13 | 481 | 657 | 8 | 1 | | 9 | 680 |
| CAPE VERDE | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | | | | 2 |
| CENTRAL AFRICAN REPUBLIC | | | | | | | | 1 | | 1 | | | | | | | | | 0 | | | | | 0 |
| CHILE | | 1 | 5 | 2 | 2 | 6 | 6 | 1 | | 22 | 2 | 2 | | | | | | 5 | 9 | 7 | | | | 38 |
| CHINA, PEOPLES REPUBLIC OF | 19 | 15 | 21 | 20 | 108 | 289 | 9 | 510 | 33 | 1,024 | 7 | 49 | 17 | 8 | | 4 | | 4 | 86 | 32 | 13 | 2 | 47 | 1,153 |
| COLOMBIA | 2 | 4 | | 34 | 38 | 158 | 14 | 51 | 2 | 307 | 5 | 26 | | 5 | 3 | 1 | 1 | 81 | 118 | 24 | 13 | 1 | 95 | 95 |
| CONGO | 1 | | | | | | | 1 | | 1 | | 5 | | | | | | | 0 | | | | | 9 |
| COSTA RICA | 2 | 4 | | 17 | 21 | 65 | 1 | 31 | | 141 | | 22 | | 1 | | | | 5 | 26 | 16 | 2 | | 18 | 183 |
| CUBA | 3 | 7 | | 4 | 21 | 26 | 10 | 11 | 2 | 84 | 11 | 4 | | 1 | | | | 5 | 22 | 428 | 6 | 172 | 606 | 713 |
| CZECH REPUBLIC | 3 | | | 1 | | | | | | 4 | 3 | 2 | | | | | | 2 | 7 | 9 | 2 | | 11 | 22 |
| DENMARK | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 1 |
| DJIBOUTI | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | 1 | | | 2 |
| DOMINICAN REPUBLIC | 19 | 16 | 5 | 24 | 192 | 436 | | 381 | | 1,060 | | 16 | 5 | 5 | 3 | | | 11 | 36 | 28 | 10 | 196 | 234 | 1,300 |
| ECUADOR | 19 | 8 | 6 | 17 | 173 | 205 | 5 | 1,138 | | 1,571 | | 102 | 20 | 5 | | | 1 | 37 | 176 | 24 | 6 | | 30 | 1,775 |
| EGYPT | | | | | 5 | | | 2 | | 2 | | | | | | | | 1 | 1 | | | | | 10 |
| EL SALVADOR | 107 | 905 | 281 | 168 | 1,786 | 6,403 | 269 | 3,115 | 89 | 13,123 | 21 | 106 | 57 | 23 | 2 | 7 | 9 | 37 | 262 | 161 | 177 | | 338 | 13,723 |
| ERITREA | | | | 6 | 142 | | 1 | | | 149 | | 1 | 1 | | | | | | 2 | 2 | | | | 153 |
| ESTONIA | 2 | | | 1 | 3 | 37 | 1 | | | 44 | | | | | | 1 | | | 0 | | 2 | | | 2 |
| ETHIOPIA | | | | | | | | | | 0 | | 6 | | | | | | 3 | 9 | | | | | 46 |
| FIJI | 1 | | | | | | | | | 0 | | | | | | | | 3 | 3 | | | | | 1 |
| FINLAND | 1 | | | | | | | | | 1 | | | | | | | | | 0 | | | | | 13 |
| FRANCE | 3 | | 1 | | | | | | 2 | 7 | 2 | 7 | 1 | 1 | | | | 2 | 7 | 4 | | | | 7 |
| GAMBIA | | | | | | 1 | | | | 1 | | 4 | | | | | | | 3 | 3 | 1 | | | 4 |
| GEORGIA | | | | | | | | 2 | 1 | 3 | | 1 | 1 | | | 1 | | | 3 | 2 | | | | 3 |
| GERMANY | 2 | 1 | | 1 | | | 3 | | | 3 | 3 | | 2 | | | | | 5 | 8 | 2 | 1 | | | 15 |
| GHANA | 3 | | 1 | | 1 | 3 | | 2 | | 9 | | 18 | | | | | | 3 | 23 | 3 | 2 | | | 34 |
| GREECE | | | | | | | | | | 0 | | | | | | | | 3 | 3 | 2 | 1 | | | 2 |
| GRENADA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 0 |
| GUATEMALA | 157 | 753 | 249 | 408 | 1,476 | 4,425 | 626 | 8,630 | 107 | 16,831 | 64 | 206 | 151 | 37 | 8 | 9 | 6 | 68 | 549 | 792 | 234 | | 1,026 | 18,405 |
| GUINEA | 1 | | | | | 1 | | | | 1 | | 4 | 1 | | | | | | 6 | | | | | 6 |
| GUYANA | | | | | | 1 | | | | 6 | | 4 | | | | | | | 5 | 8 | 1 | | | 9 |
| HAITI | 1 | | | 5 | | 85 | 1 | 2 | | 89 | | | 1 | | | | | 181 | 186 | 161 | 177 | 16 | 338 | 419 |
| HONDURAS | 94 | 2,244 | 197 | 190 | 2,640 | 4,944 | 210 | 1,594 | 118 | 12,231 | 28 | 129 | 75 | 26 | | 17 | 3 | 38 | 317 | 457 | 573 | 2 | 1,032 | 13,580 |
| HONG KONG | 3 | | | | | | | | | 0 | | 1 | | | | | | 1 | 1 | | | | | 1 |
| HUNGARY | | | | | | | | 6 | | 6 | | | | | | | | | 7 | | | | | 18 |
| INDIA | 7 | 11 | 11 | 10 | 219 | 737 | 5 | 45 | 4 | 1,049 | 50 | 72 | 6 | 1 | | 4 | | 2 | 135 | 16 | 21 | | 37 | 1,221 |
| INDONESIA | 1 | | 3 | | | | | | | 4 | | 4 | 1 | 1 | | | | | 4 | 2 | 2 | | | 15 |



U.S. Customs and Border Protection

AR_009340

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| IRAN | | | 3 | 3 | | | 4 | 2 | | 13 | | | | | | | | | | | | | 0 | 14 |
| IRAQ | | | 4 | 3 | | | | | | 10 | | 4 | 4 | | | | | | 7 | | | | 0 | |
| IRELAND | | | | | | | | 1 | | 4 | | | | | 1 | | | 5 | 6 | 3 | | | 3 | 13 |
| ISRAEL | | | 2 | 9 | | 2 | 4 | 1 | 1 | 18 | | 4 | 3 | | | | | 2 | 9 | 8 | 3 | | 3 | 36 |
| ITALY | | | | | | 2 | 1 | 1 | | 4 | | | | 1 | | | | | 1 | 5 | 1 | | 1 | 6 |
| IVORY COAST | | | | 1 | 1 | | | | | 3 | | | | | | | | 3 | 8 | 1 | | | 3 | 13 |
| JAMAICA | 10 | 2 | 5 | 8 | 3 | 9 | 6 | 10 | | 54 | | 50 | 7 | | | 1 | 1 | 15 | 74 | 111 | 5 | | 116 | 244 |
| JAPAN | | | | 1 | | 2 | 2 | | | 3 | | | | | | | | 1 | 1 | 1 | 2 | | 2 | 6 |
| JORDAN | 1 | | 1 | | | | | | | 4 | | 4 | 1 | | | | | 3 | 9 | 1 | 3 | | 4 | 17 |
| KAZAKHSTAN | | | | 1 | | 2 | | 1 | | 1 | | 2 | 1 | 3 | | | | 1 | 7 | 2 | | | 0 | 4 |
| KENYA | 1 | | | 1 | | | 1 | 1 | 1 | 5 | 2 | 6 | 2 | 4 | | | | 1 | 15 | 2 | 2 | | 4 | 20 |
| KOREA | | | 1 | | | | | | | 1 | | | | | | | | | 0 | | 1 | | 0 | 1 |
| KOSOVO | | | | | | | | | | 4 | | | 1 | | | | | | 2 | | | | 0 | 63 |
| KUWAIT | | | | 1 | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| KYRGYZSTAN | 1 | 1 | 1 | 1 | | 2 | | | 1 | 1 | 1 | 2 | | 1 | | | | | 4 | 1 | 1 | | 1 | 1 |
| LAOS | | | | | | | | | | 7 | | 3 | | | | | | | 3 | 2 | 2 | | 4 | 12 |
| LATVIA | | | 1 | | | | 2 | | | 0 | | | | | | | | 2 | 5 | 3 | 1 | | 4 | 4 |
| LEBANON | 2 | | | 1 | | | | | | 4 | 1 | 1 | 2 | | | | | | 5 | 1 | | | 2 | 10 |
| LIBERIA | | | | | | | | | | 0 | | | | | | 1 | | | 1 | | | | 1 | 5 |
| LIBYA | | | | 1 | | | | 1 | | 3 | | | 1 | | | | | 1 | 3 | | | | 0 | 3 |
| LITHUANIA | | | | 1 | | | | | | 3 | 3 | 3 | 1 | | | | | | 5 | 2 | | | 0 | 30 |
| MACEDONIA | | | | | | | | | | 3 | | 1 | 1 | | | | | 2 | 4 | | | | 0 | 3 |
| MALAWI | 1 | | | 1 | | | 3 | | | 1 | | | 1 | 1 | | | | | 9 | | | | 0 | 3 |
| MALAYSIA | | | 1 | | | | 2 | 1 | | 4 | | 6 | 1 | | | | | 2 | 5 | | | | 0 | 3 |
| MALI | | | | | | | | | | 1 | | 3 | | | | | | 1 | 0 | | | | 0 | 6 |
| MARSHALL ISLANDS | | | | | | | 1 | | | 0 | | | | | | | | | 0 | | | | 0 | 5 |
| MAURITANIA | | | | | | | | | | | | | | | | | 1 | | | | | | 0 | |
|  | 4,754 | 10,593 | 31,704 | 11,194 | 27,957 | 40,732 | 67,259 | 195,921 | 6,705 | 396,819 | 376 | 1,143 | 1,196 | 388 | 6 | 184 | 316 | 157 | 3,760 | 1,837 | 1,941 | | 3,780 | 404,363 |
| MICRONESIA, FEDERATED STATES OF | | 1 | | | 2 | 1 | | 1 | | 6 | 1 | | | | | 2 | | 4 | 5 | 6 | | | 0 | 17 |
| MOLDOVA | | | | | | | | | | 6 | | | | | | | | | 6 | | | | 0 | 6 |
| MONGOLIA | | 1 | | | 2 | 2 | | | | 5 | 1 | | | | | | | 8 | 8 | | 1 | | 2 | 13 |
| MOROCCO | 1 | | | | | | | | | 0 | | | | | 1 | 1 | | 1 | 3 | 1 | 1 | | 2 | 2 |
| MOZAMBIQUE | | 3 | 1 | 1 | | | 2 | 2 | 1 | 0 | | 1 | 1 | | | | | | 1 | | | | 0 | |
| NAMIBIA | | | | | | | | 3 | 1 | 0 | | | | | | | | | 0 | | | | 0 | |
| NEPAL | 3 | | 1 | 4 | 8 | 100 | 1 | 22 | | 136 | | 4 | 2 | | | 1 | | 1 | 6 | 1 | 3 | | 4 | 146 |
| NETHERLANDS | | | | 1 | | | 1 | | | 5 | | | | | | | 1 | | 5 | | | | 0 | 9 |
| NETHERLANDS ANTILLES | | | | | | | | | | 0 | | | | | | | | | 0 | 2 | | | 0 | |
| NEW ZEALAND | 1 | | | | | | 2 | | | 3 | | | | | | | | | 2 | | | 1 | | |
| NICARAGUA | 15 | 95 | 19 | 11 | 115 | 345 | 24 | 126 | 10 | 760 | 2 | 10 | 5 | 9 | | | 1 | 5 | 32 | 80 | 37 | | 117 | 909 |
| NIGER | | 1 | | | | | | | | 1 | | 1 | 1 | | | | | | 5 | 1 | | | 0 | |
| NIGERIA | 1 | | 2 | 1 | 2 | 5 | 2 | 1 | 1 | 11 | | 13 | 2 | 1 | | | 3 | 3 | 19 | 7 | 1 | | 8 | 38 |
| PAKISTAN | | | | 1 | | 9 | 2 | 2 | 2 | 17 | 3 | 8 | 2 | 1 | | | | 4 | 17 | 5 | 2 | | 3 | 37 |
| PANAMA | | 3 | 1 | 1 | 1 | 5 | 2 | 3 | 1 | 14 | | 4 | | 1 | | | | | 2 | 4 | 1 | | 4 | 24 |
| PARAGUAY | | 1 | | | 4 | | | | | 10 | | | | | | | | 5 | 0 | 5 | 1 | | 2 | 12 |
| PERU | 5 | 2 | 9 | 13 | 46 | 51 | 9 | 132 | 7 | 288 | 3 | 38 | 3 | 2 | 1 | 8 | 1 | 20 | 61 | 48 | 4 | 1 | 53 | 417 |
| PHILIPPINES | 8 | | 5 | 8 | 1 | 3 | 13 | 1 | 7 | 44 | | 38 | | 3 | | | | 2 | 38 | 14 | 6 | | 20 | 102 |
| POLAND | 2 | | | | 1 | 2 | | 1 | | 6 | | 27 | 5 | 1 | 2 | 3 | | 39 | 79 | 14 | 1 | | 15 | 100 |
| PORTUGAL | | | | | | | | | | 0 | | | | | | | | 1 | 3 | 5 | | | 6 | |
| QATAR | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | |
| ROMANIA | 2 | 2 | | 18 | | 45 | 8 | 307 | 2 | 384 | 2 | 6 | 7 | | 3 | | | 6 | 22 | 6 | | | 0 | 412 |
| RUSSIA | 2 | | | | | 3 | 5 | | 1 | 11 | | 22 | 5 | 2 | | | | 1 | 28 | 11 | 2 | | 13 | 526 |
| RWANDA | 1 | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | |
| SAUDI ARABIA | | 1 | | 1 | | 2 | | | | 3 | | 5 | 3 | | | 1 | | | 19 | 8 | | | 1 | 10 |
| SENEGAL | | | | | 2 | 1 | | | | 1 | 4 | 5 | | | | | | 1 | 8 | | | | 0 | |
| SERBIA AND MONTENEGRO | | | | | | | | 1 | | 4 | 1 | 6 | | | | | | 1 | 7 | 1 | 2 | | 1 | 8 |
| SIERRA LEONE | | | | | | | | | | 0 | | 1 | | | | | | | 0 | | | | 0 | |
| SINGAPORE | 1 | | | | | 1 | | | | 2 | | 3 | | | | 2 | | | 10 | 1 | 2 | | 1 | 14 |
| SLOVAKIA | | | | | | 1 | 1 | | | 0 | | | | | | | | 5 | 2 | | | | 2 | |
| SLOVENIA | | | | | | | | | | 5 | | | | | | | | | 0 | | | | 0 | |
| SOMALIA | 1 | | 1 | | | | | | | 5 | | 2 | | | | | | 2 | 5 | | 1 | | 0 | 9 |
| SOUTH AFRICA | 2 | 1 | | 3 | | | | 3 | | 8 | | 6 | 3 | 2 | | | | 1 | 10 | 2 | 2 | | 7 | 11 |
| SOUTH KOREA | 4 | 1 | 18 | | | 3 | 5 | | 1 | 32 | 1 | 1 | | | | 1 | | 4 | 3 | 5 | | | 2 | 203 |
| SRI LANKA | | | | 2 | 32 | 139 | | | | 173 | | 2 | 2 | | | | | 11 | 13 | 17 | | | 7 | 47 |
| ST. KITTS-NEVIS | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 203 |
| ST. LUCIA | | | | | | | 1 | | | 0 | | 4 | 2 | | | | | | 6 | 3 | | | | 3 |
| ST. VINCENT-GRENADINES | 1 | | | | | | | | | 0 | | | | | | | | | 5 | 1 | | | | 6 |

| CITIZENSHIP | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATELESS | | | | | | | | | | 0 | | | | | | | | 1 | 1 | | | | 0 | 1 |
| SUDAN | | | | | | | | | | 2 | | | | 1 | | | | | 2 | 1 | | | | 1 |
| SURINAME | | | | | | | 1 | | | 0 | | 1 | | | | | | | 1 | | | | | 1 |
| SWEDEN | | | 1 | 1 | | | | | | 1 | | 2 | | | | | | | 1 | 1 | | | | 2 |
| SYRIA | | | | | 1 | | | | 1 | 3 | | | 1 | | | | | | 0 | 2 | 1 | | 2 | 5 |
| TAIWAN | | | | | 1 | | | | | 1 | | 2 | | | | | | | 3 | | 1 | | | 1 |
| TAJIKISTAN | | | | | | | | | | 0 | | 1 | | | | | | | 1 | 1 | | | | 1 |
| TANZANIA | | | | | | | | | | 0 | | 2 | | | | | | | 1 | | 1 | | | 1 |
| THAILAND | 1 | | 1 | 1 | 1 | 1 | 2 | | | 6 | | 5 | | | | 3 | | 3 | 11 | 2 | 2 | | | 21 |
| TOGO | | | | | | | | | | 0 | | | 1 | | | | | 1 | 3 | | | | | 3 |
| TONGA | | | 1 | | | | | | | 1 | | | | | | | | | 0 | | | | | 4 |
| TRINIDAD AND TOBAGO | 1 | | 1 | 1 | | 2 | | 1 | 1 | 4 | | 19 | 2 | | 2 | 2 | | 2 | 27 | 27 | 1 | 1 | 29 | 60 |
| TUNISIA | 1 | | | 1 | | | | 2 | | 0 | 1 | 4 | | | | | | | 0 | | | | | 1 |
| TURKEY | | | | | | 7 | 3 | | 1 | 15 | | | | | | | | 5 | 10 | 2 | 6 | | 8 | 33 |
| TURKS AND CAICOS ISLANDS | | | | | | | | | | 0 | | | | | | | | 1 | 3 | 3 | | | | 3 |
| UGANDA | 1 | | | | | 2 | 1 | 2 | | 6 | 1 | 1 | 5 | 2 | | 1 | | 5 | 28 | | | | 3 |
| UKRAINE | | | 1 | | | 3 | 3 | 1 | | 19 | 6 | | 1 | | | | | 4 | 5 | | 5 | | 5 | 39 |
| UNITED ARAB EMIRATES | 7 | | 1 | 4 | 5 | 3 | 2 | 1 | | 1 | | | | | | | | | 12 | 6 | | | | 40 |
| UNITED KINGDOM | | 1 | | 2 | 4 | 4 | | 3 | | 16 | 6 | | | | | 1 | | | 0 | 4 | 3 | | 9 | 140 |
| UNKNOWN | 1 | | | | | | | 1 | | 11 | | 2 | | | | | | | 2 | 4 | | | | 22 |
| URUGUAY | | | 2 | 2 | | | 1 | 3 | | 1 | | | | | | | | | 0 | | | | | 3 |
| USSR | | | | | | | | | | 4 | | 3 | | | | | | 2 | 6 | 11 | | | 11 | 1 |
| UZBEKISTAN | 2 | 1 | | 1 | 4 | 1 | 3 | 3 | 2 | 35 | 1 | 4 | 2 | | | | | 7 | 14 | 25 | 3 | | 28 | 2 |
| VENEZUELA | 3 | | | 1 | 1 | 1 | | 1 | 1 | 7 | 2 | 3 | 2 | | | | | | 9 | 2 | 1 | | 2 | 72 |
| VIETNAM | | | | | | | | | | 1 | | 7 | 2 | | | | | | 9 | | | | | 16 |
| YEMEN | | | | 3 | | 3 | | | | 3 | | | | | | | | 5 | 5 | | | | | 10 |
| YUGOSLAVIA | | | | | | | | | | 0 | | 2 | | | | | | | 5 | | 2 | | | 1 |
| ZAMBIA | | | | | | 2 | | 1 | | 3 | | 2 | 1 | 2 | | | | | 4 | | | | | 8 |
| ZIMBABWE | | | | | | | | | | | | | | | | | | | | | | | | 7 |
| TOTAL | 5,288 | 14,694 | 32,562 | 12,251 | 35,287 | 59,766 | 68,565 | 212,202 | 7,116 | 447,731 | 673 | 2,422 | 1,669 | 543 | 56 | 290 | 356 | 1,422 | 7,431 | 4,651 | 3,171 | 398 | 8,220 | 463,382 |

U.S. Customs and Border Protection
FOIA_AR_000345

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2011

*Data Includes Deportable Aliens Only*

| CITIZENSHIP | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFGHANISTAN | | | | | | 25 | | 13 | | 38 | | | | 6 | | 1 | | 5 | 14 | 14 | | | | 54 |
| ALBANIA | | | | | | | | | | | 2 | 2 | | 6 | | | | 5 | | | | | | |
| ALGERIA | | | 1 | | | | | | | 1 | | | | | 1 | | | | 3 | | 1 | | | |
| ANGOLA | 1 | | | | | | | | | 1 | | | | | | | | 2 | | | | | 1 | 5 |
| ANTIGUA-BARBUDA | | | | | | | | | | 0 | | | | | | | | | | 3 | | | 3 | 3 |
| ARGENTINA | | 1 | 2 | 4 | 3 | 6 | 5 | 4 | 1 | 26 | | 4 | | 2 | 1 | 1 | | 1 | 9 | 15 | | | 16 | 51 |
| ARMENIA | 1 | 1 | 1 | 1 | | | | | 2 | 5 | | | | | | | | 2 | 5 | 3 | | | 3 | 16 |
| AUSTRALIA | 1 | | | | | | | | | 3 | 2 | | 1 | | | | | | 3 | 1 | | | 1 | 8 |
| AUSTRIA | 1 | 2 | | | | | 1 | | | 1 | | | | | | | | 1 | 1 | | | | | |
| AZERBAIJAN | | | | | | | | | | 1 | | | | | | | | | 2 | 1 | | | | 1 |
| BAHAMAS | 2 | | | | | | | | | 2 | | 1 | | | | | | | 2 | 20 | 1 | | 21 | 31 |
| BAHRAIN | 1 | | | | | | | | | | | | 2 | | | | | | 7 | 2 | | | 2 | 2 |
| BANGLADESH | 1 | | | 5 | 5 | 70 | | | | 76 | 5 | 5 | | | | | | 1 | 7 | 2 | | | 1 | 84 |
| BARBADOS | | | | | | | | | | 0 | 3 | | | | | 1 | | | 4 | | 1 | | | 0 |
| BELARUS | | | | 1 | | | | | | | 3 | | | | | | | | 4 | 2 | | | | 3 |
| BELGIUM | | 1 | | 1 | | | | 2 | | 3 | | 4 | 2 | | | | | 1 | 7 | 2 | 3 | | 5 | 3 |
| BELIZE | | 1 | 2 | 1 | 1 | 31 | 3 | 2 | 1 | 42 | | | | | | | | 1 | | | | | 5 | 54 |
| BENIN | | 1 | | | | | | | | 1 | 1 | | | | | | | | | | | | | 1 |
| BHUTAN | | | | | | 7 | 1 | | | 1 | 1 | | | | | | | | 1 | | 3 | | | 2 |
| BOLIVIA | | | 1 | 4 | 7 | 1 | 1 | 5 | | 18 | 9 | | | | | | | 4 | 14 | 7 | | 3 | 10 | 42 |
| BOSNIA-HERZEGOVINA | | | | | 1 | 1 | | | | 0 | 1 | | 1 | | | | | | 1 | 1 | | | 1 | 3 |
| BOTSWANA | | | | | | | | | | 1 | | | | | | | | | 0 | | | | | 1 |
| BRAZIL | 8 | 1 | 2 | 61 | 135 | 60 | 7 | 10 | | 284 | 3 | 27 | 18 | 2 | | 3 | | 44 | 97 | 72 | 5 | 14 | 91 | 472 |
| BULGARIA | 1 | 1 | 1 | | | | 1 | 2 | | 5 | | 4 | 1 | | | | | 2 | 1 | 8 | | | 8 | 20 |
| BURKINA FASO | | | | | | | | | 1 | 0 | | 1 | | 1 | | | | | 1 | 1 | | | | 2 |
| BURMA | | | | | | 1 | | | 1 | 0 | 1 | | | | | | | | 1 | | | | | 2 |
| BURUNDI | | | | | | | | | | 0 | | | | | | | | | 2 | | | | | 2 |
| CAMBODIA | 1 | | | 1 | 1 | 1 | | | 1 | 4 | | | | | | | | | 0 | | | | | 0 |
| CAMEROON | | 1 | | | | | | | | 3 | 1 | 5 | | 1 | | | | 1 | 4 | 2 | 1 | | | 5 |
| CANADA | 2 | 1 | | 1 | 1 | 2 | 6 | 1 | | 14 | 43 | 54 | 14 | 11 | 28 | 14 | 21 | 196 | 381 | 8 | | | 8 | 403 |
| CAPE VERDE | | | | | | | | | | 1 | | | | | | | | | 0 | | | | | 0 |
| CHAD | | | | | | | | | | 0 | | 1 | | | | | | | 0 | | | | | 0 |
| CHILE | | 2 | 2 | 2 | 4 | 9 | 5 | 3 | 1 | 28 | 1 | 4 | | | | | | 1 | 6 | 11 | | | 11 | 45 |
| CHINA, PEOPLES REPUBLIC OF | 2 | 4 | 13 | 16 | 60 | 449 | 13 | 313 | 9 | 858 | 10 | 27 | 14 | 6 | 1 | | | 4 | 63 | 11 | 6 | 6 | 14 | 935 |
| COLOMBIA | 3 | 5 | 3 | 14 | 143 | 143 | 13 | 22 | | 217 | 11 | 11 | 2 | 2 | | 1 | 1 | 30 | 57 | 63 | 9 | 2 | 74 | 349 |
| CONGO | | | | 1 | 1 | | | | | 0 | | 6 | | | | | | | 0 | | | | | 0 |
| COSTA RICA | | 3 | 3 | 7 | 38 | 38 | 2 | 11 | | 70 | 2 | 13 | | 1 | | 4 | | 3 | 23 | 2 | 7 | | 9 | 102 |
| CROATIA | | | | 2 | 2 | 2 | | | | 2 | | | | | | | | 1 | 1 | 2 | 2 | | 2 | 6 |
| CUBA | 3 | 3 | 3 | 9 | 9 | 24 | 8 | 6 | 1 | 66 | 9 | 8 | 2 | | 1 | 1 | | 2 | 22 | 711 | 160 | | 871 | 959 |
| CZECH REPUBLIC | | 3 | | | | 2 | | | | 3 | | | | 2 | | | 1 | 2 | 2 | 2 | | | | 3 |
| CZECHOSLOVAKIA | | | | | | | | | | 0 | | | | | | | | | 0 | 2 | | | | 0 |
| DEM REP OF THE CONGO | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 0 |
| DEM REP OF THE CONGO | | | | | | 1 | | 1 | | 1 | | 2 | 1 | | | | | | 1 | 1 | | | | 1 |
| DENMARK | | | | | | | | | | 0 | | | | | | | | 1 | 0 | | | | | 1 |
| DJIBOUTI | | | 1 | | | | | | | | | | | | | | | | 2 | 2 | | | | 0 |
| DOMINICA | | | | | | | | | | 2 | | 2 | | | | | | | 2 | 2 | | | | 2 |
| DOMINICAN REPUBLIC | 1 | 3 | 2 | 2 | 80 | 217 | 3 | 29 | | 335 | 19 | 19 | 3 | | | 2 | | 3 | 27 | 24 | 449 | 11 | 484 | 846 |
| ECUADOR | 1 | 37 | | 21 | 207 | 346 | 1 | 440 | 8 | 1,064 | 72 | 72 | 36 | 29 | | 3 | | 24 | 172 | 24 | 2 | 2 | 28 | 1,280 |
| EGYPT | 1 | 3 | | 2 | | 1 | 1 | | | 12 | 9 | 9 | 2 | 2 | | 3 | 6 | | 12 | | | | 2 | 28 |
| EL SALVADOR | 84 | 854 | 207 | 117 | 1,280 | 6,094 | 201 | 1,426 | 105 | 10,368 | 19 | 103 | 68 | 12 | 1 | 8 | 6 | 30 | 247 | 138 | 121 | | 259 | 10,874 |
| EQUATORIAL GUINEA | | 207 | 207 | 1 | 1 | 22 | | | | 0 | | | | | | | | | 0 | | | | | 0 |
| ERITREA | | | | | | 22 | | | | 22 | | | | | | | | | 0 | | | | | 22 |
| ESTONIA | | | | | | | | | | 0 | | 1 | | | | | | 1 | 2 | 2 | | | | 0 |
| ETHIOPIA | | | 1 | 1 | | 11 | | | | 13 | 1 | 2 | | | | | | 1 | 13 | | | | 2 | 43 |
| FIJI | | | | | | | | | | 0 | 1 | | | | | | | | 0 | | | | | 2 |
| FINLAND | | 1 | | | | 1 | | | | 1 | | | | | | | | | 1 | | | | | 0 |
| FRANCE | 1 | | | | | | 1 | | | 7 | | 2 | 1 | | | | | 4 | 7 | 2 | | | | 15 |
| GABON | | | 1 | 2 | | | | | | 0 | | | | | | | | | 0 | | | | | 0 |
| GAMBIA | | 1 | 2 | | | | | | | 0 | | 2 | 3 | | | 1 | | | 5 | 3 | | | 3 | 3 |
| GEORGIA | | | | | | 1 | | | | 0 | | 5 | 3 | | | 2 | | | 9 | | 1 | | | 9 |
| GEORGIA | | | | 2 | | | | | | 9 | | | | | | | | 2 | 9 | 2 | | 1 | | 9 |
| GHANA | 4 | 1 | | 2 | | | 1 | | | 12 | 5 | 25 | 4 | 1 | | | | 2 | 4 | 2 | | 1 | 3 | 16 |
| GREECE | 3 | 1 | 3 | 3 | 2 | | 1 | | 3 | 0 | 1 | 3 | | | | | | | 33 | 2 | | | | 48 |

U.S. Customs and Border Protection

FOIA_CBP_019346



| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| GRENADA | | | | | | | | | | 2 | | | | | | | | | | | | | 2 | 6 |
| GUATEMALA | 120 | 976 | 212 | 190 | 2,057 | 5,965 | 565 | 7,356 | 141 | 17,582 | 65 | 246 | 115 | 33 | 1 | 7 | | 70 | 541 | 820 | 117 | 1 | 938 | 19,061 |
| GUINEA | | | 1 | | | | | | | 5 | | 5 | 3 | | | | | 2 | 10 | 8 | 1 | | 3 | 15 |
| GUYANA | | | | | | 3 | | | | | | 5 | 2 | | | | | | 7 | 1 | | | | 9 |
| HAITI | 1 | | | | | | 5 | | | 36 | | 7 | | | | | | 15 | 22 | 48 | 8 | | 66 | 114 |
| HONDURAS | 99 | 2,421 | 207 | 124 | 2,467 | 4,546 | 224 | 1,079 | 103 | 11,270 | 14 | 91 | 78 | 44 | 1 | 5 | 10 | 40 | 283 | 378 | 265 | 1 | 644 | 12,193 |
| HUNGARY | | | | | | 1 | 1 | | | 1 | | | | | | | | 2 | 3 | | 8 | | 9 | 9 |
| INDIA | | 15 | 12 | 33 | 356 | 1,826 | 8 | 152 | 12 | 2,414 | 50 | 52 | 18 | | | 1 | 4 | 10 | 135 | 19 | 8 | | 27 | 2,574 |
| INDONESIA | | | | | | 9 | | | | 1 | 1 | | | | | | | | | 19 | 8 | | 5 | 8 |
| IRAN | 4 | 1 | 1 | | | 4 | | 1 | | 20 | | 3 | | | | | | | | 1 | | | | 25 |
| IRAQ | | | | | | | | 1 | | 2 | | | | | | | | | | | | | | 1 |
| IRELAND | | | | | | 2 | | | | 4 | | | 1 | | | 1 | | 3 | 5 | 1 | | | | 1 |
| ISRAEL | 3 | | 2 | 3 | | 3 | 4 | | 2 | 17 | 2 | 12 | 1 | 1 | | | 1 | 14 | 31 | 7 | | | | 55 |
| ITALY | | 1 | | 4 | | | | | | 5 | | 2 | | | | | | 3 | 5 | | | | | 10 |
| IVORY COAST | 4 | | | | | | | | | 0 | | 2 | | | | | | | 4 | | | | | 4 |
| JAMAICA | 1 | | 2 | 2 | | 10 | 10 | 2 | | 28 | 2 | 38 | 6 | | | 1 | | 9 | 54 | 85 | 4 | | 89 | 177 |
| JAPAN | | | | 1 | | 1 | | | 1 | 3 | 1 | | | | | | | | 9 | 2 | | | 7 | 101 |
| JORDAN | | | | | | | 2 | | | 4 | 1 | 2 | 3 | | | 1 | | 1 | 9 | 6 | | | 7 | 20 |
| KAZAKHSTAN | 2 | | | | | | | | | 2 | 1 | | 2 | | | | | | 3 | | | | | 2 |
| KENYA | 2 | | | 8 | | | | 1 | | 11 | | 5 | | | | | | 1 | 10 | | | | | 21 |
| KOREA | | | | | | | | | | 1 | | 1 | | | | | | | 7 | | | | | 1 |
| KOSOVO | | | | | | 6 | | | | 6 | | | | | | | | | 5 | | | | | 6 |
| KUWAIT | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 1 |
| KYRGYZSTAN | | | | | | | | | | 4 | | 2 | | | | | | | 2 | 2 | 2 | | | 9 |
| LAOS | 1 | | | | | | | | | 0 | | 1 | 1 | | | | | | 2 | 2 | 1 | | 3 | 3 |
| LATVIA | | | 1 | | | | 2 | | | 0 | | | | | | | | | 2 | | | | | 1 |
| LEBANON | 1 | | | | 1 | | | | | 3 | 2 | 3 | 3 | | | 1 | | 1 | 5 | 1 | | | | 5 |
| LIBERIA | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | | | | 1 |
| LIBYA | | | | 1 | | | | | | 2 | | 2 | | 1 | | | | | | | | | | 4 |
| LITHUANIA | | | | | | 2 | | | | 1 | | 1 | | | | | | | 3 | 3 | | | 3 | 3 |
| MACEDONIA | | | | 1 | | | | | | 2 | | | 2 | | | | | | 3 | | | | | 3 |
| MALAWI | 1 | | | | 1 | | | | | 1 | | | | | 4 | | | | 0 | | | | | 0 |
| MALAYSIA | | | | | | | | | | 1 | | 3 | 3 | | | 1 | | | 7 | | | | | 7 |
| MALI | | | | | | | | | | 1 | | | | | | | | | 4 | | | | | 4 |
| MALTA | | | | | | | | | | 0 | | | | | | | | | 4 | | | | | 40 |
| MAURITANIA | | | | | | | | | | 1 | | | | | | | | 1 | 2 | | | | | |
| MAURITIUS | | | | | | | | 1 | | 1 | | 1 | | | | | | | 3 | | | | | 3 |
| MEXICO | 3,621 | 11,697 | 29,474 | 9,633 | 29,131 | 38,353 | 41,281 | 111,974 | 5,416 | 280,680 | 314 | 938 | 1,031 | 294 | 5 | 167 | 234 | 162 | 3,145 | 1,529 | 897 | 3 | 2,429 | 286,154 |
| MOLDOVA | 3 | | 1 | | | 1 | 1 | | | 2 | 3 | 7 | 2 | | | | | 10 | 19 | 7 | | | 8 | 25 |
| MONGOLIA | | | | | | | | | | 1 | | 1 | | 2 | 1 | | | | 2 | 1 | | | | 1 |
| MONTENEGRO | 1 | | 1 | | | | | | | 1 | | | | | | | | | | | | | | 1 |
| MONTSERRAT | | | | | | | | | | 0 | | | | | | | | | | | | | | 4 |
| MOROCCO | | 1 | | | 1 | | | 1 | | 2 | 1 | | | | | | | 1 | 4 | 4 | | | 4 | 1 |
| NAMIBIA | | | | | | | | | | 0 | | | | | | | | | | | | | | 82 |
| NEPAL | | | | 4 | | 61 | 1 | 5 | | 71 | | 6 | | | | | 1 | 1 | 10 | | | | 1 | 1 |
| NETHERLANDS | | 1 | | | | | 1 | | | 2 | | | 1 | | | 2 | | 1 | 2 | 4 | | | | 2 |
| NEW ZEALAND | | | | 3 | | | | | | 5 | | | | | | | | 1 | 5 | | | 1 | | |
| NICARAGUA | 3 | 95 | 10 | 122 | 3 | 186 | 20 | 77 | 5 | 520 | 4 | 6 | 5 | 13 | | 3 | | 3 | 34 | 71 | 19 | | 90 | 640 |
| NIGER | | | | | | | | | | 0 | | | | | | | | | | | | | | 0 |
| NIGERIA | 2 | 3 | | 3 | 1 | 13 | | 4 | | 17 | | 12 | 10 | 2 | 1 | 1 | | 3 | 26 | 1 | 5 | | 6 | 49 |
| PAKISTAN | | 4 | 1 | 4 | 2 | 21 | 1 | | 1 | 36 | 3 | 20 | | | | 1 | | | 27 | | | | 6 | 64 |
| PALAU | | | | | | 1 | | | | 1 | | | | | | | | | | | | | | 1 |
| PANAMA | | 3 | | 2 | | 1 | | 2 | | 9 | | 3 | | | | | | 2 | 5 | 5 | 1 | | 1 | 18 |
| PARAGUAY | | 1 | 3 | 1 | 2 | | | 1 | | 7 | | | | | | | | | 2 | | | 1 | | 10 |
| PERU | 8 | 8 | 4 | 20 | 42 | 82 | 9 | 83 | 2 | 258 | 2 | 20 | 12 | | | 6 | | 8 | 49 | 53 | 2 | | 55 | 362 |
| PHILIPPINES | 12 | 8 | 5 | 4 | 7 | | 1 | | 5 | 41 | 4 | 13 | 7 | | | 9 | 1 | 11 | 20 | 9 | 2 | | 10 | 77 |
| POLAND | | 1 | 1 | 6 | | 7 | | 2 | | 11 | 1 | 5 | 5 | 1 | | 3 | | | 5 | 5 | | 2 | 5 | 2 |
| PORTUGAL | | | | | | 2 | | | | 2 | | 3 | 3 | | | | | 3 | 3 | | | | 2 | |
| ROMANIA | 3 | | 2 | 2 | 9 | 329 | 4 | 227 | | 575 | 16 | 3 | 3 | | | 4 | | 15 | 26 | 6 | | | 8 | 609 |
| RUSSIA | 3 | | 4 | 2 | 4 | 2 | 2 | 2 | | 16 | 16 | 6 | 7 | | | | 1 | 6 | 30 | 27 | | | 28 | 74 |
| SAUDI ARABIA | | | | | | 1 | | | | 3 | | 1 | | 1 | | | | | 8 | | | | | 0 |
| SENEGAL | | | | | | | 1 | | | 0 | | | | | | | | | | | | | | 11 |
| SERBIA | | | | | | | | | | 0 | | | | | | | | | 1 | | 2 | | | 3 |
| SERBIA AND MONTENEGRO | | | | | | | | | | 0 | | | | | | | | | 0 | | 2 | | 3 | 3 |
| SIERRA LEONE | | | | | | | | | | 0 | | | | | | | | | 2 | | | 1 | 1 | 1 |
| SINGAPORE | | | | | | | | | | 1 | | 1 | | | | | | | 0 | | | | | |
| SLOVAKIA | 1 | | 1 | | | | | | | 1 | | | | | | | | | 2 | 2 | | | 2 | 4 |

U.S. Customs and Border Protection

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| SOMALIA | 1 | | | 2 | | | | | | 5 | | 1 | 1 | 3 | | | | | 5 | | | | 0 | 10 |
| SOUTH AFRICA | | | 1 | | | | | | | | | 4 | | | | | | | | 5 | 1 | | 6 | 6 |
| SOUTH KOREA | 4 | | | 9 | 1 | | 3 | | 1 | 21 | 6 | 10 | | 1 | 1 | 3 | | | 19 | 1 | | | 1 | 41 |
| SPAIN | 1 | | | | | 1 | 1 | 1 | | 4 | | | | | | | | 1 | | 5 | | | 5 | 5 |
| SRI LANKA | 1 | | 2 | 22 | | 187 | 1 | | | 214 | 3 | 3 | | | | 1 | | 3 | 10 | 11 | | | 11 | 235 |
| ST. KITTS-NEVIS | | | | | | | | | | 0 | | 1 | | | | | | 1 | 2 | 2 | | | 2 | 3 |
| ST. LUCIA | | | | | | | | | | 0 | | 2 | 2 | | | | | | 4 | 2 | | | 2 | 4 |
| ST. VINCENT-GRENADINES | | | | | | | | | | 0 | | | | | | | | | 1 | 3 | | | 3 | 3 |
| STATELESS | | | | | 1 | | | | | 0 | | 1 | | | | | | | 1 | | | | 0 | 1 |
| SUDAN | 2 | | | | | 1 | | | | 2 | | 3 | | | | | | | 1 | 1 | | | 1 | 6 |
| SWEDEN | | | | | | | | | | 1 | | | | | | | | | 1 | | | | 0 | 3 |
| SWITZERLAND | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| SYRIA | 1 | | 2 | | | | | | 1 | 3 | | 1 | 1 | 1 | | | | 4 | 6 | | | | 0 | 9 |
| TAIWAN | 1 | | | | | | | | | 0 | | 3 | | | | | | 1 | 5 | 2 | | | 2 | 7 |
| TAJIKISTAN | | | | | 1 | | | | | 2 | | 4 | 1 | | | | | 1 | 2 | 7 | | | 7 | 13 |
| TANZANIA | | | | 1 | 1 | 1 | | 1 | | 0 | 1 | 2 | 1 | | | 1 | | 2 | 6 | | | | 0 | 2 |
| THAILAND | 1 | | 1 | 1 | 1 | 1 | | | | 6 | | 1 | | | | 1 | | | 7 | 4 | | | 4 | 17 |
| TOGO | | | | | | | | 1 | | 1 | | 1 | | | | | | | 2 | | | | 0 | 1 |
| TRINIDAD AND TOBAGO | | | 2 | 1 | | 2 | 1 | | | 6 | 1 | 19 | 5 | | | 1 | | 4 | 29 | 14 | 2 | | 16 | 30 |
| TUNISIA | | | | | | | 1 | 3 | | 4 | | 3 | | | | | | | 3 | | | | 0 | 16 |
| TURKEY | | | | 1 | 1 | 1 | 3 | | | 5 | 1 | 7 | 1 | | | 2 | | 4 | 15 | 3 | 2 | | 5 | 25 |
| TURKMENISTAN | | | 1 | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| UGANDA | | | | | | | | | | 0 | | 4 | | | | | | | 4 | | | | 0 | 4 |
| UKRAINE | | | | | 1 | 1 | 1 | 1 | 1 | 3 | | 13 | 3 | 1 | | | | 3 | 21 | 6 | | | 6 | 30 |
| UNITED ARAB EMIRATES | 6 | | | | 1 | | | | | 1 | 1 | 1 | 1 | | | | | | 0 | | | | 0 | 1 |
| UNITED KINGDOM | | | | 3 | | 3 | | 1 | 2 | 12 | 2 | | | | | | | 5 | 8 | 8 | | | 8 | 28 |
| UNKNOWN | | | | | 1 | | 2 | 1 | | 1 | | | | | | | | | 2 | 1 | | | 1 | 4 |
| URUGUAY | | | 1 | 3 | 1 | 6 | 2 | 3 | 1 | 17 | | | | 1 | | 1 | | 3 | 4 | 12 | | | 12 | 33 |
| USSR | | | | | | | | | | 0 | | | | | | | | 2 | 2 | | | | 0 | 2 |
| UZBEKISTAN | | | | | | | 2 | | | 2 | | 4 | | | | | | | 4 | 8 | | | 8 | 14 |
| VENEZUELA | | 1 | | 3 | 7 | 11 | 1 | 4 | 1 | 28 | 1 | | 1 | | | | | 2 | 15 | 24 | 1 | | 25 | 53 |
| VIETNAM | 3 | | | 2 | | 3 | | 4 | | 13 | | 7 | 1 | | | | | 1 | 3 | 1 | 1 | | 2 | 18 |
| YEMEN | 1 | | 1 | | | | | | 1 | 1 | | 7 | 1 | | | | | | 3 | 3 | | | 3 | 8 |
| YUGOSLAVIA | | | | | | | | | | 1 | | 1 | 1 | | | | | 1 | 3 | 1 | | | 1 | 3 |
| ZAMBIA | 1 | | | | | 1 | | | | 0 | | | | | | 2 | | | 4 | | | | 0 | 2 |
| ZIMBABWE | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | | | 0 | 1 |
| TOTAL | 4,036 | 16,144 | 30,191 | 10,346 | 36,053 | 59,243 | 42,447 | 123,285 | 5,833 | 327,577 | 591 | 2,114 | 1,531 | 468 | 41 | 270 | 293 | 815 | 6,123 | 4,401 | 1,509 | 642 | 6,552 | 340,252 |

U.S. Customs and Border Protection

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2012

*Data Includes Deportable Aliens Only*

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| AFGHANISTAN | | | | | | | | 1 | 1 | 9 | | | 7 | | | | | 3 | 12 | | | | | 12 |
| ALBANIA | 1 | | | | | 32 | | 7 | | 40 | 1 | | | | | 1 | | 3 | | 12 | | | | 54 |
| ALGERIA | | | 1 | | | | | | | 1 | | | | | | | | | | | | | | 1 |
| ANGOLA | | | | 3 | | | | | | 3 | | | | | | | | | | 1 | | | | 4 |
| ANTIGUA-BARBUDA | | | | | | | | | | 0 | 2 | | | | | | | | | 13 | | 1 | 14 | 42 |
| ARGENTINA | 2 | 1 | 1 | 4 | 2 | 5 | 5 | 2 | 5 | 27 | | | 1 | | | | | 1 | 2 | 13 | | 1 | 14 | 42 |
| ARMENIA | 1 | | | 1 | 1 | | | | | 1 | | | | | | | | | 0 | | | | | 0 |
| AUSTRALIA | 1 | | | 1 | | | | | 1 | 2 | | | 1 | 1 | | | | 1 | 2 | 27 | | | 27 | 30 |
| BAHAMAS | | | | | | | | | | 2 | | | | | | | | | 5 | 1 | | | 1 | 27 |
| BANGLADESH | | | | | 10 | 81 | 2 | | 1 | 93 | 2 | 2 | | 1 | | | | 1 | 5 | 1 | | | 1 | 99 |
| BARBADOS | 1 | | | | | 1 | | | | 3 | | | | | | | | | 1 | | | | | 3 |
| BELARUS | | | | | | | | | | 1 | | 1 | | | | | | | 1 | | | | | 1 |
| BELGIUM | 1 | | | | | | | | 1 | 1 | | | | | | | | | 0 | | | | | 2 |
| BELIZE | 7 | 2 | 1 | 5 | 10 | 17 | 2 | 9 | | 53 | | 2 | | | | | 1 | | 7 | 2 | | | 2 | 54 |
| BERMUDA | | | | | | | | | | 0 | | | | | | | | | 0 | 2 | | | 2 | 2 |
| BOLIVIA | | 2 | 1 | 4 | | 9 | 1 | 3 | | 19 | | 5 | | | | | | 2 | 7 | 2 | | | 2 | 28 |
| BOSNIA-HERZEGOVINA | 1 | 1 | 1 | 1 | 74 | 88 | 6 | 10 | 1 | 183 | 10 | 10 | 6 | 1 | | | 1 | 20 | 37 | 85 | | 5 | 90 | 310 |
| BRAZIL | | | | | | | | | | 183 | | | | | | | | | | | | | | 310 |
| BRITISH VIRGIN ISLANDS | 1 | | | 2 | 1 | 1 | 1 | 4 | | 0 | 1 | 2 | 3 | | | | | 1 | 6 | 1 | | | 1 | 1 |
| BULGARIA | 1 | | | | | | | | | 9 | 2 | 1 | | | | | | | 6 | | | | | 16 |
| BURMA | | | | | | | 1 | | | 0 | 1 | | | | | | | | 0 | | | | | 1 |
| BURUNDI | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 0 |
| CAMBODIA | | | | | | | | | 1 | 2 | | 1 | | | | | | | 0 | | | | | 2 |
| CAMEROON | | | | | | | | | | 0 | | | | | | 1 | | | 3 | | | | | 3 |
| CANADA | 3 | | 4 | 2 | 2 | 3 | 3 | 2 | | 17 | 57 | 52 | 25 | 6 | 12 | 21 | 16 | 227 | 416 | 1 | | | 1 | 434 |
| CAPE VERDE | | | | | | | | | | 0 | 1 | | | | | | | 1 | 3 | | | | | 19 |
| CHILE | 1 | | 3 | 3 | 5 | 5 | | 2 | | 11 | | 1 | | | | | | | | 2 | | | | 19 |
| CHINA, PEOPLES REPUBLIC OF | 8 | 3 | | 13 | 55 | 444 | 10 | 357 | 18 | 908 | 3 | 12 | 18 | 3 | 3 | | | 3 | 40 | 12 | 5 | | 45 | 960 |
| COLOMBIA | 6 | 6 | | 14 | 119 | 119 | 10 | 18 | 1 | 185 | 1 | 8 | 1 | 1 | | | | 29 | 42 | 39 | 5 | 1 | 45 | 272 |
| CONGO | | | | | | | | | | 0 | | 1 | | | | | | | 0 | | | | | 0 |
| COSTA RICA | 1 | 5 | 3 | 17 | 87 | | 2 | 19 | | 136 | 2 | 2 | 3 | | | | | 1 | 19 | 3 | | | 4 | 159 |
| CUBA | 1 | | | 4 | 8 | 19 | 4 | 2 | | 40 | 6 | 3 | | | | | | 4 | 14 | 452 | | 100 | 552 | 603 |
| CZECH REPUBLIC | | | | 4 | | | | | | 4 | 1 | | | | | | | | 3 | 2 | | | 3 | 9 |
| CZECHOSLOVAKIA | | | | | | | 1 | | | 1 | | | | | 1 | | | | 0 | | | | | 0 |
| DEM REP OF THE CONGO | | | | | | | 1 | | | 1 | | | | | | | | | 0 | | | | | 1 |
| DENMARK | | | | | | | 1 | | | 0 | | | | | | | | | 0 | | | | | 0 |
| DOMINICAN REPUBLIC | | 3 | | 4 | 91 | 410 | 3 | 11 | | 521 | 9 | | | 2 | | | | 2 | 21 | 26 | | 476 | 502 | 1,044 |
| ECUADOR | 11 | 22 | 2 | 30 | 467 | 1,125 | 3 | 565 | 1 | 2,226 | 28 | 14 | | | | | | 12 | 49 | 14 | | | 14 | 2,289 |
| EGYPT | | | | 1 | | 1 | 2 | 2 | | 7 | 3 | | | | | | | 5 | | | | | | 10 |
| EL SALVADOR | 83 | 1,576 | 219 | 139 | 2,447 | 15,380 | 242 | 1,703 | 114 | 21,903 | 9 | 39 | 19 | 11 | 2 | 2 | 6 | 23 | 111 | 108 | 36 | | 144 | 22,158 |
| EQUATORIAL GUINEA | | | | | 1 | | | | | 1 | | | | | | | | | 0 | | | | | 0 |
| ERITREA | | | | | 2 | 2 | | | | 4 | | 1 | | | | | | | 0 | | | | | 0 |
| ETHIOPIA | | | | | | | | | | 4 | | 1 | | | | | 1 | | 3 | | | | | 8 |
| FINLAND | 1 | | | | | | | | | 3 | | 1 | | | | | | 3 | 5 | | | | | 3 |
| FRANCE | 1 | 1 | 1 | 1 | 1 | | | | | 3 | 1 | 1 | 1 | | | | 1 | | 5 | 5 | | | 5 | 11 |
| GAMBIA | | | | | | | | | | 4 | 2 | 1 | | | | | | | 4 | 4 | | 1 | | 1 |
| GEORGIA | 1 | 1 | 1 | | | 2 | | | | 2 | 2 | 2 | 2 | | | | | | 4 | 1 | | | 1 | 4 |
| GERMANY | 1 | | | 1 | | 1 | | 1 | | 2 | | | | | | | | 1 | 2 | 1 | | | 1 | 5 |
| GHANA | | | | | | | | | | 1 | 1 | 2 | | | | | | | 2 | 1 | | | 1 | 3 |
| GREECE | | | | | | | | | | 0 | | 1 | | | | | | | 0 | | | | | 1 |
| GUAM | | | | | | | 1 | | | 1 | | | | | | | | | 0 | | | | | 0 |
| GUATEMALA | 206 | 1,648 | 215 | 227 | 3,362 | 16,303 | 444 | 11,848 | 200 | 34,453 | 29 | 121 | 56 | 27 | 10 | 4 | 15 | 45 | 307 | 400 | 44 | | 444 | 35,204 |
| GUYANA | | 4 | | | | | | 1 | | 4 | | | | | | | | | 0 | | | | | 4 |
| HAITI | | | | | | | | 2 | | 3 | | 1 | | | | | | 13 | 13 | 48 | | 112 | 161 | 177 |
| HONDURAS | 130 | 5,871 | 397 | 180 | 6,293 | 14,620 | 283 | 2,415 | 160 | 30,349 | 17 | 66 | 78 | 34 | 4 | 7 | 3 | 34 | 243 | 258 | 101 | 2 | 361 | 30,954 |
| HONG KONG | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | | | | 0 |
| HUNGARY | | | | 2 | | 2 | | | | 1 | | | | | | | | 1 | 147 | | | | | 5 |
| INDIA | 3 | 3 | 9 | 9 | 33 | 184 | 5 | 241 | 8 | 495 | 117 | | | | | | 14 | 14 | 147 | 5 | | | | 642 |
| INDONESIA | | | 1 | 2 | | | 2 | | 3 | 7 | | 1 | 4 | | | | | | | | | | | 11 |
| IRAN | | | | | 1 | 2 | 3 | 7 | | 6 | | 1 | | | | | | | | | | 1 | | 8 |
| IRAQ | | | | | | 2 | 3 | | | 4 | 1 | | | | | 1 | | | 6 | 1 | | | 1 | 5 |
| IRELAND | | | 1 | | | 3 | | | | 0 | | 1 | | | | | 4 | | | | | | | 6 |

Page 16 of 39



U.S. Customs and Border Protection

HQ_BP_AR_000340

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| ISRAEL | 3 | 1 | | | | | 1 | | | 8 | | | | | | | | 6 | 7 | 2 | | | 2 | 17 |
| ITALY | 1 | | | | 1 | | | | | 1 | | | | | | | 1 | 3 | 4 | | | | | 1 |
| IVORY COAST | 1 | | 1 | | | | 1 | | | 2 | | | | | | | | | 0 | | | | 0 | 120 |
| JAMAICA | | 3 | | 3 | | 3 | | 2 | 2 | 19 | | 18 | 5 | | | 1 | 1 | 8 | 34 | 70 | 1 | | 71 | 93 |
| JAPAN | | 2 | | 2 | 28 | 114 | | | 3 | 3 | | | | | 1 | | 1 | 1 | 4 | 1 | | | 1 | 8 |
| JORDAN | 1 | 3 | | 3 | | | | | | 7 | 1 | 2 | 1 | | | | | 1 | 4 | | | 1 | 1 | 13 |
| KAZAKHSTAN | | | | 3 | | | | | | 3 | | 1 | 1 | | | | | | 3 | | | | 0 | 3 |
| KENYA | 1 | | 1 | 2 | | 2 | | | | 6 | | 1 | 1 | | | 1 | | 1 | 0 | | | | 0 | 4 |
| KOREA | | | | | | | | | 3 | 4 | | | | | | | | 1 | 0 | | | | 0 | 0 |
| KOSOVO | | | | | | | | | | 2 | | | | 1 | | | | | 2 | | | | 2 | 4 |
| KYRGYZSTAN | | | | | | | | | 1 | 2 | | | 1 | | | | | | 2 | | | | 2 | 2 |
| LAOS | 2 | | | 2 | | | 2 | | 1 | 7 | | 2 | | 1 | | | | 1 | 1 | 1 | | | 1 | 83 |
| LATVIA | 1 | | | 1 | | | | | | 2 | | | | 1 | | | | | 0 | | | | 0 | 24 |
| LEBANON | | | | | | | | | | 2 | | | 2 | | | | 1 | | 3 | 1 | | | 1 | 2 |
| LIBERIA | | | | 1 | | 1 | | | | 1 | 1 | | | 1 | | | | 1 | 3 | | | | 0 | 4 |
| LIBYA | | | | | | | | | | 1 | | | | 1 | | | | 2 | 2 | 2 | | | 2 | 3 |
| LITHUANIA | | | | | | | | | | 0 | | 1 | | | | | | | 2 | | | | 0 | 3 |
| MACEDONIA | | | | | 1 | 1 | | | | 0 | | 2 | | | | | | | 2 | | | | 0 | 10 |
| MALAWI | 1 | | | | | | | | | 1 | | 1 | | | | | | 1 | 1 | | | | 0 | 8 |
| MALAYSIA | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | | | 0 | 6 |
| MALI | | | | 1 | 1 | | | | | 1 | 1 | | 1 | | | | | | 1 | | | | 0 | 3 |
| MEXICO | 3,417 | 12,404 | 22,511 | 8,915 | 31,742 | 47,823 | 27,307 | 102,303 | 5,919 | 262,241 | 270 | 607 | 673 | 306 | 8 | 54 | 266 | 122 | 2,301 | 831 | 277 | | 1,108 | 265,765 |
| MOLDOVA | | | | 1 | | | | 3 | | 3 | 3 | 1 | | 1 | | | | 1 | 5 | 2 | | | 2 | 160 |
| MONGOLIA | 1 | | 1 | 1 | | | 2 | | 1 | 4 | 1 | | 2 | | | | | 2 | 5 | | | | 0 | 13 |
| MOROCCO | | | | | | | | | | 2 | | | | 1 | | | | | 1 | 1 | | 1 | 5 | 9 |
| NEPAL | | 1 | | 3 | 28 | 114 | | | 3 | 149 | | | | 1 | | | | 1 | 0 | | | | 0 | 149 |
| NETHERLANDS | 2 | | | | | | | | 1 | 2 | 3 | | | | | | | 1 | 0 | | | 1 | 1 | 2 |
| NEW ZEALAND | | 1 | 15 | 7 | 144 | 430 | 19 | 75 | 7 | 876 | 1 | 3 | 5 | 5 | 1 | | | 2 | 17 | 30 | 3 | | 33 | 926 |
| NICARAGUA | 13 | 166 | 15 | 7 | 144 | 430 | 7 | | 7 | 876 | 1 | 3 | 5 | 5 | 1 | | | 2 | 17 | 30 | 3 | | 33 | 926 |
| NIGERIA | 3 | | | 4 | | 7 | 1 | | 2 | 17 | | 3 | 2 | | | | | 1 | 6 | 1 | | | 1 | 24 |
| NORWAY | 3 | | | | | | | | | 4 | | | | | | | | | 0 | | | | 0 | 1 |
| PAKISTAN | | | | | | 2 | 1 | 5 | | 21 | 3 | 4 | 1 | | | | | 4 | 12 | | 1 | | 2 | 343 |
| PANAMA | | | | 1 | | | 3 | | 1 | 8 | | 1 | | | | | | | 1 | | 1 | | 1 | 14 |
| PARAGUAY | | | | | | | 4 | 2 | | 6 | | | | | | | | | 0 | | | | 0 | 7 |
| PERU | 6 | 1 | 3 | 7 | 28 | 185 | 9 | 44 | 2 | 283 | 7 | 7 | 2 | 3 | | 5 | | 10 | 25 | 13 | | | 13 | 320 |
| PHILIPPINES | 3 | | 2 | 2 | 4 | 18 | 4 | | | 32 | 1 | | 3 | 1 | | | | 1 | 11 | 1 | | | 1 | 44 |
| POLAND | | | 1 | 7 | 1 | 1 | 3 | | | 13 | 2 | 2 | 1 | | | | | 18 | 31 | | 1 | | 0 | 44 |
| PORTUGAL | | | | | | | | | | 3 | | | | | | | | 3 | 3 | | | | 0 | 7 |
| ROMANIA | 1 | | 509 | 5 | 1 | 2 | 23 | 298 | 28 | 901 | 1 | 4 | 1 | 3 | | | 2 | 27 | 30 | 7 | | | 7 | 938 |
| RUSSIA | 4 | | 1 | 1 | 2 | 36 | 2 | 2 | | 12 | 4 | 1 | | 1 | | 2 | | 2 | 10 | 1 | | | 1 | 235 |
| SAMOA | 1 | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| SAUDI ARABIA | | | 1 | 2 | | 1 | | | 1 | 5 | | 1 | | | | | | 1 | 2 | | | | 0 | 6 |
| SENEGAL | | | | | | | | | 1 | 1 | | 1 | | | | | | 1 | 2 | | | | 0 | 3 |
| SERBIA | | | | | | | | | | 1 | | | | 1 | | | | 1 | 2 | 1 | | | 1 | 5 |
| SERBIA AND MONTENEGRO | | | | 1 | | | | | | 1 | | 1 | | | | | | | 1 | 1 | | | 1 | 1 |
| SEYCHELLES | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 0 |
| SIERRA LEONE | | | | | | | | | | 1 | | | | 1 | | | | | 1 | 1 | | | 1 | 1 |
| SLOVAKIA | | | 1 | | | | | | | 1 | | | | | | | | 2 | 4 | 1 | | | 1 | 0 |
| SOMALIA | | | | | | | 1 | | | 1 | | 2 | | 5 | | | | | 4 | | | | 0 | 6 |
| SOUTH AFRICA | 2 | 1 | | 3 | | | 1 | 2 | | 7 | | | | | | | | | 5 | | | | 0 | 5 |
| SOUTH KOREA | 2 | | | 5 | 1 | 2 | 2 | | 2 | 14 | 4 | 4 | | | | | 2 | | 10 | | | | 0 | 29 |
| SPAIN | 2 | | | 3 | 1 | | | | | 6 | 1 | | | | | | | 3 | 4 | | | | 0 | 11 |
| SRI LANKA | 1 | | 1 | 1 | 15 | 147 | | 18 | | 181 | | 2 | | | | | | 2 | 4 | | 3 | | 3 | 189 |
| ST. LUCIA | | | | | | | | | | 2 | | | | | | | | | 1 | 1 | | | 1 | 1 |
| ST. VINCENT-GRENADINES | | | | | | | | | | 0 | | | | | | | | | 1 | 3 | | | 3 | 3 |
| STATELESS | | 1 | | | 1 | 1 | | | 1 | 0 | | | | 1 | | 1 | | | 1 | | | | 0 | 0 |
| SUDAN | 1 | | | | | | | | | 3 | | | | | | | | | 0 | | | | 0 | 3 |
| SURINAME | | | | 1 | 1 | | | | 1 | 3 | | | | | | | | | 0 | | | | 0 | 0 |
| SWEDEN | 3 | 1 | | 1 | | | | | | 5 | | | | | | | | 1 | 1 | | | | 0 | 7 |
| SYRIA | | 3 | 3 | | | 2 | | 1 | 1 | 5 | 2 | | | | | | | | 2 | 1 | | | 1 | 83 |
| TAIWAN | | | | 1 | | | | | | 2 | | 1 | | | | | 2 | | 3 | | | | 0 | 7 |
| TAJIKISTAN | | | | | | | | | | 3 | | | | | | 2 | | 3 | 4 | | | | 0 | 3 |
| TANZANIA | | | | 1 | 3 | | 3 | | 2 | 4 | | | | 2 | | | | | 3 | 3 | | | 3 | 9 |
| THAILAND | 1 | | | 1 | | | | | | 6 | | 1 | | | | | | 3 | 6 | 3 | | | 3 | 16 |
| TOGO | | | | | | | | | | 1 | | | | 1 | | | | | 1 | 3 | | | 3 | 3 |
| TRINIDAD AND TOBAGO | | | | 3 | | | | | | 3 | | 3 | | | | | | | 5 | 7 | 2 | | 9 | 17 |
| TUNISIA | | | | | | | | | | 0 | 1 | 4 | | | | | | | 0 | 2 | | | 0 | 0 |

U.S. Customs and Border Protection

CBP_HQR_000930

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| TURKEY | | | | 2 | | 3 | 3 | 1 | | 8 | | 1 | 2 | | | | | 5 | 8 | | | | 0 | 16 |
| UKRAINE | | | | 1 | 1 | 5 | 1 | 1 | 2 | 10 | | 12 | | | | 1 | | | 13 | | | | 0 | 23 |
| UNITED KINGDOM | 6 | | | 2 | 1 | 2 | 2 | 2 | 2 | 17 | 1 | | | 1 | | | | 3 | 5 | 2 | | | 2 | 24 |
| UNKNOWN | | | 2 | | | | 1 | 4 | | 8 | | 1 | | | | | | | 1 | | | | 0 | 9 |
| URUGUAY | 1 | | | | 3 | 2 | 1 | 5 | | 12 | | | | | | | | | 0 | 4 | | | 4 | 16 |
| USSR | 1 | | | | | | | | | 1 | | | | | | | 1 | | 1 | 1 | | | 1 | 3 |
| UZBEKISTAN | 2 | | | | | 2 | 3 | 7 | | 12 | | 4 | | | | | | | 4 | 2 | | | 2 | 18 |
| VENEZUELA | | 1 | | 4 | 4 | 11 | 4 | 4 | | 28 | | | 2 | | | | | 6 | 8 | 6 | | 2 | 8 | 44 |
| VIETNAM | 5 | | | 4 | | 2 | | | | 11 | | 1 | | | | | 1 | | 2 | | 1 | | 2 | 14 |
| YEMEN | 1 | | | | | | | | | 1 | | | | | | | | 1 | 1 | | 1 | | 0 | 3 |
| YUGOSLAVIA | | | | 1 | | | | | | 1 | | | | | | | | 4 | 4 | | | | 0 | 5 |
| ZAMBIA | 1 | | | | | | | | | 1 | | | | 1 | | | | 1 | 2 | | | | 0 | 3 |
| ZIMBABWE | | | | 2 | | | | | | 3 | 1 | | | | | | | | 0 | | | | 0 | 3 |
| TOTAL | 3,964 | 21,720 | 23,916 | 9,678 | 44,872 | 97,762 | 28,461 | 120,000 | 6,500 | 356,873 | 537 | 1,143 | 950 | 418 | 41 | 102 | 317 | 702 | 4,210 | 2,509 | 474 | 702 | 3,685 | 364,765 |

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2013

*Data Includes Deportable Aliens Only*

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| AFGHANISTAN | | | | | | | | | | 0 | | | | | | | | 4 | 4 | | | | 0 | 4 |
| ALBANIA | | | | | 2 | 298 | | | | 300 | 1 | 2 | 1 | | | | | 7 | 11 | | | | 0 | 311 |
| ALGERIA | | | 1 | | | | | | | 1 | 1 | | 1 | | | | | | 2 | | | | 0 | 3 |
| ANGOLA | 1 | | | | | | | | | 1 | | | | | | | | 1 | 1 | | | | 0 | 2 |
| ANTIGUA-BARBUDA | | | | | | | | 1 | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| ARGENTINA | 1 | 1 | | 5 | 1 | 7 | 4 | 10 | 1 | 30 | | | | 2 | | | | 5 | 7 | 3 | | | 3 | 40 |
| AUSTRALIA | 2 | 1 | | 3 | | | | | | 6 | | | | | | | | 3 | 3 | | | | 0 | 9 |
| AUSTRIA | | | | | | | | | | 0 | | | | | | | | 3 | 3 | | | | 0 | 3 |
| BAHAMAS | | | | | | | | | | 0 | | | | | | | | | 0 | 40 | | | 40 | 40 |
| BANGLADESH | | 1 | | | 5 | 219 | | | | 226 | | | | | | | | | 7 | | | | 0 | 233 |
| BARBADOS | | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| BELARUS | | | | | | | | | | 1 | | | | | | | | | 1 | | | | 0 | 2 |
| BELGIUM | | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| BELIZE | 1 | 1 | | | 3 | 41 | 3 | 1 | | 50 | | | | | | | | | 3 | 1 | | | 1 | 54 |
| BOLIVIA | 2 | 2 | | | 14 | 21 | 1 | 6 | | 44 | | | | | | | | | 5 | | | | 0 | 49 |
| BOSNIA-HERZEGOVINA | 1 | | | | | | | | | 2 | | | | | | | | | 0 | | | | 0 | 2 |
| BRAZIL | | 26 | 6 | | 89 | 115 | 17 | 17 | 4 | 274 | 5 | 8 | 1 | | 1 | | | 10 | 25 | 55 | | 1 | 56 | 355 |
| BULGARIA | | | | | | | | | | 1 | | | | | | | | | 1 | | | | 0 | 2 |
| BURKINA FASO | | | | | | | | | | 1 | | | | | | | | | 1 | | | | 0 | 2 |
| BURMA | | | | | | | | 1 | | 1 | | | | | | | | | 1 | | | | 0 | 2 |
| CAMBODIA | 1 | | | | | | | | | 2 | | | | | | | | | 2 | | | | 0 | 4 |
| CAMEROON | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | |
| CANADA | 2 | | | | | 4 | 2 | | | 11 | 50 | 34 | 8 | 10 | 9 | 6 | 10 | 103 | 230 | 4 | | | 4 | 245 |
| CENTRAL AFRICAN REPUBLIC | | | | | | 1 | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| CHAD | | | | | | | | | | | | | | | | | | | 3 | | | | 0 | 3 |
| CHILE | 2 | 1 | | 1 | 1 | 6 | | | | 11 | | | | | | | | | 5 | | | | 0 | 16 |
| CHINA, PEOPLES REPUBLIC OF | 4 | 1 | 7 | 11 | 23 | 584 | 8 | 274 | 15 | 927 | | 8 | 4 | 2 | 1 | | 1 | 2 | 21 | 55 | | 1 | 56 | 1,004 |
| COLOMBIA | 6 | 11 | | 3 | 26 | 241 | 2 | 31 | 4 | 365 | | | 7 | 2 | | | | | 36 | 55 | | 1 | 56 | 457 |
| CONGO | | | | | | | | | | 1 | | | | | | | | | 1 | | | | 0 | 2 |
| COSTA RICA | 1 | 5 | | 12 | 8 | 82 | 2 | 17 | 1 | 129 | | 6 | | | | | | | 8 | | | | 3 | 140 |
| CROATIA | | | | | | | | | | 1 | | | | | | 2 | | 1 | 3 | 2 | | | 2 | 6 |
| CUBA | 2 | 10 | 5 | | 9 | 36 | 2 | 5 | | 73 | 2 | | | | | | | 5 | 12 | 460 | 2 | 77 | 539 | 624 |
| CZECH REPUBLIC | | | | | | | | | | | | | | | | | | | 0 | | | | 0 | 1 |
| DOMINICA | | | | | | | | | | 2 | | | | | | | | | 0 | 4 | | | 4 | 6 |
| DOMINICAN REPUBLIC | 19 | 6 | | 15 | 181 | 274 | 8 | 14 | | 492 | | 5 | | 1 | | | | | 11 | 41 | | 246 | 287 | 790 |
| ECUADOR | | 34 | 8 | | 715 | 2,555 | 2 | 561 | | 3,988 | | 29 | 7 | 9 | | | | 11 | 57 | 11 | | 1 | 12 | 4,057 |
| EGYPT | | | | | | 2 | 3 | 10 | | 15 | | 3 | | | | | | | 4 | | | | 0 | 19 |
| EL SALVADOR | 98 | 1,933 | 296 | 152 | 3,425 | 29,200 | 236 | 1,474 | 143 | 36,957 | 15 | 27 | 14 | 18 | 1 | | 9 | 21 | 106 | 47 | 39 | | 86 | 37,149 |
| ERITREA | | | | | | | | | | 0 | | | | | | | | 1 | 2 | | | | 0 | 2 |
| ETHIOPIA | | | | | | | | 1 | | 1 | | | | | | | | | 1 | | | | 0 | 2 |
| FIJI | | | | | | | | 1 | | 1 | | | | | | | | | 1 | | | | 0 | 2 |
| FRANCE | 1 | | | | | 2 | | | | 5 | | 2 | | | | | | 3 | 6 | 1 | | | 1 | 12 |
| GABON | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | |
| GAMBIA | | | | | | | | | | 1 | | | | 1 | | | | | 2 | | | | 0 | 3 |
| GEORGIA | | | | 3 | | 9 | 1 | | | 9 | | | | | | | | 2 | 3 | | | | 0 | 12 |
| GERMANY | | | | 4 | 1 | 2 | | 1 | | 8 | | | | | | | 1 | | 2 | | | | 0 | 10 |
| GHANA | | | | | | 1 | | | | 7 | 1 | 1 | | | | | | | 2 | | | | 0 | 9 |
| GREECE | | | | | | | | | | 2 | | | | | | | | | 2 | | | | 0 | 4 |
| GRENADA | | | | | | | | 1 | | | | | | | | | | | 0 | 1 | | | 1 | 1 |
| GUATEMALA | 157 | 1,875 | 263 | 416 | 5,158 | 31,845 | 330 | 13,898 | 201 | 54,143 | 20 | 85 | 58 | 42 | 2 | 8 | 16 | 29 | 260 | 245 | 44 | | 289 | 54,692 |
| GUINEA | | | | | | | | 1 | | 1 | | 1 | | | | | | | 1 | | | | 0 | 2 |
| GUYANA | 1 | | | | | | | | | | | | | | | | | | 6 | | | | 0 | 6 |
| GUYANA | | | | | | | 1 | | | | | | | | | | | | | | | | | |
| HAITI | 1 | | | | | | | 1 | 2 | 2 | | 2 | | | | | | 76 | 72 | 115 | | 593 | 708 | 782 |
| HONDURAS | 140 | 5,407 | 485 | 209 | 7,892 | 28,952 | 336 | 2,844 | 183 | 46,448 | 10 | 42 | 40 | 30 | 15 | | 8 | 19 | 164 | 121 | | 132 | 253 | 46,865 |
| HONG KONG | | | | | | | | | | 0 | | | | | | | | | 1 | 4 | | | 4 | 5 |
| HUNGARY | | | | 1 | | | | | | 3 | | 2 | | | | | | | 1 | | | | 0 | 4 |
| INDIA | 7 | 5 | 13 | 21 | 54 | 423 | | 251 | 175 | 949 | | 9 | 2 | | | | 12 | 5 | 117 | 1 | | | 1 | 1,067 |
| INDONESIA | | | | | | 2 | | | | 3 | | | | | | | | | 2 | | | | 0 | 5 |
| IRAN | | 5 | | 1 | 1 | | | 1 | | 5 | | | 1 | 1 | | | | | 2 | | | | 0 | 7 |
| IRAQ | 1 | | | | | 3 | | 1 | | 3 | | 1 | | | | | | | 2 | | | | 0 | 5 |
| IRELAND | 1 | | | | | | 3 | 1 | | 2 | | | | | | | | | 0 | | | | 0 | |
| ISRAEL | | | | | 1 | 1 | 1 | 3 | 2 | 2 | | 5 | | | | | | 6 | 13 | 2 | | | 2 | 17 |

U.S. Customs and Border Protection



BORDER_TOTAL_0062062

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| ITALY | | | 2 | | | | | 2 | | 6 | | | | | 1 | | | 2 | 3 | 1 | | | 1 | 10 |
| IVORY COAST | | | | | 1 | | | | | 1 | | | | 1 | | | | | 1 | | | 1 | 1 | 3 |
| JAMAICA | 2 | | | 4 | | 2 | 2 | 2 | 1 | 18 | | 22 | 2 | 1 | 2 | | 1 | 4 | 32 | 61 | 2 | | 63 | 113 |
| JAPAN | | | | 2 | 1 | | | | | 3 | | | | | | 1 | | 1 | 3 | 1 | | | 1 | 7 |
| JORDAN | | | | 2 | | | | | 1 | 5 | | | | | | 1 | | | 1 | | | 1 | 1 | 7 |
| KAZAKHSTAN | | | | 2 | 1 | | | | | 4 | | | | | 2 | | | | 1 | 1 | | | 1 | |
| KENYA | 1 | | 1 | 2 | | | | | | 2 | | 3 | | | | | | | 3 | 1 | | | 1 | |
| KOREA | 1 | | | | | | | | | 1 | | 1 | 1 | | | | | | 2 | 1 | | | 1 | 4 |
| KOSOVO | | | | | | | | | | 5 | | | | | | | | | 2 | | 2 | | 2 | |
| LAOS | | | | | | | 3 | | | | | | | | | | | 2 | 3 | | | | | |
| LATVIA | | | | | | | | | | 6 | | 2 | 1 | | | | | | 3 | | | | 3 | |
| LEBANON | | 1 | 1 | | | | | 2 | 2 | 3 | | 2 | | | | | | | 3 | 1 | | | 1 | |
| LITHUANIA | | | | 2 | | | | | 1 | 2 | | | | | 1 | | | 2 | 3 | | | | | |
| MACEDONIA | | 1 | | | | | | 1 | | 3 | | | 2 | | | | | | 3 | | | | | |
| MALAYSIA | 1 | | | | 1 | | | | | 3 | 1 | | | | | | | | 2 | | | | | |
| MALI | | | | | | | | | | | | 1 | | | | | | | 1 | | | | | |
| MAURITIUS | | | | | | | | | | | 1 | | | | | | | | 1 | | | | | |
| MEXICO | 3,174 | 14,005 | 15,141 | 10,092 | 32,772 | 57,624 | 26,223 | 101,092 | 5,286 | 265,409 | 106 | 370 | 479 | 337 | 1 | 62 | 237 | 80 | 1,672 | 388 | 262 | 3 | 653 | 267,734 |
| MOLDOVA | 1 | | | | 1 | 1 | | | | 4 | | 2 | 2 | | 1 | | | 1 | 5 | | | | | 9 |
| MONTENEGRO | | | | | | | | | | | | | 1 | | | | | | 1 | | | | | |
| MOROCCO | | | | | | | | | | | | 1 | | | | | | | 1 | | | | | |
| NAMIBIA | | | | | | 335 | | | | 345 | | | | 1 | | | | | 1 | | | | | 346 |
| NEPAL | | 2 | | 2 | 3 | | | 3 | | 3 | 4 | | | | | | | | 4 | | | | | |
| NETHERLANDS | 1 | | 2 | | | | | | | 1 | | | | | | | | 1 | | | | 1 | 1 | |
| NEW ZEALAND | | | | | | | | | | 1 | | | | | | | | | 1 | | | | | |
| NICARAGUA | 3 | 175 | 12 | 12 | 216 | 845 | 13 | 100 | 13 | 1,389 | 1 | 4 | 4 | 3 | | | | | 12 | 28 | 6 | | 34 | 1,435 |
| NIGER | 5 | | | 2 | 2 | 1 | | | | 1 | | 6 | 1 | | | | | | 7 | 2 | | | 2 | |
| NORWAY | 1 | | 1 | | 1 | | | | 1 | 2 | | | | | | | | | 2 | | | | | |
| PAKISTAN | 1 | | | | 3 | 9 | | 7 | 1 | 22 | 7 | 4 | | 1 | | | | 5 | 17 | 1 | | 1 | 2 | |
| PANAMA | | 6 | | | 3 | 3 | | | | 13 | | | | | | | | | 0 | | | | | |
| PAPUA NEW GUINEA | | | | | | | | | | 0 | | | | | | | | | 1 | 1 | | | 1 | |
| PARAGUAY | | | | 1 | 1 | | | 2 | | 1 | | 8 | | | | | | 2 | 24 | 1 | | | 1 | |
| PERU | 4 | 23 | 9 | 16 | 101 | 525 | 9 | 61 | 1 | 8 | 3 | 7 | | 4 | 1 | | | 6 | 24 | 8 | | | 8 | 781 |
| PHILIPPINES | 6 | | | 4 | | 3 | 4 | | | 749 | 1 | 1 | | | | | | | 9 | | 1 | | 1 | |
| POLAND | | | | 2 | | 3 | | 1 | | 17 | 5 | 2 | | 1 | | | | 16 | 23 | | | | | |
| PORTUGAL | | | | 1 | | 3 | | | | 4 | | | | | | | | | 0 | | | | | |
| PUERTO RICO | | | | | | | | | | 4 | | | | | | | | | 0 | | | | | |
| QATAR | | | | | | | | | | 1 | | | | | | | | | 0 | 1 | | | 1 | |
| ROMANIA | 1 | 1 | 41 | 4 | 2 | 32 | 250 | 215 | 53 | 588 | 1 | 4 | 4 | | | 1 | | 8 | 18 | 4 | | | 4 | 610 |
| RUSSIA | 4 | | | 1 | 1 | 2 | 3 | 5 | 2 | 18 | 1 | 5 | 2 | | | | | 2 | 10 | 4 | | | 4 | |
| RWANDA | | | | | | | | | | 18 | | 1 | | | | | | 3 | 4 | | | | | |
| SAUDI ARABIA | | | | | | 1 | 1 | | | 3 | | | | | | | | | 0 | | | 1 | 1 | 4 |
| SENEGAL | 1 | | | | | | | | | 3 | | 3 | 2 | | | 1 | | | 7 | 1 | | | 1 | |
| SERBIA | | 1 | 1 | | | 1 | | | | 0 | | 2 | | | | | | | 5 | | | | | |
| SERBIA AND MONTENEGRO | 1 | | | | | | 1 | | | 3 | | | | | | | | | 1 | 1 | | | 1 | |
| SINGAPORE | | | | | | | | 1 | | 1 | | | | | | | | | 0 | | | | | |
| SLOVAKIA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | |
| SOMALIA | | | | 1 | | | 1 | | 1 | 3 | | 1 | | | | | 1 | | 4 | | | | | 7 |
| SOUTH AFRICA | 1 | | | 1 | | | | | | 3 | | | | 2 | | | | | 0 | | | | | |
| SOUTH KOREA | 6 | | | 1 | | 1 | 4 | | | 13 | 12 | 1 | | | | | | | 15 | 2 | | | 2 | 28 |
| SPAIN | | | | | 2 | 2 | 1 | | | 10 | 1 | 1 | | | | | | 3 | 5 | 2 | | | 3 | 18 |
| SRI LANKA | | | | 3 | 5 | 80 | 1 | 3 | | 86 | | | | 1 | | | | 9 | 9 | 2 | | 1 | | 96 |
| ST. LUCIA | | | | | | | | | | 0 | | | | | | | | | 2 | | 3 | | 3 | |
| ST. VINCENT-GRENADINES | | | 1 | | | 1 | 1 | | | 0 | | 2 | | | | | | | 0 | | | | | |
| STATELESS | | | | | | | | | 1 | 1 | | | | | | | | 1 | 2 | 1 | | | 1 | |
| SUDAN | | | | | | | | | | 3 | | 1 | | | | | | | 2 | | | | | |
| SWEDEN | 1 | | | | | | | 1 | | 1 | | | | | | | | | 3 | | | | | |
| SWITZERLAND | 1 | | | 1 | | 1 | 1 | | | 1 | | | | 2 | | | | | 4 | | | | | |
| SYRIA | | | | | 1 | | | | | 1 | | | | | | | 1 | | 1 | | | | | |
| TAIWAN | 2 | | | 1 | | | | | 1 | 5 | | 1 | | | | | | | 2 | | | | | |
| TAJIKISTAN | | | | | | | | | | 2 | | | | | | | | | 2 | | | | | |
| TANZANIA | | | | | | | | | | 0 | | | | | | | | | 1 | | | | | |
| THAILAND | | | | 2 | | | | | | 3 | | 1 | | | | | | 3 | 3 | 3 | | | 3 | 8 |
| TOGO | | | | | | | | | | 1 | | | | | | | | | 1 | | | | | |
| TRINIDAD AND TOBAGO | | 2 | | | | 1 | 1 | | | 6 | | 15 | | | | | | | 16 | 4 | 1 | | 5 | 27 |
| TUNISIA | | | | | | | | 1 | | 0 | | | | | | | | | 2 | | | | | 2 |

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| TURKEY | | | | 2 | 5 | 17 | | | | 24 | 4 | 1 | 1 | 1 | 1 | 1 | | 2 | 10 | 5 | | | 5 | 39 |
| UGANDA | | 1 | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| UKRAINE | 1 | | | | | 1 | 2 | 1 | 1 | 6 | | 4 | 3 | 1 | 1 | 1 | | 2 | 11 | | | | 0 | 17 |
| UNITED ARAB EMIRATES | | | | | | | 1 | 1 | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| UNITED KINGDOM | 1 | | 2 | 3 | | 1 | 1 | 1 | | 8 | 4 | 2 | | 1 | 1 | 2 | 2 | 2 | 11 | 1 | 1 | 1 | 3 | 19 |
| UNKNOWN | | | | | | | | | | 2 | | | | | | | | | 0 | 1 | | | 1 | 3 |
| URUGUAY | | | 1 | 1 | 4 | 6 | | 1 | | 14 | | | | | | | | 3 | 3 | 1 | 1 | 1 | 2 | 19 |
| USSR | | | | | | 2 | | | | 2 | | | | | | | | | 0 | | | | 0 | 2 |
| UZBEKISTAN | | | | | | | 2 | 2 | | 4 | | 1 | | | | | | | 1 | 1 | | | 1 | 6 |
| VENEZUELA | | 1 | 3 | 1 | 1 | 16 | 4 | 5 | 3 | 34 | | 1 | | 1 | | | | 2 | 3 | 8 | | | 8 | 45 |
| VIETNAM | 6 | | | 2 | | | 1 | 1 | | 9 | | 1 | 1 | | | | | | 2 | | 1 | 1 | 1 | 12 |
| YEMEN | | | | | | | | | | 0 | | 4 | | | | | | | 4 | | | | 0 | 4 |
| YUGOSLAVIA | | 1 | | | | | | | | 1 | | 2 | | | | | | 3 | 5 | | | | 0 | 6 |
| ZAMBIA | | | | | | | | | | 0 | | 1 | | | | | | 1 | 2 | | | | 0 | 2 |
| ZIMBABWE | | | 2 | | | | | | | 2 | | | | | | | | | 0 | | | | 0 | 2 |
| TOTAL | 3,684 | 23,510 | 16,306 | 11,154 | 50,749 | 154,453 | 27,496 | 120,939 | 6,106 | 414,397 | 360 | 796 | 650 | 469 | 37 | 88 | 299 | 531 | 3,230 | 1,738 | 500 | 924 | 3,162 | 420,789 |

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2014

*Data Includes Deportable Aliens Only*

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| AFGHANISTAN | | | | | | | | | | 0 | | | | 1 | | | | | 1 | 3 | | | 3 | 4 |
| ALBANIA | | 1 | | | | 301 | | | | 302 | | | | | | | | | 3 | | | | | 305 |
| ALGERIA | | | 1 | | | | | | | 1 | | 2 | | | | | | | 2 | | | | | 3 |
| ANGOLA | | | | | | 1 | | | | 1 | | | | | | | | | | | | | | 1 |
| ARGENTINA | 2 | | 1 | 4 | 2 | 12 | 4 | 5 | | 30 | | | | 4 | | | | | 6 | 8 | 1 | | 9 | 45 |
| ARMENIA | | | 1 | 4 | 1 | 1 | | | | 1 | | | | | | | | 2 | | | | | | 9 |
| AUSTRALIA | | 1 | | 1 | 1 | | | | | 3 | | | | | | | | | | | | | | 3 |
| AUSTRIA | | | | | | 1 | | | | | | | 1 | | | | | | 1 | | | | | 1 |
| AZERBAIJAN | | | | | | | | | | 0 | | | | | | | | | | | | | | 1 |
| BAHAMAS | | | | 1 | | 1 | | | | 2 | | | | | | | | | | 36 | | | 36 | 38 |
| BANGLADESH | | 1 | | | 23 | 255 | 4 | | 1 | 284 | 1 | 3 | 1 | | | | | 3 | 10 | | | | | 294 |
| BARBADOS | | | | 1 | | | | | | 0 | | | | | | | | | | | | | | |
| BELARUS | | | | 1 | | 1 | | | | 2 | | 1 | | | | | | 1 | 1 | | | | | 2 |
| BELGIUM | 1 | | | | | | | 1 | | 2 | | | | | | | | | | 1 | | | 1 | 2 |
| BELIZE | | 3 | 2 | 6 | 4 | 53 | 5 | 3 | | 77 | | | | | | | | | | 1 | 2 | | 3 | 77 |
| BENIN | 1 | | 1 | 1 | 3 | 24 | | 2 | 2 | 2 | | 2 | | | 1 | | | | 4 | 1 | | | 4 | 2 |
| BOLIVIA | 3 | 1 | | 38 | | 326 | 15 | 19 | 4 | 34 | | | | 2 | 3 | | | | | 52 | 3 | 1 | 56 | 41 |
| BOSNIA-HERZEGOVINA | | | | | | | | | | 1 | | | | 2 | | 1 | | | 5 | | | | 5 | 1 |
| BOTSWANA | | | | | 1 | | | | | 0 | | | | | | | | | | | | | | 1 |
| BRAZIL | 3 | 32 | 12 | 38 | 94 | 326 | 15 | 19 | 4 | 543 | 4 | | | 2 | 3 | | 5 | 39 | 48 | 52 | | 3 | 56 | 647 |
| BULGARIA | | | | 1 | | | | | | 1 | 3 | | | 2 | | | | | 5 | | | | | 6 |
| BURMA | | | | | 1 | | | | | | | | | | | | | | | | | | | |
| CAMBODIA | 1 | | | | | | | | | 2 | | | 1 | | | | | | | | | | | 2 |
| CAMEROON | | | 2 | | | | | | | 2 | | 1 | | 1 | | | | 1 | | | | | | 6 |
| CANADA | 4 | 1 | 1 | 3 | | 1 | 1 | 2 | | 13 | 42 | 63 | 5 | 4 | 27 | 5 | 5 | 140 | 291 | 3 | | | 3 | 307 |
| CENTRAL AFRICAN REPUBLIC | | | | | | 1 | | | | 0 | 1 | 1 | | | | | | 1 | 1 | | | | | |
| CHAD | | | | | | | | | | | | | | | | | | | | | | | | 3 |
| CHILE | | | | 1 | 2 | 5 | 2 | 1 | 3 | 14 | | 1 | 1 | | | | | 1 | 3 | 4 | | | 4 | 21 |
| CHINA, PEOPLES REPUBLIC OF | 14 | 5 | | 21 | 15 | 1,143 | 5 | 408 | 22 | 1,633 | 19 | 6 | 3 | 5 | 1 | | | 18 | 57 | 15 | | | 17 | 1,683 |
| COLOMBIA | 3 | 11 | | 28 | 33 | 134 | 8 | 16 | | 233 | 8 | | | | | | | 6 | 16 | | | | 16 | 265 |
| CONGO | | | | 1 | | | | | | 0 | | | | | | | | | | | | | | |
| COSTA RICA | 1 | 15 | 3 | 5 | 8 | 94 | 2 | 10 | | 138 | 2 | | | | | | | 2 | 4 | 3 | 2 | | 5 | 147 |
| CROATIA | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| CUBA | | 9 | 5 | 4 | 8 | 64 | 2 | 6 | | 98 | 4 | 1 | | | | 1 | | 2 | 7 | 864 | 91 | 1 | 956 | 1,061 |
| CZECH REPUBLIC | | | | 1 | | 1 | | 1 | | 3 | 1 | | | | | | | | | | | | | 3 |
| DOMINICAN REPUBLIC | 2 | 5 | | 13 | 404 | 216 | 4 | 4 | | 645 | 3 | | | | 1 | | | 9 | 12 | 29 | 4 | 133 | 166 | 823 |
| ECUADOR | 4 | 85 | 1 | 214 | 846 | 3,225 | 4 | 368 | 1 | 4,748 | 34 | | 5 | | | | 2 | 13 | 55 | 10 | 6 | | 16 | 4,819 |
| EGYPT | | | | 3 | | 3 | | | | 15 | 1 | | | | | | | 1 | 1 | | | | | 185 |
| EL SALVADOR | 188 | 2,689 | 352 | 3,317 | | 58,011 | 310 | 1,130 | 111 | 66,419 | 22 | | 37 | 17 | 5 | | 4 | 17 | 107 | 34 | 78 | | 112 | 66,638 |
| EQUATORIAL GUINEA | | 1 | | | 5 | | | | | 6 | | | 2 | | | | | 2 | | | | | | 6 |
| ERITREA | | | | 1 | | | | | | 6 | | | | | | | | | | | | | | |
| ESTONIA | | | | 2 | | 1 | | | | 0 | | | | | | | | | | | | | | 2 |
| ETHIOPIA | | | | 1 | | 1 | | | 1 | 2 | 1 | 1 | | 3 | | | | | 3 | | | | | 3 |
| FIJI | | | | | | 1 | | | | | | | | | | 1 | | | | | | | | 2 |
| FRANCE | 1 | | | 1 | | 1 | | | | 6 | 1 | | | | | | | 1 | 2 | 2 | 1 | | 3 | 6 |
| GABON | | | | | | | | | | 1 | | | | | | | | | | | | | | 1 |
| GAMBIA | | 3 | | 1 | | | | | | 1 | | 2 | | | 1 | | | | 3 | | | | | 1 |
| GEORGIA | | | | 1 | | 4 | | 1 | | 6 | 2 | | | | | | | 1 | 3 | 2 | | 1 | | 9 |
| GERMANY | 3 | | | 3 | | | | | 1 | 6 | | | 1 | 1 | | 1 | | 1 | 4 | 6 | | | 6 | 16 |
| GHANA | 1 | | 1 | 2 | | 2 | | | | 8 | 1 | | | 3 | | | | 1 | 2 | 1 | | | 1 | 16 |
| GREECE | | | | 1 | | 1 | | | | 2 | | | | | | | | | | | | | | 2 |
| GRENADA | | | | | | | | | | 0 | | | | | | | | | | | | | | |
| GUATEMALA | 466 | 2,110 | 522 | 1,023 | 4,901 | 56,911 | 897 | 13,158 | 485 | 80,473 | 14 | 105 | 74 | 79 | | 8 | 7 | 43 | 330 | 163 | 150 | | 313 | 81,116 |
| GUINEA | | | | 1 | | 2 | | | | 2 | | 2 | | | | | | 1 | | | | | | 3 |
| GUYANA | | | | 1 | | | | 1 | | 2 | 1 | | | | | | | | 1 | 2 | 1 | | | 3 |
| HAITI | 1 | | | | | 4 | | | | 2 | | 5 | | | 1 | 1 | | 23 | 28 | 282 | | 732 | 1,014 | 1,044 |
| HONDURAS | 155 | 8,861 | 967 | 494 | 7,559 | 69,341 | 490 | 2,625 | 476 | 90,968 | 11 | 50 | 44 | 56 | 5 | | 13 | 23 | 196 | 102 | 209 | | 311 | 91,475 |
| HONG KONG | | | | 1 | | 2 | 1 | | | 1 | | | | 1 | | | | | 2 | | | | | 2 |
| HUNGARY | | | | | | | | | | | | | 2 | | | | | | 0 | | | | | |
| INDIA | 4 | 1 | 32 | 36 | 10 | 261 | 1 | 842 | 238 | 1,425 | 73 | 12 | 2 | 2 | | | 2 | 4 | 93 | 9 | | | 9 | 1,527 |
| INDONESIA | | | 2 | 2 | | 2 | | | | 5 | 1 | | | | | | | 1 | 3 | 1 | 1 | | | 8 |
| IRAN | | | 1 | 1 | | 1 | | 1 | | 1 | 1 | | | | | | | | | | | | | 4 |



| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| IRAQ | | | | 2 | | | 1 | | 1 | 4 | 1 | 2 | | | | | | | 3 | | | | 0 | 7 |
| IRELAND | | | | | | | | 1 | | 1 | | | | | | | | | 0 | | 1 | | 1 | 2 |
| ISRAEL | | | 1 | | | | 2 | 1 | 3 | 4 | | 1 | 2 | 8 | | 1 | | 2 | 14 | 2 | | 1 | 3 | 21 |
| ITALY | 2 | | | | | | 1 | 1 | | 8 | | 1 | | | | | | 1 | 1 | 2 | | | 2 | 13 |
| IVORY COAST | | | | | | | | | 3 | 0 | | | 5 | | | | | | 0 | | | | 0 | 3 |
| JAMAICA | 5 | | 1 | 3 | | 5 | 5 | 4 | | 24 | | 18 | 2 | | | | 2 | 3 | 25 | 41 | | | 41 | 90 |
| JAPAN | 2 | 1 | | 2 | | | 2 | | 2 | 6 | | 4 | 2 | | | | | | 0 | | 2 | | 2 | 8 |
| JORDAN | | | | 1 | | 2 | | 1 | | 3 | | 1 | | 1 | | | | | 6 | | | | 2 | 15 |
| KENYA | | | | 1 | | | 1 | | | 3 | | | | | | | | | 2 | | | | 0 | 5 |
| KOREA | | | | 2 | | | | | 1 | 3 | 2 | | | | | | | | 2 | | | | 0 | 5 |
| KOSOVO | | | | | | | 1 | | | 3 | | | | | | | | | 2 | | | | 0 | 5 |
| KUWAIT | | | | 1 | | | | | | 0 | 1 | 1 | | 2 | | | | | 4 | | | | 0 | 4 |
| KYRGYZSTAN | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| LAOS | | | | | | | | 1 | | 0 | | | | | | | | | 0 | 3 | | | 3 | 3 |
| LATVIA | | | | 1 | 1 | | | | | 0 | | 2 | | | | | | 1 | 7 | | 1 | | 1 | 10 |
| LEBANON | 2 | | | | | | | | | 2 | | 3 | 5 | | | 1 | | | 4 | | | | 0 | 7 |
| LIBERIA | | | | 1 | | | 1 | | | 3 | | | | | | | | 3 | 0 | | | | 0 | 3 |
| LITHUANIA | | | | | | | | 1 | 1 | 1 | 1 | | | | | | | | 3 | | | | 0 | 4 |
| MACEDONIA | | 1 | | | | | | | | 4 | 3 | | | | | | | | 3 | | | | 0 | 3 |
| MALAWI | | | | | | | | | | 0 | | | | | | | | | 2 | | | | 0 | 0 |
| MALI | 3,164 | 10,196 | 12,511 | 9,904 | 26,540 | 63,468 | 27,871 | 68,870 | 4,247 | 226,771 | 58 | 294 | 431 | 532 | 5 | 51 | 219 | 75 | 1,666 | 277 | 465 | | 742 | 229,179 |
| MALTA — UNITED STATES OF | | | | | | | | | | | | | | | | | | | | | | | | |
| MICRONESIA, FEDERATED STATES OF | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 0 |
| MOLDOVA | | | | 1 | 5 | | | 5 | | 3 | 1 | 2 | | 3 | | 3 | | | 9 | 2 | 1 | | 3 | 13 |
| MONGOLIA | | | | 1 | | 2 | | | | 3 | | 1 | | | | | | | 4 | | | | 0 | 7 |
| MONTENEGRO | | | | 1 | | | | | 1 | 3 | | | | | | | | | 0 | | | | 0 | 0 |
| MOROCCO | | 1 | 1 | | | | | 1 | | 2 | 3 | 1 | 2 | | 1 | | 1 | 3 | 3 | | | | 0 | 8 |
| NEPAL | | | | 2 | 5 | 452 | | 5 | 1 | 464 | | | | | | | | | 3 | | 2 | | 2 | 465 |
| NETHERLANDS | | | | | 1 | | | | | 1 | | | | 1 | | | 1 | | 4 | | | | 0 | 4 |
| NETHERLANDS ANTILLES | | | | | | | | | | 1 | | | | | | | | | 0 | 2 | | | 2 | 2 |
| NEW ZEALAND | | | | 1 | | | | 1 | | 1 | | 1 | | 1 | | | | | 2 | | | | 0 | 0 |
| NICARAGUA | 9 | 192 | 31 | 30 | 166 | 1,285 | 23 | 62 | 11 | 1,809 | | 1 | | 16 | | | | 1 | 18 | 23 | 12 | | 35 | 1,863 |
| NIGER | | | | | 1 | | | | | 1 | | | | | | | | | 1 | | | | 0 | 0 |
| NIGERIA | 8 | 1 | | 7 | | | 1 | 2 | | 18 | | 6 | | 2 | | | | 1 | 3 | 2 | 1 | | 3 | 29 |
| PAKISTAN | 3 | | | 1 | 5 | 10 | 7 | 1 | | 17 | 6 | 4 | | | | | | | 10 | 2 | 2 | | 4 | 30 |
| PANAMA | | | | | | 7 | | 1 | | 13 | | | | | | | | 1 | 0 | | | | 1 | 14 |
| PARAGUAY | | | | | 5 | 5 | | | | 5 | | | | | | | | 1 | 1 | | | | 0 | 5 |
| PERU | 2 | 30 | 17 | 83 | 81 | 505 | 30 | 125 | 2 | 875 | | 6 | | 1 | | | 2 | | 9 | 7 | | | 7 | 889 |
| PHILIPPINES | 5 | 2 | 1 | 11 | 1 | 3 | 2 | 1 | 2 | 28 | | 3 | | 3 | | | | 2 | 8 | | | | 0 | 38 |
| POLAND | 1 | | | | 1 | 2 | | | | 6 | 1 | 3 | | 3 | | | | 14 | 21 | | | | 0 | 1 |
| PORTUGAL | | | | | | 2 | | | | 0 | | | | | | | | | 0 | | | | 0 | 0 |
| PUERTO RICO | | | | | | | | 1 | | 2 | | | | 1 | | | | | 0 | 2 | | | 2 | 2 |
| QATAR | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 0 |
| ROMANIA | | 2 | 34 | 4 | 2 | 110 | 201 | 213 | 272 | 838 | 4 | 3 | 3 | | | 2 | | 16 | 28 | 2 | | | 2 | 868 |
| RUSSIA | 3 | 1 | | 3 | 3 | 3 | 2 | | 2 | 12 | 1 | 11 | 1 | | | | 1 | | 14 | 4 | | | 4 | 300 |
| RWANDA | | | | | | | | 1 | | 0 | | | | 1 | | | | 1 | 1 | | | | 0 | 0 |
| SAMOA | 9 | | | | | | | | 4 | 16 | | 2 | 1 | | | | | | 0 | 4 | | | 4 | 10 |
| SAUDI ARABIA | | | | 2 | | | | | | 0 | | 1 | | | | | | 1 | 0 | | | | 0 | 0 |
| SENEGAL | | | | | 1 | 1 | | 1 | | 2 | 1 | | | 3 | | 2 | | | 6 | | 3 | | 3 | 7 |
| SERBIA | | | | | | | 1 | | | 2 | | 1 | | | | | | | 1 | | 1 | | 1 | 4 |
| SIERRA LEONE | 2 | | | | | | | | | 2 | | 1 | | | | | | | 0 | | | | 0 | 6 |
| SLOVAKIA | | | | | | | | 1 | | 2 | | | | | | | | | 0 | | | | 0 | 1 |
| SLOVENIA | | | 1 | | | | | 1 | | 1 | | | | 2 | | 2 | | | 3 | | | | 0 | 0 |
| SOMALIA | 1 | | | 12 | | | 1 | | | 3 | | 1 | | | | | | | 3 | | | | 0 | 6 |
| SOUTH AFRICA | 4 | | | 1 | | | 5 | | 1 | 2 | 2 | | | | | | 1 | | 5 | 1 | 1 | | 2 | 3 |
| SOUTH KOREA | 1 | | | 6 | 6 | | | 2 | | 25 | 3 | | | | | | | 3 | 4 | 1 | | | 2 | 27 |
| SPAIN | | | | 2 | 5 | 58 | | | | 10 | | 2 | 1 | | | | | | 1 | | | | 0 | 4 |
| SRI LANKA | | | | | | | | | | 65 | | 1 | | 1 | | | | | 2 | | | | 0 | 79 |
| ST. LUCIA | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 0 |
| ST. VINCENT-GRENADINES | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 0 |
| SURINAME | | | 1 | | | | | | | 5 | 1 | | | | | | | | 1 | 1 | | | 1 | 0 |
| SWITZERLAND | | 1 | | 1 | 1 | 4 | | | | 5 | 1 | 8 | | | | | | 6 | 8 | 1 | | | 1 | 8 |
| SYRIA | | | | | | | | | | 2 | | | | 4 | 3 | | | | 2 | | | | 0 | 14 |
| TAIWAN | | | 1 | | | | | | | 5 | | | | | | | | | 2 | | | | 0 | 5 |
| TAJIKISTAN | | | | 1 | | 1 | | | | 2 | | 1 | 1 | | | | | 3 | 2 | | | | 2 | 1 |
| TANZANIA | | | | | | | | | | 1 | | 1 | | | 1 | | | | 0 | | | | 0 | 0 |
| THAILAND | 6 | | | | | | 1 | | | 8 | | | | | | | | | 9 | | | | 0 | 17 |

U.S. Customs and Border Protection — FOIA_CBP_000560

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| TOGO | | 1 | | | | | | 1 | | 2 | | | | | | | | | 0 | | | | 0 | 2 |
| TRINIDAD AND TOBAGO | 1 | | | 4 | 1 | 1 | | | | 7 | 1 | 3 | | | | | | | 4 | 4 | | | 4 | 15 |
| TUNISIA | | | | | | | | | | 0 | | | | | | | | | 0 | | | 1 | 1 | 1 |
| TURKEY | | 2 | | 3 | 2 | 34 | 1 | | 1 | 43 | 1 | 5 | 2 | | | | | 3 | 11 | 2 | | | 2 | 56 |
| TURKMENISTAN | | | | 1 | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| UKRAINE | | | 2 | | | 1 | 1 | 2 | 2 | 8 | | 2 | 1 | 2 | | | | 2 | 7 | | | | 0 | 15 |
| UNITED KINGDOM | 3 | 1 | | | | 1 | 1 | | | 6 | 2 | 1 | | | | 3 | | | 6 | 2 | | | 2 | 14 |
| UNKNOWN | | | | | 1 | | | 1 | | 2 | | | | | | | | | 0 | | | | 0 | 2 |
| URUGUAY | | | | | 2 | | | | | 2 | | | | | | | | | 0 | 3 | | | 3 | 5 |
| UZBEKISTAN | | | | | | 2 | | | | 2 | | 2 | 4 | | | | | 2 | 8 | 1 | | | 3 | 13 |
| VENEZUELA | | | | 3 | 3 | 7 | 1 | | 1 | 15 | 1 | 1 | 2 | | | | | | 4 | 11 | | | 11 | 30 |
| VIETNAM | | | | 12 | | 3 | | 2 | | 17 | | 1 | | | | | | 3 | 4 | 2 | | | 2 | 23 |
| YEMEN | | | | | | | | 2 | | 2 | | 2 | 2 | | | | | | 4 | | | | 0 | 6 |
| YUGOSLAVIA | | | 1 | | | | | | | 1 | | 1 | 1 | | | | | 1 | 3 | | | | 0 | 4 |
| ZAMBIA | | | | | | | | | | 0 | | | | | | | | 1 | 1 | | | | 0 | 1 |
| ZIMBABWE | 1 | | | | | | 1 | | | 2 | | | | | | | | | 0 | | | | 0 | 2 |
| TOTAL | 4,096 | 24,255 | 14,511 | 12,339 | 44,049 | 256,393 | 29,911 | 87,915 | 5,902 | 479,371 | 272 | 741 | 647 | 767 | 45 | 91 | 269 | 506 | 3,338 | 2,034 | 950 | 958 | 3,942 | 486,651 |

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2015

*Data Includes Deportable Aliens Only*

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| AFGHANISTAN | | 3 | | | | | | 1 | 1 | 5 | | | | | | | | | | | | | 0 | 5 |
| ALBANIA | | | | | | 31 | | | | 35 | | | | 5 | | | | | 5 | 1 | | | 1 | 41 |
| ALGERIA | | | | 1 | | | | | | 1 | | | | 1 | | | | | 1 | | | | 0 | 2 |
| ANGOLA | | | | | | 1 | | | | 1 | | | | 1 | | | | | 1 | | | | 0 | 2 |
| ANTIGUA-BARBUDA | 1 | | | | | | | | | 0 | | | | | | | | | 0 | | | | 2 | 2 |
| ARGENTINA | 1 | | | 3 | 1 | 14 | 2 | | 2 | 24 | | | | | | | | | 2 | | | | 0 | 26 |
| ARMENIA | 1 | 1 | | | | | | | 2 | 4 | | | | | | | | | 0 | 1 | | | 0 | 4 |
| AUSTRALIA | | | | | | | | | 1 | 3 | | | 1 | | | | | | 2 | 1 | | | 1 | 6 |
| AUSTRIA | | | | | | | | | | 0 | | | | | | | 1 | | 1 | | | | 0 | 1 |
| AZERBAIJAN | | | | | | | | | | 0 | | | | | | | | | 3 | | | | 0 | 3 |
| BAHAMAS | 3 | | | | | | | | | 6 | | | | | | | | | 2 | 3 | | | 33 | 41 |
| BANGLADESH | 1 | | 9 | 2 | | 257 | 19 | | 8 | 299 | | | | 1 | | | | 5 | 8 | 1 | | | 1 | 300 |
| BARBADOS | | | | | 1 | | | | | | | | | | | | | | | | | | 2 | 2 |
| BELARUS | | | | | | 1 | | | | 1 | | | | | | | | | 0 | | | | 0 | 0 |
| BELGIUM | | | | | | | | | | 0 | | | | | | | | 3 | 3 | | | | 0 | 0 |
| BELIZE | 3 | 2 | 1 | 1 | 6 | 12 | 5 | 4 | | 34 | | | | | | | | | 1 | | | | 0 | 35 |
| BHUTAN | | 2 | | | | 18 | | 4 | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| BOLIVIA | 1 | 1 | 1 | 1 | 19 | | | 4 | | 46 | 1 | | | | | | | | 0 | | | | 0 | 47 |
| BOSNIA-HERZEGOVINA | | 2 | | | 2 | 1 | | | | 3 | | 1 | | | | | | | 1 | | | | 0 | 3 |
| BRAZIL | 5 | 54 | 67 | 67 | 197 | 783 | 40 | 35 | 19 | 1,267 | 3 | 1 | | | | 1 | | 29 | 32 | 42 | 2 | 1 | 45 | 1,344 |
| BULGARIA | 1 | | 67 | | 1 | 1 | 1 | | | 4 | | 1 | | | | | | 1 | 1 | | | | 0 | 45 |
| BURKINA FASO | | | | | | | | | | 0 | | | | | | | | | 1 | | | | 0 | 0 |
| BURMA | | | | | | | | | 1 | 1 | 1 | | | | | | | | 1 | 1 | | | 0 | 2 |
| CAMBODIA | | | | 1 | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 2 |
| CAMEROON | 1 | | | | | | | | | | | | | | | | | | 1 | 2 | | | 0 | 2 |
| CANADA | 1 | | | | | 3 | | | 1 | 5 | 52 | 37 | 41 | 8 | 23 | 3 | 8 | 117 | 289 | 2 | | | 2 | 295 |
| CHILE | | 2 | 1 | | | 1 | | | | 2 | | | | | | | | | 7 | | | | 0 | 2 |
| CHINA, PEOPLES REPUBLIC OF | 7 | 10 | 81 | 7 | 3 | 932 | 58 | 80 | 67 | 1,237 | 12 | 5 | 4 | 10 | | | | 19 | 50 | 33 | 7 | | 40 | 1,327 |
| COLOMBIA | 4 | 10 | 5 | 18 | 24 | 187 | 16 | 16 | 2 | 282 | 9 | 4 | | 4 | | | | 1 | 18 | 7 | 3 | | 10 | 310 |
| COSTA RICA | 3 | 7 | 7 | 7 | 7 | 45 | 19 | 19 | 3 | 86 | | 4 | 2 | | | | 1 | 3 | 10 | 1 | | | 2 | 99 |
| CROATIA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 0 |
| CUBA | 3 | 8 | | 3 | 10 | 71 | 3 | 5 | 3 | 106 | 2 | | | | | | | 4 | 7 | 764 | | 275 | 1,040 | 1,153 |
| CZECH REPUBLIC | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 1 | 1 |
| CZECHOSLOVAKIA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 1 | 1 |
| DENMARK | 1 | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| DOMINICA | | | | | | | | | 1 | 1 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| DOMINICAN REPUBLIC | 48 | 2 | | 1 | 324 | 146 | 2 | 5 | 2 | 482 | 4 | | | 1 | | 1 | | 9 | 14 | 28 | 2 | 134 | 164 | 660 |
| ECUADOR | | 25 | 6 | 142 | 611 | 1,264 | 38 | 419 | 3 | 2,556 | 9 | | 1 | 1 | | | | 5 | 16 | 17 | 4 | | 21 | 2,595 |
| EGYPT | | | | | | | | | | 0 | | | 1 | 1 | | | | | 2 | 2 | | | 2 | 4 |
| EL SALVADOR | 297 | 2,438 | 219 | 625 | 2,071 | 36,161 | 237 | 1,119 | 225 | 43,392 | 7 | 4 | 22 | 18 | 1 | 4 | 5 | 3 | 64 | 35 | 73 | | 108 | 43,564 |
| ERITREA | | | | 1 | | | | | | 3 | | | | | | | | | 0 | | | | 0 | 3 |
| ESTONIA | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 0 |
| ETHIOPIA | | | | 1 | | 1 | 1 | | | 2 | | | | | | | | 1 | 1 | | | | 0 | 2 |
| FIJI | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 2 |
| FRANCE | 2 | | | 1 | | | | 1 | | 4 | 1 | | | | | | | 1 | 2 | 1 | | | 1 | 4 |
| GEORGIA | 1 | 3 | | | | 2 | | | | 6 | | 2 | | | | | | 1 | 3 | 1 | | | 1 | 10 |
| GERMANY | 1 | | | 1 | 1 | | | | 1 | 1 | | 2 | 1 | | | 1 | | 1 | 5 | 3 | | | 3 | 19 |
| GHANA | 1 | 3 | | 3 | 3 | 1 | 1 | | 1 | 6 | | | | 2 | | | 1 | | 3 | 1 | | | 1 | 9 |
| GREECE | | | | | | | | | | 0 | | | | | | | | 1 | 1 | | | | 0 | 0 |
| GRENADA | | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| GUATEMALA | 2,216 | 2,117 | 669 | 2,365 | 4,248 | 31,594 | 1,168 | 9,914 | 2,400 | 56,691 | 6 | 27 | 55 | 85 | 23 | 1 | 12 | 28 | 214 | 102 | 153 | | 255 | 57,160 |
| GUYANA | | 1 | | 1 | | | | | | 5 | | | | | | | | | 7 | | | | 5 | 5 |
| HAITI | 1 | | | | | | | | | 7 | | | | | | | | 6 | 7 | 224 | 146 | | 370 | 378 |
| HONDURAS | 172 | 3,357 | 386 | 385 | 2,376 | 24,850 | 256 | 1,307 | 356 | 33,445 | 5 | 17 | 42 | 45 | 4 | 3 | 6 | 10 | 132 | 82 | 189 | | 271 | 33,848 |
| HUNGARY | | | 2 | 2 | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 2 |
| INDIA | 2 | 4 | 6 | 26 | 31 | 1,038 | 7 | 1,291 | 79 | 2,484 | 79 | 3 | | | | 1 | | 3 | 88 | 5 | 1 | | 6 | 2,576 |
| INDONESIA | 1 | | | 1 | 1 | 1 | | | | 2 | | | | 2 | | | | 1 | 0 | 1 | 1 | | 1 | 6 |
| IRAN | | 1 | 2 | | 4 | | | | 1 | 9 | | | | | | | | | 0 | | | | 0 | 10 |
| IRAQ | | | | 1 | | 3 | | | | 7 | | | | | | | | | 0 | | | | 0 | 7 |
| IRELAND | | 1 | 1 | 1 | 3 | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 0 |
| ISRAEL | | | 1 | | | 1 | | 3 | 1 | 16 | 2 | | | | | | | 4 | 5 | 5 | 2 | | 7 | 28 |
| ITALY | 6 | 1 | 1 | 3 | | 1 | 1 | | 1 | 5 | 2 | | 2 | 2 | | | | | 5 | 5 | | | 7 | 11 |



U.S. Customs and Border Protection

| CITIZENSHIP | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IVORY COAST | 5 | | | | | | | | | 1 | | | | | | | | | | | | | | 5 |
| JAMAICA | | | | 6 | | | 2 | | | 15 | 1 | 2 | | | | | | | 5 | 39 | | | 39 | 59 |
| JAPAN | 1 | | | | 1 | | | | 1 | 4 | 1 | 1 | | | | | | 1 | 3 | | 3 | | 3 | 3 |
| JORDAN | | | | | 1 | | | | | 2 | 1 | 1 | | | | | | | 2 | | | | | 0 |
| KAZAKHSTAN | | | 1 | | | | | | | 1 | | | | | | 1 | | | 1 | 1 | | | 0 | 0 |
| KENYA | 2 | | | 2 | 2 | 1 | | | 1 | 8 | 1 | | | 1 | | | | | 2 | | 1 | | 2 | 10 |
| KOREA | | | | 2 | | | | | | 1 | 7 | | | | | | | 2 | 7 | | | | 2 | 10 |
| KOSOVO | | | | | 1 | | | | | 1 | | | | | | | | | 2 | | | | | 0 |
| KUWAIT | 2 | | | 2 | 1 | | | | | 4 | | 1 | | | | | | 1 | 2 | | | | | 0 |
| KYRGYZSTAN | 1 | | | | | | | | | 1 | | | | | | | | | 0 | 1 | | | 1 | 0 |
| LAOS | | | | | | | 1 | | | 2 | | | | | | | | 1 | 1 | | | | | 1 |
| LATVIA | | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 0 |
| LEBANON | 1 | | 1 | | | | | | | 1 | | | 2 | | | | | 1 | 2 | 1 | | | | 1 |
| LIBERIA | | | | 1 | | | | | | 1 | | | | | | | | | 1 | | | | | 0 |
| LITHUANIA | | | | | | | | | | 1 | | | | | | | | | 0 | | | | | 0 |
| MACEDONIA | | | 2 | | | 6 | | | | 8 | | | | | | | | | 0 | | | | | 0 |
| MALAYSIA | | 2 | | | | | | | | 2 | 2 | | | | | | | | 0 | | | | | 4 |
| MALI | | | | | | | | | | 1 | | | | | | | | | 0 | | | | | 0 |
| MEXICO | 2,177 | 10,874 | 11,320 | 10,677 | 25,766 | 48,173 | 24,269 | 48,916 | 3,845 | 186,017 | 67 | 137 | 427 | 563 | 1 | 46 | 153 | 43 | 1,437 | 273 | 394 | 1 | 668 | 188,122 |
| MOLDOVA | 2 | 2 | | 7 | 1 | | | | | 12 | | | 1 | 2 | | 1 | | | 5 | | | | | 13 |
| MONGOLIA | | | | | | | 1 | | | 2 | | | | 4 | | | | | 4 | | | | | 0 |
| MONTENEGRO | 1 | | | | | | | | | 1 | | | | | | | | | 0 | | | | | 0 |
| MOROCCO | | | | 1 | | | | | | 1 | | | | | | | | | 0 | | | | | 0 |
| NAMIBIA | | | | | | 6 | | | | 8 | 2 | | | | | | | 1 | 1 | 1 | | | | 0 |
| NEPAL | 1 | | | 2 | 1 | 373 | 1 | 31 | | 408 | | 1 | | | | | | 1 | 3 | | | | | 409 |
| NETHERLANDS | | 1 | | 3 | | | | | | 4 | | | | 2 | | | | | 4 | | | | | 0 |
| NEW ZEALAND | | | | | | | 1 | | | 2 | | | | | | | | 1 | 2 | | | | | 0 |
| NICARAGUA | 6 | 82 | 7 | 15 | 92 | 741 | 11 | 56 | 5 | 1,015 | | 4 | 3 | 9 | 1 | | | 4 | 13 | 2 | 4 | | 6 | 1,034 |
| NIGERIA | 6 | 1 | | 9 | 1 | 4 | | | | 21 | | | | 3 | | | | | 7 | 1 | | | 1 | 29 |
| PAKISTAN | 3 | 1 | 13 | 2 | 1 | 14 | 16 | 1 | | 50 | | | | | | | | | 6 | | | | | 57 |
| PANAMA | 1 | 3 | 4 | 2 | | 3 | | 2 | | 15 | | | | | | | | | 0 | | | | | 1 |
| PARAGUAY | | | | | | 1 | 1 | | | 2 | | | | | | | | | 0 | | | | | 0 |
| PERU | 4 | 13 | 9 | 17 | 70 | 231 | 12 | 50 | 4 | 410 | | 2 | 2 | 2 | | 1 | | 3 | 10 | 5 | 1 | | 6 | 426 |
| PHILIPPINES | 4 | | 2 | 7 | | 2 | | 1 | 1 | 17 | | 5 | | | | | | 4 | 10 | 1 | 1 | | 2 | 26 |
| POLAND | | | | | | 2 | | | | 2 | 2 | 3 | | | | | | 2 | 10 | 3 | | | 3 | 15 |
| PORTUGAL | | 1 | | | | | 1 | | | 1 | 1 | 1 | | | | | | | 4 | | | | | 0 |
| ROMANIA | 1 | 1 | 1 | 1 | 2 | 107 | 84 | 94 | 105 | 396 | | | | | | | | 2 | 5 | | | | | 405 |
| RUSSIA | 4 | | | 3 | 2 | | 1 | 3 | 1 | 14 | | | 1 | | | | | | 9 | 8 | | | 9 | 173 |
| SAUDI ARABIA | | | | 5 | | | 4 | | | 9 | | | 8 | | | | 1 | | 3 | 1 | | | | 0 |
| SENEGAL | | | | | 1 | 1 | | 1 | | 2 | 1 | 1 | | | | | | 1 | 3 | | | | | 0 |
| SERBIA | | | | | | | | | | 1 | | | | 4 | | | | | 4 | | | | | 0 |
| SERBIA AND MONTENEGRO | | | 1 | 1 | | | | | | 0 | | | | | | | | | 0 | | | | | 0 |
| SIERRA LEONE | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 0 |
| SOMALIA | | | | | | | | | | 1 | | | | | | | | | 0 | | | | | 0 |
| SOUTH AFRICA | | | | 2 | | | | 1 | | 1 | | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | | | 1 | 0 |
| SOUTH KOREA | 4 | | 1 | 10 | | | 4 | | 1 | 19 | 5 | 1 | 1 | 5 | | | | 1 | 12 | | | | | 33 |
| SPAIN | 3 | 2 | 1 | 1 | 2 | 4 | 1 | | | 14 | 1 | | | | | | | 3 | 5 | 2 | | | 2 | 20 |
| SRI LANKA | | | | 1 | | 106 | | | | 109 | | | | | | | | | 2 | | | | | 109 |
| TUNISIA | | | | 2 | | | | | | 2 | | | | | | | | | 1 | 1 | | | 1 | 4 |
| ST. LUCIA | | | | | | | 1 | | | 0 | | 1 | | | 1 | | | | 1 | | | | | 0 |
| STATELESS | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 0 |
| SUDAN | | | | 2 | | | | | | 1 | 1 | | | | | | | | 1 | | | | | 1 |
| SWEDEN | | | | | | | | 1 | | 0 | | | | | | | | 1 | 0 | | | | | 0 |
| SWITZERLAND | 1 | | | | | | | | | 1 | | 1 | | | | | | | 0 | | | | | 0 |
| SYRIA | | | 2 | | | 3 | | | | 5 | | 1 | | | | | | | 3 | | | | | 5 |
| TAIWAN | 3 | 5 | | | 7 | | | | | 8 | 3 | | | | | | | | 0 | | | | | 0 |
| TAJIKISTAN | | | | | | 1 | | 1 | | 8 | | 1 | | | | | | | 1 | | | | | 1 |
| TANZANIA | | | | 3 | | 1 | | | 1 | 6 | | | | | | | | | 0 | | | | | 0 |
| THAILAND | | | 1 | 2 | | 1 | | 1 | | 3 | | 1 | | 1 | | | | 1 | 2 | | | | | 3 |
| TRINIDAD AND TOBAGO | | | | | | 1 | 1 | | | 2 | | | | | | | | | 3 | | 2 | | 3 | 3 |
| TUNISIA | | | | | | | 2 | | | 2 | | | | | | | | | 1 | | | | | 0 |
| TURKEY | 2 | 2 | 2 | 1 | 6 | 23 | | | | 37 | | 1 | | | | | | 4 | 5 | | | | | 423 |
| TURKMENISTAN | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 0 |
| TURKS AND CAICOS ISLANDS | | | | | | | | | | 0 | | 1 | | | | | | | 3 | | | | | 0 |
| UKRAINE | | 1 | | 4 | 1 | | 3 | | | 10 | 1 | 1 | | 1 | | | | 1 | 0 | | | | | 13 |
| UNITED ARAB EMIRATES | | | | | | | | | | 1 | | | 1 | | | | 1 | | 3 | | | | | 0 |
| UNITED KINGDOM | 6 | | | 1 | | | 2 | | 1 | 11 | 1 | 1 | 1 | 2 | | | 1 | | 6 | | 1 | | | 18 |
| UNKNOWN | 1 | | 1 | 3 | | | 2 | | | 7 | | | | | | | | | 0 | | | | | 7 |

U.S. Customs and Border Protection

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| URUGUAY | | | | 1 | 1 | 2 | | | | 4 | | | | 1 | | | | | 1 | | | | 0 | 5 |
| UZBEKISTAN | | | | | 1 | 4 | | | | 5 | | | | 2 | | | | | 3 | | | | 0 | 8 |
| VENEZUELA | | 1 | | | 6 | 4 | 2 | 6 | 3 | 23 | | | 1 | | | | | 1 | 1 | 3 | 1 | | 4 | 28 |
| VIETNAM | 4 | | | 4 | | 7 | 2 | | | 17 | | | | | | | | | 1 | | | | 0 | 18 |
| YEMEN | 4 | | | | | | | | | 0 | | | 4 | | | | | | 4 | | | | 0 | 4 |
| YUGOSLAVIA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 0 |
| ZIMBABWE | | | | 1 | | 1 | | | | 1 | | | | 1 | | | | | 1 | 1 | | | 1 | 2 |
| TOTAL | 5,031 | 19,013 | 12,820 | 14,495 | 35,888 | 147,257 | 26,290 | 63,397 | 7,142 | 331,333 | 282 | 291 | 637 | 789 | 32 | 64 | 190 | 341 | 2,626 | 1,752 | 849 | 557 | 3,158 | 337,117 |

U.S. Customs and Border Protection   CBP_TRO_00360

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2016

*Data Includes Deportable Aliens Only*

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| AFGHANISTAN | | | 5 | | | | 11 | 2 | | 18 | 13 | | | 1 | | 1 | | | 15 | | | | 0 | 33 |
| ALBANIA | | 1 | | 1 | 1 | 104 | | | | 107 | 1 | | | | | | | | 1 | | | | 5 | 113 |
| ALGERIA | | | | | | | | | | 3 | | | 1 | | | | | | 1 | | | | 0 | 4 |
| ANGOLA | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 1 | 2 |
| ANTIGUA-BARBUDA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 2 | 2 |
| ARGENTINA | | | | 4 | 1 | 5 | | | 1 | 16 | | | | | | | | | 2 | 1 | | | 1 | 19 |
| ARMENIA | | | | | | | | | | 3 | | | | | | | | | 0 | | | | 0 | 3 |
| AUSTRALIA | | | | | | | | | | 1 | | | | | | | | | 2 | | | | 0 | 3 |
| BAHAMAS | | | | | | | | | | 3 | | | | | | | | | 0 | 41 | | | 41 | 44 |
| BANGLADESH | | | 59 | | 1 | 457 | 107 | 7 | | 632 | | 1 | | | | | | 1 | 2 | 1 | 1 | | 2 | 636 |
| BELARUS | | | | | | | | | | 2 | | | | | | | | | 0 | | | | 0 | 2 |
| BELGIUM | | | | | | | | | | 2 | | | | | | | | | 0 | | | | 1 | 3 |
| BELIZE | | | | 5 | | 29 | 2 | 3 | 1 | 40 | 1 | | | | | | | | 1 | 1 | | | 1 | 42 |
| BOLIVIA | 2 | | | 2 | | 21 | 2 | 1 | | 28 | | | | | | | | | 0 | 1 | | | 1 | 29 |
| BOTSWANA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 3 | 3 |
| BRAZIL | 13 | 125 | 80 | 1,162 | 648 | 871 | 42 | 167 | 10 | 3,118 | 3 | | | | | | | 15 | 20 | 91 | 1 | 22 | 114 | 3,252 |
| BULGARIA | | | | | | | | | | 3 | 1 | 1 | | | | | | | 2 | | | | 0 | 5 |
| BURKINA FASO | | | | | | | | | | 5 | | | | | | | | | 0 | | | | 0 | 5 |
| BURMA | | | | | | | 2 | | | 2 | | | | | | | | | 0 | | | | 3 | 5 |
| BURUNDI | | | | | | | | | | 0 | | | | 2 | | | | 1 | 3 | | | | 0 | 3 |
| CAMBODIA | | | | 3 | | | | | | 3 | | | | | | | | | 0 | | | | 0 | 3 |
| CAMEROON | | | | 3 | | | | | | 3 | | | | | | | | | 0 | | | | 18 | 21 |
| CANADA | | | | | | | | | | 8 | 36 | 26 | 28 | 5 | 13 | 15 | 14 | 65 | 202 | 4 | 1 | | 5 | 215 |
| CAYMAN ISLANDS | | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| CHAD | | | | | | | | | | 0 | | 1 | 1 | 1 | | | | | 3 | | | | 0 | 3 |
| CHILE | 3 | | | 1 | | 2 | | 1 | 1 | 11 | 1 | 7 | | | | | | | 8 | 1 | | | 1 | 20 |
| CHINA, PEOPLES REPUBLIC OF | 10 | | 511 | 31 | 3 | 756 | 855 | 125 | 29 | 2,320 | 11 | 7 | 2 | 7 | | | | 24 | 52 | 66 | 1 | | 67 | 2,439 |
| COLOMBIA | 5 | 13 | 5 | 37 | 25 | 179 | 11 | 21 | 6 | 302 | | 1 | 2 | | | | | | 6 | 13 | | 2 | 15 | 323 |
| CONGO | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 2 | 3 |
| COSTA RICA | 2 | 4 | 1 | 14 | 5 | 37 | | 20 | 2 | 85 | | | 2 | | | | | | 4 | 1 | | | 1 | 90 |
| CROATIA | | | | | | | | | | 0 | 1 | 1 | | | | | | 1 | 4 | | | | 0 | 4 |
| CUBA | 2 | 10 | 2 | 3 | 3 | 42 | 7 | 3 | 1 | 78 | 4 | 2 | | | | 2 | 1 | 1 | 16 | 1,489 | | 356 | 1,845 | 1,939 |
| CZECH REPUBLIC | | | | 4 | | | | | | 5 | 1 | | | | | | | | 4 | | | | 4 | 13 |
| CZECHOSLOVAKIA | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| DEM REP OF THE CONGO | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| DOMINICAN REPUBLIC | | | | 322 | 182 | | 19 | 7 | | 530 | | | | | | | | 9 | 11 | 54 | 7 | 253 | 314 | 855 |
| ECUADOR | 121 | 26 | 8 | 304 | 655 | 910 | 19 | 640 | 30 | 2,713 | | 11 | 12 | | | | | 2 | 26 | 19 | 10 | | 29 | 2,768 |
| EGYPT | 2 | | | | | | | | | 3 | | | | | | | | | 0 | | | | 3 | 6 |
| EL SALVADOR | 401 | 2,773 | 378 | 1,617 | 2,061 | 61,734 | 613 | 1,632 | 639 | 71,848 | 3 | 9 | 19 | 16 | 1 | | | 5 | 47 | 54 | 61 | | 115 | 72,010 |
| ERITREA | | | | | | | | | | 1 | | | | | | | | | 2 | | | | 0 | 3 |
| ETHIOPIA | | 1 | | | | 2 | | | | 6 | | | | | | | | | 1 | | | | 0 | 7 |
| FRANCE | 2 | 5 | | 1 | | | | 2 | | 10 | | | | | | | | 3 | 3 | | | | 0 | 13 |
| GABON | 1 | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| GAMBIA | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 5 | 6 |
| GEORGIA | | | | | 5 | 5 | | | 4 | 9 | | | | | | | | 5 | 10 | 9 | | | 9 | 28 |
| GERMANY | | | 4 | 4 | | 5 | | | | 7 | 1 | | | 1 | | 2 | | | 5 | | | | 1 | 13 |
| GHANA | | | | | | | | | | 4 | | | | 1 | | | | | 0 | 9 | 1 | | 10 | 14 |
| GREECE | 2 | | | | | | | 2 | | 3 | | | | | | | | | 0 | | | | 2 | 5 |
| GUADELOUPE | 1 | | | | | 1 | | | | 1 | | | | | | | | | 0 | | | | 61 | 62 |
| GUATEMALA | 2,783 | 1,710 | 1,735 | 7,549 | 4,680 | 33,842 | 2,166 | 12,026 | 8,110 | 74,601 | 3 | 44 | 76 | 42 | | 4 | 20 | 52 | 235 | 300 | 104 | | 404 | 75,240 |
| GUYANA | | | | | | | | | | 2 | | | | | | | | | 0 | 3 | | | 1 | 3 |
| HAITI | | | | | | | 1 | | | 3 | | 2 | 2 | | | | | | 4 | 141 | | 19 | 160 | 167 |
| HONDURAS | 180 | 5,344 | 682 | 1,043 | 2,610 | 39,052 | 510 | 2,684 | 847 | 52,952 | 5 | 28 | 32 | 37 | | 1 | 12 | 6 | 122 | 163 | 165 | | 328 | 53,402 |
| HONG KONG | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 0 |



U.S. Customs and Border Protection

HQ_BORDER_000900

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| HUNGARY | | | | | | | | | | 3 | | | | | | | | 1 | 1 | 8 | | | 8 | 12 |
| INDIA | 6 | 6 | 1,455 | 11 | 33 | 591 | 506 | 776 | 96 | 3,480 | 114 | 2 | | 14 | | | 2 | 11 | 144 | 4 | 2 | 38 | 44 | 3,660 |
| INDONESIA | 1 | | 1 | | | | 2 | 1 | | 7 | | | | | | | | | | 1 | 1 | | | 15 |
| IRAN | | 1 | 1 | 3 | | | 2 | | | 10 | | | | | | | | | | 1 | | | | 9 |
| IRAQ | | | | 1 | | | | | | 2 | 7 | | | | | | | | 7 | | | | | 5 |
| IRELAND | 1 | | | | | 2 | 5 | | 10 | 17 | | | | | | | | 3 | | 1 | | | | 9 |
| ISRAEL | 3 | | | | | | | | 8 | 3 | | 1 | | | | | | 1 | 4 | 1 | 1 | | 3 | 204 |
| ITALY | | | | 1 | | 4 | 6 | | | 21 | | | | | | | | | 1 | 3 | | | | 3 |
| IVORY COAST | 7 | | | | | | | | | 1 | 1 | | | | | | | | | 29 | | | 29 | 59 |
| JAMAICA | 2 | | 3 | 8 | | 3 | | 1 | 2 | 24 | | 2 | 3 | | | | | | 6 | 1 | | 2 | 5 | 6 |
| JORDAN | 3 | | | 1 | | | 1 | 1 | 1 | 6 | | | 3 | 1 | | | 1 | 1 | 1 | 1 | | 1 | 1 | 7 |
| KAZAKHSTAN | | | | | | | 1 | | | 4 | | | | 1 | | | | | 1 | | | | | 2 |
| KENYA | 1 | | 6 | | | | | | | 7 | | | | | | | | 1 | 1 | | | | | 20 |
| KOREA | | | | | | | | 1 | 1 | 1 | | | | | | | | | | 1 | | | 1 | 1 |
| KOSOVO | | | 3 | | | 13 | | | | 2 | | | | | | | 3 | 3 | 3 | 1 | | | | 3 |
| KUWAIT | 1 | | | | | | | | | 16 | | | | | | | | | | | | | | 1 |
| KYRGYZSTAN | 1 | | | | | | | | | 2 | | | | | | | | | | | | | | 1 |
| LAOS | 1 | | | | | | | 1 | | 1 | | | | | | | 1 | | | | | | | 3 |
| LATVIA | 1 | 1 | | | | | | | | 2 | | | | | | | | 1 | 1 | | | | | 1 |
| LEBANON | 1 | | | | | | | | | 1 | | | 3 | | | | | 4 | 4 | | | | | 1 |
| LIBERIA | 1 | | | | | | | 1 | | 1 | | | | | | | 1 | 1 | 1 | | | | | 1 |
| LIBYA | | | | | | | | | | 0 | 2 | | 1 | | | | | | 1 | | | | | 2 |
| LITHUANIA | | | | | | | 1 | | | 1 | | | | | | | | 1 | 1 | | | | | 1 |
| MACEDONIA | | | 3 | | | 3 | 1 | | | 9 | | | | | | | | | 0 | | | | | 9 |
| MALI | | | | | | | 1 | | 1 | 2 | | | | | | | | | 0 | | | | | 2 |
| MAURITANIA | | 1 | | | 1 | | 2 | | | 0 | | | | | | | | 1 | 1 | | | | | 1 |
| MEXICO | 2,728 | 12,953 | 14,361 | 13,660 | 25,337 | 46,334 | 25,380 | 46,494 | 3,513 | 190,760 | 40 | 82 | 504 | 352 | 7 | 12 | 149 | 23 | 1,169 | 652 | | 388 | 1,040 | 192,969 |
| MOLDOVA | | | 3 | 3 | | | | | | 4 | | | | | | | | | 0 | | | | | 20 |
| MONGOLIA | | | | | | | | | | 0 | 1 | 1 | | | | 1 | | | 2 | | | | | 1 |
| MONTENEGRO | | | | | | | | | | 0 | | 1 | 1 | | | | | | 2 | | | | | 1 |
| MOROCCO | | | | | | | 1 | | | 1 | | | | | | | | | 1 | | | | | 3 |
| NEPAL | | | 42 | 7 | | 52 | 398 | 51 | | 550 | | | | | | | | 1 | 0 | | 1 | | 1 | 55 |
| NETHERLANDS | | 66 | | 7 | | | | | | 0 | | | 1 | | | | | | 0 | | | | | 1 |
| NICARAGUA | 8 | 66 | 18 | 39 | 64 | 952 | 26 | 114 | 11 | 1,298 | | 2 | 1 | 9 | | | | 1 | 12 | 10 | | 6 | 16 | 1,326 |
| NIGERIA | 7 | | 10 | | | 1 | 7 | | | 19 | | | 1 | 1 | | | | | 3 | 1 | | | | 2 |
| PAKISTAN | 1 | 9 | 65 | 2 | | 6 | 222 | 9 | | 314 | 2 | | 2 | | | | | 4 | 4 | | | 3 | 3 | 323 |
| PALAU | | | | | | | 1 | | 1 | 1 | | | | | | | | 1 | 1 | | | | | 1 |
| PANAMA | | 2 | | 2 | 2 | 9 | | | | 15 | | | | | | | | | 0 | 2 | 1 | | 3 | 1 |
| PARAGUAY | | | 3 | 2 | 3 | | 8 | | | 8 | | | | | | | | | 0 | 1 | | | 1 | 15 |
| PERU | 10 | 18 | 11 | 20 | 74 | 248 | 11 | 54 | 3 | 449 | | | 2 | | | | | 1 | 6 | 5 | 1 | | 6 | 489 |
| PHILIPPINES | 7 | 7 | | | | 3 | 2 | 2 | | 22 | | 1 | 6 | | | | | 4 | 11 | 3 | | | 3 | 22 |
| POLAND | 2 | 1 | 4 | | | | | | | 7 | | | 1 | | | | | | 3 | 1 | | | 1 | 21 |
| PORTUGAL | | | | | | | | 1 | | 2 | 2 | | 1 | | | | | 2 | 3 | 1 | | | 1 | 1 |
| ROMANIA | 2 | 1 | 1 | | 3 | 218 | 932 | 27 | 825 | 2,006 | 1 | 1 | | | | | | 2 | 11 | 1 | | 4 | 5 | 2,016 |
| RUSSIA | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | | 11 | 1 | | 1 | | | | | 1 | 6 | | | | | 13 |
| SAUDI ARABIA | | | 1 | 1 | | 7 | | | | 8 | | | 6 | | | | | 1 | 2 | | | | | 14 |
| SENEGAL | | | | | | | 2 | | | 3 | | | | 2 | | | | | 1 | 1 | | | | 3 |
| SERBIA | | | | 1 | | | | | | 0 | | | | | | | | | 2 | | | 3 | 3 | 3 |
| SLOVAKIA | | | | | | 1 | | 1 | | 0 | | | | 2 | | | | | 1 | | | | | 1 |
| SLOVENIA | | | | | | | | | | 4 | 1 | | | | | | | | 0 | 1 | | | 1 | 1 |
| SOMALIA | | | | | | | | | | 1 | | | | | | | | | 0 | | | | | 20 |
| SOUTH AFRICA | 7 | 1 | 4 | | | | 2 | | 6 | 17 | 3 | | | | | | 1 | | 3 | 1 | | | | 19 |
| SOUTH KOREA | | | | | | 5 | 1 | | | 9 | | | | | | | 1 | 4 | 5 | | 1 | | 1 | 45 |
| SPAIN | | 1 | 9 | 1 | 1 | 31 | 1 | 1 | | 42 | | 1 | | | | | 1 | 2 | 3 | 1 | | 4 | 5 | 3 |
| SRI LANKA | 2 | 1 | 1 | | | 2 | 2 | 1 | | 3 | 1 | | | | | | | | 2 | 1 | | | | 3 |
| ST. LUCIA | | | | | | | | | | 2 | | | | | | | | 1 | 1 | | | | | 1 |
| SWEDEN | | | | | | | | | | 0 | 1 | | | 2 | | | | | 2 | 1 | | | 1 | 4 |
| SWITZERLAND | | | | | 1 | | | | | 2 | 1 | | | | | | | | 1 | | | | | 3 |
| SYRIA | 1 | | | | | | 1 | | 1 | 2 | 1 | | | | | | | | 1 | 1 | | | 1 | 3 |
| TAIWAN | 1 | 1 | 1 | 1 | | | 1 | 1 | | 2 | 1 | | 1 | | | | | | 1 | | | | 0 | 4 |

CBP_AR_000362

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | SBO Total | NORTHERN BORDER | | | | | | | | NBO Total | COASTAL BORDER | | | CBO Total | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | | MIP | NLL | RMY | | |
| TAJIKISTAN | | | | | | | | 7 | | 7 | | | | | | | | | 0 | | | | 0 | 7 |
| TANZANIA | | | | | 1 | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| THAILAND | 3 | | | 4 | | | | | | 7 | | | | | | | | | 0 | 1 | | | 1 | 8 |
| TONGA | 1 | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| TRINIDAD AND TOBAGO | 1 | | | 1 | | 2 | | | | 4 | | | | | | | | 1 | 1 | 2 | | | 2 | 7 |
| TUNISIA | | | | 1 | | | | | | 1 | | | 1 | | | | | | 1 | 2 | | | 2 | 4 |
| TURKEY | | | 4 | 1 | | 60 | 5 | 2 | | 72 | 2 | | | 1 | 1 | | | | 4 | 2 | | | 2 | 78 |
| UGANDA | | | | | | | 1 | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| UKRAINE | 3 | | 2 | | | 1 | 3 | 2 | | 11 | | | | 1 | | | | 2 | 3 | | | | 0 | 14 |
| UNITED ARAB EMIRATES | | | | | | | 1 | | | 1 | | 1 | | | | | | | 1 | | | | 0 | 2 |
| UNITED KINGDOM | 6 | | | 3 | | 1 | 1 | 1 | 2 | 14 | | | | 1 | 1 | 1 | 1 | 3 | 7 | 2 | | | 2 | 23 |
| URUGUAY | 1 | | | 1 | 1 | | | | 2 | 5 | | | | | | | | | 0 | | | | 0 | 5 |
| UZBEKISTAN | | | | | 1 | 8 | | | | 9 | | | | 2 | | | | 1 | 3 | 1 | | | 1 | 13 |
| VENEZUELA | 2 | 4 | | 3 | 4 | 22 | 2 | 3 | | 40 | | | | | | | | | 0 | 6 | | 2 | 8 | 48 |
| VIETNAM | 6 | | | | 3 | | 6 | | | 15 | | | | | | | | 3 | 4 | | 1 | | 1 | 20 |
| YEMEN | 1 | | | | | | | | | 1 | | | 1 | | | | | | 0 | | | | 0 | 2 |
| ZIMBABWE | | | 1 | | | 2 | | | | 3 | | | | | | | | | 0 | | | | 0 | 3 |
| TOTAL | 6,366 | 23,078 | 19,448 | 25,634 | 36,562 | 186,830 | 31,891 | 64,891 | 14,170 | 408,870 | 271 | 226 | 716 | 505 | 25 | 43 | 206 | 291 | 2,283 | 3,205 | 764 | 694 | 4,663 | 415,816 |

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2017

*Data Includes Deportable Aliens Only*

| CITIZENSHIP | SOUTHWEST BORDER BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | NORTHERN BORDER BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | COASTAL BORDER MIP | NLL | RMY | CBO Total | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFGHANISTAN | | | | | | | | | | 14 | 6 | | | | | | | | 7 | 7 | | | 7 | 28 |
| ALBANIA | | | | 1 | 1 | 47 | | | | 49 | | | 3 | | | | | | 3 | | | | | 52 |
| ALGERIA | | | 1 | | | | | | | 1 | | | 1 | | | | | | 1 | | | | | 2 |
| ANGOLA | | | | | | | | | | 0 | | | | | | | | | 1 | | | | | 1 |
| ARGENTINA | | | 1 | 4 | 2 | 6 | | | | 18 | | 3 | | | | | | | 3 | 10 | | | 10 | 31 |
| AUSTRALIA | | | | | | | | | | 1 | | | | | | | | | | | | | | 1 |
| AZERBAIJAN | | | | | | | | | | | | 4 | | | | | | | 6 | | | | | 6 |
| BAHAMAS | | | | | | | | | | 0 | | | | | | | | | 2 | 40 | 2 | | 42 | 44 |
| BANGLADESH | | | 11 | | 182 | 304 | 66 | | | 564 | | 3 | | | | | | 5 | 9 | 1 | | | 1 | 574 |
| BELARUS | | | | | | | | | | 0 | 1 | | | | | | | | 1 | | | | | 1 |
| BELIZE | | | 2 | 3 | 2 | 35 | 5 | | | 51 | 1 | | | 1 | | | | | 1 | | 3 | | 3 | 55 |
| BENIN | | | | 3 | 4 | 11 | | | | 1 | | 1 | | | | 1 | | | 2 | | | | | 3 |
| BOLIVIA | | | | | | | | | | 22 | | 1 | | | | | | | 1 | | | | | 23 |
| BOSNIA-HERZEGOVINA | | | | | | | | | | 1 | | | | | | | | | | 2 | | | 2 | 3 |
| BRAZIL | 23 | 44 | 162 | 1,685 | 208 | 372 | 56 | 40 | 31 | 2,621 | 1 | 21 | 2 | | | | | 16 | 40 | 80 | 4 | | 84 | 2,745 |
| BULGARIA | | | 1 | 1 | | 1 | | | | 3 | | | | | | | | | | | | | | 3 |
| BURKINA FASO | | | | | | | | | | 0 | | | | | | | | | | | | | | 0 |
| BURMA | | | | | | | | | | 1 | | 1 | 1 | | | | | | 1 | | | | | 1 |
| BURUNDI | | | | | | | | | | 0 | | | | | | | | | | | | | | 0 |
| CAMBODIA | | | | | | | | | | 2 | | | 1 | | | | | | 1 | | | | | 3 |
| CAMEROON | | | | | | | | | | 5 | | | | 1 | | | | | | | | | | 5 |
| CANADA | | | | | | | | | | | 25 | 21 | 12 | 15 | 22 | 15 | 6 | 78 | 194 | 3 | | | 6 | 200 |
| CHAD | | | | | | | 2 | | | 0 | | 1 | | | | | | | 1 | | | | | 1 |
| CHILE | | | | | | | | | | 12 | | | | | | | | | 3 | 3 | | | | 15 |
| CHINA, PEOPLES REPUBLIC OF | 2 | 3 | 309 | 10 | 9 | 702 | 234 | 79 | 16 | 1,364 | 13 | 7 | | 5 | | 1 | 1 | 5 | 32 | 16 | | 1 | 17 | 1,413 |
| COLOMBIA | 2 | 3 | 8 | 20 | 15 | 121 | 15 | 5 | 7 | 196 | 5 | 5 | 8 | 1 | | | | 30 | 49 | 29 | | 7 | 36 | 281 |
| CONGO | | | | | | | | | | 1 | | | | | | | | | | | | | | 1 |
| COSTA RICA | | 7 | 2 | 5 | 5 | 25 | 4 | 5 | | 47 | 1 | 4 | 2 | | | | | | 5 | | | | 1 | 53 |
| CUBA | 2 | 14 | 3 | 4 | 32 | 81 | 4 | 4 | 3 | 147 | | 2 | | | | | | 2 | 8 | 361 | 2 | 184 | 547 | 702 |
| CYPRUS | | | | | | 1 | | | | 1 | | | | | | | | | | | | | | 1 |
| CZECH REPUBLIC | | | | | | | | | | | | 2 | | | | | | | 2 | 2 | | | | 2 |
| CZECHOSLOVAKIA | | | | | | | | | | 0 | | | 1 | | | | | | 1 | | | | | 1 |
| DJIBOUTI | | | | | | | | | | 0 | | | 1 | 1 | | | | | 3 | | | | | 3 |
| DOMINICAN REPUBLIC | 3 | 2 | 1 | 4 | 97 | 70 | 1 | 3 | | 181 | | 7 | 3 | 1 | | | | 2 | 13 | 19 | 2 | 189 | 210 | 404 |
| ECUADOR | 63 | 29 | 5 | 127 | 435 | 511 | 8 | 233 | 18 | 1,429 | | 11 | 8 | 1 | | | 7 | 17 | 44 | 40 | | 2 | 40 | 1,513 |
| EGYPT | | | | | | | | | | 6 | | | | | | | | | 2 | 1 | | | 1 | 9 |
| EL SALVADOR | 412 | 1,293 | 322 | 2,938 | 1,212 | 40,651 | 1,189 | 1,103 | 640 | 49,760 | 5 | 26 | 31 | 17 | 1 | | | 18 | 98 | 73 | 80 | | 153 | 50,011 |
| EQUATORIAL GUINEA | | | | 2 | | 2 | | | | 2 | | | | | | | | | | | | | | 2 |
| ERITREA | | | 1 | | | | 5 | | | 6 | | | 1 | | | | | 3 | 4 | | | | | 10 |
| ESTONIA | | | | | | | | | | 0 | | | 1 | | | | | 3 | 1 | | 1 | | | 1 |
| ETHIOPIA | | | | | | | 5 | | | 0 | | | | | | | | | | 1 | | | 1 | 1 |
| FRANCE | | | | | 2 | | | 1 | 1 | 9 | 1 | 1 | | | 1 | | | 2 | 5 | | | | | 14 |
| GABON | | | | | | | | | | 0 | | | | 1 | | | | | 1 | | | | | 1 |
| GAMBIA | | | | | | | | | | 1 | | | | | | | | 3 | 3 | | | | | 4 |
| GEORGIA | | | 2 | 2 | | 5 | | | | 7 | | 1 | | 1 | | 1 | | 4 | 4 | 1 | | | 1 | 12 |
| GERMANY | | | 2 | | | | | | | 2 | | | | 2 | | 1 | | 4 | 4 | | | | | 6 |
| GHANA | 2 | | | 1 | | 2 | 10 | | 1 | 15 | 1 | 3 | 1 | 1 | | | | 1 | 6 | | | | | 21 |
| GREECE | | | | | | | | | | 0 | | | | | | | | | 2 | 2 | | | 2 | 4 |
| GUADELOUPE | | | | | | 4 | | | | 4 | | | | | | | | | | | | | | 4 |
| GUATEMALA | 2,553 | 1,098 | 1,929 | 8,242 | 3,769 | 28,751 | 2,544 | 8,450 | 8,535 | 65,871 | 2 | 66 | 112 | 52 | | | 8 | 34 | 274 | 511 | 151 | | 662 | 66,807 |
| GUINEA | | | | | | | | | | 0 | | | 2 | | | | | | 3 | | | | | 3 |
| GUYANA | | | 1 | | | | | | | 0 | 1 | 4 | | 1 | | | | | 6 | | | | 4 | 10 |
| HAITI | | 1 | 1 | 2 | | 2 | 54 | | | 57 | | 3 | | 1 | | | | 25 | 29 | 72 | | 5 | 77 | 163 |

U.S. Customs and Border Protection

HCBP_ROAR_000094



| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| HONDURAS | 173 | 3,574 | 881 | 2,106 | 1,771 | 34,903 | 876 | 2,220 | 756 | 47,260 | 6 | 30 | 86 | 42 | | | 3 | 13 | 186 | 204 | 250 | | 454 | 47,900 |
| HUNGARY | 2 | | | | | | | | | 9 | | | | | | | | | 3 | 3 | | | 3 | 10 |
| INDIA | 3 | 2,028 | | 10 | 25 | | 757 | 26 | 40 | 2,943 | 147 | 3 | 7 | | | | 8 | 3 | 168 | 10 | 6 | 8 | 24 | 3,135 |
| INDONESIA | 2 | | | 1 | | | 2 | | | 5 | | | | | | | | | 5 | | | | 0 | 6 |
| IRAN | 1 | | 2 | | | | | | | 7 | | | | | | | | 3 | 3 | | | | 0 | 7 |
| IRAQ | 1 | | | | | | | 1 | | 1 | 2 | | 1 | | | | | | 3 | | | 1 | 0 | 3 |
| IRELAND | 1 | | | | | | | | | 1 | | | | 1 | | | | 1 | 2 | | | | 0 | 1 |
| ISRAEL | 5 | | | 4 | | | | | 1 | 11 | 2 | | | | | | 1 | 6 | 9 | 5 | | | 5 | 2 |
| ITALY | 2 | | | | 1 | | | | | 5 | | 1 | | | | | | 2 | 3 | 3 | | | 3 | 0 |
| IVORY COAST | 5 | | | 7 | | | | | 2 | 15 | | 11 | 2 | 2 | | | | | 17 | 38 | 2 | | 40 | 7 |
| JAMAICA | 3 | | | 3 | | | | | | 4 | | 1 | | | | | | | 1 | | | | 0 | 5 |
| JAPAN | 4 | | | 3 | | 2 | 1 | | | 10 | 3 | | 1 | 1 | | | 2 | 4 | 9 | 2 | | | 3 | 40 |
| JORDAN | | | | 1 | | | | | | 5 | | | | | | | | | 2 | 2 | | | 2 | 5 |
| KAZAKHSTAN | | | | 1 | | | | | | 2 | 1 | | | | | | | | 0 | | | | 0 | 2 |
| KENYA | | | 1 | 1 | | | | | | 1 | 1 | 1 | | | | | 1 | | 2 | | | | 0 | 4 |
| KOREA | | | | 2 | | 34 | 9 | | | 45 | | 1 | | | | | | | 1 | 1 | 1 | | 2 | 46 |
| KOSOVO | 1 | | | 2 | | | | | | 3 | 1 | | | | | | | | 0 | 1 | | | 0 | 2 |
| KUWAIT | | | | | | | | | | 0 | | | | | | | 1 | | 1 | | 1 | | 1 | 13 |
| LAOS | | | | 1 | | | | | | 1 | | | | | | | | | 0 | | | | 0 | |
| LATVIA | | | | | | 1 | | | | 1 | 1 | | | | | | | | 1 | 1 | | | 1 | |
| LEBANON | | | | 2 | | | | | | 2 | | | 1 | | | | 2 | | 2 | 1 | | | 2 | 3 |
| LIBERIA | | | | 5 | | | | | | 7 | | | | | | | | 1 | 1 | 2 | | | 1 | 1 |
| LITHUANIA | | | | 1 | | | 7 | | | 7 | | 1 | | | | | | | 1 | 2 | | | 1 | 2 |
| MACEDONIA | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| MALAYSIA | 1 | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | |
| MALI | | | | | | | | | 1 | 1 | | | | | | | | 3 | 3 | 1 | | | 1 | |
| MAURITANIA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 4 |
| MEXICO | 2,656 | 7,320 | 12,821 | 9,856 | 17,569 | 29,653 | 19,026 | 26,329 | 2,708 | 127,938 | 51 | 154 | 748 | 294 | | 11 | 141 | 90 | 1,489 | 634 | 392 | 1 | 1,027 | 130,454 |
| MOLDOVA | | | | 11 | | | 2 | 2 | 1 | 2 | 1 | 1 | 2 | 15 | | 2 | 1 | 1 | 5 | 15 | 5 | | 0 | |
| MONGOLIA | | 3 | 35 | | 1 | | | | | 2 | | | 1 | 10 | 3 | | | | 41 | 5 | | | 0 | 2 |
| MONTENEGRO | | | | 1 | 1 | 2 | | 3 | 1 | 6 | 3 | 3 | | 2 | | | 2 | 6 | 9 | 2 | | | 0 | 2 |
| MOROCCO | | | | | | | | | | 3 | | | | | | | | 1 | 2 | | | | 1 | 1 |
| NEPAL | 1 | | 12 | 22 | 1 | 10 | 619 | 23 | 3 | 647 | 1 | 3 | 3 | 9 | | | 4 | 3 | 22 | 10 | 2 | | 12 | 648 |
| NETHERLANDS | 1 | 15 | | 4 | 55 | 226 | 1 | 2 | | 2 | | 2 | | 5 | | | | 2 | 10 | 1 | 5 | | 6 | 2 |
| NEW ZEALAND | 1 | | | | | | | | | 1 | | | 6 | | | 3 | | 2 | 8 | | | | 0 | |
| NICARAGUA | 12 | 56 | 12 | 56 | 42 | 741 | 27 | 106 | 60 | 1,057 | | 1 | 2 | 15 | | 2 | | 6 | 21 | 15 | 5 | | 20 | 1,098 |
| NIGERIA | | | | 11 | 6 | 6 | | | 1 | 28 | | 11 | 11 | 10 | 3 | | | 3 | 41 | | 5 | | 5 | 33 |
| PAKISTAN | 3 | | 35 | 1 | 1 | 19 | 161 | 3 | 1 | 224 | 3 | 3 | | 2 | | | 1 | | 9 | | | 2 | 2 | 232 |
| PANAMA | 1 | | | 2 | | 3 | 1 | | | 6 | | | | | | | | | 2 | 2 | | | 0 | 8 |
| PARAGUAY | 1 | | | 1 | 1 | | | 1 | | 3 | | | | | | | 2 | | 1 | 2 | | | 0 | 3 |
| PERU | 3 | 15 | 8 | 22 | 55 | 226 | 17 | 23 | 3 | 372 | 3 | 3 | 3 | 9 | | | 4 | 3 | 22 | 10 | 2 | | 12 | 409 |
| PHILIPPINES | 1 | | | 4 | | 1 | | 2 | | 7 | 2 | | 6 | 5 | | 3 | | | 10 | 1 | 5 | | 6 | 23 |
| POLAND | | | | | | | | | | 3 | | | 6 | | | | | 2 | 8 | | | | 0 | 50 |
| PORTUGAL | | | 3 | 3 | | | | | | 3 | | | | | | | | 2 | 2 | | | | 0 | |
| ROMANIA | | | 14 | 1 | | 94 | 261 | 3 | | 433 | | 2 | 2 | 6 | | 1 | 6 | 3 | 13 | 4 | | | 4 | 450 |
| RUSSIA | 2 | 1 | 1 | | | 1 | 4 | 2 | 1 | 8 | | 1 | | 1 | | | | 3 | 4 | 6 | 1 | | 15 | 15 |
| RWANDA | 3 | | | 1 | | | | | | 1 | | | | | | | | 1 | 1 | 1 | | 3 | 3 | 3 |
| SAUDI ARABIA | 3 | 1 | | | 3 | 3 | 7 | | 1 | 14 | | 2 | | | | 3 | | | 5 | 1 | | | 4 | 4 |
| SENEGAL | | | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | 3 | | 1 | | 3 | | 2 | 3 |
| SERBIA | 1 | 1 | | | | | | | | 2 | | | | | | | | | 0 | 2 | | | 0 | |
| SERBIA AND MONTENEGRO | | | | | | | | | | 1 | | | | | | | | 1 | 0 | | | | 0 | 1 |
| SEYCHELLES | | | | | | | | | | 0 | | | | | | | | | 1 | | | | 0 | |
| SIERRA LEONE | | | | | | | | | | 0 | | | 1 | | | | 1 | | 1 | | | | 0 | |
| SLOVAKIA | | 5 | | | | | | | | 48 | | | | | | | | | 6 | 6 | 1 | | 6 | 3 |
| SOMALIA | | | | 1 | | | | | | 5 | | 6 | | | | | | 2 | 1 | | | | 0 | 540 |
| SOUTH AFRICA | 4 | 2 | 1 | | 1 | | 41 | 2 | 1 | 10 | 1 | | 1 | | | | 1 | 3 | 2 | 1 | | | 1 | 74 |
| SOUTH KOREA | | | | | | | 4 | | | | | | | | | | | | 1 | 1 | | | 1 | 12 |
| SPAIN | 2 | | 33 | 3 | 4 | | | 1 | | 7 | 1 | 1 | | | | | | 6 | 7 | 1 | 5 | | 5 | 19 |
| SRI LANKA | 2 | | | 3 | 1 | | 6 | 3 | 1 | 48 | | | | | | | | 9 | 9 | 1 | 8 | | 65 | 65 |

U.S. Customs and Border Protection

| CITIZENSHIP | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ST. KITTS-NEVIS | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | | | 0 | 1 |
| ST. LUCIA | | | | | | | 1 | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| STATELESS | | | | | | | | | | 1 | | 1 | | | | | | | 1 | | | | 0 | 1 |
| SUDAN | | | | | | | 1 | | | 1 | | 1 | 1 | | | | | 4 | 5 | | | | 0 | 5 |
| SURINAME | | 1 | | | | | | | | 1 | | 1 | | | | | | 1 | 1 | | | | 0 | 1 |
| SWAZILAND | | | | | | | | | | 0 | | | | | | | | 1 | 1 | | | | 0 | 1 |
| SWITZERLAND | | | | | | | | | | 0 | | | | | | | | 1 | 1 | | | | 0 | 1 |
| SYRIA | | | 1 | 1 | 1 | | 2 | | | 6 | | 3 | | | | | | | 3 | 1 | | | 1 | 10 |
| TAIWAN | | | 1 | 3 | | | | | 1 | 3 | | | | | | | | | 0 | | | | 0 | 3 |
| TAJIKISTAN | | | | | | | | | | 0 | | 1 | | | | | | | 1 | | | | 0 | 1 |
| TANZANIA | | | | | | | | | | 0 | | 1 | | | | | | | 1 | 1 | | | 1 | 1 |
| THAILAND | 1 | | | 1 | | | | | 3 | 5 | | 1 | 1 | 3 | | | 2 | 1 | 5 | | | | 0 | 5 |
| TOGO | 2 | | | | | | | | | 2 | | 1 | | | | | | | 4 | | | | 0 | 2 |
| TONGA | | | | 2 | | | | | 1 | 3 | | | | | | | | | 0 | | | | 0 | 3 |
| TRINIDAD AND TOBAGO | 2 | | 1 | 1 | 1 | 1 | | | | 4 | | 2 | 1 | | 1 | | | 1 | 5 | 6 | | | 6 | 11 |
| TURKEY | | | 1 | 1 | 2 | 21 | 6 | 3 | 1 | 35 | 2 | 2 | 1 | | | | | 1 | 6 | 3 | | | 3 | 41 |
| TURKS AND CAICOS ISLANDS | 2 | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| UGANDA | | | | 2 | | | 1 | | | 2 | 1 | | | | | | | | 0 | | | | 0 | 2 |
| UKRAINE | 1 | | 2 | | | | 1 | | | 6 | 1 | | 4 | | | | 1 | | 6 | 2 | | | 2 | 14 |
| UNITED KINGDOM | 5 | | | 1 | | 3 | 3 | 1 | | 8 | 6 | | 1 | | | | | 2 | 8 | 1 | | | 1 | 11 |
| URUGUAY | | | | | | 3 | 2 | | | 5 | | | | | | | | | 1 | 2 | | | 1 | 6 |
| UZBEKISTAN | | | 1 | | | 6 | 2 | | | 9 | | 2 | | | | | | 2 | 4 | 2 | | | 2 | 15 |
| VENEZUELA | 8 | 6 | 5 | 3 | 10 | 38 | 2 | 1 | | 73 | | 1 | 2 | 2 | | | | 2 | 2 | 20 | | | 20 | 95 |
| VIETNAM | 6 | | 5 | 6 | 6 | 2 | 28 | 1 | 1 | 49 | 1 | 1 | 2 | 2 | | | | 2 | 5 | 1 | | | 1 | 55 |
| YEMEN | | | | | | | 1 | | | 1 | | | | | | | | 6 | 7 | | | | 0 | 8 |
| YUGOSLAVIA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 0 |
| ZAMBIA | | | | | | 6 | | | | 6 | | | | | | | | | 0 | | | | 0 | 6 |
| ZIMBABWE | | | | | | | 1 | | | 0 | | | | | | | | 1 | 0 | 1 | | | 1 | 1 |
| TOTAL | 6,002 | 13,476 | 18,633 | 25,193 | 25,460 | 137,562 | 26,086 | 38,657 | 12,847 | 303,916 | 288 | 447 | 1,070 | 496 | 30 | 39 | 208 | 449 | 3,027 | 2,280 | 920 | 388 | 3,588 | 310,550 |

U.S. Customs and Border Protection

# U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector in FY2018

*Data includes Deportable Aliens Only*

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| AFGHANISTAN | | | | | | | 4 | | | 9 | | | | | | | | | 2 | 1 | | | 1 | 12 |
| ALBANIA | | 1 | | | | | | | | 15 | | | | | | | | | 8 | | | | | 23 |
| ALGERIA | | | | | | | | | | 0 | | | 2 | | | | | | 2 | | | | | 2 |
| ANGOLA | | | | | | | | | | 0 | | | | | | | | | 2 | | | | | 2 |
| ARGENTINA | 1 | | | | | | | | | 8 | | | | | | | | | 2 | 6 | | | 6 | 16 |
| ARMENIA | | | | | | | | | | 2 | | | | | | | | | 1 | | | | | 3 |
| AUSTRALIA | 1 | | | | | | | | | 2 | | | | | | | | | 1 | | | | | 3 |
| AZERBAIJAN | | | | | | | | | | 0 | | | | | | | | | 7 | | | | | 7 |
| BAHAMAS | | | | | | | | | | 3 | | | | | | | | | 0 | 39 | | | 39 | 42 |
| BANGLADESH | | 10 | 17 | | 677 | 327 | 167 | | | 1,198 | | | | | | | | | 2 | 3 | | | 3 | 1,203 |
| BARBADOS | | | | | | | | | | 1 | | | | | | | | | 2 | | | | | 3 |
| BELARUS | | | | | | | | | | 2 | | | | | | | | | 1 | | | | | 3 |
| BELGIUM | | | | | | | | | | 0 | | | | | | | | | 4 | | | | | 4 |
| BELIZE | | 12 | | | | 49 | | | | 72 | | | | | | | | | 4 | | | | | 76 |
| BENIN | | | | | | | | | | 0 | | | | | | | | | 1 | | | | | 1 |
| BHUTAN | | | | | | | | | | 0 | | | | | | | | | 1 | | | | | 1 |
| BOLIVIA | 1 | | 3 | | 5 | 9 | | | | 19 | | | | | | | | | 2 | 26 | | | 26 | 47 |
| BOSNIA-HERZEGOVINA | | | | | | | | | | 0 | | | | | | | | | 5 | | | | | 5 |
| BRAZIL | 41 | 27 | 34 | 462 | 255 | 587 | 58 | 22 | 18 | 1,504 | 7 | 6 | 3 | 1 | | | | 22 | 40 | 86 | 4 | | 90 | 1,634 |
| BULGARIA | | | | | | | | | | 3 | | | | | | | | | 6 | | | | | 9 |
| BURKINA FASO | | | | | | | | | | 3 | | | | | | | | | 1 | | | | | 4 |
| BURMA | | | | | | | | | | 3 | | | | | | | | | 2 | | | | | 5 |
| CAMEROON | | | 1 | | 1 | 1 | | | | 11 | | | | | | | | | 3 | | | | | 14 |
| CANADA | | | | | 1 | | 9 | | | 6 | | | | | | | | 82 | 172 | 3 | | | 3 | 181 |
| CAPE VERDE | | | | | | | | | | 0 | | | | | | | | | 1 | | | | | 1 |
| CHAD | | | | | | | | | | 0 | | | | | | | | | 2 | | | | | 2 |
| CHILE | 1 | 1 | 1 | 2 | 1 | | 1 | | | 8 | | | | | | | | | 0 | | | | | 8 |
| CHINA, PEOPLES REPUBLIC OF | 9 | 1 | 40 | 12 | 3 | 708 | 125 | 61 | 32 | 991 | 7 | 11 | 13 | 3 | | | 2 | 2 | 40 | 38 | 2 | 6 | 46 | 1,077 |
| COLOMBIA | 8 | 5 | 6 | 20 | 16 | 103 | 14 | 18 | 2 | 192 | | | | | | | | | 51 | 38 | 2 | 6 | 46 | 289 |
| CONGO | | | | | | | | | | 0 | | | | | | | | | 3 | | | | | 3 |
| COSTA RICA | | | | | 1 | | 5 | 3 | | 34 | | | | | | | | | 8 | | | | | 42 |
| CUBA | 3 | 7 | | 5 | 16 | 31 | 5 | | | 74 | 5 | 2 | 2 | | | | | 4 | 13 | 100 | 3 | 4 | 107 | 194 |
| CYPRUS | | | | | | | | | | 0 | | | | | | | | | 6 | | | | | 6 |
| CZECH REPUBLIC | | | | | | | | | | 0 | | | | | | | | | 5 | | | | | 5 |
| CZECHOSLOVAKIA | | | | | | | | | | 0 | | | | | | | | | 1 | | | | | 1 |
| DOMINICAN REPUBLIC | 2 | 5 | 2 | 7 | 122 | 93 | | 2 | | 234 | 7 | 7 | 7 | | | | | | 21 | 28 | 3 | 253 | 284 | 539 |
| ECUADOR | 79 | 63 | 17 | 131 | 353 | 651 | 7 | 175 | 19 | 1,495 | 2 | 14 | 20 | 7 | | | | 5 | 48 | 64 | 3 | 3 | 70 | 1,613 |
| EGYPT | | | | | 2 | | | | | 5 | | | | | | | | | 2 | | | | | 7 |
| EL SALVADOR | 198 | 814 | 416 | 2,657 | 968 | 23,513 | 1,191 | 897 | 715 | 31,369 | 2 | 11 | 69 | 20 | 4 | 1 | 9 | 11 | 127 | 85 | 55 | | 140 | 31,636 |
| ERITREA | | | | | | | 44 | | | 45 | | | | | | | | | 2 | | | | | 47 |
| ESTONIA | | | | | | | | | | 0 | | | | | | | | | 10 | | | | | 10 |
| ETHIOPIA | | | | | | 1 | 9 | | | 9 | | | | | | | | | 1 | | | | | 10 |
| FRANCE | | | | | | | | | | 4 | | | | | | | | | 6 | | | | | 10 |
| GABON | | | | | | | | | | 1 | | | | | | | | | 2 | | | | | 3 |
| GAMBIA | | | | 2 | | | | | | 11 | | | | | | | | | 2 | | | | | 13 |
| GEORGIA | | | | | | | 11 | | | 11 | | | | | | | | | 0 | | | | | 11 |
| GERMANY | | | | | | | | | | 2 | | | | | | | | | 3 | | | | | 5 |
| GHANA | 3 | 2 | | | | | 56 | | | 63 | | | | | | | | | 9 | | | | | 72 |
| GUATEMALA | 3,943 | 1,456 | 4,059 | 11,550 | 5,690 | 48,336 | 3,654 | 17,398 | 19,636 | 115,722 | 15 | 56 | 237 | 41 | 10 | 5 | 15 | 66 | 445 | 475 | 166 | | 641 | 116,808 |
| GUINEA | | | | | | | | | | 0 | | | | | | | | | 3 | | | | | 3 |
| GUYANA | | | 1 | | | | | | | 2 | | | | | | | | | 5 | | | | | 7 |
| HAITI | | | | 4 | | 1 | 5 | | | 12 | | | | | | | | 75 | 79 | 65 | | 9 | 75 | 166 |
| HONDURAS | 249 | 5,762 | 1,668 | 6,821 | 1,989 | 53,263 | 1,686 | 3,103 | 1,972 | 76,513 | 8 | 24 | 145 | 20 | | 2 | 12 | 11 | 244 | 206 | 165 | | 371 | 77,128 |
| HUNGARY | 3 | 1 | 1 | | 1 | | 1 | | | 6 | | | | | | | | | 10 | 3 | 7 | | | 16 |
| INDIA | 4 | 3,978 | | 17 | 59 | 184 | 3,316 | 461 | 971 | 8,997 | 145 | 5 | 12 | | | 5 | 4 | 11 | 182 | 39 | 16 | | 55 | 9,234 |
| INDONESIA | | | | | | 1 | | | | 4 | | | | | | | | | 8 | | | | | 12 |
| IRAN | | | | | | 1 | 1 | | | 4 | | | | | | | | | 5 | | | | | 9 |

Haiti AR_000367

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| IRAQ | | | | | | | | 2 | | 6 | 1 | | 2 | | | | | | 3 | | | | 0 | 9 |
| IRELAND | | 1 | | | | | | | | 3 | 3 | | | | | | | | 3 | 5 | | | 5 | 11 |
| ISRAEL | 4 | | | | | | | | | 9 | | 1 | 2 | | | | | | 3 | 7 | 1 | | 8 | 20 |
| ITALY | | 1 | | | | | | | | 7 | | | | | | | | | 3 | 2 | | | 2 | 12 |
| IVORY COAST | 1 | | | | | | | | | 1 | | | 1 | | | | | | 1 | 1 | | | 1 | 3 |
| JAMAICA | 8 | | | 6 | | 2 | | 4 | | 21 | 13 | | 6 | 1 | 1 | | | | 25 | 39 | 2 | | 41 | 87 |
| JAPAN | | | 1 | | | | | | | 1 | 1 | | | | | | | | 2 | | | | 0 | 3 |
| JORDAN | 1 | | | | | | | | | 3 | 1 | | 3 | | | | | | 4 | 4 | | | 4 | 11 |
| KAZAKHSTAN | 1 | 2 | | | | | | | | 1 | | | 4 | | | | | | 4 | | | | 2 | 7 |
| KENYA | 1 | | | | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | 7 | 1 | | | 1 | 9 |
| KOREA | | | | | | 1 | | | | 2 | | 1 | | | | | | | 2 | 2 | | | 2 | 6 |
| KOSOVO | | | | | | | 38 | | | 38 | | | 1 | | | | | | 2 | 1 | | | 1 | 41 |
| KUWAIT | | | | 1 | | | | | | 0 | | | 1 | | | | | | 1 | 1 | | | 1 | 2 |
| KYRGYZSTAN | | | | | | | | | | 0 | | | 1 | | | | | | 1 | | | | 0 | 1 |
| LAOS | | | | | | | | | 2 | 2 | | | | | | | | | 2 | 2 | | | 2 | 6 |
| LATVIA | | | 2 | | | | | | | 2 | | | | | | | | | 0 | 2 | | | 2 | 4 |
| LEBANON | | | | | | | | | | 2 | | | | 2 | | | | | 2 | | | | 0 | 4 |
| LIBERIA | | | | | | | | | 1 | 1 | 1 | 2 | 3 | | | | | | 6 | | | | 0 | 7 |
| LITHUANIA | | | | | | 5 | | | | 5 | | | | | | | | | 0 | | | | 0 | 5 |
| MACEDONIA | | | | | | | 1 | | | 5 | | | 4 | 2 | | | | | 7 | | | | 0 | 12 |
| MALAWI | | | | | | | | | | 0 | | | | 1 | | | | | 1 | | | | 0 | 1 |
| MALAYSIA | | | | | | | | | | 4 | | | 1 | | | | | | 1 | | | | 0 | 5 |
| MALI | 1 | | | | | | | 3 | | 4 | | | 1 | | | | | | 1 | | | | 0 | 5 |
| MARTINIQUE | | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| MAURITANIA | 1 | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| MEXICO | 3,411 | 7,474 | 18,781 | 9,402 | 22,279 | 31,453 | 27,082 | 29,786 | 2,589 | 152,257 | 70 | 140 | 1,237 | 315 | 7 | 21 | 282 | 173 | 2,245 | 597 | 353 | | 950 | 155,452 |
| MOLDOVA | 1 | | | | | | | | | 4 | | 2 | 1 | 1 | | | | | 4 | | | | 0 | 8 |
| MONGOLIA | 1 | | | | | | | 1 | | 3 | | 2 | 1 | 1 | | | | | 4 | | | | 0 | 7 |
| MONTENEGRO | 2 | | | | | | | | | 2 | | | 2 | | | | | | 2 | | | | 0 | 4 |
| MOROCCO | 2 | | | | | | | | | 0 | | | | | | | | | 0 | 2 | | | 2 | 4 |
| NEPAL | | | 27 | | | | 690 | | | 718 | 1 | | | | | | | | 1 | | | | 0 | 719 |
| NETHERLANDS | | | | | | | | | | 0 | | | | | | | | | 1 | 1 | | | 1 | 1 |
| NICARAGUA | 16 | 144 | 30 | 349 | 115 | 2,171 | 83 | 155 | 219 | 3,282 | | 6 | 8 | 4 | | | | | 14 | 34 | 7 | | 41 | 3,337 |
| NIGER | | | | | | | | | | 0 | | | | | | | | | 3 | | | | 0 | 3 |
| NIGERIA | 7 | 13 | 1 | 1 | | | | | | 23 | 6 | | 34 | 1 | | | | | 42 | 5 | 2 | | 7 | 72 |
| OMAN | 1 | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| PAKISTAN | 1 | | 40 | 1 | | 4 | 104 | 1 | | 153 | 1 | 1 | 3 | 2 | | | 1 | 2 | 7 | 2 | 1 | | 3 | 163 |
| PANAMA | | | | | | | 1 | | | 1 | | | | | | | | | 6 | 1 | | | 1 | 8 |
| PARAGUAY | | 1 | | | | | 1 | | | 4 | 1 | | | | | | | | 1 | 1 | 1 | | 2 | 7 |
| PERU | 6 | 13 | 6 | 38 | 56 | 275 | 13 | 55 | 4 | 466 | 1 | 4 | 3 | 7 | | | | 1 | 12 | 19 | 2 | | 21 | 499 |
| PHILIPPINES | 1 | | | 2 | | | 13 | | 2 | 9 | 1 | | | 7 | | | | 1 | 9 | 2 | | | 3 | 21 |
| POLAND | 2 | | 1 | | | | 1 | | | 4 | 2 | 2 | 3 | 1 | | | | 3 | 8 | 2 | | | 0 | 12 |
| PORTUGAL | | | | 1 | | 2 | | | | 2 | 1 | | 1 | | | 1 | | | 7 | | 1 | | 1 | 10 |
| ROMANIA | 3 | | 3 | 1 | 2 | 205 | 6 | 2 | 31 | 260 | | | 12 | | | | | 153 | 186 | 2 | 1 | | 3 | 449 |
| RUSSIA | 1 | 2 | 1 | 1 | | 3 | 4 | 2 | | 13 | 1 | | | | | | | | 4 | 4 | | | 4 | 21 |
| RWANDA | 1 | | | 1 | | | | | | 0 | | | 3 | | | | | 1 | 1 | | | | 0 | 7 |
| SAUDI ARABIA | 1 | | | | | | 2 | | | 3 | | | 3 | | | | | | 4 | | | | 0 | 7 |
| SENEGAL | | | | | | | | | | 0 | | 1 | | | | | | | 0 | | | | 1 | 1 |
| SERBIA | | | | | | | | 2 | | 1 | | | | 1 | | | | | 5 | 2 | | | 2 | 7 |
| SERBIA AND MONTENEGRO | 1 | | | | | | 4 | | | 4 | | | | 1 | | | | | 0 | | | | 0 | 4 |
| SIERRA LEONE | | | | | | 2 | | | | 4 | | | | | | | | | 0 | | | | 0 | 4 |
| SLOVAKIA | | | | | | | | | | 0 | | | 1 | | | | | | 1 | | | | 0 | 1 |
| SOMALIA | | | | | | 2 | 31 | | | 33 | | | | 4 | | | | | 4 | 1 | | | 1 | 38 |
| SOUTH AFRICA | | | 2 | 2 | | 2 | 2 | | | 4 | 1 | | | 1 | | | | | 4 | 1 | | | 1 | 9 |
| SOUTH KOREA | | | | | | | | 4 | | 3 | 3 | 1 | | 1 | | | | 2 | 6 | 1 | | | 0 | 9 |
| SPAIN | 5 | 1 | 1 | 2 | 1 | | 1 | 1 | | 13 | | | | 1 | | | | 5 | 8 | 6 | | 1 | 5 | 7 |
| SRI LANKA | 1 | | 81 | 1 | 11 | 83 | 11 | | 8 | 196 | | | | 1 | | | | | 6 | 6 | | 1 | 6 | 28 |
| ST. VINCENT-GRENADINES | | | | | | 4 | | 1 | | 0 | | | | 1 | | | | | 1 | 1 | 1 | | 1 | 202 |
| SUDAN | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 2 |
| SWEDEN | | | 1 | | | | | | | 0 | | | 1 | | | | | | 0 | | | | 1 | 1 |
| SWITZERLAND | | | | 1 | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 1 |
| SYRIA | | | | | 2 | | | | | 3 | | 1 | | 1 | | | | | 0 | | | | 0 | 3 |

Haiti AR_000368

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | Total |
| TAIWAN | | | | 2 | | | | | 1 | 3 | 1 | | 1 | | | | | | 2 | | | | 0 | 5 |
| TAJIKISTAN | | | | | | | | | | 0 | | | 1 | | | | | | 1 | | | 2 | 2 | 3 |
| TANZANIA | | | | | | | | | | 0 | | 1 | 3 | | | | | | 4 | | | | 0 | 4 |
| THAILAND | | | 2 | | | 1 | 1 | 1 | 1 | 6 | 4 | | 1 | | | | | | 5 | 2 | | | 2 | 13 |
| TOGO | | | | | | | 1 | 1 | | 2 | | | | | | | | 1 | 1 | | | | 0 | 3 |
| TONGA | | | | | | | | | 2 | 2 | | | | | | | | | 0 | | | | 0 | 2 |
| TRINIDAD AND TOBAGO | | | | | | | 2 | 2 | 2 | 6 | | | 3 | | | | | 1 | 4 | 4 | | | 4 | 14 |
| TUNISIA | | | | | | | | | | 0 | | | | | | | | | 0 | 3 | | | 3 | 3 |
| TURKEY | | 1 | 1 | 14 | | 28 | 4 | 2 | 2 | 52 | | 3 | 1 | 1 | | | | | 5 | 4 | | | 4 | 61 |
| TURKS AND CAICOS ISLANDS | | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| UKRAINE | 2 | | | 2 | | 1 | 1 | | | 6 | | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 13 | 7 | | | 7 | 26 |
| UNITED ARAB EMIRATES | | | | | | | | | | 0 | | | | 1 | | | | | 1 | | | | 0 | 1 |
| UNITED KINGDOM | 5 | 1 | | 1 | | 1 | | 1 | 1 | 10 | | | | 1 | | 1 | | | 2 | 2 | | | 2 | 14 |
| UNKNOWN | | 1 | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| URUGUAY | | | | | | 3 | 1 | | | 4 | | | | | | | | 1 | 1 | 3 | | | 3 | 8 |
| USSR | | 1 | 1 | | | | | | | 2 | | | | | | | | | 0 | | | | 0 | 2 |
| UZBEKISTAN | | | | | | | | | 1 | 1 | | | 2 | | | | | 3 | 5 | | | | 0 | 6 |
| VENEZUELA | 2 | 4 | 2 | 7 | 6 | 36 | 2 | 3 | | 62 | | 2 | 13 | | 2 | 1 | | 1 | 19 | 42 | 1 | 2 | 45 | 126 |
| VIETNAM | | | | 2 | | 7 | 148 | 2 | | 159 | | | | 1 | | | | 2 | 3 | 4 | 1 | | 5 | 167 |
| YEMEN | | 6 | 1 | 3 | | 16 | 7 | | | 33 | | 1 | 1 | 1 | | | | | 3 | | | | 0 | 36 |
| ZAMBIA | | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| ZIMBABWE | | | | | | | | | | 0 | | | 1 | | | | | | 1 | | | | 0 | 1 |
| TOTAL | 8,045 | 15,833 | 29,230 | 31,561 | 32,641 | 162,262 | 38,591 | 52,172 | 26,244 | 396,579 | 359 | 384 | 1,930 | 461 | 52 | 47 | 347 | 736 | 4,316 | 2,169 | 798 | 280 | 3,247 | 404,142 |

Haiti AR_000369

# United States Border Patrol

Total Apprehensions for FY19 through September 30 2019 by Sector and Citizenship (Oct. 1st through Sept. 30, 2019)

| CITIZENSHIP | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GRF | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFGHANISTAN | | | 2 | | | | | 8 | | 12 | 2 | | | | | | | 3 | 5 | | | | 0 | 17 |
| ALBANIA | | 1 | | | 2 | 22 | | 1 | | 26 | | | | | | | | 1 | 5 | | | | 0 | 31 |
| ALGERIA | | 1 | | | | | 1 | | | 1 | | | | | | | | | 1 | | | | 0 | 2 |
| ANGOLA | 1 | 214 | | | | | | | | 215 | | | | | | | | | 0 | | | | 0 | 215 |
| ANTIGUA-BARBUDA | | | | | | | | | | 0 | | | | | | | | | 1 | | | | 0 | 1 |
| ARGENTINA | | 2 | 2 | | 1 | 5 | 1 | | | 11 | | 1 | 2 | 1 | | | | | 4 | | 2 | | 2 | 17 |
| ARMENIA | | | | | | 1 | 3 | | | 4 | | | | | | | | 1 | 1 | | | | 0 | 5 |
| AUSTRALIA | | | | 1 | | | | | | 0 | | | | | | | | | 1 | | | | 0 | 1 |
| AZERBAIJAN | | | | | | 1 | | | | 1 | | | 1 | | | | | 1 | 2 | | | | 0 | 3 |
| BAHAMAS | | | | | | | | | | 0 | | | | | | | | | 0 | 32 | | | 32 | 32 |
| BANGLADESH | | 13 | 93 | | 200 | 647 | 283 | | | 1,236 | | | | 2 | | | | 2 | 4 | | | | 0 | 1,240 |
| BARBADOS | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 2 | 2 |
| BELARUS | | | | | | 1 | | | | 2 | | | | | | | | | 0 | | | | 0 | 1 |
| BELIZE | 5 | 28 | 1 | 35 | 2 | 96 | 6 | 8 | 13 | 194 | | | 1 | | | | | | 3 | | 3 | | 3 | 197 |
| BENIN | | 1 | | | 7 | 10 | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| BOLIVIA | 2 | 1 | | 1 | | | | | 1 | 22 | | 2 | 1 | | | | | 1 | 7 | 7 | | | 2 | 31 |
| BOSNIA-HERZEGOVINA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 2 |
| BRAZIL | 33 | 175 | 34 | 16,936 | 201 | 381 | 117 | 11 | 5 | 17,893 | | 18 | 3 | | | | | 23 | 50 | 60 | 6 | 3 | 69 | 18,912 |
| BULGARIA | | 1 | 1 | | | 1 | 1 | | | 3 | | | | | | | | 3 | 3 | | | | 0 | 69 |
| BURKINA FASO | | 4 | | | | 7 | | | | 12 | | | | 1 | | | | | 1 | | | | 0 | 13 |
| BURMA | 1 | | 1 | | | | 2 | | | 2 | | | | | | | | 1 | 0 | | | | 0 | 2 |
| BURUNDI | | | | | | | | 2 | | 2 | | | | | | | | 1 | 2 | | | | 0 | 5 |
| CAMBODIA | 1 | | | | | 1 | | | | 3 | | | | | | | | | 0 | | | | 0 | 4 |
| CAMEROON | 1 | 120 | | 2 | 2 | 2 | 98 | 1 | 9 | 232 | | 1 | | | 1 | | | 1 | 1 | 1 | | | 0 | 234 |
| CANADA | | | | | 2 | 2 | | | 1 | 7 | 39 | 207 | 4 | 7 | 5 | 6 | 5 | 49 | 322 | 1 | 1 | | 1 | 330 |
| CHAD | | | | | | | | | | 2 | | | | | | | | | 0 | | | | 0 | 2 |
| CHILE | 7 | 131 | 4 | | | 4 | 43 | 1 | | 190 | | 1 | 1 | 2 | | | | 2 | 3 | 1 | | | 1 | 194 |
| CHINA, PEOPLES REPUBLIC OF | 30 | 6 | 209 | 103 | 74 | 1,333 | 173 | 51 | 81 | 2,060 | | 11 | 7 | 2 | | | | 2 | 47 | 27 | | | 27 | 2,134 |
| COLOMBIA | 6 | 19 | 11 | 55 | 21 | 197 | 28 | 30 | 34 | 401 | | 5 | 3 | 8 | 1 | | 5 | 14 | 40 | 55 | 4 | 1 | 60 | 591 |
| CONGO | | 188 | | | | | | | | 189 | | 1 | | | | | | 6 | 6 | 1 | | | 0 | 2 |
| COSTA RICA | | 6 | 4 | 12 | 2 | 39 | 3 | 7 | | 80 | | | 1 | 1 | | | | 1 | 6 | 1 | | | 1 | 189 |
| CROATIA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 2 |
| CUBA | 85 | 752 | 103 | 6,283 | 27 | 3,556 | 65 | 37 | 737 | 11,645 | | | | 2 | | | | 4 | 9 | 108 | 23 | 13 | 144 | 11,788 |
| CZECH REPUBLIC | 4 | | | | | | | | | 4 | | | | | | | | | 4 | 4 | | | 0 | 8 |
| CZECHOSLOVAKIA | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 1 |
| DEM REP OF THE CONGO | | 609 | 4 | | | | | | | 614 | | | | | | | | | 0 | | | | 0 | 614 |
| DOMINICA | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| DOMINICAN REPUBLIC | | 7 | 3 | 86 | 185 | | 3 | 11 | | 306 | | 10 | 6 | | | | | 2 | 22 | 19 | 1 | 536 | 556 | 664 |
| ECUADOR | 193 | 1,056 | 304 | 3,986 | 825 | 5,358 | 99 | 1,278 | 432 | 13,131 | | 16 | 7 | 3 | | | | 17 | 46 | 17 | 4 | | 21 | 13,198 |
| EGYPT | | | | | | 3 | | | | 5 | | | 1 | | | | | | 2 | | | | 0 | 4 |
| EL SALVADOR | 907 | 3,681 | 992 | 16,000 | 1,282 | 59,112 | 3,271 | 1,670 | 2,926 | 89,811 | | 15 | 73 | 13 | | 9 | | 16 | 131 | 59 | 84 | | 143 | 90,085 |
| EQUATORIAL GUINEA | | 1 | | | | | | | | 2 | | | | | | | | | 2 | 2 | | | 2 | 59 |
| ERITREA | | | | 1 | | | 54 | | | 55 | | | 3 | | | | | | 4 | | | | 0 | 7 |
| ESTONIA | | | | | | 1 | | | | 1 | | | | | | | | 1 | 1 | | | | 0 | 2 |
| ETHIOPIA | 4 | | 2 | | | 1 | 3 | | | 5 | | | | | | | | 3 | 3 | 1 | | | 0 | 13 |
| FIJI | | | | | | | 7 | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| FRANCE | | | | 2 | | | | | | 8 | | 3 | | 1 | | | | | 3 | 5 | 2 | | 5 | 23 |
| GABON | | 1 | | | | | | | | 1 | | | | | | | | 2 | 2 | | | | 0 | 2 |
| GAMBIA | | 5 | | | | | 4 | | | 11 | | 3 | | 1 | | | | | 3 | | | | 0 | 13 |
| GEORGIA | | | | | | 1 | | | | 0 | | | | | | | | 3 | 3 | | | | 0 | 1 |
| GERMANY | | 5 | | | | | | | | 2 | | 1 | | | | | | 2 | 4 | 5 | | | 5 | 23 |
| GHANA | | | | 1 | 1 | 1 | 95 | | | 102 | | | | 1 | | | | 1 | 3 | 2 | | | 2 | 106 |
| GREECE | | | 5 | | | | | | | 1 | | | | | | | | | 1 | | | | 0 | 2 |
| GUADELOUPE | | | | | | | | | | 4 | | | | | | | | | 0 | 4 | | | 4 | 1 |
| GUATEMALA | 2,573 | 3,745 | 7,241 | 79,484 | 6,432 | 81,425 | 9,632 | 23,794 | 49,542 | 264,168 | | 38 | 137 | 41 | 2 | 7 | 28 | 58 | 322 | 453 | 186 | | 639 | 285,129 |
| GUINEA | 1 | 31 | | | | 9 | | | | 41 | | | 4 | | | | | 4 | 4 | 1 | | | 0 | 46 |
| GUINEA-BISSAU | | | | | 1 | | | | | 2 | | | | | | | | | 1 | | | | 0 | 8 |
| GUYANA | | | | | | 3 | 1 | | | 2 | | | 1 | | | | | 1 | 4 | 4 | | | 6 | 4 |
| HAITI | | 1,569 | | | | | 470 | | | 2,046 | | 1 | | | | | | 124 | 127 | 58 | | 6 | 64 | 2,237 |
| HONDURAS | 2,230 | 34,118 | 3,330 | 42,160 | 2,705 | 140,054 | 7,862 | 6,559 | 8,728 | 253,795 | | 38 | 122 | 26 | 2 | 3 | 17 | 212 | 212 | 224 | 330 | | 554 | 254,591 |
| HUNGARY | | | | | | 3 | | | | 2 | | | | | | | | | 1 | | | | 0 | 11 |
| INDIA | 7 | 69 | 2,970 | 33 | 111 | 143 | 3,013 | 440 | 989 | 7,675 | | 8 | 22 | 4 | | | 3 | 78 | 339 | 10 | 3 | | 13 | 8,027 |
| INDONESIA | | | | | | 1 | | | | 2 | | | | 2 | | | | | 7 | 7 | 2 | | 11 |
| IRAN | | | | | | | 8 | | | 14 | | 8 | | | | | | 1 | 8 | 2 | 5 | | 24 |
| IRAQ | | | | | | | 2 | 1 | | 3 | | | | | | | | | 2 | 2 | | | 2 | 2 |
| IRELAND | | | | | | 1 | | 2 | | | | | | | | | | 2 | | | | 6 |



Haiti AR_000370

| CITIZENSHIP | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GPN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ISRAEL | 1 | 2 | | | | | | | | 5 | 1 | | | 3 | | | | | 8 | 4 | | | 4 | 17 |
| ITALY | | | 4 | | | 2 | | | | 8 | | | | | | | | 1 | 1 | | 5 | | 5 | 14 |
| IVORY COAST | | 10 | | | | | | | | 11 | | 12 | | 6 | | | | | 1 | | | | | 12 |
| JAMAICA | 3 | | | | | 3 | 4 | | | 11 | | | 2 | | | 1 | 1 | | 20 | 52 | | | 52 | 83 |
| JORDAN | 4 | | | 1 | | | | 1 | | 6 | | 1 | | | | | 3 | | 6 | 2 | 4 | | | 14 |
| KAZAKHSTAN | 2 | | 4 | | | | | | | 12 | | | | | | | | | 2 | 2 | 4 | | 1 | 4 |
| KENYA | 1 | 1 | | | | | | | | 3 | | | 2 | | | | | 1 | 6 | 4 | 1 | | | 10 |
| KOREA | | 2 | | | | | | | | 3 | | | | | | | | | 1 | | | | 0 | 4 |
| KOSOVO | | | | 7 | | 23 | | 1 | | 31 | | | | 1 | | | | | 1 | | | | 0 | 32 |
| KYRGYZSTAN | 1 | | | 1 | | | | | | 2 | | | | | | | | | | | | | 0 | 3 |
| LAOS | | | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 2 |
| LATVIA | | | | 1 | | | 1 | | | 1 | | 1 | | | | | | | 1 | 1 | | | 1 | 1 |
| LEBANON | 1 | | 1 | | | 1 | | | | 1 | | | | | | | 1 | | 1 | | 1 | | 1 | 4 |
| LIBERIA | | | | | | | | | | 3 | | | | | | | | | 1 | | | | | 4 |
| LITHUANIA | | | | | 1 | 1 | | | | 1 | 1 | | | | | | | | 1 | 1 | | | 0 | 3 |
| MALAYSIA | | | 2 | | | | | | | 2 | | | | | | | | | | | | | 0 | 1 |
| MALI | | | | | | | | 3 | | 1 | | | | | | | | | 1 | | | | 0 | 2 |
| MAURITANIA | 3 | | | | | | 3 | | | 24 | | | | | | | 1 | | 0 | | | | 0 | 24 |
| MEXICO | 3,431 | 9,241 | 19,269 | 15,183 | 28,269 | 29,840 | 30,796 | 29,194 | 3,265 | 166,458 | 144 | 112 | 831 | 276 | 27 | 39 | 336 | 336 | 2,101 | 533 | 443 | 1 | 977 | 169,636 |
| MOLDOVA | | | | | | | | | | 0 | | | | 1 | | | | 1 | 3 | 1 | 1 | | | 1 |
| MONGOLIA | 1 | | 1 | | | | | | | 1 | | 1 | | | | | | | 4 | | | | 1 | 4 |
| MONTENEGRO | | | | | | | 1 | | | 4 | | | 4 | | | | 2 | 2 | 4 | 3 | 2 | | 0 | 1 |
| MOROCCO | 1 | | | | | 1 | | 2 | 2 | 4 | 1 | 1 | | | | | | | 1 | 3 | | | 0 | 6 |
| NEPAL | | 22 | | | 3 | 3 | 301 | | | 336 | | | | | 1 | | | | 6 | 3 | | | 0 | 338 |
| NETHERLANDS | | | | | 1 | 1 | | | | 0 | | 1 | | 1 | | | | | 1 | | | | 0 | 1 |
| NEW ZEALAND | | | | 67 | | 89 | | 4 | | 0 | | | | | 1 | | 1 | 1 | 1 | 1 | | | 0 | 1 |
| NICARAGUA | 42 | 706 | 95 | 1,774 | 242 | 8,577 | 286 | 265 | 1,322 | 13,309 | 4 | 2 | 9 | 5 | | | 1 | 4 | 24 | 28 | 12 | | 40 | 13,373 |
| NIGER | 4 | 11 | 1 | 5 | | 4 | 3 | | | 1 | | | | 1 | | | | | 0 | | | | 1 | 1 |
| NIGERIA | | | | | | 1 | | | 3 | 31 | | 10 | 13 | | 1 | | 2 | 2 | 24 | 3 | 2 | | 5 | 63 |
| NORTH MACEDONIA | | | | | | 1 | | | | 1 | | 1 | 2 | | | | 3 | | 4 | 3 | | | 3 | 8 |
| PAKISTAN | 1 | 2 | 67 | | 12 | | | | 4 | 175 | 3 | 1 | 1 | 1 | | | 1 | | 6 | | | | 0 | 181 |
| PALAU | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 1 | 1 |
| PANAMA | 1 | 13 | | 1 | 1 | 10 | 1 | 1 | 1 | 29 | 1 | | | 1 | | | 1 | 1 | 1 | | | | 2 | 32 |
| PARAGUAY | | | | | | | | | | 2 | | | | | | | | | 1 | | | | 0 | 4 |
| PERU | 15 | 16 | 11 | 68 | 36 | 433 | 54 | 91 | 11 | 735 | 7 | 2 | 2 | | | 3 | 3 | 2 | 15 | 10 | 1 | | 11 | 781 |
| PHILIPPINES | 3 | 2 | 1 | | 1 | 4 | 1 | 4 | | 13 | 1 | 1 | | | | | | 1 | 13 | 1 | 3 | | 3 | 16 |
| POLAND | 1 | | | | | | | | | 3 | 2 | | | | | | | | 6 | 3 | | | 2 | 11 |
| PORTUGAL | | | 1 | 2 | | | | | | 3 | 3 | 4 | | | | | | 4 | 6 | 2 | | | 2 | 2 |
| QATAR | | | | | | | | | | 0 | | | | | | | | 8 | 8 | 2 | | | 0 | 1 |
| ROMANIA | | 2 | 9 | | 2 | 171 | 17 | | 90 | 289 | 18 | 1 | 10 | | | | 229 | | 259 | 1 | 2 | | 2 | 480 |
| RUSSIA | | 2 | 1 | | | 9 | 3 | | 3 | 21 | 1 | 3 | 3 | 1 | | 1 | 1 | | 9 | 3 | 3 | | 3 | 33 |
| RWANDA | | | | | | 1 | | | | 1 | 1 | | | | | | 1 | | 1 | | | | 0 | 2 |
| SAUDI ARABIA | | | | 6 | | | | | | 0 | | | 2 | | | | | | 2 | 1 | | | 1 | 1 |
| SENEGAL | | 6 | | | 1 | 9 | | | | 17 | 1 | | | | | | | 1 | 1 | 2 | | | 0 | 17 |
| SERBIA | 1 | | | | | | 5 | | | 7 | | | 2 | | | | | | 2 | 1 | | | 2 | 10 |
| SERBIA AND MONTENEGRO | | 3 | | | | | | | | 2 | | 2 | | | | | 1 | | 1 | 2 | 2 | | 1 | 4 |
| SIERRA LEONE | | | | | | | | 4 | | 8 | | 1 | | | | | | | 2 | 1 | | | 1 | 11 |
| SLOVAKIA | | | | | | | | | | 0 | | | | 5 | | | | | 1 | 1 | 1 | | 1 | 2 |
| SLOVENIA | 1 | | | | | | | | | 0 | | | | | | | 1 | | 0 | 1 | | | 1 | 1 |
| SOMALIA | | | | | | | 2 | | | 4 | 1 | | | | | | | | 5 | 2 | | | 5 | 6 |
| SOUTH AFRICA | 4 | | | 1 | | 2 | 2 | | | 8 | 2 | 4 | | | | 1 | | | 4 | 1 | 1 | | 0 | 4 |
| SOUTH KOREA | | | 5 | 5 | | 5 | | 1 | 2 | 8 | 4 | | 1 | | | 2 | | 8 | 12 | 2 | 1 | | 1 | 13 |
| SPAIN | 11 | 5 | 235 | 8 | 153 | 52 | | 6 | | 18 | | 1 | | | | | | | 3 | 3 | | | 4 | 32 |
| SRI LANKA | | | | | | | | | | 465 | | | | | | | | | 0 | | | | 3 | 469 |
| ST. LUCIA | | | | | | | | | | 0 | | | | | | | | | 2 | 1 | | | 1 | 1 |
| ST. VINCENT-GRENADINES | | | | | | 4 | | | | 0 | | | | | | | | 1 | 1 | | | | 0 | 5 |
| STATELESS | | | 6 | | | | | | | 5 | | | | | | | | | 0 | | | | 0 | 6 |
| SUDAN | | | | | | | 5 | | | 0 | | 2 | | | | | | 1 | 2 | 2 | | | 5 | 2 |
| SWEDEN | | | | | | | | | | 0 | | | | | | | | | 0 | | | | 0 | 1 |
| SWITZERLAND | | | | | | 2 | 2 | | | 2 | | | | | | 1 | | | 2 | 1 | | | 2 | 2 |
| SYRIA | | 1 | | 1 | | | 1 | | | 1 | 1 | | | | | | | 1 | 1 | 1 | 1 | | 0 | 4 |
| TAIWAN | | 2 | | | | 2 | 1 | | | 3 | 1 | | | | | | | | 0 | | | | 1 | 4 |
| TAJIKISTAN | | 6 | | | | | | 8 | | 4 | | | 1 | | | | | | 0 | | | | 0 | 3 |
| THAILAND | | | | | | | | | | 4 | | | | | | | | 1 | 3 | 3 | | | 0 | 10 |
| TOGO | 1 | | | 2 | | | | | | 3 | | | 1 | | | | | 1 | 1 | | | | 0 | 1 |
| TRINIDAD AND TOBAGO | | | 32 | | | | | | | 14 | 1 | | | | | | | | 4 | 1 | | | 3 | 15 |
| TUNISIA | 4 | | | | | | | | | 3 | | 3 | 5 | 1 | | | | 1 | 2 | | | | 0 | 1 |
| TURKEY | | | | | | | | | | 57 | 1 | 1 | 1 | | | | | | 2 | 6 | | | 6 | 66 |
| TURKS AND CAICOS ISLANDS | | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| UGANDA | | | 1 | 2 | | 1 | | | | 3 | | | | | | | | | 11 | 1 | | | 1 | 5 |
| UKRAINE | 1 | 2 | 1 | 1 | | 5 | | | | 10 | 2 | 3 | 5 | | | | | 2 | 11 | 1 | | | 3 | 24 |
| UNITED KINGDOM | | | | | | 1 | 6 | | | 8 | 2 | 4 | 1 | | | | 1 | | 9 | 1 | | | 3 | 16 |
| UNKNOWN | | 1 | | | | | | | | | | | | | | | | | | | | | 0 | 1 |

Haiti AR_000371

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GPN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| URUGUAY | | 1 | | 12 | | 7 | | | 1 | 21 | | 1 | | | | | | | 1 | 3 | | | 3 | 25 |
| USSR | | | | | | | | | | 0 | | | | 1 | | | | | 1 | | | | 0 | 1 |
| UZBEKISTAN | | | 1 | | | 81 | 2 | | | 84 | | | 3 | | | | | 1 | 4 | 2 | | | 2 | 90 |
| VENEZUELA | 2 | 667 | 13 | 284 | 23 | 1,133 | 43 | 24 | 13 | 2,202 | 2 | 3 | 3 | 1 | | | 1 | 2 | 12 | 34 | 7 | 2 | 43 | 2,267 |
| VIETNAM | 7 | 1 | 66 | 7 | 2 | 30 | 567 | 1 | 2 | 703 | | 2 | 1 | | | | 1 | 1 | 5 | 4 | | | 4 | 712 |
| YEMEN | | | 7 | 1 | | 8 | | 17 | 1 | 34 | | | | | 1 | 1 | | | 2 | | | | 0 | 36 |
| YUGOSLAVIA | | 1 | | | | | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| ZAMBIA | | | | | | | | | | 0 | | | | 1 | | | | | 1 | | | | 0 | 1 |
| ZIMBABWE | | | | | | | | | | 0 | | | 1 | 2 | | 1 | | | 4 | | | | 0 | 4 |
| TOTAL | 9,637 | 57,269 | 35,138 | 162,143 | 38,378 | 339,135 | 58,849 | 63,490 | 68,269 | 851,608 | 524 | 537 | 1,322 | 412 | 82 | 77 | 428 | 1,066 | 4,408 | 1,891 | 1,132 | 562 | 3,585 | 859,601 |

Haiti AR_000372

## U.S. Border Patrol Nationwide Encounters by Citizenship & Sector FY2020

*Beginning in March FY20, USBP encounters statistics include both Title 8 apprehensions and Title 42 expulsions.*

Column groups — SOUTHWEST BORDER: BBT–SBO Total; NORTHERN BORDER: BLW–NBO Total; COASTAL BORDER: MIP–CBO Total.

| CITIZENSHIP | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFGHANISTAN | | | | | | | | | | 1 | | | | | | | | | | 1 | | | 1 | 2 |
| ALBANIA | | | 4 | | | 9 | | 3 | | 16 | | 2 | | | | | | | 2 | 1 | | | 1 | 19 |
| ALGERIA | | | | | | | | | | | | | 1 | | | | | | | | | | | 1 |
| ANGOLA | | 262 | 2 | | | | | | | 264 | | | | | | | | | | | | | | 264 |
| ANGUILLA | | | | | | | 1 | | | 1 | | | | | | | | | | | | | | 1 |
| ARGENTINA | 1 | 3 | | | | 3 | 1 | | 1 | 9 | | | | | | | | | 2 | 6 | | | 6 | 17 |
| ARMENIA | | | 4 | | | | | | | 6 | | | | | | | | | | | | | | 6 |
| AUSTRALIA | | | | | | | 1 | | | 1 | | | | | | | | 1 | 1 | 1 | | | 1 | 3 |
| AZERBAIJAN | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| BAHAMAS | | | | | | | | | | | | | | | | | | | | 25 | | | 25 | 25 |
| BANGLADESH | | 11 | 502 | | | | 31 | 33 | 67 | 644 | | 1 | | | | | | | 1 | | | | | 645 |
| BELARUS | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| BELGIUM | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| BELIZE | 1 | | | 5 | | 22 | | | | 38 | | | | | | | | | | | | | | 38 |
| BENIN | | | | | | | | | | 14 | | | | | | | | | | | | | | 14 |
| BOLIVIA | | | | | | 8 | | | | 16 | | | | | | | | | | | | | | 26 |
| BRAZIL | 9 | 347 | 392 | 5,185 | 47 | 143 | 337 | 13 | 473 | 6,946 | 2 | 7 | 4 | | | | | 10 | 23 | 45 | 2 | 6 | 53 | 7,022 |
| BULGARIA | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| BURKINA FASO | | | | | | | 7 | | | 11 | | | | | | | | | | | | | | 12 |
| BURMA | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| CAMBODIA | | | | | | | | | | | | | | | | | | | | | | | | 5 |
| CAMEROON | | 51 | 21 | | | | 9 | | | 109 | | | | | | | | | | | | | | 109 |
| CANADA | | | | | | | 3 | | | 5 | 36 | 138 | 2 | 9 | 9 | 3 | 6 | 45 | 248 | 6 | 1 | | 7 | 260 |
| CENTRAL AFRICAN REPUBLIC | | | | | | | | | | 3 | | | | | | | | | | | | | | 3 |
| CHILE | 2 | 322 | 2 | 11 | | 4 | 301 | 6 | | 648 | | | | | | | | | 4 | 2 | | | 2 | 654 |
| CHINA, PEOPLES REPUBLIC OF | 6 | 37 | 168 | 22 | 33 | 775 | 98 | 23 | 74 | 1,236 | 12 | 1 | 5 | 1 | 2 | | | | 21 | 25 | | | 25 | 1,282 |
| COLOMBIA | 7 | 12 | 90 | 6 | 15 | 126 | 18 | 16 | 5 | 295 | | | | | | | | 24 | 37 | 37 | | 5 | 42 | 374 |
| CONGO | | 55 | | | | | | | | 58 | | | | | | | | | | 1 | | | 1 | 59 |
| COSTA RICA | | | | | | | 7 | 3 | 24 | 34 | | | | | | | | | 3 | 2 | | | 2 | 39 |
| CUBA | 312 | 656 | 132 | 6,533 | 47 | 1,064 | 87 | 541 | 450 | 9,822 | | | | | | | | | 2 | 79 | 2 | 2 | 83 | 9,907 |
| CZECH REPUBLIC | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| DEM REP OF THE CONGO | | 267 | | | | | | | | 267 | | | | | | | | | | | | | | 267 |
| DENMARK | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| DOMINICAN REPUBLIC | 1 | 34 | | | | 110 | 85 | 17 | 6 | 266 | 1 | 3 | 3 | 1 | 3 | | 1 | | 20 | 5 | 1 | 313 | 319 | 605 |
| ECUADOR | 406 | 1,234 | 84 | 5,089 | 797 | 2,481 | 85 | 1,563 | 122 | 11,861 | 1 | 8 | 4 | 1 | 1 | 2 | 2 | 63 | 82 | 5 | 4 | | 9 | 11,952 |
| EGYPT | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| EL SALVADOR | 244 | 1,613 | 198 | 2,180 | 655 | 9,488 | 1,242 | 309 | | 16,484 | | 9 | 17 | 2 | 13 | 3 | 3 | 13 | 60 | 41 | 42 | | 83 | 16,627 |
| EQUATORIAL GUINEA | | | | | | | | | | | | | | | | | | | | | | | | |
| ERITREA | | | 40 | | | | 17 | | | 63 | | | | | | | | | 3 | | | | | 66 |
| ETHIOPIA | | | | | | | | | | 5 | | | | | | | | | 2 | | | | | 7 |
| FIJI | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| FRANCE | | | | | | | | | | 5 | | | | | | | | | | | | | | 6 |
| FRENCH GUIANA | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| GAMBIA | | | | | | | | | | 7 | | | | | | | | | | | | | | 10 |
| GEORGIA | | | | | | | 1 | | | 1 | | | | | | | | | | | 2 | | 2 | 3 |
| GERMANY | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| GHANA | 1 | 43 | 34 | 4 | | 62 | | 3 | 56 | 203 | | | | | | | | | 9 | | | | 1 | 213 |
| GREECE | | | | | | | | | | | | | | | | | | | | | | | | |
| GUADELOUPE | | | | | | | | | | 12 | | | | | | | | | | | | | | 12 |
| GUATEMALA | 1,500 | 1,687 | 436 | 6,887 | 4,769 | 15,116 | 682 | 15,066 | 1,100 | 47,243 | 7 | 26 | 67 | 28 | | 6 | 15 | 53 | 202 | 289 | 94 | 2 | 385 | 47,830 |
| GUINEA | | 13 | 8 | | | | 10 | | | 32 | | | | | | | | | | | | | | 33 |
| GUINEA-BISSAU | | | | | | | 3 | | | 3 | | | | | | | | | | | | | | 3 |
| GUYANA | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| HAITI | | 2,000 | | | | 36 | 2,343 | 16 | | 4,395 | | | | | | | | 17 | 20 | 94 | 22 | | 116 | 4,531 |
| HONDURAS | 510 | 10,282 | 436 | 3,976 | 1,787 | 17,725 | 908 | 3,453 | 1,014 | 40,091 | 6 | 21 | 41 | 15 | 20 | 2 | 9 | 15 | 129 | 124 | 134 | | 258 | 40,478 |
| HUNGARY | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| INDIA | 4 | 1 | 415 | 27 | 4 | 67 | 42 | 320 | 212 | 1,092 | 61 | 1 | 4 | | | 2 | 2 | 59 | 129 | 1 | 3 | 2 | 6 | 1,227 |
| INDONESIA | 1 | | | | | | | | | 2 | | | | | | | | | | | | | 2 | 4 |

Halli_AR_000373

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | Total |
| IRAN | | 3 | | | 1 | 1 | 4 | | 7 | 16 | 1 | | | | | | | 1 | 1 | | | | 0 | 17 |
| IRAQ | | 1 | | | | | | | | 2 | | 2 | 2 | | | | | | 4 | | | | | 6 |
| IRELAND | | | | | | | | | | 0 | | | | | | | | | 0 | | 1 | | | 2 |
| ISRAEL | 2 | | | 1 | | 2 | | 1 | | 5 | 2 | | 1 | | | | | 1 | 0 | 3 | | | 3 | 3 |
| ITALY | 2 | | | | | 4 | | | 2 | 9 | 1 | | | | | | | 1 | 1 | 3 | | | 4 | 11 |
| IVORY COAST | 1 | 5 | | 1 | 4 | | 3 | | | 9 | | 3 | 4 | | 1 | | 1 | 1 | 1 | 17 | | | 17 | 15 |
| JAMAICA | 1 | 1 | | | | | | | | 5 | | | | | | | | | 1 | | | | | 4 |
| JAPAN | | | | | | | | | | 0 | | | | | | | | | 0 | | | | | 9 |
| JORDAN | 1 | | | | | 4 | 2 | 1 | | 9 | | | | 2 | 1 | | 1 | 2 | 5 | 7 | 2 | | 9 | 32 |
| KAZAKHSTAN | | | | | | 1 | | | | 1 | | | | 3 | | | | 3 | 5 | 5 | | | 7 | 1 |
| KENYA | | 1 | | | 1 | 1 | | | | 2 | | 1 | | | | | 1 | | 4 | 1 | 1 | | 1 | 23 |
| KOREA | | | | 1 | | | | | | 1 | | | | | | | | | 0 | | | | 2 | 7 |
| KOSOVO | | | | | 1 | 4 | 14 | 4 | | 23 | | | | | | | | | 0 | | | | 0 | 7 |
| KUWAIT | | | | | | | | | | 0 | | | | | | | | | 1 | | | | | 2 |
| KYRGYZSTAN | | | 1 | 1 | | | | 1 | | 1 | 1 | | 1 | | | | | | 2 | | | | 0 | 23 |
| LEBANON | | 1 | | | | | | | 1 | 0 | | | 1 | | | | | | 0 | | | | 1 | 1 |
| LIBERIA | | | | | | | | | | 3 | | | 1 | | 1 | | | | 2 | | | | 0 | 1 |
| LIBYA | | | 1 | | | | | | | 1 | | 1 | | | | | | | 0 | | | | | 3 |
| MALAYSIA | | | | | | 1 | 1 | | | 1 | | | | | | | | | 0 | 2 | | | | 1 |
| MALI | 3 | 1 | | | | | | 2 | | 2 | | 1 | | | | 1 | | | 0 | | 1 | | | 2 |
| MAURITANIA | 1 | | 8 | 1 | | 1 | 38 | | 8 | 7 | | | | | | | | | 0 | | | | 0 | 1 |
| MEXICO | 5,564 | 20,769 | 24,359 | 23,769 | 42,963 | 41,146 | 47,147 | 42,813 | 4,598 | 253,118 | 56 | 53 | 287 | 132 | 44 | 24 | 179 | 156 | 901 | 360 | 288 | | 628 | 254,647 |
| MICRONESIA, FEDERATED STATES OF | | | | | | | | 1 | | 1 | | | | | | | | | 0 | | 1 | | 0 | 1 |
| MOLDOVA | | | | | 1 | | | | | 0 | | | | | | | | | 1 | | | | 2 | 2 |
| MONGOLIA | | | | | | 1 | | | | 0 | | | | | | | | | 0 | 2 | | | | 2 |
| MONTENEGRO | | | | 1 | 1 | 1 | | | | 2 | | | | | | | | 2 | 1 | | | | | 3 |
| MOROCCO | 1 | 2 | 27 | 4 | 4 | 61 | 14 | | | 0 | | | | | | | | | 2 | | 1 | | 1 | 1 |
| NEPAL | 1 | 2 | 27 | 4 | 4 | 61 | 14 | 5 | 18 | 136 | | | | 1 | | 1 | | 2 | 2 | 1 | | | 1 | 138 |
| NETHERLANDS ANTILLES | | | | | | | | | | 0 | | | | | | | | | 0 | 21 | | | 1 | 1 |
| NICARAGUA | 13 | 290 | 28 | 327 | 111 | 1,044 | 105 | 179 | 26 | 2,123 | | | | 4 | | 1 | | 2 | 7 | 21 | | 5 | 26 | 2,156 |
| NIGER | | 2 | | 1 | | 1 | | | | 3 | | | 1 | | | | 1 | 2 | 5 | 1 | | | 0 | 5 |
| NIGERIA | 3 | 2 | 5 | | 5 | 5 | 6 | | 3 | 24 | | 2 | 6 | | | 1 | | 2 | 9 | 1 | | 1 | 34 | 34 |
| NORWAY | | | | | | | 1 | | | 1 | 2 | | | | | | | | 1 | | | | 0 | 2 |
| OMAN | | 1 | | | | | | | | 0 | | | | | | | | | 0 | | | | 1 |
| PAKISTAN | 3 | 30 | | 7 | 21 | 24 | | | 10 | 97 | | | 1 | 1 | | | | 2 | 3 | | | | 100 | 100 |
| PALAU | | | | | | | | | | 0 | | | | | | | 2 | | 2 | | | | | 2 |
| PANAMA | 1 | 8 | | 2 | 1 | | 2 | | 2 | 15 | | | | 4 | | | 1 | 1 | 1 | 1 | | | 17 | 17 |
| PAPUA NEW GUINEA | | 1 | | 1 | | | | | | 7 | | | | | | | | | 0 | | 1 | | | 1 |
| PARAGUAY | | | | 3 | | 2 | | 1 | | 7 | | | | | | | | | 0 | 7 | 1 | | 8 | 8 |
| PERU | 3 | 50 | 5 | 59 | 27 | 166 | 30 | 84 | 2 | 426 | | 2 | | 6 | | | | 2 | 2 | 7 | 1 | | 8 | 436 |
| PHILIPPINES | | | 1 | 1 | | 2 | | 1 | | 3 | | | 1 | | | | 3 | 3 | 4 | 3 | | | | 7 |
| POLAND | 1 | | | 1 | | | | | | 1 | | | | | | | | | 0 | 1 | | | | 9 |
| PORTUGAL | | | | | 1 | | | | | 1 | | | | | | | | | 0 | 3 | 2 | | 2 | 2 |
| ROMANIA | 2 | 1 | | 2 | | 178 | | | 82 | 266 | 23 | | 1 | 6 | 5 | 1 | | 54 | 90 | 3 | | 1 | 4 | 360 |
| RUSSIA | 1 | 1 | 2 | 1 | 1 | 3 | 3 | 1 | 11 | 24 | | | | 1 | | | | 1 | 1 | 3 | | 1 | 3 | 29 |
| SAUDI ARABIA | | | | | | | | | | 0 | | | | | | | | | 0 | 13 | | | 13 | 13 |
| SENEGAL | 1 | 4 | 3 | | | | 5 | | 2 | 15 | | | | | | | | | 1 | 1 | | | 1 | 16 |
| SERBIA | 1 | | | | | | | | | 0 | | 1 | | 1 | | | | | 0 | | | | 0 | 2 |
| SIERRA LEONE | 21 | | 6 | 1 | | | 4 | 2 | | 33 | | | | | | | | | 0 | | | | 0 | 33 |
| SINGAPORE | | | | | | 1 | | | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| SLOVAKIA | | | | | | | | | | 0 | | | | | | | | | 0 | 2 | | | 0 | 2 |
| SOMALIA | 2 | 2 | 5 | | | 1 | | 1 | | 8 | | | | | 1 | | | | 0 | | | | 0 | 8 |
| SOUTH AFRICA | 2 | 1 | 1 | | | | | | | 6 | | | | | 4 | | | | 0 | | | | | 2 |
| SOUTH KOREA | 1 | 1 | | 1 | 2 | 2 | | | | 5 | 1 | | 1 | | | | 3 | | 8 | 8 | | | 8 | 14 |
| SPAIN | 1 | | 1 | 3 | | 3 | | 1 | 1 | 10 | 1 | 2 | | 5 | | | | 4 | 8 | 4 | | | 4 | 22 |
| SRI LANKA | 22 | 36 | | 1 | 9 | 108 | | 3 | 51 | 230 | 2 | 2 | | 1 | | | | | 3 | | | | | 233 |
| ST. VINCENT-GRENADINES | | | | | | | | | | 0 | | | | | | | | | 0 | | | 1 | 1 |
| SUDAN | 1 | 1 | 3 | | | | 2 | | 3 | 9 | | | | | | | | 1 | 1 | | | | | 10 |
| SWEDEN | | | | 1 | | | | | | 4 | | | | | | | | | 0 | | | | 0 | 1 |
| SYRIA | | | | | | | | | | 4 | | | | | | | | | 0 | | | | 0 | 2 |
| TAIWAN | | 1 | | | | | 2 | | | 1 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| TAJIKISTAN | | 1 | 3 | | | 2 | | | | 0 | | | | | | | | | 0 | | | | 0 | 2 |
| TANZANIA | | | | | | | 1 | | | 1 | | | | | | | | | 0 | | | 1 | 1 |
| THAILAND | | | | | | | | | 3 | 0 | | | 1 | | | | | 1 | 1 | 2 | | | 2 | 3 |

Halii_AR_000374

Halli_AR_000375

| CITIZENSHIP | SOUTHWEST BORDER | | | | | | | | | | NORTHERN BORDER | | | | | | | | | COASTAL BORDER | | | | Nationwide Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBT | DRT | ELC | EPT | LRT | RGV | SDC | TCA | YUM | SBO Total | BLW | BUN | DTM | GFN | HLT | HVM | SPW | SWB | NBO Total | MIP | NLL | RMY | CBO Total | |
| TOGO | 1 | 4 | 3 | | | | 6 | | 3 | 17 | | | 1 | | | | | | 1 | | | | 0 | 18 |
| TONGA | | | | | | | | 1 | | 1 | | | | | | | | | 0 | | | | 0 | 1 |
| TRINIDAD AND TOBAGO | | 1 | | 1 | | | | | | 2 | | | 1 | | | | | | 1 | 1 | | | 1 | 4 |
| TUNISIA | | | | 1 | | | | | | 0 | | | 1 | | | | | | 1 | 2 | | | 2 | 3 |
| TURKEY | 2 | | | 48 | 3 | 11 | 3 | | | 67 | 1 | 1 | 1 | | | | | | 3 | 6 | 3 | | 9 | 79 |
| TURKS AND CAICOS ISLANDS | | | | | | | | | | 0 | | | | | | | | | 0 | 1 | | | 1 | 1 |
| UGANDA | | 9 | 3 | | | 1 | 1 | 1 | | 15 | | | | | | | | | 0 | 1 | | | 1 | 16 |
| UKRAINE | | | | | | 1 | 1 | 2 | 1 | 5 | | | 2 | 1 | | | | | 3 | 1 | | | 1 | 9 |
| UNITED KINGDOM | | 1 | 1 | 1 | | 1 | | | | 4 | 8 | | 1 | | | | | 1 | 10 | 2 | | | 2 | 16 |
| UNKNOWN | | 1 | | | | 4 | 2 | | | 7 | | | | | | | | | 0 | | | | 0 | 7 |
| URUGUAY | 3 | | | 4 | 1 | | | 2 | | 10 | | | | | | | | | 0 | | | | 0 | 10 |
| UZBEKISTAN | | 5 | 15 | 6 | | | 1 | | 17 | 44 | | 1 | | | | | | 1 | 1 | 1 | | | 1 | 46 |
| VENEZUELA | 10 | 145 | 9 | 115 | 26 | 165 | 53 | 690 | 14 | 1,227 | | | 1 | | | | | 2 | 4 | 26 | 2 | 3 | 31 | 1,252 |
| VIETNAM | 5 | 49 | | | | 5 | 207 | 1 | | 267 | | | | | | 2 | | | 2 | | | | 0 | 269 |
| WESTERN SAHARA | | | | | | 1 | 1 | | | 2 | | | | | | | | | 0 | | | | 2 | 2 |
| YEMEN | | 8 | | 2 | | 4 | 5 | | 7 | 28 | | | | | | | | | 0 | | | | 0 | 28 |
| YUGOSLAVIA | | | 1 | | | | | | | 0 | | | 1 | | | | | | 1 | | | | 0 | 1 |
| ZAMBIA | | | | | | 1 | | | | 0 | | | 1 | | | | | | 1 | 1 | | | 1 | 2 |
| ZIMBABWE | | | | | | | 1 | | | 1 | | | 1 | | | | | | 1 | | | | 0 | 2 |
| TOTAL | 8,628 | 40,342 | 27,492 | 54,396 | 51,425 | 90,206 | 53,282 | 66,076 | 8,804 | 400,651 | 227 | 302 | 455 | 227 | 104 | 30 | 236 | 674 | 2,155 | 1,302 | 572 | 356 | 2,230 | 406,035 |



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director* (MS 2000)
Washington, DC 20529-2000

**U.S. Citizenship and Immigration Services**

November 15, 2013                                    PM-602-0091

# Policy Memorandum

SUBJECT:   Parole of Spouses, Children and Parents of Active Duty Members of the U.S. Armed Forces, the Selected Reserve of the Ready Reserve, and Former Members of the U.S. Armed Forces or Selected Reserve of the Ready Reserve and the Effect of Parole on Inadmissibility under Immigration and Nationality Act § 212(a)(6)(A)(i)

### Purpose

This policy memorandum (PM) amends Chapter 21.1 of the Adjudicator's Field Manual (AFM) to ensure consistent adjudication of parole requests made on behalf of aliens who are present without admission or parole and who are spouses, children and parents of those serving on active duty in the U.S. Armed Forces, in the Selected Reserve of the Ready Reserve or who previously served in the U.S. Armed Forces or Selected Reserve of the Ready Reserve.

This PM also amends AFM Chapter 40.6 concerning the effects of parole on an alien's inadmissibility under Immigration and Nationality Act (INA) § 212(a)(6)(A)(i). This amendment to AFM chapter 40.6 applies to any paroled alien, not only to the family members of Armed Forces personnel.

### Scope

This PM applies to and is binding on all U.S. Citizenship and Immigration Services (USCIS) employees.

### Authority

INA §§ 212(a)(6)(A)(i), 212(d)(5)(A), 235(a), and 245(a), (c); 8 U.S.C. §§ 1182(a)(6)(A)(i), 1182(d)(5)(A), 1225(a), and 1255(a), (c)

### Background

**Parole of Spouses, children and parents of Armed Forces personnel**

- In partnership with the Department of Defense (DoD), USCIS has launched a number of initiatives to assist military members, veterans, and their families to navigate our complex immigration system and apply for naturalization and other immigration services and benefits.
- This PM builds on these important initiatives as there is concern within DoD that some active members of the U.S. Armed Services, individuals serving in the Selected Reserve of the Ready Reserve and individuals who have previously served in the U.S. Armed Forces or Selected Reserve