Politics

# More than 4,000 migrants voluntarily returned to Venezuela from Panama

&#9673; Online News Editor   • November 9, 2022   &#128278; 2 minutes read



Panama City, Nov 9 (EFE).- More than 4,000 irregular Venezuelan migrants have voluntarily returned to their country from Panama in recent weeks, authorities said on Wednesday.

"Through 24 'humanitarian flights,' more than 4,000 (Venezuelan migrants) who have voluntarily returned home have left Panama, (but) even so we had almost 1,000 people in the Veranillo shelter (in the capital) yesterday," said National Migration Service Director Samira Gozaine.

This refuge, a shed without facilities, was set up by the Venezuelan embassy to receive the nationals, many of whom gave up their goal of entering the United States after Washington announced a new immigration policy for Venezuelans on Oct. 12 that left the tens of thousands of them with little hope of entering.

Now, Venezuelans who had already arrived in Mexico or who were in transit through Central America, are now returning to Panama, with many thinking

Haiti AR_001687

that from this country they can travel to Venezuela for free, which is "false," the Panamanian authorities have insisted.

"On the flights, I think more than one million dollars has been spent among people who pay for their own flights. I think it should be noted that there have been many donors (...) Venezuelans and many Panamanians. The Adventist Church has been helping, the Catholic too," Gozaine told local network TVN.

In that sense, the director of migration revealed that Panama's foreign ministry "has been intervening so that Venezuela returns its citizens at no cost on state airlines."

More than 210,000 irregular migrants have passed through Panama this year on their way to the US. They arrived in the country after crossing the dangerous Darien Gap on the border with Colombia. More than 70 percent of them are Venezuelan, according to official data.

In a humble barbershop a few meters from the capital's shelter, 21-year-old Venezuelan Rafael Arocha cut a man's hair on Wednesday in exchange for $3-4. He wants to collect around $260 for a flight home.

In Venezuela, Arocha was a motorcycle taxi driver. He says he left his country on Sep. 30, crossed the Darien Gap, something he "never" will do again, and managed to reach Mexico, but returned "without money or anything" after the US change of policy.

"Unfortunately the doors were closed to us. There is nothing to do (...) I really need to go" home, he said.

Orlando Saavedra, 31, asked Wednesday at a traffic light for a "collaboration" to collect the cost of a ticket back to Venezuela.

He arrived at the shelter on Nov. 4, but says he knows of people who have been there for more than two weeks.

"They are taking out (on voluntary repatriation flights) women with children, but they leave men," he said. EFE

gf-cl-bv/tw

**#EFE**   **#MIGRATION CRISIS**

What are you looking for?

SUBSCRIBE      LOGIN      🔍

NATION & WORLD  >   Posted **January 26, 2022**  | Updated **January 26, 2022**       INCREASE FONT SIZE 

# Situation 'dire' as Coast Guard seeks 38 missing off Florida

The United States has launched a criminal investigation into whether a human smuggling ring is behind a boat that capsized off Florida with 40 migrants on board.

BY ADRIANA GOMEZ LICON ASSOCIATED PRESS

*Share*      



Crew members of the Coast Guard cutter William Flores get ready to go out on Wednesday in Miami Beach, Fla. Crews were searching for 38 people missing off the coast of Florida, four days after a suspected human smuggling boat capsized in a storm. *Marta Lavandier/Associated Press*

NEWS ⌄      BUSINESS ⌄      OPINION ⌄      SPORTS ⌄      A&E ⌄      FOOD ⌄

THINGS TO DO ⌄      OBITS ⌄      HOMES ⌄      JOBS ⌄      PUBLIC NOTICES

SUBSCRIBE      LOGIN      🔍

MIAMI BEACH, Fla. — The Coast Guard battled time and currents Wednesday as its planes and ships searched for 38 people missing off the coast of Florida, four days after a suspected human smuggling boat capsized in a storm.

The accident killed at least one person and left a single known survivor, and U.S. authorities launched a criminal investigation.

Capt. Jo-Ann F. Burdian said the survivor told

CONTINUE READING

**BROWSE MORE IN NEWS**

LOCAL & STATE

POLITICS

NATION & WORLD

SCHOOLS

COPS & COURTS

DAILY HEADLINES

📰 READ THE EPAPER

NEWS ⌄        BUSINESS ⌄        OPINION ⌄        SPORTS ⌄        **REPORT**        FOOD ⌄

THINGS TO DO ⌄        OBITS ⌄        HOMES ⌄        JOBS ⌄

PUBLIC NOTICES

Stay in the know with local, state and national political news delivered to your inbox every Friday.

SUBSCRIBE        LOGIN

Email address

SUBMIT

## MOST READ STORIES

1   Winner of $1.35 billion Mega Millions jackpot claims prize

2   Feds sue Freeport pizza restaurant, alleging interference with wage probe

3   Man charged with murder in Feb. 17 homicide in Portland

4   Winter to return in full force with a long-lasting storm

5   The Wrap: The Treehouse closes in Deering Center

## NEWS ⌄

### BUSINESS ⌄

### OPINION ⌄

### SPORTS ⌄

### A&E ⌄

### FOOD ⌄

### THINGS TO DO ⌄

### OBITS ⌄

### HOMES ⌄

### JOBS ⌄

### PUBLIC NOTICES

About Us

Staff Directory

Send a Story Tip

Letters to the editor

FAQs

Email Newsletters

Podcasts

Facebook

Twitter

Linked In

Instagram

Pinterest

EVENTS

Like A Boss

Maine Voices Live

Business Series

Newsroom Live

Source Maine Sustainability Awards

Work Here

Centralmaine.com

SUBSCRIBE     LOGIN     🔍

The Forecasters

Mainely Media Weeklies

Varsity Maine

## SUBSCRIBERS

Subscribe

Manage Your Account

Log a Delivery Issue

Subscriber Benefits

ePapers

Mobile Apps

## ADVERTISE

Media Kit

Contact Advertising

Help Wanted Ads

Place an Obituary

Privacy Policy     Cookie Policy     Terms of Service     Commenting Terms     Public Notices     Photo Store     Merch Store

Archive Search

© 2023 | All Rights Reserved | **Press Herald**

**AP NEWS**

U.S. News    World New

U.S. winter storm    Murdaugh testifies    Ohio train derailment    Russia-Ukraine: A Year of War    Florida shooting

ADVERTISEMENT

Click to copy

**RELATED TOPICS**

Lost at sea

Trending News

Florida

Miami

Smuggling

# Coast Guard suspends search for migrants off Florida

By ADRIANA GOMEZ LICON    January 27, 2022



Pentagon releases pilot's close-up photo of Chinese balloon

Haiti AR_001694

**AP NEWS**

MIAMI

**U.S. News**    **World New**

U.S. winter storm    Murdaugh testifies    Ohio train derailment    Russia-Ukraine: A Year of War    Florida shooting

Coast Guard said it suspended its rescue operations at sunset Thursday after announcing earlier that afternoon that it had found four additional bodies in its search for dozens of migrants lost at sea off Florida.

Homeland Security Investigations officials have said they were actively investigating the case as a human smuggling operation.

Authorities have now found a total of five bodies, leaving 34 missing five days after the

Pentagon releases pilot's close-up photo of Chinese balloon

**AP NEWS**

Bimini, a chain
of islands in

(88
kilometers)
east of Miami.

Coast Guard
Capt. Jo-Ann F.
Burdian said
earlier the
decision to
suspend the
search was not
an easy one.

"We have
saturated the
area over and
over again,"
she told a news
conference.
"We've had
good visibility.
... We've
overflown the
vessel a
number of
times. ... It
does mean we
don't think it's
likely that
anyone else
has survived."

The Miami
office of
Homeland
Security
Investigations
has launched

Pentagon releases pilot's close-up photo of
Chinese balloon

**AP NEWS**

**U.S. News     World New**
U.S. winter storm     Murdaugh testifies     Ohio train derailment     Russia-Ukraine: A Year of War     Florida shooting

smuggling
operation.
Under federal
law, a smuggler
convicted of
causing a death
is eligible for
execution.

"The goal of
this
investigation is
to identify,
arrest and
prosecute any
criminal or
criminal
organization
that organized,
facilitated or
profited from
this doomed
venture," said
HSI Miami
Special Agent
in Charge
Anthony
Salisbury.

Salisbury
declined to
give any
information on
the
nationalities of
the boat
passengers but
said

Pentagon releases pilot's close-up photo of
Chinese balloon

Haiti AR_001697

**AP NEWS**

"a victim right
now," not a

appealed to the
public for tips
to help identify
who organized
the boat
crossing.

"Please help us
bring criminals
who prey on
and victimize
the vulnerable
migrant
community to
justice," he
said. "We don't
want anybody
doing this
again. ... This is
dangerous
stuff."

The lone
survivor was
found hanging
onto the 25-
foot (7-meter)
vessel about 40
miles (64
kilometers) off
Fort Pierce,
Florida. He
told a good
Samaritan and
authorities
that the boat
capsized late
Saturday after

Pentagon releases pilot's close-up photo of
Chinese balloon

**AP NEWS**

from Bimini.

U.S. News    World New

U.S. winter storm      Murdaugh testifies      Ohio train derailment      Russia-Ukraine: A Year of War      Florida shooting

about 100 miles (160 kilometers) north of where it capsized, apparently pushed by the Gulf Stream, a warm, swift current that wraps around the Florida peninsula and flows along the Atlantic Coast of the United States. No one was wearing a life jacket, the rescued man told authorities.

The Gulf Stream can be treacherous even on a calm, sunny day. Throw in an overloaded boat, inexperienced mariners, stormy weather and the dark of night, and they

Pentagon releases pilot's close-up photo of Chinese balloon

**AP NEWS**

advisory had

**U.S. News**    **World New**

U.S. winter storm    Murdaugh testifies    Ohio train derailment    Russia-Ukraine: A Year of War    Florida shooting

severe cold
front with
winds up to 23
mph (37 kph)
blew through
the dangerous
passage,
creating swells
up to 9 feet (3
meters).

**You**  by Taboola
**May Like**

## Ad Content

**Maryland: Say
Bye to Your Car
Insurance if...**

LifestyleTrends

**One Simple
Method May
Keep Blood...**

★ ★ ★ ★ ★

**The Secret to
Treating Lower
Back Pain is...**

Health Insight Journal

Pentagon releases pilot's close-up photo of
Chinese balloon

AP NEWS

District Of

U.S. News    World New

U.S. winter storm    Murdaugh testifies    Ohio train derailment    Russia-Ukraine: A Year of War    Florida shooting

The Best Ways
To Style Your
Cowboy Boot...

Tecovas

## Ad Content

People Born
1941-1971
Are Due a

Here's how to
remove the
toughest...

Ready To
Become a
Leader in IT

Fligh
ts...

PIER
RE,...

today






AP NEWS

Top Stories

Video

Contact Us

Accessibility Statement

Cookie Settings

WNLOAD AP NEWS

rect with the definitive source for global and local news

Pentagon releases pilot's close-up photo of
Chinese balloon

Haiti AR_001701

 **AP NEWS**



AP Definitive Source Blog

**U.S. News**    **World New**

U.S. winter storm    Murdaugh testifies    Ohio train derailment    Russia-Ukraine: A Year of War    Florida shooting

AP Books

AP Stylebook

**FOLLOW AP**

THE ASSOCIATED PRESS

About    Contact    Customer Support    Careers    Terms & Conditions    Privacy

All contents © copyright 2023 The Associated Press. All rights reserved.



Pentagon releases pilot's close-up photo of
Chinese balloon

Haiti AR_001702



# Key fuel depot in Haiti reopens for 1st time since September

Trucks are lining up at a main fuel terminal in Haiti's capital to fill up their tanks for the first time since a powerful gang federation seized control of the area nearly two months ago

By PIERRE-RICHARD LUXAMA
November 8, 2022, 6:02 PM

↗ Share



A member of the armed forces patrols the area of the Varreux fuel terminal in Port-au-Prince, Haiti, Monday, Nov. 7, 2022. Authorities seemed to have gained control of the key fuel terminal days after reports of the gangs having agreed that...
The Associated Press

PORT-AU-PRINCE, Haiti -- Dozens of trucks lined up at a main fuel terminal in Haiti's capital Tuesday to fill up their tanks for the first time since a powerful gang seized control of the area nearly two months ago.

The drivers were protected by a heavily armed police convoy formed two days after gang boss Jimmy Cherizier, a former police officer nicknamed "Barbecue," announced that the G9 gang federation he leads was lifting a fuel blockade and allowing drivers to fill up at the depot.

Government officials said that gas stations. which have been closed since mid-September, would be resupplied

## Top Stories


Notable' 6.4-magnitude earthquake strikes...
2 hours ago


What is Title 42 -- the Trump-era immigration order a...
Dec 16, 4:59 PM


Trump tax return data could be released by congressional...
1 hour ago


Woman arrested for breaking into Robert De Niro's home,...
2 hours ago


How Trump has responded to the Jan. 6 committee
Dec 19, 7:38 PM

⊙ ABC News Live



*24/7 coverage of breaking news and live events*

"Now we can breathe," said Gabriel Salny, a truck driver who was relieved to be again working and earning money. "Hunger almost killed me."

He said the fuel blockade "had an impact on the country, on all Haitians."

Officials with the Varreux terminal said 45 trucks were supplied with more than 300,000 gallons of diesel and more than 39,000 gallons of gasoline Tuesday.

It wasn't immediately clear if the gang federation retained control of the area surrounding the depot in Port-au-Prince that contains about 10 million gallons of diesel fuel and gasoline and more than 800,000 gallons of kerosene.

On Monday, Haiti's Ministry of Defense issued a statement saying that soldiers and police seized control of the fuel terminal after 16 operations as it congratulated those efforts.

The situation had prompted Prime Minister Ariel Henry to request the immediate deployment of foreign troops in early October, a request that the U.N. Security Council has yet to vote on. So far, the Security Council has only voted to place sanctions on Cherizier.

If gas stations open as planned, hospitals and businesses including banks and grocery stores are expected to resume normal operations.

Haiti AR_001704

the time, Henry said his administration could no longer
afford to subsidize fuel, sparking large protests and the
fuel blockade by the G9 gang federation that demanded
the prime minister's resignation.

———

Associated Press reports Evens Sanon in Port-au-Prince,
Haiti and Dánica Coto in San Juan, Puerto Rico
contributed to this report.



High Yield CDs That Could Pay 20 Times What Most Banks
Pay
High Yield CDs | Search Ads

This "Botox Alternative" Sold Out On Amazon (in Just 2 Days)
Vibriance

The Cost Of Mail Order Steaks May Surprise You
Mail Order Steaks | Search Ads

Historic ship resurfaces on Utah's shrinking Great Salt Lake

Man arrested for carving Nazi symbol onto family's menorah
in Beverly Hills

US homicide fugitive captured at Guatemalan shrimp farm 30
years later

Who Are The Top 10 Attorneys in Washington
Find Attorney | Search Ads

For Seniors, The Best High-Yield Savings Accounts
Highest Savings Rates Seniors

Haiti AR_001705

SUV Deals For Seniors

Promoted Links by Taboola

ABC News Network  |  Privacy Policy  |  Your CA Privacy Rights  |  Children's Online Privacy Policy  |  Interest-Based Ads  |  About Nielsen Measurement  |
Terms of Use  |  Do Not Sell My Personal Information  |  Contact Us

Copyright © 2022 ABC News Internet Ventures. All rights reserved.

Case 6:23-cv-00007    Document 93-7    Filed on 03/24/23 in TXSD    Page 21 of 191

# More than 180 people rescued from overloaded vessel in Florida Keys

By Jamiel Lynch, Melissa Alonso and Leyla Santiago, CNN

Updated 2:19 PM EST, Tue November 22, 2022



U.S. Coast Guard Southeast

The Coast Guard said no deaths have been reported after Monday's rescue.

(CNN) — More than 180 people were rescued from an overloaded boat early Monday in the Florida Keys, according to the US Coast Guard and the US Border Patrol.

Some 18 Haitian migrants "who were trapped in dangerous ocean currents while attempting to swim to shore" also were rescued by federal, state and local law enforcement, US Border Patrol Chief Patrol Agent Walter Slosar said Tuesday on Twitter.



Haiti AR_001707

12/13/22, 1:35 AM                    More than 180 people rescued from overloaded vessel in Florida Keys, Coast...

Case 6:23-cv-00007    Document 93-7    Filed on 03/24/23 in TXSD    Page 22 of 191



CNN

More than 180 people were rescued Monday in the Florida Keys, the US Coast Guard said.

More than 180 rescued people are aboard a cutter, Coast Guard spokesperson Nicole Groll said Tuesday.

Groll said everyone is believed to have been rescued after the migrants were trapped in dangerous ocean currents. No deaths have been reported, Groll said.

The migrants are being processed and, once officials are done speaking to everyone, authorities will have a better idea of what the next steps will be for them, according to Groll.

As the vessel hit the sand bar off Whale Harbor, there were "reports of people in the water and our land partners are on scene," the Coast Guard Southeast said in a tweet on Monday. Rescue efforts were launched, the Coast Guard said.



Haiti AR_001708



U.S. Coast Guard Southeast

Rescue operations began after a good Samaritan reported the vessel at 5 a.m. Monday, the Coast Guard said.

Conditions were rough for rescue crews, with 6- to 10-foot seas and winds of 25 mph, the Coast Guard told CNN. Whale Harbor is in Islamorada, in the Upper Florida Keys.

Clothing, pots, backpacks and life jackets could be seen on the vessel, photos from a CNN team on the ground show.

The rescue operations began when a good Samaritan reported the vessel to the Key West watch standers at 5 a.m., the Coast Guard said in a tweet.

On Sunday, the Coast Guard said at least five people died after a homemade vessel capsized near Florida's Little Torch Key. Nine people were rescued from the vessel, according to the agency.

Authorities had nearly 7,000 encounters with Haitian migrants in Florida in October, compared to just 1,188 in October 2021, according to US Customs and Border Patrol data. The agency reported nearly 57,000 encounters with Haitian migrants in Florida in 2022, an increase from nearly 49,000 the prior year.



| Search CNN... | |

Haiti AR_001709

Log In

Live TV

Audio

World

US Politics

Business

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Features

Weather

More

 US

FOLLOW CNN

  

Terms of Use    Privacy Policy    Do Not Sell My Personal Information    Ad Choices    Accessibility & CC    About

Newsletters    Transcripts

© 2022 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

Haiti AR_001710

12/13/22, 1:35 AM
Case 6:23-cv-00007   Document 93-7   Filed on 03/24/23 in TXSD   Page 25 of 191
Over 100 people rescued from overloaded vessel in Florida Keys - CNN

CNN Sans ™ & © 2016 Cable News Network.

Haiti AR_001711



DONATE

Home / News & Stories

# Haiti: Attacks on medical staff leave many people without health care

May 22, 2022    ●    Share



Haiti 2021 © Pierre Fromentin/MSF

RELATED



12/12/22, 11:09 AM                    Haiti: Attacks on medical staff leave many people without health care | Doctors Without Borders - USA

Case 6:23-cv-00007 Document 93-7 Filed on 03/24/23 in TXSD Page 27 of 191

**Haiti**

**PORT-AU-PRINCE, Haiti, May 22, 2022—**Kidnappings for ransom that target many residents of Port-au-Prince, including medical personnel, are making it increasingly difficult for the population to access health care, Doctors Without Borders/Médecins Sans Frontières (MSF) said today.

At least four hospitals in Port-au-Prince have been temporarily closed as staff go on strike in solidarity with kidnapped colleagues. Many patients are therefore turning to the emergency center that MSF runs in Port-au-Prince's Turgeau neighborhood, which is becoming increasingly congested and is facing great difficulties in referring patients elsewhere for further treatment.

Following the kidnapping of Dr. Jacques Pierre Pierre, the medical director of the Haitian State University Hospital on May 17, the hospital staff went on strike. Similarly, medical activities have been suspended in St-Luc and St-Damien hospitals after Dr. Benetty Augustin, a pediatrician specializing in the care of epileptic children, was kidnapped on May 5 as she went to work.

"We are very concerned about the unacceptable situation of insecurity affecting our colleagues in Haiti's medical community," said Dr. Samson Frandy, medical manager of MSF's Turgeau emergency center. "The effects on the already weak health system are enormous, and this situation is putting a pressure on our center which is hard to bear."

On Friday morning, the rush of patients at the Turgeau center was such that an additional hospital floor had to be quickly set up to increase its capacity. Most patients were children who have nowhere else to receive medical care.

These events compound an already difficult situation in a country where access to health care is difficult for most of the population.

"We support the decision of our colleagues to suspend their services and we express our deepest solidarity with them," Dr. Samson said. "We are

12/12/22, 11:09 AM    Haiti: Attacks on medical staff leave many people without health care | Doctors Without Borders - USA

Case 6:23-cv-00007   Document 93-7   Filed on 03/24/23 in TXSD   Page 28 of 191

doing our best to provide emergency care, but soon we won't know where to refer the patients requiring further treatment. If health professionals continue to be attacked and targeted, Haiti's health system may no longer be able to cope with the needs."

# More news and stories

**See All**

STORY | DEC 09, 2022

**Mozambique: Health care in a warming world**

Read More

STORY | DEC 09, 2022

**Afghanistan: People with tuberculosis face multiple barriers to access...**

Read More



STORY | DEC 09, 2022

**Somalia: Restoring sight and improving vision for thousands of people**

Read More

## How we use funds

Your gift helps us provide medical humanitarian aid for hundreds of thousands of people each year.

**Learn more**

# 85%

PROGRAMS

# 14%

Haiti AR_001714

FUNDRAISING

# 1%

MANAGEMENT & GENERAL ADMIN

   

Haiti AR_001715



DONATE

Home / News & Stories

HAITI

# "Returning to Haiti means death"

Haitian migrants risking their lives to flee conflict face still more dangers on the journey through Latin America.

August 12, 2022 ● Share



Haiti 2022 © Johnson Sabin/MSF

RELATED

Haiti AR_001716

Returning to Haiti means death, without borders



**Haiti**   **Mexico**   **Panama**

Haitian people seeking asylum in the United States continue to face the risks of being expelled and sent back to a country in crisis. Meanwhile Haiti's capital, Port-au-Prince, has become a battleground between armed groups, causing thousands of people to flee their homes and leaving many residents with extremely limited access to health care or basic services.

More than 26,000 Haitians were expelled from the United States between September 2021 and June 2022. In May alone, the US government expelled nearly 4,000 Haitians. Most Haitians have been expelled under Title 42, a health order invoked at the start of the COVID-19 pandemic that allows for the blocking and rapid expulsion of migrants, including people seeking protection at the US border. This devastating policy has effectively shut down asylum at the US southern border and has been used to authorize over two million expulsions from the US.

While deportation flights to Haiti have been paused since June, without a change in US policy, Haitians who arrive at the US border could still be expelled to what has effectively become a conflict zone, as armed groups have taken over large areas of the capital. More than half of the patients arriving at the Doctors Without Borders/Médecins Sans Frontières (MSF) hospital in Tabarre, Port-au-Prince, have suffered life-threatening wounds, often from high-powered firearms. Armed clashes in two neighborhoods, Martissant and Cité Soleil, forced us to move longstanding medical programs in 2021.

The United Nations has documented a sharp increase in violence this year, with 934 killings, 684 injuries and 680 kidnappings in Port-au-Prince from January to the end of June. Many people who have fled the violence are living in informal displacement sites within the city in appalling conditions. In recent months, armed clashes have again destroyed water networks and disrupted water truck deliveries in Bel Air and other neighborhoods. MSF teams are adapting to the current rise in violence and insecurity, operating mobile medical teams and providing water and sanitation facilities.

"We see an increase in kidnappings and killings and people telling us they don't feel safe in their homes, and it's not safe to leave the house either," said Cédric Chapon, project coordinator for MSF's urban violence program in Port-au-Prince. "Access to water is also a big challenge. Since the beginning of the year, we have seen an epidemic of scabies, which is not usual in

Haiti AR_001717

Haiti. And this is directly linked to the lack of water. People can afford small quantities of drinking water, but they can't access clean water in quantities needed for hygiene."

The situation is also dangerous for MSF staff, some of whom are trapped by the violence, unable to leave their homes to come to work. In some areas, MSF staff must work in basements and windowless rooms to avoid the risk of stray bullets.

> "We see an increase in kidnappings and killings and people telling us they don't feel safe in their homes, and it's not safe to leave the house either."
>
> CÉDRIC CHAPON, PROJECT COORDINATOR FOR MSF'S URBAN VIOLENCE PROGRAM IN PORT-AU-PRINCE

## Haitian migrants face dangers crossing Latin America

MSF also provides medical and mental health care along the migration route in the Americas, where for the past several years our teams have seen an increasing number of Haitians trying to reach the United States.

Haitian migrants often have family and support networks in the US, but Title 42 forces them to take increasingly hazardous routes to get there, from South America through the extremely dangerous Darién jungle in Panama. From April 2021 to early May 2022, MSF teams working in Panama with patients who had crossed the Darién jungle treated 417 women for sexual violence.

The border between Mexico and the US is the final leg of their journey. In border cities such as Nuevo Laredo and Reynosa, they join other migrants who are also waiting to cross, in many cases to seek asylum in the US. Migrants are often forced to sleep on the street, in abandoned structures, or in makeshift camps because there is not enough space at local shelters to accommodate the high number of people. Access to health care, food and basic services is limited and these cities are extremely dangerous, particularly for migrants, who are vulnerable to violence, including kidnapping and sexual assault.

"I'm here with my family, I have two children and times are tough," said Wisly, 36, a Haitian man who had arrived in Reynosa, Mexico, in April, after a long journey through South and Central America from Chile. "We're going through difficult times because of the heat, we're

Haiti AR_001718

12/12/22, 11:02 AM
Case 6:23-cv-00007    Document 93-7    Filed on 03/24/23 in TXSD    Page 33 of 191
Returning to Haiti means death | Doctors Without Borders - USA

sleeping in the street where anything can happen to you and I'm told we're in a dangerous area. Anything can happen."



Wisly, 36, waits for entry into the "Senda de Vida" migrant shelter in Reynosa, Mexico. He left Haiti with his wife and two young children seeking better opportunities to support his family. Slideshow photos by © Yael Martínez/Magnum

Most of the migrants our teams are seeing along the migration route fled violence and general instability in Haiti many years ago. They initially found work in Chile and Brazil, but several factors, including an economic downturn, an inability to access documentation to legally work, and growing anti-migrant sentiment, have led thousands of Haitians to leave these countries in an attempt to reach the United States in recent years.

Antogama Honoraí, 23, left Haiti for Brazil in 2019, but there wasn't work for him there. So he set out for the US, traversing Colombia and Central America before reaching Mexico, where he has stayed for five months so far.

"I'm here because I want to go to the United States and help my family," he said. "In the United States I have family. Here I'm alone. Here there's nowhere to sleep. Yesterday it rained all day

Haiti AR_001719

and I slept in dirty water. I don't want to go back to Haiti. There's no school there, there's no food there, there's no work . . . Returning to Haiti means death."



At MSF's Tabarre trauma center, an MRI shows a large caliber bullet lodged in a patient's rib cage. Stray bullets, mostly large caliber, are becoming a growing problem in Port-au-Prince.
© Johnson Sabin

# Risking everything to seek safety, then being treated like a criminal

"In that jungle you will die if you don't have a good strategy," said Louckensia Paul, 28, recalling her journey through the Darién jungle in Panama. "It's a dangerous place. There are wild animals and routes that are not accessible and difficult crossings. There's a point where you run out of food and you have to use all your strength to try to get out of there."

Paul was interviewed in Nuevo Laredo in May, attempting to reach the United States a second time. She had left Haiti years ago and had been living in Chile and then decided to try to reach the United States. In December 2021, after traversing nine countries and risking her life

crossing the Darién jungle, she reached the US, spent seven days in US detention and was quickly expelled back to Haiti.

"In Texas, I was put on a bus in chains—around my waist, on my ankles and hands," she said. "I thought about the entire trip, and the sacrifices I made, for them to do that to me and treat me like a criminal."

Back in Haiti, her family urged to try to reach the US again.

"It was a pleasure to see them, but it was also sad," said Paul. "It felt like I was at someone's funeral because the situation in Haiti is so bad. Everyone told me don't stay here, do something and go back quickly because here there's nothing. I'm just thinking about how terrible it is to go back to my country and not be able to feel happy to be with my family because the situation is so bad."

MSF has repeatedly called for an end to Title 42 and an end to expulsion flights to Haiti on humanitarian grounds. Haiti is in the middle of a humanitarian, economic and political crisis. There is open fighting in the streets of the capital with increasing numbers of people wounded and killed, including by stray bullets, while many are unable to reach medical care or basic needs such as clean water.

No country should be sending people back to Haiti. The US must permanently end all deportation flights and further facilitate access to asylum processes for Haitians

# More news and stories

**See All**

STORY |  DEC 09, 2022

**Mozambique: Health care in a warming world**

**Read More** ⌐

STORY |  DEC 09, 2022

**Afghanistan: People with tuberculosis face multiple barriers to access...**

**Read More** ⌐



Haiti AR_001721

STORY | DEC 09, 2022

**Somalia: Restoring sight and improving vision for thousands of people**

**Read More** ⬮



## How we use funds

Your gift helps us provide medical humanitarian aid for hundreds of thousands of people each year.

**Learn more**

# 85%

PROGRAMS

# 14%

FUNDRAISING

# 1%

MANAGEMENT & GENERAL ADMIN

   

# "We are tired and desperate": Stories from families who survived the Darién Gap

In 2022, most migrants crossing the Darien Gap are Venezuelans—a shift from 2021, which saw a majority of Haitians risking the dangerous journey from Colombia to Panama.

June 17, 2022



Panama 2022 © Santiago Valenzuela/MSF

Related

- [Colombia](Colombia)
- [Panama](Panama)
- [Venezuela](Venezuela)

Three families sit on the grass of the San Vicente migrant reception centre in the Darién province of Panama, waiting for a tent to vacate so they have somewhere to sleep that night. They are

more than 1,000 kilometres from home and travelled here by bus and on foot. They told Doctors Without Borders/Médecins Sans Frontières (MSF) staff they left their country to survive.

The reception center usually hosts between 300 and 900 people all planning to travel north to the US. Costa Rica is their next stop. More people arrive daily after crossing the Darién Gap– a treacherous stretch of jungle that separates Panama and Colombia.  In 2021, 134,000 migrants passed through this dangerous border region, 62 percent of whom were from Haiti, 14 percent from Cuba, 2 percent from Venezuela, and about 3 percent were from various countries in Africa, including Senegal, Ghana, and Cameroon. This year has seen a shift in the nationality of migrants making the crossing: Of 19,000 people who crossed between January and April, 6,951 came from Venezuela, 2,195 from Haiti, 1,579 from Cuba, and 1,355 from Senegal. Many migrants cite the economic consequences of the COVID-19 pandemic as a reason for their departure, as well as discrimination that has prevented them from earning enough money to survive or finding appropriate accommodation.

To reach Panama from Colombia, migrants have two options. The first option is to pay $400 US to take a boat from Capurganá, Colombia, to Carreto, Panama, and then walk through the jungle for two or three days. Alternatively, if they cannot afford the cost, they can take the less expensive but more dangerous route, walking from Capurganá to the Panamanian indigenous community of Canáan Membrillo—a journey that can take between seven and 10 days and where hundreds of people have reported robberies, assaults, and sexual violence. MSF has treated 100 cases of sexual violence at the San Vicente centre from January to May 2022. In 2021, our teams carried out 328 consultations for sexual violence.



Venezuela 2022 © Santiago Valenzuela/MSF

**"That jungle is hell"**

Yuleidy Peña is 20 years old. On April 19, 2019, she remembers clearly, she left her home in Venezuela and travelled to Ipiales, Colombia, looking for a job to survive.

"I spent two years working in a restaurant with my husband and sending money to Venezuela," she said. "In Ipiales I had a baby, who is now one year old. Unfortunately, the situation became complicated because they no longer wanted Venezuelans—they wouldn't rent to us, they wouldn't let us work—so we decided to cross to Panama and try to get to the US."

With her baby strapped to her chest, Peña and her husband crossed the Darién Gap. It took them seven days. Going by boat to Carreto was not an option, as they did not have $800 US to pay for the tickets. So, they had to walk.

"I did not think it would be so hard," said Peña. "In the jungle, we ran out of food, and at night we slept in fear on the banks of the river because there were so many animals. In the daytime, the fear was about other things: One woman in the group was about to be raped by some men, but fortunately, the group fought back and didn't allow it. The hardest thing for me was when my husband fell with our baby, trying to walk across some very big rocks. The baby was crying a lot. We decided to walk without stopping to see if we could find someone to look after him because we thought his ribs were broken."

When they arrived in the Panamanian community of Canaán Mebrillo, Peña had a fever and her son wouldn't stop crying. There was no medical post nearby, so they were taken by Senafront—the Panamanian national border police—on the first boat to the San Vicente reception center.

"We were then transferred to the hospital in Metetí where they did tests. It seems that my haemoglobin was low because of the many blows I took in the jungle and not eating for four days. On the way, after running out of food, we only drank river water. To eat coconut in a village, for example, we had to clean or pay $5 US. Now, to go on to Costa Rica, we need $40 US per person, which we don't have. In the meantime, we are living here with my sick baby."



Panama 2022 © Santiago Valenzuela/MSF

Sleeping in the tent next to Peña's is José Méndez, a 25-year-old man from Venezuela, who is travelling with his wife and 1-year-old son. The three of them have been in the San Vicente center for 19 days. They have not been able to leave because the baby has not been registered.

"In Ecuador, they denied us nationality because we didn't have papers, so they only gave us a certificate of live birth. So, they won't let us continue on to Costa Rica. We have to do a DNA test and then [try and] register him."

Méndez left with his wife, Yanleidis, from Maracay, Venezuela, to look for work in another country. Now, they say, they feel like they are "trapped", as they cannot leave the reception centre until the DNA test has been done and approved by a judge.

"Not being able to work, not being able to have a place to sleep and some privacy is really infuriating," said Méndez. "We do what we can, but we are tired and desperate."

**"They took everything from us"**

At the end of April 2022, Hernán Betancourt, 27, and Mariana Tablante, 21, left Miranda, Venezuela, for the United States. It took the couple one year to save $87 US to make the journey. They knew the money was not enough, "but I couldn't go on living there," said Betancourt. "My mother needed insulin, and she didn't have any. We were going to bed hungry, and we have a 1-year-old baby—we couldn't carry on like that. We felt suffocated, really suffocated."

The family travelled on pack mules and by foot. When they arrived at the port of Necoclí in Colombia, they discovered that to take the safest route by boat, they had to pay $800 US, which they did not have. They paid a guide most of the money they had saved, bought a little food, milk and nappies, and set off through the jungle.

"The jungle is not easy," said Tablante. "The first day, we saw a dead woman, and they told us that she had apparently died from a snake bite. That same day, after four hours of walking, the guides left the group, and some hooded armed men arrived and took us to a cave. There they made us take off all our clothes, touched our bodies and robbed us. They wanted to take a young girl to rape her, but she cried so much and screamed so loudly that in the end, they didn't do it. Thank God."

After this robbery, all the family was left with was some diapers, a can of powdered milk and a bottle. "We found a piece of chocolate in the bag and gave it to our little girl," said Betancourt. "We drank a lot of river water and often fell because the ground was very wet and muddy. My wife and daughter slept on the riverbank while I kept watch to protect against someone stealing from us or animals."

When they reached the top of a mountain known as "Banderas" (Spanish for flags), a group of four hooded people intercepted them. "We were already on the final stretch," said Betancourt. "They saw my wife was feeding the baby, and they took out a shotgun and a machete and took everything from us: the baby's milk, the bottle and the nappies. We had to walk for two days without stopping, with the baby crying for food, tired, with a headache. Going up and down those mountains with the baby suffering were the most difficult days of all."

At the San Vicente reception centre, the family is doing jobs, such as cleaning, so that they will be allowed to leave by bus, as they do not have the $80 US they need to reach Costa Rica.



Panama 2022 © Santiago Valenzuela/MSF

*MSF has worked in several locations in Panama since April 2021, providing medical and mental health care for migrants.  In San Vicente, MSF teams treat an average of 150 patients every day for ailments such as skin issues, diarrhoea, body aches and respiratory infections. In 2022, MSF has treated 100 patients for sexual violence and treats an average of seven patients per day for problems associated with anxiety, depression, acute stress and other mental health issues caused by the dangerous journey through the Darién Gap.*

© Médecins Sans Frontières 2022 Federal tax ID#: 13-3433452

https://www.doctorswithoutborders.org/latest/we-are-tired-and-desperate-stories-families-who-survived-darien-gap

# The Washington Post

*Democracy Dies in Darkness*

**AMERICAS**

# Cholera resurfaces in Haiti as gangs hinder access to water, hospitals

By Widlore Mérancourt, Kelly Kasulis Cho and Amanda Coletta

Updated October 3, 2022 at 1:46 p.m. EDT  |  Published October 3, 2022 at 7:34 a.m. EDT

PORT-AU-PRINCE, Haiti — After three years without a new case, at least one person has died of cholera in Haiti, officials here said, stoking fear of an outbreak as widespread gang control over vast swaths of the country hinders access to fuel, clean drinking water and medical care.

Two confirmed cases of the acute waterborne diarrheal illness, one resulting in death, have been detected so far, health ministry officials said Sunday. Cholera killed about 10,000 people in the country after the 2010 earthquake.

The Pan-American Health Organization said health-care facilities reported an increase in severe acute diarrhea among hospitalized adults and children in the capital and that more than 20 suspected cholera cases and seven suspected deaths were being investigated.

The announcement of cholera's potential resurgence came as the Caribbean nation confronts a confluence of humanitarian and political crises that have left many people at risk of infection and threaten to imperil a response.

Violent armed gangs have tightened their chokehold on several parts of the country, at times blocking the movement of critical humanitarian aid and other supplies. The G-9 federation of gangs has for several weeks blocked access to the main fuel terminal here, forcing businesses and hospitals to reduce their hours or shut down altogether.

The fuel shortages have also compelled at least one major distributor of potable water to shut down. Gang blockades have prevented water trucks from resupplying some neighborhoods, and fuel is also needed to make city water pumps work, Guito Edouard, chief of Haiti's sanitation agency, said at a news conference Sunday.

All of this is a problem for controlling cholera, which is spread primarily when people ingest contaminated food or water. The disease is extremely virulent and if untreated can kill people within hours.

Haiti AR_001729

"Many people will die if effective measures are not taken," said Etzer Emile, an economist in Haiti. "The gangs will make things worse."

For several weeks, thousands of Haitians have taken to the streets in some of the largest demonstrations in years to protest the government of interim prime minister Ariel Henry and soaring fuel prices. Some have looted shops, schools and humanitarian warehouses. One regional leader described the social unrest engulfing the country as a "low-intensity civil war."

The Pan-American Health Organization said one potential cluster of cholera cases under investigation is in Cité Soleil, the largest slum in Port-au-Prince, where hundreds were killed and thousands more trapped without food or water this year by clashes between rival gangs.

"You are in a lawless country. Nobody is in charge. It's the gang that's in charge," said Cécile Accilien, vice president of the nonprofit Haitian Studies Association. "People cannot go get clean water because they are barricaded by the gang. … People have died because they can't get to the hospital."

Haiti recorded its first cholera case in October 2010, several months after a powerful earthquake rocked the country, killing more than 300,000 people.

The illness was introduced by a contingent of U.N. peacekeepers who had recently completed training in Kathmandu, Nepal, at a time when cholera was circulating there. More than 800,000 Haitians were infected with the illness.

In 2016, after years of sidestepping questions about responsibility for the deadly outbreak, Ban Ki-moon, then secretary general of the United Nations, said the body was "profoundly sorry" for its role.

"This has cast a shadow upon the relationship between the United Nations and the people of Haiti," he said. "It is a blemish on the reputation of U.N. peacekeeping and the organization worldwide."

Advocates have argued that the United Nations has not done enough to compensate victims.

Vélina Élysée Charlier, a member of an anti-corruption group called Noupapdòmi, said she has been living under self-imposed "house arrest" to protect herself from gang violence.

The cost of bottled water has gone up by about 100 percent in some areas, she said, and she recently spent 3,500 gourdes — about $29 — per gallon of gasoline on the black market.

"I'm very worried. I have four daughters — my youngest is almost 5 months," she said in a WhatsApp message. "Access to clean water is a big challenge, and the poorest who already had no access to clean water will suffer more."

With early intervention, cholera's fatality rate is less than 1 percent. But many Haitians are at the mercy of unofficial borders drawn by rival gangs and have limited access to health care.

"You don't go to any areas that are controlled by gangs, unless you're a journalist, and even then, you are taking the risk of not making it back alive," Charlier said. In the event of a medical emergency, her plan is to "start walking and calling friends to see if anybody can help."

*Kasulis Cho reported from Seoul, and Coletta reported from Toronto.*

## Los Angeles Times

WORLD & NATION

# Asylum seekers are gathering at the U.S.-Mexico border. This is why



Migrants this week in El Paso warm themselves by a fire at dawn after spending the night outside the U.S.-Mexico border fence. (John Moore / Getty Images)

BY LEILA MILLER  |  STAFF WRITER

DEC. 23, 2022 12:22 PM PT



CIUDAD JUAREZ, Mexico — The first time Mari Marin Bastidas tried to claim asylum at the U.S. border, she was turned away by authorities who said a policy instituted to

Case 6:23-cv-00007    Document 93-7    Filed on 03/24/23 in TXSD    Page 47 of 191

slow the spread of COVID-19 meant her case would not even get a hearing.

Dejected, she returned to her home in the state of Michoacan in western Mexico.

Two years later, she is back at the border to try again. Word has been spreading that the policy, known as Title 42, is about to be lifted.



A smuggler carries a migrant across the Rio Grande near a high-traffic border crossing area in El Paso. (John Moore / Getty Images)

ADVERTISEMENT

Haiti AR_001733

"I decided to come because of the opportunity that is opening up," said Bastidas, 29. "I'm not going back anymore."

The fate of the policy now rests with the U.S. Supreme Court as anxiety and confusion build on both sides of the border. In Ciudad Juarez, untold numbers of asylum seekers have been gathering in recent weeks. Across the Rio Grande in El Paso, the mayor has declared a state of emergency in anticipation of a massive influx.

Bastidas, along with her 8-year-old daughter and two brothers, was among scores of migrants waiting along a narrow section of the river.

Some waded across to present themselves to border agents, either not realizing that Title 42 was still in effect or willing to take their chances anyway.

Bastidas and her family decided to wait and made their way to a migrant shelter nearby. They had $500 to carry them over for now.

They plan to claim asylum based on a fear of a local gang that she said had threatened her family for failing to pay a monthly extortion fee of roughly $400. Another brother had been killed several years ago by gang members running a similar scheme.

ADVERTISEMENT

Haiti AR_001734



Colombian migrant Jaider, 18, holds his puppy, Trucha, while looking over the Rio Grande into El Paso. He said he had carried the dog for his entire overland journey from Colombia. (John Moore / Getty Images)

Before Title 42, the United States considered all asylum claims, which often meant releasing migrants into the U.S. until a court rules on their cases — a process that can take years because of a large backlog. A small minority of asylum claims are ultimately accepted. Fleeing poverty is not a valid basis for a claim.

Under Title 42, a decades-old public health measure that the Trump administration resurrected in the early days of the pandemic, asylum seekers can be quickly expelled.

The Biden administration has opposed the policy in court while continuing to use it with help from Mexico, which agreed to accept Central Americans, and later Venezuelans, who the United States turned away.

Haiti AR_001735

But last month, a federal judge ruled that Title 42 was being used arbitrarily and was no longer justified as a pandemic health measure. He ordered it be lifted by Dec. 21.

Some 19 Republican-led states appealed to the Supreme Court, arguing that ending the policy would result in a surge of new migrants, and on Monday — two days before the deadline — Chief Justice John G. Roberts Jr. ruled that it would remain in place until the high court decided the case. If the policy falls, it is possible that the Biden administration could find new ways to limit asylum seekers.

ADVERTISEMENT

Still, El Paso has been bracing for the day when asylum seekers can no longer be summarily turned away.

Haiti AR_001736



Migrants turning themselves in to U.S. officials stand behind a razor wire barrier by Mexico's border with El Paso.
(Christian Chavez / Associated Press)

At one popular crossing spot along the Rio Grande, members of the Texas Army National Guard lined the riverbank with razor wire this week as a deterrent, and were standing watch next to their Humvees.

But already, 1,500 migrants a day on average are being taken into Border Patrol custody in the El Paso region, according to the Department of Homeland Security. After their fingerprints and basic information are recorded, many are expelled under Title 42. Some may be transferred to an immigration detention facility.

Others who might qualify for a Title 42 exemption — usually on humanitarian grounds or because Mexico limits how many migrants it accepts from various countries — may be released and allowed to remain in the United States, often with a court date.

Haiti AR_001737

This week, more than 50 migrants were staying at the Annunciation House shelter just north of the border. With cots in the chapel and playroom, the shelter has room for 60.

ADVERTISEMENT



Migrants eat and wait for help while camping on a street in downtown El Paso. (Andres Leighton / Associated Press)

Haiti AR_001738

Most move out within 48 hours to live with relatives or friends. Others have been bused to religious communities across the country that have offered to take them in.

The quick turnaround is important to make room for new migrants, said Ruben Garcia, who founded and runs the shelter.

"If we're having a difficult time dealing with the number of people who are arriving and we haven't even lifted Title 42, can you imagine what's going to happen when Title 42 gets lifted?" he said.

In anticipation, the city has opened up its convention center for temporary housing. About 200 of the 1,000 beds there were filled on Thursday night.

Still, some migrants are already living on the streets.

Not far from the convention center — where ice skaters glided around a large rink beside a lit-up Christmas tree — dozens of Venezuelan migrants had set up camp along two blocks of sidewalk. Sheets of cardboard served as mattresses. Locals dropped off donations of clothes.

ADVERTISEMENT

A 26-year-old named Yesimar — she spoke on condition that her last name not be used, because she had just crossed the border illegally — wrapped herself in a

Haiti AR_001739

blanket. It was 7 p.m. and the temperature had dropped to 40 degrees.

She and her husband fled Venezuela five years ago and had been living in Peru. It took them three months to reach the U.S. border. With Title 42 still in place, they felt they had no choice but to sneak across.

They came through a space in the border fence and ducked into a McDonald's to change clothes and take a breath after eluding authorities.



A migrant crosses over a border fence after evading law enforcement in El Paso. (Eric Thayer/ Bloomberg via Getty Images)

"The truth is that they don't give us the opportunity to come into this country," Yesimar said. "We never came with the idea of coming in illegally."

Back in Ciudad Juarez, many more migrants are waiting it out.

Haiti AR_001740

ADVERTISEMENT

Alexander Diaz, his wife and their 3-year-old son were down to about $100. The 24-year-old Venezuelan has been giving $2 haircuts to fellow migrants in an alley close to the Rio Grande.

The family found a spot at a shelter, but the bathroom doesn't work. "Imagine, putting up with the cold, without a shower," Diaz said.

Haiti AR_001741



Migrants spend the night outside the border fence while waiting to make asylum claims in El Paso. (John Moore / Getty Images)

Jesús Carrera, 22, said he makes $15 a day washing car windows at a stoplight. A generous local gave him and other migrants a place to sleep, and he speaks daily to his mother in Venezuela, who urges him to come home. He hasn't seen her since leaving the country six years ago in hopes of escaping poverty.

He tried to claim asylum at the U.S. border in October but was expelled under Title 42 and moved to the Mexican state of Chiapas. He arrived at the border again last weekend because he thought the policy was ending.

"I'm asking God to change my luck," he said. "It's time."

Rosalia Castro Sosa, a Sears saleswoman from southern Mexico, arrived in Ciudad Juarez on Wednesday, thinking that Title 42 had been lifted as scheduled.

Haiti AR_001742

ADVERTISEMENT

She immediately crossed the river and turned herself in, waiting for hours in the cold in a long line for officials to take down her information. Then they dropped her off at the Mexican side of a border bridge.



Migrants step into the Rio Grande in Ciudad Juarez, Mexico. (Christian Chavez / Associated Press)

Haiti AR_001743

Waiting for the policy to be lifted, Sosa moved into a church shelter. She has made some cash by opening the door for customers entering convenience stores. A local restaurant fed her in exchange for waiting tables. She hopes to work in the U.S. to finance an ear operation for her 9-year-old son.

"In the name of God, I'm going to get there," she said. "I don't know how, but I will."

At the Good Samaritan shelter, many of the 73 migrants there were waiting to see a doctor. Migrants can stay for months as they wait for appointments with immigration officials, and in that time children attend school — where they take English classes. Migrants can also receive therapy.

Pastor Juan Fierro, who runs the shelter, said he viewed the end of Title 42 with skepticism.

ADVERTISEMENT

"How many times have they said it'd be over?" he said.

*Miller reported from Ciudad Juarez and El Paso. Special correspondent Gabriela Minjares in Ciudad Juarez and Times staff writer Hamed Aleaziz in Healdsburg, Calif., contributed to this report.*

WORLD & NATION      MEXICO & THE AMERICAS      IMMIGRATION AND THE BORDER



## Must-read stories from the L.A. Times

Get the day's top news with our Today's Headlines newsletter, sent every weekday morning.

Enter email address

SIGN ME UP

You may occasionally receive promotional content from the Los Angeles Times.

  Leila Miller

🐦 Twitter     📷 Instagram     ✉ Email     f Facebook

Leila Miller is a foreign correspondent for the Los Angeles Times based in Mexico City. She joined the newsroom in 2018 and spent several years working on the criminal justice team. She was also part of the team that was a 2020 Pulitzer finalist for its coverage of the Conception boat fire off the Channel Islands. Born in Argentina but raised in Los Angeles, Miller is a graduate of Oberlin College and Columbia University's School of Journalism.

## MORE FROM THE LOS ANGELES TIMES



WORLD & NATION

### South Korea's leader calls for stealth drones to monitor North Korea

1 hour ago



WORLD & NATION

### Companies welcome end to China quarantines for visitors

1 hour ago



CALIFORNIA

### I'm Mexican American. But the L.A. City Council audio leak reminded me that I'm Oaxacan too

2 hours ago



WORLD & NATION

### Why is a Swedish billionaire buying up California's video gaming empire?

Dec. 27, 2022

Haiti AR_001746

Subscribe for unlimited access

Follow Us

eNewspaper

Coupons

Find/Post Jobs

Place an Ad

Media Kit: Why the
L. A. Times?

Bestcovery

Copyright © 2022, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell My Personal Information

Haiti AR_001747

Learn more about   **REFINITIV**

REUTERS®

My View   Following   Saved

Americas

2 minute read · September 26, 2021 11:42 AM EDT · Last Updated a year ago

## Thousands of mostly Haitian migrants traverse Panama on way to United States

By Elida Moreno



Migrants from Haiti rest in a shelter after they arrived en masse at the U.S. border and thousands of their compatriots were cleared from a frontier camp, in Monterrey, Mexico September 24, 2021. REUTERS/Edgard Garrido/File Photo

      

PANAMA CITY, Sept 26 (Reuters) - Up to 4,000 migrants, most of them Haitians, have passed through the treacherous

Feedback

Haiti AR_001748

You have reached your article limit

# Register for FREE to continue using Reuters.com

Free registration gives you access to:

- ✓ Unmatched, global, round-the-clock news
- ✓ Hand-picked insights that are easy to find and use
- ✓ Our Daily Briefing newsletter, delivering the day's headlines right to your inbox

Register now     Already registered?**Sign in**

**Terms & Conditions** apply

Our Standards: **The Thomson Reuters Trust Principles.**

## Read Next

---

Technology
**Google tests blocking news content for some Canadians**
February 22, 2023

---

Americas
**Mexico passes electoral overhaul that critics warn weakens democracy**
February 22, 2023

---

Markets
**More volatility, possible correction ahead for global stock markets: Reuters poll**
7:02 AM EST

---

Americas
**Rise in asylum-seekers entering Canada from U.S. becomes flashpoint again**
February 22, 2023

---



Newsletter | Every weekday.

**Reuters Daily Briefing**

Feedback

Haiti AR_001749

Sign up

**More from Reuters**

'War is not the solution' -U.N. chief marks one year of war in Ukraine
(1:27) - February 22, 2023
Watch more videos



|  |  |  |  |
|---|---|---|---|
| **'War is not the solution' -U.N. chief marks one...**<br>01:27 | **Flights grounded as massive storm hits...**<br>00:42 | **Meet Dubai's all-women SWAT team**<br>02:03 | **Nuclear risk seen rising after Putin suspends...**<br>03:03 |

**Your money is secure when you bank with Citi. Member FDIC.**

Sponsored by CHECKING WITH CITI® 

**Best trading technology + $0 commission equities & options.**

Sponsored by TradeStation 

**Schwab's Take on Today's Markets**

Sponsored by Charles Schwab 

**Build relationships that build a career. Hiring today.**

Sponsored by Fidelity Investments 

**APYs Are On the Rise. Discover Standout Savings Accounts.** 

**The 4 Dumbest Things We Keep Spending Too Much Money On** 

## World

# Oman opens airspace, joining Saudi in Israeli airline corridor

Middle East · February 23, 2023 · 10:13 AM EST

Oman's Civil Aviation Authority (CAA) on Thursday said the Gulf Arab state's airspace will be open for all civilian carriers, a move that would enable Israeli airlines to utilise a Saudi-Oman corridor to cut flight times to Asia.

United States

**Stoltenberg sees progress in Sweden's NATO bid, talks to resume in March**

8:49 AM EST

United States

**Tennessee takes lead in Republican effort to restrict drag shows**

7:11 AM EST

Europe

**Germany bids to clear the rocky path for foreign talent**

9:53 AM EST

Feedback

3:12 AM EST

Feedback

**Don't Wait... Move Your Money Before March 22**

Sponsored by Manward Letter



**APYs Are On the Rise. Discover Standout Savings Accounts.**

Sponsored by NerdWallet



**Easy Bonus Worth Up to $250**

Sponsored by CardCritics



**July 25th U.S. Gov't Disclosure Could Turn World Markets Upside Down**

Sponsored by Altimetry



**Why You Should Consider Investing Your HSA**

Sponsored by Charles Schwab



**The best savings rates keep getting better, lock yours in today**

Sponsored by Bankrate



## Sponsored Content



**Maximize Referral Capture Rates with Automated Patient Engagement.**

Sponsored by Televox

**Score Major Rewards if You Have an Excellent Credit Score**

Sponsored by NerdWallet

**Earn up to $2,000 with a new Citigold account and required activities.**

Sponsored by CITIGOLD® OFFER

**Hiring financial advisors. Bring your Series 7 to Fidelity.**

Sponsored by Fidelity Investments

**85% Of Advisors Suggest Considering Art For Your Portfolio - Have You?**

Sponsored by Mintus

**March 14th Announcement Could Trigger Paradigm Shift in Stocks**

Sponsored by Stansberry Research

Feedback

Home

Media

- Videos ↗
- Pictures ↗
- Graphics ↗

World

Business

Legal

Markets

Breakingviews

Technology

Investigations ↗

Lifestyle

About Reuters

**About Reuters** ↗

**Careers** ↗

**Reuters News Agency** ↗

**Brand Attribution Guidelines** ↗

**Reuters Leadership** ↗

**Reuters Fact Check** ↗

**Reuters Diversity Report** ↗

Stay Informed

**Download the App** ↗

**Newsletters** ↗

---

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

---

Thomson Reuters Products

**Westlaw** ↗

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource** ↗

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint** ↗

The industry leader for online information for tax, accounting and finance professionals.

---

Refinitiv Products

**Refinitiv Workspace** ↗

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Refinitiv Data Catalogue** ↗

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**Refinitiv World-Check** ↗

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Feedback

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** ⬀   **Terms of Use** ⬀   **Privacy** ⬀   **Digital Accessibility** ⬀   **Corrections** ⬀   **Site Feedback** ⬀

© 2023 Reuters. All rights reserved

Feedback



HOURLY NEWS

On Air Now

PLAYLIST

     DONATE

NATIONAL

# Dozens of Haitian migrants were rescued while trying to reach the Florida Keys

November 22, 2022 · 5:01 AM ET
Heard on Morning Edition

**3-Minute Listen**                    PLAYLIST    Download

Transcript

NPR's A Martinez talks to David Goodhue, a reporter with FLKeysNews.com and the *Miami Herald*, about dozens of Haitian migrants who nearly died Monday while trying to reach the U.S.

A MARTÍNEZ, HOST:

A frightening scene played out Monday when more than 200 Haitian migrants attempted to reach the Florida Keys in a floundering sailboat. Border Patrol agents say they rescued dozens of people who nearly died amid high winds and rough seas. Children and even babies were among the rescued. Some of the migrants are now in federal custody; others have been sent back to Haiti. Reporter David Goodhue has been covering this for the Florida Keys News and the Miami Herald. David, the migrants who were on this journey, where are they now?

DAVID GOODHUE: Some are in Border Patrol custody, likely in Marathon, Fla., which is the middle Florida Keys. Others are on a Coast Guard cutter and will probably most likely be sent back to Haiti.

MARTÍNEZ: What kind of shape are they in?

Haiti AR_001756

GOODHUE: Some we saw that made land were - seemed OK; others seemed pretty badly dehydrated.

MARTÍNEZ: Yeah. Because I'm watching some of the pictures that you posted or some of the videos that you posted on Twitter. And it just looks like just a frightening, frightening scene. And it kind of just shows their desperation in what they were trying to do.

GOODHUE: Absolutely. I mean - and not to mention - it shouldn't be overlooked - the weather of the past few days in South Florida has been very windy, very rainy. It's been raining nonstop since probably about Sunday. So the seas out there were six to 10 feet, more than 25-mile-per-hour winds. So it was a very - must have been a very harrowing journey.

MARTÍNEZ: Do you know if they got medical attention? I'm sure they probably needed at least a little bit.

GOODHUE: They do. Right off the bat, they get checked out. And not only the - not only federal officials, but there were local fire rescue medics on the scene.

MARTÍNEZ: Yeah. As you've reported, arrivals like this are becoming a lot more common. Where are people coming from, and why are they traveling to the U.S.?

GOODHUE: They come from - more so from Cuba and from Haiti. Both countries are going through economic and political turmoil not seen in decades for Haiti and a decade for Cuba. Haiti is also experiencing gang violence, fuel shortages and other problems that just make it unsafe for people to stay there.

MARTÍNEZ: And how are federal and local officials responding to this, both to this particular incident and to the growing number of arrivals in general?

GOODHUE: Well, the Keys - the Florida Keys has been the main destination point for most of these journeys. Basically, the old wet foot, dry foot policy for Cubans, which was supposed to have gone away in 2017, is unofficially back because there are so many migrants that have come here, they can't be quickly processed and sent back to Cuba. Plus, the Cuban government is not accepting deportation flights from the United

Haiti AR_001757

States at the moment. So right now, they're being released to family and friends, for the most part, with orders to report to federal immigration officials similar to being on probation.

MARTÍNEZ: Considering that we all know how bad the situation is in Haiti and in Cuba, are Border Patrol agents expecting more to come, and are they just making sure that they'll be ready for them?

GOODHUE: Well, they track things by the fiscal year, which starts in October. And last fiscal year was already the most for Cubans in 10 years - in about 10 years and for Haitians since about 2004. Already this fiscal year, again, that began October 1, if it goes on that track, it's going to more than double this year. So, yeah, they're expecting more.

MARTÍNEZ: And one more thing, quickly, David, what's the response been of the migrants' home countries?

GOODHUE: I think people are finding that it might be worth making the trip, which federal officials beg people not to do because it's very dangerous to cross the Florida Straits to get here. But, yeah, more people are encouraged because more people are making it. And so far, a lot of the people who make landfall are not being sent back.

MARTÍNEZ: David Goodhue is a reporter with Florida Keys News and the Miami Herald. David, thanks.

GOODHUE: Thank you.

*Copyright © 2022 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by an NPR contractor. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*

Case 6:23-cv-00007    Document 93-7    Filed on 03/24/23 in TXSD    Page 73 of 191

# More Stories From NPR



NATIONAL
**ASL advocates cheered a new bilingual program in LA. But its rollout has been rocky**



Haiti AR_001759

12/13/22, 1:35 AM    Dozens of Haitian migrants were rescued while trying to reach the Florida keys : NPR

POLITICS

**Karen Bass is sworn in as Los Angeles mayor as the city grapples with homelessness**



SPACE

**NASA's Artemis I returns from the moon with hopes to get astronauts back there soon**



WORLD

**The U.S. has taken custody of the alleged bomb maker in the 1988 Lockerbie attack**



NATIONAL
**In 2 U.S. cities haunted by race massacres, facing the past is painful and divisive**



OBITUARIES
**The pioneering Black feminist Dorothy Pitman Hughes has died at 84**

# Popular on NPR.org



PHOTOGRAPHY
**We're not lion: The 2022 Comedy Wildlife Photography Awards are a good laugh**



Haiti AR_001762

Case 6:23-cv-00007    Document 93-7    Filed on 03/24/23 in TXSD    Page 77 of 191

TECHNOLOGY
**Elon Musk set to relaunch Twitter Blue with higher price for iPhone users**



EUROPE
**Germany says it foiled a far-right coup plot. Here's what we know**

WORLD
**The Dead Sea is dying. These beautiful, ominous photos show the impact**

HEALTH
**How Medicare Advantage plans dodged auditors and overcharged taxpayers by millions**

**Young folks are moving in with their parents in record numbers. Meet 5 making it work**

## NPR Editors' Picks

CULTURE
**Golden Globe nominations are led by 'Banshees,' 'Everything Everywhere'**

CULTURE
**He logged trending Twitter topics for a year. Here's what he learned**

MOVIE INTERVIEWS
**'Knives Out' director takes a stab at tech moguls in 'Glass Onion'**

Haiti AR_001763

WORLD
## Latest on Ukraine: A weekly recap and look ahead at Russia's war (Dec. 12)

WORLD
## Second Iranian detainee is executed over alleged protest crime

CONCERTS
## The Mavericks: Tiny Desk Concert

READ & LISTEN

**Home**

**News**

**Culture**

**Music**

**Podcasts & Shows**

CONNECT

**Newsletters**

**Facebook**

**Twitter**

**Instagram**

**Press**

**Contact & Help**

ABOUT NPR

**Overview**

**Diversity**

**Ethics**

**Finances**

**Public Editor**

**Corrections**

GET INVOLVED

**Support Public Radio**

**Sponsor NPR**

**NPR Careers**

**NPR Shop**

**NPR Events**

**NPR Extra**

terms of use

privacy

your privacy choices

text only

© 2022 npr

Haiti AR_001764

Case 6:23-cv-00007   Document 93-7   Filed on 03/24/23 in TXSD   Page 79 of 191



≡                    Los Angeles Times                    SUBSCRIBE        LOG IN        🔍

INTERNACIONAL

# "It would have been better to let me die", on the other side of the Darien, hundreds survive the nightmare of death.



Rosmary Gonzalez, 45, lost her four-year-old son and her husband, 50, while the whole family was trying to cross the Darien Gap jungle.
(Claudia Nunez/Los Angeles Times)

POR CLAUDIA NÚÑEZ  |  DEPUTY EDITOR

MAR. 4, 2022 8:33 AM PT



LAJAS BLANCAS, Panamá —  I asked him to state his name and age, instead, he extended his hand, squeezed my arm tightly and responded with a question: "Can you

Haiti AR_001765

help me recover my child's body? I've been waiting for two months, and nobody tells me anything, help me!"

Rosmary Gonzalez, 45, lost her four-year-old son and her husband, 50, while the whole family was trying to cross the Darien Gap jungle, one of the most dangerous migratory routes in the world and the only road connecting South and North America.

The Darien Gap region is so named because it is the only point where the Pan-American Highway, a network of highways linking 14 countries from Chile to the United States, cuts off.

In total, 130 kilometers of dense vegetation, suffocating heat, rivers and swamps are crossed daily by migrants from more than 50 countries coming from regions as far away as Africa and Asia, desperately seeking to reach the United States.

ANUNCIO

Rosmary left with her husband and three children at the end of July with the illusion of reaching the state of Florida in the United States, where the couple thought they would find work and relief from the poverty and hunger they were experiencing in their hometown Zulia, Venezuela; ironically one of the countries with one of the largest oil and gas reserves in the world.

Haiti AR_001766

The $40 monthly budget the family was living on was already unbearable. They sold everything to cover the cost of more than $30,000 to bring the family to the United States. Rosmary never imagined that she would lose half of her family along the way.

It is 10:00 in the morning and the heat and excessive humidity make the days in the Darien area almost unbearable. The mosquitoes relentlessly chase Rosmary and more than 200 other migrants stranded at the Migratory Reception Station in the community of Lajas Blancas, all survivors of the Darien Gap.

Rosmary's slender arms gently move to caress Marino, her seven-year-old son who rests on her legs and who, like her, also managed to survive the crossing.



Marino rests on his mother's legs. He has fever and diarrhea. The mother and child live in Lajas Blancas migrant camp where she has been waiting since mid-August for the remains of her son and husband.

(Claudia Nunez)

Haiti AR_001767

Both are almost thin to the bone. The weight loss has been brutal. The mother wears a purple blouse and plastic sandals, which were given away at the camp, because the so-called "death river" not only took her son and her husband, but also the few belongings they had with them.

ANUNCIO

"We walked for seven days with our feet knee-deep in mud. My son, the eldest, told me 'Mom, look at that body over there, look at that body over there,' and I said, no, no, I don't want to see anything... When what happened to my husband and my baby happened, it hit me very hard. I never thought that someone in my family would also die," she says.

She had heard the name "death river" countless times among the caravan of 26 migrants who, along with her, crossed the jungle. Many were afraid of it because they said it was the most complicated passage of the journey.

Rosmary knew firsthand that the nickname was not for nothing. The person who was guiding them, and to whom she had paid $3,000 in advance, did not want to wait until the current went down. The river was raging, recalls the mother.

Several migrants refused to set out and clamored to wait for the river to calm down, but the guide refused to wait any longer; every moment was money lost because other groups were waiting for him.

Haiti AR_001768

Case 6:23-cv-00007  Document 93-7  Filed on 03/24/23 in TXSD  Page 83 of 191

The line moved deeper into the waters. Rosmary was carrying suitcases. Juan, her husband, carried Daniel, her youngest son, in his arms and Pablo, her oldest son, 16, held Marino. In a stretch of the river, a current caused her to lose her balance and she felt a rush of water completely submerge her. She managed to scream and see how her husband also struggled against the water while holding her son. That was the last image she had of them.

A young Haitian man in the caravan pulled her by the arm, saving her from drowning. When she came to full consciousness, she screamed out the names of her husband and son. Both had disappeared in the current. People from the caravan came to her aid and offered her comfort. In the same group, another man was also crying almost madly. He had let go of his child's hand who also disappeared under the water... Within minutes, three people lost their lives.

ANUNCIO

"I only have him and Pablo, my 16-year-old son... I only have them," she says as he touches Marino's hair.

Marino has a fever; in less than two hours and he has already defecated six times. Rosmary confesses that she prefers to take him to the bathroom among the dense jungle trees rather than enter the pestilential and flooded bathrooms of the Lajas Blancas migrant camp where she has been waiting since mid-August for the remains of her son and husband.

Haiti AR_001769

Case 6:23-cv-00007 Document 93-7 Filed on 03/24/23 in TXSD Page 84 of 191



There are four migrant reception stations in Panama, three in the province of Darien, on the border with Colombia, and the fourth on the border with Costa Rica. The four stations house a total of 2,527 migrants.
 (Claudia Nunez)

Along this migratory route, fear is a constant companion. In addition to flash floods, snakes or poisonous insect bites, there are assaults and rapes at the hands of illegal armed groups that control these routes for drug and arms trafficking.

Once they have crossed the Darien, nightmares give way to worse images, the memories of those who were left abandoned in the jungle with broken bones or hallucinating in fever and pain after being bitten by an insect or snake.

"I saw about five corpses in the jungle," says Jean, a 27-year-old Haitian man traveling with his pregnant wife who was injured on the way while trying to cross the Muerte River.

Haiti AR_001770

Case 6:23-cv-00007   Document 93-7   Filed on 03/24/23 in TXSD   Page 85 of 191

ANUNCIO

"I carried my wife, and I could bring her here, but I think of those people who stayed in the jungle. People with broken bones, waiting days for help and no one stops. I saw dead people on the banks of the river, dead in their tents, the body of a girl who passed by me in the river and the screams of pain from the women, I can't get it out of my head," he said.

## Meat for the vultures

There are four migrant reception stations in Panama, three in the province of Darien, on the border with Colombia, and the fourth on the border with Costa Rica. The four stations house a total of 2,527 migrants, including men, women, boys and girls of Caribbean, African and Asian origin, mostly of Haitian, Congolese, Bangladeshi or Yemeni nationality.

For those who have lost a loved one, these shelters become a bureaucratic limbo. Here, the American dream is transfigured and the desire for a better life becomes a single desire for a miracle, to see their relatives alive again or at least to recover their bodies and give them a dignified burial.

Haiti AR_001771



Migrants waiting to charge their cell phones. In Lajas Blancas everything has a price: sleeping, drinking water and even sending a WhatsApp is priced at two dollars or recharging a cell phone at three dollars.

(Claudia Nunez)

In Lajas Blancas everything has a price: sleeping, drinking water and even sending a WhatsApp is priced at two dollars or recharging a cell phone at three dollars.

ANUNCIO

Haiti AR_001772

The town has stopped subsisting on agriculture and fishing to fill itself with stalls selling food, water and clothing for migrants.

Lajas Blancas is named after some white river stones (lajas) and is territory that also belongs to the indigenous ethnic groups of the Emberá-Wounaan and the Guna Yala.

Some of the Wounaan are hired by the authorities to work in the migrant camps serving food to the almost 500 migrants a day who constantly arrive there.

On the roads of the village, everything smells of humidity, mud, dirt mixed with the smell of firewood and roasted chickens that the residents usually sell to the migrants.

There is no silence, even at night. The rumbling of storms and dogs mingle with the shouts, cries or conversations of migrants wandering through the night.

Haiti AR_001773



The journey through the mountainous jungle can take up to a week and is considered the most dangerous stretch for migrants traveling from South America to the U.S. During the trip, torrential rains cause flash floods in the rivers, often causing migrants to drown along the way.( John Moore/Getty Images) (Getty Images)

ANUNCIO

Everyone in this town knows that the death toll is much higher than the 50 migrant deaths reported this year in the Darien by Panamanian authorities.

Haiti AR_001774

It is enough to walk along the paths of the Turquesa River that crosses these lands. There are corpses along the river, it reeks of death, and it is impossible to even identify them after being devoured by the flocks of harpies that fly through these lands or by other animals.

"The harpy is the symbol bird of Panama," says Neldo, a member of the Wounaan indigenous community with whom we take a boat tour.

The situation in the camps is almost unsustainable, according to international aid organizations. In 2021, 121,737 migrants entered Panama through the Darien jungle, and in just ten months the sum exceeded the amount of the last 11 years combined.



The town of Lajas Blancas has stopped subsisting on agriculture and fishing to fill itself with stalls selling food, water and clothing for migrants.
(Claudia Nunez)

Haiti AR_001775

Case 6:23-cv-00007   Document 93-7   Filed on 03/24/23 in TXSD   Page 90 of 191

Jean Gough, UNICEF's regional director for Latin America and the Caribbean assigned to the Darien area, says her teams have never seen so many children crossing and often unaccompanied. "Such a rapid influx of children heading north from South America should be treated urgently as a serious humanitarian crisis."

ANUNCIO

Records from Panama's security minister indicate that 18,000 migrants crossed the jungle last August and one in five were children, most of them Haitian. The total death toll is a big unknown.

Those who survive the Darien are transported in buses by Panamanian authorities to the border with Costa Rica, where hundreds again set out on the road north.

Ahead of them will be more than 5,000 kilometers through Costa Rica, Nicaragua, Honduras, Guatemala and Mexico to reach the United States, the final destination for almost all of them.

## From hope to an eternity in hell

Geobaldo is a 42-year-old Venezuelan who lost his six-year-old son. He was traveling with his wife and three little ones. Ivan, six years old, Santiago, two, and Marci, 10 months old.

Haiti AR_001776

For two months now, Geobaldo's routine has been reduced to walking from the camp where he shares a mat with his family to the information station in the hope that there will be news about the body of his little Ivan.

ANUNCIO

Nightmares torture him, he says. And he can't get out of his head the terror he felt when the force of the river snatched his son from his hands.

"I carried the older boy and the baby, and my wife carried the girl, but it was too much weight with the baby and the suitcases, and I could not hold my child," said Geobaldo, who before migrating was an employee of an oil company in his native Venezuela.

Haiti AR_001777



Police officers guard the routes of the so-called "Tapon de Darien" where smuggling gangs operate. (Claudia Nunez)

Geobaldo dreamed of giving his children a better life in the United States. Of working and saving money to open a restaurant. The force of the river not only took away his son, but also all those dreams.

"In the jungle we lasted seven days with the children and it's the worst thing I've ever experienced. I don't have the energy to fight anymore," he says on the verge of tears.

"I would like to scream, to run, to hit. I am desperate… I would give anything to have my son's body," he says.

Haiti AR_001778

ANUNCIO

According to UNICEF, since the beginning of this year, more than 150 children have arrived in Panama without their parents, some of them newborns, and at least five children were found dead in the jungle this year, but many bodies remain unrecovered.

Rosmary and Geobaldo have been in limbo for almost two months. The authorities have told them that they are looking for the bodies, but they believe this is a lie.

Rosmary goes out every day to meet new migrants arriving at the camp. She hopes that someone has seen her son. That October morning 580 migrants arrived, according to the authorities' count.

In the distance, the voices of a group of vendors can be heard talking as they watch a black man lying on the ground and crying loudly.

"His wife died," says one of the vendors.

Rosmary, seeing the scene in the distance, hears the cries, the comments of the vendors and pauses in conversation.

"That's how many of us arrived. A Haitian saved my life, but it would have been better to let me die... I feel dead in life," she says.

Haiti AR_001779

INTERNACIONAL    MIGRACIÓN

 Claudia Núñez

🐦 Twitter    ✉ Email

Licenciada en periodismo y becaria de la Universidad de Stanford para el programa John S. Knight. Núñez ha sido reportera de investigaciones especiales para medios como La Opinión, National Geographic, El Siglo de Torreón y la Asociación de Editores de los Estados. Claudia es la fundadora del programa Migrahack, una organización para el desarrollo proyectos de periodismo de datos y plataformas interactivas sobre el tema de migración. En 2008 fue nombrada Periodista Latina del Año por la Asociación Nacional de Publicaciones Hispanas.

A journalism graduate and John S. Knight Fellow at Stanford University, Claudia Núñez has been a special investigations reporter for media outlets such as La Opinión, National Geographic, El Siglo de Torreón and the Assn. of State Editors. Nuñez is the founder of the Migrahack program, an organization for the development of data journalism projects and interactive platforms on the topic of migration. In 2008, she was named Latina Journalist of the Year by the National Assn. of Hispanic Publications.

Subscribe for unlimited access

Síguenos



eNewspaper

Coupons

Find/Post Jobs

Place an Ad

Media Kit: Why the
L. A. Times?

Bestcovery

Copyright © 2022, Los Angeles Times | Terms of Service | Privacidad | CA Notice of Collection | Do Not Sell My Personal Information

Haiti AR_001781

# CHOLERA OUTBREAK IN HAITI

Situation Report # 1                                                      13 October 2022

## HIGHLIGHTS

- After more than 3 years with no cases of cholera reported in Haiti, on 2 October 2022, the national authorities reported two confirmed cases of Vibrio cholerae O1 in the greater Port-au-Prince area. As of 12 October, the Ministry of Health (MSSP) has reported 47 cases confirmed and 35 deaths in Ouest and Center Departments.

- Civil unrest, lack of access to affected populations and fuel and logistics constrains are hindering the emergency response operations.

- Difficulties accessing water presents a high risk to expand the epidemic to other departments in the country.

- PAHO/WHO is working hand in hand with the Ministry of Health (MSPP) and other international agencies and partners in support of the National Cholera Response plan, which includes the following 5 pillars defined by health authorities:

  - Laboratory and epidemiological surveillance

  - Case management

  - Water, sanitation, and hygiene (WASH)

  - Communications and community engagement

  - Vaccination

  - Crosscutting sectors logistics and coordination

- To avoid the loss of life, PAHO/WHO is supporting the scale up of case management by providing lifesaving medical supplies to the MSPP and partners to open and run Cholera Treatment Centers (CTCs) in the most affected areas.



Map of cumulative cases of cholera in Haiti in 2022, as of 12 October 2022

## IN NUMBERS*
### As October 12, 2002

### 560 Suspected Cases

### 47 Confirmed Cases

### 296 Hospitalized Suspected Cases

### 35 Institutional Deaths

*Total numbers include community cases as well as cases reported in the Civil Prison of PaP*

**Source:** Haiti Haiti Ministère de la Santé Publique et de la Population sitrep #8 and PAHO/WHO Country Office Situation Report #3

Link to PAHO/WHO Cholera website
Cholera - PAHO/WHO | Pan American Health Organization

*For more information contact: eoc@paho.org*

Haiti AR_001782



**HEALTH**

- From the Ministry of Health report on 12 October, 53% of total reported cases are male and 47% female, with an important number of cases reported in children and adolescents.
- According to Health Directorate of the Ouest (DSO) there are 396 cholera beds installed and 296 hospitalized patients (bed occupancy rate of 74%).
- At the civil prison of Port-au-Prince, there has been 203 suspected cases, 12 confirmed and 14 deaths reported.

**Figure 1.** Distribution of suspected cases of cholera by age group in Haiti in 2022, as of 12 October



Source: Haiti Ministère de la Santé Publique et de la Population

**Figure 2.** Daily distribution of suspected cases of cholera in Haiti in 2022, as of 12 October 2022



Source: Haiti Ministère de la Santé Publique et de la Population


Haiti AR_001783

3

 **RISK ASSESSMENT AND CHALLENGES**

- Lack of access to the affected areas due to insecurity is hindering the epidemiological surveillance, the installation of Oral Rehydration Points and Cholera Treatment Centers, the transport of patients to CTCs and health promotion and sensitization activities at the community level.
- Access to fuel is hampering the functioning and scale up of CTCs, the National Laboratory of Public Health, and the transportation of health staff, samples, and other critical and lifesaving supplies.
- Difficulties accessing drinking water due to lack of fuel and insecurity in addition to inadequate sanitation further exacerbates the risk of an expansion of the outbreak.
- Facing multiple challenges for the procurement of cholera response supplies due to a high demand for resources from several Cholera outbreaks ongoing at the global level, impeding the access of essential medical supplies for scaling up the response

 **HEALTH NEEDS**

In coordination with the health authorities, the following **priority needs** have been identified to reduce morbidity and mortality:
- Cholera beds and tents
- Laboratory reagents and rapid diagnostic tests
- Medicines and medical supplies for case management, including Oral Rehydration Salts
- Access to fuel for the operations of CTCs, laboratories, and other essential Ministry of Health units
- Access to safe drinking water and improved hygiene and sanitation

 **PAHO/WHO RESPONSE**

According to the 5 pillars defined by the MSPP for the Cholera outbreak response PAHO/WHO is supporting with the following:

**Coordination**
- PAHO/WHO continues to support coordination efforts by the Health Directorate of the Ouest department (DSO) for information sharing, to detect gaps, obstacles and needs for the response to the cholera outbreak in the Ouest department.
- PAHO/WHO is supporting response efforts by the MSPP in other departments with multidisciplinary teams for preparedness activities related to the rapid detection of cases and timely case management, including in the departments that have not yet reported cases.

**Epidemiological and laboratory Surveillance**
- PAHO/WHO is supporting the implementation of an information system for data retrieval from CTCs for the departmental and national levels.
- PAHO/WHO will expand the strategy of departmental epidemiologists to continue supporting the investigation of suspected cases in the community.



Haiti_AR_001784

- The Labo-moto strategy that is responsible for the supply, training, monitoring and transport of cholera samples, which go from CTCs or from the community to the laboratory is being strengthened.
- At laboratory level, PAHO/WHO is supporting the capacity to diagnose cholera by culture and the activation of another 5 subnational laboratories.
- In the other departments that do not yet have confirmed cases of cholera, the preparation phase is activated and PAHO/WHO is strengthening local capacities for the rapid detection of suspected cases, diagnosis, and timely access to appropriate care.

### Case management

- PAHO/WHO continues supporting the set-up of cholera treatment centers with the provision of lifesaving medicines and essential supplies.
- As of 12 October, the DSO informs that 14 CTCs have been installed and are operational (including one in the Civil prison of Port-au-Prince and one in Mirebalais in Centre Department) with a total of 388 beds available. 3 Oral Rehydration Points are functional and able to provide intravenous rehydration.
- PAHO/WHO is supporting the Direction of Organization of Health Services (DOSS) for the validation of the cholera case management protocol to be diffused to cholera treatment centers nationwide.
- An integrated quality assessment tool destined to identify the minimum requirements for the opening of cholera treatment facilities was elaborated by DOSS with PAHO/WHO support.
- For the cholera outbreak reported in the National Prison of Port-au-Prince, PAHO/WHO provided medicines, medical supplies, and cholera beds for the care of patients.
- Support to the DSO for the monitoring of the availability of beds (Ouest and Center departments), the number of hospitalizations, and the needs and gaps of CTCs.
- To ensure a comprehensive response to the cholera outbreak, efforts are being geared towards integrating Mental Health in the National Response. To this effect, a module was developed on psychological first aid (PFA) with PAHO/WHO's support.

### Water, Hygiene and Sanitation (WaSH) / Infection prevention and Control (IPC)

- Technical advice is provided by PAHO/WHO on WaSH and IPC requirements for CTCs to ensure preventive and protecting measures are implemented.
- PAHO/WHO assisted the MSPP to finalize the list of WaSH supplies required to ensure the implementation of appropriate IPC and WaSH protocols in treatment centers and health facilities providing care for Cholera patients.

### Communications and community engagement

- The elaboration of the MSPP Cholera Communication strategy is being supported by PAHO/WHO, including the elaboration of training material on cholera and community engagement.
- PAHO/WHO is providing technical advice for the implementation of a capacity building plan for 300 Polyvalent Community Health workers that will work on prevention actions at community level.
- A radio spot with preventive actions to adopt for the prevention of Cholera infection has been elaborated with the MSPP and is being transmitted across 11 stations in the metropolitan area.

### Logistics

- With PAHO/WHO support, the DSO and the National Ambulance Center were delivered 1,200 gallons of fuel to ensure the continuation of their operations.



PAHO · Pan American Health Organization · World Health Organization · Americas

# CHOLERA OUTBREAK IN HISPANIOLA

Situation Report # 6      **17 November 2022**

## HIGHLIGHTS

- In Haiti, cholera cases continue to spread to new areas of the capital and to additional departments in the country. As of 15 November 2022, the Department of Epidemiology, Laboratories, and Research (DELR) confirmed 821 cases of cholera across 27 municipalities compared to 23 municipalities in the previous epidemiological week. 98.7% of confirmed cases were reported in the Ouest department.

- Critical cholera supplies such as medicines, oral rehydration solution (ORS), rapid tests, ringer lactate, cholera beds as well as human resources remain critically needed to scale up response activities.

- In Haiti, PAHO/WHO continues to support the Ministry of Health (Ministère de la Santé Publique et de la Population – MSPP) and partners, including:

  ✓ Delivery of 23,300 gallons of fuel to health facilities and partners since 10 October 2022 to support response operations and functioning of health services and units.

  ✓ Support to departments in monitoring bed availability and occupation rates at CTCs, conducting field investigations of alerts, and coordinating case management operations.

  ✓ Facilitating the transportation of samples to the national reference laboratory.

- In the Dominican Republic, no new suspected or confirmed cases have been reported.

## IN NUMBERS*

**As of 15 November 2022**

**9,685**
**Suspected Cases**

**821** Confirmed Cases

**8,146**
**Hospitalized Suspected Cases**

**188** Deaths

*Total numbers for Haiti include institutional and community cases as well as cases reported in the Civil Prison of PaP. **This data excludes the case from the Dominican Republic.***

*Source Haiti:* Ministère de la Santé Publique et de la Population sitrep #44.

*Source Dominican Republic:* PAHO/WHO country office.

Cholera - PAHO/WHO | Pan American Health Organization

*For more information contact: eoc@paho.org*

| Map of communes with at least one case of cholera in Haiti as of 15 November 2022 |



*Figure 1. Source DELR/MSPP 15 Nov 2022*



Haiti AR_001786

**HEALTH**

- A total of 9,685 suspected cholera cases were reported in nine of the ten departments of Haiti. Of these, 821 were confirmed by the national laboratory, including 188 deaths. To date, four departments have confirmed cases: 18 in Artibonite, 67 in Centre, six in Grand'Anse, and 730 in Ouest including 14 cases reported in the in the Port-au-Prince Civil Prison.
- The most affected communes in the Ouest department continue to be Port-au-Prince, Delmas, Cité Soleil and Carrefour.
- Based on the MSPP report from 15 November, 59.6% of reported suspected cases are male, 40.4% female and 57.6% are aged 29 years of younger (figure 1).
- Among confirmed cases, age groups 1-4 and 30-39 are the most affected.
- At the Civil Prison of Port-au-Prince, MSPP still reports 368 suspected and 14 confirmed cases and 14 deaths.

**Figure 1.** Distribution of suspected cases of cholera by age group in Haiti as of 15 November 2022



Source: Haiti Ministère de la Santé Publique et de la Population

**Figure 2.** Daily distribution of suspected cases of cholera in Haiti as of 15 November 2022



Source: Haiti Ministère de la Santé Publique et de la Population



Haiti AR -001787

 **RISK ASSESSMENT AND CHALLENGES**

- Cholera outbreaks globally generate a high demand for medical and non-medical essential supplies, including the oral vaccine, resulting in limited supply for immediate distribution among all cholera-affected countries.
- In Haiti, lack of access to affected areas due to insecurity, on-going demonstrations and civil unrest continue to hinder epidemiological surveillance, the installation of Oral Rehydration Points (ORP) and Cholera Treatment Centers (CTCs), the transport of patients to CTCs and health promotion, as well as water, hygiene and sanitation activities at the community level.

 **HEALTH NEEDS**

In coordination with health authorities, the following **priority needs** have been identified to reduce morbidity and mortality:

- Medical and non-medical supplies for case management, including Oral Rehydration Salts (ORS), Ringer Lactate, cholera beds and WaSH supplies.
- Human resources, whose availability is limited in the country due to the security situation.
- Laboratory reagents and rapid diagnostic tests for the investigation and confirmation of cholera cases.
- Access to safe drinking water and improved hygiene and sanitation.

 **PAHO/WHO RESPONSE**

In line with the 5 pillars defined by the MSPP for the cholera outbreak response, PAHO/WHO continues to support the scale up of the MSPP response in Port-au-Prince and in the departments as follows:

**Epidemiological and laboratory Surveillance**

- In Haiti, DELR and PAHO/WHO are visiting the Artibonite and Centre Departments to assess the existing surveillance system and data collection process, visit Cholera Treatment Centers (CTCs) to identify gaps in materials and human resources, and deliver supplies for case management and institutional WaSH operations.
- PAHO/WHO is supporting Haitian public health authorities in all departments in conducting field investigations of alerts to identify suspected cases and collect samples for laboratory analysis.
- Given the complexity of ground transportation, PAHO/WHO is facilitating sample transportation to the national reference laboratory (LNSP) through UN Humanitarian Air Service (UNHAS) flights.



**Case management**

- PAHO/WHO is supporting the Centre Department Health Directorate in Haiti with a focal point to monitor cholera bed availability and occupancy rates in CTCs for patient care.
- In Haiti, PAHO/WHO is supporting the Health Decentralization Support Unit (UADS/MSPP) and the Directorate for the Organization of Health Services (DOSS/MSPP) to coordinate cholera case management operations and to assess the current capacity in the Artibonite and Centre Departments.

**Risk communications and community engagement**

- In Haiti, PAHO/WHO, is training an additional 300 Community Health Workers (ASCP) to be deployed in the communes of Carrefour, Petit Goave, Grand Goave, Leogane, Gressier, Ile de la Gonâve, Croix des Bouquets, and Kenscoff in the Ouest Department. The capacity building sessions are focusing on community awareness raising activities, prevention measures, active case finding, identification and reporting of alerts, and referrals for an integrated response to cholera at the community level.
- In Haiti, PAHO/WHO supported the MSPP in developing and disseminating key cholera awareness and prevention messages through SMS messages that have reached two million people in the Artibonite, Centre, Grand'Anse, and Nippes Departments, as well as posters targeting pregnant and breastfeeding women and radio messages aired in Artibonite and Centre Departments.

**Logistics**

- Since 10 October 2022, PAHO/WHO has supported the MSPP, the national laboratory of public health as well as health partners across the country with the delivery of 23,300 gallons of fuel to aid response operations as well as to ensure the functioning of CTCs, hospitals and clinics.



  Log In

Nov 7, 2022 - World

# Biden's new border policy throws Venezuelan migrants into limbo

 Liz Briceño Pazmiño

  



Venezuelan migrants wait to be registered after crossing the Darien Gap into Panama. Photo: Luis Acosta/AFP via Getty



to the U.S. in limbo.

**Why it matters:** More than 7.1 million people have left Venezuela since 2015 largely due to the country's dire humanitarian crisis, according to the UN. Just this year, 150,000 Venezuelans have arrived at the southern U.S. border — four times as many as in the year prior.

- Many arrived after making one of the world's most dangerous journeys, crossing the Darién Gap and up through Central America.

**Driving the news:** The Biden administration last month announced that Venezuelans who cross the U.S. southern border between ports of entry, without authorization, after Oct. 12 will be returned to Mexico.

- Venezuelans who irregularly entered Mexico or Panama after Oct. 12, as well as any Venezuelan who is a dual national of any country other than Venezuela or holds refugee status of any country will not be eligible for entry into the U.S.

- The Biden administration says the new policy is intended to create "a more orderly and safe process for people fleeing the humanitarian and economic crisis in Venezuela." The expulsions are being made under a pandemic Trump-era policy known as Title 42.

- The Department of Homeland Security also announced a process to allow up to 24,000 Venezuelans to enter the U.S. through its airports.

**Zoom in:** The U.S. decision was particularly concerning for those who were en route to the U.S. — many of whom had just crossed or were attempting to traverse the perilous Darién Gap.



the end of September, according to the [UN refugee agency](#).

- The journey involves traversing the treacherous jungle between Colombia and Panama, avoiding drug traffickers and violence.

- It's a journey Venezuelans who have done it, including Elianny who recently spoke to Axios, say is grueling.

**Elianny, 31,** fled Venezuela in 2016 and traversed the Darién jungle last year. Desperate to reach the U.S., she paid people smugglers $250 to help her and her two-year-old daughter.

- "I had already prepared myself psychologically before traveling because I knew anything could happen, but deep down I knew I had to protect my baby," says Elianny, who asked Axios to only use her first name because she's still going through the asylum process.

- Along the way, Elianny says she saw people being robbed and girls being raped. She says she hopes to one day forget those images.

- The smugglers abandoned her, and Elianny admits she's not sure what might have happened if not for the men who helped carry her daughter during difficult stretches. It took four grueling days to reach Panama, she says.

**After being temporarily detained** and then released by Panamanian authorities, they crossed through Central America until they reached the city of Acuña, Mexico, and crossed the Río Grande River.

- Once in Texas, she turned herself into authorities and requested refuge. Without a permit to work legally, she resorted to using

Haiti AR_001792

**AXIOS**   Q

- Elianny previously spent four years in Ecuador, but after the pandemic decimated that country's economy, she found it difficult to make ends meet.

**The big picture**: Mexican Foreign Minister Marcelo Ebrard announced that the had U.S. deported 1,768 Venezuelans to Mexico in the first week under the new policy. More Venezuelans than usual arriving at the southern border also requested refuge in Mexico rather than continuing on, he said.

**Those who stay in Mexico** will have limited job prospects, according to William Jensen, a former Mexican official who is also affiliated with the Mexican Council on International Affairs.

- Mexico is now home to many more migrants than the government is willing or able to support, and only a fraction gain stable, legal employment in areas like manufacturing, Jensen says. Many migrants are forced to sell items in the street or do other irregular work.

- Several media outlets have reported about Venezuelan migrants now sleeping on the street in Mexico, unsure of where they will end up.

- If Mexico deports Venezuelans further south, they could be vulnerable to extortion, kidnapping, violence, human trafficking or sexual exploitation, says Manolo Préstamo, an immigration expert at the Mexican Council on International Affairs who recently visited the border.

**What to watch:** The Biden administration hopes that people fleeing Venezuela will remain in neighboring countries rather than trying to

Haiti AR_001793



thousands of Venezuelan migrants. In Ecuador, the U.S. embassy has posted on social media encouraging Venezuelans to pursue regularization.

- José Regalado, President of the Venezuelan Civic Association of Ecuador, says some people are deciding to stay in Ecuador and apply for regularization due to Biden's new policy.

- Many others will likely still try to find a way north.



# Go deeper

Andrew Freedman, author of Axios Generate
28 mins ago - Energy & Environment

## Winter storm grips U.S, causing power outages, rare California snow



A worker clears snow from a work site on Feb. 23 in Minneapolis, Minnesota. Photo: Stephen Maturen/Getty Images

A sprawling, high-impact winter storm continues to affect the Lower 48 states, with the worst effects felt in the Upper Midwest, Northeast and West Coast Thursday.

**Threat level:** Ice took down trees and powerlines overnight in Michigan, leaving 740,000 customers without power. Combined outages due to ice, high winds and heavy snow across the country add up to more than 1 million as of Thursday at 11:30 am EST.

Go deeper (2 min. read) ⟶



Jacob Knutson

Updated 33 mins ago - Economy & Business



The site of the train derailment in East Palestine, Ohio, on Feb. 15. Photo: NTSB/Handout via Xinhua

The crew of the Norfolk Southern train that derailed in East Palestine, Ohio, attempted to stop it after receiving an alert about an overheating wheel bearing, an investigation found.

**Why it matters:** The preliminary findings from the National Transportation Safety Board's (NTSB) investigation released Thursday came as residents have pushed for answers from officials over the potential health dangers of long-term exposure.

Go deeper (1 min. read) ⟶

Ivana Saric

2 hours ago – Politics & Policy



A memorial for the victims of the shooting at the club in Colorado Springs, Colorado in Nov. 2022. Photo: Hyoung Chang/The Denver Post

Right-wing extremists committed every ideologically driven mass killing identified in the U.S. in 2022, with an "unusually high" proportion perpetrated by white supremacists, according to a new report published Thursday.

**Driving the news:** The high number of killings linked to white supremacists was "primarily due to mass shootings," the report released by the Anti-Defamation League found.

Go deeper (1 min. read) ⟶

   

# News worthy of your time.

Download the app ⟶



About Axios

Advertise with us

Careers

Events

Axios on HBO

Axios HQ

Privacy and terms

Online tracking choices

Do not sell my personal information

Contact us

Axios newsletters

Axios Pro

Axios app

Axios podcasts

Courses

Earn Axios rewards



🔲 My View    👤 Following    🔖 Saved

Americas

1 minute read · October 11, 2022 5:14 PM EDT · Last Updated 2 months ago

### Haiti's situation is dire and cannot persist, State Department says

Reuters



Haiti AR_001799



WASHINGTON, Oct 11 (Reuters) - The situation in Haiti has grown dire, with criminal groups blocking efforts to control a cholera outbreak, a U.S. State Department spokesman said on Tuesday, adding that the status quo "cannot persist."

An outbreak of cholera in Haiti this month has killed at least 16 people, according to the United Nations, while a gang blockade of a key fuel terminal has led to shortages of gasoline and diesel as well as bottled water.

Advertisement · Scroll to continue

"We note that situation has grown even more dire, even more dangerous with the actions of criminal actors that impede urgent measures to address the threat posed by cholera to the Haitian population," spokesman Ned Price said in a press briefing.



Register for free to Reuters and know the full story

Register now

He added the State Department continues to review, in coordination with other international partners, Haiti's Oct. 7 request for security assistance to confront gangs.

## Latest Updates

Business
**Keystone pipeline timetable for restart unclear; traders worry about supply**

Markets
**Miners, financials drag TSX index to three-week low**

View 2 more stories ⌄

Haiti AR_001800

Case 6:23-cv-00007   Document 93-7   Filed on 03/24/23 in TXSD   Page 115 of 191

"This is a status quo that cannot persist and we will continue to work and to speak with international partners on ways that we can facilitate the delivery of vital humanitarian assistance to the Haitian people," Price said.



### Register for free to Reuters and know the full story

Register now

Reporting by Humeyra Pamuk in Washington and Brian Ellsworth in Miami; Editing by Rosalba O'Brien

    

Our Standards: **The Thomson Reuters Trust Principles.**

## Read Next / Editor's Picks

United States
**TC Energy says has not found cause of Keystone oil pipeline leak**
December 11, 2022

Americas
**Peru President Boluarte pledges early elections after protests turn deadly**
8:39 AM EST

Americas
**Brazil economy ministry rejects Lula transition team's judgment on finances**
December 11, 2022

United States
**Kansas residents hold their noses as crews mop up massive U.S. oil spill**
December 11, 2022

Newsletter | Every weekday.

### Reuters Daily Briefing

All the news you need to start your day. (This includes the Reuters Weekend Briefing.)

Sign up

## More from Reuters

Haiti AR_001801

12/12/22, 11:12 AM
Haiti's situation is dire and cannot persist, State Department says | Reuters
Case 6:23-cv-00007    Document 93-7    Filed on 03/24/23 in TXSD    Page 116 of 191

## Mexico's Monex launches share buyback in move toward market exit

Markets · December 9, 2022

Mexican brokerage Grupo Financiero Monex launched a public tender offer on Friday for its shares, priced at 668.23 million pesos ($33.85 million), as the company moves to finalize its departure from Mexico's main stock exchange.

Americas

**Panama ex-President Martinelli to stand trial on money laundering charge**

December 9, 2022

Americas

**Gasoline queues return in Venezuela as refineries fail to produce**

December 9, 2022

Americas

**Colombia, U.S. to hold conference on migration in 2023**

December 9, 2022

Americas

**Brazil's next defense minister is a political veteran, respected by military**

Haiti AR_001802

Latest

**Home**

Media

 **Videos** ⧉

 **Pictures** ⧉

 **Graphics** ⧉

Browse

**World**

**Business**

**Legal**

**Markets**

**Breakingviews**

**Technology**

**Investigations** ⧉

**Lifestyle**

About Reuters

**About Reuters** ⧉

**Careers** ⧉

**Reuters News Agency** ⧉

**Brand Attribution Guidelines** ⧉

**Reuters Leadership** ⧉

**Reuters Fact Check** ⧉

**Reuters Diversity Report** ⧉

Stay Informed

**Download the App** ⧉

**Newsletters** ⧉

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

**Westlaw** ⧉

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource** ⧉

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint** ⧉

The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

**Refinitiv Workspace** ⧉

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Refinitiv Data Catalogue** ⧉

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**Refinitiv World-Check** ⧉

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Haiti AR_001803

**Advertise With Us** ⧉   **Advertising Guidelines** ⧉

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** ⧉   **Terms of Use** ⧉   **Privacy** ⧉   **Digital Accessibility** ⧉   **Corrections** ⧉   **Site Feedback** ⧉

© 2022 Reuters. All rights reserved

Haiti AR_001804

Haiti AR_001805

Haiti AR_001806

Haiti AR_001807

Haiti AR_001808

Q&A / LATIN AMERICA & CARIBBEAN    27 JULY 2022

# New Gang Battle Lines Scar Haiti as Political Deadlock Persists

*Increasingly deadly turf wars between rival gang coalitions have revealed the depth of Haiti's political morass. In this Q&A, Crisis Group shows how the former and the latter are deeply intertwined.*





go Da Rin
ultant, Latin America and Caribbean

ted Tags

**What is behind the rising violence in Haiti, and how have security conditions changed since the president was assassinated in 2021?**

Security in Haiti has deteriorated sharply since President Jovenel Moïse was shot to death inside his private residence in the early hours of 7 July 2021, with clashes between well-armed criminal gangs causing hundreds of violent deaths in recent months. It is still unclear who was behind the president's assassination. In the meantime, Haiti's gangs have exploited the instability created by his death to expand their territorial footprint beyond what they have held for decades. The turf wars have been brutal. Human rights organisations have said there were more than 1,200 kidnappings in 2021, almost twice the number reported in 2020 and five times more than in 2019. Homicides have increased by at least 17 per cent, but because of under-reporting the real number might be considerably higher.

Haiti AR_001809

Case 6:23-cv-00007     Document 93-7     Filed on 03/24/23 in TXSD     Page 124 of 191

Recent episodes of gang violence illustrate the severity of the security crisis. Clashes between 24 April and 6 May left at least 188 dead and displaced over 16,000 in the capital Port-au-Prince, which is home to nearly 3 million people. Gunfights that started on 7 July and raged for ten days in the nearby slums of Cité Soleil have killed at least 300 people and left some 160 wounded. The battles have intensified of late in the northern and north-eastern districts of Port-au-Prince, threatening to cut off the capital from the rest of the country. A tense calm has allowed the mayor of Cité Soleil to open a humanitarian corridor and UN agencies have started delivering aid to the most vulnerable residents there, but sources worry that the violence could restart at any moment. Clashes are hindering traffic on two of the roads that connect Port-au-Prince with the northern states, while fighting has already blocked a third one leading to the south. On 10 June, members of the gang Village de Dieu seized the Court of First Instance of Port-au-Prince, the largest court in the country. The Haitian National Police have not yet tried to regain control of the courthouse, fuelling rumours that the gangs may seek to take over other public buildings, including the Haitian parliament.

---

*Many in Haiti see [Prime Minister Henry] as the face of continuity for an entrenched system of political corruption.*

---

There are few brakes on the gangs' growth and no impediments in sight given politicians' failure to create a legitimate government since Moïse's assassination. With international backing, Ariel Henry has acted as interim prime minister since July 2021, but many in Haiti see him as the face of continuity for an entrenched system of political corruption. Haitian law enforcement officers have leaked reports accusing Henry of obstructing the investigation into Moïse's death, going so far as to suggest that the acting premier has direct links to the murder's masterminds, which he denies. The so-called Montana Accord, a coalition of over 180 political parties and civil society organisations, is challenging Henry's mandate, instead proposing a "Haitian-led solution" involving a two-year transitional government formed by representatives of different social sectors. Discussions between Henry and Accord members have yielded no agreement.

Amid the power vacuum, the gangs have been able to kill, kidnap and extort with little resistance from the state. Sources told Crisis Group that gang leaders aim to consolidate control of populous neighbourhoods before new elections are scheduled so they can coerce residents to vote for certain candidates, assuring them a valuable negotiating tool with politicians.

**Which are the main gangs in Haiti, and why are they fighting?**

There are around 200 gangs across Haiti, 95 of which operate in metropolitan Port-au-Prince. The gangs have historically established strongholds in the capital's overcrowded slums. These neighbourhoods are of great political value because of their large populations and remain easy to defend from state security forces due to their lack of urban planning: their narrow, unpaved roads are difficult for vehicles to navigate. The gangs often use civilians as human shields when the security forces do attempt to enter. Beyond the capital and its vicinity, gangs have also established footholds in cities such as Cap Haïtien, Gonaïves, Les Cayes, Jérémie and Jacmel – all densely populated ports connected to main roads.

Many of Haiti's gangs have coalesced around two main alliances: the G9 an Fanmi e Alye, also known as the G9, headed by former police officer Jimmy "Barbecue" Chérizier, and the GPèp la, also known as the Gpèp, led by Gabriel Jean Pierre, alias "Ti Gabriel". The G9 was officially created in June 2020, when the heads of nine major Port-au-Prince gangs formed a coalition, with the aim of establishing armed supremacy. After extending an invitation to all of Cité Soleil's gangs to join, they launched a coordinated attack on those who said no. The next month, Ti Gabriel, leader of the gang Nan Brooklyn, gathered all the refusers under the Gpèp banner.

---

*Gangs have decapitated opponents in public, burnt corpses on the street, set fire to houses and used sexual violence to intimidate residents out of collaborating with their rivals.*

---

A two-party gang war on numerous fronts has thus superseded the old local rivalries, as the G9 and Gpèp vie for overall ascendancy. The Gpèp has gradually expanded into a broader alliance beyond Cité Soleil to resist the G9's rise. Fighting has spread, with civilians stuck at home to stay out of the crossfire. Gangs have decapitated opponents in public, burnt corpses on the street, set fire to houses and used sexual violence to intimidate residents out of collaborating with their rivals. The effects of this violence are increasingly pernicious. The blockage of Route 2, the road connecting Port-au-Prince to the south, has also hampered humanitarian groups trying to reach victims of the earthquake that destroyed southern cities in August 2021.

Until April, the most powerful gang in Port-au-Prince, 400 Mawozo, stayed on the sidelines, but it has now joined the battle. Having built its power around the commune of Croix-de-Bouquets, on the capital's north-eastern outskirts, this gang attained international notoriety when it kidnapped seventeen Christian missionaries from the U.S. and Canada in 2021. Coordinated attacks involving the Gpèp's Cité Soleil gangs and 400 Mawozo in April indicate that they have sealed an alliance of convenience. Sources tell Crisis Group that 400 Mawozo's assistance has been vital to preventing the G9 from scoring a quick victory over Gpèp, which it would otherwise overpower.

### What is the relationship among criminal gangs, political power and wealth?

Politicians and the business elite in Haiti have historically relied on gangs to obtain and exert power, but the criminals have grown more autonomous in recent years. While powerful paramilitary organisations controlled by the executive branch date back to the Duvalier dictatorship (1957-1986), the organisations that engendered today's gangs were born during the second presidency of Jean Bertrand Aristide between 2001 and 2004. During those years, young people, primarily from the poor neighbourhoods of northern Port-au-Prince, formed extralegal armed groups known as *chimères* to help consolidate the power of Aristide's Fanmi Lavalas party, as well as to deter his adversaries from ousting him. Aristide was unpopular with Haitian elites and former members of the armed forces, which he had disbanded in 1995 (during his first presidency) out of concern that they might impede the consolidation of democracy by attempting a coup d'état.

Haiti AR_001811

Case 6:23-cv-00007   Document 93-7   Filed on 03/24/23 in TXSD   Page 126 of 191

Moïse did not hesitate in using the gangs to his political advantage. To cope with massive demonstrations, which broke out in July 2018 after the government announced a sharp hike in fuel prices, and which continued for two years in response to corruption scandals, high-ranking officials – including at the Interior Ministry – reportedly helped plan three massacres of dissenters. Gang members, allegedly protected by Haitian National Police officers, killed at least 240 people in La Saline, Bel-Air and Cité Soleil, three poor neighbourhoods of Port-au-Prince seen as hotbeds of anti-Moïse unrest. U.S. authorities and human rights organisations have accused G9 leader Chérizier, who was until 2018 part of a special police unit, of being behind these attacks. Moïse and his allies denied accusations of links to the G9 or involvement in the massacres. The spokesperson for the state's National Disarmament, Demobilisation and Reintegration Commission, which the late president reactivated in 2019 to promote gangs' disarmament, did say that the reorganisation of the gangs, which has empowered the criminal groups, took place after the Commission had encouraged gang leaders to form a coalition to facilitate negotiations with the government.

---

*[Gangs] have continued to rely on businessmen for subventions and on politicians for shelter from police and justice investigations.*

---

Notwithstanding their links to Haiti's elites, criminal groups have not tended to be motivated by political considerations. Most of these alliances have been rooted in an exchange of benefits: elites use gang violence to suppress political opposition, influence electoral outcomes and secure economic monopolies; the gangs use their elite connections to secure funding, weapons and ammunition, as well as impunity for their crimes. Although the gangs have diversified their sources of financing, which today include ransom from kidnappings, extortion of businesses, such as public transport companies, and profits from arms and drug trafficking, they have continued to rely on businessmen for subventions and on politicians for shelter from police and justice investigations.

These relations, however, have been subtly shifting in recent months. The military might behind the G9 coalition appears to have fed Chérizier's desire for political power. In a video that went viral on social media, he stated that the G9 was a revolutionary force opposed to the whole political establishment (excluding, apparently, Moïse, whom he deemed a protector of the poor). A few days after Moïse's murder, heavily armed men belonging to the G9, followed by hundreds of people, paraded through the streets of Port-au-Prince to pay tribute to the president, while Chérizier affirmed that his death would be avenged. On 17 October 2021, his men forced Henry and his security detail to flee an official commemoration, and later that day, blocked access to the country's largest oil terminal. The blockage would last almost a month, creating severe fuel shortages in Port-au-Prince and other cities. Chérizier demanded that the prime minister resign, and while Henry did not step down, the government entered negotiations with the G9 about resuming fuel deliveries. The terms of their eventual agreement were never made public.

**Why have the Haitian police been unable to curb the gangs' growth? What needs to be done to make the security responses more effective?**

Haiti AR_001812

The Haitian National Police, the sole state security force mandated to tackle criminal violence, has fallen woefully short in that task. It was created in 1995, the same year that Aristide disbanded the armed forces. The National Police has more than ten specialised units to combat organised crime, but they face various obstacles in their anti-gang efforts. Alongside MINUSTAH, the UN peacekeeping force that operated from 2004 to 2017, the police units did indeed reduce violent crime in hotspots around Port-au-Prince. But they did not succeed in dismantling the gangs, partly because there was no successful social reintegration campaign for gang members, most of whom hung onto their guns.

Now, despite tens of millions of dollars of assistance over the past 25 years, the Haitian police find themselves under-equipped, outgunned and underpaid. Since the UN mission ended, the police have failed to expand their ranks: with under 16,000 officers on the job, the police-to-population ratio is lower than what UN missions recommend. Washington has lifted the arms embargo it established in the mid-1990s, but the executive branch still has to notify Congress of any sales and there are no plans afoot to sell weapons to the Haitian police. Gang members, by contrast, have no problem acquiring sophisticated high-calibre weapons on the black market.

> *An expert … believes that about 40 per cent of officers are directly or indirectly connected to gangs.*

As Crisis Group has noted, collusion between state security forces and illegal armed groups has flourished in the absence of political will to hold corrupt officers accountable and because of the efforts of those in power to deploy the police (as well as gangs) to serve their personal interests. An expert with close knowledge of the way the Haitian police operate believes that about 40 per cent of officers are directly or indirectly connected to gangs. A case in point is G9 leader Chérizier, who frequently points out that he served for fourteen years as a police officer. In fact, Chérizier headed a notorious gang, the Delmas 6, for several months, while still serving as an agent of a special police unit devoted to fighting criminal groups. Collusion is not just financially motivated. For many police officers, working with gangs is a matter of survival: many of them live in poor neighbourhoods controlled by armed groups, and though they might not have chosen to collaborate with gangs, confronting them would lead to certain death.

Although the police force has been largely incapable of responding to the security threats facing Haiti, there are a few exceptions worth noting. In the immediate aftermath of Moïse's assassination, the police were quick to arrest over 40 suspects. While none of them have been brought to trial, it demonstrated that, when they want to, the police can move fast. The police have also systematically targeted the 400 Mawozo gang, reducing its capacity to carry out kidnappings for ransom, its main source of financing.

### What kind of assistance could Haiti's international partners provide to mitigate and prevent further violence?

Haiti's partners should step up their financial and technical support aimed at bolstering the security forces, which have grown noticeably weaker over the past year: in May, the National Police's director acknowledged that more than 1,000 officers have recently abandoned their posts because of their precarious working and living conditions. A comprehensive revamp of the police will require strengthening their intelligence gathering, creating a specialised anti-gang task force, which is already in the works, and reinforcing oversight structures to address gang infiltration. International partners should also ramp up efforts to stop arms smuggling into Haiti. Over the last month, authorities have intercepted

four shipments of arms in Port-au-Prince and Port-de-Paix, all coming from the U.S. These operations come in the wake of the dismissal of the Haitian customs agency director, who is being investigated on charges of arms trafficking and money laundering. Ports have until recently faced little scrutiny from state authorities, but international cooperation agreements on this front could help the Haitian state expand its oversight over shipments.

A strategy focused solely on security, however, is insufficient. Crisis Group has recommended that donors consider supporting a specialised office, buttressed by international partners, to help stymie corruption in the police force and overcome the impunity enjoyed by political and business elites. Over the long term, a demobilisation process that offers an off-ramp to gang members and real livelihood alternatives will also be an indispensable step toward reducing violence. These policies, however, are expensive to implement and Haiti – the Western Hemisphere's poorest country – is facing a harrowing economic crisis, with donor funding in short supply. A UN Development Programme initiative creating a multi-donor fund to bolster the security force's operational and intelligence-gathering capacity has raised less than one third of its $28 million funding target, though the U.S. government recently announced an additional $48 million in security assistance.

### Haitians resent what they perceive as a long history of foreign intervention.

Beyond the financial costs, the appropriate dimension of foreign support remains a matter of great controversy in Haiti. Haitians resent what they perceive as a long history of foreign intervention that, at best, has little to show for it – and, at worst, has hurt their country. Animosity is particularly fierce toward the UN, after departing MINUSTAH soldiers abandoned hundreds of girls and women whom they had impregnated. The UN has also refused to pay compensation after its peacekeepers inadvertently started a bout of cholera that killed over 10,000. There is no love lost either between many Haitians and the current UN political mission BINUH, which critics say has "miserably failed" as the political, economic and security situation has only got worse on its watch. Haitian civil society organisations have also accused the country's Core Group (of which the UN is a member, alongside the ambassadors from Germany, Brazil, Canada, Spain, the U.S., France, the EU and a representative from the Organisation of American States) of perpetuating a corrupt regime by supporting Henry's government.

Despite calls from civil society organisations to end its mandate, the UN Security Council renewed BINUH for another year in a 15 July resolution, directing it to focus on helping Haitian authorities to address the country's political and security crises. In addition to requesting that member states prohibit arms trafficking to Haiti, the resolution threatened sanctions against those who engage or support gang activity. In the days preceding the vote, a number of countries expressed support in private for an international police mission in Haiti, though the details of what that would look like remain fuzzy. External actors interested in this option will need to step cautiously – taking into account local animosity toward foreign intervention and the UN's compromised reputation in Haiti – and should focus first on how to strengthen the force's independence and integrity.

The Security Council also reiterated the need for urgent agreement on a political process that leads to free and fair elections, acknowledging that "breaking links between political and economic actors and gangs" must be a priority. But it did not ask BINUH to work on this latter issue, and questions linger as to which international body, if any, could lead this effort, meaning that the main source of international pressure and support is likely to be bilateral partners. As Crisis Group's Deputy Program Director for Latin America, Renata Segura, has argued in *Foreign Affairs*, Haiti cannot become a significantly safer place

unless and until it addresses its political turmoil. Much of the state is in shambles: because of postponed elections, only one third of Senate seats are filled, the lower house is entirely empty and the Supreme Court is not functioning. Operating outside the constitutional framework, these weak institutions cannot even aspire to a monopoly on violence. It is urgent that Henry and the Montana Accord members negotiate a consensus that allows a stable transitional government to come into being with a realistic timetable for elections, and Haiti's foreign partners should press upon them the urgency of doing so. Until that happens, the gangs will only continue to get stronger and Haitians will face a grim future.

Haiti AR_001815

 REUTERS

EVERYTHINGNEWS

JULY 25, 2022 / 6:33 AM / UPDATED 7 MONTHS AGO

# The border's toll: Migrants increasingly die crossing into U.S. from Mexico

By Mica Rosenberg, Kristina Cooke, Daniel Trotta



SAN DIEGO, California, July 25 (Reuters) - In the early hours of Friday, May 6, Gerardo Avila and five other migrants scaled the 18-foot U.S. border wall next to a Mexican highway, about a quarter mile west of the Otay Mesa port of entry in San Diego.

Avila had been deported to Mexico a few weeks earlier after three decades in the United States, and was trying to get back to his family for Mother's Day, relatives said.

As he was climbing, bright lights from a border patrol vehicle flashed in the direction of the wall, illuminating the foggy night sky. Agents heard a scream and saw Avila fall about 15 feet (4.5 m), according to a Border Patrol statement, which identified him only as a "male citizen of Mexico."

Avila, 47, was declared dead at the scene. The others were rushed to hospital. His death was part of a spike in fatalities along the U.S.-Mexico border, which broke records last year. New data from the United Nations shows the trend is on track to be as bad or worse this year.

From the highways of San Antonio, Texas, where 53 migrants died last month after being packed into a sweltering tractor-trailer, to the currents of the Rio Grande, the unrelenting heat of the desert in Arizona and the wall that former President Donald Trump touted as "just about unclimbable," there have been more than 1,000 fatalities on the border since U.S. President Joe Biden took office in January 2021.

Haiti AR_001816

Some of the deaths, medical experts and advocates told Reuters, are a legacy of Trump-era policies. The towering wall - built as high as a three-storey building in some sections - has multiplied serious injuries for those who try to scale it.

A record number of crossings, more than 1.7 million so far this fiscal year through June, have been fueled in part by an expulsion policy put in place by Trump, a Republican, that Biden, a Democrat, has been unable to end.

It cuts off options for requesting asylum, pushing migrants to seek entry multiple times along ever-more-risky clandestine routes. Republicans say Biden's promise of a more "humane" approach to the border has encouraged migrants to embark on the dangerous journey to the United States in ever greater numbers.

## THE TOLL

Last year was the deadliest for migrants crossing the border, with 728 fatalities recorded by the United Nations, which started counting in 2014. The U.N. has counted 340 more this year, apace with 2021's grim record.

In Arizona, deaths last year were the highest in four decades of data collected from local medical examiners. In the San Diego area, Scripps Mercy hospital reported a roughly five-fold jump in admissions for wall-related injuries after Trump built the higher border wall, data shared with Reuters show.

U.S. Customs and Border Protection (CBP) acknowledged in a statement "a rise in the number of deaths." It blamed smuggling organizations "with no regard for human life," who abandon migrants in remote and dangerous areas.

CBP has not published data on deaths on its website since fiscal year 2020.

Record keeping is patchy. Some migrants who die are never found or identified.

Following congressional mandates, CBP changed here how it counts fatalities along the border last year to include only those who die in custody, during arrests or when agents were nearby. The agency told Reuters there were 151 such "CBP-related" deaths in the 2021 fiscal year, a previously unreported number.

Bodies discovered by CBP or others are not currently included in the agency's data.

Avila's death, which is being investigated by local and federal authorities, would likely be counted under the new methodology because CBP agents were present when he died. Reuters was unable to establish what caused Avila and the others to fall.

## THE WALL

The primary fence Avila fell from doubled in height to 18 feet under Trump, whose campaign rallying cry of "build the wall" launched him to the presidency in 2016. A 30-foot secondary fence was built in the same section.

On one morning in May, Vishal Bansal, Scripps Mercy's chief of trauma surgery, and his team saw three border patients.

Two were recent arrivals with fractures to the lower extremities, another had a head injury, had been unresponsive for weeks and was given a 50/50 chance of survival.

"We have seen a massive uptick in the number of patients since the end of 2021 until now," Bansal said.

While the hospital attends migrants injured at sea or in crashes after high-speed chases with border patrol, the majority are injured "falling from the border wall," he said.

The trauma center at Scripps Mercy - where the hills of Tijuana, Mexico are visible out the windows - alternates months with nearby University of California at San Diego (UCSD)

Medical Center to receive patients injured while crossing the border.

A UCSD study published by the Journal of the American Medical Association on April 29 found the higher border wall was associated with more deaths and severe injuries as well as increased costs for the hospital.

From 2019 to 2021, after the higher wall sections were completed, there were 375 UCSD admissions due to falls, a more than five-fold increase compared to the previous three-year period.

Four of the people injured in the fall on May 6, when Avila died, were rushed to Scripps Mercy, which has recorded 209 border fence falls from 2019 to 2021, up from 43 recorded in the previous three years, according to the data shared with Reuters.

In the first five months of this year the hospital received three times more border injury patients than in the same period last year.

One of the recent arrivals, Juan Jesus, 24, had already gone through two operations on his broken lower left leg, and suffered spine and hip injuries after falling from the wall.

Juan Jesus, a truck driver who spoke on condition his last name not be used, said he fled Mexico after suffering multiple armed robberies of his cargo and threats to his family. One night after sundown, he and a friend found a discarded metal ladder on the Mexican side of the border and decided to use it to go over the fence near the Tijuana airport.

They cleared the first, shorter fence just fine, Juan Jesus said, reaching U.S. territory. But they still had to scale the second 30-foot barrier, and the ladder was not quite tall enough.

As he neared the top, it came away from the wall and he fell, breaking his leg. He lay immobile and in pain, until the Border Patrol arrived and called an ambulance.

Gerardo Avila also took great risks scaling the wall, but unlike Juan Jesus he wasn't fleeing home, he was trying to get back.

Avila first arrived in the United States as a teenager in 1990, according to court records, coming "through the hills." He, his mother and nine siblings all settled in the country. He worked in construction and made a life in Perris, California with his wife and five step-children, according to his sister, Elisa Sandoval.

Avila spent years fighting to stay in the country, before losing his final appeal last year. In immigration court, U.S. Immigration and Customs Enforcement prosecutors pointed to a 2006 conviction for driving under the influence and hit and run with injury as a reason his request for leniency should be denied.

Avila told the court that he checked on the driver he rear-ended and gave her his insurance information before driving on. He was arrested shortly after leaving the scene, records show, and was sentenced to 20 days in jail and three years probation.

On March 16 of this year, Avila was arrested by a border patrol criminal-targeting team at a Home Depot in Perris and deported through the San Ysidro port of entry that same day.

"He was really desperate to get back," his sister Sandoval said. Instead, he was buried in California on his 48th birthday.

"I think the wall is stupid. Trump is to blame for these deaths," she said.

Asked about the role of the wall in injuries and deaths, a spokesperson for Trump blamed Biden's policies for "mayhem" on the southern border.

## THE ROAD

One of Trump's signature policies that Biden has so far not overturned allows border agents to quickly expel migrants back across the border.

An unintended consequence: many simply cross again and again, often making increasingly risky choices to avoid detection.

Brothers Mariano, 32, and Begai Santiago, 33, from a tiny village in the southern Mexican state of Oaxaca, where most residents speak the indigenous language of Chinanteco, set out for Atlanta, Georgia for work. They were turned back by U.S. officials twice, but kept trying.

"He told me he was going to try to cross a third and final time," Mariano's wife Luz Estrella Cuevas told Reuters.

The third time, they crossed undetected, and then boarded a tractor-trailer packed with dozens of other migrants headed to San Antonio.

Mariano did not make it out alive.

He was one of 53 victims who died locked inside the overheated trailer on the side of a Texas highway on June 27, the most deadly smuggling incident in recent U.S. history.

Begai survived to recover in a San Antonio hospital.

The brothers were identified in part because U.S. authorities had records of their previous crossings.

Migrants have been turned around more than 2 million times since the Trump policy known as Title 42 was put in place in the name of protecting public health in March 2020 at the start of the COVID-19 pandemic, according to U.S. government data.

Francisco Garduno, head of Mexico's National Migration Institute, said Mexican migrants now try to cross on average four times and some more than a dozen times.

"Sometimes they are returned and try to cross again the next day," Garduno told reporters in June.

U.S. immigration authorities said they could not comment on whether the brothers were expelled under Title 42 because the investigation was ongoing.

## THE DESERT

A clampdown on asylum claims eventually drove Guatemalan Sandy Montufar deep into the Arizona desert.

Montufar first fled central Guatemala in 2018 after an assault left her unconscious for more than a week, her mother, Teresa, said.

Montufar set out for the U.S.-Mexico border carrying police reports detailing the assault in the hopes of getting asylum.

"They didn't give her a chance," Teresa said, "they just deported her."

CBP did not respond to requests for comment on her case.

At the time, the Trump administration was making it harder to seek asylum, arguing that most claims were without merit.

Once home, where her family were subsistence farmers, she was still afraid, Teresa said, and earlier this year, at 23, she tried again.

Around 5 p.m. on September 5, Montufar called her mother to say she was going to cross the border. The next thing Teresa heard was from a person traveling with Montufar, who said the group left her in the desert after she was too weak to continue.

He had her phone and some rosary beads, a parting gift from her mother.

Relatives in Arizona went to search for her, Teresa said, but it was too late.

Her skeletal remains were discovered on Sept. 16 on Tohono Oodham Nation land, according to data from local medical examiners collected by the Arizona-based Humane Borders initiative.

Her cause of death was logged as undetermined, the Pima County medical examiner's office said.

In 2021, 225 deceased migrants were found along Arizona's some 400-mile long border with Mexico, data from Humane Borders shows, the most since the earliest record kept in 1981.

Rescues by border agents along the southwest border have topped 14,000 since the start of the 2022 fiscal year, more than recorded for the full 2021 fiscal year.

Border Patrol Agent Jesus Vasavilbaso said emergency calls in the Tucson sector were up more than 25 percent compared to the same period last year.

"We are receiving approximately 16 calls a day," he said. "Every single day."

Teresa said their family paid thousands of dollars for the trip, but the smugglers stopped answering calls after her daughter went missing.

"They wash their hands of it, they leave people like they were worth nothing," she said. (Additional reporting by Lizbeth Diaz in Mexico City, Jackie Botts in Oaxaca and Alexandra Ulmer in San Francisco; Editing by Frank Jack Daniel)

*Our Standards: The Thomson Reuters Trust Principles.*



**PAID PROMOTIONAL LINKS**

Prom



March 14th Announcement Could Trigger Paradigm Shift in Stocks

Stansberry Research



Commission-Free Trades on Stocks Options Trades. Learn more.

TradeStation



Build relationships that build a career. Hiring today.

Fidelity Investments



Elevate your stays with Automatic IHG® Silver Elite status

Chase IHG® Traveler Card



July 25th U.S. Gov Could Turn World Upside Down

Altimetry

Haiti AR_001824

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2023 Reuters. All Rights Reserved.



Biden, Putin display their alliances with Ukraine war backdrop

22 Feb

China reports magnitude 7.3 earthquake n
Tajikistan

23 Feb



Fed minutes to detail debate over rate hike endgame

22 Feb



Massive snowstorm closes schools, grounds flights in U.S. heartland

22 Feb



Exclusive: U.S. to vet
more closely before a

22 Feb

MORE FROM REUTERS



Indian truckers say Hindenburg report a godsend in Adani dispute

23 Feb



For tech giants, AI like Bing and Bard pose search...

22 Feb







Britain's salad vegetable crisis its own fault, says former...

23 Feb



Schoolteacher stabbed to death by pupil in southwest France

22 Feb



Finland and Sweden NATO 'hand-in-hand

22 Feb

COUNCIL *on*
FOREIGN
RELATIONS

## Ten Graphics That Explain the U.S. Struggle With Migrant Flows in 2022

Spurred on by worsening economic and political crises across Latin America, migration to the United States reached record levels in 2022. Here's a look at the year's major immigration stories.

Article *by* Diana Roy

*Last updated December 1, 2022 2:50 pm (EST)*

President Joe Biden took office in 2021 with a promise to reform what he called an "inhumane" approach to U.S. immigration policy by his predecessor Donald Trump. But the challenges at the southern U.S. border deepened over the past year, with a record number of migrants apprehended as people increasingly fled rising violence and economic crises in Haiti, Venezuela, Central America, and elsewhere. In response, the White House has continued several controversial policies imposed under Trump, but it has struggled to manage an overburdened immigration system, and critics have called for greater protections for migrants. Here are ten graphics that explain migration flows to the United States in 2022.

## Haiti's Crisis Deepens

*More From Our Experts*

Will Freeman

### Colombia Tries a Transformative Left Turn

James M. Lindsay

TWE Celebrates Presidents' Day

Edward Alden

## More Lost Chances on Immigration Reform Hurt the U.S. Economy

More than a year after the assassination of President Jovenel Moïse, Haiti's humanitarian crisis has grown more dire. Amid continued political upheaval, the country has fallen deeper into economic disarray, with inflation reaching double digits and more than 70 percent of the population living below the poverty line. Meanwhile, the combined effects of natural disasters, disease outbreaks, high fuel costs, and a surge in deadly gang-related violence in the capital, Port-au-Prince, have spurred calls for international intervention. To escape the turmoil, tens of thousands of Haitian migrants have risked their lives to seek asylum in the United States, with most making the dangerous journey to the southern U.S. border on foot or by boat. In response, the Biden administration deported [PDF] more than 14,700 Haitian migrants between January and October 2022, almost as many as it deported the entire previous year. It has also reportedly begun planning responses for a potential surge in migration by boat, which could include using temporary holding facilities at the U.S. naval base at Guantánamo Bay, Cuba.



### Growing Instability Spurs Migration From Haiti

**2021  JUL** — **July 7, 2021:** President Jovenel Moïse is assassinated.

**AUG**

— **August 14 and 16, 2021:** Back-to-back natural disasters devastate Hai internally displacing tens of thousands of people.

**SEP**

**OCT**

— **October 16, 2021:** A street gang kidnaps seventeen U.S. missionaries



NOV — near Haiti's capital, Port-au-Prince.
**November 2021:** A U.S. government report estimates that gangs cont about 60 percent of the country.

DEC

2022 JAN — **January 1, 2022:** Acting Prime Minister Ariel Henry survives an assassination attempt.

FEB

— **February 2022:** Thousands of families flee their homes amid widespread flooding.

MAR

APR

MAY

JUN

— **June 2022:** The number of Haitian migrants returned to Haiti by U.S. authorities since September 2021 surpasses 26,000.

JUL

— **July 8–17, 2022:** Almost 500 people are injured, killed, or reported missing following a wave of gang violence in the commune of Cité Soleil.

AUG

SEP — **September 11, 2022:** Henry ends the government's fuel program, causing prices to double and sparking mass protests.

— **September 12, 2022:** Gangs blockade Haiti's largest fuel depot.

OCT — **October 5, 2022:** The government requests an international military intervention to combat rising gang violence, but the United Nations remains divided.

NOV

DEC

*Sources:* CFR research; Congressional Research Service.

# Northern Triangle Exodus Continues

Over 541,000 of the more than two million migrants who arrived at the southern U.S. border in fiscal year 2022 (FY2022) hailed from the so-called Northern Triangle countries of El Salvador, Guatemala, and Honduras. While Central America's overall share of total migration flows to the United States has shrunk, migration from the

region has rebounded to prepandemic levels after reaching a low of just over one hundred thousand migrants in FY2020. After decades of civil war and political instability, the Northern Triangle countries have among the lowest economic output and highest homicide rates in Latin America. Criminal violence was on the rise in 2022, and El Salvador's sudden spike in gang violence led to a sweeping government crackdown. Meanwhile, immigration reform advocates say the implementation of Biden's $4 billion plan to address the drivers of Central American migration has been slow [PDF].



### Homicide Rates in the Northern Triangle and Surrounding Countries
Homicides per 100,000 people in 2021

*Source:* Igarapé Institute.

# Migrants Flock to the Darién Gap

Record numbers of migrants risked their lives in 2022 to cross the treacherous Darién Gap, a remote jungle region bridging Central and South America. The gap became a leading transit point for those in search of work and safety in the United States after authorities cracked down on other routes by air and sea. More than 151,000 migrants made the trek in the first nine months of the year, up from just a couple hundred people annually a decade ago. The majority were from Cuba, Ecuador, Haiti, and Venezuela, though some traveled from as far away as Uzbekistan. At least eighteen migrants are known to have died along the route this year, though the actual figure is likely much higher. The numbers are only expected to increase, even as the United States ramps up expulsions and otherwise attempts to dissuade would-be migrants.





*Sources:* Voice of America; NASA.

# Border Crossings Reach Record Levels

Apprehensions of migrants at the southern U.S. border surpassed 2.3 million in FY2022, a record high. Migrants from Cuba, Nicaragua, and Venezuela drove much of the increase, accounting for 24 percent of all apprehensions. After promising to reverse President Trump's controversial border approach, Biden has struggled with the influx. He halted construction of the border wall, ended travel bans, restarted green card processing, and sent to Congress a comprehensive immigration reform bill that would provide undocumented immigrants with a path to citizenship. But the legislation has stalled, and Biden has continued many Trump-era policies, including Title 42, a pandemic-related public health order allowing for the immediate expulsion of migrants. More than one million expulsions were carried out under Title 42 in both FY2021 and FY2022; however, in November 2022, a federal judge ordered the Biden administration to quickly end the policy.

*More From Our Experts*

Will Freeman

## Colombia Tries a Transformative Left Turn

James M. Lindsay

## TWE Celebrates Presidents' Day

Edward Alden

## More Lost Chances on Immigration Reform Hurt the U.S. Economy

**Border Crossings Reach Unprecedented Levels**

Southwestern border encounters (expulsions and apprehensions) by fiscal year



2022

Note: Data for fiscal years 2021 and 2022 include Title 42 expulsions and apprehensions under Title 8, which allows border patrols agents to send back undocumented migrants.

# Immigration Backlog Hits All-Time High

The backlog of cases pending in U.S. immigration courts currently sits at almost two million—the most in history. From just over 186,000 cases in FY2008, the backlog began accelerating under Presidents Barack Obama and Trump before soaring during the Biden administration. Legal analysts have largely attributed the surge in cases to staffing issues; the COVID-19 pandemic, which temporarily halted in-person services and processing; and a deluge of new court filings that began in late 2021. Wait times for a hearing now average almost five years, including for migrants seeking asylum or other emergency humanitarian relief. Meanwhile, the average caseload for immigration judges has grown, with some having as many as five thousand pending cases [PDF] on their dockets.



### U.S. Immigration Court Backlog at All-Time High

Pending cases by fiscal year

Note: Totals include immigration charges as well as charges related to national security and terrorism.

COUNCIL on

# 'Remain in Mexico' Officially Ends

## The World This Week

A weekly digest of the latest from CFR on the biggest foreign policy stories of the week, featuring briefs, opinions, and explainers. *Every Friday.*

Email Address

Subscribe

View all newsletters ›

Months after a Texas district court forced the Biden administration to restart the Migrant Protection Protocols (MPP), also known as the "Remain in Mexico" program, the Supreme Court ruled in June 2022 that the White House had the authority to officially end the controversial policy. Created under Trump, MPP sent asylum seekers apprehended at the southern U.S. border back to wait in Mexico while their cases were processed in court. At the height of the program, more than 7,600 asylum seekers were returned to Mexico in a single month. MPP faced widespread criticism, with many policymakers and migrant rights activists arguing that it worsened human trafficking, forced migrants into dangerous and overcrowded shelters in Mexico, and violated U.S. and international laws against knowingly returning asylum seekers to unsafe conditions.

### MPP Cases Have Declined Since Peak



Note: The program was suspended between January and November 2021. It was restarted in December 2021 before being terminated in August 2022.

*Source:* Transactional Records Access Clearinghouse, Syracuse University.

COUNCIL *on*
FOREIGN
RELATIONS

Haiti AR_001836

# Child Migrant Apprehensions Increase

Immigration authorities apprehended more than 152,000 unaccompanied minors at or near the U.S.-Mexico border in FY2022, an all-time high. Children from the Northern Triangle countries accounted for three-fourths of these apprehensions; most others came from Mexico. Many children make the dangerous journey north to reunite with their families or escape poor conditions in their home countries, such as poverty, domestic abuse, and gang violence. Others are sent across the border alone to avail themselves of asylum protections for unaccompanied minors. The situation continues to challenge U.S. policymakers: the Trump administration was criticized for detaining children for long periods, and Biden has faced judgment over the use of bare-bones border patrol facilities amid struggles to expand temporary housing capacity.

### Child Migrant Crossings Rose in FY2022, Immigration Court Backlog Remained High


— Apprehensions of unaccompanied children along the U.S.-Mexico bord
— Pending immigration cases for unaccompanied children



Note: Data for FY2021 and part of FY2020 includes children expelled under Title 42. Data for the number of apprehensions in FY2022 comes from the U.S. Department of Homeland Security.

*Sources:* U.S. Customs and Border Protection; Executive Office for Immigration   COUNCIL on

## TPS Covers New Countries

Biden announced first-time Temporary Protected Status (TPS) designations for Afghanistan, Cameroon, Ethiopia, and Ukraine in response to conflicts in those countries. Migrants from TPS-designated countries can apply to reside legally in the United States for up to eighteen months, during which time they are eligible for employment and travel authorization and protected from deportation, though they are not granted permanent residency or citizenship. Sixteen countries currently have TPS designations and approximately 355,000 migrants have had their applications approved, though extensions and new designations made in 2021 and 2022 mean 176,540 additional individuals could be eligible. Over 63 percent of all TPS holders are from Latin American countries, particularly El Salvador, Honduras, and Venezuela, where a worsening humanitarian crisis has caused more than seven million people to flee the country as refugees.



**Where Do TPS Beneficiaries Come From?**

TPS holders    Estimated eligible under 2021 and 2022 designations

| | |
|---|---|
| El Salvador | 194K |
| Afghanistan | 73K |
| Ukraine | 60K |
| Honduras | 59K |
| Haiti | 43K |
| Venezuela | 40K |
| Ethiopia | 27K |
| Cameroon | |
| Nepal | |
| Syria | |
| Nicaragua | |
| Sudan | |
| Myanmar | |
| Yemen | |
| Somalia | |
| South Sudan | |

Note: In 2022, TPS eligibility was extended for the first time to migrants from Afghanistan, Cameroon, Ethiopia, and Ukraine.

Sources: Congressional Research Service; U.S. Department of Homeland

COUNCIL on

# Foreign Worker Visa Program Expands

Amid nationwide labor shortages, Biden stepped up efforts to expand some temporary foreign worker visa programs in FY2022. His administration made available an additional fifty-five thousand H2B visas, or visas for seasonal, nonagricultural work, and expanded the number of eligible countries; it set aside a large portion of these visas for workers from Haiti and the Northern Triangle countries. In addition, the White House expanded the cap for H2A visas, or short-term, agricultural visas. However, temporary visas from the other two most popular categories, for migrants with specialized

knowledge and spouses and children of visa holders, have fallen sharply since FY2019. Biden has also announced an additional 64,716 H2B visas for FY2023, almost double the existing annual cap. But critics say the programs' low pay and lack of labor protections can lead to worker exploitation and the undercutting of American citizens' wages.



**Visa Approvals Have Fluctuated in Recent Years**

Temporary worker visas issued (select visas)

*Source:* Bureau of Consular Affairs, U.S. Department of State.

COUNCIL *on* FOREIGN

## Refugee Admissions Fail to Hit Target

The United States welcomed fewer than twenty-six thousand refugees in FY2022, or only 20 percent of the 125,000 available spots reserved by the Biden administration. Most came from the Democratic Republic of Congo, followed by Myanmar, Syria, Afghanistan, and Ukraine. The low admissions rate continued a sharp downward trend in the number of refugees resettled under the U.S. Refugee Admissions Program since 2016. After plummeting under Trump, admissions have sunk even further under Biden, reaching a record low of 11,411 in FY2021. As global conflicts continued to displace

millions of people, Biden announced that he would maintain the 125,000 admissions cap for FY2023, though immigration policy experts have said that goal will be difficult to reach given slow processing times and the ongoing effects of the COVID-19 pandemic.

### Refugee Admissions Remain Low Under Biden



*Will Merrow helped create the graphics for this article.*

Creative Commons: Some rights reserved.

Haiti AR_001842


PBS
NEWS
HOUR

# Cholera overwhelms Haiti, experts warn outbreak could worsen as fuel blockade lifts

World   Nov 16, 2022 11:53 AM EST

PORT-AU-PRINCE, Haiti (AP) — Cholera cases are overwhelming Haiti as experts warn the situation could worsen now that the country is bustling once again after a paralyzing fuel blockade that lasted two months.

**WATCH: Haiti asks for international support as criminal gangs there grow stronger**

Dr. Jeanty Fils, a spokesman for Haiti's Ministry of Health, told The Associated Press that people are back on the streets and likely **spreading cholera** as the government struggles to find life-saving equipment including IV supplies amid an ongoing discussion on whether to request cholera vaccines.

"We need more resources," he said. "Cholera cases continue to climb in Haiti."

At least 175 people have died and more than 7,600 have been hospitalized, the Pan American Health Organization said Tuesday, although officials believe the numbers are much higher as a result of under-reporting.

Even so, the number of suspected cases had jumped by 33 percent in just a week.

The worsening situation prompted the United Nations to announce Tuesday that it, along with Haiti's government and other partners, was seeking $146 million to help fight cholera. At least half a million people in Haiti are at risk of contracting the disease, according to PAHO and the World Health Organization.

"The surge in cases in recent weeks and the rapid spread of cholera in the country is worrying," said Ulrika Richardson, U.N. resident and humanitarian coordinator.

Fils noted that cholera cases were likely contained during the fuel blockade since gas stations were closed and many in the country of more than 11 million people remained at home.

"Now people are going to move around more," he said. "It could start spreading."

Stephanie Mayronne, medical operations manager for Doctors Without Borders, agreed.

She said if people sickened with cholera start traveling to areas with poor sanitation and a lack of drinking water, the number of cases will likely rise.

"It's a match that can light a fire," she said.

The number of patients seeking help at Doctors Without Borders hospitals in the capital of Port-au-Prince have spiked in recent weeks, with more than 6,500 admitted so far. Beds filled up so quickly that the aid group was forced to open a fifth center two weeks ago, said Alexandre Marcou, Haiti's field communication manager.

Inside that new center, mothers hovered over their children on a recent morning. One rearranged the tangle of intravenous cables surrounding her baby while another pumped the little cheeks of her young daughter to force her mouth open and give her an oral supplement. Nearby, adult patients sat in silence in plastic chairs with large white buckets between their legs, holding their head to one side with their arm. Some ate rice and red beans out of small containers that nurses later collected.

Marcou noted that people can survive cholera if treated on time, but the recent lack of fuel and **ongoing violence between gangs** that has worsened since the July 2021 assassination of President Jovenel Moïse has prevented Haitians from reaching hospitals and medical clinics.

**READ MORE: U.S. sanctions Haitian politicians on drug trafficking claims**

"There's a huge security crisis. And we are tremendously lacking resources," said Ralph Ternier, chief medical officer in Haiti for the nonprofit Partners in Health. "The epidemic is spreading so quickly that vaccines are really the tool that we need."

The Pan American Health Organization told the AP that it is supporting Haiti's government in preparing a request for vaccines as well as to plan and implement vaccination campaigns. But it wasn't clear if and when that might happen.

In October, the World Health Organization announced a worldwide cholera vaccine shortage that has forced it to suspend the usual double-dose strategy "at a time of unprecedented rise in cholera outbreaks worldwide." At least 29 countries have reported cholera cases this year, compared with fewer than 20 on average for the past five years, the agency said.

Mayronne said cholera vaccines can be a useful tool, but noted that a single dose can lower one's risk by only 40 percent.

"In and of itself, a vaccine is not a be-all and end-all," she said.

Amid the lack of vaccines in Haiti, crushing poverty made worse by a spiraling economic crisis and double-digit inflation is contributing to the spread of cholera because many are unable to access or afford potable water or food that isn't contaminated.

Lovena Shelove, 30, lost her two-year-old son to cholera despite a kind neighbor who brought drinking water to try and revive the toddler after severe bouts of vomiting and diarrhea.

"I don't have anything in the house," she said in a soft voice. "I could not afford anything to provide for the kids."

Her other child, a 7-month-old daughter, is still hospitalized.

Cholera is caused by a bacteria found in contaminated food or water and is easily transmitted, especially in crowded and unhygienic conditions. Sanitation further worsened during the fuel blockade given that companies that supplied drinking water were forced to suspend operations.

Haiti's first outbreak occurred in 2010 after U.N. peacekeepers introduced the bacteria into the country's largest river by sewage runoff from their base. Nearly 10,000 people died, and thousands of others were sickened.

The number of cases eventually dwindled, and the World Health Organization was preparing to declare Haiti cholera-free until the government announced in early October that at least three people had died — the first deaths reported in three years.

Patrick Joseph, 40, was among the thousands recently hospitalized after he became severely dehydrated.

"I don't know where I got cholera from," he said, although he suspects it's from the water he buys from a seller who claims it's treated. "I feared that I would die if I did not go to the doctor."

Haiti AR_001844

It's a feeling familiar to street vendor Lucna Francois, who had been relying on well water because the fuel blockade prevented her from accessing potable water. The 24-year-old got so sick on a recent evening that she called a relative to take her to the hospital.

"I am dying," she recalled telling them. "I was very, very weak."

Fils, with Haiti's health ministry, said another big challenge the government faces is that many people don't believe cholera exists and are not taking measures to avoid becoming sick.

"Prevention, it's a must," he said. "It's not just a matter of drinking (clean) water."

*Coto reported from San Juan, Puerto Rico. Associated Press reporter Gisela Salomon in Miami contributed.*

*By* — **Evens Sanon, Associated Press**

*By* — **Dánica Coto, Associated Press**

# Hundreds of years after Haiti paid to be free from slavery the costs are still being felt

World May 21

Haiti AR_001845

Federal Immigration & Border Issues

# Many Haitian Nationals Came From Chile and Brazil Before Heading to Del Rio

*Here's a look back at the rush on Del Rio that captured the nation's attention and raised alarm over the Biden administration's immigration policies.*

HAYDEN SPARKS OCTOBER 7, 2021



*Illegal aliens at an encampment in Del Rio in September 2021. (Photo Courtesy of Congressman Tony Gonzales.)*

🔊 **LISTEN TO THIS**

In mid-September, almost 30,000 mostly Haitian nationals crossed the Rio Grande River in Val Verde County and established an encampment near and under the Del Rio International Bridge, which had approximately 15,000 people at any given point. The conditions of the commune of illegal aliens were squalid, and Americans rushed to provide humanitarian assistance while urgent calls for stronger border enforcement grew louder.

The sudden arrival of tens of thousands of Haitian nationals in Del Rio raises the question of how it is that so many foreign individuals arrived in [. . .] on that they would be able to stay.

[. . .] unsafe and faces severe infrastructural challenges, especially after it suffered a historic earthquake on January [. . .] ted many Haitian citizens to leave their homeland for safer countries where they could earn a living.

[. . .] : of State (DOS) advises against traveling to the Caribbean nation, which happened to suffer the [. . .] in the

O

POSTS REMAINING

**SUBSCRIBE**

| *LOGIN*

Haiti AR_001846

If one chooses to travel to Haiti, DOS advises adherence to strict safety precautions such as arranging transportation from the airport and lodging in advance and purchasing travel insurance and medical evacuation insurance. The department warns that kidnappings of Americans are commonplace and "the U.S. government is extremely limited in its ability to provide emergency services to U.S. citizens in Haiti."

In a tragic example of the skyrocketing number of abductions, Reuters reported in April that a gang murdered a five-year-old girl because her mother could not afford the $4,000 ransom they demanded.

To make matters worse, the country sustained another earthquake in August and Haitian President Jovenel Moïse was assassinated on July 7, 2021.

Here at home, Texans have had economic challenges of their own, especially in light of the governmental response to the COVID-19 pandemic. Crime and violence are also concerns in densely populated Texas cities, such as Dallas and Austin, albeit not to the scale that it is in Haiti.

After the earthquake in 2010, many Haitians went to Chile and Brazil. According to the International Organization for Migration (IOM), the Brazilian government began offering permanent humanitarian visas to Haitians in 2011. The IOM also helped Brazil open a visa application center in the capital city of Port-au-Prince, Haiti, on September 29, 2015, in order "to ensure a safe, dignified and legal migration channel to Brazil."

After a meeting between Haitian Ambassador Bocchit Edmond and Secretary of Homeland Security Alejandro Mayorkas, the federal Department of Homeland Security (DHS) highlighted the role of Chile and Brazil in addressing the issue of Haitians fleeing their homeland.

"The Department of Homeland Security continues its engagement with partners in the hemisphere, including Brazil and Chile, to ensure they too are doing their part to offer protection for vulnerable populations and receive individuals who had legal status there," DHS said in a written statement.

As summarized by the Associated Press, the vast majority of Haitians begin their treks on flights to Brazil, Chile, or other locations in South America, and then proceed through Central America and Mexico when there are too few employment opportunities. They then wait in Mexico near the United States border, sometimes for many years, hoping to claim asylum at some point.

Del Rio seemed like a good spot after Biden administration officials granted temporary protected status and deportation flights ceased in early September. Haitians communicated with one another via social networking platforms such as Facebook and WhatsApp, the AP reported, which allow people to orchestrate illegal crossings if they are not tied to human smuggling.

There may have been misunderstandings about the temporary protected status, which was only granted to Haitians who have been in the United States since before July 29.

In a White House press conference following the ordeal on September 24, United States Secretary of Homeland Security Alejandro Mayorkas indicated that the department had encountered about 30,000 illegal aliens in Del Rio since September 9. Thousands of them were reportedly allowed to stay in the United States and claim asylum. Meanwhile, 7,200 Haitians have been returned on deportation flights since the Del Rio surge, NBC News reported on Thursday.

As for the future, there could be a historic number of border crossings this month, and there have been no major policy changes since the most recent Del Rio surge that would seem to deter another similar event.

In the aftermath, Val Verde County and others are debating yet another lawsuit against Biden over the crisis. For his part, Governor Greg Abbott made clear in a press conference on Wednesday that he has no confidence whatsoever in Mayorkas and believes the secretary should vacate his

O                                    x

POSTS REMAINING

**SUBSCRIBE**

...nedia outlet, The Texan is not beholden to any special interests, does not apply for any type of state or federal ...aders for financial support. If you'd like to become one of the people we're financially accountable to, click here to

Get *"KB's Hot Take"*

*A free bi-weekly commentary on current events by Konni Burton.*

**Full Name**

Type your name

**Email***

Type your email

Submit

- Alejandro Mayorkas
- Bocchit Edmond
- border disaster
- Border Security
- Brazil
- Chile
- coronavirus
- COVID-19
- Facebook
- Greg Abbott
- Haiti
- Illegal Immigration
- Joe Biden
- Jovenel Moïse
- Mexico
- South America
- U.S. Department of Homeland Security
- U.S. Department of State
- Val Verde County
- WhatsApp

**Hayden Sparks**

Hayden Sparks is a senior reporter for The Texan and a lifelong resident of the Lone Star State. He has coached competitive speech and debate and has been involved in politics since a young age. One of Hayden's favorite quotes is by Sam Houston: "Texas has yet to learn submission to any oppression, come from what source it may."

previous

**Federal Judge Halts Enforcement of Texas Heartbeat Act**

next

O

POSTS REMAINING

x    Announces

**SUBSCRIBE**

| *LOGIN*

## Sens. Bettencourt, Hughes File Bill to Create 'Civil Administrative Review Process' for Elections

3 HOURS AGO

HAYDEN SPARKS

## Texas Legislative Committee to Mull $4.6 Billion in Border Security Spending

5 HOURS AGO

HAYDEN SPARKS

## Transportation Conference Speaker Urges Support for Express Toll Lanes in North Texas

9 HOURS AGO

KIM ROBERTS



**INFO**

**CONNECT**

- About Us
- Our Staff
- Careers
- Contact and FAQ
- Give a Gift Subscription
- Subscription Bundles
- Code of Ethics
- Press Releases & Media Coverage
- Republishing Guidelines
- Corrections
- Terms of Service
- Privacy Policy

- Facebook
- Twitter
- Instagram
- YouTube
- Truth Social
- LinkedIn
- Podcast

O

x

POSTS REMAINING

**SUBSCRIBE**

| *LOGIN*

Haiti AR_001849



 

CAMPAIGN FOR
**ACCOUNTABILITY**

---

**Migrant Misinfo**                                    July 26, 2022

---

## Inside the World of Misinformation Targeting Migrants on Social Media



**We talked to migrants about their information diets. Here's what we learned.**

Migrants undertaking the perilous journey to the U.S. are overwhelmingly dependent on Facebook and WhatsApp, yet the platforms' owner, Meta, has done little to stop dangerous misinformation targeting them, according to a new survey of migrants headed to the U.S.

Haiti AR_001850

The study, conducted by the Tech Transparency Project (TTP), revealed that migrants were well aware of the myriad ways in which incorrect or deceptive information on social media platforms could make their lives more dangerous. Migrants told TTP that Facebook and WhatsApp connected them with individuals who promised to help them gain entry to the U.S., only to steal their money or abandon them in dangerous situations.

TTP also found an abundance of posts spreading misinformation about immigration law, conditions along the route to the United States, and the opportunities available to migrants to the U.S. Many migrants expressed frustration with the abundance of misinformation on the platforms. "It's difficult because you can't tell what source of information is reliable," one migrant said.

Even so, many migrants fleeing violence or desperate for a better life felt that they had no choice but to wade through the sea of deceptions on social media. "I believe in what people say and whoever leads us [across the border]," one respondent who found a coyote on Facebook said. "I have nothing else to believe in."

As the number of migrants arriving at the U.S. border with Mexico soars (https://www.nbcnews.com/politics/immigration/migrant-arrivals-southern-border-surged-22-year-high-march-rcna24660) to the highest level in decades (https://www.nytimes.com/2022/06/05/us/politics/border-migrants-asylum.html), the role of rumors and misinformation in driving migrants northward has gained (https://www.dhs.gov/news/2022/03/30/fact-sheet-dhs-preparations-potential-increase-migration) increasing attention (https://www.nbcnews.com/now/video/migrants-are-falling-prey-to-social-media-misinformation-about-u-s-mexico-border-140669509646). But we still know surprisingly little about the information environment that these U.S.-bound migrants are immersed in—the sources they trust, how they parse fact from fiction, and the impact of social media on their real-world experiences.

To explore this issue, TTP assembled a team of interviewers to talk with U.S.-bound migrants from Central America about their information consumption, including the social media accounts, pages, and groups they follow. The team spoke with 200 migrants, half of them south of the Mexican border in Guatemala, at the beginning of their journey northward, and half in shelters just south of the U.S.-Mexico border.

We found that migrants depend heavily on Facebook and WhatsApp for guidance about how to get to the U.S. Many said they used the apps to communicate with other migrants or with social service organizations in receiving communities. Others had used the platforms to connect with "coyotes," or smugglers who help undocumented migrants travel to the U.S. But many migrants also embraced false claims made online, like the belief that the borders are open now that the Covid pandemic had eased, or that pregnant women are allowed to enter the U.S. without documentation. Others expressed a general sense that migration is "easier" now—a sentiment not supported by official statistics or other measures.

TTP analysts were often able to identify the origins of these rumors in the Facebook pages, WhatsApp groups, and other social media that migrants told interviewers they relied on for information. On Facebook and WhatsApp, TTP found dozens of false and misleading posts about changes to immigration policy, special rules for parents and pregnant women, or favorable conditions along the migration route.

Migrants are often victims of fraud (https://www.nytimes.com/2018/05/03/nyregion/immigrants-lawyers-defrauded-deportation.html), violent crimes (https://apnews.com/article/shootings-el-paso-texas-mass-shooting-us-news-ap-top-news-immigration-456c0154218a4d378e2fb36cd40b709d), unsafe conditions (https://www.nytimes.com/2019/02/27/us/immigrant-children-sexual-abuse.html), and sexual exploitation (https://vawnet.org/sc/sexual-violence-during-process-immigration) while traveling and in their destination countries, and there's growing awareness that misinformation can increase their exposure to these threats. In 2020, for example, Human Rights First documented (https://www.humanrightsfirst.org/sites/default/files/PubliclyReportedMPPAttacks12.15.2020FINAL.pdf) the case of a Honduran asylum seeker who was sexually assaulted in Mexico after responding to an ad for a housekeeper on Facebook.

The recent discovery of a truck carrying the bodies of 46 dead migrants (https://www.reuters.com/world/us/twenty-people-found-dead-truck-san-antonio-local-media-report-2022-06-28/) in San Antonio underscores how important it is that migrants have access to reliable information in order to make safe, informed decisions about their journey.

Our interviews with migrants and review of social media data show that the platforms—especially Facebook—are failing to protect some of the most vulnerable people in the world from misinformation that could defraud them, lead to deportation, or put their lives at risk.

Specifically, the study found that:

-

Most participants in the survey relied on online sources for information about their journey or conditions in the U.S. Nearly all traveled with a smartphone or tablet.

- Almost 70% of migrants say they regularly get information from Facebook, more than any source other than word-of-mouth.
- Nearly a quarter of respondents said they used WhatsApp, the messaging app owned by Facebook parent company Meta.
- Respondents told our interviewers that Facebook and WhatsApp had connected them with fraudsters who stole their money, abandoned them in unsafe conditions, or gave them bad information.
- Many migrants told TTP interviewers they had heard misinformation about the ease of travel to the U.S. or special rules that would allow them to enter without documentation.
- A review of social media groups and pages identified by migrants showed an abundance of misinformation. TTP's analysis found dubious offers of coyote or legal services, false claims about conditions along the route, misinformation about points of entry at which officials waive the rules, and baseless rumors about changes to immigration law.
- Despite this, Facebook remained popular among migrants. When asked which source of information they trusted the most, word of mouth came first. But Facebook was a close second, with nearly a third of respondents saying they trusted the platform.
- Human rights NGOs along the U.S.-Mexico border appear to use the tech platforms to reach migrants to mitigate the effects of misinformation.
- Still, many migrants never receive that help, and must navigate online fraud and misinformation on their own. More than a dozen respondents had stories of being defrauded by coyotes or other individuals seeking to exploit migrants.
- Many respondents expressed frustration about the prevalence of misinformation targeting migrants. "I don't trust anything" was a common refrain.

For this survey, TTP interviewers asked migrants about how they accessed information, the sources they used and trusted the most, and how rumors or misinformation had affected their lives. The interviewers also asked migrants to name specific social media accounts, pages, or groups that they followed. Analysts joined and followed these online sources and reviewed their contents to get a deeper understanding of the information environment surrounding U.S.-bound migrants. The surveys were conducted in Spanish or in Mayan dialects, and the responses quoted in this report have been translated for an English-speaking audience.

This was not a scientific survey and the participants were not necessarily a representative sample of everyone who travels to the U.S. The survey was not intended to gauge whether social media causes more or less migration. But participants' stories carry useful lessons about the promises and pitfalls of tech platforms for some of the world's most vulnerable people.

This report is the first of a series by TTP that will explore how information online affects the lived experience of migrants in the real world. In the coming weeks, TTP will take you inside social media through the eyes of a migrant traveling toward the U.S. We'll also look at how misinformation in receiving communities affects attitudes toward migrants in Mexico and the United States.

**Connected and Tech-Savvy**

Nearly all of the migrants who spoke to TTP interviewers carried a smartphone or tablet, and regularly used it to access the internet. Smartphones serve as a lifeline for migrants who make long journeys across unfamiliar and often dangerous terrain.

"We all carry a phone so that we are connected in case something bad happens on the road or someone gets lost," one migrant said.



More than three quarters of respondents told interviewers that they regularly received information from a platform owned by Meta: Facebook, WhatsApp, or Instagram. A handful of migrants also told us that they relied on YouTube, Twitter, or TikTok.

These results transcend age. Survey respondents varied in age from 12 to 58, and we found that older participants were just as likely to carry smartphones and get information from social media as younger ones.

Online social networks appear to connect with real-world social ties. Many respondents told us that they learned about online spaces for migrants through word of mouth and that they have recommended specific social media accounts to other people.

Migrants depend on tech platforms to communicate with their traveling companions, connect with legal and social services, and locate coyotes who can help them cross the border:

> *"I found the person who will help me cross the border and enter the United States through a Facebook page."*

> *"There was a WhatsApp group. … They informed us about the conditions for crossing the border in each country."*

> *"I discovered this WhatsApp group while in Tapachula. One of the administrators registered me and on that platform they share all kinds of information about both the caravan and the people who provide their services to cross the border."*



Several migrants told interviewers that they had connected with coyotes online. Offers of passage to the U.S. abound (https://www.techtransparencyproject.org/articles/facebook-teems-human-smugglers-luring-migrants) on Facebook (https://www.techtransparencyproject.org/articles/spot-check-facebook-still-haven-human-smuggling). Coyotes advertise directly to migrant-focused Facebook or WhatsApp groups, or in local buy-sell groups, where ads for migration help mingle with postings about motorcycles and used furniture.



The same content often appears across multiple groups and platforms, like this ad offering a faster trip to the U.S. posted to caravan groups on both Facebook and WhatsApp:



In migrant groups, coyotes often respond to questions about conditions at the border or the status of U.S. immigration law with offers of fake documents or transportation.



Not all of these advertisements are scams. The services they offer may be illegal, but some of the coyotes or forgers on Facebook likely do provide what they promise. But, as many survey respondents told TTP, people selling coyote services are often fraudsters.

Take the Facebook account for "Alejandra Utis," which advertises coyote services using a profile picture stolen from a travel blogger named Mariel Galán. The ads use stock photos for leisure travel to avoid detection, but make references to the American dream and the amount of time that travelers will be required to walk—revealing that "Alejandra" isn't advertising vacations.



In another likely scam, a post promoting a widely advertised and since-deleted document-forging account used the logos of Mexican government agencies, in a move seemingly intended to trick migrants seeking government assistance into paying the forger instead.



**Meta Dominates**

More than half of respondents said that they used Facebook or WhatsApp to get information about conditions on their route or in the U.S. After word-of-mouth communication, Facebook was the second most frequent answer to the question, "Which source of information do you trust the most?"



Migrants told interviewers that information posted on Facebook was "the most real" and that it reflected the experiences of people who had migrated to the U.S. WhatsApp was also popular with migrants because they perceive it as direct communication with people who have personal knowledge about migrating to the U.S.

But the popularity of these platforms also makes them targets for scammers seeking to defraud migrants by infiltrating group accounts. Our interviewers heard numerous stories of migrants who had been deceived by someone they met on Facebook or WhatsApp:

> *"People publish information in Facebook groups that isn't real—they only want to scam people. In August I consulted with someone through a Facebook account, and all of the information that they sent tried to deceive me, nothing more."*

> *"In one of the WhatsApp groups they lied about the ways to travel to the U.S. The things they said weren't true—they just wanted to swindle us or use us as a means of transporting drugs. This happened to a family a month ago. They followed that information and they disappeared. There are rumors that they were kidnapped by drug traffickers but we don't know where they are."*

> *"In the WhatsApp group they don't only share information about the caravan. There are also scammers who indicate that they can help us cross the border but only aim to steal our money."*

> *"Previously I traveled alone and I relied on a Facebook account for support, but they cheated me."*

> *"On Facebook, they promote trips [but] when I looked into it, all of the information they gave me was false."*

Other respondents named specific Facebook accounts that they said had promised safe passage to the U.S., only to take their money and turn them in to immigration authorities.

Facebook and WhatsApp are also rife with misinformation about the ease of travel to or entry into the U.S. In the pages and groups that survey respondents said they followed, TTP found false and misleading posts about points of entry into the U.S. where the authorities decline to deport undocumented migrants, special rules exempting pregnant women or migrants with children, or favorable environmental conditions along popular routes.

It is unclear whether these posts reflect intentional disinformation or simply unwitting misunderstandings, but the effect of these messages— a widespread belief that entry to the U.S. is easier than it is—is the same.

Haiti AR_001858

In a recent post in a Facebook group for migrants attempting to cross the Rio Grande at Eagle Pass in central Texas, an administrator posted a photo taken from an angle that makes it appear as if the riverbed is completely dry. The same image appeared in a WhatsApp group. In fact, historical data (https://waterdata.usgs.gov/monitoring-location/08458000/#parameterCode=00065&startDT=2022-06-01&endDT=2022-06-08) from the U.S. Geological Survey shows water levels nearing three feet deep on the day of the post and during the week prior.

One respondent said that the photo was "purely a lie." The previous week, authorities recovered the bodies (https://www.youtube.com/watch?v=NV2ZsUH6eEo) of three drowned migrants near the same location.



Some of the false information posted online about environmental conditions appeared to influence survey respondents' decision-making about their own migration attempts. One respondent said that they had been told that it would be easy to cross the desert this spring. Nine other respondents told TTP interviewers that they had decided to migrate now because they heard that it was currently "easier" to travel to or enter the U.S.

Misunderstandings about changes to U.S. immigration law can also contribute to misinformation. On WhatsApp, a cropped image of a news story about Texas Gov. Greg Abbott's immigration policies created the false impression that Texas was no longer deporting migrants.

On Facebook, a poster was told that they would be allowed to enter the U.S. with their children during May and June because Title 42, a policy of immediately expelling migrants on public health grounds first invoked by the Trump administration at the start of the coronavirus pandemic, was set to be repealed.



The legal machinations surrounding Title 42 are a particularly potent source of confusion and misinformation. The policy, which led to the immediate deportation of most asylum applicants, was originally scheduled to sunset on May 23, leading many migrants to falsely believe that the borders would be opened on that date.



One migrant told a TTP interviewer that it was the best time to migrate "because the borders were opened after Covid." In reality, terminating Title 42 would only change how asylum petitions are processed by allowing for processing and detention in the U.S. (https://www.texastribune.org/2022/04/29/immigration-title-42-biden/) (Title 42 remains in place after a federal judge blocked (https://www.texastribune.org/2022/05/20/title-42-border-judge-ruling-migrants/) the Biden administration from lifting the regulation.)

Misinformation circulating on these platforms often suggested that immigration rules did not apply at certain border crossings. In one exchange in a WhatsApp group, a migrant asked about border crossings where immigration authorities are not enforcing regulations, and was told to go to Ciudad Acuña, a city near an international bridge to Del Rio, Texas.

Haiti AR_001860

U.S. officials have deported (https://www.wola.org/analysis/at-the-busiest-part-of-the-u-s-mexico-border-wola-finds-vulnerable-people-unmet-protection-needs-and-a-wasteful-security-buildup/) or detained (https://www.texastribune.org/2022/04/04/texas-border-operation-imprisons-thousands-accused-only-of-trespassing/) thousands of migrants who crossed into Texas from Acuña within the past year.



Another common rumor held that more lenient rules applied to pregnant women or families with young children. One migrant told a TTP interviewer that they had heard that "they would let you pass" if you were traveling with children. Another said she had chosen to migrate at that time because she was pregnant and wanted to take advantage of "suddenly being allowed to enter the United States."

Another migrant said that her coyote told her that mothers with children would be allowed to pass, and that trusting this information led to her deportation.

On Facebook, migrants asked for clarification or reassurance about these rumors. Respondents told these posters that pregnant women would be allowed to enter depending on how advanced the pregnancy was. In reality, no such contingency applies. In fact, immigration officials have allegedly worked to (https://www.nytimes.com/2020/11/27/us/border-mexico-pregnant-women.html) prevent (https://www.npr.org/2020/02/23/808536155/pregnant-asylum-seekers-barred-from-u-s-entry-for-court-hearings) pregnant asylum seekers from being present in the U.S. when they gave birth.



To be sure, migrants and their advocates also use tech platforms to dispel misinformation and raise awareness of helpful resources. HIAS Mexico, a branch of the international aid NGO Hebrew Immigrant Aid Society, frequently runs Facebook posts urging migrants to avoid common scams and rumors, including misinformation surrounding pregnancy exceptions.



Several migrants in shelters along the U.S.-Mexico border told our interviewers they had used Facebook to connect with reputable NGOs or government agencies that assist migrants attempting to navigate complex immigration laws:

*"The Facebook page [for the transnational NGO] Al Otro Lado provides information about topics related to political asylum and Title 42."*

*"I found the [Facebook] page for HIAS Mexico, which provides legal services to people under the MPP program, through others in the shelter and decided to follow it."*

*"I follow the Facebook page of the Human Rights Directorate of the Ciudad Juarez Migrant Assistance Office because they are handling my political asylum case."*

Migrants who cited these Facebook accounts told interviewers that shelter employees or NGO workers referred them to the pages. They were fortunate: Migrants who had not yet connected with social welfare organizations were often forced to rely on anonymous internet posts, unscrupulous coyotes, or unfounded rumors, sometimes with devastating consequences.

**The dire consequences of misinformation**

For migrants making the precarious journey to the United States, acting on misinformation had devastating consequences. Participants in this study told interviewers harrowing stories of being deported, abandoned in dangerous terrain, or robbed of their life savings. One migrant at a shelter near the U.S.-Mexico border told an interviewer, "In the shelter you can see many cases of people who in one way or another were deceived and abandoned along the journey."

*"Because of the false information I received from the coyote, I was deported. They deceived me by telling me that they were letting mothers with children pass [through the border], but it wasn't true."*

*"There are coyotes who don't hold up their end of the bargain. They scam people. [Migrants] suffer along the way, because they have to walk in dangerous areas for many days and some get lost."*

*"My husband managed to raise enough money to pay a coyote to cross the border, but unfortunately I was deceived and they just left me to my fate."*

Many migrants expressed frustration that it was impossible to discern fact from misinformation online. One respondent told an interviewer that "everyone lies or manipulates information." But many also told us they feel that they have no choice but to trust what they read and hear.

"We are not safe anywhere ... but we go with faith that we will arrive safely," one migrant said.

"I believe in what people say and whoever leads us. I have nothing else to believe in."

---

Tech Transparency Project is a research initiative of Campaign for Accountability, a 501(c)(3) non-profit, nonpartisan watchdog organization that uses research, litigation and aggressive communications to expose how decisions made behind the doors of corporate boardrooms and government offices impact Americans' lives.

**Donate Today (https://secure.donationpay.org/campaignforaccountability/)**



DATA & SOCIETY

# Migrant aid groups stretched thin as city officials seek federal help for expected wave

 by **Raquel Torres**
April 27, 2022



Fermina Brizo Pavón sorts through clothes while her children, Angel and Valeria Mejia Brizo, play together at a downtown shelter on Thursday. Pavón and her husband were granted asylum in the United States after living near the border in Mexico for a year. Credit: Nick Wagner / San Antonio Report

While the immediate fate of Title 42 is unclear, those assisting migrants passing through San Antonio say the flow is already increasing.

As nonprofits work to offer shelter and guidance, Mayor Ron Nirenberg has requested additional federal aid to handle the massive flow expected with the end of Title 42.

President Joe Biden has sought to end the pandemic-era policy that turned away asylum seekers at the U.S. border, but on Monday, a federal judge in Louisiana temporarily **blocked** the administration's efforts. Texas Attorney General Ken Paxton has also **filed a lawsuit** aiming to stop the rule from being lifted.

In the past two weeks alone, more than 8,000 migrants have arrived in San Antonio, according to the city's Human Services department. Almost three-quarters arrived at the airport, the rest at bus stations; some arrive without plans for where to go or what to do next.

Last month, Nirenberg wrote a letter to the Department of Homeland Security (DHS) requesting "immediate action to increase funding for humanitarian infrastructure and resources."

The letter was **obtained by CNN**; Nirenberg's office declined to immediately provide a copy to the San Antonio Report and said CNN did not receive the letter from the mayor's office.

Nirenberg said in a statement that his office is in regular communication with federal officials.

"There might be some who are eager to politicize a change in federal policy," he wrote. "But in San Antonio, we just want to ensure that the migrants passing through our city are treated as humanely as possible, while guaranteeing that our local partners and resources are not stretched beyond their limits."

It's unclear if or how DHS responded to the mayor's letter.

"DHS values the partnership of communities along the southwest border and their feedback as we work together," officials wrote in a statement to the Report. "They are critical to ensuring we can enforce our immigration laws and process asylum claims in a safe, orderly and humane manner."

Meanwhile, on the ground in San Antonio, nonprofit and religious organizations are working to address the needs of the thousands of migrants passing through the city. Leaders say they have sufficient resources — for now.



A migrant uses his phone at a downtown shelter organized by Corazón San Antonio on Thursday. Credit: Nick Wagner / San Antonio Report

Catholic Charities of San Antonio, the **Interfaith Welcome Coalition** and **Corazón San Antonio** are working together to assist migrants in getting transportation to the airport, getting hotel rooms, getting overnight shelter, food from the **San Antonio Food Bank** and other necessities, such as children's clothing.

Last week, 700 migrants were provided local hotel rooms as they journeyed to various host cities, said Antonio Fernandez, CEO of **Catholic Charities**. The organization has spent "hundreds of thousands of dollars" since January doing the same for other migrants, said Fernandez.

"How do we prepare and provide services to so many people coming? That's what keeps me awake at night," he said.

Fernandez said he fears aid groups' resources will be overwhelmed when — or if — Title 42 ends.

Haiti AR_001867

"Resources are always going to be a huge issue. Housing is a big issue. We need places to put the people. … At the end of the day, if we have Title 42 [ending], I don't know if anyone knows where we're going to be able to put people," said Fernandez.

The Interfaith Welcome Coalition needs volunteers, said Coordinating Director Victoria Salas. The coalition works to help migrants get from bus stations into either a hotel with Catholic Charities, or to Corazón San Antonio's center at Travis Park United Methodist Church.

Corazón's migrant center reopened just three weeks ago after being closed during the pandemic and because of the Remain-in-Mexico order, said Gavin Rogers, executive director of the nonprofit and associate pastor at Travis Park Church.

In 2019, Corazón served 23,000 people, Rogers said, and the center is on track to see more migrants now than it did in 2019. Most are coming from Honduras, Guatemala, El Salvador, Nicaragua, as well as Venezuela, Cuba, Haiti and Mexico, he said.

Olbin Funez and his family of four were among those seeking shelter at the center on Thursday. He and his family escaped Honduras in 2018 and fled to Mexico due to threats of gang violence. The family never planned to leave the country, Funez said, but even after relocating to different states within Honduras and even fleeing to Mexico, it was impossible to escape the gang violence of their home country.

"There were four of us brothers, and because we didn't want to work with [the gangs], they decided to kill us, and because they couldn't … it was more dangerous," Funez said.

In Mexico, Funez found a **humanitarian aid group, Al Otro Lado,** which offers legal resources to migrants. The family signed up for help getting into the U.S.

After waiting a full year, the family received permission to enter the country through Eagle Pass. They were only spending a few hours in San Antonio before leaving for California by bus Friday morning.



Valeria Mejia Brizo, 3, tucks her stuffed toys into bed at a downtown shelter on Thursday. Valeria, her brother and parents were granted asylum in the United States after living near the border in Mexico for a year. Credit: Nick Wagner / San Antonio Report

The family now awaits their court hearing, during which they hope to be granted legal status.

"Being over here... I feel that I can sleep peacefully, get around peacefully, without the fear of anything," said Funez in Spanish. "This is one [story] of many and worse you'll hear. Independently, everyone fights a battle."

According to the **Migration Policy Institute**, since its implementation in March 2020, 1.7 million immigrants have been denied asylum through February 2022. Since January 2021, more than half of migrant encounters at the border have led to expulsions, allowing some to seek asylum.

Rogers said that despite city concerns about how to care for the wave of migrants expected to flow across the border, he believes the resources are plenty, if the will can be found.

"If we actually share and team up in communities … not just in San Antonio. If Houston steps up, if Austin steps up, if this nation steps up, we will have plenty of resources to serve those in need," said **Rogers**.

© 2023 Nonprofit journalism for an informed community.

Proudly powered by Newspack by Automattic



War in Ukraine

**LATEST INFORMATION**

Latin America and the Caribbean

DONATE

📄 Press release

# Haiti: Gang violence pushes half a million children out of the classroom in Port-au-Prince

06 May 2022



Haiti AR_001871

War in Ukraine

✕

**LATEST INFORMATION**

Latin America and the Caribbean

DONATE

🔍



© UNICEF/UN0568479/Diaz Mercado

Available in: <u>Español</u>  English

**Multimedia available to download <u>here</u>.**

**PORT-AU-PRINCE, 5 May 2022** – In Haiti, 500,000 children have lost access to education due to gang-related violence. Almost 1,700 schools are currently closed in the metropolitan area of Port-au-Prince as clashes between rival gangs flared since the end of April.

In Haiti, children's future is threatened by gangs. Insecurity robs thousands of children of their education. Many schools in the capital city remain empty due to gang violence – either closed or inaccessible.



War in Ukraine

**LATEST INFORMATION**

Latin America and the Caribbean

**DONATE**

Gangs have kept a hold on schools, where directors had to pay gang leaders to ensure safety of the school. Directors could not afford to keep paying and they were obliged to close school doors. Additionally, many schools are also occupied by displaced families.

UNICEF has received credible information that children who are at risk of dropping out of school are reportedly recruited by gangs and paid weekly wages.

"Giving children weapons to fight and using them as soldiers or spies is a violation to their child rights and condemned by both national and international laws. It saddens me that children who are willing to learn and teachers willing to educate cannot do so because they feel unsafe. Children must be able to attend school safely, play freely and enjoy being a child and given a chance to develop to their fullest potential," said Maes.

Besides the consequences to education, children are also displaced, injured and killed due to the spread of gang violence in Port-au-Prince.

**In ten (10) days, 10 children were killed, six (6) in one day.**

According to International Organisation for Migration (IOM), 9,000 people got displaced from Croix-des-Bouquets, Tabarre and Cité Soleil due to insecurity. As of 3 May, 752 people including at least 124 women and 200 children found refuge on nine sites around Clercine in Tabarre. They live in precarious conditions with no adequate hygiene and sanitation, no access to basic services, a lack of clean drinking water and no privacy for women and children with an increased risk of gender-based violence.

"Women and children in Haiti's capital fear their lives and their children's lives. They suffer from kidnappings, burned houses, killings and displacements as their lives

Haiti AR_001873

War in Ukraine

**LATEST INFORMATION**

Latin America and the Caribbean

DONATE

time to people in need and significantly raising humanitarian operation costs to respond to those in need.

With support from UNICEF, MENFP is working to launch an FM station to exclusively broadcast Education by Radio across the country. In the meantime, the programme will be aired on Haiti national radio to fill in the learning gap that children from marginalized areas of Port-au-Prince have lost due to the insecurity.

UNICEF continues to respond to the mounting needs in Port-au-Prince and urges all relevant actors to refrain from using violence to endanger the lives of women and children and stop recruiting children. UNICEF calls upon all stakeholders to take action to restore a peaceful environment to protect Haitian children from violence.

## Media contacts

**Ndiaga Seck**
Chief of Communication
UNICEF Haiti

Tel: +509 3744 6199

Email: nseck@unicef.org

**Laurent Duvillier**
Regional Chief of Communication
UNICEF Latin America and the Caribbean

Tel: + 507 3017393
Tel: + 507 6169 9886

Email: lduvillier@unicef.org



Haiti AR_001874

War in Ukraine

**LATEST INFORMATION**

Latin America and the Caribbean

DONATE

For more information about UNICEF and its work for children,
visit www.unicef.org/lac/en.

Follow UNICEF on Twitter and Facebook.

## Related topics

Violence against children     Child protection     Education     Haiti

## More to explore



War in Ukraine                                                                    ✕

**LATEST INFORMATION**

Latin America and the Caribbean

**DONATE**    🔍

📰 News note
09 February 2023

Haiti: Armed violence against schools increases nine-fold in one year - UNICEF

❯ **Read now**



📰 News note
19 December 2022

With UNICEF support, Haiti kickstarts campaign to immunize about 1.7 million people against cholera

❯ **Read now**



War in Ukraine

**LATEST INFORMATION**

Latin America and the Caribbean

DONATE

◎ Photo essay

## Reaching children in Haiti with vital health services

Amid instability and uncertainty, health workers are working tirelessly

> **See the story**



📄 News note
22 November 2022

## Haiti: children account for 2 in 5 cholera cases -UNICEF

> **Read now**

**What we do**

News and stories

Publications

Take action



Haiti AR_001877