UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* <br><br> Plaintiffs <br> v. <br><br> DEPARTMENT OF HOMELAND SECURTY, *et al.* <br><br> Defendants. | No. 6:23-cv-00007 |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendants hereby provide notice that they are filing the administrative record for Implementation of a Parole Process for Nicaraguans, 88 Fed. Reg. 1,255 (Jan. 9, 2023). With this notice, Defendants also attach (1) the certification of each administrative record in this action; and (2) the index of the contents of each administrative record; and (3) the administrative record for the Nicaraguan Parole Process. *See* Attachments.

//

//

1

Dated: March 24, 2023

ALAMDAR S. HAMDANI
*United States Attorney*

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

/s/ *Erez Reuveni*
EREZ REUVENI
*Assistant Director*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 307-4293
erez.r.reuveni@usdoj.gov

BRIAN WARD
*Senior Litigation Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2023, I electronically filed this brief with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

      /s/ *Erez Reuveni*
      EREZ REUVENI
      U.S. Department of Justice