

The legal machinations surrounding Title 42 are a particularly potent source of confusion and misinformation. The policy, which led to the immediate deportation of most asylum applicants, was originally scheduled to sunset on May 23, leading many migrants to falsely believe that the borders would be opened on that date.



One migrant told a TTP interviewer that it was the best time to migrate "because the borders were opened after Covid." In reality, terminating Title 42 would only change how asylum petitions are processed by allowing for processing and detention in the U.S. (https://www.texastribune.org/2022/04/29/immigration-title-42-biden/) (Title 42 remains in place after a federal judge blocked (https://www.texastribune.org/2022/05/20/title-42-border-judge-ruling-migrants/) the Biden administration from lifting the regulation.)

Misinformation circulating on these platforms often suggested that immigration rules did not apply at certain border crossings. In one exchange in a WhatsApp group, a migrant asked about border crossings where immigration authorities are not enforcing regulations, and was told to go to Ciudad Acuña, a city near an international bridge to Del Rio, Texas.

Nicaragua AR_001648

U.S. officials have deported (https://www.wola.org/analysis/at-the-busiest-part-of-the-u-s-mexico-border-wola-finds-vulnerable-people-unmet-protection-needs-and-a-wasteful-security-buildup/) or detained (https://www.texastribune.org/2022/04/04/texas-border-operation-imprisons-thousands-accused-only-of-trespassing/) thousands of migrants who crossed into Texas from Acuña within the past year.



Another common rumor held that more lenient rules applied to pregnant women or families with young children. One migrant told a TTP interviewer that they had heard that "they would let you pass" if you were traveling with children. Another said she had chosen to migrate at that time because she was pregnant and wanted to take advantage of "suddenly being allowed to enter the United States."

Another migrant said that her coyote told her that mothers with children would be allowed to pass, and that trusting this information led to her deportation.

On Facebook, migrants asked for clarification or reassurance about these rumors. Respondents told these posters that pregnant women would be allowed to enter depending on how advanced the pregnancy was. In reality, no such contingency applies. In fact, immigration officials have allegedly worked to (https://www.nytimes.com/2020/11/27/us/border-mexico-pregnant-women.html) prevent (https://www.npr.org/2020/02/23/808536155/pregnant-asylum-seekers-barred-from-u-s-entry-for-court-hearings) pregnant asylum seekers from being present in the U.S. when they gave birth.

Nicaragua AR_001649



To be sure, migrants and their advocates also use tech platforms to dispel misinformation and raise awareness of helpful resources. HIAS Mexico, a branch of the international aid NGO Hebrew Immigrant Aid Society, frequently runs Facebook posts urging migrants to avoid common scams and rumors, including misinformation surrounding pregnancy exceptions.



Several migrants in shelters along the U.S.-Mexico border told our interviewers they had used Facebook to connect with reputable NGOs or government agencies that assist migrants attempting to navigate complex immigration laws:

Nicaragua AR_001650

*"The Facebook page [for the transnational NGO] Al Otro Lado provides information about topics related to political asylum and Title 42."*

*"I found the [Facebook] page for HIAS Mexico, which provides legal services to people under the MPP program, through others in the shelter and decided to follow it."*

*"I follow the Facebook page of the Human Rights Directorate of the Ciudad Juarez Migrant Assistance Office because they are handling my political asylum case."*

Migrants who cited these Facebook accounts told interviewers that shelter employees or NGO workers referred them to the pages. They were fortunate: Migrants who had not yet connected with social welfare organizations were often forced to rely on anonymous internet posts, unscrupulous coyotes, or unfounded rumors, sometimes with devastating consequences.

**The dire consequences of misinformation**

For migrants making the precarious journey to the United States, acting on misinformation had devastating consequences. Participants in this study told interviewers harrowing stories of being deported, abandoned in dangerous terrain, or robbed of their life savings. One migrant at a shelter near the U.S.-Mexico border told an interviewer, "In the shelter you can see many cases of people who in one way or another were deceived and abandoned along the journey."

*"Because of the false information I received from the coyote, I was deported. They deceived me by telling me that they were letting mothers with children pass [through the border], but it wasn't true."*

*"There are coyotes who don't hold up their end of the bargain. They scam people. [Migrants] suffer along the way, because they have to walk in dangerous areas for many days and some get lost."*

*"My husband managed to raise enough money to pay a coyote to cross the border, but unfortunately I was deceived and they just left me to my fate."*

Many migrants expressed frustration that it was impossible to discern fact from misinformation online. One respondent told an interviewer that "everyone lies or manipulates information." But many also told us they feel that they have no choice but to trust what they read and hear.

"We are not safe anywhere … but we go with faith that we will arrive safely," one migrant said.

"I believe in what people say and whoever leads us. I have nothing else to believe in."

---

Tech Transparency Project is a research initiative of Campaign for Accountability, a 501(c)(3) non-profit, nonpartisan watchdog organization that uses research, litigation and aggressive communications to expose how decisions made behind the doors of corporate boardrooms and government offices impact Americans' lives.

Nicaragua AR_001651

**Donate Today (https://secure.donationpay.org/campaignforaccountability/)**

Nicaragua AR_001652

12/7/22, 4:22 PM
Case 6:23-cv-00007    Document 94-7    Filed on 03/24/23 in TXSD    Page 6 of 130
Migrant aid groups stretched thin as city officials seek federal help



DATA & SOCIETY

# Migrant aid groups stretched thin as city officials seek federal help for expected wave


by **Raquel Torres**
April 27, 2022



Fermina Brizo Pavón sorts through clothes while her children, Angel and Valeria Mejia Brizo, play together at a downtown shelter on Thursday. Pavón and her husband were granted asylum in the United States after living near the border in Mexico for a year. Credit: Nick Wagner / San Antonio Report

While the immediate fate of Title 42 is unclear, those assisting migrants passing through San Antonio say the flow is already increasing.

As nonprofits work to offer shelter and guidance, Mayor Ron Nirenberg has requested additional federal aid to handle the massive flow expected with the end of Title 42.

President Joe Biden has sought to end the pandemic-era policy that turned away asylum seekers at the U.S. border, but on Monday, a federal judge in Louisiana temporarily **blocked** the administration's efforts. Texas Attorney General Ken Paxton has also **filed a lawsuit** aiming to stop the rule from being lifted.

In the past two weeks alone, more than 8,000 migrants have arrived in San Antonio, according to the city's Human Services department. Almost three-quarters arrived at the airport, the rest at bus stations; some arrive without plans for where to go or what to do next.

Last month, Nirenberg wrote a letter to the Department of Homeland Security (DHS) requesting "immediate action to increase funding for humanitarian infrastructure and resources."

The letter was **obtained by CNN**; Nirenberg's office declined to immediately provide a copy to the San Antonio Report and said CNN did not receive the letter from the mayor's office.

Nirenberg said in a statement that his office is in regular communication with federal officials.

"There might be some who are eager to politicize a change in federal policy," he wrote. "But in San Antonio, we just want to ensure that the migrants passing through our city are treated as humanely as possible, while guaranteeing that our local partners and resources are not stretched beyond their limits."

It's unclear if or how DHS responded to the mayor's letter.

"DHS values the partnership of communities along the southwest border and their feedback as we work together," officials wrote in a statement to the Report. "They are critical to ensuring we can enforce our immigration laws and process asylum claims in a safe, orderly and humane manner."

Meanwhile, on the ground in San Antonio, nonprofit and religious organizations are working to address the needs of the thousands of migrants passing through the city. Leaders say they have sufficient resources — for now.

Case 6:23-cv-00007   Document 94-7   Filed on 03/24/23 in TXSD   Page 8 of 130



A migrant uses his phone at a downtown shelter organized by Corazón San Antonio on Thursday. Credit: Nick Wagner / San Antonio Report

Catholic Charities of San Antonio, the **Interfaith Welcome Coalition** and **Corazón San Antonio** are working together to assist migrants in getting transportation to the airport, getting hotel rooms, getting overnight shelter, food from the **San Antonio Food Bank** and other necessities, such as children's clothing.

Last week, 700 migrants were provided local hotel rooms as they journeyed to various host cities, said Antonio Fernandez, CEO of **Catholic Charities**. The organization has spent "hundreds of thousands of dollars" since January doing the same for other migrants, said Fernandez.

"How do we prepare and provide services to so many people coming? That's what keeps me awake at night," he said.

Fernandez said he fears aid groups' resources will be overwhelmed when — or if — Title 42 ends.

"Resources are always going to be a huge issue. Housing is a big issue. We need places to put the people. … At the end of the day, if we have Title 42 [ending], I don't know if anyone knows where we're going to be able to put people," said Fernandez.

The Interfaith Welcome Coalition needs volunteers, said Coordinating Director Victoria Salas. The coalition works to help migrants get from bus stations into either a hotel with Catholic Charities, or to Corazón San Antonio's center at Travis Park United Methodist Church.

Corazón's migrant center reopened just three weeks ago after being closed during the pandemic and because of the Remain-in-Mexico order, said Gavin Rogers, executive director of the nonprofit and associate pastor at Travis Park Church.

In 2019, Corazón served 23,000 people, Rogers said, and the center is on track to see more migrants now than it did in 2019. Most are coming from Honduras, Guatemala, El Salvador, Nicaragua, as well as Venezuela, Cuba, Haiti and Mexico, he said.

Olbin Funez and his family of four were among those seeking shelter at the center on Thursday. He and his family escaped Honduras in 2018 and fled to Mexico due to threats of gang violence. The family never planned to leave the country, Funez said, but even after relocating to different states within Honduras and even fleeing to Mexico, it was impossible to escape the gang violence of their home country.

"There were four of us brothers, and because we didn't want to work with [the gangs], they decided to kill us, and because they couldn't … it was more dangerous," Funez said.

In Mexico, Funez found a **humanitarian aid group, Al Otro Lado**, which offers legal resources to migrants. The family signed up for help getting into the U.S.

After waiting a full year, the family received permission to enter the country through Eagle Pass. They were only spending a few hours in San Antonio before leaving for California by bus Friday morning.

Nicaragua AR_001656



Valeria Mejia Brizo, 3, tucks her stuffed toys into bed at a downtown shelter on Thursday. Valeria, her brother and parents were granted asylum in the United States after living near the border in Mexico for a year. Credit: Nick Wagner / San Antonio Report

The family now awaits their court hearing, during which they hope to be granted legal status.

"Being over here… I feel that I can sleep peacefully, get around peacefully, without the fear of anything," said Funez in Spanish. "This is one [story] of many and worse you'll hear. Independently, everyone fights a battle."

According to the **Migration Policy Institute**, since its implementation in March 2020, 1.7 million immigrants have been denied asylum through February 2022. Since January 2021, more than half of migrant encounters at the border have led to expulsions, allowing some to seek asylum.

Rogers said that despite city concerns about how to care for the wave of migrants expected to flow across the border, he believes the resources are plenty, if the will can be found.

12/7/22, 4:22 PM
Migrant aid groups stretched thin as San Antonio seeks federal help
Case 6:23-cv-00007   Document 94-7   Filed on 03/24/23 in TXSD   Page 11 of 130

"If we actually share and team up in communities … not just in San Antonio. If Houston steps up, if Austin steps up, if this nation steps up, we will have plenty of resources to serve those in need," said **Rogers**.

## MORE FROM SAN ANTONIO REPORT

**Linda Schott named interim president of Texas A&M-San Antonio**
by **Raquel Torres**

**Rackspace hit with ransomware attack impacting thousands of customers**
by **Shari Biediger**

**New BiblioTech library opens as Bexar County continues bid to provide internet access to all**
by **Raquel Torres**

© 2022 Nonprofit journalism for an informed community.
Proudly powered by Newspack by Automattic



# Displacement in Central America

The number of refugees and asylum seekers from Central America has soared in the last five years.

**Worsening crime and violence fuelled by drug cartels and gangs**, as well as **fragile institutions**, account for much of the increase, exacerbated by **increasing inequalities**, the impact of **climate emergencies** and the **COVID-19 pandemic**.

In Nicaragua, political turmoil continues to drive large-scale displacement.

**Donate now**

## Nearly 600,000

refugees and asylum-seekers from El Salvador, Honduras and Guatemala

(Government figures)

---

## Over 130,000

new asylum claims in Mexico

(Government figures, 2021)

## Over 318,000

internally displaced people in Honduras and El Salvador

(Government figures)

## About 200,000

Nicaraguans have sought international protection worldwide

(Government figures)

**Honduras, Nicaragua and Guatemala**

among the top ten source countries of new asylum applications

The stark choice for thousands in Central America is to leave or risk death. They are compelled to flee their homes and risk their lives undertaking dangerous journeys, searching for a safe place to live. They often arrive only with the clothes they are wearing, traumatized and in need of urgent support.

"We had our own bakery in El Salvador, until gangs arrived, and we could no longer sell bread. We were threatened out of our country."

Raul*, 65, fled with his family from El Salvador to Guatemala

Growing numbers of people in Central America are being forced to leave their homes. Worldwide, there are now around 597,000 refugees and asylum seekers from El Salvador, Guatemala and Honduras. They are escaping gang violence, threats, extortion, recruitment into gangs or prostitution, as well as gender-based violence (GBV). Lesbian, gay, bisexual, transgender and intersex people – collectively known as LGBTI – are also fleeing persecution. Many more are displaced multiple times within their own countries or have been deported back home, often into dangerous situations. All of this is exacerbated by instability and poverty, climate shocks and the socio-economic impact of COVID-19,

Political turmoil in Nicaragua since April 2018 meanwhile, has led some 200,000 people to flee persecution and human rights abuses, the vast majority – 150,000 — into neighbouring Costa Rica. More Nicaraguans have sought protection in Costa Rica since 2018 than people fleeing Central America's civil wars in the 1980s.

Overall, more than a million people from Central America have been uprooted from their homes both within their own countries and in neighbouring ones. Host countries and communities in Belize, Costa Rica, El Salvador, Guatemala, Honduras, Mexico and Panama, have been doing their best to welcome those forced to flee. With new policies to regularize their stay and allow for their speedy integration, thousands of people have been able to restart their lives. Yet the growing number of people seeking safety is overstretching their hosts' capacity to cope, straining limited services that also serve the local population.

"This project to me means hope. Even though we had to leave our country, we have the chance to make one dream come true in our lives."

Isabel, 56, from Honduras who is becoming self-reliant thanks to a government and private-sector employability project in Guatemala

## What is UNHCR doing to help?

Everyone has the right to seek safety. No one should be forced to leave everything behind, to face unfathomable tragedy. We work tirelessly across Central America to ensure that anyone who flees violence and persecution can seek asylum in other countries or protection in their own.

UNHCR works with the seven governments leading the Comprehensive Regional Protection and Solutions Framework (MIRPS), seeking innovative solutions to the displacement crisis in Central America, in the spirit of the Global Compact on Refugees and the Sustainable Development Goals.

We work closely with partners, including civil society and faith-based organizations, in high-risk and displaced communities to increase their resilience and support those who have been forcibly displaced. We are also encouraging solutions for internally displaced people, refugees, asylum seekers and deportees with protection needs from Central America.

To this end, we strive to help enhance the capacity of refugee-receiving countries to provide access to fair and efficient refugee status determination procedures. We are supporting safe space networks and shelters across Central America and Mexico so that immediate assistance is available to people on the move and that those in need of international protection are identified.

We also work with other humanitarian organizations and with development agencies to make sure that we reach those we serve  in countries of origin, including through programmes that seek to empower internally displaced people, children, women, deportees with protection needs, LGTBI people and others affected by violence. We provide life-saving support and cash grants to help displaced people cope.

Furthermore, we promote the local integration of refugees and asylum-seekers in their host countries and help them to use their skills or learn new ones. We are also investing in efforts to curb xenophobia and promote peaceful coexistence among the displaced and their hosts.

"I have always been a fighter. I will not stay put and watch my life pass before me."

Sara*, a 29-year-old mother who worked in food distribution, fled to Guatemala with her husband and baby. She had joined the protests in Nicaragua and feared for her family's safety.

To carry out this work, UNHCR needs a total of US$221.9 million in 2022 to continue responding to the immediate and persistent needs of internally displaced people, refugees, asylum seekers, and deportees from Honduras, El Salvador and Guatemala.

https://www.unhcr.org/en-us/displacement-in-central-america.html

Field Code Changed





# GLOBAL TRENDS

## FORCED DISPLACEMENT IN **2021**

Nicaragua AR-101 1663

# Trends at a Glance



## 89.3 MILLION

### FORCIBLY DISPLACED WORLDWIDE

at the end of 2021 as a result of persecution, conflict, violence, human rights violations or events seriously disturbing public order.

**27.1 million** refugees

**21.3 million** refugees under UNHCR's mandate
**5.8 million** Palestine refugees under UNRWA's mandate

**53.2 million** internally displaced people[1]

**4.6 million** asylum seekers

**4.4 million** Venezuelans displaced abroad[2]

## 83%
### HOSTED IN LOW- AND MIDDLE-INCOME COUNTRIES

Low- and middle-income countries hosted 83 per cent of the world's refugees and Venezuelans displaced abroad.[3] The Least Developed Countries provided asylum to 27 per cent of the total.

## 72%
### HOSTED IN NEIGHBOURING COUNTRIES

72 per cent of refugees and Venezuelans displaced abroad lived in countries neighbouring their countries of origin.

## 3.8 MILLION
### REFUGEES HOSTED IN TÜRKIYE

Türkiye hosted nearly 3.8 million refugees, the largest population worldwide. Colombia was second with more than 1.8 million, including Venezuelans displaced abroad.

**Türkiye**
3.8 million

**Colombia**
1.8 million

**Uganda**
1.5 million

**Pakistan**
1.5 million

**Germany**
1.3 million

## 1 IN 6
### ARE DISPLACED

Relative to their national populations, the island of Aruba hosted the largest number of Venezuelans displaced abroad (1 in 6) while Lebanon hosted the largest number of refugees (1 in 8),[4] followed by Curaçao (1 in 10), Jordan (1 in 14) and Türkiye (1 in 23).[5]

**Aruba**
1 in 6

**Lebanon**
1 in 8

**Curaçao**
1 in 10

**Jordan**
1 in 14

**Türkiye**
1 in 23

Nicaragua AR_001664

# 1.4 MILLION
## NEW CLAIMS

The United States of America was the world's largest recipient of new individual applications.

| | |
|---|---|
| **United States of America** 188,900 | |
| **Germany** 148,200 | |
| **Mexico** 132,700 | |
| **Costa Rica** 108,500 | |
| **France** 90,200 | |

# 69%
## ORIGINATED FROM JUST FIVE COUNTRIES

More than two-thirds (69 per cent) of all refugees and Venezuelans displaced abroad came from just five countries.

| | |
|---|---|
| **Syrian Arab Republic** 6.8 million | |
| **Venezuela[6]** 4.6 million | |
| **Afghanistan** 2.7 million | |
| **South Sudan** 2.4 million | |
| **Myanmar** 1.2 million | |

# 6.1 MILLION
## VENEZUELAN REFUGEES AND MIGRANTS

This figure includes Venezuelan refugees, migrants and asylum seekers reported through the Coordination Platform for Refugees and Migrants from Venezuela.[7]

## SOLUTIONS

# 5.7 MILLION
## DISPLACED PEOPLE RETURNED

5.7 million displaced people returned to their areas or countries of origin in 2021, including 5.3 million internally displaced people and 429,300 refugees.

# 57,500
## REFUGEES RESETTLED

57,500 refugees were resettled in 2021, two-thirds more than in the previous year (34,400), according to government statistics. UNHCR submitted 63,200 refugees to States for resettlement.

## DEMOGRAPHICS OF PEOPLE WHO HAVE BEEN FORCIBLY DISPLACED

Children account for 30 per cent of the world's population, but 41 per cent of all forcibly displaced people.[8]



DISCLAIMER: figures do not add up to 100 per cent due to rounding.

**1** Source: Internal Displacement Monitoring Centre

**2** This number excludes Venezuelan asylum seekers and refugees.

**3** See Classifying refugee host countries by income level

**4** When the 483,000 Palestine refugees registered with UNRWA living in Lebanon are included, this proportion increases to one in five.

**5** In addition, Lebanon hosted 483,000 and Jordan 2.3 million Palestine refugees under UNRWA's mandate.

**6** This is the number of Venezuelan refugees and Venezuelans displaced abroad.

**7** See the Coordination Platform for Refugees and Migrants from Venezuela.

**8** Sources: Estimation of IDP demographics (IDMC); Palestine refugees under UNRWA's mandate (UNRWA); Refugees, people in a refugee-like situation, asylum seekers and Venezuelans displaced abroad are based on the available data (UNHCR) and World Population estimates (UN Department of Economic and Social Affairs).

**Statistics for forcibly displaced people and the population of concern to UNHCR**

The main focus of this report is the analysis of statistical trends and changes in global forced displacement from January to December 2021 among populations for whom UNHCR has been entrusted with a responsibility by the international community.[9] The data presented are based on information received as of 23 May 2022 unless otherwise indicated.

At the end of 2021, the total number of forcibly displaced people worldwide was 89.3 million, while the total population of concern to UNHCR stood at 94.7 million people.[10]

The total number of forcibly displaced people encompasses refugees, asylum seekers, internally displaced people and Venezuelans displaced abroad.

It includes refugees and other displaced people who are not covered by UNHCR's mandate and excludes other categories such as returnees and non-displaced stateless people.

The total population of concern to UNHCR relates to the people UNHCR is mandated to protect and assist. It includes those who have been forcibly displaced; those who have returned within the previous year; those who are stateless (most of whom are not forcibly displaced); and other groups to whom UNHCR has extended its protection or provided assistance on a humanitarian basis.

These two categorizations are compared graphically below. A detailed breakdown of UNHCR's population of concern by category and country is provided in Annex Table 1.



Forcibly displaced people
89,312,000

Population of concern to UNHCR
94,666,000

Palestine refugees under UNRWA's mandate — 5.8M — Not included in UNHCR's population of concern.

Refugees under UNHCR's mandate — 21.3M — Includes both refugees and people in refugee-like situations. Used consistently in both categorizations.

Asylum seekers — 4.6M — Used consistently in both categorizations.

Venezuelans displaced abroad — 4.4M — Used consistently in both categorizations.

Internally Displaced People (IDPs) — 53.2M — 51.3M — The biggest difference between the two categorizations is with people who have been internally displaced. When presenting these statistics, UNHCR applies two different sources: IDMC's IDP statistics collate the total forcibly displaced while those IDPs protected/assisted by UNHCR are included in the total population of concern to UNHCR. The two sources of IDP data vary significantly in certain countries. Globally, for 2021, IDMC report 53.2 million IDPs while UNHCR reports 51.3 million conflict-affected IDPs.

Stateless people — 4.3M — While in total UNHCR reports 4.3 million stateless people, 1.3 million are also forcibly displaced from Myanmar. These 1.3 million are only counted as forcibly displaced when calculating the total population of concern to UNHCR to avoid double counting.

Refugee returns — 429,300 — Only included in UNHCR's population of concern for a period of 12 months.

IDP returns — 5.3M — Only included in UNHCR's population of concern for a period of 12 months.

Others of concern to UNHCR — 4.2M — Only included in UNHCR's population of concern.

Host community — 6.7M — Not included in either categorization

The figures in this report are based on data reported by governments, non-governmental organizations and UNHCR. Numbers are rounded to the closest hundred or thousand. As some adjustments may appear later in the year in the Refugee Data Finder,[11]

figures contained in this report should be considered as provisional and subject to change. Unless otherwise specified, the report does not refer to events occurring after 31 December 2021.

**9**   See the Methodology page of UNHCR's Refugee Data Finder for a definition of each population group.
**10**  See: What is the difference between population statistics for forcibly displaced and the population of concern to UNHCR?
**11**  See: UNHCR's Refugee Data Finder

Nicaragua AR_001666

UNHCR GLOBAL TRENDS 2021

⊕ EXPLORE
  THE DATA

+ Demographics of
  forcibly displaced



## CHAPTER 1

# Global Forced Displacement



*Every year of the last decade, the numbers have climbed. Either the international community comes together to take action to address this human tragedy, resolve conflicts and find lasting solutions, or this terrible trend will continue.*

**Filippo Grandi**
UN High Commissioner for Refugees

Continuing a worrying decade-long rising trend, the number of people forced to flee due to persecution, conflict, violence, human rights violations and events seriously disturbing public order climbed to 89.3 million by the end of 2021. This is more than double the 42.7 million people who remained forcibly displaced at the end of 2012 and represents a sharp 8 per cent increase of almost 7 million people in the span of just 12 months. As a result, above one per cent of the world's population – or 1 in 88 people – were forcibly displaced at the end of 2021. This compares with 1 in 167 at the end of 2012.

During 2021, some 1.7 million people crossed international borders seeking protection and 14.4 million new displacements within their countries were reported.[12] This is a dramatic increase from the combined 11.2 million a year earlier. While internal displacement in 2021 was markedly higher than in recent years, the number of people crossing international borders seeking protection remained muted compared to pre-pandemic levels as health-related border and travel restrictions remained in effect in many locations. Access to asylum did improve during the year,[13] and most countries that remained closed to people seeking international protection at the end of 2021 had at least introduced some adaptive elements, albeit to varying degrees, rather than keep their asylum systems completely closed.

The year was perhaps most notable for the sheer number of existing conflicts that escalated and new conflicts that flared up (see map 1). According to the World Bank, 23 countries, hosting a combined population of 850 million people, faced high- or medium-intensity conflicts in 2021.[14] The number of conflict-affected countries has doubled during the last decade, with women and children disproportionately exposed to deep-rooted discrimination and extreme vulnerability.[15]

---

**12** Source for internal displacement: Internal Displacement Monitoring Centre (IDMC)
**13** By end-2021, asylum seekers were able to access 121 countries, up from 108 at the start of the year and up from just 84 in mid-2020, see UNHCR's COVID-19 Protection Issues dashboard
**14** See: Development and peace in uncertain times
**15** See: The Gender Dimensions of Forced Displacement – A Synthesis of New Research

Map 1 | **New displacements in 2021**



In **Sudan**, around half a million people were newly displaced within the country due to ongoing intercommunal conflict and violence that followed the military coup in October 2021.

In **Afghanistan**, more than 900,000 people were displaced within the country or to neighbouring countries, with many returning during the year.

Continued instability in the **Syrian Arab Republic** led to several hundred thousand new displacements.

In **Yemen**, several hundred thousand people were newly displaced within their country, triggered by "among the worst" escalation of the conflict seen in recent years.

In **Chad**, tens of thousands were displaced within the country due to ongoing violent insurgencies.

More than 100,000 new asylum applications were registered by **Nicaraguans** as they fled the growing socio-political crisis and increasing political persecution in their country.

Violent insurgencies in the Central Sahel region of Africa continued to drive internal displacement, with hundreds of thousands forced to flee in **Burkina Faso** and **Mali**.

In **Myanmar**, the military takeover in February 2021 ignited violence and forced more than 400,000 people to flee within their country.

In **Nigeria**, fighting continued between government forces and non-state armed groups, with several hundred thousand people newly displaced during 2021.

Almost 550,000 people were displaced in **Somalia**, with most estimated to have returned to their homes during the year.

The number of **Venezuelans** displaced abroad grew by more than half a million, as COVID-19-related travel restrictions eased in the region.

The **Central African Republic** saw up to half a million new displacements within the country in 2021, triggered by election related violence and insecurity, with most returning during the year.

The ongoing conflict in the Tigray region in **Ethiopia** led to several million more people being displaced within their country, with many returning during the year.

Nearly three million people were displaced within the **Democratic Republic of the Congo**, or across borders, with many returning during the year.

In **South Sudan**, an insurgency in the Equatoria region, and increasingly lethal intercommunal violence, triggered around half a million new displacements.

Tens of thousands of new displacements were recorded in **Mozambique**.

In Afghanistan, the events leading up to the Taliban's takeover of Kabul in August 2021 resulted in displacement within the country as well as into neighbouring countries. The number of people displaced internally rose for the 15th straight year, even as more than 790,000 Afghans returned during the year.

The conflict in the Tigray region in Ethiopia led to at least 2.5 million more people being displaced within their country, with some 1.5 million of them returning to their homes during the year.

Violent insurgencies in the Central Sahel region of Africa continued to drive internal displacement, particularly in Burkina Faso. The root causes of conflict in the region include extreme poverty and chronic underdevelopment. The climate crisis, with temperatures in the region rising 1.5 times faster than the global average, is making the humanitarian situation even worse.[16]

In Myanmar, the military takeover in February 2021 ignited widespread violence and forced many people to flee.

With renewed displacement from Venezuela, primarily to other Latin American countries, the number of Venezuelans displaced abroad also grew by more than half a million.

In addition, the Democratic Republic of the Congo, Nigeria, South Sudan, Sudan, the Syrian Arab Republic and Yemen all saw increases of between 100,000 and 500,000 people displaced internally during the year.

**While this report is focused on forced displacement in 2021, it is impossible to ignore more recent events in early 2022.** The war in Ukraine has captured global attention with, at the time of writing, more than 7 million Ukrainians displaced within their country and more than 6 million refugee movements from Ukraine having been registered.[17] It is one of the largest forced displacement crises since World War II, and certainly the fastest. It should be remembered that refugees fleeing Ukraine are hosted by predominately high-income European countries. They have also been offered temporary protection status by European Union Member States, with more than 2.8 million

---

16  See: A decade of conflict in the Sahel leaves 2.5 million people displaced
17  As of 29 May 2022, 7.1 million Ukrainians have been displaced internally (Source: IOM). From 24 February to 29 May 2022, 6.8 million refugee movements out of Ukraine were recorded, while 2.2 million population movements into Ukraine were recorded during the same period, including of a pendular nature (Source: Ukraine refugee situation).

refugees having registered for such schemes.[18] Many of the 36.2 million refugees, asylum seekers and others forced to flee across borders who were already displaced at the end of 2021 faced conditions that were much more dire.

As an example, people forced to flee are heavily impacted by food crises, with many refugees, asylum seekers and people displaced within their countries struggling to feed their families. In Afghanistan, for example, a staggering 55 per cent of the population in the country did not have enough to eat each day. Worldwide, 82 per cent of internally displaced people (IDPs) and 67 per cent of refugees and asylum seekers originated from countries with food crises in 2021.[19] Some 40 per cent of refugees and asylum seekers were hosted in countries with food crises at the end of 2021.

There is also a clear equity gap in the rollout of COVID-19 vaccinations. As of March 2022, only 1 per cent of the 10.9 billion administered doses worldwide have been given in low-income countries. This means that 2.8 billion people around the world are still waiting to get their first shot.[20] Resources are therefore still needed for immunization-related activities and to ensure last-mile vaccine delivery.

Prior to the war in Ukraine, the global economy was expected to recover to pre-pandemic growth rates between 2022 and 2024. Recent forecasts are more downbeat, primarily due to the resulting impact of inflationary pressures on food and fuel.[21] Low-income countries, hosting nearly a quarter of the world's refugees, and more than two-thirds of people displaced within their countries are likely to be disproportionately affected. This will compound immediate and longer-term socio-economic challenges faced by displaced populations.

**In last year's Global Trends report, UNHCR predicted that "the question is no longer if forced displacement will exceed 100 million people – but rather when".[22] The when is now.**[23] With millions of Ukrainians displaced at the time of writing, as well as further displacement elsewhere this year, notably in Burkina Faso and Myanmar, total forced displacement now exceeds 100 million people (see figure 1). This means 1 in every 78 people on earth has been forced to flee – a dramatic milestone that few would have expected a decade ago.

Figure 1 | **People forced to flee | 2012–2022**



* 2022 figures are estimated using data available as of 16 May 2022.

**18** Source: UNHCR, Ukraine situation: Refugees from Ukraine across Europe as of 29 May 2022
**19** See: 2022 Global Report on Food Crises; 82 per cent of IDPs (source IDMC) and 72 per cent of refugees under UNHCR's mandate, people in refugee-like situations, Venezuelans displaced abroad, and asylum seekers originate from these countries. 40 per cent of those displaced across borders are hosted in these same countries.
**20** See: Vaccination against COVID-19 will define countries' socio-economic recovery
**21** See IMF, War sets back the global recovery
**22** See: Global Trends 2020
**23** See 100 million forcibly displaced

# What next?

What direction is the world going to take in the years to come? The international community can take action, to redouble efforts to share responsibilities and find durable solutions, which could reverse the current trend, bringing displacement levels down significantly. The recent trend is concerning, as shown in figure 2 below, with the last decade quite different from the previous two decades. Historically, solutions for outflows from displacement situations have been available, but as new refugee situations intensify and existing ones reignite or remain unresolved, there is an acute and growing need for durable solutions at increasing scale. However, given the pace of new displacement over the last decade, solutions have struggled to keep up. In 2020, the impact of measures to limit the spread of COVID-19 was keenly observed in the sharp drops in all forms of durable solutions. The numbers of refugees and people displaced within their countries benefitting from solutions increased in 2021, but remain a small fraction of the overall needs.

Figure 2 | **Forced displacement and durable solutions | 1990–2021**



Nicaragua AR_001670

If lasting peace were possible for current conflicts, how many refugees and IDPs would return? Return intention surveys, which UNHCR and its partners conduct in many countries globally, help indicate whether refugees wish to return to their countries of origin should the conditions allow. For example, some 7 in 10 Syrians hosted in mostly neighbouring countries hoped to return to Syria in the future.[24] More commonly, around one-third to one-half of other refugee populations have expressed a willingness to return in the future in similar surveys. If lasting peace were achieved in a few key locations, global refugee figures could halve to around 10 million, where they stood two decades ago. The most common reasons refugees tell us why return is not possible are ongoing insecurity and the lack of livelihoods or housing. But without the political will to make peace, the prospect for large numbers of refugees returning home in the near future will remain out of reach.

Other solutions include resettlement to third countries, a crucial tool for some of the most vulnerable refugees, who may face specific or urgent protection risks. However, the number of places for resettlement offered by States continues to fall far short of the global needs. In 2021, for example, just 4 per cent of the estimated 1.4 million refugees in need of resettlement were resettled.[25]

Naturalization is possible for refugees in some countries, including high-income countries in North America, Europe and Australasia. Administrative and bureaucratic hurdles, financial restraints and other barriers may hamper refugees' acquisition of citizenship.[26]

Durable solutions have therefore become an option for fewer and fewer refugees and internally displaced people, and are far outpaced by the rising numbers of people forced to flee. As set out in the Global Compact on Refugees (GCR),[27] enhancing refugee self-reliance and easing the pressure on host countries needs to be stepped up while also redoubling efforts to expand durable solutions, especially in countries of origin. Finding durable solutions to displacement within countries is also critical, as underlined in the UN Secretary-General's Action Agenda on Internal Displacement.[28]

Greater international solidarity and responsibility-sharing, two core principles underpinning the GCR, is urgently required. Otherwise, the 21st century risks being increasingly shaped by the growing number and intensity of conflicts and a consequent rise in the numbers of people forced to flee, further exacerbated by exposure to climate change. As the world reached in excess of 100 million forcibly displaced people, UN Secretary-General António Guterres emphasized "This is a political crisis, and it will only be solved with solidarity and political will.".[29] The international community must therefore work together now to resolve existing conflicts; to help address root causes to mitigate the risk of future conflicts unfolding in increasingly fragile states; and to deliver sustainable opportunities at the scale required to allow forcibly displaced people to live in safety and with dignity.



For detailed information on UNHCR's protection and assistance activities in support of forcibly displaced populations, see the **2021 Global Report**

---

24 See: Sixth Regional Survey on Syrian Refugees' Perceptions & Intentions on Return to Syria. Covering Egypt, Iraq, Jordan and Lebanon, the survey canvassed more than 3,200 Syrian refugees, out of a total of 1.9 million in these countries. The seventh return intention survey, which is soon to be published, shows that the number of Syrians intending to return is slightly lower.
25 See Projected global resettlement needs in 2021
26 See Barriers to European citizenship: an EU-wide analysis
27 See the Global Compact on Refugees and the High-Level Officials Meeting in December 2021
28 See UN Secretary-General's Action Agenda on Internal Displacement
29 See 100 million have now been forced to flee their homes.

## PREDICTING DISPLACEMENT IN THE CONTEXT OF CLIMATE CHANGE

The Intergovernmental Panel on Climate Change warns in its intermediate scenario that by the end of this century the average global temperature will increase by between 2.1 to 3.5 degrees centigrade compared to the pre-industrial era.[30] Such a rise in temperature will have far-reaching implications on the earth's ecosystems — and the people living within them. For example, rain-fed agriculture is likely to be particularly impacted and, worryingly, this currently forms the basis of the majority of people's food security and livelihoods in Asia, Central and South America, sub-Saharan Africa, the Middle East and North Africa.

Over the millennia, population movements have always been a strategy for coping with or escaping unsustainable or deteriorating environments. The Internal Displacement Monitoring Centre estimates that in 2021 alone, there were around 23.7 million displacements of people within their own countries by extreme weather events like floods, storms and droughts. The questions, though, of how many people will be uprooted by climate change in future years, and how their basic needs will be met, remain unanswered. The latest Groundswell report estimates that 216 million people could be forced to move within their countries by 2050 due to slow-onset events across six regions.[31] Other scenarios have varied from 200 million to as many as 1 billion people displaced by climate change during the same period of time.

But such figures should be treated carefully, as the nexus between climate change and human mobility is extremely complex. The impact of climate change on displacement is also not a uniform process and includes the following:

- **Sudden-onset events** such as storms, floods and wildfires. The impact of sudden-onset events can be substantial in their immediate magnitude, but the people they displace usually remain nearby and seldom leave their country, with most returning within the first three months. There is little evidence so far that such events significantly shift the intermediate and long-term mobility behaviour of affected populations.

- **Slow-onset events** such as droughts, changes in precipitation patterns, and salination from sea-level rises. Seasonal rural-urban migration is common among rural households, particularly in lower- and middle-income economies, as people cope with poor harvests and seek to diversify income sources. The negative impact of climate change on crop yields can lead to an increase in seasonal and even more permanent population movements. Such movements are currently most common between regions within the same countries. In many countries, though not all, seasonal migration is dominated by younger, better educated, typically male household members, which often leaves more vulnerable family members and women behind to cope with a deteriorating situation. For an increasing number of households, the impact of climate change on their income may compromise their ability to move elsewhere due to a lack of resources, trapping them in an unsustainable situation.

- **Climate change related conflict.** Competition over diminishing land and water resources, movements to urban centres that strains their infrastructure, and rampant increases in global food prices that will hurt the urban population in low- and middle-income countries are the main factors heightening the risk of increased conflict. These risks are especially great in countries with weak governance and infrastructure and/or insufficient resources.

Any prediction of future displacement in the context of climate change is then faced with the following three challenges:

- In terms of the **statistics relating to displacement in the context of climate change**, simply put, what is not defined cannot be quantified, and what cannot be quantified cannot be predicted. The lack of

**30** See the Sixth IPCC report.
**31** See the Groundswell report.

proper and commonly accepted statistics on displacement in the context of climate change currently creates one of the biggest hurdles for predictive work and makes it difficult to compare figures across studies. From a legal perspective, UNHCR does not support the term "climate refugee" which does not exist in international law: such a new legal category is not needed to provide relevant protection.[32] It is also very difficult to assess whether someone who has been displaced in the context of climate change would have been displaced anyway had there been no climate change.

- Secondly, the **lack of historical precedent** for many situations that will arise as human-related climate change progresses, whose impact on human mobility has never been observed before. This means that it remains unclear how the changing climate will impact people's decisions and behaviour in the future. Many communities affected by sudden-onset events have been hit by such events long before human induced climate change began and have learned to cope with them. For example, traditional Japanese architecture has been designed to accommodate frequent earthquakes. But an increased frequency and severity of sudden-onset events could bring these communities to the point where their traditional coping strategies are no longer up to the task. The effect might be a significant change in intermediate and long-term migratory behaviour.

- Finally, the **link between climate change and (forced) displacement** remains not fully measurable and there is no consensus that it is a direct causal link, with, for example, only limited information available on the impact of climate change on mounting poverty, political instability and armed conflict. The current violence involving farmers and herders in northern Cameroon, for example, shows a distinctly causal relationship between climate change and conflict, although the wider empirical evidence for this relationship elsewhere is still sparse. Climate change can be the catalyst for conflict in situations where other preconditions for conflict and war are already in place.[33]

The task of producing reliable and accurate data of future displacement in the context of climate change is therefore clearly challenging. Rather than focusing on specific figures, what can be derived from the analyses to date is a fairly accurate depiction of the populations and areas that are at greatest risk due to climate change. Datasets such as the Notre Dame Global Adaptation Index, which measures a country's vulnerability to climate disruptions,[34] provide useful baselines. In fact, some 95 per cent of all internal conflict displacements in 2021 occurred in countries that are highly vulnerable to the impacts of climate change,[35] and 78 per cent of new refugees[36] and asylum seekers originate from these same countries. Over the last decade, more than four out of every five newly displaced refugees, asylum seekers and IDPs have originated from countries that are highly vulnerable to the impacts of climate change.[37]

Clearly, the best way to mitigate the risks of displacement in the context of climate change is concerted action to reduce global emissions and support for green, inclusive and resilient development as well as equitable use of resources. Without this action, it will be these most vulnerable populations that will most likely need the most support in the future, focused on in situ adaptation. Measures such as weather-resistant infrastructure, drought-resistant crop variants and farming techniques, irrigation, coastal-protection measures, and help for rural households to diversify their income sources away from the land can all contribute to minimizing the risk of displacement.

---

**32** Legal Considerations regarding claims for international protection made in the context of the adverse effects of climate change and disasters, UNHCR 2020
**33** See Climate as a risk factor for armed conflict
**34** A country's vulnerability to climate change is determined from a combination of its exposure to climatic changes and its ability to cope with these changes given its financial and technical endowments.
**35** See ND-GAIN index. The 2021 figures are calculated using the 2019 ND-GAIN index, determining the percentage of new internal conflict displacements reported by IDMC or new refugees and asylum seekers under UNHCR's mandate originating from the lowest 30 per cent of ND-GAIN index values, i.e., countries that are highly vulnerable to climate change. Vulnerability data for South Sudan is not available, so Sudan is used as a proxy.
**36** See the new forcibly displaced population flow dataset.
**37** The correlation between a high ND-GAIN index and large numbers of forcibly displaced people does not imply that there is a causal relation between a high vulnerability to climate change and forced displacement. Rather compounding factors like poverty and weak institutions will both increase a country's vulnerability to climate change and a country's likelihood for conflict with subsequent large displacement numbers.

⊕ EXPLORE
   THE DATA

+ By origin and
      asylum



CHAPTER 2

# Refugees

Over the span of the year, the number of refugees[38] worldwide increased from 20.7 in 2020 to 21.3 million at the end of 2021, more than double the 10.5 million a decade ago. The number of Venezuelans displaced abroad also rose, from 3.9 million to 4.4 million, during the same period. Throughout the year, 794,100 people were granted international protection on an individual (494,900) or group (299,200) basis. While this is slightly more than in 2020 (765,200), it remains substantially below the pre-COVID-19 level of 952,800 people in 2019. Many of the Venezuelans displaced

abroad located in countries of Latin America and the Caribbean have been granted residence permits or other forms of legal stay during recent years, yet precise tracking data for these types of protection remain unavailable.[39]

In this chapter, the term "people displaced across borders" refers to refugees, people in refugee-like situations and Venezuelans displaced abroad, unless stated otherwise.

## By region of asylum

Figure 3 | **People displaced across borders by region | 2012–2021**



38 Includes people in refugee-like situations and excludes Palestine refugees under UNRWA's mandate.
39 However, tracking data is available for Temporary Protection Status in Colombia. As of 31 December 2021, 1,696,399 people had been registered in the Registration System for Venezuelans (RUMV) and Migración Colombia had issued 39,618 Temporary Protection Permits. Data is publicly available and regularly updated on Estatuto Temporal de Protección.

CHAPTER 2



**DEMOCRATIC REPUBLIC OF THE CONGO.**
Central African refugee,
Valentine, 92, sits outside her
makeshift shelter. She arrived
with her family in early 2021,
after fleeing her hometown. "It is
the second time I am fleeing my
country. I was afraid of the
gunshots and could not bear to
stay," she says.
© UNHCR/FABIEN FAIVRE

Nicaragua AR_001075

## Europe

In 2021, the number of people displaced across borders hosted in European countries increased by 3 per cent to more than 7 million. This increase reflects newly recognized refugees, who total 288,000, primarily in Germany (79,700), France (51,000) and Italy (21,100).

Türkiye remained the largest refugee-hosting country in the world in 2021, with more than 3.8 million refugees at year-end, or 15 per cent of all people displaced across borders globally. Germany was the second-largest refugee-hosting country in Europe, with 1.3 million refugees (5 per cent).

## Americas

The Americas region hosted more than 5.1 million people displaced across borders (20 per cent of the global population), with 86 per cent being Venezuelans. Sharp growth in the number of Venezuelans displaced abroad accounted for much of the 11 per cent rise (524,000) across the Americas. The number of displaced Venezuelans in Peru, Colombia and Ecuador increased by 276,400, 112,900 and 102,100 people respectively compared to the previous year as COVID-19-related travel restrictions eased in the region. At the same time, cross-border and pendular movements of Venezuelan refugees and migrants to and from their country also increased. Elsewhere in the region, significant numbers of refugees were recognized in Canada (33,800), Mexico (28,100) and the United States of America (20,600). At the end of 2021, Colombia hosted more than 1.8 million people displaced across borders, while Peru hosted 797,300 and Ecuador 560,500.

## Sub-Saharan Africa

As violence and conflict continued in parts of the continent, more than one quarter of all people displaced across borders were residing in sub-Saharan Africa. The East and Horn of Africa and the Great Lakes region hosted more than 4.7 million refugees at the end of 2021, some 206,000 people, or 5 per cent, more than in 2020. One fifth of all refugees worldwide are hosted in this region, predominately in only three countries: Uganda (1.5 million), Sudan (1.1 million) and Ethiopia (821,300). In 2021, 165,400

refugees were recognized on an individual or group basis in the region, mostly in Sudan (66,300), Uganda (62,500) and Ethiopia (19,200).

Nearly 1.5 million refugees were hosted by countries in the West and Central Africa region, an increase of 134,900 (10 per cent) compared to the end of 2020. Chad (555,800) and Cameroon (457,300) together hosted more than two-thirds (68 per cent) of them.

The number of refugees hosted within the Southern Africa region grew by 62,900 people to 783,300 in 2021. More than half of the increase is attributed to the flight of refugees from the Central African Republic to the Democratic Republic of the Congo, due to the violence and insecurity that followed the December 2020 general election. The Democratic Republic of the Congo already hosted the largest refugee population in the region, reaching 524,100 refugees at year-end.

## Asia and the Pacific

The number of refugees in the Asia and the Pacific region grew by 138,400 people in 2021, reaching 4.2 million, or 16 per cent of the global refugee population, with Pakistan seeing the largest change. During the year, some 108,000 Afghans who fled to Pakistan were pre-screened by UNHCR. Meanwhile, a verification exercise is close to completion and has already led to a reduction of 383,900 registered Afghans as well as the registration of 198,600 births that occurred during the prior five years. A further 129,700 Afghans are pending verification at the time of reporting. As a result, the total number of refugees in Pakistan increased slightly to just less than 1.5 million. After Pakistan, Bangladesh (918,900) and the Islamic Republic of Iran (798,300)[40] hosted the largest refugee populations within the region.

## Middle East and North Africa

The Middle East and North Africa region continues to see increases in refugee populations. Overall, the region recorded a slight decrease in the number between 2021 and the previous year refugees (3 per cent less) as a result of a refugee population review exercise ongoing in Yemen (83,300), data verification in Lebanon (32,200), as well as a relatively low number of refugees being newly recognized (33,000).

---

[40] This includes around 770,500 refugees and 27,800 UNHCR pre-registered new arrivals. Based on information received from the Government in October 2020, the Islamic Republic of Iran hosts 800,000 refugees, of which 780,000 are Afghan Amayesh cardholders and 20,000 are Iraqi Hoviat cardholders. These cards effectively offer refugee status to their holders. UNHCR has been in continuous engagement with the authorities in relation to these figures ever since. In view of the absence of updated data, UNHCR sought to estimate the changes in the refugee population considering the natural growth and onward movements, estimating the total to be some 770,000 refugees (out of which 750,000 were Afghans and 20,000 Iraqis).

Table 1 | **Refugees, people in refugee-like situations and Venezuelans displaced abroad | 2020–2021**

| UNHCR regions | End-2020 | | | | End-2021 | | | | Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Refugees | People in refugee-like situations | Venezuelans displaced abroad | Total | Refugees | People in refugee-like situations | Venezuelans displaced abroad | Total | Absolute | % |
| East and Horn of Africa, and Great Lakes | 4,511,500 | - | - | 4,511,500 | 4,717,500 | - | - | 4,717,500 | 206,000 | 5% |
| Southern Africa | 720,400 | - | - | 720,400 | 783,300 | - | - | 783,300 | 62,900 | 9% |
| West and Central Africa | 1,353,500 | - | - | 1,353,500 | 1,488,400 | - | - | 1,488,400 | 134,900 | 10% |
| Total Africa* | 6,585,400 | - | - | 6,585,400 | 6,989,200 | - | - | 6,989,200 | 403,800 | 6% |
| Americas | 650,300 | 108,800 | 3,862,100 | 4,621,200 | 708,800 | 30,000 | 4,406,400 | 5,145,200 | 524,000 | 11% |
| Asia and the Pacific | 3,968,400 | 48,000 | - | 4,016,400 | 3,801 600 | 353,100 | - | 4,154,700 | 138,300 | 3% |
| Europe (incl. Türkiye) | 6,689,000 | 105,300 | - | 6,794,300 | 6,972,500 | 32,000 | - | 7,004,500 | 210,200 | 3% |
| Middle East and North Africa | 2,481,900 | 26,000 | - | 2,507,900 | 2,415,100 | 26,000 | - | 2,441,100 | - 66,800 | -3% |
| Total | 20,375,000 | 288,100 | 3,862,100 | 24,525,200 | 20,886,800 | 441,100 | 4,406,400 | 25,734,700 | 1,209,500 | 5% |

## Estimated demographic composition of people displaced across borders

UNHCR compiles data globally on the combined sex- and age-distribution of the populations of concern under its mandate at the end of each year. The availability of demographic data varies greatly by population group and by country of asylum. For example, demographic data by age and sex is available for 84 per cent of refugees and 42 per cent of Venezuelans displaced abroad at the end of 2021.

Statistical modelling can be used to impute the sex- and age-distribution for missing demographic data for these populations, helping to fill these data gaps with estimates.[41] Using this approach, 42 per cent of all refugees and Venezuelans displaced abroad at the end of 2021 are estimated to be children. This varies by region with children estimated to represent almost

55 per cent of these populations in sub-Saharan Africa. By comparison, 38 per cent of refugees in Europe and only 26 per cent in the Americas are estimated to be under the age of 18.

Some 48 per cent of people displaced across borders are estimated to be women and girls. There are proportionally more women and girls among refugee populations living in West and Central Africa (54 per cent), while in Europe, this is estimated to be lower, at 44 per cent.

---

[41] These models are generated using the available data for a country of origin as a starting point. Where data for a particular country of asylum is missing, the values are estimated using statistical modelling from the available data for the same origin country in nearby countries of asylum.

Figure 4 | **Demographics of people displaced across borders | end-2021**



### BIRTH REGISTRATIONS

Data on births among refugee populations reported to UNHCR and registered by governments is incomplete and therefore undercount the number of children born into refugee status. To better assess the numbers of such children, UNHCR calculated estimates by imputing missing birth data for the years between 2018 to 2021.[42] The imputation had to accommodate the fact that forced displacement is likely to impact the fertility pattern of refugees. Refugees face a drastically different situation than those remaining in the country of origin and are usually not representative of the overall population. Thus, birth rates in the country of origin are not necessarily indicative of refugee populations that have fled these same countries.

Between 2018 and 2021, there were gaps in the data on children born into refugee status in many countries globally. The biggest data gaps on birth figures are prevalent among refugee-hosting countries in the Americas, Asia and the Pacific and Europe regions. By contrast, in the Middle East and North Africa, birth registration of Syrian refugee children has progressively improved since the onset of the crisis.[43]

UNHCR estimates that more than 1.5 million children were born into refugee life between 2018 and 2021, equivalent to some 380,000 children per year. Registration figures for 2020 were compromised by movement restrictions implemented by States to halt the spread of COVID-19, which made it much more difficult to conduct civil registration activities, but they have recovered in 2021. Considering that this imputation is based on several broad statistical assumptions, results should be interpreted as estimates and not precise figures. UNHCR, through its involvement in IDAC,[44] is leading efforts to improve data on displaced children.

**42** See How many children are born into refugee life?
**43** In the Middle East and North Africa, the percentage of Syrian refugee children born in the region that were undocumented at birth (i.e. received neither a birth certificate nor a birth notification) reduced from 35 per cent in 2012 to 4 per cent in 2021.
**44** See: International Data Alliance for Children on the Move

## By country of origin

Around 83 per cent of people displaced across borders originate from just ten countries, in line with previous years (see figure 5).

The Syrian refugee population continues to be the largest globally, with 6.8 million refugees hosted in 129 countries. Syrian refugees constituted 27 per cent of the global refugee population at the end of 2021. In the course of the year, the number of Syrian refugees increased by 145,900, due to new births and a rise in individual recognitions in Germany (38,100), Austria (7,900) and other countries in Europe. Even so, and after more than a decade of conflict, more than three-quarters of Syrian refugees are still hosted by neighbouring countries, mostly in Türkiye (3.7 million), Lebanon (840,900) and Jordan (673,000). Germany is the largest non-neighbouring host country, with 621,700 Syrian refugees.

Venezuelans are the second-largest population displaced across borders, with 4.6 million. Nearly all are located in the Americas region without formal refugee status. In 2021, their population grew by more than 570,000, due to newly displaced Venezuelans fleeing to Colombia (112,900), Ecuador (102,100) as well as an improved estimation of displaced Venezuelans in Peru (276,400) and Chile (45,700).

Afghans represent the third-largest refugee population globally, with more than 2.7 million hosted by 98 countries. Their numbers grew by almost five per cent (118,000) in 2021, driven by new outflows to neighbouring Pakistan (108,000) and the Islamic Republic of Iran (27,800), newly registered births and new recognitions in Europe (59,100) and Asia and the Pacific (6,000).

The number of South Sudanese refugees increased from 2.2 million in 2020 to 2.4 million at the end of 2021. Almost all are hosted by four neighbouring countries: Uganda (958,900), Sudan (803,600), Ethiopia (386,800) and Kenya (135,300). Most of the 109,900 newly recognized South Sudanese refugees were recognized by prima facie procedures in Sudan (63,900), Uganda (30,600) and Kenya (9,000).

Following the sizeable displacement of Rohingya refugees from Myanmar in 2017, this population remains one of the largest displaced groups globally. In 2021, its number increased by some 73,800 people to reach 1.2 million, with more than three-quarters hosted in Bangladesh. The increase in 2021 was primarily due to the registration of new births, including the backlog from 2020, as registration resumed in 2021 after being suspended due to COVID-19.

Figure 5 | **People displaced across borders by country of origin | end-2021**



| Country | People | Change |
|---|---|---|
| Syria | 6,848,900 | ▲ 2% |
| Venezuela | 4,605,600 | ▲ 14% |
| Afghanistan | 2,712,900 | ▲ 5% |
| South Sudan | 2,362,800 | ▲ 8% |
| Myanmar | 1,177,000 | ▲ 7% |
| Democratic Republic of the Congo | 908,400 | ▲ 8% |
| Sudan | 825,300 | ▲ 5% |
| Somalia | 776,700 | ▼ 4% |
| Central African Republic | 737,700 | ▲ 15% |
| Eritrea | 511,900 | ▼ 2% |

### SUSTAINABLE DEVELOPMENT GOALS – INDICATOR 10.7.4



The proportion of a country's population who become refugees – SDG indicator 10.7.4 – is a useful way to identify the countries of origin whose population displaced abroad is highest relative to its inhabitants.[45] As shown in figure 6, the countries that have seen the greatest proportion of their national population become refugees are Syria (27,300 per 100,000 inhabitants), South Sudan (17,200 per 100,000) and Venezuela (13,800 per 100,000).

Figure 6 | **SDG Indicator 10.7.4**



Refugees, people in refugee-like situations and Venezuelans displaced abroad per 100,000 national population

*Includes Venezuelans displaced abroad

## By country of asylum

Türkiye, Colombia and Uganda remained the three largest hosting countries for those displaced across borders (see figure 7). The refugee population in Türkiye, almost all of whom are Syrians, grew to 3.8 million people in 2021. In Colombia, the number of people displaced across borders rose to 1.8 million, as an additional 113,000 Venezuelans sought refuge in the country during the year. Uganda hosted the third-largest number of refugees, with 1.5 million at the end of 2021, mostly from South Sudan (63 per cent) and the Democratic Republic of the Congo (29 per cent).

**45** See <u>UN Statistical Commission 51st session (2020) documents</u>. Indicator 10.7.4 is computed as follows: [Number of refugees by country of origin at end-year / (End-year population in country of origin + number of refugees by country of origin at end-year)] * 100,000. For this report, refugees and Venezuelans displaced abroad have been included. The indicator excludes Palestine refugees under UNRWA's mandate.

Nicaragua AR_001680

Figure 7 | **People displaced across borders by host country | end-2021**



Table 2 | **Key facts for countries hosting the world's refugees and Venezuelans displaced abroad | end-2021**

| | |
|---|---|
| **72 per cent hosted by neighbouring countries** | Most people fleeing conflict and persecution prefer to remain near their country of origin. In 2021 nearly three-quarters of people displaced across borders were hosted in neighbouring countries. |
| **83 per cent are hosted by low- and middle-income countries** | Low-income countries continue to host a disproportionately large share of the global displaced population. According to the World Bank income classification for 2021,[46] low-income countries host 22 per cent of people displaced across borders. This includes very large refugee populations in Uganda, Sudan, Ethiopia, Chad and the Democratic Republic of the Congo. A further 21 per cent were hosted by lower-middle-income countries such as Pakistan, Bangladesh and the Islamic Republic of Iran. Upper-middle-income countries – including Türkiye, Colombia, Lebanon and Jordan – hosted 40 per cent of people displaced across borders. High-income countries, which account for most of the global wealth,[47] hosted only 16 per cent of people displaced across borders. |
| **27 per cent are hosted by the Least Developed Countries[48]** | The Least Developed Countries consist of 46 countries, including Bangladesh, Chad, the Democratic Republic of the Congo, Ethiopia, Rwanda, South Sudan, Sudan, Uganda, the United Republic of Tanzania, and Yemen. Together, they account for less than 1.3 per cent of the global Gross Domestic Product,[49] yet they were responsible for hosting more than 27 per cent of all people displaced across borders worldwide. At the end of 2021, the number of refugees in the Least Developed Countries stood at 7 million. |

**46** See World Bank Country and Lending Groups
**47** High-income countries account for 62 per cent of global Gross Domestic Product (Source: World Bank GDP statistics)
**48** See UNSD methodology - Standard country or area codes for statistical use (M49) for a list of Least Developed Countries.
**49** See World Bank GDP statistics

## HOW LONG DO REFUGEES REMAIN DISPLACED IN PROTRACTED SITUATIONS?

### Protracted refugee situations

Protracted refugee situations are defined as those where more than 25,000 refugees from the same country of origin have been in exile in a given low- or middle-income host country for at least five consecutive years.[50] This definition should be seen as a reflection of the refugee situation as a whole and does not refer to circumstances of individual refugees (see new research below).

At the end of 2021, an estimated 15.9 million refugees (74 per cent of the global refugee population) were in a protracted situation. This represented an increase of more than 203,000 refugees compared to the previous year. There were a total of 51 protracted situations in 31 different host countries. Some of the protracted situations are relatively recent, such as the ongoing displacement of refugees from the Democratic Republic of the Congo in Zambia, while others such as Burundian refugees in the United Republic of Tanzania have been in prolonged displacement for decades.

### Estimating the duration refugees in protracted situations live in a given country

In new research, UNHCR has estimated the probability of individual refugees remaining displaced over time using the data it maintains in its case management system, known as proGres. UNHCR is responsible for registering refugees in 81 countries, totalling some 8.1 million refugees, more than one-third of the global refugee population. The research is focused on selected protracted situations.

For some refugee situations, only a limited amount of registration data is available. Also, circumstances that influence refugees' likelihood to remain displaced vary significantly based on their country of origin, and in which country of asylum they are hosted. For example, the opportunity to naturalize as a root to bringing refugee status to an end is not broadly available. Equally, opportunities for refugees to return to their home countries are not available to all of them and depend on a variety of factors. UNHCR has analysed nine protracted situations of varying durations, as shown in Figure 8, using the available events in its case management data to calculate the duration for which a refugee has remained displaced.[51]

The probability in these situations of someone remaining a refugee for at least five years – i.e. the minimum duration that UNHCR defines as protracted – varies between 63 and 99 per cent (see figure 8).[52] Furthermore, the duration of each protracted situation varies, and the probability that someone remains a refugee for the entire duration of their situation decreases to anywhere from 96 to zero per cent. This likelihood varies considerably by situation: it is 96 per cent for South Sudanese in Sudan; 88 per cent for Rohingya in Bangladesh; 62 per cent for people from the Central African Republic in Cameroon; between 42 and 46 per cent for Syrians in Jordan, Iraq and Egypt; 26 per cent for Somalis in Kenya; and zero per cent for Burundians in the United Republic of Tanzania. Multiple factors influence these estimates – most notably returns, onwards movements and the opportunity to naturalize in refugees' host countries.

What is clear already from the research is that while the protracted situation designation is useful to summarize these situations, the categorization is not reflective of individual refugees' conditions, with individual refugees tending to be displaced for shorter durations, albeit with significant variation between situations. The years spent by refugees in displacement could reduce in the future if the international community as a whole contributed resources and expertise to support countries of origin, upon their request, to address root causes, to remove obstacles to return, and to enable conditions favourable to voluntary repatriation.

---

**50** Palestine refugees under UNRWA's mandate are excluded from this analysis.
**51** The refugee duration is calculated by comparing the registration date with the end of 2021 for active and 'on hold' cases, and the process status date for those cases that are closed or inactive. Cases on hold are those where UNHCR has not been able to contact the refugee, typically for three months. Closed and inactive cases are assumed to no longer be refugees, typically due to death, return or onwards movements. Biometric registration helps to ensure that individual cases are not duplicated should an individual be reactivated in the same country, or another country where UNHCR undertakes registration.
**52** Kaplan-Meier plots are used in this research to show the probability of a refugee remaining displaced for a given number of years. The probability will always decrease over time to a greater or lesser extent depending on a range of context specific factors, as well as mortality. For example, some 66 per cent of Syrians in Jordan are likely to remain displaced after five years, with the likelihood decreasing to 58 per cent after 10 years. This is more useful than a simple median or mean length of displacement, as these are skewed by the fact that most refugees remained displaced at the end of 2021.



Figure 8 | **The likelihood of individuals remaining as refugees in selected protracted refugee situations | 1996–2021**



Map 2 | **Refugees, people in refugee-like situations and Venezuelans displaced abroad | end-2021**

A country is named if it features among the five largest per population group.
The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.


EXPLORE
THE DATA

+ By origin
+ IDP returns


CHAPTER 3

# Internally Displaced People (IDPs)

## Key global developments in 2021

People displaced inside their own countries due to armed conflicts, generalized violence or human rights violations continue to constitute the majority of the forcibly displaced population globally. Known as internally displaced people, or IDPs, they account for some 60 per cent of all people displaced.[53] By year-end, UNHCR reported on situations of internal displacement in 35 countries, and all the following figures in this chapter relate to IDPs of concern to UNHCR, unless otherwise indicated. Worldwide, the IDP population has increased during nine of the last ten years, rising nearly three-fold from 17.7 million in 2012 to 51.3 million in 2021 – once again the highest level ever recorded.

Figure 9 | **IDPs of concern to UNHCR by region | end-2021**



---

**53** Source: Internal Displacement Monitoring Centre



**MOZAMBIQUE.** *Moussa was displaced by the ongoing conflict in northern Mozambique's Cabo Delgado province. His friend Salimo helped him flee and board a plane to the city of Pemba, saving his life. Today, both men are separated from their families and hope for peace so they can return home.*
© UNHCR/MARTIM GRAY PEREIRA

Data on IDPs reported by UNHCR includes only those internally displaced due to conflict and violence. In addition, there were 23.7 million internal displacements in the context of disasters and due to the impacts of climate change during the year, with 5.9 million people remaining displaced at end-year, according to the Internal Displacement Monitoring Centre (IDMC).

## Changes by regions and countries

Internal displacement increased in nearly all regions globally, driven by ongoing or escalating violence and conflicts (see Figure 10). More than three-quarters of all new internal displacements in 2021 occurred in Sub-Saharan Africa, consistent with recent years.

Figure 10 | **Newly displaced IDPs of concern to UNHCR by region | in 2021**



The largest numbers of people newly displaced within their countries in 2021 were observed in the East and Horn of Africa and Great Lakes region, with nearly 4.1 million recorded in Ethiopia, Somalia, South Sudan and Sudan. The surge in numbers in Ethiopia was largely driven by the crisis in the north of the country. In late 2020, fighting in the Tigray region broke out between the federal government and the former regional government of Tigray, spilling over into the neighbouring regions of Amhara and Afar. The ongoing conflict, which made headlines for widespread violations of rights, including sexual violence, led to at least a further 2.5 million people being displaced within the country in 2021. A joint investigation by the Ethiopian Human Rights Commission and the Office of the United Nations High Commissioner for Human Rights concluded that forced displacement could "amount to crimes against humanity and war crimes", with all parties to the conflict implicated.[54]

In South Sudan, an insurgency in the Equatoria region, and increasingly lethal intercommunal violence, worsened by widespread presence of weapons,

continued to trigger displacement. An estimated 528,900 people fled their homes during the year, bringing the total number of conflict-related IDPs in South Sudan to about two million. Its neighbour Sudan also witnessed more than half a million people (543,300) newly displaced within the country, primarily attributed to ongoing intercommunal conflict and violence that followed the military coup in October 2021. The number of IDPs in Sudan stood at more than 3 million at the end of the year. More than half a million people were also displaced in Somalia (544,200), with most estimated to have returned during the year.

In the West and Central Africa region, there were 1.6 million new displacements in 2021. These increased movements were mainly driven by escalating conflict in Burkina Faso and Nigeria, where fighting continued between government forces and non-state armed groups. In Nigeria, displacement has been growing rapidly since 2018, with 500,700 people newly displaced during 2021. The internal displacement crisis in Burkina Faso is one of the fastest growing in the world.[55] Until 2017, Burkina Faso was mostly spared from the violence that drove displacement

---

**54** See Joint Investigation into Alleged Violations of International Human Rights, Humanitarian and Refugee Law Committed by all Parties
**55** See Sahel internal displacement tops 2 million as violence surges

in many neighbouring countries. But the internally displaced population has since then grown many times over, rising from less than 50,000 at the start of 2018 to around 1.6 million four years later – including 507,600 new displacements during 2021. The Central African Republic also saw 392,800 people newly displaced within the country during the year, triggered largely by the violence and insecurity that followed the December 2020 general election. Most were able to return to their homes during 2021. In Mali and Chad, respectively, some 98,100 and 70,400 new displacements were recorded during the year. Chronic underdevelopment, economic inequality, and other socio-economic factors are among the root causes of conflicts in West and Central Africa. Addressing these underlying issues remains critical to stemming the growing internal displacement crisis in the region.

In the Southern Africa region, 1.5 million people were newly displaced within the Democratic Republic of the Congo and a further 76,900 in Mozambique. While many IDPs in the Democratic Republic of the Congo returned during the year, both countries saw substantial growth in their internally displaced populations at year-end (up 4% and 12% respectively).

Almost 1.4 million people were reported to be newly displaced in the Asia and Pacific region, stemming almost entirely from humanitarian crises in Afghanistan and Myanmar. In Afghanistan, 777,400 new displacements due to conflict were reported.[56] For over four decades, Afghanistan experienced successive conflicts which forced millions to flee their homes. The latest conflict ran for 20 years and mainly pitted government and foreign forces against the Taliban; it ended with the latter's takeover of Kabul in August 2021. The events leading up to Kabul's takeover resulted in further massive displacement, with many subsequently returning during the year. In Myanmar, the military takeover in February 2021 ignited widespread violence, including the heavy use of explosives and weapons in and around populated areas, leading to 433,000 new displacements. By year-end, the total number of IDPs had reached 671,000.

Millions of IDPs have remained displaced for years in the Middle East and North Africa. Evolving situations have led to new displacements in 2021, notably in Yemen (286,700) and Syria (237,600). The increase in Yemen is primarily attributed to what was described as "among the worst" escalation of the conflict seen in recent years.[57] In Syria, new displacement continued in 2021 due to instability.[58] Conversely, return activities following the ceasefire agreement in Libya in late 2020, led to a 36 per cent decrease in the overall IDP population to 179,000 by the end of the year. While the ceasefire has allowed many IDPs to return to their places of origin, returnees are confronted with numerous challenges, including limited access to services, contamination from explosive devices such as landmines and unexploded ordnance.

In the Americas, a further 124,000 people were displaced within Colombia. In Europe, no IDPs were newly displaced in 2021. However, an improvement in the estimation of people displaced in government-controlled areas in Ukraine led to an increase in the overall IDP population, which stood at 854,000 at year-end.[59]

## Internal displacement overview

At the end of 2021, Syria, Colombia, the Democratic Republic of the Congo, Yemen, Ethiopia and Afghanistan continued to host the largest IDP populations globally (see figure 11). In Syria, more than 10 years of conflict have forced millions to flee within the country, and at the end of 2021 an estimated 6.9 million people were still internally displaced. This means that more than 1 in 3 Syrians remaining within the country were internally displaced at the end of 2021.

In Colombia, further to a revision of IDP figures in consultation with the Government, 6.8 million IDPs were still in need of humanitarian assistance and solutions at the end of the year.[60] This includes 124,000 new internally displaced people that were registered during the year.

---

56 See: Afghanistan: internal displacement due to conflict
57 See: Escalation in Yemen "worst in years" – UN top envoy
58 See: Increased Syria violence prompts largest civilian displacements in a year, as gridlock stymies political talks
59 This excludes internal displacement in 2022, which is estimated at 7 million at the time of writing (Source: IOM).
60 The National Victims Registry of Colombia contains the historical accumulated figure of the number of victims of displacement, which continues to increase given that victims continue to be registered in the country. Thus, the total number of people recognized as victims of displacement (more than 8.2 million), includes the number of IDPs who are subject to attention and/or reparation, i.e. those who meet the requirements to access the measures of attention and reparation established in Colombian Law 1448 (6.8 million). The number of victims of displacement who are deceased, or IDPs who were victims of homicide or forced disappearance, and other victims who, for various reasons, cannot effectively access these measures, are identified as not being subject to attention or reparation and therefore not included in the figure of 6.8 million. The figure is constantly updated, considering that by legal definition, victims have up to two years to make their declaration and be included in the registry system. See the summary on the Victims Unit website.

The Democratic Republic of the Congo hosts the third-largest IDP population worldwide and the largest one on the African continent. At end-2021, the number of IDPs there reached 5.4 million. In Yemen, more than 4.3 million people remained internally displaced at the end of 2021, an increase of 7 per cent compared to the previous year. The number of IDPs in Ethiopia and Afghanistan also rose substantially during 2021. Internal displacement in Ethiopia has been growing rapidly, tripling in less than 4 years from 1.1 million to over 3.6 million. In Afghanistan, the total number of IDPs reached an estimated 3.5 million at end-2021, continuing an uninterrupted 15-year rising trend.



Figure 11 | **IDPs protected/assisted by UNHCR | end-2021**

## Demographics of IDPs

UNHCR continuously aims to improve its collection of age-, sex- and location-disaggregated data of internally displaced. In 2021, sub-national location data for IDPs was available for 23 of the 35 countries where UNHCR collates IDP data; age- and sex-disaggregation was available in 13 countries; and sex-disaggregation was available in a further 6 countries.

In instances where location data was available, 48 per cent of IDPs lived in urban areas.[61] Women and girls accounted for 50 per cent of the internally displaced population in 2021, in line with previous years. There are, however, notable differences between countries. In the Central African Republic, six out of ten IDPs were female, and in Niger, Mali and Honduras there were at least 10 per cent more female IDPs than male. In contrast, in Sudan, 54 per cent of people displaced within their country were male.

Some 45 per cent of people displaced within their countries were children, who are particularly vulnerable in contexts of displacement. The proportion of IDPs who were children also varied widely between settings. For example, in Niger, Burkina Faso, Somalia, Afghanistan and Yemen children constituted a substantially larger share of the IDP population than adult IDPs. In contrast, in Colombia, children accounted for just 23 per cent of the IDP population.

## IDP returns

When suitable conditions are in place, the return of internally displaced people to their place of origin is widely seen as a desirable outcome, reflecting a durable solution for IDPs. In 2019, IDP returns totalled more than 5.3 million. Then, as the COVID-19 pandemic set in, they dropped significantly, to 3.2 million in 2020. In 2021, IDP returns increased to reach pre-pandemic levels, with an estimated 5.3 million people returning during the year.

Returns, however, varied substantially among countries. Cameroon, the Democratic Republic of the Congo, Iraq and South Sudan all saw significant reductions in IDP returns, while more IDPs were able to return in Afghanistan, the Central African Republic, Ethiopia, Myanmar, Nigeria and Somalia. The increase in the return of IDPs in Afghanistan is attributed to a significant reduction of hostilities following the Taliban

---

61  Given that disaggregation of urban and rural locations was only available for 44 per cent of IDP data, the actual percentage is likely to be higher.

takeover. In the Central African Republic, the recapture of territories from non-state armed groups prompted the return of IDPs.[62] In Myanmar IDPs returned in 2021, as fighting subsided.[63]

Demographic data collected in 2021 on IDP returnees improved, with coverage by age and sex improving from 9 per cent last year to 26 per cent. This was notably due to the inclusion of demographics for this population group from Afghanistan. Overall, based on the available demographic data, the proportion of men and women among returnees is balanced and children represent the majority of IDP returnees, accounting for 58 per cent.

## Displacement in the context of climate change and disasters

According to IDMC figures, in 2021 there were 23.7 million new internal displacements globally due to disasters (these are in addition to those internally displaced due to conflict and violence). This represented a decrease of seven million, or 23 per cent, compared to the previous year. The largest displacements in the context of disasters in 2021 occurred in China (6.0 million), the Philippines (5.7 million) and India (4.9 million). Most disaster displacements during the year were temporary,

allowing the majority of IDPs to return to their home areas, but 5.9 million people worldwide remained displaced at the end of the year due to disasters.

As part of its implementation of the Strategic Framework on Climate Action[64] and commitment to improve the protection of IDPs, UNHCR developed a Practical Guidance on IDP Protection in the Context of Disasters and the Adverse Effects of Climate Change.[65]

## Protecting IDPs

UNHCR continues to promote the protection of IDPs – including by supporting the development of normative frameworks through technical assistance, advocacy and capacity building. In 2021, UNHCR supported the development of national laws and policies across several countries including Ukraine, Mozambique and Nigeria. In August, the Government of Mozambique adopted an IDP policy and strategy, while Nigeria adopted a law specific to the protection of IDPs in September. In late 2021, Ukraine adopted an IDP Inclusion and Durable Solutions Strategy and Operational Plan. UNHCR continues to support normative developments, notably in Burkina Faso, Chad, El Salvador, Honduras and Mexico.

Map 3 | **IDPs protected/assisted by UNHCR | end-2021**



Syrian Arab Republic

Yemen

Ethiopia

Democratic Republic of the Congo

Colombia

Number of people

7,000,000
5,000,000
2,500,000
1,000,000
100,000

A country is named if it features among the five largest per population group.
The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.

**62** See: Central African Republic – Overview of population movements, July 2021
**63** See: UNHCR Myanmar emergency update, September 2021
**64** See: UNHCR - Strategic Framework for Climate Action
**65** See: Practical Guidance for UNHCR Staff on IDP Protection in the Context of Disasters and the Adverse Effects of Climate Change

EXPLORE
THE DATA

+ Asylum applications
+ Asylum decisions
+ Pending asylum
applications at end-2021

**CHAPTER 4**

# Asylum trends

Refugee Status Determination (RSD) is the process by which governments or UNHCR determine whether an individual seeking international protection is a refugee under national, regional or international law. A strong refugee status determination system, which fairly and efficiently processes asylum applications, is a crucial step in ensuring that refugees receive protection, that public confidence in the asylum system is maintained and that long-lasting solutions for refugees are realized.

Refugee status can be granted individually or on a group basis. Group recognition most commonly takes place when there are readily apparent, objective circumstances in a country of origin which suggest that the majority of individuals fleeing from that country are likely to be refugees. In most cases, individuals being granted refugee status on a group basis will be directly registered as refugees, as opposed to an individual recognition where an individual will first be registered as an asylum seeker. This is why individuals undergoing group determination will normally not be counted in the "asylum application" total.

In 2021, States and UNHCR collectively registered some 1.7 million individual asylum applications in 155 countries, 35 per cent more than in 2020 (1.3 million). However, the overall number of applications remains well below pre-COVID-19 levels (for example: 2.2 million in 2019 and 2.1 million in 2018). The overall increase in 2021 from the previous year includes large increases in asylum applications in Germany, Mexico, the Democratic Republic of the Congo and Costa Rica, but also significant decreases in Brazil, Peru, Spain and the United States of America.

An estimated 81 per cent of individual asylum applicants were registered at first instance[66] (that is, by the initial administrative or judicial authority), and the remainder at the second instance, such as upon review by courts or other appellate bodies.[67] In 2021, repeat and appeal applications increased at a greater rate than first-instance applications, suggesting that COVID-19-related restrictions still had an impact on access to asylum and territory during the year, as individuals making repeat and appeal applications would already be in the asylum country.

During the year, over one million individuals received a decision on their individual refugee claim, slightly more than in 2020. Some 494,900 people received refugee or other protection status in 149 countries, while 519,200 were rejected. Compared to the previous year, there were 8 per cent more positive decisions, and 5 per cent fewer rejections. In addition, some 299,200 individuals received an international protection status through group procedures, slightly fewer than in 2020 (305,500).

In 2021, 27,000 unaccompanied or separated children (UASC) lodged new asylum applications, accounting for two per cent of new asylum claims. This represents an increase of 6,000 applications compared to the previous year and also surpasses pre-pandemic levels. Yet figures for asylum applications by UASC remain significant underestimates due to the limited number of countries reporting data on UASC.

66 The data for some countries may include a significant number of repeat claims, i.e. the applicant has submitted at least one previous application in the same or another country.
67 Statistical information on outcomes of asylum appeals and court proceedings is underreported in UNHCR's statistics, particularly in high-income countries, because this type of data is often either not collected by States or not published.



**COSTA RICA.** *Nicaraguan asylum-seeker Francys lives in a small settlement in northern Costa Rica, where she has emerged as a community leader. She feels safe in Costa Rica, where she awaits the birth of her second child.*
© UNHCR/NICOLO FILIPPO ROSSO

Figure 12 | **Individual asylum applications registered by region | 2012 - 2021**



Table 3 | **New and appeal applications registered | 2017 - 2021**

|  | **2017** | **2018** | **2019** | **2020** | **2021\*** |
|---|---|---|---|---|---|
| **States** | 1,660,600 | 1,902,400 | 2,191,100 | 1,214,400 | 1,632,700 |
| **UNHCR** | 263,500 | 227,800 | 124,900 | 56,400 | 86,800 |
| **Jointly\*\*** | 22,300 | 11,400 | 1,500 | 600 | 700 |
| **Total** | **1,946,400** | **2,141,600** | **2,317,500** | **1,271,400** | **1,720,200** |
| **% UNHCR only** | 14% | 11% | 5% | 4% | 5% |

\* Provisional figure
\*\*Refers to refugee status determination conducted jointly by UNHCR and governments.

## Individual asylum applications registered

In 2021, the number of new individual asylum applications registered globally increased by 25 per cent, from 1.1 million to 1.4 million, compared with the previous year, although this remains lower than the 1.7 million and 2.0 million applications in 2018 and 2019 respectively. Given the numerous new and existing displacement situations, the lower number of new asylum applications reflects continued travel restrictions and barriers relating to access to territory that resulted from the COVID-19 pandemic, despite

adaptive measures that have been put in place. Some 81,700 new applications were made via UNHCR-mandate RSD procedures, 700 via joint UNHCR/State RSD procedures and 1.3 million via national RSD procedures.

The number of individual asylum applications received globally at appeal or other instances (including reopening and judicial review) grew by 63 per cent, from 196,800 in 2020 to 320,000 in 2021.

### By country of asylum

Of the 1.4 million new individual asylum applications, 66 per cent or 919,800 people were received in just ten countries (see figure 13). While there were fewer

new applications in Spain (23,400 less) and the United States of America (62,000 less), each of the other States registering the most applicants saw increases compared to 2020, notably Mexico (up 90,200), Costa Rica (up 87,300), the Democratic Republic of the Congo[68] (up 45,800) and Germany (up 45,700).

Figure 13 | **Major countries for individual registration of new asylum seekers | 2021**



| | |
|---|---|
| United States of America | 188,900 |
| Germany | 148,200 |
| Mexico | 131,400 |
| Costa Rica | 108,400 |
| France | 89,400 |
| Spain | 65,400 |
| United Kingdom | 56,500 |
| Democratic Republic of the Congo | 45,900 |
| Italy | 43,800 |
| Uganda | 41,800 |

In the United States of America, more than half of all new applications in 2021 were lodged by nationals of just five countries: Venezuela (27,000 or 14 per cent); Guatemala (23,000 or 12 per cent); Honduras (19,600 or 10 per cent); El Salvador (14,900 or 8 per cent); and Cuba (12,900 or 7 per cent).

In Germany, nearly two-thirds of new applications were by nationals of Syria (54,900), Afghanistan (23,300) and Iraq (15,600). Mexico received the third-largest number of new asylum applications (131,400), which increased more than three-fold from 41,200 in 2020. More than two-thirds of them originated from Haiti (51,800, or 39 per cent) and Honduras (36,400, or 28 per cent).

## By country of origin

In 2021, new asylum applications were most commonly registered by nationals of Nicaragua (up 92,700 or a five-fold increase from 2020), Afghanistan (up 49,300 or 65 per cent) and Syria (up 37,600 or 52 per cent). Nicaraguans fled the growing socio-political crisis and increasing political persecution in their country. The number of new asylum claims from Venezuelans dropped by 64,500, or 41 per cent. While this decrease is noteworthy, it does not indicate a decrease in Venezuelans leaving their country and seeking international protection. As discussed in chapter 2, depending on the options available to them, many Venezuelans regularize their stay in third countries through other, non-asylum mechanisms.

68 The 2014 ministerial declaration that offered prima facie refugee status to persons fleeing generalised violence from the Central African Republic from January 2013 onwards is no longer applicable. As such, all refugees are assessed on an individual basis by the National Commission for Refugees.

Figure 14 | **Major source countries of new asylum applications** | **2021**



| | |
|---|---|
| Afghanistan | 125,600 |
| Nicaragua | 111,600 |
| Syria | 110,000 |
| Venezuela | 92,400 |
| Haiti | 67,000 |
| Honduras | 59,800 |
| Central African Republic | 47,800 |
| Iraq | 37,700 |
| Democratic Republic of the Congo | 34,500 |
| Somalia | 32,100 |

## By asylum authority

UNHCR registered asylum applications for RSD under its mandate in 47 countries in 2021, primarily in the Middle East and North Africa as well as in Asia and the Pacific, three countries fewer than in 2020. Where possible, UNHCR supports States taking on their responsibilities for RSD, and therefore the number of States where UNHCR conducts mandate RSD should decrease over time. However, the reduction between 2020 and 2021 was due to locations that did not receive any applications throughout the year.

Since 2015, UNHCR has implemented a strategic direction on RSD,[69] which guides RSD that UNHCR undertakes within its mandate. Given that RSD can be a resource-intensive activity, UNHCR focuses its RSD activities on situations where there is likely to be a substantive protection impact (e.g. at the individual, case or operational levels).[70] In 2021, UNHCR improved the recording of statistics relating to those asylum seekers who do not require RSD, with 9,400 of them arriving during the year. This compares with 81,700 new asylum applications that did require RSD in

2021, an increase from the 50,300 in 2020, principally in Malaysia, Libya, Egypt and India.

## Group determination of refugee status

Slightly fewer people received international protection through group determination procedures in 2021 than during the previous year: 299,200 compared to 305,500. As in past years, most group recognitions occurred in Africa, as many African countries have a well-adapted legislative framework that provides for efficient group recognition in appropriate circumstances. These group recognitions notably took place in Chad (71,000), Sudan (64,500), Uganda (42,900), Cameroon (28,200), Ethiopia (19,100) and Niger (16,100).

---

**69** See UNHCR's strategic direction on RSD
**70** Unlike a State, which has the power to grant legal status in its territory after an RSD decision, such decisions under UNHCR's mandate may not have a protection impact for the individual involved, depending on the specific context.

Nicaragua AR_001694

Figure 15 | **Type of recognition by country of asylum | 2021**



Figure 16 | **Key flows of new individual asylum applications registered and group refugee recognitions | 2021**



# Decisions on asylum applications

Some 1.4 million decisions were processed by States and UNHCR at all levels of procedures in 2021, of which about one million were substantive decisions,[71] and the rest were administrative closures.[72] While this overall number was comparable with 2020, specific countries dramatically increased or decreased their decision-making output as operational priorities shifted under COVID-19, backlog reduction exercises commenced or ended.

The Total Protection Rate, or TPR, is the percentage of substantive decisions that resulted in any form of international protection. Worldwide, this figure stood at 49 per cent in 2021, consistent with recent years.[73]

The overall number of decisions made by UNHCR under its mandate declined from 70,700 in 2020[74] to 52,800 in 2021. Among these, 25,000 (48 per cent) were substantive decisions, a decline of 31 per cent from the 36,100 during the previous year. As was reported in the 2021 Mid-Year Trends report,[75] the reason for this decrease in substantive decisions was largely due to COVID-19 and the impact it had on operations. In the initial stages of COVID-19 in 2020, many UNHCR operations were unable to effectively interview individuals for refugee status during lockdowns, as adaptive measures took some time to put in place. As a result, many of these operations focused decision-making on the cases of asylum seekers who had already been interviewed. Notable in this respect was Egypt, where UNHCR made a significant number of substantive decisions in 2020 while interviewing was suspended. In 2021, by contrast, UNHCR conducted more interviews in Egypt but made fewer substantive decisions. In relation to administrative closures, these vary from year to year based on when data clean-up exercises take place, among other issues.

# Pending asylum claims

The number of asylum seekers waiting for a decision at the end of 2021 stood at 4.6 million, significantly more than at the end of 2020 (4.2 million). This increase emphasizes the need for States and UNHCR to ensure effective ways of processing asylum claims, including by focusing on strong data management, triaging cases and implementing differentiated RSD processing modalities. A growing backlog can create protection concerns if asylum seekers wait many years without legal certainty, and it is more difficult for rejected applicants to return to their country of origin.

In 2021, Canada, Ecuador, France and Greece were able to significantly reduce their backlog of pending cases. In Ecuador, the backlog was reduced by 73 per cent (from 26,000 in 2020 to 7,100 in 2021), in Greece by 40 per cent (from 60,900 to 37,100), in France by 36 per cent (from 118,200 to 75,700) and in Canada by 26 per cent (from 85,400 to 63,200). Conversely, the backlog increased in 95 countries during the year. Increases were greatest in Mexico (up 88 per cent, from 83,800 to 157,200), Costa Rica (up 70 per cent, from 89,800 to 152,500), and the United States of America (up 31 per cent, from 998,000 to 1,303,200).

---

71  Substantive decisions include Convention status, complementary and other forms of protection, and rejected cases.
72  These are the closure of a case without a decision on the merits. For example, from the death of the applicant, no-show for interview, withdrawal of the application, abandonment of the claim, or the determination that another country is responsible for the claim, among other factors.
73  UNHCR uses two rates to compute the proportion of refugee claims accepted. The Refugee Recognition Rate is the proportion of asylum seekers accorded refugee status out of the total number of substantive decisions (Convention status, complementary protection and rejected cases). The Total Protection Rate is the proportion of asylum seekers accorded refugee status or a complementary form of protection relative to the total number of substantive decisions. Non-substantive decisions are, to the extent possible, excluded from both calculations. For the purposes of global comparability, UNHCR uses only these two rates and does not report rates calculated by national authorities.
74  This is 45,100 fewer than reported in Global Trends 2020 due to a correction in the number of administrative closures for Iraqis and Yemenis in Jordan.
75  See UNHCR 2021 Mid-year trends

Nicaragua AR_001696

Map 4 | **Asylum seekers (with pending cases)** | **end-2021**



A country is named if it features among the five largest per population group.
The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.



**ROMANIA.** *A new home awaits an Eritrean family that spent a decade in refuge. They are currently staying in the Emergency Transit Centre in Timisoara, Romania, while they wait to be resettled to the Netherlands.*
© UNHCR/STEFAN LORINT

● EXPLORE
THE DATA

+ Refugee returns
+ Resettlement arrivals
+ Naturalisation
+ IDP returns



# Solutions

As new refugee situations emerge and intensify, and existing ones reignite or remain unresolved, there is an acute need for durable solutions at increasing scale. The Global Compact on Refugees[76] notes that one strategic priority for UNHCR and the humanitarian community is to identify and support durable solutions that enable refugees to rebuild their lives and live in safety and dignity.

This chapter focuses primarily on durable solutions for refugees.[77] Durable solutions traditionally include voluntary repatriation, local integration and resettlement to a third country. While the number of refugees returning or naturalizing[78] has risen in 2021 and returned to pre-COVID-19 levels, resettlement remains well below this, albeit higher than in 2020.

## Return

For most refugees, returning to their home country based on a free and informed choice would be a preferred solution to bring their temporary status as refugees to an end. To realize this, political stability and economic opportunities are essential to ensure that the environment refugees face upon their return allows them to reintegrate in safety and with dignity. To ensure that the returns are sustainable, UNHCR, the country of origin and the international community all strive to achieve these enabling conditions.

Voluntary repatriation surged by 71 per cent in 2021, with 429,300 refugees returning to their countries of origin. As a result, in 2021, returns are comparable with recent pre-pandemic years.

Nearly two-thirds of refugee returns in 2021 were to South Sudan, totalling 270,200, even as the dire humanitarian situation in the country drove further forced displacement. South Sudanese refugees were mostly returning from Uganda (180,400), Sudan (44,200) and Ethiopia (28,200). Returns to South Sudan are difficult to verify, however, as they tend to be self-organized, and access is often constrained in areas of returns.

As part of the Joint Refugee Return and Reintegration Plan, the Burundian authorities, UNHCR, the UN Development Programme and other partners support the sustainable return of refugees to Burundi.[79] Returns to Burundi began in 2020, with 40,900 refugees returning during that year. This positive development continued in 2021, as 66,000 Burundian refugees returned to their country of origin throughout the year, primarily from the United Republic of Tanzania (30,100) and Rwanda (23,000).

In 2021, some 36,500 Syrian refugees returned to their home country from Türkiye (22,300), Jordan (6,800), Lebanon (3,600) and Iraq (3,400). While UNHCR does not facilitate refugee returns to Syria, together with its partners it supports local communities

---

76  See The Global Compact on Refugees
77  See the IDP chapter for an update on solutions for IDPs.
78  Naturalization is the legal act or process by which a non-citizen in a country may acquire citizenship or nationality of that country.
79  See 2021 Burundi JRRRP



**DEMOCRATIC REPUBLIC OF THE CONGO.**
*Mulongwe settlement in South Kivu hosts thousands of Burundian refugees. Farming projects that bring refugees and the local population together are part of a wider approach to enhance socio-economic inclusion and self-reliance.*
© UNHCR/ANTONIA VADALA

Nicaragua AR_001699    37

receiving returnees through concrete and practical interventions in areas such as shelter, legal aid and civil documentation, distribution of relief items, livelihoods and repairs to schools, health facilities and other civilian infrastructure.[80]

Other sizeable refugee returns were observed in Côte d'Ivoire (22,500) and Nigeria (17,000).[81]

Figure 17 | **Refugee returns by country of origin | in 2021**



Refugee returns by country of origin:
- South Sudan: 270,200
- Burundi: 66,000
- Syria: 36,500
- Côte d'Ivoire: 22,500
- Nigeria: 17,000
- Other: 17,100

## Resettlement

While several countries have signalled their commitment to resettlement, demonstrating their solidarity with host countries, it is an option for fewer and fewer refugees due to a significant reduction in the number of places offered by States. Resettlement is a crucial protection tool and solution, and is a core activity mandated by UNHCR's Statute, helping to protect some of the most vulnerable refugees, who may face specific or urgent risks. Of all cases submitted by UNHCR to States in 2021, 86 per cent were for survivors of torture and/or violence, people with legal and physical protection needs, and particularly vulnerable women and girls.[82] Just over half (52 per cent) of all resettlement submissions concerned children.

While the number of refugees resettled grew by 67 per cent in 2021 compared to the previous year, reaching 57,500 according to government statistics, it remained substantially below pre-pandemic levels (e.g. 107,700 in 2019). In 2021, resettlement arrivals constituted just 4 per cent of the 1.4 million people globally that UNHCR estimated were in need of resettlement.[83] During the last decade, this share of resettlement needs fulfilled has never exceeded 15 per cent in any year (see figure 18). This year's gap between the global resettlement needs and the number of places offered by States was the second largest during the last ten years and only slightly smaller than the previous year's estimate of 2 per cent.

---

80 See UNHCR statement on the return of displaced Syrians
81 It is likely that many of the returns to Côte d'Ivoire were former asylum seekers.
82 See UNHCR resettlement at a glance in 2021
83 See Projected global resettlement needs in 2021

Nicaragua AR_001700

Figure 18 | **Gap between resettlement needs and resettlement arrivals | 2012 – 2021**



In 2021, Canada was the largest receiver of resettled refugees, welcoming 20,400 people, more than double the 9,200 resettlement arrivals in the previous year. Resettled refugees arriving in Canada came primarily from Afghanistan (6,100), Syria (4,200) and Eritrea (3,700). The United States of America received 13,700 refugees (43 per cent more than in 2020), coming mainly from the Democratic Republic of the Congo (5,200), Syria (2,000) and Sudan (1,100).[84] Sweden, the third largest country of resettlement welcomed 6,700 refugees mostly from Syria (2,600) and Afghanistan (1,600).

Two-thirds of refugees resettled globally were supported through UNHCR's resettlement programme. The remaining one-third were resettled through other means, most commonly private sponsorship programmes, which constitute the majority of resettlement arrivals in Canada.

Overall, most refugees whose resettlement was facilitated by UNHCR were previously hosted in countries in the Middle East and North Africa region (predominately Lebanon, Jordan and Egypt), the East and Horn of Africa and Great Lakes region (notably Ethiopia, Kenya, Rwanda, the United Republic of Tanzania, and Uganda) and Europe (Türkiye).

**84** Afghans who were evacuated or resettled as part of the United States military exit from Afghanistan in August 2021 are not included in these estimates, but through an additional special procedure ("Operation Allies Welcome").

Figure 19 | **UNHCR assisted resettlement departures | in 2021**



Note: This figure presents data on resettlement departures during the year facilitated by UNHCR. The sum of this population is therefore smaller than the total number of resettled refugees in 2021, according to government statistics. Figures are rounded.

## Local Integration

In the absence of the possibility to return safely or be resettled, pathways are available in some countries for refugees to remain long-term or permanently in their country of asylum. Local integration helps ensure that refugees can build new lives in these countries. While refugees seek asylum in their host country for humanitarian reasons, when integrated successfully, refugees are empowered to pursue livelihoods

to sustain themselves and their families, while contributing to the social and economic life of the host country. The initial integration period, shortly after arrival, is of particular importance for the longer-term local integration of refugees in their country of asylum.

Inclusion in countries' labour markets has been shown to be especially critical during this period. Yet many countries, including high-, middle- and low-income countries, have exclusionary policies in place that limit refugees' access to the labour markets.[85] Such

---

85  See Blair et al. (2021) for the comprehensive Developing World Refugee and Asylum Seeker Policy (DWRAP) dataset on exclusionary policies for refugees around the world.

policies may include restrictions on employment or movements, as well as excessively long asylum procedures. A wide array of research indicates that such policies harm refugees' ability to integrate into the labour market and thereby thwart their ability to become self-sufficient and contribute to their host country economically. Research from Germany, Switzerland and the wider European context has shown that if refugees face employment restrictions during their asylum period, their long-term success in the host countries labour markets is negatively affected.[86] Similarly, the level and the duration of the period of uncertainty during the asylum application process is a determinant of refugees' long-term integration. A study in Switzerland, for example, found that refugees who benefited from a faster asylum process had higher employment rates than refugees who had been in the country for the same amount of time but had to wait longer for their asylum decision.[87] This research underscores the negative impact of extended periods of uncertainty and inactivity on refugees' longer-term integration prospects. The justification typically offered for exclusionary policies relates primarily to the prevention of negative economic or social effects within the host community. A recent study across low- and middle-income countries casts doubt on the effectiveness of such policies, showing that attitudes towards refugees and the impact on income levels within host communities do not differ across countries with more or less strict exclusionary policies.[88] It is clear from the research that exclusionary policies hold back the mutually beneficial opportunities for refugees and host communities to cooperate together.

Measuring local integration across a diverse set of refugee-hosting countries is challenging. While there are internationally recommended indicators to quantify and compare local integration,[89] the current availability of data in many countries limits their direct applicability. Even in high-income countries where diverse sets of national and subnational datasets are available, statistics differentiating refugees from non-refugees are rare. In absence of more comprehensive alternatives, naturalization is often used as an imperfect proxy.

In 2021, an estimated 56,700 refugees from 161 different countries of origin naturalized in 23 host countries. This represented a two-thirds increase compared to the previous year and a return to pre-pandemic levels (55,000 in 2019). As refugee naturalization data reported to UNHCR is limited to a small set of countries, European countries are overrepresented in the statistics. In 2021, 89 per cent of all reported naturalizations occurred in European countries. Globally, the Netherlands (45,700), Canada (6,300) and France (3,700) reported the most refugees naturalizing in 2021. Refugees who obtained their host country's citizenship in 2021 were primarily from Syria (30,900), Eritrea (7,900), Iraq (1,700), or Afghanistan (1,500) or were stateless (1,700).

While naturalization may be considered as a proxy or end point of a successful local integration process, research indicates that the value of naturalization goes beyond recognition, providing new citizens with a positive boost in their social, economic and political integration. Ethnographic work focused on the post-2007 naturalization of Burundian refugees in the United Republic of Tanzania, for example, provides insights into the value of the host country's citizenship for refugees. This includes improved opportunities for political participation, better economic opportunities through freedom to relocate within the country and a greater perceived feeling of safety within the host country.[90] Similarly, two studies from Switzerland[91] indicate that obtaining Swiss citizenship increased refugees' interest in engaging with the country's affairs and their overall social integration.

86  Marbach et al. (2018) explore a quasi-experiment in Germany in 2000 that capped the maximum length of employment restrictions during the asylum period and find a positive impact for refugees fleeing the Kosovo War five years after arrival; Fasani, Frattini, Minale (2020) use data on the labour market integration of refugees in European countries between 1985 and 2021 and explore geographic and temporal variation in employment restrictions for refugees, finding a negative effect on labour market participation. Slotwinski et al. (2019) compare employment outcomes of asylum seekers across Swiss regions with different levels of inclusiveness in their labour market policies for asylum seekers. The findings suggest that more inclusive labour market access regulations have a significantly positive effect (+20%) on the labour market participation for asylum seekers, especially those with better employment prospects due to their language abilities.
87  Hainmueller and Hangartner (2016) utilize exogenous variation in waiting times for asylum seekers in Switzerland and find that one additional year of waiting reduces the subsequent employment rate by 4 to 5 per cent.
88  See Aksoy and Ginn (2022)
89  See International Recommendations on Refugee Statistics
90  See Kuch (2017)
91  See Hainmueller, Hangartner, Pietrantuono (2017) and Hainmueller, Hangartner and Pietrantuono (2015). The naturalization process in some of the country's municipalities prior to 2003 required a local referendum that decides on the naturalization applications of immigrants. Comparing migrant applicants who narrowly won or lost the referendum and following them over a long period, the analysis finds that naturalization strongly improved the long-term social integration of immigrants.



EXPLORE
THE DATA

+ By asylum



CHAPTER 6

# Stateless people

More than 4.3 million people globally were estimated to be stateless or of undetermined nationality at the end of 2021.[92] Not recognized as nationals by any State, stateless people are often unable to access essential services and enjoy basic rights, including access to education or health care, formal employment, voting in elections or being able to travel.

The estimate represents an increase of 158,200 people compared to 2020. It is based on information provided by governments and other sources, such as quantitative and qualitative studies by UNHCR and its partners, for 96 countries (three more than in the previous year). Yet, the global figure remains an undercount as data on stateless populations or those of undetermined nationality is missing or incomplete for many countries, including some with known stateless populations. The lack of reliable quantitative data continues to pose challenges to effectively address statelessness and advocate for solutions. Despite this overall challenge, several quantitative and qualitative studies were concluded in 2021, including in Lebanon[93] and the Philippines,[94] helping to better understand statelessness situations and identify appropriate solutions. UNHCR is also strengthening efforts to gather more reliable and comprehensive statistics on statelessness. This includes supporting the development of the International Recommendations on Statelessness Statistics,[95] in cooperation with the Expert Group on Refugee, IDP and Statelessness Statistics (EGRISS),[96] which has been mandated by the UN Statistical Commission to develop these recommendations.

---

92  See the definitions of stateless and undetermined nationality on the Refugee Data Finder.
93  See: Mapping and understanding statelessness in Akkar
94  See: Desk review on populations at risk of statelessness
95  See: International Recommendations on Statelessness Statistics
96  See: EGRISS

Nicaragua AR_001704



**BANGLADESH.** *Rohingya refugee Hamida, a mother of four, in Cox's Bazar. She arrived in Bangladesh three years ago from Myanmar.*
© UNHCR/SAIKAT MOJUMDER

Figure 20 | **Number of countries providing statistics on stateless populations to UNHCR | 2012–2021**



The increase in the reported global stateless population in 2021 was driven by a combination of factors. Firstly, additional countries reported stateless population estimates for the first time, following efforts to gather data on people affected by statelessness, most notably Uganda (67,000) and Rwanda (9,500). Secondly, improved registration and coverage in countries that already had a registered stateless population led to increases. Thirdly, a small proportion of the increase was due to new children being born stateless, underlining the need to prevent and resolve childhood statelessness.

In 2021, Albania, Chile, Colombia and Turkmenistan passed legislation establishing statelessness determination procedures. These measures will allow stateless individuals there to be recognized as stateless and access the rights enshrined in the 1954 Statelessness Convention and eventually acquire citizenship.

Significant efforts were made to reduce the number of stateless people in several countries. In 2021, some 81,200 stateless people, including those of undetermined nationality, acquired citizenship or had their citizenship confirmed. This is the highest recorded annual reduction in statelessness since the start of the #IBelong Campaign in 2014[97] and represents a 22 per cent increase from 2020 (or almost 18,000 people). Most people who acquired citizenship or had their nationality confirmed in 2021 were in Uzbekistan (32,100) and Côte d'Ivoire (23,400). Since the start of the #IBelong Campaign in 2014, some 485,400 stateless people, including those of undetermined nationality, have acquired citizenship. Figure 21 shows the annual global numbers of formerly stateless people who were reported as having acquired a nationality or having confirmed their nationality.

**97** See Global action plan to end statelessness 2014 - 2024

Figure 21 | **Number of people who had their nationality confirmed or acquired citizenship | 2014–2021**



Since 2019, UNHCR has reported on both displaced and in situ stateless people. Displaced stateless people are simultaneously included in UNHCR's official statistics as refugees, asylum seekers or IDPs and in its official statistics for statelessness. Prompted by the large-scale displacement of stateless Rohingya refugees who fled from Myanmar to Bangladesh, this approach reflects the fact that refugees, asylum seekers and IDPs without citizenship require specific and appropriate protection responses.

In situ stateless people constitute the largest share of the recorded global stateless population reported by UNHCR. By the end of 2021, this group amounted to more than three million, or 71 per cent of all reported stateless people. Stateless refugees and asylum seekers account for 1.1 million people, or 25 per cent of the reported global stateless population. In addition, another 150,500 stateless people are internally displaced. Stateless Rohingya in Myanmar and neighbouring countries constitute the majority of both stateless refugees and stateless IDPs.

Figure 22 | **Reported global number of stateless people | 2012–2021**



UNHCR continues to improve the availability of age- and sex-disaggregated data on statelessness. In 2021, population statistics by sex were available for 60 per cent of the reported stateless population. Data disaggregated only by sex was available for an additional 14 per cent of the reported stateless population. Collecting demographic data for stateless people is of high importance to UNHCR, as it assists in the design of age- and sex-appropriate responses to statelessness. For example, the demographic data collected in Côte d'Ivoire is among the most complete for any national stateless population. The data indicates that children account for 54 per cent of this population,[98] similar to the large stateless Rohingya refugee population in Bangladesh (52 per cent). In Côte d'Ivoire, children up to 4 years are the largest age cohort. This again underlines the importance of addressing the pressing issue of children born stateless.

Map 5 | **Statelessness** | **end-2021**



The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.

---

[98] This population includes people with undetermined nationality (93 per cent) and those who are stateless (7 per cent).



MOZAMBIQUE. *Bernardela was forcibly displaced with her family as a result of violence in Cabo Delgado, northern Mozambique. Her T-shirt reads "For girls Progress", representing a symbol of women and girls empowerment. Displaced women and girls are at risk of multiple forms of gender-based violence including sexual violence, and abduction, intimate partner violence, and spiralling rates of early marriage.*
© UNHCR/MARTIM GRAY PEREIRA

**Who is included in UNHCR statistics?**

UNHCR collates population data relating to people who are forcibly displaced or stateless. The data is sourced primarily from governments and also from UNHCR operations. See https://www.unhcr.org/refugee-statistics/methodology/ for the detailed description and definitions of who is included in these statistics.

**Annex tables**
Annex tables 1 through 22 can be downloaded from the UNHCR website at:
https://www.unhcr.org/2021-global-trends-annex
Annex table 5: https://www.unhcr.org/2021-global-trends-annex-table-statelessness
All data are provisional and subject to change.
Data is available at: https://www.unhcr.org/refugee-statistics

# GLOBAL TRENDS

## FORCED DISPLACEMENT IN 2021

**PRODUCED BY UNHCR**
**(16 JUNE 2022)**

**FRONT COVER**
**ETHIOPIA.** *Hundreds of thousands of people have been internally displaced due to the effects of climate change and recent droughts in Ethiopia's Somali and Oromia regions.*
© UNHCR/EUGENE SIBOMANA



© **2022 United Nations High Commissioner for Refugees**
All rights reserved. Reproductions and translations are authorized, provided UNHCR is acknowledged as the source.

Statistics and Demographics Section
UNHCR Global Data Service
UN City, Marmorvej 51
2100 Copenhagen, Denmark
stats@unhcr.org

This document along with further information on global displacement is available on UNHCR's statistics website:
https://www.unhcr.org/refugee-statistics



Nicaragua AR_001710



DONATE                    DO YOU NEED HELP?

# Number of displaced Nicaraguans in Costa Rica doubles in less than a year

*This is a summary of what was said by UNHCR spokesperson Boris Cheshirkov – to whom quoted text may be attributed – at today's press briefing at the Palais des Nations in Geneva.*

25 March 2022   |  Español   |  Français



A UNHCR staff member assists Nicaraguan asylum seekers in Upala, near Costa Rica's border with Nicaragua.  © UNHCR/Kai Odio

The number of Nicaraguan refugees and asylum seekers in Costa Rica has doubled in the last eight months, reaching more than 150,000, according to the latest figures available to UNHCR, the UN Refugee Agency. This represents a full 3 per cent of Costa Rica's total population of five million.

These figures, as of February 2022, confirm more Nicaraguans are currently seeking protection in Costa Rica than all the refugees and asylum seekers combined during Central America's civil wars in the 1980s, when Costa Rica was a sanctuary for those fleeing violence.

UNHCR is concerned that this trend could seriously strain Costa Rica's already stretched asylum system and overwhelm support networks in the country.

The sharp rise in the number of asylum seekers from Nicaragua corresponds with major sociopolitical events in the country, including the November presidential elections.

Nicaraguans are also increasingly seeking protection further afield. During the first two months of 2022, the number of asylum seekers from Nicaragua arriving in Mexico is nearly one-third of the asylum claims by Nicaraguans in all of 2021.

Throughout the COVID-19 pandemic, the Government of Costa Rica has kept its borders open for those seeking international protection.

UNHCR's border monitoring in Costa Rica reveals that many of the new asylum seekers are finding employment in the seasonal coffee harvest. However, their economic security could be compromised once the harvest is over, increasing the pressure on response institutions and UNHCR programmes.

Costa Rica is experiencing a high level of unemployment due to the pandemic-induced economic crisis. In this context, the individual support networks that provide shelter and economic opportunities to Nicaraguans are weakened, increasing the need for support from UNHCR and its partners.

UNHCR supports the Government of Costa Rica and host communities in welcoming asylum seekers and refugees through registration, legal aid, cash assistance, and donations of hygiene and cleaning kits, food and mattresses. It also provides psychosocial support, emergency shelter, vocational training, and activities to promote peaceful coexistence between refugees and the communities that host them.

At a moment when the crisis in Ukraine is making daily headlines, these figures highlight the importance of remembering other less visible situations of displacement that persist and grow around the world. We urge the international community to continue supporting Costa Rica and other countries hosting Nicaraguans in their efforts to receive and provide international protection to those who are forced to flee their country.

**Media contacts:**

- In San Jose, Diego Perez Damasco, perezdam@unhcr.org, +506 8882 8169
- In Mexico, Sibylla Brodinsky, brodzins@unhcr.org .  +52 55 80485054
- In Panama (regional), William Spindler, spindler@unhcr.org,  +507 6382-7815
- In Geneva, Boris Cheshirkov, cheshirk@unhcr.org, +41 79 433 7682

| Share on Facebook | Share on Twitter |
|---|---|

# Related news and stories

view more

**NEWS RELEASES**

UN Assistant High Commissioner for Refugees calls for joint action to address shifting challenges of mixed movements in the Americas

**STORIES**

Former 'nature beginner' is now on the front lines of the fight against climate change

NEWS RELEASES

UNHCR's Grandi urges world leaders not to forget displaced people at COP27

---

STORIES

To the refugee friend I shared so many adventures with

---

NEWS RELEASES

Millions face harm from flooding across West and Central Africa, UNHCR warns

---

NEWS RELEASES

UNHCR's Grandi sounds alarm as drought grips Horn of Africa

ABOUT US      EMERGENCIES      WHAT WE DO      NEWS AND STORIES      OUR PARTNERS      GET INVOLVED

© UNHCR 2001-2022

Media centre

Careers

Refworld

Contact us

Privacy policy

Data

Report misconduct or abuse

Terms & conditions of use

Frequently Asked Questions

Sign up for email updates

Follow:

 

SPEECHES HUMAN RIGHTS COUNCIL

# Presentation of Report on the Human Rights Situation in Nicaragua

Human Rights Council Resolution 49/3

**13 September 2022**

DELIVERED BY

Mr. Christian Salazar Volkmann, Director of FOTCD

Distinguished President,

Excellencies,

I am pleased to present the report on the human rights situation in Nicaragua pursuant to Human Rights Council resolution 49/3. It also contains a detailed assessment of the implementation of the recommendations addressed to the State by the UN Human Rights Office, mechanisms of this Council and Treaty Bodies, since 2018.

In recent months, the Office has observed the further deterioration of the human rights situation in Nicaragua. This deterioration involves serious violations of civil and political rights, the absence of a national dialogue, the deepening of the political crisis, and the isolation of Nicaragua from the international community. The Government has also continued silencing critical and dissenting voices in Nicaragua, drastically reducing civic space.

The Office is particularly concerned by the continued arbitrary detention of at least 195 people in connection with the socio-political crisis. 50 of these persons were detained in the 2021 electoral context and sentenced this year – in some cases up to 13 years' imprisonment - in breach of the right to due

process. At least 28 or 29 of these persons are still detained in a police detention center in reportedly inhuman conditions. While some of the prisoners have finally been able to see their children, many have been excluded from doing so.

OHCHR continues to document acts of harassment, especially against human rights defenders, journalists, clergymen, and actual or perceived political opponents. In recent months, OHCHR has documented attacks in various forms against the Catholic Church. For instance, in August, police attempted to seize the equipment of a Church media outlet broadcasting from a parish in Sébaco, Matagalpa. Dozens of police officers, including anti-riot units, violently raided the facilities causing damages and held the parish priest, together with six other people, captive for three days without electricity and food. On 19 August, after being under surveillance by the police for two weeks, the Bishop of Matagalpa and eight people were arrested during a police raid and taken to Managua. The Police confirmed launching criminal investigations against them for inciting hatred and violence with the aim of destabilizing the State. A judge extended the detention of the Bishop and seven of the other people for 90 days.

Restrictions on free expression have intensified, illustrated by the shutdown of at least 20 mostly faith-based radio and television stations this year. Attacks on press freedom have led staff of the country's leading daily newspaper being forced into exile, adding to the 120 journalists who, according to civil society, have gone into exile since 2018.

Attacks on the freedom to associate have increased exponentially. This year, the legal personalities of 1,512 human rights, development and other organizations, professional associations, including medical associations, entities linked to the Catholic Church and others, have been cancelled, totaling at least 1,578 over the past four years.

As highlighted previously to this Council, our concerns remain about legislation adopted last April subjecting the activities of non-profit legal entities to prior governmental authorization. The Office is also concerned by the situation in the academic sector with the closure of 12 universities and the current regulation subjecting the approval of academic programs of all Universities to the power of a central body. These measures affected university autonomy and academic freedom, essential elements of the right to education.

In November there will be municipal elections in the country. There are serious concerns about these elections in the absence of significant electoral and judicial reforms as recommended by OHCHR and other mechanisms, to bring these norms and the upcoming elections in line with international human rights standards. To illustrate, in April, five opposition mayors were removed from their offices by Government, under the argument that their party no longer has legal personality. Yet, this circumstance is not foreseen in relevant legislation as a cause for removal. Government party members have been appointed to replace the dismissed mayors in contravention of the norms regulating municipal autonomy.

All these restrictions, together with adverse living conditions, have led to a significant increase in the number of people leaving Nicaragua. The number of Nicaraguan refugees and asylum seekers rose to 200,000 persons, with three quarters of them in Costa Rica. In the first six months of 2022, 84,055 people were intercepted at the border of the United States, compared to 5,450 people in all of 2020.

Excellencies,

Nicaragua's progressive isolation from the international community and its reluctance to cooperate with international human rights bodies and mechanisms are of great concern. The State did not appear before two treaty bodies last July and August when its reports were being reviewed, nor has it implemented most of the recommendations made by OHCHR, the mechanisms of this Council and the Treaty Bodies.

For instance, the Government has not re-established a national dialogue as called for by OHCHR and the UN Committee on Economic, Social and Cultural Rights. A meaningful, inclusive and participatory national dialogue is one of the most effective tracks to resolve the ongoing social, political and human rights crisis. Unfortunately, in the current circumstances it seems unlikely, given the measures taken by the Government against relevant parties, incarcerating or forcing them into exile.

OHCHR regrets that the State has not adopted institutional reforms in the justice, security and electoral sectors, nor with respect to the national human rights institution. Similarly, it has not introduced reforms to criminal and administrative legislation, maintaining in force a set of laws that severely

restrict personal liberty and other fundamental freedoms, presumption of innocence, participation.

The State has failed to address any of the recommendations made regarding accountability and the fight against impunity for the gross human rights violations committed since April 2018. OHCHR has no record of any convictions against members of the security forces for human rights violations that have occurred since 2018. We could only be able to document two convictions against pro-government elements, which were not carried out. Similarly, the State has not complied with the recommendations to refrain from arbitrarily detaining more persons who dissent with the Government and to release all detainees. Recommendations aimed at guaranteeing the prohibition of ill-treatment and torture of persons under State custody have not been complied with either.

Recommendations related to women's rights and spending on health, education and children's rights, as well as women's participation in public affairs have been partially implemented. I note, however, that the absence of updated public official information and the Government's refusal to provide information to OHCHR, the Special Procedures of the Council and the Treaty Bodies have made it difficult to assess other possible achievements and progress.

Distinguished President,

To be able to move forward in the search for solutions, it is crucial that the Government acknowledge and address the root causes of the crisis.

The recommendations made by the High Commissioner in all her reports constitute a roadmap, proposing concrete actions to support Nicaragua in this task, and thus move towards overcoming the current critical situation, with the essential support of the international community. I urge the international community to sustain its efforts and engagement, including, most urgently, to keep calling on the authorities for the release of the arbitrarily detained persons

OHCHR will continue to monitor the human rights situation and is ready to engage with the Government within the framework of its mandate and guided by human rights norms and standards.

Thank you.

https://www.ohchr.org/en/speeches/2022/09/presentation-report-human-rights-situation-nicaragua

$A$/HRC/51/42

# Unofficial English Translation

Distr.: General
2 September 2022

Original: Spanish

**Human Rights Council**
**Fifty-first session**
12 September–7 October 2022
Agenda item 2
**Annual report of the United Nations High Commissioner**
**for Human Rights and reports of the Office of the**
**High Commissioner and the Secretary-General**

## Human rights situation in Nicaragua

### Report of the United Nations High Commissioner for Human Rights

*Summary*

  This report, submitted pursuant to Human Rights Council resolution 49/3, contains an update on the human rights situation in Nicaragua and a detailed assessment of the implementation of the recommendations made to the State by OHCHR, Human Rights Council mechanisms and Treaty Bodies since 2018.

## I.    Introduction and methodology

1.      In resolution 49/3, adopted on 31 March, 2022, the Human Rights Council requested the High Commissioner to prepare a comprehensive report on the human rights situation in Nicaragua containing a detailed assessment of the implementation of the recommendations made in her previous reports, and of the recommendations of the Council's mechanisms and treaty bodies.

2.      Chapter II summarizes the human rights situation since March 2022, highlighting the most worrying facts documented by the Office through the analysis of official and non-governmental documents and reports, videos and photographs, 43 face-to-face and remote meetings with different actors, including members of civil society and members of the international community, as well as 25 interviews with victims, family members, lawyers and witnesses of human rights violations.

3.      Chapter III assesses the implementation of the recommendations made to Nicaragua in the reports of the Office of the United Nations High Commissioner for Human Rights (OHCHR), the first (OHCHR 2018[1]) prepared pursuant to the universal mandate of the High Commissioner, and the other three submitted to the Human Rights Council in 2019[2], 2021[3] and 2022[4], pursuant to Council resolutions. The four reports contain 47 recommendations addressed to the State and 9 to the international community and the Human Rights Council. Compliance with the recommendations made to Nicaragua in the framework of the 2019 Universal Periodic Review[5] (out of 259 recommendations, the State accepted 135[6]), and by the Working Group on Arbitrary Detention in nine cases[7] (38 recommendations) is also evaluated. Finally, compliance with the 43 recommendations adopted by the Committee on Economic, Social and Cultural Rights in 2021[8] is evaluated. The Committees against Torture and for the Elimination of Racial Discrimination adopted provisional observations in July and August 2022, respectively, therefore, the evaluation of their compliance is not included in this report.

4.      In April and May 2022, OHCHR requested information from the Government of Nicaragua on the implementation of the 396 recommendations, but did not receive a response. It also requested information from agencies of the United Nations system, victims of human rights violations and civil society, to whom it is grateful for their cooperation. In addition, official sources, OHCHR records, and other reliable and open sources were consulted in accordance with the Office's monitoring methodology.

## II.    Current human rights situation in Nicaragua

### A.    Context

5.      In 2022 OHCHR noted a deterioration of the human rights situation, particularly regarding civil and political rights, in a context characterized by the absence of dialogue, the deepening of the political crisis, and the isolation of Nicaragua from the international community.

---

[1] https://www.ohchr.org/sites/default/files/Documents/Countries/NI/HumanRightsViolationsNicaragua Apr_Aug2018_EN.pdf.

[2] A/HRC/42/18.

[3] A/HRC/46/21.

[4] A/HRC/49/23.

[5] A/HRC/42/16.

[6] A/HRC/42/16/Add.1.

[7] A/HRC/WGAD/2019/16, A/HRC/WGAD/2019/19, A/HRC/WGAD/2019/43, A/HRC/WGAD/2020/17, A/HRC/WGAD/2020/21, A/HRC/WGAD/2020/39, A/HRC/WGAD/2021/12, A/HRC/WGAD/2021/58, A/HRC/WGAD/2022/10.

[8] E/C.12/NIC/CO/5.

6.      In January 2021, President Ortega publicly announced a national dialogue that would take place after the 7 November elections[9]. However, the threatening and pejorative tone of his statements regarding those detained in the electoral context[10] diluted any expectation of a dialogue-based way out of the crisis. In March 2022, Nicaragua expelled the Apostolic Nuncio, who had supported dialogue at the beginning of the crisis. In April, Nicaragua precipitated its disengagement from the Organization of American States (OAS) after having denounced the organization's Charter in November 2021[11]. Without waiting for the two-year notice period stipulated in the Charter, Nicaragua withdrew its representatives to the Organization, forcibly took over its offices in Managua with the participation of officers of the Police Special Operations Directorate, and expelled its personnel[12]. Vice President Murillo announced that the property had been declared of public utility[13]. Thus, Nicaragua's isolation from the international community has heightened, receiving condemnations for these actions[14] and for the human rights situation[15], as well as new institutional and individual sanctions to its officials, including judges and prosecutors, from some States.

7.      On 16 August, the Supreme Electoral Council called for municipal elections on 6 November, 2022, to elect authorities in the 153 municipalities of the country, of which the Sandinista National Liberation Front controls 139. In July, five opposition mayors were *de facto* dismissed by Government officials and the police, under the argument that their party, Ciudadanos por la Libertad (CxL), no longer has legal personality[16], a circumstance not foreseen in the electoral or municipal legislation as a cause for removal. The Nicaraguan Institute for Municipal Development appointed new authorities of the Government party to replace the five who had been removed. The Supreme Electoral Council has not spoken on the matter. In May, the National Assembly approved a new electoral reform[17], which did not amend the aspects observed on Law 1070[18], whose restrictions to political rights and civil liberties, as noted on OHCHR's last report[19], are incompatible with international standards on political rights and should be modified.

## B.      Rights to personal liberty and to physical and moral integrity

8.      At the time of writing this report, 180 people arrested in the context of the crisis (18 women and 162 men) remained in detention, including those who were detained in the electoral context between May and November 2021. Fifty of them (11 women and 39 men) were tried in first instance between January and May 2022 on charges of undermining national integrity, propagation of false news, money laundering and related crimes, figures contemplated in laws 1042, 1055 and in the Penal Code[20]. Their trials were held behind closed doors, without the presence of the public, most of them in a police detention center -and not in a court of justice-. Defense attorneys were not allowed to review the files or meet with their clients for more than a few minutes before the hearings and did not enjoy due privacy. All defendants were convicted and sentenced to prison terms of up to 13 years and disqualification from holding public office. On appeal, these sentences were upheld and the

---

[9]   https://www.el19digital.com/articulos/ver/titulo:111762-llamado-del-presidente-daniel-ortega-unamonos-y-seremos-mas-fuertes-para-derrotar-la-pobreza.

[10]  https://www.el19digital.com/articulos/ver/titulo:122538-acto-del-45-aniversario-del-transito-a-la-inmortalidad-de-carlos-fonseca-amador.

[11]  Article 143 of the OAS Charter establishes that two years after its denunciation, the Charter shall cease to have effect with respect to the denouncing State and the latter shall be disassociated from the Organization.

[12]  https://www.youtube.com/watch?v=zTRsyMx8VhA.

[13]  https://www.el19digital.com/articulos/ver/titulo:127519-inmueble-que-ocupaba-oea-en-nicaragua-es-declarado-de-utilidad-publica.

[14]  https://www.oas.org/es/council/CP/documentation/res_decs/.

[15]  https://www.eeas.europa.eu/eeas/nicaragua-declaraci%C3%B3n-del-portavoz-sobre-el-cierre-de-siete-emisoras-de-radio-y-el-cierre-de_es?s=189, https://www.europarl.europa.eu/news/es/press-room/20220531IPR31809/nicaragua-la-ue-debe-sancionar-a-los-jueces-responsables-de-la-represion.

[16]  A/HRC/49/23, para. 9-10.

[17]  Law 1116. Law Reforming Law 331, Electoral Law.

[18]  Law of Amendment and Addition to Law 331, Electoral Law.

[19]  A/HRC/49/23, para. 4-7.

[20]  See below par. 40.

cassation appeal is currently being processed, but the rulings have not been reversed, with the exception of one.

9. Despite having been sentenced, 28 of these persons remain in the Evaristo Vásquez Judicial Assistance Directorate (DAJ), a police detention center where sentenced persons should not be held. The same inhumane conditions of detention referred to in OHCHR's last report[21] continue to be reported, which endanger their physical and mental health. They are still being prevented from receiving visits from their minor and disabled sons and daughters, which has led at least two detainees to go on hunger strike. On 2 July, after his wife and civil society human rights organizations publicly denounced the inhumane conditions of detention of Felix Maradiaga and other detainees[22], pro-government media published images showing Maradiaga's notorious physical deterioration[23].

10. The death of Hugo Torres on 12 February, who was transferred from the DAJ to a police medical center due to a serious illness, where he died a few weeks later, may have contributed to the State granting the benefit of house arrest to 12 people with health conditions and/or advanced age. It is urgent to authorize the transfer to hospitals of all detainees who require specialized medical care.

11. The conflict over land in indigenous peoples' territories continues to generate violence in the territories of the Atlantic Coast and threats to the integrity of its members. On 13 February, the Inter-American Commission on Human Rights extended precautionary measures to protect the life and personal integrity of the Musawas, Suniwas and Wilú Communities of the Mayangna Sauni As Territory due to armed violence by third parties. Land titling is still pending -as in other cases-, despite the fact that the collective property title was delivered to them in 2005[24].

## C.   Civic space restrictions

12. The State of Nicaragua has continued to restrict civic space[25], with a particular impact on the rights to freedom of association and expression. So far this year, it cancelled the legal personality of 1,112 human rights, development and other organizations, professional associations, including medical associations, entities linked to the Catholic Church and others,[26] totalling at least 1,178 since 2018. In July, the Special Rapporteur on the rights to freedom of peaceful assembly and of association expressed concern about the cancellation of the legal personality of hundreds of organizations[27].

13. Twelve universities have also had their legal personality cancelled, affecting the right to education. This right was also impacted by other measures restricting university autonomy and academic freedom, such as the reform of the Law of Autonomy of Higher Education Institutions[28]. The reform subjects the approval of the academic programs of all universities to the authority of a central body.

14. In April 2022, the National Assembly approved Law 1115[29], which replaced the 1992 General Law on Non-Profit Legal Entities. Five Special Procedures mandate holders noted that the new law would not be in line with international human rights standards because, among other aspects, it prohibits political activities of the organizations and subjects all their activity to prior authorization by the Government[30]. OHCHR also expressed its concerns

---

[21]   A/HRC/49/23, para. 25-26.
[22]   https://www.youtube.com/watch?v=ogYh9H1VYGI.
[23]   https://www.youtube.com/watch?v=vxj3MTJNZbo.
[24]   https://www.oas.org/es/CIDH/jsForm/?File=/es/cidh/prensa/comunicados/2022/032.asp.
[25]   A/HRC/46/21, par. 18, 19; A/HRC/49/23, par. 50.
[26]   According to information published in the Official Gazette.
[27]   https://www.ohchr.org/es/press-releases/2022/07/nicaragua-un-experts-denounce-arbitrary-shutdown-civil-society-organisations.
[28]   Through Law 1114.
[29]   General Law for the Regulation and Control of Non-Profit Organizations.
[30]   OL NIC 1/2022.

regarding the reform[31], which, since its entry into force on 6 May 2022, has also been applied in the cancellation of the legal status of organizations.

15.    The enjoyment of freedom of expression also deteriorated. Nicaragua lost 23 points in the World Press Freedom Index and descended from the "difficult" to the "very serious" category, occupying the 160th place among 180 countries[32]. In March, the general manager of La Prensa, arrested in the context of the 2021 elections, was sentenced to 9 years in prison for money laundering attributed to the newspaper. In July, staff of La Prensa left the country alleging the constant police siege against them, joining the 120 other journalists who are in exile[33]. In addition, three journalists were sentenced to up to 13 years in prison for the crimes of spreading fake news and undermining national integrity. The Government has also censored musical artists, preventing them from entering Nicaragua or detaining and then expelling them from the country, despite their Nicaraguan nationality. Between May and August, the authorities ceased the operations of 12 radio and television media outlets of the Catholic Church, especially in Matagalpa, arguing that they did not have operating permits. This was objected to by representatives of the affected media organizations. At least five non-denominational media were also forced to cease operations, allegedly due to non-compliance with the sector's regulations.

16.    OHCHR continued to document acts of harassment, especially against human rights defenders, journalists, clergymen, political opponents or persons considered as such, which have consisted mainly of constant and intimidating police presence in front of their homes or workplaces, affecting their privacy and activities, permanent monitoring, selective detention of vehicles, photographing and requiring documents from their occupants, and fencing off access roads to the facilities of organizations considered critical of the Government. Officials and citizens related to the Sandinista National Liberation Front also allegedly participated in these acts of harassment, intimidating individuals for allegedly using social networks against the Government.

17.    On 1 August, the harassment against a Catholic priest escalated to violence when the police attempted to seize the equipment of a Church media outlet broadcasting from the Jesús de la Divina Misericordia parish in Sébaco, Matagalpa. Dozens of police officers, including anti-riot units, violently raided the facilities causing damages. The parish priest, together with six other people, were held in the priest's domicile, from where the priest asked for help through social networks. Dozens of people responded to the call. As seen in video footage, the police used force, fired ammunition and tear gas. One citizen reportedly suffered a serious eye injury and others were reportedly beaten[34]. Seven people were confined in the priest's house for three days, without access to food and with the electricity cut off.

18.    At least two other Catholic priests were harassed in May. One of them, the Bishop of Matagalpa, on whose diocese most of the closed media depended, began a hunger strike demanding that the Government cease harassment against him and his relatives. On 4 August, dozens of police surrounded the Archbishop's Curia in Matagalpa, preventing all movement and preventing the Bishop from arriving at the Cathedral to celebrate mass[35]. The Bishop, five other priests and six lay people were being held and surrounded by dozens of riot police at the Archbishop's Curia at the time of writing[36]. On 5 August, the Police reported that it was initiating a criminal investigation, accusing the Bishop of inciting hatred with the purpose of destabilizing the State and attacking the authorities[37]. It also informed that the persons under investigation would remain at home, and summoned to testify those who had stationed themselves in front of the Archbishop's Curia to pray and attempt to defuse the situation the day before.

19.    Other violations of the rights of persons perceived to be opponents of the Government have consisted of depriving them of the right to leave the country, by withholding their

---

[31]  https://www.ohchr.org/es/statements/2022/05/nicaraguas-crackdown-civil-society.

[32]  https://rsf.org/en/country/nicaragua.

[33]  https://wwwdw.com/es/unos-120-periodistas-de-nicaragua-en-el-exilio-desde-2018/a-60405528.

[34]  https://www.youtube.com/watch?v=6xKAUa78Dls.

[35]  https://www.expedientepublico.org/monsenor-rolando-alvarez-al-regimen-queremos-que-nos-dejen-en-paz/.

[36]  One laywoman left on 7 August and two laywomen on 17 August.

[37]  https://www.policia.gob.ni/?p=90164.

passports by immigration officials. In three other cases documented by OHCHR, consular officials abroad demanded that exiled activists return to Nicaragua to renew their passports, at the express instruction of the capital. The Office has also documented four cases in which Nicaraguan citizens were arbitrarily prevented from entering or returning to their own country.

20.     Restrictions on civic space and persecution of perceived opponents, in addition to the worsening socio-economic situation, have led to an increase in the number of people leaving Nicaragua for the United States, from 5,450 people intercepted at the border in all of 2020, to 84,055 in the first six months of 2022. The number of refugees and asylum seekers in Costa Rica had reached over 150,000 people as of March 2022[38].

## III.   Evaluation of the recommendations addressed to the State of Nicaragua

### A.   Dialogue

21.     In August 2018 OHCHR recommended that the Government resume the national dialogue - the first phase of which had taken place between May and June of that year - and seek to "reach agreements based on human rights"[39]. In February 2019, the Government and the Civic Alliance for Justice and Democracy resumed negotiations that led to agreements that included the release of imprisoned persons and respect for public freedoms. The dialogue stalled for several months and in July the Government terminated it.

22.     OHCHR[40] and the Committee on Economic, Social and Cultural Rights[41] have reiterated to the State the recommendation to restore the national dialogue. During the Universal Periodic Review[42], seven States also recommended this, and while Nicaragua accepted four of these recommendations, dialogue has not been resumed to date, despite President Ortega's announcement in 2021[43].

### B.   Justice and accountability

23.     In its 2018 report, OHCHR recommended that Nicaragua "[e]nsure that independent, impartial, effective, thorough and transparent investigations be promptly conducted into all allegations of serious human rights violations and abuses that have occurred since 18 April [...]"[44].

24.     On 29 April, 2018, without the participation of civil society or victims, the National Assembly created the Truth, Justice and Peace Commission. This body was questioned by local actors for its lack of independence and credibility[45]. In May 2019, the National Assembly approved Law 994[46], which provided that the State would respond for damages caused to the victims of the "failed coup d'état", thereby excluding the population that was victimized by the security forces and pro-government elements[47]. In June, Amnesty Law 996 was approved, which, although it led to the release of 106 people detained in connection with the protests (without providing for any other reparations), granted impunity to state and non-state actors who committed human rights abuses and violations.[48]

---

[38]  https://www.acnur.org/desplazamiento-en-centroamerica.html
[39]  OHCHR 2018, para. 119.8.
[40]  A/HRC/42/18, para, 65.a; A/HRC/46/21, para. 70; A/HRC/49/23, para. 66.b.
[41]  E/C.12/NIC/CO/5, para. 6.
[42]  A/HRC/42/16, para. 125.113, 125.127, 125.131, 125.132, 125.143, 125.144, 125.149.
[43]  See supra para. 6
[44]  OHCHR 2018, para. 119.3.
[45]  A/HRC/42/18, para. 48.
[46]  Law of Integral Attention to Victims.
[47]  A/HRC/42/18, para. 51.
[48]  A/HRC/42/18, para. 51, 52.

25.     The measures adopted by the State were, in any case, insufficient and impeded the ascertainment of the truth, the achievement of justice, the adjudication of responsibilities and the granting of reparations. OHCHR recommended that the State repeal Laws 994 and 996, which has not been complied with. It also recommended, as did international and regional human rights bodies, that it "establish a comprehensive action plan towards accountability that is inclusive and victim-centred"[49]. During the Universal Periodic Review, Nicaragua received 20 recommendations to implement measures on accountability and reparations to victims of human rights violations since April 2018. The Government did not accept 16 of them[50], considering them to misrepresent reality, and accepted four[51], yet to be implemented.

26.     OHCHR has not heard of any convictions against members of the security forces for human rights violations that have occurred since 2018, and has only been able to document two convictions against pro-government elements, which were not carried out[52]. In February 2022, OHCHR again recommended that Nicaragua design and implement a comprehensive action plan for accountability[53]. The State has not reported on the steps it would have taken to implement this recommendation, and in the past has invoked the Amnesty Law as an impediment to accountability[54].

## C.    Institutional and legislative reforms

27.     OHCHR has recommended Nicaragua to undertake legislative and institutional reforms to strengthen bodies that are fundamental to democracy and human rights.

28.     In 2018, given the insufficient response of the National Human Rights Institution (Procuraduría para la Defensa de los Derechos Humanos, PDDH by its Spanish acronym) to human rights violations, OHCHR recommended that it adequately and independently fulfill its mandate as a national human rights institution and as a national mechanism for the prevention of torture[55]. In 2019, the Global Alliance of National Human Rights Institutions downgraded it from "A" to "B" for failing to conduct itself independently according to the Paris Principles[56]. Subsequent recommendations[57] for the Procuraduría to strengthen its independence were not implemented.

29.     Since 2019, OHCHR has recommended the State to carry out a comprehensive reform of the security sector[58], especially with the aim of dismantling and disarming pro-government elements[59]. The reform has not been carried out and OHCHR has not received information from the Government on any action aimed at dismantling and disarming these groups. While in the period from 2021 and 2022 the Office has not documented armed attacks by these elements, it has received information that they continue to harass those they consider opponents or critics of the Government.

30.     In 2019, given the lack of investigation of serious human rights violations, OHCHR recommended that the State create a special unit within the Public Prosecutor's Office to fulfill this obligation. It also recommended reforms in the justice sector, in line with the Basic

---

[49]  A/HRC/42/18, para. 65.d.

[50]  A/HRC/42/16, para. 125.84, 125.86, 125.88, 125.91-94, 125.96-102, 125.104, 125.106.

[51]  A/HRC/42/16, para. 125.85, 125.87, 125.89, 125.90.

[52]  The perpetrator of the death of Brazilian student Rayneia Lima was released under the Amnesty Law. The perpetrator of Jorge Rugama's death was sentenced to one year in prison for reckless homicide, a sanction he did not serve when his sentence was suspended.

[53]  A/HRC/49/23, para. 66.e.

[54]  Government Communication, 27January, 2020.

[55]  The PDDH assumed this mandate in 2012, under the Optional Protocol to the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

[56]  https://www.ohchr.org/sites/default/files/Documents/Countries/NHRI/GANHRI/SCA_Report_March _2019_-_EN_.pdf.

[57]  A/HRC/42/18, para 66.i and j; A/HRC/42/16, para. 125.37, 125.38, 125.40-42, 125.44, 125.45; E/C.12/NIC/CO/5, para. 8.

[58]  A/HRC/42/18, para. 65.d. iv; A/HRC/49/23, para. 66.e.

[59]  Recommendations to dismantle and disarm pro-government elements were made by OHCHR (OHCHR 2018, para. 119.2; A/HRC/42/18, para. 65.d.iv) and in the Universal Periodic Review (A/HRC/42/16, para. 125.60 and 125.129).

Principles on the Independence of the Judiciary and the Guidelines on the Role of Prosecutors[60], a recommendation reiterated in February 2022[61]. However, OHCHR was unable to verify or obtain official information on its implementation.

31.     In 2019 and 2021, OHCHR recommended Nicaragua to carry out electoral reforms in order to ensure free, fair and transparent elections[62]. In May 2021, the National Assembly adopted Law 1070[63]. On 7 November 2021, general elections were held without independent international observers, without the participation of three cancelled opposition parties, and seven presidential hopefuls imprisoned prior to the elections. The OAS General Assembly determined that the elections "were not free, fair or transparent and have no democratic legitimacy"[64]. In March 2022, OHCHR reiterated its recommendation to the State to reform the electoral body, especially in view of the upcoming November municipal elections[65]. The Electoral Reform Law 1116 adopted in May 2022 does not provide guarantees for fair and transparent elections[66].

32.     On criminal legislation, OHCHR recommended amendments to ensure that arrests, seizures and searches are preceded by a court order, and that preventive detention should only be applied exceptionally according to criteria of necessity and proportionality[67]. The recommendation was not followed, and in 2021 the National Assembly adopted Law 1060[68], which allows for discretional detention of a person for up to 90 days without making the charges known to them[69]. The State has also failed to examine the compatibility of Article 65 of the Penal Code[70], which imposes automatic preventive detention for certain crimes, with Article 9.3 of the International Covenant on Civil and Political Rights, as recommended by the Working Group on Arbitrary Detention[71]. Article 65 remains in force contrary to international standards on the exceptionality of this measure.

33.     In other areas, the recommendations aimed at amending laws 872[72], 1040[73], 1042[74] and 1055[75] were also not implemented.

## D.     Civic space

### (a)     Freedom of peaceful assembly

34.     In August 2018, OHCHR recommended that the State "[e]nsure the right to freedoms of peaceful assembly is fully respected through the proper management of public gatherings, in line with applicable international human rights norms and standards"[76]. However, anti-government demonstrations and those demanding the release of the detainees continued to be repressed with excessive use of force by the police, or attacked by pro-government elements with the tolerance of the security forces[77].

---

[60]   A/HRC/42/18, para. 65.d. ii.
[61]   A/HRC/49/23, para. 66.e.
[62]   A/HRC/42/18, para. 65.h; A/HRC/46/21, para. 71.b. Two recommendations were made in the Universal Periodic Review, A/HRC/42/16, para. 125.93 y 125.114.
[63]   See *supra* para. 7.
[64]   AG/doc.5749/21.
[65]   A/HRC/49/23, para. 66.f.
[66]   See *supra* para. 7.
[67]   A/HRC/42/18, para. 65.g.
[68]   Law of Reform and Addition to Law 406, Code of Criminal Procedure.
[69]   A/HRC/49/23, para. 23.
[70]   Amended by Law 952.
[71]   A/HRC/WGAD/2020/39, para .58.
[72]   See *below* for. 35.
[73]   See *below* for. 38.
[74]   See *below* for. 40.
[75]   See *below* for. 40.
[76]   OHCHR 2018, para. 119.6.
[77]   A/HRC/42/18, para. 11, 15, 16.

35.     As of September 2018, based on a narrow interpretation of Article 7 of Law 872[78], the police have prohibited demonstrations and required applications to authorize public rallies[79]. Communications and requests for demonstrations were automatically rejected or unacknowledged to those who were perceived as opponents by the police. Any unauthorized protests, or attempts to carry them out, were immediately dispelled or prevented.

36.     Since 2019, OHCHR recommended that the Government guarantee the right to peaceful assembly[80] and end undue restrictions on freedom of movement[81]. During the Universal Periodic Review, Nicaragua received 26 recommendations to guarantee this right and decriminalize the right to hold peaceful demonstrations[82]. Despite accepting ten of these recommendations, the Government has maintained the restrictions to this day, so that public protests against the Government no longer take place in Nicaragua.

(b)     Freedom of association

37.     The State has shut down civil society organizations on the grounds that they had supported terrorist actions and/or breached administrative duties since November 2018. In some cases, it used excessive force and conducted raids on organizations and seizures of their property without a court order[83].

38.     In 2019, OHCHR recommended that the State guarantee freedom of association, reinstate the legal personality of the sanctioned organizations and restore their assets[84]. During the Universal Periodic Review, 23 similar recommendations were made[85], ten of them accepted by Nicaragua. Instead of complying with them, the National Assembly reinforced the restrictive legal framework for the exercise of this right. In 2020 it approved Law 1040[86] which provides for the cancellation of the legal personality of organizations that obtain foreign funds to carry out activities that, in the Government's view, interfere in Nicaragua's internal affairs. Four Special Procedures mandate holders and OHCHR urged the Government to review the law for serious and fundamental problems of compatibility with international law[87]. In February 2022, OHCHR reiterated its recommendation to reinstate the legal personality and assets of the sanctioned organizations[88]. However, as detailed above, the cancellations continued up to 1,178 organizations.

(c)     Freedom of expression

39.     Since 2018, Nicaragua has received recommendations to guarantee freedom of expression, individual liberty and the safety of journalists and media[89]. However, the serious deterioration of freedom of expression has not been reversed. The murder of journalist Ángel Gahona in 2018 remains unpunished[90]. Multiple other assaults and attacks against journalists,

---

78   Law of Organization, Functions, Career and Special Social Security Regime of the National Police.
79   A/HRC/42/18, para. 10.
80   A/HRC/42/18, para. 65.b.
81   A/HRC/46/21, para. 71.a and c.
82   A/HRC/42/16, para. 125.110, 125.111, 125.113, 125.115, 125.117, 125.119, 125.121, 125.123, 125.124, 125.126, 125.128, 125.129, 125.135, 125.140, 125.142, 125.146, 125.148, 125.151, 125.153, 125.155, 125.157, 125.160, 125.162, 125.164, 125.167, 125.168.
83   A/HRC/42/18, para. 20.
84   A/HRC/42/18, para. 65.b and c.
85   A/HRC/42/16, para. 125.67, 125.87, 125.110, 125.111, 125.115, 125.120, 125.121, 125.124, 125.126, 125.135, 125.136, 125.140, 125.142, 125.146, 125.148, 125.151, 125.155, 125.157, 125.164, 125.166-168, 125.253.
86   Foreign Agents Regulation Law.
87   IAS 3/2020; A/HRC/46/21, para. 71.d.
88   A/HRC/49/23, para. 66.d.
89   OHCHR 2018, para. 119.1 and 9; A/HRC/42/18, para. 65.b and c; A/HRC/46/21, para. 71.b, c and d; A/HRC/49/23, para. 66.c; A/HRC/42/16, para. 125.68, 125.79, 125.85, 125.87, 125.92, 125.96, 125.109-111, 125.113, 125.116, 125.117, 125.119, 125.120, 125.122, 125.124, 125.126, 125.128-130, 125.134, 125.135, 125.138, 125.139, 125.141, 125.142, 125.145, 125.146, 125.148, 125.150, 125.152, 125.154-156, 125.158-160, 125.162, 125.164-168.
90   OHCHR 2018, para. 92.

information workers and media outlets have not been resolved[91], and, as mentioned, censorship and closure of radio and television stations continued in 2022.

40.     Despite observations by Special Procedures mandate holders[92] and OHCHR recommendations to modify Law 1042[93], which punishes with imprisonment of up to 5 years those who spread "false" or "distorted" information, and Law 1055[94], which in combination with Article 410 of the Penal Code[95] punishes with imprisonment of up to 15 years those who are considered "traitors of the homeland" for demanding or "applauding" the imposition of sanctions against the State and its citizens, both remain in force.

*(d)     Persecution of human rights defenders, political activists, journalists and dissidents*

41.     OHCHR recommended that Nicaragua cease, condemn and punish attacks against human rights defenders, activists, journalists, or anyone perceived to be critical of the Government[96]. During the Universal Periodic Review, three States recommended ensuring that human rights organizations are able to carry out their activities freely, without fear of reprisals, and that all cases of violence and reprisals against them cease and be investigated[97]. The Government did not accept these recommendations.

42.     OHCHR has continued to document acts of harassment against those groups[98]. Authorities have made no progress in investigating the cases previously reported by the Office, nor have they publicly condemned them. On the contrary, in 2021 and 2022 they continued to make stigmatizing statements and hate speech against their critics and opponents[99].

## E.     Arbitrary detentions and due process

43.     OHCHR has consistently recommended that the State refrain from arbitrarily detaining persons critical of the Government or perceived as opponents of it, and release them immediately, dropping criminal charges against them[100]. During the Universal Periodic Review, States made 23 similar recommendations[101], of which Nicaragua accepted six and rejected 17, claiming that they were based on a distortion of reality. Between June 2019 and May 2022, the Working Group on Arbitrary Detention issued nine opinions in respect of 37 individuals in which it concluded that their detentions were arbitrary, including on the grounds that they lacked a legal basis or were carried out in response to the legitimate exercise of rights and freedoms[102]. The Working Group recommended to the State the release of these persons and other measures of reparation. Twenty-two of the detainees were released, but the State did not compensate them or investigate those responsible for their detentions. Three of these individuals were re-arrested between 2020 and 2021 and, along with 13 others detained for the first time in 2021, were convicted and remain in detention, except for Hugo Torres, who died on February 12 as mentioned above.

---

[91]  OHCHR 2018, para. 93-95; A/HRC/42/18, para. 18, 19; A/HRC/46/21, para. 21, 22; A/HRC/49/23, para 40-43.
[92]  OL NIC 3/2020.
[93]  Special Law on Cybercrime.
[94]  Law for the Defense of the Rights of the People to Independence, Sovereignty and Self-Determination for Peace.
[95]  Crime of "undermining national integrity".
[96]  A/HRC/42/18, para. 65.b; A/HRC/49/23, para. 66.c.
[97]  A/HRC/42/16, para. 125.133, 125.163, 125.165.
[98]  A/HRC/46/21, para. 16; A/HRC/49/23, para. 40, 45.
[99]  https://www.el19digital.com/articulos/ver/titulo:122538-acto-del-45-aniversario-del-transito-a-la-inmortalidad-de-carlos-fonseca-amador; https://www.el19digital.com/articulos/ver/titulo:124381-acto-solemne-de-juramentacion-e-inauguracion-del-nuevo-periodo-del-pueblo-presidente.
[100]  OHCHR 2018, para. 119.4; A/HRC/42/18, para. 65.f; A/HRC/46/21, para. 71.a and c; A/HRC/49/23, para. 66.a.
[101]  A/HRC/42/16, para. 125.66, 125.68-84, 125.86, 125.108, 125.120, 125.143, 125.153.
[102]  See *supra* para. 3.

44.     The State released some of the persons arbitrarily detained in the context of the crisis[103], but not all. According to civil society, 42 persons released (3 women and 39 men) and then re-arrested and sentenced[104], in spite of the Amnesty Law.

45.     Nicaragua has also received recommendations to guarantee judicial independence and impartiality[105]. OHCHR made its recommendations based on its observations on impunity in favor of those who committed human rights violations since 2018 and on the violation of due process against dissidents, journalists, human rights defenders, social and peasant leaders, students, businessmen and opponents of the Government against whom criminal cases were opened.

46.     The proceedings against these individuals have been characterized by violations of the presumption of innocence, the right to defense, equality of arms, publicity of the hearings and the principles of impartiality, independence and the natural judge[106]. These violations were also noted by the Working Group on Arbitrary Detention in the nine cases mentioned above[107], where it concluded that there was a failure to comply with international standards relating to the right to a fair trial. As noted above, the criminal proceedings against the persons detained in the context of the 2021 elections also failed to uphold the standards of a fair trial, which shows that the recommendations on impartiality and judicial independence made by OHCHR and other human rights mechanisms have not been implemented. The Judiciary and the Public Prosecutor's Office continue to work in favor of the Government.

## F.   Torture, ill-treatment and detention conditions

47.     In 2019 OHCHR recommended that the Government take "immediate measures to halt and effectively prevent acts of torture and ill-treatment in custody, including prolonged solitary confinement; carry out prompt, impartial and effective investigations into any allegation of torture and illtreatment" and "bring the perpetrators to justice and ensure reparation to the victims"[108]. The Government has not reported any action taken in this regard.

48.     During the Universal Periodic Review, the Government received three recommendations: to protect the rights of detainees[109], to prevent the National Police from committing acts of torture[110], and not to tolerate ill-treatment in detention centers[111]. The Government accepted only the first, but OHCHR did not receive information indicating that it was implemented.

49.     The PDDH published in December 2021 its report "Avances Derechos Humanos Nicaragua 2021", which covers the period from 2007 to 2021, and does not mention any action taken to prevent ill-treatment and torture. The current conditions of detention of persons held in the DAJ as of May 2021[112] would confirm the lack of measures taken by the State.

50.     Since 2018, the Special Rapporteur on torture and other cruel, inhuman or degrading treatment or punishment, together with other mandate holders, has sent six communications to the Government[113] requesting information on allegations of torture or ill-treatment in 37 cases, with no response. In October 2018 and in January 2021, he requested the Government to visit the country, but received no response.

---

[103]  A/HRC/42/18, para. 6.
[104]  https://presasypresospoliticosnicaragua.org/wp-content/uploads/2022/07/Lista-informe-p%C3%BAblico-de-PP-junio-2022.pdf.
[105]  A/HRC/42/18, para. 65.d.ii; A/HRC/49/23, para. 66.e; E/C.12/NIC/CO/5, para. 7; A/HRC/42/16, para. 125.39, 125.95, 125.97, 125.100, 125.101, 125.105.
[106]  A/HRC/42/18, para. 39-47, 64.
[107]  See *supra* para. 3.
[108]  A/HRC/42/18, para. 65.e.
[109]  A/HRC/42/16, para. 125.59.
[110]  A/HRC/42/16, para. 125.56.
[111]  A/HRC/42/16, para. 125.65.
[112]  See *supra* para. 9.
[113]  NIC 4/2018, NIC 1/2020, NIC 3/2021-6/2021.

51.     In July 2022, the Government did not attend the dialogue with the Committee against Torture for the review of Nicaragua's second periodic report. Days before, the Foreign Minister had addressed a note to the President of the Committee despising the work of that body and expressing that torture is not practiced in his country[114]. The Committee issued its provisional observations concluding that there had been systematic violations of the Convention against Torture in Nicaragua.[115]

## G.   Economic, social and cultural rights

52.     Evaluating the implementation of the recommendations on economic, social and cultural rights is particularly complex due to the scarcity of public and updated official information. This has meant that it has not been possible to evaluate certain issues and rights.

53.     Nicaragua has made efforts to maintain spending on health and education, in partial compliance with the recommendation of the Committee on Economic, Social and Cultural Rights to implement a budget that guarantees the enjoyment of these rights by the entire population[116], and six recommendations received during the Universal Periodic Review[117], all accepted by the Government. The budget approved for 2022 for health and education (21.5% and 23%, respectively[118] ) has remained similar to that of 2021 and continues to be above regional and developed country averages[119].

54.     In the same recommendation, it was requested to strengthen accountability and fiscal transparency and to evaluate the impact of the Tax Concertation Law. The Government has not reported any measures in this regard, nor on how to ensure transparency and accountability in the fight against corruption[120]. Nicaragua is reportedly the second country in the region with a higher public perception of corruption[121], an indicator that has worsened since 2012[122].

55.     Nicaragua has also made no progress in implementing the recommendations on discrimination in the enjoyment of economic, social and cultural rights[123], including the development of comprehensive legislation, and on the readmission to their schools and working places of students and academic and medical personnel expelled for their positions on government policies[124]. In addition, it has taken actions contrary to the recommendations regarding the right to education[125], as noted above[126].

56.     Regarding the recommendation to make efforts for gender equality in the workplace[127], the Government has been fighting against the gender pay gap in the public administration, as reported in the First National Voluntary Report on the SDGs. This gap has reportedly decreased from 27.3% in 2007 to 7.6% in 2020 in the Central Government[128].

57.     Nicaragua also received recommendations on the rights to water and sanitation[129]. According to the same voluntary report, from 2007 to 2020 there was an investment of

---

[114]   Communication from the Chancellor dated 29 June, 2022.
[115]   https://media.un.org/en/asset/k1o/k1ow6ov3m3
[116]   E/C.12/NIC/CO/5, para. 16.
[117]   A/HRC/42/16, para. 125.181, 125.203, 125.209, 125.211, 125.212, 125.222.
[118]   https://www.el19digital.com/articulos/ver/titulo:123683-asamblea-nacional-aprueba-presupuesto-general-de-la-republica-2022.
[119]   Health spending accounted for an average of 12.7% of total public spending for Latin America and 18.1% for Organization for Economic Co-operation and Development (OECD) countries in 2018. In the case of education, the average was 16.1% for Latin America and 12.2% in OECD countries, https://data.worldbank.org/.
[120]   E/C.12/NIC/CO/5, para. 14.
[121]   https://www.transparency.org/en/news/cpi-2021-americas-a-region-in-crisis
[122]   Ibid.
[123]   E/C.12/NIC/CO/5, para. 18.
[124]   A/HRC/49/23, para. 66.h; E/C.12/NIC/CO/5, para. 10.
[125]   E/C.12/NIC/CO/5, para. 49.
[126]   See *supra* para. 13.
[127]   E/C.12/NIC/CO/5, para. 20.
[128]   https://ods9.org/resource/273/informe-nacional-voluntario-2021-de-nicaragua, p. 59 .
[129]   A/HRC/42/16, para. 125.178, 125.186.

$809,900,000 in this sector, increasing urban drinking water coverage from 65.0% to 91.5%, and sewerage coverage from 33.0% to 54.0%. In rural areas, drinking water coverage increased from 26.7% to 55.4%, and sewerage coverage from 36.1% to 50.9%[130].

## H.   Rights of women and girls

58.     Nicaragua has received recommendations to amend the total ban on abortion and bring it in line with international standards on sexual and reproductive rights, and to adopt other measures to guarantee sexual and reproductive rights[131]. The Office has not been informed about the implementation of these recommendations. Vice President Murillo, in a statement, said that they constituted attempts to "impose abortion against Nicaraguan tradition and culture"[132]. Between 2019 and 2021, 4.2 million USD were reportedly invested in the purchase of contraceptives, which were reportedly not enough to prevent stock ruptures. Emergency oral contraceptives continue to be unavailable in public health centers.

59.     Recommendations have been issued to Nicaragua to strengthen women's participation in the economic and political spheres[133]. According to the Global Gender Gap Index[134], Nicaragua is among the most equal countries in the world between women and men in terms of educational, political and economic indicators, and has the second highest percentage of women mayors in Latin America and the Caribbean (42.5%)[135]. Electoral Law 1070 supports gender parity by establishing 50% quotas for men and women in the composition of the Supreme Electoral Council, in the internal bodies of political parties and in the electoral lists for local, regional and national elections[136].

60.     In terms of gender violence, women's access to justice and maternal mortality, Nicaragua also received recommendations during the Universal Periodic Review[137], one of them aimed at the creation of "complete and transparent records of the incidence of domestic violence, sexual violence and maternal mortality, as well as femicides".

61.     Due to insufficient official data, it is not possible to know the magnitude of violence against women in Nicaragua. In 2020, there was a large disparity between the number of femicides documented by civil society and that reported by the Government[138]; in 2021, the Government no longer published figures. However, it has publicly reported on the creation of more than 100 Women's Police Stations specialized in protection against violence.[139]

62.     Regarding the maternal mortality rate, the Government included its reduction as a priority objective in the National Plan to Fight Poverty and for Human Development (2022-2026) and in 2021 claimed to have managed to reduce it to 37 per 100 thousand births[140], which would represent a 68% reduction in deaths since 2006, when it was 115/10,000. However, the accelerated reduction since 2017, which does not correspond to past trends, has not been validated by international agencies.

63.     In relation to the recommendations on the rights of girls during the Universal Periodic Review[141], it should be noted that despite having family prevention programs and an Inter-institutional Protocol of Attention (25-2020) against sexual violence against children, it is estimated that the fecundity rate among girls and women aged 10 to 19 years in Nicaragua

130   https://ods9.org/resource/273/informe-nacional-voluntario-2021-de-nicaragua, pp. 40-42.
131   A/HRC/49/23, para. 66.j; E/C.12/NIC/CO/5, para. 45; A/HRC/42/16, para. 125.217, 125.220.
132   https://www.el19digital.com/articulos/ver/titulo:116982-companera-rosario-murillo-en-multinoticias-09-06-21.
133   A/HRC/42/16, para. 125.185, 125. 238; E/C.12/NIC/CO/5, para. 20, 26.
134   https://www3.weforum.org/docs/WEF_GGGR_2021.pdf.
135   ECLAC, https://oig.cepal.org/es/indicadores.
136   A/HRC/49/23, para. 36.
137   A/HRC/42/16, para. 125.236, 125.237, 125.241, 125.244, recommendations accepted by the Government.
138   A/HRC/46/21, para. 34, 35.
139   https://www.el19digital.com/articulos/ver/titulo:126803-policia-nacional-inauguro-la-comisaria-de-la-mujer-numero-113-en-ticuantepe.
140   https://www.el19digital.com/articulos/ver/titulo:125214-nicaragua-redujo-la-mortalidad-materna-en-68-entre-2006-y-2021.
141   A/HRC/42/16, para.  125.207, 125.214, 125.237.

was reportedly the highest in Central America, with girls aged 10 to 14 years doubling the regional average[142], and no recent official data available. The absence of a multisectoral plan and the non-implementation of the *Adolescent Pregnancy Strategy,* in addition to the lack of coverage of family prevention programs of rural, Afro-descendant, indigenous, disabled and LGBTI populations, continue to be major challenges, as well as the non-availability of contraceptives mentioned above.

## I.    Rights of indigenous and Afro-descendant peoples

64.    Nicaragua has received several recommendations to adopt measures to protect the right to land and territory of indigenous peoples, including the restitution of lands occupied by non-indigenous settlers, and to investigate attacks against indigenous peoples by settlers and third party occupants, bringing those responsible to justice[143]. OHCHR has not received information on progress in the *saneamiento* (restoration) process or on investigations of attacks.[144]

65.    Regarding the Committee's recommendations that the State design and implement, in consultation with indigenous and Afro-descendant peoples, an adequate procedure for free, prior and informed consultation regarding all measures affecting their rights[145], and to ensure that the legitimate indigenous authorities are not supplanted by other "parallel" authorities[146], the Government has not announced any initiative either.

## J.    Rights of other populations and groups in vulnerable situations

*(a)    Children*

66.    In relation to the recommendations on children's rights during the Universal Periodic Review[147], according to information received from UNICEF, Nicaragua dedicated 72.7% of social spending in 2019 to children and adolescents, 7.5% of its GDP, surpassing other countries in the region. The main gaps observed refer to sexual and reproductive rights, reflected in paragraphs 59 and 64.

*(b)    LGBTI people*

67.    The recommendations in the Universal Periodic Review, all accepted by the Government, were aimed at increasing the visibility of LGBTI people, eliminating violence and discrimination against them, and releasing LGBTI people detained in relation to the events of 2018[148].

68.    Official statistics continue to lack data on violence or discrimination against LGBTI people. In May 2021, two men were sentenced to revisable life imprisonment for the murder of a trans woman, the first case where this penalty was applied for a hate crime.

69.    Trans women deprived of their liberty in the context of the crisis were held in men's prisons and subjected to discriminatory and degrading treatment[149].

## K.    Cooperation with OHCHR and other human rights mechanisms

70.    Since Nicaragua's termination of OHCHR's invitation to the country in August 2018, the High Commissioner has urged the Government to allow its return, resume constructive

---

142   United Nations Department of Economic and Social Affairs,
      https://population.un.org/wpp/Download/Standard/Fertility/.
143   A/HRC/49/23, para. 66.i; A/HRC/42/16, para. 125.254, 125.255; E/C.12/NIC/CO/5, para. 12.c
      and d.
144   A/HRC/46/21, para. 49-52; A/HRC/49/23, para. 33-35.
145   E/C.12/NIC/CO/5, para. 12.a.
146   E/C.12/NIC/CO/5, para. 12.b.
147   A/HRC/42/16, para.  125.207, 125.214, 125.237, 125.247-253, 125.175.
148   A/HRC/42/16, para. 125.46, 125.66.
149   A/HRC/46/21, para. 42.

cooperation[150], and collaborate with other human rights mechanisms and bodies[151]. During the Universal Periodic Review, 28 similar recommendations were made, only two of which were accepted by the Government.[152]

71.     The State has not allowed OHCHR to return to the country and, since the end of 2020, has rejected its reports. As of January 2022, it has also failed to respond to its communications and requests for information.

72.     Of the 20 joint communications and 13 individual cases submitted by Special Procedures since April 2018, the State has only responded to one[153]. It has also not allowed visits by these procedures since 2009, despite the standing invitation extended by Nicaragua in 2006, and despite five mandate holders requesting a visit since 2018[154].

73.     In 2019, Nicaragua partially complied with the recommendation to engage with the Treaty Bodies and submitted six reports due between 2010 and 2013[155]. The reviews in 2020 had to be postponed due to the COVID-19 pandemic. The first took place in October 2021, before the Committee on Economic, Social and Cultural Rights, and Nicaragua participated in the session, but did so in a "listening capacity" without answering the Committee's questions[156]. The State did not appear in two others, before the Committee against Torture in July 2022[157] and the Committee on the Elimination of Racial Discrimination in August 2022[158].

74.     As of 2018, Nicaragua did not ratify or accede to any human rights treaties, contrary to recommendations[159].

# IV.   Recommendations to the international community and the Human Rights Council

75.     The High Commissioner recommended that the international community and the Human Rights Council adopt measures to prevent further deterioration of the human rights situation in Nicaragua, to support the State in finding a solution to the crisis and to comply with its international obligations[160].

76.     During the Universal Periodic Review, as well as in various declarations and resolutions, several States have expressed their concern about the human rights situation in Nicaragua and formulated recommendations.

77.     The adoption of four resolutions by the Human Rights Council[161] also forms part of the implementation of the above recommendations. These call on the Government to provide a human rights-based response to the crisis and have also requested OHCHR to continue its monitoring and reporting work through written reports and oral updates to the Human Rights Council that have contributed to keeping the situation in Nicaragua on the international human rights agenda.

---

150   A/HRC/46/21, 71.f; A/HRC/49/23, para. 66.m.

151   OHCHR 2018, para. 19.16.

152   A/HRC/42/16, para. 125.8-36.

153   IAS 5/2018.

154   Arbitrary detention, forced disappearances, freedom of assembly and association, torture, and toxic substances.

155   https://tbinternet.ohchr.org/_layouts/15/TreatyBodyExternal/countries.aspx?CountryCode=NIC&Lang=SP.

156   E/C.12/NIC/CO/5, para. 2, 3.

157   https://www.ohchr.org/en/press-releases/2022/07/committee-against-torture-considers-situation-nicaragua-absence-delegation

158   https://media.un.org/en/asset/k1r/k1rfw9qasz.

159   E/C.12/NIC/CO/5, para. 54; A/HRC/42/16, para. 125.1-7.

160   OHCHR 2018, para. 119.15 and 16; A/HRC/42/18, para. 67; A/HRC/46/21, para. 72; A/HRC/49/23, para. 67, 68.

161   A/HRC/40/2, A/HRC/RES/43/2, A/HRC/RES/46/2, A/HRC/RES/49/3.

78.    On the recommendation that the Human Rights Council consider additional measures to strengthen accountability for gross human rights violations[162], the Council decided in resolution 49/3 to create a Group of Human Rights Experts on Nicaragua (GHREN) with a mandate that includes fact-finding and identification of persons responsible for violations.

## V.    Conclusions

79.    The human rights situation in Nicaragua has progressively deteriorated since 2018 without the Government showing the political will to address the crisis through dialogue and the implementation of recommendations made by human rights bodies and mechanisms. The lack of institutional and legislative reforms aimed at restoring the rule of law and the separation of powers, the isolation from the international community, as well as the severe restrictions on civic space, the harassment of critical voices and the situation of persons detained in the context of the crisis, indicate such deterioration.

80.    The recommendations made by the High Commissioner in all her reports constitute a roadmap that offers concrete actions for Nicaragua to design solutions to overcome the current critical situation, with the support of the international community.

## VI.    Recommendations

81.    **The High Commissioner strongly urges the State of Nicaragua to implement the recommendations made by the OHCHR and human rights mechanisms that remain unfulfilled as soon as possible, and in particular:**

       (a)    **Restore the rule of law through a judicial reform that guarantees the independence and impartiality of the judiciary.**

       (b)    **Align domestic legislation with international human rights norms and standards, especially the Electoral Law (1070 and 1116), Law 1115, Law 1040, Law 1042 and Law 1055.**

       (c)    **Immediately and unconditionally release all persons arbitrarily detained and sentenced, and revoke the effect of their trials and convictions.**

       (d)    **Reinstate the civic space, restoring the legal personality and assets of the organizations that were dissolved, protecting their free operations, and refraining from arbitrarily canceling the legal personality of additional organizations and media outlets.**

       (e)    **Remove all obstacles that favor impunity for perpetrators of human rights violations committed since April 2018, and provide reparations to all victims.**

       (f)    **Allow OHCHR access to Nicaragua and cooperate effectively with it.**

_____

---

[162]    OHCHR 2018, para. 119.15; A/HRC/49/23, para. 68.b.

12/19/22, 3:56 PM
'Sharp rise' in Nicaraguans fleeing to Costa Rica, strains asylum system | UN News
Case 6:23-cv-00007   Document 94-7   Filed on 03/24/23 in TXSD   Page 90 of 130

Welcome to the United Nations



# UN News

Global perspective Human stories

Search

Advanced Search

AUDIO HUB       SUBSCRIBE

# 'Sharp rise' in Nicaraguans fleeing to Costa Rica, strains asylum system



© UNHCR/Kai Odio | A UNHCR staff member assists Nicaraguan asylum seekers in Upala, near Costa Rica's border with Nicaragua.

**25 March 2022** | Migrants and Refugees

**Around three per cent of Costa Rica's population is now made up of Nicaraguan refugees and asylum seekers, the UN refugee agency, UNHCR, said on Friday.**

Doubling in number over the last eight months, the agency now estimates that there are more than 150,000 Nicaraguans who have crossed over the southern border, seeking refuge in Costa Rica.

"These figures, **as of February 2022, confirm more Nicaraguans are currently seeking protection in Costa Rica than all the refugees and asylum seekers combined, during Central America's civil wars in the 1980s**, when Costa Rica was a sanctuary for those fleeing violence," UNHCR       spokesperson Boris Cheshirkov, told a press conference in Geneva.

## Troubling trend

UNHCR is concerned that this trend could seriously strain Costa Rica's already stretched asylum system and overwhelm support networks in the country.

"**The sharp rise in the number of asylum seekers from Nicaragua corresponds with major socio-political events in the country**," explained Mr. Cheshirkov.

Moreover, Nicaraguans are also increasingly seeking protection further afield.

During the first two months of 2022, the number seeking asylum in Mexico, represented nearly a third of the total, for all of 2021.



**UN Costa Rica/Danilo Mora** | Lilith, not her real name, was trafficked from Nicaragua as a teenager and now lives in Costa Rica.

Nicaragua AR_001738

Welcome to the United Nations

Throughout the COVID-19 pandemic, the Government of Costa Rica has kept its doors open for those seeking international protection.

According to UNHCR's border monitoring in Costa Rica, many of the new asylum seekers are finding employment through the seasonal coffee harvest.

"However, their economic security could be compromised once the harvest is over, increasing the pressure on response institutions and UNHCR programmes," warned the UNHCR spokesperson.

He noted that due to the pandemic-induced economic crisis, which has weakened individual support networks that provide shelter and economic opportunities to Nicaraguans, Costa Rica is experiencing a high level of unemployment.

This adds to the need for support from UNHCR and its partners.

# Off the world's radar

UNHCR assists Costa Rica and its host communities in welcoming asylum seekers and refugees through registration, legal aid, cash assistance, and donations of hygiene and cleaning kits, food and mattresses, Mr. Cheshirkov said.

The agency also provides psychosocial support, emergency shelter, vocational training, and activities to promote peaceful coexistence between refugees and the communities that host them.

"At a moment when the crisis in Ukraine is making daily headlines, these figures highlight the importance of remembering other less visible situations of displacement that persist and grow around the world," said the UNHCR spokesperson.

"**We urge the international community to continue supporting Costa Rica and other countries hosting Nicaraguans** in their efforts to receive and provide international protection to those who are forced to flee their country".

♦ Receive daily updates directly in your inbox - **Subscribe here** to a topic.

♦ Download the UN News app for your **iOS** or **Android** devices.

NICARAGUA | COSTA RICA

Nicaragua AR_001739

## RELATED STORIES



**As thousands flee violence in Nicaragua, UN refugee agency urges more support for countries taking them in**



**Nicaragua crisis: One year in, more than 60,000 have fled, seeking refuge**



**Nicaragua: After two years of crisis, more than 100,000 have fled the country**

## NEWS TRACKER: PAST STORIES ON THIS ISSUE

Nicaragua AR_001740

12/19/22, 3:56 PM
UN provides life-saving aid for refugees and migrants in Mexico, as numbers soar | UN News
Welcome to the United Nations



## UN provides life-saving aid for refugees and migrants in Mexico, as numbers soar

**2 January 2022** | **Migrants and Refugees**

For several years, the number of people transiting through Mexico, many hoping for a better life in the USA, has continued to grow. The UN team in the country, in close collaboration with the Mexican authorities, is working to ensure that they receive essential, and often life-saving, assistance.

**RESOURCES**

Nicaragua AR_001741

Welcome to the United Nations

Information for Broadcasters

UN System Links

Media Alert

UN Journal

Meetings Coverage

Audiovisual Library

## SECRETARY-GENERAL

All Statements

Official Travels

Press Encounters

SG Twitter

## SPOKESPERSON'S OFFICE

Latest Statements

Briefing Highlights

Briefing Transcripts

Notes to Correspondents

## FIND US

UN News App

Facebook

Twitter

YouTube

RSS

Contact UN News

DONATE

Nicaragua AR_001742

12/19/22, 3:56 PM          Around the world, refugees are integrating into host society's transport and payment systems | UN News

Welcome to the United Nations

Case 6:23-cv-00007   Document 94-7   Filed on 03/24/23 in TXSD   Page 96 of 130

Nicaragua AR_001743



**AMERICAS**

# With Turmoil at Home, More Nicaraguans Flee to the US

July 29, 2021 1:48 PM

Associated Press

Alan Reyes Picado fled Nicaragua by bus in the middle of the night, haunted by memories of government officials harassing him, throwing him in jail and then leaving him half naked in a dumpster.

After crossing the Mexican-U.S. border in February and being detained for two months, the 20-year-old immigrant lives in San Francisco and hopes to receive a work permit soon.

"I lived in fear and decided to seek help in this country," said Reyes Picado, who left his partner and an 8-month-old baby in his home country.

Reyes Picado is one of the thousands of Nicaraguans the U.S. government has encountered at the border in recent months. Customs and Border Protection data shows a big jump in arrivals from the Central American country, which is the focus of international criticism over arbitrary arrests and the restriction of fundamental rights.

U.S. authorities stopped Nicaraguans 7,425 times in June compared to 534 times in January. So far in the fiscal year that began Oct. 1, U.S. officials have stopped Nicaraguans more than 19,300 times at the southern border. That's the highest number of encounters registered in recent years, surpassing record figures from fiscal year 2019, when authorities stopped Nicaraguans more than 13,000 times.

At that moment, Nicaragua was immersed in a political crisis after the government announced a plan to cut social security benefits. Widespread protests caused the government to back down, but demonstrations grew into a movement demanding that President Daniel Ortega step down after more than a decade in power. At least 328 people died during repression of the demonstrations, said the Inter-American Commission on Human Rights.

Nicaragua AR_001744

Now, Ortega is seeking a fourth consecutive term as president in elections in November and has been systematically clearing his path of potential challengers through arrests for alleged crimes against the state.

According to the rights commission, more than 20 people have been detained, including presidential candidates Cristina Chamorro, Arturo Cruz, Félix Maradiaga, Juan Sebastián Chamorro, Miguel Mora, Medardo Mairena and Noel Vidaurre.

Ortega's government did not respond to requests for comment from The Associated Press.

Hundreds of thousands of migrants from other countries have also arrived at the U.S. border this year, as the new administration of President Joe Biden has eased some restrictions on immigration imposed under former President Donald Trump.

Other nationalities have also shown large increases, including Ecuadorians and Venezuelans. In June, more than one of four people stopped by CBP were from countries other than Mexico, Guatemala, Honduras and El Salvador.

Nicaraguans have usually been a small number of the Central Americans trying to migrate to the U.S. However, Nicaragua's government migration offices are now full of people trying to obtain passports, a scenario that also occurred during the 2018 crisis.

Managua's Roman Catholic Archdiocese has noticed the exodus.

"It is with sadness that we see again the migration of Nicaraguans, mostly young people fleeing because of political persecution", the Archdiocese said recently.

Reyes Picado, the 20-year-old who recently fled Nicaragua, participated in the 2018 protests with his brother. Recently, he said in a telephone interview, local officials in Tipitapa, a city in western Nicaragua, would show up at the family's truck depot asking to use the six trucks the family had. He said the government wanted the trucks to move its supporters around.

Reyes Picado's family said no to the request and that's how their problems started, he said.

"They would look for me at home; we couldn't live in peace," he said. "They would threaten us because we did not want to join them; they told us they would kill us, they would kidnap us."

White House officials did not respond to a request for comment by The Associated Press regarding the increase in arrivals of Nicaraguans. U.S. Sen. Tim Kaine of Virginia, chair of the Senate Foreign Relations Western Hemisphere Subcommittee, told the AP that the arrests of political rivals in Nicaragua and violence against the opposition "must be stopped".

"These actions are destabilizing Nicaragua and forcing Nicaraguans who are fearful for their lives to flee their country," he said.

Anita Wells, an activist who helps fellow Nicaraguans on their way to the U.S. and recent arrivals, said she is "overwhelmed" with work.

"We have tons of people, of young men, in detention centers. Some are hurt, some are former political prisoners, and still, some of them are not allowed in (the U.S.)," she said from her home in Virginia.

Wells is one of the founders of Abuelas Unidas por Nicaragua (Grandmothers United for Nicaragua), a group that raises and sends money to Nicaraguans in need. She is also one of the founders of the Nicaraguan American Human Rights Alliance, which has increasing work because it assists with asylum applications and tries to avoid the expulsion of Nicaraguans at the border.

Like Reyes Picado, José Olivera also fled Nicaragua, leaving behind a wife and two children.

A sales executive in an appliances company based in the north of Nicaragua, Olivera took buses and walked towards the U.S. border in May after being fired for not accepting an ID card indicating support for the official political party, the Frente Sandinista.

Government officials would knock on his door insisting he accept the card, and soon the threats started, he said.

"I never accepted the offer of being one of their supporters," said the 38-year-old from his small apartment in Miami. "Honestly I'm scared, they would have killed me."

He fled to Honduras and then Guatemala by bus. Afterwards he walked, following train tracks until blisters hurt his feet. In Mexico, he said he was kidnapped by drug traffickers. Relatives put together $6,500 and Olivera was released three days after, he said.

Nicaragua AR_001746

He crossed the border in June and told Customs and Border Protection officials he wanted to ask for asylum. After being in a detention center for two days, he was released with an ankle bracelet.

The number of Nicaraguans entering the U.S. legally also is increasing: It went from 3,692 in January to 7,375 in June, according to CBP data. Immigration attorneys and activists say that many of those Nicaraguans decide later whether to ask for asylum in the U.S. or return home before their visa expires.

Nicaraguan asylum-seekers seem to fare well in U.S. immigration courts compared to people from neighboring countries. The grant rate for Nicaraguan asylum-seekers was 36% in the 12-month period that ended Sept. 30, compared to 26% for all nationalities, 17% for El Salvadorans, 13% for Guatemalans, 12% for Mexicans and 11% for Hondurans, according to Syracuse University's Transactional Records Access Clearinghouse.

Reyes Picado dreams of being among these lucky ones.

His brother, who also participated in the student protests and was kidnapped by paramilitary groups in the 2018 upheaval, won asylum in the U.S.

For Reyes Picado, life in Nicaragua meant moving in with his aunt to avoid putting his immediate family in danger.

In December 2020, a paramilitary group, their faces covered in black ski masks, took Reyes Picado and handed him over to police. He was detained for three days, he said. He then was handcuffed, sprayed with gas in the eyes and left half naked in a dumpster in a rural area.

"I feel better now because I know I can be safe," he said. "I miss my family but I know they will be here with me one day."

---



**IMMIGRATION**

# US Policy Prompts Some Venezuelan Migrants to Change Route

October 14, 2022 9:12 PM

Associated Press

NECOCLI, COLOMBIA — Venezuelan Gilbert Fernandez still plans to cross the dangerous Darien jungle into Panama and head toward the United States over land, despite a U.S. announcement that it will grant conditional humanitarian permits only to 24,000 Venezuelan migrants arriving by air.

"The news hit us like a bucket of cold water," Fernandez said Thursday, a day after the announcement, which also stated that Venezuelans arriving by land at the Mexico-U.S. border would be returned to Mexico.

Fernandez spoke to The Associated Press on a beach in Necocli, a Colombian town where about 9,000 people, mostly Venezuelans, waited to board a boat to take them to the entrance of the Darien Gap connecting the South American country to Panama. From there, migrants head by land through Central America and Mexico toward the U.S.

Some on the Colombian beach said they would seek other routes into the United States or give up the voyage after hearing the news. Critics noted that the announced number of humanitarian visas is just a fraction of the number of Venezuelans seeking to enter the United States.

## No turning back

But for Fernandez it was too late to turn back. He said he sold his car and his land in Venezuela to finance the trip with his 18-year-old son and his friends, and he no longer has money for a plane ticket to the U.S.

"Those of us who have already started, how are we going to do that?" he wondered. "We are already involved in this."

Nicaragua AR_001748

The U.S. and Mexico said Wednesday that the Biden administration agreed to accept up to 24,000 Venezuelan migrants at U.S. airports, while Mexico agreed to take back Venezuelans who come to the U.S. over land.

Venezuelans who walk or swim across the border will be immediately returned to Mexico under a pandemic rule known as Title 42 authority, which suspends rights to seek asylum under U.S. and international law on grounds of preventing the spread of COVID-19.

The U.S. offer to the Venezuelans is modeled on a similar program for Ukrainians who fled Russia's invasion.

The moves are a response to a dramatic increase in migration from Venezuela, which surpassed Guatemala and Honduras in August to become the second-largest nationality arriving at the U.S. border after Mexico.

So far in 2022, more than 151,000 people have crossed into Panama through the jungle, the majority — 107,600 — Venezuelans. That already exceeds the 133,000 people who crossed in the previous year, according to official Panamanian figures. The trip through the inhospitable jungle is fraught with dangers, including thieves, human traffickers and the possibility of sexual assault. Armed groups operate in the region.

Arrests of Venezuelans at the U.S. border have also increased. Authorities detained Venezuelans 25,349 times in August, making them the second most detained nationality at the border, after Mexicans.

For some, the offer of 24,000 humanitarian visas is not enough given the dimensions of Venezuela's migration situation, and many consider the conditions on those visas too difficult.

Maria Clara Robayo, an investigator for the Venezuelan Observatory at Colombia's Del Rosario University, said the flow of migrants through the Darien Gap might be reduced a bit but won't stop.

"People will continue exposing themselves to precarious situations" crossing the jungle, she said.

## Reconsidering options

Nicaragua AR_001749

Jeremy Villegas arrived in Necocli in a group of 30 people, most of whom are turning back or looking for other routes. He said he is still undecided and is waiting to hear from people who are farther along the route to know if it is worth the risk.

Cristian Casamayor said he has decided to stop his journey through the Darien after hearing of the new U.S. policy.

"I stopped out of awareness and being smart. ... They mark your passport, and you can no longer enter the United States," he said, adding that he has not decided where he will go now. All he knows is that he will not return to Venezuela.

Mario Ricardo Camejo, a member of the nonprofit Colombian-Venezuelan foundation Fundacolven, said that while they appreciate any help and humanitarian visas from countries like the U.S., they worry the help comes with conditions that make it difficult on the poorest migrants. For example, having to arrive by plane and having a financial sponsor.

"Automatically, a filter is created that ensures the help does not reach the people who need it most," Camejo said.

Of the more than 7.1 million Venezuelans who have left their country because of the social and economic crisis, at least 4.3 million have difficulties accessing food, housing and formal employment, according to a report released Wednesday by the International Organization for Migration and the U.N. High Commissioner for Refugees.

Venezuelans back in that country's capital agreed the new rules will hurt.

"The people who leave by land have no money, no visa, no family there" in the United States, José Santana said in Caracas' central plaza. "It is useless for them to say that they are going to let many enter by plane."

Nicaragua AR_001750

12/20/22, 9:23 AM
US economy added a robust 263,000 jobs in November | CNN Business
Case 6:23-cv-00007    Document 94-7    Filed on 03/24/23 in TXSD    Page 104 of 130



AudioLive TV

| Markets → | | |
|---|---|---|
| DOW | 32,757.54 | 0.49% ▼ |
| S&P 500 | 3,817.66 | 0.90% ▼ |
| NASDAQ | 10,546.03 | 1.49% ▼ |

**Fear & Greed Index →**



38

**Latest Market News →**

Brooklyn hospital network reverts to paper charts for weeks after cyberattack

Main Street's buying stocks while Wall Street sells: What gives?

Europe finally agrees to cap gas prices

# US economy added a robust 263,000 jobs in November

By Alicia Wallace, CNN Business

Updated 12:13 PM EST, Fri December 2, 2022



Video Ad Feedback

'It's taking longer than I thought': Why some jobs seekers can't find work

02:35 - Source: CNNBusiness

**Minneapolis (CNN Business)** — The US economy added 263,000 jobs in November, defying aggressive action from the Federal Reserve to cool the economy and bring down the decades-

aggressive action from the Federal Reserve to cool the economy and bring down decades-high inflation.

The unemployment rate held steady at 3.7%, according to the Labor Department, which released the latest monthly jobs snapshot on Friday morning.

Economists surveyed by Refinitiv had expected the pace of hiring to slow to a gain of only 200,000 jobs in November and the unemployment rate to stay flat at 3.7%.

Some of the largest monthly job gains were in the leisure and hospitality sector, as well as health care. The hot jobs report also showed an unexpected spike in average hourly earnings, another knock against the Fed's efforts to rein in inflation by cooling demand. Officials at the central bank have expressed concern about rising wages keeping inflation elevated.

In November, average hourly earnings increased 0.6% from the month before and 5.1% year over year. Economists were expecting those rates of increases to slow from October, where they increased by a revised 0.5% month-over-month and 4.9% year-over-year.

"The November employment report delivers a holiday season package of good news for American workers, including a strong increase in wages," said Mark Hamrick, Bankrate senior economist, in a statement. "In keeping with the classic divide sometimes seen between Main Street and Wall Street, the report tells the Federal Reserve it has more work to do in its battle against inflation."

## Mixed bag

The picture of the labor market is becoming more mixed, reflecting a number of forces at play, said Sophia Koropeckyj, managing director at Moody's Analytics.

"First, the tight labor market has definitely limited holiday hiring, but employers are also hiring more cautiously given the uncertainty about the strength of consumer spending," she wrote in a note Friday. "In addition, employers may be more cautious in order to support margins amid rising labor and material costs. Some interest-rate sensitive industries have also been pulling back. It should be noted that pulling back does not necessarily mean laying off workers. It can mean more cautious hiring. This explains in part the low number layoffs and low unemployment rate."

Nicaragua AR_001752

In recent weeks, there has been a wave of mass layoff announcements from some of the biggest names in tech, with a total of 52,771 announced cuts. That's the highest monthly total for the sector since 2000, according to outplacement firm Challenger, Gray & Christmas.

Despite the high numbers, most of those losses appear to be getting reabsorbed into the labor market, said Jim McCoy, vice president of solutions for ManpowerGroup.

"Most companies are digital at this point," he said in an interview. "And if not, they're investing in automation, they're investing in their web presence, they're investment in business performance tools, and so they need [information technology] workers."

## Next steps for the Fed

Friday's report also contained significant revisions: September was revised down by 46,000 to 269,000 jobs, and October was revised up by 23,000 jobs to 284,000.

Considering those updates, November's monthly gain — which remains considerably above pre-pandemic monthly averages — is now the lowest total jobs added since April 2021.

Still, that might not bring much solace to the Fed, which has raised its benchmark lending rate by 3.75 percentage points this year in hopes of cooling off demand and bringing down white-hot inflation. While some areas of the economy show the effects of the Fed's actions — home sales have fallen and inflation rates are starting to slow — the labor market has remained robust in its efforts to continue to recover jobs lost during the pandemic and adjust to continued strong consumer spending, especially in services.

"While other economic data points over the past few weeks have been favorable to the Fed's progress on the inflation front, strong employment data is clearly the biggest headwind for the Fed," said Charlie Ripley, senior investment strategist for Allianz Investment Management, in a statement Thursday. "Payrolls need to fall below the replacement rate in order to keep slowing the economy and despite the aggressive rate tightening thus far, the impact to the labor market has been minimal."

The latest JOLTS report on job openings and quits showed that there were still more than 10 million job openings in October. While that indicates a gradual easing, it's still a near-record high and well above the average of 4.5 million before Covid hit the US economy.

record high and well above the average of 4.5 million before Covid hit the US economy.

But with labor force participation still well below pre-pandemic levels, it's going to be hard to fill all those available positions: November's jobs report showed that the participation rate inched down for the third straight month to 62.1%.

Friday's employment print marks the very last jobs report before the Fed's next meeting on December 13-14, when officials are expected to raise rates by half a percentage point, slightly lower than in the four previous meetings.

And the hot jobs report is unlikely to shift the Fed away from that intention to moderate its pace of increases, said Angelo Kourkafas, investment strategist at Edward Jones.

"But what it does is it potentially dashes some of the hopes that the Fed will be cutting rates any time soon," he told CNN Business. "We're not there yet."

**MORE FROM CNN BUSINESS**


First images of British banknotes featuring King Charles III unveiled


Why an Abu Dhabi startup wants to send quinoa seeds into space

**CNN BUSINESS VIDEOS**


Jake Tapper pays tribute to Drew Griffin


Diversity push sees new players enter video game industry

Nicaragua AR_001754



 Streaming wars give boost to gaming sector

 Snap snap, the Addams Family's back and taking over TikTok with this dance trend

**Paid Links**

Search CNN...

Log In

Live TV

Audio

World

US Politics

Business

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Features

Weather

More



FOLLOW CNN BUSINESS

Most stock quote data provided by BATS. US market indices are shown in real time, except for the S&P 500 which is refreshed every two minutes. All times are ET. Factset: FactSet Research Systems Inc. All rights reserved. Chicago Mercantile: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Copyright S&P Dow Jones Indices LLC and/or its affiliates. Fair

Nicaragua_AR_001786

value provided by IndexArb.com. Market holidays and trading hours provided by Copp Clark Limited.

Terms of Use   Privacy Policy   Cookie Settings   Ad Choices   Accessibility & CC   About   Newsletters   Transcripts

© 2022 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

Nicaragua AR_001758

Nicaragua AR_001761

12/20/22, 9:23 AM
Case 6:23-cv-00007   Document 94-7   Filed on 03/24/23 in TXSD   Page 115 of 130
US economy added 263,000 jobs in November | CNN Business

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/violence-plagues-migrants-under-u-s-remain-in-mexico-program-11577529000

LATIN AMERICA

# Violence Plagues Migrants Under U.S. 'Remain in Mexico' Program

Migrants seeking shelter in the U.S. under Trump administration policy report rising numbers of kidnappings by criminal groups

*By Robbie Whelan*  [Follow]  *| Photographs by Scott Dalton for The Wall Street Journal*

Dec. 28, 2019 5:30 am ET

NUEVO LAREDO, Mexico—Every morning, Lorenzo Ortíz, a Baptist pastor who lives in Texas, drives a 12-seat passenger van packed with food and blankets across the border to pick up migrants who have been dropped off in Mexico and ferry them to shelters.

His mission is to keep the migrants safe from organized crime groups that prowl the streets of this violent Mexican border town. Since the Trump administration began implementing its Migrant Protection Protocols program at the start of 2019—widely known as Remain in Mexico—some 54,000 migrants, mostly from Central America, have been sent back to northern Mexico to wait while their asylum claims are processed. Mexico's government is helping implement it.

But in cities like Nuevo Laredo, migrants are sitting ducks. Over the years, thousands have reported being threatened, extorted or kidnapped by criminal groups, who prey upon asylum seekers at bus stations and other public spaces.



Nicaragua AR_001763

"Over the last year, it's gotten really bad," Mr. Ortíz said.

A typical scheme involves kidnapping migrants and holding them until a relative in the U.S. wires money, typically thousands of dollars, in ransom money. Gangs have also attacked shelters and even some Mexican clergy members who help migrants.

There have been 636 reported cases of kidnapping, rape, torture and other violent crimes against migrants returned to Mexico under Remain in Mexico, according to Human Rights First, which interviews victims in border cities and advocates for migrants' due process rights. At least 138 of these incidents involved kidnappings of children.

Many more cases of extortion and violence go unreported for fear of retribution. As more migrants are returned to dangerous areas such as Nuevo Laredo under Remain in Mexico, the situation is expected to worsen, the nonprofit Human Rights First said in a recent report.

The Mexican government has played down the violence. Foreign Minister Marcelo Ebrard recently acknowledged kidnapping incidents, but said that "it's not a massive number." Only 20 such cases have been investigated by the government, he added.

The Trump administration has credited the program with deterring migrants from attempting to cross into the U.S. Monthly apprehensions of migrants at the U.S. Southern border have plunged from more than 144,000 in May to 33,500 in November. The Remain in Mexico program was expanded in June.

On a recent visit to the border, acting Department of Homeland Security Secretary Chad Wolf said the program has been a "game-changer" for U.S. Customs and Border Protection officers because it has freed them from having to perform humanitarian duties.



Nicaragua AR_001764

But Mr. Ortíz's daily commute back and forth over the border highlights what migrants' advocates say is a key element of the program—it isolates migrants not only from the legal counsel they need to argue their asylum claims, but from resources like food, shelter and medical care that are abundant on the U.S. side, but near-nonexistent in Mexico.

"You have all this infrastructure to help feed and clothe and house people set up on this side, in Laredo and Del Rio and Eagle Pass, and then suddenly the administration changes the policy, and you have to send it all to Mexico, because now everyone is on the other side," said Denise LaRock, a Catholic Sister who helps distribute donations to asylum seekers through the nonprofit Interfaith Welcome Coalition. Mexico has been unable to provide enough safe shelter and other resources to migrants.

In Matamoros, another large recipient of asylum seekers under the program across the border from Brownsville, Texas, a tent city of more than 3,000 people has sprung up. Migrants there have complained of overcrowding, unsanitary conditions and insufficient medical treatment. In November, a migrant from El Salvador was murdered in Tijuana, opposite San Diego, while waiting with his wife and two children for an asylum hearing under the Remain in Mexico program.



On a recent, briskly-cold Wednesday, Mr. Ortíz, dressed in a ski vest and a baseball cap with the logo of the U.S. Chaplain International Association, picked up six migrants, including two children aged 8 and 14, at the immigration office in Nuevo Laredo. All were from El Salvador, Guatemala or Honduras, and were returning from legal appointments in the U.S. Hearings take place in makeshift courts set up in tents in Laredo, just across the bridge over the Rio Grande that separates the two cities.

Nicaragua AR_001765

Nicaragua AR_001766

At the front door of the office, six young men sat idly around a motorcycle, hats pulled low over their heads, watching the scene unfold, periodically walking up to the church van and peering in. Mr. Ortíz said these men were "hawks" or lookouts for criminal gangs.

"They know who I am, I know who they are," he said. "You have to know everyone to do this work. The cartels respect the church. I've driven all around Nuevo Laredo in this van, full of migrants, and they never mess with me."

At one point two of the lookouts asked the pastor for some food. He gave them two boxes of sandwich cookies. They clapped him on the shoulder, eating the treats as they walked back to their observation post.

Mr. Ortíz, a native of central Mexico, came to the U.S. at age 15 and eventually built a small contracting business in Texas. He became an ordained Baptist minister about a decade ago and three years ago began ministering to migrants full time. This year, he converted several rooms of his home in Laredo, Texas, into a dormitory for migrants and built men's and women's showers in his backyard.



After picking up the migrants, Mr. Ortíz ferried the group to an unmarked safe house with a chain-locked door on a busy street in the center of Nuevo Laredo, Mexico.

Inside, about 90 migrant families crowded into rows of cots set up in a handful of bedrooms and a concrete back patio. Among the Central Americans are also migrants from Peru, Congo, Haiti, Angola and Venezuela.

Nicaragua AR_001767

Reports of migrant kidnappings have increased since the Remain in Mexico program began, Mr. Ortíz said. In September, armed men stormed the safe house—one of two that the pastor brings migrants to—and detained the shelter's staff for about an hour.

Since then, Mr. Ortíz said, the volunteer staff has stopped allowing migrants to leave the house unaccompanied, even to buy milk for young children at a nearby store.

Rosa Asencio, a schoolteacher fleeing criminal gangs in El Salvador and traveling with her two children ages 4 and 7, was returned to Nuevo Laredo under Remain in Mexico. She says she hasn't been outside the shelter for nearly three weeks. "They can kidnap you anywhere," she said.



María Mazariegos, an Honduran housekeeper, said she was kidnapped along with her 12-year-old daughter Alexandra from the bus station in Nuevo Laredo in September.

Gang members held her in a windowless cinder-block room that bore signs of torture for three days with one meal of tortillas and beans. She was released after her family members in the U.S. convinced her captors that they didn't have the money to pay a ransom.

Then, two weeks later, while she was returning from a court appointment in the U.S., a shelter staff member confirmed, another group tried to kidnap her. An escort from the shelter was able to talk the kidnappers out of it.

She has court hearing under Remain in Mexico rules on Jan. 22, where a judge is expected to decide on her asylum case. If she is rejected, she plans to move to the Mexican city of Saltillo, where she has heard there are more jobs and less violence.

"Just about anywhere is better than here," Ms. Mazariegos added.

Nicaragua AR_001768

**Write to** Robbie Whelan at robbie.whelan@wsj.com

*Appeared in the December 30, 2019, print edition.*

Nicaragua AR_001769

 [Data](#)

This page in:

- [English](#)
- [Español](#)
- [Français](#)
- [العربية](#)
- [中文](#)

GDP per capita (current US$)  Latin America & Caribbean ▢ Nicaragua ▢ Search data e.g. GDP, popul

**Close**

Browse by [Country](#) or [Indicator](#)

[DataBank](#)[Microdata](#)[Data Catalog](#)

**Menu**

This page in:

- [English](#)
- [Español](#)
- [Français](#)
- [العربية](#)
- [中文](#)

- [Microdata](#)
- [Data Catalog](#)
- [DataBank](#)

Browse by [Country](#)[Indicator](#)

- [About Us](#)
  - [Get Started](#)
  - [FAQ](#)
  - [Help Desk](#)
  - [Contact](#)

- [Data Programs](#)
  - [Improving Statistical Capacity](#)
  - [International Comparison Program & Purchasing Power Parity](#)
  - [International Household Survey Network (IHSN)](#)
  - [Joint External Debt Hub](#)
  - [Open Data Toolkit](#)
  - [Quarterly External Debt Statistics](#)
  - [Trust Fund for Statistical Capacity Building](#)

- [Products](#)
  - [World Development Indicators](#)
  - [International Debt Statistics](#)
  - [Other Books and Reports](#)

Nicaragua AR_001770

- Country & Lending Groups
- Data Portals and Tools

- Development Goals
- Terms of Use
- For Developers

# GDP per capita (current US$) - Latin America & Caribbean, Nicaragua

World Bank national accounts data, and OECD National Accounts data files.
*License* : CC BY-4.0
LineBarMap
[Also Show] [Share] [Details]
Label ☑



Latin America & Caribbean (2010)
**9,081.1**

**1960 - 2021**

[1960 ▼] [2021 ▼]

- GDP per capita growth (annual %)

- GDP per capita (constant LCU)

- GDP per capita (constant 2015 US$)



- [GDP per capita, PPP (current international $)](#)



- [GDP per capita (current LCU)](#)



- [GDP per capita, PPP (constant 2017 international $)](#)



- [Inflation, GDP deflator (annual %)](#)



- [Oil rents (% of GDP)](#)



**Download**

[CSVXMLEXCEL](#)

**[DataBank](#)**

[Explore Our DataBank](#)

## Selected Countries and Economies

Country
Most Recent Year
Most Recent Value
[Nicaragua](#)
2021
2,045.5
[Latin America & Caribbean](#)
2021
8,327.6

## Latin America & Caribbean

Country
Most Recent Year
Most Recent Value
[Haiti](#)
2021
1,829.6

Nicaragua
2021
2,045.5
Honduras
2021
2,771.7
Bolivia
2021
3,345.2
El Salvador
2021
4,551.2
Suriname
2021
4,869.1
Guatemala
2021
5,025.5
Jamaica
2021
5,183.6
Paraguay
2021
5,891.5
Ecuador
2021
5,965.1
Colombia
2021
6,104.1
Belize
2021
6,228.3
Peru
2021
6,621.6
Brazil
2021
7,507.2
Dominica
2021
7,653.2
Dominican Republic
2021
8,476.8
St. Vincent and the Grenadines
2021
8,666.4
Grenada
2021
9,010.6
St. Lucia
2021
9,414.2

Cuba
2020
9,499.6
Guyana
2021
9,998.5
Mexico
2021
10,045.7
Argentina
2021
10,636.1
Costa Rica
2021
12,472.4
Panama
2021
14,617.6
Antigua and Barbuda
2021
15,781.4
Venezuela, RB
2014
15,975.7
Trinidad and Tobago
2021
16,032.5
Chile
2021
16,265.1
Barbados
2021
17,225.5
Uruguay
2021
17,313.2
Curacao
2021
17,717.6
St. Kitts and Nevis
2021
18,082.6
Turks and Caicos Islands
2021
20,908.6
St. Martin (French part)
2014
21,920.8
Bahamas, The
2021
27,478.4
Sint Maarten (Dutch part)
2018
28,988.3

Aruba
2021
29,342.1
Puerto Rico
2021
32,640.7
Virgin Islands (U.S.)
2020
39,552.2
Cayman Islands
2021
86,568.8
British Virgin Islands

Help us improve this site Help / Feedback

 **WORLD BANK GROUP**

- 
- IBRD
- IDA
- IFC
- MIGA
- ICSID

- Legal
- Privacy Notice
- Access to Information
- Jobs
- Contact

© 2023 The World Bank Group, All Rights Reserved.
REPORT FRAUD OR CORRUPTION

This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.






**World Food Programme**

# WFP Nicaragua
## Country Brief
### September 2022

SAVING
LIVES
CHANGING
LIVES



©WFP Photo: Heydi Salazar

## In Numbers

**2,440 mt** of food assistance distributed (covering the September-December school feeding period)

**USD 15.6 m** six months (October 2022 - March 2023) net funding requirements, representing 61 percent of total

**305,307 people** assisted* in September 2022

 49%   51%

*Preliminary figures

## Operational Context

Nicaragua has been experiencing economic decline due to constant socio-political crisis, which continues to place it as one of the poorest countries in Latin America. Undernourishment has improved, yet the prevalence of chronic undernutrition is 17 percent and rates are higher in some regions, up to 30 percent. Additionally, obesity and malnutrition are on the rise.

Nicaragua is vulnerable to recurrent natural hazards, ranking 21st in the World Risk Report (2022). Food insecurity is closely related to poverty, frequent natural hazards, and the effects of climate change.

Agriculture accounts for 17 percent of the Gross Domestic Product and is the primary source of livelihoods for 90 percent of the rural population. Women farmers face higher challenges to access agricultural markets due to the persistence of structural gender inequality in terms of participation in agricultural activities, land ownership, and access to farming resources in rural areas.

WFP supports the Government's Zero Hunger efforts by strengthening national social protection programmes, fostering disaster risk reduction and food security of smallholder farmers. WFP has been present in Nicaragua since 1971.



| Population: **6.7 million** | 2022 Human Development Index: **126 out of 191** |
|---|---|
| Income Level: **Lower middle** | Chronic malnutrition: **17% of children between 6-59 months** |

## Operational Updates

- On September 28, WFP and 7 smallholder farmers' (SHF) organizations set up a farmers' market in the capital to commercialize and visibilize their products. The event encouraged consumers to purchase directly from the producer and include vegetables in their diets.

- WFP promoted the establishment of commercial ties between SHF and the private sector to increase sustainability, strengthen capacities and contribute to greater income and food security. As a result, a farmer organization assisted by WFP sold 29 mt of red beans and 72 mt of black beans.

- In September, WFP and the Nicaraguan Institute of Agricultural Technology installed two production plants in the municipalities of Waspam and Siuna in the Autonomous Region of the Northern Caribbean Coast to produce organic inputs, like worm castings, and organic fertilizers. These plants will make it easier for smallholder farmers' families to access organic inputs overcoming the challenges posed by rising inflation and the global food price crisis.

- WFP supported 752 smallholder farmers (45 percent women) to establish 521 hectares of beans and 29 hectares of maize to promote food security through increased food production. Moreover, WFP encouraged beneficiaries to grow climate-resistant sorghum, coffee, pineapple, and plantain as a climate change adaptation measure and diversify beneficiaries' sources of incomes.

- As part of the agricultural microinsurance programme, in September, 11 SHFs received USD 1,812 in payouts for crop losses. This initiative protects SHF by transferring risk to the insurance company while promoting agricultural investment and enhances crop quality.

**Contact info:** Marcela Herdocia (marcela.herdocia@wfp.org)
**Country Director:** Giorgia Testolin
**Further information:** WFP Nicaragua

## WFP Country Strategy



| Country Strategic Plan (2019-2023) | | |
| --- | --- | --- |
| Total Requirement (in USD) | Allocated Contributions (in USD) | Six Month Net Funding Requirements (in USD) |
| 122.5 m | 100.5 m | 15.6 m |

**Strategic Result 1:** Everyone has access to food

**Strategic Outcome 1:** People in targeted areas who are living in poverty or vulnerable to food insecurity have access to adequate nutritious food all year round by 2023.
*Focus area: Resilience*

**Activities:**
- Provide nutritious school meals to school boys and girls in targeted areas, complementing the national programme, and strengthen national nutrition and gender-sensitive social protection programmes that promote food security.

**Strategic Result 1:** Everyone has access to food

**Strategic Outcome 4:** Populations affected by shocks have access to adequate and nutritious food during and after an emergency
*Focus area: Crisis response*

**Activities:**
- Provide food assistance to populations affected by shocks.

**Strategic Result 4:** Sustainable Food Systems

**Strategic Outcome 2:** Vulnerable communities and smallholder farmers in targeted areas benefit from sustainable food systems and have strengthened capacities to cope with shocks, climate change and natural hazards by 2023.
*Focus area: Resilience*

**Activities:**
- Provide government institutions with technical assistance in disaster risk reduction and climate change adaptation to reduce the vulnerability to food insecurity of populations prone to disasters.
- Provide technical assistance to smallholder farmers to increase their resilience, improve their livelihoods and reduce their vulnerability to adverse climate events.

**Strategic Result 5:** Capacity Strengthening

**Strategic Outcome 3:** National institutions have improved capacities to advance gender equality and women's empowerment and to incorporate gender-transformative approaches into programmes, contributing to the achievement of zero hunger by 2023
*Focus area: Root causes*

**Activities:**
- Provide technical assistance to the Government in designing and implementing gender-transformative interventions for promoting gender equality and food security and nutrition.

**Strategic Result 8:** Sharing of knowledge, expertise and tech

**Strategic Outcome 5:** Humanitarian and government partners have access to reliable services during crises
*Focus area: Crisis response*

**Activities:**
- Provide on demand supply chain services to humanitarian and government partners.
- Provide supply chain services  to government partners on a free-to-user basis to support emergency responses.

- In addition, WFP coordinated the implementation of the module on disaster risk management of the Community Diploma. The diploma, which is implemented with a local university, aims to strengthen the adaptive capacities of ten Indigenous communities in Waspam and Río Coco for improved food security and nutrition.

- As a part of capacity-strengthening activities, WFP trained 10 field staff and 20 personnel from the Ministry of Women on gender-transformative approaches for food security and improved nutrition. This training aims to increase participants' understanding on the relation between gender, climate change and the structural barriers that hinder gender equality and women's empowerment to achieve food security. Ministry of Women's staff will then replicate the training with other public servants, multiplying its impact.

## Monitoring

- In September, WFP continued remote data-collection to establish baseline values for future evaluations assessing the impact of WFP's programme on smallholder farmer families' food security and nutrition. Furthermore, WFP continued monitoring the distribution of school meals.

## Challenges

- An above-average rainfall season is hindering the *postrera* agricultural cycle, causing increased risk of crop losses and pests. The adverse weather conditions are also posing challenges to implement infrastructure and equipment installation activities.

## Impact of Limited Funding

- WFP requires USD 15 million to support vulnerable populations in quick and slow onset emergencies. Limited funding threatens WFP's ability to provide life-saving assistance to vulnerable populations affected by crises such as the global food crisis, adverse climate conditions in the Dry Corridor and hurricanes especially as Nicaragua is in the middle of an above-average hurricane season.

## Donors

Canada, European Union, Germany, Japan, Republic of Korea(the), Luxembourg, Nicaragua, Russian Federation, Saudi Arabia, and Switzerland. Additional support has been provided by United Nations Central Emergency Response Fund and Multi-Partner Trust Fund, and private donors.