UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* )<br>)<br>Plaintiffs )<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURTY, *et al.* )<br>)<br>Defendants. ) | No. 6:23-cv-00007 |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendants hereby provide notice that they are filing the administrative record for Implementation of Changes to the Parole Process for Venezuelans, 88 Fed. Reg. 1,279 (Jan. 9, 2023). With this notice, Defendants also attach (1) the certification of each administrative record in this action; and (2) the index of the contents of each administrative record; and (3) the administrative record for the Venezuelan Parole Process. *See* Attachments.

//

//

1

| | |
|---|---|
| Dated: March 24, 2023 | Respectfully submitted, |
| ALAMDAR S. HAMDANI<br>*United States Attorney* | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General*<br><br>WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section<br><br>/s/ *Erez Reuveni*<br>EREZ REUVENI<br>*Assistant Director*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 307-4293<br>erez.r.reuveni@usdoj.gov<br><br>BRIAN WARD<br>*Senior Litigation Counsel* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, I electronically filed this brief with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Erez Reuveni*
EREZ REUVENI
U.S. Department of Justice