the relevant authorities to strengthen protection systems and actors at the national and local levels. Such modalities will follow AGD approaches, to provide differentiated assistance adapted to the specific needs and risks of the affected population.[391]

The Protection Sector will coordinate with:

- **Child Protection, GBV, and Human Trafficking and Smuggling Sub-sectors** on protection considerations for specific groups.

- **Integration**, for the implementation of regularization mechanisms, and to prevent xenophobia.

- **Health, GBV** and **PSEA**, for mental health response, sexual and reproductive health and prevention of exploitation and abuse.

- **Shelter and Humanitarian Transportation,** on the protection approach to temporary shelters, response to evictions and humanitarian transportation services.

- **Education,** to promote protection responses within educational spaces.

- **Communication** and **CwC**, to create information materials and feedback mechanisms.

- **Cash Working Group**, for Multipurpose Cash Assistance (MPC) targeting and standardization.

- All sectors, on the protection and intersectoral approach in Support Spaces and service points.

 **CHILD PROTECTION**

**PEOPLE IN NEED**
**1.69 M**    49.8%   50.2%

**PEOPLE TARGETED**
**148K**    51.2%   48.8%

**TOTAL REQUIREMENTS**
**24.4 M**

**RMRP PARTNERS**
**21**

**SECTOR LEADS**
**IOM-UNHCR**

## PRIORITY NEEDS

Refugee and migrant children from Venezuela, especially UASC, face heightened protection risks. The COVID-19 pandemic has negatively impacted the ability of refugee and migrant children to exercise their fundamental rights (including to education, health and documentation), while especially those in-transit and UASC are exposed to significant risks of human trafficking, family separation, GBV, exploitation and abuse or statelessness,[392] as well as particular risks resulting from irregular armed groups, such as forced recruitment.[393]

Regarding homelessness and child labor, according to a partner's assessment,[394] 80 per cent of children interviewed lived or stayed on the street 'always' or 'sometimes,' and 80 per cent of the children interviewed stated that they were engaged in paid activities. Regarding education, 25% per cent of children from the households surveyed in June 2021 were not enrolled in school.[395]

## RESPONSE STRATEGY

The main response priorities for the Child Protection Sub-sector are to:

1. Strengthen local and national coordination with government institutions and civil society organizations amongst R4V partners to activate protection referral pathways, case management, family reunification processes and access to nationality (especially for children of Venezuelan parents, born in Colombia).[396]

2. Promote prevention of protection risks and care actions in rural and urban areas to improve family, community, educational and institutional protective environments and expand child-friendly spaces, and enhance the child protection response along transit routes.

---

[391] Including indigenous and Afro-descendant peoples; pregnant/nursing women and/or female heads of households; children; GBV survivors; the elderly; people with disabilities, reduced mobility and/or chronic diseases; and LGBTQI+ people.

[392] For instance, for those who cannot access (for different reasons) the "*Primero La Niñez*" measure, which grants nationality to children of Venezuelan parents born in Colombia since 2015. Also see GIFMM JNA, June 2021: https://www.r4v.info/es/document/gifmm-colombia-evaluacion-conjunta-de-necesidades-junio-2021

[393] IOM, DTM, February 2021: https://bit.ly/3tVb59e. 21 per cent of the refugee or migrant children surveyed reported fearing armed groups, and 31 per cent feared gangs in Colombia. Two percent felt comfortable with these groups.

[394] IOM, DTM, February 2021: https://bit.ly/3tVb59e.

[395] GIFMM JNA, June 2021: https://www.r4v.info/es/document/gifmm-colombia-evaluacion-conjunta-de-necesidades-junio-2021

[396] Prioritizing UASC, children at risk of statelessness (see previous footnote), those in the Juvenile Penal Responsibility System (SRPA), those with disabilities and diverse sexual and gender orientations, and missing children.

**3.** Support access to health services and the educational system, along with integration strategies in host communities.

**In-kind** assistance will be provided to strengthen protective spaces for assistance, integration and prevention of protection risks.[397] **Services** to promote livelihoods and integration will be provided by R4V partners to prevent xenophobia and discrimination, violence, violation of rights, and homelessness. **Capacity-development** in the form of training of officials involved in child protection will be carried out to strengthen protection referral pathways and case follow-up, to promote regularization, to provide access to international protection as well as to health services, food, hygiene, psychosocial care, and sex education programmes. Capacity-development will be coordinated with specialized state actors to re-establish family contacts, for family reunification and for active search of missing children.

The Sub-sector will work with:

• **GBV and PSEA** on cross-cutting activities to prevent sexual exploitation and coordinate attention to child survivors.

• **Shelter and Humanitarian Transportation,** to develop protocols for humanitarian transportation and shelter with a child protection approach.

• **Integration**, to reinforce the inclusion of children in their host communities.

• **Cash Working Group**, to coordinate multipurpose cash assistance (MPC) for adolescents.

• **Food Security and Nutrition,** to strengthen access to balanced and nutritious food.

• **Education,** to ensure access to formal schooling.

• **Health**, to promote access to preventive and promotive services.

• Communications**,** to develop information materials on regularization opportunities focused on children.

• **All Sectors** on integrated case management for children with protection risks and to coordinate intersectoral strategies for child protection with authorities.

---

## GENDER-BASED VIOLENCE (GBV)

 **PEOPLE IN NEED**
**909 K**
👨 – 👩 62.5%
👨 – 👩 37.5%

 **PEOPLE TARGETED**
**304 K**
👨 – 👩 62.4%
👨 – 👩 37.6%

 **TOTAL REQUIREMENTS**
**15.7 M**

**RMRP PARTNERS**
**26**

**SECTOR LEADS**
**UNFPA-UNHCR-UN WOMEN**

### PRIORITY NEEDS

Since the onset of the COVID-19 pandemic, a concerning rise in instances of GBV has been recorded globally, and in Colombia, this has also been observed for refugees and migrants from Venezuela.[398] This can be attributed to multiple factors, including deterioration of living conditions, increases in armed violence and crime, environmental disasters, discrimination, xenophobia, and a decrease in institutional response capacities.[399] According to the JNA, 8 per cent of refugee and

migrant women interviewed knew a woman, girl or LGBTQI+ person who had survived an act of GBV in Colombia.[400]

Meanwhile, the institutional response to and prevention of GBV continues to be limited (due to, for example, limited shelters, safe houses and spaces, and psychosocial care for survivors[401]) which results in increased risks for survivors of domestic violence, intimate partner/ex-partner violence, and sexual violence. A particular concern is the increased violence against the LGBTQI+ population and the lack of programmes

---

[397] 86 per cent of surveyed children have an intention to stay; however, the protective spaces do not have the required approach to respond to unaccompanied refugee and migrant children in the territories. IOM, DTM, February 2021: *https://bit.ly/3tVb59e*

[398] In Colombia, since the beginning of the pandemic, violence against refugee and migrant women has increased by 77.7 per cent, from 2,355 cases in 2019 to 4,185 in 2020, according to the Integrated Information System on Gender-Based Violence (SIVIGE): *https://www.sispro.gov.co/observatorios/onviolenciasgenero/Paginas/home.aspx.*

[399] See GIFMM - GBV Sub-sector, Analysis of Female Heads of Household (April 2021): *https://www.r4v.info/es/document/gifmm-colombia-analisis-de-jefatura-de-hogar-femenina-abril-2021*

[400] In 2020, 7 per cent of women surveyed by the JNA had experienced gender-based violence during the health emergency. In the 2021 JNA, 8 per cent of the 1,763 women interviewed reported knowing a woman, girl or LGBTQI+ person who had survived GBV in Colombia. GIFMM JNA, June 2021: *https://www.r4v.info/es/document/gifmm-colombia-evaluacion-conjunta-de-necesidades-junio-2021* and summary infographic: *https://www.r4v.info/es/document/gifmm-colombia-resumen-evaluacion-conjunta-de-necesidades-ronda-1-2021*

[401] 33 per cent of refugees and migrants interviewed in June 2021 stated that they did not feel safe where they lived. GIFMM JNA, June 2021: *https://www.r4v.info/es/document/gifmm-colombia-evaluacion-conjunta-de-necesidades-junio-2021*

that incorporate AGD approaches to respond to different populations.[402]

Finally, R4V partners have identified increased incidents of sexual violence, survival and transactional sex, forced marriages/ relationships and sexual exploitation, affecting particularly those in transit and those engaging in pendular movements. There are increased risks when crossing the border and along transit routes, due to the presence of irregular armed groups and trafficking networks. There is a pressing need to strengthen local authorities' capacities for prevention, protection and response measures, and to remove barriers for GBV survivors from Venezuela to access physical and mental health services.[403]

## RESPONSE STRATEGY

The GBV Sub-sector's response priorities are to:

1. Increase GBV services by R4V partners and strengthen institutional response capacities to activate GBV referral pathways, with an AGD sensitive approach focused on survivors.

2. Include GBV survivors and those at-risk in socio-economic integration programmes, targeting female heads of households, women engaged in sex work/situations of prostitution, pregnant women, persons with specific needs, UASC and LGBTQI+ persons.

3. Design and implement awareness-raising and information strategies on the prevention of GBV, trafficking, sexual exploitation and abuse, as well as on risks associated with smuggling; GBV care pathways and available services; and strengthen and promote community-based work and initiatives focused on positive masculinities.

The Sub-sector response will focus on providing direct services for care and case management for refugee and migrant GBV survivors; on creating safe spaces for women, boys, girls, youth and LGBTQI+ persons; making referrals to other sectors for a multisectoral response; and delivering in-kind assistance and multipurpose cash assistance (MPC) for GBV survivors with special protection needs.

It will be essential to strengthen and empower women and LGBTQI+ organizations to promote networks and safe protective environments, and to strengthen government institutions' capacities, including the Ministry of Public Affairs, Family Commissioners, and health personnel, to prevent and provide comprehensive care for GBV survivors, including mental health services.

The Sub-sector will coordinate with:

- **Health,** for access to sexual and reproductive health, mental health, and clinical management of sexual violence survivors.

- **Protection,** to guarantee access to rights, regularization processes like the TPS and refugee status determination for those with international protection needs.

- **Shelter and Humanitarian Transportation**, to ensure shelter and humanitarian transportation for high-risk cases.

- **Cash Working Group**, to focus on MPC assistance for survivors.

- **Food Security** and **Integration**, for access to livelihoods.

- **Human Trafficking and Smuggling** Sub-Sector and the **PSEA** Task Force, to promote access to a comprehensive response to GBV survivors.

- **Communications and CwC** to develop information, guidance, and two-way communication materials.

[402] See Gender and GBV Alerts by the GBV Sub-sector (accessed September 2021): *https://bit.ly/3ighHuI*.
[403] Ibid.

#  HUMAN TRAFFICKING AND SMUGGLING

|  **PEOPLE IN NEED** | 👤 29.0% 👤 32.2% |  **PEOPLE TARGETED** | 👤 29.1% 👤 32.0% |
|---|---|---|---|
| **677 K** | 👤 19.3% 👤 19.4% | **34.3 K** | 👤 19.5% 👤 19.4% |

| 💰 **TOTAL REQUIREMENTS** | ◎ **RMRP PARTNERS** | **SECTOR LEADS** |
|---|---|---|
| **4.38 M** | **8** | **IOM-UNODC** |

## PRIORITY NEEDS

Human trafficking is a serious human rights violation and a crime that compromises the dignity and security of victims. Smuggling of refugees and migrants, defined as the facilitation of illegal entry into another country, frequently exploits pre-existing socio-economic vulnerabilities and can expose them to a range of human rights violations, including through the potential to convert into situations of human trafficking. Both phenomena impact vulnerable Venezuelans, including UASC, female heads of households, indigenous and Afro-descendant persons, persons with disabilities, LGBTQI+ persons, homeless persons, those in situations of prostitution/ sex work and sexual exploitation, and those living on the streets. Barriers persist for the prevention, identification, referral, and attention to victims of human trafficking and those experiencing abuse, extortion and/or violence at the hands of smugglers, especially at the border.[404]

There are significant challenges due to the lack of updated data, mainly related to underreporting – given the clandestine nature of this crime – and insufficient disaggregation by nationality.[405] Exposure to transnationally operating networks has risen in the context of border closures linked to COVID-19: according to the JNA, 55 per cent of surveyed Venezuelans in Colombia as of June 2021 had entered through unofficial border crossings (94 per cent for those who entered in 2021).[406] Irregular entries have further exposed refugees and migrants from Venezuela to threats posed by armed actors that operate in some border areas.

According to a JNA,[407] 11 per cent of the population in-destination[407] and 7 per cent of those engaging in pendular movements[408] have had to perform some type of forced activity in Colombia, such as forced labour and prohibition from maintaining contact with their families.

## RESPONSE STRATEGY

The Sub-sector's response priorities are to:

1. Strengthen the identification and referral of victims of human trafficking, exploitation and/or abuse and strengthen reporting of cases of human trafficking and smuggling of refugees and migrants at the local level, in coordination with the Ministry of the Interior and Migration Colombia.

2. Promote strategies for the prevention of human trafficking and smuggling through capacity development of local entities, civil society organizations and community leaders, focusing on comprehensive attention and protection of potential victims of trafficking and people affected by smuggling.

3. Conduct periodic protection monitoring to analyse the dynamics of human trafficking and smuggling according to territorial contexts.

Response modalities include:

- Direct assistance and case management to protect and assist victims of human trafficking and those who have been subjected to abuse, extortion and/or violence by smugglers, in coordination with local and national entities.

- Identification and referral of possible cases of human trafficking to the competent authorities, considering an AGD approach, following the national referral protocol.[409]

- Technical assistance, through training sessions and bilateral follow-up on response gaps, to develop capacities of authorities, partners, and civil society organizations at the local level, particularly for those involved in prevention, protection, assistance and guidance, both for human trafficking and smuggling.

[404] See the ten main travel routes that, according to the Attorney General's Office, are used by refugees and migrants from Venezuela in Colombia in the GIFMM Factsheet of the Human Trafficking and Smuggling Sub-sector (October 2020): *https://www.r4v.info/es/document/gifmm-colombia-fact-sheet-trata-y-trafico-ilicito-de-refugiados-y-migrantes.*

[405] The Observatory on the Crime of Human Trafficking of the Ministry of Interior monitors and collects data on human trafficking in Colombia (*https://bit.ly/3CutCfv*) but does not indicate how many victims are from Venezuela. Cases are also significantly underreported: there were only 721 cases of human trafficking registered in Colombia between 2013-2020. There are no public records or data on the number of smuggled persons in the country.

[406] GIFMM JNA, June 2021: *https://www.r4v.info/es/document/gifmm-colombia-evaluacion-conjunta-de-necesidades-junio-2021.*

[407] Ibid.

[408] GIFMM JNA-P, June-July 2021: *https://www.r4v.info/es/document/gifmm-colombia-evaluacion-conjunta-de-necesidades-para-poblacion-pendular-junio-julio-2021.*

[409] National protocol for referrals of potential victims of trafficking, established by the Ministry of the Interior, based on Decree 1818 of 2020, which corresponds to the National Strategy for the Fight against Human Trafficking: *https://www.funcionpublica.gov.co/eva/gestornormativo/norma.php?i=154426*

Venezuela AR_000947

The Sub-sector will work with:

- **Protection** and **GBV**, for technical case management.

- **Child Protection,** to identify risks and vulnerabilities that affect children.

- **Humanitarian Transportation** and **Shelter,** to ensure access to humanitarian transportation for refugees and migrants who require it, strengthen local capacity to identify potential situations of human trafficking and smuggling in temporary collective shelters, and re-establish family contacts.

- **Integration,** to guarantee the local insertion of the population at-risk and affected by trafficking and smuggling networks in host communities in the mid-term.

- **Education,** for early detection and timely referral of cases of trafficking and smuggling identified in the education system.

 SHELTER

 **PEOPLE IN NEED** 3.39 M   29.0%  32.4%  19.2%  19.4%

 **PEOPLE TARGETED** 303 K   29.1%  32.1%  19.4%  19.4%

 **TOTAL REQUIREMENTS** 33.7 M

**RMRP PARTNERS** 16

**SECTOR LEADS** IOM-NAT. RED CROSS SOCIETY-UNHCR

## PRIORITY NEEDS

Access to timely, dignified, and safe accommodation is one of the primary needs of refugees and migrants from Venezuela, whether during transit or once settled in Colombia. Many Venezuelans face grave and concrete eviction risks, homelessness or live in unsanitary and overcrowded conditions: according to the _JNA_, 32 per cent of households considered themselves at risk of eviction, mainly as a result of the inability to pay rent and/or utilities (85 per cent).[411] According to an R4V partner's assessment, a verbal agreement was the main kind of arrangement reported by the surveyed households (63 per cent) to secure housing, specifically a house or apartment, due to the lack of documentation which would allow them to reach formal agreements. Such informal arrangements create inherently insecure housing situations.[412] More than one-third of surveyed households live in overcrowded conditions, which increase health risks, such as COVID-19 infection, as well as protection risks for children.[413]

According to surveys of refugees and migrants from Venezuela in transit, 43 per cent identified staying overnight on a street or public road as one of their main shelter strategies.[414]

Concerning those engaging in pendular movements, one out of every six refugees and migrants has spent at least one night in the street during their transit; in Arauca Department, this proportion increases to one out of every four people.[415]

## RESPONSE STRATEGY

To address these needs, Shelter partners' response will prioritize:

1. Providing temporary accommodation in collective shelters or in hotels and temporary accommodation centres, as a primary response towards immediate shelter solutions, taking into account findings (gaps and good practices) from the Sector's Characterization of Temporary Collective Shelters.[416]

2. Supporting medium- and long-term comprehensive rental support strategies[417] and interventions for the improvement of housing and community infrastructure in informal settlements, in coordination with local authorities and with the Ministry of Housing, Urban and Territorial Affairs.

[410] GIFMM JNA, June 2021: https://www.r4v.info/es/document/gifmm-colombia-evaluacion-conjunta-de-necesidades-junio-2021; see also GIFMM JNA-P, June-July 2021: https://www.r4v.info/es/document/gifmm-colombia-evaluacion-conjunta-de-necesidades-para-poblacion-pendular-junio-julio-2021. See also REACH, Assessment of Trends in Migration Movement Needs and Intentions, Round 1, April-May 2021: https://bit.ly/3ynYp.Jj.
[411] Ibid.
[412] REACH, Joint Market Monitoring Initiative, May 2021: https://bit.ly/3COTDql.
[413] Ibid.
[414] REACH, Assessment of Trends in Migration Movement Needs and Intentions, Round 1, April-May 2021: https://bit.ly/3ynYp.Jj.
[415] GIFMM JNA-P, June-July 2021: https://www.r4v.info/es/document/gifmm-colombia-evaluacion-conjunta-de-necesidades-para-poblacion-pendular-junio-julio-2021.
[416] GIFMM Multisector Group, Characterization of Temporary Collective Shelters (November 2021), forthcoming.
[417] Including market analysis, revision of habitability standards and eligibility criteria, mitigation of risks associated with evictions, among others.

**3.** Delivering domestic items and shelter kits to refugees and migrants to support daily household activities.

Sector partners will provide in-kind shelter solutions, such as temporary collective shelters, accommodation in hotels, provision of household items or community infrastructure interventions. Rental support will include CVA, particularly conditional cash transfers, as well as technical assistance to facilitate the conclusion of agreements with landlords (e.g. market-based interventions) and actions to promote security of tenure. The above will contribute to upholding the right to adequate housing. The Sector will also support the development of capacities of Sector partners and local authorities through operational support and technical guidance.

Shelter interventions will be coordinated together with the following sectors and working groups:

• **WASH, Education, Health, Food Security, Nutrition, CwC** and **Environment**, to ensure a comprehensive response within temporary collective shelters, especially considering the results of the Sector's Characterization of Temporary Collective Shelters.[418]

• **Integration**, to promote the inclusion of affected host communities during planning (e.g., of temporary collective shelters, settlement interventions through infrastructure support, cash for rent within the framework of livelihood strategies) and specific activities that contribute to social integration. This will strengthen the link between exit strategies of collective and individual temporary shelters through support programmes aimed at socio-economic stabilization.

• **Cash Working Group**, through rent support and to strengthen the exit strategy of collective temporary shelters.

• **Protection**, to develop comprehensive interventions in informal settlements through practical solutions that promote refugees' and migrants' access to regularization and documentation, and the improvement of housing and community infrastructure, especially in areas where refugees and migrants cohabit with host community victims of armed violence (area-based approach).

 **WASH**

 **PEOPLE IN NEED**
**3.61 M**    ♂ 29.0%  ♀ 32.4%
              ♂ 19.1%  ♀ 19.5%

 **PEOPLE TARGETED**
**545 K**    ♂ 29.0%  ♀ 32.2%
             ♂ 19.3%  ♀ 19.4%

 **TOTAL REQUIREMENTS**
**29.1 M**

 **RMRP PARTNERS**
**32**

**SECTOR LEADS**
ACTION AGAINST HUNGER-UNICEF

## PRIORITY NEEDS

A significant proportion of refugees and migrants from Venezuela and affected host community members in informal settlements and rural areas, as well as those refugees and migrants engaging in pendular movements and in-transit, lack access to quality WASH services that can help prevent diseases, deaths, and cases of GBV.[419] According to the _JNA_,[420] 25 per cent of Venezuelan households report poor water quality, with the most significant gaps in La Guajira and Magdalena departments.[421]

Many sanitation services for Venezuelan households are not private, safe, or dignified: according to the JNA, 12 per cent do not have access to improved sanitation services, 4 per cent perform open defecation, and 41 per cent of children and women do not have adequate and private toilets. According to surveys by R4V partners in border departments, in 20 per cent of households, women and girls experienced safety incidents while using shared restrooms.[422]

The JNA also shows that there is still a lack of knowledge about hygiene practices: over a third of respondents do not wash their hands before eating or as part of COVID-19 prevention

[418] GIFMM Multisector Group, Characterization of Temporary Collective Shelters (November 2021), forthcoming.

[419] GIFMM's WASH Analysis of Secondary Sources: https://colombia.iimmap.org/agua-saneamiento-e-higiene-wash/wash-gifmm-analisis-de-fuentes-secundarias/.

[420] GIFMM JNA, June 2021: https://www.r4v.info/es/document/gifmm-colombia-evaluacion-conjunta-de-necesidades-junio-2021.

[421] Households in La Guajira and Magdalena departments have the largest gaps in access to water from improved sources: 49 per cent and 45 per cent, respectively, compared to 13 per cent of households on average at the national level.

[422] World Food Programme (WFP), Emergency Food Security Evaluation for migrants from Venezuela and host communities at border departments, February 2020: https://bit.ly/3d0nTof.

practices; 21 per cent of households do not have sinks; and for 28 per cent the washing place is more than ten steps away from the toilet. Finally, refugees and migrants from Venezuela face barriers accessing hygiene articles (including menstrual hygiene items)[423] due to lack of income and price increases.[424]

### Response strategy

As its main priority, the WASH Sector seeks to ensure that refugees and migrants from Venezuela and affected host communities (particularly children and pregnant and lactating women) have access to quality water, sanitation, and hygiene services, preventing morbidity and deaths associated with the lack of WASH services as well as GBV situations.

Priority will be given to actions to improve access to: i) latrines and private and safe bathrooms; ii) sufficient quality water for human consumption and domestic use; iii) knowledge and habits on best practices in hygiene; and iv) access to hygiene items and services, mainly in areas such as the Caribbean region, border areas, and areas with access constraints and in informal settlements, as well as in health centres and schools.

The Sector's response modalities include:

1. Construction, rehabilitation, improvement and installation of WASH services[425] in accordance with global and national quality standards,[426] respectful of capacity restrictions in institutional environments, such as shelters, schools, health centres and assistance points.

2. Behavioral change strategies through messages tailored to each context, accompanied by the delivery of hygiene items, in-kind and through CVA, to refugees and migrants from Venezuela.

3. Technical assistance to authorities and communities to include refugees, migrants, returnees and affected host communities in public programmes and policies on access to and management of WASH services.[427]

WASH will accompany intersectoral strategies such as:

- Return to in-person **education** by improving WASH services in schools.

- Joint strategies on menstrual rights with **Health**, **Protection** and **Education**, through a protection-sensitive approach, avoiding stigmatization of girls, women, and other menstruating people in the LGBTQI+ community.

- Improvement, construction, operation, and maintenance of WASH services in Support Spaces, attention centres, **health** and community centres, **shelters,** and other key communal places.

- Community strategies around WASH services as a factor of **socio-economic and cultural integration** e.g. through community infrastructure and community management of WASH services.

[423] Although 92 per cent of households have access to menstrual hygiene products, water availability constraints prevent a less-than-optimal scenario for menstrual hygiene: only 37 per cent of households where menstruating girls and women live have a hand-washing facility within ten steps of a latrine or toilet; and one in four such households have access to water for three days a week or less. GIFMM JNA, June 2021: *https://www.r4v.info/es/document/gifmm-colombia-evaluacion-conjunta-de-necesidades-junio-2021*

[424] REACH, Fact Sheet: WASH Market Assessment for La Guajira and Norte de Santander, February 2021: *https://bit.ly/39q4pXa*

[425] In terms of sanitation, environmental sanitation interventions are also envisaged; hygiene interventions include sinks, showers, laundry sinks and others.

[426] See the guidelines established in the Sphere Handbook: *https://spherestandards.org/wp-content/uploads/Sphere-Handbook-2018-EN.pdf*

[427] Response modalities will guarantee full inclusion through differential approaches such as age, gender, and diversity (AGD), ethnicity, universal access, environmental sustainability, climate change adaptation, protection, and Accountability to Affected People (AAP).



ECUADOR

Venezuela AR_000951

Case 6:23-cv-00007   Document 95-5   Filed on 03/24/23 in TXSD   Page 9 of 224



© World Vision / Chris Huber

# ECUADOR
## AT A GLANCE





**POPULATION PROJECTION 2022**

**803 K**



**PEOPLE IN NEED**

**873 K**



**PEOPLE TARGETED**

**548 K**

| | | | |
|---|---|---|---|
| **VENEZUELANS IN DESTINATION** | 551 K | 452 K | 324 K |
| **HOST COMMUNITY** | – | 225 K | 90.1 K |
| **IN TRANSIT*** | 252 K | 197 K | 134 K |

**GENDER DISAGGREGATION**



28.9%   30.4%
20.0%   20.7%



29.2%   30.7%
19.8%   20.3%



21.8%   31.5%
20.4%   21.8%



**TOTAL REQUIREMENTS**

**$288 M**



**RMRP PARTNERS**

**53**

\* Refugees and migrants are in-transit are included in the national totals.

Venezuela AR_000952

## FUNDING REQUEST AND BENEFICIARIES TARGETED



PEOPLE TARGETED 2022

- 225 - 2.939
- 2.940 - 7.854
- 7.855 - 21.649
- 21.650 - 45.534
- 45.535 - 149.718

| PROVINCE | Population Projection | People in Need | People Targeted | Budget |
|---|---|---|---|---|
| Pichincha | 184 K | 225 K | 149 K | $55.5 M |
| Guayas | 138 K | 169 K | 103 K | $45.7 M |
| Manabi | 64.0 K | 78.6 K | 45.5 K | $28.3 M |
| El Oro | 28.0 K | 34.4 K | 21.6 K | $17.7 M |
| Azuay | 20.7 K | 25.4 K | 15.2 K | $17.5 M |
| Tungurahua | 15.5 K | 19.0 K | 13.4 K | $5.79 M |
| Imbabura | 16.7 K | 20.5 K | 12.7 K | $12.4 M |
| Carchi | 9.40 K | 11.5 K | 7.85 K | $15.0 M |
| Santo Domingo de los Tsáchilas | 13.1 K | 16.1 K | 7.63 K | $9.51 M |
| Sucumbios | 6.52 K | 8.01 K | 5.93 K | $12.6 M |
| Esmeraldas | 7.33 K | 9.00 K | 5.92 K | $9.36 M |
| Los Rios | 10.8 K | 13.2 K | 5.56 K | $3.39 M |

| PROVINCE | Population Projection | People in Need | People Targeted | Budget |
|---|---|---|---|---|
| Chimborazo | 7.24 K | 8.89 K | 5.42 K | $3.04 M |
| Cotopaxi | 5.48 K | 6.73 K | 4.37 K | $2.49 M |
| Santa Elena | 8.09 K | 9.93 K | 2.93 K | $1.52 M |
| Orellana | 3.93 K | 4.82 K | 2.63 K | $1.86 M |
| Loja | 3.34 K | 4.09 K | 1.72 K | $2.75 M |
| Cañar | 3.23 K | 3.97 K | 1.16 K | $1.81 M |
| Morona Santiago | 1.53 K | 1.88 K | 475 | $450 K |
| Pastaza | 1.47 K | 1.79 K | 460 | $450 K |
| Napo | 1.34 K | 1.65 K | 433 | $450 K |
| Zamora Chinchipe | 811 | 996 | 304 | $443 K |
| Bolivar | 644 | 791 | 225 | $438 K |
| Galápagos | 63 | - | - | $77.3 K |

Population Projection   People in Need   People Targeted   Budget   Venezuela AR_000953

## NUMBER OF ORGANIZATIONS AND FINANCIAL REQUIREMENTS BY ORGANIZATION TYPE

| | International NGOs | National NGOs / CSOs‡ | Others‡‡ | UN Agencies |
|---|---|---|---|---|
| **Financial requirements** | 14.2% | 3.01% | 1.68% | 81.1% |
| **Organizations** | 23 | 14 | 4 | 12 |

‡ Civil Society Organizations.
‡‡ Others include the Red Cross Movement, academia and faith based organizations.

The list of organizations only includes appealing organizations under the RMRP, many of which collaborate with implementing partners to carry out RMRP activities.

## POPULATION IN NEED AND TARGET, FINANCIAL REQUIREMENTS AND NUMBER OF PARTNERS BY SECTOR

| Sector | People in need (PiN)* | Targeted / In need | People targeted* | Financial requirements (USD) | Partners |
|---|---|---|---|---|---|
| Education | 221 K | | 140 K | 18.3 M | 24 |
| Food Security | 628K | | 265 K | 40.0 M | 15 |
| Health | 508 K | | 239 K | 18.8 M | 23 |
| Humanitarian Transportation | 140 K | | 11.9 K | 145 K | 3 |
| Integration | 608 K | | 203 K | 93.7 M | 35 |
| Nutrition | 207 K | | 9.27 K | 650 K | 3 |
| Protection** | 805 K | | 431 K | 43.7 M | 32 |
| Child Protection | 406 K | | 52.9 K | 7.93 M | 16 |
| Gender-Based Violence (GBV) | 221 K | | 138 K | 7.00 M | 21 |
| Human Trafficking & Smuggling | 32 K | | 258 | 933 K | 4 |
| Shelter | 461 K | | 236 K | 18.5 M | 15 |
| WASH | 413 K | | 200 K | 5.03 M | 10 |
| Multipurpose Cash Assistance | - | - | 127 K | 26.3 M | 20 |
| Common Services*** | - | - | - | 7.44 M | 17 |

\* Refugees and migrants in-transit are included in the national totals.

\*\* This includes Support Spaces

\*\*\* This includes AAP, Communication, Coordination, CwC/ C4D, Fundraising, Information Managent, PSEA and Reporting.

# COUNTRY OVERVIEW



© UNHCR/Jaime Rápale

In May 2021, the National R4V Platform in Ecuador (GTRM, by its Spanish acronym) conducted its *third Joint Needs Assessment (JNA)* to evaluate the needs and priorities of refugees and migrants from Venezuela. Over 120 enumerators from 21 partner organizations surveyed 2,278 households,[428] representing more than 9,000 people. Most respondents were female (80.6 per cent) and represented households of 3.9 members on average.[429]

According to the JNA, the main needs of Venezuelans in Ecuador include access to food (87 per cent), followed by employment/livelihoods (65 per cent), accommodation/shelter (53 per cent) and access to health services (25 per cent). Some of these findings, however, varied according to time spent in Ecuador,[430] as education and documentation increased in importance for those who were in the country for over a year. Of the 46 per cent of families surveyed with school-age children, a concerning 32 per cent of children were not attending school (including remote schooling). Furthermore, 5.3 per cent of family

groups include elderly members, 9.3 per cent include people with disabilities and 18.5 per cent people with chronic health conditions. Understanding these demographic realities of the target population is key to designing interventions that address their needs and promote inclusion and access to services for refugees and migrants from Venezuela.

Regarding age groups, 45 per cent of surveyed Venezuelans were between 26-35 years old, representing a young population of working age with great potential to positively contribute to the labour market. In terms of access to livelihoods, 38.5 per cent of refugees and migrants from Venezuela surveyed are unemployed, in comparison to 6.3 per cent among their Ecuadorian counterparts.[431] The average individual monthly income of family groups surveyed (USD 50.15 per person) is under the national poverty line (USD 84.05). Given this, and in parallel to the new regularization exercise announced in 2021 by the Government of Ecuador – a process that is currently in the planning phase, with its execution scheduled for 2022 –

[428] Due to restrictions related to the COVID-19 pandemic, the survey was conducted by phone and reached Venezuelans residing in 21 of the 24 provinces. The target population corresponds to households made up of Venezuelans or mixed family groups (Ecuadorians and Venezuelans) residing in the country or in-transit through Ecuador and who receive assistance or have received assistance (in the last 12 months) from R4V partners. Households ranged in size primarily from 1 to 4 members, but with some of over twelve members. Data was collected through a structured questionnaire together with a KOBO tool. May 2021: *https://www.r4v.info/es/document/gtrm-ecuador-evaluacion-conjunta-necesidades-mayo-2021*

[429] In the databases used to carry out the survey, most of the beneficiaries were women. All respondents surveyed answered questions about the entire household they represent. However, the survey also included respondents without family accompanying them. Their findings are likewise reflected.

[430] Housing/shelter is the second greatest need for families in the country for less than 6 months, but moves to third for family groups who arrived earlier. For families in Ecuador less than 1 month, documentation, hygiene items and transportation are greater needs.

[431] INEC, Encuesta Nacional de Empleo, Desempleo y Subempleo, Mayo 2021: *https://www.ecuadorencifras.gob.ec/institucional/inec-publica-cifras-de-empleo-de-mayo-2021-2/*

R4V partners plan to prioritize the socio-economic integration of refugees and migrants, promoting their self-reliance and empowering them to meet their needs in a safe and sustainable manner, while generating revenue and boosting the economy. With 73 per cent of family groups residing in Ecuador for over a year stating that they intend to continue living in Ecuador, it is key to advance with their socio-economic integration. Meanwhile, with 37 per cent of families reporting having experienced discrimination and/or xenophobic incidents, R4V partners plan to continue actions to counter xenophobia, which hinders the social integration of Venezuelans and has a direct negative impact on their access to services and integration prospects.

Documentation also represents an important barrier to integration in Ecuador: 62 per cent of surveyed Venezuelans have no visa or an expired visa, and thus are in an irregular situation; this corresponds with trends of irregularity reflected in other inter-agency assessments referred to throughout this chapter and with official population data published and regularly updated on _r4v.info_. Regularization initiatives in the country should take into account the types of country-of-origin documents that Venezuelans have or lack, in order to design a process that is accessible to most Venezuelans: for example, the JNA showed that 69.1 per cent have a valid identity card, while only 24.9 per cent have an expired passport; 19.8 per cent have a valid passport; 9.7 per cent have an expired identity card; and 3.7 per cent have no identity documents.

## RESPONSE STRATEGY

### Country Planning Scenario

Ecuador is a transit and destination country for refugees and migrants from Venezuela, despite border closures and movement restrictions related to the COVID-19 pandemic. The increasingly irregular nature of these movements has led to heightened protection risks and increased vulnerabilities for refugees and migrants, and poses challenges for R4V partners seeking to identify and assist people in need. R4V partners in Ecuador developed a Border Monitoring and Population Profiling System, which has been validated with national authorities, to characterize population flows, estimate irregular movements, plan responses and provide assistance accordingly.

Following elections in 2021, the incoming Government of Ecuador announced a new regularization exercise to address the needs of hundreds of thousands of refugees and migrants from Venezuela in an irregular situation, and advance their economic and social integration. In 2022, this exercise will include registration and additional data collection processes on the current situation of Venezuelans in Ecuador. The R4V National Platform will contribute to this process by strengthening the Government's technical and operational capacities, facilitating communication with refugees and migrants from Venezuela, and coordinating the implementation of the process within the territories. While the regularization process goes hand in hand with integration efforts, it will also allow R4V partners to address the immediate humanitarian needs of refugees and migrants from Venezuela that will be identified throughout the process.

Assuming that Venezuelans will continue entering through irregular channels, it is estimated that 551,000 Venezuelan refugees and migrants will be living in Ecuador by December 2022, while some 252,000 will be transiting to third countries throughout the year.

### Scope of the Response and Priorities

In 2022, the 53 R4V partners in Ecuador will focus their efforts on addressing the protection, humanitarian and integration needs of Venezuelans in all 24 provinces of the country, including by providing technical and material support to the Government and direct assistance to refugees and migrants to promote their access to the new regularization process. In parallel, R4V partners will prioritize promoting access to decent work, supporting self-employment, reducing xenophobia, improving access to financial services, social safety nets and documentation as well as other strategies to advance refugees' and migrants' self-reliance and contribute to their successful integration in Ecuador. Where appropriate, R4V partners will provide multipurpose and sectoral cash and voucher assistance (CVA) and promote complementarity between CVA and livelihoods, to avoid dependency on humanitarian assistance and positively contribute to reactivating the country's economy. Strategic partnerships with development actors, financial institutions and the private sector will promote sustainability and a long-term vision for refugees' and migrants' integration in Ecuador.

R4V partners will work in coordination with relevant national and local government actors to build capacities and strengthen the asylum system and migration services, address protection risks, and mainstream human mobility considerations into public policies to foster the inclusion of refugees and migrants from Venezuela in social protection systems and public services such as health, education, and WASH. Inclusive protection and integration strategies will target Venezuelans in-need living in Ecuador as well as vulnerable members of affected host communities, particularly in the provinces of Pichincha, Guayas, Manabí and Azuay. It is estimated that four cities host over half of the Venezuelan refugee and migrant population, namely Quito, Guayaquil, Manta, and Cuenca, respectively.[432]

The response will also address the most urgent needs of refugees and migrants from Venezuela, taking into account the needs of affected host communities to safeguard their well-being, focusing on vulnerabilities and protection concerns arising from irregular movements and the resulting impact on the local population. Food and non-food items (NFIs), temporary shelter, communication with communities (CwC), protection case management (for family reunification, GBV cases, unaccompanied and separated children, etc.) and other forms of emergency assistance will be directed mainly to Venezuelans in-transit through Ecuador, particularly in border provinces such as Carchi and El Oro, but will also take into account those living in more vulnerable contexts elsewhere, as well as the needs of their host communities, taking into consideration the economic impact of the COVID-19 pandemic. CVA for food, health, shelter and other sectoral responses will complement in-kind assistance and will be delivered both

---

[432] Based on school enrolment data from the Ministry of Education, school year 2020-2021.

to people in-transit and those living in Ecuador in vulnerable situations to safeguard their well-being while helping to support local markets.

Geographical prioritization of the response will be based on needs identified through the JNA, the Secondary Data Review, and other relevant information. Targeting criteria will be applied based on prioritization methodologies, taking into account protection and socio-economic considerations and inter-agency coordination tools. Two-way communication will be improved to involve refugees and migrants and host communities throughout the programme cycle and receive direct input in programme decisions, based on solid and proactive feedback mechanisms. This implies taking into account their needs, concerns and capacities in all phases of humanitarian response, respecting their right to be heard and to be involved in decisions that affect their lives.

### Response Principles

Gender and age considerations have been integrated into the planning process, including through the use of the Gender and Age Marker (GAM), with over 50 per cent of R4V partners in Ecuador aiming to mainstream gender, age and disability, and another 17 per cent focusing on gender mainstreaming. Moreover, approximately 60 per cent of partners in Ecuador reported that an environmental assessment influenced or partially influenced the design of their RMRP activities.

With regards to GBV prevention, risk mitigation and response, the Protection Sector and its Sub-sectors will work in a complementary manner with the Government's Secretariat for Human Rights to implement GBV protocols and organize training on the protection of LGBTQI+ people in displacement contexts. The WASH Sector will prioritize menstrual hygiene management, access to services for persons with disabilities, and ensuring safe access to sanitary installations in schools, temporary shelters and along travel routes to mitigate GBV risks. The Education Sector will promote comprehensive education on adolescents' sexual and reproductive health.

Regarding PSEA, the RMRP 2022 strategy in Ecuador includes the Food Security Sector implementing risk assessments with actors and institutions that deliver food, such as shelters and community kitchens; the Child Protection Sub-sector identifying PSEA focal points amongst the different partners; and the Protection Sector and its Sub-sectors leading capacity development initiatives on PSEA with all R4V partners.

Accountability to affected populations (AAP) and the centrality of protection (CoP) principle will be at the core of all interventions by R4V partners, taking into account refugees' and migrants' capacities, needs and vulnerabilities. The "do no harm" principle will be another key consideration during follow-up and monitoring of the response, in order to establish how R4V activities have affected the well-being of refugees and migrants and affected host communities, and for the adaptation of interventions of the different R4V partners. The Food Security Sector will collect feedback through post-distribution monitoring, and the GBV Sub-sector will roll-out client satisfaction surveys. Moreover, continuous feedback will be collected through participatory assessments, Joint Needs Assessments and Rapid Inter-agency Assessments, among other initiatives, to inform R4V partners´ programming. CwC will be strengthened to ensure effective access to information on available services, rights and responsibilities, in close collaboration with community-based organizations, to enhance local capacities. For this, R4V partners will seek to develop intersectoral campaigns and products to inform refugees and migrants and host communities about access to programmes and/or services using languages, formats and means of communication that are easily understandable and culturally appropriate.



# CASH AND VOUCHER ASSISTANCE (CVA)

The *JNA* showed that a lack of financial resources and/or income represents the main barrier for Venezuelans to cover their basic needs. Accordingly, the higher the income, the more Venezuelan households reported having sufficient access to food. Aggravated by the COVID-19 pandemic, an estimated 37 per cent of Venezuelans live in poverty, while 28 per cent live in extreme poverty.[433] Relatedly, 66 per cent of surveyed Venezuelan families who had to move from their homes mentioned they were in search of cheaper housing. Access to services is also impeded by the lack of economic resources to pay for transportation, technology to access remote education, medicines, and documentation fees, among others. According to the JNA, a Venezuelan household with up to 4 members has an average combined income of just USD 158.20 per month, which is considerably less than the Ecuadorian *basic family expenditure basket* for 4 people (USD 712.85) or the *vital family expenditure basket* (USD 502.90). While 52 per cent of Venezuelan households reported only having work income, the main source of non-labour income is humanitarian assistance (31.9 per cent) including from R4V partners.

More humanitarian actors in Ecuador have started using CVA as an implementation modality because of the COVID-19 pandemic: for the RMRP 2022, 21 partners plan to provide sectoral CVA (including Food Security, Health, Shelter and Education), while 20 partners will deliver multipurpose CVA through recurring as well as one-time cash assistance. CVA represents 24 per cent (USD 70M) of RMRP 2022 activities in Ecuador. The Cash Working Group will coordinate CVA approaches to ensure complementarity, including tailoring transfer amounts to cost-of-living and expenditure baskets; aligning CVA across provinces and organizations; harmonizing transfer mechanisms; and advocating to improve access to financial services and ease *Know Your Customer (KYC)* requirements (identification and authentication standards for financial services) for refugees and migrants.

Venezuelan households consulted in the JNA prioritize spending on different areas mostly food, housing, health, education, and hygiene. Thus, the first priority of the CVA Working Group will be to support R4V partners to gradually transition from vouchers and sector-specific CVA towards multipurpose CVA, increasing the amount of funds transferred under multipurpose CVA. To accomplish this, the Working Group will provide technical assistance to CVA actors and support studies to inform the design of interventions.

The second priority will be to further engage with financial service providers (FSP) to expand available solutions to deliver CVA to refugees and migrants from Venezuela, most of whom lack valid documentation. The Working Group will share experiences and solutions from other countries with a goal to apply those in Ecuador through collaborative initiatives such as the UN Common Cash System (UNCCS), the Collaborative Cash Delivery Network (CCD) and the Cash Learning Partnership (CaLP).

The third priority will be to promote exchanges among partners on best practices to monitor the results of multipurpose CVA and to collect evidence to inform and improve their design.

---

[433] WFP, Emergency Food Security Assessment (EFSA), 2021: *https://www.r4v.info/es/document/pma-analisis-de-vulnerabilidades-socioeconomicas-de-la-poblacion-venezolana-en-ecuador*

 # EDUCATION

 **PEOPLE IN NEED**
**221 K**
👤 13.6%    👤 17.8%
👤 34.8%    👤 33.8%

⬇⬇ **PEOPLE TARGETED**
**140 K**
👤 10.5%    👤 13.5%
👤 50.3%    👤 25.7%

 **TOTAL REQUIREMENTS**
**18.3 M**

 **RMRP PARTNERS**
**24**

**SECTOR LEADS**
**UNESCO-UNICEF**

## PRIORITY NEEDS

In Ecuador, there are 4.3 million students in the national educational system, but just 2 per cent (82,938) are from other countries, such as Venezuela (64 per cent, amounting to 52,982 students).[434] Comparing data from the Ministry of Education and GTRM population estimates, less than 40 per cent of Venezuelan school-age children are attending school or child development services. However, by 2022, as part of efforts to improve access to education for refugees and migrants, it is expected that the public education system will expand to include more than 120,000 Venezuelan children and adolescents. Priority needs to improve educational access and inclusion for the Sector are:

• Address the **lack of economic resources**, noting that 74 per cent of Venezuelan children who do not attend school state that this is due to a lack of economic resources in their households.[435]

• Improve school retention and the quality of learning in the public educational system: for those in **virtual learning** (more than 90 per cent), provide resources to improve connectivity (less than 40 per cent have access to adequate internet, and only 8 out of 100 Venezuelan children have a computer or tablet for their exclusive use);[436] and for those returning to **in-person instruction**, remove barriers related to the cost of transportation, school supplies, and biosecurity supplies.

• Support **improvements to educational infrastructure**, both in terms of the quantity and quality of physical spaces. Currently, 44 per cent of educational institutions do not have adequate WASH services.[437]

• Implement existing national regulations to support the inclusion of vulnerable populations, as well as enhance referrals and develop efficient protocols to identify out-of-school children.

Teachers also require additional support to take care of the emotional well-being and mental health of their students.

During the COVID-19 pandemic, 30 per cent of children reported feeling very stressed or distressed, and 56 per cent said they are learning less, according to an R4V partner assessment.[438] This issue deserves special attention for refugee and migrant children due to the ruptures and losses caused by their particular situation.

## RESPONSE STRATEGY

In this context, the main priority for the Education Sector is to strengthen refugee and migrant children from Venezuela's access to, permanence in, and completion of the national education system. This includes providing remedial classes, support to complete homework, and other school preparation and accompaniment support. Partners will also provide specialized attention to Venezuelan adolescents (age 15 and above) who are more vulnerable to dropping-out of school to financially support their families; to unaccompanied or separated children and adolescents (UASC); children with disabilities; and to pregnant adolescents, as well as those at risk of gender-based violence.

The Sector will work in close coordination with the Ministry of Education, education-focused NGOs and other stakeholders to meet the needs of students and reduce economic, technological and documentation gaps, paying special attention to out-of-school children and adolescents. School supplies will be provided in-kind and through CVA. Psychological assistance will be complemented with training of school personnel to implement Ministerial Agreements 025 and 0026 – A[439] (related to the national policy on inclusive education and preventing discrimination in access to education) as well as guidelines to school districts in order to facilitate access for vulnerable groups that usually do not fit the necessary requirements to enroll in school.

Coordination with the WASH, Health and Protection Sectors will be essential to ensure a comprehensive response that includes infrastructure improvements, capacity-building of the

[434] Ministry of Education, March 2021: https://educacion.gob.ec/datos-abiertos/
[435] IOM, Displacement Tracking Matrix (DTM), Round 10, March 2021: https://dtm.iom.int/reports/ecuador-%E2%80%94-monitoreo-de-flujo-de-poblaci%C3%B3n-venezolana-ronda-10-febrero-marzo-2021
[436] UNICEF-Ministry of Education, Educational Community Assessment, November 2020.
[437] UNICEF-Ministry of Education, WASH assessment in schools, July 2020.
[438] UNICEF-Ministry of Education, Educational Community Assessment, November 2020.
[439] https://educacion.gob.ec/wp-content/uploads/downloads/2021/05/MINEDUC-MINEDUC-2021-00026-A.pdf

education community, and psychosocial support to teachers and students. The Education Sector will also produce joint educational-communication strategies and information materials through a sectoral outreach strategy defined with the CwC Working Group to reach a greater number of people with a consolidated message.



# FOOD SECURITY

 **PEOPLE IN NEED**
## 628 K
♂ 25.2%   ♂ 31.8%
♂ 21.8%   ♂ 21.2%

**PEOPLE TARGETED**
## 265 K
♂ 24.2%   ♂ 31.8%
♂ 21.7%   ♂ 22.3%

 **TOTAL REQUIREMENTS**
## 40 M

 **RMRP PARTNERS**
## 15

**SECTOR LEADS**
**HIAS-WFP**

## PRIORITY NEEDS

The COVID-19 pandemic and the related economic crisis has had an enormous negative impact on the food security situation of refugees and migrants from Venezuela, as well as host communities. Although general economic conditions have improved over the latter part of 2021, and the effects of the health crisis should be further reduced as the vaccination process advances, food insecurity amongst the most vulnerable Venezuelans is expected to persist throughout 2022. According to the JNA[440] conducted in May 2021, the main need of surveyed Venezuelan households in Ecuador continues to be access to food: 73 per cent of the surveyed population stated that they did not have enough food. As of early 2021, a total of 61 per cent of Venezuelans in Ecuador suffered a situation of food insecurity, which was severe in 6 per cent of cases.[441]

## RESPONSE STRATEGY

The Food Security Sector will coordinate the actions of 15 partner organizations, aiming to: 1) improve the food security situation of the most vulnerable refugees and migrants, both in-transit and in-destination, including through spaces that provide nutritious food; 2) increase harmonization of food assistance programmes to enhance their efficiency, including by strengthening intersectoral cooperation; and 3) strengthen food security strategies that engage the most vulnerable host community populations, which will help to reduce xenophobia against refugees and migrants from Venezuela. The delivery of food assistance to both in-transit and in-destination populations will prioritize households with pregnant and lactating women, children under five, the elderly, and people with disabilities and/or serious illnesses. This targeting of

assistance will be implemented ensuring the incorporation of gender-sensitive approaches and enhancing cooperation with host communities. Direct assistance will be complemented by information campaigns and messages that help refugees and migrants and vulnerable members of host communities improve their food and nutritional security.

The main modality of assistance in 2022 will be CVA, especially through rechargeable and single-use cards that can be used to purchase nutritious food. This strategy will be complemented with the direct delivery of food (in-kind, especially at the borders); food assistance provided through shelters and community kitchens; and with support to improve agricultural production capacity. Assistance will be targeted to provinces of the country with high concentrations of refugees and migrants from Venezuela (mainly Pichincha and Guayas) but the response will cover 16 provinces across the country.

Providing an adequate food security response requires intense intersectoral coordination, especially with the Nutrition, Shelter, WASH and Protection Sectors. An intersectoral approach is necessary, for example, to ensure that a child identified with chronic malnutrition receives integrated food and nutrition services from multiple R4V partners. Similarly, refugees and migrants housed in temporary accommodations are to benefit from cooperation between shelter providers and food delivery services. The Protection, Education and Food Security Sectors will also work together to assist UASC, by establishing and/or strengthening coordination tools to improve information exchange and referrals.

[440] GTRM Ecuador, JNA, May 2021: https://www.r4v.info/es/document/gtrm-ecuador-evaluacion-conjunta-necesidades-mayo-2021
[441] WFP, Emergency Food Security Assessment (EFSA), February 2021: https://www.r4v.info/es/document/pma-analisis-de-vulnerabilidades-socioeconomicas-de-la-poblacion-venezolana-en-ecuador



# HEALTH

 **PEOPLE IN NEED**
**508 K**
♂ 24.6%   ♂ 31.9%
♀ 22.1%   ♀ 21.4%

↓↓ **PEOPLE TARGETED**
**239 K**
♂ 24.9%   ♂ 32.1%
♀ 21.9%   ♀ 21.1%

**TOTAL REQUIREMENTS**
**18.8 M**

**RMRP PARTNERS**
**23**

**SECTOR LEADS**
**KIMIRINA-WHO/PAHO**

## PRIORITY NEEDS

For the Health Sector, responding to the COVID-19 pandemic – both by providing direct assistance to refugees and migrants, and by strengthening the national health system's capacity to respond – has been and will remain a priority. Vaccination exceeded 20 million doses administered by October 2021, corresponding to approximately 55.5 per cent of the population fully vaccinated, in a campaign that includes refugees and migrants from Venezuela, led by the Public Health Ministry and supported by R4V actors (including through communication campaigns, logistical support, and gap reporting).

Mobility restrictions and the pressures on the health system have led to a reduction of primary healthcare services and unmet needs among refugees and migrants for tuberculosis and/or HIV/AIDS treatment, sexual and reproductive health care, vaccinations (other than COVID-19) and other essential health services. According to the *JNA*, 62 per cent of surveyed households have healthcare needs in Ecuador not specifically linked to COVID-19 (76 per cent of those for general healthcare, 24 per cent for specialized health services, 10 per cent for prenatal care, and 6 per cent for sexual and reproductive health services and access to contraception) yet 21 per cent of families with health needs could not access health services due to a lack of available appointments, COVID-19 restrictions, transportation costs, and xenophobia. In addition, 46 per cent of women and 54 per cent of men reported suffering emotional distress and mental health problems due to their irregular situation in the country.[442]

In 2022, the priority of the Sector is to support the Public Health Ministry to complete the COVID-19 vaccination programme and reach the largest number of refugees and migrants from Venezuela possible. In addition, the Sector will prioritize providing guidance/referrals to access the public health system, delivering direct assistance to vulnerable refugees and migrants (including in cases of chronic diseases, pre- and post-natal control, primary and psychosocial care), strengthening the capacities of public institutions and raising awareness in sexual and reproductive health (including access to contraceptive methods and HIV tests).

## RESPONSE STRATEGY

The Health Sector response in 2022 will include 21 partners nationwide, prioritizing border provinces. It aims to: 1) improve access to timely and adequate medical care and treatment (including medicines and referrals) for refugees and migrants from Venezuela, to reduce the risk of mortality and complications associated with chronic diseases; 2) provide primary healthcare services, such as vaccines, maternal and child health, sexual and reproductive health, family planning and contraception, and mental health services; 3) ensure access to the national COVID-19 vaccination plan and the inclusion of refugees and migrants in community contagion mitigation strategies, such as neighborhood committees for epidemiological surveillance, vaccination promotion, and the delivery of personal protection kits; 4) deliver psychological first aid for refugees and migrants in vulnerable situations, in order to promote their psychosocial well-being and to strengthen their resilience, both individually and through community approaches; and 5) strengthen national health frameworks, such as policies and plans, to integrate and ensure coverage of refugees and migrants, especially in the face of highly complex health conditions and potential new outbreaks of COVID-19 and other health emergencies.

The Sector will focus on providing technical assistance to the Ministry of Public Health, including local-level health centres, through the delivery of equipment, medical supplies and personal protective equipment (PPE). Moreover, partners will provide direct care (including through the purchase/provision of medicines in vulnerable cases; direct delivery of contraceptives; and primary healthcare) as well as support refugees and migrants to access the public health system (through support in obtaining appointments and accompaniment for vulnerable cases) and through psychosocial care and awareness-raising activities (such as monitoring of individual and group cases, and awareness talks on the right to mental health for refugees and migrants). Delivery of CVA for health is foreseen for extremely vulnerable cases.

Collaboration with the WASH and Education Sectors will be prioritized to promote referrals of students in need to health services and to ensure that WASH facilities meet health standards. Health Sector partners will be encouraged to share information on actions, beneficiaries, and geographical locations to promote coordinated interventions.

[442] IOM, Análisis comparativo del monitoreo de flujo de la población venezolana en Ecuador entre 2018-2019, 2020: https://bit.ly/3rqerlv

Venezuela AR_000961

# 🚌 HUMANITARIAN TRANSPORTATION

 **PEOPLE IN NEED**
**140 K**

🧍 23.3%  🧍 32%
🧍 22.8%  🧍 21.9%

 **PEOPLE TARGETED**
**11.9 K**

🧍 23.3%  🧍 32.2%
🧍 22.7%  🧍 21.8%

**TOTAL REQUIREMENTS**
**145 K**

**RMRP PARTNERS**
**3**

**SECTOR LEAD**
IOM

## PRIORITY NEEDS

Assuming that travel restrictions will relax and borders will gradually reopen in 2022, but that visa and other requirements to enter the country will remain, refugees and migrants from Venezuela will likely continue to use irregular crossings to enter and transit through Ecuador, as well as unsafe travel strategies, such as walking long distances in adverse conditions, leading to health risks and exposure to protection risks (including trafficking and smuggling), particularly for women, boys, girls and adolescents. Lack of resources and documentation will further restrict access to safe transportation within the country. In this context, the number of refugees and migrants from Venezuela entering the country in perilous conditions and lacking resources to safely reach their destinations in Ecuador is anticipated to increase in 2022, making humanitarian transportation a core activity to mitigate this situation.

Moreover, Venezuelans residing in Ecuador in vulnerable situations require support for transportation to access employment and basic services. According to the JNA, the need for humanitarian transportation is highest among refugees and migrants who have been in the country for less than a year. Humanitarian transportation can be vital for newly arrived refugees and migrants, as they have fewer means to access services and assistance. Considering this context, and the reduction of consular services capacities nationwide, R4V partners will provide internal humanitarian transportation in safe conditions to families in vulnerable situations in need of family reunification and those wishing to reach destinations in Ecuador, including to access consular services in distant cities, mainly from border areas to urban centres, as well as day-to-day transportation to access shelter, health services and employment.

## RESPONSE STRATEGY

In 2022, the main priorities for the Humanitarian Transportation Sector's response are (1) the provision of humanitarian transportation from borders to urban centres, to help Venezuelan refugees and migrants safely reach their destinations within Ecuador; and (2) daily transportation to access employment and shelter, as well as services such as health, consular, and specialized services. Information on safe routes and safety on the road will also be provided as a strategy to mitigate protection risks.

The Humanitarian Transportation Sector will coordinate actions of 3 partners to provide internal transportation to refugees and migrants in 10 provinces, but mainly in the northern and southern border provinces of Carchi, El Oro and Sucumbíos, where the arrival of refugees and migrants is concentrated. Assistance will be provided in the form of payment to transportation providers.

Activities developed by the Sector will complement the response provided by the Protection Sector and its GBV and Human Trafficking and Smuggling Sub-sectors. Coordinated activities will aim to assess and mitigate sexual exploitation and abuse risks for refugees and migrants while benefitting from transportation services. Collaboration with other Sectors such as Health, Integration and Shelter will be fostered in order to provide transportation as a means to access multisectoral services.

 **INTEGRATION**

**PEOPLE IN NEED**
**608 K**
♂ 26.1%  ♀ 31.8%
♂ 21.3%  ♀ 20.9%

**PEOPLE TARGETED**
**203 K**
♂ 33.7%  ♀ 32.7%
♂ 16.9%  ♀ 16.6%

**TOTAL REQUIREMENTS**
**93.7 M**

**RMRP PARTNERS**
**35**

**SECTOR LEADS**
**IOM-UNDP**

## PRIORITY NEEDS

Advancing socio-economic integration strategies for refugees and migrants will be a main priority for R4V partners and the Government of Ecuador in 2022. The JNA showed that 86 per cent of surveyed Venezuelans lack sufficient income to cover their basic needs, while other studies found that employed Venezuelans in Ecuador receive an average salary that is 42 per cent lower than that of Ecuadorians.[443] 38.5 per cent of Venezuelans surveyed for the JNA reported not having jobs. Regarding the demographics of the Venezuelan population in Ecuador: according to the JNA, 45 per cent of refugees and migrants are between 26 to 35 years old, while around 23 per cent have a higher education degree, representing a qualified workforce that can foster Ecuador's economic development.[444]

Meanwhile, there are several factors that determine those most in-need of targeted support from the Integration Sector, namely: the economic impact of the COVID-19 pandemic on the livelihoods of particularly vulnerable groups (including youth, GBV survivors, informal workers, entrepreneurs and children); challenges in complying with documentation requirements; barriers to access financial services; challenges in the recognition of professional qualifications; and increasing xenophobia and discrimination against Venezuelans. R4V partners have also identified the need to strengthen collaboration with the private sector, including as an important means to combat discrimination, which is one factor inhibiting greater employment of Venezuelans.[445]

## RESPONSE STRATEGY

Integration Sector interventions will be carried out by 35 partners in 23 provinces, making it the Sector with the largest geographical reach. Provinces with greater concentrations of refugees and migrants in-destination (Pichincha, Guayas, Manabí and Azuay) will be prioritized. Partners will focus on 4 main axes:[446]

1. **Promoting formal employment and entrepreneurship.** Based on labour market analysis and Venezuelans' professional experience and skills, the Sector will implement capacity-building and job placement activities to enable refugees' and migrants' integration into the formal labour market and support innovative and resilient businesses in order to promote self-employment.

2. **Financial inclusion.** The Sector will improve access to financial services through microfinance, financial education, technical assistance, and through the creation of community-based savings and loans associations.

3. **Social cohesion.** Partners will conduct campaigns against xenophobia and discrimination, promoting peaceful coexistence and cultural exchanges with host communities.

4. **Advocacy and technical support.** The Sector will advocate with public and private stakeholders to promote the inclusion of Venezuelans in the labour market, their access to financial services and the recognition of their professional qualifications and certificates.

Activities will include the following modalities:

• Technical assistance and capacity-support to the private and public sectors.

• Direct support to refugees and migrants from Venezuela to facilitate their access to the formal labour market and promote dignified self-employment, including through trainings, in-kind assistance and CVA.

• Strategic partnerships with financial institutions and development actors to promote synergies between humanitarian and development actions to advance the Sustainable Development Goals, ensuring that no refugees and migrants from Venezuela are left behind.

The Integration Sector will work closely with the GBV and Human Trafficking and Smuggling Sub-sectors to promote

[443] World Bank, 2020: https://reliefweb.int/report/ecuador/retos-y-oportunidades-de-la-migraci-n-venezolana-en-ecuador
[444] IOM, Displacement Tracking Matrix (DTM) Round 10, March 2021: https://dtm.iom.int/reports/ecuador-%E2%80%94-monitoreo-de-flujo-de-poblaci%C3%B3n-venezolana-ronda-10-febrero-marzo-2021
[445] ILO, Tacit and explicit barriers to the employment of persons in a situation of human mobility in Ecuador, July 2021: https://www.r4v.info/es/document/oit-barreras-tacitas-y-explicitas-al-empleo-de-personas-en-situacion-de-movilidad-humana
[446] In line with the Regional Socioeconomic Integration Strategy, which articulates actions of the RMRP, the Quito Process, and the UN Global Compact, 10 March 2021: https://www.r4v.info/en/node/5743

economic empowerment of GBV survivors and victims of trafficking; with the Education Sector for the validation of academic and professional degrees; and with the Protection Sector to advocate for social protection initiatives and regularization processes.

 **NUTRITION**

 **PEOPLE IN NEED**
**207 K**
9.82%  39.6%
25.7%  24.9%

 **PEOPLE TARGETED**
**9.27 K**
9.36%  44.7%
23.0%  22.9%

 **TOTAL REQUIREMENTS**
**650 K**

**RMRP PARTNERS**
**3**

**SECTOR LEAD**
UNICEF

## PRIORITY NEEDS

Ecuador faces a major nutritional crisis, reflected in a high prevalence of stunting among both the host community (affecting 25 per cent of children) as well as refugees and migrants (18 per cent of children).[447] Stunting is the result of sustained poor nutrition and/or repeated infection leading to impaired physical growth and cognitive development. The significant proportion of affected children in Ecuador means that efforts to reduce child malnutrition should be a priority when assisting both refugees and migrants from Venezuela and host communities.

The COVID-19 pandemic has contributed to a deterioration of the economic situation in the country and worsened the situation of household food insecurity, which is one of the determinants of child nutrition: according to the JNA, 73 per cent of refugee and migrant households in Ecuador face difficulties accessing adequate and sufficient food. The pandemic has also impacted health and nutrition services, such as vaccine and micronutrient supplementation coverage amongst children and pregnant and lactating women, which can also contribute to worsening the nutritional status of refugee and migrant children and women. Overall, refugees and migrants from Venezuela in-transit are particularly vulnerable to nutrition deficiencies, as access to food of sufficient quality and quantity can be irregular during the journeys, resulting in an increased need to monitor and protect their nutritional status.

## RESPONSE STRATEGY

To respond to nutrition needs, Sector partners in 2022 will focus their actions on: 1) producing a characterization of the population of refugees and migrants from Venezuela as well as vulnerable affected host community members under five years of age to identify and assess their nutritional needs; 2) undertaking nutrition brigades to provide nutrition services and link families to public health services; and 3) distributing nutritional supplements to prevent malnutrition and providing nutrition counselling to families with children under two years old. Children under five, pregnant and breastfeeding women and their families will be targeted to receive nutrition assistance, particularly in the cities of Guayaquil, Machala, Quito and cities in main border areas, both along the northern border with Colombia and the southern border with Peru.

Nutrition Sector partners will provide direct attention through health and nutrition brigades, direct assistance to people in-transit, and nutrition counselling services.

In close collaboration with other relevant Sectors, these activities will be complemented by CVA, particularly by partners providing food vouchers, who will also deliver nutritional counselling to families. Additionally, nutritional assessments will support the promotion of refugees' and migrants' access to public health services and other key services such as early child education, protection and WASH through referrals.

[447] See wasting prevalence for children below 15 years old as of 2019, in World Bank, Retos y oportunidades de la migración venezolana en Ecuador, 2020: https://documents1.worldbank.org/curated/en/453941593004490155/pdf/Retos-y-Oportunidades-de-la-Migracion-Venezolana-en-Ecuador.pdf

# PROTECTION



**PEOPLE IN NEED**
**805 K**

25.2%  31.8%
21.7%  21.2%



**PEOPLE TARGETED**
**431 K**

16.8%  31.5%
25.5%  26.3%

 **TOTAL REQUIREMENTS**
**43.7 M**

**RMRP PARTNERS**
**32**

**SECTOR LEADS**
NRC-UNHCR

## PRIORITY NEEDS

According to the GTRM's Border Monitoring and Population Profiling System, an average of 1,500 people a day entered the country irregularly during 2021. The ongoing closure of land borders leads to increased protection risks for people in-transit, including exposure to abuse, extortion, smuggling and trafficking networks, security risks, and violence. It is estimated that by end-2021 *more than 60 per cent* of the 482,000 Venezuelans residing in Ecuador will be in an irregular situation. Irregularity limits socio-economic integration prospects, which, in turn, increases protection risks: for example, as per JNA data, more than 70 per cent of surveyed Venezuelan households reported that they were severely struggling to meet their essential needs and had to resort to measures such as borrowing money from friends and family (52 per cent), begging for money on the streets (17 per cent), removing children from school (3 per cent) and sending children to work (3 per cent). These negative coping mechanisms further heighten protection risks, particularly for women, children, and adolescents. Given this context, the main priority of the Protection Sector in 2022 is to support the Government in implementing broad and flexible regularization processes to provide legal alternatives for Venezuelans in an irregular situation. Moreover, it is estimated that 48 per cent of Venezuelans in the country need orientation on access to refugee status determination (RSD), documentation and migration pathways, and their corresponding rights and services.[448]

## RESPONSE STRATEGY

The Protection Sector will, through its 31 partners, strengthen mechanisms to identify refugees and migrants from Venezuela at risk and ensure their access to protection, including through alternative care arrangements, family reunification, access to asylum and/or regular or temporary residence or humanitarian visas. To support Venezuelans' access to regularization and documentation procedures, the Sector will strengthen registration processes through technical and material assistance to relevant Government actors, and provide direct assistance to refugees and migrants. The Sector will also promote the adoption of public policies related to regularization that align with best practices and ensure the removal of obstacles for the regularization of refugees and migrants, and

strengthen the capacities of state actors to facilitate access to territory, to asylum systems as well as to specialized protection pathways for those in vulnerable situations. Sector partners will engage in capacity-building (training, technical expertise, provision of equipment and human resources) with civil society and public sector personnel, migration officials, judges and public defenders, including the cantonal and provincial Boards of Rights Protection, the Ombudsman's Office, and Public Defenders. Protection partners will strengthen case management and referral pathways to address priority protection needs of the targeted population, with special emphasis on border areas such as Tulcán, Lago Agrio, Ibarra and Huaquillas, and in the main cities where Venezuelans live, such as Quito, Guayaquil, Manta and Machala. Finally, partners will support community-based protection activities, including strengthening of local grassroots committees, building "protective communities" trained to identify people at risk and to make referrals, and women's and LGBTQI+ groups.

The main response modalities include strengthening institutional protection actors at local and national levels through capacity development to better prevent, mitigate, and respond to rights violations, exploitation and abuse, and other protection issues affecting refugees and migrants. Partners will also provide direct assistance through legal counselling, identification and case management for specific protection needs. Sectoral CVA will be provided to support access to regularization processes and cover fees and expenses associated with document production and authentication, and transportation to service providers.

The Protection Sector will strengthen coordination with its GBV, Child Protection and Human Trafficking and Smuggling Sub-sectors, to harmonize and avoid duplicating responses among the 43 partners. The Sector will also collaborate with the Integration Sector to link regularization processes with those that facilitate access to livelihoods opportunities, for example, by advocating for access to work in the formal labour market and to documentation required for formal employment. In coordination with the Shelter Sector, technical support will be provided to government agencies and civil society actors in order to prevent evictions and provide safe and dignified housing alternatives to refugees and migrants.

[448] UNHCR, Protection Monitoring in Ecuador, April – June 2021: https://www.r4v.info/es/document/acnur-ecuador-monitoreo-de-proteccion-q2-2021-15-julio-2021

# CHILD PROTECTION



**PEOPLE IN NEED**
**406 K**

12.0%   16.5%
36.2%   35.4%



**PEOPLE TARGETED**
**52.9 K**

9.71%   14.4%
37.6%   38.3%



**TOTAL REQUIREMENTS**
**7.93 M**

**RMRP PARTNERS**
**16**

**SECTOR LEADS**
**COOPI-UNICEF**

## PRIORITY NEEDS

According to the JNA, 85 per cent of Venezuelan households surveyed in Ecuador have children and adolescents in the family nucleus. Of these, 22 per cent indicated that they have children born in Ecuador. The significant presence of children and adolescents participating in human mobility in precarious conditions generates several child protection challenges, among them, the prevalence of unaccompanied and separated children (UASC); children at-risk due to a lack of access to education and health services, as well as housing, nutrition, water and sanitation; and irregularity and lack of documentation of children and adolescents.

Children on the move remain at higher risk of being separated from their families and/or being exposed to violence, abuse and exploitation (as 21 per cent of Venezuelan families interviewed in the JNA reported experiencing domestic violence, and 37 per cent of households had experienced instances of discrimination in Ecuador). Related to this, comprehensive child protection case management and referrals to local and national protection systems remain a priority need, especially for unaccompanied and separated children (UASC) and adolescents from Venezuela. Access to regularization processes and identity documents is also a priority, as many children and adolescents lack birth certificates and nationality documentation, which exposes them to risks of statelessness while undermining access to basic services. Finally, according to the JNA, employment/livelihoods remain among the top three needs for Venezuelan households, These precarious socio-economic conditions generate stress within families and lead to negative coping mechanisms, resulting, in turn, in a need for access to formal education and non-formal education spaces, as well as to develop skills for integration into adult life and to strengthen psychosocial support (PSS) interventions as a complementary strategy to support the integration of children and their families in Ecuador.

## RESPONSE STRATEGY

The Sub-sector will prioritize providing protection services for refugee and migrant children from Venezuela to facilitate regularization and documentation processes, including by providing specialized legal assistance to ensure birth registration and nationality documentation consistent with international standards. The expansion of PSS will also be a priority and will be implemented through child-friendly spaces for children and adolescents from Venezuela as well as affected host communities, to foster integration and social cohesion from a young age. PSS strategies will be oriented towards community initiatives, capacity-building and developing life skills. R4V partners will focus on the provision of critical protection-related assistance and specialized services, including case management and referrals, through an integrated approach by strengthening local authorities' capacities and conducting advocacy at the national and local levels.

Response delivery will include direct assistance to children and adolescents and their families through in-kind assistance, CVA and the provision of specialized child protection services (including distribution of baby kits, legal assistance, material support to unaccompanied and separated children/ adolescents, among others). The Sub-sector will also focus on capacity-support to government actors involved in child protection systems.

Child Protection Sub-sector strategies must closely integrate those of the general Protection, Education and Health Sectors, as well as the GBV Sub-Sector in order to ensure a more effective and integrated response for Venezuelan refugee and migrant children. Multi-sectoral actions contemplated for 2022 include: mainstreaming of child protection within school environments to promote peaceful coexistence and foster integration; prevention of family violence through community-based interventions, care for caregivers and parenting support; and collaboration with local health authorities to guarantee children's physical and mental well-being and nutrition.



# GENDER-BASED VIOLENCE (GBV)

**PEOPLE IN NEED**
**221 K**

⬆ 5.30%   ⬆ 81.8%
⬆ 3.67%   ⬆ 9.19%

 **PEOPLE TARGETED**
**138 K**

⬆ 5.25%   ⬆ 81.8%
⬆ 4.02%   ⬆ 8.96%

**TOTAL REQUIREMENTS**
**7 M**

**RMRP PARTNERS**
**21**

**SECTOR LEADS**
**UNFPA-UN WOMEN**

## PRIORITY NEEDS

Women, girls and LGBTQI+ people face higher risks of gender-based violence (GBV) and difficulty in accessing necessary services due to fear, shame, impunity, lack of knowledge about services, and mistrust in the system. Furthermore, the hypersexualized perception of Venezuelan women and adolescents makes them particularly vulnerable to sexual violence and exploitation.[449] In a survey of refugees and migrants from Venezuela in Ecuador, 12 per cent reported that they knew of another refugee or migrant who had experienced GBV; of these, 38 per cent knew of women who had experienced physical violence (66 per cent) or sexual violence (18 per cent).[450]

The COVID-19 pandemic has had differentiated impacts based on gender, with confinement measures forcing more women and girls to stay with their aggressors in unsafe spaces with a high risk of violence. The Integrated Security Services (ECU911) received a total of 79,217 emergency reports related to domestic violence between January and October 2021, an increase of 26 per cent compared to the same period in 2020. Despite not disaggregating by nationality, it is fair to assume that women, children and LGBTQI+ Venezuelans previously exposed to various vulnerabilities were also affected by increased rates of domestic violence as members of host communities were, in addition to experiencing violent evictions by landlords. Moreover, 46 per cent of women report having suffered emotional distress during the COVID-19 pandemic, and 53 per cent did not seek assistance.[451] Among LGBTQI+ people interviewed, 50 per cent reported having experienced abuse: among men, this corresponded to 26 per cent.[452]

## RESPONSE STRATEGY

The key priorities for the Sub-sector will be to strengthen the infrastructure and capacities in specialized shelters for survivors of GBV and the LGBTQI+ population; to deliver comprehensive response services for GBV survivors, including through case referrals and application of standard GVB procedures; and

to strengthen the capacity of Government institutions, civil society actors and Sub-sector partners to prevent and respond to GBV, including by providing support and training.

In this context, partners will work to enhance the inclusiveness of GBV services, in particular with respect to access for LGBTQI+ persons, in line with the specific needs they may have, and will conduct capacity development on matters related to protection of persons with diverse sex, sexual orientation and gender identity (SSOGI). Moreover, a key priority will be to support the implementation of the Single Registry of Violence (RUV; by its acronym in Spanish) Against Women, as part of the comprehensive national system to prevent and eradicate gender-based violence, to guarantee safe response services to refugee and migrant women who experience GBV. Sub-Sector partners will disseminate GBV standard operating procedures, referral pathways and protocols, and courses on case management and clinical management of sexual violence across the country. The response will also focus on coordinating existing services for GBV survivors so they can have safe access to psychosocial support, legal assistance, justice, health (including sexual and reproductive health), helplines, and dignity kits. Additionally, the Sub-sector will develop strategies for communication with communities (CwC) to share life-saving information. Furthermore, the Sub-sector will implement methodologies that aim to engage with men and boys in order to promote positive masculinities, rebalance power relationships, and contribute to safer communities. Finally, the Sub-Sector will work with service providers to incorporate self-care and well-being mechanisms for staff, to mitigate secondary trauma that can be experienced by professionals who support survivors of GBV.

The main modalities of assistance in 2022 will include capacity-support and institutional strengthening of the public sector and Government agencies responsible for protection – specifically the Secretariat for Human Rights, the National Council for Gender Equality, and the Ministry of Health – including through support for self-care for professionals who work with GBV survivors, as well as direct assistance to refugee and migrant

[449] CARE, An uneven emergence: rapid gender analysis on the refugee crisis in Colombia, Perú, Ecuador and Venezuela, 2020.
[450] IOM, Comparative flow analysis monitoring of the Venezuelan population in Ecuador between 2018-2019, 2020: https://reliefweb.int/report/ecuador/lisis-comparativo-del-monitoreo-de-flujo-de-la-poblaci-n-venezolana-en-ecuador-2018
[451] Equilibrium – CenDE, COVID-19 y el aumento de la brecha de género en la población migrante venezolana, 2020: https://equilibriumcende.com/covid-19-brecha-genero/
[452] CARE, Análisis Rápido de Género Ecuador, 2019: https://www.care.org.ec/wp-content/uploads/2020/06/CARE-Analisis-Rapido-Genero-Ecuador-Nov20192.pdf

GBV survivors provided through case management, clinical management of GBV, and dignity kits. 21 GBV Sub-sector partners will implement the response across the country, with emphasis on the northern and southern borders, as well as Guayas, Manabí, and Pichincha provinces, as locations with large refugee and migrant populations.

The Sub-sector will prioritize joint and coordinated interventions, particularly with the Shelter and Health Sectors, to ensure safe accommodations for survivors of GBV, access to health services (including physical, mental, and sexual and reproductive health) and identification and referral of survivors. Coordination with the Integration Sector will be key to promote economic recovery and access to livelihoods for GBV survivors.

# HUMAN TRAFFICKING AND SMUGGLING

 **PEOPLE IN NEED**
**32.0 K**
26.1%  31.8%
21.3%  20.9%

 **PEOPLE TARGETED**
**258**
23.4%  31%
22.8%  22.8%

 **TOTAL REQUIREMENTS**
**933 K**

**RMRP PARTNERS**
**4**

**SECTOR LEAD**
IOM

## PRIORITY NEEDS

According to the Ministry of Government,[453] 457 victims of trafficking have been identified since 2016, and 33 cases of smuggling of migrants since 2018. These numbers likely represent just a fraction of the total number of people affected in Ecuador, given that both crimes are, by their nature, clandestine and under-reported. The National Action Plan for the Elimination of Trafficking in 2019-2030 (PACTA, by its Spanish acronym) indicates that the most common purpose of human trafficking in Ecuador is sexual exploitation (80 per cent), followed by labour exploitation (11 per cent).

There are several factors that put people at risk of being victims of human trafficking, and as noted in the JNA, many Venezuelans in Ecuador share those characteristics, including being in an irregular situation (62 per cent), having to ask family or friends for money to meet basic needs (52 per cent), facing discrimination (37 per cent) and experiencing some form of violence in the household (21 per cent). Access to justice and protection for refugees, migrants, and host community members who are victims of trafficking is challenging. The lack of specialized capacities, and limited human and economic resources are all gaps that will be addressed. It is imperative to take actions to prevent and prosecute these crimes as well as provide protection for victims.

## RESPONSE STRATEGY

Strengthening capacities of governmental and non-governmental actors, supporting state institutions in the implementation of protection actions, and trainings on sensitization and prevention at the national and community levels are priorities. Specialized capacity-support will focus on government institutions that have a responsibility to act on the 3 Ps (prosecution, protection, prevention), as well as on border officers to provide them with tools to identify situations of trafficking and smuggling, with a human-rights and victim-centred approach, and within the existing framework of local committees.[454] Service providers engaged in case management will receive training on how to identify and respond to victims and make safe referrals to institutions and specialized organizations.

R4V partners will work with institutional actors to strengthen protection services, by: 1) developing technical guides, tools, and protocols; 2) improving specialized shelter spaces that meet established guidelines for adults and children, including particularly women and girls; and 3) providing direct assistance to victims of trafficking, those who experienced abuse, extortion and/or violence at the hands of smugglers, and other people at risk. The Sub-sector will also carry out communication campaigns as part of a prevention strategy, with messages tailored to local realities, and engage community actors to activate referral pathways. Finally, the economic empowerment of victims of trafficking, exploitation and abuse, coupled with psychosocial and legal support, will be key responses.

Priority response modalities include: 1) training for immigration,

[453] See Ministry of Government: http://www.trataytrafico.gob.ec/home and the Action Plan Against Human Trafficking in Ecuador (PACTA) 2019-2030: https://www.ministeriodegobierno.gob.ec/wp-content/uploads/downloads/2019/12/PLAN-DE-ACCIO%CC%81N-CONTRA-LA-TRATA-DE-PERSONAS-1.pdf
[454] Ibid._

police and army officials; 2) in-kind assistance for victims; 3) technical support on mechanisms to prevent revictimization for relevant Government agencies, with an emphasis on institutions that are part of the national and local committees for the prevention of trafficking in persons and protection of victims; and 4) comprehensive case management.

The Health, Integration, Food Security and Shelter Sectors will be essential to complement the services provided by specialized organizations of the Sub-sector. Victims of trafficking will be included in these Sectors' prioritization criteria, and the Sub-sector will jointly carry out trainings on trafficking indicators, detection and referrals of victims in order to mainstream protection against trafficking and smuggling into their respective interventions.

 **SHELTER**

 **PEOPLE IN NEED**
**461 K**  👤 24.1%  👤 31.9%  👤 22.3%  👤 21.6%

 **PEOPLE TARGETED**
**236 K**  👤 23.7%  👤 33.3%  👤 21.8%  👤 21.2%

 **TOTAL REQUIREMENTS**
**18.5 M**

**RMRP PARTNERS**
**15**

**SECTOR LEADS**
**IOM–NRC–UNHCR**

## PRIORITY NEEDS

The housing and shelter situation of refugees and migrants as well as of affected host communities remains concerning for 2022: according to the *JNA*, access to shelter and housing is among the top three needs of refugees and migrants from Venezuela in Ecuador. With more than 250,000 refugees and migrants projected to transit through the country during 2022, the risks they are exposed to during their journeys will be aggravated if they do not have access to adequate shelter. Collective shelter solutions are a vital survival mechanism for refugees and migrants, as they restore personal safety and dignity. Support for equipment and human resources in collective shelters is needed as part of a comprehensive shelter response.

aAccess to affordable and adequate housing solutions has also worsened during the pandemic: 33 per cent of refugee and migrant families surveyed through the JNA considered their accommodations to be unsuitable. Out of those, 46 per cent of surveyed refugees and migrants lived in overcrowded housing, 44 per cent had other poor living conditions (e.g. the lack of WASH facilities), and 33 per cent lacked furniture. In this context, there is low residential permanence as refugees and migrants move from one place to another, looking for more affordable shelter options or better conditions, or due to evictions. Refugees and migrants from Venezuela also often lack access to safe spaces for social integration and peaceful coexistence with host communities.

## RESPONSE STRATEGY

In line with the needs identified above, the three main priorities for the Shelter Sector's response are to: 1) increase the capacity and quality of temporary shelters for refugees and migrants at border points and at strategic points throughout the transit routes to Peru and Colombia, including by supporting collective shelters through providing equipment, improving facilities, and strengthening management capabilities; 2) provide basic assistance through the distribution of non-food items (NFIs) for transit and essential household items in reception centres at borders and along intermediate points of the route for the population in transit, as well as support to community centres that provide assistance to refugees, migrants and affected host communities; and 3) support sustainable longer-term housing strategies for Venezuelan refugees and migrants in-destination by providing improvements to accommodations, training on rental rights, cash for rent, improving community infrastructure and equipping individual and common spaces. These activities will focus on cities with a larger presence of refugees and migrants from Venezuela.

Modalities for the delivery of assistance will include in-kind distribution of NFIs for transit household items, and equipment and construction materials delivered directly to refugees and migrants; CVA for rent and repairs as well as for NFIs; support to collective shelters, including operational and financial support, capacity-building and technical support for training in management and protection; infrastructure and/or public service support to improve community spaces; and information campaigns on shelter and safe construction.

The activities developed by 18 Shelter Sector partners will be implemented in coordination with the Protection, WASH and Integration Sectors, with whom harmonized systems and procedures will be rolled-out to avoid duplications and gaps. The Shelter Sector will also provide technical expertise and support to other Sectors, such as Health, Education and Integration.



 **PEOPLE IN NEED**
**413 K**  👤 25.6%  👤 31.8%
👤 21.5%  👤 21.0%

 **PEOPLE TARGETED**
**200 K**  👤 24.4%  👤 31.0%
👤 22.5%  👤 22.1%

**TOTAL REQUIREMENTS**
**5.03 M**

**RMRP PARTNERS**
**10**

**SECTOR LEAD**
UNICEF

## PRIORITY NEEDS

The pandemic context, including progress in COVID-19 vaccinations as well as the gradual lifting of mobility restrictions and the reopening of schools, are determinant elements for the WASH Sector's 2022 priority needs. WASH services in schools and healthcare facilities with significant populations of refugees and migrants from Venezuela are a key priority, especially considering the COVID-19 context and the gradual return to in-person education modalities in schools. A national assessment on WASH services in schools conducted in 2020 and 2021 identified 65 per cent of schools with high or medium priority for WASH interventions.[455] The JNA also identified specific WASH service gaps that R4V partners should work to address, such as the lack of access to potable water for 19 per cent of surveyed refugees and migrants, and 76 per cent of refugee and migrant families without private sanitation facilities in private housing. Priority needs identified by the WASH Sector also include access to drinking water, sanitation and essential hygiene supplies for refugees and migrants in transit; access to WASH services in shelters; and sustainable and quality drinking water services available and affordable to Venezuelan households in rural areas.

## RESPONSE STRATEGY

Based on these identified needs, the WASH Sector will prioritize: (1) providing WASH services to refugees and migrants in-transit; (2) strengthening WASH services in collective shelters; and (3) improving access to quality WASH services in schools and health centres. The transit route from Tulcán (northern border with Colombia) to Huaquillas (southern border with Peru) will be a crucial corridor along which to establish and reinforce areas of intervention to reach the vulnerable population in transit. At the same time, cities such as Tulcán, Ibarra, Quito, Manta, Guayaquil, Ambato, Riobamba, Cuenca, Machala and Huaquillas and their peri-urban neighbourhoods will be targeted to improve WASH services in shelters and schools. WASH interventions in schools will also reach an important number of people (especially children) from local host communities.

The main response modalities consist of direct service provision, including the distribution of hygiene kits to refugees and migrants to address urgent needs where cash or voucher assistance is not feasible. The latter option will also be used for people in need living in Ecuador. Capacity-building will also continue to be an important aspect of the WASH response, such as training on WASH infrastructure management and chlorination, and partners will contribute to the development of Sector policies, such as contingency planning.

Various WASH responses will have important direct linkages with other sectors, and specific integrated responses will be implemented together with the Shelter Sector (to improve WASH in collective shelters); the Health Sector (WASH in healthcare facilities and interventions related to COVID-19 infection prevention and control); and the Education Sector (for WASH in schools). Activities will also be coordinated with the Integration, Protection, Food Security and Nutrition Sectors, in order to promote hygiene measures in their respective interventions, especially in a COVID-19 pandemic context.

---

[455] Ecuador Ministry of Education and UNICEF. Data from report to be published by UNICEF.

Venezuela AR_000970

PERU

Venezuela AR_000971



© World Vision / Chris Huber

# PERU
## AT A GLANCE




**POPULATION PROJECTION 2022**
## 1.57 M


**PEOPLE IN NEED**
## 1.70 M


**PEOPLE TARGETED**
## 894 K

| | | | |
|---|---|---|---|
| **VENEZUELANS IN DESTINATION** | 1.45 M | 1.01M | 522 K |
| **HOST COMMUNITY** | – | 618 K | 339 K |
| **IN TRANSIT*** | 113 K | 66.2 K | 32.7 K |

**GENDER DISAGGREGATION**


↑ 44.6%  ↑ 37.5%
↑ 9.10%  ↑ 8.80%


↑ 41.8%  ↑ 35.1%
↑ 11.4%  ↑ 11.7%


↑ 38.2%  ↑ 41.0%
↑ 10.6%  ↑ 10.2%


**TOTAL REQUIREMENTS**
## $304 M


**RMRP PARTNERS**
## 55

* Refugees and migrants are in-transit are included in the national totals.

Venezuela AR_000972

## FUNDING REQUEST AND BENEFICIARIES TARGETED



PEOPLE TARGETED 2022

- 40 - 3.356
- 3.357 - 9.445
- 9.446 - 20.540
- 20.541 - 39.575
- 39.576 - 391.964

| PROVINCE | Population Projection | People in Need | People Targeted | Budget |
|----------|-----|-----|-----|-----|
| Lima | 1.08 M | 1.21 M | 392 K | $149 M |
| La Libertad | 70.8 K | 79.5 K | 39.6 K | $14.5 M |
| Arequipa | 46.5 K | 52.1 K | 32.9 K | $16.6 M |
| Lambayeque | 21.0 K | 23.577 | 20.5 K | $2.83 M |
| Callao | 80.0 K | 89.7 K | 19.7 K | $7.44 M |
| Piura | 29.9 K | 33.6 K | 17.5 K | $7.90 M |
| Tumbes | 8.98 K | 10.1 K | 9.45 K | $17.8 M |
| Cusco | 9.24 K | 10.4 K | 7.20 K | $4.42 M |
| Tacna | 7.03 K | 7.88 K | 6.16 K | $10.7 M |
| Ica | 35.8 K | 40.1 K | 3.36 K | $945 K |
| Ancash | 22.4 K | 25.2 K | 2.95 K | $120 K |
| Moquegua | 3.49 K | 3.92 K | 2.56 K | $1.86 M |
| Madre de Dios | 1.89 K | 2.12 K | 1.73 K | $2.11 M |

| PROVINCE | Population Projection | People in Need | People Targeted | Budget |
|----------|-----|-----|-----|-----|
| Puno | 1.17 K | 1.306 | 1.23 K | $4.05 M |
| Loreto | 1.08 K | 1.214 | 1.06 K | $120 K |
| Ucayali | 3.09 K | 3.470 | 40 | $71.0 K |
| Amazonas | 946 | 1.061 | - | - |
| Apurímac | 1.25 K | 1.396 | - | - |
| Ayacucho | 2.79 K | 3.131 | - | $4.000 |
| Cajamarca | 3.37 K | 3.781 | - | - |
| Huánuco | 3.35 K | 3.758 | - | - |
| Huancavelica | 297 | 332 | - | - |
| Junín | 12.4 K | 13.933 | - | - |
| Lima Province | - | - | - | - |
| Pasco | 959 | 1.08 K | - | - |
| San Martín | 4.28 K | 4.80 K | - | - |

Population Projection ⋮⋮ People in Need ⋮⋮ People Targeted ⋮⋮ Budget ⋮⋮ Venezuela AR_000973

## NUMBER OF ORGANIZATIONS AND FINANCIAL REQUIREMENTS BY ORGANIZATION TYPE

| | International NGOs | National NGOs / CSOs‡ | Others‡‡ | UN Agencies |
|---|---|---|---|---|
| Financial requirements | 16.4% | – | 2.48% | 81.1% |
| Organizations | 19 | – | 9 | 13 |

‡ Civil Society Organizations.
‡‡ Others include the Red Cross Movement, academia and faith based organizations.

The list of organizations only includes appealing organizations under the RMRP, many of which collaborate with implementing partners to carry out RMRP activities.

## POPULATION IN NEED AND TARGET, FINANCIAL REQUIREMENTS AND NUMBER OF PARTNERS BY SECTOR

| Sector | People in need (PiN)* | Targeted / In need | People targeted* | Financial requirements (USD) | Partners |
|---|---|---|---|---|---|
| Education | 763 K | | 173 K | 16.5 M | 15 |
| Food Security | 1.49 M | | 381 K | 45.4 M | 15 |
| Health | 1.34 M | | 480 K | 30.4 M | 22 |
| Humanitarian Transportation | 443 K | | 7.77 K | 570 K | 4 |
| Integration | 1.37 M | | 365 K | 59.4 M | 25 |
| Nutrition | 383 K | | 42.2 K | 1.20 M | 6 |
| Protection** | 907 K | | 300 K | 45.6 M | 36 |
| Child Protection | 248 K | | 58.0 K | 8.79 M | 12 |
| Gender-Based Violence (GBV) | 516 K | | 62.6 K | 12.8 M | 19 |
| Human Trafficking & Smuggling | 704 K | | 170 | 2.89 M | 7 |
| Shelter | 1.05 M | | 59.6 K | 11.4 M | 11 |
| WASH | 762 K | | 379 K | 9.07 M | 12 |
| Multipurpose Cash Assistance | – | – | 121 K | 52.5 M | 17 |
| Common Services*** | – | – | – | 7.52 M | 14 |

\*   Refugees and migrants in-transit are included in the national totals.

\*\*   This includes Support Spaces

\*\*\*   This includes AAP, Communication, Coordination, CwC/ C4D, Fundraising, Information Managent, PSEA and Reporting.

---

# COUNTRY OVERVIEW



© UNHCR/ Sabastián Castañeda

## COUNTRY NEEDS IDENTIFIED

Peru is the country hosting the second largest number of refugees and migrants from Venezuela, with an estimated 1,286,000 Venezuelans living in the country, including 530,000 asylum-seekers.[456] To mitigate the risks of COVID-19, Peru has maintained its land borders closed since March of 2020, and access by land to the territory has only been possible through irregular entry points, giving rise to increased activities by criminal networks that control many of these borders, including human traffickers and smugglers. Many Venezuelans continue to arrive to Peru as their final destination. At the same time, on average 30 per cent of refugees and migrants from Venezuela entering the country are in-transit to Chile or to other countries in the region.[457] Refugees and migrants from Venezuela residing in Peru are mainly concentrated in Lima and Callao, while those in transit pass through the border regions of Tumbes, Tacna and Puno.

COVID-19 has severely impacted Peru resulting not only in the loss of human life, but also caused a significant set-back in the economic situation of the country and in the progress to meet the Sustainable Development Goals (SDGs).[458] The pandemic has had a disproportionate impact on the most vulnerable populations, which includes refugees and migrants from Venezuela and many members of the affected host communities.[459]

The Government of Peru has demonstrated its commitment[460] to supporting the refugee and migrant population from Venezuela, including by providing two alternative regularization processes: the Temporary Permanence Permit Card (CPP)[461] and the humanitarian residency permit, directed towards asylum-seekers.

The R4V National Inter-Agency Coordination Platform in Peru (GTRM by its Spanish acronym) undertook a Joint

---

[456] According to data from the Superintendence of Migration, as of September 2021. The number of asylum-seekers is reported by the Special Commission for Refugees (CEPR for its acronym in Spanish), Ministry of Foreign Affairs.

[457] IOM, DTM, Round 11, September 2021: https://www.r4v.info/es/flujo-de-migracion-venezolana-por-tumbes-ronda-11-septiembre-2021; UNHCR, Border Monitoring, July-August 2021: https://www.r4v.info/es/document/ACNUR_PMT_Tumbes_Ago21

[458] World Health Organization, Coronavirus (COVID-19) Dashboard Situation by country: https://covid19.who.int/

[459] INEI, May 2021: https://n9.cl/sg547

[460] During 2021, Peru assumed the Pro Tempore Presidency of the Quito Process, which reaffirmed the commitment to continue supporting solutions for refugees and migrants.

[461] Under Supreme Decree 010-2020-IN approving exceptional and temporal measures to regularize foreigners whose stay permits expired or who entered the country irregularly.

Needs Assessment (JNA) between July and August 2021.[462] Among its findings, the JNA provides evidence that the living conditions of refugees and migrants from Venezuela as well as of affected communities in the country are dire. Access to regularization, documentation and information are pivotal and transversal needs across all sectors of the response, as key factors hindering integration and access to rights and services for refugees and migrants. According to 60 per cent of refugees and migrants surveyed in the JNA, lack of documentation was the main obstacle to access the Comprehensive Health Insurance (SIS by its Spanish acronym). The JNA shows that 76 per cent of Venezuelans reportedly reduced the quantity, frequency, and quality of their food consumption in 2021, while 30 per cent mentioned having to beg in order to meet daily food needs. Acute malnutrition among refugee and migrant children from Venezuela under the age of five increased from 3 to 5.4 per cent, a higher level than that of Peruvian children (1.6 per cent).[463] Also, estimates show that only 3.6 per cent of Venezuelan children under the age of five received health assistance between 2020 and July 2021.[464] Nearly 70 per cent of refugees and migrants from Venezuela surveyed noted that members of their communities had no stable housing in the first half of 2021, and anticipated that they would continue facing challenges to afford shelter in the following months. Less than half of the refugee and migrant respondents noted having enough income to satisfy their basic needs. The pandemic has decreased refugees' and migrants' income[465] while living costs have increased and Peru's currency, the Sol, has devalued. As a result, more than 50 per cent of Venezuelans have stopped sending remittances.[466] The employment rate is steadily recovering, although figures remain below pre-COVID-19 levels.[467] Moreover, refugees and migrants face many challenges to access decent work and livelihoods opportunities, the lack of which hinders their socio-economic integration. The vast majority of refugees and migrants from Venezuela work in the informal economy, often as independent workers such as street vendors.[468]

## RESPONSE STRATEGY

### Country Planning Scenario

It is estimated that by the end of 2022 some 1.45 million refugees and migrants from Venezuela will be residing in Peru. The impact of the COVID-19 pandemic will continue to aggravate the critical needs of refugees and migrants from Venezuela.

The GTRM and other stakeholders, including the national authorities, have cooperated in developing the planning scenario for Peru. Although it is expected that land borders will gradually re-open during 2022, it is anticipated that the number of irregular entries will not decrease if the requirement for visa continues to be in place. At the same time, it is likely that there will be an increase in the number of refugees and migrants who will be regularized as a result of the implementation of the CPP and the humanitarian residence process. Key challenges include a degree of unpredictability on how the COVID-19 pandemic will evolve; and political developments in the country and the region that determine the protection space for refugees and migrants from Venezuela. Notwithstanding these difficulties, it is expected that the Government of Peru will continue to respond to the needs of refugees and migrants from Venezuela and will support the regularization processes which are currently underway. In addition, it is expected that a continuous inflow of refugees and migrants from Venezuela will arrive to the country, likely in a more vulnerable situation, with further medical conditions and facing additional challenges.

### Scope of the Response and Priorities

A large component of the response will concentrate in Lima, where 75 per cent of the Venezuelan population in Peru resides, as well as in border areas of Tumbes to the north and Puno and Tacna to the south, and the neighbouring regions of La Libertad, Moquegua, and Piura.

To complement the Government of Peru's efforts, the R4V response will focus on three main strategic priorities, with a goal to respond to urgent humanitarian needs and to enable self-sufficiency and resilience among the refugee and migrant and affected host community populations. Based on identified needs, the response will focus on:

- Providing **humanitarian assistance and protection** to the most vulnerable refugees and migrants from Venezuela as well as to affected host communities, and ensuring their access to information on rights and services.

- Advancing **regularization/documentation** processes to guarantee **access to fundamental rights and essential basic services** such as health, shelter, water, sanitation and hygiene.

- Support **integration** through awareness-raising, social cohesion, education, and livelihood opportunities, including the validation of academic degrees and promoting decentralized job opportunities where professionals are needed in locations beyond Lima.

[462] GTRM Peru, Joint Needs Assessment – Preliminary Results, August 2021 (hereinafter 'JNA'). The JNA included a Secondary Data Review of 43 documents (including reports and assessments made by partners) and in-depth interviews to 350 key informants (including members of the groups identified in situations of most vulnerability, and people who work with the Venezuelan population). Publication forthcoming.

[463] Ministry of Health, , Centro Nacional de Alimentación y Nutrición, Tendencia Nutricional 2020-2021.

[464] Ministry of Health, Reporte N° 4: Número de niños/niñas venezolanas con afiliación al SIS, hasta los 5 años, atendidos en establecimiento de salud del MINSA (2020 – July 2021), published August 2021.

[465] Action Against Hunger (ACH), Estudio Multisectorial en personas Refugiadas y Migrantes de Venezuela que viven en Lima Metropolitana, Perú, p. 7, 2021.

[466] Equilibrium CenDE, Encuesta Regional Trimestral, June-July 2020: https://equilibriumcende.com/wp-content/uploads/2020/08/Info-remesas-final.png

[467] According to the National Institute of Statistics and Informatics (INEI), in the trimester between May and July 2021, the employed population reached 4,666,000 persons, almost a 60 per cent increase in comparison with the same period in 2020 where unemployment was on a steep rise due to the paralysis of economic activities caused by the pandemic. INEI, Situation of the Labour Market in Metropolitan Lima, Trimester May-June-July 2021, Technical Report, August 2021.

[468] Over 90 percent of the JNA key informants reported that their communities depend on jobs in the informal economy, and 60 per cent said that most people are independent workers, including street vendors, consistent with other studies that show a dependency in the informal economy noted since the ENPOVE 2018 (National Survey of the Venezuelan Population in Peru, led by the INEI).

Life-saving assistance in the form of food security assistance and multipurpose cash and voucher assistance (CVA) will account for almost 30 per cent of the overall funding request. Protection (including the work of the Child Protection, GBV, and Human Trafficking and Smuggling Sub-sectors) and Integration will be amongst the largest Sectors, each comprising approximately 20 per cent of the funding request.

### Response Principles

Of the 54 appealing organizations in Peru, according to their submissions to the Gender with Age Marker (GAM), some 54 per cent plan to respond to both gender and age differences and 13 percent aim to mainstream gender equality in their activities.

As part of their submissions, in consideration of their commitment to improved accountability to affected populations (AAP), partners have included comprehensive planning in terms of information provision to and receipt of feedback from affected populations. Refugees, migrants, and host communities will be engaged in the planning and delivery of the response through community-based and participatory mechanisms. Partners will continue to strengthen mechanisms for protection from sexual exploitation and abuse (PSEA) in their activities, as well as to strengthen their capacity on mainstreaming concepts related to accountability.

As part of R4V partners' efforts to mainstream environmental considerations within their programming in Peru, 32 out of the 54 organizations submitting activities under the RMRP 2022 have at least partially considered environmental factors for the design of their interventions. Additionally, sectoral plans will mention the SDGs to which they contribute.



## CASH AND VOUCHER ASSISTANCE (CVA)

Although cash and voucher assistance (CVA) has been part of the response in Peru for refugees and migrants from Venezuela since 2019, its use by R4V partners and the number of such interventions have significantly increased with the COVID-19 pandemic. Due to its versatility and the possibility of being delivered through digital channels, distribution of CVA was one of the activities which could continue instantly remotely during the lockdown, and thus was not only scaled-up in existing projects, but also employed by additional organizations to replace some of the in-kind assistance that had to be suspended, in a concerted effort to jointly reach as many vulnerable households as possible. Coordinated through the Cash Working Group of the GTRM in Peru, with over 20 members who actively participate to avoid duplication of assistance and ensure complementarity, the RMRP 2022 aims to reach more than 387,000 people through multipurpose cash and sectoral grants.

In addition to sectoral responses to cover specific needs such as documentation, education, and health, a large portion of the CVA provided by R4V partners in Peru is considered multisectoral or multipurpose cash (MPC). It is aimed at covering basic needs such as food, rent, health, water, sanitation, and hygiene. These needs are frequently identified by refugees and migrants as the most prioritized expenses in their household budgets. Delivering cash is not only a dignified way of providing assistance, as it allows individuals to prioritize their own needs and decide what to spend the money on, it also injects money into the national economy, as the cash is spent in local markets usually close to where refugees and migrants live and thus also benefits their host communities. In 2022, most R4V partners will be delivering newly revised CVA amounts, calculated based on a Minimum Expenditure Basket developed by the Cash Working Group (with inputs from sectoral working groups) in 2021, considering both primary data collected through surveys[469] and national markers[470] such as the poverty line.

---

[469] See, e.g., Save the Children, Cash on the Move: Adapting multi-purpose cash assistance 'Plus' assistance to support people on the move, 2020: https://www.r4v.info/es/document/la-asistencia-humanitaria-itinerante-caso-peru;

USAID and WOCCU, Proyecto de inclusión económica: estudio de inclusión financiera de refugiados y migrantes venezolanos y población local en las ciudades de Lima (Perú), Quito y Guayaquil (Ecuador), 2020: https://data2.unhcr.org/es/documents/details/79374; WFP, Perú: Situación de migrantes y refugiados venezolanos frente la pandemia COVID-19, September 2020: https://www.r4v.info/es/document/peru-situacion-de-migrantes-y-refugiados-venezolanos-frente-la-pandemia-de-covid-19-ronda; and WorldVision, PDM Cash Transfer: Reporte de monitoreo post distribución al componente de transferencia de efectivo del proyecto para reducir la vulnerabilidad de migrantes venezolanos, January 2021, unpublished.

[470] INEI, 2021. Evolución de la Pobreza 2009-2020: Informe Técnico, 2021: https://www.inei.gob.pe/media/MenuRecursivo/publicaciones_digitales/Est/pobreza2020/Pobreza2020.pdf and INEI, 2021. Informe de Precios, 2021: https://www.inei.gob.pe/biblioteca-virtual/boletines/informe-de-precios/1/

 # EDUCATION

 **PEOPLE IN NEED**
**763 K**

↑ 28.7%   ↑ 33.2%
↑ 19.4%   ↑ 18.7%

 **PEOPLE TARGETED**
**173 K**

↑ 13.0%   ↑ 9.05%
↑ 39.5%   ↑ 38.5%

**TOTAL REQUIREMENTS**
**16.5 M**

**RMRP PARTNERS**
**15**

**SECTOR LEADS**
**MINEDU-UNICEF**

## PRIORITY NEEDS

As of late 2021, schools in Peru remained in a remote learning modality due to the COVID-19 pandemic. This has particularly affected vulnerable students, especially refugee and migrant children. Schools are expected to reopen for the 2022 school year with hybrid learning modalities.

According to the Ministry of Education, in 2021, nearly 22,500 Venezuelan children were newly enrolled in the public education system[471] due to innovations and positive changes in the enrolment process implemented by the Peruvian Ministry of Education and supported by R4V partners. As of October 2021, around 118,172 Venezuelan students are enrolled, however, an estimated 69,321 of those with regular status alone (i.e. not considering those with irregular status) are waiting to be enrolled. Additionally, nearly 9,000 vulnerable refugee and migrant children have been forced to interrupt their studies.[472] As for higher education, there is a lack of available information and support for procedures to validate academic or professional credentials or register in a professional association. Lastly, there is a lack of adequate and inclusive educational services for refugee and migrant students from Venezuela, including for those that want to finish their higher education studies. Some of the reasons for this related to reported xenophobia in communities and schools (where a quarter of students reported having experienced rejection[473]), mental health issues, lack of appreciation for diversity, and GBV.

## RESPONSE STRATEGY

The Education Sector response will cover the regions with the largest refugee and migrant populations, through 164 activities proposed by 15 partners. The response will prioritize:

• Supporting access to the education system and improving school retention and learning recovery plans.

• Ensuring comprehensive attention to diversity through more inclusive educational services, particularly interventions against discrimination and xenophobia and discrimination in schools.

• Supporting the recognition or validation of academic qualifications obtained abroad in order to increase opportunities of finding adequate and regular employment.

Sectoral CVA will support families who cannot prioritize education due to an inability to cover basic needs. This includes cash to cover the costs of internet connectivity, school items including tablets, the validation of academic qualifications, and registering with professional associations. In-kind assistance, namely the provision of school kits and technological devices, will be provided when CVA is not feasible. Technical assistance will be provided to universities, with professional associations and civil servants working for the Superintendence of Higher Education (SUNEDU). Partners will deliver tailor-made training to school personnel on issues impacting the access, retention, and learning experiences of refugee and migrant students. Partners will support implementing safe spaces in schools, and communication with communities (CWC) strategies to encourage school enrolment and prevent drop-out.

The Education Sector will coordinate with the Protection Sector for the regularization and documentation of refugee and migrant children and adolescents from Venezuela; the Child Protection Sub-sector regarding access to school for separated or unaccompanied children; the Integration Sector to promote employment of Venezuelan professionals; the Cash Working Group regarding cash transfers; the WASH Sector and local authorities to upgrade water and hygiene infrastructure in schools; and the Protection and Health Sectors to refine psycho-social support protocols. This response will contribute to SDGs 4, 1 and 8.

[471] Data obtained from the Ministry of Education.
[472] Ministry of Education, Unidad Estadística del Ministerio de Educación, August 2021.
[473] ACH, Estudio Multisectorial en Personas Refugiadas y Migrantes de Venezuela que viven en Lima Metropolitana, Perú, p.10, 2021: https://www.r4v.info/sites/default/files/2021-09/ESTUDIO-MULTISECTORIAL-MIGRANTES-VENEZOLANOS-2021-PERU.pdf

Venezuela AR_000978

# FOOD SECURITY

 **PEOPLE IN NEED**
**1.49 M**
44.6% | 37.5%
9.11% | 8.80%

 **PEOPLE TARGETED**
**381 K**
31.8% | 37.7%
14.5% | 16.1%

**TOTAL REQUIREMENTS**
**45.4 M**

**RMRP PARTNERS**
**15**

**SECTOR LEADS**
**ACTION AGAINST HUNGER-WFP**

## PRIORITY NEEDS

Food security is one of the main concerns for refugees and migrants from Venezuela who settle in Peru, and the economic impact of the pandemic has heightened these needs: more than 85 per cent of refugees and migrants surveyed in Lima said that they have been worried about not having enough food to eat due to limited resources.[474] It is estimated that 63 per cent of Venezuelans face food insecurity, including 12 per cent facing severe food insecurity.[475] Based on the JNA, the main cause of food insecurity is unstable income, as indicated by 74 per cent of refugees and migrants from Venezuela surveyed.[476] The JNA also shows that 36 per cent of Venezuelan households cannot afford a balanced diet, affecting particularly persons with disabilities and other profiles that cannot easily access livelihood opportunities.

Refugees and migrants from Venezuela spend a monthly average of USD 52 per person to purchase food,[477] but due to price increases, this amount is insufficient to ensure the required quantity, quality, and suitability of food items. The JNA shows that 76 per cent of Venezuelans reportedly reduced the quantity, frequency, and quality of their food consumption in 2021. Government food programmes do not reach the number of refugees and migrants in need of support.

## RESPONSE STRATEGY

R4V partners' response will focus on 15 out of the 25 regions in Peru through 94 planned activities that will target over 381,000 highly vulnerable refugees and migrants from Venezuela and members of the affected host community. Particular attention will be paid to:

• Improving access to meals for refugees and migrants from Venezuela unable to afford basic food, considering diet requirements for highly vulnerable people (such as persons living with HIV, diabetes, and other health conditions that may require specific nutritional considerations).

• Building capacity of and sharing information with community leaders managing food assistance programmes, as well as refugees, migrants, and affected host community members to improve their knowledge of healthy and balanced diets, and to facilitate access to healthier and nutritious food.

• Strengthening national food assistance programmes to allow access to a larger number of refugees and migrants.

Partners will provide direct support to refugees and migrants from Venezuela to meet basic food needs through a combination of in-kind food rations, food/kitchen kits, and assistance through CVA where necessary for refugees and migrants in transit. Partners will also support soup kitchens to expand their capacity to prepare meals and distribute food. CVA will support families for a maximum of four months while they restore their sources of income. With a community-based approach, the response will work with community leaders and organizations to address food and nutrition needs through capacity development and dissemination of life-saving information. The latter will include nutrition principles and food prices, food preparation, and government social protection programmes. The capacities of existing food assistance programmes will be enhanced with financial and in-kind assistance to allow increased numbers of beneficiaries.

The Food Security Sector will liaise with the Protection, Health, Nutrition, and Integration Sectors, to advocate for a wider inclusion of refugees and migrants from Venezuela in national food assistance programmes, to ensure nutritional standards are met, and to complement livelihood strategies aiming to improve the well-being of households. This response will aim to contribute to SDG 2 to end hunger and achieve food security.

[474] ACH, Estudio Multisectorial en Personas Refugiadas y Migrantes de Venezuela que viven en Lima Metropolitana, Perú, p.10, 2021: https://www.r4v.info/sites/default/files/2021-09/ESTUDIO-MULTISECTORIAL-MIGRANTES-VENEZOLANOS-2021-PERU.pdf
[475] WFP, Perú: Situación de migrantes y refugiados venezolanos frente a la pandemia de COVID-19, Round 3, February 2021: https://www.r4v.info/es/document/peru-situacion-de-migrantes-y-refugiados-venezolanos-frente-la-pandemia-covid-19-ronda-3
[476] GTRM Peru, Joint Needs Assessment, August 2021. Publication forthcoming.
[477] GTRM-CBI Working Group, Minimum Expenditure Basket, 2021. Publication forthcoming



# HEALTH



**PEOPLE IN NEED**

## 1.34 M

👤 44.6%  👤 37.5%
👤 9.11%  👤 8.80%

**PEOPLE TARGETED**

## 480 K

👤 26.9%  👤 43.5%
👤 15.3%  👤 14.2%

 **TOTAL REQUIREMENTS**

## 30.4 M

 **RMRP PARTNERS**

## 22

**SECTOR LEADS**

**UNFPA-WHO/PAHO**

## PRIORITY NEEDS

In 2021, the COVID-19 pandemic directly and indirectly impacted the health of refugees and migrants from Venezuela and their host communities. A third of refugees and migrants from Venezuela surveyed by the JNA reported having limited access to inclusive and quality healthcare, with the causes including lack of resources, closure of health facilities (at the primary level) and limited services (at the second and third levels), and insufficient human and logistical resources for health providers to meet the demands of the population.[478] However, the impact has also extended to sexual and reproductive health and mental health. Prenatal control and family planning assistance remained low compared to prior to the pandemic; around 68 per cent of reported mental health cases among refugees and migrants from Venezuela were related to stress, anxiety disorders, and depression.[479]

Despite being included in the national COVID-19 vaccination plan, only 12 per cent of refugees and migrants from Venezuela have been fully vaccinated.[480]

Some Venezuelans reported difficulties accessing the vaccination, especially in regions where local authorities implemented additional documentation requirements that were not required by the Ministry of Health (MoH).[481] Correspondingly, 43 per cent of those surveyed by the JNA reported feeling discriminated against by health personnel, especially vulnerable groups (women, people living with HIV/AIDS, the LGBTQI+ community).

## RESPONSE STRATEGY

The Health Sector response will aim to increase access to healthcare services by:

• **Advocating to include refugees' and migrants' health needs** in the regulatory and administrative framework of the public health system. Partners will focus on expanding access to the Comprehensive Health Insurance (SIS), promoting affiliation and registration assistance campaigns.

• **Promoting adequate access to inclusive and quality health services for refugees and migrants from Venezuela.** Partners will develop initiatives to ensure continuity of essential healthcare services and implement strategies to improve access to quality health services, including community interventions, mobile brigades, teleconsultations, monitoring of pregnant women, beneficiaries of family planning programmes and assistance for people living with HIV/AIDS, and delivery of reproductive health and dignity kits.

• **Strengthening the capacities of refugees and migrants from Venezuela to exercise health rights**, especially those related to COVID-19 vaccination and treatment, and sexual and reproductive health services (including prenatal control, childbirth, and contraception).

The Sector response will improve technical assistance, increase staffing, distribution, and capacity-building to provide quality healthcare services, as well as including work with community health workers, establishing collaborative agreements with hospitals and other healthcare facilities (including outpatient centres and laboratories), to assist refugees and migrants from Venezuela mainly at the primary healthcare level. Finally, assistance through CVA will be considered for critical health interventions.

Interventions will incorporate human rights-based, gender-based, intercultural and multisectoral approaches. Partners will prioritize assisting refugees and migrants in high vulnerability situations, such as boys, girls, adolescents, pregnant women, persons living with HIV/AIDS, and the LGBTQI+ community. In addition to coordinating with the Ministry of Health, the Sector will liaise with the Protection Sector and GBV Sub-sector for GBV assistance, psychosocial support, and referral pathways for critical mental health cases. This response will contribute to SDG 3 to ensure healthy lives, free from violence, and promote well-being at all ages.

---

[478] GTRM Peru, Joint Needs Assessment, August 2021. Publication forthcoming.

[479] Ministry of Health, Reporte N° 2: Número de venezolanos atendidos (2020 – Julio 2021), published August 2021.

[480] Ministry of Health, Functional Health Unit for Migrants and Communities at the Border-MoH report, presented at the 54th ordinary meeting of the Inter-sectoral Round Table for Migratory Management, held on 6 October 2021.

[481] Ojo Público, Discriminación y requisitos no contemplados en la vacunación a migrantes en Perú, September 2021: *https://ojo-publico.com/3014/discriminacion-y-requisitos-no-contemplados-en-vacunacion-migrantes*

Venezuela AR_000980

 # HUMANITARIAN TRANSPORTATION

**PEOPLE IN NEED**
**443 K**

👤 44.6%  👤 37.5%
👤 9.11%  👤 8.80%

**PEOPLE TARGETED**
**7.77 K**

👤 25.5%  👤 28.0%
👤 23.2%  👤 23.3%

 **TOTAL REQUIREMENTS**
**570 K**

 **RMRP PARTNERS**
**4**

**SECTOR LEAD**
IOM

## PRIORITY NEEDS

The closure of borders due to the health emergency caused by COVID-19 and related government restrictions practically stopped regular entries of refugee and migrants from Venezuela through official land border points. However, as land borders remain closed, and refugees and migrants from Venezuela continue to enter Peru – the majority in an irregular manner – they need transportation to reach their destinations safely. Safe humanitarian transportation within borders is a key need in this respect. Almost 25 per cent of Venezuelans entering the country in an irregular manner through Tumbes continue their journey walking[482], and almost 40 per cent of them reportedly had to make a payment to criminal networks to cross the border, leaving them without any money.[483] Lack of financial resources has forced families with children, with health conditions and victims of trafficking and/or GBV, to continue walking long distances, exposed to another layer of hardship conditions including high or very low temperatures and road traffic injuries, thereby increasing their protection risks and vulnerabilities. Venezuelan refugees and migrants lacking documentation and in an irregular situation are particularly excluded from safe and reliable transportation and exposed to unsafe travel, as formal transportation providers request an identity document for ticket purchases.

Provision of humanitarian transportation within borders and information on safe and adequate transportation alternatives is fundamental to prevent or reduce hardships, abuse and exploitation, considering that on average 70 per cent of Venezuelans in-transit in Tumbes expect to reach other in country destinations such as Lima, La Libertad, Piura, Lambayeque, Arequipa, Trujillo and Ica, and usually do not know how to plan to make their journey.[484] R4V partners have observed that refugees and migrants from Venezuela intending to reach Desaguadero, at the border with Bolivia, are not aware of the distances and climatic challenges involved in that route. Lack of knowledge about safe routes and official travel options lead refugees and migrants to seek informal transportation that elevates the risk of abuse.

Additionally, as refugees and migrants from Venezuela settle in areas far from urban centres, regular transportation is scarce, and daily safe and reliable transportation is needed to access employment and service providers.

## RESPONSE STRATEGY

The Sector response will focus on:

• Providing humanitarian transportation, in cases in which extreme vulnerability is identified, complying with COVID-19 prevention protocols.

• Providing reliable information to refugees and migrants from Venezuela in transit on Peruvian transportation requirements, including the Superintendence of Land Transportation of People, Cargo and Goods (SUTRAN) disposition requiring an identity document for ticket purchases, road conditions, travel costs, distances, weather conditions and protection risks for in-country transport in Peru as well as for daily transport in main cities.

The geographical coverage of the sector response will concentrate mainly in Ancash, Arequipa, Lima, Madre de Dios, Piura, Puno, Tacna, and Tumbes, and humanitarian transportation will be provided for internal movements among the regions.

Based on the sectoral needs assessments regarding humanitarian transportation within borders, in-kind transportation assistance will be provided between regions, and daily transportation. The response will scale-up to provide humanitarian transportation for extremely vulnerable families, including: families with children, with health conditions, GBV survivors or victims of trafficking, including transportation support to facilitate family reunification and distribution of information, while delivering supplies including PPEs to facilitate safe transportation.

The Humanitarian Transportation Sector will coordinate with the Protection, Health, and Education Sectors to assess

[482] IOM, DTM Flow Monitoring Registry in Tumbes, Round 6, June 2021. Publication forthcoming.

[483] UNHCR and PLAN, Tumbes Border Monitoring, July-August 2021: https://www.r4v.info/es/document/ACNUR_PMT_Tumbes_Ago21; IOM, DTM Flow Monitoring Survey in Tumbes, Round 11, September 2021: https://dtm.iom.int/reports/per%C3%BA-%E2%80%94-flujo-de-migraci%C3%B3n%C2%A0venezolana-por-tumbes-ronda-11-septiembre-2021. See also: IOM, Diagnóstico situacional de los delitos de trata de personas y tráfico ilícito de migrantes en la región de Tumbes, p. 77, August 2021. Publication forthcoming.

[484] IOM, DTM Flow Monitoring Survey in Tumbes, Round 11, September 2021: https://dtm.iom.int/reports/per%C3%BA-%E2%80%94-flujo-de-migraci%C3%B3n%C2%A0venezolana-por-tumbes-ronda-11-septiembre-2021; UNHCR and Plan, Border Monitoring in Tumbes, July-August 2021: https://www.r4v.info/es/document/ACNUR_PMT_Tumbes_Ago21 .

needs and implement activities intersectorally, as well as with thematic national and regional R4V focal points. Sector partners will work closely at national and local levels with the

Ministry of Transport and Communications, and the SUTRAN. In addition, it will liaise with the private sector through the companies that provide inter-regional transport services.

 **INTEGRATION**

 **PEOPLE IN NEED**
**1.37 M**
44.6%   37.5%
9.11%   8.80%

 **PEOPLE TARGETED**
**365 K**
47.7%   51.9%
0.21%   0.21%

 **TOTAL REQUIREMENTS**
**59.4 M**

**RMRP PARTNERS**
**25**

**SECTOR LEADS**
**ILO-UNDP**

## PRIORITY NEEDS

The COVID-19 pandemic has disproportionally affected refugees' and migrants' socio-economic integration in Peru. The average monthly household income decreased from USD 325 pre-pandemic to USD 238 after, while in parallel, the Peruvian Sol has devalued against the US Dollar, decreasing the ability to send remittances to Venezuela.[485] According to the JNA, groups in a situation of vulnerability, such as persons with disabilities, women, and the elderly, among others, have very limited access to employment opportunities and support.[486]

Main integration needs include: 1) limited access to decent work (refugees and migrants are often forced to work in dangerous and exploitative conditions for less salary and longer hours than their national colleagues, without access to health insurance, and sometimes not even receiving the agreed payment);[487] 2) lack of resources for entrepreneurship, including socio-economic resources but also skills, knowledge, networks and others; 3) increasing levels of discrimination and xenophobia against refugees and migrants, including minimum recognition of transnational cultural identities and limited participation in decision-making spaces.[488]

Some 80 per cent of those surveyed through the JNA mentioned access to micro-loans and seed capital as the most pressing

needs to be able to undertake entrepreneurship, while 50 per cent mentioned financial education.

The lack of documentation hinders access to decent work and resources for entrepreneurship, resulting in irregular working situations, which is the case for around 72 per cent of Venezuelans.[489] Over 90 per cent of those surveyed in the JNA identified the informal economy as the main source of employment for their communities. Only 4 per cent of Venezuelans are formally employed in the private sector in Peru.[490]

Discrimination against the refugee and migrant population, particularly women and the LGTBQI+ community, exacerbates needs. Venezuelans continue to be erroneously depicted in the media as criminals, intensifying prejudice,[491] and women face additional vulnerabilities and risks when searching for jobs, due to hyper-sexualized misconceptions of them.[492] Barriers include limited access to formalization routes and services for entrepreneurs, such as financial and business management services.

Grassroots and civil society organizations representing refugees and migrants from Venezuela have a critical role to play, including as regards the relationship with the host community and in terms of social cohesion.[493] More support by R4V partners is needed to further strengthen their role as well as to break down stereotypes and counter discrimination.

[485] Action Against Hunger, Estudio Multisectorial en Personas Refugiadas y Migrantes de Venezuela que Viven en Lima Metropolitana, Perú, p. 7, 2021: https://www.r4v.info/sites/default/files/2021-09/ESTUDIO-MULTISECTORIAL-MIGRANTES-VENEZOLANOS-2021-PERU.pdf

[486] GTRM Peru, Joint Needs Assessment, August 2021. Publication forthcoming.

[487] Cámara Empresarial Venezolana Peruana – CAVENPE, Impacto de la Migración Venezolana en el Perú: Realidad vs. Potencial, p. 49, 2021.

[488] Joint sectoral analysis workshop with GTRM partners, 20 August 2021.

[489] Presentation by the Director of Migration Policy of the Pre-Registration Process for Regularization to the Intersectoral Working Group for Migration Management in June 2021. The Superintendence for Migration classifies asylum-seekers without a migratory permit as persons in an irregular situation.

[490] MINTRA, formal employment newsletter, July 2021: https://www.gob.pe/institucion/mtpe/informes-publicaciones/2197173-boletin-mensual-leyendo-numeros-agosto-2021

[491] IPSOS (2019), CIUP (2021) and Ipsos Peru (2019): https://ciup.up.edu.pe/media/2542/ciup-ppp19.pdf

[492] Action Against Hunger, Retos para la inserción laboral en condiciones de empleo, pg. 87, September 2020: https://www.r4v.info/sites/default/files/2021-06/202009_ACH_Retos per cent20para per cent20la per cent20Inserci per centC3 per cent B3n per cent20laboral.pdf

[493] UNDP, Diagnostico de Oportunidades para Población Refugiada y Migrante y de Acogida en el Sector Público y Privado en Lima Metropolitana, Abril 2021: https://www.r4v.info/es/PNUD_2021_Diagnostico_de_Oportunidades_RyM_CA_Lima

Venezuela AR_000982

## RESPONSE STRATEGY

The Sector response will be implemented by 25 partners, with 291 activities focusing on:

1. Increasing opportunities for refugees, migrants and affected host communities to access decent work and support self-employment and entrepreneurship initiatives.

2. Mitigating discrimination and xenophobia through campaigns and sensitization of authorities.

3. Providing information and capacity development to stakeholders in the private sector to facilitate formal contracting.

Partners will focus on capacity development of (i) authorities and institutions, to implement inclusive socio-economic integration strategies and promote social cohesion, generate community networks, and fight defamatory information that increases discrimination and xenophobia; (ii) the private sector, on the procedures to hire Venezuelans; and (iii) refugees and migrants from Venezuela and their host communities, on employability skills, entrepreneurship, and vocational education. Some 10 per cent of activities will be provided through sectoral CVA, including seed capital for small businesses. Partners will provide technical assistance to employers and entrepreneurs on working conditions and safety and hygiene protocols. Finally, partners will organize cultural and sports activities to promote peaceful coexistence.

The Integration Sector will coordinate with the Protection Sector on regularization and documentation to facilitate access to decent work and socio-economic integration. CVA interventions will be coordinated with the Cash Working Group and the Food Security, Education and Shelter Sectors. Collaboration with the Communication Working Group will be essential for the *"#TuCausaEsMiCausa"* campaign.[494] This response aims to contribute to SDGs 1, 2, 8 and 10.

 **NUTRITION**

**PEOPLE IN NEED**
**383 K** — 44.6% / 37.5% / 9.11% / 8.80%

**PEOPLE TARGETED**
**42.2 K** — 39.9% / 48.0% / 6.03% / 6.04%

**TOTAL REQUIREMENTS**
**1.2 M**

**RMRP PARTNERS**
**6**

**SECTOR LEAD**
ACTION AGAINST HUNGER

## PRIORITY NEEDS

From 2020 to the first half of 2021, acute malnutrition among refugee and migrant children from Venezuela under the age of five increased from 3 to 5.4 per cent, a higher level than that of Peruvian children (1.6 per cent).[495] This trend is mainly due to the reduction of monthly household incomes during the pandemic,[496] forcing refugee and migrant households to resort to eating a limited variety of foods or smaller meals in order to access enough food.[497] In addition, access to health services and social and nutritional support programmes for refugees and migrants was limited, especially due to limited information and a lack of clear protocols, as well as a shortage of nutritional supplements. As of July 2021, only around 870 Venezuelan children under the age of five and affiliated with the SIS had received assistance in the Growth and Development Control programme (CRED, delivered in health centres to track the growth of children up to age eleven), compared to 2,450 children assisted throughout 2020, which represents a downward trend, especially considering that the number of children has increased and the lockdown took place mostly in 2020 when less assistance delivery was expected.[498] Moreover, only 0.1 per cent of all children who were assisted through *Cuna Más* (a programme to support

[494] For more information, see https://tucausaesmicausa.pe/
[495] Ministry of Health, Centro Nacional de Alimentación y Nutrición, Sistema de Información del Estado Nutricional (SIEN), Tendencia Nutricional 2020-2021.
[496] Action Against Hunger, Estudio Multisectorial en Personas Refugiadas y Migrantes de Venezuela que Viven en Lima Metropolitana, Perú, p. 77, 2021: https://www.r4v.info/es/document/ACH_Estudio_Multisectorial_Ago21
[497] Save the Children, La Asistencia Monetaria Itinerante: Adaptación del Programa de Asistencia Monetaria a Migrantes en Tránsito, Estudio de Caso Perú, p. 10, 2021: https://www.savethechildren.org.pe/publicaciones/la-asistencia-monetaria-itinerante-adaptacion-del-programas-de-asistencia-monetaria-a-migrantes-en-transito/
[498] Ministry of Health, General Directorate of Strategic Interventions in Public Health-MoH, Informe N° 018-2021-DVICI-DGIESP/MINSA, August 2021.

Venezuela AR_000983

the development of children under age three living in poverty) were Venezuelans.[499] Finally, communication and counselling strategies of nutrition programmes and services do not take into account consumption patterns of refugees and migrants or their unfamiliarity with healthier local foods.

## RESPONSE STRATEGY

The Sector response will focus on:

- Strengthening capacities for prevention of malnutrition with a community-based approach. Counselling and information dissemination campaigns will involve families, health personnel, and local governments to help prevent anaemia and malnutrition. This will include advocacy for the wider inclusion of refugees and migrants from Venezuela in national nutritional programmes.

- Fostering identification and case management for malnutrition. It will launch preventive health campaigns for screening and diagnosis of anaemia and risk of anaemia, focused on groups which are vulnerable to malnutrition such as families with children under five years old, adolescents, and pregnant and breastfeeding women.

- Monitoring refugees' and migrants' nutritional situation, by collecting anthropometric and biochemical information, and primary and secondary data to identify determinants of malnutrition.

The Nutrition Sector response will target over 42,000 individuals, including refugees and migrants from Venezuela and members of affected host communities. It will cover the national level, with activities focused on Arequipa, Ayacucho, Lima, and the northern coast, considering the high numbers of refugees and migrants living in these areas.

Nutrition partners will implement case management, screenings, and provide iron and other food supplements as forms of direct support to refugees and migrants from Venezuela. Sector partners will provide technical assistance to strengthen health personnel's capacities. Interventions will incorporate a community-based approach to disseminate reliable information about nutritional campaigns and constant counselling through social network platforms, broadcast media, tele-orientation and in-person assistance.

Nutrition Sector partners will liaise with the Health and Food Security Sectors to maximize the impact of interventions related to assistance and prevention. The Nutrition Sector will work closely with the Foreign Affairs, Health, and Development and Social Inclusion Ministries, to address those barriers that impede access of Venezuelan children to national nutritional programmes. At local levels, partners will work with health facilities and community-based organizations to improve nutritional practices and conditions, focused on breastfeeding and maternal nutrition. This response will contribute to SDG 2 on ending hunger and improving nutrition.

 **PROTECTION**

 **PEOPLE IN NEED**
**907 K**   ♂ 44.6%   ♀ 37.5%   ♂ 9.11%   ♀ 8.80%

**PEOPLE TARGETED**
**300 K**   ♂ 34.7%   ♀ 39.8%   ♂ 13.7%   ♀ 11.8%

 **TOTAL REQUIREMENTS**
**45.6 M**

 **RMRP PARTNERS**
**36**

**SECTOR LEADS**
**PLAN INTERNATIONAL-UNHCR**

## PRIORITY NEEDS

The protection situation of refugees and migrants from Venezuela has been heavily affected by the pandemic and related measures. Peru has seen one of the highest COVID-19 death rates, and lack of livelihoods has put enormous pressure on families, with 20 per cent of interviewees resorting to extreme coping mechanisms such as sex work, child labor, begging, or collecting food leftovers.[500] Closed borders have increased risks of trafficking and smuggling. The asylum system has been effectively suspended since October 2020, leaving anyone who entered Peru after that date without the option to seek asylum. Access to recognized documentation continues to be a priority for many, with 51 per cent of refugees and migrants from Venezuela surveyed in the JNA stating that they needed more information on documentation processes. In July 2021, the Ministry of Foreign Affairs began granting an automatically renewable six-month humanitarian residency

[499] Cuna Mas Programme, Ministry of Development and Social Inclusion, Informe N° 85-2021-MIDIS/PNCM-UPPM-CSEG, August 2021.
[500] UNHCR Protection Monitoring Results, June-July 2021.

status to asylum-seekers from Venezuela who meet certain requirements.[501] Simultaneously, the Superintendence of Migration (SNM) began issuing one-year Temporary Permanence Permit Cards (CPP)[502] to Venezuelans and other foreign nationals in an irregular situation. Nevertheless, a lack of information and/or technology to access the procedure and the associated fines limit the number of Venezuelans who can benefit from these important measures.

The JNA revealed that 40 per cent of Venezuelans interviewed considered that little or no internet access was the main challenge to access the regularization process, followed by not having the required technology to complete the process online (30 per cent). Some 60 per cent also stated their need for information on documentation processes.

In this context, the lack of clear alternatives for those who will not benefit from the above-mentioned schemes represents a major concern. Lack of documentation is associated with a lack of access to public services and exposure to exploitation and abuse, particularly for persons with specific protection needs, including persons with serious or chronical medical conditions, persons with disabilities and the elderly. There is a strong need for mental health and psychosocial support (MHPSS) services, particularly for victims of abuse and violence including children, those who have lost family members due to COVID-19, those who face stress and anxiety due to the loss of livelihoods and perspective related to the pandemic, and those experiencing post-traumatic stress disorder in relation to events in Venezuela.

## RESPONSE STRATEGY

Protection Sector partners will focus on:

- Promoting access to documentation and regularization for Venezuelans in an irregular situation and asylum-seekers, as well as promoting regular entry pathways for refugees and migrants from Venezuela to counter risks emanating from irregular movements.503

- Advocating for access to territory and to the asylum system for those in need of international protection, as well as to those with other protection needs.

- Strengthening refugees' and migrants' access to state protection systems and to essential services linked to rights, like health and education, with a focus on persons with special protection needs including children, the elderly,

persons with disabilities, persons belonging to the LGBTIQ+ community and single-headed households.

Partners will provide direct support to refugees and migrants from Venezuela by providing information on documentation procedures, including through mass information campaigns, one-on-one orientation and legal counselling, and support with accessing and managing digital tools. MHPSS will be delivered both on an individual and on a group basis. Partners will provide CVA to cover costs related to documentation integrated with case management in Arequipa, Callao, Cusco, La Libertad, Lambayeque, Lima, Madre de Dios, Moquegua, Piura, Puno, Tacna, and Tumbes. Protection responses will also rely on community structures and organizations which have been identified and strengthened in 2021.

Capacity-development, technical support, human and other resources will be provided to the Special Commission for Refugees (CEPR) and the SNM, in order to accelerate documentation processes, and to other authorities to expand issuance and recognition of the documentation held by refugees and migrants, in order to expand access to essential services and enjoyment of rights, including to health and education. Sector partners will carry out border monitoring exercises in Madre de Dios, Puno, Tacna and Tumbes and will support institutions with registration and refugee status determination.

Initiatives against discrimination and xenophobia will be prioritized as a cross-sector endeavour between the Protection, Education, and Integration Sectors and the Communication Working Group. Activities with the Integration Sector include advocacy for regularization, issuance of documentation and broad recognition of documentation held by refugees and migrants from Venezuela to ensure access to dignified formal work opportunities, financial inclusion and access to services provided by the Ministry of Employment. This response will contribute to SDG 10.

---

[501] Asylum-seekers must have an identity document, updated contact information, and no criminal records to receive humanitarian residency permits.

[502] Supreme Decree 010-2020-IN. In July, the Unique Text for Administrative Procedures (TUPA, for its acronym in Spanish) came into effect and the CPP regularization process started. On 20 August, Peruvian Immigration began imposing a penalty fee of S/4.40 per day of irregular stay in the country. This penalty must be paid by refugees and migrants from Venezuela to advance with the CPP process. The penalty amount is established case by case, depending on the number of days of overstay in the country or the day on which the person entered Peru.

[503] These initiatives refer to the new CPP and the Humanitarian Residence mentioned in the national overview section of this chapter.

 **CHILD PROTECTION**

**PEOPLE IN NEED**
**248 K**
10.0%   10.0%
36.4%   43.6%

 **PEOPLE TARGETED**
**58.0 K**
15.0%   15.3%
37.3%   32.4%

**TOTAL REQUIREMENTS**
**8.79 M**

**RMRP PARTNERS**
**12**

**SECTOR LEAD**
UNICEF

## PRIORITY NEEDS

The protection of refugee and migrant children from Venezuela in Peru has been severely affected by the COVID-19 pandemic, its economic consequences, and the related closure of schools, increasing children's exposure to violence, abuse, and exploitation.[504] Peru has been the country most affected globally with the highest rate of children orphaned by the pandemic in the world.[505]

With the closure of land borders, families have been forced to use irregular crossings, making it more difficult for R4V partners to reach children and adolescents in need of protection and assistance. Nearly 40 per cent of those interviewed through the JNA reported knowing about cases of violence against children and adolescents. Levels of violence have increased while availability of state protection services have been reduced because of the COVID-19 pandemic. Unaccompanied and separated children (UASC) are in a particularly vulnerable situation, as specialized protection services are unavailable[506] due to the limited identification capacity and with little technical expertise on the distinct situation and needs of refugee and migrant children among the workforce of the child protection system, as well as missing interinstitutional tools and protocols to implement protection measures. Peru is also still in the process of establishing an adequate alternative care mechanism for children on the move.

## RESPONSE STRATEGY

Activities will be largely focused in Lima, where most refugees and migrants live, but will also be carried out in cities such as Arequipa, Callao, Cusco, Huánuco, La Libertad, Lambayeque, Madre de Dios, Moquegua, Piura, Puno, Tacna, and Tumbes.

Child protection priorities include:

1. Strengthening the national child protection system by improving the state's technical capacities to prevent and respond to all forms of violence against children, especially for vulnerable UASC. Coordination mechanisms will be improved between Sub-sector partners and local and national authorities through a comprehensive assistance protocol to access specialized child protection services.

2. Working with children, parents, and communities to prevent and mitigate incidents of violence, through access to information, referral pathways and services.

3. Ensuring children's access to available regularization and documentation mechanisms.

Response modalities include the provision of technical assistance to strengthen institutions that provide protection services to refugee and migrant children; and capacity-development for social workers, national and local authorities, partner organizations and key allies to increase information-sharing and knowledge on the distinct needs of children on the move. Direct support to refugee and migrant children from Venezuela will be provided by partners to complement government services, including psychosocial support for child survivors of violence, abuse, or exploitation; case management to ensure access to specialized services; and legal orientation for families and UASC. Finally, CVA will be provided to vulnerable families at risk of family separation, education abandonment, and food insecurity, among others.

To ensure complementarity of the response, the Child Protection Sub-sector will coordinate with: the Protection Sector for regularization and documentation priorities; the Education Sector to ensure that teachers are supported to provide protective spaces against violence and exploitation; Shelter and WASH to improve humanitarian and public spaces for children; the Health Sector to guarantee access to services, particularly for refugee and migrant children older than five years old who do not have automatic access to the comprehensive health insurance system; and the Cash Working Group for the protection of children at increased risk in the context of the COVID-19 pandemic. This response will contribute to SDGs 4, 10, 5 and 3.

[504] United Nations Perú, Estudio especializado sobre efectos socioeconómicos del COVID-19 en la población refugiada y migrante de Venezuela, pp. 82-84, 2020: https://peru.un.org/es/114770-estudio-especializado-sobre-efectos-socioeconomicos-del-covid-19-en-la-poblacion-refugiada-y

[505] Global minimum estimates of children affected by COVID-19-associated orphanhood and deaths of caregivers: a modelling study, The Lancet, Vol. 398, Issue 10298, pp. 391-402, 31 July 2021: https://www.thelancet.com/journals/lancet/article/piis0140-6736(21)01253-8/fulltext#%20

[506] United Nations Perú, Estudio especializado sobre efectos socioeconómicos del COVID-19 en la población refugiada y migrante de Venezuela, p. 167, 2020: https://peru.un.org/es/114770-estudio-especializado-sobre-efectos-socioeconomicos-del-covid-19-en-la-poblacion-refugiada-y



# GENDER-BASED VIOLENCE (GBV)

**PEOPLE IN NEED**
**516 K**

↑ 5.00%   ↑ 66.0%
↑ 6.00%   ↑ 23.0%

 **PEOPLE TARGETED**
**62.6K**

↑ 24.0%   ↑ 41.9%
↑ 6.65%   ↑ 27.4%

**TOTAL REQUIREMENTS**
**12.8 M**

**RMRP PARTNERS**
**19**

**SECTOR LEADS**

UNFPA-UNHCR

## PRIORITY NEEDS

Refugees and migrants from Venezuela are at high risk of GBV, particularly as the COVID-19 pandemic has deepened gender inequalities and exacerbated levels of poverty. According to the JNA, a third of those surveyed knew of GBV cases in their community in the last year.[507] Women, girls and the LGBTQI+ community are particularly affected, as well as male survivors who face stigmatism and lack of appropriate services. Main needs related to GBV prevention and response include limited access to referral pathways and services due to lack of information, feelings of fear and shame, lack of awareness on the part of service operators on the rights of refugees and migrants, and insufficient service provision. As a result, Venezuelans tend to report GBV offenses three times less than the national average.[508] Limited awareness among refugees and migrants on the right to live a life free from violence and to exercise bodily autonomy is linked to scarce initiatives for eradicating gender norms that perpetuate violence, lack of awareness strategies on gender equality, forms of violence and available public services. There is a need to strengthen existing community mechanisms aimed at preventing, mitigating, and responding to GBV.

## RESPONSE STRATEGY

The Sub-sector response will focus on:

- Improving the design and implementation of public policies and programmes for GBV prevention to ensure the right to a life free from violence. Communication strategies for refugees and migrants from Venezuela will be developed to foster empowerment, knowledge of bodily autonomy, and prevention and care routes.

- Improving GBV survivors' access to protection services, particularly to justice, health, and psychosocial services, regardless of their legal status. Partners will advocate to ensure access to services for refugees and migrants from Venezuela, strengthen the capacities of personnel to manage GBV cases, and ensure coordinated services to guarantee comprehensive and multidisciplinary care for survivors.

- Strengthening community spaces to adequately address GBV at the local level, seeking to deconstruct gender stereotypes that legitimize violence, develop work with men (including youth and children) to propose positive masculinities and strengthen community support networks.

Activities will target over 43,000 refugees and migrants from Venezuela as well as 24,000 members of affected host communities to receive support. The overall response will cover the country at the national level, with an emphasis on the regions of Lima, Tacna, Tumbes, and the northern coastal regions of La Libertad, Lambayeque, and Piura.

Advocacy strategies will be developed at the ministry and regional government levels to highlight the needs and situation of refugees and migrants from Venezuela who suffer violence, especially women and children. The response will include the delivery of remote and face-to-face public services, capacity-development of personnel and decision makers, generation of spaces for empowerment and psycho-social support to survivors, involvement of men in the eradication of violence, socio-economic integration activities, and CVA where necessary.

To achieve a multisectoral, human rights-centred, generational and gender approach, the Sub-sector will coordinate with the Ministries of Women and Vulnerable Populations, Justice and Human Rights, and Health, as well as with intersectoral coordination bodies at national, regional, and local levels. In addition, it will liaise with the Communications Working Group and the Health and Shelter Sectors. This response will contribute to achieve SDGs 5 (gender equality and empowerment of all women and girls) and 10 (equal opportunity, reduce inequalities, and promote social, economic, and political inclusion).

---

[507] GTRM Peru, Joint Needs Assessment, August 2021. Publication forthcoming.
[508] National Police of Peru (PNP), 2020; INEI 2017, crimes against life, bodily integrity and health, reports per 1,000 personas.

#  HUMAN TRAFFICKING AND SMUGGLING

**PEOPLE IN NEED**
**704 K**
44.6%  37.5%
9.11%  8.80%

**PEOPLE TARGETED**
**170**
23.1%  38.5%
19.2%  19.2%

**TOTAL REQUIREMENTS**
**2.89 M**

**RMRP PARTNERS**
**7**

**SECTOR LEAD**
IOM

## PRIORITY NEEDS

Refugees and migrants who are victims of trafficking (VoTs) and are at risk of human trafficking and/or have been subjected to abuse, extortion and violence by smugglers face barriers to access protection systems, justice, and lack protection safeguards to prevent revictimization. The lack of information about risks and reporting channels, the fear of being criminalized or deported due to their often irregular situation, the lack of documentation, and gender stereotypes in public services and security forces have been found to be amongst the key factors hindering identification and assistance of VoTs.[509] This has been exacerbated by the COVID-19 pandemic, particularly impacting groups in vulnerable situations, such as girls, boys and adolescents, young women, people with disabilities, and the LGBTQI+ community[510], and due to the renewed activities of criminal networks which take advantage of the loss of livelihoods and the closure of schools to increase recruitment through digital channels. Venezuelan adults and children are particularly vulnerable to sex and labour trafficking.[511] According to the JNA, 53 per cent of those surveyed reported to have met Venezuelans who were deceived with false employment offers. There is a need to improve the use of indicators for early detection and referral to specialized services, increase routes to facilitate reintegration, and monitor changes in the dynamics of both crimes in sub-national contexts.[512]

## RESPONSE STRATEGY

The Sub-sector response will cover Lima and key regions of Madre de Dios, Puno, Tacna, and Tumbes as border points of entry, in addition to Piura and La Libertad. It will focus on:

• Strengthening the capacities of authorities and public officials, as well as partners who work with refugees and migrants at risk of or victims of trafficking, or at risk of abuse, extortion and violence by smugglers. Training measures will focus on prevention of these crimes, early detection of victims, case management, knowledge of the regulatory framework, and specialized techniques for prosecution of traffickers and smugglers.

• Generating and strengthening prevention, protection, prosecution, and inter-institutional mechanisms. Studies and assessments with a territorial approach will be developed to provide authorities with updated information for decision-making, including protocols and guides to improve coordination mechanisms, programming, and response to these crimes. Awareness campaigns will be jointly developed with regional committees for counter-trafficking and smuggling to mitigate risks, promote crime reporting, and access to protection services.

• Increasing access to protection systems and comprehensive assistance services for victims of trafficking and persons affected by smuggling, at the national and local level. Technical assistance will be provided to develop local protection routes, strengthen services with equipment in shelters, psychosocial and legal assistance, access to justice, documentation, and reintegration.

The Sub-sector response will incorporate age, gender, and diversity approaches during all programme phases, in addition to a victim-centred and trauma-informed approach. In-kind assistance will be provided through emergency kits, legal and psychosocial guidance, remote and face-to-face protection services, and prevention activities in shelters and safe spaces. In cases where it does not increase the risk of suffering abuse, violence or exploitation, assistance will include CVA. Training activities will be carried out through virtual platforms, and when possible, in face-to-face sessions.

The Sub-sector will coordinate with the Shelter, Humanitarian Transportation, Education, and Integration Sectors, and with relevant public institutions to guarantee access to regularization, documentation, protection assistance, and reintegration. Communication is necessary to reach refugees and migrants with information and sensitization campaigns, complaint hotlines, and participation and feedback mechanisms. Activities will include the response to address situations of SEA. This response will contribute to SDGs 10 (to ensure equal opportunity, reduce inequalities and promote social, economic and political inclusion) and 5 (to achieve gender equality).

[509] GTRM Peru, Procedimiento operativo estándar para la protección y atención de personas refugiadas y migrantes frente a la trata en contextos de asistencia humanitaria en el Perú, 2021: https://www.r4v.info/es/document/sop-para-la-proteccion-y-atencion-de-personas-refugiadas-y-migrantes-frente-la-trata
[510] UNODC, Informe de situación del delito de trata de personas a través de la iniciativa TRACK4TIP en el contexto de flujos migratorios mixtos en Perú, 2021. https://www.unodc.org/peruandecuador/es/noticias/2021/informe-sobre-la-trata-de-personas-en-contexto-migratorios.html
[511] Fiscalías Especializadas en Delitos de Trata de Personas (FISTRAP) – Ministerio Público, reporte de 2016-2020, publicado 2021.
[512] US Department of State, Trafficking in Persons (TiP) Report, p. 451, 2021: https://www.state.gov/reports/2021-trafficking-in-persons-report/



 **PEOPLE IN NEED**    👤 44.6%   👤 37.5%
# 1.05 M    👤 9.11%   👤 8.80%

**PEOPLE TARGETED**   👤 32.5%   👤 30.6%
# 59.6 K    👤 16.7%   👤 20.2%

 **TOTAL REQUIREMENTS**
# 11.4 M

 **RMRP PARTNERS**
# 11

**SECTOR LEAD**

UNHCR

## PRIORITY NEEDS

Access to affordable housing that meets minimum standards of safety and dignity is a priority need among refugees and migrants from Venezuela. According to the JNA, 68 per cent of those surveyed reported that their communities live in overcrowded homes, where two to four family members share a single mattress.[513] Low income is a key factor in reduced access to quality, stable housing: Venezuelan families surveyed spend at least 21 per cent of their minimum salaries on monthly rent, and 68 per cent perceive households within their communities as having to move frequently.[514]

Moreover, the capacity of emergency accommodations, especially in border communities, continues to be insufficient compared to the number of refugees and migrants from Venezuela at risk of homelessness, requiring improved shelter management capacities, infrastructure enhancements and maintenance. Border areas such as Puno, Madre de Dios, Tacna, and Tumbes require temporary shelter solutions for refugees and migrants in transit, whereas permanent accommodation solutions are needed in main cities such as Lima, Arequipa, Cusco, and Trujillo.

## RESPONSE STRATEGY

The comprehensive shelter response for 2022 includes three components: improved access to individual housing; scaled-up collective shelter capacities; and increased investment in community infrastructure that enables social cohesion.

Refugees and migrants from Venezuela will be supported to access individual housing, including also through the delivery of multipurpose cash and voucher assistance that can be used for rent. Some 203,000 persons will benefit with household items (including kitchen sets, blankets, and other non-food items) distributed to refugees and migrants in Callao, Lima, Madre de Dios, Piura, Puno, Tacna, and Tumbes to improve their living conditions.

A scaled-up response in collective shelters will benefit around 21,800 refugees and migrants through the renovation and upgrading of spaces and the provision of basic equipment in Lima, Piura Puno, Tacna, and Tumbes. The investment in collective shelters will respond to a coordinated mapping of availability, needs and capacities of existing shelters and transit centres. Hotels will also be considered for temporary accommodation of persons with protection needs.

Public infrastructure such as community centres and sports facilities will be renovated and equipped to promote social cohesion and local integration, as well as to meet safety, hygiene and disaster mitigation standards. The response targets over 31,300 refugees and migrants from Venezuela as well as affected host community members who will benefit from the improvement of such spaces in Ica, Lima, Piura, Puno, Tacna, and Tumbes.

The response will include assessments to identify the needs and conditions of prioritized shelters and community centres and map priority intervention areas where support for individual shelter is required.

Intersectoral strategies include collaboration with the Protection Sector on capacity-building for managers of temporary collective shelters; with the WASH sector on improvement of water and sanitation facilities; and with the Integration Sector regarding support to refugees and migrants from Venezuela for exit strategies from temporary collective shelters.

The response aims to contribute to SDG 7 (affordable and clean energy) and SDG 11 (sustainable cities and communities), as the scaled-up response to collective shelters includes the use of solar panels as an energy source, and efforts towards more inclusive, safe and resilient human settlements.

[513] GTRM Peru, Joint Needs Assessment, August 2021. Publication forthcoming.
[514] The estimate of the 21 per cent minimum expenditure for rent is based on the monthly median income of Venezuelan families according to the ENPOVE 2018.

Venezuela AR_000989



 **PEOPLE IN NEED** 👤 44.6%  👤 37.5%
**762 K** 👤 9.11%  👤 8.80%

**PEOPLE TARGETED** 👤 33%  👤 36.3%
**379 K** 👤 15.1%  👤 15.6%

 **TOTAL REQUIREMENTS**
**9.07 M**

 **RMRP PARTNERS**
**12**

**SECTOR LEADS**
**ACTION AGAINST HUNGER-COOPI**

## PRIORITY NEEDS

There is an urgent need to address the lack of safe, potable water in areas frequently transited and inhabited by refugees and migrants from Venezuela. There are structural problems with water storage and distribution, including not only a general shortage of water, but also its quality for human consumption. In addition, host communities for Venezuelans are often marginalized and informal settlements that have limited or no access to WASH services themselves. Some 15 per cent of Venezuelans in Lima have access to water less than 24 hours a day in their homes.[515] According to the JNA, 24 per cent of refugees and migrants from Venezuela surveyed indicate that their communities do not have access to safe water.[516] In addition, almost a third of refugees and migrants do not have access to water services in their workplaces.[517] This situation increases hygiene and health risks, especially during the COVID-19 pandemic, where hand washing is a fundamental measure to prevent the spread of this and other diseases.

Elderly persons, adolescents, women of reproductive age, and children are the populations at higher risk of health complications.

## RESPONSE STRATEGY

The three main response priorities of the WASH Sector are to:

• Ensure access to basic hygiene items among the most vulnerable refugees and migrants from Venezuela (mostly in-transit, but also in-destination).

• Raise awareness and capacity among refugees and migrants to improve hygiene and sanitary practices in areas where many Venezuelans live, as well as in temporary shelters in Arequipa, Callao, Cusco, La Libertad, Lambayeque, Lima, Loreto, Madre de Dios, Piura, Tacna, and Tumbes.

• Improve access to WASH services and items in public spaces and areas that provide public services for both host communities and refugees and migrants, especially in the context of the COVID-19 pandemic, in Arequipa, Callao, Lambayeque, Lima, Piura, Tacna, and Tumbes.

The first priority will be achieved by delivering hygiene and personal protective equipment (PPE) kits in Arequipa, La Libertad, Lima, Loreto, Madre de Dios, Piura, Tacna, and Tumbes. CVA will also be provided to support families' access to dignified individual housing with adequate WASH services. The second priority will be achieved by producing and disseminating information and engaging in capacity-building targeting refugee and migrant communities, including community leaders, on hygiene practices, prevention of COVID-19, and water and waste management. The third priority will be achieved through the construction, upgrading, improvement and/or installation of handwashing and sanitation facilities (including providing basic equipment to support infrastructure) in public, community and commercial spaces, areas of transit, markets and schools, including for the safe disposal of waste and sewage.

An intersectoral approach will be ensured through coordination with the Protection, Shelter, Health and Nutrition Sectors for the provision of safe water and sanitation in public spaces and in shelters, and to contribute to improving nutrition levels with adequate availability of drinking water for children and adolescents; and coordination with the Education Sector to improve WASH in schools. Additionally, WASH partners will work with national and local authorities, and the private sector. This response will contribute to SDG 6 to ensure availability and sustainable management of water and sanitation for all.

[515] GTRM – Basic Needs Sub-Working Group, Análisis situacional sobre necesidades de Agua, Saneamiento e Higiene de refugiados y migrantes de Venezuela y comunidad de acogida asentados en Lima y Callao, 2021. Publication forthcoming.

[516] GTRM Peru, Joint Needs Assessment, August 2021. Publication forthcoming.

[517] GTRM – Basic Needs Sub-Working Group, Análisis situacional sobre necesidades de Agua, Saneamiento e Higiene de refugiados y migrantes de Venezuela y comunidad de acogida asentados en Lima y Callao, 2021. Publication forthcoming.



**CARIBBEAN**

Venezuela AR_000991



© UNHCR / Diana Díaz

# CARIBBEAN
## AT A GLANCE




**POPULATION PROJECTION 2022**
## 223 K


**PEOPLE IN NEED**
## 204 K


**PEOPLE TARGETED**
## 111 K

| | POPULATION PROJECTION 2022 | PEOPLE IN NEED | PEOPLE TARGETED |
|---|---|---|---|
| **VENEZUELANS IN DESTINATION** | 223 K | 173 K | 102 K |
| **HOST COMMUNITY** | – | 30.7 K | 9.09 K |
| **IN TRANSIT*** | – | – | – |

**GENDER DISAGGREGATION**


♂ 31.6%  ♂ 40.9%
♀ 14.2%  ♀ 13.3%


♂ 35.3%  ♂ 42.0%
♀ 11.1%  ♀ 11.6%


♂ 32.4%  ♂ 41.4%
♀ 12.6%  ♀ 13.6%


**TOTAL REQUIREMENTS**
## $68.4 M


**RMRP PARTNERS**
## 27

* Refugees and migrants in-transit are included in the national totals.

## FUNDING REQUEST AND BENEFICIARIES TARGETED



PEOPLE TARGETED 2022

- 6.669
- 6.670 - 13.664
- 13.665 - 24.505
- 24.606 - 54.375

| COUNTRY | Population Projection | People in Need | People Targeted | Budget |
|---|---|---|---|---|
| Dominican Republic | 121 K | 99.1 K | 54.4 K | $24.4 M |
| Trinidad & Tobago | 34.1 K | 35.3 K | 24.5 K | $20.9 M |
| Guyana | 28.9 K | 29.5 K | 13.7 K | $10.6 M |

| COUNTRY | Population Projection | People in Need | People Targeted | Budget |
|---|---|---|---|---|
| Curaçao | 19.0 K | 19.1 K | 12.2 K | $7.28 M |
| Aruba | 19.0 K | 21.2 K | 6.67 K | $5.28 M |

Population Projection   People in Need   People Targeted   Budget   Venezuela AR_000993

## NUMBER OF ORGANIZATIONS AND FINANCIAL REQUIREMENTS BY ORGANIZATION TYPE

| | International NGOs | National NGOs / CSOs‡ | Others‡‡ | UN Agencies |
|---|---|---|---|---|
| Financial requirements | 10.1% | 3.57% | – | 86.3% |
| Organizations | 5 | 14 | – | 8 |

‡ Civil Society Organizations.
‡‡ Others include the Red Cross Movement, academia and faith based organizations.

The list of organizations only includes appealing organizations under the RMRP, many of which collaborate with implementing partners to carry out RMRP activities.

## POPULATION IN NEED AND TARGET, FINANCIAL REQUIREMENTS AND NUMBER OF PARTNERS BY SECTOR

| Sector | People in need (PiN) | ■ Targeted ■ In need | People targeted | Financial requirements (USD) | Partners |
|---|---|---|---|---|---|
| Education | 44.1 K | | 16.9 K | 5.89 M | 12 |
| Food Security | 87.9 K | | 11.9 K | 1.49 M | 9 |
| Health | 81.4 K | | 23.7 K | 4.20 M | 16 |
| Humanitarian Transportation | 10.4 K | | 80 | 209 K | 3 |
| Integration | 171 K | | 32.6 K | 17.0 M | 20 |
| Nutrition | 11.9 K | | 1.08 K | 295 K | 1 |
| Protection* | 147 K | | 66.7 K | 14.5 M | 10 |
| Child Protection | 33.7 K | | 21.0 K | 1.67 M | 6 |
| Gender-Based Violence (GBV) | 39.5 K | | 10.5 K | 3.51 M | 10 |
| Human Trafficking & Smuggling | 12.7 K | | 772 | 1.63 M | 5 |
| Shelter | 65.7 K | | 9.85 K | 5.37 M | 8 |
| WASH | 15.9 K | | 4.45 K | 1.36 M | 7 |
| Multipurpose Cash Assistance | – | – | 11.9 K | 8.00 M | 7 |
| Common Services** | – | – | – | 3.22 M | 10 |

\*    This includes Support Spaces

\*\*  This includes AAP, Communication, Coordination, CwC/ C4D, Fundraising, Information Managent, PSEA and Reporting.

## COUNTRY OVERVIEW



© UNHCR/ Diana Díaz

Countries comprising the Sub-regional R4V Platform in the Caribbean – Aruba, Curaçao, the Dominican Republic, Guyana and Trinidad and Tobago – host some of the highest concentrations of refugees and migrants per capita worldwide: in 2020,[518] Aruba hosted the world's largest number of refugees and migrants relative to its population, at nearly 16 per cent, while Curaçao took third place at roughly 10 per cent.[519] The five countries of the sub-region continue to receive new arrivals of refugees and migrants from Venezuela to their territories, despite movement restrictions established during the pandemic, and other entry limitations that were still in place at the end of 2021. Estimates based on official government sources and on consultations amongst R4V partners indicate that approximately 222,500 refugees and migrants from Venezuela will be present in the Caribbean by December 2022.[520]

According to needs analyses[521] conducted in the different countries of the Sub-regional Platform, existing socio-economic and structural inequalities in the sub-region have significantly deepened due to the COVID-19 pandemic, and negatively impacted living conditions of refugees and migrants from Venezuela and host communities. Decreased business activity resulted in lost income and increased costs of living in many countries of the sub-region.[522] The need for employment, medical care and legal assistance for refugees and migrants from Venezuela featured prominently in 2021, while food security and shelter remained among main priorities, leaving many Venezuelans unable to meet basic needs and facing evictions.[523] These are particularly concerning in rural areas and indigenous communities, where affected refugees and migrants require long-term support for food security, self-

[518] R4V Caribbean, Caribbean RMRP 2020 End of Year Report, May 2021: https://www.r4v.info/sites/default/files/2021-06/Caribbean%20RMRP%20End%20of%20Year%20Report.pdf

[519] For global reference/ comparison see UNHCR, Refugee Data Finder, 2020: https://www.unhcr.org/refugee-statistics/ .

[520] R4V Caribbean, Caribbean R4V Mid-Year Report, 2021: https://www.r4v.info/en/document/caribbean-rmrp-2021-mid-year-report

[521] In Aruba and Curacao, R4V partners carried out the 2021 Inter-agency Participatory Assessment to gather first-hand information on protection risks, needs and capabilities of the Venezuelan community in Aruba and Curacao. In Aruba, partners also conducted a DTM in July 2021 to collect periodic information on refugees' and migrants' profiles, characteristics and socioeconomic status. R4V partners in Guyana and the Dominican Republic also conducted DTMs in various regions. Trinidad and Tobago partners relied on pre-existing assessments, including the DTM 2020 and the UNHCR Participatory Assessment 2020, and undertook assessments to gather information on Experiences of Refugees and Migrants with Violence in Trinidad and Tobago, Treatment of Refugees and Migrants with a specific focus on Rights to Education, Employment and Protection from Sexual Exploitation, and a Labour Market Assessment for the Economic Inclusion of Refugees and Migrants in Trinidad and Tobago. While final reports are yet to be finalized and links remain unavailable to the public, initial findings were used to inform the RMRP 2022.

[522] Economic Commission for Latin America and the Caribbean (ECLAC), "The impact of the COVID-19 pandemic on the tourism sector in Latin America and the Caribbean, and options for a sustainable and resilient recovery," December 2020: https://www.cepal.org/en/publications/46502-impact-covid-19-pandemic-tourism-sector-latin-america-and-caribbean-and-options; ECLAC, Economic Survey of the Caribbean 2020: Facing the challenges of COVID-19, 2021: https://www.cepal.org/sites/default/files/publication/files/46714/S2000888_en.pdf

[523] UNHCR/IOM internal reports; R4V Protection Sector, Regional Survey on Evictions of Refugees and Migrants from Venezuela, Feb 2021: https://www.r4v.info/en/document/regional-survey-evictions-refugees-and-migrants-venezuela

Venezuela AR_000995

reliance, and access to employment.[524] As the economic impacts of the pandemic are expected to persist for some time across the sub-region, these conditions and the consequent needs are not expected to abate in the short to mid-term.

Overall, refugees and migrants from Venezuela in irregular situations face various barriers to accessing services or participating in host countries' formal labour markets, since they do not have the required stay and work permits and risk detention and deportation if identified by authorities.[525] Additionally, access to healthcare is limited, often due to lack of documentation, insurance and other requirements which refugees and migrants from Venezuela cannot meet,[526] and the prioritization of nationals by healthcare providers.[527] Although some countries established social relief packages to support people in vulnerable conditions during the pandemic,[528] undocumented Venezuelans remained excluded and continue to depend on humanitarian assistance to survive.

With many refugees and migrants from Venezuela unable to meet basic needs during the pandemic, protection risks including gender-based violence (GBV) and mental distress have required enhanced counselling and assistance on the part of R4V partners, and in some cases compelled refugees and migrants from Venezuela to resort to coping mechanisms that put them at heightened risk of violence, abuse, and exploitation. A qualitative study that engaged survivors and analysed their stories further emphasized the heightened risks of violence and exploitation suffered by this group.[529]

Moreover, integration processes and the relationship with host communities have presented distinct challenges. According to the results of a perception survey[530] conducted by the Sub-regional R4V Platform in the five countries of the sub-region, there is an overall sentiment that Venezuelans can contribute to their communities; however, more than 50 per cent of

respondents thought that only certain profiles should be allowed entry, reflecting some reservations towards these populations.

Overall, the Governments of all five Caribbean countries continue working towards domestic legislation and policies to provide protection to refugees and migrants from Venezuela, including laws and national response plans to combat trafficking in persons (TiP), such as the procedures on the identification, referral, assistance and protection of victims of trafficking (VoTs) developed by R4V partners in conjunction with Aruban and Cura aoan authorities;[531] technical review of key legislative documents and the Draft Labour Migration Policy provided by partners in Trinidad and Tobago;[532] or the training materials and resources partners developed in Guyana to advance the creation of counter-trafficking procedures. Also, by the end of 2020, all five governments had included all individuals, regardless of nationality or situation in-country, in COVID-19 vaccination plans.[533]

Important government-led initiatives to regularize or extend permits of Venezuelans who would otherwise be in irregular situations have been launched in 2021 and will require enhanced support from R4V partners in 2022. The Dominican Republic launched a regularization scheme, targeting 100,000 Venezuelans[534] in the country to receive non-resident work and student permits. Meanwhile, Trinidad and Tobago extended stay permits until November 2021 for Venezuelans registered in a July 2019 exercise.[535] However, regularization requirements are often difficult for refugees and migrants from Venezuela to meet,[536] and alternative stay arrangements that take into account specific protection needs of Venezuelans remain constrained.[537]

Refugees and migrants from Venezuela continue risking their lives through dangerous, irregular boat journeys to reach Caribbean countries, at times resulting in fatalities.[538]

[524] OAS and R4V Regional Protection Sector, Impacts of COVID-19 on Refugees and Migrants from Venezuela, October 2021: https://www.r4v.info/es/document/impactos-de-la-covid-19-en-personas-refugiadas-y-migrantes-de-venezuela

[525] Aruba, Curaçao and Trinidad and Tobago, which lack such pathways, have been returning Venezuelans in irregular situations. Although many refugees and migrants from Venezuela are also without residency or in irregular situations in Guyana, no systematic deportations of those in irregular situations are reported.

Available at: R4V Caribbean, Legal Framework Factsheet, 2021: https://www.r4v.info/en/document/legal-framework-factsheet-caribbean

[526] See Caribbean Health Sector chapter of this RMRP 2022.

[527] In Curacao, many Venezuelans lack the documentation required for insurance to access public health systems.

[528] For example, in Aruba and Curacao, the authorities implemented a food distribution project where all persons, including refugees and migrants, could receive food assistance. The format changed from food cards distributed in 2020 and early 2021 to food hampers by August 2021. R4V partners assist with the logistical aspects of the programme such as registration and distribution. R4V Caribbean, Situation Report, August 2021: https://www.r4v.info/en/document/r4v-situation-report-caribbean-august-2021; R4V Caribbean, Situation Report, September 2021: https://www.r4v.info/en/document/r4v-situation-report-caribbean-september-2021

[529] Williams, K; Rampersad, R.; Parasram Mano, Nurse-Carrington, A Characterization of Venezuelan Female Migrants and Refugees in Guyana and Trinidad & Tobago, September 2020.

[530] R4V Caribbean, Report on Caribbean Perception Survey (internal), May 2021. The survey received 348 responses from the target sample, with 79 per cent from Guyana and Trinidad and Tobago.

[531] R4V Caribbean Protection Background Notes, Trafficking in Persons Sub-sector, June 2021: https://www.r4v.info/sites/default/files/2021-08/TiP%20Background%20Notes%202021%20-%20June%20revision.pdf

[532] IOM Accelerates Labour Migration Policy Discussions in Trinidad and Tobago, November 2021: https://rosanjose.iom.int/SITE/en/news/iom-accelerates-labour-migration-policy-discussions-trinidad-and-tobago

[533] R4V Caribbean Health Background Notes, June 2021: https://www.r4v.info/en/document/health-background-notes-caribbean

[534] R4V Caribbean, Integration Background Notes, May 2021: https://www.r4v.info/en/document/integration-background-notes-caribbean .

[535] Alvarado, G., Venezuelans begin getting work permits extended, August 2021: https://newsday.co.tt/2021/08/13/venezuelans-begin-getting-work-permits-extended/

[536] Barriers to regularization in Trinidad and Tobago and the Dominican Republic include lack of required documents, for example identification cards and passports (which may be expired). In the Dominican Republic, other barriers for accessing the Normalization Plan are mainly economic, related to the cost of around 200 USD per person, and an average family cost of almost 1,000 USD.

[537] For example, lack of access to asylum procedures, temporary protected status for specific vulnerabilities, or prevention of detention for people with pending immigration decisions or asylum claims.

[538] UNHCR/IOM, Latest Caribbean shipwreck tragedy underscores need for safe pathways, April 2021: https://www.unhcr.org/news/press/2021/4/60867de04/unhcr-iom-latest-caribbean-shipwreck-tragedy-underscores-need-safe-pathways.html.

and with smuggling situations turning into trafficking and/or exploitation.[539] This situation has been aggravated by border closures[540] and stringent entry requirements throughout the sub-region.[541] The need for avenues to legal stay and regularization remains critical, as risks of pushbacks, deportation, *refoulement*, TiP, exploitation,[542] abuse, and GBV remain acute for vulnerable groups.

Given this context, R4V partners will continue to advocate with host governments to promote access to territory and end pushbacks and deportations of Venezuelans, to respect the principle of *non-refoulement*,[543] while providing access to asylum for those with international protection needs, and ensuring that all migratory procedures observe due process and provide specialized protection to those in need. R4V partners will seek increased access to Venezuelans in detention, including through lawyers, while pursuing alternatives to refugee and migrant detention.

## RESPONSE STRATEGY

### Sub-Regional Planning Scenario

Of the 222,500 refugees and migrants expected in the Caribbean Sub-region by the end of 2022, 78 per cent are considered in need of assistance, along with nearly 31,000 members of affected host communities. Irregular arrivals by boat to the islands of Aruba, Curaçao and Trinidad and Tobago and across the riverine border between Guyana and Venezuela are likely to continue. Access to international protection for Venezuelans (including under the 1951 Refugee Convention and the European Convention on Human Rights)[544] will remain limited[545] but is expected to improve through continuous investment in enhancing asylum and other relevant protection procedures.

### Scope of the Response and Priorities

The Caribbean sub-regional response will focus on three main areas:

- Delivering essential goods and services, including food, non-food items (NFIs), shelter and hygiene items, multisectoral and sectoral cash and voucher assistance (CVA) including for health and psychosocial support.

- Preventing, mitigating and responding to protection risks of refugees and migrants from Venezuela and improving the protection environment in affected countries. Particular attention will be given to the prevention and response

to GBV, child protection and counter-trafficking efforts. Advocacy will focus on: regularization processes with criteria to ensure eligibility of refugees and migrants from Venezuela; functional asylum systems as pathways for access to international protection and corresponding rights (including documentation, access to employment, health, and education); the prevention of refoulement and detention of refugees and migrants; and access to territory and referral to corresponding protection systems for Venezuelans in vulnerable situations.

- Increasing integration opportunities, including access to decent employment, through access to documentation and essential public services linked to fundamental rights (education and health), including advocacy for the inclusion of refugees and migrants from Venezuela in national social protection mechanisms.[546]

Capacity-building and support for relevant stakeholders on referral pathways to respond to refugees and migrants from Venezuela seeking assistance will be prioritized, as will language classes.[547] Integration opportunities will be promoted to expand access to livelihoods, including business grants, vocational training, matching refugees and migrants with employers, and advocating for diploma validation.

Partners will support and complement government efforts and specialized services to prevent and respond to survivors of GBV and VoTs. Communication with communities (CwC) and community-based empowerment will be enhanced, including with host communities. Partners will provide CVA, legal and psychosocial support, and assistance with healthcare costs for Venezuelans with special protection needs.

### Response Principles

Activities undertaken in the Caribbean under the RMRP 2022 aim to ensure an informed rights-based approach that is age, gender and diversity sensitive, and protects the rights, safety and well-being of refugees and migrants, including those with specific protection needs. For example, partners conducting data collection will disaggregate it by age and sex and by other diversity considerations, as contextually appropriate and possible, for purposes of analysis and programming. Country operations will employ participatory methodologies at each stage of the operations management cycle, to incorporate the capacities and priorities of women, men, girls, and boys (and vulnerable groups) of diverse backgrounds into protection, assistance, and solutions programmes. Among other

[539] IOM, Migration in the Caribbean: Current Trends, Opportunities and Challenges, June 2017: https://reliefweb.int/sites/reliefweb.int/files/resources/Working%20papers_%20en_baja_20.06.17.pdf

[540] Chaitram, S., Tragedies at Sea: Venezuelan migrants continue to flock to Trinidad and Tobago despite border closure, April 2021: https://theglobalamericans.org/2021/04/tragedies-at-sea-venezuelan-migrants-continue-to-flock-to-trinidad-and-tobago-despite-border-closure/

[541] R4V Caribbean, Trafficking in Persons Background Notes, 2021: https://www.r4v.info/en/document/trafficking-persons-background-notes-caribbean

[542] IOM, Planning for Prosperity: Labour Migration and Guyana's Emerging Economy, 2021: https://programamesocaribe.iom.int/sites/default/files/planning_for_prosperity_labour_migration_and_guyanas_emerging_economy.nl_.pdf

[543] Aruba, Curaçao and Trinidad and Tobago carried out deportations of Venezuelans in 2021, including persons believed to have international protection needs that had not been adequately assessed prior to deportation, as well as children and infants, resulting in potential *refoulement* of Venezuelans.

[544] Aruba and Curaçao are autonomous constituent countries of the Kingdom of the Netherlands. The Netherlands retains responsibility for matters of foreign policy and realization of human rights, therefore these countries are subject to the ECHR. See also the R4V Caribbean Legal Framework Factsheet.

[545] R4V Caribbean, Legal Framework Factsheet, 2021: https://www.r4v.info/en/document/legal-framework-factsheet-caribbean

[546] Social Protection Programs and public services include work permits, grants, health, vaccination campaigns and education.

[547] In the Caribbean sub-region, capacity-building in several languages is required. Host community members learn Spanish, and indigenous languages (where possible) while Venezuelans learn English, and for Aruba and Curaçao, Dutch and Papiamento.

interventions, women and girls and other vulnerable groups such as the elderly and persons with special need have equal access to (or where required will be prioritized) for food, core-relief items, and CVA.

To ensure quality and responsive programming aligned with refugees' and migrants' evolving needs, R4V partners' accountability actions will be guided by the Accountability to Affected Populations (AAP) framework, which will be developed in 2022 to ensure coherence and consistency with work carried out regionally.[548] The sub-regional response will be achieved through regular consultations with affected populations, including inter-agency participatory assessments, protection monitoring exercises, displacement and movement tracking reports,[549] focus group discussions, helplines, protection counselling, and complaint/feedback mechanisms at agency and community level. Additionally, partners will maintain close ties with refugee and migrant communities via social media and other outreach mechanisms to monitor needs and receive continuous feedback.

Adherence to Protection from Sexual Exploitation and Abuse (PSEA) policies and procedures, including R4V partners' internal measures and complaints mechanisms, will be ensured as part of a comprehensive protection mainstreaming strategy by incorporating protection principles and promoting meaningful access, safety and dignity in the intersectoral humanitarian aid provided to beneficiaries. Furthermore, gender analyses will be carried out to allow R4V partners to tailor activities that reinforce gender-sensitive prevention and response mechanisms.

In terms of the principle of Centrality of Protection (CoP), R4V partners are guided by the IASC Policy on Protection in Humanitarian Action (2016) and prior statements of IASC Principles (2013), whereby protection will be mainstreamed throughout the programmatic cycle, and effective engagement with affected populations will promote sensible targeting of populations while enhancing their enjoyment of fundamental rights. Partners will also work with community leaders to establish a community-based, two-way communication network that allows for information-sharing and sensitization. Finally, partners will include environmental considerations in their activities in the Caribbean: 44 per cent of partner submissions to the RMRP included environmental assessments or considerations at least partially in their response design.

[548] R4V Regional Accountability to Affected Populations (AAP) Framework (2021) will be made available in late 2021. Currently unpublished.

[549] The Displacement Tracking Matrix (DTM) of the International Organization for Migration (IOM) is used to maintain periodic monitoring of refugees and migrants, as it relates to their profiles, characteristics, and socio-economic status. Data gathered through this process informs the locations, evolving needs and vulnerabilities of refugee and migrant populations.

Venezuela AR_000998

 EDUCATION

**PEOPLE IN NEED**
**44.1 K**
4.31% | 13.1%
40.4% | 42.2%

**PEOPLE TARGETED**
**16.9 K**
2.28% | 3.73%
43.0% | 51.0%

 **TOTAL REQUIREMENTS**
**5.89 M**

 **RMRP PARTNERS**
**12**

**SECTOR LEADS**
IOM-UNHCR

## PRIORITY NEEDS

Although bound by international *legal obligations*[550] to provide education to all children, access to formal education remains elusive for refugees and migrants from Venezuela in many Caribbean countries. In all five countries, refugees and migrants face administrative, financial, language, and cultural barriers to access primary and secondary education. In addition, there are limitations in accessing tertiary education and challenges due to non-recognition of prior degrees and reported incidents of xenophobia translating into bullying at school.[551]

In Aruba, Curaçao and the Dominican Republic, national laws require school attendance for all children regardless of their situation in-country, and in Guyana, refugee and migrant children from Venezuela can access public schools free of charge. However, in these four countries, enrolment has proven difficult as capacities to host additional students are limited and/or purchasing mandatory insurance[552] is unattainable due to required documents. Limited resources for uniforms, a lack of learning materials and transportation services pose additional obstacles. Meanwhile, in Trinidad and Tobago, while not explicitly barred, in practice refugee and migrant children cannot attend public schools due to requirements for student permits, which can only be obtained in conjunction with regular status.[553]

Moreover, the shift to virtual classes due to the pandemic has brought to the fore pre-existing gaps in digital connectivity and access to technology. Unfamiliarity with online platforms, usually facilitated in a foreign language, have *often resulted in* parents' inability to support their children's education.[554] Access and support for remote schooling will continue to be needed in the Caribbean, especially in Trinidad and Tobago,

where online alternative education remains the main option for refugee and migrant children.

## RESPONSE STRATEGY

In 2022, R4V Education Sector partners will aim to improve access to education by:

• Advocating with authorities to integrate refugee and migrant students from Venezuela in all levels of public education, regardless of their situation.

• Enhancing monitoring systems to track enrolment, retention, and results of students in educational programmes.

• Expanding school capacity to absorb more students, including by improving access to online education through the delivery of technological solutions to improve remote learning, expanding early childhood and skills-training programmes, and improving second-language training for stakeholders.

Advocacy will remain a strategic action for integrating children into national education systems. This will be complemented with direct service provision[555] and CVA for education needs. Information on available education programmes and registration requirements will be disseminated to parents and caregivers in Spanish. In Trinidad and Tobago, additional support will be provided to teachers and other service providers (administrative staff, other personnel that interact with learners and parents) to incorporate refugee and migrant children and adolescents in alternative education programmes.

[550] R4V Caribbean, Legal Framework Factsheet, 2021: https://www.r4v.info/en/document/legal-framework-factsheet-caribbean
[551] R4V Caribbean, Education Background Notes, 2021: https://www.r4v.info/en/document/education-sector-background-notes-caribbean
[552] R4V Country Chapters, Aruba, Curacao, Dominican Republic, Guyana, Trinidad and Tobago, August 2021. Internal Reports.
[553] The Education Act, Pa.7, states that "no person shall be refused admission to any public school on account of the religious persuasion, race, social status or language of such person or of his parent." This has been interpreted to also prohibit discrimination on the basis of national origin. However, the Ministry of Education policy on admission of students with a foreign passport (Circular Memorandum No.17 of 2017, Admission of Students with a Foreign Passport to a School in Trinidad and Tobago, http://ba-tc.org/batcwp/wp-content/uploads/Admission-of-Non-Nationals-to-Schools-in-Tand-T.pdf) requires them to have a student permit, which when taken together with the Immigration Act implies that students must have a regular status to be admitted: Pa.56, states that persons may not be admitted to the country "(...)for the purpose of entering any educational or training establishment ... unless that person is in possession of a valid student's permit (...)." Trinidad and Tobago Immigration Act (Act 41 of 1969): https://www.oas.org/dil/Immigration_Act_Trinidad_and_Tobago.pdf.
[554] Maharaj-Landaeta, S., "Education in the Post-Covid Era," 2021: https://www.researchgate.net/publication/351911542_Education_The_2021_Post-COVID_Edition.
[555] Direct services include face-to-face classes, tutorials, language sessions, participation in school-feeding programs, and psychosocial support through guidance counselling.

In the Dominican Republic and Guyana, the Sector will coordinate with WASH actors for water and sanitation infrastructure and hygiene services to be improved in schools. Other key strategic interventions will be cross-cutting, linking to the Protection, Child Protection, GBV, Health and Integration Sectors and Sub-sectors, including developing comprehensive and relevant educational resource materials, activating referral pathways, and identifying possible GBV or other forms of child abuse. Additionally, coordination will be pursued with the Food Security, Nutrition and Health Sectors to ensure that children benefit from school feeding programmes, in-school nutrition assessments, and immunization campaigns. Synergies will be sought with the Integration Sector regarding accreditation of Venezuelan academic certifications.



# FOOD SECURITY

 **PEOPLE IN NEED**
**87.9 K**
30.5%    37.6%
16.5%    15.4%

 **PEOPLE TARGETED**
**11.9 K**
28.3%    40.4%
14.0%    17.3%

**TOTAL REQUIREMENTS**
**1.49 M**

**RMRP PARTNERS**
**9**

**SECTOR LEADS**
**IOM–UNHCR**

## PRIORITY NEEDS

According to an April 2020 survey that included Caribbean sub-regional countries, one-fifth of respondents reported eating less and 17 per cent reported having to skip meals due to income loss during the COVID-19 pandemic.[556] Showing that the trend has not (uniformly) abated, some R4V partners reported between 500-650 per cent increases in requests for food assistance between April and September 2021.[557] Refugees and migrants – who largely work in the informal sector – have been disproportionately impacted by the pandemic, and the number of those in urgent need of food assistance has increased rapidly. Trinidad & Tobago R4V partners report that requests relating to food assistance and CVA are the most prominent requests received via hotlines throughout 2021.[558] Limited access to food likewise remains a major gap in Guyana,[559] particularly in remote border regions which are affected by higher prices and inadequate food items.[560] Logistical challenges hinder coordination of needs assessments and delivery of assistance[561] in these communities, which are also primarily where indigenous peoples live,[562] including disproportionately impacted indigenous refugees and migrants from Venezuela.[563]

## RESPONSE STRATEGY

Nearly 12,000 persons in the sub-region will be targeted for food assistance in 2022. R4V partners will focus on:

• Providing culturally appropriate food assistance to refugees and migrants from Venezuela, targeting households with children, including supporting the logistics of food assistance projects led by host governments in Aruba564 and Curaçao.565

• Transitioning to resilience-focused medium-term support modalities, such as regular food kit distributions and CVA, and providing referrals and targeted distributions to the most vulnerable households for additional assistance.

• Promote and provide training to implement community farming initiatives in remote areas.

Partners will provide direct support to refugees and migrants in the form of food kits, CVA and QR-coded vouchers to be used at participating supermarkets. R4V partners in Aruba will also provide hot meals through a healthy breakfast project targeted to support refugee, migrant and affected host community

[556] CARICOM/World Food Program, Caribbean COVID-19 Food Security & Livelihoods Impact Survey Regional Summary Report Pa.04, April 2020: https://docs.wfp.org/api/documents/WFP-0000114475/download/?_ga=2.45837284.1749133943.1588015917-451205294.1585360228

[557] R4V internal reports.

[558] CBI and Emergency Food Assistance: Addressing Food Insecurity in Trinidad & Tobago, June 2021: https://www.r4v.info/en/document/cbi-and-emergency-food-assistance-addressing-food-insecurity-trinidad-tobago; UNHCR, Trinidad and Tobago Factsheet, July 2021: https://reporting.unhcr.org/sites/default/files/Trinidad%20and%20Tobago%20factsheet%20July%202021.pdf

[559] R4V Caribbean, Situation Report, February 2021: https://www.r4v.info/en/document/r4v-situation-report-caribbean-february-2021.

[560] Starbroek News-Food Prices Up by 14 Per Cent, September 2021: https://www.stabroeknews.com/2021/09/28/news/guyana/food-prices-up-by-14/

[561] R4V Caribbean, Caribbean RMRP 2020 End-of-Year Report, Caribbean Sub-Regional Platform, April 2021: https://www.r4v.info/en/document/caribbean-subregional-platform-end-year-report-2020

[562] Bollers et al., InterAmerican Development Bank, Guyana's Indigenous Peoples Survey, Final Report, 2014: https://publications.iadb.org/publications/english/document/Guyana%E2%80%99s_Indigenous_Peoples_2013_Survey_Final_Report.pdf

[563] OAS and R4V Regional Protection Sector, Impacts of COVID-19 on Refugees and Migrants from Venezuela, October 2021: https://www.r4v.info/es/document/impactos-de-la-covid-19-en-personas-refugiadas-y-migrantes-de-venezuela

[564] R4V Caribbean, Situation Report, August 2021: https://www.r4v.info/en/document/r4v-situation-report-caribbean-august-2021

[565] R4V Caribbean, Situation Report, September 2021: https://www.r4v.info/en/document/r4v-situation-report-caribbean-september-2021

Venezuela AR_001000

children in schools. Direct interventions will be complemented with awareness-raising and advocacy to include vulnerable groups in food assistance.

Together with the Nutrition Sector, Food Security Sector partners will target pregnant and lactating mothers in conjunction with Infant Young Child Feeding (IYCF)[566] programmes and direct

emergency food assistance to refugees and migrants, including to address nutrition gaps. Meanwhile, the Sector will coordinate with the Protection, Health, and Education Sectors to identify and jointly work on referrals of refugees and migrants from Venezuela with acute needs related to food security, based on joint assessments.

 # HEALTH

 **PEOPLE IN NEED**
**81.4 K**


32.6%   40.0%
13.2%   14.1%

 **PEOPLE TARGETED**
**23.7 K**

32.9%   41.1%
12.7%   13.3%

**TOTAL REQUIREMENTS**
**4.2 M**

**RMRP PARTNERS**
**16**

**SECTOR LEADS**
IOM-UNHCR

## PRIORITY NEEDS

While access to emergency and primary healthcare is available for refugees and migrants from Venezuela in the Dominican Republic, Trinidad and Tobago[567] and Guyana, needs related to secondary, more complex, or longer-term treatments persist,[568] especially impacting pregnant women and the elderly, persons with disabilities, and persons seeking care in rural and remote areas with insufficient healthcare facilities. Language barriers further hamper access. Meanwhile, in Aruba and Curaçao, Venezuelans are largely unable to access national public health systems. While in Aruba they can access emergency services, they must pay out-of-pocket for most regular medical services, often accumulating debts.[569] In Curaçao persons in irregular situations cannot access health services through the national systems. Local systems also have limited capacity to provide adequate care related to COVID-19 prevention, testing and treatment.

Mental health needs are also among the major concerns, considering that psychosocial and psychiatric support are not easily available in the sub-region. Additionally, sexual and reproductive health (SRH) services are needed, particularly for survivors of GBV and persons engaged in survival sex.

## RESPONSE STRATEGY

The main response priorities for healthcare in the Caribbean include:

• Providing health services directly to refugees and migrants from Venezuela where access is not available through the national/public health systems, particularly in Aruba and Curaçao, including MHPSS, access to SRH services and dental care.

• Expanding access to and integrating refugees' and migrants' health needs into national health policies and programmes for healthcare access, particularly in the Dominican Republic and Trinidad and Tobago, bridging short-term emergency responses with medium to long-term actions, including by advocating for the inclusion of refugees and migrants in public health systems.

• Improving access to health services by developing and translating information products in Spanish, including relevant mappings of existing health services available to Venezuelans.

The heath response will focus attention on Venezuelans with special health and protection needs, including maternal and child health and chronic illnesses. Access to preventive medicine, and care for chronic, complex, and autoimmune diseases will be reinforced. This will be complemented by strengthened coordination mechanisms among partners, and health surveillance through information management and monitoring, including implementing GBV hospital surveillance systems to capture sexual assault data related to refugees and migrants for evidence-informed decision-making. Responses will also include direct healthcare service provision, like prenatal

[566] UNHCR, Infant Feeding in Emergencies (IFE) Core Group Infant and Young Child Feeding in Emergencies: Operational Guidance for Emergency Relief Staff and Programme Managers, Oct 2017: https://www.unhcr.org/45f6cd022.pdf

[567] In Trinidad and Tobago, access to primary and emergency health care, including support for infant and young child feeding, and growth monitoring and immunization for children under the age of five, is granted to all. Yet there is limited access to these services for refugees, migrants and other non-national groups due to lack of knowledge of where to go, long waiting times, denial of services, perceived victimization and fear of deportation, quality of customer assistance, language barriers, shortage of medicinal supplies and transportation costs.

[568] Such as hypertension, diabetes, HIV, cancer, schizophrenia, Parkinson's, Alzheimer's and rehabilitation.

[569] R4V Caribbean, Health Background Notes, 2021: https://www.r4v.info/en/document/health-background-notes-caribbean

Venezuela AR_001001

control, vaccination, contraception, health information, telehealth services, and other primary care, including services to people with sexually transmitted infections (STIs) and mental health issues. Access to primary healthcare will be supported for undocumented refugees and migrants through sectoral CVA, including for referrals to specialists, laboratory tests, and purchase of medications. Partners will also support secondary and tertiary healthcare for refugees and migrants and provide training and sensitization for health personnel on how to respond to this group. Further, community-led activities (i.e. medical brigades) will take place and the dissemination of informational materials on health in Spanish will be expanded.

In Curaçao, partners will continue to operate a clinic to provide basic healthcare for refugees and migrants, and in Aruba, partners will provide dental care and cover some medical and laboratory costs through CVA.

Collaboration between the Health, Education and Protection Sectors and the GBV Sub-sector will be essential, particularly on SRH, to share messages on family planning and STIs in schools and among vulnerable groups. Partners will work closely with the Protection Sector to ensure that protection-sensitive health services are available to persons with specific needs and serve as entry points for the identification of survivors of GBV, VoTs and children in need of protection. Finally, coordination with the Humanitarian Transportation and Shelter Sectors will be key to organize transportation and accommodation for cases where access to specialized treatments are unavailable in some countries.

## 🚌 HUMANITARIAN TRANSPORTATION

 **PEOPLE IN NEED**
**10.4 K**
↑ 26.0%   ↑ 43.0%
↑ 15.5%   ↑ 16.0%

 **PEOPLE TARGETED**
**80**
↑ 17.5%   ↑ 68.8%
↑ 6.25%   ↑ 7.50%

 **TOTAL REQUIREMENTS**
**209 K**

**RMRP PARTNERS**
**3**

**SECTOR LEADS**
**IOM-UNHCR**

### PRIORITY NEEDS

Guyana is the only country in the Caribbean sub-region that carries out Humanitarian Transportation activities where corresponding needs in this field persist,[570] including due to COVID-19-related movement restrictions. Refugees and migrants from Venezuela in need of emergency medical treatment and/or in a situation of protection risk, including GBV, require transportation, in many cases to Georgetown,[571] from more remote areas across the country where medical and other emergency services are limited, especially from Regions 1, 7 and 9 that border Venezuela. Internal movement restrictions imposed on refugees and migrants from Venezuela mean that they cannot easily pass between regions, for which permits are required.[572] While the authorities make exceptions for emergency medical treatment, after treatment has been administered for health-related evacuations and they are discharged from the hospital in Georgetown, they often lack local shelter options or means of returning to their residences. In addition, while the authorities also allow for evacuations due to physical and legal protection risks, such as in cases of GBV survivors or child protection cases, the processing

of necessary permits delays the travel and transportation of persons at imminent risk. Furthermore, mobility limitations also broadly impact the socio-economic integration prospects of refugees and migrants from Venezuela and contribute directly to unemployment, increased inability to meet basic needs, lack of livelihoods and heightened protection risks. In particular, refugees and migrants arriving to border regions **face challenges in moving into Georgetown and other coastal areas.**[573] Venezuelans forced to stay in border regions have limited livelihood and shelter options, and often feel compelled to resort to survival sex or the use of narcotic substances.

### RESPONSE STRATEGY

Humanitarian Transportation partners in Guyana will focus their response on guaranteeing safe and timely transportation for refugees and migrants from Venezuela with health and protection risks. Partners will:

• Advocate for the easing of movement restrictions within Guyana to prevent refugees and migrants from resorting to smuggling networks and reduce other protection risks.

[570] IOM, Displacement Tracking Matrix (DTM) Guyana, 2019, 2020 and Feb 2021: https://dtm.iom.int/guyana
[571] IOM-UNHCR-Guyana Country Chapter, August 2021. Internal Report.
[572] According to R4V partner reports, while not officially codified, this is the de facto policy enforced by national authorities.
[573] Based on Internal Assessments, focus group discussions (FGDs) with Venezuelan refugees and migrants, and Participatory Assessments, 2021.

Venezuela AR_001002

- Continue to engage the relevant Guyanese ministries, including the Ministry of Amerindian Affairs, to integrate refugees and migrants, particularly those from indigenous communities, into assistance programmes, offering transportation and accommodation in Georgetown when needed.

- Provide support with emergency transportation for refugees and migrants who have health and/or protection-related risks in Guyana that can be addressed through temporary or permanent internal relocation.

Partners will provide direct assistance to refugees and migrants from Venezuela, including through CVA for emergency transportation services. Partners will also support and strengthen the government's capacity to comprehensively address transportation-related challenges and movement restrictions affecting refugees and migrants, including by engaging in awareness-raising sessions and trainings to support authorities in the integration of refugees and migrants into current transportation support programmes.

In coordination with relevant Sectors, such as Health, Protection and Shelter to assist those with corresponding needs, an integrated response will be implemented where comprehensive assistance is provided to persons in need, including accompaniment and safe, dignified, and timely transportation. This will be coordinated closely with the Guyanese Ministry of Health, Ministry of Human Services and Social Security and Ministry of Amerindian Affairs.

 INTEGRATION

 **PEOPLE IN NEED**
**171 K**
👤 39.3%   👤 47.1%
👤 6.40%   👤 7.16%

 **PEOPLE TARGETED**
**32.6 K**
👤 37.8%   👤 47.2%
👤 7.50%   👤 7.50%

 **TOTAL REQUIREMENTS**
**17 M**

**RMRP PARTNERS**
**20**

**SECTOR LEADS**
**IOM–UNHCR**

## PRIORITY NEEDS

In the context of the COVID-19 pandemic, strict prevention measures combined with absent protection frameworks and inadequate domestic legislation have reduced refugees' and migrants' ability to pursue integration opportunities.[574] Barriers to achieving integration include inability to access social security and public services due to missing documentation, and the non-recognition of Venezuelan diplomas, for which there is no accreditation mechanism in any Caribbean country. At the same time, xenophobia, discrimination, and intolerance are steadily increasing[575] due in part to increased competition among refugees, migrants and host communities over limited economic opportunities.[576] Several countries have taken important steps towards expanding documentation and regularization for Venezuelans in 2021, including the Dominican Republic with a regularization process targeting 100,000 Venezuelans; Curaçao with an initiative to regularize certain eligible refugees and migrants; and Trinidad and Tobago extending stay permits granted initially through a 2019 government-led registration.[577]

## RESPONSE STRATEGY

Roughly 143,500 Venezuelans in the Caribbean are estimated to require integration support in 2022. The Sector will expand economic opportunities for refugees and migrants from Venezuela through entrepreneurship and labour inclusion, access to formal employment, recognition of diplomas, vocational and language training, social cohesion, awareness-raising campaigns and activities to reduce xenophobia.[578] Key response elements include:

- Encouraging social and cultural cohesion, peaceful coexistence, sustainable development and preventing xenophobia, while strengthening institutional capacities to improve livelihoods.[579] Working with host communities, integration activities will seek to address xenophobic sentiments and discrimination towards Venezuelans.

[574] R4V Caribbean, Integration Background Notes, May 2021: https://www.r4v.info/en/document/integration-background-notes-caribbean.
[575] OAS and R4V Regional Protection Sector, Impacts of COVID-19 on Refugees and Migrants from Venezuela, October 2021: https://www.r4v.info/es/document/impactos-de-la-covid-19-en-personas-refugiadas-y-migrantes-de-venezuela
[576] International Labour Organization & United Nations Development Programme, Migration from Venezuela: Opportunities for Latin America and the Caribbean Regional socio-economic integration strategy, 2021: https://www.ilo.org/wcmsp5/groups/public/---americas/---ro-lima/documents/publication/wcms_775183.pdf
[577] R4V Caribbean, RMRP 2021 Mid-Year Report, August 2021: https://www.r4v.info/en/document/caribbean-rmrp-2021-mid-year-report
[578] R4V Caribbean, Integration Background Notes, 2021: https://www.r4v.info/en/document/integration-background-notes-caribbean
[579] Examples of strengthening institutional capacities to improve livelihoods include programmes where organizations set and achieve their own development objectives to assist refugees and migrants through planning and implementation of skills-training, language and entrepreneurship initiatives to support refugees and migrants. It also includes initiatives to connect employers with refugees and migrants.

Venezuela AR_001003

- Advocating for legislative reforms that allow access to formal labour markets, public services, rights and documentation, including renewal of documentation and acceptance of expired documents.[580] This will include capacity-building and support of/to key stakeholders.

- Strengthening of institutional capacity to improve livelihood options.

Sector partners will engage in capacity-support to government actors and the private sector, encompassing diversity, anti-discrimination, and inter-cultural training. Direct services and support to refugees and migrants from Venezuela will include English as a second language training; empowerment workshops focusing on integration-related issues like access to housing, health and education, and financial inclusion; and entrepreneurship programmes including job placement, vocational trainings, small business financing and CVA. CVA will support projects that facilitate the transition from a humanitarian to a social protection approach, funding business grants. Partners will also undertake anti-xenophobia community activities, including arts and culture, to promote social cohesion.

Together with the Education Sector, partners will engage in joint research and market studies, and establish intersectoral strategies and common advocacy messages to promote diploma and degree recognition and institutionalize skills training and recognition processes for refugees and migrants. Furthermore, livelihood options will be promoted for refugees and migrants from Venezuela with teaching and childcare experience within education programmes. Working with the Protection Sector, gender analysis with special emphasis on women's access to livelihoods will be prioritized to economically empower women and reduce GBV, xenophobia, labour exploitation, and TiP risks. Information on referral pathways, regularization, and integration will be disseminated. Finally, with the Health Sector, partners will promote the inclusion of refugees and migrants from Venezuela within the Caribbean healthcare systems.

 **NUTRITION**

 **PEOPLE IN NEED**
**11.9 K**

👤 22.1%  👤 36.6%
👤 20.2%  👤 21.0%

**PEOPLE TARGETED**
**1.08 K**

👤 -  👤 -
👤 50%  👤 50%

 **TOTAL REQUIREMENTS**
**295 K**

 **RMRP PARTNERS**
**1**

**SECTOR LEADS**
IOM–UNHCR

## PRIORITY NEEDS

Job losses, limited financial resources, school closures and generally precarious living conditions due to COVID-19 have exacerbated refugees' and migrants' needs, impacting their nutrition levels[581] and increasing refugees' and migrants' risks of malnutrition.[582] This is particularly true for children, who during home-schooling no longer have had access to school feeding programmes.[583] In the Dominican Republic, Guyana and Trinidad and Tobago, further assessment on nutritional needs and gaps is needed to enable partners to provide food

assistance with adequate and context-related nutritional values. Meanwhile, malnutrition and waterborne diseases have reportedly increased among refugee and migrant families in Guyana, particularly among indigenous communities.[584] In Trinidad and Tobago, amongst refugee and migrant children who make up approximately 22 per cent of the refugee and migrant population from Venezuela,[585] reduced quantity and quality of nutrition have been observed by R4V partners.[586] The availability of nutritional education for refugees and migrants from Venezuela is also limited throughout the sub-region.

[580] Based on findings from JNAs in August 2021 in Aruba, Curacao, the Dominican Republic, Guyana and Trinidad & Tobago. Internal Reports.

[581] According to a CARICOM survey, half of the respondents have faced a change in income, owing mainly to job loss or reduced revenue, and 73 per cent of respondents indicated that their ability to carry out their livelihoods was affected in the last two weeks. CARICOM/World Food Programme, Caribbean COVID-19 Food Security & Livelihoods Impact Survey Regional Summary Report Pa.04, April 2020: https://docs.wfp.org/api/documents/WFP-0000114475/download/?_ga=2.45837284.1749133943.1588015917-451205294.1585360228

[582] Caribbean R4V Situation Report, February 2021: https://www.r4v.info/en/document/r4v-situation-report-caribbean-february-2021

[583] Ibid_

[584] R4V partners' internal reports, Guyana, August 2021.

[585] UNHCR, Trinidad & Tobago Factsheet, June 2021: https://www.r4v.info/en/document/unhcr-factsheet-trinidad-tobago-june-2021.

[586] UNICEF, Impacts of COVID-19 on Migrant Children in Trinidad and Tobago, July 2020: https://www.r4v.info/es/documents/details/78654.

Case 6:23-cv-00007   Document 95-5   Filed on 03/24/23 in TXSD   Page 62 of 224

## RESPONSE STRATEGY

More than 1,000 persons in-need will be targeted for assistance by the Nutrition Section in 2022. Partners will focus on:

1. Preventing and responding to malnutrition by prioritising Integrated Young Child Feeding (IYCF) programmes and supporting emergency food assistance, through referrals of persons with identified nutritional deficiencies, and promoting good nutritional habits among refugees and migrants and host communities.

2. Detecting and preventing acute malnutrition, particularly in children and pregnant and lactating women, through nutrition surveys and nutrition assessment plans.

3. Providing counselling to refugees and migrants from Venezuela and sensitization to service providers regarding IYCF.

Nutrition Sector partners will conduct surveys on the nutritional status of children under five years old and pregnant and lactating women; provide treatment of acute malnutrition in refugee and migrant children through specialised programmes; and engage in counselling on Infant and Young Child Feeding. To better evaluate emerging nutritional needs, partners will conduct Nutritional Needs Assessments with refugees and migrants from Venezuela and affected host communities. Acute malnutrition management protocols will be applied based on a simplified approach to manage acute malnutrition in children in primary care centres and in communities. Partners will also share educational material with refugees and migrants, with information on breastfeeding, introduction of complementary feeding, and food combinations, to improve the Venezuelan population's nutritional intake and cultural adaptation to local food availability. Finally, Sector partners will provide technical assistance and train service providers in nutritional counselling and monitoring at the field level.

Nutrition Sector partners will coordinate primarily with the Food Security Sector, but also the Health and Education Sectors, to identify individuals with acute nutritional needs and promote their access to emergency food assistance programmes. These Sectors will also coordinate to complement interventions on healthy nutritional habits, considering local context and cultural practices. School-feeding programmes will be promoted and expanded to reach refugee and migrant children where possible. When advocating for and supporting community-farming initiatives, partners will consult communities on their needs and interests and on crops and activities that are environmentally and culturally sensitive, nutritionally relevant, and economically integrated into existing supply chain needs and resources.

 **PROTECTION**

 **PEOPLE IN NEED**
**147 K**   32.8%  41.9%  12.9%  12.4%

 **PEOPLE TARGETED**
**66.7 K**   36.3%  49.4%  6.81%  7.45%

**TOTAL REQUIREMENTS**
**14.5 M**

**RMRP PARTNERS**
**10**

**SECTOR LEADS**
IOM-UNHCR

## PRIORITY NEEDS

Restrictions on access to territory, asylum procedures and limited regularization pathways are major challenges for refugees and migrants from Venezuela across the Caribbean. Ongoing border closures[587] and entry restrictions for Venezuelans – including restrictions predating the COVID-19 pandemic, for example in Aruba and Curaçao – have been prompting irregular and dangerous movements by boat, which leave refugees and migrants at risk of disappearance or death at seas, as well as exploitation and abuse by traffickers and/or smugglers. Additionally, regular pushbacks, detention and deportation have been reported in Aruba, Curaçao, and Trinidad and Tobago.[588]

Government-led refugee status determination processes are severely overburdened in countries like Aruba and the Dominican Republic, limited in scope in Curaçao, and not present in Guyana. Access to regularization pathways for refugees and migrants from Venezuela on a broader scale is currently only available in the Dominican Republic and to a limited extent in Trinidad and Tobago and Curaçao. Guyana provides entry permits with an initial three-month stay permit to all Venezuelans entering the country. Clear and reliable information on available procedures and legal services is a recurrent challenge, especially for Venezuelans in detention, and for other groups such as indigenous persons who face language barriers. Consequently, significant numbers of Venezuelans remain in irregular situations (86 per cent of

[587] As of November 2021, borders in Aruba, Curaçao, Guyana, and Trinidad and Tobago are closed to Venezuela.
[588] R4V partner and press reports.

the estimated Venezuelan population in Dominican Republic, approximately 46 per cent in Trinidad and Tobago, and the majority in the other countries[589] without access to basic services, rights, and social safety nets.

An ongoing regularization process in the Dominican Republic is expected to continue into 2022, through which an estimated 43,000 Venezuelans have accessed the first phase of registration and 4,400 have received visas toward finalization of a 1-year non-resident permit. Meanwhile, an exercise to extend the validity of stay permits previously issued to approximately 16,000 Venezuelans in Trinidad and Tobago remains limited to those who originally received such permits in 2019. The Government of Curaçao launched a "Responsible Integration" programme in early 2021, allowing some migrants who entered the country regularly before March 2020 to apply for a one-year residence permit with possibility to further apply for a longer-term work permit. However, high application costs, documentary requirements, and other conditions for approval mean that in practice, few Venezuelans qualify.

## RESPONSE STRATEGY

The Protection Sector will focus on the following priorities:

- Advocacy and direct support for the establishment of and access to regularization and asylum systems, as well as for access to territory and respect for human rights, including the principle of *non-refoulement,* due process for the consideration of immigration cases, and support to governments' regularization processes.

- Prevention of detention, deportations and returns in unsafe conditions (including pushbacks) through advocacy, legal assistance, and strategic litigation. This will include the promotion of alternatives to immigration detention and advocating for access to detention centres for service providers and partners (including legal, health, psycho-social, and case management).

- Increasing coordination with governments and partners to identify at-risk individuals and persons with specific needs, including indigenous groups in Trinidad and Tobago and Guyana and persons at risk of evictions and sexual exploitation, for referral to appropriate services, case management and relevant assistance. This will seek to address violence and exploitation, through service delivery, information dissemination and direct assistance to meet basic needs and identify durable solutions for refugees and migrants from Venezuela.[590]

The Protection Sector will target refugees and migrants from Venezuela in irregular situations and persons with specific needs who lack access to essential and specialized services, and individuals most at risk of suffering human rights violations. Moreover, the regular provision of services by R4V partners related to mental healthcare will be amplified. In the Dominican Republic and Guyana, R4V partners will focus responses on areas with the highest concentrations of Venezuelans and remote regions like the Hinterland. In Guyana, special attention will also be paid to sex workers and indigenous refugee and migrant communities, to address specific protection risks faced by these groups in an age, gender and diversity-sensitive manner to support collective rights and permanence of cultural tradition during displacement. The response will comprise community-based protection activities, strengthened accountability to affected populations, advocacy interventions, technical assistance, policy development, and capacity-support for national authorities and community-based organizations. The response will be achieved through strategic litigation, mapping of available services, and community-based protection including disseminating information on rights and services (legal, psycho-social, others) to refugees and migrants. Where national services are unavailable, partners will provide direct, specialized services or assistance. Data collection, needs assessments, consultations with communities and protection monitoring will be conducted regularly.

Protection actors will closely coordinate with with the GBV, Child Protection, and Human Trafficking and Smuggling Sub-sectors and with Integration and Shelter Sectors to jointly mitigate the abovementioned risks while promoting social cohesion. They will support host governments to strengthen protection services where gaps have been identified. Refugees and migrants from Venezuela will be at the centre of the programming cycle, through ongoing accountability mechanisms, and feedback will be incorporated to adapt interventions.

---

[589] R4V, Permit and Refugees and Migrants Statistics, 2021: *https://www.r4v.info/en/refugeeandmigrants* and *https://www.r4v.info/en/permits*.

[590] See in this respect also an IOM study in the framework of the R4V Sub-regional Protection Sector on the "Protection situation of Venezuelan refugees and migrants in the Caribbean," publication forthcoming.

#  CHILD PROTECTION

 **PEOPLE IN NEED**
**33.7 K**

👤 8.88%   👤 10.2%
👤 34.7%   👤 46.2%

 **PEOPLE TARGETED**
**21 K**

👤 7.13%   👤 9.26%
👤 38.5%   👤 45.1%

💰 **TOTAL REQUIREMENTS**
**1.67 M**

◎ **RMRP PARTNERS**
**6**

**SECTOR LEADS**
**IOM–UNHCR**

## PRIORITY NEEDS

Refugee and migrant children from Venezuela are extremely vulnerable to different forms of violence, neglect and exploitation, such as physical, psychological, sexual and gender-based violence, child labour and trafficking. Undocumented, indigenous or unaccompanied and separated children (UASC) are at even higher risks, and need specialized, coordinated and timely child protection services as well as alternative care arrangements. Refugee and migrant children, who make up nearly 28 per cent of the refugee and migrant population in the sub-region,[591] also need to be better integrated into public policies, and require assistance in mitigating barriers to accessing education, family reunification, and basic rights and services, which were exacerbated during the COVID-19 emergency.[592]

Child protection systems remain overburdened and language barriers persist. National[593] and community-based child protection mechanisms are needed to identify, refer, respond, and monitor the protection needs of refugee and migrant children. Inaccessible or limited education systems, access to remote options, and the overall integration and well-being of children remain concerns in the sub-region, while the interruption of school feeding programmes was linked to increasing child malnutrition.[594]

In some cases, isolation at home and a lack of livelihood opportunities for parents and caregivers led to increased risks of abuse by family members, including violence and various forms of exploitation.[595] Difficulties in accessing documentation, through asylum or regularization procedures, are linked to increased risks of deportation and detention of children, and dangers of statelessness for children of Venezuelans born abroad in countries such as the Dominican Republic, where descendants of undocumented refugees and migrants are not entitled to Dominican nationality. To prevent statelessness,

these children need access to adequate registration and documentation services to confirm their Venezuelan nationality through *jus sanguinis*.[596] Safe community and family-based care arrangements for UASC remain limited.

## RESPONSE STRATEGY

The Child Protection Sub-sector will focus on:

- Preventing violence, abuse, and exploitation by supporting the care and protection of UASC and child VoTs to ensure family reunification, family/community-based alternative care, referral to appropriate services like education and vocational training, social protection and MHPSS, that will be achieved through strengthening collaboration with government child protection authorities.

- Strengthening the capacity of national and community-based child protection systems to prevent, identify, respond to, and monitor all forms of violence, abuse, and exploitation. This will include strengthening child advocacy centres and child-friendly spaces to expand access to safe spaces and mitigate GBV and neglect, advocacy for birth registration and alternatives to detention, and, where needed, establish community-based child protection committees at local levels.

- Supporting children's access to education, mental health and child guidance support, recreational programmes, and promoting the inclusion of refugees and migrants in host communities.

Partners will support and strengthen the capacity of Caribbean governments and will work with relevant child protection agencies to address child protection issues and assist vulnerable children and their families. Partners will provide training and capacity-building to community actors and map relevant services. Direct support will be provided to refugees and migrants, through specialized services, CVA for parents/

---

[591] 2022 RMRP projections.

[592] R4V Caribbean, Education, Protection, and Health Background Notes.

[593] National refers to "public," i.e. provided by governments at the national level.

[594] Malnutrition and waterborne diseases have reportedly increased among vulnerable refugees and migrant families in remote areas, particularly among indigenous communities in Guyana.

[595] Country Chapters for the RMRP 2022 Planning Process for Trinidad and Tobago, Guyana, Aruba and Curacao, August 2021. Internal reports.

[596] Countries such as Trinidad and Tobago have seen a notable increase in deportations and detentions of children with their families. Additionally, children born to Venezuelan parents in the Dominican Republic need to confirm their Venezuelan nationality acquired through *jus sanguinis* at the Venezuelan consulate, a challenge due to limited consular services. Similar challenges are faced in Aruba and Curacao.

caretakers, in-kind assistance, community-led recreational and educational activities, awareness-raising initiatives and communication with communities on child-friendly materials and methodologies.

The Sub-sector will coordinate with the Integration, Education, Food Security, Nutrition, Health, and WASH Sectors to develop inter-sectoral responses that place the best interests of the child at the core of all activities. The Sub-sector will collaborate with these Sectors on respective activities to be carried out in schools and child-friendly spaces, including school feeding, nutritional assessments, immunization, and medical check-ups to enhance preventative medicine and MHPSS for healthy child development.


# GENDER-BASED VIOLENCE (GBV)

|  PEOPLE IN NEED | 21.0% | 44.5% |  PEOPLE TARGETED | 14.2% | 73.0% |
|---|---|---|---|---|---|
| **39.5 K** | 14.1% | 20.4% | **10.5 K** | 3.67% | 9.10% |

| TOTAL REQUIREMENTS | RMRP PARTNERS | SECTOR LEAD |
|---|---|---|
| **3.51 M** | **10** | **UNFPA** |

## PRIORITY NEEDS

Refugees and migrants from Venezuela face heightened risks of GBV during their movements and in host countries.[597] Prevailing gender roles and negative perceptions towards Venezuelans in the Caribbean result in xenophobia, sexual harassment, and denigrating comments, more commonly directed at women, girls and LGBTQI+ persons.[598] Venezuelan women and girls in particular may be incorrectly perceived as sex workers due to negative stereotypes, while sex work is practiced particularly by refugees and migrants from Venezuela without regular income-generating prospects, which can in turn expose them to situations of GBV. Incidences of GBV increased due to loss of livelihoods and lockdowns associated with the COVID-19 pandemic,[599] as evidenced by the Trinidad and Tobago hotline data[600] and media reports.[601]

The relationship between economic insecurity and GBV is complex. Some women and girls feel compelled to engage in relationships with local men as a means of regularizing their status and for financial support. Some move to remote areas including mining areas in Guyana where the cost of living is more affordable and, where sex work, although risky,[602] is one of the main income-generating activities available for women. In such cases, unequal power dynamics leave women and girls more at risk of GBV[603] and less able to access support.[604] Access to services for refugee and migrant survivors of GBV is stymied by language barriers. Additionally, many are unaware of their rights, and mistrust the authorities.

## RESPONSE STRATEGY

The GBV Sub-sector will focus on the following priorities:

- Strengthening multisectoral prevention strategies, community-based activities and other awareness-raising initiatives to transform norms and reduce the socio-cultural tolerance of GBV.

- Reinforcing capacities of GBV service providers and first responders and advocating for access for Venezuelans, in addition to providing quality essential services for GBV survivors, case management, safe shelter, MHPSS, CVA, legal assistance, and medical services, to complement local capacity. Partners will also prioritize integration and

[597] Williams, K; Rampersad, R.; Parasram Mano, Nurse-Carrington, *A Characterization of Venezuelan Female Migrants and Refugees in Guyana and Trinidad & Tobago*, September 2020.

[598] UN Women, The Caribbean Women Count: 2016-2019 report indicates that one in every two women will experience intimate partner violence in their lifetime, and that 38 per cent have experienced physical and/or sexual violence in Guyana, and 44 per cent in Trinidad and Tobago: *https://caribbeanwomencount. unwomen.org/index.html*

[599] WHO, COVID-19 and Violence Against Women: What the Health Sector Can Do, March 2020: *https://www.who.int/reproductivehealth/publications/ emergencies/COVID-19-VAW-full-text.pdf?ua=1*

[600] R4V Caribbean, Situation Report, June 2021: *https://www.r4v.info/en/document/r4v-situation-report-caribbean-june-2021*

[601] Trinidad & Tobago Minister of Social Development and Family Services, Statement on Incidence of Violent Crimes Against Women and Girls, April 2021: *http://www.social.gov.tt/wp-content/uploads/2021/04/Statement-on-Violent-Crimes-Against-Women-and-Girls-April-27th-2021.pdf*. Loop News, Venezuelan woman killed in St James, suspect held, October 2020: *https://tt.loopnews.com/content/venezuelan-woman-killed-st-james-suspect-held*

[602] R4V Inter-Agency Rapid Gender-Based Violence Assessment Report in Guyana, March 2019: *https://www.r4v.info/sites/default/files/2021-06/IA%20 Rapid%20GBV%20Assessment%20Report%20-%20Guyana%20-%20March%202019%20%5BEN%5D.pdf*

[603] UN Women, The Shadow Pandemic: Violence against women and girls and COVID-19, 6 April 2020: *https://www.unwomen.org/-/media/headquarters/ attachments/sections/library/publications/2020/issue-brief-covid-19-and-ending-violence-against-women-and-girls-en.pdf?la=en&vs=5006*

[604] UNICEF, Child Protection Learning Brief #1, August 2020: *https://www.unicef.org/media/76916/file/Gender-Based-Violence-in-Emergencies-CP-Learning-Brief-Aug-2020.p*

reintegration planning for GBV survivors.

- Improving coordination between GBV service providers and public services, as well as evidence-based prevention and response efforts, including through joint needs assessments, data collection, and the development and/or strengthening of referral pathways.

Partners will support Governments' capacities to deliver timely, quality, well-coordinated multi-sectoral essential services[605] through resources and technical support. These include SRH, case management, MHPSS, legal services and access to justice, emergency shelters and safe spaces adapted to the COVID-19 context. Advocacy, training and sensitization of all response actors will be critical to mitigate, prevent and respond

to GBV. Partners engage through community-based initiatives and will provide individual case management and direct support through CVA for emergency shelter and immediate needs of GBV survivors and persons at risk of GBV.

Partners will align GBV prevention and response efforts with the Human Trafficking and Smuggling Sub-sector, for cases where TiP takes place for the purpose of sexual exploitation.[606] Support will be provided to survivors of GBV through intersectoral collaboration with the Shelter, Food Security, WASH, and Health Sectors as part of integrated case management services to respond to identified needs.

#  HUMAN TRAFFICKING AND SMUGGLING

 **PEOPLE IN NEED**
**12.7 K**   ♂ 14.6%  ♀ 57.2%
             ♂ 9.05%  ♀ 19.2%

 **PEOPLE TARGETED**
**772**   ♂ 0.78%  ♀ 92.6%
          ♂ 0.52%  ♀ 6.09%

**TOTAL REQUIREMENTS**
**1.63 M**

**RMRP PARTNERS**
**5**

**SECTOR LEAD**
IOM

## PRIORITY NEEDS

Refugees and migrants from Venezuela are particularly vulnerable to TiP and the risks involved with smuggling in the Caribbean, particularly due to lack of regular entry pathways to the countries, reduced economic opportunities, and well-organized trafficking and smuggling networks[607] in the sub-region.[608] Unprecedented travel and entry restrictions, also due to COVID-19, have led refugees and migrants to resort to alternative, dangerous routes to avoid detection. These routes and the means of transportation are controlled by traffickers and smugglers, significantly increasing the risks of abuse, exploitation, and deaths.[609]

Online recruitment by transnational trafficking and smuggling

networks via digital media are key protection concerns in the Caribbean.[610] After arriving to host countries, Venezuelans – particularly women and adolescent girls – find that job offers turn into sexual exploitation or forced labour and servitude.[611] Trafficked persons are coerced to work by use of violence or intimidation, or by more subtle means like accumulated debt or debt bondage, retention of identity papers, limited movement, threats of alerting immigration authorities, and threats against the lives of family members in Venezuela. The risk of deportation and distrust in law enforcement also discourages victims from participating in criminal investigations.[612]

Greater demands on national protection systems emphasize needs for solutions to provide comprehensive support for VoTs. Other gaps are notable in areas of prevention, protection, and prosecution mechanisms for human trafficking

[605] Essential services are a package of services to be provided to all women and girls who have experienced GBV, including services that should be provided by the health, social services, police and justice sectors. UNFPA, Essential Services Package for Women and Girls Subject to Violence, 2015: https://www.unfpa.org/essential-services-package-women-and-girls-subject-violence

[606] See hereto: https://www.connectas.org/especiales/esclavas-sexuales-venezolanas/en/

[607] Scruggs, G., Venezuelans Survive by Smuggling Over the Waves to Trinidad, Thomson Reuters, 2018: https://www.reuters.com/article/us-trinidadtobago-venezuela-crime-idUSKBN1JG1LU; Chaitram, S. Global Americans- Tragedies at Sea: Venezuelan Migrants Continue to Flock to Trinidad and Tobago Despite Border Closures, 2021: https://theglobalamericans.org/2021/04/tragedies-at-sea-venezuelan-migrants-continue-to-flock-to-trinidad-and-tobago-despite-border-closure/

[608] R4V Caribbean, Trafficking in Persons Background Notes, 2021: https://www.r4v.info/en/document/trafficking-persons-background-notes-caribbean .

[609] Ibid.

[610] Ibid. See also R4V Caribbean, Curaçao Participatory Assessment, 2020. Internal report.

[611] U.S. Department of State, Trafficking in Persons (TiP) Report, June 2020: https://bb.usembassy.gov/state-department-releases-2020-trafficking-in-persons-report/; Arrests made in human trafficking investigation of Maxim Bar, 24ora.com, June 2021: https://24ora.com/tin-hasta-detencion-investigacion-na-maxim-bar-relaciona-cu-traficacion-di-hende/%20%20; Núñez, M. and Smolansky C., Venezuelan Sex Slaves: A Booming Industry in Trinidad and Tobago, 2021: https://www.connectas.org/especiales/esclavas-sexuales-venezolanas/en/

[612] R4V Caribbean, Aruba Participatory Assessment, 2020. Internal report.

and smuggling.[613] For example, the Trinidad and Tobago government reported arresting and prosecuting only two alleged sex traffickers in 2020 while only one conviction was reported in Guyana in early 2021. The Dominican Republic authorities initiated prosecutions of 42 defendants in 2020 (36 for sex trafficking and six for labour trafficking).[614]

## RESPONSE STRATEGY

The Human Trafficking and Smuggling Sub-sector will focus on the following priorities:

- Improving case management practices, promoting a survivor-centred approach and strengthening capacity of government and community-based organizations to adequately identify, respond and support VoTs and those having experienced violence, abuse and exploitation in connection with smuggling, including by enhancing coordination, communication, and timely response among institutions and organizations providing support to refugees and migrants. This includes ensuring that victims can access interpretation services and legal representation throughout the prosecution process.

- Ensuring VoTs, as well as victims of exploitation, abuse and violence, can access proper documentation through various legal avenues (depending on the host country), as many are at risk of detention and deportation. This will allow them to access employment, support for shelter, healthcare, MHPSS and specialized services, and will be done in close coordination with the relevant authorities.

- Countering the smuggling of refugee and migrants through targeted information campaigns on the risks of smuggling, capacity-strengthening for improved investigation as a priority, and promotion of information exchange and investigation mechanisms among Caribbean countries for the prevention and effective prosecution of smuggling by land, air, and sea. This will be complemented by sub-

regional cooperation to combat smuggling and dismantle existing transnational organized crime networks, including cross-border prosecution. The Sub-sector will ensure that identification tools and referral pathways extend to smuggled refugees and migrants who have been subjected to abuse, violence and/or extortion at the hands of smugglers.

Direct service provision, in-kind and through CVA, will be provided for emergency assistance to cover basic needs, including temporary accommodation, food, NFIs, MHPSS, reintegration plans focused on livelihoods and income-generating activities, empowerment trainings, and support with family reunification procedures. Community-based activities on awareness and prevention will be implemented. Partners will also engage in capacity-building, advocacy and technical support with relevant authorities on trafficking and smuggling. These will be complemented with culturally sensitive and survivor-centred programming based on international best practices to reduce re-victimization. To counter smuggling, the Sub-sector will raise awareness on the risks of smuggling through communication with communities (CwC) while capacity-building with relevant authorities on combatting human trafficking and smuggling.

Key strategic interventions will be carried out in coordination with the Protection Sector and the Child Protection and GBV Sub-sectors to develop a response that keeps the best interest of survivors at its core. Regarding protection, the Sub-sector will ensure that identification tools and referral pathways extend to refugees and migrants who have been subjected to abuse, violence and/or extortion at the hands of traffickers or smugglers. Coordination with the Food Security, Nutrition, Shelter and Health Sectors will be pursued to ensure that VoTs have access to basic survival items and services.

[613] See Caribbean R4V Trafficking in Persons Background Note, June 2021: https://www.r4v.info/sites/default/files/2021-08/TiP%20Background%20Notes%20 2021%20-%20June%20revision.pdf
[614] U.S. Department of State, Trafficking in Persons (TiP) Report, June 2021: https://www.state.gov/reports/2021-trafficking-in-persons-report/. Curaçao closed a case on 3 November 2021, where the accused who allegedly housed five women through coercion and violence forcing them to perform prostitution work, was acquitted, since the allegations were not substantiated. Two cases, ongoing since 2020, have gone to high court appeals in 2021.

 **SHELTER**

 **PEOPLE IN NEED**
**65.7 K**    30.5%  39.8%   15.3%  14.3%

**PEOPLE TARGETED**
**9.85 K**    33.6%  40.4%   11.7%  14.3%

 **TOTAL REQUIREMENTS**
**5.37 M**

 **RMRP PARTNERS**
**8**

**SECTOR LEADS**
**IOM-UNHCR**

## PRIORITY NEEDS

Refugees and migrants from Venezuela face challenges in securing safe and adequate housing in the Caribbean sub-region, due to rising rental costs, tenancy requirements, lacking financial resources, documentation, and limited accountability mechanisms for landlords. Economic contraction experienced in the five Caribbean countries due to the pandemic left large numbers refugees and migrants jobless and unable to find work even as restrictions have been gradually lifted.[615] Many were thus unable to meet rental obligations: in a regional survey on evictions, 87 per cent of Venezuelan refugees and migrants reported risk for eviction due to inability to pay rent. [616] Venezuelans often live in overcrowded conditions, with limited protections for tenants' rights, especially where rents are beyond the earning capacity, rental values are not regulated and where contracts are not binding. This heightens protection risks for children, and inadequate safety in shared sanitary facilities in accommodations can lead to exposure to COVID-19 and to risks of GBV.[617] Needs include affordable, dignified shelter options, tenure security, eviction prevention, and culturally adequate housing, particularly for indigenous communities.

Venezuelans often do not qualify for public sector housing assistance, except in Guyana. Furthermore, there are limited adequate shelter options for specific vulnerable populations (such as UASC, women-headed households, the elderly and the LGBTQI+ community)[618] and these are often inadequately resourced. Medium and long-term shelter options are limited in sub-regional countries, particularly access to safe and dignified shelter, while vector-borne diseases and COVID-19 transmission remain concerning amid unsanitary conditions.

## RESPONSE STRATEGY

In 2022, the Shelter Sector's response priorities in the Caribbean will include:

• Enhancing engagement with landlords, including screening and sensitization on protection considerations and on rights of refugees and migrants; establishing referral pathways that respond to protection risks; providing tenancy rights training to refugees and migrants; increasing tenure security and analysis and monitoring of rental markets through rental oversight boards.

• Expanding shelter options and CVA for rent to prevent evictions and increase access to safe and dignified shelter for refugees and migrants from Venezuela. Partners will advocate with authorities to develop joint shelter strategies, including the identification of safe spaces to repair and use as individual shelters and/or collective centres, with access to adequate WASH services and facilities.

• Disseminating information to refugees and migrants from Venezuela on strategies to prevent the spread of COVID-19 in the various shelter options, and on mental health and psychosocial support (MHPSS).

The Caribbean shelter response will be structured around providing emergency shelter support, increasing knowledge of tenancy rights, and mitigation of evictions. Priority will be given to individuals in irregular situations, at risk of detention, refoulement, GBV, TiP, abuse and/or exploitation, and the above-referenced vulnerable groups. To address short-term needs, partners will provide emergency, short and medium-term shelter support to refugees and migrants, primarily through CVA for rental subsidies and household items. Longer-term needs will be addressed through legal counselling and assistance related to evictions. Partners will further disseminate information to mitigate the spread of COVID-19 in the various shelter solutions.

The Shelter Sector strategy includes coordination with the WASH Sector to ensure adequate sanitation by improving infrastructure, ensuring availability of hygiene resources and potable water supplies in shelters, and with the Integration, Health and Protection Sectors to provide case management,

[615] IOM, Protection Study, 2021; Aruba BNA, 2021; and the Migration Governance Needs Assessments, 2021.

[616] R4V Protection Sector, Regional Survey on Evictions of Refugees and Migrants from Venezuela, February 2021: https://www.r4v.info/en/document/regional-survey-evictions-refugees-and-migrants-venezuela-0

[617] Government of the Republic of Trinidad and Tobago and UN Women, Gender-Based Violence in Trinidad and Tobago: A Qualitative Study, 2018: https://www.google.com/url?sa=t&source=web&rct=j&url=https://www.undp.org/content/dam/unct/caribbean/docs/20181011%2520AF%2520Trinidad%2520and%2520Tobago%2520Health%2520for%2520digital.pdf&ved=2ahUKEwjggrWk6P_zAhUztjEKHYWWAYsQFnoECAQQAQ&usg=AOvVaw1LiMR9L5lD3wP7BYEXPjUw

[618] R4V Caribbean, country chapters based on Internal Assessments, focus group discussions (FGDs) with Venezuelan refugees and migrants, and Participatory Assessments, 2021. Internal reports.

MHPSS, CVA, household items and hygiene kits, while also integrating livelihood activities to avoid creating dependencies. Inter-sectoral data collection and field assessments will also be conducted to maintain updated information on shelter and related needs of refugees and migrants from Venezuela and affected host communities.

 **WASH**

 **PEOPLE IN NEED**
**15.9K**    28%    34%    18%    20%

 **PEOPLE TARGETED**
**4.45K**    27.4%    34.6%    18%    20%

 **TOTAL REQUIREMENTS**
**1.36M**

**RMRP PARTNERS**
**7**

**SECTOR LEADS**
**IOM-UNHCR**

## PRIORITY NEEDS

Although WASH facilities are generally available in most sub-regional countries, many refugees and migrants from Venezuela live in overcrowded conditions and remote or border regions. In particular, indigenous communities in Guyana and residents of remote coastal areas of Trinidad and Tobago have limited access to clean/potable water supplies, plumbing, handwashing and sanitation facilities. Harsher dry seasons leave communities in Guyana's Region 1 with insufficient potable water, affecting host communities and indigenous Warao Venezuelan refugees and migrants who have settled there. Moreover, refugees and migrants from Venezuela lack access to information on hygiene promotion in Spanish, and tailored to their specific cultural needs and practices, including of indigenous peoples. This is coupled with inaccessibility of hygiene items, including for menstrual hygiene, largely due to cost restraints, which limits refugees' and migrants' ability to manage their health, including in the context of COVID-19 and vector-borne diseases.

## RESPONSE STRATEGY

The RMRP 2022 response to WASH needs will target refugees and migrants and host communities, particularly in shared public spaces and facilities such as schools, health centres and transit points. Priorities will include:

• Increasing access to potable water for refugees and migrants and host communities, through the provision of water supply, water storage and treatment supplies in areas where refugees and migrants live, in schools and other public areas.

• Preventing the spread of COVID-19 and other infectious diseases through the provision of WASH and Infection and Prevention Control (IPC) supplies in host communities, at household levels, at public facilities including schools and health centres, and at entry points and border communities, in

coordination with national authorities such as the Ministries of Public Health, Immigration Departments and other local authorities.

• Supporting a safe back-to-school environment in the COVID-19 pandemic context by developing protocols to aid the return to in-person classes, in a safe and planned manner, including by promoting access to adequate WASH facilities in educational facilities. R4V partners will also provide personal protective equipment (PPE), WASH and IPC supplies for education and frontline health facilities.

In all sub-regional countries, a mixed modality between in-kind distribution of NFIs, including cleaning products and sanitation items, and CVA will be used to respond to immediate WASH needs, particularly in remote areas and among indigenous communities. R4V partners will continue supporting governments, including through partnerships with local authorities and agencies to increase capacities in service provision and guarantee access to WASH in communities hosting refugees and migrants from Venezuela, with a special emphasis on border communities and official and unofficial entry points. An example of such collaboration was the purchase of a water boat by a Guyana R4V partner which is used by the national water provider to supply fresh water during the dry season.

In conjunction with the Education and Health Sectors, partners will disseminate WASH IPC materials for schools, and WASH training and hygiene promotion materials, including messaging through social media that enables feedback and interactive discourse with health and water service providers. Furthermore, WASH partners will implement a coordinated and integrated response with the Education and Health Sectors to promote safe school and environment protocols that allow for the safe return to classes. Additionally, information on COVID-19 safety measures will be distributed to prevent and mitigate its spread among the population, while partners will engage with government authorities to continue improving public handwashing and sanitation facilities.[619]

[619] IOM supports the Trinidad and Tobago Airports Authority's capacity-building efforts to mitigate transmission risks of COVID-19, January 2021: https://www.iom.int/news/iom-supports-trinidad-and-tobago-airports-authoritys-capacity-building-efforts-mitigate-transmission-risks-covid-19

Venezuela AR_001012



CENTRAL AMERICA
& MEXICO

Venezuela AR_001013

© R4V

# CENTRAL AMERICA & MEXICO

## AT A GLANCE




**POPULATION PROJECTION 2022**
## 265 K


**PEOPLE IN NEED**
## 175 K


**PEOPLE TARGETED**
## 55.6 K

| | POPULATION PROJECTION 2022 | PEOPLE IN NEED | PEOPLE TARGETED |
|---|---|---|---|
| **VENEZUELANS IN DESTINATION** | 250 K | 149 K | 50.5 K |
| **HOST COMMUNITY** | – | 16.4 K | 681 |
| **IN TRANSIT\*** | 14.9 K | 9.53 K | 4.47 K |

**GENDER DISAGGREGATION**


♂ **39.6%**   ♂ **40.6%**
♀ **9.70%**   ♀ **10.2%**


♂ **39.3%**   ♂ **40.2%**
♀ **10.1%**   ♀ **10.5%**


♂ **34.5%**   ♂ **44.5%**
♀ **10.5%**   ♀ **10.4%**


**TOTAL REQUIREMENTS**
## $24.1 M


**RMRP PARTNERS**
## 6

\* Refugees and migrants are in-transit are included in the national totals.

## FUNDING REQUEST AND BENEFICIARIES TARGETED



| COUNTRY | 📊 | 👥 | 👫 | 💰 |
|---|---|---|---|---|
| Mexico | 91.4 K | 56.0 K | 23.2 K | $6.15 M |
| Panama | 128 K | 93.9 K | 21.3 K | $8.52 M |
| Costa Rica | 31.1 K | 25.1 K | 11.1 K | $9.41 M |

📊 Population Projection   👥 People in Need   👫 People Targeted   💰 Budget   **Venezuela AR_001015**

## NUMBER OF ORGANIZATIONS AND FINANCIAL REQUIREMENTS BY ORGANIZATION TYPE

| | International NGOs | National NGOs / CSOs‡ | Others‡‡ | UN Agencies |
|---|---|---|---|---|
| Financial requirements | 11.3% | – | – | 88.7% |
| Organizations | 3 | – | – | 3 |

‡ Civil Society Organizations.

‡‡ Others include the Red Cross Movement, academia and faith based organizations.

The list of organizations only includes appealing organizations under the RMRP, many of which collaborate with implementing partners to carry out RMRP activities.

## POPULATION IN NEED AND TARGET, FINANCIAL REQUIREMENTS AND NUMBER OF PARTNERS BY SECTOR

| Sector | People in need (PiN)* | Targeted / In need | People targeted* | Financial requirements (USD) | Partners |
|---|---|---|---|---|---|
| Education | 21.4 K | | 1.72 K | 867 K | 3 |
| Food Security | 145 K | | 8.05 K | 1.22 M | 3 |
| Health | 117 K | | 11.2 K | 2.35 M | 3 |
| Humanitarian Transportation | 1.55 K | | 500 | 45.0 K | 1 |
| Integration | 138 K | | 14.0 K | 6.79 M | 6 |
| Nutrition | 17.1 K | | – | – | – |
| Protection** | 154 K | | 19.4 K | 7.01 M | 6 |
| Child Protection | 11.1 K | | 760 | 206 K | 3 |
| Gender-Based Violence (GBV) | 45.2 K | | 1.07 K | 656 K | 4 |
| Human Trafficking & Smuggling | 36.4 K | | – | 85.0 K | 2 |
| Shelter | 100 K | | 6.20 K | 1.45 M | 4 |
| WASH | 91.5 K | | 7.70 K | 358 K | 3 |
| Multipurpose Cash Assistance | – | – | 3.92 K | 2.24 M | 3 |
| Common Services*** | – | – | – | 803 K | 3 |

* Refugees and migrants in-transit are included in the national totals.

** This includes Support Spaces

*** This includes AAP, Communication, Coordination, CwC/ C4D, Fundraising, Information Managent, PSEA and Reporting.

Venezuela AR_001016

## COUNTRY OVERVIEW



The three countries of the sub-region (Panama, Costa Rica and Mexico) have long been destination as well as transit countries for Venezuelans. However, until recently most arrivals of Venezuelans to these countries had been by air and through official points of entry. Starting in mid-2021, a significant increase in land movements of refugees and migrants from Venezuela were observed through Central America and Mexico. From January to October 2021, almost 2,000 refugees and migrants from Venezuela crossed the dangerous jungle route through the Darien Gap into Panama from Colombia,[620] and there were over 10,000 encounters of Venezuelans attempting to enter the United States through the land border with Mexico just in the month of September 2021.[621] By October 2021, there were an estimated 234,500 Venezuelan refugees and migrants in the sub-region, expected to reach 265,000 by December 2022.[622]

Border closures and the economic impact of the COVID-19 pandemic have contributed to a notable increase in irregularity, with refugees and migrants from Venezuela in the sub-region exposed to increasing risks such as assaults, robbery, violence (including GBV), smuggling and human trafficking. The COVID-19 pandemic has also caused suspensions and delays in asylum and migratory regularization processes, and limited opportunities for socio-economic integration.

In Panama, the slow socio-economic reopening and recovery after lockdowns and mobility restrictions to mitigate COVID-19 have severely impacted refugees and migrants from Venezuela throughout 2021, resulting in loss of livelihoods, restricted access to healthcare and limited ability to meet basic needs.[623] For example, 75 per cent of refugees and migrants from Venezuela in Panama surveyed by an R4V partner reported having been forced to reduce the quantity or quality of food consumed in the household in 2021.[624] By the second quarter

[620] National Migration Service, Government of Panama, Chart No. 003: Irregular Transit of Foreigners through the Colombian Border in Order of Country of Origin, Year 2021: https://www.migracion.gob.pa/images/img2021/pdf/IRREGULARES_POR_DARIEN_OCTUBRE_2021.pdf

[621] U.S. Customs and Border Protection (CBP), Encounters by Fiscal Year (searchable database by nationality, border and timeframe): https://www.cbp.gov/newsroom/stats/nationwide-encounters. There were 10,939 monthly "encounters" with Venezuelan nationals attempting to enter the U.S. by land through the border with Mexico in September 2021, almost 90 times the 125 such "encounters" reported one year earlier in September 2020. Note that the number of encounters does not equal the number of individuals, as the same person may attempt to cross multiple times in a given month and would be counted each time they are encountered by CBP.

[622] Source: https://www.r4v.info/en/refugeeandmigrants

[623] From April to July 2021, UNHCR carried out telephone interviews with 366 refugee and migrant households from Venezuela in Panama, representing a total of 956 people. UNHCR, High Frequency Survey (hereafter HFS), Panama, April-July 2021: https://www.acnur.org/es/noticias/press/2021/10/61605c3b4/estudio-de-acnur-revela-que-refugiados-en-panama-enfrentan-dificultades.html

[624] Ibid.

Venezuela AR_001017

of 2021, a gradual and sustained socio-economic reopening had begun, promoting national reactivation and recovery. However, with limited access to income-generating activities, many refugees and migrants from Venezuela who work in the informal labour market – which has been severely debilitated by the COVID-19 pandemic – found themselves in situations of heightened vulnerability and increased food insecurity. In this context, refugees and migrants from Venezuela identified regularization and access to documentation as priority needs, which would allow wider and more stable access to livelihoods and income-generation, and the ability to independently meet basic needs.[625]

In Costa Rica, the results of a Joint Needs Analysis based on surveys conducted by R4V partners with refugees and migrants from Venezuela[626] similarly attested to the acute impact of COVID-19 on Venezuelans' access to livelihoods and ability to afford essential goods, with 60 per cent of Venezuelans estimated to have been unemployed in 2021.[627] Of those working, 42 per cent were employed in the informal sector.[628] A reported 53 per cent of those surveyed had experienced problems with their landlords due to an inability to pay rents on time, and 47 per cent stated that they had more limited access to food than before the pandemic.[629] Also of concern is a reported growing level of discrimination, and its impact on integration prospects: 19 per cent of Venezuelans surveyed indicated that they had experienced discrimination in Costa Rica, and 85 per cent of those who reported discrimination said it was because of their nationality.[630]

In Mexico, increased mixed movements comprising multiple nationalities traveling over land routes from the southern to the northern border, including refugees and migrants from Venezuela,[631] have created an unprecedented strain on host communities, testing the capacities of migration authorities and the Mexican Commission for Refugee Assistance (COMAR). Interviews by R4V partners with refugees and migrants from Venezuela in-transit along the northern border of Mexico in 2021 reveal that many arrived as part of groups of secondary/onward movements, reporting that they decided to move from previous host countries motivated by tensions with host communities, xenophobia and diminished livelihood opportunities.[632] According to the Joint Needs Assessments

conducted by R4V partners during September and October 2021,[633] the main protection concerns identified included detention at points of entry, threats of deportation, difficulties filing asylum claims within the 30-day limit upon entry, complications in accessing family reunification procedures, and precarious livelihoods and socio-economic conditions. The most pressing needs identified during the focus group discussions coordinated as part of R4V partners' Joint Needs Assessments were linked to protection, integration and humanitarian assistance, particularly healthcare. Venezuelan interviewees identified the lack of access to documentation and having to turn to informal employment (often underpaid, subject to exploitation, and without social security) as main concerns. They also identified access to healthcare as a priority need, given the Venezuelan population's limited access to specialized health services, particularly during the COVID-19 pandemic.[634]

## RESPONSE STRATEGY

### Sub-Regional Planning Scenario

In 2022, arrivals of Venezuelans to the sub-region are anticipated to modestly increase, given the ongoing political, socio-economic and human rights situation in Venezuela and a lack of successful integration in other host countries, prompting increased northward secondary and/or onward movements by refugees and migrants from Venezuela.

Given the described context, the response strategy in Costa Rica, Mexico and Panama will focus on the provision of accurate information and legal assistance on access to the asylum process, regularization of migration status, access to rights and documentation. In addition to technical support provided to national responses, coordination among R4V partners and Sectors will be promoted to improve protection monitoring, outreach to refugees and migrants from Venezuela, and to ensure access to social protection services in host countries. Capacity-support to key stakeholders from the public and private sector to facilitate and improve access to and/or provide livelihoods opportunities for refugees and migrants from Venezuela will be strengthened as a means to support inclusion and integration opportunities. Cash and

[625] R4V Panama, Joint Needs Assessment, September 2021. Publication forthcoming. The JNA included review of secondary sources as well as the results of consultations with specific population groups, such as women; girls and adolescents; the results of protection monitoring by R4V partners such as UNHCR; profiling of the refugee and migrant population in the context of Inclusive Cities, Communities in Solidarity; and the results of the UNHCR High Frequency Survey (HFS) Panama, 2021.

[626] R4V Costa Rica, Joint Needs Analysis, UNHCR Costa Rica and IOM Costa Rica, September 2021. The JNA included two surveys carried out by R4V partners with refugees and migrants from Venezuela in Costa Rica: the UNHCR High Frequency Survey (HFS), which analysed a total of 241 surveys completed by Venezuelan households in Costa Rica from July-August 2021 (hereafter UNHCR Costa Rica, HFS, 2021); and the IOM Displacement Tracking Matrix (DTM), which analysed the results from a total of 237 surveys of Venezuelan households in Costa Rica from May-June 2021 (hereafter IOM, DTM Costa Rica, 2021). Forthcoming.

[627] Ibid.

[628] Ibid.

[629] Ibid.

[630] Ibid.

[631] The Displacement Tracking Matrix (DTM) conducted by IOM in May and July of 2021 at the northern border of Mexico recorded an increasing number of Venezuelans (27% of the total sample, with 51 surveys applied to Venezuelans) transiting Mexico to reach the United States. (Hereafter IOM, DTM, Mexican Northern Border, 2021). Publication forthcoming.

[632] IOM, DTM, Mexican Northern Border, 2021. Publication forthcoming.

[633] R4V Mexico, Joint Needs Assessment Exercise, October 2021. R4V partners interviewed a total of 63 refugees and migrants from Venezuela (20 men and 43 women) as part of the JNA. The results were also based on the findings of two IOM surveys: the DTM, Mexican Northern Border, 2021 and the DTM, Mexico City, 2021. Publication forthcoming.

[634] R4V Mexico, JNA, October 2021. Publication forthcoming.

voucher-based assistance (CVA) will be increased to meet basic needs related to food and health, which are the primary identified needs. To further promote social cohesion and reduce xenophobia, social media campaigns will help to raise awareness of the situation of refugees and migrants from Venezuela.

In Panama, R4V partners will strengthen the response to humanitarian needs for the in-transit and the in-destination populations, improving reception infrastructure and providing access to food, healthcare, shelter, information and legal assistance and counselling. R4V partners will also actively identify and support opportunities for livelihoods and integration in the context of the country's socio-economic recovery. Meanwhile, the response for Venezuelans who intend to stay in Panama will focus on protection of vulnerable groups, shelter, water and sanitation, access to health, improved protection services to exercise rights and documentation, integration opportunities, and peaceful coexistence initiatives to combat xenophobia and discrimination.

In Costa Rica, an increase in new arrivals is expected for 2022, as mobility restrictions are gradually lifted and borders reopen. Primary concerns and areas of the response are related to strengthening the legal framework and mitigating the economic effects of the pandemic for refugees and migrants from Venezuela and affected host communities.

In Mexico, given the increasing number of Venezuelans in-transit by land, R4V partners will continue to support reception and access to territory for Venezuelans at airports and at the southern border with Guatemala and the northern border with the United States. In addition to advocacy and support for access to international protection procedures, regularization and documentation, R4V partners in Mexico will focus on support to integration and livelihoods by implementing CVA for food items, shelter and educational integration, medical and WASH supplies, and supporting capacity development in civil society.

### Scope of the Response and Priorities

In 2022, the Sub-regional Platform will increase efforts to support enabling protection environments, promote the integration of refugees and migrants from Venezuela in host communities, ensure access to territory and documentation, and respond to specific protection risks (including GBV and child protection). Joint advocacy by R4V partners, effective coordination mechanisms and increased support to national services will be critical in all three countries to ensure that refugees and migrants from Venezuela have access to services, on equal terms with nationals. Activities for two-way communication and information-sharing with affected communities (CwC) are foreseen by the Health, Education and Protection Sectors. R4V partners will provide refugees and migrants from Venezuela with legal counselling and orientation services, and work to support the capacities of government counterparts, to ensure refugees and migrants from Venezuela have access to adequate protection services and procedures.

In Panama, planned interventions are focused on Panama City, San Miguelito, La Chorrera, and Arraiján, where most of the in-destination population of Venezuelans live,[635] in addition to Darién for refugees and migrants in-transit, while other activities – including government capacity-strengthening and information campaigns – have a nationwide scope.

In Costa Rica, RMRP activities will be primarily focused on San Jose's metropolitan area, where 85 per cent of Venezuelans live;[636] however, given the large number of Venezuelans in-transit, activities are also planned for the rest of the country.

In Mexico, R4V partners' response for the in-destination population will mainly focus on Mexico City, the states of Quintana Roo (Cancún, Playa del Carmen) and Nuevo León (Monterrey). The response will also extend to smaller communities of Venezuelans that have formed elsewhere, as well as the in-transit population along the southern and northern borders, including in the states of Queretaro, Aguascalientes, Puebla, Tabasco, Chiapas and Yucatán. Although Venezuelans in Mexico have traditionally demonstrated a higher level of education, transferable skills, and social support networks (as compared to refugees and migrants from other countries of origin) the response will prioritize vulnerable profiles of Venezuelans, especially those in-transit, with urgent humanitarian assistance needs.

### Response Principles

In all three countries of the sub-region, consultations were held with refugees and migrants from Venezuela, the results of which have been used to design activities contained in the 2022 Response Plan. Regular consultations with refugees and migrants will be essential to ensure accountability to the affected population (AAP). Refugees and migrants from Venezuela will also have access to feedback and complaint mechanisms through in-person mechanisms, hotlines and dedicated emails and telephone lines, including to prevent and respond to sexual exploitation and abuse (SEA).

As per their responses to the GAM during the RMRP planning process, 73 per cent of partners in Costa Rica, Mexico and Panama plan to mainstream gender equality throughout their activities. Partners are committed to a differentiated approach based on age, gender, and diversity (AGD) to ensure that persons with particular protection needs are identified and have meaningful access to programmes, including women, children, people with disability, people with health conditions, the LGBTQI+ community and the elderly.

[635] UNHCR Panama, Protection Monitoring, interviewing 106 households of Venezuelan asylum-seekers or refugees in Panama representing 289 people, between 19 April – 30 July 2021 (hereafter UNHCR, Panama Protection Monitoring, 2021): https://www.acnur.org/616093804.pdf
[636] R4V Costa Rica, Joint Needs Analysis, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming.

Case 6:23-cv-00007   Document 95-5   Filed on 03/24/23 in TXSD   Page 77 of 224

 **EDUCATION**

 **PEOPLE IN NEED**
**21.4 K**

👤 10.0%  👤 10.9%
👤 39.5%  👤 39.5%

 **PEOPLE TARGETED**
**1.72 K**

👤 7.05%  👤 6.76%
👤 43.6%  👤 42.6%

💰 **TOTAL REQUIREMENTS**
**867 K**

 **RMRP PARTNERS**
**3**

**SECTOR LEADS**
RET³–UNHCR¹ ²
(1) Costa Rica (2) Mexico (3) Panama

## PRIORITY NEEDS

In all three countries of the sub-region, public education is free and open to enrolment for refugee and migrant children regardless of their situation in-country. However, barriers to accessing education persist, including a lack of information on school registration procedures, and financial limitations, as parents and/or legal guardians often cannot afford to buy school supplies, devices and internet data required for online education due to the COVID-19 pandemic.[637] In Panama, 11 percent of Venezuelan households surveyed with school-age children indicated that their children were not enrolled in schools, with lack of documentation to meet registration requirements (33 per cent) and late enrolment (3 per cent) being the main reasons given for not enrolling children.[638] Similarly, 11 per cent of Venezuelan children among households surveyed in the JNA in Costa Rica were not enrolled in an educational facility[639] due to having arrived recently in the country (in 43 per cent of cases) and the expiration of the enrollment period (in 29 per cent of cases). In some cases, caregivers lack their children's previous school documentation, which impedes enrollment. Similar barriers exist in Mexico, where an R4V partner's survey with refugees and migrants from Venezuela in 2021 identified education as a priority need among households with school-age children, while adolescents and adults highlighted barriers associated with the validation of foreign academic degrees and professional certifications.[640] In all three countries, Venezuelans who have completed their primary and secondary education abroad also face challenges related to the validation of their academic degrees to access qualified positions.

## RESPONSE STRATEGY

Given the needs identified, in 2022 R4V partners in Costa Rica, Mexico and Panama will focus on the following response priorities:

For school-aged children, facilitate access to public education, expanding enrolment and reducing financial barriers for school attendance in both online and in-person modalities.

• For adults and adolescents with studies completed abroad, improve and support processes to validate foreign academic degrees and professional certifications.

Key modalities to achieve these goals will include direct assistance to refugees and migrants from Venezuela, in the form of information provided and accompanying families in the process of registering children in schools and navigating recertification procedures. R4V support will also include capacity-development with school administrators and public education officials on relevant rights of refugees and migrants from Venezuela and on applicable procedures. In-kind support in the form of school supplies (including data vouchers and tablets for online classes) as well as CVA will be provided to families to help cover education-related costs and fees associated with the validation of academic and professional certifications.

In Panama, refugee and migrant families will be provided with economic and psychosocial support to promote school permanence. R4V partners will advocate for the inclusion of Venezuelans in existing educational support, academic assistance and scholarship programmes, while supporting the Ministry of Education to promote access to education for all children. In Costa Rica, Education Sector partners will provide training to and work on information campaigns with officials of the Ministry of Education, focusing on refugee and migrant children's rights to education and on countering xenophobia. In Mexico, support for validation of studies will be provided in combination with livelihood activities, such as internships, skill certification, or technical training to facilitate insertion into the labour market.

[637] 14.3 per cent of Venezuelan households in Costa Rica report a lack of resources for school uniforms and supplies as a reason for not enrolling children in schools. JNA, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming. Also, although most Venezuelans in Costa Rica have smartphones, the devices are often shared with other household members, resulting in limited access to online education. UNHCR Costa Rica, HFS, 2020-2021. Publication forthcoming.

[638] Survey of Venezuelan asylum-seekers and refugees in Panama, UNHCR Panama Protection Monitoring, 2021: https://www.acnur.org/616093804.pdf

[639] All information in this paragraph on Costa Rica is from findings of the JNA, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming.

[640] IOM, DTM, Mexico City, 2021. A total of 77 surveys were applied to Venezuelans in May and July 2021. Publication forthcoming.


# FOOD SECURITY

 **PEOPLE IN NEED**
**145 K**
41.1%   41.4%
8.89%   8.68%

↓↓ **PEOPLE TARGETED**
**8.05 K**
28.5%   39.0%
16.1%   16.5%

 **TOTAL REQUIREMENTS**
**1.22 M**

 **RMRP PARTNERS**
**3**

**SECTOR LEAD**
IOM

## PRIORITY NEEDS

In Panama, Costa Rica and Mexico, food insecurity has risen among refugees and migrants from Venezuela because of COVID-19 and measures intended to prevent its spread, resulting in increased unemployment and loss of livelihoods. In Panama, R4V partners reported an increase in humanitarian assistance requests in 2021, mostly related to food security and shelter.[641] In Costa Rica, the JNA found that 59.1 per cent of respondents consumed 2 or fewer meals per day, 7.7 per cent ate once or less daily, and 25 per cent of refugees and migrants have faced problems accessing food for all members of the household.[642] In Mexico, according to an R4V partner's survey conducted in June 2021, the pandemic resulted in food insecurity being one of the main concerns of the Venezuelan population, both in terms of affordability and access to a balanced diet.[643]

## RESPONSE STRATEGY

Food Security Sector partners in Costa Rica, Mexico and Panama will focus their response on addressing immediate and severe food insecurity for the most vulnerable population groups, including among refugees and migrants from Venezuela in-transit and in-destination, to ensure they receive sufficient quality and quantity of food and avoid malnutrition and other negative outcomes of food insecurity. The main modality of the response will be cash and voucher assistance (CVA) provided to enable vulnerable individuals and families to make their own food choices and purchases in the local market. Nevertheless, particularly in areas where market

access may be limited, in-kind support will be provided (in the form of food baskets and prepared meals) including in Costa Rica. In addition, in coordination with the Integration Sector, in Panama and Costa Rica, grants will be provided to Venezuelan small businesses engaging in food/catering services, such as restaurants and food vendors, and corresponding vouchers will be provided to refugees and migrants to obtain food through these vendors. The key area of inter-sectoral collaboration for the response will be with the Integration Sector, to facilitate the joint activity noted above whereby Venezuelan small businesses providing food are strengthened and refugees and migrants in need of food assistance receive financial support in order to make discounted purchases from those vendors, to support livelihoods and labour insertion opportunities as the economy reopens. Coordination with regional Nutrition Sector experts will also be key to ensure that direct support for the groups most vulnerable to malnutrition are prioritized, especially, but not exclusively, children (particularly those under the age of five), pregnant and lactating women, and adolescents.

[641] R4V Panama, JNA, September 2021. Publication forthcoming. See also UNHCR Panama, HFS, 2021: https://www.acnur.org/es/noticias/press/2021/10/61605c3b4/estudio-de-acnur-revela-que-refugiados-en-panama-enfrentan-dificultades.html
[642] JNA, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming.
[643] IOM, DTM, Mexico City, 2021. Publication forthcoming.


# HEALTH


**PEOPLE IN NEED**
**117 K**

👤 39.4%    👤 41.9%
👤 8.99%    👤 9.72%

**PEOPLE TARGETED**
**11.2 K**

👤 38.2%    👤 51.1%
👤 5.22%    👤 5.47%


**TOTAL REQUIREMENTS**
**2.35 M**


**RMRP PARTNERS**
**3**

**SECTOR LEADS**
IOM[1,2,3]–UNHCR[1,3]
(1) Costa Rica (2) Mexico (3) Panama

## PRIORITY NEEDS

Although all three countries in the sub-region offer free basic health assistance, the implications of the COVID-19 pandemic on national health systems and the lack of documentation and financial resources create obstacles for refugees and migrants to access health services regardless of their situation in-country. In Panama all refugees and migrants, regardless of their situation in-country, have access to emergency and primary healthcare. In Costa Rica, refugees and migrant children and pregnant women, regardless of their situation, also have access to the national health system free of charges. In Mexico, basic healthcare is provided, but medical treatments and medication are not free of charge.

The COVID-19 pandemic and related impacts on public health systems demonstrate the importance of ensuring access to healthcare for refugees and migrants from Venezuela in the sub-region. In Costa Rica, an R4V Partner´s survey found that 5 per cent of Venezuelans surveyed reported that they would not seek medical assistance even if needed, due to lack of health insurance (53.3 per cent) or economic resources (48.3 per cent).[644] Also, 39 per cent of Venezuelan households have someone with a critical medical condition in their family, and 16.2 percent are without access to treatment. In Mexico, access to healthcare was likewise raised as a significant concern for refugees and migrants from Venezuela.[645] Although Venezuelans can access the public health system, public hospitals continue to be overwhelmed and refugees and migrants from Venezuela with chronic medical conditions face challenges affording treatments. Furthermore, public health facilities lack necessary medicines and medical supplies, requiring refugees and migrants to pay out-of-pocket for medicines. Given the ongoing COVID-19 pandemic, partners also identified the need to prevent refugees and migrants from Venezuela, as well as host communities, from COVID-19 contagion.

## RESPONSE STRATEGY

The planned health response will focus on three priorities: providing direct health assistance to refugees and migrants, including preventive actions for COVID-19 contagion, such as delivery of PPEs and ensuring access to testing, and CVA for

health expenses; advocacy and capacity-building for refugee and migrant inclusion in national health systems, including by strengthening health systems through the donation of medical equipment and supplies; and providing relevant information on refugees and migrants´ rights to health providers.

Based thereon, health and medical assistance will be provided directly to refugees and migrants from Venezuela, in the form of in-kind assistance as well as CVA.

In Panama, ensuring access to healthcare and inclusion in prevention programmes under the same conditions as nationals will remain a priority, which will be addressed by training health actors on the rights of refugees and migrants to accessing the health system. R4V partners will also seek to strengthen the quality of medical assistance and provide support for the treatment of chronic diseases, giving priority to children and adolescents and the elderly, as well as MHPSS services. Additionally, vulnerable populations will benefit from improved access to healthcare though mobile brigades. Lastly, to tackle general well-being matters and support recovery from the pandemic, and considering the limitations in the national health sector, aggravated by the COVID-19 context, and the difficulties to conduct community visits, partners in Panama will strengthen the capacities of community promoters to provide information on vaccination, breastfeeding, nutrition and disease prevention to refugees and migrants, as well as to to refer cases for medical attention.

In Costa Rica, basic laboratory tests will be performed at health fairs, as well as referrals to public services and in-kind distribution of medications for chronic illnesses. MHPSS programmes are also planned, and access to psychiatric support will be provided where required. Medical assistance will be strengthened for Venezuelans with limited access to national health insurance through coverage of medical insurance under an agreement between an R4V partner and Costa Rican Social Security. These activities will complement the sectoral responses provided by the Protection Sector and the GBV and Child Protection Sub-sectors, as vulnerable groups will be prioritized in the MHPSS programmes.

[644]  JNA, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming.
[645] R4V Mexico, JNA, October 2021. Publication forthcoming.

Venezuela AR_001022

In Mexico, R4V partners will provide medical devices and orthopaedic equipment in-kind or through CVA, which is normally cost-prohibitive for Venezuelans. CVA will also cover the need for laboratory tests and purchase of medication, to help targeted refugees and migrants to cover these basic and urgent needs for a duration of four months. COVID-19 tests with approved laboratories will be provided, while priority for medical assistance will be given to the most vulnerable profiles.

 # HUMANITARIAN TRANSPORTATION

| | PEOPLE IN NEED | | | | PEOPLE TARGETED | | |
|---|---|---|---|---|---|---|---|
|  | **1.55 K** | ♂ 38.0% | ♀ 40% |  | **500** | ♂ 20.0% | ♀ 40.0% |
| | | ♂ 11.0% | ♀ 11.0% | | | ♂ 20.0% | ♀ 20.0% |

| TOTAL REQUIREMENTS | RMRP PARTNERS | SECTOR LEAD |
|---|---|---|
| **45 K** | **1** | IOM |

## PRIORITY NEEDS

Movements of refugees and migrants from Venezuela in-transit through Central America and Mexico are expected to continue throughout 2022, having increased in the second semester of 2021. As many refugees and migrants from Venezuela lack the financial means to pay for safe transportation, the number of Venezuelans that resort to irregular and high-risk forms of travel, including smuggling, have increased, including in Costa Rica; these situations expose them to various protection risks such as GBV and human trafficking, thus exacerbating their already desperate situation.[646] According to an R4V partner´s monitoring exercise of irregular movements and monitoring of mobility in border localities in the context of COVID-19, between May and August an estimated 10,752 Venezuelan persons with an irregular status transit through Costa Rica were recorded.[647]

## RESPONSE STRATEGY

The Humanitarian Transportation Sector will focus its response in the sub-Region on Costa Rica. In Costa Rica, the intervention will focus on providing the most vulnerable refugees and migrants from Venezuela with internal transportation assistance, mainly to access Costa Rican migration offices when necessary to carry out migration procedures, and to places of temporary emergency shelter and to work. The main response modalities will include in-kind transport services and cash and voucher assistance (CVA) to support the costs of public transport services for vulnerable refugees and migrants from Venezuela living or in-transit through Costa Rica. The response modality will depend on the needs of the refugees

and migrants, including the size and age of the household, health and protection conditions. Concerning vulnerable cases, the Humanitarian Transportation Sector will coordinate with the Child Protection, GBV, and Human Trafficking and Smuggling Sub-Sectors to receive technical assistance and for referral pathways. Humanitarian transportation will be provided to those who live far from emergency temporary accommodations, and transportation to households will be considered part of the service provided to refugees and migrants who need assistance to pay their rent. In parallel, support will be provided to refugees and migrants from Venezuela who need to appear at immigration offices to carry out their regularization procedures and could otherwise not do so due to the distance and lack of financial means. In both scenarios, the Humanitarian Transportation Sector will coordinate with the Shelter and Protection Sectors. Humanitarian transportation will also be provided in conjunction with basic and personal hygiene kits, food kits and temporary shelter solutions based on vulnerability criteria, taking into account the number of household members, sources of income, access to food and to shelter.

[646] JNA, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming. See also IOM, DTM Costa Rica, May-June 2021. Línea base para la evaluación de flujos migratorios irregulares y seguimiento a la movilidad en localidades fronterizas bajo el contexto de la COVID-19: www.dtm.iom.int/costa-rica

[647] IOM, DTM Costa Rica, May 2021: https://dtm.iom.int/reports/costa-rica-linea-base-para-la-evaluaci%C3%B3n-de-flujos-migratorios-y-presencia-de-migrantes-1; IOM, DTM Costa Rica, June 2021: https://dtm.iom.int/reports/costa-rica-linea-base-para-la-evaluaci%C3%B3n-de-flujos-migratorios-y-presencia-de-migrantes-2; IOM, DTM Costa Rica, July 2021: https://dtm.iom.int/reports/costa-rica-linea-base-para-la-evaluaci%C3%B3n-de-flujos-migratorios-y-presencia-de-migrantes-3; IOM, DTM Costa Rica, August 2021: https://dtm.iom.int/reports/costa-rica-linea-base-para-la-evaluaci%C3%B3n-de-flujos-migratorios-y-presencia-de-migrantes-4.

 **INTEGRATION**

 **PEOPLE IN NEED**
**138 K**

⬆ 39.3%  ⬆ 39.6%
⬆ 10.4%  ⬆ 10.7%

⬇⬇ **PEOPLE TARGETED**
**14.0 K**

⬆ 37.7%  ⬆ 62.1%
⬆ 0.06%  ⬆ 0.11%

 **TOTAL REQUIREMENTS**
**6.79 M**

**RMRP PARTNERS**
**6**

**SECTOR LEADS**
HIAS[3]–IOM[1,2,3]–UNHCR[2]
(1) Costa Rica (2) Mexico (3) Panama

## PRIORITY NEEDS

Economies in the sub-region are suffering the effects of the COVID-19 pandemic, and many Venezuelans are experiencing increased socio-economic instability as a result. In Panama, an R4V partner's survey indicated that around 40 per cent of Venezuelans surveyed were working informally without a contract.[648] The length and costs of migratory and asylum processes and lack of access to work permits for migrants and asylum-seekers not yet admitted to the procedure were also identified as factors limiting integration. In addition, negative stereotypes and incidents of xenophobia have been identified as obstacles to integration in all three countries.[649]

Unemployment and work in the informal sector are also linked to lack of documentation and the largely irregular situation of refugees and migrants from Venezuela. In Costa Rica, according to the JNA, 43 per cent of respondents with some form of legal status in the country (including refugees) are unemployed, as well as 42 per cent of asylum-seekers.[650] This is considerably higher than the national unemployment rate.[651] In Mexico, Venezuelans are often excluded from formal employment, due in part to a lack of official documentation. Furthermore, despite a possibly favourable legal framework for financial inclusion in 2022 (not yet binding), most major banks do not recognize documents issued by the Mexican Migration Authorities (INM) to asylum-seekers and refugees.[652]

## RESPONSE STRATEGY

Integration Sector partners' responses in all three countries will prioritize the following:

• Expanding access to safe and dignified livelihoods, through support for inclusion in the formal economy with related job security and labour protections.

• Including refugees and migrants from Venezuela in national socio-economic recovery programmes, so that they can attain or regain self-sufficiency, together with their host communities.

• Promoting peaceful coexistence and social cohesion between Venezuelans and host communities.

Modalities of support will include direct assistance to refugees and migrants from Venezuela through vocational training, job placement schemes, entrepreneurship programmes, and by providing seed capital. CVA will be provided to cover the costs of vocational training in Costa Rica and Mexico. Advocacy will be conducted with public and private entities to promote financial inclusion of refugees and migrants and access to bank accounts and financial services, as well as employment opportunities. Finally, to promote social cohesion, R4V partners will implement activities to strengthen community integration and peaceful coexistence and combat discrimination and xenophobia throughout the sub-region.

In addition to the modalities noted above for all three countries, in Costa Rica, R4V partners will support Venezuelan entrepreneurs by providing training and technical assistance for the development of their business plans, trainings on financial education, and seed capital to launch their ideas. In Panama, R4V partners will advocate with the government for the inclusion of refugees and migrants in social protection programmes, job fairs and employability programmes, more timely work permits for asylum-seekers, and to promote the sustainability of livelihoods and access to the formal labour market. Similarly, in Mexico, partners will conduct advocacy with the private sector to enhance employment opportunities, and with the authorities for access to financial services and to streamline issuance processes for stay and work permits.

[648] UNHCR Panama, HFS, April-July 2021: https://www.acnur.org/616093804.pdf
[649] R4V Panama, Joint Needs Assessment, September 2021. Publication forthcoming.
[650] JNA, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming.
[651] Unemployment rate for Costa Rica (January-March 2021) was 18.7% (INEC, Encuesta Continua de Empleo).
[652] R4V Mexico, JNA, October 2021. Publication forthcoming.

 **PROTECTION**

 **PEOPLE IN NEED**
**154 K**
♂ 39.3%  ♀ 39.5%
♂ 10.5%  ♀ 10.7%

 **PEOPLE TARGETED**
**19.4 K**
♂ 40.6%  ♀ 44.2%
♂ 8.14%  ♀ 7.14%

**TOTAL REQUIREMENTS**
**7.01 M**

**RMRP PARTNERS**
**6**

**SECTOR LEAD**
UNHCR

## PRIORITY NEEDS

Refugees and migrants from Venezuela make up a significant number of the mixed movements by land, crossing borders irregularly from Colombia into Panama through the Darien Gap, traveling through Central America to Mexico, and expanding to the border with the United States.[653] The increasingly dangerous transit routes being used by Venezuelans in the sub-region expose them to grave risks of exploitation by smugglers, robbery, violence (including GBV), human trafficking, family separation and natural hazards (such as flooding and landslides in the Darien, as well as scorching temperatures further north in desert areas of Mexico).[654] This represents an important change in the protection environment observed in 2021, when regular pathways were still much more frequently used by Venezuelans in the sub-region.

Meanwhile, although the legal protection environments of all three countries of the sub-region generally allow access to territory and to work permits for Venezuelans who either seek asylum and are recognized as refugees or obtain other regular humanitarian or migratory status, there are still risks of denial of access to territory, detention and *refoulement*.[655] There are also risks for those who remain in need of regularization and documentation,[656] such as difficulties accessing services and exercising rights to education and healthcare (including COVID-19 vaccinations), as well as more limited livelihoods and employment prospects.[657] Limited income and an inability to cover basic expenses, such as shelter and food, while economies continue to recover from the effects of the COVID-19 pandemic, result in greater risks of evictions, homelessness and engaging in harmful coping mechanisms such as survival sex.[658] These protection risks are also closely linked to limited integration prospects for refugees and migrants from Venezuela.

## RESPONSE STRATEGY

Given the scope of protection challenges, partners in Costa Rica, Mexico and Panama will focus on the following response priorities for 2022:

- Strengthening procedures to ensure access to territory (both at airports and land borders), asylum systems and regularization processes, ensuring timely access to corresponding documentation.

- Providing direct support to refugees and migrants from Venezuela to mitigate and reduce specific protection risks, including for those in-transit and in-destination at-risk of or already having experienced exploitation, evictions and homelessness, survivors of violence (including GBV) and victims of human trafficking.

- Improving Communication with Communities (CwC) including the timely dissemination of information on rights, available services, including access to the asylum procedure, family reunification procedures, and alternative forms of legal stay.

Key modalities of the response will include advocacy and capacity-development with the respective authorities to facilitate greater access to and inclusion of Venezuelans in national protection systems, including through a Quality Assurance Initiative (QAI) for the National Office for the Attention of Refugees (ONPAR) in Panama; the QAI for the Refugee Unit in Costa Rica and capacity-strengthening with the Migration Authority on the age, gender and diversity (AGD) principle; and in Mexico, technical support for the Mexican Commission for Refugees (COMAR) on refugee status determination (RSD) as well as with other authorities to support the regularization of Venezuelans not in need of international protection.

---

[653] See, e.g., U.S. Customs and Border Protection (CBP): https://www.cbp.gov/newsroom/stats/nationwide-encounters; Reuters, Mexico Considers Tighter Entry Rules for Venezuelans After U.S. Requests, 12 Nov 2021: https://www.reuters.com/world/americas/exclusive-mexico-considers-tighter-entry-rules-venezuelans-after-us-requests-2021-11-12/.

[654] National Migration Service, Government of Panama, Chart No. 003: Irregular Transit of Foreigners through the Colombian Border in Order of Country of Origin, 2021: https://www.migracion.gob.pa/images/img2021/pdf/IRREGULARES_POR_DARIEN_OCTUBRE_2021.pdf; IOM, More than 91,000 migrants have crossed Darien Gap on way to North America this year, 8 Oct 2021: https://www.iom.int/news/more-91000-migrants-have-crossed-darien-gap-way-north-america-year

[655] JNA, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming.

[656] Barriers to regularization and documentation in the sub-region include lack of information on procedures and fees that may be prohibitive. For example, in Panama, the cost for a permanent residence card for Venezuelans was 512 USD prior to this year, but due to a ruling of the Supreme Court of Justice (CSJ) in 2021, finding Decree 249 of June 2019 unconstitutional, the cost went up to 1,017 USD.

[657] JNA, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming.

[658] This is the case in multiple countries of Latin America and the Caribbean. See, e.g., R4V Regional Protection Sector and OAS, COVID-19 impacts in specific population groups, study in 9 countries of the region, 2021: https://www.r4v.info/es/document/impactos-de-la-covid-19-en-personas-refugiadas-y-migrantes-de-venezuela

Venezuela AR_001025

Partners will also provide direct assistance to refugees and migrants in all three countries, mainly in the form of legal orientation, counselling and information on access to services and rights. Cash-based assistance (CVA) will be provided to people identified with specific protection needs that can be mitigated through improved access to essential services and coverage of basic needs, such as those at risk of eviction and homelessness, or engaging in survival sex due to lack of income. CVA will also be used to help cover fees associated with regularization and documentation procedures.

Community-based protection will also be a crucial element of the protection strategy, including by improving two-way communication and the active involvement of affected populations in various stages of the response. To promote Accountability to Affected Populations (AAP) partners will work to consolidate complaint and feedback mechanisms with affected communities, and to address and respond to situations of fraud, sexual exploitation and abuse, including through dedicated hotlines, messaging services and email accounts.

#  CHILD PROTECTION

 **PEOPLE IN NEED**
**11.1 K**

👤 4.09%   👤 4.05%
👤 46.2%   👤 45.7%

 **PEOPLE TARGETED**
**760**

👤 1.39%   👤 29.2%
👤 34.2%   👤 35.3%

**TOTAL REQUIREMENTS**
**206 K**

**RMRP PARTNERS**
**3**

**SECTOR LEAD**
UNHCR

## PRIORITY NEEDS

The presence of children among groups of refugees and migrants from Venezuela using dangerous irregular transit routes through Panama, Costa Rica and Mexico – in the midst of larger population movements including other nationalities[659] – is a key concern for the protection environment in 2022, as this means that Venezuelan children are exposed to considerable risks inherent in those journeys, including physical perils and natural hazards, as well as risks from those who take advantage of their vulnerability, such as exploitation and abuse, and family separation. Unaccompanied and separated children (UASC) also continue to be identified among the population in-transit in the sub-region.

Related to these irregular movements, in Mexico, children and families continue to be detained by border authorities, despite child protection legislative reforms enacted in January 2021.[660] There is therefore a need for alternatives to detention and advocacy with the authorities to end the practice of child detention. Lack of knowledge of policies and procedures for child protection is an issue not only in Mexico: needs assessments carried out in Panama point to a lack of knowledge of services and institutions dedicated to the protection of children, while overcrowded homes and limited economic resources for households with children were also identified as major protection risks that impact the welfare of children and adolescents.[661] Similarly, in Costa Rica, 31 per cent of surveyed Venezuelan households with children reported not having sufficient financial resources to cover their basic needs.[662] These socio-economic factors can also affect children's ability to enjoy fundamental rights, such as freedom from child labour and access to education.

## RESPONSE STRATEGY

Key priorities for Child Protection Sub-sector partners' response across the sub-region will include:

- Strengthening capacities of national and local authorities, refuges and migrants from Venezuela and host communities on best interest procedures for vulnerable children, including family reunification for unaccompanied and separated children (UASC).

- Reducing child protection risks and responding to identified child protection concerns, through direct support provided to vulnerable children and families, including improving humanitarian conditions and shelters for children in-transit, and working to end the detention of children.

[659] For example, children made up 20.7 per cent (or 18,935 out of 91,305 total) of all persons identified by the National Migration Service in Panama as crossing irregularly through the land border with Colombia, from January-October 2021. Venezuelans made up 1,925 of this total (out of 121,737). (Data not available sorted by both nationality and age). See Government of Panama, Chart No. 003: Irregular Transit of Foreigners through the Colombian Border in Order of Country of Origin, 2021: https://www.migracion.gob.pa/images/img2021/pdf/IRREGULARES_POR_DARIEN_OCTUBRE_2021.pdf.

[660] According to the Migration Policy Unit of the National Migration Institute of the Government of Mexico, 267 Venezuelan children were presented to the national migration authorities between January and September 2021: 80 children were between ages 12-17, four of whom were unaccompanied. 187 children were between the ages of 0 and 11, two of whom were unaccompanied. See http://www.politicamigratoria.gob.mx/es/PoliticaMigratoria/CuadrosBOLETIN?Anual=2021&Secc=3

[661] R4V Panama, JNA, September 2021. R4V Panama, Women and Girls Participatory Assessment, February 2021.

[662] JNA, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming.

• Promoting public spaces for peaceful coexistence amongst youth, both virtual and physical, which includes the implementation of programmes to reduce child labour and other high-risk income-generating activities.

To reduce xenophobia and discrimination, and to promote safe spaces for children, social media campaigns will be launched to encourage social cohesion among children and reduce xenophobic attitudes, which will, in turn, reduce protection risks for refugee and migrant children from Venezuela. Another key modality for partners' activities will be capacity-development: both in Panama and Costa Rica, partners will conduct workshops and trainings for civil servants on child protection procedures, with an emphasis on migratory regularization and RSD processes, and technical support to update attention protocols; while in Mexico, partners will support the government to implement child protection legislative reforms enacted in January 2021, by strengthening the Child Protection Authorities' (CPA) capacity to efficiently carry out Best Interests Determinations (BIDs). Direct support will also be provided to

vulnerable children and families, including MHPSS services, legal assistance, CVA, and in-kind support for meeting basic needs.

In Costa Rica, psychological support through individual and group activities will be carried out through virtual programmes for Venezuelan refugee and migrant children and adolescents. In Panama, activities will be conducted to strengthen youth's skills and capacities through sports and cultural expressions. In Mexico, particular attention will be given to foster alternatives to detention, support protective legislation and create safe spaces for children.

Partners will collaborate with other Sectors, such as Protection, Food Security, Shelter, WASH and the Cash Working Group, to provide a holistic response and establish referral systems for vulnerable children and families to other types of support, including legal assistance, shelter, food support, hygiene kits, and CVA.

## GENDER-BASED VIOLENCE (GBV)

 **PEOPLE IN NEED**
**45.2 K**

👤 38.6%   👤 38.2%
👤 11.3%   👤 11.8%

 **PEOPLE TARGETED**
**1.07 K**

👤 36.0%   👤 63.0%
👤 0.41%   👤 0.62%

💰 **TOTAL REQUIREMENTS**
**656 K**

 **RMRP PARTNERS**
**4**

**SECTOR LEADS**
IOM[2,3]–UNHCR[1,2,3]
(1) Costa Rica (2) Mexico (3) Panama

## PRIORITY NEEDS

The increase in the use of irregular routes and border crossings by refugees and migrants from Venezuela has also exacerbated their vulnerability to numerous protection risks, including various forms of sexual and gender-based violence (GBV) including sexual exploitation and assault, as well as intimate-partner violence. Women and girls, as well as members of the LGBTQI+ community, are at greater risk of these forms of violence. The increased vulnerability of those in-transit irregularly, while relying on smugglers to cross borders and evade detection by the authorities, at risk of robbery and without access to social support networks, can also lead to a greater prevalence of abuse and exploitation, including survival sex to meet basic needs, as well as risks of human trafficking.

Meanwhile, as a result of greater socio-economic insecurity due to the COVID-19 pandemic, coupled with movement restrictions and high levels of stress in households that struggle to meet basic needs, there are also greater risk factors for GBV among those in-destination. In Panama, R4V partners have reported an increase in GBV incidents and the need for MHPSS services.[663]

Participatory assessments and protection monitoring by R4V partners identified the need to link prevention, risk mitigation, and response programmes with peaceful coexistence in schools and communities, as GBV risks and xenophobia have also been reported by girls and adolescents in public spaces.[664] Both in Panama and Costa Rica, participatory assessments identified the need for greater information on available services for GBV survivors. In Mexico, negative stereotypes about and discrimination against Venezuelan women and girls creates serious risks for GBV, including sexual violence, exploitation and abuse.[665]

## RESPONSE STRATEGY

To respond to the identified risks of GBV and needs of survivors across the sub-region, GBV Sub-sector partners will focus on the following priorities in Costa Rica, Mexico and Panama:

• Developing and implementing effective referral pathways for survivors of GBV, including effective access to the justice system and inclusion in survivor/victim protection programmes.

[663] R4V Panama, JNA, September 2021. Publication forthcoming.
[664] R4V Panama, Women and Girls Participatory Assessment, February 2021. Part of the R4V Panama, JNA, September 2021.
[665] R4V Mexico, JNA, October 2021. Highlighted as a concern during focus group discussions. Publication forthcoming.

- Focusing on programmes that have a potential to prevent GBV from occurring, by conducting outreach with communities and authorities, trainings on positive masculinities, and other activities to address the root causes of GBV.

- Providing support to survivors of GBV, including case management, psychosocial support, and integrated inter-sectoral responses with the Shelter, Health, Protection and Integration Sectors.

Direct support to survivors of GBV will be provided by GBV Sub-sector partners as part of a wholistic response, through linkages with other Sectors, to ensure that – in addition to case management and MHPSS support – survivors have access to health services, safe shelter, income-generating opportunities, access to justice systems, and legal advice and counselling. Primary modalities of the prevention response, meanwhile, will include information dissemination of key messages among communities, focusing on a "new masculinities" approach, working with boys and girls, adolescents and adults to identify the root causes of GBV and address harmful gender norms, including through community-based peaceful coexistence and social cohesion activities in schools and other public spaces.

Community protection networks will also be supported, to promote early identification and referral of GBV survivors. Capacity-building workshops with relevant agencies and sensitization sessions on the specific vulnerabilities faced by refugees and migrants will also be held for authorities in Costa Rica, Mexico and Panama, to address prevention, mitigation, and response to situations of GBV and to secure referral pathways to government protection agencies.

#  HUMAN TRAFFICKING AND SMUGGLING

 **PEOPLE IN NEED**
**36.4 K**
↑ 39.5%  ↑ 37.6%
↑ 11.5%  ↑ 11.4%

 **PEOPLE TARGETED**
**–**
↑ –  ↑ –  –
↑ –  ↑ –  –

**TOTAL REQUIREMENTS**
**85 K**

 **RMRP PARTNERS**
**2**

**SECTOR LEADS**
IOM[1,2,3]–UNHCR[2]
(1) Costa Rica (2) Mexico (3) Panama

## PRIORITY NEEDS

For the Central America and Mexico sub-region, the context of the COVID-19 pandemic and the countries' unprecedented and prolonged movement restrictions have caused refugees and migrants from Venezuela to face greater risks of human trafficking and smuggling. This context has led to situations of abuse and exploitation, especially along alternative and dangerous transit routes.[666] As in other countries of the region, trafficking and smuggling networks in Mexico, Panama and Costa Rica have quickly adapted to the changes linked to the pandemic, as criminals have found ways to exploit the vulnerable situation of refugees and migrants desperate to cross borders despite movements restrictions and closures, leading to an increase in the demand and price for smugglers' services, also associated with an increased risk to fall victim to human trafficking.[667]

Risk factors associated with human trafficking in the sub-region include a lack of documentation/ irregular situations, lack of accurate information on the risks associated with irregular transit routes, and socio-economic vulnerability. For example, the JNA in Costa Rica found that the lack of documentation and an irregular situation limited access of the Venezuelan population to public services like health, education, transportation and better job opportunities, including access to formal labour markets and to job opportunities related to their previous work, experience, and skills. As a result, opportunities for integration in their host communities decreases, while the risks of abuse and human trafficking significantly increase.[668] According to an R4V partner's survey, 1 per cent of Venezuelan respondents interviewed in Costa Rica reported having been detained at a location against their will, which is an indicator of a possible case of human trafficking.[669] Although cases of human trafficking are chronically under-identified and under-reported, leading to a dearth of information on the scale of the problem, both Mexico and Panama are also known to be have been targeted by human trafficking and smuggling networks, with the current irregular movements providing fertile ground for these criminal networks to operate.

## RESPONSE STRATEGY

The Human Trafficking and Smuggling Sub-sector response strategy for the sub-region will focus on four priorities: prevention, prosecution, protection, and partnerships.

[666] See, e.g., Government of Panama, Migration: Irregular transit through Darién by country, 2021: https://bit.ly/316kReP
[667] Global Initiative Against Transnational Organized Crime, Aggravating Circumstances: How Coronavirus Impacts Human Trafficking (Policy Brief), May 2020: https://globalinitiative.net/wp-content/uploads/2020/06/Aggravating-circumstances-How-coronavirus-impacts-human-trafficking-GITOC-1.pdf
[668] JNA, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming.
[669] IOM, DTM Costa Rica, May-June 2021: www.dtm.iom.int/costa-rica

Venezuela AR_001028

To prevent human trafficking, partners in Mexico, Costa Rica and Panama will support the regional campaign for the prevention of trafficking in persons developed by the regional R4V Human Trafficking and Smuggling Sub-sector, disseminating it to the three countries and using it as the basis for further capacity-building. Partners in Costa Rica and Panama will implement training activities to strengthen the technical capacities of national actors and partners who work with refugees and migrants from Venezuela.

R4V activities will focus on capacity-strengthening for judges, prosecutors, the police, and institutions linked to the prevention of, response to, and prosecution of the crime of human trafficking. Additionally, support will be provided for the creation of a specialized unit to respond to the needs of victims of trafficking from Venezuela. In Panama, the prevention response will also include providing technical support to the government to meet its commitments outlined in the National Plan Against the Trafficking of Persons, 2017-2022, by developing technical tools to help address root causes, refer cases to existing mechanisms and establish interinstitutional and intersectoral referral pathways.

R4V partners in the sub-region will focus on improving access to protection systems and comprehensive support services for Venezuelan victims of trafficking, and on developing local protection referral pathways. Partners will strengthen protection services and spaces that provide support to victims, including the reception stations in the Darien area in Panama, and shelters along main transit routes in Mexico, to guarantee psychosocial and legal assistance, access to justice, documentation, and integration support for victims of trafficking and people who have been smuggled and in a vulnerable situation.

Finally, the response will translate into intersectoral coordination, particularly with the Humanitarian Transportation, Food Security and WASH Sectors, to provide holistic and meaningful access to services and respond to the needs of victims of trafficking and people who have been smuggled.

 **SHELTER**

 **PEOPLE IN NEED**
**100 K**

♂ 39.6%  ♀ 38.7%
♂ 10.8%  ♀ 10.9%

**↓↓ PEOPLE TARGETED**
**6.20 K**

♂ 25.1%  ♀ 29.3%
♂ 22.5%  ♀ 23.1%

 **TOTAL REQUIREMENTS**
**1.45 M**

 **RMRP PARTNERS**
**4**

**SECTOR LEADS**
IOM[1,2,3]–UNHCR[1]
(1) Costa Rica (2) Mexico (3) Panama

## PRIORITY NEEDS

The changing movement dynamics in the sub-region – with the marked increase in 2021 of refugees and migrants from Venezuela with limited socio-economic means traveling over land routes and through irregular border crossings between Panama, Costa Rica and Mexico, in addition to some continuing to arrive by plane – have led to greater shelter needs, particularly for the highly vulnerable in-transit populations. The lack of adequate safe shelter for refugees and migrants from Venezuela is a key unmet need in border areas of the Darien Gap in Panama, the southern and northern border of Costa Rica, and the southern border of Mexico. The COVID-19 pandemic and related physical distancing requirements also continue to limit collective shelter options, particularly for refugees and migrants in-transit: for example, in Mexico, several collective shelters either closed their doors to new arrivals or suspended operations continuing into 2021 in order to adhere to COVID-19 measures, leaving fewer spaces available.

In addition, the COVID-19 pandemic continues to create additional housing risks and challenges for the in-destination population in the sub-region, with loss of household income linked to an inability to pay rents, and risks of eviction and homelessness. In Costa Rica, for example, 53 per cent of the Venezuelan population surveyed in 2021 reported having faced a problem in their place of residence, mainly issues related to paying rent and / or basic household services.

## RESPONSE STRATEGY

Shelter Sector partners in Costa Rica, Mexico and Panama will prioritize the following responses in 2022:

- Ensuring access to short-term safe and dignified shelter, including through collective shelter options as well as individual accommodations, along transit routes and in-destination for those most vulnerable to protection risks.

- Expanding support for adequate and affordable longer-term shelter in destination areas, to prevent evictions and homelessness and avoid the need to engage in negative coping mechanisms.

Shelter partners in the sub-region will continue to prioritize the most vulnerable cases, including households with children, the elderly and persons with disabilities, female-headed households, persons with serious medical conditions, and those in irregular situations.

Modalities will include in-kind support, including through technical assistance, infrastructure improvements and equipment for collective shelters (including in Mexico and Costa Rica) to expand their capacities to accommodate refugees and migrants from Venezuela, as well as in-kind shelter for those with special protection needs (including survivors of GBV and victims of trafficking in Panama). Cash and voucher assistance

(CVA) for rental costs of individual accommodations will be provided directly to refugees and migrants in Panama, Costa Rica and Mexico. A guidance note will also be developed to assist refugees and migrants in navigating the rental market across Mexico and to improve access to adequate and affordable housing.

Intersectoral collaboration with the Cash Working Group and the GBV and Human Trafficking and Smuggling Sub-sectors, as well as the Protection, Food Security and Health Sectors, will be key to provide a holistic response including shelter support to survivors of GBV and victims of human trafficking.

 **WASH**

 **PEOPLE IN NEED**
**91.5 K**    ♂ 39.7%   ♀ 38.5%
              ♂ 10.8%   ♀ 10.9%

**PEOPLE TARGETED**
**7.70 K**    ♂ 33.3%   ♀ 43.8%
              ♂ 11.0%   ♀ 11.9%

 **TOTAL REQUIREMENTS**
**358 K**

 **RMRP PARTNERS**
**3**

**SECTOR LEAD**
IOM

## PRIORITY NEEDS

The priority needs for the WASH Sector for 2022 are mainly linked to the prevention of COVID-19 for refugees and migrants from Venezuela and host communities, and personal hygiene. In Costa Rica, an R4V Partner survey noted that 38 per cent of Venezuelans indicated that the sanitary conditions of their homes are worse in the host country, compared to Venezuela.[670] Another partner´s survey indicated that 26.6 per cent of Venezuelans in Costa Rica share a bathroom with another family.[671] Similarly, since the second half of 2021 in Panama there has been an increase in the population in-transit to the north through the Province of Darien, which has increased the needs of the Immigration Reception Stations, and which requires additional efforts to meet the WASH needs of the population. In Mexico, due to the increasing number of Venezuelans in the in-transit population heading towards the United States,[672] partners identified the need to support shelters and reception centres which host Venezuelans with WASH supplies. As a result of the pandemic, shelters have faced several difficulties related to additional sanitary measures and corresponding space limitations. Shelters are in need of institutional and humanitarian assistance to provide more comprehensive support, including WASH, to refugees and migrants during the pandemic.[673]

As a result, R4V partners will need to provide an adapted response to the WASH needs of refugees and migrants from Venezuela by prioritizing their risk of exposure to COVID-19, taking into account that the socio-economic impact of the pandemic has affected the affordability of WASH services, and increased WASH needs.

## RESPONSE STRATEGY

In 2022, WASH Sector partners will focus on the following priorities for all three countries of the sub-region:

• Addressing WASH needs related to the prevention of the spread of COVID-19 and other communicable diseases, by providing supplies, including hygiene kits and COVID-19 prevention items.

• Providing AGD-sensitive personal hygiene kits, covering the needs of refugees and migrants from Venezuela for menstrual hygiene management (MHM) items and diapers (for child-care as well as incontinence).

The distribution of in-kind assistance will be a key modality, in the form of PPEs, hygiene kits, menstrual health kits, diapers, and other WASH supplies directly to refugees and migrants, and to ensure that CVA can be used for other expenses other than hygiene items. Key points of distribution and populations targeted for these forms of assistance will include refugees

[670] JNA, UNHCR Costa Rica and IOM Costa Rica, September 2021. Publication forthcoming.

[671] UNHCR Costa Rica, HFS, 2020-2021. Publication forthcoming.

[672] IOM, DTM, Mexican Northern Border, 2021. Publication forthcoming.

[673] United Nations Mexico, Reporting Results, 2020: https://www.onu.org.mx/wp-content/uploads/2021/06/Informe-ONU-Mx_2020.pdf

Venezuela AR_001030

and migrants in shelters and reception centres which host Venezuelans, in Mexico, Panama and Costa Rica. Information campaigns will also be carried out on proper hygiene practices, targeted at refugees and migrants as well as host communities, together with messages to promote peaceful coexistence and reduce xenophobia and discrimination linked to negative perceptions about the pandemic and the spread of COVID-19.

Intersectoral collaboration with the Child Protection, GBV, and Human Trafficking and Smuggling Sub-Sectors will be important to ensure that survivors of GBV and victims of human trafficking are prioritized as well for support from WASH Sector partners.



Venezuela AR_001031

Venezuela AR_001032



SOUTHERN
CONE


© UNHCR / Sara Allaga

# SOUTHERN CONE
## AT A GLANCE




**POPULATION PROJECTION 2022**
## 239 K


**PEOPLE IN NEED**
## 284 K


**PEOPLE TARGETED**
## 132 K

| | POPULATION PROJECTION 2022 | PEOPLE IN NEED | PEOPLE TARGETED |
|---|---|---|---|
| **VENEZUELANS IN DESTINATION** | 230 K | 164 K | 124 K |
| **HOST COMMUNITY** | - | 114 K | 2.49 K |
| **IN TRANSIT*** | 8.77 K | 6.39 K | 5.04 K |

**GENDER DISAGGREGATION**


♂ 42.4%   ♂ 41.8%
♂ 7.90%   ♂ 7.80%


♂ 40.5%   ♂ 41.2%
♂ 9.30%   ♂ 9.00%


♂ 44.5%   ♂ 45.9%
♂ 4.80%   ♂ 4.70%


**TOTAL REQUIREMENTS**
## $46.7 M


**RMRP PARTNERS**
## 21

* Refugees and migrants in-transit are included in the national totals.

Venezuela AR_001034

## FUNDING REQUEST AND BENEFICIARIES TARGETED



| COUNTRY | | | | |
|---|---|---|---|---|
| Argentina | 190.4 K | 225 K | 106 K | $23.3 M |
| Bolivia | 13.5 K | 33.2 K | 13.7 K | $8.78 M |
| Uruguay | 19.2 K | 15.1 K | 7.68 K | $7.98 M |
| Paraguay | 7.23 K | 10.9 K | 3.75 K | $6.68 M |

Population Projection   People in Need   People Targeted   Budget   **Venezuela AR_001035**

## NUMBER OF ORGANIZATIONS AND FINANCIAL REQUIREMENTS BY ORGANIZATION TYPE

| | International NGOs | National NGOs / CSOs‡ | Others‡‡ | UN Agencies |
|---|---|---|---|---|
| Financial requirements | 1.16% | 4.67% | 1.34% | 92.8% |
| Organizations | 2 | 7 | 6 | 6 |

‡ Civil Society Organizations.
‡‡ Others include the Red Cross Movement, academia and faith based organizations.

The list of organizations only includes appealing organizations under the RMRP, many of which collaborate with implementing partners to carry out RMRP activities.

## POPULATION IN NEED AND TARGET, FINANCIAL REQUIREMENTS AND NUMBER OF PARTNERS BY SECTOR

| Sector | People in need (PiN)* | Targeted / In need | People targeted* | Financial requirements (USD) | Partners |
|---|---|---|---|---|---|
| Education | 60.8 K | | 4.44 K | 841 K | 7 |
| Food Security | 141 K | | 29.7 K | 2.08 M | 9 |
| Health | 182 K | | 11.6 K | 2.07 M | 9 |
| Humanitarian Transportation | 23.8 K | | 4.01 K | 818 K | 4 |
| Integration | 230 K | | 111 K | 13.2 M | 15 |
| Nutrition | 5.74 K | | 4.37 K | 153 K | 1 |
| Protection** | 91.7 K | | 34.1 K | 9.35 M | 10 |
| Child Protection | 17.3 K | | 1.55 K | 1.96 M | 7 |
| Gender-Based Violence (GBV) | 16.3 K | | 1.24 K | 813 K | 7 |
| Human Trafficking & Smuggling | 2.08 K | | 290 | 694 K | 6 |
| Shelter | 57.4 K | | 18.9 K | 6.05 M | 11 |
| WASH | 57.4 K | | 16.4 K | 978 K | 6 |
| Multipurpose Cash Assistance | - | - | 18.7 K | 4.66 M | 5 |
| Common Services*** | - | - | - | 3.08 M | 9 |

* Refugees and migrants in-transit are included in the national totals.

** This includes Support Spaces

*** This includes AAP, Communication, Coordination, CwC/ C4D, Fundraising, Information Managent, PSEA and Reporting.

## COUNTRY OVERVIEW



© UNHCR/ William Wroblewski

The sub-region, comprising Argentina, Bolivia, Paraguay and Uruguay, has traditionally been marked by favorable reception conditions, with dedicated legal frameworks for refugees and migrants, opportunities for asylum and socio-economic integration with relatively low levels of discrimination and xenophobia, particularly in Argentina, one of the largest traditional recipient countries of refugees and migrants in South America. This positive protection environment has been significantly challenged by the COVID-19 pandemic.

After extended periods of border closures due to COVID-19 mitigation measures, the overall situation of refugees and migrants from Venezuela and affected host communities in the sub-region has worsened in comparison to previous years.[674] This is attributable in large part to the COVID-19 pandemic's

impact on national economies, changes to border management policies and asylum and regularization mechanisms.

Refugees and migrants from Venezuela surveyed by R4V partners in 2021 were unemployed at far greater rates than host populations in the four countries: in Argentina, 15 per cent of Venezuelans surveyed were unemployed, compared to 9.8 per cent of the general population; in Uruguay, 19 per cent compared to 9.5 per cent; in Paraguay, 33 per cent compared to 8.1 percent; and in Bolivia, 62 per cent compared to a national unemployment rate of 7.6 per cent.[675]

Obstacles to accessing territories and legal stay arrangements, including barriers to requesting asylum and other documentation procedures, have become recurrent.[676] Regular

[674] Joint Needs Assessment (JNA), Southern Cone R4V Platform, December 2021 (hereafter JNA Southern Cone, 2021): https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021. The JNA is the result of 4 workshops held in August 2021 with R4V partners, including refugee- and migrant-led organizations, governments, and subject matter experts in Argentina, Bolivia, Paraguay and Uruguay. It also took into account information from nine surveys with refugees and migrants from Venezuela in the sub-region: in Argentina, the High Frequency Survey (HFS) of UNHCR, 2021 (hereafter UNHCR Argentina, HFS, 2021); the Displacement Tracking Matrix (DTM) of IOM, Round 6, May 2021 (hereafter IOM Argentina, DTM, 2021): https://dtm.iom.int/argentina; and the National Migrant Survey of Argentina (ENMA), by the Migration and Asylum Division of the Institutional Network for Solutions to Human Rights Issues (RIOSP) of the National Council of Scientific and Technical Investigation (CONICET) (hereafter RIOSP-CONICET, National Migrant Survey of Argentina, 2021); in Bolivia, the DTM of IOM, Round 1, 2021 (hereafter IOM Bolivia, DTM, 2021): https://dtm.iom.int/bolivia; and the High Frequency Survey (HFS) of UNHCR, 2021 (hereafter UNHCR, Bolivia HFS, 2021); in Paraguay, the DTM of IOM, Round 4, 2021 (hereafter IOM, Paraguay DTM, 2021): https://dtm.iom.int/paraguay; and the High Frequency Survey (HFS) of UNHCR, 2021 (hereafter UNHCR, Paraguay HFS, 2021); and in Uruguay, the DTM of IOM, Round 3, 2021 (hereafter IOM, Uruguay DTM, 2021): https://dtm.iom.int/uruguay; the DTM of IOM and UNICEF, Round 4, 2021 (hereafter IOM/UNICEF, DTM Uruguay, 2021); and the High Frequency Survey (HFS) of UNHCR, 2021 (hereafter UNHCR, Uruguay HFS, 2021).

[675] JNA, Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021 Comparative analysis of unemployment data from the RIOSP-CONICET, National Migrant Survey of Argentina (ENMA), 2021; UNHCR Bolivia, HFS, 2021; IOM Paraguay, DTM, 2021; and IOM Uruguay, DTM, 2021, among other sources.

[676] Argentina and Bolivia had no exceptions for asylum-seekers to enter while their land borders have been closed. UNHCR, COVID-19 Platform: Temporary measures and impact on protection, 2021: https://im.unhcr.org/covid19_platform/. In Bolivia, 18 per cent of Venezuelans surveyed, in Argentina 6 per cent, in Paraguay 4 per cent and 2 per cent in Uruguay said they intended to seek asylum but could not, either due to lack of information, lack of presence of a public authority with whom to request asylum, and/ or due to prohibitive costs, among other reasons. UNHCR, HFS, 2021.

pathways for family reunification and for unaccompanied and/or separated children (UASC) have been insufficient and/or suspended due to COVID-19 restrictions.[677] Prerequisites for entry such as COVID-19 vaccinations and/or negative PCR tests pose challenges, due to the lack of access to vaccines in countries of transit and/or unaffordable costs for many refugees and migrants from Venezuela.[678]

Meanwhile, once in Argentina, Bolivia and Paraguay, a significant percentage of refugees and migrants from Venezuela do not have adequate documentation to exercise their fundamental rights: in Bolivia, 68 per cent of all refugees and migrants from Venezuela surveyed in June 2021 say they were in an irregular situation;[679] in Argentina, 44 per cent of Venezuelans surveyed who had been in the country for two years or less did not have a National Identity Document and 33 per cent said they had faced obstacles to regularize;[680] and in Paraguay, 38 percent of Venezuelans already recognized as refugees did not have a valid national ID.[681] In this context, Bolivia's planned regularization exercise for Venezuelans in an irregular situation – through which those eligible will receive two-year residency permits – could represent an important opportunity for refugees and migrants from Venezuela to regularize their situations.[682]

Given this protection context, unsatisfied basic needs – such as shelter, water, food and health services – threaten the lives and physical integrity of refugees and migrants from Venezuela in-transit by land through Bolivia, mainly to Chile as a final destination, but also to Argentina and Uruguay. Venezuelans traveling these routes often arrive at transit locations (e.g. Pisiga in Bolivia, or La Quiaca in Argentina) in precarious conditions, with host communities where basic goods and services are also scarce.[683] 33 per cent of refugees and migrants from Venezuela arriving to Argentina did not have regular access to food during their trip.[684] Food is the second greatest need

identified by refugees and migrants from Venezuela through surveys with R4V partners in Argentina, Uruguay and Bolivia, and the greatest household need in Paraguay.[685]

Regarding shelter, 18 per cent of Venezuelans surveyed while in-transit in Bolivia lacked safe shelter, during journeys which traverse high altitudes, extreme temperatures and sparsely inhabited territories.[686] The need for temporary shelter has also increased in border areas of Argentina and Uruguay, linked to the requirements for quarantine and the reduction of safe transportation from border areas to main cities.[687] This situation is also associated with an increase in smuggling, taking advantage of refugees' and migrants' vulnerability.[688] In Bolivia 35 per cent of Venezuelans surveyed had received proposals to cross borders irregularly.[689]

Regarding integration prospects, Argentina and Uruguay have traditionally provided for greater socio-economic opportunities,[690] while Bolivia and Paraguay have only recently started receiving significant numbers of refugees and migrants, many of them in-transit.[691] Working in the informal labour market has become even more prevalent than in pre-pandemic times.[692] Social protection programmes are usually not enough to cover basic needs and/or have administrative requirements that Venezuelans cannot meet, such as documentation or a minimum number of years of residence: in Argentina, 97 per cent of Venezuelans interviewed could not access the main emergency socio-economic assistance issued by the government to respond to the effects of the pandemic.[693]

Access to adequate and affordable housing solutions continues to be a complex and long-standing challenge for both refugees and migrants from Venezuela and host communities, particularly in the urban areas of Buenos Aires, Cordoba, Mendoza and Rosario in Argentina; Santa Cruz, Cochabamba

[677] In Argentina, families remained in Bolivia and Brazil for months after perilous overland journeys while waiting for permission from the Government of Argentina to enter, despite residences in Argentina being already approved in some cases. CAREF, Migrantes en Pandemia: Entre la nueva normalidad y la vieja desigualdad, p. 37, 2021: https://www.caref.org.ar/publicaciones.

[678] To enter Argentina and to a lesser extent Uruguay, these prerequisites are normally implemented first by transportation companies (by land, air and water) which often do not apply exceptions (family reunification or seeking asylum) even when established in the countries' legal frameworks.

[679] IOM, DTM Bolivia, 2021.

[680] RIOSP-CONICET, National Migrant Survey in Argentina (ENMA), p. 30, 2021. Publication forthcoming.

[681] UNHCR, HFS Paraguay, 2021.

[682] For more information, see http://www.gacetaoficialdebolivia.gob.bo/normas/descargarPdf/168568.

[683] During 2021, there were numerous reports of refugees and migrants from Venezuela in transit through Bolivia to Chile with severe health conditions and even deaths. See, e.g., La muerte de una bebé venezolana en la frontera entre Bolivia y Chile que refleja el drama de los migrantes, El Diario, 10 November 2021: https://eldiario.com/2021/10/12/muerte-bebe-venezolana-frontera-bolivia-chile/; Migrante venezolana muere al cruzar inhóspita frontera entre Chile y Bolivia, Swiss Info, 25 May 2021: https://www.swissinfo.ch/spa/chile-migraci%C3%B3n_migrante-venezolana-muere-al-cruzar-inh%C3%B3spita-frontera-entre-chile-y-bolivia/46648622.

[684] JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021; IOM, DTM Argentina, 2021: https://dtm.iom.int/argentina.

[685] JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021

[686] IOM, DTM Bolivia, 2021: https://dtm.iom.int/bolivia

[687] JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021

[688] In Argentina, 33 per cent of Venezuelans surveyed had suffered from or witnessed an incident while in transit, such as violence or harassment, among others. UNHCR, HFS Argentina, 2021.

[689] IOM, DTM Bolivia, 2021: https://dtm.iom.int/bolivia

[690] In both countries, refugees and migrants can generally exercise their rights to health and education, and even those in irregular situations can often find work, however these opportunities have been partially undermined by the COVID-19 pandemic.

[691] JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021

[692] In Bolivia, 52 per cent of Venezuelans interviewed were working in the informal sector, IOM, DTM Bolivia, 2021. In Argentina, 59 per cent of working Venezuelans surveyed were not duly registered as employees, RIOSP-CONICET, ENMA, 2021.

[693] RIOSP-CONICET, National Migrant Survey in Argentina (ENMA), 2021. Publication forthcoming.

and La Paz in Bolivia; and Montevideo in Uruguay.[694] As an example, 10 per cent of Venezuelans surveyed in Argentina were living in precarious and/or overcrowded collective shelters, family hotels or shared houses.[695]

Regarding health needs, refugees and migrants have generally been included in COVID-19 vaccination campaigns in the sub-region, on a par with nationals, although practical challenges remain.[696] While healthcare is free and universal in Argentina and Uruguay, there are access challenges in some geographic regions, mainly in border areas. In Bolivia and Paraguay, access to adequate healthcare is one of the main concerns expressed by refugees and migrants.[697]

Finally, xenophobia is a growing concern: 45.8 per cent of refugees and migrants from Venezuela surveyed in Bolivia, 26.9 per cent in Argentina, 23 per cent in Paraguay and 29.9 per cent in Uruguay said they had suffered discrimination in their host countries due to their nationality.[698]

## RESPONSE STRATEGY

### Scope of the Response and Priorities

The RMRP 2022 response in the Southern Cone brings together 23 partners[699] working in 24 departments, provinces or states of the four countries of the sub-region. The response will geographically focus on border regions that are places of transit and arrival for Venezuelans (such as Jujuy, Salta, Misiones and Mendoza in Argentina; Oruro, Potosí, Tarija, El Beni and La Paz in Bolivia; Itapúa and Alto Paraná in Paraguay; and Rivera and Chuy in Uruguay) and urban areas with greater concentrations of refugees and migrants (including Buenos Aires City and Province, Rosario, Mendoza, Cordoba and Salta in Argentina; La Paz, Santa Cruz and Cochabamba in Bolivia; Asunción and Ciudad del Este in Paraguay; and Montevideo in Uruguay).

The priority of the response for 2022 will be to strengthen the protection space for refugees and migrants from Venezuela. Partners will complement government efforts to promote access to regularization; to strengthen access to and efficiency of the asylum systems, as well as processes for resident permits and humanitarian visas; and to issue national identity documents. This will be accomplished through interventions in capacity-building, advocacy, legal advice and representation for refugees and migrants, and conducting information and sensitization campaigns. Partners will promote safe access to

territory through regular pathways and, in the case of Bolivia, to regularization for those staying in the country.[700] Specific needs of children and youth will be prioritized, in particular the situation of UASC.

In Argentina and Uruguay, where more than 90 per cent of refugees and migrants from Venezuela in the sub-region live, facilitating integration will continue to be a priority, particularly in main urban areas of settlement of the population: Buenos Aires, Cordoba, Mendoza and Rosario in Argentina, and Montevideo in Uruguay. RMRP partners will promote employment, entrepreneurship, and financial inclusion of refugees and migrants. Women's needs are particularly considered within these activities, with a goal to support families with childcare and elder care, roles which are often assumed by women in households.

In Bolivia, particularly for refugees and migrants in-transit to Chile and Argentina, partners will provide emergency assistance such as water, food, temporary shelter, basic healthcare and safe transportation. Partners will also implement these types of interventions along the northern border of Argentina, especially in Jujuy and Salta. Moreover, as refugees and migrants continue facing challenges to access safe, dignified and affordable housing solutions in Buenos Aires and Montevideo, partners will assist refugees and migrants with temporary shelters and orientation and legal advice.

R4V partners' health activities will be more extensive in Bolivia and in Paraguay, seeking to complement existing public services for refugees and migrants. In all four countries, strengthening mental health care will be a priority. The R4V Sub-regional Platform will also continue to promote the inclusion of refugees and migrants in COVID-19 vaccination campaigns.

In terms of education, the priority will be to facilitate recognition of academic degrees and vocational credentials. Additionally, focusing on Bolivia, partners will seek to promote children's access to public education.

Finally, multipurpose cash transfers (MPC) will be a main modality of implementation across the sub-region. Public information campaigns and Communication with Communities (CwC) will also be key activities to prevent and counteract xenophobia and discrimination.

### Response Principles

[694] For example, after the start of the pandemic in Argentina, the number of people living in so-called Villas – characterized by precarious buildings and limited infrastructure and public services – quadrupled to approximately 400,000. *La Pandemia del Coronavirus y la Crisis Habitacional en la Ciudad de Buenos Aires*, Observatorio del Derecho a la Ciudad, 2020: *https://observatoriociudad.org/la-pandemia-del-coronavirus-y-la-crisis-habitacional-en-la-ciudad-de-buenos-aires/*. In Argentina, 80 per cent of Venezuelans interviewed had one or more problems to access adequate housing, including high rental costs (65 per cent) and obstacles to meet legal requirements (48 per cent) and 10 per cent were at risk of evictions, RIOSP-CONICET, ENMA, 2021.

[695] RIOSP-CONICET, ENMA, 2021.

[696] Obstacles include documentation requirements to register online, and differences in criteria between provinces. See, e.g. CAREF Argentina, Vacunación COVID-19: ¿También para migrantes? 2021: *https://www.caref.org.ar/publicaciones*.

[697] In Bolivia, health is the second priority need expressed by refugees and migrants (17 per cent), right after food, and almost half (48 per cent) of those surveyed faced obstacles to receive healthcare. IOM, DTM Bolivia, 2021. In Paraguay, of the 18 per cent of Venezuelans surveyed who had a chronic illness, 81 per cent required medicines, but only 59 per cent could access them regularly in 2021. IOM, DTM Paraguay, 2021: *https://dtm.iom.int/reports/paraguay-%E2%80%94-flujo-de-migraci%C3%B3n-venezolana-ronda-4-mayo-junio-2021*.

[698] UNHCR, HFS Argentina, HFS Bolivia, HFS Paraguay and HFS Uruguay, 2021.

[699] While 23 partners submitted activities to the RMRP 2022, 40 organizations took part in the Southern Cone JNA and participate regularly in coordination mechanisms of each of the four countries.

[700] See, e.g., *http://www.gacetaoficialdebolivia.gob.bo/normas/descargarPdf/168568*.



© UNHCR/ Giani Bulacio

Sectors will coordinate on the basis of joint guiding principles, with a focus on age, gender, diversity (AGD) and the Centrality of Protection (COP). A full 100 per cent of RMRP partners in Paraguay, 86 per cent of partners in Bolivia, 73 per cent of partners in Argentina, and the majority of partners in Uruguay reported through the Gender with Age Marker (GAM) that they plan to incorporate gender, with an age and diversity approach, into their RMRP activities.

Meanwhile, expanding CwC and promoting accountability to affected populations (AAP) by facilitating meaningful participation of refugees and migrants from Venezuela and affected host communities to identify risks, needs and develop solutions, as enhanced in 2021, will be further strengthened in 2022. Promoting the leadership of community-based and refugee- and migrant-led organizations in the RMRP response will also be a focus of the R4V Sub-regional Platform.

To maintain the highest standards in all activities, R4V partners commit to establishing and strengthening mechanisms and

systems for protection from sexual exploitation and abuse (PSEA) and to implement a zero-tolerance policy on sexual harassment.

Lastly, R4V partners will promote access to the green economy and income-generating activities for refugees and migrants with positive environmental impacts. In the context of the RMRP planning process, R4V partners self-assessed their activities using the RMRP's Environment Marker: almost 50 per cent of R4V partners declared that they have assessed – partially or entirely – the environmental impacts of their interventions, or will still consider environmental issues in the ongoing planning process.

 # EDUCATION

 **PEOPLE IN NEED**
**60.8 K**

👤 33.2%  👤 33.9%
👤 16.8%  👤 16.2%

**↓↓ PEOPLE TARGETED**
**4.44 K**

👤 8.12%  👤 10.8%
👤 39.6%  👤 41.4%

 **TOTAL REQUIREMENTS**
**841 K**

 **RMRP PARTNERS**
**7**

**SECTOR LEADS**
ADRA¹·⁴–IOM¹·²·³·⁴–SCALABRINI
FOUNDATION²–UNHCR³
(1) Argentina (2) Bolivia (3) Paraguay (4) Uruguay

## PRIORITY NEEDS

Key education needs for refugees and migrants from Venezuela arise from the challenges faced to validate foreign academic and professional degrees and vocational skills. Refugees and migrants lack information on these procedures, while processing times can take up to two years, and additional challenges and delays arise in obtaining documentation from the country of origin, all of which have been aggravated by the COVID-19 pandemic. While Argentina and Uruguay have no agreements with Venezuela on the homologation of degrees, in Paraguay, the prohibitive costs to validate degrees from abroad further undermine socio-economic integration opportunities for refugees and migrants with limited economic resources.[701]

Refugee and migrant children and adolescents from Venezuela in irregular situations face concerning difficulties accessing the national educational systems across the sub-region due to documentation requirements. Some schools do not admit refugee and migrant children in irregular situations due to legal regulations in place.[702]

Additionally, refugee and migrant women's ability to obtain and maintain employment – particularly for single-parent heads-of-household, who are more often women – is in many cases impeded due to a lack of childcare solutions for children who are not attending schools or educational centres in the context of the health emergency. There is thus an important link between education access, school and childcare enrolment for children and employment and integration prospects for families. An assessment by an R4V partner in Bolivia found that 42 per cent of refugees and migrants from Venezuela surveyed stated that they could not access the job market, and 10 per cent of those indicated that it was because they had no one to take care of their children if they went to work.[703]

## RESPONSE STRATEGY

The main priorities of the Education Sector response, to be carried out in all four countries of the sub-region, are the following:

- Advocate with relevant government authorities for granting access to education at all levels for all refugees and migrants from Venezuela.

- Coordinate with public institutions to facilitate validation and certification processes of primary, secondary, and university education.

- Collaborate with public institutions, schools, academic institutions and vocational training centres to develop certification of professional and vocational competencies.

The Education Sector will provide direct assistance and guidance to refugees and migrants from Venezuela on accessing national education programmes, certification and validation of academic degrees and certificates. It will further carry out information and awareness-raising activities with refugees and migrants on the right to education. Partners in all four countries will also directly assist refugees and migrants from Venezuela by providing them with spaces for pedagogical support, school supplies and educational enrichment activities. In terms of infrastructure, partners will support educational centres with furniture and educational supplies.

Activities focusing on capacity-support will target teachers and partners who work with refugees and migrants from Venezuela in educational and vocational contexts to enhance their integration, with an intercultural perspective. The Sector will support state and non-governmental entities to enhance educational inclusion and school retention for refugee and migrant children from Venezuela.

[701] In Paraguay, validating a degree granted by an educational institutional abroad costs almost 800 USD. See e.g. **https://www.una.py/educacion/tramites-academicos/requisitos-para-el-reconocimiento-homologacion-o-convalidacion-de-los-titulos-obtenidos.**

[702] In Bolivia, children and adolescents who do not have valid national documentation cannot enrol in the public education system: R4V partners have been advocating for children to register or attend class as "listeners." In Uruguay, some refugee and migrant children face difficulties accessing the "Ceibal Plan" in study centres without a national identity document. See JNA Southern Cone, 2021: **https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021**      In Argentina, 18 per cent of families interviewed had children not attending school, either because they were not yet old enough to do so (11 per cent) or due to other reasons (7 per cent). RIOSP-CONICET, ENMA Argentina, 2021. In Paraguay, 8 per cent of Venezuelans surveyed had children not enrolled in the educational system. IOM, DTM Paraguay, 2021: **https://dtm.iom.int/reports/paraguay-%E2%80%94-flujo-de-migraci%C3%B3n-venezolana-ronda-4-mayo-junio-2021**

[703] IOM, DTM Bolivia, 2021: **https://dtm.iom.int/bolivia**

The Education Sector will work directly with the Integration Sector, due to the intrinsic intersection between both Sectors, including on the need for education and vocational training to be able to access job opportunities, and the need to validate and recognize academic and professional certifications, in order to access the formal labour market. In addition, advocacy with national governments on documentation will be undertaken in coordination with the Protection Sector.

 **FOOD SECURITY**

**PEOPLE IN NEED** 141 K — ♂ 42.4% ♀ 42.2% ♂ 7.72% ♀ 7.72%

**PEOPLE TARGETED** 29.7 K — ♂ 28.8% ♀ 31.2% ♂ 19.9% ♀ 20.1%

**TOTAL REQUIREMENTS** 2.08 M

**RMRP PARTNERS** 9

**SECTOR LEADS**
CARITAS SWITZERLAND²-IDAS Y VUELTAS⁴-IOM¹³-MANOS VENEGUAYAS⁴-MUNASIM KULLAKITA FUNDATION²-RED CROSS MOVEMENT¹-UNHCR¹³-UNICEF²
(1) Argentina (2) Bolivia (3) Paraguay (4) Uruguay

## PRIORITY NEEDS

Refugees and migrants from Venezuela in the Southern Cone have both reduced physical and economic access to food. According to surveys by R4V partners, in Argentina, Uruguay and Bolivia food is the second greatest need of refugees and migrants from Venezuela, and the greatest need in Paraguay.[704]

In Paraguay, 11 per cent of Venezuelans surveyed by an R4V partner did not have enough food to feed all members of their households, and 38 per cent had partial access to enough food.[705] In Uruguay, 26 per cent of refugees and migrants from Venezuela surveyed said their access to food worsened during the pandemic and 43 per cent of those between the ages of 25 and 44 said they had no or partial access to food.[706]

The primary cause of lack of sufficient quantity and quality of food is decreasing access to livelihoods and increasing food costs. Employment opportunities have been severely reduced due to the COVID-19 pandemic. The high cost of the family food basket also makes it difficult for refugees and migrants from Venezuela to meet their food needs, particularly in Argentina, where interannual inflation reached over 50 per cent in 2021,[707] and Uruguay, where the daily price of a healthy diet is 3 dollars, one of the highest averages in the region.[708]

Refugees and migrants from Venezuela also face difficulties accessing government food support programmes, like the food baskets provided by the Ministry of Social Development

(MIDES) in Uruguay, or the IFE subsidy (Emergency Family Income) in Argentina,[709] due to documentation requirements (such as a valid national identity card) and operational obstacles (such as geographical coverage).

Direct food assistance is also critical for refugees and migrants in-transit, particularly in Bolivia, given long distances and harsh climatic conditions in remote areas with few host communities and response actors. In Jujuy, Salta and Misiones in Argentina, and Rivera, Rocha and Chuy in Uruguay, food assistance for new arrivals subject to COVID-19 quarantines upon arrival has likewise been identified as a priority need.[710]

Due to increasing arrivals of families with children and adolescents in the Southern Cone,[711] food assistance is a priority need for particularly vulnerable groups, including young children, pregnant and lactating women and the elderly.

## RESPONSE STRATEGY

R4V partners will provide food assistance to refugees and migrants from Venezuela and affected host communities in all countries of the Southern Cone. Children under the age of five, pregnant and lactating women, the elderly and people with specific needs will be prioritized. The two main response priorities are:

• Strengthen and sustain direct food assistance to refugees and migrants from Venezuela, using CVA and in-kind

[704] JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021
[705] IOM, DTM Paraguay, 2021: https://dtm.iom.int/reports/paraguay-%E2%80%94-flujo-de-migraci%C3%B3n-venezolana-ronda-4-mayo-junio-2021
[706] IOM, DTM Uruguay, 2021: https://dtm.iom.int/uruguay
[707] Instituto Nacional de Estadística y Censos (INDEC), Argentina, September 2021: https://www.indec.gob.ar/indec/web/Nivel4-Tema-3-5-31
[708] FAO, Panorama of Food and Nutrition Security in Latin America and the Caribbean, 2020: https://www.fao.org/americas/publicaciones-audio-video/panorama/2020/es/
[709] A government-implemented economic benefit to protect vulnerable Argentine families during the COVID-19 pandemic. See https://www.anses.gob.ar/informacion/ingreso-familiar-de-emergencia
[710] JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021
[711] Ibid. For example, 53 per cent of Venezuelans surveyed in Bolivia indicated they had made their trip with their family group. See also IOM, DTM Bolivia, 2021: https://dtm.iom.int/bolivia

modalities, and expanding geographical coverage to include remote areas, prioritizing border areas of Bolivia and the north of Argentina and Uruguay.

• Advocate with local and national authorities to remove obstacles and improve the inclusion of refugees and migrants from Venezuela in government-run social and food programmes.

The Sector's response in 2022 will be implemented through the direct distribution of food baskets, other in-kind support such as infrastructure for community kitchens, and the delivery of food vouchers and/or cash assistance (CVA) to refugees and migrants. Direct food provision and CVA will be prioritized in areas far from urban centres.

The Food Security, Nutrition, Shelter, Humanitarian Transportation and WASH Sectors in the Southern Cone form a Basic Needs Multi-Sector Working Group, where partners coordinate activities in an integrated manner. Additionally, to improve the inclusion of refugees and migrants from Venezuela in national food assistance programmes, partners will coordinate closely with the Protection Sector to advocate for refugees' and migrants' access to documentation.

 HEALTH

 **PEOPLE IN NEED**
**182 K**

♂ 38.1%   ♀ 39.2%
♂ 11.6%   ♀ 11.2%

**PEOPLE TARGETED**
**11.6 K**

♂ 43.0%   ♀ 42.9%
♂ 7.11%   ♀ 7.01%

 **TOTAL REQUIREMENTS**
**2.07 M**

 **RMRP PARTNERS**
**9**

**SECTOR LEADS**
IOM³-CARITAS SWITZERLAND²-MUNASIM KULLAKITA FOUNDATION²-UDELAR⁴-UNAIDS¹-UNICEF²-UNHCR³-WHO/PAHO¹
(1) Argentina (2) Bolivia (3) Paraguay (4) Uruguay

## PRIORITY NEEDS

Refugees and migrants from Venezuela in irregular and vulnerable situations are largely unable to access national health systems and lack the means to pay for healthcare or travel to health centres. In Bolivia, 47.6 per cent of Venezuelans surveyed by an R4V partner had difficulties receiving medical attention and 73.8 per cent did not know the national health system (SUS).[712] In Paraguay, 87 per cent of Venezuelans surveyed did not have health insurance.[713]

Another key obstacle is the lack of information on health services and the rights of refugees and migrants to access them, sometimes combined with a lack of awareness amongst public health system personnel, including related to refugees' and migrants' inclusion in national COVID-19 vaccination programmes. Incidents of discrimination and xenophobia have further undermined regular access for refugees and migrants.[714]

The mental health condition of many refugees and migrants from Venezuela has suffered, not only as a result of often traumatic experiences en route from Venezuela to the Southern Cone, but also due to the pandemic.[715] According to the JNA, this situation is aggravated by isolation and unfavorable economic consequences for refugees and migrants, coupled with limited access to mental and psychosocial health services.[716] There are also unmet needs in the fields of sexual and reproductive health, and maternal and child healthcare.[717]

## RESPONSE STRATEGY

The three Health Sector response priorities in all four Southern Cone countries are:

• Support compliance with COVID-19 heath measures by providing direct support to health authorities in border areas to ensure availability of tests and coverage of related costs; disseminate information and make available means to comply with quarantines; facilitate access to vaccination against COVID-19 for refugees and migrants from Venezuela

---

[712] IOM, DTM Bolivia, 2021: *https://dtm.iom.int/bolivia*

[713] IOM, DTM Paraguay, 2021: *https://dtm.iom.int/reports/paraguay-%E2%80%94-flujo-de-migraci%C3%B3n-venezolana-ronda-4-mayo-junio-2021*

[714] R4V partners in countries of the Southern Cone have accompanied refugees and migrants from Venezuela to health centres after experiencing discrimination so that they can be effectively cared for. JNA Southern Cone, 2021: *https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021*. In Argentina, 9 per cent of Venezuelans surveyed stated having suffered abuse or discrimination in a health centre. RIOSP-CONICET, ENMA, 2021.

[715] Research indicates increased stress and anxiety levels due to the COVID-19 pandemic. See, e.g., UNICEF, Estado Mundial de la Infancia, 2021: *https://dds.cepal.org/redesoc/publicacion?id=5535*

[716] JNA Southern Cone, 2021: *https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021*

[717] Ibid.

... (omit)

in irregular situations; trace infected cases; and disseminate information about national COVID-19 vaccination plans.

- Circulate at all levels – including to refugees and migrants, service providers, government actors and civil society organizations – information on refugees' and migrants' rights to access healthcare and the organization of national health systems to strengthen non-discrimination and culturally-sensitive service provision.

- Improve collaboration between government institutions and private organizations that provide healthcare services by establishing and expanding referral networks.

In all four countries of the Southern Cone, partners will provide direct healthcare to refugees and migrants from Venezuela, prioritizing persons with specific needs, such as people with chronic diseases, pregnant women, children and the elderly. In addition to providing primary healthcare and general care services, partners in Bolivia and Paraguay will coordinate with health centres, to support payments for medicines, exams,

treatments and surgeries. Partners will also support health facilities with medical equipment and medications, as well as through advocacy and capacity-building with authorities and civil society.

The Health Sector response will be comprehensive and coordinated both with R4V partners and other key actors working on health-related services. Constant communication with partners from the Food Security, WASH, Shelter and Humanitarian Transportation Sectors will be key to meet the needs of refugees and migrants. Inter-sectoral activities include support for temporary shelter, promoting adequate measures for quarantine compliance, and providing access to food, WASH services and humanitarian transportation for those with special health needs. Partners of the Sector will closely liaise with the Protection Sector and GBV and Human Trafficking and Smuggling Sub-sectors regarding psychosocial care for survivors of violence – including GBV – and victims of human trafficking.

 # HUMANITARIAN TRANSPORTATION

 **PEOPLE IN NEED**
**23.8 K**
41.6% | 42.4%
7.98% | 8.06%

 **PEOPLE TARGETED**
**4.01 K**
29.8% | 35.0%
17.7% | 17.5%

**TOTAL REQUIREMENTS**
**818 K**

**RMRP PARTNERS**
**4**

 **SECTOR LEADS**
**CARITAS SWITZERLAND²-IDAS Y VUELTAS⁴-IOM¹³-MANOS VENEGUAYAS⁴-MUNASIN KULLAKITA FUNDATION²-RED CROSS MOVEMENT¹-UNHCR¹³-UNICEF²**
(1) Argentina (2) Bolivia (3) Paraguay (4) Uruguay

## PRIORITY NEEDS

According to the JNA,[718] refugees and migrants face challenges accessing safe and reliable transportation for internal mobility across Bolivia and Paraguay and, to a lesser extent, from border areas of Argentina and Uruguay to urban areas, especially Buenos Aires and Montevideo.[719] Complications are exacerbated when refugees and migrants from Venezuela lack information about safe transportation.[720] In addition, travel routes and modes of transportation – primarily walking, known as *caminantes* – pose dangers to the health and security of refugees and migrants in the Southern Cone: by August 2021, eleven Venezuelans had died this year while attempting to walk from Bolivia to the border with Chile.[721]

In Bolivia, the high costs of transportation cause many refugees and migrants from Venezuela in vulnerable situations to resort to non-authorized means of transport, with related safety and security risks, including discrimination, extortion, smuggling and human trafficking.[722] Official transportation providers in Desaguadero reportedly refuse to transport refugees and migrants from Venezuela in irregular situations due to fear of being fined excessively by border or law enforcement officials.[723] Meanwhile, refugees and migrants in an irregular situation can be extorted by unofficial transportation providers and smugglers who threaten to turn them over to the authorities, which can lead to situations of human trafficking.[724]

[718] Ibid.

[719] In Paraguay, 20 per cent of Venezuelans surveyed had encountered a problem with their or a family member's mobility. IOM, DTM Paraguay, 2021: https://dtm.iom.int/reports/paraguay-%E2%80%94-flujo-de-migraci%C3%B3n-venezolana-ronda-4-mayo-junio-2021

[720] Human Rights Center, University Andrés Bello of Caracas, Back and Forth Walkers: The Flow of Venezuelan walking migrants across the continent in pandemic times, 2021: https://www.migrationportal.org/resource/report-back-forth-walkers-flow-venezuelan-walking-migrants-across-continent-pandemic-times/

[721] See, e.g. Muere otro venezolano en cruce fronterizo entre Bolivia y Chile en medio de aumento migratorio, France 24, 23 August 2021: https://www.france24.com/es/minuto-a-minuto/20210823-muere-otro-venezolano-en-cruce-fronterizo-entre-bolivia-y-chile-en-medio-de-aumento-migratorio

[722] JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021

[723] Ibid.

[724] Ibid.

## RESPONSE STRATEGY

In response, Humanitarian Transportation Sector partners will carry out activities in all four countries of the Southern Cone, prioritizing:

- Facilitating the humanitarian transportation of the most vulnerable refugees and migrants from Venezuela, from border points to urban centres within their countries of transit or destination.

- Providing humanitarian transportation assistance in a safe, humane and dignified manner.

- Distributing information at key border points along main travel routes to prevent refugees and migrants from falling victim to extortion and from taking insecure means of transportation.

Partners will facilitate the long-distance internal transfer of refugees and migrants from Venezuela, prioritizing those in situations of vulnerability, from border areas to urban centres. This will be done primarily through cash and voucher assistance (CVA) but also through in-kind transportation support. CVA will also be provided to support local, short-distance, metropolitan transportation for refugees and migrants to attend migratory or asylum-related appointments and access employment opportunities.

The Humanitarian Transportation Sector will coordinate closely with the Human Trafficking and Smuggling Sub-sector, due to the risk of human trafficking and smuggling faced by those without safe transport options, as well as with the Protection Sector in order to mitigate jointly the difficulties associated with a lack of documentation. Communication with the other sectors in the Basic Needs Multi-Sector Working Group – Food Security, Nutrition, Shelter, and WASH – will also be crucial so that essential supplies can be provided to the most vulnerable persons.

## INTEGRATION

 **PEOPLE IN NEED**
**230 K**    49.5%   50.5%
  —    —

 **PEOPLE TARGETED**
**111 K**    49.5%   50.5%
  —    —

**TOTAL REQUIREMENTS**
**13.2 M**

 **RMRP PARTNERS**
**15**

**SECTOR LEADS**
ADRA[1,4]–IOM[1,2,3,4]–SCALABRINI FOUNDATION[2]–UNHCR[3]
(1) Argentina (2) Bolivia (3) Paraguay (4) Uruguay

## PRIORITY NEEDS

Unemployment, underemployment and precarious employment situations, particularly in the informal sector,[725] are still more prevalent than during pre-COVID-19-pandemic levels, and disproportionally affect the Venezuelan population.[726] Even as physical distancing and travel restrictions are gradually lifted, structural difficulties in accessing the formal labour market[727] continue to undermine refugees' and migrants' capacities to earn income and meet their basic needs.

Waiting times for documentation, regularization and asylum procedures have also increased since the onset of the pandemic, leading to a postponement of refugees' and migrants' regularization or the failure to regularize at all,[728] with the lack of documentation hindering access to the formal market and increasing informal employment.[729]

A significant number of refugees and migrants from Venezuela who arrive to Southern Cone countries with insufficient savings cannot meet their basic needs while looking for work in the formal market.[730] This situation pushes them towards the

[725] In Bolivia, 52 per cent of Venezuelans interviewed were working in the informal sector, and 58 per cent of this group worked in the street selling goods. IOM, DTM Bolivia, 2021: https://dtm.iom.int/bolivia. In Argentina, 59 per cent of working Venezuelans were not formally registered as employees. RIOSP-CONICET, ENMA, 2021. In Paraguay, 58 per cent of Venezuelans interviewed were working in the informal sector. IOM, DTM Paraguay, 2021: https://dtm.iom.int/reports/paraguay-%E2%80%94-flujo-de-migraci%C3%B3n-venezolana-ronda-4-mayo-junio-2021

[726] See JNA Southern Cone, 2021 and information on Venezuelan unemployment rates compared to host countries (introduction): https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021

[727] The national integration or employment policies or programs that include the Venezuelan migrant and refugee population in countries of the Southern Cone are limited. This situation relates to a lack of job opportunities, lack of access to technical and professional training programs, as well as financing for ventures. JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021

[728] Ibid. Waiting times for regularization are very long, with often unattainable documentation requirements, leading many Venezuelans to desist from the process. For example, in Bolivia, 68 per cent of Venezuelans interviewed were in an irregular situation, and 11.2 per cent of those had received a deportation notification. IOM, DTM Bolivia, 2021: https://dtm.iom.int/bolivia

[729] Self-employment is linked to difficult conditions to access the formal market, and insufficient income. JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021

[730] In Bolivia, 42 per cent of Venezuelans surveyed said they could not find a job. IOM, DTM Bolivia, 2021. In Paraguay, 36 per cent of Venezuelans surveyed reported that their incomes were insufficient to cover basic needs. IOM, DTM Paraguay, 2021: https://dtm.iom.int/reports/paraguay-%E2%80%94-flujo-de-migraci%C3%B3n-venezolana-ronda-4-mayo-junio-2021

informal market and puts them at greater risk of vulnerability in low- and middle-income sectors of employment.[731] Reliance on informal jobs, largely due to their irregular situation, results in the increased likelihood of refugees and migrants from Venezuela falling victim to extortion and labour exploitation.[732]

Low levels of financial inclusion of refugees and migrants from Venezuela also limit their possibilities of self-employment and financial security. The JNA found that this was the result of limited available information, not only about financial inclusion – including business and personal financing – but also on national labour laws, public social protection programmes, technical and professional training, and employment access.[733]

## RESPONSE STRATEGY

Integration Sector activities in all four countries of the sub-region will target a total of 110,715 Venezuelans to receive support in the areas of:

- Employment (inclusion in job offer databases, technical training, strengthening of public institutions that support job placements, raising awareness among the private sector, agreements with chambers of commerce, etc.);

- Self-employment (providing and accessing microcredits, subsidies, training, consolidation of networks and e-commerce); and

- Financial inclusion (training refugees and migrants on financial tools, facilitating access to bank accounts and virtual wallets, removing legal obstacles to access credit, etc.).

The needs of single-parent households – particularly female-headed households – will be given particular attention, with the aim to support parents with childcare so as to facilitate their income-generation prospects.

Integration Sector partners in the Southern Cone will advocate with governments, private sector and civil society organizations for refugees' and migrants' inclusion in local socio-economic recovery plans, programmes on labour and financial inclusion, technical professional trainings, and certification programmes, among others, and will provide technical assistance, including studies on local labour demands, to inform R4V partners' and future response planning.

Direct assistance will include the dissemination of information and advice on legal frameworks and other key topics for accessing livelihood opportunities; providing or referring refugees and migrants to training on labour insertion and creation and/or consolidation of small businesses; support and monitoring for Venezuelans' insertion to the formal labour market; delivery of seed capital or subsidies to support and strengthen microenterprises; and meetings and events to promote community cohesion and peaceful coexistence.

Priority needs of the Integration Sector are linked to concerns identified by the Protection Sector, such as lack of documentation, which will necessitate a coordinated and complementary response between the Sectors to optimize use of resources. Additionally, the Integration Sector will coordinate with the Education Sector on harmonized strategies for certification of foreign academic and professional credentials, to improve access to employment.

[731] Regularizing their asylum or migratory situation and later finding a job in the formal sector implies a long waiting period that, with limited savings, makes integration difficult. JNA Southern Cone, 2021: *https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021*

[732] In Bolivia, 41.8 per cent of Venezuelans interviewed had carried out work without receiving the agreed payment. The same survey found that 10 per cent of Venezuelans have been unable to work due to discrimination at the workplace. DTM Bolivia, IOM, 2021: *https://dtm.iom.int/bolivia*

[733] JNA Southern Cone, 2021: *https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021*

 **NUTRITION**

 **PEOPLE IN NEED**
**5.74 K**
44.0% | 39.9%
8.62% | 7.45%

 **PEOPLE TARGETED**
**4.37 K**
45.2% | 38.8%
8.60% | 7.42%

 **TOTAL REQUIREMENTS**
**153 K**

**RMRP PARTNERS**
**1**

**SECTOR LEADS**
UNICEF

## PRIORITY NEEDS

Malnutrition in the sub-region is prevalent, including among host communities, as well as refugee and migrant households: in Argentina, 42.1 per cent of all children and adolescents who attend food kitchens suffer from acute malnutrition,[734] and 47 per cent of municipalities in Bolivia are in categories of high vulnerability for food access.[735] Due to the socio-economic impact of the COVID-19 pandemic in countries in the Southern Cone, Venezuelan households' abilities to meet their nutritional needs have been further hampered, particularly in Bolivia, where even pre-pandemic among host communities, two out of ten children under five years old suffer from acute malnutrition.[736]

According to the JNA, during transit on foot through countries of the Southern Cone, refugees and migrants from Venezuela are faced with limited access to safe drinking water, food, health and nutrition services, and unhygienic environments that lead to reduced dietary intake and increased risk of infections, overall leading to malnutrition and an increased risk of death.[737] Infants, children under the age of five, and pregnant and lactating women are amongst the most vulnerable groups and face high risks of malnutrition, infection, and death.[738] Child malnutrition in refugee and migrant households is also fuelled by a mostly carbohydrate-based diet that does not include nutrient-rich foods.[739]

## RESPONSE STRATEGY

The Nutrition Sector response in the Southern Cone will particularly focus on Bolivia and will aim to:

- Provide nutritional counseling for parents and caregivers of children under the age of two focused on breastfeeding and complementary feeding.

- Provide nutritional supplementation and complementary feeding for children under five years of age.

- Analyze the nutritional situation of vulnerable groups, including infants, children under the age of five, and pregnant and lactating women.

Nutrition Sector partners in Bolivia will carry out an analysis of the nutritional situation of refugee and migrant young children from Venezuela in temporary reception centres in cities such as Cochabamba, La Paz and Santa Cruz. Partners will undertake activities which promote breastfeeding, targeting pregnant and lactating women with children under two years of age. Partners will also offer nutrition assistance by providing nutritional supplements to children under five years of age, specifically complementary food, vitamin A and other micronutrients.

The Nutrition and Food Security Sectors, as well as the Shelter, Humanitarian Transportation and WASH Sectors, are part of the Basic Needs Multi-Sector Working Group in the Southern Cone, where partners coordinate intersectorally on related activities. In particular, as there is low inclusion of refugees and migrants from Venezuela in national food assistance programmes, mainly due to their irregularity and lack of documentation, the Food Security and Nutrition Sectors will coordinate closely with the Protection Sector, to advocate for refugees' and migrants' access to documentation, especially for the most vulnerable people and recent arrivals to the country without financial resources.

[734] Institute for Social, Economic and Citizen Policy Research, Argentina, April 2021: https://isepci.org.ar/crecio-la-malnutricion-en-argentina/

[735] WFP, Integrated context analysis of food security in Bolivia, 2020: https://es.wfp.org/publicaciones/analisis-integrado-de-contexto-de-la-seguridad-alimentaria-en-bolivia-ica-bolivia

[736] INE, Estudio Temático de la Niñez y de las Mujeres en Bolivia, 2016: https://www.ine.gob.bo/index.php/publicaciones/estudio-tematico-de-nutricion-de-la-ninez-y-de-las-mujeres-en-bolivia/

[737] JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021 See also, e.g., ACAPS, The Caminantes: needs and vulnerabilities of Venezuelan refugees and migrants travelling on foot, 2021: https://reliefweb.int/sites/reliefweb.int/files/resources/20210121_acaps_thematic_report_caminantes_in_colombia_and_venezuela.pdf

[738] See Nutrition Sector Chapter, RMRP 2022.

[739] JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021

 **PROTECTION**

**PEOPLE IN NEED**
**91.7 K**
 38.4%  42.1%
 9.74%  9.75%

**PEOPLE TARGETED**
**34.1 K**
 32.6%  35.5%
 16.1%  15.8%

**TOTAL REQUIREMENTS**
**9.35 M**

**RMRP PARTNERS**
**10**

**SECTOR LEADS**
CAREF[1]–CARITAS BOLIVIA[2]–IOM[3]–UNICEF[4]–UNHCR[1,2,3,4]–WV[2]
(1) Argentina (2) Bolivia (3) Paraguay (4) Uruguay

## PRIORITY NEEDS

More than 200,000 Venezuelans in the sub-region have received a residence permit under a range of categories (being a national of a member state of MERCOSUR, migrant worker, student, family reunification or humanitarian reasons, among others) or are awaiting a decision on a residence permit request, while 6,232 have been recognized as refugees or are waiting for a decision on their asylum claims.[740]

After receiving a positive decision on a residence permit or asylum claim, Venezuelans can apply for a national identity document. While in Uruguay this has led to rather seamless issuance of such documentation, in Bolivia, Paraguay and Argentina, delays (largely attributable to suspensions of mechanisms during the COVID-19 pandemic), costs and administrative requirements have all represented obstacles for obtaining documentation.[741]

Against this backdrop, in a sub-region where irregularity was not a predominant issue in previous years, for 2022 the number of Venezuelans in irregular situations is expected to grow, particularly those living or transiting through Bolivia,[742] in border areas of Argentina and, to a lesser extent, Uruguay[743] and Paraguay.[744] This is due in large part to ongoing border closures and entry requirements that Venezuelans have difficulties meeting, including COVID-19 tests and/or vaccination certificates. Displacement in conditions of irregularity, insecurity and/or lacking adequate services has generated diverse protection risks, including exploitation, abuse, gender-based violence (GBV), health risks and food insecurity, including for children, adolescents and women.

## RESPONSE STRATEGY

Given this context, Protection Sector partners will focus on the following response priorities throughout the sub-region:

- Facilitating access to regularization and/or international protection and refugee status determination (RSD), to obtain legal status and documentation that allows refugees and migrants from Venezuela to enjoy basic rights and to facilitate their integration.

- Improving border monitoring to identify gaps in asylum and migratory procedures and to understand differentiated protection needs (especially for UASC, pregnant women, and the elderly) and support authorities and host communities to improve reception and response capacities. These activities will be focused on Oruro, Potosí, La Paz, Pando and Tarija in Bolivia; Riviera and Chuy in Uruguay; Jujuy, Salta, Mendoza and Misiones in Argentina; and Itapúa and Alto Parana in Paraguay.

- Strengthening the protection capacities of partners, especially refugee- and migrant-led organizations, and state actors, through capacity-building and technical support.

- Providing direct assistance to refugees and migrants from Venezuela, including through strengthening and/or establishing new protection spaces and specialized services, and providing orientation and legal advice. These activities will be carried out mainly in urban areas (including Buenos Aires, Montevideo, Asuncion, La Paz, and Santa Cruz).

R4V partners will support the capacities of government actors (i.e. National Migration Directorates and National Refugee Commissions or CONAREs) through in-kind support such as infrastructure, equipment and additional staff, as well as through technical support, including training and legal advice, with a goal to expedite asylum resolutions and residency requests. Partners will advocate with authorities and Ombudspersons' Offices to improve due process considerations.

Partners will also provide direct assistance to refugees and migrants from Venezuela, through legal and psychosocial assistance, and referrals to specialized services, including support for family reunification; child protection; and services

---

[740] See R4V.info for regularly updated figures.

[741] In Argentina, 44 per cent of Venezuelans surveyed who had been in the country for less than two years did not have a National Identity Document, and 33 per cent had faced obstacles to regularize. RIOSP-CONICET, ENMA, 2021. In Paraguay, 38 per cent of Venezuelans already recognized as refugees do not have a valid national ID. UNHCR, HFS Paraguay, 2021.

[742] In Bolivia, the migration regularization process put forward in of August 2021 provides for the eventual provision of documents, but at costs that may be prohibitive for many refugees and migrants. See https://bolivia.infoleyes.com/norma/7689/decreto-supremo-4576

[743] IOM and UNICEF, DTM Uruguay, Round 4, 2021.

[744] Since the beginning of the COVID-19 pandemic, most borders of the sub-region were closed and states did not make humanitarian exceptions for entry (except Uruguay and Paraguay).

for survivors of GBV and victims of human trafficking. The Sector will strengthen and reinforce Support Spaces that provide these and other services, by expanding and improving infrastructure, equipment, staffing and training.

Finally, the age, gender and diversity of the refugee and migrant population will be considered across all interventions, to ensure that differentiated responses are provided to meet the needs of people with special protection needs, including women and girls, the elderly, persons with specific needs, and LGBTQI+ persons.

Since regularization and access to documentation are foundational requirements to access many other rights and services, such as health services, accommodation, transportation, and education, the Protection Sector will strengthen its joint work particularly with the Health, Shelter, Humanitarian Transportation and Education Sectors.

 **CHILD PROTECTION**

**PEOPLE IN NEED**
**17.3K**
49.6% - 50.4%

**PEOPLE TARGETED**
**1.55 K**
51.7% - 48.3%

**TOTAL REQUIREMENTS**
**1.96 M**

**RMRP PARTNERS**
**7**

**SECTOR LEADS**
CAREF[1]-CARITAS BOLIVIA[2]-IOM[3]-UNICEF[5]-UNHCR[1,2,3,4]-WV[2]
(1) Argentina (2) Bolivia (3) Paraguay (4) Uruguay

## PRIORITY NEEDS

For refugee and migrant children and adolescents from Venezuela, the priority needs identified in the sub-region include particular protection risks faced in border areas of the four countries (especially in Bolivia and Argentina) and the obstacles (often linked to lack of documentation) for children to exercise their rights to education and healthcare. For example, in Bolivia, refugee and migrant children without valid national documentation cannot enroll in the public education system.[745]

In border areas, unaccompanied and separated children (UASC) and families who have been separated have not received the level of support required to address the special protection needs of children and adolescents. In Bolivia, most of the 43 per cent of Venezuelans who reported having entered the country irregularly were travelling with children (60 per cent) and 27 per cent of those surveyed whose children were born in Bolivia did not have birth certificates.[746] Likewise, for many months in 2021, an estimated 2,000 to 3,000 refugee and migrant children from Venezuela in Argentina with no valid Venezuelan passport or identity documents remained in a situation of legal limbo, with no possibility to regularize their situation either there or in another country.[747] Although the government has advanced with these children's regularization, there are still uncertainties about the legal framework to be applied, the kind of residences to be obtained and, particularly, about the response to be given to new arrivals of refugee and migrant children from Venezuela in similar situations.

## RESPONSE STRATEGY

In 2022, Child Protection Sub-sector partners will engage in advocacy together with key stakeholders, such as Public Defense, Ombudspersons' Offices, specialized agencies and local governments, with the aim of strengthening the protection framework available for refugee and migrant children and adolescents from Venezuela. A key focus will be to address normative and procedural frameworks that are at variance with international standards, and to promote the provision of specialized child protection services during migratory and asylum procedures, particularly those focusing on UASC.

Partners will provide direct services to children and adolescents identified in vulnerable situations at borders, particularly through legal advice and orientation, psycho-social support and development and/or strengthening of safe spaces based on special needs, particularly recreational and educational areas within Support Spaces.

In order to implement this response strategy, the Sub-sector will provide training for personnel from state institutions, at the local and national levels. Advocacy and strengthening of child protection networks among partners, specialized institutions and other key stakeholders will be a key tool for partners of the Sub-sector.

As access to documentation is a foundational requirement for children to exercise many other rights, including rights to

[745] JNA Southern Cone, 2021: https://www.r4v.info/en/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021

[746] IOM, DTM Bolivia, 2021: https://dtm.iom.int/bolivia

[747] CAREF, Familias entre fronteras: niñez venezolana en Argentina: regularización en suspenso, 2021: https://www.caref.org.ar/publicaciones

access education and healthcare, the Sub-sector in 2022 will strengthen its joint advocacy with the Education and Health Sectors. The Sub-sector will also work with the Shelter, WASH and Food Security Sectors so that the special needs of refugee and migrant children from Venezuela are taken into consideration, for instance, when providing safe and dignified temporary housing to children in transit, appropriate food and hygiene kits.



# GENDER-BASED VIOLENCE (GBV)

 **PEOPLE IN NEED**
**16.3 K**
– 84.6%
– 15.4%

 **PEOPLE TARGETED**
**1.24 K**
– 68.1%
– 31.9%

**TOTAL REQUIREMENTS**
**813 K**

**RMRP PARTNERS**
**7**

**SECTOR LEADS**
CAREF[1]–CARITAS BOLIVIA[2]–IOM[3]–UNICEF[1]–UNHCR[1,2,3,4]–WV[2]
(1) Argentina (2) Bolivia (3) Paraguay (4) Uruguay

## PRIORITY NEEDS

In line with trends observed throughout the region,[748] there has been an increase in GBV against women, girls and LGTBQI+ people in the four countries of the sub-region,[749] linked to the isolation and quarantine measures implemented to prevent the spread of COVID-19.

Weakened social support networks and difficulties with denouncing violent situations in times of physical distancing have further increased victims' vulnerability, particularly for those whose livelihoods opportunities were reduced, and even more so for those who are in irregular situations, which is particularly prevalent in Bolivia.

Furthermore, refugees and migrants from Venezuela who are also members of theThe LGTBQI+ community suffer additional patterns of discrimination while in-transit and in-destination, particularly in their interactions with security forces and in health services.[750]

## RESPONSE STRATEGY

Given this situation, the GBV Sub-sector's three priority response areas for 2022 in the Southern Cone are:

• Increasing information and awareness-raising activities and campaigns aimed at preventing GBV against refugees and migrants from Venezuela.

• Strengthening the infrastructure of Support Spaces to facilitate GBV prevention and response, and increasing staffing capacities, as well as ensuring the continuity of

psychosocial, health and legal support provided, including through Women's Circles, Orientation and Integration Centres, Orientation and Advice Points (PAOs), etc.

• Developing and/or consolidating networks of institutional actors and civil society groups with spaces or services dedicated to women's and girls' protection at national levels (Women's Centres, Ministry of Women and Diversities in Argentina, Women's Service in Bolivia and Women's Secretariat in Paraguay, among others) and sub-national levels (women's affairs divisions, local justice services, etc.)

The Sub-sector will provide training for personnel from public institutions (including security forces, National Migration Directorates or DNMs, CONAREs, and counterparts at health and education authorities, among others) and consolidate coordination spaces. Survivors of GBV will receive direct support from partners, including through psychosocial and legal assistance. Partners will also supplement specialized staff and reinforce infrastructure and equipment in Support Spaces.

The GBV Sub-sector will strengthen its collaboration with all other Sectors of the Southern Cone Sub-regional Platform to create and implement unified risk prevention, response and mitigation strategies. More specifically, activities will be coordinated with the Shelter and WASH Sectors so that GBV survivors' needs for safe and dignified temporary housing and hygiene kits are addressed, and with the Health Sector for access to lifesaving care and psychosocial assistance.

[748] UN Women, La Pandemia en la Sombra: violencia contra las mujeres en el contexto del COVID-19, 2021: https://www.unwomen.org/es/news/in-focus/in-focus-gender-equality-in-covid-19-response/violence-against-women-during-covid-19
[749] For example, in Argentina, the UN Country Common Assessment found that, according to official data, femicides increased 37.5 per cent after the initiation of quarantine measures, and calls to the national emergency hotline increased 68 per cent. UN Country Team in Argentina, Actualización del Análisis Conjunto de País de Argentina, p. 78-79, 2021: https://argentina.un.org/sites/default/files/2021-09/Informe%20CCA%202021%20Argentina.pdf
[750] For example, 4.3 per cent of surveyed refugees and migrants from Venezuela in Paraguay had suffered discrimination based on their sexual orientation, while this percentage reached 1.7 in Argentina and 1.2 in Uruguay. UNHCR, HFS, 2021.

#  HUMAN TRAFFICKING AND SMUGGLING

**PEOPLE IN NEED**
**2.08 K**

♂ 50.0%   ♂ 49.2%
♂ 0.45%   ♂ 0.35%

 **PEOPLE TARGETED**
**290**

♂ 37.5%   ♂ 58.3%
♂ 2.08%   ♂ 2.08%

 **TOTAL REQUIREMENTS**
**694 K**

**RMRP PARTNERS**
**6**

**SECTOR LEADS**
CAREF[1]–CARITAS BOLIVIA[2]–IOM[3]–
UNICEF[4]–UNHCR[1,2,3,4]–WV[2]
(1) Argentina (2) Bolivia (3) Paraguay (4) Uruguay

## PRIORITY NEEDS

Border closures have led to an increase in smuggling and human trafficking in the sub-region,[751] particularly in the corridor between Bolivia from Peru, and onwards to Chile[752] and Argentina. Extreme high-altitude conditions, among other harsh natural features of the area, combined with little to no presence of host communities, and insufficient means of safe transportation have created conditions conducive for smugglers and human traffickers across the departments of Pando, La Paz, Potosí, Tarija, El Beni and Oruro along the route crossing Bolivia: 35 per cent of refugees and migrants from Venezuela surveyed in Bolivia had received proposals to cross borders irregularly.[753]

Normative and practical barriers to enter Chile and Argentina – including a lack of exceptions to border closures for asylum-seekers, family reunification or other humanitarian grounds[754] – make it necessary for refugees and migrants from Venezuela to resort to smugglers to cross borders, paying at times significant amounts of money and risking fraud and abuse of their vulnerability, including conditions that can turn into situations of human trafficking. Lack of timely and accurate information on the requirements to enter Argentina and Chile and to legally stay in Bolivia, as well as information on the right to seek asylum, is one of the causes of Venezuelans arriving in particularly vulnerable situations, including after being deceived and defrauded by smugglers, or falling victim to human traffickers.

## RESPONSE STRATEGY

Given these challenges, the three main response priorities for the Sub-sector are:

• Strengthening coordination with and enhancing the capacities of authorities and other key partners in border areas, in order to identify, refer and respond to cases of smuggling and human trafficking, in particular in Bolivia and the north of Argentina and Uruguay.

• Expanding the presence of R4V partners along land routes, to disseminate accurate information about safe transport and requirements to enter and stay in different countries of final destination, in coordination with local authorities.

• Strengthen the provision of direct assistance to victims of trafficking and those who have experienced abuse, extortion and/or violence by smugglers.

Sub-sector partners will provide training and capacity-support for personnel from public institutions (DNMs, CONAREs, security forces, justice system officials, etc.) in key transit areas, and engage in advocacy and strengthening of networks – including of institutional actors at local and national levels – with the aim of developing and/or consolidating coordination protocols in border areas. Partners will also provide direct assistance to victims of trafficking and those who have experienced abuse and/or violence by smugglers, in the form of psychosocial support, CVA, legal advice and referral to specialized services, as well as strengthening and reinforcing Support Spaces in terms of infrastructure, equipment, staffing and training activities to address specific needs of vulnerable groups.

In addition to joint work with all Sectors to create and implement inter-sectoral risk prevention and response strategies, the Sub-sector will work closely with the Humanitarian Transportation Sector to provide alternatives to irregular movements, as well as the Shelter and WASH Sectors, so that specific needs of refugees and migrants in vulnerable situations are identified and taken into consideration, for instance, when providing safe and dignified temporary shelter and hygiene kits. Partners will also work closely with the Health Sector to improve access to medical care and psychosocial assistance for victims of trafficking.

[751] This is a trend throughout South America, as highlighted by a UNODC report, where survey and interview respondents in various countries in South America reported increases in the number of Venezuelans trafficked in their countries. "[I]n the Latin American region, traffickers have increasingly targeted vulnerable Venezuelan [refugees and] migrants, particularly young girls, since the start of the pandemic." UNODC, The effects of the COVID-19 pandemic on trafficking in persons and responses to the challenges, p. 27, 2021: https://www.unodc.org/documents/human-trafficking/2021/The_effects_of_the_COVID-19_pandemic_on_trafficking_in_persons.pdf

[752] The cost to move irregularly as a refugee or migrant from Pisiga in Bolivia to Colchane or Iquique in Chile – by paying smugglers – is reported to reach USD 70. AFP, Centenares de venezolanos cruzan de Bolivia a Chile pese a amenazas de deportación, 23 Sept 2021: https://www.france24.com/es/minuto-a-minuto/20210923-centenares-de-venezolanos-cruzan-de-bolivia-a-chile-pese-a-amenazas-de-deportaci%C3%B3n

[753] IOM, DTM Bolivia, 2021: https://dtm.iom.int/bolivia

[754] More info available at: https://int.unhcr.org/covid19_platform/



## SHELTER

 **PEOPLE IN NEED**
**57.4 K**

👤 42.3%  👤 41.7%
👤 8.07%  👤 7.92%

**PEOPLE TARGETED**
**18.9 K**

👤 38.2%  👤 42.6%
👤 9.84%  👤 9.38%

 **TOTAL REQUIREMENTS**
**6.05 M**

 **RMRP PARTNERS**
**11**

**SECTOR LEADS**
CARITAS SWITZERLAND²-IDAS Y VUELTAS⁴-IOM¹³-MANOS VENEGUAYAS⁴-MUNASIM KULLAKITA FUNDATION²-RED CROSS MOVEMENT¹-UNHCR¹³-UNICEF²
(1) Argentina (2) Bolivia (3) Paraguay (4) Uruguay

### PRIORITY NEEDS

Refugees and migrants from Venezuela in each of the four countries of the Southern Cone lack regular access to safe shelter. This is particularly the case for those requiring temporary accommodation in border areas and main urban areas that lack collective shelter capacity or access to rented accommodations, as the latter are often unaffordable or inaccessible due to landlords' requirements.[755] Refugees and migrants from Venezuela have had greater difficulties with housing in the face of the COVID-19 crisis, including some who have suffered evictions and homelessness, or were at risk of eviction.[756]

Moreover, according to the JNA, refugees and migrants from Venezuela across the sub-region report difficulties finding mid- or long-term shelter, as the economic consequences of the pandemic have resulted in instability and worsened access to accommodations (with high costs, rental guarantees and administrative limitations for formal contracts), especially in Montevideo and Buenos Aires.[757] For example, in Argentina, a study interviewing over 900 Venezuelan households found that 31 per cent were renting informally.[758] Many refugees and migrants from Venezuela with limited economic resources stay in collective dwellings in precarious and sometimes overcrowded conditions.[759]

### RESPONSE STRATEGY

Given this context, Shelter Sector partners' response in 2022 will focus on:

• Improving access to temporary collective and individual accommodation, particularly in border areas of Bolivia (Pisiga and Desaguadero) and Argentina (La Quiaca), to

achieve minimum standards of safe and dignified shelter, and to support the transition towards more durable solutions.

• Strengthen capacities of institutions, civil society, and inter-organizational coordination to implement joint strategies that facilitate access to shelter in the short, medium and long-term.

• Increase awareness of rights and opportunities concerning shelter among refugees and migrants from Venezuela to increase self-sufficiency.

Partners' activities will prioritize people with special protection needs such as children, the elderly, pregnant women, people with disabilities, people with chronical diseases, and the LGBTQI+ population, among others.

Partners will increase shelter capacities in border areas and improve existing conditions through the enhancement of infrastructure and spatial capacity in shelters and reception centres. In-kind support will be provided directly to refugees and migrants from Venezuela in vulnerable situations, through the distribution of essential household item kits in urban and border areas. Partners will also provide support through cash transfers (CVA) for short-term housing solutions, while in areas where cash assistance is not adequate, in-kind support will be provided. Partners will provide intercultural training and capacity-building to government officials and civil society organizations to strengthen their attention to refugees and migrants. Partners will also carry out sensitization activities to raise refugees' and migrants' awareness of their right to adequate shelter, prevention of evictions and livelihoods as durable solutions.

Shelter, Food Security, Humanitarian Transportation and WASH form part of the Basic Needs Multi-Sector Working Group in the Southern Cone, where partners coordinate in an integrated

[755] For example, in Argentina, 80 per cent of Venezuelans interviewed faced problems accessing shelter due to high costs/rents (65 per cent) and/or an inability to meet landlords' requirements (48 per cent), which included proof of income, security deposits, references or sufficient time in the country. RIOSP-CONICET, ENMA, 2021.

[756] In Paraguay, 52 per cent of Venezuelans surveyed had difficulties with housing due to COVID-19, 39 per cent had to move to cheaper housing, 5 per cent had to start sharing housing costs with others, 3 per cent suffered involuntary eviction or removal from their home, another 3 per cent reported moving to the home of an acquaintance and 2 per cent remained homeless. IOM, DTM Paraguay, 2021: https://dtm.iom.int/paraguay. In Argentina, 10 per cent of Venezuelans surveyed had difficulties with housing due to eviction or threats of eviction during the pandemic. RIOSP-CONICET, ENMA, 2021.

[757] JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021

[758] RIOSP-CONICET, ENMA, 2021.

[759] In Paraguay, 52 per cent of Venezuelans surveyed had difficulty with housing due to the COVID-19 crisis, 39 per cent had to move to a cheaper home and 5 per cent had to start sharing housing costs with others. IOM, DTM Paraguay, 2021: https://dtm.iom.int/paraguay. In Uruguay, as a result of the COVID-19 pandemic, 17 per cent of Venezuelans interviewed had to move to cheaper housing and 9 per cent had to start sharing housing costs with others. IOM, DTM Uruguay, 2021: https://dtm.iom.int/uruguay.

Venezuela AR_001052

manner on related activities. For 2022, communication through the Basic Needs Multi-Sector Working Group will be essential to identify priority cases that require immediate interventions to coordinate short- and medium-term shelter solutions, as well as to work jointly with the Integration Sector to increase refugees' and migrants' livelihoods opportunities.

 **WASH**

 **PEOPLE IN NEED**
**57.4 K**
👤 42.8%  👤 41.9%
👤 7.73%  👤 7.59%

 **PEOPLE TARGETED**
**16.4 K**
👤 36.2%  👤 36.4%
👤 14.0%  👤 13.4%

 **TOTAL REQUIREMENTS**
**978 K**

 **RMRP PARTNERS**
**6**

**SECTOR LEADS**
CARITAS SWITZERLAND²-IDAS Y VUELTAS⁴-IOM¹³-MANOS VENEGUAYAS⁴-MUNASIM KULLAKITA FUNDATION²-RED CROSS MOVEMENT-UNHCR¹³-UNICEF²
(1) Argentina (2) Bolivia (3) Paraguay (4) Uruguay

## PRIORITY NEEDS

In urban areas of Argentina, Bolivia and Paraguay, a significant number of refugees and migrants from Venezuela reside in group accommodations such as hostels or shared rooms, where bathrooms are collective or, in cases of extreme vulnerability, non-existent. For example, in Argentina, a survey of over 900 households of refugees and migrants from Venezuela revealed that 19 per cent lacked sewage service.[760] In Bolivia, there is a lack of access to basic water, hygiene and sanitation services (WASH), especially in precarious and overcrowded accommodations where refugees and migrants from Venezuela in-transit by foot to Chile and Argentina – known as *caminantes* – are temporarily hosted.[761]

Refugees and migrants also lack access to safe drinking water, especially in countries like Bolivia where tap water is not safe to drink, and Venezuelans are compelled to buy bottled water or, where they lack the economic means, they resort to community taps or draw water from the river or from the rain.[762] In Argentina, 7.7 per cent of refugees and migrants from Venezuela surveyed did not have access to a drinking water network.[763] Similarly, access to hygiene facilities is poor overall, as refugees and migrants lack access to handwashing facilities and are therefore unable to comply with minimum personal hygiene standards and COVID-19 preventive measures. Finally, many refugees and migrants from Venezuela have only partial or insufficient access to hygiene items, due to their high costs (diapers for children, menstruation products, among other hygiene and/or personal care products).

## RESPONSE STRATEGY

WASH Sector partners will focus on the following response priorities through activities in all four countries of the sub-region:

- Expand coverage and augment the distribution of water, hygiene items and personal care supplies in border areas, such as La Quiaca in Argentina and Pisiga and Desaguadero in Bolivia, in order for those most in-need to have minimum access to WASH supplies.

- Promote alliances between actors in the public and private sectors in order to expand coverage of basic WASH services to reach more refugees and migrants from Venezuela.

The response aims to reach refugees and migrants from Venezuela with direct assistance to improve hygiene supplies and services, including the provision of water, hygiene items and cleaning supplies. Regarding the strengthening of infrastructure, partners will support local interventions of civil society organizations or those of public institutions to improve sanitation services in collective housing, focusing on border areas. R4V partners will train actors on community engagement strategies that work with the target population on WASH issues and seek to promote healthy hygiene habits among refugees and migrants from Venezuela, especially among children and adolescents.

Shelter, Food Security, Humanitarian Transportation and WASH form part of the Basic Needs Multi-Sector Working Group in the Southern Cone. Strengthening this coordination structure will be key to enhancing the conditions of shelters and temporary emergency accommodations in order to offer short-term solutions without duplication of aid for access to water, sanitation and hygiene services. Working with Integration Sector partners will also be fundamental to increase refugees' and migrants' access to livelihoods opportunities.

[760] RIOSP-CONICET, National Migrant Survey of Argentina (ENMA), 2021.
[761] JNA Southern Cone, 2021: https://www.r4v.info/es/document/evaluacion-conjunta-de-necesidades-capitulo-cono-sur-2021
[762] Ibid.
[763] RIOSP-CONICET, National Migrant Survey in Argentina (ENMA), 2021.



Venezuela-AR_001054



© IOM / Ferley Ospina

**ANNEXES**

# ABBREVIATIONS AND ACRONYMS

**AAP**
Accountability to Affected Populations

**ADRA**
Adventist Development and Relief Agency International

**AGD**
Age, Gender and Diversity

**APC**
Area of Protection and Care

**APAFA**
Las Asociaciones de Padres de Familia, by its Spanish acronym for parent's association

**AVSI**
Association of Volunteers in International Service Foundation

**BIA**
Best Interest Assessments

**C4D**
Communication for Development

**CAM**
Central America and Mexico

**CBCM**
Community-Based Complaint Mechanism

**CEPR**
Comisión Especial Para Refugiados, Spanish acronym for Special Commission for Refugees in Peru

**COE**
Comité de Operaciones de Emergencia, Spanish acronym for Emergency Operations Committee

**COVID-19**
Coronavirus Disease (with virus first detected in 2019)

**CoP**
Community of Practice

**CSOs**
Civil Society Organizations

**CVA**
Cash and Voucher Assistance

**CwC**
Communicating with Communities

**CWG**
Cash Working Group

**DANE**
Departamento Administrativo Nacional de Estadística, Spanish acronym for National Administrative Department of Statistics in Colombia

**DPE**
Defensoría del Pueblo de Ecuador, Spanish acronym for the Ombudsman's Office in Ecuador

**DRC**
Danish Refugee Council

**DTM**
Displacement Tracking Matrix

**EJA**
Educação de Jovens e Adultos, Spanish acronym for Basic Education for Youth and Adults

**ENPOVE**
Encuesta dirigida a la población venezolana que reside en el país, Spanish acronym for Survey directed to the Venezuelan population who reside in the country in Peru

**FAO**
Food and Agriculture Organization

**FCS**
Food Consumption Score

**FTS**
Financial Tracking System

**PADF**
Pan American Development Foundation

**GAM**
Gender and Age Marker

**GBV**
Gender-Based Violence

**GIFMM**
Grupo Interagencial para los Flujos Migratorios Mixtos, Spanish acronym for Interagency Group for Mixed Migration Flows, the National Platform in Colombia

**GoP**
Government of Peru

**GTRM**
Grupo de Trabajo sobre Refugiados y Migrantes, Spanish acronym for the National Platforms in Peru and Ecuador

**HIAS**
Hebrew Immigrant Aid Society

**HIV/AIDS**
Human Immunodeficiency Virus/Acquired Immune Deficiency Syndrome

**HLP**
Housing, Land and Property

**IACHR**
Inter-American Commission on Human Rights

**IASC**
Inter-Agency Standing Committee

**ICBF**
Instituto Colombiano de Bienestar Familiar, Spanish acronym for Colombian Institute of Family Welfare, Colombia

**ID**
Identity Document

**IDDI**
Dominican Institute for Integrated Development

**IFRC**
International Federation of Red Cross

**IOM**
International Organization for Migration

**IPC**
Infection Prevention and Control

**INE(I)**
Instituto Nacional de Estadística (e Informática), Spanish acronym for National Institute of Statistics (and Information) in Chile and Peru

**ILO**
International Labour Organization

**ISCG**
Inter-Sector Coordination Group

**IYCF**
Infant and Young Child Feeding

**JNA**
Joint Needs Assessment

**LAC**
Latin America and the Caribbean

**LGBTQI+**
Lesbian, Gay, Bisexual, Transgender, Queer and Intersex

**MERCOSUR**
Southern Common Market

**MFA**
Ministry of Foreign Affairs

**MHPSS**
Mental Health and Psychosocial Support

**MIDIS**
Ministry of Development and Social Inclusion

**MIMP**
Ministry of Women and Vulnerable Populations

**MINSA**
Ministry of Health

**MIRPS**
Marco Integral Regional para la Protección y Soluciones, Spanish acronym for the Comprehensive Regional Protection and Solutions Framework

**MoD**
Ministry of Defense

**MoE**
Ministry of Education

**MPC**
Multipurpose Cash

**NGO**
Non-Governmental Organization

**NFIs**
Non-Food Items

**NRC**
Norwegian Refugee Council

**NURINs**
Núcleos Regionais de Interiorização, Portuguese acronym for Regional clusters for relocation

**OAS**
Organization of American States

**PDI**
Policía De Investigaciones, Spanish acronym for Police of Chile

**PEP**
Post-Exposure Prophylaxis

**PEP**
Permiso Especial de Permanencia, Spanish acronym for Special Stay Permit

**PEPFF**
Permiso Especial de Permanencia para el Fomento de Formalizacion, Spanish acronym for Special Stay Permits for the Promotion of Formalization

**PiN**
People in Need

**PNAD**
Pesquisa Nacional por Amostra de Domicílios, Portuguese acronym, National Household Data Survey

**PPE**
Personal Protective Equipment

**PSEA**
Prevention of Sexual Exploitation and Abuse

**PSS**
Psychosocial Support

**PTP**
Permiso Temporal de Permanencia, Spanish acronym for Temporary Residence Permit in Peru

**PTSD**
Post-Traumatic Stress Disorder

**QR**
Quick Response code

**RCM**
Regional Conference for Migration

**RET**
Relief & Resilience through Education in Transition

**RMRP**
Regional Refugee and Migrant Response Plan

**RNA**
Rapid Needs Assessment

**RSD**
Refugee Status Determination

**R4V**
Regional Inter-Agency Co-ordination Platform for the Response for Refugees and Migrants from Venezuela

**SDGs**
Sustainable Development Goals

**SC**
Save the Children International

**SEA**
Sexual Exploitation and Abuse

**SJRM**
Serviço Jesuíta a Refugiados e Migrantes

**SH**
Sexual Harassment

**SISFOH**
Sistema de Focalización de Hogares, Spanish acronym for Household Focalization System

**SoM**
Smuggling of Migrants

**SOP**
Standard Operating Procedure

**SNM**
Superintendencia Nacional de Migraciones, Spanish acronym for Superintendence of Migration

**SRH**
Sexual and Reproductive Health

**STI**
Sexually Transmitted Infection

**SUS**
Sistema Único de Saúde, Portuguese acronym for the Single Health System

**SUTRAN**
Superintendencia de Transporte Terrestre de Personas, Carga y Mercancías, Spanish acronym for Supervisory Agency for Persons, Cargo and Goods Road Transport in Peru

**TiP**
Trafficking in Persons

**TMF**
Tarjeta de Movilidad Fronteriza, Spanish acronym for Border Mobility Card, Colombia

**ToT**
Training of Trainers

**UASC**
Unaccompanied and Separated Children

**UDELAR**
University of the Republic of Uruguay

**UGEL**
Unidades de Gestión Educativa Locales

**UN**
United Nations

**UNAIDS**
United Nations Programme on HIV/AIDS

**UNCT**
United Nations Country Team

**UNDP**
United Nations Development Programme

**UNESCO**
United Nations Educational, Scientific and Cultural Organization

**UNFPA**
United Nations Population Fund

**UNHCR**
United Nations High Commissioner for Refugees

**UNICEF**
United Nations Children's Fund

**UNODC**
United Nations Office on Drugs and Crime

**UN Women**
United Nations Entity for Gender Equality and the Empowerment of Women

**VCT**
Visto Consular de Turismo, Spanish acronym for Consular Tourism Visa

**VDR**
Visa de Responsabilidad Democrática, acronym in Spanish for Democratic Responsibility Visa

**VERHU**
Visa de Excepción por Razones Humanitarias, Spanish acronym for exceptional temporary visa for humanitarian reasons

**VoT**
Victims of Trafficking

**VPS**
Vicaria de la Pastoral Social Caritas, Spanish acronym for Vicar for Social Pastoral Care

**WASH**
Water, Sanitation and Hygiene

**WG**
Working Group

**WHO**
World Health Organization

**WHO/PAHO**
World Health Organization/Pan American Health Organization

**WFP**
World Food Programme

**WVI**
World Vision International

# FINANCIAL REQUIREMENTS BY PLATFORM, SECTOR AND ORGANIZATION

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Regional** | $1,130,000 | $167,800 | $4,311,623 | $240,000 | $28,348,896 | $433,092 | $340,000 | $3,576,466 | $705,919 | $1,458,820 | $1,921,794 | $5,036,589 | $1,548,208 | $17,536,348 | $66,755,555 |
| ACAPS | | | | | | | | | | | | | | $160,000 | $160,000 |
| Acción contra el Hambre | | $40,000 | | | | | | | | | | | | $20,000 | $60,000 |
| Alto Comisionado de las Naciones Unidas para los Refugiados (ACNUR) | | | | | $355,194 | $258,194 | | $1,420,328 | $90,568 | $88,568 | | $316,194 | | $4,669,873 | $7,198,919 |
| CARE | | | | | | | | $17,000 | | $17,000 | | | | $2,000 | $36,000 |
| Coalición por Venezuela | | | | $35,000 | | | | | | | | | | $670,000 | $705,000 |
| Consejo Danés para los Refugiados (DRC) | | | | | | | | $215,000 | | | | | | $250,000 | $465,000 |
| Consejo Noruego para los Refugiados (NRC) | | | | | | | | $246,000 | | | | $397,000 | | $110,000 | $753,000 |
| Entidad de las Naciones Unidas para la Igualdad de Género y el Empoderamiento de las Mujeres | | | | | | | | | | $110,000 | $330,000 | | | $180,000 | $600,000 |
| Fondo de las Naciones Unidas para la Infancia (UNICEF) | $220,000 | | $240,000 | | | | $320,000 | | $311,000 | $150,000 | | | $809,586 | $2,675,173 | $4,635,759 |
| Fondo de Población de las Naciones Unidas (UNFPA) | | | $618,000 | | | | | | | $776,000 | | | | $232,000 | $1,626,000 |
| HIAS | | | | | $15,000 | | | $45,000 | | $20,000 | | | | $120,000 | $200,000 |
| IMPACT Initiatives (REACH) | | | | | | | | | | | | | | $180,000 | $180,000 |
| Oficina de Naciones Unidas contra la Droga y el Delito (ONUDD) | | | | | | | | | | | $420,000 | | | | $420,000 |
| Oficina del Alto Comisionado de las Naciones Unidas para los Derechos Humanos (ACNUDH) | | | | | | | | $809,880 | | $30,000 | $12,000 | | | | $851,880 |
| Organización de las Naciones Unidas para la Educación, la Ciencia y la Cultura (UNESCO) | $350,000 | | | | | | | | | | | | | | $350,000 |
| Organización Internacional del Trabajo (OIT) | | | | | $19,500,000 | | | | | | | | | $300,000 | $19,800,000 |
| Organización Internacional para las Migraciones (OIM) | | | $2,168,623 | $205,000 | $3,978,702 | $154,898 | | $221,758 | $102,351 | $267,252 | $1,159,794 | $4,323,395 | $718,622 | $6,814,619 | $20,055,014 |
| Organización Panamericana de la Salud/ Organización Mundial de la Salud (OPS/OMS) | | | $40,000 | | | | | | | | | | | $110,000 | $150,000 |
| Plan Internacional | $283,000 | | | | $15,000 | | | $9,000 | $30,000 | | | | | $1,500 | $338,500 |
| Programa Conjunto de las Naciones Unidas sobre el VIH/SIDA (ONUSIDA) | | | $1,220,000 | | | | | $422,500 | | | | | | | $1,642,500 |
| Programa de las Naciones Unidas para el Desarrollo (PNUD) | | | | | $4,500,000 | | | | | | | | | | $4,500,000 |
| Red Latinoamericana de Organizaciones no Gubernamentales de Personas con Discapacidad y sus Familias (RIADIS) | | | | | $45,000 | | | $16,000 | | | | | | $21,000 | $82,000 |

Venezuela AR_001058

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RET Internacional | $57,000 | | | | | | | $84,000 | $12,000 | | | | | $49,000 | $202,000 |
| Save the Children (SCI) | $220,000 | | | | | | $110,000 | $20,000 | $110,000 | $30,000 | | | $20,000 | $105,000 | $840,000 |
| Visión Mundial | | | | | | | | | | $50,000 | | | | $45,000 | $95,000 |
| World Food Programme (WFP) | | $127,800 | | | | | | | | | | | | $621,183 | $748,983 |
| Brazil | $4,890,053 | $16,214,286 | $10,929,869 | $6,147,558 | $16,477,587 | $12,680,608 | $1,706,220 | $6,584,876 | $7,242,788 | $1,863,671 | $65,000 | $23,713,841 | $10,277,739 | $6,394,100 | $125,548,195 |
| ABV - Associação do Bem con la Vida | | | $10,500 | | $19,000 | | | | | | | | | | $29,500 |
| Agencia Adventista de Desarrollo y Recursos Asistenciales (ADRA) | | $12,300,000 | | | $513,000 | $308,050 | | $516,100 | | $300,000 | | $409,500 | $400,000 | | $14,446,650 |
| Aldeas Infantiles SOS | | | | | $2,075,000 | | | | $1,130,000 | | | $598,000 | | | $3,793,000 |
| Alto Comisionado de las Naciones Unidas para los Refugiados (ACNUR) | | | | | $3,000,000 | $3,500,000 | | $4,000,000 | $611,353 | $800,000 | | $20,500,000 | $2,500,000 | $1,820,000 | $36,731,353 |
| Asociación educativa y caritativa Vale da Benção (AEBVB) | $3,800 | $31,000 | $3,675 | | | | | $7,200 | | | | $4,800 | $3,800 | | $54,275 |
| Associação Hermanos | $109 | | | | $67,681 | | | | | | | | $5,805 | | $73,595 |
| Cáritas Brasil | | $80,000 | | | $40,000 | | | $130,120 | | $275,000 | | | $46,984 | | $777,104 |
| Cáritas Manaus | | | | | | | | $100,000 | | | | $50,000 | | | $170,000 |
| Cáritas Paraná | | | | | $45,000 | | | | | | | | | | $170,000 |
| Cáritas Rio de Janeiro | | $49,847 | $12,000 | | $68,283 | | | $28,712 | $10,601 | | | | | | $169,443 |
| Cáritas São Paulo | | $250,674 | | | | | | $6,752 | $6,534 | | | | | | $13,286 |
| Cáritas Suiza | | | $481,994 | $45,558 | | $1,429,388 | | $344,619 | | | | $43,410 | $341,736 | | $2,937,383 |
| Centro de Atención al Migrante (CAM) | $3,000 | $2,500 | $4,000 | | $24,500 | | | $23,500 | | | | | | | $57,500 |
| Centro de Estudios y Programas Integrados para el Desarrollo Sostenible (CIEDS) | | | | | $20,000 | | | | | | | | | | $20,000 |
| Centro de Migración y Derechos Humanos de la Diócesis de Roraima | | $60,000 | | | $2,000 | | | $10,000 | | | | | $3,000 | $3,000 | $78,000 |
| Compassiva | | | | | $152,370 | | | | | | | | | | $152,370 |
| Ejército de Salvación | | | | | | | | $149,000 | | | | | | | $149,000 |
| Entidad de las Naciones Unidas para la Igualdad de Género y el Empoderamiento de las Mujeres | | | | | $177,000 | | | | | | | | | | $177,000 |
| Fondo de las Naciones Unidas para la Infancia (UNICEF) | $3,132,000 | $2,595,600 | | | $116,000 | $3,865,570 | $1,677,720 | | $5,173,600 | | | | $5,290,164 | $3,018,273 | $24,779,127 |
| Fondo de Población de las Naciones Unidas (UNFPA) | | $1,989,500 | | | | | | $35,000 | | $865,000 | | | | $52,000 | $2,941,500 |
| Fraternidade Sem Fronteiras | | $77,100 | | | | | | | | | | | | | $77,100 |
| Fundación AVSI | | | | | $540,000 | | | | | | | | | | $540,000 |
| Fundación Panamericana para el Desarrollo (FUPAD) | | $414,600 | | $18,000 | $828,260 | | | $211,000 | $34,200 | | | | $150,000 | | $1,656,060 |
| IMPACT Initiatives (REACH) | | | | | | | | | | | | | | $80,000 | $80,000 |

Venezuela AR_001059

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Instituto de maná | | | $27,500 | | $35,000 | | | | | | | | | | $62,500 |
| Instituto para las Migraciones y Derechos Humanos (IMDH) | | $4,000 | | | $6,000 | $5,000 | $28,500 | | $4,000 | | | | $28,500 | | $76,000 |
| Instituto Pirilampos - Grupo de visitas y acciones voluntarias en Roraima | $260,000 | | | | $240,000 | | | | | | | | | | $500,000 |
| Missão Paz | | | $9,000 | | | | | | | $50,000 | | $90,000 | | | $149,000 |
| Movimento LGBT+ Brasil | | $5,760 | $9,600 | | $31,000 | $17,400 | | $9,600 | | $4,800 | | $13,200 | | | $91,360 |
| Museu A CASA | | | | | $250,000 | | | | | | | | | | $250,000 |
| Oficina de Naciones Unidas contra la Droga y el Delito (ONUDD) | | | | | | | | | | | $145,000 | | | | $145,000 |
| Organización de las Naciones Unidas para la Educación, la Ciencia y la Cultura (UNESCO) | $1,300,000 | | | | | | | | | | | | | | $1,300,000 |
| Organización Internacional del Trabajo (OIT) | | | | | $4,500,000 | | | | | | | | | | $4,500,000 |
| Organización Internacional para las Migraciones (OIM) | $115,000 | $3,349,500 | $4,095,000 | $6,058,700 | $3,505,500 | $3,455,000 | | $681,700 | $51,000 | $71,000 | $464,500 | $1,835,000 | $901,750 | $1,375,000 | $25,938,650 |
| Organización Panamericana de la Salud/Organización Mundial de la Salud (OPS/OMS) | | | $1,010,000 | | | | | | | | | | | | $1,010,000 |
| Servicio Jesuita a Migrantes y Refugiados (SJMR) | $64,144 | $30,000 | $25,000 | $25,300 | $184,693 | $100,000 | | $266,573 | $21,500 | $47,871 | $7,500 | $57,431 | | $30,027 | $860,039 |
| Servicio Pastoral de los Migrantes do Nordeste | $12,000 | $36,000 | $254,800 | | $7,300 | | | $15,000 | | $8,000 | $8,000 | $10,500 | | $15,800 | $599,400 |
| We World GVC | | $15,000 | | | $30,000 | | | $40,000 | | | | $112,000 | $6,000 | | $203,000 |
| | | | | | | | | $10,000 | | | | | | | $10,000 |
| **Chile** | **$1,910,100** | **$3,573,401** | **$2,819,784** | **$150,000** | **$12,057,624** | **$10,217,347** | **$-** | **$10,799,789** | **$363,900** | **$260,000** | **$455,000** | **$7,127,052** | **$7,497,987** | **$2,221,345** | **$59,473,329** |
| Alto Comisionado de las Naciones Unidas para los Refugiados (ACNUR) | | $590,431 | $1,249,284 | | $2,833,411 | $4,977,619 | | $6,685,189 | | | | $3,084,172 | | $817,345 | $20,337,421 |
| Asociación Inmigrante Feliz | $72,300 | | $48,000 | | $274,000 | | | $85,000 | | | | | | | $479,300 |
| Corporación Colectivo Sin Fronteras | | | $11,600 | | | | | $13,600 | $66,900 | | | | $5,550 | | $98,050 |
| Entidad de las Naciones Unidas para la Igualdad de Género y el Empoderamiento de las Mujeres | $2,800 | | | | | | | | | | | | | | $2,800 |
| Federación Internacional de la Cruz Roja (FIRC) | | $153,000 | $338,900 | | $85,960 | $389,728 | | | | | | $92,880 | $142,037 | $31,000 | $1,233,505 |
| Fondo de las Naciones Unidas para la Infancia (UNICEF) | $100,000 | | | | $50,000 | | | $88,000 | | | | | | | $238,000 |
| Fundación Scalabrini Chile | | | | | $20,000 | | | $38,000 | | | | $40,000 | | | $98,000 |
| Migrantes por el Maule | | | | | $48,500 | | | | | | | | | | $48,500 |
| Organización de las Naciones Unidas para la Educación, la Ciencia y la Cultura (UNESCO) | $35,000 | | | | | | | | | | | | | | $35,000 |

Venezuela AR_001060

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Organización Internacional del Trabajo (OIT) | | | | | $500,000 | | | $50,000 | $180,000 | | $105,000 | | | | $835,000 |
| Organización Internacional para las Migraciones (OIM) | $1,700,000 | $3,000,000 | $860,000 | $150,000 | $8,070,000 | $4,850,000 | | $3,500,000 | $50,000 | $280,000 | $350,000 | $3,910,000 | $7,350,000 | $1,373,000 | $35,443,000 |
| Organización Panamericana de la Salud/ Organización Mundial de la Salud (OPS/OMS) | | | $312,000 | | | | | | | | | | | | $312,000 |
| Organización Transformando Vidas | | | | | $60,753 | | | $40,000 | | | | | | | $100,753 |
| Vicaría de Pastoral Social Cáritas | | $30,000 | | | $115,000 | | | | $67,000 | | | | | | $212,000 |
| Colombia | $50,187,704 | $173,088,603 | $154,101,329 | $3,256,121 | $133,665,069 | $84,124,365 | $4,320,432 | $78,638,561 | $24,360,029 | $15,693,298 | $4,383,118 | $33,653,469 | $29,132,102 | $14,359,604 | $802,903,742 |
| Acción contra el Hambre | | $936,000 | $660,786 | | $60,000 | $8,970,000 | $596,481 | | | $32,000 | | $170,000 | $1,694,500 | | $12,516,767 |
| ACTED | | | | | | | | $128,602 | | $627,225 | | | $136,153 | | $891,980 |
| Agencia de Cooperación Alemana para el Desarrollo GIZ | | | | $29,500 | $852,386 | | | $9,736,652 | | | | | | | $10,589,038 |
| Aldeas Infantiles SOS | $1,364,564 | $116,000 | | | | | | | $587,000 | | | $63,000 | $290,101 | | $2,450,165 |
| Alianza por la Solidaridad | | $262,800 | | | | | | | | $465,455 | $80,000 | | $137,750 | | $866,005 |
| Alto Comisionado de las Naciones Unidas para los Refugiados (ACNUR) | $1,761,913 | $138,000 | | $537,000 | $11,724,202 | $14,545,536 | $225,292 | $23,652,952 | $6,250,493 | $4,318,000 | | $10,324,000 | $4,086,886 | $2,765,000 | $90,004,274 |
| Asociación de Apoyo al Desarrollo - APOYAR | $388,011 | | | | $115,752 | | | $99,524 | $420,000 | | $73,000 | $342,425 | $130,208 | | $1,568,920 |
| Asociación Migrantes Venezolanos | | | | | | | | $47,500 | $60,000 | $24,500 | | | | | $244,000 |
| Asociación Profamilia | | | $2,423,135 | | $99,160 | | | $215,777 | | $254,578 | | | | | $3,174,309 |
| Asociación Salto Ángel | $102,969 | | | | $187,850 | | | $117,410 | $195,618 | $94,429 | $43,950 | | $463,788 | $191,659 | $1,206,015 |
| ASOVENAR | $23,093 | $88,464 | | | | | | $96,000 | | | | | | | $96,000 |
| Bethany Christian Services | | | | | | | | | | | | $86,849 | $47,896 | | $686,796 |
| Blumont | | | $1,140,342 | | | | | $181,030 | $132,561 | $126,903 | $1,864 | $449,992 | $486,926 | | $3,500,000 |
| CARE | | | $250,610 | $125,922 | | $240,000 | | $1,222,740 | | $375,697 | | $161,156 | $54,540 | | $944,093 |
| Caritas Alemana | | $75,945 | | | | $60,597 | | $67,807 | $23,733 | | | | | | $443,778 |
| Cáritas Suiza | | | $346,898 | $65,583 | | $675,038 | | $256,348 | $103,874 | | $7,303 | $136,562 | $212,886 | | $1,805,123 |
| CESI-Cooperazione e Sviluppo | | | | | $50,000 | $10,000 | | | | | | | | | $60,000 |
| Coalición por Venezuela | | | | | | $150,000 | | | | | | | | | $150,000 |
| COLVENZ | $20,000 | | | | $100,000 | | | | | | | | | | $120,000 |
| Comité Internacional de Rescate (IRC) | $688,400 | | $2,430,000 | $522,000 | $4,560,000 | $7,000,000 | | | $2,193,750 | $1,900,000 | | | $672,000 | $425,000 | $20,391,150 |
| Comité Internacional para el Desarrollo de los Pueblos (CISP) | | | $25,315 | | | | | $524,890 | | | | | $280,366 | | $830,572 |
| Consejo Danés para los Refugiados (NRC) | | | | | $2,200,000 | $8,000,000 | | $5,550,000 | | $250,000 | | | | | $16,000,000 |
| Consejo Noruego para los Refugiados (DRC) | $4,997,055 | $576,000 | | | $2,199,837 | $3,116,867 | $110,560 | $2,471,671 | $449,218 | $211,470 | | $5,672,718 | $2,569,886 | $110,000 | $22,385,282 |
| Consorcio ONG OCHP Y Capellanía Nacional OFICA | $1,434 | | $31,700 | | | | | $34,000 | $74,000 | $12,000 | $6,000 | | $175,000 | | $334,134 |

Venezuela AR_001061

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cruz Roja Colombia | $92,000 | | $34,046,500 | $11,800 | $1,260,000 | $1,660,000 | $197,730 | $263,000 | $753,000 | | | $570,000 | $541,000 | | $39,415,030 |
| Oasi Internacional | | | | | $186,000 | | | | | | | | | | $186,000 |
| Diakonie Katastrophenhilfe | $390,000 | | $160,000 | | | $144,000 | | $160,000 | $270,000 | | | | | | $1,124,000 |
| Entidad de las Naciones Unidas para la Igualdad de Género y el Empoderamiento de las Mujeres | | | $1,028,565 | | $2,708,216 | | | $303,363 | | $998,938 | | | | $291,339 | $5,230,421 |
| Federación Luterana Mundial | | | $163,113 | | $869,918 | | | | | | | | $515,096 | | $1,547,139 |
| Fondo de las Naciones Unidas para la Infancia (UNICEF) | $7,561,160 | | $1,289,483 | | | $9,927,360 | $1,574,310 | $539,188 | $3,250,059 | $276,696 | | | $3,657,083 | $3,673,642 | $22,618,898 |
| Fondo de Población de las Naciones Unidas (UNFPA) | | | $4,647,174 | | | $255,989 | | | | $3,798,372 | | | | | $8,701,534 |
| Foro de Israel para la Ayuda Humanitaria Internacional (IsraAID) | $340,000 | | | | $200,000 | | | $40,000 | | | | | | | $580,000 |
| Fundación Americares | | | $5,079,450 | | | | | | | | | | | | $5,079,450 |
| Fundación Brisas del Norte | $45,000 | | | | | | | | | | | | | | $45,000 |
| Fundación Colomboveneziana Nueva Ilusión | | | | | $562,314 | | | | | | | | | | $562,314 |
| Fundación Halü Bienestar Humano (HALU) | | | $282,805 | | | | | | | $245,000 | | | $148,353 | | $676,158 |
| Fundación Nakama's | $13,000 | | $52,000 | | | | | | | | | | | | $66,000 |
| Fundación Panamericana para el Desarrollo (FUPAD) | | | $278,407 | | $1,528,129 | | | $803,506 | | | | | $189,957 | | $2,999,999 |
| Fundación Roddifer | $206,828 | $75,428 | | | $525,371 | | | $311,000 | | | | | | | $1,118,627 |
| Fundación Social Vivan los Niños | $900 | | | | | | | | | | | | | | $900 |
| FUNFAC | | | | | $80,000 | | | | | | | | | | $80,000 |
| GOAL | | | $595,325 | | $2,594,400 | $2,474,449 | | $780,338 | | | | | $4,632,240 | | $11,076,752 |
| Heartland Alliance International (HAI) | | | $32,650 | | | | | $19,800 | | $16,450 | | | $136,598 | | $205,848 |
| HIAS | | | $603,500 | | $550,000 | | | | | $925,000 | | $720,000 | | | $2,798,500 |
| Humanity & Inclusion | | | $772,000 | | | | | $500,000 | | | | | | | $1,272,000 |
| IMMAP | | | | | | | | | | | | | | $1,533,143 | $1,533,143 |
| IMPACT Initiatives (REACH) | | | | | | | | | | | | | | $130,000 | $130,000 |
| International Medical Corps | | | $350,863 | | | | | | | | | | | | $350,863 |
| INTERSOS | | | | | | $91,450 | | $7,857,100 | $295,225 | $137,800 | | | $117,785 | | $8,499,360 |
| La Bolsa del Samaritano | | | $1,015,000 | | | | | | | | | | | | $1,015,000 |
| LLAMDIVENCOL | | | $40,790 | | $429,250 | | | $31,300 | | | | | | | $501,340 |
| Maltser International | | $218,384 | $4,084,109 | | | | | | | | | | | | $4,302,493 |
| MedGlobal | | | $480,000 | | | | | | | | | | | | $480,000 |
| Medical Teams International | | | $2,393,960 | | | | | | | | | | | | $2,393,960 |
| Médicos del Mundo | | | $1,892,846 | | | | | | | $114,175 | | | | | $2,007,021 |

Venezuela AR_001062

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mercy Corps | $- | | | | $- | $8,136,000 | | $- | $- | | | | | | $8,136,000 |
| Oficina de Naciones Unidas contra la Droga y el Delito (ONUDD) | | | | | | | | | | | $691,000 | | | | $691,000 |
| Oficina del Alto Comisionado de las Naciones Unidas para los Derechos Humanos (ACNUDH) | | | | | | | | $26,500 | | | | | | | $26,500 |
| ONG Preemptive Love Coalition Colombia | | | | | | | | | $15,456 | | | | | | $15,456 |
| Organización de las Naciones Unidas para la Alimentación y la Agricultura (FAO) | | $8,874,000 | | | $1,505,000 | | | | | | | | | | $10,379,000 |
| Organización Internacional del Trabajo (OIT) | | | | | $20,200,000 | | | | | | | | | | $20,200,000 |
| Organización Internacional para las Migraciones (OIM) | $6,071,076 | | $70,483,965 | $1,504,316 | $32,049,000 | $1,500,000 | | $14,826,452 | $4,658,460 | | $3,480,000 | $11,924,832 | $4,039,480 | $2,706,496 | $153,244,077 |
| Organización Panamericana de la Salud/ Organización Mundial de la Salud (OPS/OMS) | | | $1,088,000 | | | | | | | | | | $42,000 | | $1,130,000 |
| OXFAM | | | | $130,000 | $91,473 | $50,000 | | $151,866 | | $76,600 | | | $310,000 | | $809,939 |
| Plan International | $516,901 | $22,000 | $137,832 | | | $68,728 | | $1,626,764 | $640,966 | $50,500 | | | $433,253 | | $3,496,944 |
| Première Urgence Internationale | | | $4,674,429 | | | | | $1,186,127 | $- | | | | | $1,889,996 | $5,860,556 |
| Programa de las Naciones Unidas para el Desarrollo (PNUD) | | | | | $27,075,285 | | | $- | | | | | | | $28,965,281 |
| Programa de las Naciones Unidas para los Asentamientos Humanos (UN Habitat) | | | | | $2,395,000 | | | $230,000 | | | | | | $132,000 | $2,757,000 |
| RET International | | | $96,000 | | $486,975 | | $50,000 | $33,324 | | $146,406 | | | | | $812,705 |
| Save the Children (SCI) | $4,222,808 | | $2,878,000 | | $3,222,470 | $4,960,933 | $653,262 | $681,375 | $2,682,975 | | | | $1,555,045 | | $20,846,868 |
| Servicio Jesuita a Migrantes y Refugiados (SJMR) | | | $220,000 | $200,000 | $90,000 | | | $86,000 | | | | $361,000 | $186,000 | | $1,143,000 |
| Servicio Jesuita a Refugiados (SJR) | | | $198,826 | | $359,554 | | | $753,328 | | | | $544,625 | $153,522 | | $2,008,855 |
| Sesame Workshop | $226,000 | | | | | | | | | | | | | | $226,000 |
| Tearfund | | | | $30,000 | $83,560 | $117,276 | | | | | | | | | $380,836 |
| Venezolanos en Barranquilla | | | | $100,000 | $400,000 | $150,000 | | | | | | | | $90,000 | $670,000 |
| Visión Mundial | | | | | $12,013,766 | $7,710,000 | | $330,000 | $1,303,641 | $110,000 | | $1,823,250 | $191,405 | $60,000 | $12,282,025 |
| World Food Programme (WFP) | $20,500,231 | $160,657,582 | | | | $2,662,142 | $912,798 | | | | | | | | $167,240,548 |
| ZOA | | $1,548,000 | | | | $1,458,000 | | $32,500 | | | | $103,000 | $644,000 | $461,329 | $3,853,000 |
| **Ecuador** | **$18,253,341** | **$39,970,786** | **$18,754,024** | **$144,860** | **$93,698,597** | **$26,329,031** | **$650,400** | **$43,690,640** | **$7,928,576** | **$7,001,962** | **$933,100** | **$18,459,365** | **$5,033,295** | **$7,438,458** | **$298,286,395** |
| Agencia Adventista de Desarrollo y Recursos Asistenciales (ADRA) | $186,000 | $356,250 | $150,000 | | $300,000 | | | $569,940 | | | $750,000 | | | | $2,311,290 |
| Agencia de Cooperación Alemana para el Desarrollo GIZ | | $15,000 | | | $30,000 | | | $60,000 | | $63,700 | | | | $50,000 | $218,700 |
| Aldeas Infantiles SOS | $101,272 | | | | $966,636 | $375,900 | | $134,732 | $274,928 | | | | | | $1,853,468 |

Venezuela AR_001063

Venezuela AR_001064

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alto Comisionado de las Naciones Unidas para los Refugiados (ACNUR) | $2,020,619 | | $2,080,618 | | $9,029,458 | $11,163,242 | | $10,198,283 | $1,698,488 | $1,998,489 | | $2,998,487 | $985,067 | $3,502,212 | $45,664,984 |
| Asociación de Venezolanos en Eloy Alfaro | $23,480 | $38,000 | | | | | | $5,000 | | | | | | | $66,480 |
| Asociación Solidaridad y Acción | | | | | | | | | $92,200 | | | | | | $92,000 |
| Asociación Venezuela en Ecuador AC | | | $90,000 | | | | | | | | | | | | $90,000 |
| Ayuda en Acción | $50,000 | | $86,000 | | $687,288 | $275,364 | | $117,520 | | $53,150 | | | $182,100 | $73,760 | $1,343,082 |
| CARE | | $88,800 | $794,400 | | $531,600 | $307,400 | | $188,000 | | $207,085 | | $549,400 | | $92,100 | $2,864,085 |
| Cáritas Ecuador | $7,500 | | $10,600 | $2,600 | $128,670 | | | $21,800 | $12,200 | | | $90,150 | | $500 | $350,620 |
| ChildFund Internacional | $211,200 | | | | $870,000 | | | | $204,000 | | | | | | $1,285,200 |
| Comité Internacional de Rescate (IRC) | $252,040 | $276,000 | $198,000 | | $252,040 | $270,000 | | $18,000 | | $204,000 | | | | | $1,470,080 |
| Comité Internacional para el Desarrollo de los Pueblos (CISP) | $43,974 | $38,487 | $82,461 | | $88,948 | $46,316 | | $126,435 | | $17,316 | | | $49,658 | | $493,595 |
| Comité permanente por la defensa de los derechos humanos (CDH) | $87,500 | $44,000 | | | | | | $114,000 | | $3,000 | $3,000 | | | | $251,500 |
| Consejo Mundial de Cooperativas de Ahorro y Crédito | | | | | $- | | | | | $- | | | | | $- |
| Consejo Noruego para los Refugiados (NRC) | $1,035,000 | $310,000 | | | $695,000 | $1,295,000 | | $2,604,000 | $60,000 | $90,000 | | $1,526,000 | $385,000 | | $8,000,000 |
| COOPI - Cooperazione Internacional | | | | | $1,350,000 | | $225,000 | | $460,000 | | | $900,000 | $320,000 | | $3,255,000 |
| Coorporación Kimirina | | | $427,000 | | | | | | | | | | | | $427,000 |
| Cruz Roja Ecuador | | | $248,730 | | | $486,800 | | $20,000 | | $17,700 | | | | $16,000 | $799,230 |
| DCF (Danielle's Children Fund) | | | | | | | | | $316,800 | | | | | | $316,800 |
| Diálogo Diverso | | | $107,742 | | $42,375 | $37,500 | | | | $447,844 | | | | | $635,461 |
| Ending Violence Against Migrants | | | | | | | | $625,616 | | | | | | | $635,616 |
| Entidad de las Naciones Unidas para la Igualdad de Género y el Empoderamiento de las Mujeres | | | | | $242,500 | | | | | $232,000 | $330,000 | | | | $804,500 |
| Fondo de las Naciones Unidas para la Infancia (UNICEF) | $4,460,060 | | $550,000 | | $90,000 | $6,000,000 | $312,000 | $450,000 | $2,780,000 | $75,000 | | | $2,072,500 | $150,000 | $16,939,560 |
| Fondo de Población de las Naciones Unidas (UNFPA) | | | $1,440,000 | | | | | | | $1,462,750 | | | | $100,000 | $3,002,750 |
| Fondo Ecuatoriano Populorum Progresso | | | | | $912,500 | | | $165,000 | | | | | | | $1,077,500 |
| Fundación Alas de Colibrí | | | $149,000 | | $63,000 | $89,700 | | $117,000 | $3,000 | $13,800 | $3,000 | $36,000 | | | $471,500 |
| Fundación AVSI | $97,500 | | $7,500 | | $217,100 | $126,000 | | $344,000 | | $34,000 | | $546,000 | $208,700 | $2,000 | $1,582,800 |
| Fundación DRISFE | | | | | $380,000 | | | | | | | | | | $380,000 |
| Fundación de las Américas (FUDELA) | $719,530 | | | | $647,071 | $45,000 | | $670,404 | $316,050 | | | | | $98,200 | $2,496,255 |
| Fundación Equidad | | | | | $68,120 | | | | | | | $44,005 | | | $112,125 |
| Fundación Panamericana para el Desarrollo (FUPAD) | $200,000 | | | | $460,000 | $160,000 | | $80,000 | | | | | $120,000 | | $1,020,000 |

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fundación para la Integración y Desarrollo de América Latina (FIDAL) | | | | | $34,291 | | | $6,077 | | | | | | | $40,368 |
| Fundación Tarabita | $1,800 | $790,000 | $6,000 | | $550,000 | | | $63,000 | $100,000 | | | | | | $1,740,800 |
| Fundación Terranueva | | | | $9,000 | $420,000 | $120,000 | | | | | | $764,000 | | | $583,000 |
| HIAS | | $193,000 | $1,048,473 | | $1,586,227 | $1,634,531 | | $1,839,468 | | $700,128 | | $936,651 | | $12,386 | $7,850,864 |
| Humans Analytic | | $150,000 | | | $126,980 | | | $165,000 | | | | | | | $441,980 |
| Instituto de Patrimonio Natural y Cultural (IPANC) | $76,500 | | | | | | | | | | | | | $37,500 | $114,000 |
| Misión Scalabriniana - Ecuador | | $86,500 | | | $1,150,000 | $244,019 | | $280,000 | $750,000 | | | $154,382 | $39,200 | $8,000 | $2,712,051 |
| Oficina del Alto Comisionado de las Naciones Unidas para los Derechos Humanos (ACNUDH) | | | | | | | | $26,500 | | | | | | | $26,500 |
| Organización de Estados Iberoamericanos para la Educación, la Ciencia y la Cultura (OEI) | $85,000 | | | | | | | | | $35,000 | | | | | $120,000 |
| Organización de las Naciones Unidas para la Educación, la Ciencia y la Cultura (UNESCO) | $2,899,070 | | $45,000 | | | $56,000 | | | $103,910 | | | | | | $3,103,980 |
| Organización Internacional del Trabajo (OIT) | | | | | $30,400,000 | | | $200,000 | | | | | | | $30,600,000 |
| Organización Internacional para las Migraciones (OIM) | $5,115,400 | $228,000 | $10,373,500 | $133,260 | $37,981,400 | $3,550,900 | $118,400 | $20,467,974 | $737,250 | $1,330,000 | $997,100 | $9,333,080 | $671,050 | $3,250,460 | $94,182,774 |
| Organización Panamericana de la Salud/ Organización Mundial de la Salud (OPS/OMS) | | | $150,000 | | | | | | | | | | | | $150,000 |
| Plan Internacional | $240,000 | | $493,000 | | $600,000 | | | | | | | | | | $1,333,000 |
| Programa de las Naciones Unidas para el Desarrollo (PNUD) | | | | | $1,178,575 | | | | | | | | | | $1,178,575 |
| Programa de las Naciones Unidas para los Asentamientos Humanos (UN Habitat) | | | | | $735,000 | | | $50,000 | | | | | | $36,000 | $821,000 |
| Red Latinoamericana de Organizaciones no Gubernamentales de Personas con Discapacidad y sus Familias (RIADIS) | | | $150,000 | | | | | $32,000 | | | | | | | $182,000 |
| RET Internacional | $218,000 | | | | | | | | $12,000 | $5,000 | | | | | $235,000 |
| Servicio Jesuita a Refugiados (SJR) | $37,896 | $46,200 | $66,000 | | | $35,358 | | $669,443 | | $12,000 | | $100,200 | | $840 | $967,937 |
| Visión Mundial | $84,000 | | | | $583,818 | | | $3,262,367 | $11,150 | | | $141,000 | | $8,500 | $4,091,835 |
| World Food Programme (WFP) | | $37,310,549 | | | | | | | | | | | | | $37,310,549 |
| Peru | $16,495,764 | $45,367,373 | $30,383,340 | $569,867 | $59,443,733 | $52,463,762 | $1,204,759 | $45,635,446 | $8,787,468 | $12,829,179 | $22,990,000 | $11,389,387 | $9,069,165 | $7,517,072 | $304,046,316 |
| Acción contra el Hambre | | $1,655,000 | $75,000 | | $473,100 | $360,500 | $96,680 | $117,200 | $366,951 | $45,000 | | $71,500 | $196,000 | | $3,857,051 |
| Acción y Desarrollo | | | | | $116,700 | | | $77,600 | | | | | | | $194,300 |
| Agencia Adventista de Desarrollo y Recursos Asistenciales (ADRA) | $660,000 | $1,302,380 | | | | | | | | | | | | | $1,962,380 |

Venezuela AR_001065

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agencia de Cooperación Alemana para el Desarrollo GIZ | | | | | $1,451,400 | | | $1,416,000 | | $672,600 | | | | | $3,540,000 |
| Aldeas Infantiles SOS | | | | | | | | | $649,000 | | | | | | $649,000 |
| Alto Comisionado de las Naciones Unidas para los Refugiados (ACNUR) | $3,329,231 | | $5,689,117 | | $8,524,462 | $9,693,446 | | $20,333,518 | $2,581,666 | $4,573,980 | | $5,443,915 | | $925,590 | $61,114,926 |
| Asociación Construyendo Caminos de Esperanza Frente a la Injusticia, el Rechazo y el Olvido (CCEFIRO) | | | $90,000 | | | | | $70,000 | $30,000 | | | | | | $190,000 |
| Asociación Fundación contra el Hambre Perú | | | | | | $50,000 | $3,800 | | | | | | | | $53,800 |
| Asociación Misioneros de San Carlos Scalabrinianos | | $18,000 | | | $7,500 | | | $25,021 | | | | $179,930 | | | $230,451 |
| Asociacion Proteccion Poblacion Vulnerable | $62,000 | | | | $105,000 | | | | $20,000 | $3,000 | $12,000 | | | | $202,000 |
| Asociación Quinta Ola | | | | | | | | $150,000 | | | | | | | $150,000 |
| Ayuda en Acción | | | | | | $84,600 | | $30,000 | | | | | | | $114,600 |
| CARE | | | | | | | | | | | | | | | $2,511,884 |
| Cáritas Perú | | $110,494 | | $26,848 | | $28,409 | | $88,079 | $7,604 | | | $84,593 | | | $346,027 |
| Cáritas Suiza | | $163,932 | $130,354 | $13,519 | | $277,996 | | $144,443 | | | | $47,179 | $107,801 | | $885,224 |
| CEDRO | | | | | $1,980,000 | $120,000 | | $660,980 | | $160,000 | | | | | $2,920,980 |
| Centro de Atención Psicosocial (CAPS) | | $207,512 | $28,195 | | | | $15,527 | $80,000 | | $22,000 | | | | | $1,102,000 |
| CESAL | $37,451 | | $210,000 | | $49,829 | | | $36,976 | | | | $26,171 | $77,268 | $15,366 | $496,296 |
| CHS Alternativo | | | | | | | | | | | $66,000 | | | | $66,000 |
| Consejo Danés para los Refugiados (DRC) | | | | | | | | $625,000 | | $630,000 | | | | | $1,255,000 |
| Consejo Interreligioso del Perú - Religiones por la Paz | $1,300,000 | | | | $500,000 | | | $1,400,000 | | | $200,000 | | | | $3,620,000 |
| Consejo Mundial de Cooperativas de Ahorro y Crédito | | | | | $2,178,000 | | | | | $42,000 | | | | | $2,220,000 |
| COOPI - Cooperazione Internazionale | $55,000 | | $423,534 | $75,000 | $290,801 | | | $218,534 | | | | $757,000 | $1,437,683 | | $3,257,552 |
| Cruz Roja Perú | | $520,000 | $200,000 | | | | | $82,678 | | | | | $130,000 | | $932,678 |
| Encuentros SJS (Servicio Jesuita de la Solidaridad) | | | | | | | | $130,000 | | | | | | | $130,000 |
| Equilibrium CenDE | | | | | | | | | | | | | | $290,000 | $290,000 |
| Federación Internacional de la Cruz Roja (FIRC) | | | $385,000 | | $95,000 | $215,000 | | $60,000 | | $58,000 | | | $50,000 | $115,000 | $900,000 |
| Fondo de las Naciones Unidas para la Infancia (UNICEF) | $2,101,920 | | $986,000 | | $92,880 | $3,625,812 | | | $3,016,600 | | | | | | $11,526,979 |
| Fondo de Población de las Naciones Unidas (UNFPA) | | | $3,510,075 | | | $70,000 | | $75,000 | | $3,014,800 | | | $11,124,447 | $425,000 | $7,094,875 |
| Foro Salud Callao | | | $160,000 | | | | | | | | | | | | $160,000 |

Venezuela AR_001066

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fundación Panamericana para el Desarrollo (FUPAD) | $272,016 | | | | $333,637 | $10,200 | | $291,301 | | $43,030 | | | | | $950,183 |
| HIAS | | $459,048 | | | $1,757,320 | $595,715 | | $1,674,782 | | $874,016 | | $433,600 | $162,916 | | $5,957,397 |
| Humanity & Inclusion | | | $74,468 | | | | | $51,674 | | | | | | $8,200 | $134,342 |
| Lutheran World Relief | | | | | $250,000 | | | | | | | | | | $250,000 |
| Más Igualdad Perú | | | | | | | | $15,000 | | $5,000 | | | | | $20,000 |
| Oficina de Naciones Unidas contra la Droga y el Delito (ONUDD) | | | | | | | | | | | $670,000 | | | | $670,000 |
| Oficina del Alto Comisionado de las Naciones Unidas para los Derechos Humanos (ACNUDH) | | | | | | | | $26,500 | | | | | | | $26,500 |
| Organización de las Naciones Unidas para la Educación, la Ciencia y la Cultura (UNESCO) | $360,000 | | | | | | | | | | | | | $10,000 | $370,000 |
| Organización Internacional del Trabajo (OIT) | | | | | $19,250,000 | | | | | | | | | | $19,250,000 |
| Organización Internacional para las Migraciones (OIM) | $5,540,000 | $7,102,850 | $17,845,006 | $454,500 | $15,351,800 | $26,000,000 | | $12,890,000 | $1,540,000 | $1,845,000 | $1,820,000 | $4,020,000 | $5,419,750 | $3,739,000 | $103,567,906 |
| Organización Panamericana de la Salud/ Organización Mundial de la Salud (OPS/OMS) | | | $187,000 | | | | | | | | | | | | $187,000 |
| Pastoral de Movilidad Humana - Conferencia Episcopal Peruana | | $8,000 | $10,300 | | $5,000 | | | $37,200 | | | | | $11,200 | | $71,700 |
| Plan International | $1,006,000 | | $139,440 | | $733,908 | | | $616,227 | $362,725 | $485,753 | $120,000 | $206,000 | $122,400 | $65,916 | $3,858,369 |
| Programa Conjunto de las Naciones Unidas sobre el VIH/SIDA (ONUSIDA) | | $39,500 | $27,000 | | $20,000 | $20,000 | | $20,000 | | | | | | | $126,500 |
| Programa de las Naciones Unidas para el Desarrollo (PNUD) | | | | | $2,550,000 | | | | | | | | | $1,650,000 | $4,200,000 |
| Programa de las Naciones Unidas para los Asentamientos Humanos (UN Habitat) | | | | | $420,000 | | | $25,000 | | | | | | $18,000 | $463,000 |
| RET Internacional | $731,000 | | $110,850 | | $9,000 | $140,000 | | $9,000 | $9,000 | $9,000 | | | $29,700 | $110,000 | $1,157,550 |
| Save the Children (SCI) | $761,146 | | $114,500 | | $606,476 | $5,487,376 | $209,632 | $1,043,410 | $202,522 | $35,000 | | | | | $8,460,062 |
| Sección Peruana de Amnistía Internacional | | | | | | | | | | $137,000 | | | | | $137,000 |
| SJ Da Vida | | $13,800 | $4,500 | | | | | | | | | | | | $18,300 |
| TECHO | $30,000 | $75,000 | | | | | | | | | | $117,500 | | | $222,500 |
| Terre des Hommes Suisse | | | $3,000 | | | | | $13,500 | $2,000 | | $2,000 | | | | $20,500 |
| Unión Venezolana en Perú | | | | | $2,542,000 | | | $368,939 | | $174,000 | | | | | $3,084,939 |
| Visión Mundial | | $2,131,870 | | | | $5,884,708 | | | | | | | | | $8,016,578 |
| World Food Programme (WFP) | | $31,359,986 | | | | | $357,000 | | | | | | | $135,000 | $31,851,986 |
| Caribbean | $5,893,873 | $1,492,420 | $4,196,740 | $208,926 | $17,021,937 | $8,000,797 | $295,000 | $14,535,914 | $1,670,993 | $3,509,749 | $1,629,000 | $5,367,121 | $1,357,600 | $3,219,869 | $68,399,939 |
| Agencia Adventista de Desarrollo y Recursos Asistenciales (ADRA) | $75,990 | | | | $12,915 | | | | | | | | | | $88,005 |

Venezuela AR_001067

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alto Comisionado de las Naciones Unidas para los Refugiados (ACNUR) | $2,788,961 | $250,000 | $1,069,845 | $196,926 | $4,953,199 | $5,314,031 |  | $10,963,667 | $625,068 | $1,404,928 | $25,000 | $2,962,521 | $300,000 | $1,454,969 | $32,309,115 |
| Asociación Aves | $3,600 | $4,950 | $1,800 |  | $3,100 |  |  |  |  |  |  | $1,200 |  |  | $14,650 |
| Asociación Church Menú |  | $40,000 | $25,000 |  |  |  |  |  |  |  |  |  |  | $53,000 | $118,000 |
| Duendes y Ángeles Vinotinto República Dominicana | $86,500 |  | $27,500 |  | $30,100 |  |  |  |  |  |  |  |  |  | $144,100 |
| Entidad de las Naciones Unidas para la Igualdad de Género y el Empoderamiento de las Mujeres |  |  |  |  | $100,000 |  |  |  |  | $90,000 | $50,000 |  |  |  | $240,000 |
| Fondo de las Naciones Unidas para la Infancia (UNICEF) | $1,827,000 |  | $360,000 |  | $205,000 | $1,253,000 | $295,000 | $280,000 | $982,625 | $100,000 | $80,000 |  | $155,000 | $120,000 | $5,657,625 |
| Fondo de Población de las Naciones Unidas (UNFPA) |  |  | $166,426 |  |  |  |  |  |  | $217,610 |  |  |  | $156,400 | $540,436 |
| Fundación Colonia de Venezuela en República Dominicana (FUNCOVERD) |  | $42,800 | $48,600 |  | $26,200 | $32,400 |  |  |  |  |  |  |  |  | $150,000 |
| Fundación de Emigrantes Venezolanos (FEV) | $7,000 |  |  |  |  |  |  |  |  |  |  |  |  |  | $7,000 |
| Fundación Panamericana para el Desarrollo (FUPAD) | $436,919 | $75,000 | $15,000 |  | $118,651 |  |  | $1,206,271 | $11,050 | $233,437 |  | $82,000 | $423,100 |  | $2,601,427 |
| Fundación Sálú pa Tur |  |  | $1,555,000 |  |  |  |  |  |  |  |  |  | $75,000 |  | $1,630,000 |
| Fundación Verex Curacao |  |  |  |  | $130,000 |  |  |  |  |  |  | $96,500 | $14,500 |  | $241,000 |
| Globalize Radio |  |  |  |  | $11,405 |  |  |  |  |  |  |  |  |  | $11,405 |
| Heartland Alliance International (HAI) | $12,300 |  | $135,400 |  | $15,100 | $370,000 |  | $551,000 | $2,250 | $200 | $9,000 |  | $138,900 |  | $1,234,150 |
| HIAS |  |  | $47,651 |  | $292,717 | $195,866 |  | $132,776 |  | $709,074 |  |  |  |  | $1,378,083 |
| Human Rights Defence Curaçao | $5,000 |  |  |  | $33,300 |  |  | $93,000 |  |  |  |  |  | $12,500 | $143,800 |
| Instituto Dominicano de Desarrollo Integral | $10,800 | $221,000 | $52,900 | $2,000 | $86,500 | $110,500 |  | $31,200 |  | $4,500 |  | $84,500 |  |  | $597,900 |
| La Casita Dentro Cultural Hispano |  |  |  |  |  |  |  |  |  | $135,000 |  |  |  |  | $135,000 |
| Living Water Community (LWC) |  |  | $168,000 |  | $319,000 |  |  |  |  |  |  | $99,000 | $40,000 | $22,000 | $648,000 |
| Organización Internacional del Trabajo (OIT) |  |  |  |  | $8,200,000 |  |  |  |  |  |  |  |  |  | $8,200,000 |
| Organización Internacional para las Migraciones (OIM) | $575,000 | $794,900 | $595,000 | $10,000 | $1,740,000 | $725,000 |  | $1,425,000 | $30,000 | $915,000 | $1,465,000 | $1,512,500 | $350,000 | $1,340,000 | $11,477,400 |
| Organización Panamericana de la Salud/ Organización Mundial de la Salud (OPS/OMS) |  |  |  |  |  |  |  | $18,000 |  |  |  |  | $15,000 |  | $33,000 |
| Programa de las Naciones Unidas para los Asentamientos Humanos (UN Habitat) |  |  |  |  | $500,000 |  |  | $35,000 |  |  |  |  |  | $36,000 | $571,000 |
| VenAntuba Solidaria |  | $60,000 |  |  |  |  |  |  | $20,000 |  |  |  |  | $10,100 | $90,000 |
| Venezolanos en San Cristóbal |  | $3,770 | $7,368 |  | $9,500 |  |  |  |  |  |  |  |  |  | $20,638 |
| Voices GY | $64,804 |  | $11,250 |  | $41,250 |  |  |  |  |  |  |  |  |  | $117,304 |
| **Central America and Mexico** | $866,788 | $1,218,900 | $2,354,245 | $45,000 | $6,789,653 | $2,240,046 | $ | $7,065,900 | $206,000 | $656,398 | $85,000 | $1,452,385 | $357,505 | $802,938 | $24,061,708 |

Venezuela AR_001068

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alto Comisionado de las Naciones Unidas para los Refugiados (ACNUR) | $478,088 | $10,000 | $616,045 | | $3,966,653 | $2,129,046 | | $4,713,900 | $5,000 | $95,498 | $5,000 | $20,535 | $7,505 | $368,938 | $12,417,108 |
| Consejo Noruego para los Refugiados (NRC) | | | | | $55,000 | $75,000 | | $40,000 | | | | $70,000 | | | $240,000 |
| HIAS | | | | | $803,500 | | | $506,000 | | $350,000 | | | | | $1,659,500 |
| Organización Internacional para las Migraciones (OIM) | $300,000 | $1,138,000 | $1,689,000 | $45,000 | $1,490,500 | | | $1,673,000 | $30,000 | $180,000 | $80,000 | $1,223,800 | $310,000 | $416,000 | $8,575,300 |
| Programa de las Naciones Unidas para los Asentamientos Humanos (UN Habitat) | | | | | $315,500 | | | $25,000 | | | | | | $18,000 | $398,000 |
| RET Internacional | $88,700 | $70,000 | $49,200 | | $159,000 | $36,000 | | $48,000 | $171,000 | $30,900 | | $138,000 | $40,000 | | $830,800 |
| **Southern Cone** | $840,840 | $2,076,288 | $2,068,672 | $817,960 | $13,154,779 | $4,461,673 | $153,000 | $9,351,024 | $1,964,270 | $812,922 | $693,500 | $6,046,229 | $977,996 | $3,082,442 | $46,704,595 |
| Agencia Adventista de Desarrollo y Recursos Asistenciales (ADRA) | $20,000 | | $10,000 | $19,480 | $140,320 | | | | | | | $20,000 | $48,000 | | $257,800 |
| Alianza por Venezuela | $96,700 | $675,000 | $170,000 | | $178,300 | | | | $31,200 | | | | | | $1,151,200 |
| Alto Comisionado de las Naciones Unidas para los Refugiados (ACNUR) | | $80,000 | $80,000 | $10,500 | $4,528,258 | $2,996,753 | | $5,846,402 | $879,687 | $361,222 | | $3,361,168 | $3,500 | $1,431,931 | $19,488,421 |
| Asociación de Jubilados y Pensionados Venezolanos en Argentina | $57,460 | $32,000 | $70,870 | | $59,706 | | | $26,870 | | | | $8,000 | | $37,011 | $311,417 |
| Asociación Idas y Vueltas | | $7,000 | | $1,000 | $2,750 | | | $10,500 | | | | $3,500 | | | $28,250 |
| Asociación Manos Venepayas | $12,000 | $100,000 | | | $43,000 | $30,000 | | $5,000 | | | | $110,000 | | $17,500 | $317,500 |
| Cáritas Suiza | | | $7,762 | | | | | $102,252 | | | | $68,745 | | | $187,454 |
| Comisión Argentina para Refugiados y Migrantes (CAREF) | | | | | $100,000 | | | $42,000 | $3,160 | | | | | $35,000 | $177,000 |
| Facultad de Psicología – Universidad de la República (UDELAR) | | | $3,000 | | | | | | | | | | | $7,000 | $10,000 |
| Fondo de Población de las Naciones Unidas para la Infancia (UNICEF) | $120,000 | $10,000 | $45,000 | | $64,000 | $200,000 | $153,000 | $167,000 | | | | $120,000 | $120,000 | $192,000 | $1,248,000 |
| Fondo de Población de las Naciones Unidas (UNFPA) | | | | | | | | | | $134,500 | $10,500 | | | | $145,000 |
| Fundación Scalabrini Bolivia | | | | | $64,000 | | | | | | $25,000 | $6,000 | | | $95,000 |
| HELVETAS Swiss Intercooperation | | | | | $45,000 | | | | $90,000 | $12,000 | $15,000 | | | | $285,000 |
| Migrantes, Refugiados y Argentinos Emprendedores Sociales (MIRARES) | | | | | $28,006 | | | | | | | | | | $28,006 |
| Organización Internacional del Trabajo (OIT) | | | | | $3,280,000 | | | $50,000 | $360,000 | | $160,000 | | | | $3,850,000 |
| Organización Internacional para las Migraciones (OIM) | $522,680 | $1,185,288 | $1,661,040 | $786,980 | $4,505,909 | $1,425,920 | | $3,067,000 | $506,223 | $279,200 | $458,000 | $2,209,672 | $665,961 | $1,335,500 | $18,609,403 |
| Programa Conjunto de las Naciones Unidas sobre el VIH/SIDA (ONUSIDA) | | | $21,000 | | | | | | | | | | | | $21,000 |
| Programa de Población – Universidad de la República | | | | | | | | | | | | | | $7,000 | $7,000 |
| Red con Migrantes y Refugiados | $5,000 | $15,000 | | | $72,000 | | | | | $9,000 | $25,000 | $20,500 | | $19,500 | $166,000 |

Venezuela AR_001069

| Organization | Education | Food Security | Health | Humanitarian Transportation | Integration | Multipurpose Cash Assistance (MPC) | Nutrition | Protection | Child Protection | GBV | Human Trafficking & Smuggling | Shelter | WASH | Common Services | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Red de Investigaciones en Derechos Humanos - CONICET (Consejo Nacional de Investigaciones Científicas y Técnicas) | | | | | $26,500 | | | | | | | | | | $26,500 |
| Servicio Jesuita a Migrantes (SJM) | $27,000 | $32,000 | | | $91,000 | | | $34,000 | | $2,000 | | $121,644 | | | $297,644 |

Venezuela AR_001070

## RESULTS FRAMEWORK

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| **Education** | | | |
| **Outcome E01** | Ensure access to quality educational services for refugees and migrants from Venezuela under gender, inclusion and intersectoral perspectives | | |
| Output E01 | Provide and increase access to educational services in conditions of safety and dignity to refugees and migrants from Venezuela population from the perspective of gender, inclusion and intersectorality | Participation rate of children, youth and adult refugees and migrants in formal and non-formal education and training, by sex | Access to formal and non-formal educational services |
| Output E02 | Provide and increase access to educational services in conditions of safety and dignity to refugees and migrants from Venezuela population from the perspective of gender, inclusion and intersectorality | # of refugees and migrants enrolled in formal educational institutions or enrolled in an alternative or non-formal education activities / programs | Permanence in formal and non-formal educational services |
| Output E03 | Provide and increase access to educational services in conditions of safety and dignity to refugees and migrants from Venezuela population from the perspective of gender, inclusion and intersectorality | # of refugees and migrants enrolled in formal or alternative educational institutions/non-formal education programs completing the corresponding school cycle | Care and support in formal and non-formal educational services |
| Output E04 | Provide and increase access to educational services in conditions of safety and dignity to refugees and migrants from Venezuela population from the perspective of gender, inclusion and intersectorality | # of refugees and migrants that are children, adolescents or youth who are supported with supplies or services | Support to formal or non-formal schools or educational spaces |
| Output E05 | Provide and increase access to educational services in conditions of safety and dignity to the Venezuelan refugee and migrant population from a gender, inclusion and intersectoral perspective. | # schools supported with supplies or that are established, built or rehabilitated | Support and assistance for the recognition of previous studies (Recognition, Validation and accreditation RVA) in primary and secondary educational establishments |
| Output E06 | The capacities of education actors (at the regional, sub-regional, national, local and community levels) are strengthened to improve access and quality of education from the perspective of gender, inclusion and intersectorality | # of refugees and migrants who receive assistance for the recognition of academic titles/diplomas/degrees from primary and secondary educational establishments | Capacity-building to improve or increase access to and quality of formal or non-formal education. |
| Output E07 | Pertinent stakeholders have increased awareness of the importance of the right to and availability of educational services for refugees and migrants from Venezuela from the perspective of gender, inclusion and intersectorality | # of teachers, officials or partners trained / empowered to improve access and quality of education | Communication, awareness and advocacy on the Right to Education. |
| | | # of information, awareness-raising, promotion and dissemination activities on the importance of the Right to Education, availability and quality of education implemented | |

Venezuela AR_001071

Venezuela AR_001072

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| **Food Security** | | | |
| **Outcome FS1** | Enhance food security of refugees and migrants from Venezuela with a priority focus on the most vulnerable. | Prevalence of food insecurity in the population of refugees and migrants from Venezuela, based on the Food Insecurity Experience Scale (FIES) | |
| **Outcome FS2** | Enhance food security of refugees and migrants from Venezuela with a priority focus on the most vulnerable. | % of households with acceptable diet diversity in the population of refugees and migrants from Venezuela, based on the Food Consumption Score (FCS) or on the Household Dietary Diversity Score (HDDS) | |
| Output FS1 | Refugees and migrants from Venezuela, and affected host communities, are provided with assistance to increase their productive capacity and improve their livelihoods | # of refugees, migrants and members of affected host communities that are beneficiaries of rapid response productive projects (Incl. delivery of agricultural inputs, technical assistance, etc) | Este indicador mide el numero de personas, que se beneficia de alguna de las siguientes acciones: entrega de insumos agropecuarios (semillas, fertilizantes, materiales, insumos veterinarios, etc.), activos productivos para medios de vida no agropecuarios y/o transferencias monetarias; acompañamiento técnico y fortalecimiento de capacidades para proteger y mejorar en tiempo corto los medios de sustento esenciales para la seguridad alimentaria de las poblaciones priorizadas. |
| Output FS2 | Public sector institutions and other service providers that provide food assistance or food security related technical assistance to refugees, migrants and affected host communities are supported | # of food assistance facilities supported | This indicator measures the number of facilities, such as canteens, communal kitchens, shelters, etc. that have been supported with infrastructure assistance, equipment, inputs including non perishable items, and adaptation of spaces for food production, storage, preparation and consumption, in order to maintain the provisions of food and services at these facilities. |
| Output FS3 | Refugees and migrants from Venezuela, and affected host communities, are provided with food assistance | # of refugees, migrants and members of affected host communities that receive food assistance | The indicator measures the number of individuals assisted through interventions that addresses their food security needs, through food assistance considering one or a combination of different transfer modalities (i.e. in kind food and/or cash-based transfers). These are direct recipients and their households (if assistance is provided to the entire family). |
| Output FS4 | Public sector institutions and other service providers that provide food assistance or food security related technical assistance to refugees, migrants and affected host communities are supported | # of individuals working with refugees, migrants and affected host communities trained in food security and/or the provision of food services and assistance | This indicator measures the number of individuals from authorities (local, regional, national) and civil society (NGOs, others ...) who provide food assistance to refugees and migrants and host communities, including services in shelters / canteens, or cash-based transfers, which have benefitted from direct capacity-building in the field of food assistance, including on issues of facility management for communal kitchens. |
| **Health** | | | |
| **Outcome HE1** | Improve access to health services and supplies at all levels of care including specialized assistance | Percentage of refugees and migrants with access to healthcare | |
| **Outcome HE2** | Strengthen international and national frameworks that ensure greater health protection | Number of countries that have strengthened their legal frameworks and policies also to include refugees and migrants in their health insurance systems | |

Venezuela AR__001073

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| Output HE1 | Refugees and migrants receive health care, supplies and information | # of refugees and migrants benefiting from primary health care consultations | This indicator measures the access of refugees and migrants from Venezuela to the primary health care facilities (e.g. health posts, health centers) to receive consultations for TB, COVID-19, HIV/AIDS, non-communicable diseases, mental health, maternal and child health, sexual and reproductive health including family planning, STIs, psychosocial support, emergencies and prevention and care of gender-based violence including clinical management of sexual violence, among others. |
| Output HE2 | Refugees and migrants receive health care, supplies and information | # of refugees and migrants from Venezuela assisted with vaccination against COVID-19 | This indicator measures the access of refugees and migrants from Venezuela who have protection against COVID-19. |
| Output HE3 | Refugees and migrants receive health care, supplies and information | # of vaccine doses applied to refugees and migrants from Venezuela according to life cycle and national calendar | This indicator measures the access of refugees and migrants from Venezuela to mandatory vaccines according to the age group and the country's calendar. |
| Output HE4 | Refugees and migrants receive health care, supplies and information | # of refugees and migrants from Venezuela who received supplies | This indicator measures the direct support of the health sector partners of the national platforms, to refugees and migrants, through the delivery of supplies (such as dignity kits, clean delivery kits, hygiene kits, PPEs and others) |
| Output HE5 | Refugees and migrants receive health care, supplies and information | # of campaigns and people who received information on promotion and access to health services | This indicator measures the support of the health sector partners of the national platforms, through the dissemination of information on access to health services in the recipient country, as well as promotional actions for health problems through different strategies such as communication campaigns, delivery of brochures, among others. |
| Output HE6 | Health facilities are strengthened to provide services* | # of health facilities supported for the refugees and migrants care | This indicator measures the number of health facilities (including hospitals, clinics, laboratories, ambulatory care centers and specialized care centers) that care for refugees and migrants from Venezuela and have received medicines, medical devices, medical supplies or have improved its infrastructure with the support of the health sector partners of the national platforms. |
| Output HE7 | Health facilities are strengthened to provide services* | # of health personnel and community workers trained | This indicator measures the number of people who work in health facilities (health personnel: doctors, nurses, laboratory workers, etc.) and in other health care services in host communities (promoters, agents, leaders and community actors) who have received training (talks, workshops, seminars, webinars) by the health sector partners of the national platforms, on issues of primary care, first aid, emergency care, sexual and reproductive health, and prevention and care of gender-based violence cases, HIV/AIDS, mental health and other topics. |

**Humanitarian Transportation**

| | | | |
|---|---|---|---|
| Outcome HT1 | The humanitarian transportation response will contribute to the protection, integration and access to basic goods and services for vulnerable refugees and migrants | Proportion of vulnerable refugee and migrant population that has access to humanitarian transport | |

Venezuela AR__001074

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| Output HT1 | Provide border to border and internal transportation assistance in a safe, humane and dignified manner to refugees and migrants from Venezuela for the purposes of protection, integration and access to basic goods and services. | # of refugees and migrants provided with support for day-to-day transport to access protection services, basic goods and other services | The indicator aims to capture number of persons targeted assisted with short distance, urban or local transport to facilitate access to protection and basic services such as medical facilities, humanitarian assistance such as food, facilitate the fulfilling of bureaucratic requirements, and to seek employment. Priority is given to the most vulnerable groups identified through vulnerability criteria and based on needs. |
| Output HT2 | Provide border to border and internal transportation assistance in a safe, humane and dignified manner to refugees and migrants from Venezuela for the purposes of protection, integration and access to basic goods and services. | # of refugees and migrants supported with border-to-border transportation assistance | The indicator aims to capture the number of targeted persons receiving border-to-border transportation assistance, in order to reduce protection risks for refugees and migrants in transit. |
| Output HT3 | Provide border to border and internal transportation assistance in a safe, humane and dignified manner to refugees and migrants from Venezuela for the purposes of protection, integration and access to basic goods and services. | # of refugees and migrants supported with internal transportation assistance | The indicator aims to capture the number of targeted persons receiving longer-distance, internal transportation assistance, in order to reduce protection risks for refugees and migrants and to provide a service. |
| Output HT4 | Provide border to border and internal transportation assistance in a safe, humane and dignified manner to refugees and migrants from Venezuela for the purposes of protection, integration and access to basic goods and services. | # of information and prevention campaigns on safe and dignified travel | The indicator aims to capture the number of information and prevention campaigns conducted to promote a safe and dignified transportation |

### Integration

| | | | |
|---|---|---|---|
| Outcome IN1 | Promote economic integration (during and post-COVID-19) for refugees and migrants from Venezuela with their host communities | % of unemployment rate among refugees and migrants from Venezuela | |
| Outcome IN2 | Promote economic integration (during and post-COVID-19) for refugees and migrants from Venezuela with their host communities | % of informal employment in total employment of refugees and migrants from Venezuela | |
| Outcome IN3 | Xenophobia is reduced and social cohesion between refugees and migrants and host communities is strengthened | % of R/M surveyed that report experiencing/feeling discriminated when accessing public services and/or employment opportunities | |

Venezuela AR_001075

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| Output IN1 | Promote economic integration (during and post-COVID-19) for refugees and migrants from Venezuela with their host communities | # of refugees, migrants & host community members receiving support activities/ interventions enabling them to access or to keep a job | "The indicator aims to measure the number of individuals that receive support enabling them to access a job (this includes both formal and remunerated, with a signed labor contract, as well as informal job, considering the high levels of informality in the LAC region) AND/OR were able to retain their employment (formal or informal). This includes activities/ interventions undertaken to access or keep a job during the covid-19 epidemic context. The support activities / interventions may include the regularization and/ or facilitation of work permits, trainings (vocational, soft skills, language), guidance to access labor market, technological/connectivity support to search for/apply for employment, access to child care services. Sub-indicators can be created if national platforms want to measure more details, for example: on formal vs. informal employment; new employment vs. maintenance of current employment; work conditions; organizational safety and health; decent work; length employed; opportunity to contribute to pension, etc." |
| Output IN2 | Promote economic integration (during and post-COVID-19) for refugees and migrants from Venezuela with their host communities | # of refugees, migrants & host community members assisted with support for self-employment or entrepreneurship initiatives (start up or recovery) | This indicator aims to measure the number of individuals that receive support (e.g tools, knowledge, capacities, guidance, mentorship, information, capital, etc.) enabling them to successfully generate their own income, either by starting their own business / self-employment AND/OR for their business to recover from the pandemic. This includes both formal and informal businesses. Sub indicators can include: formal vs. informal businesses; # of businesses formalized, etc. |
| Output IN3 | Promote economic integration (during and post-COVID-19) for refugees and migrants from Venezuela with their host communities | # of private sector employers that have hired refugees and migrants as a result of sensitization and/or capacity strengthening initiatives | This indicator aims to measure the number of businesses that have received information materials, training, awareness raising / sensitization on refugee and migrant recruitment processes, refugee and migrant labor rights; cultural/inclusive work environment AND directly hired refugees and migrants. |
| Output IN4 | Promote economic integration (during and post-COVID-19) for refugees and migrants from Venezuela with their host communities | # of refugees and migrants whose professional diplomas, titles or credentials - obtained via tertiary education or professional/vocational schools - have been certified, recognized or validated in the host country | This indicator aims to measure the number of individuals that have had their professional titles/diplomas/degrees - obtained via tertiary education or professional/vocational schools - recognized, certified or validated. |
| Output IN5 | Promote economic integration (during and post-COVID-19) for refugees and migrants from Venezuela with their host communities | # of refugees, migrants & host community members reached with financial inclusion activities | This indicator aims to measure how many individuals received support that enabled them to access and use financial services. Support can include information on microcredit / microfinance and financial and digital education, as well as awareness raising and sensitization of financial institutions. |
| Output IN6 | Xenophobia is reduced and social cohesion between refugees and migrants and host communities is strengthened | # of people reached by social cohesion activities | This indicator aims to measure how many individuals were reached through activities that promote community or social cohesion. This may include inter-cultural activities, activities that enhance peaceful coexistence or community-based activities. |
| Output IN7 | this indicator contributes to both sector objectives (it is cross-cutting) | # of persons capacitated to promote the integration of refugees and migrants | This indicator aims to measure the number of individuals that have received capacity building support that enable them to better promote the integration of refugees and migrants. Capacity building support can include training, materials, guidance, awareness raising, sensitization. |

Venezuela AR__001076

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description / rationale |
|---|---|---|---|
| Output IN8 | this indicator contributes to both sector objectives (it is cross-cutting). | # of products published that provide relevant information for policy makers and practitioners on integration programming | This indicator aims to measure the number of products developed and published that provide key information that allow either policy makers to develop integration policies AND/OR practitioners to implement integration programs. |

**Multipurpose Cash Assistance (MPC)**

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description / rationale |
|---|---|---|---|
| Output MC1 | | # of individuals benefitting from multipurpose cash transfers (MPC) | This indicator serves to capture the number of refugees and migrants from Venezuela receiving multi-purpose cash transfers. This may include assistance through other monetary modalities, e.g. vouchers, cash, etc. |

**Nutrition**

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description / rationale |
|---|---|---|---|
| Outcome NU1 | Ensure refugees and migrant population groups most at risk of malnutrition have access to quality nutrition services and/or interventions to prevent, identify and treat different forms of malnutrition. | % of refugee and migrant population groups most at risk of malnutrition with access to quality nutrition services and/or interventions to prevent, identify and treat different forms of malnutrition. | |
| Output NU1 | Relevant data and evidence on the nutrition situation of selected population groups at risk of malnutrition are available | # of nutrition surveys undertaken | The indicator aims to measure the number of nutrition surveys conducted to identify cases of malnutrition (in any of its different forms) and/or obtain data on the determinants and drivers of malnutrition in population groups most at risk of malnutrition: children under 5, adolescents, and/or pregnant and lactating women |
| Output NU2 | Boys and girls between 0-59 months, pregnant and lactating women have access to interventions that include nutrition counseling and/or nutrition supplementation to prevent different forms of malnutrition | # of primary caregivers of children 0-23 months receiving IYCF counselling | "This indicator aims to measure the number of primary caregivers of children aged 0-23 months who have received counselling on optimal infant and young child feeding practices at least once by trained health and nutrition workers during the reporting period.

" |
| Output NU3 | Boys and girls between 0-59 months, pregnant and lactating women have access to interventions that include nutrition counseling and/or nutrition supplementation to prevent different forms of malnutrition | # of children 6-59 months and pregnant and lactating women receiving nutrition supplementation | "This indicator aims to measure the number of children 6-59 months who received micronutrient powders (MNPs); micronutrient in drops or syrup; or ready-to-use supplementary foods (RUSF), in the reporting period.

This indicator also includes the number of pregnant and lactating women who received iron and folic acid supplementation.

" |
| Output NU4 | Boys and girls aged between 0-59 months in affected areas are screened regularly for the early detection of acute malnutrition and are referred as appropriate for treatment services | # of children 0-59 months screened for acute malnutrition | This indicator aims to measure the number children aged 6-59 months screened for acute malnutrition. |
| Output NU5 | Boys and girls aged between 0-59 months in affected areas are screened regularly for the early detection of acute malnutrition and are referred as appropriate for treatment services | # of children 0-59 months with acute malnutrition (SAM and MAM) admitted for treatment | This indicator aims to measure the number of children aged 0-59 months affected by acute malnutrition who are newly admitted into treatment |

Venezuela AR__001077

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| Output NU6 | Adolescent girls and boys have access to nutrition interventions to prevent anaemia and/or different forms of malnutrition | # of adolescent girls and boys provided with services to prevent anaemia and/or other forms of malnutrition | This indicator aims to measure the number of adolescents who receive services to prevent anaemia and/or other forms of malnutrition |
| Output NU7 | Health and community workers trained to provide quality nutrition services to population children under 5, adolescents and/or pregnant and lactating women. | # of health and community workers trained to provide quality nutrition services to children under 5, adolescents and/or pregnant and lactating women | This indicator aims to measure the number of health and community workers that are trained to provide nutrition services to children under 5, adolescents and/or pregnant and lactating women to prevent and/or identify and treat different forms of malnutrition. |
| Output NU8 | Caregivers, families and communities are supported and empowered to prevent malnutrition in children under 5, adolescents and/or pregnant and lactating women, and/or are aware of available nutrition services, how and where to access them | # of caregivers, families, and/or community members reached with key nutrition messages and key information on nutrition services | "This indicator aims to measure the number of people, including caregivers, families and/or community members with timely access to:<br>- culturally appropriate, gender- and age-sensitive information and interventions that promote the uptake of diets, services and practices to prevent the deterioration of the nutritional status of children under 5, adolescents and/or pregnant and lactating women.<br>- information about the location and type of nutrition services that can be accessed" |
| Output NU9 | Nutrition sector partners' capacities regarding are supported (regional level) | # of training sessions conducted with R4V nutrition partners | This indicator aims to measure the number of training sessions conducting with R4V nutrition partners on Nutrition in Emergency interventions, taking into account the COVID-19 context, and/or other topics (e.g. Gender, Environment etc.) |
| Output NU10 | The nutrition needs of vulnerable groups and the importance of life-saving nutrition interventions are advocated for with relevant audiences (regional level) | # of advocacy events/products in favor of nutrition of vulnerable groups in emergencies supported | This indicator aims to measure the number of events, including meetings, and/or products aiming at advocating for the nutrition needs of vulnerable groups and the importance of life-saving nutrition interventions. |

## 🛡 Protection (General)

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| Outcome PR1 | Reduce the proportion of refugees and migrants from Venezuela victims of human rights violations, abuse and are exposed to other protection risks. | Proportion of refugees and migrants from Venezuela reporting having being victims of violations of international refugee, humanitarian and human rights law, abuse or are exposed to other protection risks. | |
| Output PR1 | Provide critical protection-related assistance and specialized services, including case management and referral pathways to address the priority protection needs of refugees and migrants from Venezuela. | # of refugees and migrants who received protection-related assistance and specialized services | This indicator aims to measure the extent to which refugees and migrants from Venezuela have access to protection-related assistance and specialized services. The indicator encompasses legal assistance, counselling and legal representation linked to individual identity documentation, RSD, birth registration and nationality. This indicator also considers all services provided to facilitate access to rights (e.g. education, health, housing, justice, land, prevention of evictions) and basic services (e.g. mental health and psychosocial support), national protection mechanisms, including those related to armed conflict and organized crime. |

Venezuela AR_001078

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| Output PR2 | Strengthen the protection environment by ensuring that effective and accurate protection information is produced and disseminated to support relevant actors at local, national and regional levels and improve access to national protection systems. | # of people trained to strengthen the protection environment | This indicator encompasses all trainings, webinars and technical sessions with the participation of local, national and regional authorities (e.g. law enforcement officials, military personnel, migration officials, RSD officials, judges, public defenders, ombudspersons, civil registrars), civil society organizations, women, youth and indigenous organizations and members of the Sector to promote access to documentation, rights and basic services, including access to national protection mechanisms. It also covers all initiatives related to support and contribute to building asylum/migration capacities as well as for the identification of international protection needs, coordination and referrals to asylum and migration authorities. |
| Output PR3 | Strengthen the protection environment by ensuring that effective and accurate protection information is produced and disseminated to support relevant actors at local, national and regional levels and improve access to national protection systems. | # of initiatives or activities developed for community-based protection | This indicator aims to highlight all activities with communities (e.g. focus group discussions, participatory assessments, support groups, community outreach, trainings and awareness-raising, human rights dissemination, CwC, etc.), including host communities, community-based organizations, faith-based organizations, women, youth and indigenous organizations. All activities that promote peaceful coexistence, social cohesion and empowerment under an inter-sectoral perspective are included. This indicator also seeks to understand the effects of community interventions that benefit both refugees and migrants and host communities. |
| Output PR4 | Strengthen the protection environment by ensuring that effective and accurate protection information is produced and disseminated to support relevant actors at local, national and regional levels and improve access to national protection systems. | # of protection studies, reports, analysis and assessments produced by sector members to improve the protection response | This indicator includes all joint or stand-alone exercises and products on protection data and information collection (reports, assessments, baselines, protection monitoring, border monitoring, surveys, etc.) oriented to improve the protection environment for Venezuelan refugees and migrants and guarantee effective and pertinent decision-making processes. |
| Output PR5 | Ensure that access to the territory, asylum procedures, regularization, birth registration and nationality are consistent with international standards and with the perspective of durable solutions. | # of advocacy interventions made to promote access to the territory, asylum procedures, regularization, birth registration and nationality | This indicator includes documents drafting, observations and recommendations on law and policy initiatives, meetings, discussions, direct or indirect communication, written correspondence, public statements, initiatives and projects aimed at securing access to rights (e.g. not to be rejected at border, no devolution, the right to seek and be granted asylum, access to national protection mechanisms, etc.). It could also encompass access to legal aid and representation on matters related to RSD but also other legal/protection interventions and strategic litigation. It also includes all public information materials, communication pieces, campaigns, applications and technological developments to provide protection information to Venezuelan refugees and migrants. Furthermore, this indicator seeks to analyze compliance by host governments with obligations relating to the principle of non-refoulment and the related right of access to territory, regularization, birth registration and RSD procedures. |
| Output PR6 | Strengthen the protection environment by ensuring that effective and accurate protection information is produced and disseminated to support relevant actors at local, national and regional levels and improve access to national protection systems. | # of policies and programs supported by the sector to facilitate access to national protection systems | This indicator includes all policies, programs and initiatives at local, national and regional levels addressed to refugees and migrants adopted by governments in the reporting period that facilitate access to national protection systems, child protection systems, women support services, people with disabilities programs, including social programs, subsidies and related welfare programs. |

Venezuela AR_001079

## Protection (Child Protection)

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| **Outcome CP1** | Refugee and migrant children and adolescents from Venezuela are protected from violence, exploitation and abuse and their well-being is promoted | Proportion of refugees and migrants children and adolescents from Venezuela with special Protection needs who have access to specialized child protection services | |
| Output CP1 | 1. Child protection services strengthen the provision of specialized services and assistance for the protection of migrant and refugee children and adolescents according to their needs and in coordination with national authorities, especially in response to COVID-19. | # of refugee and migrant children and adolescents who received specialised child protection services | It includes individual attention and case management: identified cases of violence, abuse, neglect and exploitation, supported and/or referred to child protection authorities; legal assistance, psychological support, family reunification, family-based care or appropriate alternative services, birth registration and regularization. These services could include measures that address the gender, ethnicity and disability dimensions of girls, boys and adolescents. |
| Output CP2 | 1. Child protection services strengthen the provision of specialized services and assistance for the protection of migrant and refugee children and adolescents according to their needs and in coordination with national authorities, especially in response to COVID-19. | # of refugees and migrant children and adolescents and their families and caregivers provided with community-based mental health and psychosocial support | It includes Group activities for child well-being, Non-formal education; Structured and free play, Sports; Resilience and life skills programmes; leadership training for adolescents; and parenting and support groups that strengthen families. These services could include measures that address the gender, ethnicity and disability dimensions of girls, boys and adolescents. |
| Output CP3 | 1. The capacities of actors at the regional, national, local and community levels are strengthened to improve and establish guidelines and legislation that coordinates the inter-institutional articulation and guarantees the access and real and effective exercise of services and, fundamental and protection rights, integrating gender and intersectionality approaches. | *# of individuals working with refugees and migrants trained on Child Protection* | Including trainings, webinars, technical sessions, with the participation of authorities, child protection and migration/asylum authorities, counterparts, members of subsector or other sectors, community-based organizations, which integrate a gender-sensitive approach. It covers all initiatives related to support and contribute to building child protection capacities. It includes activities related to identification of CP needs, international protection needs, coordination and referral mechanism to child protection authorities, etc. |
| Output CP4 | Strategies to advocate at national and regional levels to guarantee the rights and protection of children and adolescents and their families; and to sensitize and disseminate coherent and secure information among populations, are developed, to ensure their safety and protection, considering gender and diversity approaches | # of campaigns and people reached through of campaigns on information and sensitization activities about Child Protection risks, both on the route and within host communities | Includes awareness raising sessions, dissemination of information on protection risks, availability of services and child protection mechanisms, rights, AAP activities. This is also about strengthening the agency of refugees and migrants children and adolescents and their families in decisions affecting their lives. |

## Protection (GBV)

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| **Outcome GBV1** | *Refugee and migrant women, girls and LGBTQI+ persons from Venezuela and host communities are less exposed to the threat of GBV and survivors use lifesaving, quality multisectoral services to meet their needs* | % of GBV survivors surveyed who report being satisfied with services received | |

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| Outcome GBV2 | "Refugee and migrant women, girls and LGBTQI+ persons from Venezuela and host communities are less exposed to the threat of GBV and survivors use lifesaving, quality multisectoral services to meet their needs" | % of surveyed community members who report an increased understanding of GBV after attending educational sessions. | |
| Output GBV1 | "1) Coordinate regional inter sectoral initiatives to mitigate the risk of GBV for women girls and LGBTI people from Venezuela and from host communities and 2) Support and strengthen the capacity of local and national actors to provide quality, inclusive, multi-sectoral response services that are available, accessible, and acceptable to refugee and migrant GBV survivors from Venezuela and host communities. " | # of individuals trained on GBV prevention, mitigation and response | This indicator under the objective 1 measures the number of non GBV specialists attending training in GBV mitigation. Under the objective 2, it shows the number of GBV practitioners trained in GBV response |
| Output GBV2 | "Coordinate regional inter sectoral initiatives to mitigate the risk of GBV for women girls and LGBTI people from Venezuela and from host communities " | # of guidance documents crafted jointly by the GBV and other sectors on GBV risk mitigation " | This indicator measures the number of manuals and documents produced |
| Output GBV3 | "Design strategies for community engagement on GBV prevention " | # of campaigns and people (women, girls men and boys) from Venezuela and host community who participated in community based awareness sessions on GBV | This indicator measures the individuals receiving information on Gender Based Violence prevention as part of community based awareness campaigns |
| Output GBV4 | "Support and strengthen the capacity of local and national actors to provide quality, inclusive, multi-sectoral response services that are available, accessible, and acceptable to refugee and migrant GBV survivors from Venezuela and host communities. " | # of services available to survivors | his indicator measures the number of services available in the region. To report against this indicator appropriately, focal points and coordinators should consider each outpost /program to provide care to meet a survivors health, psychosocial, legal and safety needs available per territory as a unique service. |
| Output GBV5 | "1) Support and strengthen the capacity of local and national actors to provide quality, inclusive, multi-sectoral response services that are available, accessible, and acceptable to refugee and migrant GBV survivors from Venezuela and host communities) 2) Design strategies for community prevention " | # of refugees, migrants and affected host community members reached with GBV prevention, mitigation and response activities | This indicator measures the number of individuals receiving the services offered by GBV responders in their prevention, mitigation and response activities |

Venezuela AR_001080

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| **Protection** (Human Trafficking and Smuggling) | | | |
| **Outcome PRHT1** | Reduce and mitigate risk of human trafficking and smuggling among refugees and migrants from Venezuela | Proportion of refugees and migrants from Venezuela reporting having been discriminated against, being a victim of human rights violations, abuse and other protection risks prohibited under international refugee and human rights law. | |
| Output PRHT1 | Capacity-building of public officers and civil society organizations for the prevention, identification, assistance, protection and prosecution of human trafficking and smuggling of migrants and refugees from Venezuela | # of individuals working with refugees and migrants trained on the prevention, identification, assistance, protection, and prosecution of human trafficking and smuggling of migrants | Includes women, men, girls, boys, youth and LGBTI persons who work in civil society organizations, non-governmental organizations, state institutions (at national and local level), United Nations agencies, etc. in origin, transit and reception areas, in areas related to, but not exclusively, fight against human trafficking and smuggling. |
| Output PRHT2 | Support and/or creation of national, subnational, and/or regional institutional mechanisms and structures for the prevention, identification, protection, assistance, integration and/or persecution of human trafficking and smuggling of migrants from Venezuela | # of national, subnational, and/or regional institutional mechanisms supported and/ or created for the prevention, identification, protection, assistance, integration and/or persecution of human trafficking and migrant smuggling | The institutional mechanisms supported include, for example: coordination mechanisms, protocols, roadmaps, advocacy, technical assistance, exchange of good practices, capacity building, provision of support for the operation and provision of services, actions of strengthen the functioning of its services (mobile for shelter, etc.) among other prevention, protection, assistance and judicialization actions. These mechanisms could drive measures that address gender, age, and diversity dimensions. |
| Output PRHT3 | Improve access for Venezuelan refugees and migrants, victims or at risk of human trafficking and/or smuggled migrant, to comprehensive and high-quality assistance and protection services, including migrant documentation and regularization, and measures for access to justice, reparation, return, reintegration, relocation and socio-economic integration, which consider their gender, age and diversity. | # of refugees and migrants who received assistance and protection services for victims or at risk of human trafficking and persons subject to smuggling | "The indicator includes women, men, girls, boys and LGBTI persons who access assistance and protection services specific to their gender, age and diversity in origin, transit and reception areas, such as counseling, psychosocial support, medical assistance, legal support, recreational activities, life skills, access to justice, integration, return, reintegration and relocation measures.<br><br>Persons at risk of or victims of human trafficking in persons for sexual exploitation who received the services will be reported in this indicator. It also includes refugees and migrants who receive assistance in double affection. " |

| | | **Protection** (Support Spaces) | |
|---|---|---|---|
| Output PRSS2 | Provide critical protection-related assistance and specialized services, including case management and referral pathways, through an integrated approach (gender, PSEA, environment) to address the priority needs of targeted vulnerable gender, age, diversity and minority groups (e.g. Indigenous, afrodescendants) as well special groups with specific needs. | # of Support Spaces functioning | "This refers to all Support Spaces operating, including new structures that are incorporated into the initiative. The indicator seeks to measure the total number of Support Spaces providing services.<br>The indicator should be reported by the Support Spaces National Platform focal points to avoid double counting. To be reported on a monthly basis. If there are no new structures to report or there are no changes in the operation of the structures, the previous months number should be recorded. " |

260 • R4V • RMRP 2022 • **ANNEXES**

Venezuela AR_001082

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| 🏠 **Shelter** | | | |
| **Outcome SH1** | Contribute to increase the proportion of refugees and migrants from Venezuela living in adequate, safe and dignified housing in upgraded settlements with access to basic services | Proportion of refugee and migrant population from Venezuela living in adequate housing in upgraded settlements | |
| Output SH2 | Refugees and migrants from Venezuela have access to adequate and properly managed temporary collective shelter solutions meeting minimum standards, where a multisectoral protection response and basic service provision is guaranteed thanks to the close coordination of all responsible stakeholders and active participation of the sheltered population. | # of refugees and migrants hosted in temporary supported collective shelter solutions | The indicator aims to measure the number of persons targeted receiving accommodation in temporary collective shelter. |
| Output SH2 | Refugees and migrants from Venezuela have access to adequate and properly managed temporary collective shelter solutions meeting minimum standards, where a multisectoral protection response and basic service provision is guaranteed thanks to the close coordination of all responsible stakeholders and active participation of the sheltered population. | # of interventions in temporary collective shelter solutions supported with infrastructures improvements to achieve minimum standards | "This indicator aims to measure the interventions on new physical or improved structures complying with agreed standards and guidelines in order to provide appropriate services.<br>* When intervention are only on WASH facilities, please do report it only to WASH sector" |
| Output SH3 | Refugees and migrants from Venezuela have access to adequate and properly managed temporary collective shelter solutions meeting minimum standards, where a multisectoral protection response and basic service provision is guaranteed thanks to the close coordination of all responsible stakeholders and active participation of the sheltered population. | # of individuals working with refugees and migrants trained in collective shelter solutions management and related topics and cross-cutting themes | The indicator aims to measure the number of persons working/hosted in collective shelter received training to increase their kNOwledge and capacity to operate a collective shelter. |
| Output SH4 | The most vulnerable refugees and migrants from Venezuela living in substandard dwelling benefit from temporary and/or durable individual shelter solutions through enhancing safety, dignity, privacy, resilience and tenure security, retrofitting them and/or support to any additional vulnerability caused by the shelter condition. | # of refugees and migrants provided with rent accommodation support as a short-term solution | The indicator aims to capture the number of persons targeted supported with rent as a short-term (emergency) shelter solution, to highlight, monitor and develop specialised technical support for this currently widespread urban shelter solution. |
| Output SH5 | The most vulnerable refugees and migrants from Venezuela living in substandard dwelling benefit from temporary and/or durable individual shelter solutions through enhancing safety, dignity, privacy, resilience and tenure security, retrofitting them and/or support to any additional vulnerability caused by the shelter condition. | # of refugees and migrants provided with rent accommodation support as a long-term solutions toward durable solutions | The indicator aims to capture the number of persons targeted supported with rent as a longer-term shelter solution, to highlight, monitor and develop specialised technical support for this currently widespread urban shelter solution. |

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| Output SH6 | The most vulnerable refugees and migrants from Venezuela living in substandard dwelling benefit from temporary and/or durable individual shelter solutions through enhancing safety, dignity, privacy, resilience and tenure security, retrofitting them and/or support to any additional vulnerability caused by the shelter condition. | # of refugees and migrants supported with accommodation in hotel rooms as a short-term individual shelter solution | The indicator aims to measure the number of persons targeted receiving accommodation in hotel rooms, as individual temporary shelter solutions, for example to support evicted families or individuals |
| Output SH7 | The most vulnerable refugees and migrants from Venezuela living in substandard dwelling benefit from temporary and/or durable individual shelter solutions through enhancing safety, dignity, privacy, resilience and tenure security, retrofitting them and/or support to any additional vulnerability caused by the shelter condition. | # of refugees and migrants provided with new shelter constructions or shelter improvement works as a support for durable solutions | The indicator aims to capture number of persons targeted who benefit from new housing construction or reparing works that seeks to achieve long-term shelter solutions. |
| Output SH8 | Physical living conditions (community/public infrastructure and environment) on formal and informal settlements, where refugees and migrants from Venezuela live, are improved with safe and dignified temporary and/or long-term site infrastructures, promoting social cohesion, resilience, and integration on a safe environment. | # of refugees and migrants and host community members benefiting from settlement infrastructures and/or settlement management | "The indicator aims to measure the number of individuals that are living within a targeted area or that conform a community who are benefitting from settlement infrastructure. This includes host community members as well as refugees and migrants from Venezuela. The intervention may be emergency/temporary or for a longer duration.<br>*This indicator does not include Collective Shelter. Only use it when is not reported to Health and Education Sector" |
| Output SH9 | Physical living conditions (community/public infrastructure and environment) on formal and informal settlements, where refugees and migrants from Venezuela live, are improved with safe and dignified temporary and/or long-term site infrastructures, promoting social cohesion, resilience, and integration on a safe environment. | # of interventions in settlement infrastructures undertaken through supported construction | "The indicator aims to capture the number of technical interventions undertaken as a service provision to other sectors to benefit refugees, migrants and host communities. The intervention may be emergency/temporary or for a longer duration.<br>*This indicator does not include Collective Shelter. Only use it when is not reported to Health and Education Sector" |
| Output SH10 | Provision of essential life-saving and life-sustaining household items to the most vulnerable refugees and migrants from Venezuela. | # of refugees and migrants provided with households items following minimum standards | The indicator aims to measure the number of individuals that receive shelter kits and/or household item assistance to supports restoring and maintaining health, dignity and safety and the undertaking of shelter needs on the transit or in the daily domestic activities in and around the shelter or home |
| Output SH11 | Provision of essential life-saving and life-sustaining household items to the most vulnerable refugees and migrants from Venezuela. | # of households items kits distributed following minimum standards | The indicator aims to measure the number kits of essential households items distributed either in transit or at destination |

### WASH

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| Outcome WA1 | Ensure availability of adequate safe water, hygiene and sanitation services, for refugees and migrants from Venezuela | % of target population with adequate WASH services and hygiene practices | |
| Outcome WA2 | Ensure availability of basic safe water, hygiene and sanitation services, in institutions for refugees and migrants from Venezuela | % of target facilities (HCF, schools, markets, transit centers, protection centers) with basic WASH services functioning | |

Venezuela AR_001083

Venezuela AR_001084

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| **Outcome WA3** | Ensure that all plans proposal and budgets are inclusive with all refugees | # of National or local WASH policies, plans and budget, inclusive of refugees, migrants and host communities (ideally with provisions for emergency preparedness and response incl. COVID-19 response, and inclusive of community feedback and gender preferences) | |
| Output WA1 | Refugees,migrants and host communities have access to basic and/or safely managed WASH services in communities, schools, health centers, transit centers, protection centers, other areas and spaces. | # of refugees and migrants and/or host communities provided with safe access to sufficient and safe water (at least basic water services level, JMP defi) | Number of individuals with safe access to a sufficient quantity of safe water, meeting at least basic water services level |
| Output WA2 | Refugees,migrants and host communities have access to basic and/or safely managed WASH services in communities, schools, health centers, transit centers, protection centers, other areas and spaces. | # of refugees and migrants and/or host communities provided with safe access to improved sanitation facilities and environmental health | Number of individuals with access to improved facilities where excretas are safely disposed of in situ or removed and treated offsite, separated from human contact. Individuals are in a safe and healthy environment free of ODF, Vectors, stangant water with safe access to a correct waste disposal |
| Output WA3 | Refugees,migrants and host communities have access to basic and/or safely managed WASH services in communities, schools, health centers, transit centers, protection centers, other areas and spaces. | # of refugees and migrants and/or host communities provided with appropriate hygiene supplies and services (messages, items, facilities) including women and girls provided with menstrual hygiene management services | " Number of individuals accessing key hygiene promotion and education messages, items and infrastructure including for menstrual hygiene management. Basic Hygiene Services refers to handwashing facilitys with soap and water available on-permises." |
| Output WA4 | WASH national and local systems, including partners, are equipped to respond to refugees and migrants WASH, and assess, prevent and address risks at service delivery and user level | # capacity building activities conducted to strengthen water, sanitation and hygiene programs | # of individuals trained on WASH to respond to needs of refugees and migrants. This indicator encompasses all trainings, webinars, technical sessions with the participation of local, national and regional authorities, counterparts, civil society organizations, ethnic minorities organizations and members of the Sector. |
| Output WA5 | Refugees,migrants and host communities have access to basic and/or safely managed WASH services in communities, schools, health centers, transit centers, protection centers, other areas and spaces. | # of refugees and migrants and/or host communities accessing learning facilities/health care facilities/protection-transit centres and/or host communities for refugees and migrants that have at least "basic" JMP service levels for water, sanitation and hygiene services | Number of individuals in institutions that are accessing at least BASIC WASH Services |

**✕ Common Services** (Communication)

| | | | |
|---|---|---|---|
| Output CSCO01 | Develop and implement strategic communication initiatives to boost the visibility of the R4V Regional Platform and its response actions. | # of impressions/views to social media messages against xenophobia and discrimination and awareness-raising activities | This indicator seeks to measure the number of people reached through messages against discrimination and xenophobia and promoting the integration of refugees and migrants. |
| Output CSCO02 | Develop and implement strategic communication initiatives to boost the visibility of the R4V Regional Platform and its response actions. | # of views to the R4V newsletter | This indicator aims to measure the number of times the subscribers to the R4V newsletter open each biweekly edition. |

Venezuela AR__001085

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| Output CSCO03 | Develop and implement strategic communication initiatives to boost the visibility of the R4V Regional Platform and its response actions. | # of communication products published | This indicator seeks to measure the number of newsletters issued, published press releases, technical documents developed by the communication regional work group, products for communication campaigns (not linked to anti-xenophobia messages), social media content for the R4V sectors ; and branding products. |
| Output CSCO04 | Develop and implement strategic communication initiatives to boost the visibility of the R4V Regional Platform and its response actions. | # of visits to the R4V website | This indicator seeks to measure the number of total visits to the R4V website, including the visits to the microsites of National and Sub-regional Platforms. |
| Output CSCO05 | Develop and implement strategic communication initiatives to boost the visibility of the R4V Regional Platform and its response actions. | # of institutional, press and civil society actors trained | The indicator aims to measure the number of actors from public or private institutions, the press and civil society organizations, who participate in trainings and workshops about the situation of refugees and migrants from Venezuela and their host communities in Latin America and the Caribbean. |
| **Common Services** (Coordination) | | | |
| Output CSCO1 | Potential for coordination mechanisms is maximized to promote support to refugees and migrants from venezuela and R4V partners at all stages of the R4V response | # of multilateral coordination forum meetings relevant to the R4V response held on a regular and/or ad hoc basis | This indicator serves to capture all inter-agency coordination meetings of Platforms Sectors, Working Groups, Inter-sectoral (regional, sub-regional, national), as well as ad hoc meetings of R4V stakeholders within the R4V framework |
| **Common Services** (Fundraising) | | | |
| Output CSFU01 | Enhance the support for the R4V response plan (RMRP) in an inter-agency and inter-sectoral manner | # of inter-agency resource mobilization activities | This includes activities conducted by two or more R4V response actors in a coordinated manner, that aim to mobilize donors (public and/or private sector) to enhance the funding levels of the RMRP. This can include donor briefings, donor missions, joint inter-agency and/or inter-sectoral presentations, etc. |
| **Common Services** (IM) | | | |
| Output CSIM01 | Provide effective information management services to support needs and response analysis and monitoring, and the identification of gaps and access constraints (relates to SO1, SO2, SO3). | # of coordinated, including inter-sectoral / inter-agency, assessments conducted | This may include any type of quantitative of qualitative assessments that will be used by IM as data sources to the execution of their work |
| Output CSIM02 | Provide effective information management services to support needs and response analysis and monitoring, and the identification of gaps and access constraints (relates to SO1, SO2, SO3). | # of common information management products, including infographics, datasets, statistics, and/ or otherwise consolidated and stored information sets on affected population, needs and response, made available on a regular or ad hoc basis | This may include dashboards, maps, graphs, etc. produced. |
| Output CSIM03 | Provide effective information management services to support needs and response analysis and monitoring, and the identification of gaps and access constraints (relates to SO1, SO2, SO3). | # of actors reporting under the RMRP monitoring framework | Using 5Ws tool, IM at national, subregional and regional level, report on a monthly basis the number of actors reporting their RMRP activities. |
| Output CSRE01 | Provide effective reporting services at the national and regional levels (relates to SO1, SO2, SO3). | # of reports produced on the R4V response | This includes products developed by the relevant sectors or inter-agency coordination groups, at the regional and national levels, such as SitReps, Updates, inter-sectoral guidance materials. |

Venezuela AR_001086

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| **✖ Common Services** (Transversal [CwC, PSEA, AAP]) | | | |
| **Outcome CSTR1** | Promote an inclusive response based on humanitarian principles, incorporating cross-cutting issues such as the communication with communities, centrality of protection, environment, gender and age, disability inclusion, prevention of sexual exploitation and abuse, and accountability to affected populations. | % of the affected populations that perceives the collective response implemented by R4V partners as safe, relevant, and accessible. | |
| Output CSTR01 | Promote an inclusive response based on humanitarian principles, incorporating cross-cutting issues such as the communication with communities, centrality of protection, environment, gender and age, disability inclusion, prevention of sexual exploitation and abuse, and accountability to affected populations. | # of complaint and feedback mechanisms available to affected population (CwC, PSEA, AAP) | This indicator measures the two-way communication mechanisms that are established to collect feedback and complaints to adapt the response to new needs and trends identified, or to allow the safe handling of serious complaints. It includes mechanisms created to collect SEA and other complaints about staff misconduct. |
| Output CSTR02 | Promote an inclusive response based on humanitarian principles, incorporating cross-cutting issues such as the communication with communities, centrality of protection, environment, gender and age, disability inclusion, prevention of sexual exploitation and abuse, and accountability to affected populations. | # of individuals accessing two-way communication mechanisms to voice their needs/concerns/feedback | This indicator measures if existing two-way communication mechanisms are functioning and accessible. It aims to assess the effectiveness of these systems both for affected populations and for incorporating feedback into the response. |
| Output CSTR03 | Promote an inclusive response based on humanitarian principles, incorporating cross-cutting issues such as the communication with communities, centrality of protection, environment, gender and age, disability inclusion, prevention of sexual exploitation and abuse, and accountability to affected populations. | # of AAP inter-agency initiatives | This indicator measures the efforts of the platform's partners to be collectively accountable to affected populations, developing joint initiatives that expand outreach and optimise the use of resources. Initiatives to be counted include information provision collective initiatives (e.g.: UReport or info materials developed by more than one org, joint feedback and complaints mechanisms, joint community consultation) |
| Output CSTR04 | Promote an inclusive and safe response based on humanitarian principles, integrating cross-cutting themes such as communication with communities, centrality of protection, environment, gender and age, inclusion of disability, protection against exploitation and sexual abuse, and AAP. | # of organizations that have PSEA integrated in their codes of conduct, signed by their personnel, and have implemented related internal mandatory trainings | "This indicator stems from the Mimum Operating Standards on PSEA and seeks to understand compliance of R4V partners with this standard. All partner organisations need to have a code of conduct that includes the obligation of staff and associated individuals and entities, not to sexually exploit or abuse people and to comply with reporting obligations. Furthermore, all partners need to ensure that staff, volunteers and associates meet PSEA requirements, which starts by having all staff, volunteers and associated personnel sign the organisation's code of conduct." |

| Outcome/Output | Result Statement/Sector objective | Indicator | Indicator description /rationale |
|---|---|---|---|
| Output CSTR05 | Promote an inclusive and safe response based on humanitarian principles, integrating cross-cutting themes such as communication with communities, centrality of protection, environment, gender and age, inclusion of disability, protection against exploitation and sexual abuse, and AAP. | # of SEA risk assessments completed | "This indicator reflects one of the priority areas of R4V PSEA efforts in 2022. Risk assessments are meant to form a comprehensive picture of SEA risks and response capacities in a particular geographical area, to inform the implementation/adjustment of response activities and PSEA programmes. The indicator seeks to demonstrate the degree to which R4V national platforms take steps to ensure all activities are designed and implemented based on an impartial assessment of SEA needs and risks and an understanding of the vulnerabilities and capacities of different groups, by using the R4V risk assessment methodology." |

Venezuela AR_001087

# RMRP 2022 PARTNER ORGANIZATIONS

ABV - Association of Good with Life

ACAPS

Acción y Desarrollo

ACTED

Action against Hunger

ActionAid

Adventist Development and Relief Agency (ADRA)

Alas de Colibrí Foundation

Alianza por la Solidaridad

Alianza por Venezuela

Americares Foundation

Argentine Commission for Refugees and Migrants (CAREF)

Asociación Aves

Asociación de Jubilados y Pensionados Venezolanos en Argentina

Asociación de Venezolanos en Eloy Alfaro

Asociación Fundación contra el Hambre Perú

Asociación Migrantes Venezolanos

Asociación Misioneros de San Carlos Scalabrinianos

Asociacion Proteccion Poblacion Vulnerable

Asociación Quinta Ola

Asociación Salto Ángel

Asociación Venezuela en Ecuador AC

ASOVENAR

Associação Hermanitos

AVSI Foundation

Bethany Christian

Services

Blumont

CARE

Caritas Brazil

Caritas Ecuador

Caritas Germany

Caritas Manaus

Caritas Parana

Caritas Peru

Caritas Rio de Janeiro

Caritas São Paulo

Caritas Switzerland

CCEFIRO Association

CEDRO

Center for Integrated Studies and Programs for Sustainable Development (CIEDS)

Center for Migration and Human Rights of the Diocese of Roraima (CMDH)

Centro de Atencion Psicosocial (CAPS)

CESAL

CESVI-Cooperazione e Sviluppo

ChildFund International

CHS Alternativo

Churún Merú Association

Coalición por Venezuela

Colonia Foundation of Venezuelans in the Dominican Republic (FUNCOVERD)

COLVENZ

Compassiva

Consejo Interreligioso del Perú - Religiones por la Paz

Consorcio ONG OCIPI

Y Capellanía Nacional OFICA

COOPI - International Cooperation Foundation

Corporación Colectivo Sin Fronteras

CRISFE Foundation

Cuso International

Danielle's Children Fund (DCF)

Danish Refugee Council (DRC)

Development Support Association - APOYAR

Diakonie Katastrophenhilfe

Diálogo Diverso

Doctors of the World

Dominican Institute for Integrated Development

Duendes y Ángeles Vinotinto República Dominicana

Encuentros SJS (Servicio Jesuita de la Solidaridad)

Ending Violence Against Migrants

Equidad Foundation

Equilibrium CenDE

Facultad de Psicología - Universidad de la República (UDELAR)

First International Emergency and Solidarités International

Fondo Ecuatoriano Populorum Progressio

Foro Salud Callao

Foundation for the Integration and Development of Latin America (FIDAL)

Foundation of the Americas (FUDELA)

Fraternity Without Borders

Fundación Brisas del Norte

Fundación Colombovenezolana Nueva Ilusión

Fundación Nakama's

Fundación RadaBer

Fundación Scalabrini Bolivia

Fundacion Social Vivan los Niños

FUNVEAC

German Development Cooperation Agency GIZ

Globalizate Radio

GOAL

Halü Bienestar Humano Foundation (HALU)

Heartland Alliance International (HAI)

HELVETAS Swiss Intercooperation

HIAS

Human Rights Defence Curaçao

Humanity & Inclusion

Humans Analytic

Idas y Vueltas Association

iMMAP

IMPACT Initiatives (REACH)

Inmigrante Feliz Association

Institute for Migration and Human Rights (IMDH)

Institute of Natural and Cultural Heritage (IPANC)

International Committee for the Development of People (CISP)

International Federation of the Red Cross (IFRC)

International Labour Organization (ILO)

International Medical Corps

International Organization for Migration (IOM)

International Rescue Committee (IRC)

INTERSOS

Jesuit Migrant Service (JMS)

Jesuit Refugee Service (JRS)

Jesuit Service for Migrants and Refugees (JSMR)

Joint United Nations Programme on HIV/AIDS (UNAIDS)

Kimirina Coorporation

La Casita Hispanic Cultural Centre

Latin American Network of Non-Governmental Organizations of Persons with Disabilities and their Families (RIADIS)

LGBT+ Movement Brazil

Living Water Community (LWC)

LLANOVENCOL

Lutheran World Federation

Lutheran World Relief

Malteser International

Mana Institute

Manos Veneguayas Association

Más Igualdad Perú

MedGlobal

Medical Teams International

Mercy Corps

Migrant Service Center (CAM)

Migrants, Refugees

and Argentine Social Entrepreneurs (MIRARES)

Mision Scalabriniana - Ecuador

Missão Paz

Museu A CASA

Norwegian Refugee Council (NRC)

ONG Migrantes por el Maule

ONG Preemptive Love Coalition Colombia

Organización Transformando Vidas

Organization of Ibero-American States for Education, Science and Culture (OEI)

OXFAM

Panamerican Development Foundation

Panamerican Health Organization/World Health Organization (PAHO/WHO)

Pastoral of Human Mobility - Peruvian Episcopal Conference

Pastoral Service for Migrants National

Permanent Human Rights defense Committee (CDH)

Pirilampos Institute - Group of visits and voluntary actions in Roraima

Plan International

Population Program, Faculty of Social Sciences, University of the Republic

Profamilia Association

Red con Migrantes y Refugiados

Red Cross Colombia

Red Cross Ecuador

Red Cross Peru

Red de Investigaciones en Derechos

Humanos - CONICET (Consejo Nacional de Investigaciones Científicas y Técnicas)

RET International

Salú pa Tur Foundation

Salvation Army

Samaritan's Purse

Save the Children International (SCI)

Scalabrini Foundation Chile

Sección Peruana de Amnistía Internacional

Serviço Pastoral dos Migrantes do Nordeste

Sesame Workshop

Si, Da Vida

Solidarity and Action Asociation

SOS Children's Villages

Tarabita Foundation

Tearfund

TECHO

Terranueva Foundation

Terre des Hommes Suisse

The Israel Forum for International Humanitarian Aid (IsraAID)

Unión Venezolana en Perú

United Nations Children's Fund (UNICEF)

United Nations Development Programme (UNDP)

United Nations Educational, Scientific and Cultural Organization (UNESCO)

United Nations Entity for Gender Equality and the Empowerment of Women (UNWOMEN)

United Nations Food and Agricultural Organization (FAO)

United Nations High Commissioner for Refugees (UNHCR)

United Nations Office of the High Commissioner for Human Rights (OHCHR)

United Nations Office on Drugs and Crime (UNODC)

United Nations Population Fund (UNFPA)

United Nations Programme for Human Settlements (UN Habitat)

Vale da Benção Educational and Charitable Association (AEBVB)

VenAruba Solidaria

Venex Curacao Foundation

Venezolanos en Barranquilla

Venezolanos en San Cristóbal

Venezuelan Emigrant Foundation (FEV)

Vicaría de Pastoral Social Caritas

Voices GY

We World GVC

World Council of Credit Unions

World Food Programme (WFP)

World Vision

ZOA



 RESPONSEFORVENEZUELANS   ●    PLATAFORMA_R4V

Venezuela AR_001090



**Immigration**

# As United States' 'Remain in Mexico' plan begins, Mexico plans to shut its 'too successful' humanitarian visa program

**GlobalPost**

*January 24, 2019 • 9:45 PM EST*

By **Sarah Kinosian**



Migrants, part of a caravan travelling to the US, make a human chain to pull people from the river between Guatemala to Mexico in Ciudad Hidalgo and continuing to walk in Mexico, in October 2018. Many migrants headed for the border will likely find themselves waiting in Mexico as part of the US's new "remain in Mexico" policy.

Credit: Leah Millis/Reuters





said. "But it depends on the amount of people we are really talking about. ... This is a US

"The irony of this measure is that it is going to drive people who are trying to apply for asylum at ports of entry and do things the right

Venezuela AR_001093

could create total disorder," said Cesar Palencia, head of migrant services in Tijuana. "What are we going to do with all the people they just let in?"



asylum. Urbina said he was facing threats after gang members killed his 16-year-old brother.

Venezuela AR_001097

**US' indefinite ban on Iranians drafted into Iran's Revolutionary Guard continues to separate families**



**sky**

**'Kneel and apologize!': 76 years after island-wide massacre, Taiwan continues to commemorate — and debate — the tragedy**

Venezuela AR_001099





Case 6:23-cv-00007   Document 95-5   Filed on 03/24/23 in TXSD   Page 159 of 224

Politics

# More than 4,000 migrants voluntarily returned to Venezuela from Panama

👤 Online News Editor    •    November 9, 2022    🔖 2 minutes read



Panama City, Nov 9 (EFE).- More than 4,000 irregular Venezuelan migrants have voluntarily returned to their country from Panama in recent weeks, authorities said on Wednesday.

"Through 24 'humanitarian flights,' more than 4,000 (Venezuelan migrants) who have voluntarily returned home have left Panama, (but) even so we had almost 1,000 people in the Veranillo shelter (in the capital) yesterday," said National Migration Service Director Samira Gozaine.

This refuge, a shed without facilities, was set up by the Venezuelan embassy to receive the nationals, many of whom gave up their goal of entering the United States after Washington announced a new immigration policy for Venezuelans on Oct. 12 that left the tens of thousands of them with little hope of entering.

Now, Venezuelans who had already arrived in Mexico or who were in transit through Central America, are now returning to Panama, with many thinking

Venezuela AR_001102

Case 6:23-cv-00007   Document 95-5   Filed on 03/24/23 in TXSD   Page 160 of 224

that from this country they can travel to Venezuela for free, which is "false," the Panamanian authorities have insisted.

"On the flights, I think more than one million dollars has been spent among people who pay for their own flights. I think it should be noted that there have been many donors (...) Venezuelans and many Panamanians. The Adventist Church has been helping, the Catholic too," Gozaine told local network TVN.

In that sense, the director of migration revealed that Panama's foreign ministry "has been intervening so that Venezuela returns its citizens at no cost on state airlines."

More than 210,000 irregular migrants have passed through Panama this year on their way to the US. They arrived in the country after crossing the dangerous Darien Gap on the border with Colombia. More than 70 percent of them are Venezuelan, according to official data.

In a humble barbershop a few meters from the capital's shelter, 21-year-old Venezuelan Rafael Arocha cut a man's hair on Wednesday in exchange for $3-4. He wants to collect around $260 for a flight home.

In Venezuela, Arocha was a motorcycle taxi driver. He says he left his country on Sep. 30, crossed the Darien Gap, something he "never" will do again, and managed to reach Mexico, but returned "without money or anything" after the US change of policy.

"Unfortunately the doors were closed to us. There is nothing to do (...) I really need to go" home, he said.

Orlando Saavedra, 31, asked Wednesday at a traffic light for a "collaboration" to collect the cost of a ticket back to Venezuela.

He arrived at the shelter on Nov. 4, but says he knows of people who have been there for more than two weeks.

"They are taking out (on voluntary repatriation flights) women with children, but they leave men," he said. EFE

More than 4000 migrants voluntarily returned to Venezuela from Panama - La Prensa Latina Media

gf-cl-bv/tw

#EFE    #MIGRATION CRISIS

Venezuela AR_001104

12/27/22, 10:26 AM

Asylum seekers are gathering at the U.S.-Mexico border. This is why - Los Angeles Times

≡          *Los Angeles Times*

WORLD & NATION

# Asylum seekers are gathering at the U.S.-Mexico border. This is why



Migrants this week in El Paso warm themselves by a fire at dawn after spending the night outside the U.S.-Mexico border fence. (John Moore / Getty Images)

BY LEILA MILLER | STAFF WRITER

DEC. 23, 2022 12:22 PM PT



CIUDAD JUAREZ, Mexico — The first time Mari Marin Bastidas tried to claim asylum at the U.S. border, she was turned away by authorities who said a policy instituted to

     Venezuela AR_001105

slow the spread of COVID-19 meant her case would not even get a hearing.

Dejected, she returned to her home in the state of Michoacan in western Mexico.

Two years later, she is back at the border to try again. Word has been spreading that the policy, known as Title 42, is about to be lifted.



A smuggler carries a migrant across the Rio Grande near a high-traffic border crossing area in El Paso. (John Moore / Getty Images)

ADVERTISEMENT

"I decided to come because of the opportunity that is opening up," said Bastidas, 29. "I'm not going back anymore."

The fate of the policy now rests with the U.S. Supreme Court as anxiety and confusion build on both sides of the border. In Ciudad Juarez, untold numbers of asylum seekers have been gathering in recent weeks. Across the Rio Grande in El Paso, the mayor has declared a state of emergency in anticipation of a massive influx.

Bastidas, along with her 8-year-old daughter and two brothers, was among scores of migrants waiting along a narrow section of the river.

Some waded across to present themselves to border agents, either not realizing that Title 42 was still in effect or willing to take their chances anyway.

Bastidas and her family decided to wait and made their way to a migrant shelter nearby. They had $500 to carry them over for now.

They plan to claim asylum based on a fear of a local gang that she said had threatened her family for failing to pay a monthly extortion fee of roughly $400. Another brother had been killed several years ago by gang members running a similar scheme.

ADVERTISEMENT

Venezuela AR_001107



Colombian migrant Jaider, 18, holds his puppy, Trucha, while looking over the Rio Grande into El Paso. He said he had carried the dog for his entire overland journey from Colombia. (John Moore / Getty Images)

Before Title 42, the United States considered all asylum claims, which often meant releasing migrants into the U.S. until a court rules on their cases — a process that can take years because of a large backlog. A small minority of asylum claims are ultimately accepted. Fleeing poverty is not a valid basis for a claim.

Under Title 42, a decades-old public health measure that the Trump administration resurrected in the early days of the pandemic, asylum seekers can be quickly expelled.

The Biden administration has opposed the policy in court while continuing to use it with help from Mexico, which agreed to accept Central Americans, and later Venezuelans, who the United States turned away.

Venezuela AR_001108

But last month, a federal judge ruled that Title 42 was being used arbitrarily and was no longer justified as a pandemic health measure. He ordered it be lifted by Dec. 21.

Some 19 Republican-led states appealed to the Supreme Court, arguing that ending the policy would result in a surge of new migrants, and on Monday — two days before the deadline — Chief Justice John G. Roberts Jr. ruled that it would remain in place until the high court decided the case. If the policy falls, it is possible that the Biden administration could find new ways to limit asylum seekers.

ADVERTISEMENT

Still, El Paso has been bracing for the day when asylum seekers can no longer be summarily turned away.

Venezuela AR_001109



Migrants turning themselves in to U.S. officials stand behind a razor wire barrier by Mexico's border with El Paso.
(Christian Chavez / Associated Press)

At one popular crossing spot along the Rio Grande, members of the Texas Army National Guard lined the riverbank with razor wire this week as a deterrent, and were standing watch next to their Humvees.

But already, 1,500 migrants a day on average are being taken into Border Patrol custody in the El Paso region, according to the Department of Homeland Security. After their fingerprints and basic information are recorded, many are expelled under Title 42. Some may be transferred to an immigration detention facility.

Others who might qualify for a Title 42 exemption — usually on humanitarian grounds or because Mexico limits how many migrants it accepts from various countries — may be released and allowed to remain in the United States, often with a court date.

Venezuela AR_001110

This week, more than 50 migrants were staying at the Annunciation House shelter just north of the border. With cots in the chapel and playroom, the shelter has room for 60.

ADVERTISEMENT



Migrants eat and wait for help while camping on a street in downtown El Paso. (Andres Leighton / Associated Press)

Most move out within 48 hours to live with relatives or friends. Others have been bused to religious communities across the country that have offered to take them in.

The quick turnaround is important to make room for new migrants, said Ruben Garcia, who founded and runs the shelter.

"If we're having a difficult time dealing with the number of people who are arriving and we haven't even lifted Title 42, can you imagine what's going to happen when Title 42 gets lifted?" he said.

In anticipation, the city has opened up its convention center for temporary housing. About 200 of the 1,000 beds there were filled on Thursday night.

Still, some migrants are already living on the streets.

Not far from the convention center — where ice skaters glided around a large rink beside a lit-up Christmas tree — dozens of Venezuelan migrants had set up camp along two blocks of sidewalk. Sheets of cardboard served as mattresses. Locals dropped off donations of clothes.

ADVERTISEMENT

A 26-year-old named Yesimar — she spoke on condition that her last name not be used, because she had just crossed the border illegally — wrapped herself in a

blanket. It was 7 p.m. and the temperature had dropped to 40 degrees.

She and her husband fled Venezuela five years ago and had been living in Peru. It took them three months to reach the U.S. border. With Title 42 still in place, they felt they had no choice but to sneak across.

They came through a space in the border fence and ducked into a McDonald's to change clothes and take a breath after eluding authorities.



A migrant crosses over a border fence after evading law enforcement in El Paso. (Eric Thayer/ Bloomberg via Getty Images)

"The truth is that they don't give us the opportunity to come into this country," Yesimar said. "We never came with the idea of coming in illegally."

Back in Ciudad Juarez, many more migrants are waiting it out.

Venezuela AR_001113

ADVERTISEMENT

Alexander Diaz, his wife and their 3-year-old son were down to about $100. The 24-year-old Venezuelan has been giving $2 haircuts to fellow migrants in an alley close to the Rio Grande.

The family found a spot at a shelter, but the bathroom doesn't work. "Imagine, putting up with the cold, without a shower," Diaz said.

Venezuela AR_001114



Migrants spend the night outside the border fence while waiting to make asylum claims in El Paso. (John Moore / Getty Images)

Jesús Carrera, 22, said he makes $15 a day washing car windows at a stoplight. A generous local gave him and other migrants a place to sleep, and he speaks daily to his mother in Venezuela, who urges him to come home. He hasn't seen her since leaving the country six years ago in hopes of escaping poverty.

He tried to claim asylum at the U.S. border in October but was expelled under Title 42 and moved to the Mexican state of Chiapas. He arrived at the border again last weekend because he thought the policy was ending.

"I'm asking God to change my luck," he said. "It's time."

Rosalia Castro Sosa, a Sears saleswoman from southern Mexico, arrived in Ciudad Juarez on Wednesday, thinking that Title 42 had been lifted as scheduled.

Venezuela AR_001115

ADVERTISEMENT

She immediately crossed the river and turned herself in, waiting for hours in the cold in a long line for officials to take down her information. Then they dropped her off at the Mexican side of a border bridge.



Migrants step into the Rio Grande in Ciudad Juarez, Mexico. (Christian Chavez / Associated Press)

Venezuela AR_001116

Waiting for the policy to be lifted, Sosa moved into a church shelter. She has made some cash by opening the door for customers entering convenience stores. A local restaurant fed her in exchange for waiting tables. She hopes to work in the U.S. to finance an ear operation for her 9-year-old son.

"In the name of God, I'm going to get there," she said. "I don't know how, but I will."

At the Good Samaritan shelter, many of the 73 migrants there were waiting to see a doctor. Migrants can stay for months as they wait for appointments with immigration officials, and in that time children attend school — where they take English classes. Migrants can also receive therapy.

Pastor Juan Fierro, who runs the shelter, said he viewed the end of Title 42 with skepticism.

ADVERTISEMENT

"How many times have they said it'd be over?" he said.

*Miller reported from Ciudad Juarez and El Paso. Special correspondent Gabriela Minjares in Ciudad Juarez and Times staff writer Hamed Aleaziz in Healdsburg, Calif., contributed to this report.*

Case 6:23-cv-00007   Document 85-5   Filed on 03/24/23 in TXSD   Page 175 of 224



## Must-read stories from the L.A. Times

Get the day's top news with our Today's Headlines newsletter, sent every weekday morning.

Enter email address

SIGN ME UP

You may occasionally receive promotional content from the Los Angeles Times.

 Leila Miller

🐦 Twitter   📷 Instagram   ✉️ Email   f Facebook

Leila Miller is a foreign correspondent for the Los Angeles Times based in Mexico City. She joined the newsroom in 2018 and spent several years working on the criminal justice team. She was also part of the team that was a 2020 Pulitzer finalist for its coverage of the Conception boat fire off the Channel Islands. Born in Argentina but raised in Los Angeles, Miller is a graduate of Oberlin College and Columbia University's School of Journalism.

Venezuela AR_001118

## MORE FROM THE LOS ANGELES TIMES



**WORLD & NATION**

### South Korea's leader calls for stealth drones to monitor North Korea

1 hour ago



**WORLD & NATION**

### Companies welcome end to China quarantines for visitors

1 hour ago



**CALIFORNIA**

### I'm Mexican American. But the L.A. City Council audio leak reminded me that I'm Oaxacan too

2 hours ago



**WORLD & NATION**

### Why is a Swedish billionaire buying up California's video gaming empire?

Dec. 27, 2022

Venezuela AR_001119

Subscribe for unlimited access

Follow Us

eNewspaper

Coupons

Find/Post Jobs

Place an Ad

Media Kit: Why the
L. A. Times?

Bestcovery

Copyright © 2022, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell My Personal Information

Venezuela AR_001120

## The Washington Post

*Democracy Dies in Darkness*

ENTERPRISE

# The border is tougher to cross than ever. But there's still one way into America.

By Nick Miroff and Carolyn Van Houten

October 24, 2018 at 10:43 a.m. EDT

*[This story has been optimized for offline reading on our apps. For a richer experience, you can find the full version of this story here. An Internet connection is required.]*

HIDALGO COUNTY, Tex. — Crouched low in the brush along the riverbank, Border Patrol agent Robert Rodriguez watched the Mexican side of the Rio Grande, waiting. A norteño ballad drifted from a radio somewhere on a nearby farm, and two pigs cooled themselves at the water's edge, wading to their bellies. For a moment, one of the border's busiest places for illegal crossings looked placid.

Then a raft appeared.

Within seconds it was in the water, a teenage guide steering the current while his boss, an older man, stood watch on the bank. In less than a minute, the teenager delivered a woman and a boy to the U.S. side and they climbed out, shoes sinking in the wet silt.

Rodriguez stepped onto the path to stop them, but the woman and the boy did not run. They wanted to be captured. This is how it works now.

The era of mass migration by Mexican laborers streaming into California and the deserts of Arizona is over. Billions spent on fencing, sensors, agents and drones have hardened the border and made it tougher than ever to sneak into the United States. The migrants coming today are increasingly Central Americans seeking asylum or some form of humanitarian protection, bearing stories of torture, gang recruitment, abusive spouses, extortionists and crooked police.

They know the quickest path to a better life in the United States is now an administrative one — not through mountains or canyons but through the front gates of the country's immigration bureaucracy.

Last year, U.S. immigration courts received nearly 120,000 asylum claims from migrants facing deportation, a fourfold increase from 2014. Those filings have pushed the number of pending cases before U.S. immigration courts to more than 750,000, collapsing the system and upending President Trump's sweeping promises to lock down the border.

The extraordinary surge of asylum seekers is testing the limits of whom, exactly, the United States is willing to protect, challenging the stone-carved ideal of America as the place that welcomes the tired and poor, "yearning to breathe free."

It has also presented Trump with one of the most vexing policy challenges of his presidency, and virtually every measure taken so far has made the problem worse.

Trump this spring deployed a nuclear option — separating parents from their children — in an attempt to stop families from coming. It backfired. The controversy generated by the policy and its abrupt rollback six weeks later handed smuggling guides across Central America a potent sales pitch. They now tell potential customers the Americans do not jail parents who bring children — and to hurry up before they might start doing so again.

Families asking for mercy constitute a greater-than-ever portion of those taken into custody. More than half of all arrests along the Mexican border last month were migrant family members or unaccompanied minors, up from 13 percent in 2013.

This spring, Trump fixated on a caravan of asylum seekers traveling through Mexico, about 300 of whom eventually crossed into the United States. Now, a much larger procession of as many as 7,000 Central Americans is trekking north toward the border, despite threats from the president to stop them with U.S. troops and sever aid to their countries.

There is a sinking feeling, among Department of Homeland Security officials, that more caravans are yet to come and that they will only get larger.

Families are coming in caravans and on their own because it works. Only 1.4 percent of migrant family members from Guatemala, Honduras and El Salvador who crossed the border illegally in 2017 have been deported to their home countries, according to DHS officials.

The United States has neither the detention space nor the legal authority to hold children long enough to process their parents' claims, so families are typically released from custody to await court hearings that could be months, even years, into the future.

Trump has long derisively referred to this as "catch and release" and used it as an attack line against Democrats. But in the months since ending family separation, Trump has now made it his de facto policy.

The administration has drafted plans to add thousands of detention beds in an attempt to hold parents with children longer. DHS officials have also proposed new rules that would allow the government to withdraw from a 1997 federal court agreement limiting the amount of time children can be held in immigration jails to 20 days.

But in the meantime, so many families are coming through high-volume corridors such as the Rio Grande Valley that Rodriguez and other agents have come to describe them as "non-impactables," because they say there is nothing they can do to stop them.

As Rodriguez radioed another agent to pick up the woman and the boy, she handed him her Honduran identification card. Cecilia Ulloa was 25. Darwin, her son, was 13. The math took a moment to sink in, and Ulloa appeared to recognize a familiar look of confusion.

"My stepfather," she said. "It started when I was 10."

After a decade in prison for rape, her stepfather was free now, stalking them, blaming her for ruining his life, Ulloa said. "He's going to kill us."

Police in Honduras had told her there was nothing they could do, she said, so she and her son left for the United States. They wanted asylum.

Chances were they would be denied. But it could take months, or longer, for the U.S. immigration system to determine whether Ulloa and her son deserve protection. They would probably not be sent back to Honduras anytime soon.


# Credible fear

Some migrants' stories of gang threats and police indifference have a rehearsed quality, suggesting they are concocted. The smuggling guides who charge $10,000 or more for the trip provide transportation and meals, but also coaching, including the key words migrants should say to convince U.S. asylum officers that their fears meet credibility standards.

But there are many with no need to make things up. The countries they are running from have some of the highest murder rates in the world. Their criminal justice systems barely function. Some have been victimized already.

Lisa Brodyaga, an immigration lawyer in South Texas who has worked with Central American migrants since the late 1970s, said adult asylum seekers who appear before immigration judges "are almost all being deported."

"I think judges felt freer to follow their gut under Obama than they do now," she said.

Venezuela AR_001123

Migrants have adapted just as quickly. As asylum officers and immigration judges reject more claims, the number of single adults who arrive claiming fear of persecution is dropping. The fastest-growing portion comprises parents coming with children, preventing their long-term detention and significantly reducing the likelihood they will be deported.

Last month, border agents arrested 16,658 individuals who arrived as members of "family units," an all-time high, up from 9,247 in July.

Migrant advocates have documented cases of rejected asylum applicants being killed after they were sent back. But a full picture is difficult to obtain because U.S. government statistics do not track what happens to deportees once they leave the United States.

DHS officials point to improving public-safety statistics from Central America as evidence that the asylum trend is not driven by worsening violence.

Those fleeing lawlessness and crime are also lured north by job opportunities and the desire to reunite with parents, siblings and other relatives already living here. The United States offers not only safety but also a chance at a dramatically better life.

And with the U.S. unemployment rate at a 50-year low and employers across the Midwest desperate for labor, the Trump-era economy is undermining the Trump-era immigration agenda.

"Migrants from Central America seek asylum in the U.S. to escape gangs, violence and lack of opportunity," said Doris Meissner, who is policy director at the Migration Policy Institute and ran the U.S. immigration system under President Bill Clinton. "This mixture of humanitarian and economic migration is happening in other parts of the world, too."

"However, only some of those in peril are actually eligible for asylum," said Meissner, co-author of the new report "The U.S. Asylum System in Crisis." "Granting them protection but keeping asylum systems from being overwhelmed or misused requires broad solutions, including attacking the reasons people flee."

For people like Ulloa and her son, here's how it works.

Those who cross the border and turn themselves in are interviewed by a U.S. asylum officer to determine whether they have a "credible fear" of facing persecution back home. The Supreme Court has ruled that an asylum-seeker's fear is considered "well-founded" if there is a 10 percent chance they will face persecution, and those who potentially qualify are referred to an immigration judge.

Between Oct. 1, 2017 — the start of the 2018 fiscal year — and June 30, the period for which the most recent statistics are available, the government received more than 73,000 credible-fear claims, up from 5,000 during all of 2009. Of those 73,000 who were interviewed, 76 percent were found to have a credible fear of return.

The finding does not mean that a judge will eventually grant asylum. Justice Department statistics show that fewer than 10 percent of Central American applicants are awarded asylum, but the process of applying offers a shield from deportation and a toehold, however tenuous, in the United States.

Trump officials view this as a too-permissive approach to asylum claims that amounts to a mile-wide loophole in the American immigration system. U.S. generosity is being exploited by smugglers and cheats, they say, and the dysfunction encourages more to make a dangerous journey.

Under Trump, asylum denial rates have reached their highest levels in more than a decade. But nearly half of those rulings are issued in absentia, because the applicant does not appear in court.

That is the breach Trump officials see: If asylum seekers think their case is likely to be denied, they can drop out of the court system and disappear, remaining in the United States illegally. The latest Justice Department figures show U.S. courts issued more than 40,000 removal orders in absentia during the government's 2017 fiscal year, nearly twice as many as in 2014.

"Saying a few simple words — claiming a fear of return — has transformed a straightforward arrest for illegal entry and immediate return too often into a prolonged legal process, where an alien may be released from custody into the United States and possibly never show up for an immigration hearing," Attorney General Jeff Sessions said in a September speech to a group of 44 newly hired immigration judges that he said was the largest class in history.

"Our system was not designed to handle thousands of new asylum claims every month from individuals who illegally flood across the border," he said. "But that is what has been happening, and it has overwhelmed the system."

# 'Private' violence

In the absence of a physical wall, the Trump administration is laying down new legal barriers to the asylum process. The U.S. immigration court system is a branch of the Justice Department, not the judiciary, and the attorney general effectively functions as a one-man Supreme Court. In June, Sessions issued a sweeping ruling that overturned the case of a Guatemalan domestic-violence victim who had demonstrated that police failed to protect her from spousal abuse and rape.

Sessions's ruling said asylum laws are meant to shelter those facing persecution for political or religious beliefs, or their membership in a well-defined social group, not those fleeing what he called "private" forms of violence.

"The mere fact that a country may have problems effectively policing certain crimes — such as domestic violence or gang violence — or that certain populations are more likely to be victims of crime, cannot itself establish an asylum claim," Sessions wrote.

Under Sessions, the Justice Department has attempted to reduce the court backlog by adding dozens of immigration judges and imposing quotas that compel them to process more cases. It has taken steps to prioritize the claims of the most recent arrivals, as a way to discourage asylum seekers from taking advantage of the court backlog. And it has instructed judges and asylum officers to take a more adversarial approach to migrants' claims.

U.S. asylum laws were shaped in the aftermath of World War II, when the United States and other Western nations developed international treaties based on the principle of "non-refoulement" — that those fleeing persecution should not be sent back to places where they are likely to killed or persecuted.

Applicants who reached U.S. soil could prove eligibility for asylum on the basis of past persecution or a fear of future abuse on the basis of their "race, religion, nationality, membership in a particular social group or political opinion."

In practice, historians and immigration scholars say, political considerations have often superseded humanitarian ones. During the Cold War, refugees fleeing communist and left-wing governments in Vietnam, Cuba and Nicaragua were welcomed in large numbers, while those escaping U.S.-friendly military dictatorships in El Salvador and Guatemala were denied.

"The United States has never solely pursued asylum on the basis of humanitarian principles," said Roberto Suro, a migration expert at the University of Southern California and former director of the Pew Hispanic Center. "American approaches have always been ad hoc and driven largely by foreign policy concerns and domestic policy concerns."

Sessions has directed judges and asylum officers to adhere to a narrower definition of "membership in a social group" — the category had been used in recent years to grant protection to victims of domestic violence.

"An alien may suffer threats and violence in a foreign country for any number of reasons relating to her social, economic, family or other personal circumstances," Sessions wrote. "Yet the asylum statute does not provide redress for all misfortune."

The president demonstrated even less patience this spring, when a large group of asylum-seeking Central American families formed a caravan to travel northward. Trump took their journey as a personal affront.

"We cannot allow all of these people to invade our Country," he wrote on Twitter. "When somebody comes in, we must immediately, with no Judges or Court Cases, bring them back from where they came."

More than 400 caravan members eventually crossed, according to DHS statistics. Among them was Carlos Aldana, who now lives with his partner and young daughters outside Seattle, waiting to see a judge. The monitoring device strapped to his leg has been on so long he barely notices it anymore.

"We go to the park. We go to church and the grocery store," Aldana said. "It's beautiful here."

His family's asylum claim epitomizes the intertwined push-and-pull factors that bring Central Americans to the United States — and that make it unlikely he, his partner and their two daughters will be allowed to stay.

The family had a small farm near the Caribbean coast, on land purchased with money sent home by a brother working in the United States. When traces of gold were found on the property, Aldana said, he and his siblings invested in mining equipment and began digging.

Then a local crime boss found out about their discovery. He showed up at the property with a carload of men, offering to "go into business together," Aldana said. Aldana's family declined, and the man returned and said he had heard others were planning to kill them. He offered protection. Again, Aldana and his siblings refused.

The threats worsened. Then one of Aldana's brothers was killed. Aldana said his family was too scared to go to the police. "They work for him," he said of the gangster.

The family fled to another part of Honduras and attempted to start over, but a year later the man found them and the threats resumed, Aldana said.

This time Aldana and his family fled to southern Mexico. They were arrested by Mexican authorities and sent back to Honduras. They tried to start over again.

Worried that he was putting the whole family in danger, another of Aldana's brothers bid farewell and left. His body was found a few months later, tortured and mutilated. Aldana reported the crime to police, but they made no arrests, he said.

Aldana fled with his family to Mexico a second time, then found out about the caravan. Like others who joined, they saw it as a safe, affordable way to reach the border.

Along the journey, the caravan's legal advisers warned Aldana he would probably not qualify for asylum because he had been deported from the United States once before, in 2008, when he attempted to come illegally at age 19.

But he crossed anyway, and like so many Central Americans, his urge to flee is hard to separate from the desire for a better life in the United States.

"I feel safe here. I just want to be able to stay, so my girls don't have to grow up in a place like that," he said of Honduras. "I don't ever want to go back."

# 'The most horrifying stories'

Asylum seekers who make their claims at official border crossings — not on the banks of the Rio Grande — are not breaking the law. But U.S. agents have to let them cross the bridge first.

On a recent morning in South Texas, immigration lawyer Jennifer Harbury walked across the river into Mexico under a blazing sun, waiting for a nun to pick her up. They drove to a Reynosa migrant shelter in a bullet-scarred neighborhood full of cartel lookouts and stash houses used by smugglers to stage illegal crossings.

Harbury is an irritant to U.S. border officials as well as the cartels. She provides free legal advice and assistance to asylum seekers, so the nuns who run the shelter call her often to see whether she can help migrant families desperate for legal advice. Harbury's pro bono work takes profits away from traffickers, because they charge a "tax" of several hundred dollars to those who cross illegally along the river. They earn nothing from the migrants Harbury escorts to the official border crossing.

Harbury is one of the activists who also help asylum seekers stranded in the no man's land on the pedestrian bridge over the river. In recent months, U.S. officers have been turning migrants away, telling them to come back later. Harbury and others have criticized the practice as unlawful, but DHS officials say that port officers have multiple responsibilities and that busy border crossings have capacity limits.

It was Harbury who provided ProPublica with the surreptitious audio recording of a child screaming for her mother that dealt a severe blow to the family-separation policy. She has absorbed the stories of thousands of asylum seekers over the decades and increasingly views her job with the urgency of an emergency responder. She intends to help as many asylum seekers enter the United States as possible, because she believes she is saving their lives.

"These people have the most horrifying stories I have ever heard," she said. "I don't think people have better claims than those running from the cartels."

The shelter in Reynosa was crowded with newly deported Mexicans, many still carrying their belongings in plastic bags provided by the U.S. government. Immigration and Customs Enforcement had dropped off 85 deportees the previous night, and several complained harshly of bad food and abysmal conditions in U.S. detention.

The nuns had asked Harbury to help a young mother stranded for more than a week, Maria Magdalena Gonzalez, 21, and her son, Emiliano, 3. A gangster in Gonzalez's home state of Guerrero was threatening to kill her for rejecting his advances, she said. But when she and her son tried to approach the U.S. border crossing a few days earlier to seek asylum, they had been turned away.

With more and more Central Americans showing up at the port of entry, U.S. officers had set up an impromptu checkpoint over the middle of the Rio Grande, blocking them from setting foot on the U.S. side to start the asylum process.

Those who fail to cross are put at risk, because cartel lookouts ply the Mexican side of the bridge, watching for Central Americans who have been turned away. The migrants are prime targets for kidnapping because criminal groups assume they have relatives living in the United States with enough money to pay a ransom.

Harbury was there to make sure Gonzalez and her son weren't rejected again.

A nun drove them to the bridge over the river, and Harbury walked alongside them until a Mexican immigration official stood in the way. He had been looking for asylum seekers from Central America, but Gonzalez and her son were Mexican, so there was nothing he could do to detain them.

He told Harbury the U.S. agents had not been letting asylum seekers through, or were making others wait three or four days to be allowed to approach the American side.

Harbury, Gonzalez and the boy continued walking until three American officers blocked them halfway across the bridge. "We want asylum," Gonzalez said softly, more a question than a demand. An agent told her to stand aside and wait.

Harbury asked how long, and the officers said it could be several hours, perhaps days. She sat down on the pavement with Gonzalez and the boy. "We'll wait," she said.

The officers appeared to notice a reporter taking notes and called a supervisor. He arrived and waved everyone through.

Gonzalez reached the inspection booth and pushed her paperwork forward. Harbury gave her a hug and an invitation to dinner. Then the officers directed Gonzalez and her son to an adjacent waiting room.

"They made it," Harbury said.

She waved goodbye through the glass. The room wasn't full, not even close. There were more than 60 chairs in the waiting area, and all but two were empty.

Venezuela AR_001129

Case 6:23-cv-00007   Document 95-5   Filed on 03/24/23 in TXSD   Page 187 of 224

☰          *Los Angeles Times*          SUBSCRIBE        LOG IN        🔍

INTERNACIONAL

# "It would have been better to let me die", on the other side of the Darien, hundreds survive the nightmare of death.



Rosmary Gonzalez, 45, lost her four-year-old son and her husband, 50, while the whole family was trying to cross the Darien Gap jungle.
(Claudia Nunez/Los Angeles Times)

POR CLAUDIA NÚÑEZ  |  DEPUTY EDITOR

MAR. 4, 2022 8:33 AM PT

↱

LAJAS BLANCAS, Panamá —  I asked him to state his name and age, instead, he extended his hand, squeezed my arm tightly and responded with a question: "Can you

Venezuela AR_001130

Case 6:23-cv-00007   Document 95-5   Filed on 03/24/23 in TXSD   Page 188 of 224

help me recover my child's body? I've been waiting for two months, and nobody tells me anything, help me!"

Rosmary Gonzalez, 45, lost her four-year-old son and her husband, 50, while the whole family was trying to cross the Darien Gap jungle, one of the most dangerous migratory routes in the world and the only road connecting South and North America.

The Darien Gap region is so named because it is the only point where the Pan-American Highway, a network of highways linking 14 countries from Chile to the United States, cuts off.

In total, 130 kilometers of dense vegetation, suffocating heat, rivers and swamps are crossed daily by migrants from more than 50 countries coming from regions as far away as Africa and Asia, desperately seeking to reach the United States.

ANUNCIO

Rosmary left with her husband and three children at the end of July with the illusion of reaching the state of Florida in the United States, where the couple thought they would find work and relief from the poverty and hunger they were experiencing in their hometown Zulia, Venezuela; ironically one of the countries with one of the largest oil and gas reserves in the world.

Venezuela AR_001131

The $40 monthly budget the family was living on was already unbearable. They sold everything to cover the cost of more than $30,000 to bring the family to the United States. Rosmary never imagined that she would lose half of her family along the way.

It is 10:00 in the morning and the heat and excessive humidity make the days in the Darien area almost unbearable. The mosquitoes relentlessly chase Rosmary and more than 200 other migrants stranded at the Migratory Reception Station in the community of Lajas Blancas, all survivors of the Darien Gap.

Rosmary's slender arms gently move to caress Marino, her seven-year-old son who rests on her legs and who, like her, also managed to survive the crossing.



Marino rests on his mother's legs. He has fever and diarrhea. The mother and child live in Lajas Blancas migrant camp where she has been waiting since mid-August for the remains of her son and husband.

(Claudia Nunez)

Venezuela AR_001132

Both are almost thin to the bone. The weight loss has been brutal. The mother wears a purple blouse and plastic sandals, which were given away at the camp, because the so-called "death river" not only took her son and her husband, but also the few belongings they had with them.

ANUNCIO

"We walked for seven days with our feet knee-deep in mud. My son, the eldest, told me 'Mom, look at that body over there, look at that body over there,' and I said, no, no, I don't want to see anything... When what happened to my husband and my baby happened, it hit me very hard. I never thought that someone in my family would also die," she says.

She had heard the name "death river" countless times among the caravan of 26 migrants who, along with her, crossed the jungle. Many were afraid of it because they said it was the most complicated passage of the journey.

Rosmary knew firsthand that the nickname was not for nothing. The person who was guiding them, and to whom she had paid $3,000 in advance, did not want to wait until the current went down. The river was raging, recalls the mother.

Several migrants refused to set out and clamored to wait for the river to calm down, but the guide refused to wait any longer; every moment was money lost because other groups were waiting for him.

Venezuela AR_001133

The line moved deeper into the waters. Rosmary was carrying suitcases. Juan, her husband, carried Daniel, her youngest son, in his arms and Pablo, her oldest son, 16, held Marino. In a stretch of the river, a current caused her to lose her balance and she felt a rush of water completely submerge her. She managed to scream and see how her husband also struggled against the water while holding her son. That was the last image she had of them.

A young Haitian man in the caravan pulled her by the arm, saving her from drowning. When she came to full consciousness, she screamed out the names of her husband and son. Both had disappeared in the current. People from the caravan came to her aid and offered her comfort. In the same group, another man was also crying almost madly. He had let go of his child's hand who also disappeared under the water... Within minutes, three people lost their lives.

ANUNCIO

"I only have him and Pablo, my 16-year-old son... I only have them," she says as he touches Marino's hair.

Marino has a fever; in less than two hours and he has already defecated six times. Rosmary confesses that she prefers to take him to the bathroom among the dense jungle trees rather than enter the pestilential and flooded bathrooms of the Lajas Blancas migrant camp where she has been waiting since mid-August for the remains of her son and husband.

Venezuela AR_001134



There are four migrant reception stations in Panama, three in the province of Darien, on the border with Colombia, and the fourth on the border with Costa Rica. The four stations house a total of 2,527 migrants. (Claudia Nunez)

Along this migratory route, fear is a constant companion. In addition to flash floods, snakes or poisonous insect bites, there are assaults and rapes at the hands of illegal armed groups that control these routes for drug and arms trafficking.

Once they have crossed the Darien, nightmares give way to worse images, the memories of those who were left abandoned in the jungle with broken bones or hallucinating in fever and pain after being bitten by an insect or snake.

"I saw about five corpses in the jungle," says Jean, a 27-year-old Haitian man traveling with his pregnant wife who was injured on the way while trying to cross the Muerte River.

Venezuela AR_001135

Case 6:23-cv-00007 Document 95-5 Filed on 03/24/23 in TXSD Page 193 of 224

ANUNCIO

"I carried my wife, and I could bring her here, but I think of those people who stayed in the jungle. People with broken bones, waiting days for help and no one stops. I saw dead people on the banks of the river, dead in their tents, the body of a girl who passed by me in the river and the screams of pain from the women, I can't get it out of my head," he said.

## Meat for the vultures

There are four migrant reception stations in Panama, three in the province of Darien, on the border with Colombia, and the fourth on the border with Costa Rica. The four stations house a total of 2,527 migrants, including men, women, boys and girls of Caribbean, African and Asian origin, mostly of Haitian, Congolese, Bangladeshi or Yemeni nationality.

For those who have lost a loved one, these shelters become a bureaucratic limbo. Here, the American dream is transfigured and the desire for a better life becomes a single desire for a miracle, to see their relatives alive again or at least to recover their bodies and give them a dignified burial.



Migrants waiting to charge their cell phones. In Lajas Blancas everything has a price: sleeping, drinking water and even sending a WhatsApp is priced at two dollars or recharging a cell phone at three dollars.

(Claudia Nunez)

In Lajas Blancas everything has a price: sleeping, drinking water and even sending a WhatsApp is priced at two dollars or recharging a cell phone at three dollars.

ANUNCIO

The town has stopped subsisting on agriculture and fishing to fill itself with stalls selling food, water and clothing for migrants.

Lajas Blancas is named after some white river stones (lajas) and is territory that also belongs to the indigenous ethnic groups of the Emberá-Wounaan and the Guna Yala.

Some of the Wounaan are hired by the authorities to work in the migrant camps serving food to the almost 500 migrants a day who constantly arrive there.

On the roads of the village, everything smells of humidity, mud, dirt mixed with the smell of firewood and roasted chickens that the residents usually sell to the migrants.

There is no silence, even at night. The rumbling of storms and dogs mingle with the shouts, cries or conversations of migrants wandering through the night.

Venezuela AR_001138

On the other side of the Darien, hundreds survive the nightmare of death - Los Angeles ...



The journey through the mountainous jungle can take up to a week and is considered the most dangerous stretch for migrants traveling from South America to the U.S. During the trip, torrential rains cause flash floods in the rivers, often causing migrants to drown along the way.( John Moore/Getty Images) (Getty Images)

ANUNCIO

Everyone in this town knows that the death toll is much higher than the 50 migrant deaths reported this year in the Darien by Panamanian authorities.

Case 6:23-cv-00007 Document 95-5 Filed on 03/24/23 in TXSD Page 197 of 224

It is enough to walk along the paths of the Turquesa River that crosses these lands. There are corpses along the river, it reeks of death, and it is impossible to even identify them after being devoured by the flocks of harpies that fly through these lands or by other animals.

"The harpy is the symbol bird of Panama," says Neldo, a member of the Wounaan indigenous community with whom we take a boat tour.

The situation in the camps is almost unsustainable, according to international aid organizations. In 2021, 121,737 migrants entered Panama through the Darien jungle, and in just ten months the sum exceeded the amount of the last 11 years combined.



The town of Lajas Blancas has stopped subsisting on agriculture and fishing to fill itself with stalls selling food, water and clothing for migrants.
(Claudia Nunez)

Venezuela AR_001140

Jean Gough, UNICEF's regional director for Latin America and the Caribbean assigned to the Darien area, says her teams have never seen so many children crossing and often unaccompanied. "Such a rapid influx of children heading north from South America should be treated urgently as a serious humanitarian crisis."

ANUNCIO

Records from Panama's security minister indicate that 18,000 migrants crossed the jungle last August and one in five were children, most of them Haitian. The total death toll is a big unknown.

Those who survive the Darien are transported in buses by Panamanian authorities to the border with Costa Rica, where hundreds again set out on the road north.

Ahead of them will be more than 5,000 kilometers through Costa Rica, Nicaragua, Honduras, Guatemala and Mexico to reach the United States, the final destination for almost all of them.

## From hope to an eternity in hell

Geobaldo is a 42-year-old Venezuelan who lost his six-year-old son. He was traveling with his wife and three little ones. Ivan, six years old, Santiago, two, and Marci, 10 months old.

Venezuela AR_001141

Case 6:23-cv-00007   Document 95-5   Filed on 03/24/23 in TXSD   Page 199 of 224

For two months now, Geobaldo's routine has been reduced to walking from the camp where he shares a mat with his family to the information station in the hope that there will be news about the body of his little Ivan.

ANUNCIO

Nightmares torture him, he says. And he can't get out of his head the terror he felt when the force of the river snatched his son from his hands.

"I carried the older boy and the baby, and my wife carried the girl, but it was too much weight with the baby and the suitcases, and I could not hold my child," said Geobaldo, who before migrating was an employee of an oil company in his native Venezuela.

Venezuela AR_001142


Police officers guard the routes of the so-called "Tapon de Darien" where smuggling gangs operate.
(Claudia Nunez)

Geobaldo dreamed of giving his children a better life in the United States. Of working and saving money to open a restaurant. The force of the river not only took away his son, but also all those dreams.

"In the jungle we lasted seven days with the children and it's the worst thing I've ever experienced. I don't have the energy to fight anymore," he says on the verge of tears.

"I would like to scream, to run, to hit. I am desperate… I would give anything to have my son's body," he says.

ANUNCIO

According to UNICEF, since the beginning of this year, more than 150 children have arrived in Panama without their parents, some of them newborns, and at least five children were found dead in the jungle this year, but many bodies remain unrecovered.

Rosmary and Geobaldo have been in limbo for almost two months. The authorities have told them that they are looking for the bodies, but they believe this is a lie.

Rosmary goes out every day to meet new migrants arriving at the camp. She hopes that someone has seen her son. That October morning 580 migrants arrived, according to the authorities' count.

In the distance, the voices of a group of vendors can be heard talking as they watch a black man lying on the ground and crying loudly.

"His wife died," says one of the vendors.

Rosmary, seeing the scene in the distance, hears the cries, the comments of the vendors and pauses in conversation.

"That's how many of us arrived. A Haitian saved my life, but it would have been better to let me die… I feel dead in life," she says.

12/2/22, 3:59 PM   Al otro lado del Darién, beneficiente de la dificultad en tu futuro esto pasar frente a su tratamiento fricalidad Los Angeles …

Case 6:23-cv-00007   Document 95-5   Filed on 03/24/23 in TXSD   Page 202 of 224

INTERNACIONAL   MIGRACIÓN

 Claudia Núñez

Twitter   Email

Licenciada en periodismo y becaria de la Universidad de Stanford para el programa John S. Knight. Núñez ha sido reportera de investigaciones especiales para medios como La Opinión, National Geographic, El Siglo de Torreón y la Asociación de Editores de los Estados. Claudia es la fundadora del programa Migrahack, una organización para el desarrollo proyectos de periodismo de datos y plataformas interactivas sobre el tema de migración. En 2008 fue nombrada Periodista Latina del Año por la Asociación Nacional de Publicaciones Hispanas.

A journalism graduate and John S. Knight Fellow at Stanford University, Claudia Núñez has been a special investigations reporter for media outlets such as La Opinión, National Geographic, El Siglo de Torreón and the Assn. of State Editors. Nuñez is the founder of the Migrahack program, an organization for the development of data journalism projects and interactive platforms on the topic of migration. In 2008, she was named Latina Journalist of the Year by the National Assn. of Hispanic Publications.

Subscribe for unlimited access

Síguenos

eNewspaper

Coupons

Find/Post Jobs

Place an Ad

Media Kit: Why the
L. A. Times?

Bestcovery

Copyright © 2022, Los Angeles Times | Terms of Service | Privacidad | CA Notice of Collection | Do Not Sell My Personal Information

 **AXIOS**

 🔍  Log In  ☰

Nov 7, 2022 - World

# Biden's new border policy throws Venezuelan migrants into limbo

 Liz Briceño Pazmiño

   



Venezuelan migrants wait to be registered after crossing the Darien Gap into Panama. Photo: Luis Acosta/AFP via Getty

Venezuela AR_001147



to the U.S. in limbo.

**Why it matters:** More than 7.1 million people have left Venezuela since 2015 largely due to the country's dire humanitarian crisis, according to the UN. Just this year, 150,000 Venezuelans have arrived at the southern U.S. border — four times as many as in the year prior.

- Many arrived after making one of the world's most dangerous journeys, crossing the Darién Gap and up through Central America.

**Driving the news:** The Biden administration last month announced that Venezuelans who cross the U.S. southern border between ports of entry, without authorization, after Oct. 12 will be returned to Mexico.

- Venezuelans who irregularly entered Mexico or Panama after Oct. 12, as well as any Venezuelan who is a dual national of any country other than Venezuela or holds refugee status of any country will not be eligible for entry into the U.S.

- The Biden administration says the new policy is intended to create "a more orderly and safe process for people fleeing the humanitarian and economic crisis in Venezuela." The expulsions are being made under a pandemic Trump-era policy known as Title 42.

- The Department of Homeland Security also announced a process to allow up to 24,000 Venezuelans to enter the U.S. through its airports.

**Zoom in:** The U.S. decision was particularly concerning for those who were en route to the U.S. — many of whom had just crossed or were attempting to traverse the perilous Darién Gap.

Venezuela AR_001148

Case 6:23-cv-00007    Document 95-5    Filed on 03/24/23 in TXSD    Page 206 of 224



the end of September, according to the <u>UN refugee agency</u>.

- The journey involves traversing the treacherous jungle between Colombia and Panama, avoiding drug traffickers and violence.

- It's a journey Venezuelans who have done it, including Elianny who recently spoke to Axios, say is grueling.

**Elianny, 31,** fled Venezuela in 2016 and traversed the Darién jungle last year. Desperate to reach the U.S., she paid people smugglers $250 to help her and her two-year-old daughter.

- "I had already prepared myself psychologically before traveling because I knew anything could happen, but deep down I knew I had to protect my baby," says Elianny, who asked Axios to only use her first name because she's still going through the asylum process.

- Along the way, Elianny says she saw people being robbed and girls being raped. She says she hopes to one day forget those images.

- The smugglers abandoned her, and Elianny admits she's not sure what might have happened if not for the men who helped carry her daughter during difficult stretches. It took four grueling days to reach Panama, she says.

**After being temporarily detained** and then released by Panamanian authorities, they crossed through Central America until they reached the city of Acuña, Mexico, and crossed the Río Grande River.

- Once in Texas, she turned herself into authorities and requested refuge. Without a permit to work legally, she resorted to using

Venezuela AR_001149



- Elianny previously spent four years in Ecuador, but after the pandemic decimated that country's economy, she found it difficult to make ends meet.

**The big picture**: Mexican Foreign Minister Marcelo Ebrard announced that the had U.S. deported 1,768 Venezuelans to Mexico in the first week under the new policy. More Venezuelans than usual arriving at the southern border also requested refuge in Mexico rather than continuing on, he said.

**Those who stay in Mexico** will have limited job prospects, according to William Jensen, a former Mexican official who is also affiliated with the Mexican Council on International Affairs.

- Mexico is now home to many more migrants than the government is willing or able to support, and only a fraction gain stable, legal employment in areas like manufacturing, Jensen says. Many migrants are forced to sell items in the street or do other irregular work.

- Several media outlets have reported about Venezuelan migrants now sleeping on the street in Mexico, unsure of where they will end up.

- If Mexico deports Venezuelans further south, they could be vulnerable to extortion, kidnapping, violence, human trafficking or sexual exploitation, says Manolo Préstamo, an immigration expert at the Mexican Council on International Affairs who recently visited the border.

**What to watch:** The Biden administration hopes that people fleeing Venezuela will remain in neighboring countries rather than trying to

Venezuela AR_001150

Biden's new border policy throws wrench into migrants' journeys



           🔍

thousands of Venezuelan migrants. In Ecuador, the U.S. embassy [has posted on social media](#) encouraging Venezuelans to pursue regularization.

- José Regalado, President of the Venezuelan Civic Association of Ecuador, says some people are deciding to stay in Ecuador and apply for regularization due to Biden's new policy.

- Many others will likely still try to find a way north.



# Go deeper

Jacob Knutson
Updated 8 mins ago - Politics & Policy

## Harris at funeral: "Tyre Nichols should have been safe"



A poster of Tyre Nichols holding his child inside a Memphis church on Jan. 31. Photo: Seth Herald/AFP via Getty Images

[Tyre Nichols](#) was remembered by friends, family, community members and activists at a funeral Wednesday in a Memphis, Tennessee, church.

**Driving the news:** [Vice President Kamala Harris](#), Rev. Al Sharpton — who delivered the eulogy, as he [has for other Black people](#) who have died because of police violence — and other White House officials and political officials attended.

Go deeper (2 min. read) ⟶



Neil Irwin, Courtenay Brown

Updated 16 mins ago - Economy & Business

Fed slows borrowing cost increases amid claims it's done too much



The Federal Reserve headquarters building in Washington. Photo: Stefani Reynolds/AFP

The [Federal Reserve](#) slowed down its campaign of interest rate increases Wednesday, raising its target interest rate a quarter percentage point after months of more aggressive steps.

**Driving the news:** The policy-setting Federal Open Market Committee concluded a two-day policy meeting by raising its target range for the federal funds rate to between 4.5% and 4.75%.

[Go deeper (2 min. read) ⟶](#)

   

Scott Rosenberg

1 hour ago - Technology

## OpenAI starts selling subscriptions to its ChatGPT bot

Biden's border policy throws Venezuelan migrants into limbo

## AXIOS

Illustration: Sarah Grillo/Axios

OpenAI announced Wednesday it's starting to sell $20 a month subscriptions to ChatGPT, its trendy AI-driven chatbot that answers questions, write poems and has taken the tech world by storm.

**Why it matters**: ChatGPT seized a powerful spotlight. Now, the monetization begins.

Go deeper (1 min. read) ⟶

   

# News worthy of your time.

Download the app ⟶

## About

About Axios

Advertise with us

## Subscribe

Axios newsletters

Axios Pro

Case 6:23-cv-00007    Document 95-5    Filed on 03/24/23 in TXSD    Page 212 of 224



🔍

Axios HQ                                    Earn Axios rewards

Privacy and terms

Online tracking choices

Do not sell my personal information

Contact us



Venezuela AR_001155

 World   Business   Markets   Breakingviews   Video   More    

EVERYTHINGNEWS

JULY 25, 2022 / 6:33 AM / UPDATED 8 MONTHS AGO

# The border's toll: Migrants increasingly die crossing into U.S. from Mexico

By Mica Rosenberg, Kristina Cooke, Daniel Trotta



SAN DIEGO, California, July 25 (Reuters) - In the early hours of Friday, May 6, Gerardo Avila and five other migrants scaled the 18-foot U.S. border wall next to a Mexican highway, about a quarter mile west of the Otay Mesa port of entry in San Diego.

Avila had been deported to Mexico a few weeks earlier after three decades in the United States, and was trying to get back to his family for Mother's Day, relatives said.

As he was climbing, bright lights from a border patrol vehicle flashed in the direction of the wall, illuminating the foggy night sky. Agents heard a scream and saw Avila fall about 15 feet (4.5 m), according to a Border Patrol statement, which identified him only as a "male citizen of Mexico."

Avila, 47, was declared dead at the scene. The others were rushed to hospital. His death was part of a spike in fatalities along the U.S.-Mexico border, which broke records last year. New data from the United Nations shows the trend is on track to be as bad or worse this year.

From the highways of San Antonio, Texas, where 53 migrants died last month after being packed into a sweltering tractor-trailer, to the currents of the Rio Grande, the unrelenting heat of the desert in Arizona and the wall that former President Donald Trump touted as "just about unclimbable," there have been more than 1,000 fatalities on the border since U.S. President Joe Biden took office in January 2021.

Venezuela AR_001156

Some of the deaths, medical experts and advocates told Reuters, are a legacy of Trump-era policies. The towering wall - built as high as a three-storey building in some sections - has multiplied serious injuries for those who try to scale it.

A record number of crossings, more than 1.7 million so far this fiscal year through June, have been fueled in part by an expulsion policy put in place by Trump, a Republican, that Biden, a Democrat, has been unable to end.

It cuts off options for requesting asylum, pushing migrants to seek entry multiple times along ever-more-risky clandestine routes. Republicans say Biden's promise of a more "humane" approach to the border has encouraged migrants to embark on the dangerous journey to the United States in ever greater numbers.

## THE TOLL

Last year was the deadliest for migrants crossing the border, with 728 fatalities recorded by the United Nations, which started counting in 2014. The U.N. has counted 340 more this year, apace with 2021's grim record.

In Arizona, deaths last year were the highest in four decades of data collected from local medical examiners. In the San Diego area, Scripps Mercy hospital reported a roughly five-fold jump in admissions for wall-related injuries after Trump built the higher border wall, data shared with Reuters show.

U.S. Customs and Border Protection (CBP) acknowledged in a statement "a rise in the number of deaths." It blamed smuggling organizations "with no regard for human life," who abandon migrants in remote and dangerous areas.

CBP has not published data on deaths on its website since fiscal year 2020.

Record keeping is patchy. Some migrants who die are never found or identified.

Venezuela AR_001157

Following congressional mandates, CBP changed here how it counts fatalities along the border last year to include only those who die in custody, during arrests or when agents were nearby. The agency told Reuters there were 151 such "CBP-related" deaths in the 2021 fiscal year, a previously unreported number.

Bodies discovered by CBP or others are not currently included in the agency's data.

Avila's death, which is being investigated by local and federal authorities, would likely be counted under the new methodology because CBP agents were present when he died. Reuters was unable to establish what caused Avila and the others to fall.

## THE WALL

The primary fence Avila fell from doubled in height to 18 feet under Trump, whose campaign rallying cry of "build the wall" launched him to the presidency in 2016. A 30-foot secondary fence was built in the same section.

On one morning in May, Vishal Bansal, Scripps Mercy's chief of trauma surgery, and his team saw three border patients.

Two were recent arrivals with fractures to the lower extremities, another had a head injury, had been unresponsive for weeks and was given a 50/50 chance of survival.

"We have seen a massive uptick in the number of patients since the end of 2021 until now," Bansal said.

While the hospital attends migrants injured at sea or in crashes after high-speed chases with border patrol, the majority are injured "falling from the border wall," he said.

The trauma center at Scripps Mercy - where the hills of Tijuana, Mexico are visible out the windows - alternates months with nearby University of California at San Diego (UCSD)

Venezuela AR_001158

Medical Center to receive patients injured while crossing the border.

A UCSD study published by the Journal of the American Medical Association on April 29 found the higher border wall was associated with more deaths and severe injuries as well as increased costs for the hospital.

From 2019 to 2021, after the higher wall sections were completed, there were 375 UCSD admissions due to falls, a more than five-fold increase compared to the previous three-year period.

Four of the people injured in the fall on May 6, when Avila died, were rushed to Scripps Mercy, which has recorded 209 border fence falls from 2019 to 2021, up from 43 recorded in the previous three years, according to the data shared with Reuters.

In the first five months of this year the hospital received three times more border injury patients than in the same period last year.

One of the recent arrivals, Juan Jesus, 24, had already gone through two operations on his broken lower left leg, and suffered spine and hip injuries after falling from the wall.

Juan Jesus, a truck driver who spoke on condition his last name not be used, said he fled Mexico after suffering multiple armed robberies of his cargo and threats to his family. One night after sundown, he and a friend found a discarded metal ladder on the Mexican side of the border and decided to use it to go over the fence near the Tijuana airport.

They cleared the first, shorter fence just fine, Juan Jesus said, reaching U.S. territory. But they still had to scale the second 30-foot barrier, and the ladder was not quite tall enough.

As he neared the top, it came away from the wall and he fell, breaking his leg. He lay immobile and in pain, until the Border Patrol arrived and called an ambulance.

Gerardo Avila also took great risks scaling the wall, but unlike Juan Jesus he wasn't fleeing home, he was trying to get back.

Venezuela AR_001159

Avila first arrived in the United States as a teenager in 1990, according to court records, coming "through the hills." He, his mother and nine siblings all settled in the country. He worked in construction and made a life in Perris, California with his wife and five step-children, according to his sister, Elisa Sandoval.

Avila spent years fighting to stay in the country, before losing his final appeal last year. In immigration court, U.S. Immigration and Customs Enforcement prosecutors pointed to a 2006 conviction for driving under the influence and hit and run with injury as a reason his request for leniency should be denied.

Avila told the court that he checked on the driver he rear-ended and gave her his insurance information before driving on. He was arrested shortly after leaving the scene, records show, and was sentenced to 20 days in jail and three years probation.

On March 16 of this year, Avila was arrested by a border patrol criminal-targeting team at a Home Depot in Perris and deported through the San Ysidro port of entry that same day.

"He was really desperate to get back," his sister Sandoval said. Instead, he was buried in California on his 48th birthday.

"I think the wall is stupid. Trump is to blame for these deaths," she said.

Asked about the role of the wall in injuries and deaths, a spokesperson for Trump blamed Biden's policies for "mayhem" on the southern border.

## THE ROAD

One of Trump's signature policies that Biden has so far not overturned allows border agents to quickly expel migrants back across the border.

An unintended consequence: many simply cross again and again, often making increasingly risky choices to avoid detection.

Brothers Mariano, 32, and Begai Santiago, 33, from a tiny village in the southern Mexican state of Oaxaca, where most residents speak the indigenous language of Chinanteco, set out for Atlanta, Georgia for work. They were turned back by U.S. officials twice, but kept trying.

"He told me he was going to try to cross a third and final time," Mariano's wife Luz Estrella Cuevas told Reuters.

The third time, they crossed undetected, and then boarded a tractor-trailer packed with dozens of other migrants headed to San Antonio.

Mariano did not make it out alive.

He was one of 53 victims who died locked inside the overheated trailer on the side of a Texas highway on June 27, the most deadly smuggling incident in recent U.S. history.

Begai survived to recover in a San Antonio hospital.

The brothers were identified in part because U.S. authorities had records of their previous crossings.

Migrants have been turned around more than 2 million times since the Trump policy known as Title 42 was put in place in the name of protecting public health in March 2020 at the start of the COVID-19 pandemic, according to U.S. government data.

Francisco Garduno, head of Mexico's National Migration Institute, said Mexican migrants now try to cross on average four times and some more than a dozen times.

"Sometimes they are returned and try to cross again the next day," Garduno told reporters in June.

Venezuela AR_001161

U.S. immigration authorities said they could not comment on whether the brothers were expelled under Title 42 because the investigation was ongoing.

## THE DESERT

A clampdown on asylum claims eventually drove Guatemalan Sandy Montufar deep into the Arizona desert.

Montufar first fled central Guatemala in 2018 after an assault left her unconscious for more than a week, her mother, Teresa, said.

Montufar set out for the U.S.-Mexico border carrying police reports detailing the assault in the hopes of getting asylum.

"They didn't give her a chance," Teresa said, "they just deported her."

CBP did not respond to requests for comment on her case.

At the time, the Trump administration was making it harder to seek asylum, arguing that most claims were without merit.

Once home, where her family were subsistence farmers, she was still afraid, Teresa said, and earlier this year, at 23, she tried again.

Around 5 p.m. on September 5, Montufar called her mother to say she was going to cross the border. The next thing Teresa heard was from a person traveling with Montufar, who said the group left her in the desert after she was too weak to continue.

He had her phone and some rosary beads, a parting gift from her mother.

Relatives in Arizona went to search for her, Teresa said, but it was too late.

Her skeletal remains were discovered on Sept. 16 on Tohono Oodham Nation land, according to data from local medical examiners collected by the Arizona-based Humane Borders initiative.

Her cause of death was logged as undetermined, the Pima County medical examiner's office said.

In 2021, 225 deceased migrants were found along Arizona's some 400-mile long border with Mexico, data from Humane Borders shows, the most since the earliest record kept in 1981.

Rescues by border agents along the southwest border have topped 14,000 since the start of the 2022 fiscal year, more than recorded for the full 2021 fiscal year.

Border Patrol Agent Jesus Vasavilbaso said emergency calls in the Tucson sector were up more than 25 percent compared to the same period last year.

"We are receiving approximately 16 calls a day," he said. "Every single day."

Teresa said their family paid thousands of dollars for the trip, but the smugglers stopped answering calls after her daughter went missing.

"They wash their hands of it, they leave people like they were worth nothing," she said. (Additional reporting by Lizbeth Diaz in Mexico City, Jackie Botts in Oaxaca and Alexandra Ulmer in San Francisco; Editing by Frank Jack Daniel)

*Our Standards: The Thomson Reuters Trust Principles.*





CAMPAIGN FOR
**ACCOUNTABILITY**

Start your search

| Migrant Misinfo |   | July 26, 2022 |

## Inside the World of Misinformation Targeting Migrants on Social Media



**We talked to migrants about their information diets. Here's what we learned.**

Migrants undertaking the perilous journey to the U.S. are overwhelmingly dependent on Facebook and WhatsApp, yet the platforms' owner, Meta, has done little to stop dangerous misinformation targeting them, according to a new survey of migrants headed to the U.S.

The study, conducted by the Tech Transparency Project (TTP), revealed that migrants were well aware of the myriad ways in which incorrect or deceptive information on social media platforms could make their lives more dangerous. Migrants told TTP that Facebook and WhatsApp connected them with individuals who promised to help them gain entry to the U.S., only to steal their money or abandon them in dangerous situations.

TTP also found an abundance of posts spreading misinformation about immigration law, conditions along the route to the United States, and the opportunities available to migrants to the U.S. Many migrants expressed frustration with the abundance of misinformation on the platforms. "It's difficult because you can't tell what source of information is reliable," one migrant said.

Even so, many migrants fleeing violence or desperate for a better life felt that they had no choice but to wade through the sea of deceptions on social media. "I believe in what people say and whoever leads us [across the border]," one respondent who found a coyote on Facebook said. "I have nothing else to believe in."

As the number of migrants arriving at the U.S. border with Mexico soars (https://www.nbcnews.com/politics/immigration/migrant-arrivals-southern-border-surged-22-year-high-march-rcna24660) to the highest level in decades (https://www.nytimes.com/2022/06/05/us/politics/border-migrants-asylum.html), the role of rumors and misinformation in driving migrants northward has gained (https://www.dhs.gov/news/2022/03/30/fact-sheet-dhs-preparations-potential-increase-migration) increasing attention (https://www.nbcnews.com/now/video/migrants-are-falling-prey-to-social-media-misinformation-about-u-s-mexico-border-140669509646). But we still know surprisingly little about the information environment that these U.S.-bound migrants are immersed in—the sources they trust, how they parse fact from fiction, and the impact of social media on their real-world experiences.

To explore this issue, TTP assembled a team of interviewers to talk with U.S.-bound migrants from Central America about their information consumption, including the social media accounts, pages, and groups they follow. The team spoke with 200 migrants, half of them south of the Mexican border in Guatemala, at the beginning of their journey northward, and half in shelters just south of the U.S.-Mexico border.

We found that migrants depend heavily on Facebook and WhatsApp for guidance about how to get to the U.S. Many said they used the apps to communicate with other migrants or with social service organizations in receiving communities. Others had used the platforms to connect with "coyotes," or smugglers who help undocumented migrants travel to the U.S. But many migrants also embraced false claims made online, like the belief that the borders are open now that the Covid pandemic had eased, or that pregnant women are allowed to enter the U.S. without documentation. Others expressed a general sense that migration is "easier" now—a sentiment not supported by official statistics or other measures.

TTP analysts were often able to identify the origins of these rumors in the Facebook pages, WhatsApp groups, and other social media that migrants told interviewers they relied on for information. On Facebook and WhatsApp, TTP found dozens of false and misleading posts about changes to immigration policy, special rules for parents and pregnant women, or favorable conditions along the migration route.

Migrants are often victims of fraud (https://www.nytimes.com/2018/05/03/nyregion/immigrants-lawyers-defrauded-deportation.html), violent crimes (https://apnews.com/article/shootings-el-paso-texas-mass-shooting-us-news-ap-top-news-immigration-456c0154218a4d378e2fb36cd40b709d), unsafe conditions (https://www.nytimes.com/2019/02/27/us/immigrant-children-sexual-abuse.html), and sexual exploitation (https://vawnet.org/sc/sexual-violence-during-process-immigration) while traveling and in their destination countries, and there's growing awareness that misinformation can increase their exposure to these threats. In 2020, for example, Human Rights First documented (https://www.humanrightsfirst.org/sites/default/files/PubliclyReportedMPPAttacks12.15.2020FINAL.pdf) the case of a Honduran asylum seeker who was sexually assaulted in Mexico after responding to an ad for a housekeeper on Facebook.

The recent discovery of a truck carrying the bodies of 46 dead migrants (https://www.reuters.com/world/us/twenty-people-found-dead-truck-san-antonio-local-media-report-2022-06-28/) in San Antonio underscores how important it is that migrants have access to reliable information in order to make safe, informed decisions about their journey.

Our interviews with migrants and review of social media data show that the platforms—especially Facebook—are failing to protect some of the most vulnerable people in the world from misinformation that could defraud them, lead to deportation, or put their lives at risk.

Specifically, the study found that:

- 

Venezuela AR_001165

3/6/23, 1:19 PM
Case 6:23-cv-00007 Inside the World of Misinformation Targeting Migrants on Social Media - Tech Transparency Project
Document 95-5 Filed on 03/24/23 in TXSD Page 223 of 224

- Most participants in the survey relied on online sources for information about their journey or conditions in the U.S. Nearly all traveled with a smartphone or tablet.
- Almost 70% of migrants say they regularly get information from Facebook, more than any source other than word-of-mouth.
- Nearly a quarter of respondents said they used WhatsApp, the messaging app owned by Facebook parent company Meta.
- Respondents told our interviewers that Facebook and WhatsApp had connected them with fraudsters who stole their money, abandoned them in unsafe conditions, or gave them bad information.
- Many migrants told TTP interviewers they had heard misinformation about the ease of travel to the U.S. or special rules that would allow them to enter without documentation.
- A review of social media groups and pages identified by migrants showed an abundance of misinformation. TTP's analysis found dubious offers of coyote or legal services, false claims about conditions along the route, misinformation about points of entry at which officials waive the rules, and baseless rumors about changes to immigration law.
- Despite this, Facebook remained popular among migrants. When asked which source of information they trusted the most, word of mouth came first. But Facebook was a close second, with nearly a third of respondents saying they trusted the platform.
- Human rights NGOs along the U.S.-Mexico border appear to use the tech platforms to reach migrants to mitigate the effects of misinformation.
- Still, many migrants never receive that help, and must navigate online fraud and misinformation on their own. More than a dozen respondents had stories of being defrauded by coyotes or other individuals seeking to exploit migrants.
- Many respondents expressed frustration about the prevalence of misinformation targeting migrants. "I don't trust anything" was a common refrain.

For this survey, TTP interviewers asked migrants about how they accessed information, the sources they used and trusted the most, and how rumors or misinformation had affected their lives. The interviewers also asked migrants to name specific social media accounts, pages, or groups that they followed. Analysts joined and followed these online sources and reviewed their contents to get a deeper understanding of the information environment surrounding U.S.-bound migrants. The surveys were conducted in Spanish or in Mayan dialects, and the responses quoted in this report have been translated for an English-speaking audience.

This was not a scientific survey and the participants were not necessarily a representative sample of everyone who travels to the U.S. The survey was not intended to gauge whether social media causes more or less migration. But participants' stories carry useful lessons about the promises and pitfalls of tech platforms for some of the world's most vulnerable people.

This report is the first of a series by TTP that will explore how information online affects the lived experience of migrants in the real world. In the coming weeks, TTP will take you inside social media through the eyes of a migrant traveling toward the U.S. We'll also look at how misinformation in receiving communities affects attitudes toward migrants in Mexico and the United States.

**Connected and Tech-Savvy**

Nearly all of the migrants who spoke to TTP interviewers carried a smartphone or tablet, and regularly used it to access the internet. Smartphones serve as a lifeline for migrants who make long journeys across unfamiliar and often dangerous terrain.

"We all carry a phone so that we are connected in case something bad happens on the road or someone gets lost," one migrant said.



More than three quarters of respondents told interviewers that they regularly received information from a platform owned by Meta: Facebook, WhatsApp, or Instagram. A handful of migrants also told us that they relied on YouTube, Twitter, or TikTok.

These results transcend age. Survey respondents varied in age from 12 to 58, and we found that older participants were just as likely to carry smartphones and get information from social media as younger ones.

Online social networks appear to connect with real-world social ties. Many respondents told us that they learned about online spaces for migrants through word of mouth and that they have recommended specific social media accounts to other people.

Migrants depend on tech platforms to communicate with their traveling companions, connect with legal and social services, and locate coyotes who can help them cross the border:

> *"I found the person who will help me cross the border and enter the United States through a Facebook page."*

> *"There was a WhatsApp group. … They informed us about the conditions for crossing the border in each country."*

> *"I discovered this WhatsApp group while in Tapachula. One of the administrators registered me and on that platform they share all kinds of information about both the caravan and the people who provide their services to cross the border."*