

Several migrants told interviewers that they had connected with coyotes online. Offers of passage to the U.S. abound (https://www.techtransparencyproject.org/articles/facebook-teems-human-smugglers-luring-migrants) on Facebook (https://www.techtransparencyproject.org/articles/spot-check-facebook-still-haven-human-smuggling). Coyotes advertise directly to migrant-focused Facebook or WhatsApp groups, or in local buy-sell groups, where ads for migration help mingle with postings about motorcycles and used furniture.



The same content often appears across multiple groups and platforms, like this ad offering a faster trip to the U.S. posted to caravan groups on both Facebook and WhatsApp:



In migrant groups, coyotes often respond to questions about conditions at the border or the status of U.S. immigration law with offers of fake documents or transportation.

Venezuela AR_001169

3/6/23, 1:19 PM
Case 6:23-cv-00007 Inside the world of misinformation targeting migrants on social media - Tech Transparency Project
Document 95-6 Filed on 03/24/23 in TXSD Page 3 of 232



Not all of these advertisements are scams. The services they offer may be illegal, but some of the coyotes or forgers on Facebook likely do provide what they promise. But, as many survey respondents told TTP, people selling coyote services are often fraudsters.

Take the Facebook account for "Alejandra Utis," which advertises coyote services using a profile picture stolen from a travel blogger named Mariel Galán. The ads use stock photos for leisure travel to avoid detection, but make references to the American dream and the amount of time that travelers will be required to walk—revealing that "Alejandra" isn't advertising vacations.

Venezuela AR_001170

Case 6:23-cv-00007 Document 95-6 Filed on 03/24/23 in TXSD Page 4 of 232



In another likely scam, a post promoting a widely advertised and since-deleted document-forging account used the logos of Mexican government agencies, in a move seemingly intended to trick migrants seeking government assistance into paying the forger instead.



**Meta Dominates**

More than half of respondents said that they used Facebook or WhatsApp to get information about conditions on their route or in the U.S. After word-of-mouth communication, Facebook was the second most frequent answer to the question, "Which source of information do you trust the most?"

Venezuela AR_001171



Migrants told interviewers that information posted on Facebook was "the most real" and that it reflected the experiences of people who had migrated to the U.S. WhatsApp was also popular with migrants because they perceive it as direct communication with people who have personal knowledge about migrating to the U.S.

But the popularity of these platforms also makes them targets for scammers seeking to defraud migrants by infiltrating group accounts. Our interviewers heard numerous stories of migrants who had been deceived by someone they met on Facebook or WhatsApp:

> *"People publish information in Facebook groups that isn't real—they only want to scam people. In August I consulted with someone through a Facebook account, and all of the information that they sent tried to deceive me, nothing more."*

> *"In one of the WhatsApp groups they lied about the ways to travel to the U.S. The things they said weren't true—they just wanted to swindle us or use us as a means of transporting drugs. This happened to a family a month ago. They followed that information and they disappeared. There are rumors that they were kidnapped by drug traffickers but we don't know where they are."*

> *"In the WhatsApp group they don't only share information about the caravan. There are also scammers who indicate that they can help us cross the border but only aim to steal our money."*

> *"Previously I traveled alone and I relied on a Facebook account for support, but they cheated me."*

> *"On Facebook, they promote trips [but] when I looked into it, all of the information they gave me was false."*

Other respondents named specific Facebook accounts that they said had promised safe passage to the U.S., only to take their money and turn them in to immigration authorities.

Facebook and WhatsApp are also rife with misinformation about the ease of travel to or entry into the U.S. In the pages and groups that survey respondents said they followed, TTP found false and misleading posts about points of entry into the U.S. where the authorities decline to deport undocumented migrants, special rules exempting pregnant women or migrants with children, or favorable environmental conditions along popular routes.

It is unclear whether these posts reflect intentional disinformation or simply unwitting misunderstandings, but the effect of these messages— a widespread belief that entry to the U.S. is easier than it is—is the same.

Venezuela AR_001172

In a recent post in a Facebook group for migrants attempting to cross the Rio Grande at Eagle Pass in central Texas, an administrator posted a photo taken from an angle that makes it appear as if the riverbed is completely dry. The same image appeared in a WhatsApp group. In fact, historical data (https://waterdata.usgs.gov/monitoring-location/08458000/#parameterCode=00065&startDT=2022-06-01&endDT=2022-06-08) from the U.S. Geological Survey shows water levels nearing three feet deep on the day of the post and during the week prior.

One respondent said that the photo was "purely a lie." The previous week, authorities recovered the bodies (https://www.youtube.com/watch?v=NV2ZsUH6eEo) of three drowned migrants near the same location.



Some of the false information posted online about environmental conditions appeared to influence survey respondents' decision-making about their own migration attempts. One respondent said that they had been told that it would be easy to cross the desert this spring. Nine other respondents told TTP interviewers that they had decided to migrate now because they heard that it was currently "easier" to travel to or enter the U.S.

Misunderstandings about changes to U.S. immigration law can also contribute to misinformation. On WhatsApp, a cropped image of a news story about Texas Gov. Greg Abbott's immigration policies created the false impression that Texas was no longer deporting migrants.

On Facebook, a poster was told that they would be allowed to enter the U.S. with their children during May and June because Title 42, a policy of immediately expelling migrants on public health grounds first invoked by the Trump administration at the start of the coronavirus pandemic, was set to be repealed.

Venezuela AR_001173



The legal machinations surrounding Title 42 are a particularly potent source of confusion and misinformation. The policy, which led to the immediate deportation of most asylum applicants, was originally scheduled to sunset on May 23, leading many migrants to falsely believe that the borders would be opened on that date.



One migrant told a TTP interviewer that it was the best time to migrate "because the borders were opened after Covid." In reality, terminating Title 42 would only change how asylum petitions are processed by allowing for processing and detention in the U.S. (https://www.texastribune.org/2022/04/29/immigration-title-42-biden/) (Title 42 remains in place after a federal judge blocked (https://www.texastribune.org/2022/05/20/title-42-border-judge-ruling-migrants/) the Biden administration from lifting the regulation.)

Misinformation circulating on these platforms often suggested that immigration rules did not apply at certain border crossings. In one exchange in a WhatsApp group, a migrant asked about border crossings where immigration authorities are not enforcing regulations, and was told to go to Ciudad Acuña, a city near an international bridge to Del Rio, Texas.

Venezuela AR_001174

U.S. officials have deported (https://www.wola.org/analysis/at-the-busiest-part-of-the-u-s-mexico-border-wola-finds-vulnerable-people-unmet-protection-needs-and-a-wasteful-security-buildup/) or detained (https://www.texastribune.org/2022/04/04/texas-border-operation-imprisons-thousands-accused-only-of-trespassing/) thousands of migrants who crossed into Texas from Acuña within the past year.



Another common rumor held that more lenient rules applied to pregnant women or families with young children. One migrant told a TTP interviewer that they had heard that "they would let you pass" if you were traveling with children. Another said she had chosen to migrate at that time because she was pregnant and wanted to take advantage of "suddenly being allowed to enter the United States."

Another migrant said that her coyote told her that mothers with children would be allowed to pass, and that trusting this information led to her deportation.

On Facebook, migrants asked for clarification or reassurance about these rumors. Respondents told these posters that pregnant women would be allowed to enter depending on how advanced the pregnancy was. In reality, no such contingency applies. In fact, immigration officials have allegedly worked to (https://www.nytimes.com/2020/11/27/us/border-mexico-pregnant-women.html) prevent (https://www.npr.org/2020/02/23/808536155/pregnant-asylum-seekers-barred-from-u-s-entry-for-court-hearings) pregnant asylum seekers from being present in the U.S. when they gave birth.

Venezuela AR_001175

3/6/23, 1:19 PM
Case 6:23-cv-00007 Document 95-6 Filed on 03/24/23 in TXSD Page 9 of 232
Inside the world of misinformation targeting migrants on social media | Tech Transparency Project



To be sure, migrants and their advocates also use tech platforms to dispel misinformation and raise awareness of helpful resources. HIAS Mexico, a branch of the international aid NGO Hebrew Immigrant Aid Society, frequently runs Facebook posts urging migrants to avoid common scams and rumors, including misinformation surrounding pregnancy exceptions.



Several migrants in shelters along the U.S.-Mexico border told our interviewers they had used Facebook to connect with reputable NGOs or government agencies that assist migrants attempting to navigate complex immigration laws:

Venezuela AR_001176

*"The Facebook page [for the transnational NGO] Al Otro Lado provides information about topics related to political asylum and Title 42."*

*"I found the [Facebook] page for HIAS Mexico, which provides legal services to people under the MPP program, through others in the shelter and decided to follow it."*

*"I follow the Facebook page of the Human Rights Directorate of the Ciudad Juarez Migrant Assistance Office because they are handling my political asylum case."*

Migrants who cited these Facebook accounts told interviewers that shelter employees or NGO workers referred them to the pages. They were fortunate: Migrants who had not yet connected with social welfare organizations were often forced to rely on anonymous internet posts, unscrupulous coyotes, or unfounded rumors, sometimes with devastating consequences.

**The dire consequences of misinformation**

For migrants making the precarious journey to the United States, acting on misinformation had devastating consequences. Participants in this study told interviewers harrowing stories of being deported, abandoned in dangerous terrain, or robbed of their life savings. One migrant at a shelter near the U.S.-Mexico border told an interviewer, "In the shelter you can see many cases of people who in one way or another were deceived and abandoned along the journey."

*"Because of the false information I received from the coyote, I was deported. They deceived me by telling me that they were letting mothers with children pass [through the border], but it wasn't true."*

*"There are coyotes who don't hold up their end of the bargain. They scam people. [Migrants] suffer along the way, because they have to walk in dangerous areas for many days and some get lost."*

*"My husband managed to raise enough money to pay a coyote to cross the border, but unfortunately I was deceived and they just left me to my fate."*

Many migrants expressed frustration that it was impossible to discern fact from misinformation online. One respondent told an interviewer that "everyone lies or manipulates information." But many also told us they feel that they have no choice but to trust what they read and hear.

"We are not safe anywhere … but we go with faith that we will arrive safely," one migrant said.

"I believe in what people say and whoever leads us. I have nothing else to believe in."

---

Tech Transparency Project is a research initiative of Campaign for Accountability, a 501(c)(3) non-profit, nonpartisan watchdog organization that uses research, litigation and aggressive communications to expose how decisions made behind the doors of corporate boardrooms and government offices impact Americans' lives.

Venezuela AR_001177

3/6/23, 1:19 PM
Case 6:23-cv-00007 Inside the World of Misinformation Targeting Migrants on Social Media | Tech Transparency Project
Document 95-6 Filed on 03/24/23 in TXSD Page 11 of 232

Donate Today (https://secure.donationpay.org/campaignforaccountability/)



United Nations | Department of Economic and Social Affairs

# International

# Migration

# 2020

Highlights





## United Nations Department of Economic and Social Affairs, Population Division

The Department of Economic and Social Affairs of the United Nations Secretariat is a vital interface between global policies in the economic, social and environmental spheres and national action. The Department works in three main interlinked areas: (i) it compiles, generates and analyses a wide range of economic, social and environmental data and information on which States Members of the United Nations draw to review common problems and take stock of policy options; (ii) it facilitates the negotiations of Member States in many intergovernmental bodies on joint courses of action to address ongoing or emerging global challenges; and (iii) it advises interested Governments on the ways and means of translating policy frameworks developed in United Nations conferences and summits into programmes at the country level and, through technical assistance, helps build national capacities.

The Population Division of the Department of Economic and Social Affairs provides the international community with timely and accessible population data and analysis of population trends and development outcomes for all countries and areas of the world. To this end, the Division undertakes regular studies of population size and characteristics and of all three components of population change (fertility, mortality and migration). Founded in 1946, the Population Division provides substantive support on population and development issues to the United Nations General Assembly, the Economic and Social Council and the Commission on Population and Development. The Population Division also leads or participates in various interagency coordination mechanisms of the United Nations system. It also contributes to strengthening the capacity of Member States to monitor population trends and to address current and emerging population issues.

### Suggested citation

United Nations Department of Economic and Social Affairs, Population Division (2020). *International Migration 2020 Highlights* (ST/ESA/SER.A/452).

This report is available in electronic format on the Division's website at www.unpopulation.org. For further information about this report, please contact the Office of the Director, Population Division, Department of Economic and Social Affairs, United Nations, New York, 10017, USA, by Fax: 1 212 963 2147 or by email at population@un.org.

### Copyright information

Front cover photos:

No. 1 (top): Brazil. Shelter and support for Venezuelan refugees during COVID-19 pandemic, 2020. (https://media.unhcr.org/Download/Order/VKaBUW4vSZQj0TrINmYd8AMrae1X8Chx@EsqFMj4I0XH0C23Nt6ULDyucyx2Zw78a29f8632a71).

No. 2 (middle): Even if she cannot immediately solve the problems of her fellow domestic workers, Rahel (L) listens and offers newly arrived Ethiopian women an outlet to voice their grievances. Rahel spends her Sundays mostly with women who are trying to deal with what is often a traumatic experience of being a migrant domestic worker in a foreign country. © Leila Alaoui / ILO.

No. 3 (bottom left): Dolakha district, Nepal. Migrant worker - Peer educator Samana Budhathoki informs the Tamang family about the migration process to go to work to Dubai, 2016. (Photographer: Crozet M.)

No. 4 (bottom right): Syria. Returnee couple repair their war-damaged home in rural Aleppo, 2017. (https://media.unhcr.org/Download/Order/gV6cJ.Kh3xgrCyUDorUeNclMywf6k.EntjH2Oy76SvKrL0CGJEWf9lTWWarJCxZ0cd5faf9d7f51).

Back cover: Ecuador. UNHCR and partners provide Venezuelan refugees with bikes and jobs, 2020. (https://media.unhcr.org/Download/Order/kSm3OTN8jtQG72JhQPiDxHKaiCPrwve4QSaDc5uHBzpiaXSchR3T0NyCmeOzBpYX082f10ec7af1).

United Nations Publication

Sales No.: E.20.XIII.23

ISBN:  978-92-1-148352-9

eISBN: 978-92-1- 005268-9

Copyright © United Nations, 2020.

Figures and tables in this publication can be reproduced without prior permission, made available under a Creative Commons license (CC BY 3.0 IGO), http://creativecommons.org/licenses/by/3.0/igo/

ST/ESA/SER.A/452

Department of Economic and Social Affairs

Population Division

# International Migration 2020
# Highlights



United Nations
New York, 2020

Venezuela AR_001181

# Acknowledgements

This report was prepared by Clare Menozzi under the guidance of Vinod Mishra. The author wishes to thank John Wilmoth, Jorge Bravo, Bela Hovy, Kirill Andreev,  Christoph Deuster, Edo Mahendra, Lina Bassarsky, Mun Sim Lai, Francois Pelletier, Karoline Schmid, Philipp Ueffing, and the members of DESA Editorial Board for their inputs in reviewing the draft. The assistance of Donna Culpepper,  Neena Koshy and Bintou Papoute Ouedraogo in editing and desktop publishing is acknowledged.

# Contents

Executive summary ................................................................................................. 1

Introduction ........................................................................................................... 3

The destination of international migrants: where international
migrants live ......................................................................................................... 5

The origin of international migrants: where international migrants
come from ............................................................................................................13

The origin and destination of international migrants: international
 migration across countries, regions and income groups ........................19

Demographic characteristics of international migrants ...........................25

Policies to facilitate orderly, safe, regular and responsible migration
and mobility of people ......................................................................................33

References ..............................................................................................................39

Annex table ...........................................................................................................45

# Notes on regions, development groups, countries or areas

In this report, data for countries and areas are often aggregated in six continental regions: Africa, Asia, Europe, Latin America and the Caribbean, Northern America, and Oceania. Further information on continental regions is available from https://unstats.un.org/unsd/methodology/m49/. Countries and areas have also been grouped into geographic regions based on the classification being used to track progress towards the Sustainable Development Goals of the United Nations (see: https://unstats.un.org/sdgs/indicators/regional-groups/).

The designation of "more developed" and "less developed", or "developed" and "developing", is intended for statistical purposes and does not express a judgment about the stage in the development process reached by a particular country or area. More developed regions comprise all countries and areas of Europe and Northern America, plus Australia, New Zealand and Japan. Less developed regions comprise all countries and areas of Africa, Asia (excluding Japan), Latin America and the Caribbean, and Oceania (excluding Australia and New Zealand).

The group of least developed countries (LDCs) includes 47 countries, located in sub-Saharan Africa (32), Northern Africa and Western Asia (2), Central and Southern Asia (4), Eastern and South-Eastern Asia (4), Latin America and the Caribbean (1), and Oceania (4). Further information is available at http://unohrlls.org/about-ldcs/.

The group of Landlocked Developing Countries (LLDCs) includes 32 countries or territories, located in sub-Saharan Africa (16), Northern Africa and Western Asia (2), Central and Southern Asia (8), Eastern and South-Eastern Asia (2), Latin America and the Caribbean (2), and Europe and Northern America (2). Further information is available at http://unohrlls.org/about-lldcs/.

The group of Small Island Developing States (SIDS) includes 58 countries or territories, located in the Caribbean (29), the Pacific (20), and the Atlantic, Indian Ocean, Mediterranean and South China Sea (AIMS) (9). Further information is available at http://unohrlls.org/about-sids/.

The classification of countries and areas by income level is based on gross national income (GNI) per capita as reported by the World Bank (June 2020). These income groups are not available for all countries and areas.

# Executive summary

In 2020, the COVID-19 pandemic affected drastically all forms of human mobility, including international migration. Around the globe, the closing of national borders and severe disruptions to international travel obliged hundreds of thousands of people to cancel or delay plans of moving abroad. Hundreds of thousands of migrants were stranded, unable to return to their countries, while others were forced to return to their home countries earlier than planned, when job opportunities dried up and schools closed. While it is too soon to understand the full extent of the impact of the pandemic on migration trends, the present Highlights indicate that the disruptions caused by the COVID-19 pandemic may have reduced the number of international migrants by around 2 million globally by mid-2020, corresponding to a decrease of around 27 per cent in the growth expected from July 2019 to June 2020.

Prior to the disruptions to migration flows caused by the COVID-19 pandemic in 2020, the number of international migrants had grown robustly over the past two decades. It is estimated that the number of persons living outside of their country of origin reached 281 million in 2020, roughly equal to the size of the entire population of Indonesia, the world's fourth most populous country. Between 2000 and 2010, the number of international migrants increased by 48 million globally, with another 60 million added between 2010 and 2020. Much of this increase was due to labour or family migration. Humanitarian crises in many parts of the world also contributed, with an increase of 17 million in the number of refugees and asylum seekers between 2000 and 2020. In 2020, the number of persons forcibly displaced across national borders worldwide stood at 34 million, double the number in 2000.

Europe was the region with the largest number of international migrants in 2020: 87 million. Northern America hosted the second largest number of migrants, nearly 59 million; followed by Northern Africa and Western Asia, with a total of nearly 50 million. In all other regions, the number of migrants was much smaller. If current trends continue, Northern Africa and Western Asia is likely to overtake Northern America as the region with the second largest number of migrants in the world within the next decades. This shift reflects the increasing diversification of economic opportunities available to migrant workers and it foretells the greater competition that destination countries will likely face in the future to attract migrants, especially highly skilled migrants.

The majority of international migrants originate from middle-income countries. In 2020, nearly 177 million international migrants globally came from a middle-income country, equal to nearly 63 per cent of the total. Of these, nearly 90 million were born in a lower-middle-income country and 88 million in an upper-middle-income country. Some 37 million international migrants, or around 13 per cent of the total, originated from low-income countries. While the number of migrants originating from low-income countries remains small compared to other income groups, it grew rapidly between 2000 and 2020. Much of this increase was driven by humanitarian crises. In 2020, nearly half of all international migrants originating from low-income countries were refugees or asylum seekers. For the other income groups, those forcibly displaced across borders comprised a much smaller share of their total transnational populations.

Diasporas play an important role in the development of their countries of origin by promoting foreign investment, trade, innovation, access to technology and financial inclusion. Remittances sent by migrants also improve the livelihoods of families and communities in countries of origin through investments in education, health, sanitation, housing and other infrastructure. Flows of remittances to low- and middle-income countries are projected to decline in 2020 compared to pre-COVID-19 levels. For many countries, the reduction of remittances is likely to have serious financial and social impacts which, together with the contraction of other international financial flows due to the pandemic, will require national strategies and international cooperation to mitigate their effects.

In 2020, nearly half of all international migrants at the global level were living in their region of origin. Europe had the largest share of intra-regional migration, with 70 per cent of all migrants born in Europe residing in another European country. Sub-Saharan Africa had the second largest share of intra-regional migration globally (63 per cent). By contrast, Central and Southern Asia had the largest share (78 per cent) of its diaspora residing outside the region. Other regions with large shares of their transnational populations residing outside their region of origin included Latin America and the Caribbean (74 per cent) and Northern America (75 per cent).

The spatial distribution of transnational populations varies greatly. India's diaspora, the largest in the world, is distributed across a number of major countries of destination. China and the Russian Federation also have spatially diffused diasporas. By contrast, the transnational populations from countries such as Algeria, Burkina Faso, El Salvador, Guatemala and Mexico tend to concentrate in a single or a few countries of destination. Many countries have instituted policy measures to encourage investment by their transnational populations. These measures include streamlined bureaucratic procedures to facilitate diaspora investment, tax exemptions or other financial incentives, and preferential treatment in the allotment of permits, licenses or credit.

Migrant women are important agents of change. They transform social, cultural and political norms and promote positive social change across households and communities. As migrants, women also contribute to the economic development of their countries of origin and destination. In 2020, just under half of all international migrants worldwide were women or girls. While most migrant women move for labour, education or family reasons, many are forced to leave their countries due to conflict or persecution. Women and girls also comprised around half of all persons forcibly displaced across national borders in 2020.

The share of international migrants in the total population by age varies greatly across income groups and geographic regions. In countries where fertility is low or where international migrants represent a large share of the total population, international migrants constitute a larger proportion of all children and adolescents. In many societies, international migrants also comprise a sizable share of the working-age population (aged 20 to 64). International migrants of working age contribute to easing some of the pressure on public pension systems in countries experiencing population ageing. However, for a country with a long history of immigration, in which immigrants tend to remain in the destination country through the working ages and after retirement, the average age of the immigrant population may exceed the national average – in part, because the children of immigrants born in the destination country are not counted as migrants.

After the adoption of the 2030 Agenda for Sustainable Development and the Global Compact for Safe, Orderly and Regular Migration, a growing number of countries have focused on providing options for safe, orderly and regular migration, while taking into consideration current and projected national demographic trends and labour market needs. The available evidence suggests that a majority of countries grant highly skilled workers preferential treatment, subjecting them to fewer restrictions regarding admission, length of stay, conditions of employment and admission of family members than low-skilled migrants. Most Governments also allow immigration for family purposes under certain conditions and have developed policies to support family reunification for migrants, consistent with the right to family life and the principle of the best interests of the child. Globally, more than half (54 per cent) of all Governments with available data reported having policies to facilitate orderly, safe, regular and responsible migration, as called for in target 10.7 of the Sustainable Development Goals.

# Introduction

Migration has major impacts on both the people and the places of the migrants' origin and destination. When supported by appropriate policies, migration can contribute to inclusive and sustainable development in both origin and destination countries, while also benefitting migrants and their families. The linkages between migration and development, including the opportunities and challenges that migration brings, are well established and duly acknowledged in a series of landmark agreements adopted by the United Nations Member States, including, the 2030 Agenda for Sustainable Development and, most recently, the Global Compact for Safe, Orderly and Regular Migration.

Reliable data on migrants and migration are crucial for assessing current and future trends, identifying policy priorities and making informed decisions. Reliable and comprehensive data on migration can help ensure that discussions on migration, at both national and international levels, are based on facts, not myths or mere perceptions. Accurate, consistent and timely data on international migration are also essential to monitor progress in the achievement of internationally agreed development goals, including the Sustainable Development Goals and the objectives of the Global Compact for Safe, Orderly and Regular Migration. The Global Compact is the first negotiated global agreement covering all dimensions of migration in a holistic and comprehensive manner, in which Governments have placed a strong emphasis on data by including the "Collection and utilization of accurate and disaggregated [migration] data as a basis for evidence-based policies" as the first of its 23 objectives.

For many years, the Population Division of the Department of Economic and Social Affairs has provided the international community with regular and timely data on the number of international migrants, estimates of net migration and on Government policies on international migration for countries in all regions of the world. These *Highlights* provide an overview of key findings based on two recent datasets produced by the Population Division: *International Migrant Stock 2020* and data on SDG indicator 10.7.2. The latter were collected jointly with the International Organization for Migration (IOM) and the Organisation for Economic Co-operation and Development (OECD) through the module on international migration (module III) of the United Nations Twelfth Inquiry among Governments on Population and Development.



Brazil. Shelter and support for Venezuelan refugees during COVID-19 pandemic, 2020/UNHCR.

# The destination of international migrants: where international migrants live

## The number of international migrants worldwide has continued to grow, but has slowed owing to the COVID-19 pandemic

In 2020, the COVID-19 pandemic drastically affected all forms of human mobility, including international migration. Around the globe, the closing of national borders and severe disruptions to international land, air and maritime travel obliged hundreds of thousands of people to cancel or delay plans of moving abroad (United Nations, 2020a). Hundreds of thousands of migrants were stranded, unable to return to their countries, while others were forced to return to their home countries earlier than planned, when job opportunities dried up and schools closed. While it is too soon to understand the full extent of the impact of the COVID-19 pandemic on migration trends, the present analysis indicates that the disruptions caused by the pandemic may have reduced the number of international migrants by around 2 million globally by mid-2020, corresponding to a decrease of around 27 percent in the growth expected from July 2019 to June 2020.[1]

---

**Box 1. Measuring international migration**

Two basic measures of international migration are the international migrant stock and international migration flows. Both measures are necessary to assess migration trends and provide complementary insights for policy purposes. The international migrant stock is a measure of the number of persons identified as international migrants at a given point in time. To identify who is an international migrant, either a person's country of birth or country of citizenship is used. When data on country of birth are available, they are generally given precedence because such data reflect a change in the country of residence more accurately than data on country of citizenship. International migrant stocks can be considered from the perspective of both the place of destination and the place of origin. At destination, the stock refers to the number of international migrants present in a given country or region, while for origin, it refers to the number of international migrants originating from a given country or region. The latter are sometimes also referred to as transnational communities or "diaspora". International migration flows refer to the number of persons arriving in (inflows) or departing from (outflows) a given country or region over the course of a specified time period, usually a calendar year (United Nations, 2017).

The present *Highlights* showcase the latest estimates of international migrant stocks produced by the Population Division. Most of the data were obtained or derived from population censuses.[*] Additionally, population registers and nationally representative surveys were used as a source of information on the number and on select demographic characteristics of international migrants.

*For a more detailed discussion of the coverage and sources of the estimates of international migrant stocks presented in these *Highlights*, see the *Documentation* to the *International Migrant Stock 2020*.

---

While the COVID-19 pandemic caused major disruptions to migration flows in 2020, the number of international migrants has grown robustly over the past two decades (figure 1). The number of persons living outside of their country of origin reached 281 million in 2020; roughly equal to the size of the entire population of Indonesia, the world's fourth most populous country. Between 2000 and 2010, the number of international migrants increased by nearly 48 million globally, with another 60 million added between

---

[1]  Assuming  zero-growth in the stock of migrants between 1 March and 1 July 2020. For a more detailed discussion of the adjustment due to the COVID-19 pandemic, see the *Documentation* to the *International Migrant Stock 2020*.

2010 and 2020. Much of this increase was due to labour or family migration (OECD, 2020). Humanitarian crises in different parts of the world also contributed, with an increase of 17 million refugees and asylum seekers between 2000 and 2020. In 2020, the number of persons forcibly displaced across national borders worldwide stood at 34 million; double the number in 2000 (UNHCR, 2020). While the numbers of refugees and asylum seekers have grown rapidly in the past two decades, they account for a relatively small share, 12 per cent, of the total number of international migrants globally. In turn, international migrants represent less than 4 per cent of the world's total population, a proportion that, although small, has been increasing steadily over the past two decades.

**Figure 1.**

Number of international migrants, by World Bank income group at destination, 2000 to 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). International Migrant Stock 2020.

## High-income countries host nearly two thirds of all international migrants

A large majority of international migrants reside in countries offering the greatest opportunities for migrants and their families. As of 2020, 65 per cent of all international migrants worldwide, or 182 million, lived in high-income countries (figure 1). Thirty-one per cent, or 86 million, lived in middle-income,[2] mostly upper-middle-income countries, while low-income countries hosted a comparatively small number of migrants: nearly 12 million, or 4 per cent of the total. The proportion of international migrants in the population of destination countries also varied widely across income groups. Migrants comprised nearly one in every six persons residing in a high-income country, compared to less than 2 per cent in middle-income and in low-income countries.

Over the past 20 years, high-income countries have steadily gained ground as the major destinations of international migrants. Between 2000 and 2020, high-income countries gained 80 million, or 75 per cent, of

---

[2]  Middle-income countries are comprised of upper-middle-income countries and lower-middle-income countries.

the 107 million international migrants added worldwide during that period. By comparison, middle-income countries added 22 million migrants and low-income countries gained 5 million. The rapid increase in the number of migrants in high-income countries reflects  the demand for migrant workers in those countries (see chapter 3) driven in part by the demographic differences, particularly in terms of age structure, that exist between countries at different income levels (see chapter 4).

Figure 2 shows that while high-income countries attracted the largest number of migrants between 2000 and 2020, low- and middle-income countries absorbed the majority of people displaced across national borders due to conflict, persecution, violence or human rights violations. Low- and middle-income countries hosted over four fifths of the world's refugees and asylum seekers in 2020. Furthermore, refugees and asylum seekers comprised around half or more of all the migrants added in those countries between 2000 and 2020 (figure 2).

By contrast, in high-income countries, most of the growth in the total migrant population during the past two decades was driven by other types of migration, including for labour, family reunification and education (OECD, 2020). In 2020, refugees and asylum seekers comprised around 3 per cent of all migrants in high-income countries compared to 25 per cent in middle-income countries and 50 per cent in low-income countries. None of the 22 countries where at least half of all migrants in 2020 were refugees or asylum seekers were high-income countries. The COVID-19 pandemic slowed the growth in the stock of migrants across all income groups (figure 2).

**Figure 2.**

Change in the number of international migrants, by World Bank income group at destination, 2000 to 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.
*Notes*: The category "Refugees and asylum seekers" includes persons displaced abroad.

While it is difficult to distinguish between different types of migrants (Van Hear and others, 2009), and countries of destination often benefit from the skills and fiscal contributions of labour migrants and refugees and asylum seekers alike (Evans and Fitzgerald, 2017; Clemens, Huang and Graham, 2018), the

data presented in these *Highlights* hint to the duality of migration processes taking place, with high-income countries predominantly gaining from the transformative power of labour migration, and low- and middle-income countries shouldering a disproportionate responsibility for providing assistance to populations displaced across national borders as a result of conflict or persecution. The implications of these different migration streams are noteworthy and require appropriate policy responses. Specifically, there is increasing recognition of the development challenges posed by large refugee populations and the need to support shared and inclusive economic growth in refugee-hosting areas. In line with the Global Compact on Refugees, a more predictable and equitable responsibility-sharing is needed, recognizing that a sustainable solution to refugee situations cannot be achieved without international cooperation (see chapter 5).

## Europe continues to host the largest number of migrants in the world

In terms of the regional distribution of where migrants live, Europe was home to the largest number of international migrants in the world in 2020: 87 million. Northern America hosted the second largest number of migrants, a total of nearly 59 million; followed by Northern Africa and Western Asia, with nearly 50 million (figure 3). In all other regions, the number of migrants was much smaller.

**Figure 3.**

Proportionate distribution of international migrants, by region and country or area of destination, 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.
*Note*: The names of some countries and areas have been abbreviated.

Between 2000 and 2020, Europe and Northern Africa and Western Asia added the largest number of migrants (30 and 29 million, respectively), while Northern America added around 18 million. Of the 29 million migrants added in Northern Africa and Western Asia during that period, around 9 million were refugees or asylum seekers (figure 4). If current trends continue, Northern Africa and Western Asia is likely to overtake Northern America as the region with the second largest number of migrants in the world within the next decades. This shift, hard to foresee twenty years ago, reflects the increasing diversification of economic opportunities available to migrant workers, and foretells the greater competition that destination countries will likely face in the future to attract migrants, especially highly skilled migrants (Boeri and others, 2012; Czaika and Parsons, 2017).

In addition to Europe and Northern Africa and Western Asia, several other regions experienced a marked increase in the size of their migrant populations over the past two decades. Sub-Saharan Africa, Eastern and South-Eastern Asia, and Latin America and the Caribbean each added over 8 million migrants during that period. Latin America and the Caribbean saw the size to its migrant population more than double between 2000 and 2020, driven in part by the inflow of large numbers of displaced people from the Bolivarian Republic of Venezuela. Among the eight regions considered in the present analysis, Central and Southern Asia is the only one to have registered a decline in the number of migrants between 2000 and 2020. The age distribution of migrants living in the region, many of whom are above the age of 75, contributed to this decline (see chapter 4).

**Figure 4.**

Change in the number of international migrants, by region of destination, 2000 to 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.
*Notes*: The category "Refugees and asylum seekers" includes persons displaced abroad.

The effect of the COVID-19 pandemic on the change in migrant stocks, while significant, is comparatively small in all regions of the world. Europe, the region with the largest overall increase in the migrant stock, show the most noticeable COVID-19 effect.

## Most of the world's migrants live in a small number of countries

In 2020, two thirds of all international migrants were living in just 20 countries. However, compared to 2000, the share of all international migrants living in just 20 countries has declined, signaling an increasing diversification of migrant destinations. The United States of America remained by far the largest country of destination of international migrants with 51 million migrants in 2020, equal to 18 per cent of the world's total (figures 3 and 5). Germany hosted the second largest number of migrants worldwide (around 16 million), followed by Saudi Arabia (13 million), the Russian Federation (12 million) and the United Kingdom of Great Britain and Northern Ireland (9 million). Of the top 20 destinations of international migrants in 2020, all but three were high-income or upper-middle-income countries. Europe had the largest number of countries or areas among the 20 major destinations of international migrants, followed by Northern Africa and Western Asia.

Between 2000 and 2020, the number of migrants grew in 179 countries or areas. Germany, Spain, Saudi Arabia, the United Arab Emirates and the United States of America gained the largest number of migrants during that period. By contrast, in 53 countries or areas, the number of international migrants declined between 2000 and 2020. Armenia, India, Pakistan, Ukraine and the United Republic of Tanzania were among the countries that experienced the most pronounced declines. In many cases, the declines resulted from the old age of the migrant populations or the return of refugees and asylum seekers to their countries of origin.

**Figure 5.**

Ten countries of destination with the largest number of international migrants, by region, 2000 and 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.
*Note*: The names of some countries and areas have been abbreviated.

In 2020, Turkey hosted the largest number of refugees and asylum seekers worldwide (nearly 4 million), followed by Jordan (3 million), the State of Palestine (2 million) and Colombia (1.8 million).[3] Other major destinations of refugees, asylum seekers or other persons displaced abroad were Germany, Lebanon, Pakistan, Sudan, Uganda and the United States of America.

In around one in five of all countries or areas, international migrants comprised one fourth or more of the total population. Of the 10 countries with the highest shares of migrants in total population among countries hosting 1 million or more migrants in 2020, 6 were in the region of Northern Africa and Western Asia. These included the member states of the Gulf Cooperation Council Kuwait, Qatar and the United Arab Emirates.

## Migrants contribute to the economies of countries of destination

In countries of destination, migrants often fill critical labour gaps, performing jobs that native workers do not want to perform (Ottaviano, Peri and Wright, 2013). Because migrant workers tend to complement rather than substitute the skill sets of native workers, migration can also increase demand for goods and services in countries of destination (Ruhs and Vargas-Silva, 2018). Further, because migrants are often entrepreneurs, they contribute to creating new jobs in host societies (Docquier, Özden and Peri, 2014). The taxes and contributions to social security programmes that migrants make tend to be greater than the amount they receive in benefits (OECD, 2014).

---

**Box 2. International migration policies**

In recent years, a growing number of countries have focused on providing options for safe, orderly and regular migration, while taking into consideration current and projected national demographic trends and labour market needs. Evidence suggests that a majority of countries grant highly skilled workers preferential treatment, subjecting them to fewer restrictions regarding admission, length of stay, conditions of employment and admission of family members than low-skilled migrants (United Nations, 2020d). Most Governments also allow immigration for the purpose of family reunification under certain conditions and have developed policies to support family reunification for migrants, consistent with the right to family life and the principle of the best interests of the child. When options for safe and regular migration are unavailable, migrants often turn to dangerous land and sea routes where they are vulnerable to exploitation by transnational criminal networks involved in human trafficking and migrant smuggling. A growing number of governments have responded to irregular migration by reforming their immigration laws, promoting the return of irregular migrants and implementing regularization programmes (see chapter 5).

In relation to migration for humanitarian reasons, most countries have a system for receiving, processing and identifying those forced to flee across national borders or for granting permission for temporary stay or protection to those forcibly displaced across national borders and those unable to return. In addition to these policy measures, most countries have ratified the key international legal instruments for the protection of refugees. As of November 2020, the 1951 Convention on Refugees and its 1967 Protocol had been ratified by 146 and 147 Member States of the United Nations, respectively.

---

While migrants contribute to host societies, they are often vulnerable to discrimination, including in terms of wages and labour-force participation (Longhi, 2017; Alfarhan and Al-Busaidi, 2019). Policy measures to protect the rights of migrants, provide access to basic services, address discrimination and promote migrant integration can shape the degree to which migration is associated with inequality within countries

---

[3] Including Venezuelans displaced abroad.

of destination (United Nations, 2020c). Measures to remove barriers in accessing education, training and labour-market participation and to promote the recognition of qualifications acquired abroad can also play a key role in maximizing the positive development impacts of migration and reducing its costs (see chapter 5). The inclusion and empowerment of migrants and refugees in development planning is also central to fulfilling the 2030 Agenda for Sustainable Development's pledge to "leave no-one behind".

Globally, the majority of Governments have policies to facilitate the recognition of skills and qualifications acquired abroad and promote fair and ethical recruitment of migrant workers (United Nations, 2020d). Countries have also increasingly taken measures to eliminate discrimination, and to counter acts of racism, violence and xenophobia directed against migrants. In spite of these initiatives, the integration process for migrants can be challenging. In recent years, there has been a rise in anti-immigration sentiment, fueled in part by the misperception that migrants are overrepresented among recipients of welfare benefits and social services (Nauman, and others, 2018). A number of countries have taken steps to promote evidence-based public discourse, with a view to addressing negative perceptions of migrants and dispelling erroneous or poorly informed narratives (United Nations, 2020d).

# The origin of international migrants: where international migrants come from

## Most migrants come from middle-income countries

According to neoclassical economic theory, migration is primarily a response to wage differentials between countries (Todaro, 1969). If wage differences were the only factor determining migration decisions, low-income countries could be expected to have the largest transnational population per capita.[4] Instead, the present analysis indicates that persons from both the poorest and the richest countries have a larger transnational population per capita compared to middle-income countries.[5] The fact that the relative size of the diaspora is not closely associated with income levels at a country level (figure 6), suggests that, in addition to living standards and wage differentials, migration decisions are shaped by a range of other factors, including individual aspirations, preferences and opportunities (de Haas, 2011; Kureková, 2010).

**Figure 6.**

Native-born population residing outside relative to those living inside the country or area of origin,* by GDP per capita and World Bank income group at origin, 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*, and World Bank (2020). *World Development Indicators* (accessed 10/13/2020).

*Note*: Among countries or areas with known income and country or area of origin. For a small number of countries or areas, mostly islands, the size of the native-born population residing outside is larger than the size of the native-born population inside the country or area of origin. (i.e., the ratio in the figure is greater than 100).

*Per 100 native–born persons living in the country or area or origin.

---

[4]  Refers to the ratio of native-born population living outside of the country of origin to the native-born population residing in the country of origin.
[5]  The ratio of native-born population residing outside versus inside was around 5 per cent for high-income countries taken as a whole, 3 per cent for middle-income countries taken together and around 5.6 per cent for low-income countries taken as a whole.

The present *Highlights* confirm that the majority of international migrants originate from middle-income countries. In 2020, nearly 177 million international migrants globally came from a middle-income country, equal to about 63 per cent of the total (figure 7). Of these, nearly 90 million were born in a lower-middle-income country and 88 million in an upper-middle-income country. Middle-income countries together comprised around three quarters of the global population in 2020. Some 37 million international migrants, or around 13 per cent of the total, originated from low-income countries. Compared to richer countries, people from low-income countries, many of which are also landlocked and face severe structural constraints to sustainable development, frequently have more limited access to established migration networks and are often less able to bear the financial and non-financial costs associated with migration (Gurak and Caces, 1992; McKenzie, 2017). Some 53 million migrants originated from high-income countries, equal to 19 per cent of the total, while for 13 million migrants, or 5 per cent, the origin was unknown.

**Figure 7.**

Number of international migrants, by World Bank income group at origin, 2000 to 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.

While the number of migrants originating from low-income countries remains small compared to other income groups, it grew rapidly between 2000 and 2020 (figure 7). Much of this increase was driven by humanitarian crises. Persons displaced across national borders as a result of conflict or persecution comprised nearly two thirds of the 19 million migrants from low-income countries added globally over the past two decades. In 2020, nearly half of all international migrants originating from low-income countries were refugees or asylum seekers. For other income groups, those forcibly displaced across borders comprised a much smaller share of their total transnational populations.

## Nearly all regions have witnessed large increases in their transnational populations

In 2020, of the 281 million international migrants worldwide, 63 million, or 23 per cent of the total, were born in Europe (figure 8). Central and Southern Asia was the birthplace of the second largest number of international migrants (51 million), followed by Latin America and the Caribbean (43 million), Eastern and South-Eastern Asia (38 million), Northern Africa and Western Asia (38 million) and sub-Saharan Africa (28 million). Relatively few migrants globally originated from Northern America (4 million) or Oceania (2 million).[6]

**Figure 8.**

Proportionate distribution of international migrants, by region and country or area of origin, 2020



*Source:* United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020.*
*Note:* The names of some countries and areas have been abbreviated.

Between 2000 and 2020, nearly all regions, with the exception of Northern America and Oceania, saw the size of their transnational population increase by 12 million or more. Central and Southern Asia witnessed the largest absolute increase, followed by Latin America and the Caribbean and Northern Africa and Western Asia. Most of the recent growth of migrants originating from Central and Southern Asia and Europe was attributable to labour or family-related migration. By contrast, for Latin America and the Caribbean, Northern Africa and Western Asia, and sub-Saharan Africa, humanitarian reasons accounted for a large

---

[6] In addition, some 13 million international migrants are of unknown origin.

share of the recent growth of their diaspora. In 2020, 38 per cent of all international migrants originating from Northern Africa and Western Asia were refugees or asylum seekers. The transnational populations from sub-Saharan Africa and Latin America and the Caribbean also comprised a large proportion of persons forcibly displaced across national borders: 26 per cent and 13 per cent, respectively.

## India has the largest transnational community in the world

In 2020, 18 million persons from India were living outside of their country of birth (figure 9). Other countries with a large diaspora included Mexico and the Russian Federation (11 million each), China (10 million) and the Syrian Arab Republic (8 million). Of the 20 countries or areas with the largest number of international migrants abroad in 2020, all but 2, Afghanistan and the Syrian Arab Republic, were middle-income or high-income countries. Six of the 20 countries with the largest number of international migrants living abroad were from Europe, 5 from Central and Southern Asia and 4 from Eastern and South-Eastern Asia. Many of the countries with the largest transnational communities were among the main recipients of remittances globally.

**Figure 9.**

Top ten countries of origin for international migrants, by region, 2000 and 2020



*Source:* United Nations Department of Economic and Social Affairs, Population Division (2020b). International Migrant Stock 2020.
*Note:* The names of some countries and areas have been abbreviated.

Between 2000 and 2020, the size of the migrant population abroad grew for nearly all countries and areas of the world. India experienced the largest gain during that period (nearly 10 million), followed, in order of magnitude, by the Syrian Arab Republic, the Bolivarian Republic of Venezuela, China and the Philippines. For both the Syrian Arab Republic and the Bolivarian Republic of Venezuela, the increase in the size of their transnational population was primarily due to the large outflow of persons displaced across borders.

In 2020, one in five (or nearly 6.7 million) of all internationally displaced persons as a result of conflict or persecution was born in the Syrian Arab Republic. The second largest number of refugees and asylum seekers globally came from the State of Palestine (5.7 million); equal to one in six of the world's total (UNRWA, 2020; UNHCR, 2020). The Bolivarian Republic of Venezuela was the origin of the third largest number of internationally displaced persons, with over 90,000 refugees, nearly 800,000 asylum-seekers and 3.6 million Venezuelans displaced abroad (UNHCR, 2020).

While most countries or areas saw the size of their transnational communities increase between 2000 and 2020, in 12 per cent of all countries or areas the size of their transnational populations shrunk. In some countries, including Angola and Serbia, this decline resulted from the voluntary return and repatriation of refugees to their home countries in the post-conflict years. In others, such as Belarus or Georgia, the decline was primarily due to the older age structure of their transnational community and the mortality rates associated with such an age structure (see chapter 4).

For most countries and areas, the size of their population living abroad is quite small relative to the native-born population in the country of origin (figure 6); for over 20 countries or areas, however, their transnational population was equal to one third or more of the size of their native-born population. Most of those countries or areas are islands in Latin America and the Caribbean or Oceania. In a small number of them, most of which are dependent territories of other United Nations Member States, the number of native-born persons residing outside the country was greater than the number of native-born inside the country.

## Diasporas play an important role in the development of countries of origin

Diasporas play an important role in the development of their countries of origin by promoting foreign investment, trade, innovation, access to technology and financial inclusion (Nurse, 2019). Returning migrants, in addition to bringing back the experience and knowledge acquired abroad, often contribute to their societies of origin as entrepreneurs and by creating jobs. Many countries, particularly low- and middle-income countries, are increasingly seeking to leverage their transnational populations through the development of financial instruments and innovative financing mechanisms such as "diaspora bonds", diaspora pension schemes and the securitization of remittance flows (Onyuma, 2020). In countries affected by political conflict, remittances often provide a lifeline, helping people and households in situations of forced displacement cope with economic insecurity (Van Hear, 2014; Vargas-Silva, 2017).

Many countries have instituted policy measures to encourage investment by their transnational populations. These measures include streamlined bureaucratic procedures to facilitate diaspora investment, tax exemptions or other financial incentives and preferential treatment in the allotment of permits, licenses or credit (United Nations, 2020d). In recent years, a number of countries have also carried out initiatives to foster the faster, safer and cheaper transfer of remittances through competition, regulation and innovation (box 3) and have implemented programmes to increase the availability of remittance services, improve the conditions under which remittances are sent, and support financial literacy and inclusion so that remittances can be used more productively (United Nations, 2020d).

**Box 3. Remittances and the COVID-19 pandemic**

Remittances include the monetary transfers that migrants send to their families and communities. In 2019, remittances to low- and middle-income countries reached a record $548 billion (World Bank, 2020b). Evidence on the impact of the COVID-19 pandemic on remittances is still incomplete and seemingly contradictory. On the one hand, recent evidence suggests that at least for some migration corridors, remittance flows, which tend to be counter-cyclical—increasing during economic downturns or after natural disasters (Ratha, 2005)—may have risen (Kalantaryan and McMahon, 2020). On the other hand, flows of remittances to low- and middle-income countries are projected to decline 14 per cent by 2021 compared to pre-COVID-19 levels (World Bank, 2020b).

For many countries, the reduction of remittances due to the COVID-19 pandemic is likely to have devastating financial and social impacts, requiring national strategies and international cooperation to mitigate them (Breisinger and others, 2020; Diao and Wang, 2020; Karim, Islam and Talukder, 2020). The loss of remittances due to COVID-19 could lead to increased poverty, more limited access to services, including health care and education and, as a result, negatively impact the achievement of the Sustainable Development Goals for millions of families. The COVID-19 pandemic may also affect the global average cost of sending remittances. Reducing the transaction costs of remittances is one of the targets of the 2030 Agenda for Sustainable Development (target 10.c). There is concern that the costs of transferring remittances could increase along some corridors in 2020 due to the operational challenges faced by remittance service providers as a result of the COVID-19 pandemic (World Bank, 2020a).

# The origin and destination of international migrants: international migration across countries, regions and income groups

## Most international migration occurs across income groups

Differences in income, wages and opportunities for socioeconomic advancement between host and origin societies are some of the main drivers of international migration. Individual motivations, circumstances and the economic outcomes of migration vary depending on the degree of migration selectivity, the portability and recognition of migrants' skills and qualifications, and the place premium on wages. But in the aggregate, as long as workers move from countries with lower labour productivity to countries with higher labour productivity, global gross domestic product (GDP) is enhanced (Clemens and others, 2019; Pritchett and Hani, 2019).

The present analysis confirms that income differentials among countries play a significant role in shaping migration decisions. In 2020, 165 million migrants, or nearly two thirds of the world total, were living in a country or area that was richer than their country or area of origin. Some 86 million migrants were in a destination that was one income level higher than their origin, while 79 million were in a destination that was two or more income levels higher (figure 10). Nearly 85 million migrants, or slightly less than one third of the total, lived in a destination at the same income level as their origin, while 17 million migrants or 6 per cent of the total, were in a destination that was poorer.

**Figure 10.**

Number of international migrants who had moved within or across World Bank income groups, 2000 and 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.
*Note*: Among countries and areas with known income group.

Between 2000 and 2020, the number of migrants living in a country or area two or more income levels higher than their country or area of origin grew by 48 million; significantly more than any other group (figure 10). This trend may reflect the growing dynamism of diaspora networks from low- and lower-middle-income countries and the role that such networks play in facilitating migration from their countries of origin (Docquier, Peri and Ruyssen, 2014; Morad and Sacchetto, 2019). Native worker shortages in many high- and upper-middle-income countries in sectors such as agriculture, construction, food processing, health and elderly care, and domestic work are other contributing factors (Gheasi and Nijkamp, 2017; Kim, 2017; Oishi, 2020).

While most migration tends to occur from poorer to richer countries, there is considerable heterogeneity in the migration corridors. In 2020, almost 9 out of 10 of the 53 million migrants originating from high-income countries were living in another high-income country (figure 11). International migrants from low-income countries were equally split among countries at different income levels. The fact that the majority of international migrants living in low-income countries, many of which are also landlocked, originated from other low-income countries is consistent with the migration transition theory according to which migrants from poorer societies tend to move shorter distances, often to neighbouring countries (Zelinsky, 1971). It also points to the regulatory, legal and skill barriers that migrants from poorer countries face. Migrants from low-income countries frequently engage in what is referred to as upward stepwise migration, acquiring the required resources, skills and qualifications during intermediary migratory steps before migrating to higher income countries (Paul, 2015).

**Figure 11.**

Number of international migrants, by World Bank income groups at origin and destination, 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.
*Note*: Among countries and areas with known income group. The category "Unk." refers to unknown origin.

Venezuela AR_001204

## Migration often takes place within regions

In 2020, nearly half of all international migrants at the global level were living in their region of origin. Europe had the largest share of intra-regional migration, with 70 per cent of all migrants born in Europe residing in another European country or area (figure 12). Of those migrating between European countries, nearly half moved between member states of the European Union. Another significant fraction (about one fourth) of intra-European migration occurred between the European member states of the Commonwealth of Independent States Free Trade Area (CISFTA).

**Figure 12.**

Percentage of intra-regional migrants among all international migrants, by region of origin, 2000 and 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.
*Note*: Refers to migrants living in another country or area of their region of origin.

Sub-Saharan Africa had the second largest share of intra-regional migration globally, with 63 per cent of all migrants born in sub-Saharan Africa living in another country or area in the region in 2020. This reality contradicts the common perception that Europe is the main destination of African migration (Flahaux and De Haas, 2016). Refugees and asylum seekers comprised around one third of all international migration within sub-Saharan Africa, pointing to the complex array of factors, including humanitarian ones, shaping migration movements in the region. By contrast, Central and Southern Asia had the largest share (78 per cent) of its diaspora residing outside of the region. Other regions with large shares of their transnational populations residing outside of their region of origin included Latin America and the Caribbean and Northern America. These two regions have a symbiotic relationship in this regard: for Latin America and the Caribbean, the main destination of its diaspora was Northern America, while for Northern America the majority of its transnational population was residing in Latin America and the Caribbean (figure 13). Many of the migrants from Northern America to Latin America and the Caribbean are children of migrants who engage in circular migration between the two regions throughout the life course (Alba, 2013; Hernández-León and others, 2020).

**Figure13.**

Number of international migrants, by regions of origin and destination, 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.
*Note*: The category "Unk." refers to unknown origin, the category "NA" to Northern America, the category "Oc." to Oceania, the category "SSA" to sub-Saharan Africa, the category "ESEA" to Eastern and South-Eastern Asia, the category "LAC" to Latin America and the Caribbean, the category "CSA" to Central and Southern Asia.

In terms of regional migration corridors, Europe to Europe was the largest globally, with 44 million migrants in 2020, followed by the corridor Latin America and the Caribbean to Northern America, with nearly 26 million (figure 14). Between 2000 and 2020, some regional migration corridors grew very rapidly. The corridor Central and Southern Asia to Northern Africa and Western Asia grew the most, with 13 million migrants added between 2000 and 2020; more than tripling in size. The majority of that increase resulted from labour migration from Bangladesh, India, Pakistan, Nepal and Sri Lanka to the countries of the Gulf Cooperation Council (GCC) (Valenta, 2020). While it is too soon to understand the full extent, the COVID-19 pandemic in 2020 may have slowed the growth of this regional migration corridor. In many of the GCC countries, tens of thousands of migrant workers in the construction, hospitality, retail and transportation sectors lost their jobs due to the pandemic and were required to return home (UN-Habitat, 2020).

Other regional migration corridors that grew markedly over the past two decades included the intra-European corridor and the intra-Northern African and Western Asian corridor. The intra-European corridor grew by nearly 13 million, driven by the movement of a diverse array of migrants, including high- and low-skilled workers, students and retirees (Trenz and Triandafyllidou, 2017). The rapid increase in intra-European migration and the negative attitudes it engendered have been identified as factors that contributed to the United Kingdom of Great Britain and Northern Ireland's referendum to exit the European Union (Dennison and Geddes, 2018). Forced displacement was a more important driver in other regions: more than half of all migrants added between 2000 and 2020 in the intra-Northern African and Western Asian corridor were people displaced across national borders due to conflict or persecution. Most of those refugees and asylum seekers originated from the Syrian Arab Republic.

**Figure 14.**

Ten largest regional migration corridors, by region of origin and destination, 2000 and 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.
*Note*: Refers to migrants living in the same region as their country or area of birth. The corridors are the 10 largest for the year 2020.

While many regional migration corridors increased in size between 2000 and 2020, in several others, including the intra-Central and Southern Asian corridor and the corridor from Europe to Northern America, the number of migrants declined. Owing to these changes, the regional balance of major migration corridors changed between 2000 and 2020. In 2000, 3 of the 10 largest regional migration corridors had Northern America as a destination; by 2020 this was the case only for the corridor Latin America and the Caribbean to Northern America. This change hints at the shift towards a more multipolar global economy (Pieterse, 2017). One of the manifestations of this shift is the emergence of major regional hubs for international migrants outside of Europe and Northern America.

## The spatial distribution of transnational populations varies greatly

India's diaspora, the largest in the world, is distributed across a number of major countries of destination, with the United Arab Emirates (3.5 million), the United States of America (2.7 million) and Saudi Arabia (2.5 million) hosting the largest numbers of migrants from India. Other countries hosting large numbers of migrants from India included Australia, Canada, Kuwait, Oman, Pakistan, Qatar and the United Kingdom of Great Britain and Northern Ireland. China and the Russian Federation also have spatially diffused diasporas. In 2020, large numbers of migrants born in China were living in Australia, Canada, Italy, Japan, the Republic of Korea, Singapore and the United States of America. Migrants from the Russian Federation were residing in several countries of destination, many of which are member states of the CISFTA, including Belarus, Kazakhstan, Ukraine and Uzbekistan, as well as Germany and the United States of America.

By contrast, the transnational populations from some countries of origin tend to concentrate a single, or a few, countries of destination. In 2020, international migrants from Mexico, the second largest country of birth of international migrants globally, were highly clustered in the United States of America, which hosted

some 11 million persons born in Mexico, or nearly 97 per cent of all Mexicans living abroad. Other examples of countries where 80 per cent or more of their diaspora settled in just one country included Algeria, with France as the main destination; Burkina Faso, with Côte d'Ivoire as the main destination, and El Salvador and Guatemala, with the United States of America as the main destination.

For countries whose transnational population is mostly comprised of refugees and asylum seekers, the diaspora's spatial distribution is often highly clustered within the region of origin. In 2020, nearly two thirds of all migrants from the Syrian Arab Republic were living in the neighbouring countries of Turkey, Lebanon and Jordan. Germany hosted the largest number of Syrians outside of the region of Northern Africa and Western Asia. The transnational population of the Bolivarian Republic of Venezuela, which increased dramatically in size during the last few years owing primarily to displacement across borders, is disproportionately concentrated in Latin America and the Caribbean, with Chile, Colombia, Ecuador and Peru hosting over two thirds of all migrants from Venezuela.

# Demographic characteristics of international migrants

## Women comprise slightly less than half of all international migrants

While in the past women often migrated as dependents of spouses or other family members, today, they increasingly migrate on their own for study or work. Many become the principal earners of their families. The remittances sent home by women migrant workers improve the livelihood of their families and contribute to the economies of their communities of origin (box 4).

In 2020, just under half (48 per cent) of all international migrants worldwide were women or girls. While most migrant women move for labour, education or family reasons, many are forced to leave their countries due to conflict or persecution. Women and girls comprised around half of all persons forcibly displaced across national borders in 2020.

---

**Box 4. Gender and international migration**

Migrant women are important agents of change. They transform social, cultural and political norms and promote positive social change across households and communities (UN Women, 2017). As migrants, women contribute to the economic development of their countries of origin and destination. By creating opportunities for female employment and increasing the bargaining power for women in households, migration can contribute to promoting gender equality and the empowerment for women in both countries of origin and destination (Antman, 2015; Ferrant and Tuccio, 2015).

Despite the many positive effects of international migration, migrant women remain among the most vulnerable members of society. In many host countries, they face barriers that prevent them from participating fully and equally in social, political and economic life (Hennebry and Petrozziello, 2019). Migrant women often have lower employment rates than native-born women or male migrants and are paid less than their male counterparts (OECD, 2019). Women also face gendered risks of exploitation, violence and abuse, including human trafficking. Most of the estimated 225,000 victims of trafficking worldwide between 2003 and 2016 were females, mainly adult women, but also girls (UNODC, 2018).

In countries of origin, the linkages between migration and gender can have negative social and economic consequences. The emigration of family members, for instance, can hamper the formal labour force participation of non-migrant women, especially those living in rural areas (Audrey and Anda, 2019; Asiedu and Chimbar, 2020). The emigration of women and other family members can also have negative impacts on the mental health and well-being of children who remain behind and of the older persons, many of whom are women, who care for such children (Dreby and Stutz, 2011; Adhikari and others, 2014).

Countries are increasingly recognising the importance of implementing gender-responsive migration policies.  Around half of Governments with available data reported having formal mechanisms to ensure that migration policy was gender responsive (United Nations, 2020d). However, such formal mechanisms were still missing in a large number of countries, including many where women and girls outnumber men and boys in the migrant population.

---

There are considerable differences in the proportion of female migrants among different income groups. In 2020, low-income countries, taken as a whole, hosted slightly more women and girls, while middle- and high-income countries hosted significantly more men and boys. Between 2000 and 2020, the proportion

of women among all international migrants declined slightly, from 49 per cent to 48 per cent. This decline was driven primarily by the growing share of male migrants in high-income and middle-income countries (figure 15). Low-income countries as a whole witnessed an increase in the share of female migrants during that period.

**Figure 15.**

Proportion of women and girls among all international migrants, by World Bank income group at destination, 2000 and 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.

In most regions, the number of male and female migrants in 2020 was roughly equivalent. In Europe, Northern America and Oceania, the number of female migrants slightly exceeded that of male migrants, while in Central and Southern Asia, Eastern and South-Eastern Asia, and Latin America and the Caribbean the share of women and girls among all migrants was slightly less than 50 per cent. By contrast, both sub-Saharan Africa and Northern Africa and Western Asia hosted significantly larger numbers of male migrants compared to female migrants.

Over the past decades, both Europe and Northern America saw the number of female migrants grow more rapidly than the number of male migrants (figure 16). This trend is associated with a number of factors, including sex differentials in survivorship and migration policies. Because women, including migrant women, tend to live longer than men, the ratio of female to male migrants tends to be higher in regions that have a history of permitting and, in some cases, even encouraging migration for permanent settlement or for family reunification. Compared to other regions, Europe, Northern America and Oceania had a higher proportion of older migrants among their migrant population, due in part to such policies. The increasing gender-specific demand for care-related work, resulting from population ageing and changes in the labour force participation and labour preferences of native-born women also help to explain the higher share of female migrants in Europe and Northern America (Barone and Mocetti, 2011; Cortés and Tessada, 2011; Farré and others, 2011; Farris, 2015; OECD, 2005 and 2020). This care-related work, which was previously performed by native-born women, often without pay, is being increasingly taken up by migrant women from lower-income countries. Older women in societies of origin often play an important role in this so-

called global care chain, serving as caregivers to children "left behind" by female migrant workers (Dolbin-MacNab and Yancura, 2018; United Nations, 2019c).

**Figure 16.**

Difference between the number of male and female international migrants, by region of destination, 2000 to 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.
*Note*: At zero, the number of male and female migrants is the same.

By contrast, in Northern Africa and Western Asia, the number of male migrants increased much more than the number of female migrants over the past two decades (figure 16). This increase resulted from a combination of factors. On the one hand, the demand for male migrant labour in several oil-producing countries of the Gulf Cooperation Council (GCC) outpaced the demand for female migrant labour (Shah, 2013; Strabac and others, 2018). On the other hand, because many countries in the region rely primarily on temporary labour migration contracts, female family members seldom accompany male migrants. The number of male migrants also grew more than the number of female migrants in sub-Saharan Africa. In many countries of the region, men traditionally migrated alone in response to employment opportunities, while women stayed behind (Oucho, 2006). This trend is changing and there is evidence that women from sub-Saharan Africa are increasingly migrating on their own for work or study (Adepoju, 2000). Both Northern Africa and Western Asia and sub-Saharan Africa hosted a larger share of women and girls among refugees and asylum seekers than men and boys in 2020, further confirming that labour-related migration in the two regions continues to be dominated by males. Overall, the impact of rapidly increasing masculinisation of migration in high- and middle-income countries in Northern Africa and Western Asia and, to a lesser extent, in sub-Saharan Africa, is so pronounced that it is driving the trend of declining share of female migrants at the global level.

## The median age of international migrants has been rising

Globally, the median age[7] of all international migrants in 2020 was 39.1 years, significantly higher than for refugees and asylum seekers (19.4 years).[8] The median age of migrants was higher in the high-income countries than in middle-income or low-income countries. Northern America (44.3 years), Europe (43.4 years) and Oceania (41.9 years) had the highest median ages among the eight regions considered. In these regions, the median age of female migrants was higher than that of males. By contrast, international migrants living in sub-Saharan Africa had the lowest median age (31.0 years), followed by Latin America and the Caribbean (31.2 years) and Northern Africa and Western Asia (34.2 years). In both sub-Saharan Africa and Northern Africa and Western Asia, male migrants had a higher median age than female migrants in 2020.

The median age of international migrants worldwide has increased in most regions (figure 17). Northern America experienced the most pronounced increase between 2000 and 2020; nearly 6 years. In Northern Africa and Western Asia, where international migration is often temporary in nature, the median age also increased, but significantly less so, since older migrants often return to their countries of origin and are replaced by subsequent waves of younger immigrants. Conversely, in three regions, the migrant population is becoming younger (figure 17). Between 2000 and 2020, the median age of international migrants declined in Central and Southern Asia, Latin America and the Caribbean, and Oceania. Latin America and the Caribbean witnessed the most marked "rejuvenation" of its international migrant population during that period (nearly 8 years), owing both to the inflow of new, younger migrants and displaced persons from the Bolivarian Republic of Venezuela and to the death or return of older migrants, many of whom had arrived from Europe decades earlier.

## The age distribution of international migrants tends to differ from that of their host societies

Compared to the overall population in countries or areas of destination, international migrants tend to be more concentrated in the working ages. In 2020, 73 per cent of all international migrants were between the ages of 20 and 64 years, compared to 57 per cent for the total population. Children and adolescents were underrepresented among international migrants: globally, less than 15 per cent of all international migrants were under 20 years of age, compared to 33 per cent in the overall population. At the other end of the age spectrum, older persons were overrepresented among international migrants compared to the total population. In 2020, 12 per cent of international migrants worldwide were at least 65 years old, compared to 9 per cent in the total population. The difference was more pronounced among females. In 2020, 14 per cent of all female migrants were 65 years or older compared to 10 per cent in the total population of women and girls. These differences are probably due to a combination of factors. The age distribution of immigrants upon arrival, which tends to be concentrated between the ages of 20 and 40, is one of the main reasons. The fact that children born to international migrants in countries of destination are not "foreign-born" and are therefore not classified as migrants from a statistical perspective also contributes to the distinctive age pattern of international migrants compared to the overall population.

---

[7] The age that divides a population into two numerically equal groups.
[8] Computation by the United Nations Department of Economic and Social Affairs, Population Division based on data from UNHCR.

**Figure 17.**

Median age of international migrants, by region of destination, 2000 and 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020.*
*Note*: The data were indexed to the global median age for migrants in 2020. At zero, the median age is the same as the global value.

The share of international migrants in total population by age varies greatly among income groups and regions. In countries where fertility is low or where international migrants represent a large share of the total population, international migrants tend to comprise a larger share of all children and youth. In high-income countries, for instance, international migrants represented over 7 per cent of all children and adolescents in 2020. International migrants also comprised 5 per cent or more of the overall population under age 20 in Europe, Northern Africa and Western Asia, Northern America and Oceania (figure 18).

Children of immigrant families can face economic, societal, institutional and other types of obstacles in accessing education and basic services, especially if they have an irregular immigration status (Green, 2003). Also, they can be confronted with racial stereotypes and prejudice in host societies (Kang, 2010; Crush and Tawodzera, 2014). Addressing language and other barriers faced by migrant children, while preserving their language, values and customs, can promote migrant integration in host societies (Bisin and others, 2011; Portes and Rivas, 2011). Over 9 in 10 Governments among those with data reported having measures to provide migrant children equal access to public education, including equal access to public primary and secondary schools (United Nations, 2020d).

**Figure 18.**

Share of international migrants in the total population, by broad age group and region of destination, 2020



*Source*: United Nations Department of Economic and Social Affairs, Population Division (2019). *World Population Prospects 2019* and United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020*.

In many societies, international migrants comprise a sizable share of the working-age population (aged 20 to 64). In high-income countries, nearly 19 per cent of the working-age population were international migrants in 2020. By contrast, in middle- and low-income countries, that proportion was considerably smaller. In terms of regions, Oceania had the highest share of international migrants in its working-age population in 2020 (27 per cent), followed by Northern America (nearly 21 per cent).

International migrants of working age can play an important role in easing the pressure on public pension systems in countries experiencing population ageing (Han, 2013) (box 5). In high-income countries, international migrants of working age contribute to lowering the old-age dependency ratio,[9] an indicator often used to assess the demographic effects on the costs of social and economic support for older persons. In the absence of international migrants, the old-age dependency ratio in high-income countries would have been nearly 3 percentage points higher in 2020. In Europe and Northern America, international migrants also contributed to reducing old-age dependency ratios. In regions with more youthful populations, such as sub-Saharan Africa and Central and Southern Asia, the presence of international migrants tends to have little impact on dependency ratios.

---

[9] The ratio of persons aged 65 years or above per 100 persons aged 20 to 64 years. In general, the higher this ratio, the more dependent persons each potential worker needs to support.

> **Box 5. International migration in the context of ageing societies**
>
> The world is ageing rapidly. The world's population aged 65 years or above is projected to increase from 700 million in 2020 to 1.5 billion in 2050, while the median age of the world population is projected to increase from nearly 31 years to over 36 years. Because international migrants often comprise larger proportions of working-age persons compared to the overall population, and, depending on their country of origin, tend to have more children than the native-born population (Adserà and Ferrer, 2015; Woldemicael and Beaujot, 2012), migration can contribute to temporarily slowing the long-term trend toward population ageing in countries of destination. In countries of origin, the emigration of working-age population can help ease pressures on the labour market (David and Marouani, 2016).
>
> Population ageing also underlies the increasing demand for migrant workers in many high-income destination countries, particularly for caregivers and healthcare workers (Cangiano and Shutes, 2010; Kaur, 2010; Seol, 2018). Data from a recent United Nations survey showed that around one third of responding Governments were pursuing immigration policies to address population ageing or to counter long-term population decline (United Nations, 2020a).

Because migrants often remain in countries of destination, international migration can ultimately contribute to population ageing in some host societies. In high-income countries, for instance, over 1 in 10 of those aged 65 or above in 2020 was an international migrant. In Oceania, which had the highest share, international migrants comprised nearly one third of the population aged 65 or above. Many Governments have measures to facilitate the portability of social security benefits to enable migrants to return to countries of origin once they have reached pensionable age, if they wish to do so (United Nations, 2020a). For instance, the Caribbean Community (CARICOM) allows social security contributions to accumulate across its member states, helping labour migrants to meet state-pension contribution thresholds. Bilateral social security agreements on the portability of pensions have also been used (Holzmann, 2016).



Congolese expelled from Angola, 2018/ UNHCR

# Policies to facilitate orderly, safe, regular and responsible migration and mobility of people

When supported by appropriate policies, international migration can contribute to inclusive and sustainable economic growth and development. The 2030 Agenda for Sustainable Development recognises this critical interlinkage in target 10.7 by calling on countries to facilitate orderly, safe, regular and responsible migration and mobility of people, including through the implementation of planned and well-managed migration policies. The Global Compact for Safe, Orderly and Regular Migration, a non-legally binding framework for international cooperation among all relevant actors on migration, also explicitly recognizes the importance of effective, evidence-based migration policies and practices for optimising migration's positive development outcomes.

**Box 6. Monitoring progress in achieving SDG target 10.7**

At the time when the 2030 Agenda for Sustainable Development was adopted, the indicators to measure progress toward the achievement of target 10.7 had not yet been defined. Shortly thereafter, four complementary indicators were specified to monitor progress in achieving this target:

- Indicator 10.7.1: Recruitment cost borne by employee as a proportion of monthly income earned in country of destination;

- Indicator 10.7.2: Number of countries with migration policies that facilitate orderly, safe, regular and responsible migration and mobility of people;

- Indicator 10.7.3: Number of people who died or disappeared in the process of migration towards an international destination; and

- Indicator 10.7.4: Proportion of the population who are refugees, by country of origin.

Of these, three seek to measure some specific features, barriers or impacts of safe, regular and responsible migration and mobility of people, or the lack thereof. Indicator 10.7.1, for instance, aims to measure a component of the economic costs of migration, which constrain the full realization of sustainable development outcomes. Indicator 10.7.3 points to some of the most serious risks associated with unsafe migration, while indicator 10.7.4 highlights the significance and demographic impact of forced displacement across international borders. Indicator 10.7.2 is different in that it documents the existence of a wide range of national policies for orderly, safe, regular and responsible migration, and how such policies change over time.

## The majority of countries have policies to facilitate orderly, safe, regular and responsible migration

Policies to facilitate orderly, safe regular and responsible migration are widespread. Globally, more than half (54 per cent) of all Governments with data reported having policies to facilitate orderly, safe, regular and responsible migration, as defined in SDG indicator 10.7.2 (box 7). Central and Southern Asia and Latin America and the Caribbean had the highest share of Governments that met or fully met the criteria for the indicator (figure 19). In both of these regions, however, data coverage was low. Oceania and Northern Africa and Western Asia were the two regions with the highest proportion of countries partially meeting or requiring further progress, followed by Eastern and South-Eastern Asia and sub-Saharan Africa.

**Box 7. Measuring indicator 10.7.2**

Indicator 10.7.2, developed by the International Organization for Migration (IOM) and the United Nations Department of Economic and Social Affairs (UN DESA), in collaboration with the Organisation for Economic Co-operation and Development (OECD), is comprised of six policy domains based on IOM's Migration Governance Framework (MiGOF). The domains are:

- Domain 1. Migrant rights

- Domain 2. Whole-of government/ Evidence based policies

- Domain 3. Cooperation and partnerships

- Domain 4. Socioeconomic well-being

- Domain 5. Mobility dimensions of crises

- Domain 6. Safe, orderly and regular migration

Each domain is informed by one question, with five subcategories. The subcategories aim to capture key aspects of migration policies at the national level, while allowing the indicator to detect variations across countries and over time. Indicator 10.7.2 is computed as the unweighted average of the values of the 30 sub-categories under the six domains, with values ranging between 0 and 100 per cent. For ease of interpretation and to summarize the results, country-level averages with values of less than 80 are coded as "requires further progress or partially meets"; while values of 80 or more are coded as "meets or fully meets". Regional and global values of indicator 10.7.2 refer to percentages of countries that "require further progress or partially meet", and "meet or fully meet" target 10.7 as conceptualised and measured by indicator 10.7.2.

Data for indicator 10.7.2 are collected through the United Nations Inquiry among Governments on Population and Development. As of September 2019, data were available for 111 countries. The data are self-reported by government entities. Indicator 10.7.2 is not designed to monitor the implementation of migration policies or to assess their impact or effectiveness (United Nations and IOM, 2019a).

Of the countries hosting 1 million or more international migrants in 2020, among those with data, 64 per cent reported meeting or fully meeting the criteria for indicator 10.7.2. However, in nearly all regions there are countries hosting large numbers of international migrants that do not have a wide range of policies to facilitate orderly, safe, regular and responsible migration. Among the countries where international migrants comprised 10 per cent or more of the total population, 55 per cent partially met or required further progress on indicator 10.7.2. Six of the ten countries where migrants comprised one quarter or more of the total population reported partially meeting or requiring further progress on the criteria for indicator 10.7.2.

## Policy measures to facilitate orderly, safe, regular and responsible migration are uneven across domains

Globally, more than three quarters of Governments with data met or fully met the criteria for domain 3 "cooperation and partnerships" of indicator 10.7.2 (figure 20). A large proportion of Governments reported having policies pertaining to this domain. Specifically, over 9 out of 10 Governments reported having an inter-ministerial coordination mechanism on migration to promote coherence across levels of government

and policy sectors (figure 21). Ninety per cent of Governments indicated that they had bilateral agreements on migration. Formal mechanisms to engage civil society and the private sector in the formulation and implementation of migration policies were reported by 74 per cent of Governments.

**Figure 19.**

Percentage of countries reporting policies that meet or fully meet the criteria for indicator 10.7.2, by region, 2019



*Source*: United Nations Department of Economic and Social Affairs, Population Division and International Organization for Migration (IOM) (2019b). SDG indicator 10.7.2. Number of countries with migration policies to facilitate orderly, safe, regular and responsible migration and mobility of people, Global and regional aggregates.

*Note*: Based on 111 countries with available data (as of 1 September 2019). Countries that meet or fully meet the criteria for indicator 10.7.2 are those that reported having migration policy measures for 80 per cent or more of the 30 sub-categories.

\* Data are available for less than 50 per cent of countries.

\*\* Data are available for less than 50 per cent of countries as well as for less than 50 per cent of the population.

Among the 111 countries with data, three quarters met or fully met the criteria for domain 6 "safe, orderly and regular migration". Specifically, 84 per cent of countries reported having provisions for the arrival of unaccompanied or separated minors; 80 per cent reported having information and awareness-raising campaigns for prospective migrants; 76 per cent had pre-arrival authorization controls; while 75 per cent indicated having a system to monitor international migrants who overstayed their visas. Nearly all Governments also reported having formal strategies to address human trafficking and migrant smuggling. More than 9 out of 10 responding Governments reported having policy measures to prevent trafficking in persons, to protect or assist the victims of human trafficking and to prosecute or criminalize human trafficking. While such policies have contributed to improving the identification of victims and the effectiveness of criminal justice responses, levels of victim detections and trafficker convictions remain low in many regions (UNODC, 2018).

**Figure 20.**

Percentage of Governments with policy measures to facilitate orderly, safe, regular and responsible migration and mobility of people, by domain, 2019



*Source*: United Nations Department of Economic and Social Affairs, Population Division and International Organization for Migration (IOM) (2019b). SDG indicator 10.7.2. Number of countries with migration policies to facilitate orderly, safe, regular and responsible migration and mobility of people, Global and regional aggregates.

*Note*: Based on 111 countries with available data (as of 1 September 2019). Data refer to countries that meet or fully meet the criteria for indicator 10.7.2 (reported having migration policy measures for 80 per cent or more of the sub-categories per domain). Of the countries that provided data, 20 per cent or more have item non-response for domain 4 of indicator 10.7.2 of 10 per cent or more.

More than two thirds of countries with data met or fully met the criteria for domain 2 "whole-of-government or evidence-based policies". More than 9 out of 10 Governments reported having a dedicated agency to implement national migration policy. Three fourths of the responding Governments also reported having a mechanism to ensure that migration policy is informed by data, appropriately disaggregated, or having an annual national report on migration that includes data collected by the Government or other sources. Formal mechanisms to ensure that migration policy was gender responsive were less prevalent, with 54 per cent of Governments reporting to have such mechanisms.

**Figure 21.**

Percentage of Governments with policy measures to facilitate orderly, safe, regular and responsible migration and mobility of people, by domain and subcategory, 2019



**Domain 1. Migrant rights**

1  Essential and/or emergency health care

2  Access to justice

3  Public education

4  Equal pay for equal work

5  Social security

**Domain 2. Whole-of government/ Evidence based policies**

1  A dedicated Government agency to implement national migration policy

2  A national policy or strategy for regular migration pathways, including labour migration

3  A national policy or strategy to promote the inclusion or integration of immigrants

4  A mechanism to ensure that migration policy is informed by data, appropriately disaggregated

5  Formal mechanisms to ensure that the migration policy is gender responsive

**Domain 3. Cooperation and partnerships**

1  An inter-ministerial coordination mechanism on migration

2  Bilateral agreements on migration, including labour migration

3  Agreements for cooperation with other countries on return and readmission

4  Regional agreements promoting mobility

5  Formal mechanisms to engage civil society and the private sector in the formulation and implementation of migration policy

**Domain 4. Socioeconomic well-being**

1  Facilitate the recognition of skills and qualifications acquired abroad

2  Promote fair and ethical recruitment of migrant workers

3  Facilitate or promote the flow of remittances

4  Align, through periodic assessments, labour migration policies with actual and projected labour market needs

5  Facilitate the portability of social security benefits

**Domain 5. Mobility dimensions of crises**

1  System for receiving, processing and identifying those forced to flee across international borders

2  Grant permission for temporary stay or temporary protection for those forcibly displaced across international borders and those unable to return

3  Contingency planning for displaced populations in terms of basic needs such as food, sanitation, education and medical care

4  Specific measures to provide assistance to citizens residing abroad in countries in crisis or post-crisis situations

5  A national disaster risk reduction strategy with specific provisions for addressing the displacement impacts of disasters

**Domain 6. Safe, orderly and regular migration**

1  Formal strategies to address trafficking in persons and migrant smuggling

2  Provisions for unaccompanied minors or separated children

3  Migration information and awareness-raising campaigns

4  Pre-arrival authorization controls

5  System to monitor visa overstays

*Source*: United Nations Department of Economic and Social Affairs, Population Division and International Organization for Migration (IOM) (2019b). SDG indicator 10.7.2. Number of countries with migration policies to facilitate orderly, safe, regular and responsible migration and mobility of people, Global and regional aggregates.

The majority of Governments with data also reported having measures to address the "mobility dimensions of crises", with 62 per cent of countries meeting or fully meeting the criteria for this domain. More than four fifths of Governments reported having a system for receiving, processing and identifying those forced to flee across international borders or for granting permission for temporary stay or temporary protection for those forcibly displaced across international borders who are unable to return. A smaller proportion of Governments (56 per cent) reported having a national disaster risk reduction strategy with specific provisions for addressing the displacement impacts of disasters.

Fifty-nine per cent of Governments with data met or fully met the criteria for domain 4 "socioeconomic well-being". With regards to the subcategories of this domain, over four fifths of Governments with data reported having policies to facilitate the recognition of skills and qualifications acquired abroad. Measures to promote the recognition of qualifications acquired abroad can reduce "brain waste" (Pires, 2009). A large share of Governments (78 per cent) also reported having measures to promote fair and ethical recruitment of migrant workers, including combatting abusive and fraudulent recruitment practices such as deception about the nature and conditions of work, retention of passports, illegal wage deductions, debt bondage linked to repayment of recruitment fees, threats to workers who want to leave their employers and instilling fears of subsequent expulsion. Two thirds of the 111 Governments with data reported having policy measures to facilitate or promote the flow of remittances. Measures to align labour migration policies with actual and projected labour market needs were reported by 66 per cent of Governments, while 60 per cent indicated that they had measures to facilitate the portability of social security benefits.

Domain 1 "migrant rights" had the lowest proportion of Governments reporting a wide range of policy measures (55 per cent) among the six domains of indicator 10.7.2 (figure 20). The prevalence of policy measures to protect migrant rights was uneven across the subcategories of the domain. More than four fifths of the responding Governments indicated that they provided non-nationals with equal access to essential or emergency health care or justice regardless of their legal immigration status. Most Governments also reported providing equal access to public education (62 per cent) regardless of immigration status. Government measures to promote equal work for equal pay regardless of immigration status, or to provide social security benefits to migrants on par with those received by nationals were less prevalent.

Further progress in this domain will be needed to achieve target 10.7 and the broader goals of the 2030 Agenda, considering that the respect, protection and fulfilment of migrant rights, regardless of migration status, are essential for ensuring that migrants become active, empowered and well-integrated members of societies.

# References

Adepoju, Aderanti (2000). Issues and recent trends in international migration in Sub-Saharan Africa. *International Social Science Journal*, vol. 52, pp. 383-394.

Adhikari, Ramesh, and others (2014). The impact of parental migration on the mental health of children left behind. *Journal of Immigrant Minority Health*, vol. 16, pp. 781-789.

Adserà, Alícia, and Ana Ferrer (2015). Immigrants and demography: Marriage, divorce, and fertility. In Handbook of the economics of international migration. B. R. Chiswick and P. W. Miller, eds., vol. 1, pp. 315–374. North Holland: Elsevier.

Alba, Francisco (2013). *Mexico: The New Migration Narrative*. Washington, DC: Migration Policy Institute.

Alfarhan, Usamah, and Samir Al-Busaidi (2019). Migrant earnings gaps in Gulf Cooperation Council countries: Employers' perceptions or opportunity costs? *International Labour Review*, vol. 158, No. 2.

Antman, Francesca M. (2015). Gender discrimination in the allocation of migrant household resources. *Journal of Population Economic*, vol. 28, pp. 565-592.

Asiedu, Edward, and Nurokinan Chimbar. (2020). Impact of remittances on male and female labor force participation patterns in Africa: Quasi-experimental evidence from Ghana. *Review of Development Econconomics*, vol. 24, No.3, pp. 1009-1026.

Audrey, Lenoël, and David Anda (2019). Leaving Work Behind? The impact of emigration on female labor force participation in Morocco. *International Migration Review*, vol. 53, No. 1, pp. 122-153.

Barone, Guglielmo, and Sauro Mocetti (2011). With a little help from abroad: The effect of low-skilled immigration on the female labour supply. *Labour Economics*, vol. 18, No. 5, pp. 664-675.

Bisin, Alberto, and others (2011). Ethnic identity and labour market outcomes of immigrants in Europe. *Economic Policy*, vol. 26, No. 65, pp. 57-92.

Boeri, Tito, and others (2012). *Brain drain and brain gain: The global competition to attract high-skilled migrants*. Oxford University Press. Available from https://doi.org/10.1093/acprof:oso/9780199654826.001.0001.

Breisinger, Clemens, and others (2020). COVID-19 and the Egyptian economy: Estimating the impacts of expected reductions in tourism, Suez Canal revenues, and remittances. MENA Policy Note 4. Washington, DC: International Food Policy Research Institute (IFPRI). Available from https://doi.org/10.2499/p15738coll2.133663.

Bussolo, Maurizio, and Denis Medvedev (2008). Do remittances have a flip side? A general equilibrium analysis of remittances, labor supply responses and policy options for Jamaica. *Journal of Economic Integration*, vol. 23, pp. 734-764.

Cangiano, Alessio, and Isabel Shutes (2010). Ageing, demand for care and the role of migrant care workers in the UK. *Population Ageing*, vol. 3, pp. 39-57.

Clemens, Michael A., Claudio E. Montenegro and Lant Pritchett (2019). The place premium: Bounding the price equivalent of migration barriers. *The Review of Economics and Statistics*, vol. 101, No. 2, pp. 201-213.

Clemens, Michael, Cindy Huang and Jimmy Graham (2018). The economic and fiscal effects of granting refugees formal labor market access. *CGD Working Paper*, No. 496. Washington, DC: Center for Global Development. Available from www.cgdev.org/publication/economic-and-fiscal-effects-granting-refugees-formal-labor-market-access.

Cortés, Patricia, and José Tessada (2011). Low-skilled immigration and the labor supply of highly skilled women. *American Economic Journal: Applied Economics*, vol. 3, No. 3, pp. 88-123.

Crush, Jonathan, and Godfrey Tawodzera (2014). Exclusion and discrimination: Zimbabwean migrant children and South African schools. *International Migration and Integration*, vol. 15, pp. 677-693.

Czaika, Mathias, and Christopher R. Parsons (2017). The gravity of high-skilled migration policies. *Demography* , vol. 54, pp. 603-630.

David, Anda, and Mohamed Marouani (2016). The Impact of Emigration on MENA Labor Markets. *ERF Policy Brief*, No. 21.

de Haas, Hein (2011). The determinants of international migration. IMI Working Papers. International Migration Institute.

Dennison, James, and Andrew Geddes (2018). Brexit and the perils of 'Europeanised' migration. *Journal of European Public Policy*, vol. 25, No. 8, pp. 1137-1153.

Diao, Xinshen, and Michael Wang (2020). Significant economic impacts due to COVID-19 and falling remittances in Myanmar. In COVID-19 and global food security. International Food Policy Research Institute (IFPRI). Chapter 13, pp. 60-62.

Docquier, Frédéric, Çağlar Özden , and Giovanni Peri (2014). The labour market effects of immigration and emigration in OECD countries. The Economic Journal, vol. 124, Issue 579, pp. 1106-1145.

Docquier, Frédéric, Giovanni Peri and Ilse Ruyssen (2014). The cross-country determinants of potential and actual migration. *International Migration Review,* vol. 48(1_suppl), pp.37-99.

Dolbin-MacNab, Megan L., and Loriena A.Yancura (2018). International perspectives on grandparents raising grandchildren: Contextual considerations for advancing global discourse. *The International Journal of Aging and Human Development*, vol. 86, No. 1, pp. 3-33.

Dreby, Joanna and Lindsay Stutz (2012). Making something of the sacrifice: Gender, migration and Mexican children's educational aspirations. *Global Networks: A Journal of Transnational Affairs,* vol. 12, No. 1, pp. 71-90.

Evans, William N., and Daniel Fitzgerald (2017). The economic and social outcomes of refugees in the United States: Evidence from the ACS. *NBER Working Paper*, No. 23498.

Farré, Lidia, Libertad González and Francesc Ortega (2011). Immigration, family responsibilities and the labor supply of skilled native women. *The B.E. Journal of Economic Analysis and Policy*, vol. 11, No. 1.

Farris, Sara R. (2015). Migrants' regular army of labour: Gender dimensions of the impact of the global economic crisis on migrant labor in Western Europe. *The Sociological Review*, vol. 63, No 1, pp. 121-143.

Ferrant, Gaëlle and Michele Tuccio (2015). South-South migration and discrimination against women in social institutions: A two-way relationship. *World Development,* vol. 72, pp. 240-254.

Flahaux, Marie-Laurence, and Hein De Haas (2016). African migration: trends, patterns, drivers. *Comparative Migration Studies*, vol. 4, No. 1. Available from https://doi.org/10.1186/s40878-015-0015-6.

Gheasi, Masood, and Peter Nijkamp (2017). A brief overview of international migration motives and impacts, with specific reference to FDI. *Economies*, vol. 5, No. 31.

Green, Paul E. (2003). The undocumented: Educating the children of migrant workers in America, *Bilingual Research Journal*, vol. 27, No. 1, pp. 51-71.

Gurak, David T., and Fe Caces (1992). Migration networks and the shaping of migration systems. In *International Migration Systems: A Global Approach*, M.M. Kritz, L.L. Lim and H. Zlotnik, eds. Oxford University Press: London.

Han, Kyung Joon (2013). Saving public pensions: Labor migration effects on pension systems in European countries. *The Social Science Journal*, vol. 50, No. 2, pp. 152-161.

Hennebry, Jenna L., and Allison J. Petrozziello (2019). Closing the gap? Gender and the Global Compacts for Migration and Refugees. *International Migration*, vol. 57, No. 6, pp. 115-138.

Hernández-León, Rubén, Víctor Zúñiga and Sarah M.Lakhani (2020). An imperfect realignment: the movement of children of immigrants and their families from the United States to Mexico. *Ethnic and Racial Studies*, vol. 43, No. 1, pp. 80-98.

Holzmann, Robert (2016). Do bilateral social security agreements deliver on the portability of pensions and health care benefits? A summary policy paper on four migration corridors between EU and non-EU Member States. *World Bank Discussion Papers*, No. 1605, Available from http://documents. worldbank. org/curated/en/380411467296864200/pdf/106186-REVISED-PUBLIC-1605.pdf.

Kalantaryan, Sona, and Simon McMahon (2020). COVID-19 and Remittances in Africa, EUR 30262 EN. *Publications Office of the European Union*, Luxembourg, 2020.

Kang, Soon-won (2010). Multicultural education and the right to education of migrant children in South Korea. *Educational Review*, vol. 62, pp. 287-300.

Karim, Mohammad Rezaul, Mohammad Tarikul Islam and Bymokesh Talukder (2020). COVID-19's impacts on migrant workers from Bangladesh: In search of policy intervention. *World Development*, vol. 136.

Kaur, Amarjit (2010). Labour migration in Southeast Asia: migration policies, labour exploitation and regulation. *Journal of the Asia Pacific Economy*, vol. 15, No. 1, pp. 6-19.

Kim, Gyuchan (2017). Migration transition in South Korea: Features and factors. *OMNES: The Journal of Multicultural Society*, vol 8, pp. 1-32.

Kim, N. (2007). The impact of remittances on labor supply: The case of Jamaica. *Policy Research Working Paper Series,* Issue 4120. The World Bank.

Kureková, Lucia (2010). Theories of migration: Conceptual review and empirical testing in the context of the EU East-West flows. CARIM Analytic and Synthetic Notes, 2010/44, Migration Summer School - Best Participant Essays Series, European University Institute Research Repository. Available from http://hdl. handle.net/1814/14049.

Longhi, Simonetta (2017). Racial wage differentials in developed countries. IZA World of Labor, 2017(365).

McKenzie, David (2017). Poverty, inequality, and international migration: Insights from 10 years of migration and development conferences. Revue d'économie du développement, vol. 25, No. 3, pp. 13-28.

Morad, Mohammad, and Devi Sacchetto (2019). Multiple migration and use of ties: Bangladeshis in Italy and Beyond. *International Migration*, vol. 58, No. 4, pp. 154-167.

Nana Oishi (2020). Skilled or unskilled? The reconfiguration of migration policies in Japan. *Journal of Ethnic and Migration Studies*. Special Issue.

Nauman, Elias, Lukas F. Stoetzer and Giuseppe Pietrantuono (2018). Attitudes towards highly-skilled and low-skilled immigration in Europe: A survey experiment in 15 European countries. European Journal of Political Research, vol. 57, No.4., pp. 1009-1030. Available from https://doi.org/10.1111/1475-6765.12264.

Nurse, Keith (2019). Migration, diasporas, remittances and the Sustainable Development Goals in Least Developed Countries. Journal of Globalization and Development, vol. 9, No. 2.

Onyuma, Samuel O. (2020). Securities Markets Development in Africa: Mobile Financial Services, Efficient Remittance Flows & Diaspora Investment Securities. Chennai: Notion Press.

Organisation for Economic Co-operation and Development (OECD) (2014). Is migration good for the economy? Migration Policy Debates, Available from www.oecd.org/migration/OECD%20Migration%20Policy%20Debates%20Numero%202.pdf.

_____ (2019). *International Migration and Displacement Trends and Policies Report to the G20*, OECD Publishing, Paris, France. Available from www.oecd.org/migration/mig/G20-migration-and-displacement-trends-and-policies-report-2019.pdf.

Organisation for Economic Co-operation and Development (OECD) (2020) International Migration Outlook 2020. OECD Publishing, Paris, France. Available from https://doi.org/10.1787/ec98f531-en.

Organisation for Economic Co-operation and Development (OECD) (2019). International Migration and Displacement Trends and Policies Report to the G20, OECD Publishing, Paris, France. Available from www.oecd.org/migration/mig/G20-migration-and-displacement-trends-and-policies-report-2019.pdf.

Ottaviano, Gianmarco I. P., Giovanni Peri and Greg C. Wright (2013). Immigration, offshoring, and American jobs., *American Economic Review*, vol. 103, No 5, pp. 1925-59.

Oucho, John O. (2006). Cross-border migration and regional initiatives in managing migration in southern Africa., In *Migration in South and Southern Africa*, Pieter Kok, Derik Gelderblom, John O. Oucho and Johan van Zyl, eds. Pretoria: HSRC Press.

Paul, Anju (2015). Capital and mobility in the stepwise international migrations of Filipino migrant domestic workers. *Migration Studies*, vol. 3, No. 3, pp. 438-459.

Pieterse, Jan Nederveen (2017). *Multipolar Globalization: Emerging Economies and Development*. London: Routledge.

Pires, Armando. (2009). Brain drain and brain waste. *Journal of Economic Development*, vol. 40, No. 1, pp. 1-34.

Portes, Alejandro, and Alejandro Rivas (2011). The adaptation of migrant children. *The Future of Children*, vol. 21, no. 1.

Pritchett, Lant, and Farah Hani (2019). The economics of international wage differentials and migration. *Oxford Research Encyclopedia of Economics and Finance,* Oxford University Press.

Ratha, Dilip (2005). Remittances: A lifeline for development. Finance and Development, vol. 42, No. 4. Available from www.imf.org/external/pubs/ft/fandd/2005/12/basics.htm#:~:text=How%20are%20 remittances%20used%3F&text=Remittance%20flows%20tend%20to%20be,capital%20flows%20 tend%20to%20decrease.

Ruhs, Martin, and Carlos Vargas-Silva (2018). The Labour Market Effects of Immigration. Migration Observatory briefing, COMPAS. University of Oxford: United Kingdom.

Seol, Dong-Hoon (2018). Population aging and international migration policy in South Korea. *Journal of the Korean Welfare State and Social Policy*, vol. 2, No.2, pp. 73-108.

Shah, Nasra M. (2013). Labour Migration from Asian to GCC Countries: Trends, Patterns and Policies. *Middle East Law and Governance*, vol. 5, No. 1 and 2.

Strabac, Zan, Marko Valenta and Mouawiya Al Awad (2018). Temporary labour migration to United Arab Emirates: A complex story. *Migration and Development*, vol. 7, No. 3, pp. 352-365.

Todaro, Michael Paul (1969). A model of labor migration and urban unemployment in less developed countries. *The American Economic Review*, vol. 59, pp. 138-148.

Trenz, Hans-Jörg, and Anna Triandafyllidou (2017). Complex and dynamic integration processes in Europe: Intra EU mobility and international migration in times of recession. *Journal of Ethnic and Migration Studies*, vol. 43, No. 4, pp. 546-559.

United Nations Department of Economic and Social Affairs, Statistics Division (2017). *Handbook on Measuring International Migration through Population Censuses*. Available from https://unstats.un.org/ unsd/statcom/48th-session/documents/BG-4a-Migration-Handbook-E.pdf.

United Nations Department of Economic and Social Affairs, Population Division (2019). Living arrangements of older persons around the world. Population Facts, No. 2019/2. Available from www.un.org/en/ development/desa/population/publications/pdf/popfacts/PopFacts_2019-2.pdf.

United Nations (2020a). *Policy brief: COVID-19 and people on the move*. Available from www.un.org/sites/ un2.un.org/files/sg_policy_brief_on_people_on_the_move.pdf.

United Nations Department of Economic and Social Affairs, Population Division (2020b). *International Migrant Stock 2020.* Available from https://www.un.org/development/desa/pd/content/international-migrant-stock.

United Nations Department of Economic and Social Affairs (2020c). *World Social Report 2020: Inequality in a rapidly changing world.* (ST/ESA/372). Available from www.un.org/development/desa/dspd/wp-content/uploads/sites/22/2020/01/World-Social-Report-2020-FullReport.pdf.

United Nations Department of Economic and Social Affairs, Population Division (2020d). *World Population Policies 2019.* (ST/ESA/SER.A/442). Available from www.un.org/en/development/desa/population/ publications/pdf/policy/World_Population_Policies_2019.pdf.

United Nations Department of Economics and Social Affairs, Population Division and International Organization for Migration (IOM) (2019a). Development, validation and testing of a methodology for SDG indicator 10.7.2 on migration policies. Technical Paper No. 2019/03.

United Nations Department of Economic and Social Affairs, Population Division and International Organization for Migration (IOM) (2019b). SDG indicator 10.7.2. Number of countries with migration policies to facilitate orderly, safe, regular and responsible migration and mobility of people, Global and regional aggregates. Available from www.un.org/ development/desa/pd/data/sdg-indicator-1072-migration-policies.

United Nations Entity for Gender Equality and the Empowerment of Women (UN Women) (2017). Women migrant workers' contributions to development. Policy brief No.2, Available from www.unwomen.org/-/media/headquarters/attachments/sections/library/publications/2017/policy-brief-women-migrant-workers-contributions-to-development-en.pdf?la=en&vs=5117.

United Nations High Commissioner for Refugees (UNHCR) (2020). *Global trends: Forced displacement 2019.* Geneva: Switzerland. Available from www.unhcr.org/globaltrends2019/.

United Nations Human Settlements Programme (UN-Habitat) (2020). *World Cities Report 2020.* Available from https://unhabitat.org/sites/default/files/2020/10/wcr_2020_report.pdf.

United Nations Office on Drugs and Crime (UNODC) (2018). *Global Report on Trafficking in Persons 2018.* Sales No. E.19.IV.2. Available from www.unodc.org/documents/data-and-analysis/glotip/2018/GLOTiP_2018_BOOK_web_small.pdf.

United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA) (2020). UNRWA in Figures as of 31 December 2019. Available from www.unrwa.org/sites/default/files/content/resources/unrwa_in_figures_2020_eng_v2_final.pdf

Valenta, Marko (2020). Itinerant labour: Conceptualising circular, serial and stepwise migrations to the Arab Gulf and onwards. *Migration and Development.* DOI: 10.1080/21632324.2020.1810897.

Van Hear, Nicholas (2014). Refugees, diasporas, and transnationalism. In The Oxford Handbook of Refugee and Forced Migration Studies, Elena Fiddian-Qasmiyeh, Gil Loescher, Katy Long and Nando Sigona, eds. Oxford University Press.

Van Hear, Nicholas, Rebecca Brubaker and Thais Bessa (2009). *Managing mobility for human development: The growing salience of mixed migration.* Human Development Research Paper (HDRP) Series, vol. 20, No. 2009.

Vargas-Silva, Carlos (2017). Remittances sent to and from the forcibly displaced. The Journal of Development Studies, vol. 53, No. 11, pp. 1835-1848.

Woldemicael, Gebremariam, and Roderic Beaujot (2012). Fertility behavior of immigrants in Canada: Converging trends. *Journal of International Migration and Integration*, vol. 13, No. 3, pp. 325-341.

World Bank (2020a). COVID-19 crisis through a migration lens. Migration and Development Brief 32. Available from www.worldbank.org/en/news/press-release/2020/04/22/world-bank-predicts-sharpest-decline-of-remittances-in-recent-history.

_____ (2020b). COVID-19: Remittance flows to shrink 14% by 2021. Migration and Development Brief 33. Available at www.worldbank.org/en/news/press-release/2020/10/29/covid-19-remittance-flows-to-shrink-14-by-2021.

Zelinsky, Wilbur (1971). The Hypothesis of the Mobility Transition. Geographical Review, vol. 61, No. 2, pp. 219–249.

# Annex table

# International migrant stock 2020

| Region, development group, country or area | Notes | Location code | Type of data | Destination — International migrant stock at mid-year, both sexes combined | Destination — International migrant stock as a percentage of the total population, both sexes combined | Destination — Refugee and asylum seekers at mid-year, both sexes combined | Destination — Female migrants as a percentage of the international migrant stock | Destination — Median age at mid-year, both sexes combined | Origin — International migrant stock at mid-year, both sexes combined |
|---|---|---|---|---|---|---|---|---|---|
| **WORLD** | | **900** | | **280 598 105** | **3.6** | **33 807 795** | **48.1** | **39.1** | **280 598 105** |
| Sub-Saharan Africa | | 947 | | 22 221 538 | | 5 893 738 | 47.6 | 31.0 | 28 284 538 |
| Northern Africa and Western Asia | | 1833 | | 49 767 746 | 9.5 | 13 481 636 | 35.8 | 34.2 | 37 563 820 |
| Central and Southern Asia | | 921 | | 19 427 576 | 1.0 | 3 569 787 | 49.9 | 39.5 | 51 229 549 |
| Eastern and South-Eastern Asia | | 1832 | | 19 591 106 | 0.8 | 656 437 | 49.4 | 35.7 | 38 400 740 |
| Latin America and the Caribbean | | 1830 | | 14 794 623 | 2.3 | 4 797 904 | 49.5 | 31.2 | 42 890 481 |
| Oceania (excluding Australia and New Zealand) | | 1835 | | 313 069 | 2.5 | 11 042 | 47.1 | 39.8 | 565 281 |
| Australia and New Zealand | | 927 | | 9 067 584 | 29.9 | 157 455 | 50.6 | 42.0 | 1 404 924 |
| Europe and Northern America | | 1829 | | 145 414 863 | 13.0 | 5 239 796 | 51.7 | 43.8 | 67 601 621 |
| Developed regions | | 901 | | 157 253 443 | 12.4 | 5 427 839 | 51.6 | 43.6 | 69 815 370 |
| Less developed regions | | 902 | | 123 344 662 | 1.9 | 28 379 956 | 43.6 | 34.1 | 198 125 584 |
| Less developed regions, excluding least developed countries | | 934 | | 107 159 937 | 2.0 | 21 512 833 | 42.6 | 34.8 | 150 520 987 |
| Less developed regions, excluding China | | 948 | | 118 939 005 | 2.4 | 28 075 783 | 43.2 | 33.8 | 186 511 434 |
| Least developed countries | | 941 | | 16 184 725 | 1.5 | 6 867 123 | 50.4 | 28.5 | 47 604 597 |
| Land-locked Developing Countries (LLDC) | | 1636 | | 15 022 720 | 2.8 | 3 638 192 | 51.6 | 33.4 | 35 277 768 |
| Small island developing States (SIDS) | | 1637 | | 5 678 001 | 7.9 | 135 125 | 47.0 | 39.7 | 11 559 408 |
| High-income countries | | 1503 | | 181 897 756 | 14.7 | 6 139 080 | 47.6 | 41.2 | 52 808 019 |
| Middle-income countries | | 1517 | | 85 895 533 | 1.5 | 21 605 961 | 48.8 | 35.8 | 177 395 834 |
| Upper-middle-income countries | | 1502 | | 57 383 443 | 2.0 | 14 748 625 | 47.9 | 34.1 | 87 648 518 |
| Lower-middle-income countries | | 1501 | | 28 512 090 | 1.0 | 6 857 336 | 50.4 | 39.8 | 89 747 316 |
| Low-income countries | | 1500 | | 12 232 043 | 1.9 | 6 062 743 | 50.6 | 28.0 | 37 419 672 |
| **AFRICA** | | **903** | | **25 389 464** | **1.9** | **7 448 261** | **47.1** | **31.0** | **40 567 163** |
| **Eastern Africa** | | **910** | | **7 682 801** | **1.7** | **3 632 538** | **49.9** | **27.0** | **12 027 289** |
| Burundi | | 108 | B R | 344 767 | 2.9 | 87 476 | 50.7 | 30.6 | 551 105 |
| Comoros | | 174 | B | 12 496 | 1.4 | ~ | 51.6 | 35.8 | 150 823 |
| Djibouti | | 262 | B | 119 738 | 12.1 | 30 794 | 47.5 | 30.9 | 18 365 |
| Eritrea | | 232 | I R | 13 934 | 0.4 | 199 | 43.9 | 29.9 | 802 822 |
| Ethiopia | | 231 | B R | 1 085 517 | 0.9 | 734 812 | 50.5 | 22.1 | 946 129 |
| Kenya | | 404 | B R | 1 050 147 | 2.0 | 489 747 | 49.5 | 31.3 | 535 348 |
| Madagascar | | 450 | C R | 35 563 | 0.1 | 249 | 43.0 | 40.1 | 193 526 |
| Malawi | | 454 | B R | 191 362 | 1.0 | 44 385 | 51.1 | 33.4 | 311 052 |
| Mauritius* | | 480 | C | 28 893 | 2.3 | 27 | 44.6 | 42.9 | 182 973 |
| Mayotte* | 1 | 175 | B R | 111 540 | 40.9 | ~ | 53.7 | 34.1 | 6 767 |
| Mozambique* | | 508 | B R | 338 850 | 1.1 | 25 691 | 51.2 | 31.3 | 640 160 |
| Réunion* | 2 | 638 | B | 131 769 | 14.7 | ~ | 49.3 | 31.2 | 3 064 |
| Rwanda | | 646 | B R | 513 907 | 4.0 | 145 552 | 49.4 | 25.6 | 492 489 |
| Seychelles | | 690 | B | 13 050 | 13.3 | ~ | 30.0 | 39.8 | 29 258 |
| Somalia | | 706 | I R | 58 590 | 0.4 | 35 672 | 44.9 | 28.3 | 2 034 221 |
| South Sudan | | 728 | B R | 882 252 | 7.9 | 301 995 | 49.7 | 28.0 | 2 575 870 |
| Uganda | | 800 | B R | 1 720 313 | 3.8 | 1 381 122 | 51.9 | 15.7 | 781 440 |
| United Republic of Tanzania* | | 834 | B R | 426 017 | 0.7 | 271 729 | 50.0 | 34.2 | 327 863 |
| Zambia | | 894 | B R | 187 955 | 1.0 | 62 596 | 48.1 | 34.3 | 200 700 |

| Region, development group, country or area | Notes | Location code | Type of data | Destination | | | | | Origin |
|---|---|---|---|---|---|---|---|---|---|
| | | | | International migrant stock at mid-year, both sexes combined | International migrant stock as a percentage of the total population, both sexes combined | Refugee and asylum seekers at mid-year, both sexes combined | Female migrants as a percentage of the international migrant stock | Median age at mid-year, both sexes combined | International migrant stock at mid-year, both sexes combined |
| Zimbabwe | | 716 | B R | 416 141 | 2.8 | 20 492 | 43.2 | 39.0 | 1 243 314 |
| **Middle Africa** | | **911** | **B R** | **3 861 568** | **2.2** | **1 493 673** | **47.4** | **31.1** | **4 420 662** |
| Angola | | 24 | B R | 656 434 | 2.0 | 55 994 | 49.5 | 34.0 | 668 066 |
| Cameroon | | 120 | B R | 579 209 | 2.2 | 416 208 | 50.6 | 26.6 | 441 015 |
| Central African Republic | | 140 | C R | 88 546 | 1.8 | 7 486 | 47.6 | 32.4 | 816 668 |
| Chad | | 148 | B R | 547 494 | 3.3 | 446 431 | 54.4 | 30.1 | 222 303 |
| Congo | | 178 | B R | 387 606 | 7.0 | 40 086 | 45.5 | 32.4 | 223 767 |
| Democratic Republic of the Congo | | 180 | B R | 952 871 | 1.1 | 526 931 | 51.8 | 31.0 | 1 832 069 |
| Equatorial Guinea | | 226 | C | 230 618 | 16.4 | ~ | 22.9 | 31.2 | 128 774 |
| Gabon | | 266 | B R | 416 651 | 18.7 | 537 | 35.7 | 31.0 | 48 392 |
| Sao Tome and Principe | | 678 | C | 2 139 | 1.0 | ~ | 50.1 | 42.0 | 39 608 |
| **Northern Africa** | | **912** | **B R** | **3 167 926** | **1.3** | **1 554 523** | **43.6** | **30.9** | **12 282 625** |
| Algeria | | 12 | B R | 250 378 | 0.6 | 100 270 | 47.2 | 39.3 | 2 022 337 |
| Egypt | | 818 | B R | 543 937 | 0.5 | 324 736 | 46.8 | 33.1 | 3 610 461 |
| Libya | | 434 | C R | 826 537 | 12.0 | 45 458 | 28.2 | 33.8 | 185 518 |
| Morocco | | 504 | B R | 102 358 | 0.3 | 9 756 | 48.5 | 35.1 | 3 262 222 |
| Sudan | 3 | 729 | B R | 1 379 147 | 3.1 | 1 071 034 | 50.3 | 21.7 | 2 104 887 |
| Tunisia | | 788 | C R | 60 145 | 0.5 | 3 269 | 47.7 | 38.2 | 902 268 |
| Western Sahara | | 732 | I | 5 424 | 0.9 | ~ | 40.9 | 37.0 | 194 932 |
| **Southern Africa** | | **913** | | **3 125 072** | **4.6** | **286 093** | **43.3** | **34.2** | **1 278 435** |
| Botswana | | 72 | B R | 110 268 | 4.7 | 1 268 | 43.0 | 34.7 | 63 561 |
| Eswatini | | 748 | B R | 32 858 | 2.8 | 1 921 | 48.5 | 36.9 | 50 039 |
| Lesotho | | 426 | C R | 12 060 | 0.6 | 226 | 45.8 | 33.4 | 202 164 |
| Namibia | | 516 | B R | 109 391 | 4.3 | 5 097 | 46.0 | 35.5 | 47 770 |
| South Africa | | 710 | B R | 2 860 495 | 4.8 | 277 581 | 43.1 | 34.1 | 914 901 |
| **Western Africa** | | **914** | | **7 552 097** | **1.9** | **481 434** | **47.0** | **32.3** | **10 558 152** |
| Benin | | 204 | C B R | 394 276 | 3.3 | 1 624 | 52.9 | 28.6 | 681 827 |
| Burkina Faso | | 854 | B R | 723 989 | 3.5 | 25 902 | 52.4 | 30.1 | 1 599 347 |
| Cabo Verde | | 132 | B R | 15 788 | 2.8 | ~ | 49.4 | 40.4 | 187 558 |
| Côte d'Ivoire | | 384 | C B R | 2 564 857 | 9.7 | 2 190 | 44.6 | 38.5 | 1 149 298 |
| Gambia | | 270 | B R | 215 659 | 8.9 | 4 517 | 47.2 | 30.9 | 139 210 |
| Ghana | | 288 | B R | 476 412 | 1.5 | 13 463 | 46.6 | 32.3 | 1 004 324 |
| Guinea | | 324 | C B R | 121 437 | 0.9 | 6 956 | 41.2 | 26.3 | 550 790 |
| Guinea-Bissau | | 624 | B R | 17 945 | 0.9 | 1 888 | 50.6 | 26.2 | 111 790 |
| Liberia | | 430 | B R | 87 947 | 1.7 | 8 254 | 42.4 | 31.2 | 233 564 |
| Mali | | 466 | B R | 485 829 | 2.4 | 27 678 | 49.3 | 32.0 | 1 303 511 |
| Mauritania | | 478 | C R | 182 286 | 3.9 | 86 458 | 43.4 | 23.8 | 130 226 |
| Niger | | 562 | B R | 348 056 | 1.4 | 217 925 | 53.5 | 28.6 | 399 707 |
| Nigeria | | 566 | C R | 1 308 568 | 0.6 | 55 199 | 45.5 | 29.8 | 1 670 455 |
| Saint Helena* | 4 | 654 | C | 437 | 7.2 | ~ | 30.0 | .. | 4 885 |
| Senegal | | 686 | B R | 274 929 | 1.6 | 16 273 | 47.0 | 26.2 | 693 765 |
| Sierra Leone | | 694 | B R | 53 746 | 0.7 | 443 | 43.4 | 29.6 | 152 486 |
| Togo | | 768 | C R | 279 936 | 3.4 | 12 664 | 49.3 | 24.7 | 545 409 |
| **ASIA** | | **935** | | **85 618 502** | **1.8** | **16 153 337** | **41.8** | **35.5** | **114 911 484** |
| **Central Asia** | | **5500** | | **5 564 042** | **7.5** | **6 499** | **51.7** | **42.1** | **7 835 504** |
| Kazakhstan | | 398 | B R | 3 732 073 | 19.9 | 742 | 50.4 | 38.2 | 4 203 899 |
| Kyrgyzstan | | 417 | B R | 199 011 | 3.1 | 517 | 59.6 | 43.7 | 774 377 |
| Tajikistan | | 762 | B R | 276 031 | 2.9 | 5 204 | 56.8 | 53.8 | 586 851 |

Venezuela_AR_001386

*International Migration 2020 Highlights*

| Region, development group, country or area | Notes | Location code | Type of data | International migrant stock at mid-year, both sexes combined | International migrant stock as a percentage of the total population, both sexes combined | Refugee and asylum seekers at mid-year, both sexes combined | Female migrants as a percentage of the international migrant stock | Median age at mid-year, both sexes combined | International migrant stock at mid-year, both sexes combined |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Destination** | | | | | **Origin** |
| Turkmenistan | | 795 | B R | 194 920 | 3.2 | 22 | 52.6 | 53.5 | 242 554 |
| Uzbekistan | | 860 | B R | 1 162 007 | 3.5 | 14 | 53.2 | 50.6 | 2 027 823 |
| **Eastern Asia** | | **906** | | **8 975 729** | **0.5** | **363 563** | **52.3** | **40.0** | **14 820 004** |
| China* | | 156 | C | 1 039 675 | 0.1 | 304 041 | 38.6 | 35.4 | 10 461 170 |
| China, Hong Kong SAR* | | 344 | B R | 2 962 492 | 39.5 | 130 | 62.6 | 49.5 | 1 007 788 |
| China, Macao SAR* | | 446 | B | 403 490 | 62.1 | ~ | 53.6 | 45.5 | 145 192 |
| China, Taiwan Province of China* | | 158 | | .. | .. | ~ | .. | .. | .. |
| Dem. People's Republic of Korea | | 408 | I | 49 549 | 0.2 | ~ | 50.2 | 41.2 | 110 377 |
| Japan | | 392 | C | 2 770 996 | 2.2 | 30 588 | 51.4 | 38.2 | 808 825 |
| Mongolia | | 496 | C R | 21 345 | 0.7 | 10 | 33.2 | 36.7 | 82 098 |
| Republic of Korea | | 410 | C R | 1 728 182 | 3.4 | 28 792 | 44.5 | 31.5 | 2 204 554 |
| **South-Eastern Asia** | | **920** | | **10 615 377** | **1.6** | **292 874** | **46.8** | **32.8** | **23 580 736** |
| Brunei Darussalam | | 96 | B | 111 959 | 25.6 | ~ | 43.4 | 36.6 | 45 340 |
| Cambodia | | 116 | B R | 79 341 | 0.5 | 27 | 46.1 | 35.6 | 1 104 819 |
| Indonesia | | 360 | B R | 355 505 | 0.1 | 13 657 | 41.9 | 31.0 | 4 601 369 |
| Lao People's Democratic Republic | | 418 | C R | 48 731 | 0.7 | ~ | 35.6 | 35.8 | 1 296 051 |
| Malaysia* | | 458 | C R | 3 476 560 | 10.7 | 179 744 | 38.0 | 28.2 | 1 860 037 |
| Myanmar | | 104 | C | 76 446 | 0.1 | ~ | 45.2 | 36.5 | 3 711 751 |
| Philippines | | 608 | C R | 225 525 | 0.2 | 1 023 | 48.1 | 33.6 | 6 094 307 |
| Singapore | | 702 | B | 2 523 648 | 43.1 | ~ | 55.9 | 44.8 | 348 464 |
| Thailand | | 764 | B R | 3 632 496 | 5.2 | 98 418 | 49.8 | 31.9 | 1 086 985 |
| Timor-Leste | | 626 | B R | 8 399 | 0.6 | ~ | 39.6 | 31.4 | 39 588 |
| Viet Nam | | 704 | C R | 76 767 | 0.1 | ~ | 42.1 | 37.5 | 3 392 025 |
| **Southern Asia** | | **5501** | | **13 863 534** | **0.7** | **3 563 288** | **49.2** | **38.5** | **43 394 045** |
| Afghanistan | | 4 | B R | 144 098 | 0.4 | 72 479 | 52.0 | 25.6 | 5 853 838 |
| Bangladesh | | 50 | B R | 2 115 408 | 1.3 | 854 820 | 48.3 | 30.0 | 7 401 763 |
| Bhutan | | 64 | B | 53 612 | 6.9 | ~ | 15.1 | 33.4 | 51 998 |
| India | | 356 | B R | 4 878 704 | 0.4 | 207 334 | 53.4 | 48.0 | 17 869 492 |
| Iran (Islamic Republic of) | | 364 | C R | 2 797 235 | 3.3 | 979 468 | 45.7 | 21.8 | 1 325 113 |
| Maldives | | 462 | C | 70 079 | 13.0 | ~ | 12.3 | 33.8 | 3 715 |
| Nepal | | 524 | B R | 487 564 | 1.7 | 19 634 | 69.9 | 37.8 | 2 599 701 |
| Pakistan | | 586 | B R | 3 276 580 | 1.5 | 1 428 147 | 44.7 | 46.1 | 6 328 400 |
| Sri Lanka | | 144 | B R | 40 254 | 0.2 | 1 406 | 47.3 | 26.6 | 1 960 025 |
| **Western Asia** | | **922** | | **46 599 820** | **16.7** | **11 927 113** | **35.3** | **34.4** | **25 281 195** |
| Armenia | | 51 | B R | 190 349 | 6.4 | 18 158 | 59.0 | 52.5 | 958 190 |
| Azerbaijan* | | 31 | B R | 252 228 | 2.5 | 1 288 | 52.0 | 44.8 | 1 163 922 |
| Bahrain | | 48 | C R | 936 094 | 55.0 | 312 | 25.8 | 36.1 | 58 270 |
| Cyprus* | | 196 | B | 190 366 | 15.8 | 31 168 | 55.0 | 34.4 | 173 210 |
| Georgia* | | 268 | B R | 79 368 | 2.0 | 2 486 | 56.1 | 36.7 | 861 077 |
| Iraq | | 368 | C R | 365 766 | 0.9 | 286 930 | 44.9 | 27.4 | 2 077 976 |
| Israel | | 376 | B R | 1 953 575 | 22.6 | 54 611 | 54.6 | 56.2 | 358 691 |
| Jordan | | 400 | C R | 3 457 691 | 33.9 | 3 017 401 | 49.2 | 20.5 | 814 909 |
| Kuwait | | 414 | C R | 3 110 159 | 72.8 | 1 765 | 33.7 | 37.0 | 212 271 |
| Lebanon | | 422 | B R | 1 712 762 | 25.1 | 1 404 312 | 51.0 | 29.4 | 856 814 |
| Oman | | 512 | C R | 2 372 836 | 46.5 | 563 | 16.4 | 33.7 | 25 099 |
| Qatar | | 634 | C | 2 226 192 | 77.3 | 303 | 17.2 | 34.2 | 25 705 |
| Saudi Arabia | | 682 | C R | 13 454 842 | 38.6 | 2 651 | 31.4 | 36.9 | 299 268 |
| State of Palestine* | 5 | 275 | B | 272 784 | 5.3 | 2 319 073 | 54.3 | 32.9 | 4 022 791 |

| Region, development group, country or area | Notes | Location code | Type of data | Destination | | | | | Origin |
| | | | | International migrant stock at mid-year, both sexes combined | International migrant stock as a percentage of the total population, both sexes combined | Refugee and asylum seekers at mid-year, both sexes combined | Female migrants as a percentage of the international migrant stock | Median age at mid-year, both sexes combined | International migrant stock at mid-year, both sexes combined |
|---|---|---|---|---|---|---|---|---|---|
| Syrian Arab Republic | | 760 | C R | 868 711 | 5.0 | 590 594 | 50.2 | 35.4 | 8 457 214 |
| Turkey | | 792 | B R | 6 052 652 | 7.2 | 3 907 788 | 48.4 | 32.0 | 3 411 408 |
| United Arab Emirates | | 784 | C | 8 716 332 | 88.1 | 8 517 | 26.3 | 32.7 | 203 214 |
| Yemen | | 887 | C R | 387 113 | 1.3 | 279 193 | 42.3 | 31.8 | 1 301 166 |
| EUROPE | | 908 | | 86 706 068 | 11.6 | 3 851 712 | 51.6 | 43.4 | 63 273 663 |
| Eastern Europe | | 923 | | 20 835 402 | 7.1 | 106 411 | 52.1 | 45.4 | 32 194 352 |
| Belarus | | 112 | B | 1 067 090 | 11.3 | 2 877 | 54.2 | 51.6 | 1 483 626 |
| Bulgaria | | 100 | B | 184 363 | 2.7 | 21 521 | 50.3 | 32.5 | 1 683 074 |
| Czechia | | 203 | C | 540 921 | 5.1 | 3 725 | 42.1 | 39.2 | 1 026 108 |
| Hungary | | 348 | B | 584 567 | 6.1 | 6 006 | 48.2 | 40.6 | 714 420 |
| Poland | | 616 | B | 817 254 | 2.2 | 17 464 | 52.2 | 45.1 | 4 825 096 |
| Republic of Moldova* | | 498 | B | 104 438 | 2.6 | 530 | 59.1 | 51.7 | 1 159 443 |
| Romania | | 642 | B | 705 310 | 3.7 | 4 804 | 45.1 | 23.8 | 3 987 093 |
| Russian Federation | | 643 | B | 11 636 911 | 8.0 | 43 895 | 50.9 | 45.7 | 10 756 697 |
| Slovakia | | 703 | B | 197 161 | 3.6 | 987 | 49.0 | 49.2 | 419 651 |
| Ukraine* | | 804 | B | 4 997 387 | 11.4 | 4 602 | 57.0 | 47.9 | 6 139 144 |
| Northern Europe | | 924 | | 14 973 861 | 14.1 | 623 507 | 51.5 | 39.2 | 7 884 780 |
| Channel Islands* | 6 | 830 | B | 84 087 | 48.4 | ~ | 52.2 | 44.4 | 17 158 |
| Denmark* | 7 | 208 | B | 717 574 | 12.4 | 38 992 | 50.6 | 37.5 | 257 025 |
| Estonia | | 233 | B | 199 277 | 15.0 | 373 | 56.5 | 61.3 | 206 631 |
| Faroe Islands* | 8 | 234 | B | 6 812 | 13.9 | ~ | 48.0 | 31.4 | 12 927 |
| Finland* | | 246 | B | 386 052 | 7.0 | 31 808 | 48.5 | 36.7 | 311 889 |
| Iceland | | 352 | B | 65 424 | 19.2 | 1 323 | 45.4 | 33.4 | 43 251 |
| Ireland | | 372 | B | 871 256 | 17.6 | 15 680 | 50.1 | 36.5 | 734 317 |
| Isle of Man* | 9 | 833 | B | 43 040 | 50.6 | ~ | 51.2 | 53.5 | 12 032 |
| Latvia | | 428 | B | 239 422 | 12.7 | 724 | 59.5 | 64.1 | 380 010 |
| Lithuania | | 440 | B | 145 184 | 5.3 | 2 250 | 49.6 | 57.1 | 658 057 |
| Norway* | | 578 | B | 852 238 | 15.7 | 55 426 | 48.5 | 37.6 | 191 392 |
| Sweden | | 752 | B | 2 003 908 | 19.8 | 281 869 | 49.7 | 39.9 | 327 581 |
| United Kingdom* | 10 | 826 | B | 9 359 587 | 13.8 | 195 062 | 52.3 | 38.9 | 4 732 510 |
| Southern Europe | | 925 | | 17 665 688 | 11.6 | 684 556 | 52.7 | 42.4 | 14 017 111 |
| Albania | | 8 | | 48 810 | 1.7 | 131 | 49.0 | 18.6 | 1 250 451 |
| Andorra | | 20 | C | 45 574 | 59.0 | ~ | 48.8 | 48.4 | 11 132 |
| Bosnia and Herzegovina | | 70 | I R | 36 042 | 1.1 | 5 974 | 53.2 | 39.7 | 1 687 639 |
| Croatia | | 191 | B | 528 056 | 12.9 | 1 383 | 53.5 | 54.8 | 1 039 526 |
| Gibraltar* | 11 | 292 | B | 11 190 | 33.2 | ~ | 49.5 | 35.3 | 13 389 |
| Greece | | 300 | B | 1 340 456 | 12.9 | 186 166 | 52.1 | 43.5 | 1 088 507 |
| Holy See* | | 336 | I | 809 | 100.0 | ~ | 54.0 | .. | 174 |
| Italy | | 380 | B | 6 386 998 | 10.6 | 254 665 | 53.6 | 41.3 | 3 258 831 |
| Malta | | 470 | B | 114 760 | 26.0 | 12 601 | 42.4 | 35.3 | 102 793 |
| Montenegro | | 499 | B | 70 999 | 11.3 | 1 151 | 60.6 | 47.5 | 132 965 |
| North Macedonia | | 807 | B | 131 311 | 6.3 | 433 | 58.3 | 51.4 | 693 896 |
| Portugal | | 620 | B | 1 001 963 | 9.8 | 3 466 | 52.1 | 43.5 | 2 081 419 |
| San Marino | | 674 | C | 5 543 | 16.3 | ~ | 46.0 | 35.1 | 2 407 |
| Serbia* | | 688 | B | 823 011 | 9.4 | 26 715 | 56.0 | 58.9 | 1 003 962 |
| Slovenia | | 705 | B | 277 964 | 13.4 | 1 080 | 41.4 | 49.2 | 160 197 |
| Spain* | | 724 | B | 6 842 202 | 14.6 | 190 791 | 52.2 | 40.8 | 1 489 823 |

| Region, development group, country or area | Notes | Location code | Type of data | Destination | | | | | Origin |
|---|---|---|---|---|---|---|---|---|---|
| | | | | International migrant stock at mid-year, both sexes combined | International migrant stock as a percentage of the total population, both sexes combined | Refugee and asylum seekers at mid-year, both sexes combined | Female migrants as a percentage of the international migrant stock | Median age at mid-year, both sexes combined | International migrant stock at mid-year, both sexes combined |
| Western Europe | | 926 | | 33 231 117 | 16.9 | 2 437 238 | 50.7 | 45.3 | 9 177 420 |
| Austria | | 40 | B | 1 738 183 | 19.3 | 162 680 | 51.2 | 41.5 | 600 740 |
| Belgium | | 56 | B | 2 005 479 | 17.3 | 72 570 | 50.9 | 41.9 | 577 463 |
| France* | 12 | 250 | B | 8 524 876 | 13.1 | 510 080 | 51.5 | 47.8 | 2 341 908 |
| Germany | | 276 | B | 15 762 457 | 18.8 | 1 455 947 | 49.9 | 45.7 | 3 855 268 |
| Liechtenstein | | 438 | B | 25 877 | 67.9 | 162 | 51.2 | 44.0 | 3 706 |
| Luxembourg | | 442 | B | 298 062 | 47.6 | 4 357 | 49.1 | 42.3 | 81 757 |
| Monaco | | 492 | B | 26 601 | 67.8 | 22 | 51.5 | 54.7 | 32 552 |
| Netherlands* | 13 | 528 | B | 2 358 333 | 13.8 | 110 052 | 51.9 | 42.3 | 970 403 |
| Switzerland | | 756 | B | 2 491 249 | 28.8 | 121 368 | 50.9 | 43.8 | 713 623 |
| LATIN AMERICA AND THE CARIBBEAN | | 904 | | 14 794 623 | 2.3 | 4 797 904 | 49.5 | 31.2 | 42 890 481 |
| Caribbean | | 915 | | 1 605 148 | 3.7 | 96 115 | 46.9 | 34.8 | 9 078 772 |
| Anguilla* | 14 | 660 | B R | 5 715 | 38.1 | 11 | 52.7 | 35.0 | 2 505 |
| Antigua and Barbuda | | 28 | B | 29 386 | 30.0 | ~ | 55.4 | 40.2 | 66 561 |
| Aruba* | 15 | 533 | B R | 53 593 | 50.2 | 17 008 | 54.6 | 40.8 | 21 456 |
| Bahamas | | 44 | B R | 63 583 | 16.2 | 30 | 49.4 | 40.1 | 53 793 |
| Barbados | | 52 | B R | 34 869 | 12.1 | 7 | 55.1 | 42.7 | 99 611 |
| Bonaire, Sint Eustatius and Saba* | 16 | 535 | B | 26 221 | 100.0 | ~ | .. | .. | 8 148 |
| British Virgin Islands* | 18 | 92 | B R | 22 164 | 73.3 | ~ | 51.8 | 38.3 | 5 355 |
| Cayman Islands* | 19 | 136 | C R | 29 242 | 44.5 | 101 | 48.6 | 41.7 | 1 908 |
| Cuba | | 192 | B | 3 024 | 0.0 | 270 | 56.6 | 49.6 | 1 757 300 |
| Curaçao* | 20 | 531 | B | 57 210 | 34.9 | 16 585 | 56.4 | 36.2 | 7 611 |
| Dominica | | 212 | B | 8 284 | 11.5 | ~ | 47.9 | 28.8 | 78 191 |
| Dominican Republic | | 214 | B R | 603 794 | 5.6 | 34 549 | 36.6 | 31.5 | 1 608 567 |
| Grenada | | 308 | B | 7 213 | 6.4 | ~ | 54.4 | 35.8 | 62 204 |
| Guadeloupe* | 21 | 312 | B | 90 206 | 22.5 | ~ | 58.0 | 37.9 | 12 542 |
| Haiti | | 332 | B R | 18 884 | 0.2 | 11 | 44.4 | 30.1 | 1 769 671 |
| Jamaica | | 388 | B R | 23 629 | 0.8 | 126 | 49.2 | 28.6 | 1 118 931 |
| Martinique* | 22 | 474 | B | 68 624 | 18.3 | ~ | 57.5 | 35.9 | 12 963 |
| Montserrat* | 23 | 500 | B | 1 379 | 27.6 | ~ | 48.4 | 40.3 | 24 582 |
| Puerto Rico* | 24 | 630 | B | 247 132 | 8.6 | ~ | 53.5 | 40.9 | 1 850 529 |
| Saint Barthélemy* | | 652 | | .. | .. | .. | .. | .. | .. |
| Saint Kitts and Nevis | | 659 | B R | 7 725 | 14.5 | ~ | 47.4 | 33.2 | 50 285 |
| Saint Lucia | | 662 | B R | 8 338 | 4.5 | ~ | 52.0 | 37.2 | 71 227 |
| Saint Martin (French part)* | | 663 | | .. | .. | .. | .. | .. | .. |
| Saint Vincent and the Grenadines | | 670 | B | 4 738 | 4.3 | 38 | 48.4 | 33.1 | 55 525 |
| Sint Maarten (Dutch part)* | 25 | 534 | B R | 28 845 | 67.3 | 9 | 52.1 | 37.2 | 2 191 |
| Trinidad and Tobago | | 780 | B R | 78 849 | 5.6 | 27 352 | 50.3 | 33.7 | 330 519 |
| Turks and Caicos Islands* | 26 | 796 | B R | 25 748 | 66.5 | ~ | 48.2 | 36.4 | 2 689 |
| United States Virgin Islands* | 27 | 850 | B | 56 753 | 54.3 | ~ | 52.9 | 48.0 | 3 908 |
| Central America | | 916 | | 2 302 001 | 1.3 | 405 184 | 49.4 | 26.1 | 16 198 974 |
| Belize | | 84 | B R | 62 043 | 15.6 | 2 179 | 49.7 | 38.4 | 52 756 |
| Costa Rica | | 188 | B R | 520 729 | 10.2 | 114 235 | 49.4 | 36.3 | 150 241 |
| El Salvador | | 222 | B R | 42 767 | 0.7 | 85 | 52.4 | 32.8 | 1 599 058 |
| Guatemala | | 320 | B R | 84 311 | 0.5 | 1 048 | 52.7 | 36.5 | 1 368 431 |
| Honduras | | 340 | B R | 39 195 | 0.4 | 186 | 47.5 | 32.7 | 985 077 |
| Mexico | | 484 | B R | 1 197 624 | 0.9 | 150 985 | 49.8 | 14.4 | 11 185 737 |
| Nicaragua | | 558 | B R | 42 167 | 0.6 | 459 | 48.6 | 31.2 | 718 154 |

| Region, development group, country or area | Notes | Location code | Type of data | Destination | | | | | Origin |
|---|---|---|---|---|---|---|---|---|---|
| | | | | International migrant stock at mid-year, both sexes combined | International migrant stock as a percentage of the total population, both sexes combined | Refugee and asylum seekers at mid-year, both sexes combined | Female migrants as a percentage of the international migrant stock | Median age at mid-year, both sexes combined | International migrant stock at mid-year, both sexes combined |
| Panama | | 591 | B R | 313 165 | 7.3 | 136 007 | 46.7 | 33.8 | 139 520 |
| South America | | 931 | | 10 887 474 | 2.5 | 4 296 605 | 49.9 | 31.3 | 17 612 735 |
| Argentina | | 32 | B R | 2 281 728 | 5.0 | 185 268 | 53.4 | 35.3 | 1 076 148 |
| Bolivia (Plurinational State of) | | 68 | B R | 164 121 | 1.4 | 6 594 | 47.6 | 24.5 | 927 244 |
| Brazil | | 76 | B | 1 079 708 | 0.5 | 363 676 | 46.0 | 35.5 | 1 897 128 |
| Chile | | 152 | B | 1 645 015 | 8.6 | 463 310 | 49.5 | 31.9 | 643 800 |
| Colombia | | 170 | B | 1 905 393 | 3.7 | 1 781 002 | 49.9 | 23.8 | 3 024 273 |
| Ecuador | | 218 | B | 784 787 | 4.4 | 503 644 | 48.2 | 25.0 | 1 127 891 |
| Falkland Islands (Malvinas)* | 28 | 238 | B | 1 957 | 56.2 | ~ | 44.4 | 33.2 | 1 518 |
| French Guiana* | 29 | 254 | B R | 119 249 | 39.9 | ~ | 52.5 | 37.6 | 4 595 |
| Guyana | | 328 | B R | 31 169 | 4.0 | 22 079 | 53.5 | 32.3 | 438 413 |
| Paraguay | | 600 | B R | 169 567 | 2.4 | 5 298 | 47.9 | 36.6 | 896 484 |
| Peru | | 604 | B R | 1 224 519 | 3.7 | 867 821 | 47.5 | 27.5 | 1 519 635 |
| Suriname | | 740 | C R | 47 801 | 8.1 | 1 481 | 45.0 | 34.3 | 273 209 |
| Uruguay | | 858 | B | 108 267 | 3.1 | 28 628 | 53.0 | 33.7 | 367 060 |
| Venezuela (Bolivarian Republic of) | | 862 | B R | 1 324 193 | 4.7 | 67 804 | 50.7 | 40.8 | 5 415 337 |
| NORTHERN AMERICA | | 905 | | 58 708 795 | 15.9 | 1 388 084 | 51.8 | 44.3 | 4 327 958 |
| Bermuda* | 30 | 60 | B | 21 390 | 31.7 | ~ | 50.7 | 46.5 | 21 107 |
| Canada | | 124 | B | 8 049 323 | 21.3 | 198 772 | 52.4 | 49.1 | 1 292 329 |
| Greenland* | 31 | 304 | B | 5 899 | 10.4 | ~ | 35.2 | 42.0 | 17 866 |
| Saint Pierre and Miquelon* | 32 | 666 | B | 998 | 17.2 | ~ | 47.6 | 35.7 | 433 |
| United States of America* | 33 | 840 | B | 50 632 836 | 15.3 | 1 189 312 | 51.7 | 43.6 | 2 996 223 |
| OCEANIA | | 909 | | 9 380 653 | 22.0 | 168 497 | 50.5 | 41.9 | 1 970 205 |
| Australia and New Zealand | | 927 | | 9 067 584 | 29.9 | 157 455 | 50.6 | 42.0 | 1 404 924 |
| Australia* | | 36 | B | 7 685 860 | 30.1 | 154 129 | 50.4 | 42.8 | 598 765 |
| New Zealand* | 34 | 554 | B | 1 381 724 | 28.7 | 3 326 | 51.6 | 37.1 | 806 159 |
| Melanesia | | 928 | | 124 073 | 1.1 | 9 861 | 45.3 | 40.2 | 256 021 |
| Fiji | | 242 | B R | 14 087 | 1.6 | 20 | 46.0 | 36.8 | 233 856 |
| New Caledonia* | | 540 | B | 73 141 | 25.6 | ~ | 47.7 | 44.5 | 5 839 |
| Papua New Guinea | | 598 | C R | 31 068 | 0.3 | 9 840 | 39.2 | 31.1 | 4 810 |
| Solomon Islands | | 90 | B R | 2 520 | 0.4 | ~ | 43.8 | 38.6 | 4 270 |
| Vanuatu | | 548 | B R | 3 257 | 1.1 | ~ | 50.3 | 34.6 | 7 246 |
| Micronesia | | 954 | | 118 860 | 21.7 | 1 179 | 49.5 | 38.1 | 50 998 |
| Guam* | 35 | 316 | B | 80 472 | 47.7 | ~ | 48.4 | 37.1 | 2 213 |
| Kiribati | | 296 | B | 3 126 | 2.6 | ~ | 47.2 | 28.9 | 5 103 |
| Marshall Islands | | 584 | B | 3 298 | 5.6 | ~ | 38.7 | 34.0 | 10 886 |
| Micronesia (Fed. States of) | | 583 | B | 2 832 | 2.5 | ~ | 46.5 | 37.8 | 24 945 |
| Nauru | | 520 | C R | 2 201 | 20.3 | 1 179 | 41.1 | 35.7 | 2 454 |
| Northern Mariana Islands* | 36 | 580 | B | 21 843 | 38.0 | ~ | 58.0 | 46.4 | 2 741 |
| Palau | | 585 | B | 5 088 | 28.1 | ~ | 42.3 | 40.3 | 2 656 |
| Polynesia* | | 957 | | 70 136 | 10.3 | ~ | 46.3 | 42.1 | 258 262 |
| American Samoa* | | 16 | B | 23 608 | 42.8 | ~ | 49.0 | 43.5 | 1 832 |
| Cook Islands* | 37 | 184 | B R | 4 579 | 26.1 | ~ | 50.0 | 30.1 | 21 106 |
| French Polynesia* | 38 | 258 | B R | 30 081 | 10.7 | ~ | 43.0 | 46.8 | 2 157 |
| Niue* | 39 | 570 | B | 588 | 36.3 | ~ | 45.7 | 22.9 | 5 186 |
| Samoa | | 882 | B R | 4 021 | 2.0 | ~ | 49.5 | 24.0 | 135 732 |
| Tokelau* | 40 | 772 | B R | 1 238 | 91.7 | ~ | 52.7 | 18.0 | 2 112 |

*International Migration 2020 Highlights*

51

| Region, development group, country or area | Notes | Location code | Type of data | International migrant stock at mid-year, both sexes combined | International migrant stock as a percentage of the total population, both sexes combined | Refugee and asylum seekers at mid-year, both sexes combined | Female migrants as a percentage of the international migrant stock | Median age at mid-year, both sexes combined | International migrant stock at mid-year, both sexes combined |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Destination | | | Origin |
| Tonga | | 776 | B R | 3 742 | 3.5 | ~ | 45.4 | 32.3 | 74 550 |
| Tuvalu | | 798 | C | 239 | 2.0 | ~ | 44.8 | 34.0 | 3 670 |
| Wallis and Futuna Islands* | 41 | 876 | B R | 2 040 | 18.1 | ~ | 49.5 | 37.5 | 11 917 |
| OTHER | | 2003 | | | | | | | 12 657 151 |

**Notes:**

* For country notes, please refer to https://www.un.org/development/desa/pd/content/international-migrant-stock.

A minus sign (-) before a figure indicates a decrease or negative number.

A full stop (.) is used to indicate decimals.

Years given refer to 1 July.

Use of a hyphen (-) between years, for example, 1995-2000, signifies the full period involved, from 1 July of the first year to 1 July of the second year.

An em dash (—) indicates that the magnitude is not zero, but less than half of the unit employed (i.e. is rounded to 0, when in fact it is not 0)

A 0 or 0.0 indicates that the magnitude is zero

Two dots (..) indicate that data are not available or are not rerted separately

The tilde (~) indicates that the data are protected for privacy reasons because the number in the cell or the number used to derive the indicator in the cell is less than five.

Numbers and percentages in this table do not necessarily add to totals because of rounding.

The column labelled "Type of data" indicates the type of data used in deriving the estimates presented.

The codes used are: B, which indicates that estimates were derived from data on the foreign-born population; C, which indicates that estimates were derived from data on foreign citizens; R, which indicates that the number of refugees or persons in refugee-like situations, asylum seekers or Venezuelans displaced abroad as reported by the Office of the United Nations High Commissioner for Refugees (UNHCR) or, where appropriate, the United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA) were added to the estimates, and I, which indicates that there were no data on international migrants for the country or area concerned and that the estimates presented were imputed.

1.   For statistical purposes, the foreign-born population includes persons born in Regions of Metropolitan France and in French Guiana, French Polynesia, Guadeloupe, Martinique, New Caledonia, Réunion, Saint Pierre and Miquelon, Saint Barthélemy, Saint Martin (French part), and Wallis and Futuna Islands.

2.   For statistical purposes, the foreign-born population includes persons born in Regions of Metropolitan France and in French Guiana, French Polynesia, Guadeloupe, Martinique, Mayotte, New Caledonia, Saint Pierre and Miquelon, Saint Barthélemy, Saint Martin (French part), and Wallis and Futuna Islands.

3.   The estimates for 1990 to 2005 refer to Sudan and South Sudan.

4.   For statistical purposes, the foreign-born population includes persons born in United Kingdom, Anguilla, Bermuda, British Virgin Islands, Cayman Islands, Channel Islands, Falkland Islands (Malvinas), Gibraltar, Isle of Man, Montserrat, and Turks and Caicos Islands.

5.   Including East Jerusalem. Refugees are not part of the foreign-born migrant stock in the State of Palestine.

6.   For statistical purposes, the foreign-born population includes persons born in United Kingdom, Anguilla, Bermuda, British Virgin Islands, Cayman Islands, Falkland Islands (Malvinas), Gibraltar, Isle of Man, Montserrat, Saint Helena, and Turks and Caicos Islands.

7.   For statistical purposes, the foreign-born population includes persons born in Faroe Islands, and Greenland.

8.   For statistical purposes, the foreign-born population includes persons born in Denmark and Greenland.

9.   For statistical purposes, the foreign-born population includes persons born in United Kingdom, Anguilla, Bermuda, British Virgin Islands, Cayman Islands, Channel Islands, Falkland Islands (Malvinas), Gibraltar, Montserrat, Saint Helena, and Turks and Caicos Islands.

10.  For statistical purposes, the foreign-born population includes persons born in Anguilla, Bermuda, British Virgin Islands, Cayman Islands, Channel Islands, Falkland Islands (Malvinas), Gibraltar, Isle of Man, Montserrat, Saint Helena, and Turks and Caicos Islands.

11.  For statistical purposes, the foreign-born population includes persons born in United Kingdom, Anguilla, Bermuda, British Virgin Islands, Cayman Islands, Channel Islands, Falkland Islands (Malvinas), Isle of Man, Montserrat, Saint Helena, and Turks and Caicos Islands.

12.  For statistical purposes, the foreign-born population includes persons born in French Guiana, French Polynesia, Guadeloupe, Martinique, Mayotte, New Caledonia, Réunion, Saint Pierre and Miquelon, Saint Barthélemy, Saint Martin (French part), and Wallis and Futuna Islands.

13.  For statistical purposes, the foreign-born population includes persons born in Aruba, Bonaire, Sint Eustatius and Saba, Curaçao, and Sint Maarten (Dutch part).

14.  For statistical purposes, the foreign-born population includes persons born in United Kingdom, Bermuda, British Virgin Islands, Cayman Islands, Channel Islands, Falkland Islands (Malvinas), Gibraltar, Isle of Man, Montserrat, Saint Helena, and Turks and Caicos Islands.

15.  For statistical purposes, the foreign-born population includes persons born in the Netherlands, Bonaire, Sint Eustatius and Saba, Curaçao, and Sint Maarten (Dutch part).

16.  The estimates of migrant stock for 1990 to 2000 refer to the former Netherlands Antilles. The estimates of the migrant stock for 2005 refer to the former Netherlands Antilles without Sint Maarten (Dutch part).

17.  For statistical purposes, the foreign-born population includes persons born in the Netherlands, Aruba, Sint Eustatius and Saba, Curaçao, and Sint Maarten (Dutch part).

18.  For statistical purposes, the foreign-born population includes persons born in United Kingdom, Anguilla, Bermuda, Cayman Islands, Channel Islands, Falkland Islands (Malvinas), Gibraltar, Isle of Man, Montserrat, Saint Helena, and Turks and Caicos Islands.

19.  For statistical purposes, the foreign-born population includes persons born in United Kingdom, Anguilla, Bermuda, British Virgin Islands, Channel Islands, Falkland Islands (Malvinas), Gibraltar, Isle of Man, Montserrat, Saint Helena, and Turks and Caicos Islands.

20.  For statistical purposes, the foreign-born population includes persons born in the Netherlands, Aruba, Bonaire, Sint Eustatius and Saba, and Sint Maarten (Dutch part).

21.  For statistical purposes, the foreign-born population includes persons born in Regions of Metropolitan France and in French Guiana, French Polynesia, Martinique, Mayotte, New Caledonia, Réunion, Saint Pierre and Miquelon, Saint Barthélemy, Saint Martin (French part), and Wallis and Futuna Islands.

22.  For statistical purposes, the foreign-born population includes persons born in Regions of Metropolitan France and in French Guiana, French Polynesia, Guadeloupe, Mayotte, New Caledonia, Réunion, Saint Pierre and Miquelon, Saint Barthélemy, Saint Martin (French part), and Wallis and Futuna Islands.

23.  For statistical purposes, the foreign-born population includes persons born in United Kingdom, Anguilla, Bermuda, British Virgin Islands, Cayman Islands, Channel Islands, Falkland Islands (Malvinas), Gibraltar, Isle of Man, Saint Helena, and Turks and Caicos Islands.

24.  For statistical purposes, the foreign-born population includes persons born in the 50 states of the United States of America, the District of Columbia, Guam, Northern Mariana Islands, and the United States Virgin Islands.

25.  For statistical purposes, the foreign-born population includes persons born in the Netherlands, Aruba, Bonaire, Sint Eustatius and Saba, and Curaçao.

26. For statistical purposes, the foreign-born population includes persons born in United Kingdom, Anguilla, Bermuda, British Virgin Islands, Cayman Islands, Channel Islands, Falkland Islands (Malvinas), Gibraltar, Isle of Man, Montserrat, and Saint Helena.

27. For statistical purposes, the foreign-born population includes persons born in the 50 states of the United States of America, the District of Columbia, Puerto Rico, Guam, and Northern Mariana Islands.

28. For statistical purposes, the foreign-born population includes persons born in United Kingdom, Anguilla, Bermuda, British Virgin Islands, Cayman Islands, Channel Islands, Gibraltar, Isle of Man, Montserrat, Saint Helena, and Turks and Caicos Islands.

29. For statistical purposes, the foreign-born population includes persons born in Regions of Metropolitan France and in French Polynesia, Guadeloupe, Martinique, Mayotte, New Caledonia, Réunion, Saint Pierre and Miquelon, Saint Barthélemy, Saint Martin (French part), and Wallis and Futuna Islands.

30. For statistical purposes, the foreign-born population includes persons born in United Kingdom, Anguilla, British Virgin Islands, Cayman Islands, Channel Islands, Falkland Islands (Malvinas), Gibraltar, Isle of Man, Montserrat, Saint Helena, and Turks and Caicos Islands.

31. For statistical purposes, the foreign-born population includes persons born in Denmark and Faroe Islands.

32. For statistical purposes, the foreign-born population includes persons born in Regions of Metropolitan France and in French Guiana, French Polynesia, Guadeloupe, Martinique, Mayotte, New Caledonia, Réunion, Saint Barthélemy, Saint Martin (French part), and Wallis and Futuna Islands.

33. For statistical purposes, the foreign-born population includes persons born in Puerto Rico, Guam, Northern Mariana Islands, and the United States Virgin Islands.

34. For statistical purposes, the foreign-born population includes persons born in Cook Islands, Niue, and Tokelau.

35. For statistical purposes, the foreign-born population includes persons born in the 50 states of the United States of America, the District of Columbia, Puerto Rico, Northern Mariana Islands, and the United States Virgin Islands.

36. For statistical purposes, the foreign-born population includes persons born in the 50 states of the United States of America, the District of Columbia, Puerto Rico, Guam, and the United States Virgin Islands.

37. For statistical purposes, the foreign-born population includes persons born in New Zealand, Cook Islands, and Tokelau.

38. For statistical purposes, the foreign-born population includes persons born in Regions of Metropolitan France and in French Guiana, Guadeloupe, Martinique, Mayotte, New Caledonia, Réunion, Saint Pierre and Miquelon, Saint Barthélemy, Saint Martin (French part), and Wallis and Futuna Islands.

39. For statistical purposes, the foreign-born population includes persons born in New Zealand, Cook Islands, and Tokelau.

40. For statistical purposes, the foreign-born population includes persons born in New Zealand, Cook Islands, and Niue.

41. For statistical purposes, the foreign-born population includes persons born in Regions of Metropolitan France and in French Guiana, French Polynesia, Guadeloupe, Martinique, Mayotte, New Caledonia, Réunion, Saint Pierre and Miquelon, Saint Barthélemy, and Saint Martin (French part).

Venezuela AR_001237



*International Migration 2020 Highlights* present key facts and messages regarding international migration globally and by region during 2000-2020, based on the 2020 revision of the international migrant stock data set, which provides updated estimates of numbers of persons living outside their country of birth, classified by age, sex and origin, for 232 countries and areas. These *Highlights* also review policies and programmes to promote planned and well-managed migration and provide an overview of SDG indicator 10.7.2 on the number of countries with migration policies to facilitate orderly, safe, regular and responsible migration and mobility of people, used for measuring progress toward the achievement of SDG target 10.7.

ISBN 978-92-1-148352-9



3/17/23, 11:42 AM    2021 records highest ever number of migrant children crossing the Darien jungle towards the US – UNICEF

Case 6:23-cv-00007 Document 95-6 Filed on 03/24/23 in TXSD Page 72 of 232

📄 Press release

# 2021 records highest ever number of migrant children crossing the Darien jungle towards the US – UNICEF

*Nearly 19,000 children walked through the border between Colombia and Panama this year*

11 October 2021



We use cookies and other identifiers to help improve your online experience. By using our website you agree to this. To learn more, including how to change your settings, see our cookies policy.

Venezuela AR_001239

**NEW YORK / PANAMA CITY, 11 October 2021** - The number of migrant children who cross the Darien Gap on foot has hit an all-time high, UNICEF warned today. The Darien Gap, a jungle that separates Colombia and Panama, is one of the most dangerous places for migrants attempting to reach North America.

Almost 19,000 migrant children have journeyed through the Darien Gap so far this year, nearly three times more than the number registered over the five previous years combined. More than 1 in 5 migrants crossing the border between Colombia and Panama are children. Half of them are below the age of five.

In this dense tropical forest, migrant families with children are particularly exposed to violence, including sexual abuse, trafficking and extortion from criminal gangs. Children who cross the Darien Gap are also at risk of getting diarrhoea, respiratory diseases, dehydration and other ailments that require immediate attention.

"Each child crossing the Darien Gap on foot is a survivor," said Jean Gough, UNICEF Regional Director for Latin America and the Caribbean. "Deep in the jungle, robbery, rape and human trafficking are as dangerous as wild animals, insects and the absolute lack of safe drinking water. Week after week, more children are dying, losing their parents, or getting separated from their relatives while on this perilous journey. It's appalling that criminal groups are taking advantage of these children when they are the most vulnerable."

In 2021, at least 5 children were found dead in the jungle. Since the beginning of this year, more than 150 children arrived in Panama without their parents, some of them are newborn babies – a nearly 20-time increase compared to last year.

In the Darien jungle, sexual violence is increasingly and intentionally used by criminal gangs as an instrument of terror. Between January and September 2021, UNICEF registered 29 reports of sexual abuse of adolescent girls during the journey. Many more women have reported sexual abuse.

"Never before have our teams on the ground seen so many young children crossing the Darien Gap –often unaccompanied. Such a fast-growing influx of children heading north from South America should urgently be treated as a serious humanitarian crisis by the entire region, beyond Panama," Gough said.

We use cookies and other identifiers to help improve your online experience. By using our website you agree to this. To learn more, including how to change your settings, see our cookies policy.

Venezuela AR_001240

3/17/23, 11:42 AM    2021 records highest-ever number of migrant children crossing the Darién jungle towards the US | UNICEF

Case 6:23-cv-00007   Document 95-6   Filed on 03/24/23 in TXSD   Page 74 of 232

Migrants holding more than 50 nationalities from as far afield as Africa and South Asia, are using this route on their way to the United States. Half of the migrants are from Haiti; many of whom have children born in Chile or Brazil.

In Colombia, UNICEF and partners are helping with water, sanitation and hygiene services, particularly in the pier areas of Necocli where over 1,000 people, including children, are awaiting transportation alternatives into Panama. UNICEF is also working with local authorities to identify unaccompanied and separated children through mobile units.

In Panama, UNICEF and its partners are providing psychosocial support and health services to migrant children, especially those who have been separated from their parents. Our teams are also assisting in referring children who were subjected to violence to local protection services.

Together with the Panama government, UNICEF is distributing water every day to 1,000 people and hygiene kits to migrant adolescent girls and women at the three migrant reception centres in Bajo Chiquito, Lajas Blancas and San Vicente.

As the number of migrant children and families in the Darien Gap is expected to further increase in the next weeks and months, UNICEF is scaling up its humanitarian response to address the urgent needs of children and families on the move in Panama and Colombia.

With the support of the U.S. State Department Bureau of Population, Refugees and Migration (PRM) and the European Commission Civil Protection and Humanitarian Aid Operations (ECHO), our teams and partners on the ground are ramping up the provision of critical services such as access to health, water, hygiene and sanitation, protection, psychosocial support and nutrition.

UNICEF calls on governments to ensure the protection of children on the move throughout their journey and coordinate the rollout of a more robust humanitarian response across all countries involved. The integration of migrant families into host communities should be promoted and the root causes that lead them to migrate should be addressed.

We use cookies and other identifiers to help improve your online experience. By using our website you agree to this. To learn more, including how to change your settings, see our cookies policy.

Venezuela AR_001241

## Media contacts

**Laurent Duvillier**
UNICEF Latin America and the Caribbean

Tel: + 507 6169 9886

Email: lduvillier@unicef.org

**Alfonso Fernández Reca**
UNICEF Regional Office for Latin America and the Caribbean, Panama

Tel: + 507 6941 2277

Email: afernandezreca@unicef.org

**View all contacts** ⌄

## Multimedia content



Venezuela AR_001242

We use cookies and other identifiers to help improve your online experience. By using our website you agree to this. To learn more, including how to change your settings, see our cookies policy.

**Photo materials available here**

## About UNICEF

UNICEF works in some of the world's toughest places, to reach the world's most disadvantaged children. Across more than 190 countries and territories, we work for every child, everywhere, to build a better world for everyone.

Follow UNICEF on Twitter, Facebook, Instagram and YouTube

## Related topics

Migration and refugee crisis      Haiti      LACRO

## More to explore



We use cookies and other identifiers to help improve your online experience. By using our website you agree to this. To learn more, including how to change your settings, see our cookies policy.

Venezuela AR_001243

Case 6:23-cv-00007   Document 95-6   Filed on 03/24/23 in TXSD   Page 77 of 232

📄 Press release
09 February 2023

Haiti: Armed violence against schools increases nine-fold in one year - UNICEF

> **Visit the page**



📄 Press release
23 November 2022

Haiti: children account for 2 in 5 cholera cases -UNICEF

> **Visit the page**



📷 Photo essay

## Reaching children in Haiti with vital health services

Amid instability and uncertainty, health workers are working tirelessly

> See the story

We use cookies and other identifiers to help improve your online experience. By using our website you agree to this. To learn more, including how to change your settings, see our cookies policy.

Venezuela AR_001244

3/17/23, 11:42 AM
Case 6:23-cv-00007 Document 95-6 Filed on 03/24/23 in TXSD Page 78 of 232
2020 records highest ever number of migrant children in Darién jungle towards the US | UNICEF



📄 Press release
19 November 2022

## Record number of children crossing the Darien Gap toward the US this year

> **Visit the page**

**UNICEF Home**

What we do

Research and reports

Stories and features

Where we work

Press centre

Take action

**About us**

Work for UNICEF

Partner with UNICEF

UNICEF Executive Board

Evaluation

Ethics

Internal Audit and Investigations

Transparency and accountability

Sustainable Development Goals

Frequently asked questions (FAQ)



We use cookies and other identifiers to help improve your online experience. By using our website you agree to this. To learn more, including how to change your settings, see our cookies policy.

Venezuela AR_001245

UNICEF Blog

UNICEF Data

UNICEF Parenting

Voices of Youth

Global Shared Services Centre

Support UNICEF

ЮНИСЕФ на Русском

**BECOME A DONOR**

   

Contact us     Legal

Report fraud, abuse, wrongdoing     Accessibility

We use cookies and other identifiers to help improve your online experience. By using our website you agree to this. To learn more, including how to change your settings, see our cookies policy.



Venezuela AR_001246





# GLOBAL TRENDS

## FORCED DISPLACEMENT IN 2018

Venezuela AR_001247

2018 IN REVIEW

# Trends at a Glance

The global population of forcibly displaced increased by 2.3 million people in 2018.
By the end of the year, almost 70.8 million individuals were forcibly displaced worldwide
as a result of persecution, conflict, violence, or human rights violations. As a result,
the world's forcibly displaced population remained yet again at a record high.



**70.8** MILLION **FORCIBLY DISPLACED WORLDWIDE** ............... as a result of persecution, conflict, violence, or human rights violations at end-2018

25.9 million refugees

20.4 million refugees under UNHCR's mandate

5.5 million Palestine refugees under UNRWA's mandate

41.3 million internally displaced people[1]

3.5 million asylum-seekers

## 13.6 MILLION NEWLY DISPLACED

An estimated 13.6 million people were newly displaced due to conflict or persecution in 2018.
This included 10.8 million individuals displaced[2] within the borders of their own country and 2.8 million new refugees and new asylum-seekers.

## 16%

Countries in developed regions hosted 16 per cent of refugees, while one third of the global refugee population (6.7 million people) were in the Least Developed Countries.



**37,000**

## NEW DISPLACEMENTS **EVERY DAY**

The number of new displacements was equivalent to an average of 37,000 people being forced to flee their homes every day in 2018.

## 3.5 MILLION ASYLUM-SEEKERS

By the end of 2018, about 3.5 million people were awaiting a decision on their application for asylum.



## 4 IN 5

Nearly 4 out of every 5 refugees lived in countries neighbouring their countries of origin.

1  Internal Displacement Monitoring Centre of the Norwegian Refugee Council.
2  Ibid.
3  The number of new individual asylum applications for Turkey does not include Syrian nationals who receive protection under the Temporary Protection Regulation and relates to applications submitted to UNCHR until 10 September 2018, when the government assumed full responsibility for registration and refugee status determination.
4  This number includes both refugees and migrants from the Bolivarian Republic of Venezuela worldwide as of February 2019. See: www.unhcr.org/5c6fb2d04
5  These figures refer only to refugees under UNHCR's mandate. In addition, Lebanon hosted 475,100 and Jordan 2,242,600 Palestine refugees under the mandate of UNRWA.

Venezuela AR_001248

# 2.9
## MILLION
## DISPLACED PEOPLE
## RETURNED

During 2018, 2.9 million displaced people returned to their areas or countries of origin, including 2.3 million IDPs and nearly 600,000 refugees. Returns have not kept pace with the rate of new displacements.

# 67%

Altogether, more than two thirds (67 per cent) of all refugees worldwide came from just five countries:

| | |
|---|---|
| **Syrian Arab Republic** | 6.7 million |
| **Afghanistan** | 2.7 million |
| **South Sudan** | 2.3 million |
| **Myanmar** | 1.1 million |
| **Somalia** | 0.9 million |

# 1.7
## MILLION NEW CLAIMS

Asylum-seekers submitted 1.7 million new claims. With 254,300 such claims, the United States of America was the world's largest recipient of new individual applications, followed by Peru (192,500) Germany (161,900), France (114,500) and Turkey (83,800).[3]

# 3.7
## MILLION PEOPLE

For the fifth consecutive year, Turkey hosted the largest number of refugees worldwide, with 3.7 million people. The main countries of asylum for refugees were:

| | |
|---|---|
| **Turkey** | 3.7 million |
| **Pakistan** | 1.4 million |
| **Uganda** | 1.2 million |
| **Sudan** | 1.1 million |
| **Germany** | 1.1 million |

# 81,300
## REFUGEES FOR RESETTLEMENT

In 2018, UNHCR submitted 81,300 refugees to States for resettlement. According to government statistics, 25 countries admitted 92,400 refugees for resettlement during the year, with or without UNHCR's assistance.

# 138,600
## UNACCOMPANIED AND SEPARATED CHILDREN

Some 27,600 unaccompanied and separated children sought asylum on an individual basis and a total of 111,000 unaccompanied and separated child refugees were reported in 2018. Both numbers are considered significant underestimates.

 **1/2**
## CHILDREN

Children below 18 years of age constituted about half of the refugee population in 2018, up from 41 per cent in 2009 but similar to the previous few years

## Venezuela

Venezuelan refugees and asylum-seekers grew in number. The broader movement of Venezuelans across the region and beyond increasingly took on the characteristics of a refugee situation, with some 3.4 million outside the country by the end of 2018.[4]

## Lebanon

Lebanon continued to host the largest number of refugees relative to its national population, where 1 in 6 people was a refugee. Jordan (1 in 14) and Turkey (1 in 22) ranked second and third, respectively.[5]

Venezuela AR_001249



CHAPTER 1
# Introduction

"*What we are seeing in these figures is further confirmation of a longer-term rising trend in the number of people needing safety from war, conflict and persecution.*"

**Filippo Grandi**
**United Nations High Commissioner for Refugees**

## The world now has a population of 70.8 million forcibly displaced people

Over the past decade, the global population of forcibly displaced people grew substantially from 43.3 million in 2009 to 70.8 million in 2018, reaching a record high [Figure 1].[6] Most of this increase was between 2012 and 2015, driven mainly by the Syrian conflict. But conflicts in other areas also contributed to this rise, including in the Middle East such as in Iraq and Yemen, parts of sub-Saharan Africa such as the Democratic Republic of the Congo (DRC) and South Sudan, as well as the massive flow of Rohingya refugees to Bangladesh at the end of 2017.

Of particular note in 2018 was the increase in the number of displaced people due to internal displacement in Ethiopia and new asylum claims from

people fleeing the Bolivarian Republic of Venezuela. The proportion of the world's population who were displaced also continued to rise as the increase in the world's forcibly displaced population outstripped global population growth. In 2017 this figure was 1 out of every 110 people but in 2018 it stood at 1 out of every 108 people.[7] A decade ago, by comparison, this stood at about 1 in 160 people [Figure 2]. Overall, the refugee population under UNHCR's mandate has nearly doubled since 2012.

---

6   These included 25.9 million refugees: 20.4 million under UNHCR's mandate and 5.5 million Palestinian refugees registered with the United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA). The global figure also included 41.3 million internally displaced persons (source: IDMC) and 3.5 million individuals whose asylum applications had not yet been adjudicated by the end of the reporting period.

7   National population data are from United Nations Department of Economic and Social Affairs, Population Division, "World population prospects: The 2017 revision", New York, 2017. For the purpose of this analysis, the 2018 medium fertility variant population projections have been used. See: esa.un.org/unpd/wpp/



**BRAZIL.** *A Venezuelan girl in silhouette is captured by photo as the sun sets on refugee shelters around her. The photo was taken at the National Geographic Photo Camp, an initiative which teaches youths from refugee and at-risk communities how to use photography to tell their stories.*
© UNHCR/GENANGELY PINERO

Figure 1 | **Global forced displacement** | 2009-2018



Legend: Internally displaced people | UNRWA refugees | UNHCR refugees | Asylum-seekers

Venezuela AR_001251    5

Figure 2 | **Proportion displaced out of the world population** | 2009-2018



Large numbers of people were on the move in 2018. During the year, 13.6 million people were newly displaced, including 2.8 million who sought protection abroad (as new asylum-seekers or newly registered refugees)[8] and 10.8 million who were forced to flee but remained in their own countries.[9] These 13.6 million new displacements equated to an average rate of 37,000 people being newly displaced every day of 2018 [Figure 3]. Still, many others returned to their countries or areas of origin to try to rebuild their lives, including 2.3 million internally displaced people and nearly 600,000 refugees.

At 1,560,800, Ethiopians made up the largest newly displaced population during the year, 98 per cent of them within their country. This increase more than doubled the existing internally displaced population in the country.

Syrians were the next largest newly displaced population, with 889,400 people during 2018. Of these, 632,700 were newly displaced (or newly registered) outside the country,[10] while the remainder were internally displaced. Nigeria also had a high number of newly displaced people with 661,800, of which an estimated 581,800 were displaced within the country's borders.

Among those newly displaced across borders (or newly registered), the vast majority remained close to home. Over half a million new refugee registrations and asylum applications originated from the Syrian Arab Republic (Syria) in 2018, the majority in Turkey [Figure 4], representing both newly arriving individuals and those already in the country for a period of time prior to the time of registration. Venezuelans accounted for the second largest flow of new international displacements in 2018, with 341,800 new asylum applications (see page 24 for more details on the Venezuela situation). South Sudanese accounted for the next largest refugee and asylum-seeker flow, mainly to Sudan and Uganda, followed by such flows from DRC, also mainly to Uganda.

At the end of 2018, Syrians continued to be the largest forcibly displaced population, with 13.0 million people living in displacement, including 6,654,000 refugees, 6,184,000 internally displaced people (IDPs) and 140,000 asylum-seekers. Colombians were the second largest group, with 8.0 million forcibly displaced, most of them (98 per cent) inside their country at the end of 2018.[11] A total of 5.4 million Congolese from DRC

8   Consisting of 1.7 million new individual claims for asylum and 1.1 million new refugees recognized on a *prima facie* or group basis. Some of these people may have arrived prior to 2018.

9   Based on a global estimate from IDMC. Country estimates refer to those reported by UNHCR offices.

10  Many newly registered Syrian refugees in Turkey arrived prior to 2018.

11  The large number of registered IDPs in Colombia comes from the total cumulative figure recorded in the Government's Victims Registry, which commenced in 1985.

Figure 3 | **Average rate of new displacement (per day)** | 2009-2018



were also forcibly displaced, of whom 4,517,000 were IDPs and 854,000 were refugees or asylum-seekers. Other large displaced populations at the end of 2018 – those with over 2.0 million people displaced, either internally or as refugees or asylum-seekers – were from Afghanistan (5.1 million), South Sudan (4.2 million), Somalia (3.7 million), Ethiopia (2.8 million), Sudan (2.7 million), Nigeria (2.5 million), Iraq (2.4 million) and Yemen (2.2 million).

The situation in Cameroon was complex as it was both a source country and host country of refugees and asylum-seekers. In addition, it was confronted with multiple internal displacements in 2018. In total, there were 45,100 Cameroonian refugees globally at the end of 2018; they were mainly hosted by Nigeria (32,800), compared with less than 100 in that country at the beginning of the year.  This is in addition to 668,500 IDPs, mainly within the South, North West and the Far North regions of Cameroon. At the same time, Cameroon hosted 380,300 refugees, mainly from the Central African Republic (CAR) (275,700) and Nigeria (102,300).

Without the protection of family, unaccompanied and separated children are often at risk of exploitation and abuse. A key issue is the lack of information and data regarding this population. The number of such children reported as having

applied for asylum during 2018 was 27,600 during the year. At the end of 2018, 111,000 unaccompanied and separated children were reported among the refugee population.[12] These figures are underestimates due to the limited number of countries reporting data.

Returns continued to account for a small proportion of the displaced population and did not offset new displacements. Some 593,800 refugees returned to their countries of origin in 2018 compared with 667,400 in 2017, less than 3 per cent of the refugee population. In addition, 2.3 million IDPs returned in 2018, compared with 4.2 million in 2017. In some cases, refugees and IDPs went back to situations where conditions did not permit safe and sustainable returns. Resettlement provided a solution for close to 92,400 refugees.

In 2018, the Expert Group on Refugee and IDP Statistics (EGRIS) presented the results of its work at the 49th session of the UN Statistical Commission. Established in 2016 by the Commission, EGRIS is tasked with addressing challenges associated with the collection, compilation and dissemination of statistics on refugees, asylum-seekers and IDPs, including the

---

**12**  Presented for the first time in 2017 statistics and, while this number is also an underestimate, it represents an improvement in the statistical reporting on children.

Figure 4 | **Key flows of newly registered refugees and new asylum-seekers in 2018**



**Countries of origin**

Syrian Arab Rep.

Venezuela (Bolivarian Rep. of)

South Sudan

Dem. Rep. of the Congo

Afghanistan

Iraq

El Salvador

Guatemala

Honduras

Mexico

**Countries of asylum**

Turkey

Peru

Sudan

Uganda

United States of America

Germany

lack of consistent terminology and difficulties in comparing statistics internationally. The Commission:

- endorsed the International Recommendations on Refugee Statistics;

- endorsed the Technical Report on Statistics of IDPs and supported the proposal to upgrade this work to develop formal recommendations; and

- reaffirmed the mandate to develop a compiler's manual on refugee and IDP statistics to provide hands-on guidance for the recommendations.

In addition to the 40 countries that took part in the EGRIS and those that had also contributed through the global consultations in 2017, several country representatives took the floor at the Statistical Commission to welcome this work. Certain elements of the work received particular support such as focusing on the importance of coordination and the central role of national statistical offices, as well as including the potential of different data sources and methodologies within the recommendations.[13]

**NOTE:**

This Global Trends report analyses statistical trends and changes in global displacement from January to December 2018 in populations for whom UNHCR has been entrusted with a responsibility by the international community, including refugees, asylum-seekers, returnees, stateless people and conflict-affected internally displaced people.[14] The data presented are based on information received as of 18 May 2019 unless otherwise indicated.

The figures in this report are based on data reported by governments, non-governmental organizations, and UNHCR. The numbers are rounded to the closest hundred or thousand. As some adjustments may appear later in the year in the Population Statistics online database,[15] the figures contained in this report should be considered as provisional and subject to change. Unless otherwise specified, the report does not refer to events occurring after 31 December 2018. ■

**13** For more information: www.unhcr.org/blogs/experts-finally-agree-on-standards-for-refugee-statistics/

**14** See p. 63 for a definition of each population group.

**15** http://popstats.unhcr.org



**ETHIOPIA.** *Inter-communal violence in southern and western Ethiopia displaced up to a million people inside their country. These internally displaced Ethiopians are among an estimated 11,000 people in Gedeo who have been left destitute and forced to sleep on the ground. UNHCR is providing emergency aid and has sent in emergency response teams to support the local authorities in establishing sites for the displaced.*
© UNHCR/ANNA HELLGE

**Map 1** | **Populations of concern to UNHCR by category** | end-2018



**Refugees, including persons in a refugee-like situation**

Germany
Turkey
Pakistan
Sudan
Uganda

**Asylum-seekers (pending cases)**

Germany
Turkey
United States of America
Peru
South Africa

**IDPs protected/assisted by UNHCR, including persons in an IDP-like situation**

Syrian Arab Republic
Ethiopia
Colombia
Somalia
Number of people
8,000,000
5,000,000
2,000,000
1,000,000
100,000
DR of the Congo
Venezuela

**A country is listed if it features among the top-5 per population group.**
The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.

AR_001296





**IRAQ.** *Syrian refugee Ronia lives with her five daughters in Domiz refugee camp, northern Iraq. Ronia's husband died two years ago, leaving her to raise her children alone.*
© UNHCR/ANDREW MCCONNELL

Venezuela AR_001255

CHAPTER 2

# Refugees

The number of refugees under UNHCR's mandate is almost double that of 2012 and two thirds come from 5 countries

The global refugee population stood at 25.9 million at the end of 2018, including 5.5 million Palestinian refugees under UNRWA's mandate, and is now at the highest level ever recorded. The focus of this report is the 20.4 million refugees under UNHCR's mandate[16] and, unless otherwise stated, all references to refugees in this document refer to this population.

The refugee population under UNHCR's mandate has nearly doubled since 2012 when it stood at 10.5 million. Over the course of 2018, this population increased by about 417,100 or 2 per cent. While this represents the seventh year in a row that the refugee population has increased, it is the smallest rise since 2013. The many new arrivals and registrations of refugees were partially offset by returns and adjustments following verification exercises, with the result being a small increase in the overall population size.

While there was only a small increase of 1 per cent in the refugee population in sub-Saharan Africa, this disguised wide sub-regional variations such as a small decrease in Central Africa and the Great Lakes and an increase of 13.7 per cent in West Africa [Table 1]. The new registrations of Syrian refugees in Turkey meant that the proportion of all refugees under UNHCR's mandate hosted in Turkey alone increased to 18 per cent while the rest of Europe hosted an additional 14 per cent. The situation in Asia and the Pacific remained relatively stable in 2018 after the large flows seen in 2017, and there was a small decrease in the refugee population in the Middle East and North Africa. There was also a small decline in the registered refugee population in the Americas, caused mainly by the departure of Colombian refugees from the Bolivarian Republic of Venezuela.

[16]  This figure includes some 243,000 individuals in refugee-like situations, with about 58,800 in the Bolivarian Republic of Venezuela, 48,900 in Thailand and 50,000 in Ecuador.

Table 1 | **Refugee populations by UNHCR regions** | 2018

| UNHCR regions | Refugees (including persons in a refugee-like situation) | | Change | | % of total, end-2018 |
|---|---|---|---|---|---|
| | Start-2018 | End-2018 | Absolute | % | |
| - Central Africa and Great Lakes | 1,475,700 | 1,449,400 | -26,300 | -1.8 | 7 |
| - East and Horn of Africa | 4,307,800 | 4,348,800 | 41,000 | 1.0 | 21 |
| - Southern Africa | 197,700 | 211,000 | 13,300 | 6.7 | 1 |
| - West Africa | 286,900 | 326,300 | 39,400 | 13.7 | 2 |
| Total Africa* | 6,268,200 | 6,335,400 | 67,200 | 1.1 | 31 |
| Americas | 646,100 | 643,300 | -2,800 | -0.4 | 3 |
| Asia and Pacific | 4,209,700 | 4,214,600 | 4,900 | 0.1 | 21 |
| Europe | 6,114,200 | 6,474,600 | 360,300 | 5.9 | 32 |
| thereof: Turkey | 3,480,300 | 3,681,700 | 201,400 | 5.8 | 18 |
| Middle East and North Africa | 2,705,400 | 2,692,700 | -12,700 | -0.5 | 13 |
| Total | 19,943,600 | 20,360,600 | 417,000 | 2.1 | 100 |

* Excluding North Africa.

## By origin

Altogether, refugees from the top 10 countries of origin accounted for 82 per cent of refugees (16.6 million) in 2018, similar to 2017. As in 2017, over two thirds of the world's refugees come from just five countries: Syria, Afghanistan, South Sudan, Myanmar and Somalia.

As has been the case since 2014, the main country of origin for refugees in 2018 was Syria, with 6.7 million at the end of the year, an increase over the 6.3 million from a year earlier.[17] While these refugees were hosted by 127 countries on six continents, the vast majority (85 per cent) remained in countries in the region. Turkey continued to host the largest population of Syrian refugees, increasing throughout 2018 through both new registrations and births to reach 3,622,400 by the end of the year.

Countries in the Middle East and North Africa with significant numbers of Syrian refugees included Lebanon (944,200), Jordan (676,300), Iraq (252,500) and Egypt (132,900). Outside the region, countries with large Syrian refugee populations included Germany (532,100), Sweden (109,300), Sudan (93,500), Austria (49,200), the Netherlands (32,100), Greece (23,900), Denmark (19,700), Bulgaria (17,200), Switzerland (16,600), France (15,800), Armenia (14,700), Norway (13,900) and Spain (13,800).

Refugees from Afghanistan were the second largest group by country of origin, in what has remained a significant population since the 1980s. At the end of 2018, there were 2.7 million Afghan refugees, compared with 2.6 million a year earlier, mainly due to births during the year. Pakistan continued to host the largest Afghan refugee population with 1,403,500 people at the end of 2018. The Islamic Republic of Iran reported hosting 951,100 Afghan refugees.[18] In Germany, the number grew to 126,000 by the end of 2018, with other Afghan refugee populations hosted in Austria (33,100), Sweden (28,200), France (18,500), Italy (16,900), Switzerland (12,300) and Australia (11,900). In 2018, over 88 per cent of Afghan refugees were hosted by neighbouring Pakistan and the Islamic Republic of Iran.

While the South Sudanese refugee population declined in 2018 from 2.4 million to 2.3 million people, it remained the third most common country of origin. Much of this decline was accounted for by the adjustment of the figures in Uganda following verification (which reduced the population by 300,000); overall in 2018, there were 179,200 new refugee registrations. Following the reduction in the number of refugees hosted in Uganda to 788,800 at the end of 2018, Sudan became the country hosting the largest population of South Sudanese with 852,100 people. This was followed by Ethiopia (422,100), Kenya (115,200) and DRC (95,700).

[17] Much of this increase was due to newly registered refugees, many of whom had arrived prior to 2018.

[18] The Government of the Islamic Republic of Iran registers all refugees in the country. With the exception of refugees in settlements, UNHCR has most recently received only the aggregate number of refugees from the Government in May 2015.

Venezuela AR_001260

Figure 5 | **Major source countries of refugees** | end-2017 to end-2018



Altogether, neighbouring countries hosted nearly all refugees from South Sudan.

Refugees originating from Myanmar represented the fourth largest population group by country of origin. By the end of 2018, this population stood at 1.1 million, about the same as in 2017. Most refugees from Myanmar were hosted by Bangladesh (906,600) at the end of the year, a slight decline from the end of 2017 (932,200) due to improvements in registration methods. Other countries with sizable populations of refugees from Myanmar were Malaysia (114,200), Thailand (97,600) and India (18,800). Most of the refugee population from Myanmar was hosted in Bangladesh and nearly the entirety of refugees from Myanmar were hosted by countries in the region.

The number of Somali refugees worldwide continued to decline slowly, mainly as a result of verification exercises in and returns from Kenya and – to a lesser extent – from Yemen. At the end of 2017, there were 986,400 Somali refugees, a number that decreased to 949,700 by the end of 2018. As a result of the decline in Kenya, Ethiopia became the largest host of Somali refugees with 257,200 at the end of 2018. This was followed by Kenya (252,500), Yemen (249,000), South Africa (27,100), Germany (23,600), Sweden (21,000), Uganda (18,800), the Netherlands

(14,000), Italy (13,400) and Djibouti (12,700). Over 80 per cent of Somali refugees have remained in countries close to Somalia.

The number of registered refugees originating from Sudan reached 724,800 by the end of 2018, up from 694,600 the previous year. Chad continued to host the largest Sudanese refugee population with 336,700, while 269,900 Sudanese refugees were living in South Sudan. Other countries hosting a significant Sudanese refugee population at end-2018 included Ethiopia (44,000), Egypt (19,500) and France (14,700). Neighbouring countries hosted some 93 per cent of Sudanese refugees in 2018.

At the year's end, DRC was the seventh largest country of origin of refugees, with 720,300 refugees. The majority from DRC (85 per cent) were hosted by neighbouring countries including Uganda with a population of 303,100, Rwanda (77,000), Burundi (70,900), the United Republic of Tanzania (Tanzania) (56,600), Zambia (41,500), Angola (37,100), South Sudan (15,600) and the Republic of the Congo (Congo) (11,300). Substantial refugee populations were also hosted by South Africa (26,300), Kenya (24,600) and France (16,500). Nearly all refugees from DRC (94 per cent) remained in sub-Saharan African countries.



NIGERIA. *Thousands of Cameroonians seek safety across the border, including this elderly Cameroonian refugee in south-eastern Nigeria.*
© UNHCR/SIMI VIJAY

Figure 6 | **Major host countries of refugees** | end-2017 to end-2018



As in 2017, CAR remained the country of origin of the eighth largest refugee population. Violence continued to force people to flee, with refugee numbers increasing from 545,500 to 590,900 during 2018. Virtually all CAR refugees found asylum in neighbouring countries. Cameroon hosted about half with 274,700 at the end of 2018, followed by DRC (172,000), Chad (102,100), Congo (24,700) and Sudan (7,000).

Eritrea remained the ninth largest country of origin with 507,300 refugees at the end of 2018, an increase from end-2017 when this population stood at 486,200. Most Eritrean refugees (57 per cent) were hosted by Ethiopia (174,000) and Sudan (114,500), but many also found protection farther away, such as in Germany (55,300), Switzerland (34,100), Sweden (27,700), Norway (15,200), the Netherlands (14,900), Israel (14,500) and the United Kingdom of Great Britain and Northern Ireland (United Kingdom) (13,000).

The number of refugees from Burundi, the tenth largest refugee-producing country, decreased during 2018 from 439,300 at the start of the year to 387,900 at the end. The decrease was mainly due to returns (45,500) and as a result of verification exercises that often reflect spontaneous departures. Nearly all of these refugees (98 per cent) were located in

countries in the region, with Tanzania hosting 221,400 Burundian refugees, followed by Rwanda (68,300), DRC (43,000), Uganda (32,500), Kenya (4,900) and Zambia (4,500).

Other major countries or territories of origin for refugees in 2018 were Iraq (372,300), Viet Nam (334,500),[19] Nigeria (276,900), Rwanda (247,500), China (212,100), Mali (158,300), Colombia (138,600), Pakistan (132,300), the Islamic Republic of Iran (130,000) and Sri Lanka (114,000).

## By country of asylum

Developing regions continued to shoulder a disproportionately large responsibility for hosting refugees. The Least Developed Countries,[20] such as Bangladesh, Chad, DRC, Ethiopia, Rwanda, South Sudan, Sudan, Tanzania, Uganda and Yemen, hosted 6.7 million refugees, 33 per cent of the global total, while being home to 13 per cent of the world population and accounting for a combined

---

[19]  Nearly all Vietnamese refugees are hosted by China and are considered to be well integrated into Chinese society.

[20]  See: unstats.un.org/unsd/methodology/m49/ for a list of Least Developed Countries.

1.25 per cent of the global gross domestic product.[21] These nations already face severe structural barriers to sustainable development, and usually have the least resources to respond to the needs of people seeking refuge.[22] Altogether, nine of the top ten refugee-hosting countries were in developing regions (according to the United Nations Statistics Division classification) and 84 per cent of refugees lived in these countries.[23]

As has been the case since 2014, Turkey was the country hosting the largest refugee population, with 3.7 million at the end of 2018, up from 3.5 million in December 2017 [Figure 6]. The vast majority of refugees in Turkey were from Syria with 3,622,400 making up more than 98 per cent of the entire refugee population. In 2018, there were 397,600 newly registered Syrian refugees and 113,100 newborns in Turkey. In addition, there were 39,100 refugees from Iraq, as well as smaller numbers from the Islamic Republic of Iran (8,700) and Afghanistan (6,600).[24]

At the end of 2018, Pakistan hosted the second largest refugee population with 1.4 million refugees. This population is similar in size to that reported at the end of 2017 with the addition of newborns balanced out by reductions mainly due to returns. The refugee population in Pakistan continued to be almost exclusively from Afghanistan.[25]

Uganda continued to host a large refugee population, numbering 1,165,700 at the end of 2018, a decline from the 1,350,500 reported at the end of 2017. While Uganda continued to receive new refugee arrivals throughout the year, this decline was mainly due to a verification exercise undertaken between March and October 2018. Uganda was host to refugee populations from several countries, the largest being from South Sudan (with 788,800 at the end of 2018), followed by DRC (303,100). There were also sizeable populations of refugees from Burundi (32,500), Somalia (18,800) and Rwanda (14,000).

The refugee population in Sudan increased by about 19 per cent over the course of 2018 to just

over 1 million, with Sudan becoming the country with the fourth largest refugee population. Most refugees were from South Sudan (852,100), followed by Eritrea (114,500), Syria (93,500), CAR (7,000) and Ethiopia (6,000).

During 2018, the refugee population in Germany continued to increase, numbering 1,063,800 at the end of the year. More than half were from Syria (532,100), while other countries of origin included Iraq (136,500), Afghanistan (126,000), Eritrea (55,300), the Islamic Republic of Iran (41,200), Turkey (24,000), Somalia (23,600), Serbia and Kosovo (S/RES/1244 (1999)) (9,200), the Russian Federation (8,100), Pakistan (7,500) and Nigeria (6,400).

The registered refugee population in the Islamic Republic of Iran, the sixth largest refugee-hosting country, remained unchanged at 979,400 at the end of 2018.[26] The vast majority were from Afghanistan (951,100), with a smaller number from Iraq (28,300).

The refugee population in Lebanon also declined slightly, mainly due to data reconciliation, deregistration, and departures for resettlement. However, Lebanon still hosted nearly 1 million refugees at the end of 2018 (949,700), compared with 998,900 at the end of 2017. Most refugees in Lebanon were from Syria (944,200), with an additional 4,500 from Iraq.

---

[21] International Monetary Fund, World Economic Outlook Database, April 2019. 2018 estimates for current prices nominal GDP. imf.org/external/pubs/ft/weo/2019/01/weodata/index.aspx

[22] See: unstats.un.org/unsd/methodology/m49/ for a list of Least Developed Countries.

[23] See: unstats.un.org/unsd/methodology/m49/ for a list of countries included under each region.

[24] The numbers reported on nationalities other than Syrian relate to numbers from UNHCR as of 10 September 2018. As of this date, UNHCR Turkey phased out its role in registering foreigners wishing to apply for international protection and the Government of Turkey moved to a fully decentralized procedure for all individuals seeking international protection. The numbers of new arrivals and births among Syrians were reported by the Government of Turkey.

[25] Pakistan hosted large numbers of undocumented Afghans.

[26] The Government of the Islamic Republic of Iran registers all refugees in the country. With the exception of refugees in settlements, UNHCR has most recently received only the aggregate number of refugees from the Government in May 2015.



**SOUTH SUDAN.** *Refugees from Sudan gather to collect water from a water point in the Doro refugee camp in Bunj, South Sudan. While the local host community population stands at around 53,000, the area around Bunj is now home to 144,000 refugees from Sudan's Blue Nile State.*
© UNHCR/WILL SWANSON



**BANGLADESH.** *Mohammad, 31, and his daughter Kismat, 3 are among almost 700,000 Rohingya refugees who fled Myanmar in 2017, seeking safety in neighbouring Bangladesh. Four generations of their family are living in the camps near Cox's Bazaar. The living conditions in the camps are difficult, but the Rohingya feel safe.*
© UNHCR/ROGER ARNOLD

Bangladesh continued to host a large refugee population at the end of 2018, almost entirely comprising refugees from Myanmar, many of whom arrived during 2017. The number stood at 906,600 at the end of the year, a decline from 932,200 the previous year, mostly due to statistical adjustments following family count exercises. Still, there were 16,300 new registrations during the year.

The refugee population in Ethiopia – the ninth largest refugee host country – increased during 2018, reaching 903,200. Nearly half of the population came from South Sudan, bringing the total number of South Sudanese refugees in the country to 422,100. There were 257,200 refugees from Somalia, while significant numbers from Eritrea (174,000) and Sudan (44,000) remained in Ethiopia at the end of 2018.

Jordan experienced a slight increase in its refugee population, providing protection to 715,300 people by the end of 2018, up from 691,000 in 2017 and making it the tenth largest refugee-hosting country in the world. The vast majority of these refugees were from Syria (676,300), while 34,600 were from Iraq.

Other countries hosting significant refugee populations of more than 200,000 people at the end of 2018 included DRC (529,100), Chad (451,200), Kenya (421,200), Cameroon (380,300), France (368,400), China (321,800), the United States of America (313,200), South Sudan (291,800), Iraq (283,000), Tanzania (278,300), Yemen (264,400), Sweden (248,200) and Egypt (246,700).

## New refugees

During 2018, 1.1 million people were reported as new refugees, down from the 2.7 million reported in 2017. This figure comprised 599,300 refugees who were recognized on a group or prima facie basis, as well as the 461,200 who were granted some form of temporary protection.

Syrians were the largest group of new refugees registered on a group or prima facie basis, accounting for more than half of new registrations with 526,500 new refugees. Most of these were in Turkey, where 397,600 were registered in 2018 (although many would have arrived earlier), followed by 81,700 in Sudan, 15,600 in Iraq, 13,300 in Jordan, 11,800 in Greece and 5,300 in Egypt.

The conflict in South Sudan continued to displace many, with 179,200 new refugees registered in 2018. Still, this was a lower rate of displacement than was seen in the previous year when over 1 million new refugees were recorded. More than half of these new South Sudanese refugee movements (99,400) were to Sudan, but there were also large numbers of South Sudanese in Uganda (40,700), Ethiopia (25,400), Kenya (7,300) and DRC (5,900).

Refugees from DRC constituted the third largest group of new refugees with 123,400 people forcibly displaced across its borders in 2018. Nearly all of these new refugees fled to Uganda (119,900), while

Venezuela AR_001266

Figure 7 | **Number of refugees per 1,000 inhabitants** | end-2018



smaller numbers of new refugees were registered in Rwanda (2,600) and South Sudan (800).

Other countries of origin of new refugees included CAR (53,100, mainly to Chad and Cameroon), Nigeria (41,000, mainly to Cameroon), Cameroon (32,600, all to Nigeria), Sudan (19,700, mainly to South Sudan), Myanmar (16,300, all to Bangladesh), Eritrea (14,900, mostly to Ethiopia), Afghanistan (10,500, mostly to Greece) and Burundi (10,100, mostly to Rwanda and DRC).

Turkey was the country of asylum that registered the most new refugees in 2018 with 397,600 Syrians registered under the Government's Temporary Protection Regulation.[27] This was followed by Sudan which reported new refugees from South Sudan (99,400), Syria (81,700), CAR (4,700) and Yemen (700). Uganda also registered 160,600 new refugees in 2018, mainly from DRC (119,900) and South Sudan (40,700). In addition, Cameroon reported 52,800 new refugees, from Nigeria (31,800) and CAR (20,900); Ethiopia reported 42,100 new refugees, mainly from South Sudan (25,400), Eritrea (14,600), Sudan (1,200) and Somalia (800); and Nigeria reported 32,600 new arrivals, all from Cameroon.

## Comparing host country situations

Comparing the size of a refugee population with that of a host country can help measure the impact of

hosting that population. Figure 7 shows that Lebanon, while hosting the seventh largest refugee population, had the highest refugee population relative to national population with 156 refugees per 1,000 national population.[28] Similarly Jordan hosted the tenth largest refugee population but the second largest relative to national population with 72 refugees per 1,000. These figures relate only to the refugee population under UNHCR's mandate, and Lebanon and Jordan respectively hosted an additional half a million and 2.2 million Palestine refugees under UNRWA's mandate.

Turkey hosted the third largest refugee population relative to its national population with 45 refugees per 1,000. Half of the ten countries with the highest refugee population relative to national population were in sub-Saharan Africa.

In high-income countries, there were, on average, 2.7 refugees per 1,000 national population, but this figure is more than doubled in middle- and low-income countries, with 5.8 refugees per 1,000.[29] ■

27 Many of the newly registered refugees were present in Turkey prior to 2018.

28 National population data are from United Nations Department of Economic and Social Affairs, Population Division, "World population prospects: The 2017 revision", New York, 2017. For the purpose of this analysis, the 2018 medium fertility variant population projections have been used. See: esa.un.org/unpd/wpp/

29 Income groupings are from the World Bank: databank.worldbank.org/data/download/site-content/CLASS.xls

## PROTRACTED REFUGEE SITUATIONS

Traditionally, UNHCR defines a protracted refugee situation as one in which 25,000 or more refugees from the same nationality have been in exile for five consecutive years or more in a given host country.[30] This criterion clearly has limitations, as the refugee population in each situation changes due to new arrivals and returns that are not captured under this definition. For example, the situation of Rohingya refugees from Myanmar in Bangladesh is classified as a protracted situation because the refugee population has exceeded 25,000 every year since 2006 although the vast majority of the current refugee population from Myanmar arrived there in 2017. Thus, out of the 906,600 refugees from Myanmar present in Bangladesh at the end of 2018, about two thirds have been in the country for less than five years. The same applies to the Burundian refugees in Tanzania, the majority of whom arrived in or after 2015. Furthermore, smaller refugee situations might not be included even if the displacement is prolonged, especially if refugees from one nationality are in various countries of asylum.

The characteristics of a protracted situation will be the result of multiple factors. These include conditions in the refugees' country of origin, policy responses of and socioeconomic conditions in the host countries, availability of durable solutions and level of engagement by the international community, with some situations receiving far more attention and support than others. Protracted situations may include both camp-based and urban refugee populations.

Based on the existing definition, 15.9 million refugees were in protracted situations at the end of 2018. This represented 78 per cent of all refugees, compared with 66 per cent the previous year [Figure 8]. Of this number, 5.8 million were in a situation lasting 20 years or more, dominated especially by the 2.4 million Afghan refugees in the Islamic Republic of Iran and Pakistan where the displacement situation has lasted for 40 years. As indicated above, this does not mean that individuals have necessarily been displaced for 40 years as there may have been departures, new arrivals, births and deaths. In addition, there were 10.1 million refugees in protracted situations of less than 20 years, more than half represented by the displacement situation of Syrians in Egypt, Iraq, Jordan, Lebanon and Turkey.

In 2018, nine additional situations become protracted, where the displacement of more than 25,000 refugees extended beyond five years. These included South Sudanese refugees in Kenya, Sudan and Uganda; Nigerians in Cameroon and Niger; refugees from DRC and Somalia in South Africa; Pakistani refugees in Afghanistan; and Ukrainian refugees in the Russian Federation. Unfortunately, no protracted situations were resolved during 2018. ■

[30] Only refugees under UNHCR's mandate are considered in this analysis, which includes Palestine refugees in Egypt but not Palestine refugees in Jordan, Lebanon, State of Palestine or Syria who are under UNRWA's mandate.



SUDAN. *Eritrean refugee Sherifa, 35, participates in UNHCR's campaign against human trafficking at Shagarab refugee camp in Sudan. Sherifa, whose husband went missing, holds up a sign saying: "I need freedom and peace".*
© UNHCR/HUSSEIN ERI

Venezuela AR_001268

Figure 8 | **Protracted refugee situations characterized by size** | end-2018





**ECUADOR.** *Cesar and Yoheglith fled Venezuela with their three kids in October 2018. Living in Ibarra, Ecuador, they all sleep in one room. It's cramped and cold at night, but they feel safe now and are integrating into work and school.*
© UNHCR/SANTIAGO ESCOBAR-JARAMILLO

## CASE STUDY:

# THE VENEZUELA SITUATION

People are leaving Venezuela for many reasons: violence, insecurity, fear of being targeted for their political opinions (whether real or perceived), shortages of food and medicine, lack of access to social services, and being unable to support themselves and their families.

By the end of 2018, more than 3 million Venezuelans had left their homes, travelling mainly towards Latin America and the Caribbean. It is the biggest exodus in the region's recent history and one of the biggest displacement crises in the world.

More than 460,000 Venezuelans have sought asylum, including about 350,000 in 2018 alone [Figure 9]. But asylum procedures in the region are overwhelmed, and to date only 21,000 Venezuelans have been recognized as refugees.

In addition, Latin American countries have granted an estimated 1 million residence permits and other forms of legal stay to Venezuelans by the end of 2018, which allow them access to some basic services. In most countries, however, a considerable number of Venezuelans might be in an irregular situation, which exposed them to exploitation and abuse. With an unabated average of up to 5,000 people leaving Venezuela every day, it is estimated that 5 million people could leave the country by the end of 2019. Thousands cross daily into Colombia, while others head towards Brazil, Chile, Ecuador and Peru. Still others take dangerous boat journeys to Caribbean islands.

Various interconnected factors are causing Venezuelans to leave, but given the deteriorating political, socioeconomic and human rights conditions, it is clear that international protection considerations, according to the refugee criteria



**Mexico**
4,700
42,100
5,500

**Dominican Rep.**
26,400
100

**Aruba**
15,600
400

**Curaçao**
25,700
300

**Trinidad and Tobago**
500
31,800
7,700

**Costa Rica**
300
5,400

**Panama**
94,400
5,100

**Guyana**
36,400

**Colombia**
100
1,171,600
2,700

**Ecuador**
256,300
6,300

**Peru**
700
428,200
227,300

**Brazil**
39,800
81,000

**Chile**
285,100
3,100

**Paraguay**
800
100

**Argentina**
127,200
1,000

**Uruguay**
11,600
100



Refugees
Venezuelans displaced abroad
Asylum-seekers

Map 2 | **Venezuelans of concern to UNHCR in Latin America and the Caribbean** | end-2018

> "*We didn't feel safe anymore. We were scared to be in the house and we couldn't leave the children alone. They threatened to kill my brother.*"

**– Angelica, a Venezuelan asylum-seeker in Panama, fled her country when armed groups tried to forcibly recruit her 12 year old son.**



*"When my nine-month-old daughter died because of the lack of medicines, doctors or treatment, I decided to take my family out of Venezuela before another one of my children died. Diseases were getting stronger than us. I told myself, either we leave or we die."*

**– Eulirio Baes, a 33-year-old indigenous Warao from Delta Amacuro in Venezuela. He abandoned the Warao's ancestral lands and took his entire family to Brazil after three relatives died.**

in the 1951 Convention/1967 Protocol and the 1984 Cartagena Declaration on Refugees, are applicable to the majority of Venezuelans.

In a recent statement, the UN High Commissioner for Human Rights indicated that "Countries in the region have been confronted with the massive arrival of people who often have urgent humanitarian and human rights protection needs." [31]

Host countries have shown commendable solidarity towards Venezuelans arriving on their territory, giving them protection and assistance. Through the Quito process, they have cooperated to harmonize their protection responses for Venezuelan nationals and facilitate their legal, social and economic inclusion.

But faced with intermittent border restrictions, Venezuelans fleeing to neighbouring countries are also increasingly relying on irregular and dangerous routes to cross borders. People taking such routes are exposed to risks such as sexual exploitation, abuse and kidnapping, including in areas where illegal armed groups and guerrillas operate.

As the number of Venezuelan refugees and migrants continues to rise, so do their needs and those of the communities hosting them. Given the magnitude of the outflow of Venezuelans, only a coordinated and comprehensive approach by governments, humanitarian and development actors, supported by a well-funded international response, will enable the region to cope with the full scale of the crisis.

With the objective of ensuring a coherent and coordinated operational response, UNHCR and the International Organization for Migration (IOM) established the Regional Interagency Coordination Platform in September 2018. The two organizations also appointed a UNHCR-IOM Joint Special Representative for Venezuelan Refugees and Migrants and designed a Regional Refugee and Migrant Response Plan involving 95 partners and for the benefit of 2.2 million individuals.

**31** Oral update on the situation of human rights in the Bolivarian Republic of Venezuela, statement by UN High Commissioner for Human Rights Michelle Bachelet, 40th session of the Human Rights Council, 20 March 2019. See: www.ohchr.org/en/NewsEvents/Pages/DisplayNews.aspx?NewsID=24374

Figure 9  **| New asylum applications by Venezuelans** | 2014-2018



CHAPTER 3

# Solutions

Lasting solutions require collective commitment so millions of displaced people can rebuild their lives

Finding durable solutions to displacement is a core part of UNHCR's work. These are intended to enable millions of displaced people around the world to rebuild their lives in dignity and safety.

Resolving situations of forcible displacement requires collective commitment to address the protection needs of refugees and other displaced people through a range of options and opportunities. Traditionally, these have included voluntary repatriation, resettlement to a third country and local integration. Historically, many displacement situations have been resolved through these solutions, such as following the high levels of displacement from the Balkans and the Great Lakes region of Africa during the 1990s, but in recent decades such solutions have proved more elusive. The Comprehensive Refugee Response Framework was developed partly to help address the need to

strengthen solutions including expanding access to resettlement in third countries and other complementary pathways, as well as fostering conditions that enable refugees to return voluntarily to their home countries.[32]

UNHCR is responsible for leading international coordination of protection for IDPs under the cluster system, including ensuring that IDPs can access a safe, voluntary, and dignified solution to displacement.[33] The Guiding Principles on Internal Displacement and the Inter-Agency Standing Committee's framework on durable solutions outline how these can be attained so that IDPs no longer

**32** See: www.unhcr.org/comprehensive-refugee-response-framework-crrf.html
**33** See: siteresources.worldbank.org/EXTSOCIALDEVELOPMENT/Resources/244362-1265299949041/6766328-1265299960363/SG-Decision-Memo-Durable-Solutions.pdf

Figure 10  |  **Refugee returns** | 1992-2018



have specific assistance or protection needs linked to their displacement and can enjoy their human rights without discrimination on account of their displacement.

Solutions to displacement for refugees and IDPs should be addressed jointly. For the purposes of statistical reporting, however, the return of IDPs to their locality of origin is discussed in Chapter 4, and the remainder of this chapter will focus on durable solutions for refugees.

## Returns

During 2018, the number of refugees who returned to their countries of origin stood at 593,800. This constitutes a decline compared with 667,400 in 2017, especially given that the refugee population has continued to increase. Thus, this figure represents a further decline as a proportion of the global refugee population [Figures 10 and 11].

Voluntary repatriation remains the durable solution of choice for the largest number of refugees and requires appropriate measures to ensure that any choice is voluntary, free from coercion, and based on objective information with conditions allowing safe and dignified returns. Over the years, UNHCR

worked with States to facilitate numerous voluntary repatriation programmes that enabled millions of refugees to return home, assisted with small-scale and individual repatriations, and contributed to the reintegration of returnees to ensure that their return was a sustainable solution.

In 2018, UNHCR observed a number of self-organized returns, sometimes under pressure, to areas where circumstances were partially improving but where peace and security were not fully established. Such challenging situations often are not conducive to a safe and dignified repatriation. For returns to be sustainable, it is critical that they do not take place precipitously or prematurely in the absence of conditions for sustainable reintegration. Although UNHCR does not promote returns to countries of origin in such circumstances, the Office nevertheless recognizes the right of all individuals to return voluntarily to their country of origin and monitors the progress of returns while also advocating for improved conditions.

Refugees returned to 37 countries of origin from 62 former countries of asylum during 2018, as reported by UNHCR offices and after reconciliation of departure and arrival figures. It should be noted that countries of origin reported only arrivals of returning refugees with no distinction between those who

Venezuela AR_001274

Figure 11 | **Refugee returns as a proportion of the overall refugee population** | 1992-2018



returned through organized voluntary repatriation, through self-organized returns or in conditions not conducive for sustainable return in safety and dignity. Thus the reported statistics refer to returns of all types and not necessarily to voluntary repatriation, and the data have not necessarily been verified by UNHCR in all cases.

Returns to Syria constituted the largest such number in 2018, with 210,900 refugees returning, mostly reported from Turkey (177,300).[34] Much smaller numbers were reported from Lebanon (14,500), Iraq (10,800), Jordan (8,100) and Egypt (300). UNHCR's position vis-à-vis returns to Syria throughout 2018 and up to present has been that there are not sufficient guarantees or conditions in place to facilitate large-scale repatriation in safety and dignity. Significant risks remain for civilians across the country and premature return could have a negative impact on refugees and, if significant in scale, could further destabilize the region.

UNHCR neither promoted nor facilitated refugee returns to Syria in 2018. However, many self-organized returns or returns organized by host countries or other actors occurred and returnees were assisted through ongoing humanitarian programmes.[35] A Return Perception and Intentions Survey conducted among Syrian refugees in 2018

found that 76 per cent of Syrian refugees hoped to return to Syria one day, a significant increase from the 51 per cent reported in 2017. Although most surveyed refugees aspired to go home, only a few saw return as a near-term possibility within a 12-month period. Indeed, 85 per cent of respondents stated they did not have intentions to return to Syria in the next 12 months, while 11 per cent were undecided, and 4 per cent intended to return.[36]

The second largest number of refugee returns in 2018 was reported by South Sudan, with 136,200. The largest number returned from Uganda (83,600), followed by Ethiopia (40,200), Sudan (5,200), Kenya (4,600), CAR (2,100) and DRC (400). As in the case of Syria, UNHCR did not facilitate or promote refugee returns to South Sudan in 2018. For those refugees who returned in circumstances that were challenging or not conducive to a safe and dignified return, UNHCR sought to monitor and assist the situations of returned refugees and IDPs within the country.[37]

---

34 While the Government of Turkey reported the total number of return departures of Syrians from Turkey, UNHCR verified 22,410 returns in 2018 from Turkey. See: data2.unhcr.org/en/situations/syria_durable_solutions

35 See: https://data2.unhcr.org/en/documents/download/63223

36 See: data2.unhcr.org/fr/documents/download/66198

37 See: reliefweb.int/sites/reliefweb.int/files/resources/UNHCR%20South%20SUdanSpontaneous%20Returnees%2031%20January%202019.pdf

Figure 12 | **Gap between resettlement needs and UNHCR's annual submissions** | 2011-2018



○ Resettlements needs          ○ UNHCR resettlement submissions

* 2014 excludes resettlement needs of Syrian refugees due to the fluid and rapidly evolving situation at the time of estimating global needs.

During 2018, some 87,500[38] refugees returned to Somalia, the vast majority from Kenya (82,800) and with smaller numbers from Yemen (3,400) and Djibouti (800). Burundi reported the return of 45,500 refugees, 98 per cent of whom came back from Tanzania. There were 35,200 returnees to CAR, mostly from Cameroon (17,100), Chad (10,100), DRC (4,300) and Congo (3,500). Other countries with significant numbers of returnees were Colombia (23,900), Afghanistan (16,200), Mozambique (8,800), Mali (6,700), DRC (6,600) and Chad (6,400).

In terms of return movements by country of asylum, Turkey reported the largest number of departures, all to Syria (177,300). There were 83,600 refugees who repatriated from Uganda, nearly all of whom returned to South Sudan. Other countries reporting large numbers of departures were Tanzania (44,800, all to Burundi), Ethiopia (40,200 to South Sudan), Venezuela (23,900, all to Colombia), Cameroon (17,100, nearly all to CAR), Lebanon (14,500, all to Syria), Pakistan (14,000, nearly all to Afghanistan), Chad (11,800, with 10,000 to CAR and smaller numbers to Sudan), Iraq (10,800, all to Syria) and Sudan (10,100, mainly to Chad and South Sudan).

## Resettlement

Resettlement remains a life-saving tool to ensure the protection of those refugees most at risk. As one of the key objectives of the Global Compact on Refugees, resettlement and complementary pathways are also mechanisms for governments and communities across the world to share responsibility for responding to increasing forced displacement crises and help reduce the impact of large refugee situations on host countries.

UNHCR estimated that 1.4 million refugees were in need of resettlement [Figure 12].[39] However, only 81,300 places for new submissions were provided by 29 resettlement states in 2018. Although this represented an 8 per cent increase compared with 2017 (75,200), the gap between needs and actual resettlement places exceeded 90 per cent and continued to grow.

**38** The number of refugee returns to Somalia in 2018 is provisional and will be updated as it currently includes returns from earlier years.

**39** See: www.unhcr.org/protection/resettlement/5b28a7df4/projected-global-resettlement-needs-2019.html

CHAPTER 3



**AFGHANISTAN.** *Sadiq is an Afghan returnee who had been living in Pakistan. He now lives in Dasht-e Tarakhi, an informal settlement on the outskirts of Kabul which is mostly populated by returnees from Pakistan. UNHCR and its partners are helping returnees gain access to basic services, land and jobs.*
© UNHCR/JIM HUYLEBROEK

Figure 13 | **First permits granted by OECD countries to Afghans, Eritreans, Iraqis, Somalis, and Syrians by permit type** | between 2010 and 2017



Of the 81,300 submissions made in 2018, 68 per cent were for survivors of violence and torture, those with legal and physical protection needs, and particularly vulnerable women and girls. Just over half of all resettlement submissions concerned children.

A total of 82 UNHCR operations referred refugees to resettlement states in 2018. Turkey (16,000 submissions) and Lebanon (8,400) were the two largest resettlement operations and accounted for about one third of all submissions worldwide [Table 2]. Syrians constituted the largest refugee

population to be submitted for resettlement by UNHCR in 2018 (28,200 or 35 per cent of all submissions), followed by those from DRC (21,800 submissions) and Eritrea (4,300).

Based on official government statistics provided to UNHCR, 92,400 refugees[40] were resettled to 25 countries during 2018. Canada admitted the largest number of resettled refugees (28,100). The United States of America was second with 22,900. Other countries that admitted large numbers of resettled refugees during the year were Australia (12,700), the United Kingdom (5,800) and France (5,600).

In addition to refugee resettlement, complementary pathways for admission of refugees are key to expanding access to third-country solutions.[41] In 2018, UNHCR and Organization for Economic and Co-operation and Development (OECD) published a study that examined the use of complementary

Table 2 | **Resettlement submissions by UNHCR operation** | 2018

| UNHCR operation | Resettlement submissions |
|---|---|
| Turkey | 16,042 |
| Lebanon | 8,393 |
| United Rep. of Tanzania | 6,493 |
| Jordan | 6,387 |
| Uganda | 5,478 |
| Other | 38,544 |
| **Total** | **81,337** |

40 This figure includes refugees admitted with or without UNHCR's assistance.

41 The general framework of complementary pathways in the context of solutions for refugees is outlined in UNHCR's "Complementary pathways for admission to third countries: Key considerations" paper. See: www.unhcr.org/complementary-pathways.html

Venezuela AR_001278

pathways.[42] The study focuses on first-entry permits granted for family, study or work purposes in OECD countries to nationals from Afghanistan, Eritrea, Iraq, Somalia and Syria[43] from 2010 to 2017 [Figure 13].

Between 2010 and 2017, the combined total of submitted asylum applications in OECD countries of the five populations was more than 2.5 million, including 322,300 (13 per cent) on appeal following a negative decision at the first-instance. More than 1.5 million were granted either refugee status (890,000) or complementary forms of protection (633,000) during this period, and 566,900 first residence permits were granted to the five populations. Furthermore, 350,400 people from the five populations arrived in OECD countries through resettlement programmes from 2010 to 2017.

## Local integration

One durable solution is the local integration of refugees. This is a complex and gradual process that involves refugees establishing themselves in a country of asylum and integrating into the community there. Separate but equally important legal, economic, social, and cultural aspects to local integration form part of the process, which over time should lead to permanent residence rights and, in many cases, the acquisition of citizenship in the country of asylum.

Measuring and quantifying local integration in a way that is comparable and consistent across different contexts is challenging. The International Recommendations on Refugee Statistics make several recommendations on appropriate indicators, but data availability on the situation of refugees is still very poor.[44] Naturalization – the legal act or process by which a non-citizen in a country may acquire citizenship or nationality of that country – is therefore used as a measure of local integration. However, even this proxy is limited by uneven availability of data and poor coverage as well as policy and legal changes over time. In particular,

it can be difficult to distinguish between the naturalization of refugees and non-refugees. Therefore, the data are only indicative at best and provide an underestimate of the extent to which refugees are naturalized. In view of the current challenges with the availability of relevant statistics on naturalization, UNHCR will explore with governments opportunities to address these gaps.

During 2018, a total of 62,600 refugee naturalizations were reported – lower than the 73,400 reported in 2017 – with 27 countries reporting at least one. Turkey reported the most naturalizations with 29,000 in 2018, all originating from Syria. Canada reported the second largest number, with 18,300, reversing that country's decline in naturalizations since 2015 and substantially higher than the 10,500 reported in 2017. Canada naturalized refugees from 162 countries with the highest number from Iraq (2,800). The Netherlands also reported an increasing number of naturalizations with 7,900 compared with 6,600 in 2017. Other countries that reported significant numbers of naturalizations of refugees in 2018 were Guinea-Bissau (3,500) and France (3,300). ∎

---

**42** See: www.unhcr.org/5c07a2c84. The findings will support the development of the three-year strategy envisaged by the Global Compact on Refugees to expand resettlement and complementary pathways. Data will be updated on a regular basis, with the report intended to be issued by UNHCR-OECD every two years. The next report will be completed in 2020, covering 2018-2019 data.

**43** These nationalities were selected because they account for more than half of the world's refugees under UNHCR's mandate and have a high recognition rate for those applying for asylum in OECD countries.

**44** See: ec.europa.eu/eurostat/documents/3859598/9315869/KS-GQ-18-004-EN-N.pdf



**DEMOCRATIC REPUBLIC OF THE CONGO.**
*Prosper, 25, fled his village in 2016 after receiving threats from an armed group. He lives with his wife, their three-year-old daughter, and a 12-year-old boy who joined them during their flight. Prosper explains how, unable to find the boy's parents, they decided to take him in.*
© UNHCR/LEY UWERA

Exhibit AR_001280

# CHAPTER 4

# Internally Displaced People (IDPs)

Increasing numbers of people are being displaced within their own countries due to armed conflict, generalized violence and human rights violations

An estimated 41.3 million people were internally displaced due to armed conflict, generalized violence, or human rights violations at the end of 2018, according to estimates from the Internal Displacement Monitoring Centre (IDMC). This is an increase on the 40.0 million reported in 2017. The small declines of the previous years were reversed and the internally displaced population in 2018 was the largest ever reported by IDMC.[45]

Since the inter-agency cluster approach was introduced in January 2006, IDP statistics have been collected jointly by UNHCR and cluster members.[46] The total reported by UNHCR offices stood at 41.4 million at the end of 2018, including those in IDP-like situations, compared with 39.1 million at the end of 2017 [Figure 14]. In 2018, 31 UNHCR operations reported an IDP population, compared with 32 the previous year and 29 in 2016.

As has been the case since 2015, Colombia continued to report the highest number of internally displaced people with 7,816,500 at the end of 2018 according to Government statistics [Figure 15].[47] During 2018, 118,200 new displacements were reported, with no returns or other decreases reported. The regions

most impacted by mass displacements included Colombia's north-eastern border with Venezuela, the southern border with Ecuador, the Pacific coast bordering Panama, and the northwest, comprising the departments of Norte de Santander, Nariño, Antioqua and Choco.[48]

Similarly, Syria remained the country with the second highest level of internal displacement. During 2018, 256,700 new displacements were reported with the total displaced population reaching 6,183,900.[49, 50] As the Syria crisis entered its eighth year, continued

**45** For detailed statistics on global internal displacement, see www.internal-displacement.org

**46** In December 2005, the Inter-Agency Standing Committee endorsed the "cluster" approach for handling situations of internal displacement. Under this arrangement, UNHCR assumes leadership responsibility and accountability for three clusters: protection, shelter, and camp coordination and camp management.

**47** The large number of registered IDPs in Colombia comes from the total cumulative figure from the Victims' Registry, which commenced in 1985. See: www.unidadvictimas.gov.co.

**48** "2019 Humanitarian needs overview: – Colombia". See: https://www.humanitarianresponse.info/en/operations/colombia/document/humanitarian-needs-overview-2019

**49** The population is as of end-August 2018.

**50** The IDP estimates were reported by the Government of Syria and did not include any reported IDP returns. However, OCHA reported 1.4 million spontaneous returns. See: reliefweb.int/sites/reliefweb.int/files/resources/2019_Syr_HNO_Summary.pdf UNHCR is working to reconcile these estimates.

Figure 14 | **IDPs of concern to UNHCR** (includes people in an IDP-like situation) | 2009-2018



hostilities in Eastern Ghouta and Afrin led to large-scale displacement to Rural Damascus and northern Syria. Escalated tensions in southern Syria forced people to flee toward the border with Jordan and the Golan area to the west. Sporadic artillery shelling and infighting among non-State armed groups in north-western Syria and south-eastern Deir-ez-Zor pushed successive waves of new displacement into Idlib Governorate, exacerbating existing pressures.[51] While there were displacements in many regions of the country, more than half of the new displacements were recorded in Idlib Governorate.

The IDP population in DRC continued to increase, rising from 4,351,400 at the end of 2017 to 4,516,900 at the end of 2018. There were 322,000 reported new displacements in 2018 with South Kivu, North Kivu, Tanganyika and Kasai provinces being the most affected. Active conflicts and political uncertainties exacerbated by the ongoing electoral process continued to drive significant displacement.[52] Nevertheless, improved security across some territories in Tanganyika facilitated some spontaneous returns.[53]

Somalia experienced a significant increase in internal displacement with 602,700 new displacements during 2018. That brought the total displaced population to about 2,648,000, the fourth largest IDP population and an increase of 25 per cent over the course of 2018. The largest displaced population was

concentrated in south-central Somalia, while the majority of newly displaced people were living in Somaliland by the end of 2018. Armed conflict and food insecurity continued to spur large-scale displacement, largely toward urban areas, where approximately 80 per cent of Somali IDPs remained in 2018. Even where violence had ceased, many IDPs were reluctant to return due to fear of reprisal and limited availability of social services and livelihood opportunities. Sexual and gender-based violence, child recruitment, and attacks on civilian areas and infrastructure remained pervasive features of the humanitarian crisis as active conflict exacerbated existing risks.[54]

In Ethiopia there was a dramatic increase in the internally displaced population, which more than doubled from 1,078,400 at the beginning of 2018 to 2,615,800 at the end.[55] The increase is accounted for by more than 1.5 million new displacements, mainly

51 "2019 Humanitarian needs overview: – Syria". See: www.humanitarianresponse.info/sites/www.humanitarianresponse.info/files/documents/files/2019_syr_hno_full.pdf

52 "Global humanitarian overview 2019". See: www.unocha.org/sites/unocha/files/GHO2019.pdf

53 "2018 Apercu des besoins humanitaires: – Republique Democratique du Congo". See: www.humanitarianresponse.info/sites/www.humanitarianresponse.info/files/documents/files/drc_hno_2018_fr.pdf

54 "2019 Humanitarian needs overview: – Somalia". See: www.humanitarianresponse.info/sites/www.humanitarianresponse.info/files/documents/files/somalia_2019_hno.pdf

55 This figure relates to displacement caused by conflict and does not include the displacement associated with natural disasters in Ethiopia.

Figure 15 | **Ten largest IDP populations** | end-2017 to end-2018



IDP population (millions)

■ end-2018  ■ end-2017

attributed to the conflict in the West Guji and Gedeo zones along the Southern Nations, Nationalities, and Peoples' Region (SNNPR) and Oromia Region border with the Somali Region. Although localized, small-scale displacements have always existed in the country due to community-level clashes over pasture and water rights along regional boundaries, large-scale intercommunal violence throughout 2018 resulted in massive displacement, with communities living along disputed boundaries most affected.[56]

The internally displaced population also increased in Nigeria. At the end of 2018 there were 2,167,900 people displaced in the country, an increase of 27 per cent during the year. Internal movements included both 581,700 new displacements and 176,200 returns. Borno State saw the highest level of new displacement with 195,000 but also the highest levels of returning IDPs (80,100). Although regional military forces made gains against the Boko Haram insurgency in 2018 and managed to temporarily improve the security situation in certain areas of the Lake Chad Basin, conflict in north-eastern Nigeria has been continuing for more than a decade and showed little sign of abating, with attacks by non-State armed groups throughout 2018 driving further displacement.[57]

There were 2,144,700 internally displaced people in Yemen at the end of 2018. While this was a relatively small overall increase over the year, it masked a high level of movement, with 264,300 newly displaced and 133,600 returning to their localities of origin, often to areas still affected by conflict and with continuing humanitarian needs and limited humanitarian access. While many regions of Yemen were affected by displacement, Taizz and Al Hudaydah Governorate witnessed the highest level of new displacement, with the largest IDP population overall reported in Taizz Governorate. Approximately 60 percent of the displaced population had been displaced since the start of escalations.[58]

The internally displaced population in Afghanistan stood at 2.1 million at the end of 2018 compared with 1.8 million at the end of 2017. There were new displacements and returns throughout the year, often occurring simultaneously in the same province. While the IDP population in Ghazni Province increased slightly from 57,800 to 62,400, there were 37,000 new internal displacements and 33,200 returns. The province with the largest IDP population was Nangarhar with 279,700 people, followed by Helmand. With almost two thirds of the population

**56** "2019 Humanitarian needs overview: – Ethiopia". See: www. humanitarianresponse.info/sites/www.humanitarianresponse. info/files/documents/files/ethiopia_humanitarian_needs_ overview_2019.pdf

**57** "2019 Humanitarian needs overview: – Nigeria". See: https://www. humanitarianresponse.info/sites/www.humanitarianresponse.info/ files/documents/files/01022019_ocha_nigeria_humanitarian_ needs_overview.pdf

**58** "2019 Humanitarian needs overview: – Yemen". See: www. humanitarianresponse.info/sites/www.humanitarianresponse.info/ files/documents/files/2019_yemen_hno_final_1.pdf

Figure 16 | **New IDP displacements and returns** | 2009-2018



○ New displacements    ○ Returns

living in areas directly affected by conflict, population movement has become a permanent feature. A convergence of factors arising from escalating violence, forced displacement, loss of essential livelihoods, and limited access to basic services exacerbated chronic vulnerabilities related to poverty, food insecurity and unemployment.[59]

In South Sudan the number of IDPs remained high, around 1.9 million, although decreasing slightly from 1,904,000 to 1,878,200 during the year. The majority of the internally displaced population was concentrated in the Greater Upper Nile states of Jonglei, Unity and Upper Nile. The decreases in the IDP population were due mainly to secondary movements to neighbouring countries, especially Uganda, Sudan and Ethiopia, rather than returns. While South Sudan's recently revitalized peace process offers new opportunities amid de-escalating tensions, the numbers of internally displaced have continued to remain high with five years of conflict having driven many families to flee on multiple occasions.[60]

At the end of 2018, the internally displaced population in Sudan stood at 1,864,200, a decrease from 1,997,000 at the start of the year. The vast majority of IDPs were in Darfur (88 per cent) and Kordofan (9 per cent). Some have been living in protracted

displacement for over a decade, while others were recently displaced amid continued conflict. Segments of this population made spontaneous returns to their areas of origin, but sporadic and localized clashes in Darfur's Jebel Marra area continued to drive displacement in 2018.[61,62]

The number of IDPs in Iraq declined over 2018, decreasing from 2.6 million at the start of 2018 to 1.8 million at the end. There were close to 1 million returns during the year and 150,200 new displacements. Ninewa Province, which includes the city of Mosul, maintained the largest IDP population at 576,000, despite 437,000 returns during the year. Although the safe, voluntary and informed return of displaced

**59** "2019 Humanitarian needs overview: – Afghanistan". See: www. humanitarianresponse.info/sites/www.humanitarianresponse.info/ files/documents/files/afg_2019_humanitarian_needs_overview.pdf

**60** "2019 Humanitarian needs overview: – South Sudan". See: www. humanitarianresponse.info/sites/www.humanitarianresponse. info/files/documents/files/south_sudan_humanitarian_needs_ overview_2019_final.pdf

**61** "2018 Humanitarian needs overview: – Sudan". See: www. humanitarianresponse.info/sites/www.humanitarianresponse. info/files/documents/files/sudan_2018_humanitarian_needs_ overview.pdf

**62** "Sudan Humanitarian Bulletin, issue 20, 26 November – 23 December 2018". See: reliefweb.int/sites/reliefweb.int/ files/resources/OCHA_Sudan_Humanitarian_Bulletin_ Issue_20_%2826_November_-_23_December_2018%29.pdf

Venezuela AR_001284

people remained an overarching priority, it became increasingly clear that a significant majority of current IDPs may not return to their area of origin.[58] In the aftermath of the Government of Iraq's conflict with the Islamic State in Iraq and the Levant (ISIL) armed group, protection remained a crucial humanitarian priority.[63]

According to official statistics, 1.5 million people were registered as internally displaced with the Ukrainian authorities. Of these, the United Nations estimated that 800,000 resided permanently in Government-controlled areas, while others moved frequently across the "contact line" or registered as IDPs to maintain access to their pensions. Most of those displaced had been living in displacement since the peak of hostilities in 2014, unable to return home in the absence of a sustained peace.[64]

Cameroon experienced a trebling of its internally displaced population from 221,700 at the start of 2018 to 668,500 at the end, with over half a million new displacements. While the majority of IDPs continued to flee violence from the Southwest and Northwest regions, the incidence of internal displacement in the Far North slowed gradually amid increasing numbers of returns to the region.[65] People in the Far North were especially vulnerable due to loss of property, limited access to services, and general mistrust and stigmatization by community members on suspicion of collaboration and affiliation with Boko Haram.[58]

Other countries with significant IDP populations reported at the end of 2018 included CAR (641,000), Azerbaijan (620,400), Myanmar (370,300) and Georgia (282,400).

Over the course of 2018, about 5.4 million people were forced to move within their countries due to conflict and violence, according to data reported by UNHCR offices. [Figure 16]. This is a significant reduction compared with 2017 (8.5 million) and similar to 2016 (4.9 million).

The dramatic increase of over 1.5 million internally displaced people in Ethiopia was mainly the result of

inter-communal violence in various pockets of the country over territory, pasture and water rights in pastoralist and agro-pastoralist areas along regional boundaries.[66]

Other countries with high levels of new internal displacement included Somalia (602,700), Nigeria (581,700), Cameroon (514,500), Afghanistan (343,300), DRC (322,000), CAR (266,400), Yemen (264,300), Syria (256,700), the Philippines (212,600), Iraq (150,200), Colombia (118,100), Mali (82,100), Niger (51,800), Burkina Faso (44,700), Libya (33,200) and Congo (30,200).

As in previous years, Iraq continued to have the highest number of returns in 2018 with close to 1 million people (945,000) returning to their localities of origin. This was followed by the Philippines with 445,700 returns, the vast majority of which were to locations on the island of Mindanao. CAR also saw 306,200 returns, followed by Nigeria (176,200), Yemen (133,600), Pakistan (83,500), Afghanistan (73,500), Cameroon (67,700) and Libya (43,700). ▪

**63** "2019 Humanitarian needs overview:– Iraq". See: www.humanitarianresponse.info/sites/www.humanitarianresponse.info/files/documents/files/2019_hno_irq_28122018.pdf

**64** "2019 Humanitarian needs overview:– Ukraine". See: www.humanitarianresponse.info/sites/www.humanitarianresponse.info/files/documents/files/ukraine_2019_humanitarian_needs_overview_en.pdf

**65** "2018 Aperçu des besoins humanitaires: – Cameroon". See: www.humanitarianresponse.info/sites/www.humanitarianresponse.info/files/documents/files/cmr_hno18_v1.3_light.pdf

**66** "Ethiopia humanitarian needs overview 2019". See: www.humanitarianresponse.info/sites/www.humanitarianresponse.info/files/documents/files/ethiopia_humanitarian_needs_overview_2019.pdf



**GREECE.** *Children play with a kitten at the transit site located above a fishing village in northern Lesvos. In September 2018, the reception and identification centre in Moria, on the island of Lesvos, hosted more than 8,500 asylum-seekers, almost four times its official capacity. Some 35,000 refugees and migrants arrived in Greece between January and September 2018 – an increase of 48 per cent compared to 2017.*
© UNHCR/DAPHNE TOLIS

Venezuela AR_001286

CHAPTER 5
# Asylum-Seekers

1 in 5 asylum seekers come from
the Bolivarian Republic of Venezuela

This chapter presents the main trends in asylum applications and decisions in 2018. Note that it does not include information on mass influxes of refugees or those recognized as refugees on a group or prima facie basis.

During the year, some 2.1 million individual applications for asylum or refugee status were submitted to States or UNHCR in 158 countries or territories in 2018, a small increase from 2017 when there were 1.9 million.[67, 68] Of the provisional total of 2.1 million, 1.7 million were initial applications lodged in "first instance" procedures,[69] while the remaining claims were submitted at second instance, including with courts or other appellate bodies.[70]

In many countries, UNHCR may undertake refugee status determination. In those countries, UNHCR offices registered 227,800 applications in 2018, of which 12,200 were on appeal or repeat [Table 3].

**67** As some countries have not yet released all of their national asylum data at the time of writing, this figure is likely to be revised later this year. In particular, it should be noted that South Africa is yet to submit national asylum data.

**68** Analysis of global levels and by country of asylum is based on individuals, with cases multiplied by the average number of persons per case. Analysis by country of origin is based on individuals and cases as reported by the country of asylum, since inflation factors are not available by country of origin.

**69** The data for some countries may include a significant number of repeat claims, i.e. the applicant has submitted at least one previous application in the same or another country.

**70** Statistical information on outcomes of asylum appeals and court proceedings is under-reported in UNHCR's statistics, particularly in industrialized countries, because this type of data is often either not collected by States or not published openly.

Table 3  |  **New and appeal applications registered** | 2013-2018

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018* |
|---|---|---|---|---|---|---|
| States | 870,700 | 1,401,700 | 2,063,900 | 1,941,700 | 1,661,500 | 1,906,400 |
| UNHCR | 203,200 | 245,700 | 269,400 | 208,100 | 263,400 | 227,800 |
| Jointly** | 5,800 | 12,900 | 17,800 | 26,300 | 24,300 | 11,500 |
| Total | 1,079,700 | 1,660,300 | 2,351,100 | 2,176,100 | 1,949,100 | 2,145,600 |
| % UNHCR only | 19 | 15 | 11 | 10 | 14 | 11 |

* Provisional figures.

** Refers to refugee status determination conducted jointly by UNHCR and governments.

## New individual asylum applications registered[71]

### By receiving country[72]

As in 2017, the United States of America continued to be the largest recipient of new asylum applications, with 254,300 registered during 2018 [Figure 17].[73] While this was a decrease compared with 2017 (331,700), it was similar to 2016 (262,000). As in previous years, El Salvador was the most common nationality of origin of applicants for asylum during 2018 with 33,400 claims, a decrease on the 49,500 submitted in 2017 and about the same as 2016 (33,600). Also, as in 2017, Guatemalans were the next largest group with 33,100 new applications. Venezuelans became the third most common nationality of applicants for asylum during 2018 with 27,500 applications, reflecting the continued deterioration of conditions in the country.[74] This was followed by applicants from Honduras with 24,400 applications and Mexicans (20,000). As in previous years, applicants from Central America and Mexico made up about half of all applications (54 per cent). Other countries from which there were significant applicants for asylum in 2018 included India (9,400) and China (9,400). Overall, claims were received from applicants from 166 countries or territories.

As a result of the crisis in the Bolivarian Republic of Venezuela, the number of asylum applications increased sharply in Peru, which became the second largest recipient of asylum applications globally with 192,500. Nearly all such claims were submitted by Venezuelans (190,500). In 2017, by contrast, Peru received 37,800 asylum claims and 4,400 in 2016.

Germany continued to experience a decline in the number of new asylum applications received with 161,900 and became the third largest recipient of new asylum claims. This compared with 198,300 in 2017, as well as the peak of 722,400 in 2016. As in previous years, Syrians made up the largest number of asylum claims with 44,200 although this declined to 27 per cent as a proportion of all claims. Also, as in 2017, Iraqis were the second most common nationality of origin with 16,300 claims in 2018, although this constituted a decline from the 21,900 in 2017. The number of applications from Iranians increased in 2018 to 10,900 to become the third most common nationality. Of note is the decrease in applications from Afghans: While there were 127,000 such applications in 2016, there were only 9,900 in 2018. Other nationalities with significant numbers of new asylum-seekers in Germany were Nigeria (10,200), Turkey (10,200), Eritrea (5,600) and Somalia (5,100).

The fourth largest recipient of new asylum claims in 2018 was France with 114,500 registered, a 23 per cent increase on 2017. Unlike previous years, applicants from Afghanistan were the most common with 10,300 new applications, compared with 6,600 in 2017. Albanians were the next most common nationality with 8,300 claims, followed by Georgia (6,800), Guinea (6,700), Côte d'Ivoire (5,300) and Syria (5,000).

**71** Figures quoted in this section relate to new asylum applications lodged at the first instance. Appeal, court, repeat, or re-opened applications are excluded, to the extent possible.

**72** The number of applications reported for a country is based on individuals, with cases multiplied by an inflation factor when provided. Any further analysis by country of origin is based on individuals and cases, as inflation factors are not provided by country of origin.

**73** Estimated number of individuals based on the number of new affirmative asylum cases (96,600) and multiplied by 1.501 to reflect the average number of individuals per case (Source: US Department of Homeland Security) and the number of defensive asylum applications (109,300 individuals) (Source: US Department of Justice).

**74** The actual number of Venezuelan new asylum-seekers is likely significantly higher. Venezuelans are disproportionately more likely to submit affirmative asylum claims through the Department of Homeland Security (96 per cent of all claims) which reports to UNHCR claims by cases that often include more than one person rather than defensive claims through the Department of Justice which are reported by individuals. In contrast, 23 per cent of Salvadoran new asylum claims, 29 per cent of Guatemalan claims and 23 per cent of Honduran claims were submitted through the Department of Homeland Security.

Figure 17 | **Major recipient countries of new asylum applications** | 2017-2018



New asylum applications (thousands)

■ 2018   ■ 2017

\* Cases are multiplied by average number of persons per case.

Turkey continued to receive individual asylum claims from nationalities other than Syrians who receive protection under the Government's Temporary Protection Regulation. Turkey thus became the fifth largest recipient of new asylum claims with 83,800 submitted in 2018. (These figures pertain to claims submitted to UNHCR as of 10th September 2018, after which UNHCR Turkey phased out its role in registering foreigners wishing to apply for international protection and the Government of Turkey moved to a fully decentralized procedure for all persons seeking international protection.) Afghan asylum-seekers continued to submit the most claims in 2018 with 53,000, compared with 67,400 in 2017. Similarly, asylum claims from Iraqis remained the second most common and declined from 44,500 in 2017 to 20,000 in 2018. There were also 6,400 claims from Iranians. These three countries accounted for nearly all newly received individual asylum claims in Turkey (95 per cent).

Brazil received 80,000 applications in 2018 to become the sixth largest recipient of asylum claims, a rise from 33,800 in 2017 and 10,300 in 2016. Like Peru, Brazil also witnessed a steep increase in asylum applications from Venezuelans, who accounted for more than three quarters of such claims in 2018 (61,600). There were also 7,000 applicants from Haitians.

Greece saw a continuation of the trend of increasing new individual asylum claims from 57,000 in 2017 to 65,000 in 2018 (compared with 11,400 in 2015). As in previous years, the most common nationality of origin was Syrian (13,200), although this constituted a decrease from the 16,300 submitted in 2017, and thus represented a decreasing proportion of claims. In contrast, there were increases in claims submitted by Afghans (11,800 in 2018 and 7,500 in 2017) and Iraqis (9,600 in 2018 and 7,900 in 2017), the second and third most common nationalities of origin, respectively.

During 2018, Spain received 55,700 new asylum claims, the eighth largest number globally and again a significant rise from 31,700 in 2017. The number of applications from Venezuelans, the most common nationality of origin, nearly doubled from 10,600 in 2017 to 20,000 in 2018. This was followed by Colombian applicants who also saw an increase from 2,500 in 2017 to 8,800 in 2018.

Canada was the ninth largest recipient of new asylum claims with 55,400 registered in 2018, a small increase on the claims registered in 2017 (47,000). Nationals of Nigeria submitted the largest number (9,600).

The number of new asylum applications in Italy more than halved to 48,900 in 2018, making it the tenth largest recipient of asylum claims. Pakistanis submitted the most applications with 7,300, followed

Table 4 | **New asylum claims registered in UNHCR offices with more than 10,000 claims\* | 2014-2018**

| | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Turkey \*\* | 87,800 | 133,300 | 78,600 | 126,100 | 83,800 |
| Malaysia | 25,700 | 22,100 | 20,100 | 23,700 | 23,800 |
| Egypt | 10,000 | 21,100 | 28,500 | 27,800 | 23,000 |
| Libya | 2,900 | 100 | 1,900 | 6,600 | 16,300 |
| Jordan | 29,100 | 19,400 | 12,000 | 10,600 | 10,400 |

\* Excluding appeal and review claims.

\*\* Pertains up to 10 September 2018.

by Nigerians with 5,100 new applications (compared with the 25,100 in 2017).

Other countries receiving large numbers of new asylum claims were the United Kingdom (37,500), Mexico (29,600), Australia (28,800), Costa Rica (28,000), Malaysia (23,800), Egypt (23,000) and the Netherlands (20,500).

Among countries where refugee status determination is carried out by UNHCR, the office in Turkey continued to receive the most claims with 83,300 [Table 4]. As noted, these claims were recorded only until 10 September 2018, when the Government of Turkey assumed responsibility for all applications. The UNHCR office in Malaysia received the next highest number of new applications with 23,800, followed by Egypt (23,000),[75] Libya (16,300) and Jordan (10,400).

*By nationality*

For the first time, asylum claims from Venezuelans dominated the global asylum statistics with 341,800 new claims in 2018, accounting for more than 1 in 5 claims submitted [Figure 18]. The new individual claims are in addition to an estimated 2.6 million Venezuelans who have fled the country, many of whom have international protection needs but have not sought asylum (see page 24 for more information on the Venezuela situation). This number is a sharp increase compared with 116,000 claims in 2017, 34,200 in 2016 and 10,200 in 2015.

By far the most Venezuelan claims were submitted in Peru, with 190,500 new applications compared with 33,100 in 2017 – a more than five-fold increase. This was followed by 61,600 claims submitted in Brazil, where 17,900 were reported in 2017. There were 27,500 claims in the United States of America,

although the number of people is very likely to be higher since nearly all Venezuelan claims were affirmative applications reported as cases and can pertain to more than one person. Other countries that received significant claims were Spain (20,000), Ecuador (11,400), Trinidad and Tobago (7,100), Mexico (6,300), Panama (4,600), Costa Rica (2,900), Colombia (2,600), Chile (1,700) and Canada (1,300).

Afghanistan was the next most common country of origin for individual new asylum applications in 2018, with 107,500 claims lodged in 80 countries. As has been the case since 2016, Turkey received the most claims in 2018 with 53,000 registered. This was followed by Greece which received 11,800 claims – a significant increase on the 7,500 in 2017. A similar increase was seen in France, from 6,600 in 2017 to 10,300 in 2018. In contrast, there has been a sharp decline in Germany from 127,000 new claims in 2016 to 16,400 in 2017 and 9,900 in 2018. New Afghan claims for asylum were received in India (4,500), Austria (2,100), the United Kingdom (2,100), Pakistan (1,800), Switzerland (1,100), Bulgaria (1,100) and Belgium (1,000).

Asylum claims from Syrians were the third most common, in contrast to previous years. There were 106,200 new claims in 2018, a quarter of the peak number of 409,900 lodged in 2015 and a small decline on the 117,100 submitted in 2017. The number of new individual claims is in addition to new arrivals in countries where Syrians receive prima facie or group recognition such as Jordan and Lebanon; or in Turkey, where they were granted protection under the Government's Temporary Protection regime. Excluding these countries, individual asylum claims

**75** As of 31 December 2018, an additional 11,200 individuals have been awaiting registration with UNHCR after an initial visit to UNHCR.

Figure 18 | **Major source countries of new asylum-seekers** | 2017-2018



**New asylum applications (thousands)**

■ 2018   ■ 2017

from Syrians were lodged in 98 countries, mostly in Europe. Germany received the most claims with 44,200, followed by Greece (13,100). In addition, the United Arab Emirates (7,200), France (5,000), Austria (3,300), the Netherlands (3,000), Spain (2,900), Belgium (2,800), Sweden (2,500), Saudi Arabia (2,200) and Albania (2,100) all received large numbers of claims for asylum from Syrians.

The fourth most common country of origin for asylum applications was Iraq with 72,600 new claims in 2018, compared with 113,500 the previous year. Turkey received the most new claims from Iraqis with 20,000 in 2018. This was followed by Germany, which received 16,300 in 2018, a decrease compared with the 21,900 received in 2017 and dramatically fewer than the 96,100 received in 2016. Iraqis also applied for asylum in Greece (9,600), Syria (4,500), the United Kingdom (3,600), Jordan (2,700) and France (2,300), as well as 68 other countries.

Similar to the past couple of years, the fifth most common country of origin remained DRC with 61,100 new applications in 2018, in addition to the 123,400 new refugee registrations on a group or prima facie basis. Burundi was the recipient of the largest number of claims with 13,700, followed by Zambia (9,600), Uganda (8,900), Kenya (6,600), Malawi (4,100), France (4,000) and Zimbabwe (2,300).

Salvadorans submitted 46,800 new claims globally in 2018, the sixth highest. Most of these were submitted in the United States of America (33,400), although significant numbers were also registered in Mexico (6,200) and Spain (2,300).

There were 42,000 new asylum claims from Eritreans in 2018, a small decline from the 49,900 in 2017. Israel received the most claims with 6,300, followed by Germany (5,600), Libya (4,700), Uganda (3,400), Switzerland (2,500) and the United Kingdom (2,200).

Hondurans made up the eighth largest group to apply for asylum in 2018 with 41,500 new claims. More than half of these claims were submitted in the United States of America (24,400), in addition to 13,600 registered in Mexico and 2,500 in Spain.

Nigerians were the ninth most common nationality for new asylum-seekers with 39,200 new claims in 2018 compared with 52,000 in 2017. Of these, 10,200 claims were registered in Germany, followed by 9,600 in Canada, 5,100 in Italy, 3,500 in the United States of America and 3,100 in France.

Nationals of Pakistan submitted 35,800 new asylum claims in 2018. Italy received the largest number of these claims with 7,300, followed by Greece (7,200), the United Kingdom (2,600) and Germany (2,200).

Other nationalities that submitted significant numbers of new asylum claims in 2018 included the Islamic Republic of Iran (35,800), Guatemala (34,800), Sudan (32,400), Nicaragua (31,400),

Table 5  |  **Substantive decisions take** | 2014-2018*

|  | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| States | 941,800 | 1,086,400 | 1,408,500 | 1,395,000 | 1,064,100 |
| UNHCR | 99,600 | 91,600 | 83,400 | 87,400 | 67,500 |
| Jointly** | 4,400 | 6,400 | 6,000 | 4,300 | 2,600 |
| Total | 1,045,800 | 1,184,400 | 1,498,000 | 1,486,600 | 1,134,200 |
| % UNHCR only | 10 | 8 | 6 | 6 | 6 |

* Provisional figures.

** Refers to refugee status determination conducted jointly by UNHCR and governments.

Turkey (30,000), Somalia (27,800), China (27,500) and Colombia (25,500).

All figures in this section should be considered indicative, because the country of origin for some asylum-seekers is unknown, underestimated or undisclosed by some States. Data may include instances of double counting, as some people are likely to have applied for asylum in more than one country. Additionally, only partial data have been received from Belgium, Luxembourg and South Africa, and data from Turkey pertain only until 10 September 2018.

## Decisions

Provisional figures indicate that States and UNHCR rendered 1,134,200 decisions on individual asylum applications – new, on appeal, or repeat – during 2018 [Table 5], a decrease from the high seen in 2016.[76] These figures do not include cases closed for administrative reasons with no decision issued to applicants,[77] of which 514,900 were reported in 2018.

Of the total substantive decisions taken, UNHCR staff globally adjudicated 67,500 or 6 per cent, a decrease from the 87,400 reported in 2017 but with the proportion of all decisions remaining the same. The decrease is mainly linked to the handover of refugee status determination to national authorities, a decrease in refugee status determination for resettlement purposes and backlog clearance projects. Data relating to individual decisions are incomplete, however, as a few States have not yet released all of their official statistics. Thus, there are likely to be additional substantive decisions that have been taken by States in 2018, figures on which will be updated later.

Available data indicate that 500,100 asylum-seekers were granted protection in 2018, with 351,100 recognized as refugees and 149,000 granted a complementary form of protection. This was the lowest figure since 2013. About 634,100 claims were rejected on substantive grounds, a number that includes negative decisions at the first instance and on appeal. Asylum-seekers rejected at both first and appeal instances may be reported twice, depending on the methods used by governments for reporting decisions on individual asylum applications.

At the global level (UNHCR and State asylum procedures combined), the Total Protection Rate (TPR) was 44 per cent – i.e. the percentage of substantive decisions that resulted in any form of international protection [Figure 19].[78] This rate is lower than the previous year when it stood at 49 per cent and substantially lower than the 60 per cent reported in 2016 (although at this time global rates are indicative). Looking at the global figures for the countries of origin with over 10,000 substantive decisions, nationals of Burkina Faso had the highest TPR with 86 per cent, followed by nationals of DRC (83 per cent), Eritrea (81 per cent), Syria (81 per cent) and Somalia (73 per cent). Venezuelans received protection in under half of decisions (40 per cent) as did Iraqis (46 per cent), while Afghans received

**76** Refers to decisions taken at all levels in the asylum procedure.

**77** Also referred to as "non-substantive' decisions", which may result from the death of the applicant, no-show for interview, withdrawal of the application, abandonment of the claim or the determination that another country is responsible for the claim ("Dublin II' procedure), among other factors.

**78** UNHCR uses two rates to compute the proportion of refugee claims accepted. The Refugee Recognition Rate is the proportion of asylum-seekers accorded refugee status out of the total number of substantive decisions (Convention status, complementary protection and rejected cases). The Total Protection Rate is the proportion of asylum-seekers accorded refugee status or a complementary form of protection by the total number of substantive decisions (formerly referred to as Total Recognition Rate or TRR). Non-substantive decisions are, to the extent possible, excluded from both calculations. For the purposes of global comparability, UNHCR uses only these two rates and does not report rates calculated by national authorities.

Figure 19 | **Global Total Protection Rates** | 2001-2018



protection in just over half (54 per cent). The TPR varies greatly among countries of asylum. For example, Switzerland had a TPR of 75 per cent, compared with Australia and Sweden where only about a quarter of asylum decisions granted protection (27 per cent and 23 per cent respectively). Germany made the most substantive decisions (245,700) and had a TPR of 43 per cent.

## Pending claims

There were 3,503,300 asylum-seekers with pending claims at the end of 2018, an 13 per cent increase on the 3,090,900 awaiting decisions at the end of the previous year and a continuation of an increasing trend over recent years.

The largest asylum-seeker population at the end of 2018 continued to be in the United States of America, where the population increased from 642,700 at the start of the year to 719,000 at the end.

In Germany, the asylum-seeker population continued to decline, as decisions were made on the large number of applications lodged in the previous years, and stood at 369,300 at the end of 2018. This was a 14 per cent decline on the 429,300 asylum-seekers

at the end of 2017. The majority of these were cases pending court proceedings.

Turkey hosted the third largest asylum-seeker population with 311,700 pending claims as of 10 September 2018. This figure does not include Syrians who are protected under the country's Temporary Protection Regulation and do not undergo individual refugee status determination.

Peru has seen a more than six-fold increase of its asylum-seeker population from 37,800 at the end of 2017 to 230,900 at the end of 2018. This is mainly due to the large number of asylum claims from Venezuelans received during the year.

Other countries with more than 50,000 asylum claims pending at the end of 2018 included South Africa (184,200),[79] Brazil (152,700), Italy (105,600), France (89,100), Canada (78,800), Spain (78,700), Greece (76,100), Egypt (68,200) and Australia (60,600).

Venezuelans had the largest number of pending asylum claims in 2018 with 464,200 cases. This compares with 45,100 in 2016 and 148,000 in 2017. Asylum-seekers from Afghanistan constituted

**79** Mid-2018.



GERMANY. *Elahe, a 44-year-old tailor and asylum-seeker from the Islamic Republic of Iran, works at Mimycri in Berlin. This non-profit organization upcycles materials from refugee boats and turns them into fashion accessories. Their aim is simple: to raise awareness of the plight of refugees at sea and provide opportunities for those who would otherwise struggle to find employment.*
© UNHCR/GORDON WELTERS

the second largest nationality of origin with 310,100 pending claims at the end of 2018 compared with 334,000 at the end of 2017. Iraqi asylum-seekers were the third most common nationality and continued to decrease slightly from 272,600 at end-2017 to 256,700 at end-2018. Asylum-seekers from Syria have continued to decline, reaching 139,600 at the end of 2018, compared with 146,700 in 2017.

Other countries of origin with significant numbers of asylum-seekers awaiting decisions were DRC (133,400), Ethiopia (133,300), El Salvador (119,300), China (94,400), Mexico (89,800), the Islamic Republic of Iran (87,400), Guatemala (86,900), Nigeria (84,700), Eritrea (78,600), Honduras (76,500) and Pakistan (75,400). Despite improved statistical reporting on pending asylum applications, the actual number of undecided asylum cases is unknown, as some countries do not report this information. ■

Venezuela AR_001294

CHAPTER 5

## UNACCOMPANIED AND SEPARATED CHILDREN

While all children must be protected, some of the youngest asylum-seekers and refugees face even greater risks. This is particularly the case for "unaccompanied and separated children" – minors who have fled alone or have become separated from parents and are not being cared for by an adult who by law or custom has responsibility to do so. It is essential that data are collected to identify these children, protect and assist them.

In efforts to improve reporting on this vulnerable population, UNHCR began reporting on unaccompanied and separated refugee children, in addition to asylum applicants in last year's reporting and has decided to continue to do so in its efforts to improve and expand data. Unfortunately, data on displaced unaccompanied and separated children are limited, both in terms of availability and the quality of data reported. Many countries with significant asylum claims do not report on unaccompanied and separated children among asylum applicants. Similarly, many countries with large registered refugee populations do not report on unaccompanied and separated children in the population.

### Asylum applications

In 2018, provisional data indicated that 27,600 unaccompanied or separated children sought asylum on an individual basis in at least 60 countries that report on this figure. While it is known that this is an underestimate, the trend indicates a decline in the number of unaccompanied or separated children applying for asylum, which reflects the overall trends in declining asylum claims since 2015. Most of these claims were from children aged 15 to 17 (18,500) but a substantial minority were from younger children aged under 15 (6,000).

As in previous years, Germany received the most asylum claims from unaccompanied and separated children with 4,100 – substantially lower than the 35,900 in 2016 and 9,100 in 2017. Although the number of asylum-seekers has declined overall, the decrease in applications by unaccompanied and separated children was nonetheless disproportionately high.

As in previous years, children from Afghanistan submitted the most such claims in Germany (700) but this was just 5 per cent of the 15,000 claims submitted by unaccompanied and separated Afghan children in 2016. The next most common nationalities were

Somalia (600), Guinea (500), Eritrea (500), Syria (400) and Iraq (300).

Other countries that received significant numbers of asylum applications from unaccompanied and separated children included the United Kingdom (2,900), Greece (2,600), Sweden (1,700), Egypt (1,700), Turkey (1,700), Libya (1,500), Tanzania (1,400), the Netherlands (1,200) and Morocco (1,200).

As in previous years, the most common country of origin for unaccompanied and separated child asylum applicant was Afghanistan with 4,800 claims – just over half the 8,800 submitted in 2017 and substantially below the 26,700 in 2016. Eritrea continued to be the second most common country of origin with 3,500 claims.

### Registered refugees

In 2017, UNHCR began to report on the number of unaccompanied and separated children in the refugee population from UNHCR refugee registers and in 2018 requested governments to do the same. In response, 53 countries reported a total of 111,000 unaccompanied and separated child refugees in 2018.

The largest number of unaccompanied and separated child refugees was reported in Uganda with 41,200, with the majority aged under 15 (29,900) and 2,800 aged under 5. Most of these children originated from South Sudan (37,000) and DRC (3,500). Unaccompanied and separated children represented nearly 5 per cent of the entire South Sudanese refugee population present in Uganda.

Kenya reported 13,200 unaccompanied and separated children in 2018. Other countries with significant such populations included Sudan (11,300), DRC (9,400), Canada (8,400), Chad (4,200), Lebanon (3,200), Burundi (2,200), Morocco (2,200), Guinea (2,000), Rwanda (1,800), Egypt (1,800), Zambia (1,500), Ireland (1,100) and Iraq (1,000).

As in 2017, South Sudan was the most common country of origin for unaccompanied and separated child refugees, with 58,600 representing 53 per cent of the global population. Other countries of origin reported for unaccompanied and separated children included DRC (9,900), Rwanda (7,600), Syria (7,600), CAR (5,600), Burundi (2,300), Somalia (2,200), Côte d'Ivoire (2,100), Nigeria (2,000), Afghanistan (1,500) and Sudan (1,100). ■

Venezuela AR_001295

CHAPTER 6



**BANGLADESH.** *A young Rohingya child is full of smiles as she stands outside a shelter for refugees in Kutupalong camp, Bangladesh.*
© UNHCR/ROGER ARNOLD

CHAPTER 6

# Stateless People

In 2018 millions of people were not considered nationals by any State – knowing who and where they are is the first step towards ending statelessness

Improving global data on statelessness remained a significant and important challenge in 2018. Stateless people, who are not considered as nationals by any State, often live in precarious situations on the margins of society and are frequently not included in States' data collection exercises, including censuses. Despite the increased awareness of statelessness globally and stronger efforts by States and UNHCR to encourage and capacitate governments to identify stateless individuals on their territory, fewer than half of countries have official statistics on stateless people.

This year UNHCR was able to report on people coming under UNHCR's statelessness mandate for 78 countries, based on information reported by States and other sources [Figure 20].[80] In addition, Annex Table 7 includes countries marked with an asterisk where UNHCR has information about the

existence of stateless populations but where reliable figures were not available. These countries remain priorities for UNHCR in its efforts toward improved data on statelessness. Data on some 3.9 million stateless persons are captured in this report, but the true global figure is estimated to be significantly higher.

The identification of stateless people is key to addressing difficulties they face and to enabling governments, UNHCR and others to prevent and reduce statelessness. Action 10 of UNHCR's Global Action Plan to end Statelessness (GAP),[81] the guiding

[80] UNHCR's statistics on statelessness focus mainly on de jure stateless people: those not considered as nationals by any State under the operation of its law. However, data from some countries also include people of undetermined nationality.

[81] Global Action Plan to End Statelessness, 4 November 2014. See: www.refworld.org/docid/545b47d64.html.

Figure 20 | **Number of countries reporting statistics on stateless persons** | 2004-2018



■ Countries with reliable data        ■ Countries with known populations without reliable data

framework to achieve the goals of UNHCR's #IBelong Campaign, accordingly calls upon States and others to work to improve quantitative and qualitative data on statelessness. In addition, Action 6 of the GAP calls for the adoption of statelessness determination procedures that will lead to new data in countries hosting stateless migrants.[82] Strengthening of civil registration and vital statistics systems in accordance with Action 7 of the GAP also will contribute to the availability of quantitative data.[83] States are encouraged to make concrete pledges in one or more of these areas in connection with the High Level Segment on Statelessness that UNHCR will convene on 7 October 2019 to mark the mid-point in the #IBelong Campaign.

UNHCR works with States to undertake targeted surveys and studies (including participatory assessments with stateless individuals and groups). During 2018, a number of new studies were completed, including for Albania,[84] Switzerland and the East African community.

Statistics and information on the situation of stateless populations can also be gathered through population censuses. It is therefore important to include questions to allow for the identification of stateless populations in the 2020 round of population and housing censuses. UNHCR operations are collaborating with statisticians and relevant authorities to include appropriate questions in upcoming censuses. UNHCR encourages all

States to include questions in censuses that will lead to improved data on stateless people.

In 2018, progress continued to be made to reduce the number of stateless people through acquisition or confirmation of nationality. A reported 56,400 stateless people in 24 countries acquired nationality during the year, with significant reductions occurring in Kazakhstan, Kyrgyzstan, the Russian Federation, Sweden, Tajikistan, Turkmenistan, Uzbekistan and Vietnam, among other places. In Sweden, for example, an estimated 7,200 people had their nationality confirmed in 2018, as did an estimated 6,400 in the Russian Federation.

Many displaced people are also stateless. While the current reporting methodology generally does not involve reporting on multiple statuses, in 2017 it was decided that it was important to report on the displaced stateless Rohingya population as having both statuses. Therefore, as was the case last year, this population is included in both the displaced and stateless counts.[85] ■

**82** Good Practices Paper – Action 6: "Establishing statelessness determination procedures to protect stateless persons", 11 July 2016. See: www.refworld.org/docid/57836cff4.html.

**83** Good Practices Paper – Action 7: "Ensuring birth registration for the prevention of statelessness", November 2017. See: www.refworld.org/docid/5a0ac8f94.html.

**84** The statelessness figure refers to a census from 2011 and has been adjusted to reflect the number of people with undetermined nationality who had their nationality confirmed from 2011 to 2018.

**85** This includes refugees from Myanmar in Bangladesh and IDPs in Rakhine State, Myanmar.



CÔTE D'IVOIRE. *Christelle (left) and Françoise (right), both aged 17, walk happily through the local market. The two foundlings, abandoned by their families after their mothers died in childbirth, are now citizens of Côte d'Ivoire, after a judicial breakthrough – ending their statelessness plight. Now they can go to university and have the same rights as their fellow Ivorians.*
© UNHCR/MARK HENLEY

Venezuela AR_001299



In addition to the people falling within the categories of forcibly displaced, returns and/or stateless, UNHCR may provide protection and assistance to a number of other individuals "of concern" to the organization, based on international agreements, their situation, other regional documents or General Assembly resolutions. Typical examples include returned refugees who remain in need of UNHCR assistance beyond one year after their arrival, host populations affected by large refugee influxes, and rejected asylum-seekers who are deemed to be in need of humanitarian assistance.

By the end of 2018, there were 1.2 million people reported within this category. In previous years, Venezuelans in Latin American and Caribbean countries present under arrangements outside the formal asylum system (such as temporary residence permits, labour migration visas, humanitarian visas and regional visa agreements) were included in this category. This population is now not reported under "others of concern" in 2018 but rather as "Venezuelans displaced abroad" (see page 24 for more details on the Venezuela situation).

The largest group of individuals in the "others of concern" category were hosted by Afghanistan, where many refugees who had returned through the UNHCR-assisted voluntary repatriation programme (489,900) remained of concern to the Office during their initial phases of reintegration. Assistance to Afghan refugees continued beyond the first year of return, and UNHCR assisted these returnees through the provision of cash grants and via reintegration projects in the reporting period. About 17,000 individuals who had returned in 2014 were no longer assisted in 2018 while the assisted population increased by about 58,000 people who had returned in 2017.

Uganda reported assisting some 180,000 people in this category. This population comprised Ugandan nationals living in refugee-hosting communities who benefitted directly or indirectly from interventions implemented through the Regional Refugee Response Plan – education, health, water, sanitation and other interventions aimed at helping local communities meet the challenges of the arrival of a large number of refugees.



CHAPTER 7

# Other Groups or People of Concern

1.2 million people made up the category "other people of concern", which can include returned refugees and host communities in need of support

KENYA. *A woman from the Turkana host community (left) and her friend, a refugee from South Sudan (right), stand among the crops in the 180-hectare sorghum farm at the Kalobeyei integrated settlement.*
© UNHCR/SAMUEL OTIENO

Approximately 110,600 people were reported in Guatemala as "others of concern". This figure corresponds to an estimated number of deportees or individuals in transit with possible protection needs during the year, mainly from countries in northern Central America, deported from or in transit to the United States of America or Mexico. Similarly, Mexico reported about 83,000 "others of concern".

As in previous years, Filipino Muslims (80,000) who settled in Malaysia's Sabah state were reported as "others of concern" by Malaysia. Former refugees and IDPs were reported as "of concern" in Bosnia and Herzegovina, comprising some 1,900 former refugees and 47,000 former IDPs, also similar to previous years.

Chad reported 36,700 people "of concern" at the end of 2018, of which 20,000 were nationals of CAR pending screening and refugee registration and 16,700 were of Chadian descent evacuated from CAR and at risk of statelessness. In Niger there were 27,100 people in this category, comprising mainly Niger nationals who fled Nigeria and came back to Niger. Most lived in the Diffa region but do not have

any documentation proving their Nigerien nationality. There were also Nigerian nationals who had fled their home country but who are not from states currently considered by Niger to be in a state of emergency.

Several countries also reported significant "of concern" populations. These included Zambia (22,800), mainly former refugees from Angola and Rwanda; Tanzania (19,000), mainly nationals of Burundi who were disqualified during the joint verification exercise and for whom UNHCR is advocating for legal status, though this number also includes refugees and asylum-seekers with registration disputes and former refugees who are married to refugees; Congo (12,400), mainly former Rwandan refugees under the cessation clause; Montenegro (12,300), mainly former refugees from the former Yugoslavia who acquired the status of foreigner in Montenegro; and South Sudan (10,000), comprising persons at risk of statelessness due to state succession.

In 2018, a total of 56 UNHCR offices reported data on "others of concern", compared with 59 in the previous year. ◼



LEBANON. *Syrian refugee Shadi looks over the rooftops of Beirut from his balcony in the Geitawi district. He earns a living tutoring students in Arabic language over Skype through the NaTakallam programme, which pairs displaced persons with learners from around the world. "Being part of NaTakallam is so positive for me. It's more than just teaching," Shadi says.*
© UNHCR/DIEGO IBARRA SÁNCHEZ

**SPECIAL SECTION:**

# URBAN REFUGEES

Most refugees are now based in urban areas

Globally, more people live in urban than rural areas. In 2018, about 55 per cent of the world's population was urban, compared with only 30 per cent in 1950. However, this figure masks important differences, with urbanization most common in developed regions such as North America and Europe. About half the population of Asia is urban, as is 43 per cent of Africa. ■ The refugee population reflects these global changes, both in terms of the regions from which refugees originate and the areas to which they move in countries of asylum.

The humanitarian response to urban refugee crises and the impact on the country of asylum reflect important differences in housing, infrastructure, services delivery, and the economic and social fabric of urban versus rural host communities. Unlike a camp, cities allow refugees to live autonomously and find employment or economic opportunities. But there are also dangers, risks and challenges. Refugees may be vulnerable to exploitation, arrest or detention, and can be forced to compete with the poorest local workers for the worst jobs.

Thus, understanding the key trends in urbanization of refugee movements is crucial to ensuring appropriate and integrated policies to meet the needs and improve the lives of both refugees and host communities. UNHCR works to maximize the skills, productivity and experience that displaced populations bring to urban areas, striving to help displaced people find the safety and security they deserve. This, in turn, helps to stimulate economic growth and development within host communities, while enhancing universal access to human rights.

Of critical importance too is the different range and profile of responses to the challenges of urban refugee situations. This is fully recognized in the Global Compact on Refugees which makes explicit reference to their important role. Drawing on experiences and insights gained since the adoption of its urban refugee policy, UNHCR has operationalized innovative and networked approaches to promote the inclusion of refugees into urban life, most notably the Cities of Solidarity initiative.[87] This has recognized the leadership of municipal authorities in promoting positive interventions that enable socio-economic integration.  The December 2018 High Commissioner's Dialogue on Protection Challenges in urban situations provided a rich opportunity for municipal authorities to showcase the diversity of their responses in welcoming refugees.[88]

In 2018, the proportion of the refugee population that was urban-based was estimated at 61 per cent globally. The data coverage on location of refugees is variable and covers 56 per cent of the refugee population. Given that the coverage is poorest in high-income countries and in order not to bias the results towards lower-income and more rural countries of asylum, where 75 per cent or more of a national population in a country of asylum was urban, it was assumed that hosted refugees would be urban.[89]

The largest urban refugee population was in Turkey where the vast majority of refugees were reported to be living in urban or peri-urban areas, other than the 137,000 Syrian

refugees living in temporary accommodation centres (4 per cent). The urban-rural breakdown was not reported for the Syrian refugees under the Government of Turkey's Temporary Protection Regulation, but given the high level of urbanization in the country (75 per cent), it was assumed that the majority of refugees would be urban while some are also living among in rural and semi-rural areas.

Similarly, Germany reported an urban refugee population of more than 1 million given that more than three quarters of the country's population live in urban areas. Among countries that reported the urban-rural breakdown, Pakistan reported an urban refugee population of 957,900, representing 68 per cent of the refugee population, nearly all of whom originated in Afghanistan. Likewise, the Islamic Republic of Iran reported an urban refugee population of 949,600, again mostly Afghan, nearly 97 per cent of the country's refugee population.

Similarly, the largest urban refugee population in 2018 originated from Syria with 6.3 million people, representing 98 per cent of the entire population for which location was known. This was followed by the Afghan refugee population, which stood at 2.1 million in urban areas, representing 82 per cent of the entire population, again for which location was reported.

The urban refugee population differed in its demographic characteristics from rural populations. More than two thirds of rural refugee populations were under 18 years of age, compared with 48 per cent of urban refugee populations. Among the adult population, there was a higher proportion of men in urban refugee populations (58 per cent) than in rural refugee populations (47 per cent).

Bearing in mind the issues with data availability and accuracy, the data indicated a rise in the proportion and numbers of the urban refugee population in the twenty-first century. At the start of the century, most refugees were camp-based or in rural settings. From 2006, the proportion increased significantly and reached 61 per cent by 2018. The influx of Syrian refugees since 2012 caused the absolute numbers of urban refugees to more than double. ∎

---

86 See: population.un.org/wup/Publications/Files/WUP2018-PopFacts_2018-1.pdf
87 See: www.unhcr.org/cities-of-light.html
88 See: www.unhcr.org/high-commissioners-dialogue-on-protection-challenges-2018.html
89 Levels of urbanization from United Nations Population Division, "World urbanization prospects: 2018 Revision". See: population.un.org/wup/



**BANGLADESH.** *Rahima (left), 55, stands outside her shelter for stateless Rohingya refugees in Kutupalong camp, Bangladesh with her children and grandchildren. Rahima first fled Myanmar in 1978 at the age of 14, then again in 1992. Following her most recent flight she says: "I didn't think I would return here again, I hoped I would live in my homeland."*
© UNHCR/ANDREW MCCONNELL

CHAPTER 8
# Demographic and Location Data

Improved data underpin progress
in planning and response

Data disaggregated by sex, age and geographic location are essential to guide effective and efficient policy responses and programmatic interventions that address the needs of vulnerable groups and help ensure that "no one is left behind" as laid out in the 2030 Sustainable Development Agenda.

Given the critical need for disaggregated data, UNHCR has been making strong efforts to improve the quality and availability of detailed disaggregated primary data on displaced people. UNHCR and its partners look for new and innovative ways to gather this information as quickly as possible, and the organization has intensified its efforts to systematically disaggregate data by location and demographic characteristics. For example, UNHCR is working with IOM and

UNICEF to build national statistical capabilities to measure "children on the move", including those who have been forcibly displaced.[90]

Collecting disaggregated data can be challenging in emergency situations, as resources for data collection compete with other acute needs such as the immediate delivery of aid and protection. As emergency situations stabilize, data availability tends to improve, although UNHCR faces barriers to obtaining disaggregated data in many high-income countries with well-resourced statistical systems. Despite UNHCR's efforts to improve data availability, it has continued to be difficult to obtain

**90** See: data.unicef.org/resources/call-action-protecting-children-move-starts-better-data/

Figure 21 | **Coverage of sex- and age-disaggregated data for the population of concern to UNHCR** | 2000-2018



disaggregated data in many countries where the Office is not involved in primary data collection, with a substantial number of countries not reporting disaggregated data to UNHCR or data only partially covering the populations of concern.

## Demographic characteristics

The availability of disaggregated data varies widely between countries and population groups. In general, the quality of demographic data tends to be highest in countries where UNHCR has an operational role and undertakes registration and primary data collection. In countries where national authorities are responsible for registration and primary data collection, it can be more challenging to obtain sex- and age-disaggregated data, even if such data are collected and there is a high-capacity statistical system. Furthermore, data on some population groups are particularly poor, for example IDPs.

In 2018, 131 countries reported at least some sex-disaggregated data. This is a significant decline from previous years, including the 147 countries in 2017. The decline is partially accounted for by more attention being paid to the quality of the estimation

of the sex breakdown but also partially due to an increasing reluctance of governments to share data. However, the population covered by sex-disaggregated data has increased from 59 per cent in 2017 to 69 per cent in 2018 [Figure 21]. According to the available data, overall males and females were almost equally represented in the population of concern to UNHCR with 25.4 million men and boys and 25.7 million women and girls.[91]

Coverage of the population of concern to UNHCR by age was lower than for sex. In 2018, 125 countries reported at least some age-disaggregated data, which covered only 43 per cent of the population of concern. This proportion is about the same as the previous year when, as for sex disaggregation, a higher number of countries (136) reported data. Out of the 31.5 million people for whom age-disaggregated data are available, 16.3 million (52 per cent) were children under the age of 18, almost the same as in 2017.

The best coverage of disaggregated data was among refugees and asylum-seekers. For refugees, sex-disaggregated data was available for 17.6 million

---

**91**  The population of concern to UNHCR includes refugees, IDPs, returnees, others of concern, and stateless people.

Venezuela AR_001306

Figure 22 | **Demographic characteristics of refugee population by UNHCR regions** | end-2018



* Excluding North Africa.

people, 86 per cent of the population. For age disaggregation, this was 16.4 million people or 80 per cent. The coverage for asylum-seekers for sex-disaggregated data was 48 per cent of the population, and for age it was 46 per cent. Among IDPs, sex-disaggregation covered 70 per cent of the population, compared with only 30 per cent for age-disaggregated data coverage.

Based on the available data, the proportion of women and girls in the refugee population was 48 per cent in 2018, similar to the past few years. Children represented about half of the refugee population, also similar to previous years. It should be noted that the availability of data on age is biased toward countries where UNHCR carries out refugee registration which tend to be lower-income countries with a younger age structure. Therefore, it is likely that the proportion of children in the refugee population overall is lower. The proportion of working age population (18-59 years) remained constant at 46 per cent, and the proportion aged 60 and older was 3 per cent.

At the country level, there was wide variation in the sex and age breakdown of hosted refugees. Among countries that reported sex-disaggregated data in

2018 for more than 1,000 refugees, Serbia and Kosovo (S/RES/1244 (1999)) and Bosnia and Herzegovina had the highest female proportion with 58 per cent. This was followed by Togo with 56 per cent and Nigeria and Chad with 55 per cent. The lowest proportion was reported in Ecuador with 24 per cent, followed by Malta (27 per cent), Indonesia (28 per cent) and the Republic of Korea (29 per cent).

The proportion of children among the refugee population also varied widely in 2018. Among countries reporting age-disaggregated data for more than 1,000 refugees, DRC reported the greatest proportion of children with 63 per cent under the age of 18, followed by South Sudan (62 per cent) and Uganda (62 per cent), which reflects the young age structure of the population of many countries in the region. The lowest proportion of children in 2018 was reported by Serbia and Kosovo (S/RES/1244 (1999)) with only about 1 per cent of the population, followed by Bosnia and Herzegovina (6 per cent) and Argentina (9 per cent).

These differences are also seen at a regional level [Figure 22]. The lowest proportion of both children and women was seen in the refugee population in Europe where only 44 per cent of the refugee

Figure 23 | **Per cent of refugees living in privately hosted individual accommodation** | 2011-2018



population was female and 41 per cent was under the age of 18 in 2018 (although the data coverage was also very poor in this region so the estimates are indicative only). In contrast, the highest proportion of both women and children was in sub-Saharan Africa with 52 per cent and 57 per cent respectively.

## Location characteristics

Knowing where displaced people are and how they are living is as important as knowing who they are when it comes to delivering assistance and protection. UNHCR requests geographically disaggregated data on populations of concern from its office, partners and governments, and classifies locations into urban and rural localities (as well as a various/unknown category, which includes locations that are a mix of urban and rural or where the categorization is unclear).

Additionally, UNHCR collects data on the type of accommodation in which individuals reside, especially for refugee populations. This information is important for efficient policymaking and programme design. Accommodation types are classified as planned/managed camp, self-settled camp, collective centre, reception/transit camp and individual accommodation (private), as well as various/unknown if the information is not known, is unclear or does not fit in any of the other categories.

A special section on page 56 discusses in more details trends in refugees living in urban areas.

Disaggregated data by location at the subnational level is collected by UNHCR, and they are critical for

policymaking and delivering assistance. However, the extent of these data was variable. Altogether for 2018, UNHCR had data on location at the subnational level for 60 per cent of the total population of concern, a small increase from 2017 when it was 59 per cent. There was disaggregated information available for some 56 per cent of the refugee population and 69 per cent of the IDP population, but only 25 per cent of asylum-seekers. Reporting on IDPs has relatively good sub-national data at the regional level.

Accommodation type was known for some 18.1 million refugees, about 89 per cent of the global total in 2018, an increase from the 85 per cent reported in 2017. The majority of refugees lived in privately hosted and out-of-camp individual accommodation (60 per cent) at the end of 2018, a proportion that has been stable since 2014 with variation of only a few percentage points [Figure 23]. Many countries, especially high- and middle-income, reported all refugees living in individual accommodation.

In contrast, there were also countries where most refugees were reported as living in some kind of camp setting such as Bangladesh, Tanzania, South Sudan, Ethiopia and Nigeria. This trend is seen when examined by country of origin. The Syrian refugees were overwhelmingly an out-of-camp population, with more than 98 per cent living in individual accommodation. Afghan refugees were also likely to be in individual accommodation with 80 per cent of the population doing so. In contrast, only 8 per cent of the South Sudanese refugee population lived in individual accommodation in 2018, as did just 6 per cent of Sudanese refugees. ■

# CHAPTER 9
# Who are included in the statistics?

**Refugees** include individuals recognized under the 1951 Convention relating to the Status of Refugees, its 1967 Protocol, the 1969 Organization of African Unity (OAU) Convention Governing the Specific Aspects of Refugee Problems in Africa, the refugee definition contained in the 1984 Cartagena Declaration on Refugees as incorporated into national laws, those recognized in accordance with the UNHCR Statute, individuals granted complementary forms of protection, and those enjoying temporary protection. The refugee population also includes people in refugee-like situations.

**Asylum-seekers** (with "pending cases") are individuals who have sought international protection and whose claims for refugee status have not yet been determined. Those covered in this report refer to claimants whose individual applications were pending at the end of 2018, irrespective of when those claims may have been lodged.

**Internally displaced persons** are people or groups of people who have been forced to leave their homes or places of habitual residence, in particular as a result of or in order to avoid the effects of armed conflict, situations of generalized violence, violations of human rights, or natural or man-made disasters, and who have not crossed an international border. For the purposes of UNHCR's statistics, this population includes only conflict-generated IDPs to whom the Office extends protection and/or assistance. The IDP population also includes people in an IDP-like situation.

**Returned refugees** are former refugees who have returned to their countries of origin, either spontaneously or in an organized fashion, but are yet to be fully integrated. Such returns normally would take place only under conditions of safety and dignity. For the purposes of this report, only refugees who returned between January and December 2018 are included, although in practice operations may assist returnees for longer periods.

**Returned IDPs** refers to those IDPs who were beneficiaries of UNHCR's protection and assistance activities, and who returned to their areas of origin or habitual residence between January and December 2018. In practice, however, operations may assist IDP returnees for longer periods.

**Individuals under UNHCR's statelessness mandate** are defined under international law as those not considered as nationals by any State under the operation of its law. In other words, they do not possess the nationality of any State. UNHCR statistics refer to people who fall under the organization's statelessness mandate as those who are stateless according to this international definition, but data from some countries may also include people with undetermined nationality. UNHCR has been given a global mandate by the United Nations General Assembly to contribute to the prevention and reduction of statelessness and to the identification and the protection of stateless persons. UNHCR also works with populations at risk of statelessness in line with its mandate to prevent statelessness but these population groups are not reflected in this statistical report

**Other groups or persons of concern** refers to individuals who do not necessarily fall directly into any of these groups but to whom UNHCR has extended its protection and/or assistance services, based on humanitarian or other special grounds.

**Venezuelans displaced abroad** refers to persons who are likely to be refugees of Venezuelan origin but who do not apply for asylum in the country in which they are present. UNHCR considers that the majority of Venezuelans nationals or stateless persons who were habitually resident in Venezuela are in need of international protection under the criteria contained in the Cartagena Declaration on the basis of threats to their lives, security or freedom resulting from events that are currently seriously disturbing public order in Venezuela. ∎

## Historical review of the 51 major source countries of refugees

This matrix depicts the annual ranking of countries of origin of refugees since 1980. Countries are listed if they featured among the top-20 at least once. Individual rankings are the result of population movements, demographic and legal changes, data revisions and re-classifcation of individual population groups. Palestinian refugees under UNHCR's mandate are excluded as a result of incomplete data.



a Ethiopia: includes Eritrea until its independence in the absence of seperate statistics available for both countries.
b Serbia and Kosovo: S/RES/1244 (1999). Includes Montenegro until its independence in the absence of seperate statistics available for both countries.
c Sudan: includes South Sudan until its independence in the absence of seperate statistics available for both countries.
d Unknown origin: Refers to refugees whose country of origin is unknown. Data availability has improved significantly over the years.

Venezuela AR_001310

Refugees, asylum-seekers, internally displaced persons (IDPs), returnees (refugees and IDPs), stateless persons, and others of concern to UNHCR by country/territory of asylum | end-2018

All data are provisional and subject to change.

| Country/territory of asylum | REFUGEES | | | Asylum-seekers (pending cases) | Returned refugees | IDPs of concern to UNHCR, incl. people in IDP-like situations | Returned IDPs | Persons under UNHCR's stateless-ness mandate | Others of concern to UNHCR | Venezue-lans displaced abroad | Total popula-tion of concern |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Refugees | People in refugee-like situations | Total refugees and people in refugee-like situations | | | | | | | | |
| Afghanistan | 72,231 | - | 72,231 | 285 | 16,220 | 2,106,893 | 73,527 | - | 489,854 | - | 2,759,010 |
| Albania[11] | 131 | - | 131 | 162 | - | - | - | 4,160 | 76 | - | 4,529 |
| Algeria[12] | 94,350 | - | 94,350 | 8,926 | - | - | - | - | - | - | 103,276 |
| Angola | 39,865 | - | 39,865 | 30,140 | - | - | - | - | - | - | 70,005 |
| Antigua and Barbuda | 1 | - | 1 | 2 | - | - | - | - | - | - | 3 |
| Argentina | 3,468 | - | 3,468 | 6,149 | - | - | - | - | 410 | 127,152 | 137,179 |
| Armenia | 3,397 | 14,573 | 17,970 | 115 | - | - | - | 848 | - | - | 18,933 |
| Aruba | - | - | - | 407 | - | - | - | - | - | 15,602 | 16,009 |
| Australia[13] | 56,933 | - | 56,933 | 60,645 | - | - | - | 132 | - | - | 117,710 |
| Austria | 128,769 | - | 128,769 | 37,364 | - | - | - | 1,062 | - | - | 167,195 |
| Azerbaijan | 1,131 | - | 1,131 | 209 | - | 620,422 | - | 3,585 | - | - | 625,347 |
| Bahamas | 15 | - | 15 | 27 | - | - | - | - | - | - | 42 |
| Bahrain | 263 | - | 263 | 56 | - | - | - | - | - | - | 319 |
| Bangladesh[14] | 906,645 | - | 906,645 | 45 | - | - | - | 906,635 | - | - | 906,690 |
| Barbados | 1 | - | 1 | 5 | - | - | - | - | - | - | 6 |
| Belarus | 2,234 | - | 2,234 | 194 | - | - | - | 6,025 | - | - | 8,453 |
| Belgium[15] | 42,168 | - | 42,168 | 19,550 | - | - | - | 7,695 | - | - | 69,413 |
| Belize | 28 | - | 28 | 3,314 | - | - | - | - | 2,774 | - | 6,116 |
| Benin | 1,174 | - | 1,174 | 320 | - | - | - | - | - | - | 1,494 |
| Bolivia (Plurinational State of)[16] | 810 | - | 810 | 46 | - | - | - | - | - | - | 856 |
| Bosnia and Herzegovina | 5,229 | - | 5,229 | 1,010 | - | 96,830 | - | 90 | 48,907 | - | 152,066 |
| Botswana | 2,047 | - | 2,047 | 268 | - | - | - | - | 7 | - | 2,322 |
| Brazil | 11,327 | - | 11,327 | 152,690 | - | - | - | 2 | - | 39,771 | 203,790 |
| British Virgin Islands | 1 | - | 1 | - | - | - | - | - | - | - | 1 |
| Brunei Darussalam | - | - | - | - | - | - | - | 20,863 | - | - | 20,863 |
| Bulgaria | 19,918 | - | 19,918 | 1,576 | - | - | - | 92 | - | - | 21,586 |
| Burkina Faso | 25,122 | - | 25,122 | 44 | - | 47,029 | - | - | - | - | 72,195 |
| Burundi | 71,507 | - | 71,507 | 5,670 | 45,536 | 31,908 | - | 974 | 797 | - | 156,392 |
| Cabo Verde | - | - | - | - | - | - | - | 115 | - | - | 115 |
| Cambodia | - | - | - | - | - | - | - | 57,444 | - | - | 57,444 |
| Cameroon | 380,329 | - | 380,329 | 8,117 | - | 668,494 | 67,653 | - | 27 | - | 1,124,620 |
| Canada | 114,109 | - | 114,109 | 78,806 | - | - | - | 3,790 | - | - | 196,705 |
| Cayman Islands | 34 | - | 34 | 25 | - | - | - | - | - | - | 59 |
| Central African Rep. | 6,655 | - | 6,655 | 402 | 35,182 | 640,969 | 306,246 | - | - | - | 989,454 |
| Chad | 451,210 | - | 451,210 | 3,472 | 6,351 | 165,313 | - | - | 36,718 | - | 663,064 |
| Chile | 2,033 | - | 2,033 | 12,012 | - | - | - | - | 1,989 | 285,122 | 301,156 |
| China[17] | 321,756 | - | 321,756 | 603 | - | - | - | - | - | - | 322,359 |
| China, Hong Kong SAR | 141 | - | 141 | - | - | - | - | - | - | - | 141 |
| China, Macao SAR | - | - | - | 2 | - | - | - | - | - | - | 2 |
| Colombia | 310 | - | 310 | 2,880 | 23,897 | 7,816,472 | - | 11 | - | 1,171,552 | 9,015,122 |
| Congo, Republic of | 37,494 | - | 37,494 | 9,180 | 2 | 138,000 | - | - | 12,419 | - | 197,095 |
| Costa Rica | 4,547 | - | 4,547 | 32,618 | - | - | - | 82 | 40 | - | 37,287 |
| Côte d'Ivoire[18] | 1,810 | - | 1,810 | 217 | 2,839 | - | - | 692,000 | 106 | - | 696,972 |
| Croatia | 750 | 37 | 787 | 220 | 9 | - | - | 2,886 | 4,376 | - | 8,278 |
| Cuba | 287 | - | 287 | 32 | - | - | - | - | - | - | 321 |
| Curaçao | 102 | - | 102 | 346 | - | - | - | - | 1 | 25,686 | 26,135 |
| Cyprus[19] | 11,014 | - | 11,014 | 10,307 | - | - | - | - | 6,000 | - | 27,321 |
| Czechia | 2,186 | - | 2,186 | 1,935 | - | - | - | 1,502 | - | - | 5,623 |
| Dem. Rep. of the Congo | 529,061 | - | 529,061 | 5,767 | 6,628 | 4,516,865 | - | - | - | - | 5,058,321 |
| Denmark | 36,631 | - | 36,631 | 2,719 | - | - | - | 8,236 | - | - | 47,586 |
| Djibouti | 18,295 | - | 18,295 | 10,483 | - | - | - | - | - | - | 28,778 |
| Dominican Rep.[20] | 170 | - | 170 | 333 | - | - | - | - | - | 26,428 | 26,931 |
| Ecuador | 51,614 | 49,950 | 101,564 | 17,050 | - | - | - | - | 256,265 | 374,879 |
| Egypt | 246,749 | - | 246,749 | 68,184 | - | - | - | 4 | - | - | 314,937 |
| El Salvador | 48 | - | 48 | 18 | - | 71,500 | - | - | 4,700 | - | 76,266 |
| Equatorial Guinea | - | - | - | - | - | - | - | - | - | - | - |

ANNEX TABLE 1

Refugees, asylum-seekers, internally displaced persons (IDPs), returnees (refugees and IDPs), stateless persons, and others of concern to UNHCR by country/territory of asylum | end-2018 (ctnd)

All data are provisional and subject to change.

| Country/ territory of asylum [1] | REFUGEES | | | Asylum-seekers (pending cases) [2] | Returned refugees [3] | IDPs of concern to UNHCR, incl. people in IDP-like situations [4] | Returned IDPs [5] | Persons under UNHCR's statelessness mandate [6] | Others of concern to UNHCR [7] | Venezuelans displaced abroad [8] | Total population of concern |
| | Refugees [2] | People in refugee-like situations [3] | Total refugees and people in refugee-like situations [4] | | | | | | | | |
| Eritrea | 2,252 | - | 2,252 | | 297 | | | | 21 | | 2,570 |
| Estonia [21] | 325 | - | 325 | 34 | - | - | - | 77,877 | - | - | 78,236 |
| eSwatini | 879 | - | 879 | 750 | - | - | - | - | - | - | 1,629 |
| Ethiopia | 903,226 | - | 903,226 | 2,153 | 16 | 2,615,800 | - | - | 452 | - | 3,521,647 |
| Fiji | 4 | - | 4 | 15 | - | - | - | - | - | - | 19 |
| Finland | 22,295 | - | 22,295 | 3,290 | - | - | - | 2,759 | - | - | 28,344 |
| France | 368,352 | - | 368,352 | 89,074 | - | - | - | 1,493 | - | - | 458,919 |
| Gabon | 687 | - | 687 | 87 | - | - | - | - | - | - | 774 |
| Gambia | 4,034 | - | 4,034 | 348 | - | - | - | - | - | - | 4,382 |
| Georgia | 1,382 | 609 | 1,991 | 686 | - | 282,381 | - | 566 | - | - | 285,624 |
| Germany | 1,063,837 | - | 1,063,837 | 369,284 | - | - | - | 14,779 | - | - | 1,447,900 |
| Ghana | 11,899 | - | 11,899 | 1,317 | - | - | - | - | - | - | 13,216 |
| Greece | 48,026 | 13,434 | 61,460 | 76,099 | - | - | - | 198 | - | - | 137,757 |
| Grenada | 2 | - | 2 | 3 | - | - | - | - | - | - | 5 |
| Guatemala | 390 | - | 390 | 254 | - | - | - | - | 110,600 | - | 111,244 |
| Guinea | 4,294 | - | 4,294 | 1,584 | - | - | - | - | - | - | 5,878 |
| Guinea-Bissau | 4,850 | - | 4,850 | 28 | - | - | - | - | - | - | 4,878 |
| Guyana | 23 | - | 23 | 17 | - | - | - | - | 1 | 36,400 | 36,441 |
| Haiti [22] | 8 | - | 8 | 3 | - | - | - | 2,992 | - | - | 3,003 |
| Honduras | 27 | - | 27 | 57 | - | 174,000 | - | - | 5,200 | - | 179,284 |
| Hungary | 6,040 | - | 6,040 | 124 | - | - | - | 144 | - | - | 6,308 |
| Iceland | 573 | - | 573 | 475 | - | - | - | 69 | - | - | 1,117 |
| India | 195,891 | - | 195,891 | 11,957 | - | - | - | - | - | - | 207,848 |
| Indonesia | 10,793 | - | 10,793 | 3,223 | - | - | - | - | - | - | 14,016 |
| Iran (Islamic Rep. of) | 979,435 | - | 979,435 | 33 | 8 | - | - | - | - | - | 979,476 |
| Iraq [23] | 283,022 | - | 283,022 | 14,015 | 63 | 1,802,832 | 944,958 | 47,515 | 20 | - | 3,092,425 |
| Ireland | 6,041 | - | 6,041 | 7,196 | - | - | - | 99 | - | - | 13,336 |
| Israel | 1,659 | 16,910 | 18,569 | 35,570 | - | - | - | 42 | - | - | 54,181 |
| Italy | 189,243 | - | 189,243 | 105,624 | - | - | - | 732 | - | - | 295,599 |
| Jamaica | 15 | - | 15 | 22 | - | - | - | - | - | - | 37 |
| Japan [24] | 1,895 | - | 1,895 | 29,040 | - | - | - | 709 | - | - | 31,644 |
| Jordan [25] | 715,312 | - | 715,312 | 52,562 | - | - | - | - | 1,386 | - | 769,260 |
| Kazakhstan | 574 | - | 574 | 195 | - | - | - | 7,690 | - | - | 8,459 |
| Kenya | 421,248 | - | 421,248 | 50,476 | - | - | - | 18,500 | - | - | 490,224 |
| Kuwait | 673 | - | 673 | 981 | - | - | - | 92,000 | 16 | - | 93,670 |
| Kyrgyzstan | 333 | - | 333 | 109 | - | - | - | 548 | 1 | - | 991 |
| Lao People's Dem. Rep. | - | - | - | - | - | - | - | - | - | - | - |
| Latvia [26] | 670 | - | 670 | 58 | - | - | - | 224,844 | - | - | 225,572 |
| Lebanon | 949,666 | - | 949,666 | 16,423 | - | - | - | - | 3,552 | - | 969,641 |
| Lesotho | 57 | - | 57 | 38 | - | - | - | - | - | - | 95 |
| Liberia | 9,122 | - | 9,122 | 38 | - | - | - | - | - | - | 9,160 |
| Libya | 8,794 | - | 8,794 | 47,414 | - | 170,490 | 43,681 | - | - | - | 270,379 |
| Liechtenstein | 168 | - | 168 | 77 | - | - | - | - | - | - | 245 |
| Lithuania | 1,734 | - | 1,734 | 277 | - | - | - | 3,039 | - | - | 5,050 |
| Luxembourg [27] | 2,046 | - | 2,046 | 1,485 | - | - | - | 83 | - | - | 3,614 |
| Madagascar | 44 | - | 44 | 106 | - | - | - | - | - | - | 150 |
| Malawi | 13,782 | - | 13,782 | 23,141 | - | - | - | - | 321 | - | 37,244 |
| Malaysia [28] | 120,235 | 1,067 | 121,302 | 41,809 | - | - | - | 9,631 | 80,000 | - | 252,742 |
| Maldives | - | - | - | 1 | - | - | - | - | - | - | 1 |
| Mali | 26,539 | - | 26,539 | 918 | 6,677 | 120,298 | - | - | - | - | 154,432 |
| Malta | 8,579 | - | 8,579 | 1,871 | - | - | - | 11 | - | - | 10,461 |
| Mauritania | 57,191 | 26,000 | 83,191 | 1,131 | - | - | - | - | - | - | 84,322 |
| Mauritius | 14 | - | 14 | 1 | - | - | - | - | - | - | 15 |
| Mexico | 16,549 | - | 16,549 | 23,847 | - | - | - | 13 | 82,993 | 42,104 | 165,506 |
| Monaco | 25 | - | 25 | - | - | - | - | - | - | - | 25 |
| Mongolia | 7 | - | 7 | 2 | - | - | - | 17 | 5 | - | 31 |

...

Venezuela AR_001312

Refugees, asylum-seekers, internally displaced persons (IDPs), returnees (refugees and IDPs), stateless persons, and others of concern to UNHCR by country/territory of asylum | end-2018 (ctnd)

All data are provisional and subject to change.

| Country/territory of asylum | REFUGEES | | | Asylum-seekers (pending cases) | Returned refugees | IDPs of concern to UNHCR, incl. people in IDP-like situations | Returned IDPs | Persons under UNHCR's statelessness mandate | Others of concern to UNHCR | Venezuelans displaced abroad | Total population of concern |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Refugees | People in refugee-like situations | Total refugees and people in refugee-like situations | | | | | | | | |
| Montenegro | 729 | - | 729 | 169 | - | - | - | 145 | - | 12,293 | 13,336 |
| Morocco | 5,940 | - | 5,940 | 1,835 | - | - | - | - | - | - | 7,775 |
| Mozambique | 4,907 | - | 4,907 | 21,139 | 8,845 | - | 8,845 | - | - | - | 43,736 |
| Myanmar[29] | - | - | - | 95 | 370,305 | 379 | 620,939 | - | - | - | 866,718 |
| Namibia | 2,400 | - | 2,400 | 1,525 | 106 | - | - | - | 10 | - | 4,041 |
| Nauru[30] | 962 | - | 962 | 417 | - | - | - | - | - | - | 1,379 |
| Nepal[31] | 20,808 | - | 20,808 | 55 | - | - | - | - | 543 | - | 21,406 |
| Netherlands | 101,837 | - | 101,837 | 12,303 | - | - | - | 1,951 | - | - | 116,091 |
| New Zealand | 1,564 | - | 1,564 | 475 | - | - | - | - | - | - | 2,039 |
| Nicaragua | 326 | - | 326 | 131 | - | - | - | - | 361 | 1 | 819 |
| Niger | 175,418 | - | 175,418 | 3,555 | - | 156,136 | 24,727 | - | 27,142 | - | 386,978 |
| Nigeria | 34,738 | - | 34,738 | 942 | 2 | 2,167,924 | 176,155 | - | - | - | 2,379,761 |
| North Macedonia | 295 | 117 | 412 | 14 | - | - | - | 571 | - | - | 997 |
| Norway | 57,026 | - | 57,026 | 2,292 | - | - | - | 2,809 | - | - | 62,127 |
| Oman | 308 | - | 308 | 256 | - | - | - | - | - | - | 564 |
| Pakistan | 1,404,019 | - | 1,404,019 | 5,181 | 12 | 96,384 | 83,454 | - | - | - | 1,589,050 |
| Panama | 2,518 | - | 2,518 | 13,616 | - | - | - | 2 | - | 94,400 | 110,536 |
| Papua New Guinea[32] | 5,445 | 4,581 | 10,026 | 151 | - | - | - | - | - | - | 10,177 |
| Paraguay | 266 | - | 266 | 352 | - | - | - | - | - | 803 | 1,421 |
| Peru | 2,529 | - | 2,529 | 230,871 | - | - | - | - | - | 428,214 | 661,614 |
| Philippines[33] | 642 | - | 642 | 248 | - | 77,650 | 445,655 | 1,068 | 68 | - | 525,331 |
| Poland | 12,506 | - | 12,506 | 3,065 | - | - | - | 10,825 | - | - | 26,396 |
| Portugal | 2,136 | - | 2,136 | 85 | - | - | - | 14 | - | - | 2,235 |
| Qatar | 190 | - | 190 | 92 | - | - | - | 1,200 | - | - | 1,482 |
| Rep. of Korea | 2,903 | - | 2,903 | 19,836 | - | - | - | 197 | - | - | 22,936 |
| Rep. of Moldova | 418 | - | 418 | 104 | - | - | - | 4,451 | - | - | 4,973 |
| Romania | 4,157 | - | 4,157 | 1,487 | - | - | - | 227 | - | - | 5,871 |
| Russian Federation[34] | 77,397 | - | 77,397 | 1,381 | 32 | - | - | 75,679 | - | - | 154,489 |
| Rwanda | 141,617 | 3,743 | 145,360 | 420 | 3,077 | - | - | - | 3,740 | - | 152,597 |
| Saint Kitts and Nevis | 4 | - | 4 | - | - | - | - | - | - | - | 4 |
| Saint Lucia | 2 | - | 2 | - | - | - | - | - | - | - | 2 |
| Samoa | 3 | - | 3 | - | - | - | - | - | - | - | 3 |
| Saudi Arabia | 259 | 7 | 266 | 2,170 | - | - | - | 70,000 | - | - | 72,436 |
| Senegal | 14,359 | - | 14,359 | 1,710 | - | - | - | - | - | - | 16,069 |
| Serbia and Kosovo: S/RES/1244 (1999) | 26,704 | 4,250 | 30,954 | 239 | 6 | 215,793 | 197 | 2,052 | - | - | 249,241 |
| Sierra Leone | 592 | - | 592 | - | - | - | - | - | - | - | 592 |
| Singapore | - | - | - | - | - | - | - | 1,303 | 1 | - | 1,304 |
| Sint Maarten (Dutch part) | 7 | - | 7 | - | - | - | - | - | - | - | 7 |
| Slovakia | 949 | - | 949 | 17 | - | - | - | 1,523 | - | - | 2,489 |
| Slovenia | 749 | - | 749 | 263 | - | - | - | 4 | - | - | 1,016 |
| Solomon Islands | - | - | - | 4 | - | - | - | - | - | - | 4 |
| Somalia | 16,741 | - | 16,741 | 16,361 | 87,544 | 2,648,000 | - | - | 382 | - | 2,769,028 |
| South Africa[35] | 89,285 | - | 89,285 | 184,203 | - | - | - | - | - | - | 273,488 |
| South Sudan | 291,842 | - | 291,842 | 2,541 | 136,155 | 1,878,153 | - | - | 10,000 | - | 2,318,691 |
| Spain | 20,457 | - | 20,457 | 78,685 | - | - | - | 2,455 | - | - | 101,597 |
| Sri Lanka | 800 | - | 800 | 742 | 1,421 | 35,473 | 3,849 | - | - | - | 42,285 |
| State of Palestine | - | - | - | - | 1 | - | - | - | - | - | 1 |
| Sudan | 1,078,287 | - | 1,078,287 | 17,622 | 1,805 | 1,864,195 | - | - | 3,737 | - | 2,965,646 |
| Suriname | 43 | - | 43 | 212 | - | - | - | - | 2 | - | 257 |
| Sweden | 248,226 | - | 248,226 | 37,942 | - | - | - | 31,819 | - | - | 317,987 |
| Switzerland | 104,037 | - | 104,037 | 14,797 | - | - | - | 49 | - | - | 118,883 |
| Syrian Arab Rep.[36] | 18,817 | - | 18,817 | 18,654 | 210,947 | 6,183,920 | - | 160,000 | 7,879 | - | 6,600,217 |
| Tajikistan | 2,657 | - | 2,657 | 315 | - | - | - | 4,616 | - | - | 7,588 |
| Thailand | 53,328 | 48,917 | 102,245 | 944 | - | - | - | 478,843 | 98 | - | 582,130 |
| Timor-Leste | - | - | - | - | - | - | - | - | 2 | - | 2 |
| Togo | 12,336 | - | 12,336 | 697 | 2 | - | - | - | - | - | 13,035 |

...

Refugees, asylum-seekers, internally displaced persons (IDPs), returnees (refugees and IDPs), stateless persons, and others of concern to UNHCR by country/territory of asylum | end-2018 (ctnd)

All data are provisional and subject to change.

| Country/ territory of asylum[1] | REFUGEES | | | Asylum-seekers (pending cases)[4] | Returned refugees[5] | IDPs of concern to UNHCR, incl. people in IDP-like situations[6] | Returned IDPs | Persons under UNHCR's state-lessness mandate | Others of concern to UNHCR | Venezue-lans displaced abroad[8] | Total popula-tion of concern |
| | Refugees[2] | People in refugee-like situations | Total refugees and people in refugee-like situations | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trinidad and Tobago | 785 | - | 785 | 9,948 | - | - | - | - | 17 | 31,843 | 42,593 |
| Tunisia | 1,066 | - | 1,066 | 256 | - | - | - | - | 8 | - | 1,330 |
| Turkey[37] | 3,681,685 | - | 3,681,685 | 311,719 | 1 | - | - | 117 | - | - | 3,993,522 |
| Turkmenistan | 22 | - | 22 | - | - | - | - | 4,714 | 1 | - | 4,737 |
| Turks and Caicos Islands | 4 | - | 4 | - | - | - | - | - | - | - | 4 |
| Uganda | 1,165,653 | - | 1,165,653 | 25,269 | 1 | - | - | - | 180,000 | - | 1,370,923 |
| Ukraine[38] | 2,620 | - | 2,620 | 6,408 | 6 | 1,500,000 | - | 35,650 | - | - | 1,544,684 |
| United Arab Emirates | 1,164 | - | 1,164 | 6,506 | - | - | - | - | 112 | - | 7,782 |
| United Kingdom | 126,720 | - | 126,720 | 45,244 | - | - | - | 125 | - | - | 172,089 |
| United Rep. of Tanzania | 278,322 | - | 278,322 | 39,659 | - | - | - | - | 19,024 | - | 337,005 |
| United States of America | 313,241 | - | 313,241 | 718,994 | - | - | - | - | - | - | 1,032,235 |
| Uruguay | 391 | - | 391 | 6,425 | - | - | - | - | - | 11,605 | 18,421 |
| Uzbekistan[39] | 14 | - | 14 | - | 4 | - | - | 79,942 | - | - | 79,960 |
| Vanuatu | - | - | - | 1 | - | - | - | - | - | - | 1 |
| Venezuela (Bolivarian Republic of) | 8,463 | 58,826 | 67,289 | 142 | 3 | - | - | - | - | - | 67,434 |
| Viet Nam | - | - | - | - | - | - | - | 34,110 | - | - | 34,110 |
| Yemen | 264,369 | - | 264,369 | 8,814 | 2 | 2,144,718 | 133,600 | - | 14 | - | 2,551,517 |
| Zambia | 49,879 | - | 49,879 | 3,306 | - | - | - | - | 22,842 | - | 76,027 |
| Zimbabwe[40] | 7,797 | - | 7,797 | 10,210 | 21 | - | - | - | 863 | - | 18,891 |
| **Total** | **20,117,541** | **243,021** | **20,360,562** | **3,503,284** | **593,814** | **41,425,147** | **2,312,926** | **3,851,983** | **1,182,910** | **2,592,948** | **74,791,939** |

| UNHCR-Bureaux | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| - Central Africa-Great Lakes | 1,445,672 | 3,743 | 1,449,415 | 69,302 | 90,425 | 5,996,236 | 373,899 | 974 | 36,007 | - | 8,016,258 |
| - East and Horn of Africa | 4,348,754 | - | 4,348,754 | 128,377 | 232,169 | 9,171,461 | - | 18,500 | 231,310 | - | 14,130,571 |
| - Southern Africa | 210,956 | - | 210,956 | 274,827 | 8,972 | - | 8,845 | - | 24,043 | - | 527,643 |
| - Western Africa | 326,287 | - | 326,287 | 11,718 | 9,520 | 2,491,387 | 200,882 | 692,115 | 27,248 | - | 3,759,157 |
| Total Africa | 6,331,669 | 3,743 | 6,335,412 | 484,224 | 341,086 | 17,659,084 | 583,626 | 711,589 | 318,608 | - | 26,433,629 |
| Asia and Pacific | 4,160,040 | 54,565 | 4,214,605 | 176,332 | 17,761 | 2,686,755 | 606,864 | 2,229,401 | 570,573 | - | 9,470,606 |
| Middle East and North Africa | 2,649,792 | 42,917 | 2,692,709 | 283,845 | 211,013 | 10,301,960 | 1,122,239 | 370,761 | 12,987 | - | 14,995,514 |
| Europe | 6,441,542 | 33,020 | 6,474,562 | 1,247,229 | 54 | 2,715,426 | 197 | 533,340 | 71,652 | - | 11,042,460 |
| Americas | 534,498 | 108,776 | 643,274 | 1,311,654 | 23,900 | 8,061,972 | - | 6,892 | 209,090 | 2,592,948 | 12,849,730 |
| **Total** | **20,117,541** | **243,021** | **20,360,562** | **3,503,284** | **593,814** | **41,425,147** | **2,312,926** | **3,851,983** | **1,182,910** | **2,592,948** | **74,791,939** |

| UN major regions | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Africa | 6,745,759 | 29,743 | 6,775,502 | 611,970 | 341,086 | 17,829,574 | 627,307 | 711,593 | 318,616 | - | 27,215,648 |
| Asia | 10,029,440 | 82,083 | 10,111,523 | 593,759 | 228,775 | 13,720,978 | 1,685,422 | 2,605,142 | 589,552 | - | 28,503,516 |
| Europe | 2,742,933 | 17,838 | 2,760,771 | 924,193 | 53 | 1,812,623 | 197 | 528,224 | 65,652 | - | 6,091,713 |
| Latin America and the Caribbean | 107,148 | 108,776 | 215,924 | 513,854 | 23,900 | 8,061,972 | - | 3,102 | 209,090 | 2,592,948 | 11,620,790 |
| Northern America | 427,350 | - | 427,350 | 797,800 | - | - | - | 3,790 | - | - | 1,228,940 |
| Oceania | 64,911 | 4,581 | 69,492 | 61,708 | - | - | - | 132 | - | - | 131,332 |
| **Total** | **20,117,541** | **243,021** | **20,360,562** | **3,503,284** | **593,814** | **41,425,147** | **2,312,926** | **3,851,983** | **1,182,910** | **2,592,948** | **74,791,939** |

**Notes**

The data are generally provided by Governments, based on their own definitions and methods of data collection.

A dash ("-") indicates that the value is zero, not available or not applicable. All data are provisional and subject to change.

**1** Country or territory of asylum or residence.

**2** Persons recognized as refugees under the 1951 UN Convention/1967 Protocol, the 1969 OAU Convention, in accordance with the UNHCR Statute, persons granted a complementary form of protection and those granted temporary protection. In the absence of Government figures, UNHCR has estimated the refugee population in many industrialized countries based on 10 years of individual asylum-seeker recognition.

**3** This category is descriptive in nature and includes groups of persons who are outside their country or territory of origin and who face protection risks similar to those of refugees, but for whom refugee status has not, for practical or other reasons, not been ascertained.

**4** Persons whose application for asylum or refugee status is pending at any stage in the asylum procedure.

**5** Refugees who have returned to their place of origin during 2018. Source: Country of origin and asylum.

Venezuela_AR_001314

GLOBAL TRENDS 2018

**6**  Persons who are displaced within their country and to whom UNHCR extends protection and/or assistance. It also includes people in IDP-like situations. This category is descriptive in nature and includes groups of persons who are inside their country of nationality or habitual residence and who face protection risks similar to those of IDPs but who, for practical or other reasons, could not be reported as such.

**7**  IDPs of concern to UNHCR who have returned to their place of origin during 2018.

**8**  Refers to persons who are not considered as nationals by any State under the operation of its law. This category refers to persons who fall under the agency's statelessness mandate because they are stateless according to this international definition, but data from some countries may also include persons with undetermined nationality. The figures reported includes stateless persons who are also refugees from Myanmar or IDPs in Myanmar. Most of these people originate from Rakhine State. UNHCR's statistical reporting currently follows a methodology that reports on one legal status as a person of concern only. However, due to the extraordinary size of the newly displaced stateless population in Bangladesh, UNHCR considered it important to reflect the dual status that this population group possesses as to do otherwise might convey the mistaken impression that the overall number of stateless persons has declined significantly, pending a review of UNHCR reporting on statelessness. This approach will not be replicated in the database and in the Excel version of this table, and therefore, figures may differ. See Annex Table 7 at http://www.unhcr.org/statistics/18-WRD-table-7.xls for detailed notes.

**9**  Refers to individuals who do not necessarily fall directly into any of the other groups but to whom UNHCR may extend its protection and/or assistance services. These activities might be based on humanitarian or other special grounds.

**10**  Venezuelans displaced abroad refers to persons who have left Venezuela as a result of the deteriorating circumstances inside the country, but who have not applied for asylum in the country in which they are present. As indicated in the Guidance Note on International Protection Considerations for Venezuelans (May 2019), UNHCR considers that the majority of Venezuelan nationals or stateless persons who were habitually resident in Venezuela, are in need of international protection under the criteria contained in the Cartagena Declaration on the basis of threats to their lives, security or freedom resulting from events that are seriously disturbing public order in Venezuela. In line with the Secretary General's Guidance, UNHCR and IOM have been coordinating closely to respond to the outflow of Venezuelans.

**11**  The statelessness figure refers to a census from 2011 and has been adjusted to reflect the number of persons with undetermined nationality who had their nationality confirmed in 2011-2018.

**12**  According to the Government of Algeria, there are an estimated 165,000 Sahrawi refugees in the Tindouf camps. Statistical data relating to refugees are entirely for humanitarian purposes. The total number of persons in need of humanitarian assistance services is estimated to be far higher than this figure.

**13**  Australia's figures for asylum-seekers are based on the number of applications lodged for protection visas.

**14**  The figure reported relates to stateless persons who are also refugees from Myanmar, mainly from Rakhine State. This figure exceptionally includes 906,635 stateless refugees who are also counted in the column under "Refugees." UNHCR's statistical reporting currently follows a methodology that reports on one legal status as a person of concern only. However, due to the extraordinary size of the newly displaced stateless population in Bangladesh, UNHCR considered it important to reflect, on an exceptional basis, the dual status that this population group possesses as both refugees and stateless persons as to do otherwise might convey the mistaken impression that the overall number of stateless persons has declined significantly. This approach will not be replicated in the database and in the Excel version of this table and, therefore, figures may differ.

**15**  Refugee figure related to the end of 2016.

**16**  All figures related to the end of 2016.

**17**  The 300,000 Vietnamese refugees are well integrated and in practice receive protection from the Government of China.

**18**  The statelessness figure is based on a Government estimate of individuals who themselves or whose parents or grandparents migrated to Côte d'Ivoire before or just after independence and who did not establish their nationality at independence or before the nationality law changed in 1972. The estimate is derived in part from cases denied voter registration in 2010 because electoral authorities could not determine their nationality at the time. The estimation is adjusted to reflect the number of persons who acquired nationality through the special 'acquisition of nationality by declaration' procedure until end of 2018. The estimate does not include individuals of unknown parentage who were abandoned as children and who are not considered as nationals under Ivorian law.

**19**  UNHCR's assistance activities for IDPs in Cyprus ended in 1999. Visit the website of the Internal Displacement Monitoring Centre (IDMC) for further information.

**20**  UNHCR is currently working with the authorities and other actors to determine the size of the population that found an effective nationality solution under Law 169-14. Since the adoption of Law 169-14 in May 2014, important steps have been taken by the Dominican Republic to confirm Dominican nationality through the validation of birth certificates of individuals born in the country to two migrant parents. According to information released by the authorities, 26,153 individuals had been issued their Dominican civil documents by September of 2018. Additionally, 308 individuals formally presented their naturalization claims to the Ministry of Interior and Policeas of the end of 2018 and are awaiting naturalization decrees.

**21**  Almost all people recorded as being stateless had permanent residence and enjoy more rights than foreseen in the 1954 Convention relating to the Status of Stateless Persons.

**22**  Stateless figure refers to individuals without a nationality who were born in the Dominican Republic prior to January 2010.

**23**  Pending a more accurate study into statelessness in Iraq, the figure is an estimate based on various sources.

**24**  Figures are UNHCR estimates.

**25**  Includes 34,600 Iraqi refugees registered with UNHCR in Jordan. The Government estimated the number of Iraqis at 400,000 individuals at the end of March 2015. This includes refugees and other categories of Iraqis.

**26**  With respect to persons under UNHCR's statelessness mandate, this figure includes persons of concern covered by two separate Latvian laws. 174 persons fall under the Republic of Latvia's Law on Stateless Persons of 17 February 2004. 224,670 of the persons fall under Latvia's 25 April 1995 Law on the Status of those Former USSR Citizens who are not Citizens of Latvia or Any Other State ("Non-citizens"). In the specific context of Latvia, the "Non-citizens" enjoy the right to reside in Latvia ex lege and a set of rights and obligations generally beyond the rights prescribed by the 1954 Convention relating to the Status of Stateless Persons, including protection from removal, and as such the "Non-citizens" may currently be considered persons to whom the Convention does not apply in accordance with Article 1.2(ii).

**27**  Refugee figure related to the end of 2016.

**28**  Updated figure is based on a registration and community legal assistance programme undertaken in West Malaysia by a local NGO with technical support from UNHCR, which began in 2014. During 2018, 781 persons of those registered acquired Malaysian nationality.

**29**  The figure of persons of concern under the statelessness mandate relates to stateless persons in Rakhine state and persons of undetermined nationality residing in other states in Myanmar.The figure of stateless persons in Rakhine state has been estimated on the basis of the 2014 census report and 2017 General Administration Department (GAD) of Ministry of Home Affairs (MoHA) data. This figure exceptionally includes stateless IDPs who are also of concern under the statelessness mandate. This approach will not be replicated in the database and in the Excel version of this table and, therefore, figures may differ. In Rakhine State, the total number of stateless persons were estimated to be approximately one million in 2014 according to the Government census report. Revisions have been made to take into account the number of stateless persons who fled to Bangladesh during 2017. The number of remaining stateless persons residing in Maungdaw area as of end of December 2018 is highly uncertain as no reliable comprehensive data is available and access has been severely constrained. Outside of Rakhine state, the figure of those with undetermined nationality (25,939) is based on government data released on 27 December 2016 indicating the number of persons who hold an Identity Card for National Verification, and whose citizenship has not yet been confirmed.

**30**  The data was provided by Government on 9 January 2019.

**31**  Various studies estimate that a large number of individuals lack citizenship certificates in Nepal. While these individuals are not all necessarily stateless, UNHCR has been working closely with the Government of Nepal and partners to address this situation.

**32**  The data was provided by Government on 3 December 2018.

**33**  The updated figure is based on improved information concerning persons of Indonesian descent who have acquired nationality.

**34**  Information provided by the Russian Federation includes statistical data for the Autonomous Republic of Crimea and the city of Sevastopol, Ukraine, temporarily occupied by the Russian Federation. The statelessness figure refers to the census figure from 2010 adjusted to reflect the number of stateless persons who acquired nationality in 2011-2018.

**35**  All figures related to mid-2018.

**36**  Refugee figure for Iraqis was a Government estimate. UNHCR has registered 15,700 Iraqis at the end of 2018. According to some reports many stateless persons were naturalized between 2011-2018, but no official figures are yet confirmed.

**37**  Refugee figure for Syrians in Turkey was a Government estimate.

**38**  IDP figure in Ukraine includes 700,000 people who are in an IDP-like situation.

**39**  The statelessness figure refers to stateless persons with permanent residence reported by the Government of Uzbekistan in 2010. The figure has been adjusted to reflect that citizenship of Uzbekistan has been granted to 6,761 persons since December 2016.

**40**  A study is being pursued to provide a revised estimate of statelessness figure.

Source: UNHCR/Governments.

Refugees, asylum-seekers, internally displaced persons (IDPs), returnees (refugees and IDPs), stateless persons, and others of concern to UNHCR by origin | end-2018

All data are provisional and subject to change.

| Origin[*] | REFUGEES | | | Asylum-seekers (pending cases)[*] | Returned refugees[*] | IDPs of concern to UNHCR, incl. people in IDP-like situations[*] | Returned IDPs[*] | Persons under UNHCR's state-lessness mandate[*] | Others of concern to UNHCR[*] | Venezue-lans displaced abroad[*] | Total popula-tion of concern |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Refugees | People in refugee-like situations | Total refugees and people in refugee-like situations | | | | | | | | |
| Afghanistan | 2,676,619 | 4,650 | 2,681,269 | 310,120 | 16,220 | 2,106,893 | 73,527 | - | 489,859 | - | 5,677,888 |
| Albania | 13,518 | - | 13,518 | 21,083 | - | - | - | - | 1 | - | 34,602 |
| Algeria | 4,200 | 1 | 4,201 | 7,460 | - | - | - | - | 15 | - | 11,676 |
| Andorra | 3 | - | 3 | 2 | - | - | - | - | - | - | 5 |
| Angola | 8,253 | - | 8,253 | 8,927 | - | - | - | - | 18,020 | - | 35,200 |
| Antigua and Barbuda | 107 | - | 107 | 49 | - | - | - | - | - | - | 156 |
| Argentina | 117 | - | 117 | 493 | - | - | - | - | 3 | - | 613 |
| Armenia | 11,047 | - | 11,047 | 13,697 | - | - | - | - | 5 | - | 24,749 |
| Australia | 13 | - | 13 | 25 | - | - | - | - | - | - | 38 |
| Austria | 20 | 3 | 23 | 14 | - | - | - | - | - | - | 37 |
| Azerbaijan | 10,673 | 573 | 11,246 | 9,328 | - | 620,422 | - | - | 1 | - | 640,997 |
| Bahamas | 418 | - | 418 | 388 | - | - | - | - | - | - | 806 |
| Bahrain | 543 | - | 543 | 144 | - | - | - | - | - | - | 687 |
| Bangladesh | 20,888 | 148 | 21,036 | 58,856 | - | - | - | - | 8 | - | 79,900 |
| Barbados | 214 | - | 214 | 84 | - | - | - | - | - | - | 298 |
| Belarus | 3,539 | - | 3,539 | 3,300 | - | - | - | - | 2 | - | 6,841 |
| Belgium | 54 | - | 54 | 83 | - | - | - | - | - | - | 137 |
| Belize | 69 | - | 69 | 222 | - | - | - | - | - | - | 291 |
| Benin | 665 | - | 665 | 1,079 | - | - | - | - | 7 | - | 1,751 |
| Bhutan | 7,104 | - | 7,104 | 394 | - | - | - | - | - | - | 7,498 |
| Bolivia (Plurinational State of) | 510 | - | 510 | 1,017 | - | - | - | - | - | - | 1,527 |
| Bosnia and Herzegovina | 16,927 | 37 | 16,964 | 1,622 | - | 96,830 | - | - | 48,907 | - | 164,323 |
| Botswana | 294 | - | 294 | 88 | - | - | - | - | - | - | 382 |
| Brazil | 1,038 | - | 1,038 | 8,574 | - | - | - | - | - | - | 9,612 |
| Brunei Darussalam | 3 | - | 3 | 4 | - | - | - | - | - | - | 7 |
| Bulgaria | 627 | - | 627 | 371 | - | - | - | - | 1 | - | 999 |
| Burkina Faso | 11,460 | - | 11,460 | 4,959 | - | 47,029 | - | - | - | - | 63,448 |
| Burundi | 387,862 | - | 387,862 | 53,377 | 45,536 | 31,908 | - | - | 14,149 | - | 532,832 |
| Cabo Verde | 13 | - | 13 | 206 | - | - | - | - | - | - | 219 |
| Cambodia | 12,094 | 45 | 12,139 | 752 | - | - | - | - | - | - | 12,891 |
| Cameroon | 45,139 | - | 45,139 | 18,665 | - | 668,494 | 67,653 | - | 11 | - | 799,962 |
| Canada | 84 | - | 84 | 84 | - | - | - | - | 2 | - | 170 |
| Cayman Islands | 7 | - | 7 | 1 | - | - | - | - | - | - | 8 |
| Central African Rep. | 590,874 | - | 590,874 | 17,296 | 35,182 | 640,969 | 306,246 | - | 21,697 | - | 1,612,264 |
| Chad | 10,898 | - | 10,898 | 4,425 | 6,351 | 165,313 | - | - | 16,726 | - | 203,713 |
| Chile | 482 | - | 482 | 525 | - | - | - | - | - | - | 1,007 |
| China | 212,050 | - | 212,050 | 94,364 | - | - | - | - | 2 | - | 306,416 |
| China, Hong Kong SAR | 13 | - | 13 | 28 | - | - | - | - | - | - | 41 |
| China, Macao SAR | 2 | - | 2 | 27 | - | - | - | - | - | - | 29 |
| Colombia | 79,760 | 58,826 | 138,586 | 45,681 | 23,897 | 7,816,472 | - | - | - | - | 8,024,636 |
| Comoros | 622 | - | 622 | 517 | - | - | - | - | - | - | 1,139 |
| Congo, Republic of | 13,352 | - | 13,352 | 11,780 | 2 | 138,000 | - | - | 92 | - | 163,226 |
| Cook Islands | 1 | - | 1 | 1 | - | - | - | - | - | - | 2 |
| Costa Rica | 211 | - | 211 | 551 | - | - | - | - | - | - | 762 |
| Côte d'Ivoire | 38,323 | - | 38,323 | 22,881 | 2,839 | - | - | - | 18 | - | 64,061 |
| Croatia[11] | 24,107 | - | 24,107 | 81 | 9 | - | - | - | 4,376 | - | 28,573 |
| Cuba | 5,488 | - | 5,488 | 26,603 | - | - | - | - | - | - | 32,091 |
| Curaçao | 35 | - | 35 | - | - | - | - | - | 1 | - | 36 |
| Cyprus[12] | 10 | - | 10 | 22 | - | - | - | - | - | - | 32 |
| Czechia | 1,240 | - | 1,240 | 223 | - | - | - | - | - | - | 1,463 |
| Dem. People's Rep. of Korea | 802 | - | 802 | 152 | - | - | - | - | - | - | 954 |
| Dem. Rep. of the Congo | 716,355 | 3,952 | 720,307 | 133,441 | 6,628 | 4,516,865 | - | - | 10,867 | - | 5,388,108 |
| Denmark | 2 | - | 2 | 39 | - | - | - | - | - | - | 41 |
| Djibouti | 2,132 | - | 2,132 | 1,111 | - | - | - | - | - | - | 3,243 |
| Dominica | 40 | - | 40 | 62 | - | - | - | - | - | - | 102 |

...

Refugees, asylum-seekers, internally displaced persons (IDPs), returnees (refugees and IDPs), stateless persons, and others of concern to UNHCR by origin | end-2018 (ctnd)

All data are provisional and subject to change.

| Origin | REFUGEES | | | Asylum-seekers (pending cases) | Returned refugees | IDPs of concern to UNHCR, incl. people in IDP-like situations | Returned IDPs | Persons under UNHCR's statelessness mandate | Others of concern to UNHCR | Venezuelans displaced abroad | Total population of concern |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Refugees | People in refugee-like situations | Total refugees and people in refugee-like situations | | | | | | | | |
| Dominican Rep. | 477 | - | 477 | 3,416 | - | - | - | - | - | - | 3,893 |
| Ecuador | 1,431 | - | 1,431 | 17,725 | - | - | - | - | - | - | 19,156 |
| Egypt | 24,864 | - | 24,864 | 16,776 | - | - | - | - | 50 | - | 41,690 |
| El Salvador | 32,564 | - | 32,564 | 119,271 | - | 71,500 | - | - | 27,285 | - | 250,620 |
| Equatorial Guinea | 144 | - | 144 | 185 | - | - | - | - | - | - | 329 |
| Eritrea | 492,776 | 14,491 | 507,267 | 78,607 | 297 | - | - | - | 86 | - | 586,257 |
| Estonia | 280 | - | 280 | 41 | - | - | - | - | - | - | 321 |
| eSwatini | 240 | - | 240 | 55 | - | - | - | - | - | - | 295 |
| Ethiopia | 92,234 | - | 92,234 | 133,283 | 16 | 2,615,800 | - | - | 4,231 | - | 2,845,564 |
| Fiji | 678 | - | 678 | 1,301 | - | - | - | - | - | - | 1,979 |
| Finland | 5 | - | 5 | 9 | - | - | - | - | - | - | 14 |
| France | 61 | - | 61 | 231 | - | - | - | - | - | - | 292 |
| French Guiana | 1 | - | 1 | 23 | - | - | - | - | - | - | 24 |
| Gabon | 347 | - | 347 | 757 | - | - | - | - | - | - | 1,104 |
| Gambia | 17,251 | - | 17,251 | 14,035 | - | - | - | - | - | - | 31,286 |
| Georgia | 6,975 | - | 6,975 | 21,018 | - | 282,381 | - | - | - | - | 310,374 |
| Germany | 71 | - | 71 | 185 | - | - | - | - | - | - | 256 |
| Ghana | 18,086 | - | 18,086 | 12,557 | - | - | - | - | 3 | - | 30,646 |
| Gibraltar | 1 | - | 1 | - | - | - | - | - | - | - | 1 |
| Greece | 107 | - | 107 | 135 | - | - | - | - | - | - | 242 |
| Grenada | 97 | - | 97 | 65 | - | - | - | - | - | - | 162 |
| Guadeloupe | - | - | - | 11 | - | - | - | - | - | - | 11 |
| Guam | - | - | - | 1 | - | - | - | - | - | - | 1 |
| Guatemala | 19,132 | - | 19,132 | 86,874 | - | - | - | - | 25 | - | 106,031 |
| Guinea | 23,493 | - | 23,493 | 33,066 | - | - | - | - | 1 | - | 56,560 |
| Guinea-Bissau | 2,049 | - | 2,049 | 2,849 | - | - | - | - | - | - | 4,898 |
| Guyana | 283 | - | 283 | 559 | - | - | - | - | 1 | - | 843 |
| Haiti | 27,531 | - | 27,531 | 40,980 | - | - | - | - | - | - | 68,511 |
| Holy See (the) | - | - | - | 2 | - | - | - | - | - | - | 2 |
| Honduras | 18,860 | - | 18,860 | 76,532 | - | 174,000 | - | - | 46,419 | - | 315,811 |
| Hungary | 3,927 | - | 3,927 | 805 | - | - | - | - | 3 | - | 4,735 |
| Iceland | 4 | - | 4 | 4 | - | - | - | - | - | - | 8 |
| India | 9,601 | 1 | 9,602 | 51,812 | - | - | - | - | 216 | - | 61,630 |
| Indonesia | 6,668 | 5,489 | 12,157 | 3,402 | - | - | - | - | 3 | - | 15,562 |
| Iran (Islamic Rep. of) | 128,715 | 1,225 | 129,940 | 87,379 | 8 | - | - | - | 89 | - | 217,416 |
| Iraq[13] | 369,444 | 2,898 | 372,342 | 256,725 | 63 | 1,802,832 | 944,958 | - | 7,901 | - | 3,384,821 |
| Ireland | 4 | - | 4 | 57 | - | - | - | - | - | - | 61 |
| Israel | 502 | - | 502 | 689 | - | - | - | - | - | - | 1,191 |
| Italy | 69 | - | 69 | 388 | - | - | - | - | - | - | 457 |
| Jamaica | 2,453 | - | 2,453 | 1,514 | - | - | - | - | - | - | 3,967 |
| Japan | 48 | - | 48 | 115 | - | - | - | - | - | - | 163 |
| Jordan | 2,439 | 3 | 2,442 | 4,144 | - | - | - | - | 1,433 | - | 8,019 |
| Kazakhstan | 2,529 | - | 2,529 | 5,848 | - | - | - | - | - | - | 8,377 |
| Kenya | 7,489 | - | 7,489 | 7,309 | - | - | - | - | 3 | - | 14,801 |
| Kiribati | 1 | - | 1 | - | - | - | - | - | - | - | 1 |
| Kuwait | 1,257 | - | 1,257 | 1,236 | - | - | - | - | 3 | - | 2,496 |
| Kyrgyzstan | 2,942 | - | 2,942 | 2,731 | - | - | - | - | - | - | 5,673 |
| Lao People's Dem. Rep. | 6,938 | - | 6,938 | 296 | - | - | - | - | - | - | 7,234 |
| Latvia | 156 | - | 156 | 109 | - | - | - | - | - | - | 265 |
| Lebanon | 5,638 | 1 | 5,639 | 8,080 | - | - | - | - | 18 | - | 13,737 |
| Lesotho | 11 | - | 11 | 35 | - | - | - | - | - | - | 46 |
| Liberia | 5,518 | 7 | 5,525 | 3,000 | - | - | - | - | 90 | - | 8,615 |
| Libya | 13,874 | - | 13,874 | 6,794 | - | 170,490 | 43,681 | - | 10 | - | 234,849 |
| Liechtenstein | - | - | - | - | - | - | - | - | - | - | - |
| Lithuania | 70 | - | 70 | 89 | - | - | - | - | - | - | 159 |

•••

Refugees, asylum-seekers, internally displaced persons (IDPs), returnees (refugees and IDPs), stateless persons, and others of concern to UNHCR by origin | end-2018 (ctnd)

All data are provisional and subject to change.

| Origin[1] | REFUGEES | | | Asylum-seekers (pending cases)[2] | Returned refugees[3] | IDPs of concern to UNHCR, incl. people in IDP-like situations[4] | Returned IDPs[5] | Persons under UNHCR's state-lessness mandate[6] | Others of concern to UNHCR[7] | Venezue-lans displaced abroad[18] | Total popula-tion of concern |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Refugees[8] | People in refugee-like situations[8] | Total refugees and people in refugee-like situations | | | | | | | | |
| Luxembourg | 3 | - | 3 | 3 | - | - | - | - | - | - | 6 |
| Madagascar | 298 | - | 298 | 119 | - | - | - | - | - | - | 417 |
| Malawi | 475 | - | 475 | 2,802 | - | - | - | - | - | - | 3,277 |
| Malaysia | 823 | - | 823 | 15,046 | - | - | - | - | 1 | - | 15,870 |
| Maldives | 73 | - | 73 | 33 | 1 | - | - | - | - | - | 107 |
| Mali | 158,275 | - | 158,275 | 10,907 | 6,677 | 120,298 | - | - | 5 | - | 296,162 |
| Malta | 4 | - | 4 | 9 | - | - | - | - | - | - | 13 |
| Marshall Islands | 7 | - | 7 | - | - | - | - | - | - | - | 7 |
| Martinique | 1 | - | 1 | - | - | - | - | - | - | - | 1 |
| Mauritania | 37,059 | - | 37,059 | 8,136 | - | - | - | - | 4 | - | 45,199 |
| Mauritius | 161 | - | 161 | 297 | - | - | - | - | - | - | 458 |
| Mexico | 12,870 | - | 12,870 | 89,796 | - | - | - | - | - | - | 102,666 |
| Micronesia (Federated States of) | - | - | - | 1 | - | - | - | - | - | - | 1 |
| Monaco | 3 | - | 3 | - | - | - | - | - | - | - | 3 |
| Mongolia | 2,254 | - | 2,254 | 4,397 | - | - | - | - | 5 | - | 6,656 |
| Montenegro | 716 | - | 716 | 640 | - | - | - | - | - | - | 1,356 |
| Morocco | 3,887 | 1 | 3,888 | 8,181 | - | - | - | - | 21 | - | 12,090 |
| Mozambique | 58 | - | 58 | 8,978 | 8,845 | - | 8,845 | - | - | - | 26,726 |
| Myanmar[14] | 1,096,213 | 48,941 | 1,145,154 | 30,464 | 95 | 370,305 | 379 | - | 99 | - | 1,546,496 |
| Namibia | 1,336 | - | 1,336 | 338 | 106 | - | - | - | - | - | 1,780 |
| Nauru | - | - | - | - | - | - | - | - | - | - | - |
| Nepal | 8,589 | 5 | 8,594 | 9,084 | - | - | - | - | 328 | - | 18,006 |
| Netherlands | 47 | - | 47 | 92 | - | - | - | - | - | - | 139 |
| New Zealand | 38 | - | 38 | 18 | - | - | - | - | 1 | - | 57 |
| Nicaragua | 1,673 | - | 1,673 | 32,269 | - | - | - | - | - | - | 33,942 |
| Niger | 2,725 | - | 2,725 | 2,078 | - | 156,136 | 24,727 | - | 25,731 | - | 211,397 |
| Nigeria | 276,853 | - | 276,853 | 84,645 | 2 | 2,167,924 | 176,155 | - | 1,429 | - | 2,707,008 |
| Niue | 19 | - | 19 | 5 | - | - | - | - | - | - | 24 |
| North Macedonia | 1,731 | - | 1,731 | 3,238 | - | - | - | - | - | - | 4,969 |
| Norway | 9 | - | 9 | 19 | - | - | - | - | - | - | 28 |
| Oman | 42 | - | 42 | 35 | - | - | - | - | - | - | 77 |
| Pakistan | 131,653 | 606 | 132,259 | 75,360 | 12 | 96,384 | 83,454 | - | - | - | 387,469 |
| Palau | 3 | - | 3 | 3 | - | - | - | - | - | - | 6 |
| Palestinian[15] | 100,742 | - | 100,742 | 13,481 | 1 | - | - | - | 1,465 | - | 115,689 |
| Panama | 49 | - | 49 | 148 | - | - | - | - | - | - | 197 |
| Papua New Guinea | 427 | - | 427 | 450 | - | - | - | - | - | - | 877 |
| Paraguay | 76 | - | 76 | 281 | - | - | - | - | - | - | 357 |
| Peru | 2,592 | - | 2,592 | 4,905 | - | - | - | - | - | - | 7,497 |
| Philippines | 512 | 15 | 527 | 3,820 | - | 77,650 | 445,655 | - | 80,039 | - | 607,691 |
| Poland | 1,087 | - | 1,087 | 920 | - | - | - | - | - | - | 2,007 |
| Portugal | 19 | - | 19 | 258 | - | - | - | - | - | - | 277 |
| Puerto Rico | - | - | - | 1 | - | - | - | - | - | - | 1 |
| Qatar | 36 | - | 36 | 39 | - | - | - | - | - | - | 75 |
| Rep. of Korea | 279 | - | 279 | 545 | - | - | - | - | - | - | 824 |
| Rep. of Moldova | 2,400 | 1 | 2,401 | 4,540 | - | - | - | - | 1 | - | 6,942 |
| Romania | 1,160 | - | 1,160 | 4,269 | - | - | - | - | 1 | - | 5,430 |
| Russian Federation | 61,463 | - | 61,463 | 43,283 | 32 | - | - | - | 2 | - | 104,780 |
| Rwanda | 247,481 | - | 247,481 | 13,776 | 3,077 | - | - | - | 14,998 | - | 279,332 |
| Saint Kitts and Nevis | 57 | - | 57 | 16 | - | - | - | - | - | - | 73 |
| Saint Lucia | 1,027 | - | 1,027 | 68 | - | - | - | - | - | - | 1,095 |
| Saint Vincent and the Grenadines | 1,255 | - | 1,255 | 56 | - | - | - | - | - | - | 1,311 |
| Saint-Pierre-et-Miquelon | 1 | - | 1 | 1 | - | - | - | - | - | - | 2 |
| Samoa | 1 | - | 1 | 43 | - | - | - | - | - | - | 44 |
| San Marino | 2 | - | 2 | - | - | - | - | - | - | - | 2 |
| Sao Tome and Principe | 30 | - | 30 | 28 | - | - | - | - | - | - | 58 |

...

Venezuela AR_001318

Refugees, asylum-seekers, internally displaced persons (IDPs), returnees (refugees and IDPs), stateless persons, and others of concern to UNHCR by origin | end-2018 (ctnd)

All data are provisional and subject to change.

| Origin | REFUGEES | | | Asylum-seekers (pending cases) | Returned refugees | IDPs of concern to UNHCR, incl. people in IDP-like situations | Returned IDPs | Persons under UNHCR's statelessness mandate | Others of concern to UNHCR | Venezuelans displaced abroad | Total population of concern |
| | Refugees | People in refugee-like situations | Total refugees and people in refugee-like situations | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Saudi Arabia | 1,493 | - | 1,493 | 1,447 | - | - | - | - | 10 | - | 2,950 |
| Senegal | 18,222 | - | 18,222 | 17,438 | - | - | - | - | - | - | 35,660 |
| Serbia and Kosovo: S/RES/1244 (1999) | 32,253 | 117 | 32,370 | 9,714 | 6 | 215,793 | 197 | - | - | - | 258,080 |
| Seychelles | 13 | - | 13 | 3 | - | - | - | - | - | - | 16 |
| Sierra Leone | 4,837 | - | 4,837 | 7,428 | - | - | - | - | 1 | - | 12,266 |
| Singapore | 48 | - | 48 | 72 | - | - | - | - | - | - | 120 |
| Slovakia | 1,221 | - | 1,221 | 395 | - | - | - | - | - | - | 1,616 |
| Slovenia | 20 | - | 20 | 11 | - | - | - | - | - | - | 31 |
| Solomon Islands | 33 | - | 33 | 145 | - | - | - | - | - | - | 178 |
| Somalia | 949,481 | 165 | 949,652 | 55,864 | 87,544 | 2,648,000 | - | - | 134 | - | 3,741,194 |
| South Africa | 489 | - | 489 | 2,414 | - | - | - | - | 5 | - | 2,908 |
| South Sudan[16] | 2,285,257 | 59 | 2,285,316 | 12,717 | 136,155 | 1,878,153 | - | - | 10,000 | - | 4,322,341 |
| Spain | 48 | - | 48 | 245 | - | - | - | - | - | - | 293 |
| Sri Lanka | 113,963 | - | 113,963 | 14,526 | 1,421 | 35,473 | 3,849 | - | 4 | - | 169,236 |
| Sudan[17] | 722,469 | 2,322 | 724,791 | 67,437 | 1,805 | 1,864,195 | - | - | 2 | - | 2,658,230 |
| Suriname | 20 | - | 20 | 61 | - | - | - | - | 1 | - | 82 |
| Sweden | 19 | - | 19 | 37 | - | - | - | - | - | - | 56 |
| Switzerland | 7 | - | 7 | 22 | - | - | - | - | - | - | 29 |
| Syrian Arab Rep. | 6,632,451 | 21,935 | 6,654,386 | 139,585 | 210,947 | 6,183,920 | - | - | 8,455 | - | 13,197,293 |
| Tajikistan | 1,701 | - | 1,701 | 3,204 | - | - | - | - | - | - | 4,905 |
| Thailand | 174 | 18 | 192 | 2,794 | - | - | - | - | - | - | 2,986 |
| Tibetan | 13,530 | - | 13,530 | - | - | - | - | - | 1 | - | 13,531 |
| Timor-Leste | 15 | 1 | 16 | 8 | - | - | - | - | - | - | 24 |
| Togo | 8,040 | - | 8,040 | 3,571 | 2 | - | - | - | - | - | 11,613 |
| Tonga | 33 | - | 33 | 172 | - | - | - | - | - | - | 205 |
| Trinidad and Tobago | 322 | - | 322 | 310 | - | - | - | - | 15 | - | 647 |
| Tunisia | 1,999 | - | 1,999 | 2,775 | - | - | - | - | 3 | - | 4,777 |
| Turkey | 68,903 | - | 68,903 | 42,925 | 1 | - | - | - | 11 | - | 111,840 |
| Turkmenistan | 461 | - | 461 | 1,278 | - | - | - | - | - | - | 1,740 |
| Turks and Caicos Islands | 16 | - | 16 | - | - | - | - | - | - | - | 16 |
| Tuvalu | 2 | - | 2 | - | - | - | - | - | - | - | 2 |
| Uganda | 7,035 | - | 7,035 | 10,969 | 1 | - | - | - | 180,003 | - | 198,008 |
| Ukraine[18] | 92,991 | 272 | 93,263 | 31,973 | 6 | 1,500,000 | - | - | 7 | - | 1,625,249 |
| United Arab Emirates | 177 | - | 177 | 278 | - | - | - | - | - | - | 455 |
| United Kingdom | 77 | 5 | 82 | 200 | - | - | - | - | 2 | - | 284 |
| United Rep. of Tanzania | 735 | - | 735 | 1,673 | - | - | - | - | 14 | - | 2,422 |
| United States of America[19] | 334 | 8 | 342 | 2,848 | - | - | - | - | 4 | - | 3,194 |
| Uruguay | 19 | - | 19 | 211 | - | - | - | - | 1 | - | 231 |
| Uzbekistan | 3,284 | - | 3,284 | 4,603 | 4 | - | - | - | 2 | - | 7,893 |
| Vanuatu | 1 | - | 1 | 51 | - | - | - | - | - | - | 52 |
| Venezuela (Bolivarian Republic of) | 21,046 | - | 21,046 | 464,229 | 3 | - | - | - | - | 2,592,948 | 3,078,226 |
| Viet Nam[20] | 334,473 | 2 | 334,475 | 5,579 | - | - | - | - | 68 | - | 340,122 |
| Western Sahara[21] | 90,791 | 26,000 | 116,791 | 1,805 | - | - | - | - | - | - | 118,596 |
| Yemen | 31,154 | - | 31,154 | 35,892 | 2 | 2,144,718 | 133,600 | - | 8 | - | 2,345,374 |
| Zambia | 284 | - | 284 | 263 | - | - | - | - | 6 | - | 553 |
| Zimbabwe | 15,629 | - | 15,629 | 17,134 | 21 | - | - | - | 112 | - | 32,896 |
| Stateless | 55,772 | - | 55,772 | 7,107 | - | - | - | 3,851,983 | 16 | - | 2,883,243 |
| Various/unknown | 166,343 | 50,198 | 216,541 | 65,562 | - | - | - | - | 147,254 | - | 429,357 |
| Total | 20,117,541 | 243,021 | 20,360,562 | 3,503,284 | 593,814 | 41,425,147 | 2,312,926 | 3,851,983 | 1,182,910 | 2,592,948 | 74,791,939 |

...

Refugees, asylum-seekers, internally displaced persons (IDPs), returnees (refugees and IDPs), stateless persons, and others of concern to UNHCR by origin | end-2018 (ctnd)

All data are provisional and subject to change.

| Origin[1] | REFUGEES | | | Asylum-seekers (pending cases)[2] | Returned refugees[3] | IDPs of concern to UNHCR, incl. people in IDP-like situations[4] | Returned IDPs[5] | Persons under UNHCR's state-lessness mandate[6] | Others of concern to UNHCR[7] | Venezue-lans displaced abroad[8] | Total popula-tion of concern |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Refugees[1] | People in refugee-like situations[1] | Total refugees and people in refugee-like situations | | | | | | | | |
| **UNHCR-Bureaux** | | | | | | | | | | | |
| - Central Africa-Great Lakes | 2,002,319 | 3,952 | 2,006,271 | 250,978 | 90,425 | 5,996,236 | 373,899 | - | 61,828 | - | 8,779,637 |
| - East and Horn of Africa | 4,569,777 | 17,037 | 4,586,814 | 371,722 | 232,169 | 9,171,461 | - | - | 211,185 | - | 14,573,351 |
| - Southern Africa | 28,163 | - | 28,163 | 41,970 | 8,972 | - | 8,845 | - | 18,143 | - | 106,093 |
| - Western Africa | 585,810 | 7 | 585,817 | 220,699 | 9,520 | 2,491,387 | 200,882 | - | 27,285 | - | 3,535,590 |
| Total Africa | 7,186,069 | 20,996 | 7,207,065 | 885,369 | 341,086 | 17,659,084 | 583,626 | - | 318,441 | - | 26,994,671 |
| Asia and Pacific | 4,796,318 | 61,146 | 4,857,464 | 789,309 | 17,761 | 2,686,705 | 606,864 | - | 570,726 | - | 9,528,829 |
| Middle East and North Africa | 7,322,592 | 50,839 | 7,373,431 | 513,702 | 211,013 | 10,301,960 | 1,122,239 | - | 19,396 | - | 19,541,741 |
| Europe | 357,680 | 1,008 | 358,688 | 215,731 | 54 | 2,715,426 | 197 | - | 53,320 | - | 3,343,416 |
| Americas | 232,767 | 58,834 | 291,601 | 1,026,504 | 23,900 | 8,061,972 | - | - | 73,757 | 2,592,948 | 12,070,682 |
| Various/Stateless | 222,115 | 50,198 | 272,313 | 72,669 | - | - | - | 3,851,983 | 147,270 | - | 3,312,600 |
| **Total** | 20,117,541 | 243,021 | 20,360,562 | 3,503,284 | 593,814 | 41,425,147 | 2,312,926 | 3,851,983 | 1,182,910 | 2,592,948 | 74,791,939 |
| | | | | | | | | | | | |
| **UN major regions** | | | | | | | | | | | |
| Africa | 7,362,743 | 46,998 | 7,409,741 | 937,296 | 341,086 | 17,829,574 | 627,307 | - | 318,544 | - | 27,463,548 |
| Asia | 12,038,587 | 86,556 | 12,125,143 | 1,335,858 | 228,775 | 13,720,978 | 1,685,422 | - | 590,035 | - | 29,686,211 |
| Europe | 260,072 | 435 | 260,507 | 128,741 | 53 | 1,812,623 | 197 | - | 53,303 | - | 2,255,424 |
| Latin America and the Caribbean | 232,349 | 58,826 | 291,175 | 1,023,572 | 23,900 | 8,061,972 | - | - | 73,751 | 2,592,948 | 12,067,318 |
| Northern America | 418 | 8 | 426 | 2,932 | - | - | - | - | 6 | - | 3,364 |
| Oceania | 1,257 | - | 1,257 | 2,216 | - | - | - | - | 1 | - | 3,474 |
| Various/Stateless | 222,115 | 50,198 | 272,313 | 72,669 | - | - | - | 3,851,983 | 147,270 | - | 3,312,600 |
| **Total** | 20,117,541 | 243,021 | 20,360,562 | 3,503,284 | 593,814 | 41,425,147 | 2,312,926 | 3,851,983 | 1,182,910 | 2,592,948 | 74,791,939 |

Venezuela AR_001320

### Notes

The data are generally provided by Governments, based on their own definitions and methods of data collection.

A dash ("-") indicates that the value is zero, not available or not applicable. All data are provisional and subject to change.

**1** Country or territory of origin.

**2** Persons recognized as refugees under the 1951 UN Convention/1967 Protocol, the 1969 OAU Convention, in accordance with the UNHCR Statute, persons granted a complementary form of protection and those granted temporary protection. In the absence of Government figures, UNHCR has estimated the refugee population in many industrialized countries based on 10 years of individual asylum-seeker recognition.

**3** This category is descriptive in nature and includes groups of persons who are outside their country or territory of origin and who face protection risks similar to those of refugees, but for whom refugee status has, for practical or other reasons, not been ascertained.

**4** Persons whose application for asylum or refugee status is pending at any stage in the asylum procedure.

**5** Refugees who have returned to their place of origin during 2018. Source: country of origin and asylum.

**6** Persons who are displaced within their country and to whom UNHCR extends protection and/or assistance. It also includes people in IDP-like situations. This category is descriptive in nature and includes groups of persons who are inside their country of nationality or habitual residence and who face protection risks similar to those of IDPs but who, for practical or other reasons, could not be reported as such.

**7** IDPs of concern to UNHCR who have returned to their place of origin during 2018.

**8** Refers to persons who are not considered as nationals by any State under the operation of its law. This category refers to persons who fall under the agency's statelessness mandate because they are stateless according to this international definition, but data from some countries may also include persons with undetermined nationality. See Annex Table 7 at http://www.unhcr.org/statistics/18-WRD-table-7.xls for detailed notes.

**9** Refers to individuals who do not necessarily fall directly into any of the other groups but to whom UNHCR may extend its protection and/or assistance services. These activities might be based on humanitarian or other special grounds.

**10** Venezuelans displaced abroad refers to persons who have left Venezuela as a result of the deteriorating circumstances inside the country, but who have not applied for asylum in the country in which they are present. As indicated in the Guidance Note on International Protection Considerations for Venezuelans (May 2019), UNHCR considers that the majority of Venezuelan nationals or stateless persons who were habitually resident in Venezuela, are in need of international protection under the criteria contained in the Cartagena Declaration on the basis of threats to their lives, security or freedom resulting from events that are seriously disturbing public order in Venezuela. In line with the Secretary General's Guidance, UNHCR and IOM have been coordinating closely to respond to the outflow of Venezuelans.

**11** UNHCR has recommended on 4 April 2014 to start the process of cessation of refugee status for refugees from Croatia displaced during the 1991-95 conflict. The Office recommended that cessation enters into effect latest by the end of 2017.

**12** UNHCR's assistance activities for IDPs in Cyprus ended in 1999. Visit the website of the Internal Displacement Monitoring Centre (IDMC) for further information.

**13** Refugee figure for Iraqis in the Syrian Arab Republic was a Government estimate. UNHCR has registered 15,700 Iraqis at the end of 2018. The refugee population in Jordan includes 34,600 Iraqis registered with UNHCR. The Government of Jordan estimated the number of Iraqis at 400,000 individuals at the end of March 2015. This includes refugees and other categories of Iraqis.

**14** IDP figure in Myanmar includes 120,000 persons in an IDP-like situation.

**15** Refers to Palestinian refugees under the UNHCR mandate only.

**16** An unknown number of refugees and asylum-seekers from South Sudan may be included under Sudan (in absence of separate statistics for both countries).

**17** Figures for refugees and asylum-seekers may include citizens of South Sudan (in absence of separate statistics for both countries).

**18** IDP figure in Ukraine includes 700,000 people who are in an IDP-like situation.

**19** A limited number of countries record refugee and asylum statistics by country of birth rather than country of origin. This affects the number of refugees reported as originating from the United States of America.

**20** The 300,000 Vietnamese refugees are well integrated and in practice receive protection from the Government of China.

**21** According to the Government of Algeria, there are an estimated 165,000 Sahrawi refugees in the Tindouf camps. Statistical data relating to refugees are entirely for humanitarian purposes. The total number of persons in need of humanitarian assistance services is estimated to be far higher than this figure.

Source: UNHCR/Governments.

By the end of 2018, the total population of concern to UNHCR stood at 74.8 million people. This included people who have been forcibly displaced (refugees, asylum-seekers, and internally displaced people); those who have found a durable solution (returnees) within the previous year; stateless individuals, most of whom have never been forcibly displaced; and other groups of concern to whom UNHCR has extended its protection or provided assistance on a humanitarian basis. Therefore, this categorization is different from the 70.8 million forcibly displaced people worldwide — a figure that includes refugees and other displaced people not covered by UNHCR's mandate and excludes other categories such as returnees and non-displaced stateless people. A detailed breakdown of the population of concern to UNHCR by category and country is provided in Annex Table 1. ■

**Annex tables 3 through 29 can be downloaded from the UNHCR website at:**
➜ http://www.unhcr.org/statistics/18-WRD-tab_v3_external.zip

**Annex table 7:**
➜ http://www.unhcr.org/statistics/18-WRD-table-7.xls

Venezuela AR_001321



# GLOBAL TRENDS

## FORCED DISPLACEMENT IN 2018

**PRODUCED AND PRINTED BY UNHCR (20 JUNE 2019)**

**FRONT COVER:**
**COLOMBIA.** *Venezuelans risk life and limb to seek help in Colombia. A father carries his young daughter through treacherous, muddy scrublands by the banks of the Tachira River, which forms the border between Venezuela and Colombia. In a context of rampant hyperinflation, food shortages, political turmoil, violence and persecution, more than 3 million Venezuelans have fled the country, making such perilous journeys in search of safety.*
© UNHCR/VINCENT TREMEAU



© **2019 United Nations High Commissioner for Refugees**
All rights reserved. Reproductions and translations are authorized, provided UNHCR is acknowledged as the source.

For more information, please contact:
Field Information and Coordination Support Section
Division of Programme Support and Management
Case Postale 2500
1211 Geneva, Switzerland
stats@unhcr.org

This document along with further information on global displacement is available on UNHCR's statistics website:
http://www.unhcr.org/statistics

Venezuela AR_001322





# GLOBAL TRENDS

## FORCED DISPLACEMENT IN **2021**

Venezuela AR 041523

# Trends at a Glance



## 89.3 MILLION

### FORCIBLY DISPLACED WORLDWIDE

at the end of 2021 as a result of persecution, conflict, violence, human rights violations or events seriously disturbing public order.

**27.1 million** refugees

**21.3 million** refugees under UNHCR's mandate

**5.8 million** Palestine refugees under UNRWA's mandate

**53.2 million** internally displaced people[1]

**4.6 million** asylum seekers

**4.4 million** Venezuelans displaced abroad[2]

---

## 83%

### HOSTED IN LOW- AND MIDDLE-INCOME COUNTRIES

Low- and middle-income countries hosted 83 per cent of the world's refugees and Venezuelans displaced abroad.[3] The Least Developed Countries provided asylum to 27 per cent of the total.

## 72%

### HOSTED IN NEIGHBOURING COUNTRIES

72 per cent of refugees and Venezuelans displaced abroad lived in countries neighbouring their countries of origin.

## 3.8 MILLION

### REFUGEES HOSTED IN TÜRKIYE

Türkiye hosted nearly 3.8 million refugees, the largest population worldwide. Colombia was second with more than 1.8 million, including Venezuelans displaced abroad.

**Türkiye**
3.8 million

**Colombia**
1.8 million

**Uganda**
1.5 million

**Pakistan**
1.5 million

**Germany**
1.3 million

## 1 IN 6

### ARE DISPLACED

Relative to their national populations, the island of Aruba hosted the largest number of Venezuelans displaced abroad (1 in 6) while Lebanon hosted the largest number of refugees (1 in 8),[4] followed by Curaçao (1 in 10), Jordan (1 in 14) and Türkiye (1 in 23).[5]

**Aruba**
1 in 6

**Lebanon**
1 in 8

**Curaçao**
1 in 10

**Jordan**
1 in 14

**Türkiye**
1 in 23

# 1.4 MILLION
## NEW CLAIMS

The United States of America was the world's largest recipient of new individual applications.

| United States of America |
|---|
| 188,900 |

| Germany |
|---|
| 148,200 |

| Mexico |
|---|
| 132,700 |

| Costa Rica |
|---|
| 108,500 |

| France |
|---|
| 90,200 |

# 69%
## ORIGINATED FROM JUST FIVE COUNTRIES

More than two-thirds (69 per cent) of all refugees and Venezuelans displaced abroad came from just five countries.

| Syrian Arab Republic |
|---|
| 6.8 million |

| Venezuela[6] |
|---|
| 4.6 million |

| Afghanistan |
|---|
| 2.7 million |

| South Sudan |
|---|
| 2.4 million |

| Myanmar |
|---|
| 1.2 million |

# 6.1 MILLION
## VENEZUELAN REFUGEES AND MIGRANTS

This figure includes Venezuelan refugees, migrants and asylum seekers reported through the Coordination Platform for Refugees and Migrants from Venezuela.[7]

## SOLUTIONS

# 5.7 MILLION
## DISPLACED PEOPLE RETURNED

5.7 million displaced people returned to their areas or countries of origin in 2021, including 5.3 million internally displaced people and 429,300 refugees.

# 57,500
## REFUGEES RESETTLED

57,500 refugees were resettled in 2021, two-thirds more than in the previous year (34,400), according to government statistics. UNHCR submitted 63,200 refugees to States for resettlement.

## DEMOGRAPHICS OF PEOPLE WHO HAVE BEEN FORCIBLY DISPLACED

Children account for 30 per cent of the world's population, but 41 per cent of all forcibly displaced people.[8]



DISCLAIMER: figures do not add up to 100 per cent due to rounding.

---

1   Source: Internal Displacement Monitoring Centre

2   This number excludes Venezuelan asylum seekers and refugees.

3   See Classifying refugee host countries by income level

4   When the 483,000 Palestine refugees registered with UNRWA living in Lebanon are included, this proportion increases to one in five.

5   In addition, Lebanon hosted 483,000 and Jordan 2.3 million Palestine refugees under UNRWA's mandate.

6   This is the number of Venezuelan refugees and Venezuelans displaced abroad.

7   See the Coordination Platform for Refugees and Migrants from Venezuela.

8   Sources: Estimation of IDP demographics (IDMC); Palestine refugees under UNRWA's mandate (UNRWA); Refugees, people in a refugee-like situation, asylum seekers and Venezuelans displaced abroad are based on the available data (UNHCR) and World Population estimates (UN Department of Economic and Social Affairs).

**Statistics for forcibly displaced people and the population of concern to UNHCR**

The main focus of this report is the analysis of statistical trends and changes in global forced displacement from January to December 2021 among populations for whom UNHCR has been entrusted with a responsibility by the international community.[9] The data presented are based on information received as of 23 May 2022 unless otherwise indicated.

At the end of 2021, the total number of forcibly displaced people worldwide was 89.3 million, while the total population of concern to UNHCR stood at 94.7 million people.[10]

The total number of forcibly displaced people encompasses refugees, asylum seekers, internally displaced people and Venezuelans displaced abroad.

It includes refugees and other displaced people who are not covered by UNHCR's mandate and excludes other categories such as returnees and non-displaced stateless people.

The total population of concern to UNHCR relates to the people UNHCR is mandated to protect and assist. It includes those who have been forcibly displaced; those who have returned within the previous year; those who are stateless (most of whom are not forcibly displaced); and other groups to whom UNHCR has extended its protection or provided assistance on a humanitarian basis.

These two categorizations are compared graphically below. A detailed breakdown of UNHCR's population of concern by category and country is provided in Annex Table 1.



The figures in this report are based on data reported by governments, non-governmental organizations and UNHCR. Numbers are rounded to the closest hundred or thousand. As some adjustments may appear later in the year in the Refugee Data Finder,[11]

figures contained in this report should be considered as provisional and subject to change. Unless otherwise specified, the report does not refer to events occurring after 31 December 2021.

9   See the Methodology page of UNHCR's Refugee Data Finder for a definition of each population group.
10  See: What is the difference between population statistics for forcibly displaced and the population of concern to UNHCR?
11  See: UNHCR's Refugee Data Finder

Venezuela AR_001326



EXPLORE
THE DATA

+ Demographics of
forcibly displaced



**CHAPTER 1**

# Global Forced Displacement



*Every year of the last decade, the numbers have climbed. Either the international community comes together to take action to address this human tragedy, resolve conflicts and find lasting solutions, or this terrible trend will continue.*

**Filippo Grandi**
UN High Commissioner for Refugees

Continuing a worrying decade-long rising trend, the number of people forced to flee due to persecution, conflict, violence, human rights violations and events seriously disturbing public order climbed to 89.3 million by the end of 2021. This is more than double the 42.7 million people who remained forcibly displaced at the end of 2012 and represents a sharp 8 per cent increase of almost 7 million people in the span of just 12 months. As a result, above one per cent of the world's population – or 1 in 88 people – were forcibly displaced at the end of 2021. This compares with 1 in 167 at the end of 2012.

During 2021, some 1.7 million people crossed international borders seeking protection and 14.4 million new displacements within their countries were reported.[12] This is a dramatic increase from the combined 11.2 million a year earlier. While internal displacement in 2021 was markedly higher than in recent years, the number of people crossing

international borders seeking protection remained muted compared to pre-pandemic levels as health-related border and travel restrictions remained in effect in many locations. Access to asylum did improve during the year,[13] and most countries that remained closed to people seeking international protection at the end of 2021 had at least introduced some adaptive elements, albeit to varying degrees, rather than keep their asylum systems completely closed.

The year was perhaps most notable for the sheer number of existing conflicts that escalated and new conflicts that flared up (see map 1). According to the World Bank, 23 countries, hosting a combined population of 850 million people, faced high- or medium-intensity conflicts in 2021.[14] The number of conflict-affected countries has doubled during the last decade, with women and children disproportionately exposed to deep-rooted discrimination and extreme vulnerability.[15]

---

**12** Source for internal displacement: Internal Displacement Monitoring Centre (IDMC)
**13** By end-2021, asylum seekers were able to access 121 countries, up from 108 at the start of the year and up from just 84 in mid-2020, see UNHCR's COVID-19 Protection Issues dashboard
**14** See: Development and peace in uncertain times
**15** See: The Gender Dimensions of Forced Displacement – A Synthesis of New Research

Map 1 | **New displacements in 2021**



In **Afghanistan**, the events leading up to the Taliban's takeover of Kabul in August 2021 resulted in displacement within the country as well as into neighbouring countries. The number of people displaced internally rose for the 15th straight year, even as more than 790,000 Afghans returned during the year.

The conflict in the Tigray region in Ethiopia led to at least 2.5 million more people being displaced within their country, with some 1.5 million of them returning to their homes during the year.

Violent insurgencies in the Central Sahel region of Africa continued to drive internal displacement, particularly in Burkina Faso. The root causes of conflict in the region include extreme poverty and chronic underdevelopment. The climate crisis, with temperatures in the region rising 1.5 times faster than the global average, is making the humanitarian situation even worse.[16]

In Myanmar, the military takeover in February 2021 ignited widespread violence and forced many people to flee.

With renewed displacement from Venezuela, primarily to other Latin American countries, the number of Venezuelans displaced abroad also grew by more than half a million.

In addition, the Democratic Republic of the Congo, Nigeria, South Sudan, Sudan, the Syrian Arab Republic and Yemen all saw increases of between 100,000 and 500,000 people displaced internally during the year.

**While this report is focused on forced displacement in 2021, it is impossible to ignore more recent events in early 2022.** The war in Ukraine has captured global attention with, at the time of writing, more than 7 million Ukrainians displaced within their country and more than 6 million refugee movements from Ukraine having been registered.[17] It is one of the largest forced displacement crises since World War II, and certainly the fastest. It should be remembered that refugees fleeing Ukraine are hosted by predominately high-income European countries. They have also been offered temporary protection status by European Union Member States, with more than 2.8 million

---

16  See: A decade of conflict in the Sahel leaves 2.5 million people displaced
17  As of 29 May 2022, 7.1 million Ukrainians have been displaced internally (Source: IOM). From 24 February to 29 May 2022, 6.8 million refugee movements out of Ukraine were recorded, while 2.2 million population movements into Ukraine were recorded during the same period, including of a pendular nature (Source: Ukraine refugee situation).

refugees having registered for such schemes.[18] Many of the 36.2 million refugees, asylum seekers and others forced to flee across borders who were already displaced at the end of 2021 faced conditions that were much more dire.

As an example, people forced to flee are heavily impacted by food crises, with many refugees, asylum seekers and people displaced within their countries struggling to feed their families. In Afghanistan, for example, a staggering 55 per cent of the population in the country did not have enough to eat each day. Worldwide, 82 per cent of internally displaced people (IDPs) and 67 per cent of refugees and asylum seekers originated from countries with food crises in 2021.[19] Some 40 per cent of refugees and asylum seekers were hosted in countries with food crises at the end of 2021.

There is also a clear equity gap in the rollout of COVID-19 vaccinations. As of March 2022, only 1 per cent of the 10.9 billion administered doses worldwide have been given in low-income countries. This means that 2.8 billion people around the world are still waiting to get their first shot.[20] Resources are therefore still needed for immunization-related activities and to ensure last-mile vaccine delivery.

Prior to the war in Ukraine, the global economy was expected to recover to pre-pandemic growth rates between 2022 and 2024. Recent forecasts are more downbeat, primarily due to the resulting impact of inflationary pressures on food and fuel.[21] Low-income countries, hosting nearly a quarter of the world's refugees, and more than two-thirds of people displaced within their countries are likely to be disproportionately affected. This will compound immediate and longer-term socio-economic challenges faced by displaced populations.

**In last year's Global Trends report, UNHCR predicted that "the question is no longer if forced displacement will exceed 100 million people – but rather when".[22] The when is now.**[23] With millions of Ukrainians displaced at the time of writing, as well as further displacement elsewhere this year, notably in Burkina Faso and Myanmar, total forced displacement now exceeds 100 million people (see figure 1). This means 1 in every 78 people on earth has been forced to flee – a dramatic milestone that few would have expected a decade ago.

Figure 1 | **People forced to flee | 2012–2022**



* 2022 figures are estimated using data available as of 16 May 2022.

18  Source: UNHCR, Ukraine situation: Refugees from Ukraine across Europe as of 29 May 2022
19  See: 2022 Global Report on Food Crises; 82 per cent of IDPs (source IDMC) and 72 per cent of refugees under UNHCR's mandate, people in refugee-like situations, Venezuelans displaced abroad, and asylum seekers originate from these countries. 40 per cent of those displaced across borders are hosted in these same countries.
20  See: Vaccination against COVID-19 will define countries' socio-economic recovery
21  See IMF, War sets back the global recovery
22  See: Global Trends 2020
23  See 100 million forcibly displaced

## What next?

What direction is the world going to take in the years to come? The international community can take action, to redouble efforts to share responsibilities and find durable solutions, which could reverse the current trend, bringing displacement levels down significantly. The recent trend is concerning, as shown in figure 2 below, with the last decade quite different from the previous two decades. Historically, solutions for outflows from displacement situations have been available, but as new refugee situations intensify and existing ones reignite or remain unresolved, there is an acute and growing need for durable solutions at increasing scale. However, given the pace of new displacement over the last decade, solutions have struggled to keep up. In 2020, the impact of measures to limit the spread of COVID-19 was keenly observed in the sharp drops in all forms of durable solutions. The numbers of refugees and people displaced within their countries benefitting from solutions increased in 2021, but remain a small fraction of the overall needs.

Figure 2 | **Forced displacement and durable solutions | 1990–2021**



Venezuela AR_001330

GLOBAL TRENDS 2021

If lasting peace were possible for current conflicts, how many refugees and IDPs would return? Return intention surveys, which UNHCR and its partners conduct in many countries globally, help indicate whether refugees wish to return to their countries of origin should the conditions allow. For example, some 7 in 10 Syrians hosted in mostly neighbouring countries hoped to return to Syria in the future.[24] More commonly, around one-third to one-half of other refugee populations have expressed a willingness to return in the future in similar surveys. If lasting peace were achieved in a few key locations, global refugee figures could halve to around 10 million, where they stood two decades ago. The most common reasons refugees tell us why return is not possible are ongoing insecurity and the lack of livelihoods or housing. But without the political will to make peace, the prospect for large numbers of refugees returning home in the near future will remain out of reach.

Other solutions include resettlement to third countries, a crucial tool for some of the most vulnerable refugees, who may face specific or urgent protection risks. However, the number of places for resettlement offered by States continues to fall far short of the global needs. In 2021, for example, just 4 per cent of the estimated 1.4 million refugees in need of resettlement were resettled.[25]

Naturalization is possible for refugees in some countries, including high-income countries in North America, Europe and Australasia. Administrative and bureaucratic hurdles, financial restraints and other barriers may hamper refugees' acquisition of citizenship.[26]

Durable solutions have therefore become an option for fewer and fewer refugees and internally displaced people, and are far outpaced by the rising numbers of people forced to flee. As set out in the Global Compact on Refugees (GCR),[27] enhancing refugee self-reliance and easing the pressure on host countries needs to be stepped up while also redoubling efforts to expand durable solutions, especially in countries of origin. Finding durable solutions to displacement within countries is also critical, as underlined in the UN Secretary-General's Action Agenda on Internal Displacement.[28]

Greater international solidarity and responsibility-sharing, two core principles underpinning the GCR, is urgently required. Otherwise, the 21st century risks being increasingly shaped by the growing number and intensity of conflicts and a consequent rise in the numbers of people forced to flee, further exacerbated by exposure to climate change. As the world reached in excess of 100 million forcibly displaced people, UN Secretary-General António Guterres emphasized "This is a political crisis, and it will only be solved with solidarity and political will.".[29] The international community must therefore work together now to resolve existing conflicts; to help address root causes to mitigate the risk of future conflicts unfolding in increasingly fragile states; and to deliver sustainable opportunities at the scale required to allow forcibly displaced people to live in safety and with dignity.



For detailed information on UNHCR's protection and assistance activities in support of forcibly displaced populations, see the **2021 Global Report**

---

**24** See: Sixth Regional Survey on Syrian Refugees' Perceptions & Intentions on Return to Syria. Covering Egypt, Iraq, Jordan and Lebanon, the survey canvassed more than 3,200 Syrian refugees, out of a total of 1.9 million in these countries. The seventh return intention survey, which is soon to be published, shows that the number of Syrians intending to return is slightly lower.
**25** See Projected global resettlement needs in 2021
**26** See Barriers to European citizenship: an EU-wide analysis
**27** See the Global Compact on Refugees and the High-Level Officials Meeting in December 2021
**28** See UN Secretary-General's Action Agenda on Internal Displacement
**29** See 100 million have now been forced to flee their homes.

## PREDICTING DISPLACEMENT IN THE CONTEXT OF CLIMATE CHANGE

The Intergovernmental Panel on Climate Change warns in its intermediate scenario that by the end of this century the average global temperature will increase by between 2.1 to 3.5 degrees centigrade compared to the pre-industrial era.[30] Such a rise in temperature will have far-reaching implications on the earth's ecosystems — and the people living within them. For example, rain-fed agriculture is likely to be particularly impacted and, worryingly, this currently forms the basis of the majority of people's food security and livelihoods in Asia, Central and South America, sub-Saharan Africa, the Middle East and North Africa.

Over the millennia, population movements have always been a strategy for coping with or escaping unsustainable or deteriorating environments. The Internal Displacement Monitoring Centre estimates that in 2021 alone, there were around 23.7 million displacements of people within their own countries by extreme weather events like floods, storms and droughts. The questions, though, of how many people will be uprooted by climate change in future years, and how their basic needs will be met, remain unanswered. The latest Groundswell report estimates that 216 million people could be forced to move within their countries by 2050 due to slow-onset events across six regions.[31] Other scenarios have varied from 200 million to as many as 1 billion people displaced by climate change during the same period of time.

But such figures should be treated carefully, as the nexus between climate change and human mobility is extremely complex. The impact of climate change on displacement is also not a uniform process and includes the following:

- **Sudden-onset events** such as storms, floods and wildfires. The impact of sudden-onset events can be substantial in their immediate magnitude, but the people they displace usually remain nearby and seldom leave their country, with most returning within the first three months. There is little evidence so far that such events significantly shift the intermediate and long-term mobility behaviour of affected populations.

- **Slow-onset events** such as droughts, changes in precipitation patterns, and salination from sea-level rises. Seasonal rural-urban migration is common among rural households, particularly in lower- and middle-income economies, as people cope with poor harvests and seek to diversify income sources. The negative impact of climate change on crop yields can lead to an increase in seasonal and even more permanent population movements. Such movements are currently most common between regions within the same countries. In many countries, though not all, seasonal migration is dominated by younger, better educated, typically male household members, which often leaves more vulnerable family members and women behind to cope with a deteriorating situation. For an increasing number of households, the impact of climate change on their income may compromise their ability to move elsewhere due to a lack of resources, trapping them in an unsustainable situation.

- **Climate change related conflict.** Competition over diminishing land and water resources, movements to urban centres that strains their infrastructure, and rampant increases in global food prices that will hurt the urban population in low- and middle-income countries are the main factors heightening the risk of increased conflict. These risks are especially great in countries with weak governance and infrastructure and/or insufficient resources.

Any prediction of future displacement in the context of climate change is then faced with the following three challenges:

- In terms of the **statistics relating to displacement in the context of climate change**, simply put, what is not defined cannot be quantified, and what cannot be quantified cannot be predicted. The lack of

---

**30** See the Sixth IPCC report.
**31** See the Groundswell report.

proper and commonly accepted statistics on displacement in the context of climate change currently creates one of the biggest hurdles for predictive work and makes it difficult to compare figures across studies. From a legal perspective, UNHCR does not support the term "climate refugee" which does not exist in international law: such a new legal category is not needed to provide relevant protection.[32] It is also very difficult to assess whether someone who has been displaced in the context of climate change would have been displaced anyway had there been no climate change.

- Secondly, the **lack of historical precedent** for many situations that will arise as human-related climate change progresses, whose impact on human mobility has never been observed before. This means that it remains unclear how the changing climate will impact people's decisions and behaviour in the future. Many communities affected by sudden-onset events have been hit by such events long before human induced climate change began and have learned to cope with them. For example, traditional Japanese architecture has been designed to accommodate frequent earthquakes. But an increased frequency and severity of sudden-onset events could bring these communities to the point where their traditional coping strategies are no longer up to the task. The effect might be a significant change in intermediate and long-term migratory behaviour.

- Finally, the **link between climate change and (forced) displacement** remains not fully measurable and there is no consensus that it is a direct causal link, with, for example, only limited information available on the impact of climate change on mounting poverty, political instability and armed conflict. The current violence involving farmers and herders in northern Cameroon, for example, shows a distinctly causal relationship between climate change and conflict, although the wider empirical evidence for this relationship elsewhere is still sparse. Climate change can be the catalyst for conflict in situations where other preconditions for conflict and war are already in place.[33]

The task of producing reliable and accurate data of future displacement in the context of climate change is therefore clearly challenging. Rather than focusing on specific figures, what can be derived from the analyses to date is a fairly accurate depiction of the populations and areas that are at greatest risk due to climate change. Datasets such as the Notre Dame Global Adaptation Index, which measures a country's vulnerability to climate disruptions,[34] provide useful baselines. In fact, some 95 per cent of all internal conflict displacements in 2021 occurred in countries that are highly vulnerable to the impacts of climate change,[35] and 78 per cent of new refugees[36] and asylum seekers originate from these same countries. Over the last decade, more than four out of every five newly displaced refugees, asylum seekers and IDPs have originated from countries that are highly vulnerable to the impacts of climate change.[37]

Clearly, the best way to mitigate the risks of displacement in the context of climate change is concerted action to reduce global emissions and support for green, inclusive and resilient development as well as equitable use of resources. Without this action, it will be these most vulnerable populations that will most likely need the most support in the future, focused on in situ adaptation. Measures such as weather-resistant infrastructure, drought-resistant crop variants and farming techniques, irrigation, coastal-protection measures, and help for rural households to diversify their income sources away from the land can all contribute to minimizing the risk of displacement.

---

**32** Legal Considerations regarding claims for international protection made in the context of the adverse effects of climate change and disasters, UNHCR 2020
**33** See Climate as a risk factor for armed conflict
**34** A country's vulnerability to climate change is determined from a combination of its exposure to climatic changes and its ability to cope with these changes given its financial and technical endowments.
**35** See ND-GAIN index. The 2021 figures are calculated using the 2019 ND-GAIN index, determining the percentage of new internal conflict displacements reported by IDMC or new refugees and asylum seekers under UNHCR's mandate originating from the lowest 30 per cent of ND-GAIN index values, i.e., countries that are highly vulnerable to climate change. Vulnerability data for South Sudan is not available, so Sudan is used as a proxy.
**36** See the new forcibly displaced population flow dataset.
**37** The correlation between a high ND-GAIN index and large numbers of forcibly displaced people does not imply that there is a causal relation between a high vulnerability to climate change and forced displacement. Rather compounding factors like poverty and weak institutions will both increase a country's vulnerability to climate change and a country's likelihood for conflict with subsequent large displacement numbers.

● EXPLORE
THE DATA

+ By origin and
asylum



# Refugees

Over the span of the year, the number of refugees[38] worldwide increased from 20.7 in 2020 to 21.3 million at the end of 2021, more than double the 10.5 million a decade ago. The number of Venezuelans displaced abroad also rose, from 3.9 million to 4.4 million, during the same period. Throughout the year, 794,100 people were granted international protection on an individual (494,900) or group (299,200) basis. While this is slightly more than in 2020 (765,200), it remains substantially below the pre-COVID-19 level of 952,800 people in 2019. Many of the Venezuelans displaced

abroad located in countries of Latin America and the Caribbean have been granted residence permits or other forms of legal stay during recent years, yet precise tracking data for these types of protection remain unavailable.[39]

In this chapter, the term "people displaced across borders" refers to refugees, people in refugee-like situations and Venezuelans displaced abroad, unless stated otherwise.

## By region of asylum

Figure 3 | **People displaced across borders by region | 2012–2021**



38 Includes people in refugee-like situations and excludes Palestine refugees under UNRWA's mandate.
39 However, tracking data is available for Temporary Protection Status in Colombia. As of 31 December 2021, 1,696,399 people had been registered in the Registration System for Venezuelans (RUMV) and Migración Colombia had issued 39,618 Temporary Protection Permits. Data is publicly available and regularly updated on Estatuto Temporal de Protección.



**DEMOCRATIC REPUBLIC OF THE CONGO.**
Central African refugee,
Valentine, 92, sits outside her
makeshift shelter. She arrived
with her family in early 2021,
after fleeing her hometown. "It is
the second time I am fleeing my
country. I was afraid of the
gunshots and could not bear to
stay," she says.
© UNHCR/FABIEN FAIVRE

## Europe

In 2021, the number of people displaced across borders hosted in European countries increased by 3 per cent to more than 7 million. This increase reflects newly recognized refugees, who total 288,000, primarily in Germany (79,700), France (51,000) and Italy (21,100).

Türkiye remained the largest refugee-hosting country in the world in 2021, with more than 3.8 million refugees at year-end, or 15 per cent of all people displaced across borders globally. Germany was the second-largest refugee-hosting country in Europe, with 1.3 million refugees (5 per cent).

## Americas

The Americas region hosted more than 5.1 million people displaced across borders (20 per cent of the global population), with 86 per cent being Venezuelans. Sharp growth in the number of Venezuelans displaced abroad accounted for much of the 11 per cent rise (524,000) across the Americas. The number of displaced Venezuelans in Peru, Colombia and Ecuador increased by 276,400, 112,900 and 102,100 people respectively compared to the previous year as COVID-19-related travel restrictions eased in the region. At the same time, cross-border and pendular movements of Venezuelan refugees and migrants to and from their country also increased. Elsewhere in the region, significant numbers of refugees were recognized in Canada (33,800), Mexico (28,100) and the United States of America (20,600). At the end of 2021, Colombia hosted more than 1.8 million people displaced across borders, while Peru hosted 797,300 and Ecuador 560,500.

## Sub-Saharan Africa

As violence and conflict continued in parts of the continent, more than one quarter of all people displaced across borders were residing in sub-Saharan Africa. The East and Horn of Africa and the Great Lakes region hosted more than 4.7 million refugees at the end of 2021, some 206,000 people, or 5 per cent, more than in 2020. One fifth of all refugees worldwide are hosted in this region, predominately in only three countries: Uganda (1.5 million), Sudan (1.1 million) and Ethiopia (821,300). In 2021, 165,400

refugees were recognized on an individual or group basis in the region, mostly in Sudan (66,300), Uganda (62,500) and Ethiopia (19,200).

Nearly 1.5 million refugees were hosted by countries in the West and Central Africa region, an increase of 134,900 (10 per cent) compared to the end of 2020. Chad (555,800) and Cameroon (457,300) together hosted more than two-thirds (68 per cent) of them.

The number of refugees hosted within the Southern Africa region grew by 62,900 people to 783,300 in 2021. More than half of the increase is attributed to the flight of refugees from the Central African Republic to the Democratic Republic of the Congo, due to the violence and insecurity that followed the December 2020 general election. The Democratic Republic of the Congo already hosted the largest refugee population in the region, reaching 524,100 refugees at year-end.

## Asia and the Pacific

The number of refugees in the Asia and the Pacific region grew by 138,400 people in 2021, reaching 4.2 million, or 16 per cent of the global refugee population, with Pakistan seeing the largest change. During the year, some 108,000 Afghans who fled to Pakistan were pre-screened by UNHCR. Meanwhile, a verification exercise is close to completion and has already led to a reduction of 383,900 registered Afghans as well as the registration of 198,600 births that occurred during the prior five years. A further 129,700 Afghans are pending verification at the time of reporting. As a result, the total number of refugees in Pakistan increased slightly to just less than 1.5 million. After Pakistan, Bangladesh (918,900) and the Islamic Republic of Iran (798,300)[40] hosted the largest refugee populations within the region.

## Middle East and North Africa

The Middle East and North Africa region continues to see increases in refugee populations. Overall, the region recorded a slight decrease in the number between 2021 and the previous year refugees (3 per cent less) as a result of a refugee population review exercise ongoing in Yemen (83,300), data verification in Lebanon (32,200), as well as a relatively low number of refugees being newly recognized (33,000).

---

40 This includes around 770,500 refugees and 27,800 UNHCR pre-registered new arrivals. Based on information received from the Government in October 2020, the Islamic Republic of Iran hosts 800,000 refugees, of which 780,000 are Afghan Amayesh cardholders and 20,000 are Iraqi Hoviat cardholders. These cards effectively offer refugee status to their holders. UNHCR has been in continuous engagement with the authorities in relation to these figures ever since. In view of the absence of updated data, UNHCR sought to estimate the changes in the refugee population considering the natural growth and onward movements, estimating the total to be some 770,000 refugees (out of which 750,000 were Afghans and 20,000 Iraqis).

Table 1 | **Refugees, people in refugee-like situations and Venezuelans displaced abroad | 2020–2021**

| UNHCR regions | End-2020 | | | | End-2021 | | | | Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Refugees | People in refugee-like situations | Venezuelans displaced abroad | Total | Refugees | People in refugee-like situations | Venezuelans displaced abroad | Total | Absolute | % |
| East and Horn of Africa, and Great Lakes | 4,511,500 | - | - | 4,511,500 | 4,717,500 | - | - | 4,717,500 | 206,000 | 5% |
| Southern Africa | 720,400 | - | - | 720,400 | 783,300 | - | - | 783,300 | 62,900 | 9% |
| West and Central Africa | 1,353,500 | - | - | 1,353,500 | 1,488,400 | - | - | 1,488,400 | 134,900 | 10% |
| Total Africa* | 6,585,400 | - | - | 6,585,400 | 6,989,200 | - | - | 6,989,200 | 403,800 | 6% |
| Americas | 650,300 | 108,800 | 3,862,100 | 4,621,200 | 708,800 | 30,000 | 4,406,400 | 5,145,200 | 524,000 | 11% |
| Asia and the Pacific | 3,968,400 | 48,000 | - | 4,016,400 | 3,801 600 | 353,100 | - | 4,154,700 | 138,300 | 3% |
| Europe (incl. Türkiye) | 6,689,000 | 105,300 | - | 6,794,300 | 6,972,500 | 32,000 | - | 7,004,500 | 210,200 | 3% |
| Middle East and North Africa | 2,481,900 | 26,000 | - | 2,507,900 | 2,415,100 | 26,000 | - | 2,441,100 | - 66,800 | -3% |
| Total | 20,375,000 | 288,100 | 3,862,100 | 24,525,200 | 20,886,800 | 441,100 | 4,406,400 | 25,734,700 | 1,209,500 | 5% |

## Estimated demographic composition of people displaced across borders

UNHCR compiles data globally on the combined sex- and age-distribution of the populations of concern under its mandate at the end of each year. The availability of demographic data varies greatly by population group and by country of asylum. For example, demographic data by age and sex is available for 84 per cent of refugees and 42 per cent of Venezuelans displaced abroad at the end of 2021.

Statistical modelling can be used to impute the sex- and age-distribution for missing demographic data for these populations, helping to fill these data gaps with estimates.[41] Using this approach, 42 per cent of all refugees and Venezuelans displaced abroad at the end of 2021 are estimated to be children. This varies by region with children estimated to represent almost

55 per cent of these populations in sub-Saharan Africa. By comparison, 38 per cent of refugees in Europe and only 26 per cent in the Americas are estimated to be under the age of 18.

Some 48 per cent of people displaced across borders are estimated to be women and girls. There are proportionally more women and girls among refugee populations living in West and Central Africa (54 per cent), while in Europe, this is estimated to be lower, at 44 per cent.

---

41  These models are generated using the available data for a country of origin as a starting point. Where data for a particular country of asylum is missing, the values are estimated using statistical modelling from the available data for the same origin country in nearby countries of asylum.

Figure 4 | **Demographics of people displaced across borders | end-2021**



## BIRTH REGISTRATIONS

Data on births among refugee populations reported to UNHCR and registered by governments is incomplete and therefore undercount the number of children born into refugee status. To better assess the numbers of such children, UNHCR calculated estimates by imputing missing birth data for the years between 2018 to 2021.[42] The imputation had to accommodate the fact that forced displacement is likely to impact the fertility pattern of refugees. Refugees face a drastically different situation than those remaining in the country of origin and are usually not representative of the overall population. Thus, birth rates in the country of origin are not necessarily indicative of refugee populations that have fled these same countries.

Between 2018 and 2021, there were gaps in the data on children born into refugee status in many countries globally. The biggest data gaps on birth figures are prevalent among refugee-hosting countries in the Americas, Asia and the Pacific and Europe regions. By contrast, in the Middle East and North Africa, birth registration of Syrian refugee children has progressively improved since the onset of the crisis.[43]

UNHCR estimates that more than 1.5 million children were born into refugee life between 2018 and 2021, equivalent to some 380,000 children per year. Registration figures for 2020 were compromised by movement restrictions implemented by States to halt the spread of COVID-19, which made it much more difficult to conduct civil registration activities, but they have recovered in 2021. Considering that this imputation is based on several broad statistical assumptions, results should be interpreted as estimates and not precise figures. UNHCR, through its involvement in IDAC,[44] is leading efforts to improve data on displaced children.

42 See How many children are born into refugee life?
43 In the Middle East and North Africa, the percentage of Syrian refugee children born in the region that were undocumented at birth (i.e. received neither a birth certificate nor a birth notification) reduced from 35 per cent in 2012 to 4 per cent in 2021.
44 See: International Data Alliance for Children on the Move

Venezuela AR_001338

## By country of origin

Around 83 per cent of people displaced across borders originate from just ten countries, in line with previous years (see figure 5).

The Syrian refugee population continues to be the largest globally, with 6.8 million refugees hosted in 129 countries. Syrian refugees constituted 27 per cent of the global refugee population at the end of 2021. In the course of the year, the number of Syrian refugees increased by 145,900, due to new births and a rise in individual recognitions in Germany (38,100), Austria (7,900) and other countries in Europe. Even so, and after more than a decade of conflict, more than three-quarters of Syrian refugees are still hosted by neighbouring countries, mostly in Türkiye (3.7 million), Lebanon (840,900) and Jordan (673,000). Germany is the largest non-neighbouring host country, with 621,700 Syrian refugees.

Venezuelans are the second-largest population displaced across borders, with 4.6 million. Nearly all are located in the Americas region without formal refugee status. In 2021, their population grew by more than 570,000, due to newly displaced Venezuelans fleeing to Colombia (112,900), Ecuador (102,100) as well as an improved estimation of displaced Venezuelans in Peru (276,400) and Chile (45,700).

Afghans represent the third-largest refugee population globally, with more than 2.7 million hosted by 98 countries. Their numbers grew by almost five per cent (118,000) in 2021, driven by new outflows to neighbouring Pakistan (108,000) and the Islamic Republic of Iran (27,800), newly registered births and new recognitions in Europe (59,100) and Asia and the Pacific (6,000).

The number of South Sudanese refugees increased from 2.2 million in 2020 to 2.4 million at the end of 2021. Almost all are hosted by four neighbouring countries: Uganda (958,900), Sudan (803,600), Ethiopia (386,800) and Kenya (135,300). Most of the 109,900 newly recognized South Sudanese refugees were recognized by prima facie procedures in Sudan (63,900), Uganda (30,600) and Kenya (9,000).

Following the sizeable displacement of Rohingya refugees from Myanmar in 2017, this population remains one of the largest displaced groups globally. In 2021, its number increased by some 73,800 people to reach 1.2 million, with more than three-quarters hosted in Bangladesh. The increase in 2021 was primarily due to the registration of new births, including the backlog from 2020, as registration resumed in 2021 after being suspended due to COVID-19.

Figure 5 | **People displaced across borders by country of origin | end-2021**



### SUSTAINABLE DEVELOPMENT GOALS – INDICATOR 10.7.4

The proportion of a country's population who become refugees – SDG indicator 10.7.4 – is a useful way to identify the countries of origin whose population displaced abroad is highest relative to its inhabitants.[45] As shown in figure 6, the countries that have seen the greatest proportion of their national population become refugees are Syria (27,300 per 100,000 inhabitants), South Sudan (17,200 per 100,000) and Venezuela (13,800 per 100,000).



Figure 6 | **SDG Indicator 10.7.4**



| | |
|---|---|
| Syria | 27,300 |
| South Sudan | 17,200 |
| Venezuela* | 13,800 |
| Central African Republic | 13,000 |
| Eritrea | 12,400 |

Refugees, people in refugee-like situations and Venezuelans displaced abroad per 100,000 national population

*Includes Venezuelans displaced abroad

## By country of asylum

Türkiye, Colombia and Uganda remained the three largest hosting countries for those displaced across borders (see figure 7). The refugee population in Türkiye, almost all of whom are Syrians, grew to 3.8 million people in 2021. In Colombia, the number of people displaced across borders rose to 1.8 million, as an additional 113,000 Venezuelans sought refuge in the country during the year. Uganda hosted the third-largest number of refugees, with 1.5 million at the end of 2021, mostly from South Sudan (63 per cent) and the Democratic Republic of the Congo (29 per cent).

---

**45** See <u>UN Statistical Commission 51st session (2020) documents</u>. Indicator 10.7.4 is computed as follows: [Number of refugees by country of origin at end-year / (End-year population in country of origin + number of refugees by country of origin at end-year)] * 100,000. For this report, refugees and Venezuelans displaced abroad have been included. The indicator excludes Palestine refugees under UNRWA's mandate.



Figure 7 | **People displaced across borders by host country | end-2021**

| Country | Value |
|---|---|
| Türkiye | 3,759,800 |
| Colombia | 1,843,900 |
| Uganda | 1,529,900 |
| Pakistan | 1,491,100 |
| Germany | 1,255,700 |
| Sudan | 1,103,900 |
| Bangladesh | 918,900 |
| Lebanon | 845,900 |
| Ethiopia | 821,300 |
| Iran (Islamic Republic of) | 798,300 |

Table 2 | **Key facts for countries hosting the world's refugees and Venezuelans displaced abroad | end-2021**

| | |
|---|---|
| **72 per cent hosted by neighbouring countries** | Most people fleeing conflict and persecution prefer to remain near their country of origin. In 2021 nearly three-quarters of people displaced across borders were hosted in neighbouring countries. |
| **83 per cent are hosted by low- and middle-income countries** | Low-income countries continue to host a disproportionately large share of the global displaced population. According to the World Bank income classification for 2021,[46] low-income countries host 22 per cent of people displaced across borders. This includes very large refugee populations in Uganda, Sudan, Ethiopia, Chad and the Democratic Republic of the Congo. A further 21 per cent were hosted by lower-middle-income countries such as Pakistan, Bangladesh and the Islamic Republic of Iran. Upper-middle-income countries – including Türkiye, Colombia, Lebanon and Jordan – hosted 40 per cent of people displaced across borders. High-income countries, which account for most of the global wealth,[47] hosted only 16 per cent of people displaced across borders. |
| **27 per cent are hosted by the Least Developed Countries[48]** | The Least Developed Countries consist of 46 countries, including Bangladesh, Chad, the Democratic Republic of the Congo, Ethiopia, Rwanda, South Sudan, Sudan, Uganda, the United Republic of Tanzania, and Yemen. Together, they account for less than 1.3 per cent of the global Gross Domestic Product,[49] yet they were responsible for hosting more than 27 per cent of all people displaced across borders worldwide. At the end of 2021, the number of refugees in the Least Developed Countries stood at 7 million. |

**46** See World Bank Country and Lending Groups
**47** High-income countries account for 62 per cent of global Gross Domestic Product (Source: World Bank GDP statistics)
**48** See UNSD methodology - Standard country or area codes for statistical use (M49) for a list of Least Developed Countries.
**49** See World Bank GDP statistics

## HOW LONG DO REFUGEES REMAIN DISPLACED IN PROTRACTED SITUATIONS?

### Protracted refugee situations

Protracted refugee situations are defined as those where more than 25,000 refugees from the same country of origin have been in exile in a given low- or middle-income host country for at least five consecutive years.[50] This definition should be seen as a reflection of the refugee situation as a whole and does not refer to circumstances of individual refugees (see new research below).

At the end of 2021, an estimated 15.9 million refugees (74 per cent of the global refugee population) were in a protracted situation. This represented an increase of more than 203,000 refugees compared to the previous year. There were a total of 51 protracted situations in 31 different host countries. Some of the protracted situations are relatively recent, such as the ongoing displacement of refugees from the Democratic Republic of the Congo in Zambia, while others such as Burundian refugees in the United Republic of Tanzania have been in prolonged displacement for decades.

### Estimating the duration refugees in protracted situations live in a given country

In new research, UNHCR has estimated the probability of individual refugees remaining displaced over time using the data it maintains in its case management system, known as proGres. UNHCR is responsible for registering refugees in 81 countries, totalling some 8.1 million refugees, more than one-third of the global refugee population. The research is focused on selected protracted situations.

For some refugee situations, only a limited amount of registration data is available. Also, circumstances that influence refugees' likelihood to remain displaced vary significantly based on their country of origin, and in which country of asylum they are hosted. For example, the opportunity to naturalize as a root to bringing refugee status to an end is not broadly available. Equally, opportunities for refugees to return to their home countries are not available to all of them and depend on a variety of factors. UNHCR has analysed nine protracted situations of varying durations, as shown in Figure 8, using the available events in its case management data to calculate the duration for which a refugee has remained displaced.[51]

The probability in these situations of someone remaining a refugee for at least five years – i.e. the minimum duration that UNHCR defines as protracted – varies between 63 and 99 per cent (see figure 8).[52] Furthermore, the duration of each protracted situation varies, and the probability that someone remains a refugee for the entire duration of their situation decreases to anywhere from 96 to zero per cent. This likelihood varies considerably by situation: it is 96 per cent for South Sudanese in Sudan; 88 per cent for Rohingya in Bangladesh; 62 per cent for people from the Central African Republic in Cameroon; between 42 and 46 per cent for Syrians in Jordan, Iraq and Egypt; 26 per cent for Somalis in Kenya; and zero per cent for Burundians in the United Republic of Tanzania. Multiple factors influence these estimates – most notably returns, onwards movements and the opportunity to naturalize in refugees' host countries.

What is clear already from the research is that while the protracted situation designation is useful to summarize these situations, the categorization is not reflective of individual refugees' conditions, with individual refugees tending to be displaced for shorter durations, albeit with significant variation between situations. The years spent by refugees in displacement could reduce in the future if the international community as a whole contributed resources and expertise to support countries of origin, upon their request, to address root causes, to remove obstacles to return, and to enable conditions favourable to voluntary repatriation.

---

**50** Palestine refugees under UNRWA's mandate are excluded from this analysis.
**51** The refugee duration is calculated by comparing the registration date with the end of 2021 for active and 'on hold' cases, and the process status date for those cases that are closed or inactive. Cases on hold are those where UNHCR has not been able to contact the refugee, typically for three months. Closed and inactive cases are assumed to no longer be refugees, typically due to death, return or onwards movements. Biometric registration helps to ensure that individual cases are not duplicated should an individual be reactivated in the same country, or another country where UNHCR undertakes registration.
**52** Kaplan-Meier plots are used in this research to show the probability of a refugee remaining displaced for a given number of years. The probability will always decrease over time to a greater or lesser extent depending on a range of context specific factors, as well as mortality. For example, some 66 per cent of Syrians in Jordan are likely to remain displaced after five years, with the likelihood decreasing to 58 per cent after 10 years. This is more useful than a simple median or mean length of displacement, as these are skewed by the fact that most refugees remained displaced at the end of 2021.

Venezuela AR_001342



Figure 8 | **The likelihood of individuals remaining as refugees in selected protracted refugee situations | 1996−2021**

Burundians in the United Republic of Tanzania | registered between 1996 and 1997
Somalis in Kenya | registered between 1998 and 2000

Syrians in Jordan | registered from 2013
Syrians in Iraq | registered from 2013
Syrians in Egypt | registered from 2013

South Sudanese in Sudan | 2015 - 2022
Central Africans in Cameroon | registered after 2015
Nigerians in Cameroon | registered after 2014

Rohingya in Bangladesh | registered after 2018



Map 2 | **Refugees, people in refugee-like situations and Venezuelans displaced abroad | end-2021**

Number of people
4,000,000
2,500,000
1,000,000
100,000

● Refugees, including people in refugee-like situation
● Venezuelans displaced abroad

A country is named if it features among the five largest per population group.
The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.



EXPLORE
THE DATA

+ By origin
+ IDP returns



# Internally Displaced People (IDPs)

## Key global developments in 2021

People displaced inside their own countries due to armed conflicts, generalized violence or human rights violations continue to constitute the majority of the forcibly displaced population globally. Known as internally displaced people, or IDPs, they account for some 60 per cent of all people displaced.[53] By year-end, UNHCR reported on situations of internal displacement in 35 countries, and all the following figures in this chapter relate to IDPs of concern to UNHCR, unless otherwise indicated. Worldwide, the IDP population has increased during nine of the last ten years, rising nearly three-fold from 17.7 million in 2012 to 51.3 million in 2021 – once again the highest level ever recorded.

Figure 9 | **IDPs of concern to UNHCR by region | end-2021**



**53** Source: Internal Displacement Monitoring Centre



**MOZAMBIQUE.** *Moussa was displaced by the ongoing conflict in northern Mozambique's Cabo Delgado province. His friend Salimo helped him flee and board a plane to the city of Pemba, saving his life. Today, both men are separated from their families and hope for peace so they can return home.*
© UNHCR/MARTIM GRAY PEREIRA

Data on IDPs reported by UNHCR includes only those internally displaced due to conflict and violence. In addition, there were 23.7 million internal displacements in the context of disasters and due to the impacts of climate change during the year, with 5.9 million people remaining displaced at end-year, according to the Internal Displacement Monitoring Centre (IDMC).

## Changes by regions and countries

Internal displacement increased in nearly all regions globally, driven by ongoing or escalating violence and conflicts (see Figure 10). More than three-quarters of all new internal displacements in 2021 occurred in Sub-Saharan Africa, consistent with recent years.

Figure 10 | **Newly displaced IDPs of concern to UNHCR by region | in 2021**



The largest numbers of people newly displaced within their countries in 2021 were observed in the East and Horn of Africa and Great Lakes region, with nearly 4.1 million recorded in Ethiopia, Somalia, South Sudan and Sudan. The surge in numbers in Ethiopia was largely driven by the crisis in the north of the country. In late 2020, fighting in the Tigray region broke out between the federal government and the former regional government of Tigray, spilling over into the neighbouring regions of Amhara and Afar. The ongoing conflict, which made headlines for widespread violations of rights, including sexual violence, led to at least a further 2.5 million people being displaced within the country in 2021. A joint investigation by the Ethiopian Human Rights Commission and the Office of the United Nations High Commissioner for Human Rights concluded that forced displacement could "amount to crimes against humanity and war crimes", with all parties to the conflict implicated.[54]

In South Sudan, an insurgency in the Equatoria region, and increasingly lethal intercommunal violence, worsened by widespread presence of weapons,

continued to trigger displacement. An estimated 528,900 people fled their homes during the year, bringing the total number of conflict-related IDPs in South Sudan to about two million. Its neighbour Sudan also witnessed more than half a million people (543,300) newly displaced within the country, primarily attributed to ongoing intercommunal conflict and violence that followed the military coup in October 2021. The number of IDPs in Sudan stood at more than 3 million at the end of the year. More than half a million people were also displaced in Somalia (544,200), with most estimated to have returned during the year.

In the West and Central Africa region, there were 1.6 million new displacements in 2021. These increased movements were mainly driven by escalating conflict in Burkina Faso and Nigeria, where fighting continued between government forces and non-state armed groups. In Nigeria, displacement has been growing rapidly since 2018, with 500,700 people newly displaced during 2021. The internal displacement crisis in Burkina Faso is one of the fastest growing in the world.[55] Until 2017, Burkina Faso was mostly spared from the violence that drove displacement

---

**54** See Joint Investigation into Alleged Violations of International Human Rights, Humanitarian and Refugee Law Committed by all Parties
**55** See Sahel internal displacement tops 2 million as violence surges

in many neighbouring countries. But the internally displaced population has since then grown many times over, rising from less than 50,000 at the start of 2018 to around 1.6 million four years later – including 507,600 new displacements during 2021. The Central African Republic also saw 392,800 people newly displaced within the country during the year, triggered largely by the violence and insecurity that followed the December 2020 general election. Most were able to return to their homes during 2021. In Mali and Chad, respectively, some 98,100 and 70,400 new displacements were recorded during the year. Chronic underdevelopment, economic inequality, and other socio-economic factors are among the root causes of conflicts in West and Central Africa. Addressing these underlying issues remains critical to stemming the growing internal displacement crisis in the region.

In the Southern Africa region, 1.5 million people were newly displaced within the Democratic Republic of the Congo and a further 76,900 in Mozambique. While many IDPs in the Democratic Republic of the Congo returned during the year, both countries saw substantial growth in their internally displaced populations at year-end (up 4% and 12% respectively).

Almost 1.4 million people were reported to be newly displaced in the Asia and Pacific region, stemming almost entirely from humanitarian crises in Afghanistan and Myanmar. In Afghanistan, 777,400 new displacements due to conflict were reported.[56] For over four decades, Afghanistan experienced successive conflicts which forced millions to flee their homes. The latest conflict ran for 20 years and mainly pitted government and foreign forces against the Taliban; it ended with the latter's takeover of Kabul in August 2021. The events leading up to Kabul's takeover resulted in further massive displacement, with many subsequently returning during the year. In Myanmar, the military takeover in February 2021 ignited widespread violence, including the heavy use of explosives and weapons in and around populated areas, leading to 433,000 new displacements. By year-end, the total number of IDPs had reached 671,000.

Millions of IDPs have remained displaced for years in the Middle East and North Africa. Evolving situations have led to new displacements in 2021, notably in Yemen (286,700) and Syria (237,600). The increase in Yemen is primarily attributed to what was described as "among the worst" escalation of the conflict seen in recent years.[57] In Syria, new displacement continued in 2021 due to instability.[58] Conversely, return activities following the ceasefire agreement in Libya in late 2020, led to a 36 per cent decrease in the overall IDP population to 179,000 by the end of the year. While the ceasefire has allowed many IDPs to return to their places of origin, returnees are confronted with numerous challenges, including limited access to services, contamination from explosive devices such as landmines and unexploded ordnance.

In the Americas, a further 124,000 people were displaced within Colombia. In Europe, no IDPs were newly displaced in 2021. However, an improvement in the estimation of people displaced in government-controlled areas in Ukraine led to an increase in the overall IDP population, which stood at 854,000 at year-end.[59]

## Internal displacement overview

At the end of 2021, Syria, Colombia, the Democratic Republic of the Congo, Yemen, Ethiopia and Afghanistan continued to host the largest IDP populations globally (see figure 11). In Syria, more than 10 years of conflict have forced millions to flee within the country, and at the end of 2021 an estimated 6.9 million people were still internally displaced. This means that more than 1 in 3 Syrians remaining within the country were internally displaced at the end of 2021.

In Colombia, further to a revision of IDP figures in consultation with the Government, 6.8 million IDPs were still in need of humanitarian assistance and solutions at the end of the year.[60] This includes 124,000 new internally displaced people that were registered during the year.

---

[56] See: Afghanistan: internal displacement due to conflict
[57] See: Escalation in Yemen "worst in years" – UN top envoy
[58] See: Increased Syria violence prompts largest civilian displacements in a year, as gridlock stymies political talks
[59] This excludes internal displacement in 2022, which is estimated at 7 million at the time of writing (Source: IOM).
[60] The National Victims Registry of Colombia contains the historical accumulated figure of the number of victims of displacement, which continues to increase given that victims continue to be registered in the country. Thus, the total number of people recognized as victims of displacement (more than 8.2 million), includes the number of IDPs who are subject to attention and/or reparation, i.e. those who meet the requirements to access the measures of attention and reparation established in Colombian Law 1448 (6.8 million). The number of victims of displacement who are deceased, or IDPs who were victims of homicide or forced disappearance, and other victims who, for various reasons, cannot effectively access these measures, are identified as not being subject to attention or reparation and therefore not included in the figure of 6.8 million. The figure is constantly updated, considering that by legal definition, victims have up to two years to make their declaration and be included in the registry system. See the summary on the Victims Unit website.

The Democratic Republic of the Congo hosts the third-largest IDP population worldwide and the largest one on the African continent. At end-2021, the number of IDPs there reached 5.4 million. In Yemen, more than 4.3 million people remained internally displaced at the end of 2021, an increase of 7 per cent compared to the previous year. The number of IDPs in Ethiopia and Afghanistan also rose substantially during 2021. Internal displacement in Ethiopia has been growing rapidly, tripling in less than 4 years from 1.1 million to over 3.6 million. In Afghanistan, the total number of IDPs reached an estimated 3.5 million at end-2021, continuing an uninterrupted 15-year rising trend.



Figure 11 | **IDPs protected/assisted by UNHCR | end-2021**



## Demographics of IDPs

UNHCR continuously aims to improve its collection of age-, sex- and location-disaggregated data of internally displaced. In 2021, sub-national location data for IDPs was available for 23 of the 35 countries where UNHCR collates IDP data; age- and sex-disaggregation was available in 13 countries; and sex-disaggregation was available in a further 6 countries.

In instances where location data was available, 48 per cent of IDPs lived in urban areas.[61] Women and girls accounted for 50 per cent of the internally displaced population in 2021, in line with previous years. There are, however, notable differences between countries. In the Central African Republic, six out of ten IDPs were female, and in Niger, Mali and Honduras there were at least 10 per cent more female IDPs than male. In contrast, in Sudan, 54 per cent of people displaced within their country were male.

Some 45 per cent of people displaced within their countries were children, who are particularly vulnerable in contexts of displacement. The proportion of IDPs who were children also varied widely between settings. For example, in Niger, Burkina Faso, Somalia, Afghanistan and Yemen children constituted a substantially larger share of the IDP population than adult IDPs. In contrast, in Colombia, children accounted for just 23 per cent of the IDP population.

## IDP returns

When suitable conditions are in place, the return of internally displaced people to their place of origin is widely seen as a desirable outcome, reflecting a durable solution for IDPs. In 2019, IDP returns totalled more than 5.3 million. Then, as the COVID-19 pandemic set in, they dropped significantly, to 3.2 million in 2020. In 2021, IDP returns increased to reach pre-pandemic levels, with an estimated 5.3 million people returning during the year.

Returns, however, varied substantially among countries. Cameroon, the Democratic Republic of the Congo, Iraq and South Sudan all saw significant reductions in IDP returns, while more IDPs were able to return in Afghanistan, the Central African Republic, Ethiopia, Myanmar, Nigeria and Somalia. The increase in the return of IDPs in Afghanistan is attributed to a significant reduction of hostilities following the Taliban

61  Given that disaggregation of urban and rural locations was only available for 44 per cent of IDP data, the actual percentage is likely to be higher.

takeover. In the Central African Republic, the recapture of territories from non-state armed groups prompted the return of IDPs.[62] In Myanmar IDPs returned in 2021, as fighting subsided.[63]

Demographic data collected in 2021 on IDP returnees improved, with coverage by age and sex improving from 9 per cent last year to 26 per cent. This was notably due to the inclusion of demographics for this population group from Afghanistan. Overall, based on the available demographic data, the proportion of men and women among returnees is balanced and children represent the majority of IDP returnees, accounting for 58 per cent.

## Displacement in the context of climate change and disasters

According to IDMC figures, in 2021 there were 23.7 million new internal displacements globally due to disasters (these are in addition to those internally displaced due to conflict and violence). This represented a decrease of seven million, or 23 per cent, compared to the previous year. The largest displacements in the context of disasters in 2021 occurred in China (6.0 million), the Philippines (5.7 million) and India (4.9 million). Most disaster displacements during the year were temporary,

allowing the majority of IDPs to return to their home areas, but 5.9 million people worldwide remained displaced at the end of the year due to disasters.

As part of its implementation of the Strategic Framework on Climate Action[64] and commitment to improve the protection of IDPs, UNHCR developed a Practical Guidance on IDP Protection in the Context of Disasters and the Adverse Effects of Climate Change.[65]

## Protecting IDPs

UNHCR continues to promote the protection of IDPs – including by supporting the development of normative frameworks through technical assistance, advocacy and capacity building. In 2021, UNHCR supported the development of national laws and policies across several countries including Ukraine, Mozambique and Nigeria. In August, the Government of Mozambique adopted an IDP policy and strategy, while Nigeria adopted a law specific to the protection of IDPs in September. In late 2021, Ukraine adopted an IDP Inclusion and Durable Solutions Strategy and Operational Plan. UNHCR continues to support normative developments, notably in Burkina Faso, Chad, El Salvador, Honduras and Mexico.



Map 3 | **IDPs protected/assisted by UNHCR | end-2021**



Number of people
7,000,000
5,000,000
2,500,000
1,000,000
100,000

A country is named if it features among the five largest per population group.
The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.

**62** See: Central African Republic – Overview of population movements, July 2021
**63** See: UNHCR Myanmar emergency update, September 2021
**64** See: UNHCR - Strategic Framework for Climate Action
**65** See: Practical Guidance for UNHCR Staff on IDP Protection in the Context of Disasters and the Adverse Effects of Climate Change

EXPLORE
THE DATA

+ Asylum applications
+ Asylum decisions
+ Pending asylum
applications at end-2021



**CHAPTER 4**

# Asylum trends

Refugee Status Determination (RSD) is the process by which governments or UNHCR determine whether an individual seeking international protection is a refugee under national, regional or international law. A strong refugee status determination system, which fairly and efficiently processes asylum applications, is a crucial step in ensuring that refugees receive protection, that public confidence in the asylum system is maintained and that long-lasting solutions for refugees are realized.

Refugee status can be granted individually or on a group basis. Group recognition most commonly takes place when there are readily apparent, objective circumstances in a country of origin which suggest that the majority of individuals fleeing from that country are likely to be refugees. In most cases, individuals being granted refugee status on a group basis will be directly registered as refugees, as opposed to an individual recognition where an individual will first be registered as an asylum seeker. This is why individuals undergoing group determination will normally not be counted in the "asylum application" total.

In 2021, States and UNHCR collectively registered some 1.7 million individual asylum applications in 155 countries, 35 per cent more than in 2020 (1.3 million). However, the overall number of applications remains well below pre-COVID-19 levels (for example: 2.2 million in 2019 and 2.1 million in 2018). The overall increase in 2021 from the previous year includes large increases in asylum applications in Germany, Mexico, the Democratic Republic of the Congo and Costa Rica, but also significant decreases in Brazil, Peru, Spain and the United States of America.

An estimated 81 per cent of individual asylum applicants were registered at first instance[66] (that is, by the initial administrative or judicial authority), and the remainder at the second instance, such as upon review by courts or other appellate bodies.[67] In 2021, repeat and appeal applications increased at a greater rate than first-instance applications, suggesting that COVID-19-related restrictions still had an impact on access to asylum and territory during the year, as individuals making repeat and appeal applications would already be in the asylum country.

During the year, over one million individuals received a decision on their individual refugee claim, slightly more than in 2020. Some 494,900 people received refugee or other protection status in 149 countries, while 519,200 were rejected. Compared to the previous year, there were 8 per cent more positive decisions, and 5 per cent fewer rejections. In addition, some 299,200 individuals received an international protection status through group procedures, slightly fewer than in 2020 (305,500).

In 2021, 27,000 unaccompanied or separated children (UASC) lodged new asylum applications, accounting for two per cent of new asylum claims. This represents an increase of 6,000 applications compared to the previous year and also surpasses pre-pandemic levels. Yet figures for asylum applications by UASC remain significant underestimates due to the limited number of countries reporting data on UASC.

---

66 The data for some countries may include a significant number of repeat claims, i.e. the applicant has submitted at least one previous application in the same or another country.
67 Statistical information on outcomes of asylum appeals and court proceedings is underreported in UNHCR's statistics, particularly in high-income countries, because this type of data is often either not collected by States or not published.

Venezuela AR_001350



**COSTA RICA.** *Nicaraguan asylum-seeker Francys lives in a small settlement in northern Costa Rica, where she has emerged as a community leader. She feels safe in Costa Rica, where she awaits the birth of her second child.*
© UNHCR/NICOLO FILIPPO ROSSO

Figure 12 | **Individual asylum applications registered by region | 2012 - 2021**



Table 3 | **New and appeal applications registered | 2017 - 2021**

|  | **2017** | **2018** | **2019** | **2020** | **2021*** |
|---|---|---|---|---|---|
| **States** | 1,660,600 | 1,902,400 | 2,191,100 | 1,214,400 | 1,632,700 |
| **UNHCR** | 263,500 | 227,800 | 124,900 | 56,400 | 86,800 |
| **Jointly**** | 22,300 | 11,400 | 1,500 | 600 | 700 |
| **Total** | **1,946,400** | **2,141,600** | **2,317,500** | **1,271,400** | **1,720,200** |
| **% UNHCR only** | 14% | 11% | 5% | 4% | 5% |

* Provisional figure

**Refers to refugee status determination conducted jointly by UNHCR and governments.

## Individual asylum applications registered

In 2021, the number of new individual asylum applications registered globally increased by 25 per cent, from 1.1 million to 1.4 million, compared with the previous year, although this remains lower than the 1.7 million and 2.0 million applications in 2018 and 2019 respectively. Given the numerous new and existing displacement situations, the lower number of new asylum applications reflects continued travel restrictions and barriers relating to access to territory that resulted from the COVID-19 pandemic, despite

adaptive measures that have been put in place. Some 81,700 new applications were made via UNHCR-mandate RSD procedures, 700 via joint UNHCR/ State RSD procedures and 1.3 million via national RSD procedures.

The number of individual asylum applications received globally at appeal or other instances (including reopening and judicial review) grew by 63 per cent, from 196,800 in 2020 to 320,000 in 2021.

## By country of asylum

Of the 1.4 million new individual asylum applications, 66 per cent or 919,800 people were received in just ten countries (see figure 13). While there were fewer

new applications in Spain (23,400 less) and the United States of America (62,000 less), each of the other States registering the most applicants saw increases compared to 2020, notably Mexico (up 90,200), Costa Rica (up 87,300), the Democratic Republic of the Congo[68] (up 45,800) and Germany (up 45,700).

Figure 13 | **Major countries for individual registration of new asylum seekers | 2021**



In the United States of America, more than half of all new applications in 2021 were lodged by nationals of just five countries: Venezuela (27,000 or 14 per cent); Guatemala (23,000 or 12 per cent); Honduras (19,600 or 10 per cent); El Salvador (14,900 or 8 per cent); and Cuba (12,900 or 7 per cent).

In Germany, nearly two-thirds of new applications were by nationals of Syria (54,900), Afghanistan (23,300) and Iraq (15,600). Mexico received the third-largest number of new asylum applications (131,400), which increased more than three-fold from 41,200 in 2020. More than two-thirds of them originated from Haiti (51,800, or 39 per cent) and Honduras (36,400, or 28 per cent).

### By country of origin

In 2021, new asylum applications were most commonly registered by nationals of Nicaragua (up 92,700 or a five-fold increase from 2020), Afghanistan (up 49,300 or 65 per cent) and Syria (up 37,600 or 52 per cent). Nicaraguans fled the growing socio-political crisis and increasing political persecution in their country. The number of new asylum claims from Venezuelans dropped by 64,500, or 41 per cent. While this decrease is noteworthy, it does not indicate a decrease in Venezuelans leaving their country and seeking international protection. As discussed in chapter 2, depending on the options available to them, many Venezuelans regularize their stay in third countries through other, non-asylum mechanisms.

68 The 2014 ministerial declaration that offered prima facie refugee status to persons fleeing generalised violence from the Central African Republic from January 2013 onwards is no longer applicable. As such, all refugees are assessed on an individual basis by the National Commission for Refugees.

Figure 14 | **Major source countries of new asylum applications | 2021**



| | |
|---|---|
| Afghanistan | 125,600 |
| Nicaragua | 111,600 |
| Syria | 110,000 |
| Venezuela | 92,400 |
| Haiti | 67,000 |
| Honduras | 59,800 |
| Central African Republic | 47,800 |
| Iraq | 37,700 |
| Democratic Republic of the Congo | 34,500 |
| Somalia | 32,100 |

## By asylum authority

UNHCR registered asylum applications for RSD under its mandate in 47 countries in 2021, primarily in the Middle East and North Africa as well as in Asia and the Pacific, three countries fewer than in 2020. Where possible, UNHCR supports States taking on their responsibilities for RSD, and therefore the number of States where UNHCR conducts mandate RSD should decrease over time. However, the reduction between 2020 and 2021 was due to locations that did not receive any applications throughout the year.

Since 2015, UNHCR has implemented a strategic direction on RSD,[69] which guides RSD that UNHCR undertakes within its mandate. Given that RSD can be a resource-intensive activity, UNHCR focuses its RSD activities on situations where there is likely to be a substantive protection impact (e.g. at the individual, case or operational levels).[70] In 2021, UNHCR improved the recording of statistics relating to those asylum seekers who do not require RSD, with 9,400 of them arriving during the year. This compares with 81,700 new asylum applications that did require RSD in

2021, an increase from the 50,300 in 2020, principally in Malaysia, Libya, Egypt and India.

## Group determination of refugee status

Slightly fewer people received international protection through group determination procedures in 2021 than during the previous year: 299,200 compared to 305,500. As in past years, most group recognitions occurred in Africa, as many African countries have a well-adapted legislative framework that provides for efficient group recognition in appropriate circumstances. These group recognitions notably took place in Chad (71,000), Sudan (64,500), Uganda (42,900), Cameroon (28,200), Ethiopia (19,100) and Niger (16,100).

---

**69** See UNHCR's strategic direction on RSD
**70** Unlike a State, which has the power to grant legal status in its territory after an RSD decision, such decisions under UNHCR's mandate may not have a protection impact for the individual involved, depending on the specific context.

Figure 15 | **Type of recognition by country of asylum | 2021**



Figure 16 | **Key flows of new individual asylum applications registered and group refugee recognitions | 2021**



## Decisions on asylum applications

Some 1.4 million decisions were processed by States and UNHCR at all levels of procedures in 2021, of which about one million were substantive decisions,[71] and the rest were administrative closures.[72] While this overall number was comparable with 2020, specific countries dramatically increased or decreased their decision-making output as operational priorities shifted under COVID-19, backlog reduction exercises commenced or ended.

The Total Protection Rate, or TPR, is the percentage of substantive decisions that resulted in any form of international protection. Worldwide, this figure stood at 49 per cent in 2021, consistent with recent years.[73]

The overall number of decisions made by UNHCR under its mandate declined from 70,700 in 2020[74] to 52,800 in 2021. Among these, 25,000 (48 per cent) were substantive decisions, a decline of 31 per cent from the 36,100 during the previous year. As was reported in the 2021 Mid-Year Trends report,[75] the reason for this decrease in substantive decisions was largely due to COVID-19 and the impact it had on operations. In the initial stages of COVID-19 in 2020, many UNHCR operations were unable to effectively interview individuals for refugee status during lockdowns, as adaptive measures took some time to put in place. As a result, many of these operations focused decision-making on the cases of asylum seekers who had already been interviewed. Notable in this respect was Egypt, where UNHCR made a significant number of substantive decisions in 2020 while interviewing was suspended. In 2021, by contrast, UNHCR conducted more interviews in Egypt but made fewer substantive decisions. In relation to administrative closures, these vary from year to year based on when data clean-up exercises take place, among other issues.

## Pending asylum claims

The number of asylum seekers waiting for a decision at the end of 2021 stood at 4.6 million, significantly more than at the end of 2020 (4.2 million). This increase emphasizes the need for States and UNHCR to ensure effective ways of processing asylum claims, including by focusing on strong data management, triaging cases and implementing differentiated RSD processing modalities. A growing backlog can create protection concerns if asylum seekers wait many years without legal certainty, and it is more difficult for rejected applicants to return to their country of origin.

In 2021, Canada, Ecuador, France and Greece were able to significantly reduce their backlog of pending cases. In Ecuador, the backlog was reduced by 73 per cent (from 26,000 in 2020 to 7,100 in 2021), in Greece by 40 per cent (from 60,900 to 37,100), in France by 36 per cent (from 118,200 to 75,700) and in Canada by 26 per cent (from 85,400 to 63,200). Conversely, the backlog increased in 95 countries during the year. Increases were greatest in Mexico (up 88 per cent, from 83,800 to 157,200), Costa Rica (up 70 per cent, from 89,800 to 152,500), and the United States of America (up 31 per cent, from 998,000 to 1,303,200).

---

71  Substantive decisions include Convention status, complementary and other forms of protection, and rejected cases.
72  These are the closure of a case without a decision on the merits. For example, from the death of the applicant, no-show for interview, withdrawal of the application, abandonment of the claim, or the determination that another country is responsible for the claim, among other factors.
73  UNHCR uses two rates to compute the proportion of refugee claims accepted. The Refugee Recognition Rate is the proportion of asylum seekers accorded refugee status out of the total number of substantive decisions (Convention status, complementary protection and rejected cases). The Total Protection Rate is the proportion of asylum seekers accorded refugee status or a complementary form of protection relative to the total number of substantive decisions. Non-substantive decisions are, to the extent possible, excluded from both calculations. For the purposes of global comparability, UNHCR uses only these two rates and does not report rates calculated by national authorities.
74  This is 45,100 fewer than reported in Global Trends 2020 due to a correction in the number of administrative closures for Iraqis and Yemenis in Jordan.
75  See UNHCR 2021 Mid-year trends

Venezuela AR_001356

Map 4 | **Asylum seekers (with pending cases)** | **end-2021**



A country is named if it features among the five largest per population group.
The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.



**ROMANIA.** *A new home awaits an Eritrean family that spent a decade in refuge. They are currently staying in the Emergency Transit Centre in Timisoara, Romania, while they wait to be resettled to the Netherlands.*
© UNHCR/STEFAN LORINT

 EXPLORE
THE DATA

+ <u>Refugee returns</u>
+ <u>Resettlement arrivals</u>
+ <u>Naturalisation</u>
+ <u>IDP returns</u>



# Solutions

As new refugee situations emerge and intensify, and existing ones reignite or remain unresolved, there is an acute need for durable solutions at increasing scale. The Global Compact on Refugees[76] notes that one strategic priority for UNHCR and the humanitarian community is to identify and support durable solutions that enable refugees to rebuild their lives and live in safety and dignity.

This chapter focuses primarily on durable solutions for refugees.[77] Durable solutions traditionally include voluntary repatriation, local integration and resettlement to a third country. While the number of refugees returning or naturalizing[78] has risen in 2021 and returned to pre-COVID-19 levels, resettlement remains well below this, albeit higher than in 2020.

## Return

For most refugees, returning to their home country based on a free and informed choice would be a preferred solution to bring their temporary status as refugees to an end. To realize this, political stability and economic opportunities are essential to ensure that the environment refugees face upon their return allows them to reintegrate in safety and with dignity. To ensure that the returns are sustainable, UNHCR, the country of origin and the international community all strive to achieve these enabling conditions.

Voluntary repatriation surged by 71 per cent in 2021, with 429,300 refugees returning to their countries of origin. As a result, in 2021, returns are comparable with recent pre-pandemic years.

Nearly two-thirds of refugee returns in 2021 were to South Sudan, totalling 270,200, even as the dire humanitarian situation in the country drove further forced displacement. South Sudanese refugees were mostly returning from Uganda (180,400), Sudan (44,200) and Ethiopia (28,200). Returns to South Sudan are difficult to verify, however, as they tend to be self-organized, and access is often constrained in areas of returns.

As part of the Joint Refugee Return and Reintegration Plan, the Burundian authorities, UNHCR, the UN Development Programme and other partners support the sustainable return of refugees to Burundi.[79] Returns to Burundi began in 2020, with 40,900 refugees returning during that year. This positive development continued in 2021, as 66,000 Burundian refugees returned to their country of origin throughout the year, primarily from the United Republic of Tanzania (30,100) and Rwanda (23,000).

In 2021, some 36,500 Syrian refugees returned to their home country from Türkiye (22,300), Jordan (6,800), Lebanon (3,600) and Iraq (3,400). While UNHCR does not facilitate refugee returns to Syria, together with its partners it supports local communities

---

76 See <u>The Global Compact on Refugees</u>
77 See the IDP chapter for an update on solutions for IDPs.
78 Naturalization is the legal act or process by which a non-citizen in a country may acquire citizenship or nationality of that country.
79 See <u>2021 Burundi JRRRP</u>



**DEMOCRATIC REPUBLIC OF THE CONGO.**
*Mulongwe settlement in South Kivu hosts thousands of Burundian refugees. Farming projects that bring refugees and the local population together are part of a wider approach to enhance socio-economic inclusion and self-reliance.*
© UNHCR/ANTONIA VADALA

receiving returnees through concrete and practical interventions in areas such as shelter, legal aid and civil documentation, distribution of relief items, livelihoods and repairs to schools, health facilities and other civilian infrastructure.[80]

Other sizeable refugee returns were observed in Côte d'Ivoire (22,500) and Nigeria (17,000).[81]

Figure 17 | **Refugee returns by country of origin | in 2021**



Resettlement
==========

While several countries have signalled their commitment to resettlement, demonstrating their solidarity with host countries, it is an option for fewer and fewer refugees due to a significant reduction in the number of places offered by States. Resettlement is a crucial protection tool and solution, and is a core activity mandated by UNHCR's Statute, helping to protect some of the most vulnerable refugees, who may face specific or urgent risks. Of all cases submitted by UNHCR to States in 2021, 86 per cent were for survivors of torture and/or violence, people with legal and physical protection needs, and particularly vulnerable women and girls.[82] Just over

half (52 per cent) of all resettlement submissions concerned children.

While the number of refugees resettled grew by 67 per cent in 2021 compared to the previous year, reaching 57,500 according to government statistics, it remained substantially below pre-pandemic levels (e.g. 107,700 in 2019). In 2021, resettlement arrivals constituted just 4 per cent of the 1.4 million people globally that UNHCR estimated were in need of resettlement.[83] During the last decade, this share of resettlement needs fulfilled has never exceeded 15 per cent in any year (see figure 18). This year's gap between the global resettlement needs and the number of places offered by States was the second largest during the last ten years and only slightly smaller than the previous year's estimate of 2 per cent.

**80** See UNHCR statement on the return of displaced Syrians
**81**  It is likely that many of the returns to Côte d'Ivoire were former asylum seekers.
**82** See UNHCR resettlement at a glance in 2021
**83** See Projected global resettlement needs in 2021

Figure 18 | **Gap between resettlement needs and resettlement arrivals | 2012 – 2021**



■ Resettled   ■ Remaining resettlement needs

In 2021, Canada was the largest receiver of resettled refugees, welcoming 20,400 people, more than double the 9,200 resettlement arrivals in the previous year. Resettled refugees arriving in Canada came primarily from Afghanistan (6,100), Syria (4,200) and Eritrea (3,700). The United States of America received 13,700 refugees (43 per cent more than in 2020), coming mainly from the Democratic Republic of the Congo (5,200), Syria (2,000) and Sudan (1,100).[84] Sweden, the third largest country of resettlement welcomed 6,700 refugees mostly from Syria (2,600) and Afghanistan (1,600).

Two-thirds of refugees resettled globally were supported through UNHCR's resettlement programme. The remaining one-third were resettled through other means, most commonly private sponsorship programmes, which constitute the majority of resettlement arrivals in Canada.

Overall, most refugees whose resettlement was facilitated by UNHCR were previously hosted in countries in the Middle East and North Africa region (predominately Lebanon, Jordan and Egypt), the East and Horn of Africa and Great Lakes region (notably Ethiopia, Kenya, Rwanda, the United Republic of Tanzania, and Uganda) and Europe (Türkiye).

---

**84** Afghans who were evacuated or resettled as part of the United States military exit from Afghanistan in August 2021 are not included in these estimates, but through an additional special procedure ("Operation Allies Welcome").

Figure 19 | **UNHCR assisted resettlement departures | in 2021**



**Country of origin**

**Country of asylum**

**Country of resettlement**

Syria 17,500

Türkiye 7,400

United States of America 11,500

Democratic Republic of the Congo 8,000

Lebanon 6,200

Canada 5,800

Sudan 3,200

Jordan 4,400

Germany 5,400

Afghanistan 1,500

Egypt 3,700

Sweden 5,000

Eritrea 1,500

Rwanda 2,500

Norway 2,900

Other 7,400

Other 14,900

Other 8,600

Note: This figure presents data on resettlement departures during the year facilitated by UNHCR. The sum of this population is therefore smaller than the total number of resettled refugees in 2021, according to government statistics. Figures are rounded.

## Local Integration

In the absence of the possibility to return safely or be resettled, pathways are available in some countries for refugees to remain long-term or permanently in their country of asylum. Local integration helps ensure that refugees can build new lives in these countries. While refugees seek asylum in their host country for humanitarian reasons, when integrated successfully, refugees are empowered to pursue livelihoods

to sustain themselves and their families, while contributing to the social and economic life of the host country. The initial integration period, shortly after arrival, is of particular importance for the longer-term local integration of refugees in their country of asylum.

Inclusion in countries' labour markets has been shown to be especially critical during this period. Yet many countries, including high-, middle- and low-income countries, have exclusionary policies in place that limit refugees' access to the labour markets.[85] Such

---

**85** See Blair et al. (2021) for the comprehensive Developing World Refugee and Asylum Seeker Policy (DWRAP) dataset on exclusionary policies for refugees around the world.

Venezuela AR_001362

policies may include restrictions on employment or movements, as well as excessively long asylum procedures. A wide array of research indicates that such policies harm refugees' ability to integrate into the labour market and thereby thwart their ability to become self-sufficient and contribute to their host country economically. Research from Germany, Switzerland and the wider European context has shown that if refugees face employment restrictions during their asylum period, their long-term success in the host countries labour markets is negatively affected.[86] Similarly, the level and the duration of the period of uncertainty during the asylum application process is a determinant of refugees' long-term local integration. A study in Switzerland, for example, found that refugees who benefited from a faster asylum process had higher employment rates than refugees who had been in the country for the same amount of time but had to wait longer for their asylum decision.[87] This research underscores the negative impact of extended periods of uncertainty and inactivity on refugees' longer-term integration prospects. The justification typically offered for exclusionary policies relates primarily to the prevention of negative economic or social effects within the host community. A recent study across low- and middle-income countries casts doubt on the effectiveness of such policies, showing that attitudes towards refugees and the impact on income levels within host communities do not differ across countries with more or less strict exclusionary policies.[88] It is clear from the research that exclusionary policies hold back the mutually beneficial opportunities for refugees and host communities to cooperate together.

Measuring local integration across a diverse set of refugee-hosting countries is challenging. While there are internationally recommended indicators to quantify and compare local integration,[89] the current availability of data in many countries limits their direct applicability. Even in high-income countries where diverse sets of national and subnational datasets are available, statistics differentiating refugees from non-refugees are rare. In absence of more comprehensive alternatives, naturalization is often used as an imperfect proxy.

In 2021, an estimated 56,700 refugees from 161 different countries of origin naturalized in 23 host countries. This represented a two-thirds increase compared to the previous year and a return to pre-pandemic levels (55,000 in 2019). As refugee naturalization data reported to UNHCR is limited to a small set of countries, European countries are overrepresented in the statistics. In 2021, 89 per cent of all reported naturalizations occurred in European countries. Globally, the Netherlands (45,700), Canada (6,300) and France (3,700) reported the most refugees naturalizing in 2021. Refugees who obtained their host country's citizenship in 2021 were primarily from Syria (30,900), Eritrea (7,900), Iraq (1,700), or Afghanistan (1,500) or were stateless (1,700).

While naturalization may be considered as a proxy or end point of a successful local integration process, research indicates that the value of naturalization goes beyond recognition, providing new citizens with a positive boost in their social, economic and political integration. Ethnographic work focused on the post-2007 naturalization of Burundian refugees in the United Republic of Tanzania, for example, provides insights into the value of the host country's citizenship for refugees. This includes improved opportunities for political participation, better economic opportunities through freedom to relocate within the country and a greater perceived feeling of safety within the host country.[90] Similarly, two studies from Switzerland[91] indicate that obtaining Swiss citizenship increased refugees' interest in engaging with the country's affairs and their overall social integration.

---

86  Marbach et al. (2018) explore a quasi-experiment in Germany in 2000 that capped the maximum length of employment restrictions during the asylum period and find a positive impact for refugees fleeing the Kosovo War five years after arrival; Fasani, Frattini, Minale (2020) use data on the labour market integration of refugees in European countries between 1985 and 2021 and explore geographic and temporal variation in employment restrictions for refugees, finding a negative effect on labour market participation. Slotwinski et al. (2019) compare employment outcomes of asylum seekers across Swiss regions with different levels of inclusiveness in their labour market policies for asylum seekers. The findings suggest that more inclusive labour market access regulations have a significantly positive effect (+20%) on the labour market participation for asylum seekers, especially those with better employment prospects due to their language abilities.

87  Hainmueller and Hangartner (2016) utilize exogenous variation in waiting times for asylum seekers in Switzerland and find that one additional year of waiting reduces the subsequent employment rate by 4 to 5 per cent.

88  See Aksoy and Ginn (2022)

89  See International Recommendations on Refugee Statistics

90  See Kuch (2017)

91  See Hainmueller, Hangartner, Pietrantuono (2017) and Hainmueller, Hangartner and Pietrantuono (2015). The naturalization process in some of the country's municipalities prior to 2003 required a local referendum that decides on the naturalization applications of immigrants. Comparing migrant applicants who narrowly won or lost the referendum and following them over a long period, the analysis finds that naturalization strongly improved the long-term social integration of immigrants.

+ EXPLORE
THE DATA

+ By asylum

**CHAPTER 6**

# Stateless people

More than 4.3 million people globally were estimated to be stateless or of undetermined nationality at the end of 2021.[92] Not recognized as nationals by any State, stateless people are often unable to access essential services and enjoy basic rights, including access to education or health care, formal employment, voting in elections or being able to travel.

The estimate represents an increase of 158,200 people compared to 2020. It is based on information provided by governments and other sources, such as quantitative and qualitative studies by UNHCR and its partners, for 96 countries (three more than in the previous year). Yet, the global figure remains an undercount as data on stateless populations or those of undetermined nationality is missing or incomplete for many countries, including some with known stateless populations. The lack of reliable quantitative data continues to pose challenges to effectively address statelessness and advocate for solutions. Despite this overall challenge, several quantitative and qualitative studies were concluded in 2021, including in Lebanon[93] and the Philippines,[94] helping to better understand statelessness situations and identify appropriate solutions. UNHCR is also strengthening efforts to gather more reliable and comprehensive statistics on statelessness. This includes supporting the development of the International Recommendations on Statelessness Statistics,[95] in cooperation with the Expert Group on Refugee, IDP and Statelessness Statistics (EGRISS),[96] which has been mandated by the UN Statistical Commission to develop these recommendations.

---

[92] See the definitions of stateless and undetermined nationality on the Refugee Data Finder.
[93] See: Mapping and understanding statelessness in Akkar
[94] See: Desk review on populations at risk of statelessness
[95] See: International Recommendations on Statelessness Statistics
[96] See: EGRISS



**BANGLADESH.** *Rohingya refugee Hamida, a mother of four, in Cox's Bazar. She arrived in Bangladesh three years ago from Myanmar.*
© UNHCR/SAIKAT MOJUMDER



Figure 20 | **Number of countries providing statistics on stateless populations to UNHCR | 2012–2021**

The increase in the reported global stateless population in 2021 was driven by a combination of factors. Firstly, additional countries reported stateless population estimates for the first time, following efforts to gather data on people affected by statelessness, most notably Uganda (67,000) and Rwanda (9,500). Secondly, improved registration and coverage in countries that already had a registered stateless population led to increases. Thirdly, a small proportion of the increase was due to new children being born stateless, underlining the need to prevent and resolve childhood statelessness.

In 2021, Albania, Chile, Colombia and Turkmenistan passed legislation establishing statelessness determination procedures. These measures will allow stateless individuals there to be recognized as stateless and access the rights enshrined in the 1954 Statelessness Convention and eventually acquire citizenship.

Significant efforts were made to reduce the number of stateless people in several countries. In 2021, some 81,200 stateless people, including those of undetermined nationality, acquired citizenship or had their citizenship confirmed. This is the highest recorded annual reduction in statelessness since the start of the #IBelong Campaign in 2014[97] and represents a 22 per cent increase from 2020 (or almost 18,000 people). Most people who acquired citizenship or had their nationality confirmed in 2021 were in Uzbekistan (32,100) and Côte d'Ivoire (23,400). Since the start of the #IBelong Campaign in 2014, some 485,400 stateless people, including those of undetermined nationality, have acquired citizenship. Figure 21 shows the annual global numbers of formerly stateless people who were reported as having acquired a nationality or having confirmed their nationality.

---

97  See Global action plan to end statelessness 2014 - 2024

Figure 21 | **Number of people who had their nationality confirmed or acquired citizenship | 2014–2021**

Since 2019, UNHCR has reported on both displaced and in situ stateless people. Displaced stateless people are simultaneously included in UNHCR's official statistics as refugees, asylum seekers or IDPs and in its official statistics for statelessness. Prompted by the large-scale displacement of stateless Rohingya refugees who fled from Myanmar to Bangladesh, this approach reflects the fact that refugees, asylum seekers and IDPs without citizenship require specific and appropriate protection responses.

In situ stateless people constitute the largest share of the recorded global stateless population reported by UNHCR. By the end of 2021, this group amounted to more than three million, or 71 per cent of all reported stateless people. Stateless refugees and asylum seekers account for 1.1 million people, or 25 per cent of the reported global stateless population. In addition, another 150,500 stateless people are internally displaced. Stateless Rohingya in Myanmar and neighbouring countries constitute the majority of both stateless refugees and stateless IDPs.

Figure 22 | **Reported global number of stateless people | 2012–2021**



UNHCR continues to improve the availability of age- and sex-disaggregated data on statelessness. In 2021, population statistics by sex were available for 60 per cent of the reported stateless population. Data disaggregated only by sex was available for an additional 14 per cent of the reported stateless population. Collecting demographic data for stateless people is of high importance to UNHCR, as it assists in the design of age- and sex-appropriate responses to statelessness. For example, the demographic data collected in Côte d'Ivoire is among the most complete for any national stateless population. The data indicates that children account for 54 per cent of this population,[98] similar to the large stateless Rohingya refugee population in Bangladesh (52 per cent). In Côte d'Ivoire, children up to 4 years are the largest age cohort. This again underlines the importance of addressing the pressing issue of children born stateless.

Map 5 | **Statelessness** | **end-2021**



The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.

---

**98** This population includes people with undetermined nationality (93 per cent) and those who are stateless (7 per cent).



**MOZAMBIQUE.** *Bernardela was forcibly displaced with her family as a result of violence in Cabo Delgado, northern Mozambique. Her T-shirt reads "For girls Progress", representing a symbol of women and girls empowerment. Displaced women and girls are at risk of multiple forms of gender-based violence including sexual violence, and abduction, intimate partner violence, and spiralling rates of early marriage.*
© UNHCR/MARTIM GRAY PEREIRA

**Who is included in UNHCR statistics?**

UNHCR collates population data relating to people who are forcibly displaced or stateless. The data is sourced primarily from governments and also from UNHCR operations. See https://www.unhcr.org/refugee-statistics/methodology/ for the detailed description and definitions of who is included in these statistics.

**Annex tables**

Annex tables 1 through 22 can be downloaded from the UNHCR website at:
https://www.unhcr.org/2021-global-trends-annex
Annex table 5: https://www.unhcr.org/2021-global-trends-annex-table-statelessness
All data are provisional and subject to change.
Data is available at: https://www.unhcr.org/refugee-statistics

# GLOBAL TRENDS

## FORCED DISPLACEMENT IN **2021**

**PRODUCED BY UNHCR
(16 JUNE 2022)**

**FRONT COVER**
**ETHIOPIA.** *Hundreds of thousands of people have
been internally displaced due to the effects of
climate change and recent droughts in Ethiopia's
Somali and Oromia regions.*
© UNHCR/EUGENE SIBOMANA



© **2022 United Nations High Commissioner for Refugees**
All rights reserved. Reproductions and translations are
authorized, provided UNHCR is acknowledged as the source.

Statistics and Demographics Section
UNHCR Global Data Service
UN City, Marmorvej 51
2100 Copenhagen, Denmark
stats@unhcr.org

This document along with further information on
global displacement is available on UNHCR's
statistics website:
https://www.unhcr.org/refugee-statistics



Venezuela AR_001370



DONATE                    DO YOU NEED HELP?

# Venezuelan outflow continues unabated, stands now at 3.4 million

Joint UNHCR-IOM press release

22 February 2019  |  Español  |  Français  |  عربي



A Venezuelan mother holds her child as she crosses the Simon Bolivar Bridge to Colombia, in January 2019. © UNHCR/Siegfried Modola

Geneva, 19 February, 2019 - The number of refugees and migrants from Venezuela worldwide now stands at 3.4 million, UNHCR, the UN Refugee Agency, and IOM, the International Organization for

Migration, announced today.

According to data from national immigration authorities and other sources, countries in Latin America and the Caribbean are hosting an estimated 2.7 million Venezuelans, while other regions account for the rest.

On average, during 2018, an estimated 5,000 people left Venezuela every day in search of protection or a better life.

Colombia hosts the highest number of refugees and migrants from Venezuela, with over 1.1 million. It is followed by Peru, with 506,000, Chile 288,000, Ecuador 221,000, Argentina 130,000, and Brazil 96,000. Mexico and countries in Central America and the Caribbean are also hosting significant numbers of refugees and migrants from Venezuela.

"The countries of the region have shown tremendous solidarity with refugees and migrants from Venezuela, and implemented resourceful solutions to help them. But these figures underscore the strain on host communities and the continued need for support from the international community, at a time when the world's attention is on political developments inside Venezuela," said Eduardo Stein, joint UNHCR-IOM Special Representative for Venezuelan refugees and migrants.

Latin American countries have granted some 1.3 million residence permits and other forms of regular status to Venezuelans and reinforced their asylum systems in order to process an unprecedented number of asylum applications. Since 2014, over 390,000 asylum claims have been lodged by Venezuelans - over 232,000 in 2018 alone.

With rising numbers, the needs of refugees and migrants from Venezuela and the communities hosting them continue to increase. Governments in the region have strengthened their national response and are cooperating - through the Quito process - to enhance the assistance and protection of Venezuelan nationals and facilitate their legal, social and economic inclusion. The next regional meeting of this process will take place in Quito in the first week of April.

To complement these efforts, a humanitarian Regional Refugee and Migrant Response Plan (RMRP) for refugees and migrants from Venezuela was launched last December, targeting 2.2 million Venezuelans and 500,000 people in host communities in 16 countries.

**For more information on this topic, please contact:**

For UNHCR:

- In Geneva, Liz Throssell, throssel@unhcr.org, +41 79 337 7591
- In Bogotá, Olga Sarrado, sarrado@unhcr.org, +57 310 202 6029

For IOM:

- In Geneva, Joel Millman, jmillman@iom.int, +41 79 103 87 20
- In Buenos Aires, Juliana Quintero, juquintero@iom.int, +54 113 248 8134

For background information please consult the Regional Inter-Agency Coordination Platform website: R4V.info

Share on Facebook    Share on Twitter

# Related news and stories

view more

STORIES

## 'We've found peace, stability and quality of life'

NEWS RELEASES

## UN High Commissioner for Refugees praises Latin America for its commitment to the inclusion of all those in need of protection

STORIES



**FACT SHEET**

# AMERICAS
August 2022

**One in five people** of concern to UNHCR lives in the Americas. The complexity of **mixed movements** has increased. Refugees and migrants continue to face protection risks along displacement routes.

UNHCR is further strengthening its catalytic role in mobilizing a wide range of stakeholders, including **development banks** to collaborate in different displacement situations.

In the Americas, UNHCR prioritizes **protection interventions, humanitarian aid** as well as **long-term solutions, including integration.**

## REVISED PROJECTION OF POPULATION OF CONCERN IN 2022
20.6 million people of concern | 17.9% of global total



| | |
|---|---|
| Refugees | 1.3 M |
| Asylum-seekers | 2.8M |
| IDPs | 7.2M |
| Returned refugees and IDPs | 100 |
| Stateless persons | 345 |
| Others of concern | 4.0 M |
| Venezuelans displaced abroad | 5.3 M |

## FUNDING (AS OF 9 AUGUST 2022)

# USD 779.6 million
requested for the Americas in 2022



Funded 35%
**270.9 million**

Unfunded 65%
**508.7 million**

## UNHCR PRESENCE

**Staff:**
1,942 National Staff
509 International Staff
60,47% Women and 39,53% Men

**Offices:**
1 Regional Bureau in Panama
3 Multi-Country Offices in Argentina, Panama and US
11 Country Offices
1 Country Mission in Dominican Republic
5 National Offices
22 Field Offices
10 Sub Offices
46 Field Units



Panama. Refugees and migrants brave hazardous jungles of Darien Gap on their way north © UNHCR/ Nicolo Filippo Rosso



# Operational context

The **Americas** region is facing a forced displacement crisis that is unprecedented both in its complexity and scale. By August 2022, around 18 per cent of the population that UNHCR serves worldwide, or over 20.6 million people, are projected to be displaced in the region by the end of 2022.

The exodus from the Bolivarian Republic of **Venezuela** remains one of the largest external displacement crises globally with over 6.1 million refugees and migrants, out of which over 80 per cent are hosted in countries in Latin America and the Caribbean.
The volume and complexity of the mixed population movements across Latin America and the Caribbean have increased, involving people of various nationalities, many of whom had previously achieved a certain level of stability in countries in South America.

By the end of 2021, over 100,000 Haitians, who had been previously residing mainly in Chile and Brazil, and some 66,588 Cubans, had crossed the Darien Gap between Colombia and Panama and moved across Central America, undertaking perilous journeys with the objective of reaching the US. So far this year, over 71,000 people, mostly Venezuelans, have taken the same dangerous route.

Other persons we serve include around 7.2 million IDPs in **Colombia, El Salvador and Honduras**, sand some 175,000 refugees and asylum seekers from **Nicaragua** in Central America.

The COVID-19 pandemic intensified deep-rooted inequalities in the region, dealing a disproportionate blow to displaced populations.

# Coordination and Partnerships

- Prioritisation of life-saving assistance goes hand in hand with efforts to find long-term solutions by fostering cooperation with a wide array of actors, such as local authorities and the private sector, including to provide livelihood opportunities and promote inclusion into national systems.

- UNHCR also partners with beneficiaries, the public sector, NGOs and civil society organizations in their operations across the Americas, contributing to the whole-of-society approach in the refugee response, and in line with the UN Global Compact on Refugees.

- UNHCR co-leads with IOM the interagency response to the situation of the Refugees and Migrants from Venezuela to implement the Regional Refugee and Migrant Response Plan across 17 countries. Both agencies also provide technical support to Governmental coordination in the Quito Process—an initiative including several **Latin American countries** that seeks to harmonize domestic policies in receiving countries.

- On 3 December 2021, UNHCR signed a memorandum of understanding with the Inter-American Development Bank (IDB) and launched a new 3-year project with the World Bank (WB) to produce regularly statistics about the IDP population in Honduras, with funds from the World Bank-UNHCR Joint Data Centre on Forced Displacement. In 2022, UNHCR is strengthening its collaboration with the international banks.

- In **Central America and Mexico**, UNHCR supports the implementation of national plans under the Regional Comprehensive Protection and Solutions Framework for Central America and Mexico (MIRPS). In addition, the agency works with the Organization of

Venezuela AR_001375



American States (OAS) to expand the MIRPS Support Platform. Member states have reaffirmed their political commitment through the revision of the plans and Support Platform members (led by Canada as current Chair) have increased their support through technical, material and financial assistance.

- Since 2019, UNHCR works within the framework of the Humanitarian Response Plan (HRP) for people who spontaneously returned to **Venezuela**, IDPs, persons at risk of displacement, refugees, asylum-seekers, and persons at risk of statelessness who require humanitarian assistance and protection safeguards.

- Since 2021, UNHCR works with other UN agencies, actors and stakeholders within the framework of the Humanitarian Response Plan (HRP) for people with protection needs in El Salvador, Guatemala and Honduras. The UN estimates that 8.3 million people across the three countries require humanitarian assistance, compared to the 5.2 million in early 2020. UNHCR also contributes to inter-agency structures and UN Bodies and Regional Fora for joint responses, monitoring and advocacy, and investment in national and regional protection networks.

- UNHCR in the Americas works in Spanish, Portuguese, French and English with over 275 partnership agreements, including local and international NGOs, governments and other partners. 70% of partner agreements in the Americas are with local NGOs.

# Strategy

| | |
|---|---|
| **Protect** | **Assert the centrality of protection in response to displacement**<br>- UNHCR works with States to strengthen **asylum capacities and digitalize its systems** and promote protection-sensitive alternative arrangements through training and capacity-building of government officials.<br>- UNHCR supports States in terms of assistance to persons with specific needs, **registration,** and links with the national protection services, which also help UNHCR identify and assist the most vulnerable.<br>- Investing in **protection monitoring**, evidence-based programming and analysis is at the core of regional strategies oriented by age, gender, and diversity considerations, ensuring protection from exploitation and abuse.<br>- Through a strengthened network of **support spaces**, the provision of information and orientation, identification and secure reference, helps to prevent displacement. |
| **Assist** | **Ensure operational response capacities and life-saving aid for the most vulnerable during emergencies**<br>- Across the region, UNHCR responds to the **immediate needs** of increasing numbers of persons that UNHCR serves. Because of the prolonged COVID-19 pandemic, rising poverty and inequality triggered unprecedented levels of need for **basic relief items, emergency shelter, food, safe water, and sanitation supplies.**<br>- **Cash assistance** has proven the preferred option for refugees and other people forced to flee to meet basic needs such as food, rent or medicines.<br>- As severe **climate events** further aggravate the situation of displaced populations and communities at risk of displacement, UNHCR responds with **emergency relief items** to support authorities' response to these situations. |
| **Empower** | **Empower communities and achieve gender equality**<br>- To prevent displacement, mitigate protection risks and build on the resilience of affected communities, operations will prioritise **community-centred interventions**, including supporting volunteer networks in prioritised communities. UNHCR promotes communication and integration, |



identification, and referral of cases with specific needs, as well as enhanced access to information and complaint mechanisms.

- UNHCR will boost feedback and complaint mechanisms across the region, allowing for **constant communication with the affected population and** strengthening two-way communication, to ensure the response adapts to their needs, particularly in increasingly risky environments such as borders.

**Solve**

**Include persons we serve in national/local services with development support**

- Through a whole-of-society approach, UNHCR fosters **partnerships to mobilise support** for the inclusion of refugees and asylum-seekers in national systems and the labour market.
- UNHCR actively advocates for enhanced national efforts to provide **regular stay** (such as temporary or permanent schemes, professional or work-related permits, education programmes...) allowing for full enjoyment of rights and integration.

# Climate-induced risks

One of the greatest threats of our time is climate change. Hurricanes, storms, floods and droughts will continue to disproportionately affect the region and lead to further displacement. The impacts exacerbate existing inequalities between men and women and affect access to resources in areas vulnerable to droughts and floods. For this reason, UNHCR will move forward with the formulation and implementation of its regional climate action plan in collaboration with operational departments and in line with UNHCR's Strategic Framework for Climate Action.

Priority areas in this regard include providing legal and policy guidance and support, conducting evidence-based advocacy in the context of climate change and disaster-induced displacement. Increased resilience and protection of the most vulnerable and their hosts to climate change impacts will be promoted. To this end, mitigation of climate risks and adaptation of mechanisms for operational response to displacement in the context of climate change will be undertaken. In addition, UNHCR's efforts to reduce its own environmental footprint will be increased.

To support an evidence-based operational engagement and response to forced displacement associated with climate change and natural hazards, as well as to advance on the implementation of UNHCR Strategic Framework for Climate Action, the Regional Bureau for the Americas is currently working with the University of Peace and the Latin American Observatory on Human Mobility, Climate Change and Disaster to conduct a research to assess the impact of climate change on displacement within and across El Salvador and Honduras.



# Timely funding

In **2022**, UNHCR in the Americas requires $779.6 million to respond to the needs of millions of refugees and others seeking safety and dignified lives. **Timely funding** is urgent to ensure the continuity **of life-saving activities** in the region: unrestricted **cash assistance**; distribution of **core and hygiene items**; provision of **emergency shelter** in border areas and for those facing evictions, and support to States for **regularisation** and documentation.

UNHCR's humanitarian and longer-term response in the Americas is made possible thanks to the **generous support** of major donors who have contributed unrestricted funding to UNHCR's global operations, and to donors who have generously contributed directly to UNHCR operations in the Americas.

Thanks to **all our donors in 2022** (as of 9 August)

**Argentina | Belgium | Brazil | Canada | CERF | Cyprus | Colombia | Denmark | European Union | France | Germany | Guyana | Ireland | Italy | Japan | Luxembourg | Mexico | Norway | Netherlands | Qatar | Republic of Korea | Spain | Sweden | Switzerland | International Organization for Migration | Migration MPTF | Qatar | United Kingdom | UN Children Fund | UN Peacebuilding Fund | UN Programme On HIV/AIDS | United States of America | UNESCO | UN Women**

And to our **private donors:**

**CIE Automotive S.A| Howard G. Buffet Foundation | International Olympic Committee | Fundacion ACNUR Comite Argentino | Latter-day Saints Charities | The L'Oreal Foundation | Private donors Australia | Private donors Brazil | Private donors France | Private donors Germany | Private donors Italy | Private donors Japan | Private donors Mexico | Private donors Republic of Korea | Private donors Spain | Private donors USA | Swedish Postcode Lottery | UNO-Fluechtlingshilfe | USA for UNHCR**



THE AMERICAS
# UNHCR Presence | 2022
Information as of 11 Aug 2022

### Legend
- UNHCR Regional Office
- UNHCR Multi-Country Office
- UNHCR Regional Hub
- UNHCR Country Office
- UNHCR Liaison Office
- UNHCR National Office
- UNHCR Sub-Office
- UNHCR Field Office
- UNHCR Field Unit

200km

The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.

Venezuela AR_001379



## External / Donor Relations

**CONTACTS**

**Sonia Giannone**, Senior Donor Relations Officer, Regional Bureau Americas
giannone@unhcr.org

**Carla Calvo**, Reporting Officer, Regional Bureau Americas
calvoc@unhcr.org

## Communications

**William Spindler,** Senior External Engagement Coordinator
spindler@unhcr.org

**Jenny Barchfield**, English Editor, Regional Bureau Americas,
barchfie@unhcr.org

**Sibylla Brodzinsky,** Regional Comm/Public Information Officer, Panama Regional Bureau Americas
brodzins@unhcr.org

**LINKS**

Americas | Global Focus
Data Portal
Acnur/Unhcr Américas (@ACNURamericas) / Twitter



**UNHCR** | **USA**
The UN Refugee Agency

Share this page: f ⟡     Search     Menu

Home   Emergencies

Emergencies   Venezuela situation

# Venezuela situation

People continue to leave Venezuela to escape **violence, insecurity and threats as well as lack of food, medicine and essential services.** With over 6 million Venezuelan refugees and migrants worldwide, the vast majority in countries within Latin America and the Caribbean, **this has become the second-largest external displacement crisis in the world.**

Children, women and men continue to leave Venezuela for neighbouring countries and beyond due to the ongoing political, human rights and socio-economic developments in their country. Many arrive scared, tired and in dire need of assistance.

**Donate Now**

**6,8 million**
refugees and migrants from Venezuela worldwide (government figures)

**Over 970,000**
asylum-seekers from Venezuela worldwide (government figures)

**About 2.4 million**
living under other legal forms of stay in the Americas (government figures)

**Over 199,000**
Recognized refugees from Venezuela

**US$ 1.79 billion**
Regional Refugee and Migrant Response Plan (RMRP) funding appeal for 2022

Source: R4V.info

## "We left everything in Venezuela. We don't have a place to live or sleep and have nothing to eat."

~Nayelis Carolina Figuera, a 34-year-old from Venezuela who fled to neighbouring Brazil

In the past, Venezuela hosted thousands of refugees from the region and other parts of the world. Now the number of refugees and migrants from Venezuela has surpassed 6 million globally, according to data from governments receiving them, making this the second-largest external displacement crisis in the world. A significant number of them are in need of international protection.

We use cookies and other identifiers to help improve your online experience. By using our website you are agreeing to this. Read our privacy policy to find out what cookies are used for and how to change your settings.

Accept

Emergencies    Venezuela situation

Share this page:   f   🐦   Search   Menu

Accept

... may fall prey to smugglers, traffickers and irregular armed groups. As more and more families arrive with fewer and fewer resources, they are in immediate need of documentation, protection, shelter, food and medicine.

In addition, hundreds of thousands of Venezuelans remain without any documentation or permission to stay regularly in nearby countries, and therefore lack guaranteed access to basic rights.

While host communities and countries in the region are committed to helping Venezuelans and have been generously welcoming them, they are increasingly overstretched. Several countries have initiated large-scale regularization processes to ensure refugees and migrants have access to rights and services. However, these efforts and gestures of solidarity require financial support to succeed and ensure no one is left behind.

## "We walked for 11 days and had to sleep outside. We left because they threatened to kill us. My brother was killed... They almost killed me."

–Ana, Venezuelan woman in Ecuador

### What is UNHCR doing to help?

Throughout the region, UNHCR has stepped up its response and is working closely with host governments and partners, particularly IOM, to support a coordinated and comprehensive approach to the needs of refugees and migrants from Venezuela. Concretely, we are collecting data to better understand the specific needs of Venezuelans; supporting States to improve reception conditions, coordinating the provision of information and assistance to meet Venezuelans' immediate basic needs including shelter; and combating discrimination and xenophobia through awareness campaigns.

Notably, we have strengthened our presence along key borders to limit to the extent possible risks, in particular with regard to access to territory, trafficking, exploitation, and to identify people who may require dedicated protection and services, such as unaccompanied and separated children and pregnant women. UNHCR also provides support and legal orientation on arrival and distributes drinking water, and hygiene kits for women and children at border areas. Our teams also provide cash assistance to the most vulnerable Venezuelans.

UNHCR is also supporting government regularization efforts in Argentina, Brazil, Colombia, Paraguay, Peru Dominican Republic, Uruguay and other countries that are facilitating documentation and seeking solutions to regularize and offer protection to the Venezuelan population.

Across the region, UNHCR complements government efforts to provide emergency shelter for Venezuelans arriving in the border states and main cities. UNHCR has also installed child-friendly spaces and spaces for breastfeeding mothers at border crossing points and is advocating with host governments to facilitate access to education for Venezuelan children. UNHCR has established networks of volunteers to improve our links with the communities and ensure two-way communication and accountability, while working with different population groups, including women, children, elderly people, young people and people with disabilities as well as indigenous and LGBTI groups. In addition, UNHCR is coordinating with partners a regional Support Spaces initiative to ensure that refugees and migrants receive updated and reliable information and a minimum package of services in key locations across the region.

To promote the integration of refugees and migrants in their host communities, UNHCR works closely with local authorities

We use cookies and other identifiers to help improve your online experience. By using our website you are agreeing to this. Read our privacy policy to find out what cookies are used for and how to change your settings.

9/26/22, 6:10 PM

UNHCR - Venezuela situation

UNHCR | USA
The UN Refugee Agency

Emergencies    Venezuela situation

Share this page:    f    🐦    Search    Menu

## son, but he also went over 24 hours without a bite. He is only three."

Gerardo, Venezuelan father in Peru

In an effort to curb xenophobia against Venezuelans, UNHCR, in coordination with partners, has launched several campaigns to promote solidarity.

Humanitarian assistance, as well as increased support for socio-economic inclusion, need to be urgently scaled up to complement government efforts and ensure communities continue to accept refugees and migrants in a safe and welcoming environment. To ensure a comprehensive UN-wide response, and to support the efforts of main receiving governments, the Regional Inter-Agency Coordination Platform for the Venezuela situation – led by UNHCR and IOM – launched the Regional Response Plan for Refugees and Migrants (RMRP) from Venezuela on 9 December 2021. The plan, developed with some 192 partners, aims to support the increasing needs of refugees and migrants from Venezuela and their host communities across 17 countries in Latin America and the Caribbean.

### Reports and Links

- Regional Refugee and Migrant Response Plan for Refugees and Migrants from Venezuela (January–December 2022)
- Urgent support needed as COVID-19 inflicts hardship on refugees and migrants from Venezuela (12 May 2020)
- US$1.35 billion needed to help Venezuelan refugees and migrants and host countries (13 November 2019)
- Death threats and disease drive more Venezuelans to flee (21 May 2019)
- Emergency plan for refugees and migrants from Venezuela launched (14 December 2018)
- Hunger, despair drive indigenous groups to leave Venezuela (7 August 2018)
- UNHCR Guidance Note on the Outflow of Venezuelans
- UNHCR Guidance Note on the Outflow of Venezuelans – Update I
- Inter-Agency Coordination Platform portal (R4V)

## Related news and stories

view more

STORIES
For many displaced people in Latin America, new lives start in the kitchen

NEWS RELEASES
UNHCR welcomes Los Angeles Declaration on Migration and Protection in the Americas

NEWS RELEASES
UNHCR and IOM welcome Ecuador's move to regularize Venezuelan refugees and migrants

We use cookies and other identifiers to help improve your online experience. By using our website you are agreeing to this. Read our privacy policy to find out what cookies are used for and how to change your settings.    Accept

https://www.unhcr.org/en-us/venezuela-emergency.html

3/4

Venezuela AR_001383

9/26/22, 6:10 PM

UNHCR - Venezuela situation

Share this page:

Search

Menu

Sign up for email updates

Follow:

Emergencies    Venezuela situation

© UNHCR 2001-2022

Media centre

Refworld

Privacy policy

Report misconduct or abuse

Frequently Asked Questions

Careers

Contact us

Data

Terms & conditions of use

We use cookies and other identifiers to help improve your online experience. By using our website you are agreeing to this. Read our privacy policy to find out what cookies are used for and
how to change your settings.

Venezuela AR_001384

Accept

# UNHCR
The UN Refugee Agency

# VENEZUELA SITUATION | Response
May - September 2021 | in the Americas

The exodus of Venezuelan nationals is the largest in the recent history of Latin America and the Caribbean and has become the **second largest international displacement crisis in the world**. Of the approximately 5.9 million refugees and migrants from Venezuela globally, some **4.8 million are in Latin America and the Caribbean**. By end of 2020, there were **851,119 pending asylum claims** from Venezuelans worldwide and 171,127 Venezuelans recognized as refugees in the world. Some 2.6 million residence or regular stay permits have been issued to Venezuelans by Latin American countries. The rest are living in an irregular situation and exposed to greater risk of various forms of exploitation and abuse, due to limited access to rights, including national health, social welfare programmes and basic services

As a consequence of the COVID-19 pandemic, many refugees and others have lost their sources of income, which further hampers their ability to pay rent and buy food and other essentials, as medicine. Evictions, compounded by the closure of some shelters, led to a spike in homelessness which has further eroded public perceptions of refugees and migrants. In Latin America and the Caribbean, UNHCR works to support this population and fosters their access to rights, included to national vaccination programmes. UNHCR co-lead Inter-Agency efforts to respond to these challenges, addressed by the **2021 Refugee and Migrant Response Plan.**

## RESPONSE in HOSTING COUNTRIES



**772,294** individuals
received legal assistance and protection services



**143,697** people supported
with unrestricted cash assistance



**117,291** people
assisted with emergency and primary health



**33,397** refugees and migrants
sheltered and supported with other solutions



**59,220** individuals
provided with improved water and sanitation services, included with hygiene supplies



**help.unhcr.org**
updated information from **16 countries** throughout the region on prevention and remote services



DOMINICAN REP. $ 1.6 M / 14.5 K
ARUBA $ 3.1 M / 17.0 K
CURACAO $ 2.8 M / 17.0 K
TRINIDAD & TOB. $ 9.5 M / 24.2 K
GUYANA $ 6.0 M / 23.3 K
$ 4.6 M MEXICO / 102.2 K
$ 1.6 M COSTA RICA / 29.8 K
$ 2.1 M PANAMA / 121.6 K
$ 68.0 M COLOMBIA / 1.7 M
$ 40.2 M ECUADOR / 431.2 K
$ 35.6 M PERU / 1.0M
$ 2.8 M BOLIVIA / 10.4 K
BRAZIL $ 28.0 M / 261.4 K
PARAGUAY $ 0.6 M / 5.3 K
$ 7.5 M CHILE / 457.3 K
URUGUAY $ 1.2 M / 14.9 K
ARGENTINA $ 7.0 M / 179.2 K

Financial Requirements
$45 – $68 M
$20 – $44 M
$5 - $19 M
$1 - $4 M

Venezuelan Refugees and Migrants
Official figures | Source: r4v.org

## Making a Difference January – September 2021

| | |
|---|---|
| Child protection | 31,776 refugee and migrant children and adolescents who received specialized services |
| Food | 22,204 individuals receiving food assistance |
| Gender-based violence | 1,635 initiatives implemented to prevent and mitigated gender-based violence risks among refugees and migrants |
| Education | 20,851 children, adolescents and youth supported with supplies or services for their permanence in educational services |
| Integration | 64,196 people reached with support for employment or self employment |
| Humanitarian transportation | 18,359 refugees and migrants provided with internal transportation or transport to access protection services |
| Social cohesion | 665,872 individuals participating in activities promoting social cohesion. |

Venezuela AR_001385

# UNHCR
The UN Refugee Agency

**VENEZUELA SITUATION** | **Response** in the Americas
May – September 2021

## RESPONSE inside VENEZUELA

UNHCR operates in 2021 within the interagency framework of the Humanitarian Response Plan to assist the most vulnerable population groups inside the country. In addition to activities under the WASH and Education clusters, UNHCR also contributes operationally and as lead of two clusters: Protection, and Shelter, Energy and non-food relief items (NFI).

In prioritized communities, particularly in border areas, UNHCR assistance helps address basic needs for vulnerable individuals through core relief items, including jerry cans, solar lamps, kitchen sets and hygiene kits. This assistance runs in parallel to support to reception capacities for spontaneous returns, taking place amid the pandemic, through capacity-building activities, the expansion of triage, medical and emergency shelter facilities, as well as hygiene and sanitation materials for frontline service providers.

UNHCR also works extensively with key institutions and community-based actors to strengthen access to rights through information, individual counselling and referrals. Legal assistance and psychosocial support are also made available to people with specific protection risks, including but not limited to survivors of violence and individuals at risk of statelessness. Community engagement remains a core feature of UNHCR activities, mobilizing networks across prioritized communities to strengthen grassroots efforts for access to rights, peaceful coexistence, and now public health risks.


**71** communities
prioritized and supported


**102** Refugee Housing Units
to support the COVID-19 response


**969,000** people*
received assistance by UNHCR & partners


**243,200** people
helped with household items as kitchen sets, mosquito nets or jerry cans

### Making a Difference  January – September 2021

| | |
|---|---|
| Education | 2,100 children benefited by school kits levelling classes |
| Health and Community | 72 health, sports or community centres constructed or rehabilitated |
| Protection | 21,000 people trained on protection issues |
| Gender-based violence | 1,405 survivors assisted |
| WASH | 40,847 people benefitting from improved hygiene conditions |

*\* More than 345K beneficiaries (58%) were newly assisted persons and 249K recurring beneficiaries (42%).*

**UNHCR is grateful for the critical and generous support** provided by donors to the **Venezuela Situation**, as well as those who have contributed to UNHCR programmes with unearmarked funding.

Austria | Belgium | Brazil | Canada | Denmark | European Union | France | Germany | Greece | Ireland | Italy | Japan | Latvia | Luxembourg | Netherlands | Norway | Portugal | Republic of Korea | Slovakia | Spain | Sweden | Switzerland | United Arab Emirates | United Kingdom | United States of America | CERF | Migration MPTF | International Organization for Migration | Unesco | UN Programme On HIV/AIDS | UN Women | United Nations Environment Programme

And to **our private donors:**
International Olympic Committee | The L'Oreal Foundation | Major League Baseball Players Trust (MLBPT) | Private donors Australia | Private donors Italy | Private donors Japan | Private donors Republic of Korea | Private donors Spain | Private donors Sweden | Swedish Postcode Lottery | UNIQLO | UNO-Fluechtlingshilfe | USA for UNHCR |


**54%** funded [2]

**UNHCR urgently needs in 2021**
USD **315.2 million** to save lives and protect the most vulnerable **Venezuelans in the Americas**


- Tightly earmarked
- Earmarked
- Softly earmarked (indicative allocation)
- Unearmarked (indicative allocation)
- Funding gap (indicative)

Funding Update: 16/11/2021

For more information:   Sonia GIANNONE   Senior Donor Relations Officer   giannone@unhcr.org

Alicia ALVAREZ   Associate Reporting Officer   alvarezg@unhcr.org

Venezuela AR_001386

 **UNHCR** The UN Refugee Agency

FACT SHEET

# Venezuela Situation

June 2022

The outflow of Venezuelan refugees and migrants remains **one of the largest displacement crises in the world**. To date, over **6.1 million** have left their homes, of which 5 million are in the Americas.

There are **199,206** Venezuelans **recognised as refugees** worldwide and **971,170 pending asylum claims.** Over **2.7 million regular stay permits** have been granted to Venezuelans since 2014.

In support to receiving States, UNHCR improves **reception conditions**, advocates for **legal stay and inclusion**, mitigate **protection** risks and boost **access to basic services**.

---

**POPULATION OF CONCERN**

## Host Countries



| | |
|---|---|
| Colombia | 1.8 M |
| Peru | 1.3 M |
| Ecuador | 513.9 K |
| United States | 465.2 K |
| Chile | 448.1 K |
| Spain | 418.2 K |
| Brazil | 345 K |
| Argentina | 170.3 K |
| Panama | 121.6 K |
| Dominican Republic | 115.3 K |

*\* Source: Regional Inter-agency Coordination Platform, May 2022*

**FUNDING (AS OF 31 MAY 2022)**

## US$ 366.2 M

requested for the **Venezuela situation**



**19%** funded [2]

- 🟥 Tightly earmarked
- 🟨 Earmarked
- 🟦 Softly earmarked (indicative allocation)
- 🟩 Unearmarked (indicative allocation)
- ⬜ Funding gap (indicative)

---

Operational **context**

The socio-economic crisis triggered by the pandemic has taken a heavy toll on Venezuelan refugees and migrants. Many have lost all sources of income, exposing them to destitution, homelessness, exploitation, and abuse.

UNHCR's priorities in 2022 focus on support for basic needs, especially in border areas where needs often outstrip the capacities to respond in promoting the inclusion of Venezuelans into national social protection systems and local labour markets, and supporting government plans for long-term solutions, including asylum, regularization schemes and other means of facilitating legal stay. In Colombia, 1,000,000 Venezuelans were registered with biometric data to access the 10-year Temporary Protection Status.

The Inter-Agency Coordination Platform (R4V) and the State-led Quito Process remain key regional mechanisms for harmonizing policies and practices, scaling up and coordinating the humanitarian response and improving access to basic rights. In Venezuela, UNHCR operates within an interagency framework to assist the most vulnerable population groups inside the country, including recent returnees.



***Argentina.*** A Venezuelan entrepreneur showcases her Venezuelan sweet bread initiative. Her enterprise is called Mis Bizcochos and is one of the 32 initiatives that participated in the "Festival del Reencuentro".
© UNHCR/Labaus

---



# Working with **partners**

The **Regional Inter-Agency Coordination Platform** (R4V) was established on 12 April 2018, in response to a request to UNHCR and IOM by the UN Secretary-General to lead and coordinate the response to refugees and migrants from Venezuela. The Platform aims to address the protection, assistance and integration needs of refugees and migrants from Venezuela in affected Latin American and Caribbean States. In this context, 192 organizations have joined forces to establish the **2022 Regional Response Plan for Refugees and Migrants** (RMRP), which serves as a strategic and operational blueprint, a coordination template, and a funding mechanism. Within the R4V Platform, UNHCR co-leads the Protection, Shelter and Human Transportation Sector, as well as the Support Spaces working group. Finally, since 2019, UNHCR works within the framework of the **Humanitarian Response Plan** (HRP) for people who spontaneously returned to Venezuela, IDPs, persons at risk of displacement, refugees, asylum-seekers, and persons at risk of statelessness who require humanitarian assistance and protection safeguards.

# Priorities **in 2022**

In close collaboration with host governments, partner organizations, civil society, faith-based organizations, and UN Agencies, UNHCR is undertaking the following activities:

| Protect | **Safe and dignified reception conditions:** UNHCR stepped up its presence in border areas across the region to improve reception conditions and respond to the basic needs of refugees and migrants from Venezuela, including those in a street situation; provide legal aid and counselling on access to asylum and other forms of legal stay; assist relevant authorities to develop an effective coordination and prepare local response and contingency plans, and provide support for the internal relocation of those who would like to be reunited with their families or may access job opportunities elsewhere. |
|---|---|
| | **Support government registration, protection monitoring and regularization schemes:** UNHCR works in close partnership with governments across the region to strengthen registration systems in shelters, screening centres and domestic asylum systems. An analysis of the data collected from all countries hosting Venezuelans allows for enhanced protection monitoring, as well as effective advocacy for long-term solutions that will promote socio-economic inclusion. UNHCR supports the countries hosting Venezuelan refugees and migrants, including Colombia, Dominican Republic and now Ecuador, with the implementation of regularization schemes by providing technical support and sharing information with Venezuelan refugees and migrants. |
| Assist | **Providing access to shelter and settlement:** UNHCR country operations continue supporting access to temporary collective shelters through infrastructure works and shelter management capacity building, with a focus on consolidating a regional response emergency accommodation network. Access to individual shelters through rental programming has been strengthened while settlement and community infrastructure interventions have been prioritized in hosting territories. |
| | **Direct humanitarian assistance to meet basic needs:** Venezuelan refugees and migrants are still facing pandemic-related border restrictions, which creates heightened risks as they enter countries irregularly to seek protection and assistance. Host communities are also dealing with the negative impacts of the pandemic and the more recent impact of other humanitarian crises, including increased unemployment and inflation rates and stagnant economies, reducing the options of livelihoods opportunities. UNHCR has seen an increase in the number of 'settled' Venezuelans unable to meet their survival (basic) needs, as well as an increasing number of requests for assistance. UNHCR uses unconditional cash transfers to help POC temporarily meet their needs, providing assistance for rent, food and utilities. UNHCR gives cash so that Venezuelans can become contributing members of the local economy, by purchasing their goods in neighbourhood markets and paying rent to local landlords. In 2021, UNHCR delivered cash assistance to over 180,000 Venezuelans across Latin America and the Caribbean. |
| Empower | **Campaigns against xenophobia:** In an effort to curb growing xenophobia and discrimination against Venezuelans and promote solidarity in the host communities, the Regional R4V Platform launched  a digital campaign **Acortemos Distancias** in August 2020. The campaign reached over 18 million internet users across the region, using social media to generate positive dialogue. Inter-Agency national initiatives accompany these efforts in Panama (Somos lo Mismo), Peru (Tu Causa Es Mi Causa), Colombia (Somos Panas Colombia and Juntos más Grandes), Ecuador (Humano), Dominican Republic (Gracias Dominicana). |



**Protection interventions in main hosting areas:**
Main protection risks faced by Venezuelans include Gender-Based Violence (GBV), human trafficking and smuggling, discrimination and xenophobia, inability to access documentation, regularization and asylum systems, and lack of access to basic services, each of which significantly exacerbated by the COVID-19 pandemic. The **Regional Safe Spaces Network** provides specialized services to GBV survivors and children at risk inside Venezuela and in host countries. UNHCR, as regional co-lead of the R4V platform, implements the **regional Support Spaces Network** through which services are provided in hosting countries. The **Regional Protection Sector** of the R4V Platform, co-led by UNHCR, focuses on regularization and legal stay arrangements for Venezuelans, access to national protection systems and improved protection response to disproportionately affected population groups. As part of its community-based protection strategy, UNHCR works with outreach volunteers to improve the protection environment and ensure two-way communication and accountability. Information materials on the prevention and mitigation of GBV, Sexual Exploitation and Abuse (SEA), among others, have been developed and disseminated through different communication channels.

**Solve**

**Livelihoods and economic inclusion:** Despite efforts made by host communities and governments, Venezuelans face increasing challenges related to unemployment and poverty. The impact of the pandemic has further aggravated this situation. UNHCR is strengthening ties with the private sector through initiatives like **Empresas com Refugiados** in Brazil and Ecuador, **Talento sin Fronteras** in Panama and **Living the Integration** in Costa Rica focusing on employability and entrepreneurial skills of Venezuelans while sensitizing and informing private sector actors. In October 2021 UNHCR signed a regional agreement with ManpowerGroup (a global leader in workforce solutions) to facilitate new ways of working together that support PoC aspirations to find formal work. Through the Inter-Agency project Inclusive Cities UNHCR, IOM and UN-Habitat are fostering local authorities' capacities of response and inclusive planning to reduce vulnerabilities of refugees and migrants from Venezuela. UNHCR is promoting financial inclusion of refugees' entrepreneurs by facilitating partnerships with financial institutions. In 2022, UNHCR signed an agreement with the **Inter-American Development Bank** to address the forced displacement crisis and foster solutions to promote the inclusion of displaced populations in host communities.

# Climate change

UNHCR and R4V partners take environmental considerations and climate action into account: According to the self-assessment exercise of RMRP 2022, more than half of all partners submitting projects have at least partially considered the inclusion of environmental factors into the design of their intervention; an additional quarter declared to intend to carry out environmental assessments before starting implementation. This is also in response to requests from donors, which increasingly include environmental and climate safeguards for funding.

For some partners, especially those that have recently joined the RMRP, environmental mainstreaming and climate action are still a new approach. Therefore, awareness of their importance and potential is being raised. Few, mostly international organizations, have access to specialized in-house knowledge or can afford external expertise to proactively integrate environmental considerations into program planning. In most cases, partners must rely on available general information to incorporate environmental aspects. Therefore, strategic sectoral approaches at the country level and improved access to context-appropriate planning tools will be an important way to incorporate environmental mainstreaming and climate action into project cycle management.

# Innovation

UNHCR has been supporting operations in strengthening their digital engagement channels with refugees and migrants to underpin the delivery of UNHCR's protection mandate. As such, WhatsApp information lines have been established in Brazil, Chile, Ecuador, and implementation is ongoing in Peru, Honduras, Guatemala, Costa Rica, and El Salvador. In addition, through the Digital Inclusion Fund, the Innovation Service has been fostering new approaches to tackle digital challenges faced by refugees and migrants in the region.

In 2021, UNHCR worked together with indigenous communities in northern Colombia to design and implement a community network to facilitate access to information, communication with loved ones, access to ongoing regularization processes and educational resources, empowering individuals, and promoting Wayúu culture and traditions. Moreover, UNHCR explored leveraging existing community influencers online to strengthen UNHCR



FACT SHEET > **Venezuela Situation** / June 2022

communications efforts in Chile. Finally, UNHCR along with UN Global Pulse – the UN Secretariat's initiative on big data and artificial intelligence – are jointly supporting UNHCR Boa Vista in Brazil working together to create a predictive analytics model to calculate and anticipate the number of displaced persons a) that have already crossed the Brazil-Venezuela border and b) that might potentially cross in order to understand their need for humanitarian support and overall strengthen contingency planning and protection efforts. UNHCR has recently launch a series of thematic funds – Digital Inclusion, Environment and Resilience, Data Innovation – to enable colleagues across UNHCR to develop, test and experiment with innovative solutions and make UNHCR more agile and effective in pursuing Strategic Directions.

**UNHCR's humanitarian response in the Americas is made possible thanks to the generous support of major donors who have contributed with unrestricted funding to UNHCR's global operations, and to donors who have generously contributed to operations responding to the Venezuela situation.**

Thanks to all our **donors in 2022 (as of 31 May):**

Belgium | Canada | Colombia | Denmark | European Union | France | Germany | Ireland | Italy | Japan | Luxembourg | Migration MPTF | Netherlands | Norway | Spain | Sweden | Switzerland | United States of America

And to our **private donors:**

International Olympic Committee | The L'Oreal Foundation| Private donors Japan | Private donors Republic of Korea | Private donor Spain | Swedish Postcode Lottery | UNO-Fluechtlingshilfe

**CONTACT**

**Sonia Giannone**, Senior Donor Relations Officer, giannone@unhcr.org

**Carla Calvo,** Reporting Officer**,** calvoc@unhcr.org

**Vanessa Villalibre,** Associate Reporting Officer**,** villalib@unhcr.org



IMMIGRATION

# US Policy Prompts Some Venezuelan Migrants to Change Route

October 14, 2022 9:12 PM

Associated Press

NECOCLI, COLOMBIA — Venezuelan Gilbert Fernandez still plans to cross the dangerous Darien jungle into Panama and head toward the United States over land, despite a U.S. announcement that it will grant conditional humanitarian permits only to 24,000 Venezuelan migrants arriving by air.

"The news hit us like a bucket of cold water," Fernandez said Thursday, a day after the announcement, which also stated that Venezuelans arriving by land at the Mexico-U.S. border would be returned to Mexico.

Fernandez spoke to The Associated Press on a beach in Necocli, a Colombian town where about 9,000 people, mostly Venezuelans, waited to board a boat to take them to the entrance of the Darien Gap connecting the South American country to Panama. From there, migrants head by land through Central America and Mexico toward the U.S.

Some on the Colombian beach said they would seek other routes into the United States or give up the voyage after hearing the news. Critics noted that the announced number of humanitarian visas is just a fraction of the number of Venezuelans seeking to enter the United States.

## No turning back

But for Fernandez it was too late to turn back. He said he sold his car and his land in Venezuela to finance the trip with his 18-year-old son and his friends, and he no longer has money for a plane ticket to the U.S.

"Those of us who have already started, how are we going to do that?" he wondered. "We are already involved in this."

Venezuela AR_001391

The U.S. and Mexico said Wednesday that the Biden administration agreed to accept up to 24,000 Venezuelan migrants at U.S. airports, while Mexico agreed to take back Venezuelans who come to the U.S. over land.

Venezuelans who walk or swim across the border will be immediately returned to Mexico under a pandemic rule known as Title 42 authority, which suspends rights to seek asylum under U.S. and international law on grounds of preventing the spread of COVID-19.

The U.S. offer to the Venezuelans is modeled on a similar program for Ukrainians who fled Russia's invasion.

The moves are a response to a dramatic increase in migration from Venezuela, which surpassed Guatemala and Honduras in August to become the second-largest nationality arriving at the U.S. border after Mexico.

So far in 2022, more than 151,000 people have crossed into Panama through the jungle, the majority — 107,600 — Venezuelans. That already exceeds the 133,000 people who crossed in the previous year, according to official Panamanian figures. The trip through the inhospitable jungle is fraught with dangers, including thieves, human traffickers and the possibility of sexual assault. Armed groups operate in the region.

Arrests of Venezuelans at the U.S. border have also increased. Authorities detained Venezuelans 25,349 times in August, making them the second most detained nationality at the border, after Mexicans.

For some, the offer of 24,000 humanitarian visas is not enough given the dimensions of Venezuela's migration situation, and many consider the conditions on those visas too difficult.

Maria Clara Robayo, an investigator for the Venezuelan Observatory at Colombia's Del Rosario University, said the flow of migrants through the Darien Gap might be reduced a bit but won't stop.

"People will continue exposing themselves to precarious situations" crossing the jungle, she said.

## Reconsidering options

Venezuela AR_001392

Jeremy Villegas arrived in Necocli in a group of 30 people, most of whom are turning back or looking for other routes. He said he is still undecided and is waiting to hear from people who are farther along the route to know if it is worth the risk.

Cristian Casamayor said he has decided to stop his journey through the Darien after hearing of the new U.S. policy.

"I stopped out of awareness and being smart. ... They mark your passport, and you can no longer enter the United States," he said, adding that he has not decided where he will go now. All he knows is that he will not return to Venezuela.

Mario Ricardo Camejo, a member of the nonprofit Colombian-Venezuelan foundation Fundacolven, said that while they appreciate any help and humanitarian visas from countries like the U.S., they worry the help comes with conditions that make it difficult on the poorest migrants. For example, having to arrive by plane and having a financial sponsor.

"Automatically, a filter is created that ensures the help does not reach the people who need it most," Camejo said.

Of the more than 7.1 million Venezuelans who have left their country because of the social and economic crisis, at least 4.3 million have difficulties accessing food, housing and formal employment, according to a report released Wednesday by the International Organization for Migration and the U.N. High Commissioner for Refugees.

Venezuelans back in that country's capital agreed the new rules will hurt.

"The people who leave by land have no money, no visa, no family there" in the United States, José Santana said in Caracas' central plaza. "It is useless for them to say that they are going to let many enter by plane."

# El Paso **Times**

NEWS

# El Paso struggles to keep up with Venezuelan migrants: 5 key things to know



**Lauren Villagran**
El Paso Times

Published 2:15 p.m. MT Sept. 14, 2022 | **Updated 9:38 a.m. MT Sept. 16, 2022**

Border authorities continued to release migrants near the Greyhound bus station Downtown on Wednesday, as the number of Venezuelans and others arriving outpaced the ability of El Paso area shelters to temporarily house them.

City residents have donated water bottles, foil-wrapped burritos, clothes, cereal boxes, coolers, blankets and other necessities to the migrants — many of whom are only waiting for a sponsor to purchase a ticket out of town, or for the Border Patrol to release another loved one from custody.

A U.S. Border Patrol spokesman in El Paso said the agency has released about 1,000 people in the past week directly to the street but also is working with area shelters that can provide assistance to those with lawful claims, as well as with U.S. Immigration and Customs Enforcement to detain some of the migrants. Those released to the street have been granted provisional status while they await the next step in their immigration proceedings.

Venezuelans have been fleeing political oppression and severe economic hardship in their country for years, but the exodus has intensified in 2022.

In the first 10 months of fiscal 2022, CBP encountered or apprehended more than 130,000 Venezuelan nationals, up from more than 50,000 Venezuelans encountered or apprehended in fiscal 2021. The majority are turning themselves in to Border Patrol; some are asking for asylum in the U.S.

Venezuelans crossed the Texas border in the Del Rio area in large numbers for months, but their migration pattern has recently shifted to El Paso, where Border Patrol says agents have processed an average of 660 Venezuelans per day.

Here are a few things to know about Venezuelan migration:

## Why are people fleeing Venezuela?

Rich with crude oil, Venezuela was once one of the wealthiest countries in Latin America and a magnet for migrants from the region and beyond. It was also a country of deep social and economic inequality, and those conditions helped usher in socialist President Hugo Chávez.

Before his death in 2013, Chávez spent more than a decade redistributing Venezuela's oil wealth with myriad social programs, according to the Migration Policy Institute. But he also destabilized the economy by nationalizing private companies. His successor, Nicolás Maduro, continued on his predecessor's authoritarian path and disastrous economic policies.

On Wednesday, 38-year-old Venezuelan Joselín Cuicas said she left after inflation got so high that the *bolívares* she earned as a preschool teacher didn't amount to more than $20 per month. She could barely afford food; she and her daughter were down to one meal a day, she said.

Years ago, "there was gasoline; you could have whatever car you wanted, whatever clothes you wanted, " she said, sitting on a pile of blankets by the Greyhound station. "We had our little house. Now it's worth nothing. The car is worth nothing."

**More:** Venezuelan migration overwhelming area shelters; families sleeping on El Paso streets

The U.S. granted Venezuelans "temporary protected status," or TPS, because of factors that prevented their safe return to their country, including, "severe economic and political crises ongoing within Venezuela, which have an impact across sectors, including limited access to food, basic services and adequate health care, and the deterioration of the rule of law and protection of human rights."

Homeland Security Secretary Alejandro Mayorkas extended TPS in July for Venezuelan migrants present in the U.S. before March 9, 2021. TPS isn't available to those who have crossed the border since.

## Why aren't other countries helping?

Actually, they are. More than 6 million Venezuelans have left Venezuela in the past decade.

Venezuela AR_001395

This graphic shows the number of Venezuelans taken in by other countries in Latin America — especially Colombia and Peru.

More than 1.8 million Venezuelans were living in Colombia at the end of last year, while another 1.3 million were living in Peru.

Some Venezuelan migrants in El Paso told the El Paso Times they faced discrimination in Colombia and Peru and returned to Venezuela only to be labeled "traitors to the homeland" for having left in the first place.

The U.S. also is helping other countries help Venezuelans. During a June Summit of the Americas in Los Angeles, the U.S. pledged $314 million of the State Department's Bureau of Population, Refugees, and Migration for humanitarian and development assistance for refugees and vulnerable migrants across the hemisphere, including humanitarian aid for Venezuelans in 17 countries in the region.

## Is the Title 42 policy still in effect?

The pandemic-era rule that allows border authorities to quickly expel migrants to their countries of origin remains in effect. Still, not all migrants can be subjected to Title 42 expulsion.

The U.S. ended its diplomatic relationship with Venezuela in 2019, and U.S. Immigration and Customs Enforcement can't easily return migrants on government flights to Venezuela. Immigrant advocates say some Venezuelans might have strong claims to seek asylum, given the political turbulence in their home country.

Men, women and children crossed the Rio Grande on Wednesday near the border south of El Paso's Chihuahuita neighborhood and presented themselves to Border Patrol agents.

The Border Patrol had established a sort of field processing center in the vicinity. There were portable bathrooms lined up against the border wall, floodlights to allow agents to continue processing people through the night and buses outfitted with computers and Wi-Fi to run background checks in the field.

Anyone with a criminal record was turned over to U.S. Immigration and Customs Enforcement, which also had a bus waiting to take those who would be detained to an immigration detention center.

The Biden administration has tried to end the Title 42 expulsion rule, which was instituted in March 2020 by the Centers for Disease Control and Prevention as part of the Trump administration's response to COVID-19. But courts have blocked the administration from lifting it.

**More:** El Paso officials trying to avert humanitarian crisis after migrants dropped Downtown

## Why wasn't El Paso prepared for Venezuelan migrants?

El Paso has long relied on the nonprofit Annunciation House to temporarily care for migrants released by the U.S. Border Patrol to pursue lawful immigration status. In July, Annunciation House closed the largest single migrant shelter in the region with space to host roughly 1,500 people.

Although Annunciation House maintains two smaller shelters in El Paso and also organizes a network of church-based shelters in the city and Southern New Mexico, when migrant arrivals top 1,000 per day and daily releases reach the hundreds, the network is unable to accommodate everyone.

The city and county both provide aid to Annunciation House and migrants directly but historically have been reluctant to provide shelter. That might be changing, as the county explores opening a migrant hospitality site.

## Why are Venezuelan migrants on El Paso streets?

The U.S. Border Patrol's Central Processing Center in El Paso is overcrowded. Designed to hold no more than 1,700 people, including an annex to the original facility, the center has been overcrowded with hundreds more people than its capacity.

Once migrants are processed for provisional release, Border Patrol and ICE typically try to release them to the Annunciation House shelter network. If the network can't accommodate people, the agencies will drop migrants off on the street "near community shelters, homeless shelters and bus stations," according to a Border Patrol statement.

Many migrants move on quickly from El Paso to their destinations in the U.S., thanks to resources and sponsors who pay for their travel arrangements.

Venezuelans are coming with next to nothing; their national currency is all but worthless. And with a much smaller diaspora in the U.S. than other nationalities, Venezuelans don't have an extensive network in the U.S. on which to rely.

*This story has been updated.*

*Lauren Villagran can be reached at lvillagran@elpasotimes.com or on Twitter @laurenvillagran.*

Venezuela AR_001398

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/violence-plagues-migrants-under-u-s-remain-in-mexico-program-11577529000

LATIN AMERICA

# Violence Plagues Migrants Under U.S. 'Remain in Mexico' Program

Migrants seeking shelter in the U.S. under Trump administration policy report rising numbers of kidnappings by criminal groups

*By Robbie Whelan* [Follow] *| Photographs by Scott Dalton for The Wall Street Journal*
Dec. 28, 2019 5:30 am ET

NUEVO LAREDO, Mexico—Every morning, Lorenzo Ortíz, a Baptist pastor who lives in Texas, drives a 12-seat passenger van packed with food and blankets across the border to pick up migrants who have been dropped off in Mexico and ferry them to shelters.

His mission is to keep the migrants safe from organized crime groups that prowl the streets of this violent Mexican border town. Since the Trump administration began implementing its Migrant Protection Protocols program at the start of 2019—widely known as Remain in Mexico—some 54,000 migrants, mostly from Central America, have been sent back to northern Mexico to wait while their asylum claims are processed. Mexico's government is helping implement it.

But in cities like Nuevo Laredo, migrants are sitting ducks. Over the years, thousands have reported being threatened, extorted or kidnapped by criminal groups, who prey upon asylum seekers at bus stations and other public spaces.



Venezuela AR_001399