UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-007 |
|---|---|---|---|

STATE OF TEXAS, et al.

*versus*

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Benjamin Michael Flowers<br>Office of the Ohio Attorney General<br>30 E. Broad St., 17th Floor<br>Columbus, OH 43215<br>(614) 466-8980  benjamin.flowers@ohioago.gov<br>Ohio 0095284<br>Northern District of Ohio |
|---|---|

| Name of party applicant seeks to appear for: | State of Ohio |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/24/23    Signed: [signature]

The state bar reports that the applicant's status is:

Dated: _____    Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge