United States District Court
Southern District of Texas
**ENTERED**
March 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-007 |
|---|---|---|---|

STATE OF TEXAS, et al.

*versus*

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Benjamin Michael Flowers<br>Office of the Ohio Attorney General<br>30 E. Broad St., 17th Floor<br>Columbus, OH 43215<br>(614) 466-8980  benjamin.flowers@ohioago.gov<br>Ohio 0095284<br>Northern District of Ohio |
| Name of party applicant seeks to appear for: | State of Ohio |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/24/23 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 3-24-2023 | Clerk's signature: KPapain |

### Order

Dated: March 24, 2023

This lawyer is admitted *pro hac vice*.

_Drew B Tipton_
United States District Judge