United States District Court
Southern District of Texas

**ENTERED**
March 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| U.S. Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James K. Rogers<br>America First Legal Foundation<br>300 Independence Avenue SE<br>Washington, DC 20003<br>(202) 964-3721<br>James.Rogers@aflegal.org<br>State Bar of Arizona, bar #: 027287<br>District of Arizona, bar #: 027287 |
|---|---|

| Name of party applicant seeks to appear for: | State of Texas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/20/2023 | Signed: | /s/ James Rogers |
|---|---|---|

| The state bar reports that the applicant's status is: Eligible to Practice |
|---|
| Dated: 3/24/2023   Clerk's signature  [signature] |

### Order

Dated: March 24, 2023

_/s/ Drew B Tipton_
United States District Judge

This lawyer is admitted *pro hac vice*.