IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, et al.,<br><br>   *Plaintiffs,*<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>   *Defendants.* | Civil Action No. 6:23-cv-00007 |

**NOTICE OF APPERANCE**

Please take notice that undersigned counsel hereby enters her appearance on behalf of all Defendants, without waiver of jurisdiction, service, or venue.

Dated: March 24, 2023

ALAMDAR S. HAMDANI
United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Elissa P. Fudim*
ELISSA FUDIM
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073

Email: elissa.p.fudim@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed this notice with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Elissa Fudim*
ELISSA FUDIM
U.S. Department of Justice