**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> *Plaintiffs,* <br><br> v. <br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants.* | Civil Action No. 6:23-cv-00007 |

**DEFENDANTS' FIRST SET OF
REQUESTS FOR PRODUCTION, INTERROGATORIES,
AND REQUESTS FOR ADMISSION TO PLAINTIFFS**

Pursuant to Federal Rules of Civil Procedure 33, 34, 36, Defendants Joseph R. Biden, Jr., *et al.*, hereby serve the following Requests for Production, Interrogatories, and Requests for Admission upon Plaintiffs. Plaintiffs, separately and individually, shall respond fully to Defendants, in writing and under oath, by April 28, 2023 (pursuant to the Court's scheduling order, ECF No. 90, at ¶ 7(c)), in accordance with the Federal Rules of Civil Procedure.

## DEFINITIONS

1. "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside the scope.

2. "CHNV Parole Processes" refers to the administrative actions by Defendants challenged by Plaintiffs in this case, namely policies applying the parole authority at 8 U.S.C. § 1182(d)(5)(A) on a case-by-case basis for urgent humanitarian reasons and/or significant public benefit under certain circumstances for specified nationals of Cuba, Haiti, Nicaragua and Venezuela seeking entry into the United States, implemented October 18, 2022 for Venezuelan nationals and January 6, 2023 for Cuban, Haitian and Nicaraguan nationals, as provided for in: *Implementation of a Parole Process for Cubans*, 88 Fed. Reg. 1266 (Jan. 9, 2023); *Implementation of a Parole Process for Haitians*, 88 Fed. Reg. 1243 (Jan. 9, 2023); *Implementation of a Parole Process for Nicaraguans*, 88 Fed. Reg. 1255 (Jan. 9, 2023); *Implementation of a Parole Process for Venezuelans*, 87 Fed. Reg. 63,507 (Oct. 19, 2022); and *Implementation of Changes to the Parole Process for Venezuelans*, 88 Fed. Reg. 1279 (Jan. 9 2023).[1]

---

[1] The U.S. Department of Homeland Security ("DHS") began accepting online applications for Venezuelan nationals on October 18, 2022.

3. "Effective Dates" refers to the dates the CHNV Parole Processes were implemented—January 6, 2023 for the Cuban, Haitian and Nicaraguan Processes, and October 18, 2022 for the Venezuelan Processes.

4. "Complaint" or "Amended Complaint" refers to the operative complaint in this case, which is currently ECF No. 20.

5. "Defendants" means the United States and all federal government entities, officers and agencies named as defendants in the Amended Complaint, namely: U.S. Department of Homeland Security; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; U.S. Citizenship and Immigration Services; Ur Jaddou, in her official capacity as Director of U.S. Citizenship and Immigration Services; U.S. Customs and Border Protection; Troy Miller, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; U.S. Immigration and Customs Enforcement; and Tae Johnson, in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement.

6. "Document" shall be construed to be synonymous in meaning and equal in scope to the usage of the term in Federal Rule of Civil Procedure 34(a), in its broadest sense, and shall mean and include all written, printed, typed, recorded or graphic matter of every kind and description, including correspondence, both originals and copies, and all attachments and appendices thereto, that are in your possession, custody, or control, or in the possession, custody, or control of your attorney. A Document is deemed to be within your control if

---

https://www.federalregister.gov/documents/2022/10/19/2022-22739/implementation-of-a-parole-process-for-venezuelans. DHS began accepting online applications for Cuban, Haitian, and Nicaraguan nationals on January 6, 2023. https://www.uscis.gov/newsroom/alerts/dhs-implements-new-processes-for-cubans-haitians-and-nicaraguans-and-eliminates-cap-for-venezuelans.

you have ownership, possession, or custody of the Document, or the right to secure the Document or copy thereof from any persons or public or private entity having physical control thereof.

7. "Parole" means the release of a noncitizen into the United States pursuant to 8 U.S.C. § 1182(d)(5)(A).

8. "You" means any Plaintiff State, including all its agencies, subdivisions, and officers acting in official capacity.

9. "Noncitizen" means any person who is not a citizen or national of the United States.

10. "Relating to" or "related to" mean, without limitation, anything that, in whole or in part, directly or indirectly, analyzes, comments upon, comprises, concerns, constitutes, contains, discusses, embodies, evidences, explains, identifies, manifests, mentions, reflects, refers to, relates to, states, summarizes, or is in any way relevant to the particular subject matter identified.

11. The time period, or "relevant period" as used below, for these demands pertain to the period of January 1, 2019 to the present, unless stated otherwise.

## INSTRUCTIONS

1. Each Interrogatory should be answered in full, in writing, separately by each Plaintiff State, and signed by the person answering, and any objections signed by the attorney making them.

2. If you object to any Interrogatory or to a part of an Interrogatory, clearly state the basis for the objection. If you object to only part of any Interrogatory, answer the remainder of the Interrogatory. If an objection is based on a claim of privilege or other protection, clearly state the particular privilege or protection invoked.

3. If you object to any Interrogatory or Request for Production, you must state whether you are withholding documents on the basis of that/those objection(s). FRCP 34(b)(2)(C).

4. For each Request for Production, all documents that are responsive, in whole or in part, to any portion of the Request shall be produced in their entirety, including all attachments and enclosures.

5. Documents produced in response to these Requests should be produced in full and should not be separated or disassembled from their attachments. Documents should be labeled to reflect the particular Requests to which they are responsive or produced as they are kept in the ordinary course of business. Documents should be produced in such a manner as to identify the file which in the document was kept in the ordinary course of business.

6. For each request, produce all original documents, and all duplicate documents which were altered in any manner or added to after being duplicated and thus differ in some manner from the original.

7. Electronically stored information should be produced as Single Page Images (in black and white tiff or color jpg format) with limited selected native files (spreadsheets). Image load files should be produced along with data load files providing delimited meta-data. Document-level text files containing the extracted text from each file, or OCR for files that are not text-extractable, should also be produced.

8. Electronically stored information should be produced with all relevant metadata, including custodian, duplicate custodian, filename, file author, date last modified, time last modified, bates start, bates stop, bates attach start, bates attach stop, bates range, email subject, file title, to, from, cc, bcc, date sent, time sent, date received, and time received.

9. Microsoft Access or Excels, or other spreadsheet or database files, should be produced in native form.  Placeholder TIFF images shall be produced with each native file.

10. Unless the context clearly requires otherwise, these Requests for Production include all documents within your possession, custody or control, those within the possession, custody or control of each of your attorneys, agents, associates, and/or employees, and those to which any of those persons has access.

11. A document shall be deemed to be in your possession, custody, or control if it is in your physical custody, if it is in the custody of your attorneys, employees or agents, or if it is in the physical custody of any other person and You (a) own such document in whole or in part, (b) have a right, by contract, statute or otherwise, to use, inspect, examine or copy such document on any terms, (c) have an understanding, express or implied, that you may use, inspect, examine or copy such document on any terms, or (d) have, as a practical matter, been able to use, inspect, examine, or copy such document when you sought to do so.

12. The obligation to provide the information sought by this Request is continuing and shall be promptly supplemented in accordance with Fed. R. Civ. P. 26(e) whenever you receive or discover additional responsive documents.

13. If you contend that you are unable to produce fully and completely the documents requested herein, or any portion thereof, after exercising due diligence to locate those documents, please so state, specifying the basis for such limited production, the reasons for the inability to produce the documents requested, whether said documents have been destroyed and if so why, and whatever information or knowledge you may have concerning the locations of such documents.

14. Where an objection is made to a Request, state with specificity all grounds for the objection, and whether Plaintiffs are withholding any documents as a result of the objection. If the objection is to only part of a Request, provide documents as to the remainder of the Request.

15. If any responsive document contains both privileged and non-privileged material, produce the entire document with the privileged material redacted and the fact of the redaction clearly indicated.

16. If an objection to a Request for Production is based on a claim of privilege or other protection, clearly state the particular privilege or protection invoked. In a privilege log, for each such invocation of privilege, state the type of document, title, date, particular claim of privilege or protection, and factual or legal basis for asserting the privilege or protection.

# INTERROGATORIES

**INTERROGATORY NO. 1:** How many Cuban, Haitian, and Nicaraguan noncitizens live in your State? Provide this data for each of these populations for the relevant period, by year and month, and since January 6, 2023.

**INTERROGATORY NO. 2:** How many Cuba, Haitian, and Nicaraguan noncitizens paroled into the country under the Cuban, Haitian, and Nicaraguan Parole Processes live in your State?

**INTERROGATORY NO. 3:** How many Venezuelan noncitizens live in your State? Provide this data for the relevant period, by year and month, and since October 18, 2022.

**INTERROGATORY NO. 4:** How many Venezuelan noncitizens paroled into the country under the Venezuelan Parole Process live in your State?

**INTERROGATORY NO. 5:** For each of Interrogatories No. 1 and 3, state how many of these individuals were paroled into the United States under the CHNV Parole Processes and how many entered the United States through a process other than the CHNV Parole Processes.

**INTERROGATORY NO. 6:** Describe your means of tracking the data requested in Interrogatories No. 1 to 5. Identify all sources of data and their author(s).

**INTERROGATORY NO. 7:** How many Cuban, Haitian, Nicaraguan, and Venezuelan noncitizens who live in your State have been convicted of crimes in your State during the relevant period? Provide data for the relevant period, by year, and since the Effective Dates.

**INTERROGATORY NO. 8:** How many Cuban, Haitian, Nicaraguan, and Venezuelan noncitizens who live in your State have received healthcare and medical services for which some or all the cost has been paid by your State without reimbursement, and how much money did you spend on such services. Provide data for expenditures which occurred during the relevant period, by year, and since the Effective Dates.

**INTERROGATORY NO. 9:** How many Cuban, Haitian, Nicaraguan, and Venezuelan noncitizens who live in your State have received state-subsidized public education and how much money was spent on providing such services? Provide data for the relevant period, by year, and since the Effective Dates.

**INTERROGATORY NO. 10:** What costs, if any, has your State incurred from issuing drivers' licenses or State-identification-documents to Cuban, Haitian, Nicaraguan, and Venezuelan noncitizens who live in your State? Provide data for the relevant period, by year, and since the Effective Dates.

**INTERROGATORY NO. 11:** What costs, if any, has your State incurred from providing family and child welfare social services to Cuban, Haitian, Nicaraguan and Venezuelan noncitizens who live in your State. Provide data for the relevant period, by year, and since the Effective Dates.

**INTERROGATORY NO. 12:** For each of Interrogatories No. 7 to 11, state how many of the individuals were paroled into the United States under the CHNV Parole Processes, how many entered the United States other than through the CHNV Parole Processes, and your means of tracking such data. Identify all sources of data and their author(s).

**INTERROGATORY NO. 13:** For each of Interrogatories No. 7 to 11, state your means of tracking the data. Identify all sources of data and their author(s).

**INTERROGATORY NO. 14:** Describe your injury with respect to each of your claims for relief in the Amended Complaint, broken down by claim. Identify which documents you have provided in response to these Requests support each claim.

**INTERROGATORY NO. 15:** To what extent do noncitizens present in your State contribute economic value to your State in any way, tangible and intangible, including but not limited to: paying state income, sales, property and other taxes, providing labor and employment

opportunities, owning homes, and contributing to civic and social causes and initiatives. Specify the categories of economic value and the amount of money earned from each category. To the extent possible, specify the economic contribution by Cubans, Haitians, Nicaraguans and Venezuelans nationals specifically.

**INTERROGATORY NO. 16**: For any Request for Admission that you deny, please explain the basis for your denial and identify any evidence supporting your denial.

# REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Provide all documents and data that show the number of Cubans, Haitians, and Nicaraguans who live in your State, by year, during the relevant period and since January 6, 2023, broken down by nationality.

**REQUEST FOR PRODUCTION NO. 2:** Provide all documents and data that show the number of Venezuelans who live in your State, by year, during the relevant period and since October 18, 2022.

**REQUEST FOR PRODUCTION NO. 3:** Provide all documents and data that show the number of Cubans, Haitians, Nicaraguans, and Venezuelans paroled into the United States under the CHNV Parole Processes specifically, who live in your State.

**REQUEST FOR PRODUCTION NO. 4:** Provide all documents and data that show the cost to your State from providing unreimbursed medical care to Cubans, Haitians, Nicaraguans, and Venezuelans, by year, during the relevant time period, and since the Effective Dates, broken down by the nationality of the noncitizen group.

**REQUEST FOR PRODUCTION NO. 5:** Provide all documents and data that show the cost to your State from providing public education to Cubans, Haitians, Nicaraguans, and Venezuelans, by year, during the relevant time period, and since the Effective Dates, broken down by the nationality of the noncitizen group.

**REQUEST FOR PRODUCTION NO. 6:** Provide all documents and data that show the cost to your State from providing social services to Cubans, Haitians, Nicaraguans, and Venezuelans, by year, during the relevant time period, and since the Effective Dates, broken down by the nationality of the noncitizen group, and the type of social service.

**REQUEST FOR PRODUCTION NO. 7:** Provide all documents and data that show the cost to

11

your State from providing driver's licenses or other identification documents to Cubans, Haitians, Nicaraguans and Venezuelans, by year, during the relevant time period, and since the Effective Dates, broken down by the nationality of the noncitizen group.

**REQUEST FOR PRODUCTION NO. 8:** Provide all documents and data that show the cost to your State associated with law enforcement related to Cubans, Haitians, Nicaraguans and Venezuelans, by year, during the relevant time period, and since the Effective Dates, broken down by the nationality of the noncitizen group.

**REQUEST FOR PRODUCTION 9:** Provide all documents relating to any and all additional injuries that you allege have been caused, or will be caused, to you by noncitizens who enter the United States pursuant to the CHNV Parole Processes.

**REQUEST FOR PRODUCTION NO. 10:** Provide all documents and data that indicate to what extent Cubans, Haitians, Nicaraguans, and Venezuelans who live in your State contribute economic value to your State in any way, tangible and intangible, including but not limited to: paying state income, sales, property and other taxes, providing labor and employment opportunities, owning homes, and contributing to civic and social causes and initiatives, by year, during the relevant time and since the Effective Dates.

**REQUEST FOR PRODUCTION 11**:  Provide all documents and data consulted or relied upon in responding to Defendants' accompanying Interrogatories and Requests for Admission.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Cubans, Haitians, Nicaraguans and Venezuelans paroled into the United States pursuant to the CHNV Parole Processes have been inspected by immigration authorities and permitted to enter the United States.

**REQUEST FOR ADMISSION NO. 2:** You lack any basis to assess the cost to your State caused by any Cubans, Haitians, Nicaraguans, and Venezuelans paroled into the United States pursuant to the CHNV Parole Processes since the Effective Dates.

**REQUEST FOR ADMISSION NO. 3:** You have no evidence that you incurred more costs from Cubans, Haitians, and Nicaraguans entering your State each month since January 6, 2023 than you incurred each month in 2022 from the same populations.

**REQUEST FOR ADMISSION NO. 4:** You have no evidence that you incurred more costs from Venezuelans entering your State each month since October 18, 2022 than you incurred each earlier month in 2022 from the same population.

**REQUEST FOR ADMISSION NO. 5:** You cannot quantify how much money your State would save if no Cuban, Haitian, Nicaraguan, and Venezuelan noncitizens granted parole through the CHNV Parole Processes were present in your State.

**REQUEST FOR ADMISSION NO. 6:** You do not track unreimbursed medical expenditures made specifically on behalf of Cuban, Haitian, Nicaraguan, and Venezuelan noncitizens released into the country generally, or under the CHNV Parole Processes specifically.

**REQUEST FOR ADMISSION NO. 7:** You do not track unreimbursed educational expenditures made specifically on behalf of Cuban, Haitian, Nicaraguan, and Venezuelan noncitizens released into the country generally, or under the CHNV Parole Processes specifically.

**REQUEST FOR ADMISSION NO. 8:** You do not track unreimbursed family and child welfare service expenditures made specifically on behalf of Cuban, Haitian, Nicaraguan, and Venezuelan

noncitizens released into the country generally, or under the CHNV Parole Processes specifically.

**REQUEST FOR ADMISSION NO. 9:** You do not track unreimbursed law enforcement expenditures made specifically on behalf of Cuban, Haitian, Nicaraguan, and Venezuelan noncitizens released into the country generally, or under the CHNV Parole Processes specifically.

**REQUEST FOR ADMISSION NO. 10:** You do not track unreimbursed drivers' licensing and state-identification-document expenditures made specifically on behalf of Cuban, Haitian, Nicaraguan, and Venezuelan noncitizens released into the country generally, or under the CHNV Parole Processes specifically.

**REQUEST FOR ADMISSION NO. 11:** You have not made any changes to State budgeting, programs, or services in response to Defendants' implementation of the CHNV Parole Processes.

**REQUEST FOR ADMISSION NO. 12:** Cubans, Haitians, Nicaraguans, and Venezuelans released into the country generally, or under the CHNV Parole Processes specifically, who live in your State, contribute to the State's revenue by paying taxes.

**REQUEST FOR ADMISSION NO. 13:** Cubans, Haitians, Nicaraguans, and Venezuelans released into the country generally, or under the CHNV Parole Processes specifically, who live in your State, contribute to the State's economy through their labor and purchase of goods or services.

**REQUEST FOR ADMISSION NO. 14:** Fewer Cubans, Haitians, Nicaraguans, and Venezuelans have entered the United States generally since the promulgation of the CHNV Parole Processes than were entering prior to the promulgation of these processes.

**REQUEST FOR ADMISSION NO. 15:** From September 2022 to February 2023, the number of unique encounters of Venezuelans at the Southwest border (in other words, persons not previously encountered in the prior 12 months), between ports of entry, were, respectively by month: September 33,494, October 20,804, November 6,253, December 6,067, January 2,552, February

1,172, *see* https://www.cbp.gov/newsroom/national-media-release/cbp-releases-february-2023-monthly-operational-update, and the total number of Venezuelans encountered at the Southwest border, both at ports of entry and between ports of entry, were, respectively: September 33,804, October, 22,037, November 7,955, December 8,166, January 9,100, February 5,559, *see* https://www.cbp.gov/newsroom/stats/nationwide-encounters.

**REQUEST FOR ADMISSION NO. 16:** From December 2022 to February 2023, the number of unique encounters of Cubans at the Southwest border (in other words, persons not previously encountered in the prior 12 months), between ports of entry, were, respectively by month: December 42,183, January 6,053, February 140, https://www.cbp.gov/newsroom/national-media-release/cbp-releases-february-2023-monthly-operational-update, and the total number of Cubans encountered at the Southwest border, both at ports of entry and between ports of entry, were, respectively: December 34,710, January 6,433, February 753, *see* https://www.cbp.gov/newsroom/stats/nationwide-encounters.

**REQUEST FOR ADMISSION NO. 17** From December 2022 to February 2023, the number unique encounters of Haitians at the Southwest border (in other words, persons not previously encountered in the prior 12 months), between ports of entry, were, respectively by month: December 3,928, January 2,238, February 168, *see* https://www.cbp.gov/newsroom/national-media-release/cbp-releases-february-2023-monthly-operational-update, and the total number of Haitians encountered at the Southwest border, both at ports of entry and between ports of entry, were, respectively: December 5,138, January 3,174, February 7,430, *see* https://www.cbp.gov/newsroom/stats/nationwide-encounters.

**REQUEST FOR ADMISSION NO. 18:** From December 2022 to February 2023, the number of unique encounters of Nicaraguans encountered at the Southwest border, (in other words, persons

not previously encountered in the prior 12 months), between ports of entry, were, respectively by month: December 34,868, January 3,223, February 279, *see* https://www.cbp.gov/newsroom/national-media-release/cbp-releases-february-2023-monthly-operational-update, and the total number of Nicaraguans encountered at the Southwest border, both at ports of entry and between ports of entry, were, respectively: December 35,387, January 3,377, February 639, https://www.cbp.gov/newsroom/stats/nationwide-encounters.

**REQUEST FOR ADMISSION NO. 19:** Following the implementation of the CHNV Parole Processes for Cuban, Haitian, and Nicaraguan noncitizens, and changes to the implementation of the process for Venezuelans, Border Patrol encounters with Cubans, Haitians, Nicaraguans, and Venezuelans between ports of entry at the southwest border declined from a 7-day average of 1,231 on January 5, to 59 on January 31 (a 95% drop in just three weeks), *see* https://www.cbp.gov/newsroom/national-media-release/cbp-releases-january-2023-monthly-operational-update, to just 46 on February 28—a drop of 98% in just two months. *See* https://www.cbp.gov/newsroom/national-media-release/cbp-releases-february-2023-monthly-operational-update.

**REQUEST FOR ADMISSION NO. 20:** You have no basis for disputing the accuracy of the data set forth on the following government websites: https://www.cbp.gov/newsroom/national-media-release/cbp-releases-february-2023-monthly-operational-update, https://www.cbp.gov/newsroom/national-media-release/cbp-releases-january-2023-monthly-operational-update, https://www.cbp.gov/newsroom/stats/nationwide-encounters.

**REQUEST FOR ADMISSION NO. 21:** Fewer Cubans, Haitians, Nicaraguans, and Venezuelans have come to live in your State in the three months since the promulgation of the CHNV Parole Processes than did in the three months prior to the promulgation of these processes.

**REQUEST FOR ADMISSION NO. 22:** If fewer Cubans, Haitians, Nicaraguans, and Venezuelans were paroled or otherwise allowed to enter the country after the CHNV Parole Processes were instituted than before the CHNV Parole Processes were instituted, and as a result fewer Cubans, Haitians, Nicaraguans, and Venezuelans came to live in your States, you have no injury, and thus no standing in this case.

**REQUEST FOR ADMISSION NO. 23:** Fewer Cuban, Haitian, Nicaraguan and Venezuelan nationals are released into the United States as a result of Mexico agreeing to accept the returns of Cuban, Haitian, Nicaraguan and Venezuelan nationals.

Date: March 24, 2023

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Elissa P. Fudim*
ELISSA FUDIM
ERIN T. RYAN
JOE DARROW
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073
Email: elissa.p.fudim@usdoj.gov