**United States District Court**
**Southern District of Texas**
**Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>    *Defendants.* | Case 6:23-cv-00007 |

### [Proposed] ORDER

Pending before the Court is Plaintiffs' Motion for Extra-record Discovery. After reviewing the Motion, the Response, the record, and the applicable law, the Court GRANTS Plaintiffs' Motion for Extra-record Discovery.

It is SO ORDERED.

Signed this ___ of _____, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**