# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., | : |
| Plaintiffs, | : |
| v. | : |
| | : Case No. 6:23-cv-007 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., | : |
| Defendants. | : |

## MOTION OF SYLVIA MAY MAILMAN
## TO WITHDRAW AS CO-COUNSEL

Sylvia May Mailman hereby gives notice that she is leaving employment with the Ohio Attorney General's Office. Therefore, pursuant to L.R. 83.2, Mrs. Mailman requests permission to withdraw as counsel for the State of Ohio. Benjamin Flowers will continue to represent the State of Ohio.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Sylvia May Mailman*
BENJAMIN M. FLOWERS
Ohio Solicitor General
SYLVIA MAY MAILMAN
Deputy Solicitor General
30 East Broad Street, 17th Floor
6l4-466-8980
benjamin.flowers@ohioago.gov

*Counsel for State of Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2023, this notice was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Sylvia May Mailman*
SYLVIA MAY MAILMAN