United States District Court
Southern District of Texas
**ENTERED**
March 29, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., | : |
|     Plaintiffs, | : |
| v. | : Case No. 6:23-cv-007 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., | : |
|     Defendants. | : |

## ORDER

Having considered the Motion to Withdraw as Attorney as to Sylvia May Mailman, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Sylvia May Mailman as attorney for State of Ohio in this case.

IT IS SO ORDERED this the   29th   day of     March    , 2023.

_____
Hon. Drew B. Tipton
United States District Judge
Southern District of Texas