# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **U.S. DEPARTMENT OF** | § | |
| **HOMELAND SECURITY, et al.,** | § | |
| | § | **Civil Action No. 6:23-cv-0007** |
| **Defendants,** | § | |
| | § | |
| **and** | § | |
| | § | |
| **VALERIE LAVEUS, PAUL ZITO,** | § | |
| **FRANCIS ARAUZ, ERIC SYPE, DR.** | § | |
| **KATE SUGARMAN, DR. NAN** | § | |
| **LANGOWITZ, and DR. GERMÁN** | § | |
| **CADENAS,** | § | |
| | § | |
| **Intervenor-Defendants.** | § | |
| | § | |

## [PROPOSED] ORDER GRANTING PROPOSED INTERVENORS' MOTION TO INTERVENE

Pending before the Court is Proposed Intervenor-Defendants' Motion to Intervene. After reviewing the Motion, any further briefing, and the record and applicable law, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.

Signed this _____ of _____,

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**