**EXHIBIT B:** Declaration of Paul Zito

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Case No. 6:23-cv-00007 |

**DECLARATION OF PAUL ZITO**
**(pursuant to 28 U.S.C. § 1746)**

I, Paul Zito, upon my personal knowledge, hereby declare as follows:

1. I was born in Dallas, Texas on September 2, 1955. I am a United States citizen and a devout Christian.

2. I currently live in Austin, Texas with my wife. We have three children, Lianna (34 years old), Katarina (28 years old) and Naomi (26 years old). They live in Austin, Texas.

3. I attended the University of Texas at Austin and graduated in 1977. Upon graduation, I moved back home to Dallas, where I stayed until 1995. I returned to Austin in 1995 and have lived here ever since, for the last 28 years.

4. I am currently retired in the sense that I do not have a day job. Currently, I invest in various businesses, principally in the central Texas area, such as apartments, a retirement home, an athletic

1

center, industrial properties and an office building, albeit it is in downtown Dallas. We also have built and operated climate-controlled storage units nationwide. In the past, I have co-founded and sold several data networking companies with a business partner.

5. I have submitted to United States Citizenship and Immigration Services Form I-134A, Online Request to be a Supporter and Declaration of Financial Support, so that my good friend Abel, his wife, and their two teenaged daughters may be considered for authorization to travel to the United States pursuant to the parole program for Cubans. I am able and eager to sponsor and financially support Abel's family for at least the next two years.

6. Abel, 51 years old, his wife, 56 years old, and their daughters, 18 and 16 years old, were all born in Cuba and have lived their entire lives there. They currently live in the town of Menelao Mora, Caimito, in the province of Artemisa.

7. I have known Abel since 2015, when I made the first of three trips to Cuba with an organization I was involved with called Hope for Orphans. Through Hope for Orphans, I worked with local churches and seminaries in Cuba to facilitate the adoption of orphaned children into families within the churches and seminaries.

8. During my first trip in September 2015, I went with the Executive Director of Hope for Orphans and a few others. None of us had been to Cuba before, so we had very little guidance until we arrived and met Abel, who agreed to be our guide and interpreter. Abel ended up being our guide and interpreter on each of the three trips I made to Cuba. Abel was a critical part of these trips, as he had both concrete skills and knowledge that allowed us to navigate a country we did not know and not speak the language. Abel was also deeply connected to the Christian community there and is a man of faith like me.

9. I got to know Abel very well during my trips, each of which were about four-to-six days long. Abel, who has Spanish-Jewish ethnic lineage, is a devout Christian who had taken seminary classes online and was very committed himself to the mission that took us to Cuba. Abel has worked with U.S.-based churches and seminaries that do work in Cuba. Abel was such an asset to the program that he eventually became more involved with Hope for Orphans by working as the Director for Cuba.

10. I connected with Abel on a deep level because as believers, we are called to one another. I believe God put Abel before me. Even during periods over the last several years when we have not consistently been in touch, I have felt a powerful connection to him because of our shared experiences and faith.

11. I understand Abel and his family are in a precarious position in Cuba. Abel's ability to support himself and his family has always been difficult, but it has gotten much worse because of the pandemic and increased political unrest in recent years. Abel has worked as a theologian, tour guide, associate pastor and English/Spanish interpreter, but he has been unable to have steady work since the Covid pandemic shut down so many opportunities in Cuba.

12. On top of severe economic instability, the government and public agencies in Cuba are hostile to people like Abel, whose beliefs and mission do not align with Cuba's atheistic government. Abel has been harassed and has risked incarceration because of his faith and support for Hope for Orphan's work in Cuba. Additionally, because Abel's work has been closely intertwined with our faith, this makes it even harder for him to support his family.

13. Around the 2000/2001 time-period, my wife and I adopted two girls, who are now 28 and 26 years old. While the adoption required a significant amount of adaptation, it was ultimately the

3

greatest blessing of my life. I have no doubt that the opportunity to sponsor Abel's family, while it might present some challenges, is a blessing.

14. When presented with the opportunity to file the I-134A for Abel and his family, I took the opportunity for what it is: a calling from God. I believe that we are called to love one another and that God has put Abel and his family before me for a purpose. He is a brother in need and I am committed to doing what is necessary to support him. I worked with Abel and my attorney to get the information we needed and the forms were submitted on February 9, 2023.

15. If Abel and his family are approved to travel to the United States, they will all live with me and my wife. Our children are grown and my wife and I actually began downsizing, but we have put that process on hold so that we can have room for Abel and his family to live with us. I have begun to explore employment options for Abel should he be granted employment authorization, and I have already found leads for places he might be able to work, including a church here in Texas. A simple search on Indeed.com yields a plethora of opportunities in Austin for people with Spanish speaking skills. I am also eager for Abel and his family to get involved with my bible church here in Austin.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Executed at Austin, Texas on March 27, 2023.

_____
Paul Zito

4