**EXHIBIT C:** Declaration of Francis Margarita Arauz Ramirez

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

    *Defendants*.

Case No. 6:23-cv-00007

**DECLARATION OF FRANCIS MARGARITA ARAUZ RAMIREZ**
**(pursuant to 28 U.S.C. § 1746)**

    I, Francis Margarita Arauz Ramirez, upon my personal knowledge, hereby declare as follows:

1. I am a United States citizen. I was born in Leon, Nicaragua on October 3, 1984. I became a naturalized United States citizen in 2016.

2. I am the mother of a 13-year-old United States citizen boy.

3. I currently live in Oakland, California. I have lived in Oakland since I arrived in the United States in 2010. My father had lived in the United States and obtained residency through a law called NACARA. Later, he petitioned for my mother, and then for me and my son, who was 18 months old at the time, as well as for my brother and his young daughter. My brother and our kids all came to the United States in 2010 and have lived here ever since.

1

4. I currently work as a truck driver, driving 18-wheel trucks at the Port of Oakland. I enjoy my job because I help ensure sure goods that arrive at the port get to where they need to go. In order to be a truck driver in the Port of Oakland, I have to have a commercial driver's license, Class A. I also have a Transportation Worker Identification Credential, which was issued by the Transportation Security Administration. I have been a truck driver since 2021.

5. Before working as a truck driver, I was a delivery driver for a medicine company for about four years, from about 2017 to 2021.

6. Before working as a delivery driver, I mostly worked with children. In 2014, I graduated from Chabot College in Hayward, California, as a teacher's assistant. From 2013 to 2016, I worked at a private preschool. From 2016 to 2017, I worked in childcare, both with private families and at a private daycare. I had to pass FBI background checks in order to get hired for all of the jobs that involved children.

7. When I first arrived to the U.S., I worked in a food packing warehouse, and I also did some house cleaning work. But in Nicaragua, I was a social worker, so I wanted to return to work similar to that, and that's how I started studying to work with children.

8. On February 7, 2023, I submitted to United States Citizenship and Immigration Services Form I-134A, Online Request to be a Supporter and Declaration of Financial Support, on behalf of my husband, Moises Esteban Benavides Rodriguez. I am able to sponsor and financially support Moises for at least the next two years so that he may be considered for authorization to travel to the United States as part of the recently established parole process for Nicaraguans.

9. Moises and I got married on June 12, 2022, but we have been in each other's lives since 2006. I met Moises while studying at university in Nicaragua. We got together in 2006 and had our son in 2009. I left Nicaragua in 2010 and unfortunately Moises could not join me. We

initially tried to have a long-distance relationship, but after I arrived in the United States, we took time away from our relationship because the distance was very hard on me. We never stopped being in touch because of our son, so we remained good friends, and he constantly asked me to consider getting back together. Over time, our love for each other and our family prevailed, and we decided to formalize our partnership by getting married last year. I am so happy I married Moises, but I miss him deeply as he is still in Nicaragua.

10. In Nicaragua, Moises, my husband, lives in Leon and works for an international non-governmental organization called Living Water, which helps people access potable water by digging wells in remote communities. Moises digs wells for Living Water. Unfortunately, the government of Nicaragua has declined to renew permits that Living Water needs to continue operating in Nicaragua, which I think is a part of the government's plans to get international entities out of the country.

11. Moises and I worry a lot about what will happen if the government shuts down Living Water or further targets it and the people who work there.

12. In October 2022, I petitioned for my husband through a family visa, but his application has not yet been approved. I understand that it could take years before he is granted permission to come to the United States.

13. I am now sponsoring my husband under the parole program for Nicaraguans because I need my husband and my son urgently needs his father during these critical teenage years. My son is growing older, and he has pressing needs that I'm struggling to fulfill by myself, such as being diagnosed with Attention Deficit Hyperactivity Disorder (ADHD). He takes medication and sees a therapist to treat his ADHD, but over the years he has struggled to focus in school and

complete simple tasks. I need my son's dad to help me manage this, and I know my son needs the love, support, and guidance of his father, like I need it from my husband, who I love deeply.

14. I also hope that once he receives authorization to do so, my husband can work so that he can contribute to our household. I have almost always worked two jobs or overtime to support my son, but it means that my parents, who are growing older, have to step in to care for him—they pick him up from school, prepare dinner, and generally watch over him when I am working. My husband should be here so that either he can care for our son when I work, or so that he can contribute financially and between the two of us we can spend more time caring for our son.

15. On days when my son has appointments with his pediatrician or therapist—which happen regularly, around every three months—I have to take time away from work, which causes me to lose that income. I of course do it willingly because my son's health comes first, but I hope my husband will be able to support with that as well.

16. My husband has struggled being far away from me and our son all these years. Even though we talk on the phone regularly, and me and my son visit my husband about once per year (with the exception of a period of about three years when I did not join and only my son visited with my father), my husband is sad when we are far away and brightens up completely when we visit. I think the birth of our son gave me and my husband a new kind of purpose in this life, but the separation has taken a toll on my husband. I am certain that when my husband is approved to come to the United States, the opportunity to parent our son in a more traditional way will change his life for the better.

17. If and when Moises is approved to come to the United States, he will live with me and our son in a studio that is at my parents' house. I have already started to explore job options for him and am willing and able to provide for him until he can start working.

18. In addition to strengthening our immediate family, I know that once Moises is approved to come to the United States, it will lessen the strain on my United States citizen parents who for over a decade have had to act as additional caretakers for my son.

19. I am in love with my husband and want to finally be with him after so many years of not being together in the same place. I am eager to start a new chapter with my husband and family in the United States.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Executed at Oakland, California on March 27, 2023.

*[signature]*
_____
Francis Margarita Arauz Ramirez

CERTIFICATE OF INTERPRETATION AND TRANSCRIPTION

I, Monika Y. Langarica, certify that I am fluent in Spanish and English, that I am competent to interpret between these languages, and that I interpreted and transcribed the foregoing between English and Spanish accurately. I further certify that I have read the foregoing to Francis Margarita Arauz Ramirez in Spanish and that she affirmed that it is true and correct.

Executed: March 27, 2023                                   *Monika Y. Langarica*
                                                          _____
                                                          Monika Y. Langarica