**EXHIBIT F:** Declaration of Dr. Nan Langowitz

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Case No. 6:23-cv-00007 |

**DECLARATION OF DR. NAN LANGOWITZ**
**(pursuant to 28 U.S.C. § 1746)**

I, Dr. Nan Langowitz, upon my personal knowledge, hereby declare as follows:

1. I am a United States citizen. I was born in Manhasset, New York, in 1957.

2. I currently live in Wellesley, Massachusetts, which is a suburb of Boston. I have lived here for over three decades.

3. I grew up in Port Washington, New York. After getting a B.A. in Government from Cornell University, I attended business school at New York University, then worked for a brief time on Wall Street. I decided I wanted to become a professor, so in 1982, I moved to Boston for my doctoral studies at Harvard Business School, where I studied organizational innovation and technology. I have taught at several institutions but in 1992, I joined the faculty at Babson College in Wellesley, where I have been teaching ever since.

1

4. I submitted to United States Citizenship and Immigration Services ("USCIS") Form I-134, Declaration of Financial Support, for a Venezuelan woman named Janeth, her son, and her daughter-in-law to be considered for authorization to travel to the United States and to seek parole under the recently established parole process for Venezuelans. I am able to sponsor and financially support Janeth and her family for the next two years. The applications for all three family members were granted and they arrived in the United States in December 2022.

5. I am sponsoring Janeth's family because I feel compelled to help people in need, and I see it as a way of paying things forward, especially because I know that I am descended from people who, like Janeth, came to the United States as immigrants. My own grandparents showed up in the United States as strangers in a strange land, and somehow they managed to find their footing here. My paternal grandmother, for example, came to this country in the early 1910s from Hungary, fleeing a difficult life and religious persecution in her town. My other grandparents, as well as those of my husband, have similar stories. We don't know who helped our grandparents find their way after they arrived in the United States, but it is very likely that someone provided to my grandparents the same kind of assistance and support that I am now providing to Janeth. It's very gratifying to be able to provide that kind of support to Janeth, who, like my grandparents, came to the United States to start a new life.

6. I am blessed to be able to sponsor Janeth with the support of my synagogue, which for over six years has been helping immigrant and refugee families resettle in the United States. In 2016, my synagogue launched a refugee resettlement program to aid Syrian refugees. My husband and I immediately got involved with the group; I believe we attended the very first meeting. I have been volunteering with my synagogue ever since, for over six years, helping immigrant families resettle in the United States.

7. The group that originally formed to assist Syrian refugees has since been renamed the New American Resettlement Committee. It has resettled to the Boston area at least 11 families from Syria, Afghanistan, Ukraine, and Venezuela through refugee and parole programs set up by the federal government. The Committee consists of dozens of volunteers and a leadership team, which makes decisions about how many families the synagogue can sponsor through these programs and how to find volunteers to support and sponsor, when needed, families. It also is responsible for raising and administering funds.

8. I am not part of the leadership team, but I have volunteered my time and effort to the Committee since the synagogue first committed to support a family from Syria in 2016. My involvement with the Committee has largely been related to housing—finding and gathering furnishings so a family we welcome has everything they need for a home once we secure living arrangements for them.

9. Almost everything we gather to furnish a new household is donated by members of the synagogue, as well as from other religious congregations in our community, including churches and mosques. Typically, a team of three to four people will work together to furnish a home, with each person responsible for a different room. Once we put out a call for the things we need, it's amazing how everything shows up and turns the house into a real and functional home for the family we are trying to support. I have worked on the Committee's household-setup team for six families: A Syrian family, two Afghan families, two Ukrainian families, and Janeth's family from Venezuela.

10. In early November 2022, a member of the Committee's leadership team came to me and told me about Janeth's family and their need for a sponsor.

11. My husband and I considered what might happen if someone in Janeth's family had an extraordinary medical expense. Although the synagogue would be providing financial support for Janeth's family, emergency expenses can get quite big. But my husband and I decided that we would be willing to use our own personal resources to cover any such costs. We made this decision because we feel that our family has been very blessed, and we have adequate resources to support our own family as well as Janeth's.

12. I probably would have agreed to sponsor any family, but I was especially moved by Janeth's story. Janeth is a political scientist and human rights advocate from Venezuela. She is clearly a person who consistently helps those around her, even in the face of persecution and harassment by the Venezuelan government for her activism, causing her to flee Venezuela for Colombia. Even in Colombia, she continued helping those in her new community. Her tremendous strength inspires me. When you hear her story, you can't help but feel compelled to help her.

13. On November 12, 2022, I filed the Form I-134 for Janeth, her son, and her daughter-in-law. I included a letter from the executive director of my synagogue's organization stating its ability to financially support Janeth's family. It was a testimonial letter, outlining the amount of money in the fund, the organization's willingness to support Janeth's family, and how the organization has supported families in the past.

14. After filing the Form I-134, I visited the USCIS filing website every day to check on the status of the sponsorship applications. Each day I saw the same message about how USCIS was processing the request. After waiting two or three weeks, I decided to write my congressman. A staff member of Congressman Jake Auchincloss responded quickly and explained that his office would be willing to send an inquiry to USCIS about my sponsorship application if I was able to

demonstrate urgency in having Janeth's application processed promptly. I worked with an organization in Colombia to get an official letter from the office of the city ombudsman of the local municipality where Janeth and her family were living to show Janeth's urgent need. I also obtained a certified translation of the letter, and provided both the original letter and the translation to the congressman's office. The office then placed an inquiry with USCIS regarding Janeth's application.

15. I don't know if my efforts helped, but about a week later, on December 13, 2022, we received notice that the Form I-134 had been approved. I was the person in charge of our household set-up team for Janeth's family, so I worked hard in the following weeks to finalize their living arrangements.

16. Before they were able to leave Colombia and come to the United States, Janeth had been forced to separate from her son and his wife for their personal safety. She had also been forced to move to a new location every week, again for personal safety reasons—and her son and his wife had been doing the same. The night before they flew to the United States, they were finally reunited. They sent us a photo of the three of them together and it was so joyful. We could tell they were so excited.

17. On December 30, 2022, Janeth's family arrived in the United States. We set them up temporarily in a volunteer's basement apartment. On January 12, 2023, we moved them into a two-bedroom apartment. Our synagogue's New American Resettlement Committee works with our local Jewish Family Service to get favorable apartment rental rates from a local landlord. Then we support families' rental payments for the first year. Once families are able to start working, we ask them to begin contributing to their rent, with the goal that they can pay their full rent and their other expenses by the end of the first year.

18. To help support each newly arrived family become self-sufficient and able to pay their own expenses and rent after a year, the New American Resettlement Committee follows a model originally established by HIAS, the oldest refugee resettlement agency operating in the United States. Under the HIAS model, for each family the synagogue sponsors, we assign a core team of five people – typically one person responsible for one of five "pathways": education, medical, employment, community engagement, and cultural orientation. Each person provides support to that family in their assigned pathway, and the team meets weekly to make sure we're all communicating about the family's needs and how we can support them. For Janeth's family, I share the duties of the community engagement and employment pathways with another volunteer. When Janeth's family has a question or needs help, they know which person to go to.

19. The team supporting Janeth's family is in the process of getting them work authorization; they applied for work permits the first week of February and all had biometrics appointments in late February. We help ensure they have access to nutritious food and basic necessities. Additionally, all three of them have been taking English as a Second Language classes and each has a volunteer language tutor from our synagogue.

20. While we await their work authorizations, we have been searching for job opportunities for them. Janeth would like to continue working in public policy, as she has deep expertise in that area from her work in Venezuela and Colombia. In fact, we just heard about an opportunity she is well-suited for and the employer expressed interest in her, so that is something she will pursue when she is granted authorization to work. Janeth's daughter-in-law has an undergraduate degree in tourism and is interested in hospitality and housekeeping management. She was invited by a senior living apartment complex to apply for a job there once she gets her work permit. And Janeth's son is interested in construction work or perhaps landscaping; our team has already

identified several possible opportunities for him. They are so anxious to begin working and contributing to their expenses.

21. Sponsoring Janeth's family has been an incredibly rewarding process for me and my husband. It has been wonderful to be able to play a role in helping people reimagine and reestablish their lives in a completely different place and become contributing members of the United States. It's what we often hear politicians talking about—the American Dream—but this is how it happens. The first family our synagogue sponsored—a Syrian family with four kids—has now been here in the States for about seven years. They are supporting themselves, own a home, and even welcomed their fifth child into the world. It's the same process my grandparents went through in the early twentieth century.

22. To be able to help another family adjust to the United States and see their growth and adaptation is very rewarding. In the HIAS model the Committee has adopted to provide support to our resettled families, we use the word "pathways" intentionally. We do not lead the families we are assisting; we walk with them side-by-side and we learn with them. That's how we have approached our work. The families who have come to the United States through these refugee and parole programs have had to be incredibly resilient and strong in ways that I can't even imagine. It's a privilege for me and my fellow volunteers at the synagogue to do whatever we can to launch Janeth and the other families in their new lives so that they can adapt and continue making decisions about their own lives.

23. I'm very happy that the synagogue is continuing to support families through the parole programs. Already, the synagogue is sponsoring another Ukrainian family that arrived to the United States last week. The synagogue is also sponsoring additional members of Janeth's extended family—the mother, sister, and niece of Janeth's daughter-in-law. I recently initiated

7

the I-134A forms process for them, and plan on finding another apartment, working on the household set-up team, and doing everything else necessary to bring the rest of Janeth's family to the United States. The situation in Venezuela is so dire that it is important to me to be able to help more of Janeth's family so that they can be together in the safety of the United States.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Executed at Wellesley, Massachusetts on March 27, 2023.

_____
Nan Langowitz