UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 6:23-cv-00007 |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER INCREASING WORD LIMIT**

On Defendants' unopposed motion, the word limit for their Opposition to Plaintiffs' Motion for Extra-Record Discovery is increased to 7,000 words.

Signed on March ___, 2023.

_____
Drew S. Tipton
United States District Judge