United States District Court
Southern District of Texas

**ENTERED**
March 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.,

*versus*

U.S. Department of Homeland Security, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Esther Hsiao-In Sung<br>Justice Action Center<br>P.O. Box 27280<br>Los Angeles, CA 90027<br>(323) 450-7272<br>esther.sung@justiceactioncenter.org<br>California Bar No. 255962<br>District Court for the District of Columbia Bar No. CA00132 |
| Name of party applicant seeks to appear for: | Proposed Intervenor Defendants Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Dr. Nan Langowitz, and Dr. Germán Cadenas |

Has applicant been sanctioned by any bar association or court?   Yes __     __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/29/2023 | Signed: *Esther H. Sung* |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 3/30/2023 | Clerk's signature   Brittany Boniface |

**Order**

This lawyer is admitted *pro hac vice*.

Dated:  March 30, 2023

_Drew B. Tipton_
United States District Judge