United States District Court
Southern District of Texas

**ENTERED**
March 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al., |
|---|
| *versus* |
| U.S. Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Monika Y. Langarica<br>UCLA Center for Immigration Law and Policy<br>385 Charles E. Young Drive East, Box 951476<br>Los Angeles, CA 90095-1476<br>310-983-3345; langarica@law.ucla.edu<br>California State Bar No. 308518<br>U.S. District Court for the Southern District of California |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Intervenor Defendants Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Dr. Nan Langowitz, Dr. German Cadenas |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes __ __  No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/29/2023  Signed: *Monika Y. Langarica*

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 3/30/2023  Clerk's signature | Brittany Boniface |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 30, 2023

_____
United States District Judge