IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br>     Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 6:23-cv-00007 |

**NOTICE OF APPEARANCE FOR PROPOSED INTERVENORS**

Daniel Hatoum of the nonprofit organization Refugee & Immigrant Center for Education & Legal Services (RAICES) files this Notice of Appearance as Counsel for Proposed Intervenors. Mr. Hatoum is a member in good standing with the State Bar of Texas, is admitted to practice law in the United States District Court for the Southern District of Texas, and is familiar with the Southern District Local Rules. His contact information is as follows: Daniel Hatoum, Refugee & Immigrant Center for Education & Legal Services, 5121 Crestway Drive, Suite 105, San Antonio, Texas 78239; phone: 210-610-6852 and fax: 210-634-1279; e-mail: daniel.hatoum@raicestexas.org.

Dated: March 30, 2023

Respectfully submitted,

/s/ Daniel Hatoum
Daniel Hatoum
Texas Bar No. 24099136
SDTX Bar No. 3541548
Refugee and Immigrant Center for
Education and Legal Services (RAICES)
5121 Crestway Drive, Suite 105
San Antonio, Texas 78239
Telephone: 210-610-6852
Fax: 210-634-1279
Email: daniel.hatoum@raicestexas.org
*Attorney for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I, Daniel Hatoum, certify that on March 30, 2023, the foregoing document was filed and served electronically on counsel of record through the Court's CM/ECF system.

/s/ Daniel Hatoum
Daniel Hatoum
*Attorney for Proposed Intervenors*