United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Karen C. Tumlin<br>Justice Action Center<br>P.O. Box 27280<br>Los Angeles, CA 90027<br>(323) 316-0944<br>karen.tumlin@justiceactioncenter.org<br>California Bar No. 234691 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Intervenor Defendants Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Nan Langowitz, Dr. Germán Cadenas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ___   No ___ ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/30/2023    Signed: *Karen C. Tumlin*

The state bar reports that the applicant's status is: Eligible to practice

Dated: 3/31/2023    Clerk's signature    s/ Stacie Marthiljohni

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 31, 2023

*Drew B Tipton*
United States District Judge