United States District Court
Southern District of Texas

**ENTERED**
March 31, 2023
~~Nathan Ochsner~~, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al., |
|---|
| *versus* |
| U.S. Department of Homeland Security, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Vanessa Rivas-Bernardy<br>The Refugee and Immigrant Center for Education and Legal Services (RAICES)<br>5121 Crestway Drive, Suite 105<br>San Antonio, TX 78239<br>210-538-7382<br>vanessa.rivas@raicestexas.org<br>California Bar No. 341464 |

| Name of party applicant seeks to appear for: | Proposed Intervenor Defendants Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Dr. Nan Langowitz, and Dr. Germán Cadenas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/30/2023 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 3/31/2023 | Clerk's signature   s/ Stacie Marthiljohni |

**Order**

This lawyer is admitted *pro hac vice*.

Dated:  March 31, 2023

Drew B Tipton
United States District Judge