United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
~~Nathan Ochsner~~, Clerk

UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria ▼ | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al., |
|---|

| *versus* |
|---|
| U.S. Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jane Petersen Bentrott<br>Justice Action Center<br>PO Box 27280<br>Los Angeles, CA 90027<br>323-504-3165, jane.bentrott@justiceactioncenter.org<br>State Bar of California #323562<br>District Court for the Central District of California #323562 |
|---|---|

| Name of party applicant seeks to appear for: | Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Dr. Nan Langowitz, and Dr. Germán Cadenas |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __  No ___ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 3/30/2023 | Signed: /s/ Jane Petersen Bentrott |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 3/31/2023 | Clerk's signature   s/Stacie Marthiljohni |

### Order

This lawyer is admitted *pro hac vice*.

Dated: March 31, 2023

_____
United States District Judge

(signed) Drew B. Tipton