| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States Department of Homeland Security, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lauren Michel Wilfong<br>Justice Action Center<br>P.O. Box 27280<br>Los Angeles, CA 90027<br>(323) 536-3850<br>lauren.wilfong@justiceactioncenter.org<br>New Jersey Bar No. 378382021<br>District Court for the District of Columbia Bar No. NJ041 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Intervenor Defendants Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Dr. Nan Langowitz, Dr. Germán Cadenas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/29/2023 | Signed: /s/ |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge