# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al. ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | No. 6:23-cv-00007 |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY., et al. ) | [PROPOSED] ORDER |
| ) | |
| Defendants. ) | |

Pending before the Court is Defendants' Motion for Limited Discovery, ECF No. 101, and Plaintiffs' Motion for Extra-Record Discovery, ECF No. 102. After reviewing the Motions, the Responses, the record and the applicable law, the Court is of the opinion that the Defendants' Motion, ECF No. 101 should be GRANTED, and that Plaintiffs' Motion, ECF No. 102 should be GRANTED in part and DENIED in part. Plaintiffs may serve the following discovery demands upon Defendants, as included in Plaintiffs' Exhibit A: Requests for Production numbers 5-9, 14, interrogatories numbers 1 **&** 3[1], 5, 10-12 and requests for admission numbers 1-4, 11.

It is SO ORDERED.

Signed this ___ of April, 2023.

_____

**Drew B. Tipton**
**UNITED STATES DISTRICT JUDGE**

---

[1] Correcting typo in prior proposed order submitted, which stated interrogatories numbers 1-3, rather than 1 & 3.