UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>   Defendants. | No. 6:23-cv-00007<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

Undersigned counsel respectfully notifies the Court and all parties of the entry of her appearance on behalf of all Defendants.

 The contact information for undersigned counsel is:

   ERIN T. RYAN
   Trial Attorney
   U.S. Department of Justice, Civil Division
   Office of Immigration Litigation-DCS
   P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
   Telephone: (202) 532-5802
   Facsimile: (202) 305-7000
   E-Mail: erin.t.ryan@usdoj.gov

Dated:  April 4, 2023         Respectfully submitted,

                BRIAN M. BOYNTON
                Principal Deputy Attorney General
                Civil Division

                WILLIAM C. PEACHEY
                Director, District Court Section
                Office of Immigration Litigation

EREZ R. REUVENI
Assistant Director

*/s/ Erin T. Ryan*
ERIN T. RYAN
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-5802
Erin.t.ryan@usdoj.gov

*Attorneys for Defendants*