United States District Court
Southern District of Texas
**ENTERED**
April 04, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States Department of Homeland Security, et al. |

| | |
|---|---|
| Lawyer's Name | Lauren Michel Wilfong |
| Firm | Justice Action Center |
| Street | P.O. Box 27280 |
| City & Zip Code | Los Angeles, CA 90027 |
| Telephone & Email | (323) 536-3850 |
| | lauren.wilfong@justiceactioncenter.org |
| Licensed: State & Number | New Jersey Bar No. 378382021 |
| Federal Bar & Number | District Court for the District of Columbia Bar No. NJ041 |

| Name of party applicant seeks to appear for: | Proposed Intervenor Defendants Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Dr. Nan Langowitz, Dr. Germán Cadenas |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No  ✓\_\_\_\_\_

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/29/2023 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 4/4/2023 | Clerk's signature *[signature]* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: April 04, 2023

*Drew B Tipton*
United States District Judge