**United States District Court**
**Southern District of Texas**
**Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>    SECURITY, *et al.*,<br>    *Defendants.* | Case 6:23-cv-00007 |

### ORDER DENYING INTERVENTION

The motion to intervene, ECF No. 106, is denied.

Signed on April __, 2023, at _____, Texas.

_____
Drew B. Tipton
United States District Judge