United States District Court
Southern District of Texas

**ENTERED**
April 19, 2023
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al., |
|---|
| *versus* |
| U.S. Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ahilan T. Arulanantham<br>UCLA Center for Immigration Law and Policy<br>385 Charles E. Young Drive East, Box 951476<br>Los Angeles, CA 90095-1476<br>310-825-1029; arulanantham@law.ucla.edu<br>California State Bar No. 237841<br>U.S. District Court for the Central District of California |
|---|---|
| Name of party applicant seeks to appear for: | Proposed Intervenor Defendants Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Dr. Nan Langowitz, Dr. German Cadenas |

Has applicant been sanctioned by any bar association or court?   Yes __     __ No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/13/2023 | Signed: *Ahilan Arulanantham* |
|---|---|

| The state bar reports that the applicant's status is: Eligible to Practice |
|---|
| Dated: 4/19/2023    Clerk's signature   s/ Stacie Marthiljohni |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: April 19, 2023

_Drew B. Tipton_
United States District Judge