| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| U.S. Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Maria A. Lanahan<br>Office of Missouri Attorney General<br>815 Olive Street, Suite 200<br>St. Louis, Missouri 63101<br>(314) 340-4978<br>MO65956<br>Eastern District of Missouri 65956 |
|---|---|

| Name of party applicant seeks to appear for: | State of Missouri |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 4/21/2023 | Signed: | /s/ Maria A. Lanahan |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                  Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____         _____
                                                                United States District Judge