United States District Court
Southern District of Texas
**ENTERED**
April 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

U.S. Department of Homeland Security, et al.

| | |
|---|---|
| Lawyer's Name | Maria A. Lanahan |
| Firm | Office of Missouri Attorney General |
| Street | 815 Olive Street, Suite 200 |
| City & Zip Code | St. Louis, Missouri 63101 |
| Telephone & Email | (314) 340-4978 |
| Licensed: State & Number | MO65956 |
| Federal Bar & Number | Eastern District of Missouri 65956 |

| Name of party applicant seeks to appear for: | State of Missouri |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/21/2023 | Signed: | /s/ Maria A. Lanahan |
|---|---|---|

| The state bar reports that the applicant's status is: | in good standing. |
|---|---|
| Dated: April 21, 2023 | Clerk's signature   KPapain |

**Order**

Dated: April 21, 2023

This lawyer is admitted *pro hac vice*.

Drew B Tipton
United States District Judge