IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | § § § | Case No. 6:23-cv-00007 |
| Defendants, | § § | |
| and | § § | |
| VALERIE LAVEUS, PAUL ZITO, FRANCIS ARAUZ, ERIC SYPE, DR. KATE SUGARMAN, DR. NAN LANGOWITZ, and DR. GERMÁN CADENAS, | § § § § § | |
| Intervenor Defendants. | § | |

## MOTION TO WITHDRAW AS COUNSEL

Intervenor Defendants' counsel, Tamara F. Goodlette, respectfully moves for leave of the Court to withdraw as counsel for the Intervenor Defendants due to her departure from the Refugee and Immigrant Center for Education and Legal Services (RAICES). The remaining counsel appearing in this matter on behalf of the Intervenor Defendants remain as counsel. Ms. Goodlette's name may be removed from the service list.

Dated: April 27, 2023

Respectfully submitted,

/s/ *Tamara F. Goodlette*
Tamara F. Goodlette
Texas Bar No. 24117561
Refugee and Immigrant Center for Education
and Legal Services (RAICES)
5121 Crestway Drive, Suite 105
San Antonio, TX 78239
Telephone: (210) 960-3206
Fax: (210) 634-1279
Email: tami.goodlette@raicestexas.org
***Attorney for Intervenor Defendants***

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023 I served a copy of the foregoing motion via the Court's ECF filing system.

/s/ *Tamara F. Goodlette*
Tamara F. Goodlette
*Attorney for Intervenor Defendants*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the total number of words in this motion, exclusive of the matters designated for omission, is 68 words as counted by Microsoft Word Software.

/s/ *Tamara F. Goodlette*
Tamara F. Goodlette
*Attorney for Intervenor Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants, <br><br> and <br><br> VALERIE LAVEUS, PAUL ZITO, FRANCIS ARAUZ, ERIC SYPE, DR. KATE SUGARMAN, DR. NAN LANGOWITZ, and DR. GERMÁN CADENAS, <br><br> Intervenor Defendants. | § § § § § § § § § § § § § § § § § | Case No. 6:23-cv-00007 |

# [PROPOSED] ORDER GRANTING PROPOSED MOTION TO WITHDRAW AS COUNSEL

Having considered the Motion to Withdraw as Counsel of Tamara F. Goodlette, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Tamara F. Goodlette as attorney for the Intervenor Defendants in this case.

IT IS SO ORDERED this the ____ day of _____, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**