Case 6:23-cv-00007   Document 138   Filed on 04/27/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants, <br><br> and <br><br> VALERIE LAVEUS, PAUL ZITO, FRANCIS ARAUZ, ERIC SYPE, DR. KATE SUGARMAN, DR. NAN LANGOWITZ, and DR. GERMÁN CADENAS, <br><br> Intervenor Defendants. | Case No. 6:23-cv-00007 |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having considered the Motion to Withdraw as Counsel of Tamara F. Goodlette, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Tamara F. Goodlette as attorney for the Intervenor Defendants in this case.

IT IS SO ORDERED this the  27th  day of    April    , 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**