United States District Court
Southern District of Texas
Victoria Division

S<small>TATE OF</small> T<small>EXAS</small>, *et al.*,
   *Plaintiffs,*

v.

U.S. D<small>EPARTMENT OF</small> H<small>OMELAND</small>
   S<small>ECURITY</small>, *et al.*,
   *Defendants.*

Case 6:23-cv-7

### P<small>LAINTIFFS</small>' E<small>XPEDITED</small> M<small>OTION</small> <br> <small>FOR</small> L<small>EAVE TO</small> S<small>UPPLEMENT</small> C<small>OMPLAINT</small>

Texas moves for leave to file a supplemental complaint, which is attached as Exhibit A. *See* Fed. R. Civ. P. 15(d). There is good cause for the Court to grant it.

At the core of this suit is the Defendants' authority under the Immigration and Naturalization Act to adopt and implement policies to parole illegal aliens into the United States. The live complaint currently addresses the Defendants' recently adopted program for paroling into the United States up to 30,000 illegal immigrants per month from each of Cuba, Venezuela, Haiti, and Nicaragua, which violates Section 212(d)(5) of the INA, 5 U.S.C. § 1182(d)(5), by granting paroles *en masse* rather than on a case-by-case determination that the parole of each individual is for urgent humanitarian reasons or will result in a significant public benefit. The Court consolidated the States' request for a preliminary injunction with the merits of their challenge to that program; trial is set for June 15.

In the meantime, however, the Defendants have adopted another program, which they refer to as Parole with Conditions, that exceeds their parole authority. In a May 10 memo, Defendant U.S. Customs and Border Protection, acting through its Border Patrol component, announced a new program granting *en masse* parole into the United States to illegal aliens arriving at the Southwest Border, again without the

case-by-case showing of individualized urgent humanitarian reasons or significant public benefit required by Congress. More, these illegal aliens will not even have removal proceedings begun against them through the issuance of a Notice to Appear at an immigration-court setting. Rather, they are released into the United States after giving a mailing address and a promise to either appear at an Immigrations and Customs Enforcement facility within 60 days to request a Notice to Appear or to request one by mail. The memo set the program to begin at midnight Eastern time today—that is, contemporaneously with yesterday's expiration of the CDC's Title 42 public-health order at 11:59 p.m.

The Parole with Conditions program will immediately and irreparably harm the Texas and its co-plaintiff States, flooding them with yet more illegal aliens to add to the educational expenses, unemployment benefits, costs of incarceration, emergency Medicaid, and other costs they already bear as the result of Defendants' unlawful releases. The announcement, implementation, and operation of the program are "transactions or occurrences or events which have happened since the date of the" Amended Complaint which the States may bring forth "on reasonable notice and on such terms as are just[.]" Fed. R. Civ. P. 15(d). The Supplemental Complaint, proposed to be filed fewer than 48 hours after the Defendants issued their policy memo and only hours after their new program's scheduled start, meets those conditions, and the Court should grant leave for it to be filed.

Texas does not seek by the proposed Supplemental Complaint to disrupt or alter the current scheduling order, including the June 15 trial on the special four-nation parole program challenged in the Amended Complaint. Because the legality of both programs depends on the scope of the Defendants' authority under Section 212(d)(5) of the INA, the supplemental claims can be tried with the currently live claims. In the alternative, Texas will confer with Defendants to propose a Supplemental Scheduling Order to govern whatever additional proceedings may be necessary.

## CONCLUSION AND PRAYER

Texas respectfully requests that the Court consider this motion on an expedited basis and, after doing so, grant leave to file the proposed Supplemental Complaint.

Dated May 12, 2023.                    Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1700

AARON F. REITZ
*Lead Counsel*
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
Southern District of Texas No. 3653771
aaron.reitz@oag.texas.gov

/s/ Leif A. Olson
LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas No. 33695
leif.olson@oag.texas.gov

RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085
Southern District of Texas No. 3369185
ryan.walters@oag.texas.gov

DAVID BRYANT
Special Counsel
Texas Bar No. 03281500
Southern District of Texas No. 808332
david.bryant@oag.texas.gov

GENE P. HAMILTON
America First Legal Foundation
Virginia Bar No. 80434
Southern District of Texas No. 3792762
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

*Counsel for the State of Texas*

STEVE MARSHALL
Alabama Attorney General
EDMUND G. LACOUR JR.
Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for the State of Alabama*

BRENNA BIRD
Attorney General of Iowa
ERIC H. WESSAN
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel: (515) 281-5164
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

*Counsel for the State of Iowa*

DANIEL CAMERON
Attorney General of Kentucky
MARC MANLEY
Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for the Commonwealth of Kentucky*

TIM GRIFFIN
Arkansas Attorney General
NICHOLAS J. BRONNI
Arkansas Solicitor General
HANNAH L. TEMPLIN
Assistant Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201

*Counsel for the State of Arkansas*

KRIS KOBACH
Attorney General of Kansas
JESSE A. BURRIS, Kan. Sup. Ct. #26856
Assistant Attorney General
Office of Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for the State of Kansas*

JEFF LANDRY
Attorney General of Louisiana
ELIZABETH B. MURRILL (La #20685)
Solicitor General
JOSEPH SCOTT ST. JOHN (La #36682)
Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for the State of Louisiana*

| | |
|---|---|
| LYNN FITCH<br>Attorney General of Mississippi<br>JUSTIN L. MATHENY<br>Deputy Solicitor General<br>Office of the Mississippi Attorney General<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>Tel: (601) 359-3680<br>justin.matheny@ago.ms.gov<br><br>*Counsel for the State of Mississippi* | ANDREW BAILEY<br>Attorney General of Missouri<br>JOSHUA M. DIVINE, Mo. Bar #69875<br>Solicitor General<br>CHARLES F. CAPPS, Mo. Bar #72734<br>Deputy Solicitor General<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, Missouri 65102<br>Tel: (573) 751-8870<br>Josh.Divine@ago.mo.gov<br><br>*Counsel for the State of Missouri* |
| DAVE YOST<br>Ohio Attorney General<br>SYLVIA MAY MAILMAN<br>Ohio Deputy Solicitor General<br>30 E. Broad St., 17th Floor<br>Columbus, OH 43215<br>Tel: (614) 466-8980<br>May.Mailman@OhioAGO.gov<br><br>*Counsel for the State of Ohio* | ALAN WILSON<br>Attorney General of South Carolina<br>THOMAS T. HYDRICK<br>Assistant Deputy Solicitor General<br>Post Office Box 11549<br>Columbia, SC 29211<br>Tel: (803) 734-4127<br>thomashydrick@scag.gov<br><br>*Counsel for the State of South Carolina* |
| JONATHAN SKRMETTI<br>Tennessee Attorney General and Reporter<br>CLARK L. HILDABRAND<br>Assistant Solicitor General<br>P.O. Box 20207<br>Nashville, TN 37202<br>Tel: (615) 253-5642<br>Clark.Hildabrand@ag.tn.gov<br><br>*Counsel for the State of Tennessee* | PATRICK MORRISEY<br>Attorney General of West Virginia<br>LINDSAY SEE<br>Solicitor General<br>MICHAEL R. WILLIAMS<br>Senior Deputy Solicitor General<br>Office of the West Virginia Attorney General<br>State Capitol, Bldg 1, Room E-26<br>Charleston, WV 25305<br>Tel: (681) 313-4550<br>Lindsay.S.See@wvago.gov<br>Michael.R.Williams@wvago.gov<br><br>*Counsel for the State of West Virginia* |

## CERTIFICATE OF CONFERENCE

On May 12, 2023, and Erez Reuveni, counsel for the Defendants, informed Texas's counsel that the Defendants oppose this motion. We did not receive a response from counsel for the Defendant-Intervenors before filing.

/s/ Leif A. Olson

## CERTIFICATE OF SERVICE

I certify that on May 12, 2023, this was filed through the Court's CM/ECF system, which served it upon all counsel of record.

/s/ Leif A. Olson