United States District Court
Southern District of Texas
Victoria Division

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>  SECURITY, *et al.*,<br>    *Defendants.* | Case 6:23-cv-00007 |

ORDER GRANTING LEAVE
TO FILE SUPPLEMENTAL COMPLAINT

Came on for consideration the Plaintiffs' Expedited Motion for Leave to File Supplemental Complaint filed herein on May 12, 2023, and the Court having considered the same and finding that that the proposed Plaintiffs' Supplemental Complaint sets forth transactions, occurrences, or events that have happened since the date of the pleading to be supplemented; that such leave may be granted in the interest of justice in accordance with Rule 15(d) of the Federal Rules of Civil Procedure on terms that are not prejudicial to Defendants and on reasonable notice, it is therefore

ORDERED that Plaintiffs are hereby granted leave pursuant to Rule 15 of the Federal Rules of Civil Procedure to file Plaintiffs' Supplemental Complaint herein, and the Clerk of this Court is directed to do so; and it is further

ORDERED that the date for Defendants to answer or otherwise respond to Plaintiffs' Supplemental Complaint is extended to the same date within which Defendants must answer or otherwise respond to Plaintiffs' Amended Complaint herein, and the Court's Scheduling Order shall remain in effect as to all claims and matters set forth in the Amended Complaint pending further order of this Court, and the parties shall confer as to a proposed Scheduling Order as to the claims and matters set forth in Plaintiffs' Supplemental Complaint and report to the Court the results of such conference.

SIGNED this _____ day of May 2023.

_____