UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al. ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | No. 6:23-cv-00007 |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY., et al. ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' NOTICE AND REQUEST FOR CONFERENCE

Plaintiffs have filed a Motion to File a Supplemental Complaint, ECF No. 140, and have simultaneously filed a Motion For a Temporary Restraining Order to enjoin U.S. Customs and Border Protection's May 10, 2023 Policy on Parole with Conditions in Limited Circumstances Prior to Issuance of a Charging Document, ECF No. 141.

Defendants intend to file an opposition to both motions. But before engaging in motion practice, Defendants respectfully request a conference with the Court to discuss the motions, the basis for opposition, and how these new developments might impact current deadlines concerning the impending trial in June, before the Court sets a briefing schedule on the motions. With respect to Plaintiffs' motion seeking a temporary restraining order, there is no exigency to the motion, nor do Plaintiffs face irreparable harm, because the Policy in question has been enjoined nationally by a district court in Florida as of last night. *See Florida v. Mayorkas, et al.*, 23-CV-9962, ECF No. 10, which is not discussed or addressed in Plaintiffs' filings.

1

Date:  May 12, 2023                     Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        *Principal Deputy Assistant Attorney General*

                                        WILLIAM C. PEACHEY
                                        *Director*
                                        Office of Immigration Litigation
                                        District Court Section

                                        EREZ REUVENI
                                        *Assistant Director*

                                        BRIAN WARD
                                        *Senior Litigation Counsel*

                                        /s/ *Elissa Fudim*
                                        Elissa Fudim
                                        Joseph Darrow
                                        Erin Ryan
                                        *Trial Attorneys*
                                        U.S. Department of Justice
                                        Civil Division
                                        Office of Immigration Litigation
                                        District Court Section
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        Tel.: (202) 598-6073
                                        Email: elissa.p.fudim@usdoj.gov