UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

State of Alabama , et al.

v.     Case Number: 6:23–cv–00007

U.S. Department of Homeland Security, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

Public dial in information is included in the Notice. Zoom Link emailed to parties.

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose +1 646 828 7666 US (New York)
Meeting ID: 160 994 8471
Meeting Password: 754354

Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 5/12/2023

**TIME:** 04:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Leave to File Document – #140
Motion for Temporary Restraining Order – #141

Date:   May 12, 2023                                            Nathan Ochsner, Clerk