UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants.* | Civil Action No. 6:23-cv-0007 |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

The Parties, excluding Plaintiff Florida[1], jointly move and request that the Court enter the attached stipulated protective order governing any discovery in this case. Good cause exists to enter this Protective Order to address the handling of any documents, testimony, or information provided in the course of this case that contains sensitive or confidential information. Discovery is likely to involve information that is confidential, personal, proprietary, law enforcement sensitive, sensitive to foreign relations, and/or is otherwise legally protected, for which special protection may be warranted. Accordingly, to expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, and to protect information that the Parties are entitled to keep confidential, the Parties stipulate to and ask the Court to sign and enter the attached Stipulated Protective Order.

---

[1] Plaintiff Florida is not joining in the protective order at this time and has agreed it will not receive discovery productions until and if it determines it is able to be party to the attached protective order.

1

Dated: May 17, 2023

Respectfully submitted,

ALAMDAR S. HAMDANI
*United States Attorney*

BRIAN M BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

/s/ *Erez Reu*veni
EREZ REUVENI
*Assistant Director*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 307-4293
erez.r.reuveni@usdoj.gov

BRIAN WARD
*Senior Litigation Counsel*

Joseph A. Darrow
Elissa P. Fudim
Erin T. Ryan
*Trial Attorneys*

*Counsel for Federal Defendants*

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | */s/ Leif A. Olson*<br>LEIF A. OLSON<br>Chief, Special Litigation Division |
| BRENT WEBSTER<br>First Assistant Attorney General | Texas Bar No. 24032801<br>SDTX No. 33695<br>leif.olson@oag.texas.gov |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | *Counsel for the State of Texas and Local Counsel for the other Plaintiff States* |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1700 | RYAN D. WALTERS<br>Deputy Chief, Special Litigation Division<br>Texas Bar No. 24105085<br>SDTX No. 3369185<br>ryan.walters@oag.texas.gov |
| | DAVID BRYANT<br>Special Counsel<br>Texas Bar No. 03281500<br>SDTX No. 808332<br>david.bryant@oag.texas.gov |
| | GENE P. HAMILTON<br>America First Legal Foundation<br>Virginia Bar No. 80434<br>SDTX No. 3792762<br>300 Independence Avenue SE<br>Washington, DC 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org |
| | *Counsel for the State of Texas* |

STEVE MARSHALL  
Alabama Attorney General  
EDMUND G. LACOUR JR.  
Solicitor General  
Office of the Attorney General  
State of Alabama  
501 Washington Avenue  
P.O. Box 300152  
Montgomery, Alabama 36130-0152  
Tel: (334) 242-7300  
Edmund.LaCour@AlabamaAG.gov  

*Counsel for the State of Alabama*

TIM GRIFFIN  
Arkansas Attorney General  
NICHOLAS J. BRONNI  
Arkansas Solicitor General  
HANNAH L. TEMPLIN  
Assistant Solicitor General  
Office of the Arkansas Attorney General  
323 Center Street, Suite 200  
Little Rock, Arkansas 72201  

*Counsel for the State of Arkansas*

RAÚL R. LABRADOR  
Attorney General of Idaho  
Office of the Attorney General  
700 W. Jefferson Street, Ste. 210  
P.O. Box 83720  
Boise, Idaho 83720-0010  
Tel: (208) 334-2400  

*Counsel for the State of Idaho*

TREG TAYLOR  
Attorney General of Alaska  
CORI M. MILLS  
Deputy Attorney General of Alaska  
CHRISTOPHER A. ROBISON  
Alaska Bar No. 2111126  
Texas Bar No. 24035720  
Assistant Attorney General  
Alaska Department of Law  
1031 W. 4th Avenue, Suite 200  
Anchorage, Alaska 99501-1994  
chris.robison@alaska.gov  

*Counsel for the State of Alaska*

BRENNA BIRD  
Attorney General of Iowa  
ERIC H. WESSAN  
Solicitor General  
1305 E. Walnut Street  
Des Moines, Iowa 50319  
Tel: (515) 281-5164  
Fax: (515) 281-4209  
eric.wessan@ag.iowa.gov  

*Counsel for the State of Iowa*

Kris Kobach
Attorney General of Kansas
Jesse A. Burris, Kan. Sup. Ct. #26856
Assistant Attorney General
Office of Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for the State of Kansas*

Jeff Landry
Attorney General of Louisiana
Elizabeth B. Murrill (La #20685)
Solicitor General
Joseph Scott St. John (La #36682)
Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for the State of Louisiana*

Andrew Bailey
Attorney General of Missouri
Joshua M. Divine, Mo. Bar #69875
Solicitor General
Maria Lanahan, Mo. Bar #65956
Deputy Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, Missouri 65102
Tel: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

Daniel Cameron
Attorney General of Kentucky
Marc Manley
Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for the Commonwealth of Kentucky*

Lynn Fitch
Attorney General of Mississippi
Justin L. Matheny
Deputy Solicitor General
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

Austin Knudsen
Attorney General of Montana
Christian B. Corrigan
Solicitor General
Peter M. Torstensen, Jr.
Assistant Solicitor General
Office of the Attorney General
215 N Sanders
Helena, Montana 59601
Tel: (406) 444-2026
Christian.Corrigan@mt.gov

*Counsel for the State of Montana*

MICHAEL T. HILGERS
Attorney General of Nebraska
ERIC J. HAMILTON
Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
eric.hamilton@nebraska.gov

*Counsel for the State of Nebraska*

GENTNER F. DRUMMOND
Attorney General of Oklahoma
GARRY M. GASKINS, II
Solicitor General
ZACH WEST
Director of Special Litigation
313 N.E. 21st St.
Oklahoma City, OK 73105
Tel: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

*Counsel for the State of Oklahoma*

JONATHAN SKRMETTI
Tennessee Attorney General and Reporter
CLARK L. HILDABRAND
Assistant Solicitor General
P.O. Box 20207
Nashville, TN 37202
Tel: (615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for the State of Tennessee*

DAVE YOST
Ohio Attorney General
BENJAMIN M. FLOWERS
Solicitor General
30 E. Broad St., 17th Floor
Columbus, OH 43215
Tel: (614) 728-7511
benjamin.flowers@OhioAGO.gov

*Counsel for the State of Ohio*

ALAN WILSON
Attorney General of South Carolina
THOMAS T. HYDRICK
Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
Tel: (803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

SEAN D. REYES
Utah Attorney General
MELISSA HOLYOAK
Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Tel: (801) 538-9600
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

PATRICK MORRISEY
Attorney General of West Virginia
LINDSAY SEE
Solicitor General
MICHAEL R. WILLIAMS
Senior Deputy Solicitor General
Office of the West Virginia
Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Tel: (681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov

*Counsel for the State of West Virginia*

BRIDGET HILL
Wyoming Attorney General
RYAN SCHELHAAS
Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for the State of Wyoming*

*/s/ Esther H. Sung*
**Esther H. Sung (Attorney-In-Charge)***
California Bar No. 255962
esther.sung@justiceactioncenter.org
*Application for Admission pending*

**Karen C. Tumlin***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Jane Bentrott***
California Bar No. 323562
D.C. Bar No. 1029681
Virginia Bar No. 87903
jane.bentrott@justiceactioncenter.org

**Lauren Michel Wilfong***
New York Bar No. 5975529
New Jersey Bar No. 378382021
*Not admitted to practice law in California*
lauren.wilfong@justiceactioncenter.org

**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

**Daniel Hatoum**
Texas Bar No. 24099136
New York Bar No. 5598339
daniel.hatoum@raicestexas.org

**Vanessa Rivas-Bernardy***
California Bar No. 341464
vanessa.rivas@raicestexas.org

**THE REFUGEE AND IMMIGRANT CENTER FOR**
**EDUCATION AND LEGAL SERVICES (RAICES)**
5121 Crestway Drive, Suite 105
San Antonio, Texas 78239
Telephone: (210) 960-3206
Facsimile: (210) 634-1279

**Monika Y. Langarica***
California Bar No. 308518
langarica@law.ucla.edu

**Ahilan T. Arulanantham***
California Bar No. 237841
arulanantham@law.ucla.edu

**CENTER FOR IMMIGRATION LAW AND POLICY**
UCLA SCHOOL OF LAW
385 Charles E. Young Dr. E., Box 951476
Los Angeles, CA 90095
Telephone: (310) 983-3345

*\*admitted pro hac vice*

*Counsel for Intervenors*