IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>INTERVENORS,<br><br>   *Defendants*. | Case No. 6:23-cv-00007 |

**NOTICE OF APPEARANCE OF COUNSEL**

  Intervenor Defendants file this Notice of Appearance of Counsel and hereby notify the Court that Kate Kaufmann Shih will appear as counsel for Intervenor Defendants. Ms. Shih is a member in good standing of the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules. Her contact information is: Kate Kaufmann Shih, Southern District of Texas No. 1214426, Quinn Emanuel Urquhart & Sullivan, LLP, 711 Louisiana Street, Suite 500, Houston, Texas 77002, (713) 221-7000, kateshih@quinnemanuel.com.

Dated: May 26, 2023                                   Respectfully submitted,

                                                    */s/ Kate Shih*
                                                    Kate Kaufmann Shih
                                                    Southern District of Texas Bar No. 1214426
                                                    Texas State Bar No. 24066065
                                                    QUINN, EMANUEL, URQUHART
                                                    & SULLIVAN, LLP
                                                    711 Louisiana Street, Suite 500
                                                    Houston, Texas 77002
                                                    Telephone: (713) 221-7000
                                                    Facsimile: (713: 221-7100

                                                    COUNSEL FOR INTERVENORS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on May 26, 2023, by the Court's CM/ECF system on all parties entitled to notice.

                                                    */s/ Kate Shih*
                                                    Kate Kaufmann Shih