IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> INTERVENORS, <br><br> *Defendants*. | Case No. 6:23-cv-00007 |

### **[PROPOSED ORDER]**

Pending before the Court is Plaintiff States' Motion for Leave to File Supplemental Complaint, ECF 140. After reviewing the Motion and any Responses thereto, the Court is of the opinion that Plaintiff States' Motion should be DENIED.

It is therefore ORDERED that Plaintiffs' Motion for Leave to File Supplemental Complaint, ECF 140, is hereby DENIED.

SIGNED this _____ day of _____, 2023.

_____
HONORABLE DREW B. TIPTON
UNITED STATES DISTRICT JUDGE