United States District Court
Southern District of Texas
**ENTERED**
June 05, 2023
Nathan Ochsner, Clerk

**United States District Court**
**Southern District of Texas**
**Victoria Division**

STATE OF TEXAS, *et al.*,
   *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
  *et al.*,
   *Defendants*.

Case 6:23-cv-00007

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Aaron Reitz as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Aaron Reitz is hereby withdrawn as counsel of record and Ryan D. Walters is listed as lead counsel for the Plaintiffs.

**SO ORDERED** and **SIGNED** this  5th  day of  June , 2023.

*[signature: Drew B. Tipton]*

**Drew B. Tipton**
United States District Judge