UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | CIVIL ACTION NO. |
| *Plaintiffs*, | § | 6:23-CV-00007 |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE DREW S. TIPTON |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| *Defendants.* | | |

**UNOPPOSED REQUEST TO CONTINUE DEADLINES
FOR BRIEFING ON PLAINTIFF STATES'
MOTION FOR PRELIMINARY INJUNCTION [ECF 22]**

Federal and Intervenor Defendants in the above-captioned action respectfully request that the Court continue the deadlines for briefing on the Plaintiff States' Motion for Preliminary Injunction, ECF 22, by 30 days. Federal and Intervenor Defendants have met and conferred with Plaintiffs on this request, and Plaintiffs do not oppose this motion.

Under the Court's current Scheduling Order, dated June 5, 2023, the Federal and Intervenor Defendants' opposition briefs are due June 20, 2023 and the Plaintiff States' reply is due June 27, 2023. Federal and Intervenor Defendants respectfully request a 30-day continuance of those deadlines, such that Federal and Intervenor Defendants' opposition briefs would be due July 20, 2023 and the Plaintiff States' reply would be due July 27, 2023.

1

The parties believe that this 30-day continuance would benefit the Court by allowing for more thorough briefing and treatment of the evidence. Discovery in this case was not produced until May 19, 2023, and the parties are continuing to work through certain disputes regarding those productions in advance of the June 16 deadline to resolve discovery disputes or file any motions with the Court. The June 20 deadline provides the parties insufficient time to meaningfully incorporate in the briefing discovery issues resolved during that window. A continuance of the briefing deadlines would permit the parties needed time to resolve or narrow the issues, and to review the evidence and incorporate it into their briefing in a more thorough and considered way. Cognizant that the Court requires sufficient time to review briefing in advance of trial, the parties observe that the requested continuance would still put the close of briefing four full weeks before commencement of trial on August 24, 2023.

For all of these reasons, Federal and Intervenor Defendants request a continuance of the deadline for Defendants' opposition briefing to July 20, 2023 and the deadline for Plaintiff States' reply to July 27, 2023. If the Court is disinclined to grant this 30-day continuance, Federal and Intervenor Defendants respectfully request a 23-day continuance making Federal and Intervenor Defendants' oppositions due July 13, and Plaintiff States' reply due July 20.

Dated:  June 8, 2023

                                  Respectfully submitted,

                                  */s/ Monika Y. Langarica*
                                  **Monika Y. Langarica***
                                  California Bar No. 308518

langarica@law.ucla.edu

**Ahilan T. Arulanantham***
California Bar No. 237841
arulanantham@law.ucla.edu

**CENTER FOR IMMIGRATION LAW AND POLICY**
UCLA SCHOOL OF LAW
385 Charles E. Young Dr. E., Box 951476
Los Angeles, CA 90095
Telephone: (310) 983-3345

**Esther H. Sung (Attorney-In-Charge)***
California Bar No. 255962
*Application for Admission pending*
esther.sung@justiceactioncenter.org

**Karen C. Tumlin***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Jane Bentrott***
California Bar No. 323562
D.C. Bar No. 1029681
Virginia Bar No. 87903
jane.bentrott@justiceactioncenter.org

**Lauren Michel Wilfong***
New York Bar No. 5975529
New Jersey Bar No. 378382021
*Not admitted to practice law in California*
lauren.wilfong@justiceactioncenter.org

**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

**Daniel Hatoum**
Texas Bar No. 24099136
New York Bar No. 5598339
daniel.hatoum@raicestexas.org

3

**Vanessa Rivas-Bernardy\***
California Bar No. 341464
vanessa.rivas@raicestexas.org

**THE REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)**
5121 Crestway Drive, Suite 105
San Antonio, Texas 78239
Telephone: (210) 960-3206
Facsimile: (210) 634-1279

*\*admitted pro hac vice*

**Kate Kaufmann Shih**
Texas Bar No. 24066065
Federal Bar No. 1214426
kateshih@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713)221-7100

*Counsel for Intervenor Defendants*

| | |
|---|---|
| ALAMDAR S. HAMDANI<br>*United States Attorney* | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General*<br><br>WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section<br><br>EREZ REUVENI<br>*Assistant Director*<br><br>*/s/ Brian C. Ward*<br>BRIAN C. WARD<br>*Senior Litigation Counsel*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 616-9121<br>Email: brian.c.ward@usdoj.gov<br><br>*Counsel for Federal Defendants* |

### CERTIFICATE OF CONFERENCE

On June 8, 2023, counsel for Federal and Intervenor Defendants conferred via email with counsel for the Plaintiff States regarding this Request. The Plaintiff States are not opposed.

/s/ Kate Shih
Kate Shih

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served via ECF pursuant to the Federal Rules of Civil Procedure on the 8th day of June 2023, upon all counsel of record in this matter.

/s/ Kate Shih
Kate Shih