# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, *Plaintiffs*, | § § § § | CIVIL ACTION NO. 6:23-CV-00007 |
| vs. | § § § § | JUDGE DREW S. TIPTON |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, *Defendants.* | § § § § | |

### ORDER GRANTING FEDERAL AND INTERVENOR DEFENDANTS' UNOPPOSED REQUEST TO CONTINUE DEADLINES FOR BRIEFING ON PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION [ECF 22]

Before the Court is Federal and Intervenor Defendants' Unopposed Request to Continue Deadlines for Briefing on Plaintiff States' Motion for Preliminary Injunction. The Court, after considering the Request, finds that it should be and is hereby GRANTED.

Accordingly, it is ORDERED that the briefing deadlines are continued as follows:

- Federal and Intervenor Defendants must file their opposition briefing by July 20, 2023.

- Plaintiff States must file their reply by July 27, 2023

SO ORDERED.

Signed on _____, at Victoria, Texas.

_____
Hon. Drew S. Tipton
United States District Judge