United States District Court
Southern District of Texas
**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| The STATE OF TEXAS; the STATE OF ALABAMA; the STATE OF ALASKA; the STATE OF ARKANSAS; the STATE OF FLORIDA; the STATE OF IDAHO; the STATE OF IOWA; the STATE OF KANSAS; the COMMONWEALTH OF KENTUCKY; the STATE OF LOUISIANA; the STATE OF MISSISSIPPI; the STATE OF MISSOURI; the STATE OF MONTANA; the STATE OF NEBRASKA; the STATE OF OHIO; the STATE OF OKLAHOMA; the STATE OF SOUTH CAROLINA; the STATE OF TENNESSEE; the STATE OF UTAH; the STATE OF WEST VIRGINIA; and the STATE OF WYOMING, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR JADDOU, Director of U.S. Citizenship and Immigration Services, in her official capacity; U.S. CUSTOMS & BORDER PROTECTION; TROY MILLER, Acting Commissioner of U.S. Customs & Border Protection, in his official capacity; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; and TAE JOHNSON, Acting Director of U.S. Immigration & Customs Enforcement, in his official capacity, <br><br> Defendants. | Civil Action No. 6:23-CV-00007 |

## ORDER

Pending before the Court is Federal and Intervenor Defendants' Unopposed Request to Continue Deadlines for Briefing on Plaintiff States' Motion for Preliminary Injunction [ECF 22]. (Dkt. No. 160). After reviewing the Motion, the record and the applicable law, the Court is of the opinion that it should be **DENIED**.

As stated previously, the Court will not rule on the motion for preliminary injunction until after the trial has been completed, which is now scheduled for August 24, 2023. This is because the motion has been consolidated with the trial on the merits. The briefing currently ordered by the Court is to assist the Court in preparation for trial. The Parties will have many opportunities to provide the Court with many briefs, including after trial when the actual evidence (as opposed to discovery) will govern the Court's ruling.

It is SO ORDERED.

Signed on June 8, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**