UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | CIVIL ACTION NO. |
| *Plaintiffs*, | § | 6:23-CV-00007 |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE DREW S. TIPTON |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| INTERVENORS, | § | |
| *Defendants*. | | |

### INTERVENOR DEFENDANTS' UNOPPOSED MOTION TO EXCEED WORD LIMIT IN RESPONSE TO PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION

Intervenor Defendants in the above-captioned action respectfully request that the Court extend the 5,000-word limit governing their response in opposition to Plaintiff States' Motion for Preliminary Injunction, ECF 22 ("Motion"), to a limit of 7,500 words. The issues implicated in Plaintiff States' Motion are complex, requiring even Plaintiff States to exceed the ordinary word count limit by nearly 1,500 words. ECF 22 at 29. Since Plaintiff States filed that Motion, the Court has consolidated the Motion with a final merits trial, this case has grown to incorporate Intervenor Defendants who seek to introduce their own arguments, experts, and other witnesses, and the parties have produced discovery. All of these developments have significantly increased the complexity of this case. Thus, Intervenor Defendants require additional words in order to meaningfully account for these developments, including by

1

addressing critical evidence that will aid the Court in its resolution of the issues in this case.

Accordingly, good cause exists to grant Intervenor Defendants' request to extend the word count limitation on their response to Plaintiffs' Motion; granting the request will not delay proceedings or prejudice any party; and granting the request is in the interest of justice. Neither Plaintiff States nor Federal Defendants oppose this request.

Dated:  June 13, 2023

Respectfully submitted,

*/s/ Monika Y. Langarica*
**Monika Y. Langarica***
California Bar No. 308518
langarica@law.ucla.edu

**Ahilan T. Arulanantham***
California Bar No. 237841
arulanantham@law.ucla.edu

**CENTER FOR IMMIGRATION LAW AND POLICY**
UCLA SCHOOL OF LAW
385 Charles E. Young Dr. E., Box 951476
Los Angeles, CA 90095
Telephone: (310) 983-3345

**Esther H. Sung (Attorney-In-Charge)***
California Bar No. 255962
*Application for Admission pending*
esther.sung@justiceactioncenter.org

**Karen C. Tumlin***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Jane Bentrott***
California Bar No. 323562

D.C. Bar No. 1029681
Virginia Bar No. 87903
jane.bentrott@justiceactioncenter.org

**Lauren Michel Wilfong\***
New York Bar No. 5975529
New Jersey Bar No. 378382021
*Not admitted to practice law in California*
lauren.wilfong@justiceactioncenter.org

**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

**Daniel Hatoum**
Texas Bar No. 24099136
New York Bar No. 5598339
daniel.hatoum@raicestexas.org

**Vanessa Rivas-Bernardy\***
California Bar No. 341464
vanessa.rivas@raicestexas.org

**THE REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)**
5121 Crestway Drive, Suite 105
San Antonio, Texas 78239
Telephone: (210) 960-3206
Facsimile: (210) 634-1279

**\****admitted pro hac vice*

**Kate Kaufmann Shih**
Texas Bar No. 24066065
Federal Bar No. 1214426
kateshih@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
711 Louisiana, Suite 500
Houston, Texas 77002

3

Telephone: (713) 221-7000
Facsimile: (713)221-7100

4

## CERTIFICATE OF CONFERENCE

I certify that on June 9 and 12, 2023, counsel for Intervenor Defendants conferred via email with counsel for Plaintiff States and Federal Defendants regarding this Motion and they are not opposed.

/s/ <em>Kate Shih</em><br>
Kate Shih

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served via ECF pursuant to the Federal Rules of Civil Procedure on the 13th day of June 2023, upon all counsel of record in this matter.

/s/ <em>Kate Shih</em><br>
Kate Shih