## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, *Plaintiffs*, | § § § § | CIVIL ACTION NO. 6:23-CV-00007 |
| vs. | § § § § | JUDGE DREW S. TIPTON |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, *Defendants*. | § § § § | |

### ORDER GRANTING INTERVENOR DEFENDANTS' UNOPPOSED MOTION TO EXCEED WORD LIMIT IN RESPONSE TO PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Intervenor Defendants' Unopposed Motion to Exceed Word Limit in Response to Plaintiff States' Motion for Preliminary Injunction. The Court, after considering the Motion, finds that it should be GRANTED.

Accordingly, it is ORDERED that the word limit for Intervenor Defendants' opposition brief to Plaintiff States' Motion for Preliminary Injunction is 7,500 words.

SO ORDERED.

Signed on _____, at Victoria, Texas.

_____
Hon. Drew S. Tipton
United States District Judge