United States District Court
Southern District of Texas
**ENTERED**
June 13, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | CIVIL ACTION NO. |
| *Plaintiffs*, | § | 6:23-CV-00007 |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE DREW S. TIPTON |
| | § | |
| UNITED STATES DEPARTMENT | § | |
| OF HOMELAND SECURITY, *et* | § | |
| *al.*, | § | |
| | | |
| *Defendants*. | | |

**ORDER GRANTING INTERVENOR DEFENDANTS'
UNOPPOSED MOTION TO EXCEED WORD LIMIT IN
RESPONSE TO PLAINTIFF STATES' MOTION FOR
PRELIMINARY INJUNCTION**

Before the Court is Intervenor Defendants' Unopposed Motion to Exceed Word Limit in Response to Plaintiff States' Motion for Preliminary Injunction. The Court, after considering the Motion, finds that it should be GRANTED.

Accordingly, it is ORDERED that the word limit for Intervenor Defendants' opposition brief to Plaintiff States' Motion for Preliminary Injunction is 7,500 words.

SO ORDERED.

Signed on  June 13, 2023 .

Hon. Drew B. Tipton
United States District Judge