United States District Court
Southern District of Texas
**ENTERED**
June 13, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, et al., § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | Case No. 6:23-cv-00007 |
| Defendants, | |
| and | |
| VALERIE LAVEUS, PAUL ZITO, FRANCIS ARAUZ, ERIC SYPE, DR. KATE SUGARMAN, DR. NAN LANGOWITZ, and DR. GERMÁN CADENAS, | |
| Intervenor Defendants. | |

**ORDER GRANTING MOTION**
**TO WITHDRAW AS COUNSEL**

Having considered the Motion to Withdraw as Counsel of Daniel Hatoum, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Daniel Hatoum as attorney for the Intervenor Defendants in this case.

IT IS SO ORDERED this the 13th day of June, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**