United States District Court
Southern District of Texas
**ENTERED**
June 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, et al. | ) | |
|  | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 6:23-cv-00007 |
|  | ) | |
| DEPARTMENT OF HOMELAND SECURITY., et al. | ) | |
|  | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is Defendants' Unopposed Motion for Leave to Exceed Word Limit for Response to Plaintiffs' Motion for Preliminary Injunction. The Court, after considering the Motion, finds that it should be GRANTED.

Accordingly, it is ORDERED that the word limit for Defendants' opposition brief to the Motion for Preliminary Injunction is 18,000 words.

SO ORDERED.

Signed on June 13, 2023.

_____
Hon. Drew B. Tipton
United States District Judge