UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br> *Plaintiffs*, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF <br> HOMELAND SECURITY, *et al.*, <br><br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> §     No.6:23-CV-00007 <br> § <br> § <br> § <br> § |

**[PROPOSED] ORDER GRANTING
JOINT MOTION TO CONTINUE DEADLINE
FOR RESOLVING DISPUTES CONCERNING
<u>JURISDICTIONAL DISCOVERY</u>**

    Pending before the Court is the parties' Joint Motion to Continue Deadline for Resolving Disputes Concerning Jurisdictional Discovery. After reviewing the motion, the record, and the applicable law, the Court GRANTS the parties' motion.

    It is SO ORDERED.

    Signed this June \_\_\_\_, 2023

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE