United States District Court
Southern District of Texas

**ENTERED**
June 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

U.S. Deparment of Homeland Security, Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lincoln Davis Wilson<br>Idaho Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>(208) 334-240 / lincoln.wilson@ag.idaho.gov<br>Idaho State Bar #11860 |
|---|---|

| Name of party applicant seeks to appear for: | State of Idaho |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ____✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/15/2023 | Signed: | /s/ Lincoln Davis Wilson |
|---|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 6/16/2023 | Clerk's signature    s/ Stacie Marthiljohni |

## Order

This lawyer is admitted *pro hac vice*.

Dated: June 16, 2023

/s/ Drew B. Tipton
United States District Judge