UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| The STATE OF TEXAS et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., | § § § | Judge Drew M. Tipton |
| *Defendants,* and | § § | |
| VALERIE LAVEUS et al., | § § | |
| *Intervenor Defendants.* | § | |

**DECLARATION OF ESTHER H. SUNG
IN SUPPORT OF INTERVENOR DEFENDANTS' OPPOSITION TO
PLAINTIFF STATES' CHALLENGE TO PAROLE PATHWAYS AND
TO MOTION FOR PERMANENT NATIONWIDE INJUNCTION**

1. My name is Esther H. Sung, my date of birth is March 12, 1980, and my business address is P.O. Box 27280, Los Angeles, CA 90027.

2. I am the legal director of Justice Action Center, counsel of record for the Intervenor Defendants in the above-captioned action. I am a member in good standing of the State Bar of California and have applied for admission to the Southern District of Texas. I have been admitted pro hac vice in this action.

3. I respectfully submit this declaration in connection with Intervenor Defendants' Opposition to Plaintiff States' Challenge to Parole Pathways and to Motion for Permanent Nationwide Injunction ("Opposition"). The purpose of this declaration is to authenticate the exhibits cited in the Opposition.

1

4.      The exhibits to the Opposition, which I describe below, are drawn exclusively from (1) the administrative record, (2) the public record, and (3) discovery produced in this case and emails between the parties concerning that discovery.

5.      **Exhibit 1** is a true and correct copy of Department of Homeland Security, U.S. Citizenship and Immigration Services ("USCIS") Form I-134A, "Declaration of Financial Support." The form is available online at https://www.uscis.gov/sites/default/files/document/forms/i-134.pdf (last accessed June 19, 2023).

6.      **Exhibit 2** is a true and correct copy of a page from the USCIS website titled "Processes for Cubans, Haitians, Nicaraguans, and Venezuelans," available at https://www.uscis.gov/CHNV (last accessed June 19, 2023).

7.      **Exhibit 3** is a true and correct copy of a page from the USCIS website titled "Frequently Asked Questions About the Processes for Cubans, Haitians, Nicaraguans, and Venezuelans," located at https://www.uscis.gov/humanitarian/frequently-asked-questions-about-the-processes-for-cubans-haitians-nicaraguans-and-venezuelans (last accessed June 19, 2023).

8.      **Exhibit 4** is a true and correct copy of a memorandum prepared by the U.S. Department of Homeland Security, dated December 22, 2022, titled "Parole Process for Certain Cuban Nationals." The document is part of the administrative record, located at Cuba AR_000127–160.

9.      **Exhibit 5** is a true and correct copy of a memorandum prepared by the U.S. Department of Homeland Security, dated December 22, 2022, titled "Parole Process for Certain Haitian Nationals." The document is part of the administrative record, located at Haiti AR_000098–132.

10. **Exhibit 6** is a true and correct copy of a memorandum prepared by the U.S. Department of Homeland Security, dated December 22, 2022, titled "Parole Process for Certain Nicaraguan Nationals. The document is part of the administrative record, located at Nicaragua AR_000127–158.

11. **Exhibit 7** is a true and correct copy of a memorandum prepared by the U.S. Department of Homeland Security, dated October 12, 2022, titled "Parole Process for Certain Venezuelan Nationals." The document is part of the administrative record for this case, located at Venezuela AR_000117–143.

12. **Exhibit 8** is a true and correct copy of a memorandum prepared by the U.S. Department of Homeland Security, dated December 22, 2022, titled "Updates to the Parole Process for Certain Venezuelan Nationals." The document is part of the administrative record for this case, located at Venezuela AR_000144–151.

13. **Exhibit 9** is a true and correct copy of a U.S. Chamber of Commerce webpage titled "Understanding America's Labor Shortage: The Most Impacted States," located at https://www.uschamber.com/workforce/the-states-suffering-most-from-the-labor-shortage?state= (last accessed June 19, 2023).

14. **Exhibit 10** is a true and correct copy of a Congressional Research Service report, dated September 22, 2022, titled "Cuba: U.S. Policy in the 117th Congress." This document is part of the administrative record, located at Cuba AR_000190–240.

15. **Exhibit 11** is a true and correct copy of a Congressional Research Service report, dated August 2, 2022, titled "Haiti: Political Conflict and U.S. Policy Overview." This document is part of the administrative record, located at Haiti AR_000191–194.

16. **Exhibit 12** is a true and correct copy of a USCIS report, dated June 15, 2022, titled "Nicaragua: COI Update." This document is part of the administrative record, located at Nicaragua AR_000312–321.

17. **Exhibit 13** is a true and correct coy of a USCIS report, dated October 31, 2022, titled "Nicaragua: COI Update." This document is part of the administrative record, located at Nicaragua AR_000322–331.

18. **Exhibit 14** is a true and correct copy of a USAID report titled "CHNV Displacement Data (2018–2021)." This document is part of the administrative record, located at Venezuela AR_000268–275.

19. **Exhibit 15** is a true and correct copy of a UNHCR webpage titled "2023: A Moment of Truth for Global Displacement," located at https://www.unhcr.org/spotlight/2023/01/2023-a-moment-of-truth-for-global-displacement/ (last accessed June 19, 2023).

20. **Exhibit 16** is a true and correct copy of a UNICEF press release, dated March 30, 2023, titled "Seven-fold increase in the number of children walking through the Panamanian jungle towards North America this Year," located at https://www.unicef.org/press-releases/seven-fold-increase-number-children-walking-through-panamanian-jungle-towards-north (last accessed June 19, 2023).

21. **Exhibit 17** is a true and correct copy of a Forbes article by Stuart Anderson, dated March 21, 2023, titled "GOP State Lawsuit Could Stop Sound Way to Reduce Illegal Immigration," located at https://www.forbes.com/sites/stuartanderson/2023/03/21/gop-state-lawsuit-could-end-effective-immigration-parole-programs/?sh=6c0aa4915c19 (last accessed June 19, 2023).

22. **Exhibit 18** is a true and correct copy of a National Foundation for American Policy whitepaper by Stuart Anderson, dated January 31, 2023, titled "The Historic Refugee Crisis in the Western Hemisphere," available at The-Historic-Refugee-Crisis.NFAP-Policy-Brief.January-2023.pdf (last accessed June 19, 2023).

23. **Exhibit 19** is a true and correct copy of a fwd.us article, dated April 20, 2023, titled "Immigration parole has added 450,000 workers to industries with critical labor shortages," available at https://wp.fwd.us/news/immigration-labor-shortages/ (last accessed June 19, 2023).

24. **Exhibit 20** is a true and correct copy of an article from the Austin American-Statesman by Justin Yancy, dated July 8, 2022, titled "The tools to tackle Texas' labor shortage," available at https://www.statesman.com/story/opinion/columns/your-voice/2022/07/08/opinion-the-tools-to-tackle-texas-labor-shortage/7815265001/ (last accessed June 19, 2023).

25. **Exhibit 21** is a true and correct copy of an article from Axios Austin by Nicole Cobler, dated September 19, 2022, titled "Restaurants face labor shortages amid back-to-school season," available at https://www.axios.com/local/austin/2022/09/19/restaurants-labor-shortages-back-to-school-season (last accessed June 19, 2023).

26. **Exhibit 22** is a true and correct copy of an article by the Federal Reserve Bank of Dallas by Laila Assanie and Carlee Crocker, dated Jun 24, 2021, titled "Supply Chain Woes Slow Texas Recovery," available at https://www.dallasfed.org/research/economics/2021/0624 (last accessed June 19, 2023).

27. **Exhibit 23** is a true and correct copy of a press release by the Texas Health Care Association, dated September 14, 2021, titled "Texas Nursing Home Associations Ask Legislature to Address Critical Workforce Shortage," available at https://txhca.org/press_room/texas-nursing-

home-associations-ask-the-legislature-to-address-critical-workforce-shortage/ (last accessed June 19, 2023).

28.     **Exhibit 24** is a true and correct copy of an article from KUT 90.5 by Sergio Martinez-Beltran, dated December 12, 2021, titled "Without enough workers in the U.S. to fill jobs, ranches and farms in Texas look abroad," available at https://www.kut.org/politics/2022-12-21/without-enough-workers-in-the-u-s-to-fill-jobs-ranches-and-farms-in-texas-look-abroad (last accessed June 19, 2023).

29.     **Exhibit 25** is a true and correct copy of an article from The Texas Tribune by Pooja Salhotra, dated February 14, 2023, titled "As Texas booms, local governments—especially in small towns—struggle to find workers," available at https://www.texastribune.org/2023/02/14/texas-local-government-hiring-trouble-economy/ (last accessed June 19, 2023).

30.     **Exhibit 26** is a true and correct copy of an article from the National Association of Manufacturers, dated May 4, 2021, titled "2.1 Million Manufacturing Jobs Could Go Unfilled by 2023," available at https://www.nam.org/2-1-million-manufacturing-jobs-could-go-unfilled-by-2030-13743/ (last accessed June 19, 2023).

31.     **Exhibit 27** is a true and correct copy of an article by the U.S. Chamber of Commerce by Lindsay Cates and Stephane Ferguson, dated May 2, 2023, titled "Understanding America's Labor Shortage: The Most Impacted States," available at https://www.uschamber.com/workforce/the-states-suffering-most-from-the-labor-shortage (last accessed June 19, 2023).

32.     **Exhibit 28** is a true and correct copy of a Rice University Baker Institute for Public Policy article by Jose Ivan Rodriguez-Sanchez, dated June 14, 2022, titled "Immigrants in Strategic Sectors of the U.S. Economy and America's Labor Shortage Crisis," available at

6

https://www.bakerinstitute.org/research/immigrants-in-strategic-sectors-of-the-us-economy-and-americas-labor-shortage-crisis (last accessed June 19, 2023).

33. **Exhibit 29** is a true and correct copy of a Boston Globe article by Kara Miller, dated January 31, 2023, titled "America is running out of working-age adults. Here's how to solve the labor shortage," available at https://www.bostonglobe.com/2023/01/31/business/how-do-we-solve-labor-shortage-bring-more-immigrants/ (last accessed June 19, 2023).

34. **Exhibit 30** is a true and correct copy of an opinion article from The Hill by Rebecca Shi, dated August 29, 2022, titled "Opinion: Immigrants are key to addressing America's labor shortage, lowering inflation, and growing our economy," available at https://thehill.com/opinion/congress-blog/3619410-immigrants-are-key-to-addressing-americas-labor-shortage-lowering-inflation-and-growing-our-economy/ (last accessed June 19, 2023).

35. **Exhibit 31** is a true and correct copy of a Brookings article by Dany Bahar and Pedro Casas-Alatriste, dated July 14, 2022, titled "Who are the 1 million missing workers that could solve America's labor shortages?" available at https://www.brookings.edu/blog/up-front/2022/07/14/who-are-the-1-million-missing-workers-that-could-solve-americas-labor-shortages/ (last accessed June 19, 2023).

36. **Exhibit 32** is a true and correct copy of a Partnership for a New American Economy whitepaper by Stephen G. Bronars, Ph.D., dated July 2015, titled "A Vanishing Breed: How the Decline in U.S. Farm Laborers Over the Last Decade Has Hurt the U.S. Economy and Slowed Production on American Farms," available at https://www.newamericaneconomy.org/wp-content/uploads/2015/08/PNAE_FarmLabor_August-3-3.pdf (last accessed June 19, 2023).

37. **Exhibit 33** is a true and correct copy of a report by HBI, from Fall 2021, titled "The HBI Construction Labor Market Report," available at https://hbi.org/wp-content/uploads/HBI_Fall_Construction_Labor_Market_Report.pdf (last accessed June 19, 2023).

38. **Exhibit 34** is a true and correct copy of an Associated Builders and Contractors Press Release, dated February 9, 2023, titled "Construction Workforce Shortage Tops Half a Million in 2023," available at https://www.abc.org/News-Media/News-Releases/entryid/19777/construction-workforce-shortage-tops-half-a-million-in-2023-says-abc (last accessed June 19, 2023).

39. **Exhibit 35** is a true and correct copy of a USCIS memorandum, dated December 29, 2022, titled "Request for Emergency OMB Paperwork Reduction Act (PRA) Clearance – Form I-134A, Online Request to be a Supporter and Declaration of Financial Support." This document is part of the administrative record, located at Cuba_AR001179–1181.

40. **Exhibit 36** is a true and correct copy of Texas's Response to Defendants' Discovery Requests in this matter, dated May 19, 2023.

41. **Exhibit 37** is a true and correct copy of an email chain from Ryan Walters, counsel for Texas, to Jane Bentrott, counsel for Intervenor Defendants, dated from May 25, 2023 to June 13, 2023, titled "TX v. DHS (Parole), TX Discovery Response Discussion."

42. **Exhibit 38** is a true and correct copy of a USCIS presentation titled "Fiscal Year 2023, Congressional Justification," available at https://www.uscis.gov/sites/default/files/document/reports/U.S._Citizenship_and_Immigration_Services%E2%80%99_Budget_Overview_Document_for%20Fiscal_Year_2023.pdf (last accessed June 19, 2023).

43. **Exhibit 39** is a true and correct copy of the Federal Defendants' Responses and Objections to Plaintiffs' [Revised] First Set of Discovery Requests in this matter, dated May 19, 2023.

44. **Exhibit 40** is a true and correct copy of a USCIS webpage titled "Uniting for Ukraine," available at https://www.uscis.gov/ukraine (last visited June 19, 2023).

45. **Exhibit 41** is a true and correct copy of a CBS News article by Camilo Montoya–Galvez, dated February 24, 2023, titled "A year into war, U.S. sponsors apply to welcome 216,000 Ukrainian refugees under Biden policy," available at https://www.cbsnews.com/news/a-year-into-war-u-s-sponsors-apply-to-welcome-216000-ukrainian-refugees-under-biden-policy/ (last accessed June 19, 2023).

46. **Exhibit 42** is a true and correct copy of 87 Fed. Reg. 63,507 (Oct. 19, 2022), titled "Implementation of a Parole Process for Venezuelans." This document is part of the administrative record at Venezuela AR_000073–83.

47. **Exhibit 43** is a true and correct copy of a report by the United States Border Patrol, Del Rio Sector, dated October 7, 2021, titled "After Action Report (AAR) Mass Migration Event (MME) Del Rio, Texas September 8, 2021–September 24, 2021." This document is part of the administrative record at Haiti_000403–433.

48. **Exhibit 44** is a true and correct copy of a tweet by Governor Greg Abbott, dated August 8, 2022 at 5:15 PM, available at https://twitter.com/GovAbbott/status/1556750876525707266 (last accessed June 19, 2023).

49. **Exhibit 45** is a true and correct copy of a tweet by Governor Greg Abbott, dated December 26, 2018, at 1:17 AM, available at https://twitter.com/GregAbbott_TX/status/1077810690063163392 (last accessed June 19, 2023).

50. **Exhibit 46** is a true and correct copy of an article published by the Texas Office of the Governor, titled "Top Texas Touts: People," available at https://gov.texas.gov/top-texas-touts-people (last accessed June 19, 2023).

51. **Exhibit 47** is a true and correct copy of a New York Times article by Eileen Sullivan and Steve Fisher, dated March 10, 2023, titled "At the End of a Hard Journey, Migrants Face Another: Navigating Bureaucracy," available at https://www.nytimes.com/2023/03/10/us/politics/migrants-asylum-biden-mexico.html (last accessed June 19, 2023).

52. **Exhibit 48** is a true and correct copy of a UNHCR webpage titled "Welcoming the Stranger: Affirmations for Faith Leaders," available at https://www.unhcr.org/media/welcoming-stranger-affirmations-faith-leaders (last accessed June 19, 2023).

53. **Exhibit 49** is a true and correct copy of an Executive Order, dated February 4, 2021, titled "Rebuilding and Enhancing Programs to Resettle Refugees and Planning for the Impact of Climate Change on Migration," available at https://www.whitehouse.gov/briefing-room/presidential-actions/2021/02/04/executive-order-on-rebuilding-and-enhancing-programs-to-resettle-refugees-and-planning-for-the-impact-of-climate-change-on-migration/ (last accessed June 19, 2023).

54. **Exhibit 50** is a true and correct copy of a CBS News article by Camilo Montoya-Galvez, dated May 22, 2023, titled "1.5 million apply for U.S. migrant sponsorship program with 30,000 monthly cap," available at https://www.cbsnews.com/news/us-migrant-sponsorship-program-cuba-haiti-nicaragua-venezuela-applications/ (last accessed June 19, 2023).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, State of Texas, on this 20th day of June, 2023.

                             */s/ Esther H. Sung*
                             Esther H. Sung, Declarant
                             California Bar No. 255962
                             Admitted Pro Hac Vice
                             Application for S.D. Tex. Admission Pending
                             Justice Action Center
                             P.O. Box 27280
                             Los Angeles, CA 90027
                             Telephone: (323) 450-7272
                             Facsimile: (323) 450-7276
                             esther.sung@justiceactioncenter.org