

**Refugee, Asylum and Int'l Operations Research Division**

EXHIBIT 12

# Nicaragua: COI Update

April 2017 to June 2022
Last updated: June 15, 2022

### *Socio-Political & Human Rights Crisis*

The Inter-American Commission on Human Rights (IACHR) reported in June 2022 that "the state's violent response to the social protests that started on April 18, 2018, triggered a serious political, social, and human rights crisis in Nicaragua."[1] While Nicaragua has, historically, experienced "a long series of civil conflicts that have deeply divided the Central American country and drawn in the United States and other nations,"[2] its current crisis began in April 2018,[3] when "university students spearheaded a civil insurrection in the streets that quickly drew the support of key independent pillars of Nicaraguan society, including the private sector and the Catholic Church."[4] A 2018 report by the Brookings Institution described the origins and initial evolution of the "2018 civil insurrection" in Nicaragua as follows:

> In what would prove to be a fateful tactical error, the government announced a cost-cutting reform of the public pension system, but without sufficient public discussion or buy-in. On April 18, 2018, senior citizens and their student supporters took to the streets to protest. The government responded with disproportionate force, generating a rapid escalation of repression-protests-repression. Virulent rhetoric by Murillo[5] further incensed the demonstrators, communicating rapidly among themselves on social media (especially Twitter, Facebook, and WhatsApp).
>
> Among the opposition, the issue quickly morphed into the repression itself—and the legitimacy of the Ortega-Murillo regime. In reference to the 1978-1979 uprising, protestors shouted this slogan: "Ortega y Somoza[6], la misma cosa" (Ortega and Somoza are the same thing).
>
> Shocked by the unprecedented level of official violence, and already irritated by if not estranged from El Carmen (Ortega's compound), the lead private sector associations, the Catholic Church, and various civil society organizations and

[1] Annual Report 2021 - Chapter IV.B - Nicaragua, Inter-American Commission on Human Rights (IACHR), p.775, Jun. 2, 2022.
[2] Feinberg, Richard E., Nicaragua: Revolution and Restoration, Brookings Institution, p.2, Nov. 2018.
[3] Feinberg, Richard E., Nicaragua: Revolution and Restoration, Brookings Institution, p.2, 7, Nov. 2018; Annual Report 2021 - Chapter IV.B - Nicaragua, Inter-American Commission on Human Rights (IACHR), p.775, Jun. 2, 2022; Four Years into Nicaragua's Human Rights Crisis, the IACHR Stresses Its Commitment To the Country, Inter-American Commission on Human Rights (IACHR), Apr. 18, 2022.
[4] Feinberg, Richard E., Nicaragua: Revolution and Restoration, Brookings Institution, p.2, Nov. 2018.
[5] Nicaraguan Vice-President Rosario Murillo, who is the wife of Nicaraguan President Daniel Ortega. Daniel Ortega has been president of Nicaragua since 2007, while Murillo was his running mate in the 2016 elections. *See* Feinberg, Richard E., Nicaragua: Revolution and Restoration, Brookings Institution, Nov. 2018.
[6] Somoza is a reference to the "autocratic family dynasty" which governed Nicaragua from 1934-1979. *See* Feinberg, Richard E., Nicaragua: Revolution and Restoration, Brookings Institution, p.3, Nov. 2018.



> unions announced their support for the aggrieved students. Massive marches and three one-day general strikes supported by business brought the urban economy to a momentary halt.[7]

Moreover, in an October 2021 report, the IACHR cited a wildfire in a nature reserve in late March and early April 2018—which led to protests regarding the state's response to the wildfire and subsequent state repression of said protests—as "immediate background to the April protests."[8] Other factors identified by the Brookings Institution as "drivers of rebellion" in Nicaragua included: "closing off channels of dissent"; fears of an Ortega-Murillo family dynasty; "brazen displays of official corruption"; "politicization of the public sector"; plans to construct an inter-oceanic canal (at the perceived expense of national sovereignty); frustrations of university students; "imposition of hierarchical control" within the Sandinista National Liberation Front (FSLN), the ruling political party; and the deterioration of relations between the regime and "key interest groups."[9]

In its annual report covering 2021, the IACHR commented on the "progressive deterioration of the human rights situation and rule of law in Nicaragua," and noted that the country's "political, social, and human rights crisis" that began in April 2018:

> three years later continues to spread even further owing to, among other factors, the de facto installation of a status of exception in the country, as well as the long standing undermining of democratic institutions because of the concentration of power in the executive branch, the absence of independence of the judiciary and the Attorney General's Office, and the perception that the National Assembly is operating in full alignment with the executive branch. At the same time, the Nicaraguan population continues to be impacted by the installation of a police state which makes it possible for coordination between the National Police and groups of government supporters to assault, patrol, threaten, and harass any person who is identified as an opponent of the current government.
>
> As a result of these factors, more than three years after the beginning of social protests in April 18, 2018, the IACHR observes that there still is a context of widespread impunity with respect to the gross human rights violations committed in the framework of the state repression, which has led to the death of 355 persons, more than 2,000 persons injured, more than 1,614 persons detained, hundreds of health professionals arbitrarily dismissed, and more than 150 university students unjustifiably expelled. […]
>
> In view of the continuation of the serious human rights crisis and the drastic deterioration of the country's democratic institutions, the general elections held on

---

[7] Feinberg, Richard E., Nicaragua: Revolution and Restoration, Brookings Institution, p.7, Nov. 2018.
[8] Nicaragua: Concentration of Power and the Undermining of the Rule of Law, Inter-American Commission on Human Rights (IACHR), p.18, Oct. 25, 2021.
[9] Feinberg, Richard E., Nicaragua: Revolution and Restoration, Brookings Institution, p.7-9, Nov. 2018.



> November 7, 2021 represented for Nicaraguan society the possibility of beginning a transitional period to restore the rule of law and democracy, as well as guaranteeing the right to memory, truth, and access to justice for the victims of state violence. Since early 2021, however, the IACHR has observed the escalation of a new stage of repression, characterized by a series of state actions leading to the elimination of the opposition's participation in the elections even before they were held. In particular, through the Special Monitoring Mechanism for Nicaragua (MESENI), the IACHR received distressing information about the removal of the legal status of political parties of the opposition, the detention and criminalization of leaders, including persons who had presented their preliminary candidacy to run for president, the enactment and enforcement of criminal laws with ambiguous wording that arbitrarily restricts the political rights of the Nicaraguan population, and amendments to the electoral law contrary to international human rights law.[10]

In December 2021, the IACHR expressed its concern "about the increasing number of people who have been forced to flee Nicaragua and to request international protection in the context of the ongoing serious human rights crisis in the country."[11] The organization reported that:

> In 2021, the IACHR has heard reports of an increase in the number of Nicaraguans who have been forcibly displaced due to more intense repression and to the atmosphere of fear and persecution that persists in Nicaragua against all individuals who are considered government critics. […]
>
> Based on statements and other information received by the Special Monitoring Mechanism for Nicaragua (MESENI), the IACHR notes that, in many cases, the people who have been forcibly displaced had previously been victims of direct threats of arrest by officers of the National Police or government supporters. In many other cases, the affected individuals said they lived in a climate of fear and unease due to the constant presence of National Police officers close to their homes and to the fact that they had been followed and subjected to surveillance or had even been denied the option of moving to other departments.
>
> Some of the main groups who have fled Nicaragua are human rights defenders and journalists; students who had taken part in demonstrations in April 2018; legal representatives of individuals who were deprived of liberty; healthcare workers who opposed government policies; people who had been released from detention based on the 2019 Amnesty Act; relatives of individuals who had been detained or murdered in the context of the crisis; and, in general, political and social movement leaders who had been subjected to threats given the persistence of arbitrary arrests in the country.

---

[10] Annual Report 2021 - Chapter IV.B - Nicaragua, Inter-American Commission on Human Rights (IACHR), p.775, Jun. 2, 2022.

[11] IACHR Calls for International Solidarity, Urges States to Protect the People Who Have Been Forced to Flee from Nicaragua, Inter-American Commission on Human Rights (IACHR), Dec. 20, 2021.



Case 6:23-cv-00007 Document 94-5 Filed 03/24/23 in TXSD Page 178 of 210

**Refugee, Asylum and Int'l Operations Research Division**

> Individuals who are identified as government critics and seek to leave Nicaragua are sometimes interrogated and subjected to reviews of their personal documents, computers, and cell phones by National Police officers at the airport. According to the statements the IACHR has had access to, these actions allegedly seek to prevent the relevant individuals from exposing on an international scale the situation of human rights in Nicaragua. These practices allegedly encourage people to attempt to flee through irregular routes or "blind spots."[12]

Furthermore, the United Nations High Commissioner for Refugees (UNHCR) has reported that:

> Political turmoil in Nicaragua since April 2018 meanwhile, has led some 200,000 people to flee persecution and human rights abuses, the vast majority – 150,000 — into neighbouring Costa Rica. More Nicaraguans have sought protection in Costa Rica since 2018 than people fleeing Central America's civil wars in the 1980s.[13]

In reference to recent trends in homicides and violence, according to InSight Crime, Nicaragua's homicide rate[14] in 2017 was "7 per 100,000 people, with 431 total murders, continuing a positive trend of lower violence seen over several years."[15] While it was unable to calculate a homicide rate for 2018 due to a lack of complete statistics, InSight Crime nevertheless reported that "levels of violence soared […] due to the brutal repression of civilian protesters by the regime of President Daniel Ortega."[16] In regards to 2019, InSight Crime reported that:

> After spiking in 2018 due to nation-wide unrest and a brutal crackdown on opposition protesters by President Daniel Ortega, levels of recorded violence in 2019 appear to have dropped back to earlier levels seen in 2017 and 2016. The 488 homicides tallied in 2019 represented a murder rate of 7.5 per 100,000 citizens.
>
> While the turmoil is still ongoing, state security forces and pro-government paramilitary groups do not appear to have violently cracked down on and disappeared hundreds of students, activists and oppositions leaders in 2019 with as much frequency as they did in 2018. That said, scores of opposition members

---

[12] IACHR Calls for International Solidarity, Urges States to Protect the People Who Have Been Forced to Flee from Nicaragua, Inter-American Commission on Human Rights (IACHR), Dec. 20, 2021.

[13] Displacement in Central America, United Nations High Commissioner for Refugees (UNHCR), last visited Jun. 14, 2022, https://web.archive.org/web/20220614224244/https://www.unhcr.org/en-us/displacement-in-central-america.html

[14] According to a 2019 global study on homicide by the United Nations Office on Drugs and Crime (UNODC), "A homicide rate of 10 per 100,000 population has been termed 'epidemic' in the literature, although it is questionable whether this medical metaphor is appropriate in such a context and why the threshold for calling it 'epidemic' is set exactly at this rate. This designation is widely used by the media, and is often ascribed to the United Nations, but its exact origin remains unclear. A search of the literature uncovered several reports that refer to the term as originating from the World Health Organization." *See* Global Study on Homicide 2019, United Nations Office on Drugs and Crime (UNODC), p.18, 2019.

[15] Dalby, Chris, and Carranza, Camilo, InSight Crime's 2018 Homicide Round-Up, InSight Crime, Jan. 22, 2019.

[16] Dalby, Chris, and Carranza, Camilo, InSight Crime's 2018 Homicide Round-Up, InSight Crime, Jan. 22, 2019.



> continue to be detained arbitrarily on trumped up charges, and the country's security outlook remains uncertain at best.[17]

For 2020, InSight Crime noted that while "Official homicide data is tough to come by in Nicaragua," it estimated the country's homicide rate "to be at least 4.4 per 100,000 based on population estimates."[18] When discussing homicides in 2021, the organization reported that:

> According to security expert Elvira Cuadra, who tracks murders in the country through media reports and other independent sources, 189 people were killed during the first six months of last year, putting the country on pace for a homicide rate of 5.7 per 100,00 in 2021, according to InSight Crime's calculations.
>
> Between January and June, Cuadra recorded 153 murder cases, a jump from 104 during the same period in 2020.[19]

Moreover, InSight Crime also commented on political violence and repression in its analysis of homicides in Nicaragua during 2021:

> Outright violence where citizens were harmed did not appear to occur ahead of Ortega securing his fourth consecutive term. However, Urnas Abiertas, an election observation group, recorded more than 1,600 instances of political violence. This included police and paramilitary groups holding people hostage in targeted areas for hours or even days, during which they were harassed and threatened.
>
> Ortega also harnessed the justice system to crack down on opponents. According to Human Rights Watch, authorities detained seven presidential candidates and at least 32 government critics, some of whom were subjected to abuse that included "daily interrogations, prolonged solitary confinement, and insufficient food."[20]

***Environmental Concerns***

The U.S. Agency for International Development (USAID) reported in September 2021 that Nicaragua:

> is prone to numerous environmental shocks, including droughts, flooding, and landslides. The country also regularly experiences tropical storms during the June–November Atlantic hurricane season, which can result in flooding, damage structures, destroy crops, and disrupt livelihoods. Nicaragua's western coastline is also susceptible to recurrent periods of drought, followed by heavy, irregular rains, which can trigger flooding and landslides. These recurring natural disasters—

[17] Asmann, Parker, and O'Reilly, Eimhin, InSight Crime's 2019 Homicide Round-Up, InSight Crime, Jan. 28, 2020.
[18] Asmann, Parker, and Jones, Katie, InSight Crime's 2020 Homicide Round-Up, InSight Crime, Jan. 29, 2021.
[19] InSight Crime's 2021 Homicide Round-Up, InSight Crime, Feb. 1, 2022.
[20] InSight Crime's 2021 Homicide Round-Up, InSight Crime, Feb. 1, 2022.


> coupled with the economic effects of the coronavirus disease (COVID-19) pandemic and sociopolitical instability—regularly exacerbate food insecurity among vulnerable populations in Nicaragua.[21]

Similarly, in September 2021, the International Federation of Red Cross and Red Crescent Societies (IFRC) reported that:

> In the last 20 years, Nicaragua has been hit by major, extreme weather events such as Hurricanes Mitch in 1998, Beta in 2005, Felix in 2007, and most recently by hurricanes Eta and Iota in November 2020, which hit the North Atlantic Autonomous Region (RAAN) 15 days apart with maximum intensity. The economic, social, housing, and infrastructure losses have been devastating for the region, as the two latter hurricanes combined affected 56 municipalities nationwide and put three million people at risk. […]
>
> According to the Global Climate Risk Index (Germanwatch, 2019), from 1998 to 2017 Nicaragua was ranked sixth among the top ten countries most exposed and vulnerable to extreme weather events. […]
>
> While Nicaragua is strategically located for the development of various socioeconomic sectors, geographically speaking it is highly vulnerable to a wide range of hazards (seismic, volcanic, climatic, hydro-meteorological).[22]

Moreover, the World Bank stated in November 2021 that Nicaragua "is classified as being at the highest risk level for climate-related and other natural disasters; it is in the high-risk group for earthquakes, floods, and epidemics and in the medium-risk group for drought and hurricanes."[23] Nicaragua has 18 volcanoes (each with different levels of activity), with over 1.1 million people at risk of exposure to a possible volcanic eruption.[24]

According to a 2019 report published by the World Bank Group:

> Hydrometeorological phenomena such as hurricanes, flooding, drought and landslides have significant influence on the population and economy of Nicaragua. Between 1994 and 2013, the average number of deaths due to hydrometeorological disasters was 160 per year, with average annual losses of 301.75 million dollars […], which is equivalent to an average annual loss per unit of GDP of 1.71%

---

[21] Nicaragua Assistance Overview, U.S. Agency for International Development (USAID), p.1, Sep. 2021.
[22] Nicaragua: Preparatory Action for Disaster/Crisis - DREF Plan of Action, Operation N° MDRNI011, International Federation of Red Cross and Red Crescent Societies (IFRC), p.2, Sep. 3, 2021.
[23] Pooling Catastrophe Risk to Protect against Natural Hazards: Nicaragua's Experience in Disaster Risk Management and Finance, The World Bank, Nov. 1, 2021.
[24] Tórrez García, Cinthya, Más de un millón de nicaragüenses viven en riesgo por una posible erupción volcánica [More than a million Nicaraguans live at risk of a possible volcanic eruption], La Prensa (Ni.), Feb. 20, 2018.



> In Nicaragua, extreme rainfall is the most common natural phenomenon, with the highest social impact. The greatest source of damage and loss of life is linked to hurricanes that generate storms that lead to flooding, erosion and landslides.[25]

In November 2020, Nicaragua was impacted by "two devastating hurricanes, Eta and Iota, category 4 and 5, respectively," which "hit the country in quick succession."[26] According to the IFRC, "Hurricane Eta, a category 4 storm, impacted the Northern Caribbean coast on 3 November, and Hurricane Iota, a category 5 storm, impacted the same area on 16 November and extended to the Pacific region, leaving severe damage in the region, including loss of lives."[27] The "back-to-back major hurricanes affected 60 per cent of the national territory,"[28] while "Coastal areas such as the North Caribbean Coast Autonomous Region (RACCN), a rural area mostly inhabited by indigenous and Afro-descendant peoples, bore the brunt of the destruction."[29] According to a plan of action developed by various United Nations agencies in coordination with the Nicaraguan government:

> With torrential rains and winds upwards of 230 km/h, Eta and Iota trigged intense flooding and landslides which led to the destruction of homes as well as agriculture and fishery-based livelihoods. More than three million people were exposed to these devastating storms, with an estimated 1.8 million people affected.[30]

Damages from the hurricanes were estimated at "US$738 million (6.2% of GDP)."[31] Furthermore, USAID reported in September 2021 that:

> The storms limited access to safe drinking water and sanitation facilities for an estimated 500,000 people and left more than 730,000 people in need of humanitarian assistance, the GoN [Government of Nicaragua] and UN reported.
>
> Populations in Nicaragua already faced constrained livelihood opportunities prior to Eta and Iota as a result of the country's ongoing economic crisis and the socioeconomic impacts of the COVID-19 pandemic. The storms further reduced

[25] Hydrometeorological and Climate Services Modernisation Plan For Nicaragua, World Bank Group, p.2, Jan. 2019.
[26] Nicaragua Action Plan to focus on recovery efforts after hurricanes Eta and Iota, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), Mar. 17, 2021.
[27] Nicaragua: Hurricanes Eta & Iota - Emergency Appeal n° MDR43007, Operation Update no. 2, International Federation of Red Cross and Red Crescent Societies (IFRC), p. 2, Jan. 20, 2021.
[28] Plan of Action | Hurricanes Eta and Iota, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA) et. al, Feb. 22, 2021.
[29] Nicaragua Action Plan to focus on recovery efforts after hurricanes Eta and Iota, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA), Mar. 17, 2021.
[30] Plan of Action | Hurricanes Eta and Iota, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA) et. al, Feb. 22, 2021.
[31] Plan of Action | Hurricanes Eta and Iota, United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA) et. al, Feb. 22, 2021.



> livelihood opportunities and damaged staple crops, worsening food insecurity for vulnerable individuals.[32]

In addition to hurricanes, Nicaragua has also been impacted by other hydrometeorological events.[33] For instance, in mid-October 2018, a Nicaraguan media outlet reported that—during the first 18 days of October—heavy rains led to the deaths of 14 people, while 6,191 individuals were affected by flooding.[34] In October 2017, Nicaragua's Caribbean Coast was impacted by Tropical Depression Nate, which "caused heavy rain and floods mainly in the Northern Autonomous Caribbean Region and the Rivas, Jinotepe[35], Leon, Chinandega, Matagalpa and Juigalpa[36] departments in the country's central Pacific region."[37] The Nicaraguan government reported that 16 people were killed, 682 communities were affected in 14 departments, 5,952 homes were damaged, and 29,110 people were impacted.[38]

In addition, Nicaragua is "one of the countries in the Dry Corridor" of Central America.[39] According to *Reuters*, "Central America's 'Dry Corridor' - running through Guatemala, El Salvador, Honduras and Nicaragua - is particularly vulnerable to the El Nino phenomenon, a warming of the Pacific Ocean surface that typically occurs every few years, causing hot and drier conditions."[40] The Dry Corridor "suffers from continuous droughts" due to El Niño.[41] A Nicaraguan media outlet reported in February 2018 that, per Nicaraguan government data, "A total of 596 communities"—around 300,000 people—"are at high risk from the threat of a drought" in Nicaragua.[42]

In a June 2019 article on drought in Nicaragua, *DW* reported that:

> When El Nino hit from 2014 to 2016, drought laid waste to food production in the Dry Corridor. […]
>
> According to local NGO, the Humboldt Center, 90% of maize and 60% of bean crops in Nicaragua were lost in 2016. […]

---

32 Nicaragua Assistance Overview, U.S. Agency for International Development (USAID), p.1, Sep. 2021.
33 Hydrometeorological and Climate Services Modernisation Plan For Nicaragua, World Bank Group, p.2, Jan. 2019.
34 Velásquez, Uriel, Lluvias dejan 14 muertos en Nicaragua [Rains leave 14 dead in Nicaragua], El Nuevo Diario (Ni.), Oct. 19, 2018.
35 Jinotepe is the capital of Carazo department.
36 Juigalpa is the capital of Chontales department.
37 Nicaragua floods: DREF final report (8 July 2018), International Federation of Red Cross and Red Crescent Societies (IFRC), p.1, Jul. 8, 2018.
38 Nicaragua floods: DREF final report (8 July 2018), International Federation of Red Cross and Red Crescent Societies (IFRC), p.2, Jul. 8, 2018.
39 A comprehensive action plan for the Dry Corridor in Nicaragua, Food and Agriculture Organization of the United Nations (FAO), Nov. 27, 2017.
40 Moloney, Anastasia, In Honduras, years of drought pressure farmers to leave land, Reuters, Sep. 27, 2019.
41 A comprehensive action plan for the Dry Corridor in Nicaragua, Food and Agriculture Organization of the United Nations (FAO), Nov. 27, 2017.
42 Tórrez García, Cinthya, Trescientos mil nicaragüenses viven en riesgo ante sequía [Three hundred thousand Nicaraguans live at risk of drought], La Prensa (Ni.), Feb. 27, 2018.



> "Because of climate change, the conditions for agricultural production in the Dry Corridor don't exist anymore," Victor Campos, director of the Humboldt Center, told DW. "That creates a food crisis, and if there isn't another kind of income available for families, it leads to famine." […]
>
> Tania Guillen, a Nicaraguan researcher at the Climate Service Center Germany, told DW that with small farmers losing crops, food insecurity in Nicaragua "could be a decisive factor to migrate to other countries in the region."[43]

In late July 2019, ACAPS reported that "[a]n El Niño phenomenon, although weak, has developed since February affecting several Central American countries, in particular Guatemala, Honduras, El Salvador and Nicaragua, known as the Dry Corridor."[44]

***Health Concerns***

Nicaragua recorded its first case of COVID-19 in March 2020.[45] In early June 2022, *Agencia EFE* reported that, according to Nicaragua's Ministry of Health, the country had registered "240 deaths from COVID-19 and 18,936 confirmed cases since the pandemic was detected in the country in March 2020."[46] Moreover, government officials also stated that 80% of the population over the age of 2 was fully vaccinated, while 92% of Nicaraguans had received at least one dose of the COVID vaccine.[47] Yet, when discussing COVID-19 cases and deaths, *Agencia EFE* also reported that:

> The official data contrasts with that of the COVID-19 Citizen Observatory, a network of independent doctors that monitors the pandemic and that until the end of this past April reported 5,994 deaths from pneumonia and other symptoms related to the coronavirus, as well as 32,174 suspected cases of contagion.[48]

Furthermore, in its 2022 annual report on Nicaragua (covering the events of 2021), Human Rights Watch reported on the Nicaraguan government's response to the COVID-19 pandemic:

> Denial, inaction, and opacity have characterized the government's response to the Covid-19 pandemic. The government took no emergency measures in response to

---

[43] Josefsen Hermann, Lise, Caught between floods and drought: Farmers in Nicaragua living in uncertainty, DW, Jun. 12, 2019.
[44] NICARAGUA: Dry spell in northern Nicaragua, ACAPS, p.1, Jul. 24, 2019.
[45] Nicaragua registers first case of coronavirus infection, Reuters, Mar. 18, 2020.
[46] Nicaragua registra 240 muertos y 18.936 casos de covid-19 desde marzo de 2020 [Nicaragua registers 240 deaths and 18,936 cases of COVID-19 since March 2020], Agencia EFE, Jun. 7, 2022.
[47] Nicaragua registra 240 muertos y 18.936 casos de covid-19 desde marzo de 2020 [Nicaragua registers 240 deaths and 18,936 cases of COVID-19 since March 2020], Agencia EFE, Jun. 7, 2022.
[48] Nicaragua registra 240 muertos y 18.936 casos de covid-19 desde marzo de 2020 [Nicaragua registers 240 deaths and 18,936 cases of COVID-19 since March 2020], Agencia EFE, Jun. 7, 2022.

the pandemic, kept schools open, and fired doctors critical of the government who disagreed with its management of the Covid-19 response.

While the government reported over 13,000 cases and more than 200 deaths, as of September 2021, the nongovernmental organization (NGO) Covid-19 Citizen Observatory registered almost twice as many suspected cases and 4,500 suspected deaths. The government has accused the organization and critical doctors of promoting "health terrorism." The Inter-American Commission on Human Rights (IACHR) reported that "state agents" were persecuting and harassing members of the Observatory, as well as from the medical associations Nicaraguan Medical Unit (UMN) and Interdisciplinary Scientific Committee.

As of October 2021, just over 8 percent of the population was fully vaccinated.

During the 2018 crackdown, at least 405 doctors, nurses, and other health workers were fired from public hospitals, seemingly for providing care to protesters or criticizing the government.

No specific policies to diminish the negative economic impact of the pandemic were enacted.[49]

In 2019, Latin America experienced a "record year for dengue fever[50]," with Nicaragua among the "hardest hit" countries in the region.[51] In early December 2019, *Voz de América* reported that Nicaragua was "one of the three countries in Latin America that reported the highest rate of dengue cases during 2019. To date, the disease has claimed the lives of 27 people, and the rates of risk have increased up to seven times according to experts."[52] A Nicaraguan media outlet reported in mid-December 2019 that Nicaragua had registered over 178,000 suspected cases of dengue in 2019 (up to December 7).[53]

---

49 World Report 2022 - Nicaragua, Human Rights Watch, Jan. 2022.
50 According to the World Health Organization (WHO), "Dengue is a viral infection transmitted to humans through the bite of infected mosquitoes. […] The virus responsible for causing dengue, is called dengue virus (DENV). […] While many DENV infections produce only mild illness, DENV can cause an acute flu-like illness. Occasionally this develops into a potentially lethal complication, called severe dengue." Severe dengue "is a leading cause of serious illness and death in some Asian and Latin American countries." *See* Dengue and severe dengue, World Health Organization (WHO), Jan. 10, 2022.
51 Huang, Pien, Why Dengue Fever Cases Are Hitting Record Highs In Latin America, NPR, Dec. 17, 2019.
52 Nicaragüenses gastaron 50 millones de dólares para atender el dengue en 2019 [Nicaraguans spent 50 million dollars to treat dengue in 2019], Voz de América, Dec. 2, 2019.
53 López B., Lidia, Por qué este año hubo una epidemia de dengue en Nicaragua si el mosquito trasmisor siempre está presente [Why there was a dengue epidemic in Nicaragua this year if the transmitting mosquito is always present], La Prensa (Ni.), Dec. 16, 2019.