

**Refugee, Asylum and Int'l Operations Research Division**

## Nicaragua: COI Update
June 2022 – October 2022
Last updated: October 31, 2022

| EXHIBIT 13 |

*Socio-Political & Human Rights Crisis*

In an early September 2022 report on the human rights situation in Nicaragua, the Office of the United Nations High Commissioner for Human Rights (OHCHR) reported that the "human rights situation in Nicaragua has progressively deteriorated since 2018."[1] *The Associated Press* noted in August 2022 that political stability in Nicaragua "has never fully returned" since the outbreak of protests in 2018 and the subsequent "crackdown by security forces and allied civilian militias."[2] *Al Jazeera* reported in August 2022 that—according to "rights observers"— Nicaraguan President Daniel Ortega "continues to crack down on freedom of expression and speech following massive anti-government protests that broke out in April 2018."[3]

Human Rights Watch reported in July 2022 that "Since taking office in 2007, the Ortega administration has dismantled all institutional checks on presidential power, including the judiciary."[4] In mid-June 2022, *The Associated Press* assessed that "With all government institutions firmly within Ortega's grasp and the opposition exiled, jailed or in hiding, the 75-year-old leader eroded what hope remained the country could soon return to a democratic path."[5]

According to OHCHR, the deterioration in Nicaragua's human rights situation has been demonstrated by the:

> lack of institutional and legislative reforms aimed at restoring the rule of law and the separation of powers, the isolation from the international community, as well as the severe restrictions on civic space, the harassment of critical voices and the situation of persons detained in the context of the crisis […].[6]

In October 2022, *The Associated Press* reported that Ortega had:

> stepped up repression since clearing the field of potential opposition candidates ahead of his re-election to a fourth consecutive term last November. In addition to jailing dozens of opposition figures, the government has closed more than 1,000

---

[1] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.2, Sep. 2, 2022.
[2] Selser, Gabriela, and Hernández, María Teresa, EXPLAINER: Tension between Nicaragua and the Catholic Church, The Associated Press, Aug. 14, 2022.
[3] Nicaraguan Catholics gather for mass after gov't bans procession, Al Jazeera, Aug. 14, 2022.
[4] Nicaragua: Government Dismantles Civil Society, Human Rights Watch, Jul. 19, 2022.
[5] US sanctions 93 Nicaraguan officials for crackdown, The Associated Press, Jun. 13, 2022.
[6] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.16, Sep. 2, 2022.

Contact Us: RAIOResearch@uscis.dhs.gov                    1

Nicaragua AR_000322



civil society groups, shuttered independent media outlets and most recently jailed a Roman Catholic bishop and other clergy.[7]

The Inter-American Commission on Human Rights (IACHR) reported in late September 2022 that "Restrictions on fundamental freedoms have reached a critical point in Nicaragua."[8] Moreover, OHCHR reported that it had noted "a deterioration of the human rights situation" in 2022, "particularly regarding civil and political rights, in a context characterized by the absence of dialogue, the deepening of the political crisis, and the isolation of Nicaragua from the international community."[9]

In regards to "civic space restrictions," OHCHR reported that Nicaragua "has continued to restrict civic space, with a particular impact on the rights to freedom of association and expression."[10] According to the IACHR, there is "no longer any space for critical voices" in Nicaragua, "as the Government's censorship strategy has been steadily deployed against any person that questions it and against all available areas of democratic participation."[11]

According to *The Associated Press*, "Since massive street protests erupted in April 2018 and were eventually violently put down by government forces, Ortega's administration has pursued any organizations it views as a threat."[12] Since November 2018, the Nicaraguan government has "shut down civil society organizations on the grounds that they had supported terrorist actions and/or breached administrative duties."[13] Human Rights Watch has reported that the shutting down of non-governmental organizations in Nicaragua "is part of a much broader effort to silence civil society groups and independent media through a combination of repressive tactics that include abusive legislation, intimidation, harassment, arbitrary detention, and prosecution of human rights defenders and journalists."[14] OHCHR reported in early September that, in 2022, the Nicaraguan government had:

> cancelled the legal personality of 1,112 human rights, development and other organizations, professional associations, including medical associations, entities linked to the Catholic Church and others, totalling [*sic*] at least 1,178 since 2018.

---

[7] Selser, Gabriela, Nicaragua's Ortega says US sanctions will make more migrants, The Associated Press, Oct. 27, 2022.
[8] In light of serious allegations regarding the closure of civic spaces in Nicaragua, UN and IACHR Special Rapporteurs urge authorities to comply with their international obligations to respect and guarantee fundamental freedoms, Inter-American Commission on Human Rights (IACHR), Sep. 28, 2022.
[9] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.2, Sep. 2, 2022.
[10] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.4, Sep. 2, 2022.
[11] In light of serious allegations regarding the closure of civic spaces in Nicaragua, UN and IACHR Special Rapporteurs urge authorities to comply with their international obligations to respect and guarantee fundamental freedoms, Inter-American Commission on Human Rights (IACHR), Sep. 28, 2022.
[12] Selser, Gabriela, Nicaragua newspaper says staff have fled the country, The Associated Press, Jul. 21, 2022.
[13] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.9, Sep. 2, 2022.
[14] Nicaragua: Government Dismantles Civil Society, Human Rights Watch, Jul. 19, 2022.



**Refugee, Asylum and Int'l Operations Research Division**

> In July, the Special Rapporteur on the rights to freedom of peaceful assembly and of association expressed concern about the cancellation of the legal personality of hundreds of organizations.
>
> Twelve universities have also had their legal personality cancelled, affecting the right to education. This right was also impacted by other measures restricting university autonomy and academic freedom, such as the reform of the Law of Autonomy of Higher Education Institution. The reform subjects the approval of the academic programs of all universities to the authority of a central body.[15]

In late September, the IACHR reported that "more than 2000 organizations of civil society – linked to political parties, academic, and religious spaces – have been cancelled" since April 2018.[16]

OHCHR has also identified "a serious deterioration of freedom of expression" in Nicaragua since 2018.[17] Likewise, the IACHR reported in late September that:

> Furthermore, attacks and unlawful interference with the freedom of the media is a serious trend that has increased in the last four years. Since then, at least 54 national media outlets have been closed, and the occupation and confiscation of the facilities of the media outlets *100% Noticias*, *Confidencial*, and *La Prensa* continues. The censorship strategy has also extended to the international press, creating a siege that hinders and prevents the circulation of relevant information about what is happening in the country: in recent years, the Government has prevented the entry of journalists from foreign media on at least seven occasions, and recently took *CNN en Español* off the air, without making public the reasons for the decision. In their onslaught against all forms of independent expression, the authorities have also banned religious processions; prevented academics and researchers from entering the country; pushed to censor and veto writers; expelled musicians from the country; and violently arrested priests and other critical religious leaders.[18]

In its September 2022 report on the human rights situation in Nicaragua, OHCHR reported that "enjoyment of freedom of expression" had deteriorated, and noted the following examples:

---

[15] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.4, Sep. 2, 2022.
[16] In light of serious allegations regarding the closure of civic spaces in Nicaragua, UN and IACHR Special Rapporteurs urge authorities to comply with their international obligations to respect and guarantee fundamental freedoms, Inter-American Commission on Human Rights (IACHR), Sep. 28, 2022.
[17] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.9, Sep. 2, 2022.
[18] In light of serious allegations regarding the closure of civic spaces in Nicaragua, UN and IACHR Special Rapporteurs urge authorities to comply with their international obligations to respect and guarantee fundamental freedoms, Inter-American Commission on Human Rights (IACHR), Sep. 28, 2022.



**Refugee, Asylum and Int'l Operations Research Division**

In July, staff of La Prensa left the country alleging the constant police siege against them[19], joining the 120 other journalists who are in exile. In addition, three journalists were sentenced to up to 13 years in prison for the crimes of spreading fake news and undermining national integrity. The Government has also censored musical artists, preventing them from entering Nicaragua or detaining and then expelling them from the country, despite their Nicaraguan nationality. Between May and August, the authorities ceased the operations of 12 radio and television media outlets of the Catholic Church, especially in Matagalpa, arguing that they did not have operating permits. This was objected to by representatives of the affected media organizations. At least five nondenominational media were also forced to cease operations, allegedly due to non-compliance with the sector's regulations.[20]

As of September 2018, police in Nicaragua have "prohibited demonstrations and required applications to authorize public rallies."[21] In its early September report, OHCHR noted that "Communications and requests for demonstrations were automatically rejected or unacknowledged to those who were perceived as opponents by the police. Any unauthorized protests, or attempts to carry them out, were immediately dispelled or prevented."[22] OHCHR also reported that "antigovernment demonstrations and those demanding the release of the detainees continued to be repressed with excessive use of force by the police, or attacked by pro-government elements with the tolerance of the security force."[23]

In late September 2022, the IACHR mentioned the existence of "attacks, judicial persecution and activation of control and surveillance mechanisms against journalists, human rights defenders, civil society actors, academics, students, members of the Catholic Church, political parties and government opponents" in Nicaragua.[24] In a June 2022 submission to the UN Committee against Torture, the *Centro Nicaragüense de Derechos Humanos* (Nicaraguan Center for Human Rights – CENIDH) and the *Organización Mundial Contra la Tortura* (World Organisation Against Torture – OMCT) reported that Nicaragua had "implemented a policy of mass and/or selective detention, as a deterrent to protests and any form of opposition; these detentions are characterized by the arbitrariness, and the systematic and widespread practice of torture and

---

[19] For additional information on the staff of *La Prensa* fleeing the country, *see* Selser, Gabriela, Nicaragua newspaper says staff have fled the country, The Associated Press, Jul. 21, 2022.
[20] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.5, Sep. 2, 2022.
[21] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.9, Sep. 2, 2022.
[22] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.9, Sep. 2, 2022.
[23] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.8, Sep. 2, 2022.
[24] In light of serious allegations regarding the closure of civic spaces in Nicaragua, UN and IACHR Special Rapporteurs urge authorities to comply with their international obligations to respect and guarantee fundamental freedoms, Inter-American Commission on Human Rights (IACHR), Sep. 28, 2022.

Case 6:23-cv-00007 Document 47-14 Filed 03/24/23 in TXSD Page 95 of 220



**Refugee, Asylum and Int'l Operations Research Division**

other cruel, inhuman, and degrading treatment."[25] The IACHR reported in late September that there were over 200 political prisoners in Nicaragua, "many of whom are held in unhealthy conditions, without access to adequate medical care, subjected to solitary confinement regimes, and prevented from receiving visits from their families, among other cruel, inhuman, and degrading treatment."[26]

Moreover, in its early September report, OHCHR stated that it:

> continued to document acts of harassment, especially against human rights defenders, journalists, clergymen, political opponents or persons considered as such, which have consisted mainly of constant and intimidating police presence in front of their homes or workplaces, affecting their privacy and activities, permanent monitoring, selective detention of vehicles, photographing and requiring documents from their occupants, and fencing off access roads to the facilities of organizations considered critical of the Government. Officials and citizens related to the Sandinista National Liberation Front also allegedly participated in these acts of harassment, intimidating individuals for allegedly using social networks against the Government.[27]

In mid-August, the IACHR condemned the "escalating repression against members of the Roman Catholic Church in Nicaragua" in response to the arbitrary arrest of a bishop and seven clerics in Matagalpa.[28] The IACHR stated that these arbitrary arrests occurred in a context of:

> systematic persecution, criminalization, harassment, police hounding, stigmatizing comments by State authorities, and, more generally, acts of repression targeting members of the Roman Catholic Church in Nicaragua, due to its mediation efforts in the national talks of 2018 and its critical position to denounce human rights violations committed in the context of Nicaragua's ongoing crisis.[29]

Additional incidents highlighted by the IACHR which occurred in August 2022 include: a Catholic priest allegedly being forced to go into exile; threats against priests by police officers; the banning of scheduled religious processions in Managua by the police; police officers

---

[25] [Informe sobre el estado de cumplimiento de las obligaciones bajo la Convencion contra la Tortura – Estado a evaluar: Nicaragua] [Report on the status of compliance with the obligations under the Convention against Torture – State to be evaluated: Nicaragua], Centro Nicaragüense de Derechos Humanos (CENIDH) and Organización Mundial Contra la Tortura (OMCT), p.2, Jun. 2022.
[26] [In light of serious allegations regarding the closure of civic spaces in Nicaragua, UN and IACHR Special Rapporteurs urge authorities to comply with their international obligations to respect and guarantee fundamental freedoms](), Inter-American Commission on Human Rights (IACHR), Sep. 28, 2022.
[27] [Human rights situation in Nicaragua](), Office of the United Nations High Commissioner for Human Rights (OHCHR), p.5, Sep. 2, 2022.
[28] [IACHR Condemns Repression and Arrests of Members of Roman Catholic Church in Nicaragua](), Inter-American Commission on Human Rights (IACHR), Aug. 19, 2022.
[29] [IACHR Condemns Repression and Arrests of Members of Roman Catholic Church in Nicaragua](), Inter-American Commission on Human Rights (IACHR), Aug. 19, 2022.

Contact Us: RAIOResearch@uscis.dhs.gov    5

Nicaragua AR_000326


allegedly preventing people from accessing churches to attend mass in certain communities; and a police raid on a chapel to "seize radio and TV broadcasting equipment."[30]

According to OHCHR, Nicaraguan authorities "continued to make stigmatizing statements and hate speech against their critics and opponents" in 2021 and 2022.[31] OHCHR also reported in early September that:

> Other violations of the rights of persons perceived to be opponents of the Government have consisted of depriving them of the right to leave the country, by withholding their passports by immigration officials. In three other cases documented by OHCHR, consular officials abroad demanded that exiled activists return to Nicaragua to renew their passports, at the express instruction of the capital. The Office has also documented four cases in which Nicaraguan citizens were arbitrarily prevented from entering or returning to their own country.[32]

In early October 2022, *The Associated Press* reported that "Ortega's government has stepped up its persecution of political opponents. Apparently no longer satisfied by driving them into exile, it is now pursuing their relatives criminally."[33] The media outlet also reported that "Human rights organizations have accused the government of making relatives 'hostages.'"[34]

In early July 2022, *The Associated Press* reported that Nicaraguan police had "taken over the city halls of five municipalities that had been in the hands of an opposition party."[35] Citizens for Freedom—"a political party disallowed by the Nicaraguan government before presidential elections last year"—had "won each of those town halls in the 2017 elections."[36] The media outlet reported at the time that "Of Nicaragua's 153 municipalities, Ortega's Sandinista Front now controls 140. Two allied parties control the other 13."[37] Nicaragua is scheduled to hold local elections in November 2022.[38]

In mid-June 2022, UN High Commissioner for Human Rights Michelle Bachelet stated that the "sociopolitical, economic and human rights crises we are witnessing in Nicaragua are driving thousands of people from the safety of their homes. The number of Nicaraguans leaving the

---

[30] IACHR Condemns Repression and Arrests of Members of Roman Catholic Church in Nicaragua, Inter-American Commission on Human Rights (IACHR), Aug. 19, 2022.
[31] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.10, Sep. 2, 2022.
[32] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.5-6, Sep. 2, 2022.
[33] Selser, Gabriela, Nicaragua charging exiled opponents' relatives, The Associated Press, Oct. 5, 2022.
[34] Selser, Gabriela, Nicaragua charging exiled opponents' relatives, The Associated Press, Oct. 5, 2022.
[35] Nicaragua government takes over five opposition-held towns, The Associated Press, Jul. 4, 2022.
[36] Nicaragua government takes over five opposition-held towns, The Associated Press, Jul. 4, 2022.
[37] Nicaragua government takes over five opposition-held towns, The Associated Press, Jul. 4, 2022.
[38] Selser, Gabriela, Concern that Nicaragua repression could be "model" in region, The Associated Press, Aug. 4, 2022.



Refugee, Asylum and
Int'l Operations
Research Division

country is growing in unprecedented numbers, even higher than in the 1980s."[39] In late October 2022, *The Associated Press* reported that:

> Since widespread social protests broke out in April 2018, most fleeing Nicaraguans headed to neighboring Costa Rica. But with that country's overwhelmed asylum system and struggling economy more have instead migrated to the United States. For the fiscal year that ended in September, U.S. border agents encountered Nicaraguans nearly 164,000 times at the southwest border — more than triple the level for the previous year.[40]

Similarly, OHCHR reported in early September that there had been "an increase in the number of people leaving Nicaragua for the United States, from 5,450 people intercepted at the border in all of 2020, to 84,055 in the first six months of 2022."[41] OHCHR identified "Restrictions on civic space and persecution of perceived opponents, in addition to the worsening socio-economic situation," as factors leading to this increase.[42]

In early September 2022, *The Associated Press* reported that since the summer of 2021, "Nicaraguans have been seeking asylum in Costa Rica at the highest levels since Nicaragua's political crisis exploded in April 2018."[43] The media outlet noted that, of the more than "200,000 pending applications and another 50,000 people waiting for their appointment to make a formal application" to seek asylum in Costa Rica, "Nicaraguans account for nearly nine out of 10 applicants."[44] Similarly, in mid-June 2022, *Al Jazeera* reported that UN High Commissioner for Human Rights Michelle Bachelet "said that over the last eight months 'the number of Nicaraguan refugees and asylum seekers in Costa Rica has doubled, reaching a total of 150,000 new applicants since 2018.'"[45]

In late October 2022, the Biden administration targeted Nicaragua's gold industry—"one of its biggest sources of revenue"—via an executive order and sanctions which "all but makes it illegal for Americans to do business with Nicaragua's gold industry."[46] According to *The Associated Press*, the executive order "also paves the way for the U.S. to restrict investment and trade with Nicaragua — a move recalling the punishing embargo imposed by the U.S. in the 1980s during

---

[39] UN rights chief warns of 'unprecedented' exodus from Nicaragua, Al Jazeera, Jun. 16, 2022.
[40] Selser, Gabriela, Nicaragua's Ortega says US sanctions will make more migrants, The Associated Press, Oct. 27, 2022.
[41] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.6, Sep. 2, 2022.
[42] Human rights situation in Nicaragua, Office of the United Nations High Commissioner for Human Rights (OHCHR), p.6, Sep. 2, 2022.
[43] Castillo, Moises, and Sherman, Christopher, Fleeing Nicaraguans strain Costa Rica's asylum system, The Associated Press, Sep. 2, 2022.
[44] Castillo, Moises, and Sherman, Christopher, Fleeing Nicaraguans strain Costa Rica's asylum system, The Associated Press, Sep. 2, 2022.
[45] UN rights chief warns of 'unprecedented' exodus from Nicaragua, Al Jazeera, Jun. 16, 2022.
[46] Goodman, Joshua, and Sherman, Christopher, Biden targets Nicaragua's gold in new move against Ortega, The Associated Press, Oct. 24, 2022.



**Refugee, Asylum and Int'l Operations Research Division**

Ortega's first stint as president following the country's bloody civil war."[47] Furthermore, the media outlet reported that the U.S. government also froze the assets of one of Ortega's close advisors, and will revoke the visas "of more than 500 Nicaraguan individuals and their family members who either work for the Ortega government or help formulate, implement and benefit from policies that undermine democracy in the country."[48] Previously, the Biden administration had "sanctioned the state-owned mining company," and "reallocated the country's sugar quota, taking away a valuable U.S. subsidy worth millions of dollars every year."[49] In mid-June 2022, *The Associated Press* reported on both recent and prior examples of visa restrictions and sanctions imposed by the United States against Nicaraguan officials:

> The U.S. State Department imposed visa restrictions Monday on 93 more Nicaraguan officials for their role in supporting the regime of President Daniel Ortega. […]
>
> The State Department announced it had pulled the visas of judges who convicted the opposition leaders, as well as legislators who had cooperated in banning NGOs and civic groups. […]
>
> The State Department had previously imposed visa restrictions on 116 individuals linked to the Ortega regime, "including mayors, prosecutors, university administrators, as well as police, prison, and military officials."
>
> In recent months, the Treasury Department has frozen the U.S. assets of the defense minister and other officials in the army, telecom and mining sectors. As with dozens of Nicaraguan officials already under sanctions, U.S. citizens were prohibited from having dealings with them.[50]

*Environmental Concerns*

Nicaragua is "vulnerable to recurrent natural hazards."[51] As the International Federation of Red Cross and Red Crescent Societies (IFRC) noted in an early October 2022 report:

> According to the Global Climate Risk Index, from 1998 to 2017, Nicaragua was ranked sixth among the top ten countries most exposed and vulnerable to extreme weather events. Due to its geographical position, Nicaragua is exposed to the recurrent impact of multiple natural phenomena such as earthquakes, volcanic eruptions, tsunamis, floods, landslides, droughts, and tropical cyclones.

---

[47] Goodman, Joshua, and Sherman, Christopher, Biden targets Nicaragua's gold in new move against Ortega, The Associated Press, Oct. 24, 2022.
[48] Goodman, Joshua, and Sherman, Christopher, Biden targets Nicaragua's gold in new move against Ortega, The Associated Press, Oct. 24, 2022.
[49] Goodman, Joshua, and Sherman, Christopher, Biden targets Nicaragua's gold in new move against Ortega, The Associated Press, Oct. 24, 2022.
[50] US sanctions 93 Nicaraguan officials for crackdown, The Associated Press, Jun. 13, 2022.
[51] WFP Nicaragua Country Brief – August 2022, World Food Programme (WFP), p.1, Sep. 23, 2022.



In the last 20 years, Nicaragua has been hit by major extreme weather events such as Hurricanes Mitch in 1998, Beta in 2005, Felix in 2007, and most recently by hurricanes Eta and Iota in November 2020, which hit the North Atlantic Autonomous Region (RAAN) 15 days apart with maximum intensity. The economic, social, housing, and infrastructure losses caused by these two last hurricanes have devastated the region. According to the National System for Disaster Prevention, Mitigation and Response (SINAPRED by its Spanish acronym), these hurricanes combined affected 56 municipalities nationwide and put three million people at risk.[52]

On October 9, 2022, Hurricane Julia "hit Nicaragua's central Caribbean coast and dumped torrential rains across Central America before reemerging over the Pacific as a tropical storm."[53] The storm "made landfall near Bluefields, Nicaragua, as a category 1 hurricane. It remained at hurricane strength for the next eight hours, while moving across Nicaragua and was then downgraded to a tropical storm, continuing to cross Nicaragua" before moving offshore into the Pacific Ocean.[54] On October 10, *Reuters* discussed the impact of the storm in Nicaragua:

> Tropical storm Julia emerged over the Eastern Pacific on Sunday evening after pummelling [*sic*] Nicaragua with rain and winds that damaged hundreds of homes but left no reported casualties in that country, according to government officials.
>
> […]
>
> About one million residents of Nicaragua's coastal region lost power and internet due to fallen lines as well as a decision by the government to cut electricity for safety reasons, said Vice President Rosario Murillo, according to local media.
>
> The Nicaraguan National Disaster System said in a tweet on Sunday that the entire country was under "red alert," after heavy rains caused multiple rivers to flood.
>
> Guillermo Gonzalez, director of Nicaragua's disaster system, told a press conference that Julia had not caused any fatalities in the country but that more than 13,000 families had been evacuated, more than 800 houses had been flooded and many roofs had been damaged.[55]

On July 1, 2022, Tropical Storm Bonnie "hit the Caribbean coast of Nicaragua near the border with Costa Rica."[56] The storm "caused flash flooding, overflow in rivers and landslides in the

---

[52] [Nicaragua: Preparatory Action for Tropical Storms - Operation Update No. 1, DREF N° MDRNI012](#), International Federation of Red Cross and Red Crescent Societies (IFRC), p.2-3, Oct. 3, 2022.
[53] [Hurricane Julia hits Nicaragua with torrential rainfall](#), The Associated Press, Oct. 9, 2022.
[54] [Final Event Briefing - Wind and Storm Surge - TC Julia - Nicaragua - October 18 2022](#), The Caribbean Catastrophe Risk Insurance Facility (CCRIF SPC), p.2, Oct. 18, 2022.
[55] [Tropical Storm Julia emerges over Pacific after crossing Nicaragua](#), Reuters, Oct. 10, 2022.
[56] [Tropical Storm Bonnie hits Nicaragua's Caribbean coast](#), The Associated Press, Jul. 1, 2022.



**Refugee, Asylum and Int'l Operations Research Division**

North and South Caribbean Coast,"[57] and "affected 21 municipalities, flooding 300 homes, ripping off the roofs of 123 homes, and destroying 3 homes."[58] At least 3,000 people were evacuated,[59] and "Tens of thousands of people across Nicaragua were left without power and more than 10,000 homes had no water."[60] In addition, 12 people were injured,[61] and four people were killed when they were "swept away by rivers which had been turned into raging torrents by the heavy rains."[62]

---

[57] WFP Nicaragua Country Brief – July 2022, World Food Programme (WFP), p.1, Aug. 26, 2022.
[58] Natural Hazards Monitoring - 5 August 2022, Pan American Health Organization (PAHO), Aug. 5, 2022.
[59] Nicaragua - Floods (PAHO, SINAPRED, INETER) (ECHO Daily Flash of 06 July 2022), European Commission's Directorate-General for European Civil Protection and Humanitarian Aid Operations (ECHO), Jul. 6, 2022.
[60] Buschschlüter, Vanessa, Storm Bonnie leaves deadly trail in Central America, BBC, Jul. 4, 2022.
[61] Nicaragua - Floods (PAHO, SINAPRED, INETER) (ECHO Daily Flash of 06 July 2022), European Commission's Directorate-General for European Civil Protection and Humanitarian Aid Operations (ECHO), Jul. 6, 2022.
[62] Buschschlüter, Vanessa, Storm Bonnie leaves deadly trail in Central America, BBC, Jul. 4, 2022.

**Contact Us: RAIOResearch@uscis.dhs.gov**    10