# CHNV DISPLACEMENT DATA (2018 -2021)

**EXHIBIT 14**



*Figure 1. USAID Data Library Query: IDPs (2018-2021)[1]*

## Cuba

### Displacement to other countries

- 2018: **32,091 displaced**[2]
  Top Destinations: **22% Brazil** (7,168), **19.3 % Uruguay** (6,198), **10.3 % Chile** (3,307), **9.1% Peru** (2,930)[3]
- 2019: **62,600 displaced**[4]
  Top Destinations: **23.6 % Brazil** (14,798), **19.8% Uruguay** (12,396), **12.2% United States** (7,664), **11.3% Mexico** (7,071).[5]
- 2020: **71,100 displaced**[6]
  Top Destinations: **22.1% Brazil** (15,751), **17.3% United States** (12,342), **14.5 % Mexico** (10,325) **12.8% Uruguay** (9,135).[7]
- 2021: **83,100 displaced**[8]
  Top Destinations: **32.5% Mexico** (27,047), **25% United States** (20,729), **19.3 % Brazil** (16,061), **12.4% Uruguay** (10,341).[9]

---

[1] 'New Displacement' refers to the number of new cases or incidents of displacement recorded over the specified year, rather than the number of people displaced. This is done because people may have been displaced more than once. See IDEA: QUERY (usaid.gov)
[2] UNHCR: Global Trends 2018.
[3] OCHA Cuba - Data on forcibly displaced populations and stateless persons
[4] Cuba - Data on forcibly displaced populations and stateless persons
[5] OCHA Cuba - Data on forcibly displaced populations and stateless persons
[6] Cuba - Data on forcibly displaced populations and stateless persons
[7] OCHA Cuba - Data on forcibly displaced populations and stateless persons
[8] Cuba - Data on forcibly displaced populations and stateless persons
[9] OCHA Cuba - Data on forcibly displaced populations and stateless persons

**CHNV DISPLACEMENT DATA (2018 -2021)**

### U.S. Population
- Based on 2021 American Community Survey Data, there are approximately 2,400,152 people of Cuban ancestry residing in the United States.[10] This population primarily resides in Florida.
    - Florida (1,541,559)
        - Within this population, 565,059 individuals are native, and 976,500 are foreign born.
    - Texas (123,565)
    - California (103,500)
    - New Jersey (94,260)
    - New York (83,771).[11]
- In FY 2020, 31,369 Cubans naturalized; a majority of these individuals reside in Florida.[12]
- As of August 2022, there are more than 500,000 Cubans who are lawful permanent residents.
    - More than 400,000 Cubans eligible to naturalize; they reside primarily in Florida.[13]

## Haiti
### Internally Displaced Persons (IDPs)
- According to UNHCR data, Haitian IDPs have increased over the past 3 years.
    - 2019: 2,100
    - 2020: 7,900
    - 2021: 17,000.[14]

- Due to continued violence 13,600 people displaced from Port-au-Prince Metropolitan area, increasing number of IDPs to an estimated 17,000 people from August 2020 to June 23, 2021.[15]
    - Bel'Air: 1,242
    - Tabarre Issa: 2,160
    - Toussaint Brave: 413
    - Carrefour (Sports Centre): 1,115
    - Delmas 2 (Salvation Army): 500
    - Delmas 2 (Ecole Komite): 1,000
    - Eglise St. Yves: 1,000
    - Delmas 103: 500
    - Saint Martin/Delmas 2: 4,000
    - Others: 5,110 (estimates within host families and other departments)[16]
- In the first two weeks of June 2021, approximately 10,000 people were internally displaced in Haiti.[17]

---

[10] S0201: SELECTED POPULATION PROFILE... - Census Bureau Table
[11] S0201: SELECTED POPULATION PROFILE... - Census Bureau Table
[12] U.S. Department of Homeland Security, Office of Immigration Statistics.
[13] USCIS Eligible to Naturalize Dashboard.
[14] United Nations High Commissioner for Refugees (UNHCR) (2019). UNHCR Statistical Online Population Database. UNHCR Refugee Statistics
[15] OCHA Haiti: Displacements due to gang violence in Port au Prince Situation Report No.3, June 23, 2021; Refugees and internally displaced persons - The World Factbook (cia.gov)
[16] OCHA Haiti: Displacements due to gang violence in Port au Prince Situation Report No.3, June 23, 2021
[17] OCHA Haiti: Displacements due to gang violence in Port-au-Prince Situation Report No. 2, June 14, 2021

Venezuela AR_000269

# CHNV DISPLACEMENT DATA (2018 -2021)

- - 8,500 of these IDPs were women and children internally displaced due to gang violence.[18]
- August 14, 2021: 7.2 magnitude earthquake leads to 19,000 IDPs and 40,000 displaced persons.[19]
  - Conditions for Haitians who were displaced due to August 2021 earthquake as well as Haitians who were displaced due to gang-related violence in the Port-au-Prince Metropolitan area "have significantly deteriorated, especially for 6,830 households living in makeshift [IDP] sites [in Haiti]."[20]
- Gang violence has led to internal displacement of thousands of Haitian families who have left the Port-au-Prince metropolitan area (Bel-air, Bas-Delmas, Centre-Ville, Martissant, Cité Soleil, Croix-des-Bouquets and Tabarre) from the October 2020 to 2022.[21]
  - "Thousands of households, including children, have been forced to flee these areas for their safety, many are being accommodated in host families who themselves are having to stretch their means to support additional family, and others have had to move to provincial towns."[22]
- April to May 2022: approximately 16,800 individuals internally displaced as violence from organized crime increased in Port-au-Prince and surrounding area.[23]
- May to June 2022: 1000 individuals internally displaced as insecurity persists.[24]
- 9,000 Haitians were displaced from Croix-des-Bouquets, Tabarre and Cité Soleil as they fled gang violence.[25]

## Displacement to other countries
- 2018 total: **68,511 displaced** [26]
- From 2019-2022, the number of Haitians who fled to other countries **increased**.
  - 2019: **92,400 displaced**
    Top Destinations:
  - 2020: **105,900 displaced**
    Top Destinations:
  - 2021: **165,000 displaced**[27]
    Top Destinations: **42% Mexico** (69,877), **32% United States** (53,028), **23.5% Brazil** (38,717)[28]

---

[18] Haiti: about 8,500 women and children displaced by 'urban guerrilla' in two weeks (unicef.org)
[19] United Nations Economic and Social Council: Report of the Ad Hoc Advisory Group on Haiti, April 18, 2022.
[20] United Nations Office for the Coordination of Humanitarian Affairs, "Haiti: Impact of social unrest on the humanitarian situation Flash Update #1," September 22, 2022.
[21] UNICEF Haiti Humanitarian Situation Report, Mid-Year 2022.
[22] UNICEF Haiti Humanitarian Situation Report #1 (Mid-Year 2022)
[23] USAID BHA - Haiti Complex Emergency Fact Sheet #6
[24] USAID BHA - Haiti Complex Emergency Fact Sheet #6
[25] Voices of The Displaced | UNICEF
[26] UNHCR: Global Trends 2018.
[27] Haiti - Data on forcibly displaced populations and stateless persons - Humanitarian Data Exchange (humdata.org)
[28] "Demographics and locations of forcibly displaced persons originating from Haiti," United Nations Office for the Coordination of Humanitarian Affairs, Humanitarian Data Exchange, accessed September 24, 2022, https://data.humdata.org/dataset/9c29bda6-7653-4c7e-9268-66d27457ab85/resource/70efe5e6-85ac-4cf1-a18f-4c0d0ce3e4cb/download/demographics_originating_hti.csv



*Figure 2. Displacements from Haiti (2012-2021)*[29]

U.S. Population

- Based on 2021 American Community Survey Data, there are approximately 1,054,233 people of Haitian ancestry residing in the United States.[30] This population primarily resides in Florida and New York.
    - Florida (479,714)
    - New York (180,710).
    - Massachusetts (78,510)
    - New Jersey (68,558)[31]
- In FY 2020, 10,865 Haitians naturalized; most of these individuals reside in Florida, New York, and Massachusetts.[32]
- As of August 2022, there are more than 200,000 Haitians who are lawful permanent residents.
    - More than 138,000 Haitians are eligible to naturalize; they reside primarily in Florida, New York, Massachusetts, and New Jersey.[33]

## Nicaragua

### Displacement to other countries

"Restrictions on civic space and persecution of perceived opponents, in addition to the worsening socio-economic situation, have led to an increase in the number of people leaving Nicaragua for the United States, from **5,450** people intercepted at the border in all of 2020, to **84,055** in the first six months of

---

[29] Haiti - Data on forcibly displaced populations and stateless persons - Humanitarian Data Exchange (humdata.org)
[30] S0201: SELECTED POPULATION PROFILE... - Census Bureau Table
[31] S0201: SELECTED POPULATION PROFILE... - Census Bureau Table
[32] U.S. Department of Homeland Security, Office of Immigration Statistics.
[33] USCIS Eligible to Naturalize Dashboard.

**CHNV DISPLACEMENT DATA (2018 -2021)**

2022. The number of refugees and asylum seekers in Costa Rica had reached **over 150,000** people as of March 2022."[34]

- 2018: **33,942 displaced**[35]
  Top Destinations: **68% Costa Rica** (23,162), **10.2% Panama** (3,464), **10% United States** (3,393), **4.1% Spain** (1,395)[36]
- 2019: **71,200 displaced**[37]
  Top Destinations: **63% Costa Rica** (44,883), **11% Panama** (7,728), **9% Spain** (6,327), **10.3% United States** (7,350)[38]
- 2020: **70,800 displaced**[39]
  Top Destinations: **60% Costa Rica** (42,511), **14.3 % United States** (10,127), **8.2% Panama** (5,841), **9.8% Spain** (6,943)[40]
- 2021: **175,100 displaced**[41]
  Top Destinations: **81% Costa Rica** (141,301), **16% Mexico** (28,006), **8% United States** (13,845), **4% Guatemala** (7,065)[42]
- 2022:

## U.S. Population

- Based on 2021 American Community Survey Data, there are approximately 457,005 people of Nicaraguan ancestry residing in the United States.[43] This population primarily resides in Florida and California.[44]
    - Florida (166,933)
    - California (118,963)
- In FY 2020, 3,474 Nicaraguans naturalized; most of these individuals reside in Florida.[45]
- As of August 2022, there are more than 30,000 Nicaraguans who are lawful permanent residents.
    - Almost 20,000 Nicaraguans are eligible to naturalize; they reside primarily in Florida, California, Texas, and New York.[46]

---

[34] Human rights situation in Nicaragua - Report of the United Nations High Commissioner for Human Rights (A/HRC/51/42) (Unofficial English Translation)
[35] UNHCR: Global Trends 2018.
[36] Nicaragua - Data on forcibly displaced populations and stateless persons - Demographics and locations of forcibly displaced persons originating from Nicaragua - Humanitarian Data Exchange (humdata.org)
[37] Nicaragua - Data on forcibly displaced populations and stateless persons
[38] Nicaragua - Data on forcibly displaced populations and stateless persons - Demographics and locations of forcibly displaced persons originating from Nicaragua - Humanitarian Data Exchange (humdata.org)
[39] Nicaragua - Data on forcibly displaced populations and stateless persons
[40] Nicaragua - Data on forcibly displaced populations and stateless persons - Demographics and locations of forcibly displaced persons originating from Nicaragua - Humanitarian Data Exchange (humdata.org)
[41] Nicaragua - Data on forcibly displaced populations and stateless persons
[42] Nicaragua - Data on forcibly displaced populations and stateless persons - Demographics and locations of forcibly displaced persons originating from Nicaragua - Humanitarian Data Exchange (humdata.org); See also UNHCR - Number of displaced Nicaraguans in Costa Rica doubles in less than a year.
[43] Census Bureau Tables
[44] S0201: SELECTED POPULATION PROFILE… - Census Bureau Table
[45] U.S. Department of Homeland Security, Office of Immigration Statistics.
[46] USCIS Eligible to Naturalize Dashboard.

**CHNV DISPLACEMENT DATA (2018 -2021)**

## Venezuela

### Displacements to other countries

- By the end of 2018, more than 3 million Venezuelans fled to the Latin America and the Caribbean region.[47]
- For the first time, asylum claims from Venezuelans dominated the global asylum statistics with 341,800 new asylum claims in 2018, accounting for more than 1 in 5 claims submitted.[48]
    - Most asylum claims made in Peru (190,500), Brazil (61,600), and United States (27,500)[49]

- 2018: **3,078,226 displaced**[50]
  Top Destinations: **38% Columbia** (1,174,375), **21% Peru** (656,274), **9.4% Chile** (288,233), **8.5% Ecuador** (262,572), **4% Argentina** (128,183).[51]
- 2019: **4.5 million displaced**[52]
- 2020: **4.9 million displaced**[53]
  According to UNHCR, Venezuela was the third largest country of internationally displaced persons in 2020, with more than 90,000 refugees, almost 800,000 asylum-seekers and more than 3.5 million Venezuelans displaced abroad that year.[54]
- 2021: **5.6 million displaced**[55]
  Top Destinations: Peru, Ecuador, Chile, Colombia, United States.[56]
  Refugees: 199,000; Asylum seekers: 971,000[57]
  Total Venezuelans displaced internationally in 2021: 4.4 million[58]

  Among refugees and Venezuelans displaced abroad in 2021:

    - 72 percent lived in countries neighboring their countries of origin.[59]

---

[47] UNHCR: Global Trends 2018.
[48] UNHCR: Global Trends 2018.
[49] UNHCR: Global Trends 2018.
[50] UNHCR: Global Trends 2018.
[51] Venezuela (Bolivarian Republic of) - Data on forcibly displaced populations and stateless persons - Demographics and locations of forcibly displaced persons originating from Venezuela (Bolivarian Republic of) - Humanitarian Data Exchange (humdata.org)
[52] Venezuela (Bolivarian Republic of) - Data on forcibly displaced populations and stateless persons - Humanitarian Data Exchange (humdata.org)
[53] Venezuela (Bolivarian Republic of) - Data on forcibly displaced populations and stateless persons - Humanitarian Data Exchange (humdata.org)
[54] United Nations Department of Economic and Social Affairs, Population Division (2020). International Migration 2020 Highlights (ST/ESA/SER.A/452).
[55] Venezuela (Bolivarian Republic of) - Data on forcibly displaced populations and stateless persons - Humanitarian Data Exchange (humdata.org)
[56] Venezuela (Bolivarian Republic of) - Data on forcibly displaced populations and stateless persons - Demographics and locations of forcibly displaced persons originating from Venezuela (Bolivarian Republic of) - Humanitarian Data Exchange (humdata.org)
[57] UNHCR Venezuela Situation
[58] Refugee Statistics | USA for UNHCR (unrefugees.org)
[59] UNHCR: Global displacement hits another record, capping decade-long rising trend (unrefugees.org); UNHCR Global Trends: Forced Displacement in 2021.

**CHNV DISPLACEMENT DATA (2018 -2021)**

- Colombia hosted 1.8 million Venezuelans displaced abroad.
- Globally, there were 6.1 million Venezuelan refugees, asylum seekers and migrants combined in 2021 (reported through the Coordination Platform for Refugees and Migrants from Venezuela).[60]



*Figure 3. Total Venezuelans Displaced Across Borders in millions (2012-2021).*[61]

- 2022:
  "[As of] May 2022, more than 6.1 million Venezuelans were living outside of Venezuela, according to R4V, led by the International Organization for Migration (IOM) and UNHCR."[62]
    - Out of almost 6 million displaced Venezuelans, 4.8 million lived in the Latin America Caribbean region as of September 2021.[63]

### U.S. Population

- Based on 2021 American Community Survey Data, there are approximately 659,631 people of Venezuelan ancestry residing in the United States.[64] Top destinations for Venezuelans are Florida and Texas.
    - Florida (307,448)
    - Texas (99,700)[65]

---

[60] UNHCR: Global displacement hits another record, capping decade-long rising trend (unrefugees.org)
[61] OCHA Humanitarian Data Exchange, Venezuela (Bolivarian Republic of) - Data on forcibly displaced populations and stateless persons.
[62] USAID: Venezuela Regional Crisis – Complex Emergency, June 14, 2022.
[63] UNHCR Venezuela Situation - Response in the Americas (May - September 2021).
[64] S0201: SELECTED POPULATION PROFILE… - Census Bureau Table
[65] S0201: SELECTED POPULATION PROFILE… - Census Bureau Table

Venezuela AR_000274

**CHNV DISPLACEMENT DATA (2018 -2021)**

- In FY 2020, 6,993 Venezuelans naturalized; most of these individuals reside in Florida.[66]
- As of August 2022, there are more than 120,000 Venezuelans who are lawful permanent residents.
    - More than 70,000 Venezuelans are eligible to naturalize; they reside primarily in Florida, Texas, and New York.[67]

---

[66] U.S. Department of Homeland Security, Office of Immigration Statistics.
[67] USCIS Eligible to Naturalize Dashboard.