# Restaurants face labor shortages amid back-to-school season

**axios.com**/local/austin/2022/09/19/restaurants-labor-shortages-back-to-school-season

September 19, 2022





Illustration: Aïda Amer/Axios

With Texas students headed back to school, already short-staffed restaurants are losing much-needed workers.

**Why it matters:** The local leisure and hospitality industry has more employees than ever before, but restaurants are still struggling to bounce back from the pandemic, and labor shortages across the industry — now coupled with higher costs for *everything* — continue to hurt business.

**What's happening:** Recent data from the Texas Restaurant Association found that just over two-thirds of the state's restaurant operators do not have enough employees to support customer demand.

The group surveyed restaurants from July 14-Aug. 5.

**EXHIBIT 21**

**What they're saying:** The figure has remained fairly consistent in recent years, but back-to-school season tends to exacerbate those shortages, according to Kelsey Erickson Streufert, spokesperson for the Texas Restaurant Association.

> "We're an industry that does rely quite heavily on students and young people — summer jobs, part-time jobs," Erickson Streufert said. "At the same time, [customer] demand tends to fall pretty significantly around this back-to-school time."

**Zoom out:** Restaurants nationwide are wrestling with worker shortages as students return to classrooms.

> Nationally, 60% of restaurants have reduced hours of operation, while 38% are closed on days they would normally be open, according to August figures from the National Restaurant Association.

**The good news:** Texas' rapid growth has allowed the leisure and hospitality workforce to surpass pre-pandemic levels, according to U.S. Bureau and Labor Statistics data.

- The Austin area employed 140,000 leisure and hospitality employees in July 2022, the latest data available, up from roughly 137,000 during the same period in 2019.
- **Yes, but:** Demand has grown significantly, and employee growth hasn't been enough to meet restaurants' needs, Erickson Streufert said.

**What to watch:** The gaping holes in the labor market locally and nationwide are forcing business owners to increase wages and provide other incentives, like more vacation days, to attract — and retain — employees.



Get more local stories in your inbox with Axios Austin.



6/19/23, 6:55 PM
Restaurants face labor shortage amid back-to-school season - Axios Austin
Case 6:23-cv-00007   Document 175-22   Filed on 06/20/23 in TXSD   Page 3 of 5

Sponsored Content by First Horizon Bank

Tips for Preventing Bank Account Fraud and Protecting Your Business Read more.

## More Austin stories



Politics

**How city BLM art and changing politics intertwine**

Jun 16, 2023

Go deeper (1 min. read)⟶



Things to Do

**Celebrate Juneteenth in Austin**

Jun 16, 2023

Go deeper (1 min. read)⟶



Climate

6/19/23, 6:55 PM
Restaurants face labor shortages amid back-to-school season - Axios Austin
Case 6:23-cv-00007 Document 175-22 Filed on 06/20/23 in TXSD Page 4 of 5

## Austin heat grows dangerous

Jun 15, 2023

Go deeper (1 min. read) ⟶



Climate
**ERCOT predicts record demand for energy in Texas**

Jun 15, 2023

Go deeper (1 min. read) ⟶



Food and Drink
**Desert Island Dish with Fil N' Viet chefs**

Jun 15, 2023

Go deeper (1 min. read) ⟶



Get a free daily digest of the most important news in your backyard with Axios Austin.



Support local journalism by becoming a member.

6/19/23, 6:55 PM
Restaurants face labor shortages amid back-to-school season - Axios Austin
Case 6:23-cv-00007   Document 175-22   Filed on 06/20/23 in TXSD   Page 5 of 5

Learn more

⟶