6/19/23, 7:02 PM
Understanding America's Labor Shortage: The Most Impacted States | U.S. Chamber of Commerce
Case 6:23-cv-00007   Document 175-28   Filed on 06/20/23 in TXSD   Page 1 of 8



U.S. Chamber of Commerce

# Understanding America's Labor Shortage: The Most Impacted States

Every state is facing an unprecedented challenge finding workers to fill open jobs. Learn which states have been impacted the most by the nation's worker shortage crisis.



**Lindsay Cates**

Senior Manager, Communications and Strategy, U.S. Chamber of Commerce

**Stephanie Ferguson**

Director, Global Employment Policy & Special Initiatives, U.S. Chamber of Commerce

**Published**

May 02, 2023

America is facing a worker shortage crisis: There are too many open jobs without people to fill them. The interactive map below shows which states are suffering the most from a labor shortage by comparing their Worker Shortage Index ratios.

The Chamber's Worker Shortage Index ratio indicates the number of available workers for every job opening. States with a higher ratio have more workers available to fill open jobs. For example, a ratio of 0.39 means a state has just 39 workers for every 100 open jobs. A ratio above 1.0 would indicate a surplus of available workers compared to job openings.

**EXHIBIT 27**

6/19/23, 7:02 PM
Understanding America's Labor Shortage: The Most Impacted States | U.S. Chamber of Commerce
Case 6:23-cv-00007   Document 175-38   Filed on 06/20/23 in TXSD   Page 2 of 8

# The Worker Shortage Across America

Explore the interactive map below to see the impact of the worker shortage crisis in each state.

**State**

Select a state



**Worker Shortage Index**

Least Severe    Severe    More Severe    Most Severe

Workforce Data Definitions (BLS):

- **Job Openings:** All positions that are unfilled and have available work

- **Unemployed Workers:** People that do not have a job, have looked for work in the last four weeks, and are currently available and able to work
- **Labor Force Participation Rate:** The percentage of the population that is working or actively looking for work
- **Quit Rate:** The number of employees who voluntarily quit as a percent of total employment
- **Hire Rate:** All additions to payroll as a percentage of total employment

## More State-by-State Workforce Analysis

There is a national worker shortage affecting the nation, and many states are feeling the impact. The vast majority of states have more job openings today than it had before the pandemic, while labor force participation remains below pre-pandemic levels.



The U.S. has lost millions of workers since the start of the pandemic. As of February 2023, the national labor force participation rate is .7 percentage points below pre-pandemic levels. That equates to 1.8 million workers who have left the workforce since the start of the pandemic in February 2020.



Oregon, Illinois, Alaska, Oklahoma, Utah and New Jersey are the only states that have a higher percentage of their labor force working than before the pandemic. The vast majority have seen their labor forces shrink because of early retirements, increased savings, less immigration, among other factors.

**How Does Each State's Labor Force Participation Rate Compare to Pre-Pandemic?***

March 2023

■ More participation   ■ Less participation

*February 2020
Source: Based on December 2022 labor force participation rates. U.S. Chamber of Commerce Analysis, BLS Data

The U.S. Chamber and U.S. Chamber Foundation are helping employers discover and develop talent through the America Works Initiative. For more information, contact Jenna Shrove at jshrove@uschamber.com.

### About the authors

6/19/23, 7:02 PM
Understanding America's Labor Shortage: The Most Impacted States | U.S. Chamber of Commerce
Case 6:23-cv-00007   Document 175-38   Filed on 06/20/23 in TXSD   Page 7 of 8



**Lindsay Cates**

Lindsay is a manager on the communications and strategy team. She previously worked as a writer and editor at U.S. News and World Report.



**Stephanie Ferguson**

**Topics**

WORKFORCE    ECONOMY

6/19/23, 7:02 PM
Case 6:23-cv-00007   Document 175-38   Filed on 06/20/23 in TXSD   Page 8 of 8
Understanding America's Labor Shortage: The Most Impacted States | U.S. Chamber of Commerce

View this online



©2023 U.S. Chamber of Commerce