Case 6:23-cv-00007 Document 175-31 Filed on 06/20/23 in TXSD Page 1 of 9

EXHIBIT
30

# Immigrants are key to addressing America's labor shortage, lowering inflation, and growing our economy

H thehill.com/opinion/congress-blog/3619410-immigrants-are-key-to-addressing-americas-labor-shortage-lowering-inflation-and-growing-our-economy

Rebecca Shi, opinion contributor                                                             August 29, 2022



Thinkstock

The unemployment rate fell to 3.5 percent this summer — the lowest level in more than 50 years. While that is good news to celebrate this Labor Day, there is another side to the nation's historically low unemployment numbers.

Across every sector, businesses can't find workers to fill open positions, even when they increase pay and benefits or go so far as to pay candidates to attend job interviews. There are 10.7 million job openings in the U.S., but only 5.7 million unemployed workers. Even if every unemployed American found a job, we would still have five million jobs unfilled. But for America's broken immigration system, immigrant workers could fill many of these jobs — and it is U.S.-born citizens who would benefit the most from their contributions.

For consumers, the labor shortage means empty shelves, higher prices, and long waiting times, whether for a restaurant table or in the emergency room. The labor shortage is especially acute in services we need the most. As students return to school, the National Education Association estimates a shortage of 300,000 teachers and support staff across the

nation. In a recent survey, 90 percent of nurses were considering leaving the profession in the next year. Nearly 1 million new STEM jobs will come open over the next decade, but it's not clear that the U.S. educational system is preparing students to fill those jobs.

In the agricultural sector, the labor shortage is causing sticker shock at the grocery store, with some families skipping meals due to inflation. Food prices are 10 percent higher than last year — the biggest increase in 40 years. At this year's Labor Day barbecue, hamburgers will cost 36 percent more than last year, pork and beans will cost 33 percent more, and homemade potato salad 19 percent more, according to data from the American Farm Bureau Federation.

Common sense immigration reforms would bring food prices down and address supply chain bottlenecks. In 2021, the House of Representatives passed the Farm Workforce Modernization Act on a bipartisan basis. Democrats and Republicans compromised on this bill to allow undocumented farmworkers to earn legal status through continued employment in the agricultural sector and expand the H-2A guest worker program to allow for the year-round hiring of temporary farmworkers. Since then, Sens. Mike Crapo (R-Idaho) and Mike Bennet (D-Colo.) have taken the lead on negotiating improvements on the House's solutions and moving the process forward. Now it is up to the Senate to continue bipartisan negotiations and pass their own bill before the end of the year.

A recent study by Texas A&M International University shows how much good fixing the farm labor shortage would do for farmers, workers, and American families who need nutritious meals at affordable prices. Researchers found that more migrant and H-2A guest workers are associated with lower inflation and lower food prices, including for milk, eggs, meat, fruits, and vegetables. More migrant and H-2A guest workers are also correlated with higher wages for American workers and lower unemployment.

'Nightmare' court decision upholds the right to be heard before a real court Biden breaks with precedent by giving up some authority
The CHIPS and Science Act, which passed this summer with bipartisan support, shows that Democrats and Republicans can still get together and solve some of America's biggest issues. This bill will help the U.S. regain a leading position in semiconductor chip manufacturing, although policymakers missed the opportunity to include immigration provisions that could have opened America's doors to highly trained, and urgently needed, foreign-born STEM professionals.

Labor Day should be a day for recognizing the contributions of all workers, including the 11 million undocumented workers who have been contributing to our economy for years and decades. Employers need their energy, talents, and skills and they need the dignity and stability that comes with permanent legal status. From high inflation to an unprecedented

Case 6:23-cv-00007 Document 175-31 Filed on 06/20/23 in TXSD Page 3 of 9

labor crisis to declining global competitiveness, America faces a battery of serious challenges. The key to meeting those challenges depends on reaffirming America's character as a beacon of hope, freedom, and opportunity for all.

*Rebecca Shi is the Executive Director of the American Business Immigration Coalition and its c4 arm ABIC Action, a diverse, bipartisan group of over 1,200 CEOs, employers, and trade associations promoting common sense immigration solutions.*

Tags Mike Crapo

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## Around the Web



**Classic Cars That Have Drastically Increased in Value**

Brake For It

**Hilarious Animals Sneak Up on Photographer**

Give It Love

**Here's Who Actually Makes Costco Kirkland Products**

HealthyGem

**Texas Program Will Cover the Cost to Install Solar if You Live in Houston**

EnergyBillCruncher

**Always Pour Dish Soap in the Toilet Before Bed, Here's What Happens**

Factable

**Woman Who Saved Pop Tabs for 26 Years Finally Cashes out**

Money Pop

**These Hilarious Homemade Swimming Pools Are All You Need for a Laugh**

YourDIY

**Cliff Collapse in the Grand Canyon Leads to Unexpected Discovery**

Explored Planet

6/19/23, 7:05 PM
Case 6:23-cv-00007 Document 175-31 Filed on 06/20/23 in TXSD Page 4 of 9
Immigrants are key to addressing America's labor shortage, lowering inflation, and growing our economy | The Hill

### The Most Miserable States for Retirement

Money Pop

### MD: If You Have Dark Spots, Do This Immediately (It's Genius!)

GundryMD

### Never Put Mustard in Your Fridge, Here's Why

HealthyGem

### Life on a Submarine Can Get Interesting, Here Are 20+ Things You Never Knew

Explored Planet

### This Quiz Will Reveal Your True Education Level

Dad Patrol

## More Congress Blog News

## See All



Congress Blog

## The US will not gain from Israel-Saudi normalization

by Jon Hoffman, opinion contributor 2 hours ago

6/19/23, 7:05 PM
Case 6:23-cv-00007 Immigrants are key to addressing America's labor shortage, lowering inflation, and growing our economy | The Hill
Document 175-31 Filed on 06/20/23 in TXSD Page 5 of 9



Congress Blog

# The week the House stood still

by Don Wolfensberger, opinion contributor 4 hours ago



Congress Blog

# Continuing our trek toward justice

by Rep. James E. Clyburn (D-S.C.), opinion contributor 10 hours ago



Congress Blog

# Repealing the Inflation Reduction Act would drive the economy into

6/19/23, 7:05 PM
Case 6:23-cv-00007 Document 175-31 Filed on 06/20/23 in TXSD Page 6 of 9
Immigrants are key to addressing America's labor shortage, lowering inflation, and growing our economy | The Hill

## a ditch

by Ben Evans, opinion contributor 1 day ago

## Video/Hill.TV

## See all Hill.TV

## See all Video



Rising

## Rising: June 19, 2023

by TheHill.com 06/19/23 12:32 PM ET

6/19/23, 7:05 PM
Case 6:23-cv-00007 Document 175-31 Filed on 06/20/23 in TXSD Page 7 of 9
Immigrants are key to addressing America's labor shortage, lowering inflation, and growing our economy | The Hill



Rising

## Rising: June 18, 2023

by TheHill.com 06/18/23 11:00 AM ET



Rising

## Top Stories

## See All



Administration

## Newsom gives political boost to Biden in California

by Alex Gangitano 2 hours ago



Campaign

## Trump defends keeping classified docs in contentious exchange with Fox's Baier

by Brett Samuels 2 hours ago



News

## Trump, Fox's Bret Baier spar over former president's 2020 election claims

by Dominick Mastrangelo 1 hour ago



Campaign

# Republicans look to erase stigma on early voting

by Julia Manchester 4 hours ago