# Department of Homeland Security

## *United States Citizenship and Immigration Services*
### *Budget Overview*



**Fiscal Year 2023**

**Congressional Justification**

EXHIBIT
38

**Department of Homeland Security**                    **United States Citizenship and Immigration Services**

# Table of Contents

*United States Citizenship and Immigration Services* .................................................................................................1

**Appropriation Organization Structure** ...................................................................................................................3

**Budget Comparison and Adjustments** ...................................................................................................................4

**Personnel Compensation and Benefits** ..................................................................................................................9

**Non Pay Budget Exhibits** ...................................................................................................................................10

**Supplemental Budget Justification Exhibits** .......................................................................................................12

Department of Homeland Security                                    United States Citizenship and Immigration Services

## United States Citizenship and Immigration Services
## Appropriation Organization Structure

| Organization Name | Level | Fund Type (* Includes Defense Funding) |
|---|---|---|
| **United States Citizenship and Immigration Services** | **Component** | |
| **Operations and Support** | **Appropriation** | |
| Employment Status Verification | PPA | Discretionary - Appropriation |
| Application Processing | PPA | Discretionary - Appropriation |
| Information Technology and Cybersecurity | PPA | Discretionary - Appropriation |
| **Federal Assistance** | **Appropriation** | |
| Citizenship and Integration Grants | PPA | Discretionary - Appropriation |
| **Immigration Examinations Fee Account** | **Appropriation** | |
| Adjudication Operations | PPA | Mandatory - Fee |
| Immigration Policy and Support | PPA | Mandatory - Fee |
| Refugee and Asylum Operations | PPA | Mandatory - Fee |
| Immigration Records and Applicant Services | PPA | Mandatory - Fee |
| Premium Processing (Including Transformation) | PPA | Mandatory - Fee |
| **H-1B Nonimmigrant Petitioner Account** | **Appropriation** | |
| Adjudication Operations | PPA | Mandatory - Fee |
| **Fraud Prevention and Detection Account** | **Appropriation** | |
| Adjudication Operations | PPA | Mandatory - Fee |

Department of Homeland Security — United States Citizenship and Immigration Services

## United States Citizenship and Immigration Services
## Budget Comparison and Adjustments
### Appropriation and PPA Summary
*(Dollars in Thousands)*

|  | FY 2021 Enacted | FY 2022 Annualized CR | FY 2022 President's Budget | FY 2023 President's Budget |
|---|---|---|---|---|
| **Operations and Support** | **$117,790** | **$367,790** | **$459,504** | **$903,622** |
| Employment Status Verification | $117,790 | $117,790 | $114,504 | $109,611 |
| Application Processing | - | $250,000 | $345,000 | $764,698 |
| Information Technology and Cybersecurity | - | - | - | $29,313 |
| **Federal Assistance** | **$10,000** | **$10,000** | **$10,000** | **$10,000** |
| Citizenship and Integration Grants | $10,000 | $10,000 | $10,000 | $10,000 |
| **Immigration Examinations Fee Account** | **$4,301,935** | **$4,944,463** | **$4,944,463** | **$5,004,024** |
| Adjudication Operations | $1,694,174 | $1,832,963 | $1,832,963 | $1,845,449 |
| Immigration Policy and Support | $1,204,788 | $1,297,020 | $1,297,020 | $1,280,925 |
| Refugee and Asylum Operations | $255,363 | $435,753 | $435,753 | $336,421 |
| Immigration Records and Applicant Services | $385,891 | $478,752 | $478,752 | $599,398 |
| Premium Processing (Including Transformation) | $761,720 | $899,975 | $899,975 | $941,831 |
| **H-1B Nonimmigrant Petitioner Account** | **$14,333** | **$15,000** | **$15,000** | **$20,000** |
| Adjudication Operations | $14,333 | $15,000 | $15,000 | $20,000 |
| **Fraud Prevention and Detection Account** | **$36,679** | **$52,870** | **$52,870** | **$53,960** |
| Adjudication Operations | $36,679 | $52,870 | $52,870 | $53,960 |
| **Total** | **$4,480,738** | **$5,390,123** | **$5,481,837** | **$5,991,606** |

Department of Homeland Security                                   United States Citizenship and Immigration Services

# United States Citizenship and Immigration Services
## Comparison of Budget Authority and Request
*(Dollars in Thousands)*

| | FY 2021 Enacted | | | FY 2022 President's Budget | | | FY 2023 President's Budget | | | FY 2022 to FY 2023 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Operations and Support | 419 | 398 | $117,790 | 1,705 | 1,620 | $459,504 | 4,001 | 3,014 | $903,622 | 2,296 | 1,394 | $444,118 |
| Federal Assistance | - | - | $10,000 | - | - | $10,000 | - | - | $10,000 | - | - | - |
| Immigration Examinations Fee Account | 17,749 | 18,107 | $4,301,935 | 20,654 | 18,649 | $4,944,463 | 20,079 | 18,713 | $5,004,024 | (575) | 64 | $59,561 |
| H-1B Nonimmigrant Petitioner Account | - | - | $14,333 | - | - | $15,000 | - | - | $20,000 | - | - | $5,000 |
| Fraud Prevention and Detection Account | 171 | 171 | $36,679 | 185 | 176 | $52,870 | 185 | 176 | $53,960 | - | - | $1,090 |
| **Total** | **18,339** | **18,676** | **$4,480,738** | **22,544** | **20,445** | **$5,481,837** | **24,265** | **21,903** | **$5,991,606** | **1,721** | **1,458** | **$509,769** |
| Subtotal Discretionary - Appropriation | 419 | 398 | $127,790 | 1,705 | 1,620 | $469,504 | 4,001 | 3,014 | $913,622 | 2,296 | 1,394 | $444,118 |
| Subtotal Mandatory - Fee | 17,920 | 18,278 | $4,352,948 | 20,839 | 18,825 | $5,012,333 | 20,264 | 18,889 | $5,077,984 | (575) | 64 | $65,651 |

## Component Budget Overview

The FY 2023 Budget includes $913.6M, 4,001 positions; and 3,014 full-time equivalents (FTE) in discretionary budget authority for the U.S. Citizenship and Immigration Services (USCIS). This funding level represents an increase of $444.1M above the FY 2022 President's Budget.

The FY 2023 Budget also estimates $5.1B in total mandatory budget authority for the Immigration Examinations Fee Account (IEFA), the H-1B Nonimmigrant Petitioner Account, and the Fraud Prevention and Detection Account (FPDA).

The funding enables USCIS to fully meet its mission requirements, including the following:

- Strengthen and effectively administer the immigration system;
- Strengthen National security safeguards and combat fraud;
- Reinforce quality and consistency in administering immigration benefits.

The FY 2023 discretionary funding supports the E-Verify Program (Employment Status Verification PPA), the Citizenship and Integration Grant Program, application processing, and IT and cybersecurity enhancements.

The Employment Status Verification (ESV) PPA provides funds for the operations, mission support, and associated management and administration costs of E-Verify. E-Verify is an internet-based program that enables an employer to determine a newly-hired employee's eligibility to work in the

**Department of Homeland Security**                    **United States Citizenship and Immigration Services**

United States by verifying information reported on an employee's Form I-9, Employment Eligibility Verification, against data from the Department of Homeland Security, Social Security Administration, Department of State, and Departments of Motor Vehicles of participating States.

Application Processing supports the Administration's priority of decreasing application processing times, reducing the backlog, and expanding humanitarian processing efforts.

Information Technology and Cybersecurity provides funding for staff and equipment to safeguard USCIS' information technology (IT) infrastructure. USCIS is committed to efficiently processing immigration benefits, while ensuring and protecting its systems, key personal data, and stakeholder information through these initiatives.

USCIS Citizenship and Integration Grant Program is funded via the Federal Assistance account. In FY 2023, USCIS expects to award $10.0M in grants to organizations that help prepare lawful permanent residents (LPRs) for naturalization.[1] The grants aim to promote prospective citizens' inclusion into American civic life by funding educational programs designed to increase their knowledge of English, U.S. history, and civics.

---

[1] For a list of past grant recipients, please visit: https://www.uscis.gov/citizenship/organizations/grant-program

**Department of Homeland Security**                    **United States Citizenship and Immigration Services**

## United States Citizenship and Immigration Services
## Budget Authority and Obligations
*(Dollars in Thousands)*

|  | FY 2021 | FY 2022 | FY 2023 |
|---|---|---|---|
| **Enacted/Request/Collections** | **$4,908,232** | **$4,828,291** | **$5,276,466** |
| Carryover - Start of Year | $1,100,275 | $1,603,600 | $1,157,175 |
| Recoveries | $129,770 | - | - |
| Rescissions to Current Year/Budget Year | ($24,685) | ($8,744) | - |
| Net Sequestered Resources | ($43,360) | $26,865 | ($659) |
| Reprogramming/Transfers | $4,085 | - | - |
| Supplementals | - | $193,000 | - |
| CHIMP | ($4,000) | ($4,000) | ($4,000) |
| **Total Budget Authority** | **$6,070,317** | **$6,639,012** | **$6,503,982** |
| Collections - Reimbursable Resources | $71,674 | $75,000 | $75,000 |
| Collections - Other Sources | - | - | - |
| **Total Budget Resources** | **$6,141,991** | **$6,714,012** | **$6,578,982** |
| Obligations (Actual/Estimates/Projections) | $4,480,738 | $5,481,837 | $6,917,409 |
| Obligations – Reimbursable | $57,653 | $75,000 | $75,000 |
| **Personnel: Positions and FTE** |  |  |  |
| Enacted/Request Positions | 21,055 | 22,544 | 24,265 |
| Enacted/Request FTE | 20,003 | 20,445 | 21,903 |
| **Onboard and Actual FTE** |  |  |  |
| Onboard (Actual/Estimates/Projections) | 18,353 | 21,460 | 24,265 |
| FTE (Actual/Estimates/Projections) | 18,676 | 20,445 | 21,903 |

Department of Homeland Security                                    United States Citizenship and Immigration Services

# United States Citizenship and Immigration Services
## Collections – Reimbursable Resources
*(Dollars in Thousands)*

| | FY 2021 Enacted | | | FY 2022 President's Budget | | | FY 2023 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Canada/UK Visa | - | - | $6,069 | - | - | $9,500 | - | - | $9,500 |
| Department of Defense - Department of Defense | - | - | $7,265 | - | - | $7,500 | - | - | $7,500 |
| Department of Health and Human Services - Department Wide | - | - | $317 | - | - | $5 | - | - | $5 |
| Department of Homeland Security - Department of Homeland Security | - | - | $1,234 | - | - | $952 | - | - | $952 |
| Department of Homeland Security - Federal Emergency Management Agency | - | - | $6,632 | - | - | $12,994 | - | - | $12,994 |
| Department of Homeland Security - U.S. Customs and Border Protection | - | - | $38,423 | - | - | $19,154 | - | - | $19,154 |
| Department of Homeland Security - U.S. Immigration and Customs Enforcement | - | - | $12,614 | - | - | $12,500 | - | - | $12,500 |
| Department of Justice - Department of Justice | - | - | $373 | - | - | $311 | - | - | $311 |
| SAVE Collections | - | - | $8,902 | - | - | $12,000 | - | - | $12,000 |
| Department of Homeland Security – CISA | - | - | - | - | - | $74 | - | - | $74 |
| General Service Administration (GSA) | - | - | $11 | - | - | $10 | - | - | $10 |
| Department of State | - | - | $102 | - | - | - | - | - | - |
| US International Development Finance Corporation (DFC) | - | - | $41 | - | - | - | - | - | - |
| Total Collections* | - | - | $81,983 | - | - | $75,000 | - | - | $75,000 |

* Collections includes all funding for actual and anticipated incoming reimbursables.

Department of Homeland Security                    United States Citizenship and Immigration Services

## United States Citizenship and Immigration Services
## Personnel Compensation and Benefits

### Pay Summary
*(Dollars in Thousands)*

| | FY 2021 Enacted | | | | FY 2022 President's Budget | | | | FY 2023 President's Budget | | | | FY 2022 to FY 2023 Total Changes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate |
| Operations and Support | 419 | 398 | $51,343 | $129.00 | 1,705 | 1,620 | $258,247 | $159.41 | 4,001 | 3,014 | $528,447 | $175.32 | 2,296 | 1,394 | $270,200 | $15.93 |
| Immigration Examinations Fee Account | 17,749 | 18,107 | $2,416,175 | $133.37 | 20,654 | 18,649 | $2,787,629 | $149.48 | 20,079 | 18,713 | $2,826,882 | $151.07 | (575) | 64 | $39,253 | $1.59 |
| Fraud Prevention and Detection Account | 185 | 171 | $17,311 | $101.23 | 185 | 176 | $25,978 | $147.60 | 185 | 176 | $27,068 | $153.80 | - | - | $1,090 | $6.19 |
| **Total** | **18,353** | **18,676** | **$2,484,828** | **$140.26** | **22,544** | **20,445** | **$3,071,854** | **$150.25** | **24,265** | **21,903** | **$3,382,397** | **$154.43** | **1,721** | **1,458** | **$310,543** | **$4.18** |
| | | | | | | | | | | | | | | | | |
| Subtotal Discretionary - Appropriation | 419 | 398 | $51,343 | $129.00 | 1,705 | 1,620 | $258,247 | $159.41 | 4,001 | 3,014 | $528,447 | $175.34 | 2,296 | 1,394 | $270,200 | $15.93 |
| Subtotal Mandatory - Fee | 17,934 | 18,278 | $2,433,485 | $130.99 | 20,839 | 18,825 | $2,813,607 | $134.09 | 20,264 | 18,889 | $2,853,950 | $151.09 | (575) | 64 | $40,343 | $17.00 |

### Pay by Object Class
*(Dollars in Thousands)*

| | FY 2021 Enacted | FY 2022 President's Budget | FY 2023 President's Budget | FY 2022 to FY 2023 Total Change |
|---|---|---|---|---|
| 11.1 Full-time Permanent | $1,753,683 | $2,155,559 | $2,342,954 | $187,395 |
| 11.3 Other than Full-time Permanent | $9,400 | $15,513 | $18,397 | $2,884 |
| 11.5 Other Personnel Compensation | $59,310 | $87,083 | $160,696 | $73,613 |
| 12.1 Civilian Personnel Benefits | $661,124 | $813,699 | $860,318 | $46,619 |
| 13.0 Benefits for Former Personnel | $1,311 | - | $32 | $32 |
| **Total - Personnel Compensation and Benefits** | **$2,484,828** | **$3,071,854** | **$3,382,397** | **$310,543** |
| **Positions and FTE** | | | | |
| Positions - Civilian | 18,354 | 22,544 | 24,265 | 1,721 |
| FTE - Civilian | 18,676 | 20,445 | 21,903 | 1,458 |

**Department of Homeland Security**                                    **United States Citizenship and Immigration Services**

# United States Citizenship and Immigration Services
## Non Pay Budget Exhibits

## Non Pay Summary
*(Dollars in Thousands)*

| | FY 2021 Enacted | FY 2022 President's Budget | FY 2023 President's Budget | FY 2022 to FY 2023 Total Change |
|---|---|---|---|---|
| Operations and Support | $66,447 | $201,257 | $375,175 | $173,918 |
| Federal Assistance | $10,000 | $10,000 | $10,000 | - |
| Immigration Examinations Fee Account | $1,885,760 | $2,156,834 | $2,177,142 | $20,308 |
| H-1B Nonimmigrant Petitioner Account | $14,333 | $15,000 | $20,000 | $5,000 |
| Fraud Prevention and Detection Account | $19,369 | $26,892 | $26,892 | - |
| **Total** | **$1,995,909** | **$2,409,983** | **$2,609,210** | **$199,226** |
| Subtotal Discretionary - Appropriation | $76,447 | $211,257 | $385,175 | $173,918 |
| Subtotal Mandatory - Fee | $1,919,462 | $2,198,726 | $2,224,034 | $25,308 |

Department of Homeland Security                                                    United States Citizenship and Immigration Services

# Non Pay by Object Class

*(Dollars in Thousands)*

| | FY 2021 Enacted | FY 2022 President's Budget | FY 2023 President's Budget | FY 2022 to FY 2023 Total Change |
|---|---|---|---|---|
| 21.0 Travel and Transportation of Persons | $4,288 | $65,982 | $80,687 | $14,705 |
| 22.0 Transportation of Things | $10,515 | $12,510 | $13,024 | $514 |
| 23.1 Rental Payments to GSA | $279,235 | $312,434 | $292,922 | ($19,512) |
| 23.2 Rental Payments to Others | $1,243 | $4,385 | $10,026 | $5,641 |
| 23.3 Communications, Utilities, & Miscellaneous | $68,965 | $56,424 | $56,538 | $114 |
| 24.0 Printing and Reproduction | $8,158 | $7,669 | $9,074 | $1,405 |
| 25.1 Advisory & Assistance Services | $723,112 | $723,901 | $830,765 | $106,864 |
| 25.2 Other Services from Non-Federal Sources | $33,405 | $147,948 | $140,316 | ($7,632) |
| 25.3 Other Purchases of goods and services | $308,385 | $435,103 | $469,993 | $34,890 |
| 25.4 Operations & Maintenance of Facilities | $1,924 | $3,135 | $3,704 | $569 |
| 25.6 Medical Care | - | $1 | $1 | - |
| 25.7 Operation & Maintenance of Equipment | $119,465 | $111,762 | $159,927 | $48,165 |
| 26.0 Supplies & Materials | $13,790 | $18,099 | $18,894 | $795 |
| 31.0 Equipment | $379,638 | $446,903 | $459,623 | $12,720 |
| 32.0 Land and Structures | $31,016 | $49,408 | $49,408 | - |
| 41.0 Grants, Subsidies, and Contributions | $10,007 | $10,091 | $10,080 | ($11) |
| 42.0 Insurance Claims and Indemnities | $2,763 | $4,228 | $4,228 | - |
| **Total - Non Pay Budget Object Class** | **$1,995,909** | **$2,409,983** | **$2,609,210** | **$199,227** |

**Department of Homeland Security**                              **United States Citizenship and Immigration Services**

## United States Citizenship and Immigration Services
## Supplemental Budget Justification Exhibits

### FY 2023 Counter Unmanned Aerial Systems (CUAS) Funding

The FY 2023 Budget for USCIS does not include any funding for Counter Unmanned Aerial Systems.

Department of Homeland Security

United States Citizenship and Immigration Services

## United States Citizenship and Immigration Services
## Status of Congressionally Requested Studies, Reports and Evaluations

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| 2020 | 4/17/2020 | H. Rept. 116-180 | Not later than 120 days after the date of enactment of this Act, Dept. of Homeland Security, the Dept. of Labor, the Dept. of State, and the United States Digital Service are directed to report on options to improve the execution of the H-2A and H-2B visa programs, including: processing efficiencies; combatting human trafficking; protecting worker rights; and reducing employer burden, to include the disadvantages imposed on such employers due to the current semiannual distribution of H-2B visas on October 1 and April 1 of each fiscal year.<br><br>USCIS is encouraged to leverage prior year materials relating to the issuance of additional H-2B visas, to include previous temporary final rules, to improve processing efficiencies. | Transmitted – January 21, 2022 |
| 2021 | 1/27/2021 | H. Rept. 116-458 | The Committee is concerned that the Departments of Homeland Security and State have neglected their duty under the Immigration and Nationality Act to take affirmative steps to fully allocate all available immigrant visa numbers to prospective family- and employment-based immigrants. This inaction is especially concerning given the unprecedented demand for such visa numbers and the availability of ready and willing applicants currently within the United States, including many currently employed in occupations deemed essential by the Department of Homeland Security. Not later than 30 days after the date of enactment of this Act, the Committee directs USCIS, in consultation with the Department of State, to brief the Committee on a plan to fully allocate family- and employment-based visas in fiscal year 2021, and a contingency plan to allocate prior year unused visas in the event that such action is required (see, e.g., Silva v. Bell, 605 F.2d 978 (7th Cir. 1979)). | Transmitted – July 8, 2021 |

**Department of Homeland Security**                    **United States Citizenship and Immigration Services**

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| 2021 | 2/26/2021 | Joint Explanatory Statement Division F | USCIS shall provide the Committees a plan, not later than 60 days after the date of enactment of this Act, on establishing a quarterly, public report on backlogs for each form type or immigration benefit request. Such reporting shall include, at a minimum, the total number of applicants or petitioners in each USCIS backlog; be identified by form type or immigration benefit request; and indicate the length of time pending in each backlog. | Transmitted – March 23, 2021 |
| 2021 | 3/26/2021 | Joint Explanatory Statement Division F | The Committee is concerned about the increase in spending by USCIS when compared to available revenue. In an effort to avoid a future need for an influx of appropriations, USCIS shall brief the Committee within 90 days of the date of enactment of this act and quarterly thereafter on budget operations, including revenue projections, actual spending, and other financial forecasts. At a minimum, the briefing shall include the annual operating plan and detail the spending of each directorate and office, overview of operations, revenue and expenses delineated by form type, other agency expenses including payments or transfers to other Federal agencies, and carryover or reserve fund projections and spending. USCIS shall include any such analysis in its quarterly reporting to the Committee. Additionally, USCIS shall develop productivity measures that convey the baseline capacity and capabilities for processing applications and petitions and capture the impact of investments in personnel, technology, or changes to processes and policies on such measures. Updates on USCIS performance against these measures shall be included with the quarterly budget reporting. | Transmitted – December 22, 2021 and February 17, 2022 |

**Department of Homeland Security**                                    **United States Citizenship and Immigration Services**

| 2021 | 3/26/2021 | Joint Explanatory Statement Division F | "1) Processing Times:  USCIS is directed to prioritize the timely processing of citizenship and other applications, with a goal of adjudicating all requests within six months of submission. Further, if USCIS publishes a Notice of Proposed Rulemaking or Final Rule that proposes or adopts any amendment to 8 C.F.R. § 103.7(c) (3– 5) that would impact fee levels, USCIS shall include the following information in its associated publications in the Federal Register:<br>(1) a detailed description of steps the agency will take to reduce all average processing times to fewer than six months within one year of publication; and<br>(2) an analysis of the amount of discretionary funding needed, if any, to enable USCIS to limit fees to rates that do not exceed appropriate inflation rates.<br>USCIS is further directed to provide a report to the Committee, not later than 90 days after the date of enactment of this Act, on the number of application forms processed by month for fiscal years 2016 to 2020 for the following:<br>(1) form I–130 (Petition for Alien Relative);<br>(2) form I–360 (Petition for Amerasian, Widow(er), or Special Immigrant);<br>(3) form I–485 (Application to Register Permanent Residence or Adjust Status);<br>(4) form I–751 (Petition to Remove Conditions on Residence);<br>(5) form N–400 (Application for Naturalization); and<br>(6) forms for initial and renewed employment authorization.<br>The report shall also include the following data, as applicable:<br>(1) the immigration status of the petitioner (U.S. citizen or legal permanent resident (LPR));<br>(2) the nationality of the applicant;<br>(3) the date the application was initially filed;<br>(4) the processing time; and<br>(5) the field office or service center responsible for processing the application.<br>The report shall also describe the reasons for any changes in processing rates or trends; any policy | Transmitted – September 29, 2021 |

**Department of Homeland Security**                                  **United States Citizenship and Immigration Services**

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| | | | changes related to processing; and what steps USCIS is taking to address any delays.<br>2) Processing Times for Immigration Benefits: The Committee is concerned that processing times for citizenship and other applications at USCIS continues to increase. The Committee expects USCIS to adjudicate citizenship and other applications in a timely manner. Within 90 days of the date of enactment of this act, the Committee directs USCIS to report on measures implemented to promptly reduce processing delays." | |
| 2021 | 3/26/2021 | Joint Explanatory Statement Division F | "Not later than 90 days after the date of enactment of this Act, USCIS is directed to brief the Committees on the feasibility of complying with each of the directives in House Report 116-458 regarding the following topics:<br>(1) replacement certificates of naturalization and certificates of citizenship;<br>(2) humanitarian petitions;<br>(3) military naturalization applications; and<br>(4) unused visas. " | Transmitted – July 23, 2021 |
| 2021 | 3/26/2021 | Joint Explanatory Statement Division F | The Committee remains concerned about the pace of refugee admissions and directs the Department to submit to the Committee and make available to the public on its website not later than 90 days after the date of enactment of this act the following information for each of fiscal years 2018 through 2021: the number of USCIS staff assigned to the Refugee Corps at the Refugee Affairs Division of USCIS; the number of refugee processing circuit rides conducted; the number of USCIS Refugee Corps officers assigned to each circuit ride; the destination region and country for each circuit ride; the number of refugee interviews conducted by USCIS; and the number of approvals and denials issued by USCIS. | Transmitted – June 29, 2021 |

**Department of Homeland Security**                                    **United States Citizenship and Immigration Services**

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| 2021 | 3/26/2021 | Joint Explanatory Statement Division F | The Committee is concerned about the prolonged delays at USCIS processing centers across the country and directs USCIS to provide a report to the Committee within 90 days of the date of enactment of this act on the efforts and specific actions, if any, that the agency is taking to reduce the backlog of asylum applications, while ensuring that asylum applicants are properly reviewed for security purposes. | Transmitted – October 20, 2021 |
| 2021 | 03/26/2021 | H. Rept. 116-458 | Not later than 90 days after the date of enactment of this Act, USCIS shall provide a briefing to the Committee[s] detailing the Office of Citizenship's accomplishments during fiscal year 2020 and its planned accomplishments for fiscal year 2021. | Transmitted – May 3, 2021 |
| 2021 | 03/26/2021 | H. Rept. 116-458 | USCIS is directed to ensure that military naturalization applications are processed within six months, as required by the Military Personnel Citizenship Processing Act of 2008 (Public Law 110–382), and to establish a military naturalization promotion program, in conjunction with the Department of Defense, to ensure all military service members and their families learn about and consider their eligibility to apply for naturalization before the military service member's  separation from the military. Not later than 90 days after the date of enactment of this Act, USCIS shall brief the Committee on the status of meeting this requirement | Transmitted – April 26, 2021 |

**Department of Homeland Security**                                   **United States Citizenship and Immigration Services**

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| 2021 | 03/26/2021 | H. Rept. 116-458 | The Committee is concerned that enhanced security-vetting requirements may be overburdening the agencies responsible for the U.S. Refugee Admissions Program (USRAP), potentially exacerbating historic lows in refugee admissions. Accordingly, USCIS is directed to collaborate with the Department of State and the Federal Bureau of Investigation to provide a report, not later than 90 days after the date of enactment of this Act, that identifies for the past five fiscal years the yearly number of refugees in the USRAP pipeline who are: awaiting an interview with USCIS; pending security clearance after a USCIS interview; cleared for admission into the United States; and awaiting departure. This report shall also specify the average processing times, disaggregated by the applicant's nationality, for completing each step listed above. Finally, this report shall establish the number of DHS personnel assigned to security screening of refugees for the each of the five reported years and the estimated number of personnel for the budget year. | Transmitted – October 15, 2021 |
| 2021 | 03/26/2021 | H. Rept. 116-458 | Not later than 120 days after the date of enactment of this Act, USCIS is directed to require that each individual performing asylum officer duties or reviewing the decisions of such personnel, receive annual training on the dynamics of domestic and sexual violence and how such dynamics impact asylum seekers and their applications. The training must be conducted by individuals with documented expertise in this subject area. Not later than 90 days after the date of enactment of this Act, USCIS shall brief the Committee on the status of meeting this requirement. | Transmitted – May 24, 2021 |

**Department of Homeland Security**                                    **United States Citizenship and Immigration Services**

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| 2021 | 04/27/2021 | H. Rept. 116-458 | The Committee provides $36,972,000 in discretionary funding for the SAVE program in lieu of relying solely on fee funding. Not later than 120 days after the date of enactment of this Act, USCIS shall provide a report to the Committees that includes calculations of the percentage of all SAVE inquiries from user agencies made pursuant to mandates in federal law and the percentage related to benefits for which federal law does not require immigration status verification. The report shall provide this information for the last three fiscal years. In addition, the report shall include estimates of the per-inquiry and total amount of SAVE operational costs not recouped in user fees for each fiscal year. | Transmitted – June 14, 2021 |
| 2021 | 04/27/21 | H. Rept. 116-458 | "Not later than 120 days after the date of enactment of this Act, the Department shall report to the Committee on the administrative remedies that the Department of Labor has issued in each of the last three fiscal years against entities or persons who violate H–2B requirements. The report should contain, but not be limited to: (1) a list of entities or persons cited, by industry and violation; (2) the number of H–2B workers impacted and the nature of those impacts; (3) the effects on the domestic workforce; (4) the number of entities or persons debarred from the H– 2B program due to violations; (5) a description of the criteria and methodology for debarment decisions; and (6) a justification for why repeat offenders, if any, are allowed to continue to participate in the program.". | Transmitted – June 3, 2021 |
| 2021 | 04/27/2021 | H. Rept. 116-458 | Within 120 days of the date of enactment of this Act, the Department shall report to the Committee on the distribution of visas granted through the H–2B program. The report should contain, but not be limited to, a tabulation of the percent of overall visas issued to the top 15 employers. | Transmitted – June 29, 2021 |

**Department of Homeland Security**                    **United States Citizenship and Immigration Services**

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| 2021 | 06/25/2021 | H. Rept. 116-458 | Also, not later than 180 days after the date of enactment of this Act, the Department, in consultation with the Department of Labor, shall continue to brief the Committees on the impacts of the current H-2B visa semiannual distribution on employers, employees, and agency operations. | Transmitted – December 3, 2021 |
| 2021 | 06/25/2021 | Joint Explanatory Statement Division F | The Committee is concerned about the closure of USCIS international field offices. The Committee recognizes that USCIS international offices provide critical functions for U.S. military personnel, facilitate international adoptions, provide services for refugees and their families, promote family unity, and provide other immigration services, including for U.S. citizens and permanent residents traveling abroad. The Committee directs the agency to report to the Committee within 180 days of the date of enactment of this act on the impact of these closures on: U.S. military personnel and other customers; USCIS operations, including processing backlogs and staff capacity and training; and any additional projected impacts on other agencies including the Department of State. | Transmitted – May 16, 2021 |

Department of Homeland Security | United States Citizenship and Immigration Services

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| 2021 | 06/25/2021 | H. Rept. 116-458 | The Committee directs USCIS to refrain from imposing fees upon any individual filing a humanitarian petition, including but not limited to a request for asylum; refugee admission; protection under the Violence Against Women Act (VAWA); Special Immigrant Juvenile status; a T or U visa; or a Special Immigrant Visa for Iraqi and Afghan nationals. USCIS shall also refrain from imposing fees on any individual who receives humanitarian protection and subsequently requests adjustment of status or petitions for another benefit. USCIS is also directed to adjudicate U Visa certification requests within 90 days of submission, and to provide a report not later than 180 days after the date of enactment of this Act that identifies, on a quarterly basis, the average response time for adjudicating U Visa applications for each of the past five fiscal years and describes concrete steps that are being taken to speed the process.<br>For each individual filing a humanitarian petition for U Visa status who has provided a completed Form I–918, Supplement B (U Nonimmigrant Status Certification) certified by a sponsoring law enforcement agency, the Committee directs USCIS to make a rebuttable presumption that the individual has met the helpfulness requirement if there is no evidence showing otherwise. USCIS shall report, on a publicly accessible website, state-by-state data on denial and approval ratios for such petitions, redacted as necessary to protect the safety or privacy of the individual.<br>The Committee also urges USCIS to increase the number of personnel dedicated to reviewing and adjudicating VAWA Self-Petition applications, T-visa applications, and U-visa applications, and to issue employment authorization to individuals who have filed VAWA Self-Petition applications or applications for nonimmigrant status under section 101(a)(15)(T) or 101(a)(5)(U) of the Immigration and Nationality Act not later than the approval date or 180 days after the application filing, whichever is earlier. | Transmitted – August 12, 2021 |

**Department of Homeland Security**                                    **United States Citizenship and Immigration Services**

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| 2021 | 06/25/2021 | H. Rept. 116-458 | The Committee directs USCIS to refrain from imposing fees upon any individual filing a humanitarian petition, including but not limited to a request for asylum; refugee admission; protection under the Violence Against Women Act (VAWA); Special Immigrant Juvenile status; a T or U visa; or a Special Immigrant Visa for Iraqi and Afghan nationals. USCIS shall also refrain from imposing fees on any individual who receives humanitarian protection and subsequently requests adjustment of status or petitions for another benefit. USCIS is also directed to adjudicate U Visa certification requests within 90 days of submission, and to provide a report not later than 180 days after the date of enactment of this Act that identifies, on a quarterly basis, the average response time for adjudicating U Visa applications for each of the past five fiscal years and describes concrete steps that are being taken to speed the process.<br>For each individual filing a humanitarian petition for U Visa status who has provided a completed Form I–918, Supplement B (U Nonimmigrant Status Certification) certified by a sponsoring law enforcement agency, the Committee directs USCIS to make a rebuttable presumption that the individual has met the helpfulness requirement if there is no evidence showing otherwise. USCIS shall report, on a publicly accessible website, state-by-state data on denial and approval ratios for such petitions, redacted as necessary to protect the safety or privacy of the individual.<br>The Committee also urges USCIS to increase the number of personnel dedicated to reviewing and adjudicating VAWA Self-Petition applications, T-visa applications, and U-visa applications, and to issue employment authorization to individuals who have filed VAWA Self-Petition applications or applications for nonimmigrant status under section 101(a)(15)(T) or 101(a)(5)(U) of the Immigration and Nationality Act not later than the approval date or 180 days after the application filing, whichever is earlier. | Transmitted – August 12, 2021 |

**Department of Homeland Security**

**United States Citizenship and Immigration Services**

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| 2021 | 04/28/2021 | Joint Explanatory Statement Division F | Not later than 60 days after the date of submission of the fiscal year 2022 budget request, USCIS shall brief the Committees on a plan to develop an agency-wide workload staffing allocation model that incorporates personnel levels and existing assets and capabilities on USCIS operations. The model should allow USCIS to assess the impact of potential policy changes, vetting procedures, business process improvements, IT modernization, the streamlining of forms, and other factors on its operations and finances to better understand the costs and benefits of such changes prior to execution. It should not assume that duties related to the agency's core mission will be performed by employees detailed from other agencies. The briefing shall also identify current resource gaps; implementation challenges; and any key policy or legislative proposals that would help improve the agency's ability to become more efficient and reduce backlogs. | Transmitted – July 21, 2021 |
| 2021 | 4/25/2021 | Joint Explanatory Statement Division F | Not later than 60 days after the date of enactment of this Act, USCIS shall brief the Committees on its efforts to leverage analytic capabilities to better inform workload and fee projections. | Transmitted – June 15, 2021 |
| 2021 | 5/26/2021 | H.Rept 116-458 | The Committee is concerned about the E-Verify program's performance. While the database errors have improved as the system's functionality has evolved, the program's accuracy is still insufficient, resulting in individuals falsely being identified as ineligible to work, especially those with temporary protected status. When an individual is falsely identified as ineligible to work and has received a final non-confirmation from the system, there is no formal process for review of this determination. Not later than 90 days after the date of enactment of this Act, USCIS is directed to brief the Committee on a proposed review process for E-Verify final non-confirmations. | Transmitted – March 12, 2021 |

**Department of Homeland Security**                    **United States Citizenship and Immigration Services**

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| 2021 | 01/27/2021 | Joint Explanatory Statement Division F | The agreement includes $10,000,000 above the request to support the Citizenship and Integration Grant program. In addition, USCIS continues to have the authority to accept private donations to support this program. USCIS is directed to provide an update on its planned use of this authority not later than 30 days after the date of enactment of this Act, to include efforts undertaken to solicit private donations. | Transmitted – January 27, 2021 |
| 2021 | 5/26/2021 | H.Rept 116-458 | Within 90 days of the date of enactment of this Act, USCIS is directed to brief the Committees on its proposed guidelines and requirements for the fiscal year 2021 Citizenship and Integration Grant Program, and to consider the recommendations for the program detailed in House Report 116-458.<br><br>House Report 116-458 states: Grant Guidelines and Requirements. —The Committee is concerned that the guidelines set forth in USCIS's Notice of Funding Opportunity (NOFO) for fiscal year 2019 imposed unnecessary and overly restrictive conditions on prospective grant recipient organizations. USCIS is directed to provide more flexible consideration to proposals that: (1) provide portions of the English and civics instruction and naturalization assistance in native languages in addition to English; (2) propose the use of personnel with non-traditional qualifications for teaching English as a second language; and (3) are focused on helping individuals prepare and file N–400 applications submitted without an attached G–28 filed by a representative of the grant recipient organization. | Transmitted – June 15, 2021 |

**Department of Homeland Security**                              **United States Citizenship and Immigration Services**

| Fiscal Year | Due Date | Reference/Citation | Requirement | Status |
|---|---|---|---|---|
| 2021 | 03/31/2021 | P. L. 117-159 Section 4103 | Not later than 180 days after the date of the enactment of this Act, the Secretary of Homeland Security shall provide to the appropriate Committees a 5-year plan, including projected cost estimates, procurement strategies, and a project schedule with milestones, to accomplish each of the following: (1) Establish electronic filing procedures for all applications and petitions for immigration benefits. (2) Accept electronic payment of fees at all filing locations. (3) Issue correspondence, including decisions, requests for evidence, and notices of intent to deny, to immigration benefit requestors electronically. (4) Improve processing times for all immigration and naturalization benefit requests. | Transmitted – September 29, 2021 |

Department of Homeland Security                                    United States Citizenship and Immigration Services

## United States Citizenship and Immigration Services
## Authorized/Unauthorized Appropriations

| Budget Activity *(Dollars in Thousands)* | Last year of Authorization | Authorized Level | Appropriation in Last Year of Authorization | FY 2023 President's Budget |
|---|---|---|---|---|
| | Fiscal Year | Amount | Amount | Amount |
| **Operations and Support** | **N/A** | **$631,745** | **$707,395** | **$903,622** |
| Employment Status Verification | 2002 | $631,745 | $707,395 | $109,611 |
| Application Processing | N/A | N/A | N/A | $764,698 |
| Information Technology and Cybersecurity | N/A | N/A | N/A | $29,313 |
| **Federal Assistance** | **N/A** | **N/A** | **N/A** | **$10,000** |
| Citizenship and Integration Grants | N/A | N/A | N/A | $10,000 |
| **Fee Accounts** | **N/A** | **Such sums as are available** | **Such sums as are available** | **Such sums as are available** |
| Immigration Examinations Fee | 1988 | Such sums as are available | Such sums as are available | Such sums as are available |
| H-1B Non-immigrant Petitioner | 1998 | Such sums as are available | Such sums as are available | Such sums as are available |
| Fraud Prevention and Detection | 2004 | Such sums as are available | Such sums as are available | Such sums as are available |

Department of Homeland Security                United States Citizenship and Immigration Services

# United States Citizenship and Immigration Services
## Proposed Legislative Language

### Operations and Support

For necessary expenses of United States Citizenship and Immigration Services for operations and support, including for the E-Verify Program, *information technology and cybersecurity,* application processing, the reduction of backlogs within USCIS asylum, field, and service center offices, *additional support for asylum adjudication workloads,* and support of the refugee program; [$459,504,000] *$903,622,000*[, of which $87,619,000 shall remain available until September 30, 2023]: Provided, That such amounts shall be in addition to any other amounts made available for such purposes, and shall not be construed to require any reduction of any fee described in section 286(m) of the Immigration and Nationality Act (8 U.S.C. 1356(m)).

| Language Provision | Explanation |
|---|---|
| *… , information technology and cybersecurity, … additional support for asylum adjudication workloads,* | Requesting expanded authority to use discretionary funds for additional purposes associated with the FY 2023 Budget. |
| … [$459,504,000] *$903,622,000* | Dollar change only. No substantial change proposed. |
| … [, of which $87,619,000 shall remain available until September 30, 2023] | Two-year funding availability is no longer being requested in the FY 2023 Budget. |

### Federal Assistance

For necessary expenses of U.S. Citizenship and Immigration Services for Federal assistance for the Citizenship and Integration Grant Program, $10,000,000.

| Language Provision | Explanation |
|---|---|
| N/A | N/A |