Explore

Settings

## Tweet

**Gov. Greg Abbott** @GovAbbott

A growing population is a sign of a healthy economy!

The Lone Star State has long led the nation in population growth, adding 4 million new Texans between 2010 and 2020. And almost half of that growth was newborn Texans. #TexasWorks

4:15 PM · Aug 8, 2022

**28** Retweets **7** Quotes **130** Likes

**Zeflo88** @Ains1181 · Aug 8, 2022
Fix the power grid.
1 5

**F blanch** @Fab7555 · Aug 8, 2022
Too bad you did not plan for all of us to have electricity. #FIXTHEDAMNGRID
1 3

🌻🌵 **Porchlandrea** @Porchlandrea · Aug 8, 2022
Forcing people to give birth to boast about population growth. Cool.
1 1 5

**Calvin Miyatake** @MiyatakeCalvin · Aug 8, 2022
Abbott abdicating his border problem to the north. The problem that "he and Trump" could not solve in 2016/2017/2018 when they both controlled the Congress, judges, courts. They even had $$ to complete the WALL. Why didn't they finish the wall?
1 3

**Celeste** @MyDearAuntSally · Aug 8, 2022
Our electrical grid is powered by a hamster running in a wheel and you wanna talk about population growth.
4

**ResistUSA** 🌻 🇺🇦 @ResistVA · Aug 8, 2022

**Zola4Beto** 🛹 @Zola4B · Aug 3, 2022
Replying to @PatrickSvitek and @evanasmith

Search Twitter

**New to Twitter?**

Sign up now to get your own pers

Sign up with G

Sign up with A

Create accour

By signing up, you agree to the Te Privacy Policy, including Cookie U

**Relevant people**

**Gov. Greg Abbott** @GovAbbott
Official news from th Governor Greg Abbo the governor's perso @GregAbbott_TX

**What's happening**

MLB · LIVE
**Cubs at Pirates**

Sports · Trending
**#WWERaw** RAW
Trending with Ciampa, NO ONE

Politics · Trending
**Taiwan**
105K Tweets

Trending in United States
**#BlackInkCrew**

Trending in United States
**#BlackMusicHonors**

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

**EXHIBIT 44**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S



6/19/23, 7:29 PM
Gov. Greg Abbott on Twitter: "A growing population is a sign of a healthy economy! The Lone Star State has long led the nation in …
Case 6:23-cv-00007 Document 175-45 Filed on 06/20/23 in TXSD Page 2 of 3


Twitter

Explore

Settings

Abbott.
#BetoForGovernor 



1   5

**Jason Talbott** @HisMajestyJason · Aug 8, 2022
A growing pop. by birth occurs when workers have needs met and feel comfortable.
You're bragging about growth from existing corporations dragging their employees to Texas, to backfill all the people who DIED because you utterly failed as a leader during a public health crisis



GIF  ALT

2

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

6/19/23, 7:29 PM Gov. Greg Abbott on Twitter: "A growing population is a sign of a healthy economy! The Lone Star State has long led the nation in …

Case 6:23-cv-00007 Document 175-45 Filed on 06/20/23 in TXSD Page 3 of 3

Twitter

Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in