Explore

Settings

# Tweet

**Greg Abbott** @GregAbbott_TX

Texas leads America in population growth—adding more than 1,000 people a day. As one newcomer put it: The people are friendly, the schools are great and the weather is appealing. Newcomers are welcome. They just need to help keep TX an appealing state. statesman.com/news/20181224/ …

12:17 AM · Dec 26, 2018

**691** Retweets **233** Quotes **2,733** Likes **6** Bookmarks

**1984 Is Today** @Tribble_Bait · Dec 26, 2018
Good luck on that.

**Politically Stripped ™** @politstrip · Dec 26, 2018
Americans tend to have more kids when they can afford more kids. Congratulations Texas for being a family friendly state with a great economy!
1

**Ving Aints 🇺🇸/🇨🇦/🇺🇦** @VingAints · Dec 26, 2018
Why did you have to spoil a nice tweet with good thoughts by adding that last unnecessary sentence? Lighten up eh? Live and let live.

**David Jobes** @davidlj58 · Dec 26, 2018
Concerned that those arriving are from blue states.
4

**melissa 🙈🙉🙊** @my3monkees · Dec 26, 2018
Including the 400+ migrants that ICE dropped off at a Greyhound bus station in El Paso?? Wake up Governor🤬🤬

**James Parker** @JamesPa45978861 · Dec 26, 2018
Yes we are getting way to many illegal aliens and people from the left is coming in as well to destroy our state and our economy and turn this state into a blue state and I don't like it they can stay in their own country and the left can stay in the democrat run states Texas 🤮

**Diane Hardwick** @DianeHardwick · Dec 26, 2018
AND SUPPORT THE PRESIDENT

**Rebel⭐UltraNuclearMAGA #1A #2A🗣I Sta...** @... · Dec 26, 2018
The problem is they tend to bring their liberal agenda to TX that caused the State they fled to be undesirable...

**Brandon Izzarelli** @MrIzzy11B · Dec 26, 2018
Can we stop taking Californians sir!!!!!

Search Twitter

## New to Twitter?

Sign up now to get your own pers

Sign up with G

Sign up with A

Create accour

By signing up, you agree to the Te Privacy Policy, including Cookie U

## Relevant people

**Greg Abbott** @GregAbbott_TX
Texas Governor Greg Twitter Feed

## What's happening

MLB · LIVE
**Cubs at Pirates**

Trending in United States
**Logan Paul**
1,740 Tweets

Politics · Trending
**Taiwan**
105K Tweets

Trending in United States
**#BlackMusicHonors**

Trending in United States
**#BlackInkCrew**

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

**EXHIBIT 45**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S



6/19/23, 7:31 PM  Greg Abbott on Twitter: "Texas leads American population growth—adding more than 1,000 people a day. As one newcomer put i…

Case 6:23-cv-00007   Document 175-46   Filed on 06/20/23 in TXSD   Page 2 of 3

Proud & Blessed to be a Texan.
A diversity of Colors, Religions, Ethnicities enjoying the most affordable quality of life.

**Shane Thacker** ✓ @shanebo · Dec 26, 2018
To translate that for all y'all newcomers, don't bring the culture you came from with you. If you do we might run you off.

♥ 2

**Some Guy** ✓ @JustHereToShare · Dec 26, 2018
You should encourage limited government conservatives to implement Glen Reynold's Welcome Wagon plan there to make sure it can remain a great state. pjmedia.com/instapundit/21…

♥ 1

**MC-** 🇺🇸 ✓ @jinks1054 · Dec 26, 2018
But the growth are liberal Californians and no doubt illegal aliens. I fear for Texas.

**sterling sorbet** ✓ @expeedee · Dec 26, 2018
Just what they said about California.

**Hugh Gautier** ✓ @hugh_gautier · Dec 26, 2018
The next question is: How many of them are illegals that you are counting? Considering the number of people determines how many Congress members the state gets. They need to be LEGAL citizens to be counted for members in Congress.

**Rob Wigton** ✓ @WigtonRobert · Dec 26, 2018
Texas is borderline californication today! Ya'll need to build a.wall with or w/o the feds and Trump....js

**jjnewboots** 🇺🇸 🐾 🇺🇸 ✓ @jjnewboots · Dec 27, 2018
I don't necessarily see this as a great thing. A lot of the people migrating in do not ❤ Texas and want to change it.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

6/19/23, 7:31 PM
Greg Abbott on Twitter: "Texas leads America in population growth — adding more than 1,000 people a day. As one newcomer put i…
Case 6:23-cv-00007 Document 175-46 Filed on 06/20/23 in TXSD Page 3 of 3

Explore

Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in