# | Office of the Texas Governor

gov.texas.gov/top-texas-touts-people



## Top Texas Touts:  People

- Jobs magnet: Our skilled, young, diverse, and growing workforce is more than 14.6 million strong.
- Texas is again the top state for population growth, for the 17th year in a row, and has surpassed 30 million in total population for the first time.
- Texas is younger and faster growing than the nation.
- Texas gains about 1,000 people every day, including newly born Texans and people moving from other states and other countries.
- Texas is by far the "stickiest" state: More than 82 percent of those born here stay here.
- Texas is the top state for attracting young adults, age 25-39, the nation's emerging workforce.
- Texas is home to more than 1.7 million veterans and serving military members, including active duty, reserve, and National Guard.
- Texas is home to more women veterans than any other state.
- Our greatest natural resource is the people of the Lone Star State; they are why businesses relocate here.

Back to the main Top Texas Touts page

```
EXHIBIT
46
```