

# Welcoming the Stranger:
# Affirmations for Faith Leaders

EXHIBIT
48

# ARABIC

**الترحيب بالغريب: إقرار للقادة الدينيين الترحيب بالغريب: إقرار للقادة الدينيين**

**4إبريل 2013**

**من القيم الجوهرية لديني الترحيب بالغريب وباللاجئ وبالنازح الداخلي، وبغيره. وسوف أعامله/أعاملها كما أحب أن أعامل. وأدعو الآخرين، بمن فيهم القادة الدينيين في مجتمعنا، أن يفعلوا الشيء نفسه .**

**أنا، برفقة القادة الدينيين والمنظمات القائمة على الدين ومجتمعات الضمير حول العالم، أؤكد على ما يلي :**

سوف أرحب بالغريب .

من تعاليم ديني هو أن العطف والرحمة والحب وكرم الضيافة للجميع: لإبن جلدتي المولود في بلدي، وللغريب الذي ولد في بلد آخر؛ لابن المجتمع الذي أنتمي إليه وللقادم الجديد .

سوف أتذكّر وأُذكّرُ أبناء مجتمعي بأننا جميعاً في حكم "الغريب" في مكان ما، وأنه علينا أن نعامل الغريب الوافد على مجتمعنا كما نحب أن نُعامل، و أن نقف في وجه عدم التسامح .

سوف أتذكر وأُذكّر أبناء مجتمعي بأنه لا أحد يغادر وطنه بلا سبب: البعض يفر بسبب الاضطهاد أو العنف أو الاستغلال؛ والبعض الآخر يفر إثر حدوث كوارث طبيعية؛ فيما يفر آخرون حباً في توفير حياة أفضل لأسرهم .

أدرك أن من حق الجميع التمتع بالعيش بكرامة واحترام كبشر . وأن الجميع في بلدي، بمن فيهم الغريب، يخضعون لقوانينه، ولا ينبغي أن يخضع أي منهم للعداء أو التمييز .

أقرّ أن الترحيب بالغريب يحتاج أحياناً إلى قدر من الشجاعة، غير أن البهجة والآمال المترتبة على هذا الفعل تفوق المخاطر والتحديات التي تنطوي على ذلك .

سوف أمنح الغريب حفاوة الضيافة، لأن هذا سيعود بالبركة على مجتمعي وعلى عائلتي وعلى الغريب وعلى أنا أيضاً .

سوف أحترم وأجلّ حقيقة أن الغريب قد يكون منتمياً لدين آخر أو أن يكون لديه معتقدات تختلف عن معتقداتي أو عن معتقدات أفراد آخرين في مجتمعي .

سوف أحترم حق الغريب في ممارسة دينه بحرية. وسوف أسعى لإيجاد فسحة يتمكن فيها من العبادة بحرية .

سوف أتحدث عن ديني دون أن أقلل من أو أسخر من معتقدات الآخرين .

سوف أمد جسوراً بيني وبين الغريب. سوف أضرب المثل بنفسي وأشجع الآخرين على فعل الشيء نفسه .

سوف أبذل جهدي ليس فقط للترحيب بالغريب، بل أيضاً للاستماع له باهتمام. وسوف أعمل على نشر ثقافة فهم الآخر والترحيب به بين أبناء مجتمعي .

سوف أتحدث عالياً من أجل العدالة الاجتماعية للغريب، تماماً كما أفعل من أجل أبناء مجتمعي الآخرين.

حيثما أرى عداوة تجاه الغريب في مجتمعي، سواء بالأقوال أو الأفعال، لن أتجاهل ذلك، بل سآخذ على عاتقي إرساء الحوار والدعوة للسلم .

لن أصمت عندما أرى آخرين، بمن فيهم القادة الدينيين في مجتمعي، يتحدثون بما يسيء للغرباء، والحكم عليهم قبل معرفتهم، أو عندما أرى أن الغرباء يُهمشون أو يتعرضون للظلم أو الاضطهاد .

سوف أشجّع أبناء ديني على العمل مع أبناء الديانات الأخرى والمنظمات القائمة على الدين من أجل إيجاد طرق أفضل لمساعدة الغريب .

سوف أرحب بالغريب .

**المبادئ الأساسية**

إن الدعوة لـ "الترحيب بالغريب"، من خلال توفير الحماية والضيافة، واحترام الغريب أو أهل الديانات الأخرى ومعاملتهم باحترام ومساواة، هو أمر متجذر في كل الأديان الرئيسية .

في الأبنشاد (Upanishads) ، نجد تعويذة "الضيف كإله" التي تعبر عن الأهمية العظمى لكرم الضيافة في الثقافة الهندية. ونجد قيم العطف (كارونا) وعدم العنف تجاه الجميع (أهمسا)، والاستعداد لخدمة الغريب والضيف المجهول (سيفا) هي من صميم القانون الهندي (دارما). لقد كان تقديم الطعام والمأوى للغريب المحتاج واجباً تقليدياً على صاحب المنزل ولا يزال هذا التقليد متبعاً من قِبل الكثيرين. وبشكل عام، فإن مفهوم "الدارما" يجسد مهمة قيام كل شخص بواجبه، بما في ذلك التزاماته تجاه المجتمع والتي يجب أن تتم احتراماً لقيم عدم العنف وعدم الأنانية للصالح العام .

وتؤكد "التريبتاكا" على أهمية تقوية أربع حالات للعقل: الميتّا (حب اللطافة)، والموديتا (الفرح التعاطفي)، والأوبيخا (ضبط النفس)، والكارونا (العطف). هناك العديد من التقاليد البوذية ولكن مفهوم (الكارونا) هو عقيدة أساسية في جميع تلك التقاليد، حيث يجسد صفات الصبر وعدم التمييز والدمج والتعاطف مع معاناة الآخرين، وهذا يعكس الدور المحوري للعطف في الأديان الأخرى .

وأشارت التوراة في ست وثلاثين موضعاً إلى احترام "الغريب". ويحتوي سفر اللاويين على واحدة من أبرز معتقدات الدين اليهودي: "وَإذَا نَزَلَ عِنْدَكَ غَرِيبٌ فِي أَرْضِكُمْ فَلا تَظْلِمُوهُ. كَالْوَطَنِيِّ مِنْكُمْ يَكُونُ لَكُمُ الْغَرِيبُ النَّازِلُ عِنْدَكُمْ، وَتُحِبُّهُ كَنَفْسِكَ، لأَنَّكُمْ كُنْتُمْ غُرَبَاء فِي أَرْضِ مِصْرَ" سفر اللاويين، الإصحاح 19، آية 33-34. إضافة إلى ذلك، تنص التوراةعلى أنه : "لا تُضَايِقِ الْغَرِيبَ فَإِنَّكُمْ عَارِفُونَ نَفْسَ الْغَرِيبِ، لأَنَّكُمْ كُنْتُمْ غُرَبَاء فِي أَرْضِ مِصْرَ"، الإصحاح 23 آية 9 .

وفي إنجيل متّى (25:35): نسمع النداء التالي: "لأَنِي جِعتَ فَأطعمتُموني. عطشتُ فسقيتموني. كنت غريبا فآويتموني". وفي رسالة بولس إلى العبرانيين نقرأ: لِتَثْبُتِ الْمَحَبَّةُ الأُخَوِيَّةُ. لا تَنْسَوْا إِضَافَةَ الْغُرَبَاءِ، لأَنَّ بِهَا أَضَافَ أُنَاسٌ مَلائِكَةً وَهُمْ لا يَدْرُونَ."

وعندما فر الرسول محمد، (ص)، من الاضطهاد الذي تعرض له في مكة، لجأ إلى المدينة المنورة، حيث استقبل بحفاوة. فالهجرة النبوية ترمز إلى الخروج من أرض الاضطهاد، فيما تجسد الحفاوة التي حظي بها الرسول النموذج الإسلامي في حماية اللاجئ. ويحض القرآن الكريم على حماية طالب اللجوء، أو المستأمن، سواء كان مسلماً أو غير مسلم، وتكون سلامته مكفولة بشكل دائم في إطار مؤسسة الأمان (توفير الأمن والحماية.) كما يتضح ذلك من سورة الأنفال، حيث يقول تعالى: "وَالَّذِينَ آمَنُوا وَهَاجَرُوا وَجَاهَدُوا فِي سَبِيلِ اللَّهِ وَالَّذِينَ آوَوْا وَنصَرُوا أُولَئِكَ هُمُ الْمُؤْمِنُونَ حَقًّا لَهُم مَغفِرَةٌ وَرِزْقٌ كَرِيمٌ" سورة الأنفال 74.

هناك عشرات الملايين من اللاجئين والنازحين حول العالم. تتطلب أدياننا منا أن نتذكر دوماً بأننا جميعاً لاجئون على هذه الأرض، نسير معاً في رحلة من الأمل .

**خلفية عامة**

في شهر ديسمبر من عام 2012، نظم المفوض السامي للأمم المتحدة لشؤون اللاجئين أنطونيو غوتيريس حواراً مع قادة دينيين ومنظمات دينية إنسانية، وأكاديميين ومثقلين حكوميين من بلدان مختلفة حول العالم تحت عنوان "الدين والحماية". وفي كلمته التي افتتح بها الحوار، أشار المفوض السامي إلى أن "كل النظم القيمية الدينية الكبرى تتمسّك بقيم الإنسانية والاهتمام بالآخر والاحترام، وتُعني بمنح الحماية لمن هم في خطر. لذلك فإن مبادئ قانون اللجوء الحديث تمتد جذورها إلى تلك النصوص والتقاليد القديمة." وفي ختام ذلك الحوار الهام، تبنى المفوض السامي توصية بإعداد مدونة سلوك للقادة الدينيين للترحيب بالمهاجرين، واللاجئين وغيرهم من النازحين قسراً، والوقوف معاً ضد رهاب الأجانب .

واستجابة لهذا النداء في الفترة ما بين فبراير حتى إبريل 2013، قام تحالفٌ مكوّن من منظمات إنسانية ودينية رائدة ومؤسسات أكاديمية (من بينها الجمعية العبرية لمساعدة المهاجرين(HIAS) ، والإغاثة الإسلامية عبر العالم، والمؤسسة اليسوعية لخدمة اللاجئين، والاتحاد اللوثري العالمي، ومركز أوكسفورد للدراسات الهندوسية، وأديان من أجل السلام، وكلية اللاهوت الكاثوليكي الروماني بجامعة فيينا، والمجلس العالمي للكنائس، والتحالف الإنجيلي العالمي والرؤية العالمية) بصياغة إقرار بعنوان: "الترحيب بالغريب: إقرار للقادة الدينيين". ويلهم هذا الإقرار، الذي تُرجم من الإنجليزية إلى العربية والصينية والفرنسية والعبرية والروسية

والإسبانية، القادة الدينيين من جميع الأديان للترحيب بالغريب بكرامة واحترام وبدعم مفعم بالمحبة. وستستخدم المجموعات الدينية في مختلف أنحاء العالم هذا الإقرار والموارد الداعمة له كأداة عملية لحشد الدعم للاجئين وغيرهم من النازحين ضمن مجتمعاتهم .

# ENGLISH

### WELCOMING THE STRANGER: AFFIRMATIONS FOR FAITH LEADERS

**A core value of my faith is to welcome the stranger, the refugee, the internally displaced, the other. I shall treat him or her as I would like to be treated. I will challenge others, even leaders in my faith community, to do the same.**

**Together with faith leaders, faith-based organizations and communities of conscience around the world, I affirm:**

I will welcome the stranger.

My faith teaches that compassion, mercy, love and hospitality are for everyone:  the native born and the foreign born, the member of my community and the newcomer.

I will remember and remind members of my community that we are all considered "strangers" somewhere, that we should treat the stranger to our community as we would like to be treated, and challenge intolerance.

I will remember and remind others in my community that no one leaves his or her homeland without a reason: some flee because of persecution, violence or exploitation; others due to natural disaster; yet others out of love to provide better lives for their families.

I recognize that all persons are entitled to dignity and respect as human beings. All those in my country, including the stranger, are subject to its laws, and none should be subject to hostility or discrimination.

I acknowledge that welcoming the stranger sometimes takes courage, but the joys and the hopes of doing so outweigh the risks and the challenges. I will support others who exercise courage in welcoming the stranger.

I will offer the stranger hospitality, for this brings blessings upon the community, upon my family, upon the stranger and upon me.

I will respect and honor the reality that the stranger may be of a different faith or hold beliefs different   from mine or other members of my community.

I will respect the right of the stranger to practice his or her own faith freely. I will seek to create space where he or she can freely worship.

I will speak of my own faith without demeaning or ridiculing the faith of others.

I will build bridges between the stranger and myself. Through my example, I will encourage others to do the same.

I will make an effort not only to welcome the stranger, but also to listen to him or her deeply, and to promote understanding and welcome in my community.

I will speak out for social justice for the stranger, just as I do for other members of my community.

Where I see hostility towards the stranger in my community, whether through words or deeds, I will not ignore it, but will instead endeavor to establish a dialogue and facilitate peace.

I will not keep silent when I see others, even leaders in my faith community, speaking ill of strangers, judging them without coming to know them, or when I see them being excluded, wronged or oppressed.

I will encourage my faith community to work with other faith communities and faith-based organizations to find better ways to assist the stranger.

I will welcome the stranger.

**Founding Principles**

The call to "welcome the stranger," through protection and hospitality, and to honor the stranger or those of other faiths with respect and equality, is deeply rooted in all major religions.

In the *Upanishads*, the mantra *atithi devo bhava* or "the guest is as God" expresses the fundamental importance of hospitality in Hindu culture. Central to the Hindu *Dharma*, or Law, are the values of *karuna* or compassion, *ahimsa* or non-violence towards all, and *seva* or the willingness to serve the stranger and the unknown guest. Providing food and shelter to a needy stranger was a traditional duty of the householder and is practiced by many still. More broadly, the concept of *Dharma* embodies the task to do one's duty, including an obligation to the community, which should be carried out respecting values such as non-violence and selfless service for the greater good.

The *Tripitaka* highlights the importance of cultivating four states of mind: *metta* (loving kindness), *muditha* (sympathetic joy), *upekkha* (equanimity), and *karuna* (compassion). There are many different traditions of Buddhism, but the concept of *karuna* is a fundamental tenet in all of them. It embodies the qualities of tolerance, non-discrimination, inclusion and empathy for the suffering of others, mirroring the central role which compassion plays in other religions.

The Torah makes thirty-six references to honoring the "stranger." The book of Leviticus contains one of the most prominent tenets of the Jewish faith: "The stranger who resides with you shall be to you as one of your citizens; you shall love him as yourself, for you were strangers in the land of Egypt." (Leviticus 19:33-34). Further, the Torah provides that "You shall not oppress the stranger, for you know the soul of the stranger, having yourselves been strangers in the land of Egypt." (Exodus 23:9)

In Matthew's Gospel (25:35) we hear the call: "I was hungry and you gave me food, I was thirsty and you gave me something to drink, I was a stranger and you welcomed me…" And in the Letter to the Hebrews (13:1-2) we read, "Let mutual love continue. Do not neglect to show hospitality to strangers, for by doing that some have entertained angels without knowing it."

When the Prophet Muhammad fled persecution in Mecca, he sought refuge in Medina, where he was hospitably welcomed. The Prophet's *hijrah*, or migration, symbolizes the movement from lands of oppression, and his hospitable treatment embodies the Islamic model of refugee protection. The Holy Qur'an calls for the protection of the asylum seeker, or *al-mustamin*, whether Muslim or non-Muslim, whose safety is irrevocably guaranteed under the institution of *Aman* (the provision of security and protection). As noted in the Surat Al-Anfal: "Those who give asylum and aid are in very truth the believers: for them is the forgiveness of sins and a provision most generous." (8:74)

There are tens of millions of refugees and internally displaced people in the world. Our faiths demand that we remember we are all migrants on this earth, journeying together in hope.

**Background**

In December 2012, UN High Commissioner for Refugees António Guterres organized a Dialogue with faith leaders, faith-based humanitarian organizations, academics and government representatives from countries around the world on the theme of "Faith and Protection." As the High Commissioner noted in his opening remarks, "…all major religious value systems embrace humanity, caring and respect, and the tradition of granting protection to those in danger. The principles of modern refugee law have their oldest roots in these ancient texts and traditions." At the conclusion of this landmark event, the High Commissioner embraced a recommendation for the development of a Code of Conduct for faith leaders to welcome migrants, refugees and other forcibly displaced people, and stand together against xenophobia.

In response to this call, from February through April 2013, a coalition of leading faith-based humanitarian organizations and academic institutions (including HIAS, Islamic Relief Worldwide, Jesuit Refugee Service, Lutheran World Federation, Oxford Centre for Hindu Studies, Religions for Peace, University of Vienna Faculty of Roman Catholic Theology, World Council of Churches, World

Evangelical Alliance and World Vision International) drafted "Welcoming the Stranger: Affirmations for Faith Leaders." The Affirmations, which have been translated into Arabic, Chinese, French, Hebrew, Russian and Spanish, inspire leaders of all faiths to "welcome the stranger" with dignity, respect and loving support. Faith groups around the world will use the Affirmations and supporting resources as practical tools to foster support for refugees and other displaced people in their communities.

# FRENCH

**ACCUEILLIR L'ETRANGER : AFFIRMATIONS DES CHEFS RELIGIEUX**

**L'une des valeurs fondamentales de ma foi est d'accueillir l'étranger, le réfugié, le déplacé interne, l'autre. Je le/la traiterai comme j'aimerais qu'on me traite. Je demanderai aux autres, même aux dirigeants de ma communauté religieuse, de faire de même.**

**De concert avec les chefs religieux, les organisations confessionnelles, et les communautés religieuses du monde entier, j'affirme :**

J'accueillerai l'étranger.

Ma foi m'enseigne que la compassion, la miséricorde, l'amour et l'hospitalité visent chacun : le compatriote ainsi que l'étranger, le membre de ma communauté ainsi que le nouveau venu.

Je me souviendrai et je rappellerai aux membres de ma communauté que nous sommes tous considérés comme « étrangers » quelque part, et que nous devrions traiter l'étranger dans notre communauté comme nous souhaiterions être traités nous-mêmes et lutter contre l'intolérance.

Je me souviendrai et je rappellerai aux membres de ma communauté que personne ne quitte sa patrie sans raison : certains fuient la persécution, la violence ou l'exploitation ; d'autres les catastrophes naturelles ; d'autres encore souhaitent offrir, par amour, une vie meilleure à leur famille.

Je reconnais que toute personne, en tant qu'être humain, a le droit à la dignité et au respect. Tous ceux qui se trouvent dans mon pays, y compris l'étranger, sont soumis à ses lois, et personne ne devrait faire l'objet d'hostilité ou de discrimination.

Je reconnais que l'accueil de l'étranger nécessite parfois du courage mais que les joies et les espoirs qui lui sont associés en surpassent les risques et les défis. Je soutiendrai ceux qui font preuve de courage en accueillant l'étranger.

Je ferai preuve d'hospitalité envers l'étranger car ceci confère une bénédiction à ma communauté, à ma famille, à l'étranger et à moi-même.

Je respecterai et j'honorerai le fait qu'un étranger puisse être d'une autre confession ou avoir des croyances différentes des miennes ou de celles des membres de ma communauté.

Je respecterai le droit de l'étranger de pratiquer librement sa propre religion. Je m'efforcerai d'aménager un lieu où il/elle pourra librement pratiquer son culte.

Je parlerai de ma foi sans mépriser ou ridiculiser celle des autres.

Je construirai des ponts entre l'étranger et moi-même. Par mon exemple, j'encouragerai les autres à faire de même.

Je ferai un effort non seulement pour accueillir l'étranger mais également pour l'écouter avec attention et pour promouvoir la compréhension et l'accueil dans ma communauté.

Je défendrai la justice sociale pour l'étranger, tout comme je le fais pour d'autres membres de ma communauté.

Lorsque je serai témoin d'hostilité à l'égard de l'étranger dans ma communauté, que ce soit par des paroles ou par des actes, je ne l'ignorerai pas mais je tenterai plutôt d'établir un dialogue et de faciliter la paix.

Je ne me tairai pas lorsque je verrai d'autres personnes, y compris les chefs de ma communauté religieuse, parler mal des étrangers, les juger sans chercher à les connaître, ou lorsque je les verrai exclus, lésés ou opprimés.

J'encouragerai ma communauté religieuse à œuvrer avec d'autres communautés et organisations confessionnelles pour trouver de meilleurs moyens de porter secours à l'étranger.

J'accueillerai l'étranger.

**Principes fondateurs**

L'appel visant à « accueillir l'étranger », par le biais de la protection et de l'hospitalité, et à honorer l'étranger ou les fidèles d'autres confessions avec respect et sur un pied d'égalité, est profondément enraciné dans toutes les grandes religions.

Dans les *Upanishads*, le mantra *atithi devo bhava* ou « l'hôte est semblable à Dieu » exprime l'importance fondamentale de l'hospitalité dans la culture hindoue. Au centre du *dharma* ou de la Loi hindoue, se trouvent les valeurs de *karuna* ou de compassion, *ahimsa* ou non-violence à l'égard de tous et de *seva* ou volonté de servir l'étranger et l'hôte inconnu. Fournir nourriture et abri à l'étranger dans le besoin est traditionnellement du devoir du chef de famille et bon nombre s'y conforment encore. Plus généralement, le concept du *dharma* consacre l'injonction à faire son devoir, y compris à l'égard de la communauté, ce qui doit se faire dans le respect des valeurs telles que la non-violence et l'abnégation au service du bien.

Le *Tripitaka* souligne l'importance de cultiver quatre états d'âme : *metta* (l'amour bienveillant), *muditha* (la joie sympathique), *upekkha* (l'équanimité), et *karuna* (la compassion). Les traditions du bouddhisme sont multiples et variées mais le concept de *karuna* en est la pierre angulaire. Il recouvre les qualités de tolérance, de non-discrimination, d'inclusion et d'empathie pour la souffrance des autres, reflétant le rôle central que joue la compassion dans d'autres religions.

La Torah contient 36 occurrences de l'honneur dû à l'étranger. Le Lévitique contient l'un des fondements les plus remarquables de la foi juive : « L'étranger qui séjourne parmi vous, vous sera comme celui qui est né parmi vous, et tu l'aimeras comme toi-même ; car vous avez été étrangers dans le pays d'Egypte ». (Lévitique 19:33-34). Par ailleurs, la Torah déclare « tu n'opprimeras point l'étranger ; vous savez vous-mêmes ce qu'éprouve l'étranger, car vous avez été étrangers dans le pays d'Egypte. » (Exode 23:9)
Dans l'Evangile de Matthieu (32:32), nous entendons l'appel : « J'ai eu faim et vous m'avez donné à manger, j'ai eu soif et vous m'avez donné à boire, j'étais étranger et vous m'avez accueilli... ». Et dans la Lettre aux Hébreux (13:1-2), nous lisons « Persévérez dans l'amour fraternel. N'oubliez pas l'hospitalité ; quelques-uns en la pratiquant ont, à leur insu, logé des anges. »

Lorsque le Prophète Mohammed a fui la persécution de la Mecque, il a cherché refuge à Medina, où il a été accueilli avec hospitalité. L'*hijrah* du Prophète, ou la migration, symbolise le déplacement depuis les terres d'oppression et le traitement hospitalier qui lui a été réservé incarne le modèle islamique de la protection des réfugiés. Le Saint Coran appelle à la protection du demandeur d'asile, ou *al-mustamin*, qu'il soit musulman ou non-musulman, dont la sécurité est irrévocablement garantie par l'institution d'*Aman* (la fourniture de sécurité et de protection). Comme mentionné

dans la Sourate Al Anfal : « [..] ceux qui […] ont donné refuge et porté secours, ceux-là sont les vrais croyants : à eux, le pardon et une récompense généreuse. » (8 :74)

Le monde compte aujourd'hui des dizaines de millions de réfugiés et de déplacés internes. Nos croyances exigent que nous nous rappelions que nous sommes tous des migrants sur cette Terre, cheminant ensemble dans l'espoir.

**Contexte général**

En décembre 2012, António Guterres, le Haut Commissaire des Nations Unies pour les réfugiés, a organisé un Dialogue avec des chefs religieux, des organisations humanitaires confessionnelles, des représentants de gouvernements du monde entier et des chercheurs sur le thème « Foi et Protection ». Comme le Haut Commissaire l'a noté dans ses remarques liminaires, « … tous les systèmes de valeurs des principales religions embrassent l'humanité, le soin et le respect de l'autre, ainsi que la tradition d'octroyer une protection aux personnes en danger. Les principes du droit moderne des réfugiés s'enracinent profondément dans ces Ecritures et Traditions anciennes. » Lors de la clôture de cet événement marquant, le Haut Commissaire a souscrit à une recommandation relative à l'élaboration d'un code de conduite à l'intention des chefs religieux visant à accueillir les migrants, les réfugiés et d'autres personnes déplacées de force et à lutter contre la xénophobie.

En réponse à cet appel, de février à avril 2013, une coalition de grandes organisations humanitaires confessionnelles et d'établissements universitaires (y compris HIAS, Islamic Relief Worldwide, Jesuit Refugee Service, Fédération Luthérienne Mondiale, Oxford Centre for Hindu Studies, Religions for Peace, University of Vienna Faculty of Roman Catholic Theology, le Conseil Oecuménique des Eglises, World Evangelical Alliance et World Vision International) ont rédigé « Accueillir l'étranger : affirmations des chefs religieux. » Ces affirmations, traduites en arabe, chinois, espagnol, français, hébreu et russe, appellent les chefs de toutes les confessions à « accueillir l'étranger » dans la dignité, le respect et l'appui bienveillant. Des groupes confessionnels dans le monde entier utiliseront également ces affirmations et leurs ressources d'appui comme des instruments pratiques visant à mobiliser un soutien pour les réfugiés et les autres personnes déplacées dans leurs communautés.

# RUSSIAN

**Приветствуя выходцев из других стран: обязательства религиозных лидеров**

**Основа моей веры – это приятие странников, беженцев, внутренне перемещенных и иных лиц. Я буду относиться к ним так, как хотел бы, чтобы они относились ко мне. Я буду настаивать, чтобы все, в том числе и лидеры моей религиозной общины, относились к ним, исходя из этого принципа.**

**Вместе с религиозными лидерами, высокоморальными религиозными организациями и общинами я подтверждаю:**

Я буду приветствовать выходцев из других стран.

Моя вера учит состраданию, милосердию, любви и гостеприимству по отношению ко всем: к тем, кто родился на моей родине и за ее пределами, к членам моей общины и странникам.

Я буду помнить сам и напоминать членам своей общины, что для кого-то мы все есть «чужие», что в нашей общине мы должны относиться к выходцам из других стран так же, как хотели бы, чтобы они относились к нам, и бороться с нетерпимостью.

Я буду помнить сам и напоминать членам своей общины, что никто не покидает родину без причины: некоторые бегут от преследований, насилия и эксплуатации, другие – из-за стихийных бедствий, третьи – из-за желания обеспечить лучшую жизнь для своих семей.

Я признаю, что все люди имеют право на защиту своего достоинства и уважения человеческой личности. В нашей стране все люди, в том числе и выходцы из других стран, должны жить по ее законам, и никто не должен подвергаться дискриминации или становиться объектом вражды.

Я признаю, что приятие выходцев из других стран иногда требует мужества, но радости и надежды перевешивают сомнения и проблемы. Я буду поддерживать тех, кто проявляет мужество, приветствуя странников.

Я буду оказывать гостеприимство выходцам из других стран, т.к. это принесет благословение общине, странникам, моей семье и мне самому.

Я буду признавать и уважать тот факт, что вера и убеждения выходцев из других стран могут отличаться от моей веры или от убеждений других членов моей общины.

Я буду уважать право выходцев из других стран на свободу вероисповедования. Я буду стремиться предоставить им возможность для свободного отправления культа.

Говоря о своей вере, я не буду унижать или высмеивать веру других.

Я буду стараться находить общий язык с выходцами из других стран и призывать членов моей общины делать то же самое.

Я буду не только проявлять гостеприимство к выходцам из других стран, но и искренне к ним прислушиваться, содействуя установлению взаимопонимания и радушного приема в моей общине.

Я буду выступать за такую же социальную справедливость для выходцев из других стран, как и для членов моей общины.

Если в своей общине я увижу враждебность по отношению к выходцам из других стран, будь то посредством слов или поступков, я не буду игнорировать эти поступки, а буду стремиться к установлению диалога и мира.

Я не буду молчать, если увижу, что другие члены или даже лидеры моей религиозной общины критикуют выходцев из других стран и осуждают их, не пытаясь понять , или если я увижу, что их бойкотируют, обвиняют или угнетают.

Я буду призывать свою религиозную общину работать с другими общинами и религиозными организациями, чтобы определить наиболее эффективные методы помощи выходцам из других стран.

Я буду приветствовать выходцев из других стран.

**Основополагающие принципы**

Концепции "приятия странников", оказания защиты и гостеприимства и уважения к ним имеют глубокие корни во всех основных религиях.

В Упанишадах, мантра *атити дево бхава* («гость равен Богу») выражает принципиальную важность гостеприимства в индуистской культуре. Центральное место в индуистской Дхарме (или в Законе Бытия), занимают понятия *каруна* (или сострадание), *ахимса* (ненасилие и отказ от насилия по отношению ко всему живому) и *сева* (готовность услужить страннику или гостю). Обеспечение продовольствием и жильем нуждающихся странников являлось традиционной обязанностью домовладельца и практикуется многими до сих пор. В более широком смысле, понятие *Дхармы* воплощает обязательства выполнять свой долг, в том числе перед сообществом, уважая такие ценности, как отказ от насилия и бескорыстное служение добру.

*Трипитака* подчеркивает важность культивирования четырех состояний ума: *Метта* (любящая доброта), *Мудита* (совместная радость), *Упеккха* (невозмутимость) и *Каруна* (сострадание). Среди многочисленных традиций буддизма, концепция *Каруна* является основополагающей. Она воплощает в себе толерантность, не дискриминацию, включенность, сочувствие к страданиям других, отражая центральную роль, которую сострадание играет в других религиях.

В Торе тридцать шесть раз упоминается необходимость уважения к "странникам". Книга Левит содержит один из самых известных принципов еврейской веры: "Странник, который проживает с вами, будет для вас как один из ваших граждан; люби его, как самого себя, ибо вы сами были странниками в земле Египетской". (Левит 19:33-34) Кроме того, в Торе сказано: "Вы не должны притеснять иноземца, ибо вы знаете душу чужестранца, потому что сами были странниками в земле Египетской". (Исход 23:9)

В Евангелии от Матфея (25:35) мы слышим призыв: "Я был голоден, и вы дали мне еду, меня мучила жажда, и вы дали мне пить, я был странником, и вы приняли меня ... " И в Послании к Иудеям (13:1-2) мы читаем: "Пусть взаимная любовь продолжается. Страннолюбия не забывайте, ибо через него некоторые, не зная, оказали гостеприимство Ангелам".

Когда Пророк Мухаммед бежал от преследований в Мекке, он нашел убежище в Медине, где был гостеприимно принят. *Хиджра*, или миграция, Пророка символизирует исход из мест угнетения, а радушный прием его в Медине воплощает в себе исламскую модель защиты беженцев. Священный Коран призывает к защите лица, ищущего убежище (*аль-мустамин*), будь то мусульманин или не мусульманин, чья безопасность неизменно гарантирована принципами *Амана* (обеспечение безопасности и защиты). Как упоминается в Суре Аль-Анфар:

"Те, которые дают приют и оказывают помощь, являются истинно верующими: им уготованы прощение грехов и щедрый удел." (8:74)

Сегодня в мире десятки миллионов беженцев и внутренне перемещенных лиц. Наша вера требует, чтобы мы помнили, что на этой земле мы все мигранты, движимые общей надеждой.

### Историческая справка

В декабре 2012 года Верховный комиссар ООН по делам беженцев Антониу Гутерриш пригласил к диалогу религиозных лидеров, религиозные гуманитарные организации, ученых и государственных деятелей для обсуждения темы "Вероисповедание и защита ". В своём приветственном выступлении Верховный комиссар отметил, что "все важнейшие мировые религиозные учения говорят о необходимости проявлять человеколюбие, заботу и уважение, а также призывают следовать традиции предоставления защиты тем, кто в опасности. Принципы современного законодательства о беженцах имеют свои глубокие корни в древних текстах и учениях". Результатом этой знаменательной встречи стал призыв Верховного комиссара разработать для религиозных лидеров Кодекс поведения, предписывающий приятие мигрантов, беженцев и насильственно перемещенных лиц и совместное противостояние ксенофобии.

В ответ на этот призыв коалиция ведущих религиозных гуманитарных организаций и научных учреждений, в том числе HIAS, Islamic Relief Worldwide, Jesuit Refugee Service, Lutheran World Federation, Oxford Centre for Hindu Studies, Religions for Peace, University of Vienna Faculty of Roman Catholic Theology, World Council of Churches, World Evangelical Alliance and World Vision International, разработала проект данного документа. Принципы, которые были переведены на английский, арабский, китайский, французский, иврит, русский и испанский языки, призваны вдохновить лидеров всех конфессий и призвать их относиться к странникам с достоинством, уважением, любовью и поддержкой. Различные религиозные конфессии во всем мире будут использовать данные обязательства  и другие ресурсы в качестве практических инструментов в целях мобилизации членов своих общин в поддержку беженцев и других перемещенных лиц.

# SPANISH

**ACOGER AL EXTRANJERO: AFIRMACIONES DE LÍDERES DE COMUNIDADES BASADAS EN LA FE**

**Un valor central de mi fe es acoger al extranjero, al refugiado, al desplazado interno, al otro. Los trataré a ellos como quisiera ser tratado yo mismo. E invitaré a los demás, incluidos los líderes de mi comunidad de fe, a que hagan lo mismo.**

**Junto con los líderes de fe, las organizaciones religiosas y las comunidades de conciencia del mundo, afirmo:**

Acogeré al extranjero.

Mi fe enseña que la compasión, la misericordia, el amor y la hospitalidad, son para todos: el nacido en el país y el nacido en el extranjero, el miembro de mi comunidad y el recién llegado.

Recordaré y haré recordar a los miembros de mi comunidad que todos somos considerados "extranjeros" en algún lugar, que debemos tratar al extranjero en nuestra comunidad como quisiéramos ser tratados nosotros mismos, y que debemos desafiar la intolerancia.

Recordaré y haré recordar a otros en mi comunidad que nadie deja su hogar sin una razón: algunos huyen de la persecución, la violencia o la explotación; otros debido a los desastres naturales; y otros quienes motivados por el amor desean proveer una vida mejor a su familia.

Reconozco que todas las personas tienen derecho a la dignidad y al respeto debido a su condición de seres humanos. Todos en mi país, incluidos los extranjeros, están sujetos a las leyes del país, y nadie debe ser sometido a hostilidad o discriminación.

Reconozco que acoger al extranjero a veces requiere coraje, pero las alegrías y las esperanzas de hacerlo sobrepasan grandemente los riesgos y desafíos. Apoyaré a quienes practiquen con valentía en su cotidianeidad el acoger al extranjero.

Ofreceré hospitalidad al extranjero, puesto que ello trae bendiciones sobre la comunidad, sobre mi familia, sobre el extranjero y sobre mí.

Respetaré y honraré el hecho que el extranjero pueda tener una fe diferente o mantener creencias diferentes a las mías o a las de otros miembros de mi comunidad.

Respetaré el derecho del extranjero a practicar su fe con libertad. Buscaré crear espacios donde pueda ejercer su culto libremente.

Hablaré de mi propia fe sin menospreciar ni ridiculizar la fe de otros.

Construiré puentes entre el extranjero y yo. A través de mi ejemplo, animaré a otros a hacer lo mismo.

Haré un esfuerzo no solo para acoger al extranjero, sino también para escucharle en profundidad, y para promover el entendimiento y la acogida en mi comunidad.

Me manifestaré por la justicia social para el extranjero, así como lo hago para los otros miembros de mi comunidad.

Cuando vea hostilidad hacia el extranjero en mi comunidad, sea en palabras o en hechos, no la ignoraré sino que me empeñaré en establecer un diálogo y facilitar la paz.

No me mantendré callado cuando vea a otros, incluso líderes de mi comunidad de fe, hablar mal de los extranjeros, juzgándolos sin conocerlos, o cuando vea que éstos son excluidos, maltratados u oprimidos.

Animaré a mi comunidad de fe a trabajar con otras comunidades de fe y organizaciones religiosas para encontrar mejores maneras de asistir al extranjero.

Acogeré al extranjero.

**Principios fundacionales**

La llamada a "acoger al extranjero", a través de la protección y la hospitalidad, y a honrar al extranjero y a las personas de otra fe con respeto e igualdad, está profundamente arraigada en todas las religiones principales.

En los Upanishads, el mantra *atithi devo bhava* o "el huésped es como Dios" expresa la importancia fundamental de la hospitalidad en la cultura hindú. En el *Dharma*, o Ley hindú, son centrales los valores de *karuna* o compasión, *ahimsa* o no-violencia hacia todos, y *seva* o voluntad de servir al extranjero y al huésped desconocido. Dar comida y hospitalidad al extranjero en necesidad era un deber tradicional del dueño de una casa y es practicado todavía por muchos. De manera más amplia, el concepto de *Dharma* comprende la tarea de hacer el propio deber, que incluye una obligación hacia la comunidad que debe ser llevada a cabo respetando valores como la no-violencia y el servicio desinteresado por el bien común.

El Tripitaka subraya la importancia de cultivar cuatro estados de la mente: *metta* (cariñosa amabilidad), *muditha* (alegría empática), *upekkha* (ecuanimidad) y *karuna* (compasión). Hay muchas tradiciones diferentes en el budismo, pero el concepto de *karuna* es un mandato fundamental en todas ellas. Incluye las cualidades de tolerancia, no discriminación, inclusión, y empatía por el sufrimiento de otros, que refleja el papel central que la compasión tiene en otras religiones.

La Torah hace treinta y seis referencias a honrar al "extranjero". El libro de Levítico contiene una de las afirmaciones más prominentes de la fe judaica: "El extranjero que reside con ustedes será como uno de sus ciudadanos para ustedes, lo amarán como a sí mismos, pues ustedes fueron extranjeros en la tierra de Egipto" (Lev 19:33-34). Además, la Torah manda que "no oprimirán al extranjero, pues conocen su alma, habiendo sido ustedes extranjeros en la tierra de Egipto". (Éxodo 23:9)

En el Evangelio de Mateo (25:35) oímos la llamada: "Estaba hambriento y me diste de comer, estaba sediento y me diste de beber, era extranjero y me acogiste…" Y en la Carta a los Hebreos (13:1-2) leemos: "Dejen que el amor mutuo continúe. No dejen de mostrar hospitalidad a los extranjeros, pues gracias a ella algunos han cuidado ángeles sin saberlo".

Cuando el profeta Muhammad huyó de la persecución en La Meca, buscó refugio en Medina, donde fue acogido con hospitalidad. La *hijrah*, o migración, del Profeta simboliza el movimiento desde tierras de opresión, y el tratamiento hospitalario encarna el modelo islámico de protección a los refugiados. El Sagrado Corán insta a la protección del solicitante de asilo, o *al-mustamin*, sea

musulmán o no, cuya seguridad es irrevocablemente garantizada bajo la institución del *Aman* (la provisión de seguridad y protección). Como indica el Sura Al anfál, "Quienes les dieron refugio y auxilio, ésos son los creyentes de verdad. Tendrán perdón y generoso sustento."(8:74)

Hay decenas de millones de refugiados y desplazados internos en el mundo. Nuestra fe nos exige recordar que todos somos migrantes en esta tierra, viajando juntos en la esperanza.

**Antecedentes**

En diciembre de 2012, el Alto Comisionado de la Naciones Unidas para los Refugiados, António Guterres, organizó un diálogo sobre el tema "fe y protección" con los líderes de fe, organizaciones confesionales, académicos y representantes de gobiernos de países de todo el mundo. Tal y como señaló el Alto Comisionado en sus palabras de bienvenida, "…todos los principales sistemas de valores religiosos comprenden la humanidad, el cuidado, el respeto, y la tradición de brindar protección a las personas en peligro. Los principios del derecho de los refugiados vigente tienen sus raíces en estos antiguos textos y tradiciones". Al final de este importante evento el Alto Comisionado acogió una recomendación para la elaboración de un Código de Conducta para los líderes de fe para acoger a los migrantes, refugiados y otras personas desplazadas forzosamente y para permanecer unidos en contra de la xenofobia.

En respuesta a este llamado, desde el mes de febrero hasta abril de 2013, una alianza de las principales organizaciones humanitarias confesionales e instituciones académicas (incluyendo la Organización Hebrea de Ayuda a Inmigrantes y Refugiados (HIAS, por sus siglas en inglés), Islamic Relief Worldwide (Socorro Islámico Mundial), El Servicio Jesuita a Refugiados, La Federación Luterana Mundial, El Centro de Oxford de Estudios Hindúes, Religiones por la Paz, Facultad de Teología Católica Romana de la Universidad de Viena, el Consejo Mundial de Iglesias, Alianza Evangélica Mundial y Visión Mundial Internacional), redactó "Acoger al Extranjero: Afirmaciones de Líderes de Comunidades Basadas en la Fe". Estas Afirmaciones han sido traducidas al árabe, chino, francés, hebreo, ruso y español, y animan a todos los líderes de fe a "acoger al extranjero" con dignidad, respeto y brindar apoyo con cariño. Los grupos de fe en todo el mundo utilizarán las Afirmaciones y los recursos de apoyo como herramientas prácticas para fomentar la ayuda a los refugiados y a otras personas desplazadas en sus comunidades.

# GERMAN

FREMDE WILLKOMMEN HEISSEN –
SELBSTVERPFLICHTUNGEN VON RELIGIONSFÜHRERINNEN UND RELIGIONSFÜHRERN

**Einer der zentralen Werte meines Glaubens ist, die Fremde, den Flüchtling, die Binnenvertriebene, den Anderen willkommen zu heissen. Ich behandle ihn oder sie, wie ich selbst behandelt werden möchte. Ich werde Andere, ja auch die Verantwortlichen meiner Glaubensgemeinschaft dazu anhalten, sich ebenso zu verhalten.**

**Gemeinsam mit Religionsführerinnen und Religionsführern, religiösen Organisationen und Weltanschauungsgemeinschaften in der ganzen Welt bekräftige ich:**

Ich werde Fremde willkommen heissen.

Mein Glaube lehrt mich, dass Mitgefühl, Barmherzigkeit, Liebe und Gastfreundschaft allen Menschen gelten: dem Einheimischen und der Fremden, dem Mitglied meiner Gemeinschaft und dem Neuling.

Ich werde mir bewusst machen und die Mitglieder meiner Gemeinschaft daran erinnern, dass wir alle irgendwo als „Fremde" gelten, dass wir den Fremden in unserer Gemeinschaft so begegnen sollten, wie wir wünschen, dass man uns begegnet. Und nicht hinnehmen werde ich Intoleranz.

Ich werde mir bewusst machen und andere in meiner Gemeinschaft daran erinnern, dass niemand sein Heimatland grundlos verlässt: Viele müssen fliehen, weil sie verfolgt werden, Gewalt oder Ausbeutung erleiden; andere wegen einer Naturkatastrophe, wieder andere aus Liebe zu ihrer Familie, der sie ein besseres Leben ermöglichen möchten.

Ich erkenne an, dass jede und jeder Einzelne als Mensch Anspruch auf Würde und Achtung hat. Alle Menschen in meinem Land, auch die Fremden, unterstehen seinen Gesetzen und niemand sollte Feindseligkeit oder Diskriminierung ausgesetzt sein.

Ich bin mir bewusst, dass es manchmal Mut erfordert, Fremde willkommen zu heissen, aber die Freude und Hoffnung, die daraus erwachsen, überwiegen die Risiken und Probleme. Ich werde jene unterstützen, die Mut zeigen, wenn sie Fremde aufnehmen.

Ich werde mich Fremden gegenüber gastfreundschaftlich erweisen, denn das bringt Segen über meine Gemeinschaft, meine Familie, die Fremden und mich.

Ich werde die Tatsache respektieren und anerkennen, dass Fremde einer anderen Religion angehören oder andere Glaubensüberzeugungen vertreten als ich und andere meiner Gemeinschaft.

Ich werde das Recht der Fremden achten, den eigenen Glauben ungehindert auszuüben. Ich werde danach streben, einen Raum zu schaffen, wo sie frei Gottesdienst und Gebete feiern können.

Ich werde von meinem eigenen Glauben sprechen, ohne den Glauben anderer abzuwerten oder zu verspotten.

Ich werde Brücken bauen zwischen den Fremden und mir. Durch mein Vorbild werde ich andere ermutigen, ebenso zu handeln.

Ich werde mich bemühen, Fremden nicht nur gastfreundlich zu begegnen, sondern ihnen auch aufmerksam zuzuhören und mich in meiner Gemeinschaft für Verständnis und Gastfreundschaft einsetzen.

Ich werde die Stimme erheben, damit Fremden soziale Gerechtigkeit zuteilwird, genau wie ich dies für andere Angehörige meiner Gemeinschaft tue.

Wo ich in meiner Gemeinschaft in Wort oder Tat Anfeindungen gegenüber Fremden erlebe, werde ich dies nicht übersehen, sondern stattdessen darauf bedacht sein, Dialog und Frieden zu fördern.

Ich werde nicht schweigen, wenn ich erlebe, dass andere, auch Leitungsverantwortliche meiner Glaubensgemeinschaft, negativ über Fremde reden, über sie urteilen, ohne sie kennenzulernen, oder wenn ich sehe, dass ihnen Unrecht getan wird, sie ausgeschlossen oder unterdrückt werden.

Ich werde meine Glaubensgemeinschaft ermutigen, gemeinsam mit anderen Glaubensgemeinschaften und religiösen Organisationen zusammenzuarbeiten, wenn es darum geht, bessere Möglichkeiten für die Unterstützung der Fremden zu finden.

Ich werde Fremde willkommen heissen.

**Grundprinzipien**

Der Aufruf, „Fremde willkommen heissen", ihnen also Schutz und Gastfreundschaft zu gewähren, und Fremde oder Angehörige anderer Glaubensrichtungen zu achten und als gleichwertig zu behandeln, ist in allen grossen Religionen tief verwurzelt.

In den *Upanishaden* bringt das Mantra *Atithi devo bhava* oder „der Gast wird verehrt wie Gott" die grundlegende Bedeutung der Gastfreundschaft in der hinduistischen Kultur zum Ausdruck. Eine zentrale Stellung im hinduistischen *Dharma* oder Gesetz haben die Werte *Karuna* (Mitgefühl), *Ahimsa* (Gewaltlosigkeit gegenüber allen Menschen) und *Seva* (Bereitschaft, der Fremden und dem unbekannten Gast zu dienen). Hilfsbedürftigen Fremden Nahrung und Unterkunft zu bieten, war traditionell die Pflicht des Haushaltsvorstands, die nach wie vor vielfach praktiziert wird. Darüber hinaus kann *Dharma* als Konzept für die Pflichterfüllung verstanden werden, einschliesslich der Verpflichtung gegenüber der Gemeinschaft, die umgesetzt werden sollte unter Beachtung von Werten wie Gewaltlosigkeit und dem selbstlosen Dienst um des Gemeinwohls willen.

Die *Tripitaka* misst der Pflege von vier Geisteshaltungen grosse Bedeutung bei: *Metta* (liebevolle Güte), *Mudita* (Mitfreude), *Upekkha* (Gleichmut) und *Karuna* (Mitgefühl). In den vielfältigen buddhistischen Traditionen stellt *Karuna* durchgängig einen wesentlichen Grundsatz dar. Er umfasst die Eigenschaften der Toleranz, Gleichbehandlung, Integration und des Mitfühlens mit dem Leiden anderer – parallel zu dem zentralen Platz, den das Mitgefühl in anderen Religionen einnimmt.

Die Tora spricht 36 Mal von der Achtung „der Fremdlinge". Im Buch Levitikus wird einer der wesentlichen Glaubenssätze des Judentums formuliert: „Wenn ein Fremdling bei euch wohnt in eurem Lande, den sollt ihr nicht bedrücken. Er soll bei euch wohnen wie ein Einheimischer unter euch, und du sollst ihn lieben wie dich selbst; denn ihr seid auch Fremdlinge gewesen in Ägyptenland." (Levitikus 19,33f.) Weiterhin legt die Tora fest: „Die Fremdlinge sollt ihr nicht unterdrücken; denn ihr wisst um der Fremdlinge Herz, weil ihr auch Fremdlinge in Ägyptenland gewesen seid." (Exodus 23,9)

Das Matthäusevangelium (25,35) richtet den Ruf an uns: „Denn ich bin hungrig gewesen und ihr habt mir zu essen gegeben. Ich bin durstig gewesen und ihr habt mir zu trinken gegeben. Ich bin ein Fremder gewesen und ihr habt mich aufgenommen…" Im Hebräerbrief (13,1f.) wiederum lesen wir: „Bleibt fest in der brüderlichen Liebe. Gastfrei zu sein vergesst nicht; denn dadurch haben einige ohne ihr Wissen Engel beherbergt."

Als der Prophet Mohammed aus Mekka floh, weil er verfolgt wurde, suchte er in Medina Zuflucht, wo er willkommen geheissen wurde. Die *Hidschra* oder Auswanderung des Propheten steht symbolisch für den Wegzug aus Ländern, in denen Unterdrückung herrscht, und die Gastfreundschaft, die ihm entgegengebracht wurde, gibt das islamische Modell des Flüchtlingsschutzes vor. Der Heilige Koran ruft dazu auf, den/die Asylsuchende/n oder *Musta'min*,

egal ob muslimischen Glaubens oder nicht, zu schützen; die Sicherheit dieser Menschen ist unumstösslich garantiert unter dem Rechtsinstitut des *Aman* (Gewährung von Sicherheit und Schutz). In der Sure Al-Anfál heisst es: „…jene, die Herberge und Hilfe gaben – diese sind in der Tat wahre Gläubige. Ihnen wird Vergebung und eine ehrenvolle Versorgung." (8,74)

Die Zahl der Flüchtlinge und Binnenvertriebenen weltweit bewegt sich im zweistelligen Millionenbereich. Unser jeweiliger Glaube mahnt uns, eingedenk zu sein, dass wir alle Migrantinnen und Migranten auf dieser Erde sind, hoffnungsvoll gemeinsam unterwegs.

### Hintergrund

Im Dezember 2012 organisierte der Hohe Flüchtlingskommissar der Vereinten Nationen, António Guterres, einen Dialog mit Religionsführerinnen und Religionsführern, humanitären Organisationen, die aus dem Glauben heraus handeln, Wissenschaftler/innen und Vertreter/innen von Staaten weltweit zum Thema „Glaube und Flüchtlingsschutz". In seiner Eröffnungsrede stellte der Hohe Flüchtlingskommissar fest: „…die Wertesysteme aller grossen Religionen vertreten Humanität, Fürsorge und Achtung sowie die Tradition, Menschen in Gefahr Schutz zu gewähren. Die Grundsätze des modernen Flüchtlingsrechts haben ihre ältesten Wurzeln in diesen historischen Texten und Traditionen." Zum Abschluss dieser wegweisenden Veranstaltung unterstützte der Hohe Flüchtlingskommissar eine Empfehlung zur Erarbeitung eines Verhaltenskodex für Leitungsverantwortliche der Religionen, der die gastfreundliche Aufnahme von Migrant/innen, Flüchtlingen und anderen gewaltsam vertriebenen Menschen sowie das gemeinsame Eintreten gegen Fremdenfeindlichkeit festschreibt.

Als Reaktion auf diesen Aufruf formulierte zwischen Februar und April 2013 eine Gruppe von führenden humanitären Organisationen und akademischen Einrichtungen aus dem religiösen Bereich (darunter HIAS, Islamic Relief Worldwide, der Jesuiten-Flüchtlingsdienst, der Lutherische Weltbund, das Oxford Centre for Hindu Studies, Religions for Peace, die Katholisch-Theologische Fakultät der Universität Wien, der Ökumenische Rat der Kirchen, die Weltweite Evangelische Allianz und World Vision International) das vorliegende Dokument „Fremde willkommen heissen – Selbstverpflichtungen von Religionsführerinnen und Religionsführern". Es wurde bereits auch ins Arabische, Chinesische, Französische, Hebräische, Russische und Spanische übersetzt und inspiriert Leitungsverantwortliche aller Religionen, „Fremde willkommen zu heissen" und ihnen Würde, Achtung und liebevolle Unterstützung entgegenzubringen. Weltweit werden Glaubensgemeinschaften das Dokument und die zugehörigen Handreichungen als praktische Instrumente nutzen, um die Hilfeleistung für Flüchtlinge und andere Vertriebene in ihrer Gemeinschaft zu fördern.

# HEBREW

מסבירים פנים לזר:

הצהרות של מנהיגי דת

ערך מכונן במסורת הדתית שלי מחייב אותי להסביר פנים לזר, לפליט, לעקור, ל"אחר". אתנהג אליו או אליה, כפי
שהייתי רוצה שיתנהגו אלי. אאתגר אחרים, כולל מנהיגים בקהילתי הדתית, לנהוג באותה דרך.

יחד עם מנהיגים דתיים, ארגונים דתיים וקהילות של אנשי מצפון ברחבי העולם, אני מצהיר/ה כי:

אקדם בברכה את פני הזר.

המסורת הדתית שלי מלמדת, כי חמלה, חסד, אהבה והכנסת אורחים הם ערכים המתייחסים לכל בני האדם: ילידי
הארץ, ואלה שנולדו מחוצה לה, בני ובנות קהילתי ואלו שזה מקרוב הגיעו.

כי מוטל עלינו להתייחס אל ;אזכור ואזכיר לבני ובנות קהילתי כי כולנו נמצאים על תקן של "זרים" במקום כלשהו
וכי מוטל עלינו להוקיע גילויים של חוסר סובלנות.;הזר בקהילתנו כפי שהיינו רוצים שיתייחסו אלינו

אזכור ואזכיר לבני ובנות קהילתי, כי אף אחד אינו גולה ממולדתו מרצון וללא סיבה: יש הנמלטים בגין רדיפה,
אלימות או ניצול, יש הנמלטים בגין אסון טבע, ואחרים עוזבים מתוך אהבה למשפחותיהם והרצון להעניק להן
חיים טובים יותר.

אני מודע/ת לעובדה שכל בני האדם באשר הם זכאים לחיות חיים בכבוד. כל התושבים החיים בארצי, כולל הזרים,
כפופים לחוקיה ואף אחד אינו צריך להיות חשוף לאפליה וגילויי עוינות.

אני מודע לכך שלעתים, דרוש אומץ להסביר פנים לזר, אולם האושר והתקווה הנובעים מהתנהגות זו גוברים על
הסיכונים והאתגרים הטמונים במעשה מעין זה. אתמוך באלו הנוהגים באומץ בהסבירם פנים לזר.

אפתח ביתי לזר, למען תבוא ברכה על קהילתי, על משפחתי, על הזר ועליי.

אכבד את המציאות לפיה הזר עשוי להיות בעל אמונות השונות משלי ומשל בני ובנות קהילתי.

אכבד את חופש הפולחן של הזר, ואת זכותו לקיים את אמונתו, ואפעל להעניק לו מקום בו יוכל לקיים את פולחנו
הדתי בחופשיות.

אדבר על הדת שלי מבלי ללגלג או ל זלזל בדתם של אחרים.

אכונן גשר בין הזר לביני. אעודד אחרים לפעול כמוני על ידי מתן דוגמה אישית.

אעשה כל מאמץ לא רק להסביר פנים לזר, אלא גם להקשיב לו קשב רב ולקדם הבנה ופתיחות בקרב קהילתי.

אפעל למען צדק חברתי עבור הזר כפי שאני עושה זאת למען יתר חברי קהילתי.

כל אימת שאתקל בעוינות כלפי הזר בתוך קהילתי, בין אם במלל או במעשים, לא אתעלם ממנה ואנסה ליצור דו-
שיח ולהשכין שלום.

לא אשתוק אם אשמע שחברים בקהילתי, לרבות מנהיגים דתיים, מדברים בגנות זרים, שופטים אותם מבלי
להכירם, מדירים אותם, עושים להם עוול, או מדכאים אותם.

אעודד את הקהילה הדתית שלי לשתף פעולה עם קהילות וארגונים דתיים אחרים, לחבור אליהם במטרה למצוא
דרכים טובות יותר לסייע לזר.

אסביר פנים לזר.

עקרונות יסוד

הקריאה ״להסביר פנים לזר״ באמצעות הגנה עליו וקבלתם כאורח, הקריאה לכבד זרים או אנשים בעלי אמונות
שונות ולנהוג כלפיהם בשוויון, היא קריאה המושרשת עמוק בכל הדתות המרכזיות.

ובתרגום: ״האורח הוא כאלוהים״ , מבטאת את *atithi devo bhava*, המנוטרה *Upanishads* בכתבי *האופנישדות* -
- ב מרכזיים ערכים .אורחים להכנסת היהודית התרבות שהתרבות הבסיסית החשיבות הם, *Dharma* החוק ההינדי –
ה-*karuna* חמלה, ה- *ahimsa* - ערכי כל הבוראים וכן ה- *seva* - אי האלימות כלפי כל הבוראים וכן ה- - הזר את לשרת הכנות -
את האורח הבלתי מוכר.  אספקת מזון ומחאסה לזר הנצרך היא חובה - הנובעת מן המסורת – אשר חלה על בעל
- ה של התפיסה יותר נרחב באופן .כיום לקיימה ממשיכים ורבים, הבית *Dharma* את בחובה טומנת דארמה -
הצורך של האדם למלא את חובתו, ובכלל זה החובה כלפי הקהילה, אותה יש למלא תוך כיבוד ערכים כגון: אי
אלימות ומתן שירות נטול אנוכיות לטובת הכלל.

-ה *Tripitaka* -ה רוח הלכי ארבעה בטיפוח והחשיבות בטיפוח מדגישה *טריפיטאקה*, *metta* מאהבה הנובע לב טוב -
- חמלה. קיימות מסורות שונות של בודהיזם, אך *karuna* - שלווה וה- *upekkha* - אושר סימפטטי, ה- *muditha*-
- ה המושג *karuna* החמלה, הההכלה, אי האפליה, או תכונות הסובלנות את מבטא הוא .בכולן יסודי נדבך מהווה חמלה –
והאמפתיה לסבלם של אחרים, באופן המשקף את תפקידה המרכזי של החמלה בדתות אחרות.

בתורה ישנם שלושים וששה אזכורים לכיבוד ״הזר״ (הגר). ספר ויקרא מצווין את אחד מהעקרונות הבולטים ביותר
במסורת היהודית: ״כְּאֶזְרָח מִכֶּם יִהְיֶה לָכֶם הַגֵּר הַגָּר אִתְּכֶם וְאָהַבְתָּ לוֹ כָּמוֹךָ כִּי-גֵרִים הֱיִיתֶם בְּאֶרֶץ מִצְרָיִם״ (ויקרא,
יט; לג׳-לד׳). יתרה על כן, התורה מצווה: ״וְגֵר לֹא תִלְחָץ וְאַתֶּם יְדַעְתֶּם אֶת-נֶפֶשׁ הַגֵּר כִּי-גֵרִים הֱיִיתֶם בְּאֶרֶץ מִצְרָיִם״
(שמות, כ״ג; ט׳).

בבשורה על פי מתי (כה:לה) אנו עדים לקריאה: ״כִּי רָעֵב הָיִיתִי וּנְתַתֶּם לִי לֶאֱכֹל, צָמֵא הָיִיתִי וְהִשְׁקִיתֶם אוֹתִי, עוֹבֵר
אֹרַח הָיִיתִי וַאֲסַפְתֶּם אוֹתִי...״. באיגרת אל העברים (יג:א-ב) אנו קוראים: ״יִתְּהָא אַהֲבַת אַחִים קַיֶּמֶת בֵּינֵיכֶם. הַכְנָסַת
אֹרְחִים אַל תִּשְׁכָּחוּ, כִּי יֵשׁ אֲשֶׁר הִכְנִיסוּ אֶל בֵּיתָם מַלְאָכִים מִבְּלִי לָדַעַת זֹאת.״

כאשר הנביא מוחמד נמלט מרדיפה במכה, הוא מבקש מקלט במדינה, שם הוא מתקבל בברכה. ההיג׳רה של הנביא,
או ההגירה, מסמלת את היציאה מארצות של דיכוי והיחס החם לו הוא זוכה, מבטא את הדגם האיסלמי להגנה על
פליטים. הקוראן הקדוש מטיף להגנה על מבקש המקלט- אל מוסתאמין, בין אם הוא מוסלמי או לא. שלומו של
מבקש המקלט מובטח באמצעות מוסד ה- *אמאן* (הקניית ביטחון והגנה). כפי שמצוויין *בסורת אל-אנפאל* :
״המאמינים והמהגרים והקמים להיאבק למען ה׳, ואלה אשר נתנו מחסה והושיטו עזרה, כל אלה מאמינים הם
באמת ובתמים, ויזכו במחילה ויפורנסו ביד רחבה״ (סורא 8, פסוק 74).

בעולם חיים היום עשרות מיליוני פליטים ועקורים. אמונותינו מחייבות אותנו לזכור כי כולנו נמצאים במעמד של
מהגרים על פני הארץ, כולנו נעים יחדיו במסע של תקווה.

רקע

בדצמבר 2012 קיים הנציב העליון לפליטים, מר אנתוניו גוטרו, דו-שיח בנושא ״אמונה והגנה״, בהשתתפותם של
מנהיגי דת, ארגוני דת הומניטריים, אנשי אקדמיה ונציגי ממשלה ממדינות ברחבי העולם. כפי שציין הנציב העליון
בדברי הפתיחה שלו, ״...כלל הדתות המרכזיות דוגלות בערכים של אנושיות, אהבת הזולת וכבוד, כמו גם במסורת
של הגנה על הנתונים בסכנה.  שורשיהם של עקרונות דיני הפליטים המודרניים נטועים במסורות ובמקורות
העתיקים הללו.״ בתום אירוע מכונן זה, הינמ: הנציב העליון המלצה לפתח קוד התנהגות עבור מנהיגי דת, הקורא
להסביר פנים למהגרים, לפליטים ולאחרים שנעקרו מבתיהם ולהתייצב יחדיו נגד שנאת זרים.

בתגובה לקריאה זו, בחודשים פברואר - אפריל 2013 חברה יחדיו קבוצה של ארגונים הומניטריים ומוסדות
אקדמיים (לרבות היא״ס, הארגון לסיוע אסלאמי עולמי, השירות הישואני לפליט, הפדרציה הלותרנית העולמית,
מרכז אוקספורד ללימודי הינדואיזם, דתות למען שלום, הפקולטה לתאולוגיה קתולית באוניברסיטת וינה, מועצת
הכנסיות העולמית, הברית האוונגליסטית העולמית והחזון העולמי הבינ׳׳ול) וניסחה את המסמך ״מסבירים פנים
לזר: הצהרות של מנהיגי דת״. הצהרות אלה, אשר תורגמו לערבית, סינית, צרפתית, עברית, רוסית וספרדית,
מעוררות השראה עבור מנהיגים מכל הדתות לקבל את פני הזר בכבוד ובתמיכה אוהבת. קבוצות דת בכל העולם

תשתמשנה בהצהרות ובמקורות עליהם הן נסמכות בתור כלים מעשיים לעידוד התמיכה בפליטים ובעקורים בקרב
קהילותיהם.

# TURKISH

### YABANCILARA HOŞGÖRÜ İLE KUCAK AÇMAK- DİNİ LİDERLER İÇİN BEYANAT

İnancımın en önemli değerlerinden biri de yabancılara, mültecilere, ülkesinde yerinden edilmişlere; yani ötekine hoşgörü ile kucak açmaktır. Kendime nasıl davranılmasını istiyorsam ona da öyle muamele edeceğim ve başkalarına hatta ait olduğum inanç grubunun önde gelenlerine de bu yönde teşvikte bulunacağım.

Dünyanın her tarafındaki dini liderler, inanç temelli kuruluşlar ve sağduyulu topluluklarla birlikte beyan ediyorum ki:

Yabancılara hoşgörü ile kucak açacağım.

Dinim bana şefkat, merhamet, sevgi ve misafirperverliğin; yerli veya yabancı, kendi toplumumun üyesi ya da dışarıdan yeni katılan herkese gösterilmesi gerektiğini öğretir.

Bizim de bir yerlerde yabancı konumunda olduğumuzu, bize nasıl muamele edilmesini istiyorsak bizim aramızda yabancı olana da aynı şekilde muamele etmemiz gerektiğini hatırda tutacak, çevremdeki insanlara da bunu hatırlatacak ve hoşgörüsüzlükle mücadele edeceğim.

Kimsenin vatanını sebepsiz terk etmeyeceğini; bazılarının işkence, şiddet ve haksızlıktan kurtulmak için, bazılarının doğal afetten dolayı ve bazılarının da ailelerine daha iyi bir hayat temin edebilmek adına bunu yaptığını hatırda tutacak ve çevremdekilere hatırlatacağım.

Her bir bireyin insan olduğu için saygın ve onurlu olduğu inancındayım. Yabancılar da dahil olmak üzere yaşadığım ülkedeki herkes kanunlara tabidir ve hiç kimse düşmanlık ve ayrımcılığa maruz bırakılmamalıdır.

Ben inanıyorum ki yabancılara kucak açmak bazen cesaret gerektirir ama bunu yapmanın hasıl ettiği mutluluk ve yeşerttiği umutlar getirdiği risk ve zorluklardan daha fazladır. Bu nedenle yabancılara kucak açma cesaretini gösteren herkesi destekleyeceğim.

Yabancılara karşı misafirperverlik sergileyeceğim zira bu, içinde bulunduğum topluma, aileme, bana ve söz konusu yabancıya güzellikler getirir.

Yabancıların farklı bir dine mensup olmalarını ya da benim inancımdan veya içinde bulunduğum toplumun diğer üyelerinden farklı inançlara sahip bulunmalarını saygı ile karşılayacağım.

Yabancıların kendi inançlarını özgürce yaşama hakkına saygı göstereceğim ve ibadetlerini rahat bir şekilde yapabilecekleri şartları oluşturmak için uğraşacağım.

Kendi inancımı anlatırken başkasının inancını kötülemeyecek ve alaya almayacağım.

Yabancılarla kendi aramda köprüler kuracağım ve sergilediğim bu tavır yoluyla başkalarını da böyle davranmaya teşvik edeceğim.

Yabancılara sadece kucak açmakla kalmayıp, onlara dikkatle kulak vererek toplumda anlayışı ve kucaklayıcı yaklaşımı desteklemeye gayret göstereceğim.

Aynen toplumun diğer fertleri için yaptığım gibi yabancılar için de sosyal adaleti savunacağım.

İçinde bulunduğum toplumda yabancılara karsı ister sözlü ister fiili bir düşmanlık sergilendiğine şahit olduğumda bunu görmezlikten gelmeyecek, aksine diyalog tesis etmek ve barışı mümkün kılmak adına girişimde bulunacağım.

Kendi inanç grubumdan insanların hatta önde gelen kişilerin yabancılar hakkında kötü konuştuğunu, tanımadan onları yargıladıklarını  ve o yabancıların dışlandıklarını, haksızlığa ve baskıya maruz bırakıldıklarını gördüğümde sessiz kalmayacağım.

Yabancılara yardım etmek adına daha etkili yöntemler bulabilmek için kendi inanç grubumu, diğer dini gruplar ve inanç temelli kuruluşlar ile birlikte çalışmaya teşvik edeceğim.

Yabancılara hoşgörü ile kucak açacağım.

### Ana ilkeler

Himaye ederek ve misafirperverlik göstererek yabancıya kucak açma çağrısı ve yabancıları ya da farklı inançlara mensup olanları saygıyla ve eşitlik anlayışı içinde kabullenme bütün dinlerde çok köklü bir esastır.

Upanişad'da geçen "Misafir Tanrı gibidir" ibaresi misafirperverliğin Hindu kültüründeki büyük önemini ortaya koyar. Ayrıca Karuna (sempati), Ahimsa (herkese karşı şiddet yasağı) ve Seva (yabancıya ve tanınmayan misafire hizmet etme), Hindu hukukunda (Dharma), merkezi bir yer tutar. İhtiyaç sahibi yabancılara yemek ve barınak temin etmek, ev sahibinin geleneksel bir göreviydi ve günümüzde de pek çok insan tarafından bu gelenek hala uygulanmaktadır. Daha geniş anlamda, Dharma konsepti daha fazla iyilik adına şiddetsizlik ve diğerkâmlık değerlerine saygı duyarak, bireyin topluma ve kendisine karşı yerine getirmesi gereken sorumlukları içerir.

Tripitaka şu dört ruhsal gelişimin öneminin altını çiziyor: Metta (İyilik), Mudita (Sevinç), Üpekkha (Soğukkanlılık) ve Karuna (Empati). Budizm'de pek çok farklı gelenek olsa da Karuna tüm bu geleneklerin köşe taşıdır. İçerdiği hoşgörü, eşitlik, kucaklayıcılık, başkasının acısına empatiyle yaklaşma gibi özelliklerle şefkatin diğer dinlerde oynadığı role karşılık gelir.

Tevrat 36 kez yabancıyı onurlandırmaya değinir. Levitikus kitabında ise Yahudilik inancının en temel ilkelerinden biri yer alır: "Eğer vatanınızda bir yabancı kalıyorsa, o sizin için, sizin aranızda doğanlar gibi olmalı ve sen onu kendini sevdiğin gibi sevmelisin; çünkü siz de Mısır'da bir zamanlar yabancıydınız." (Levitikus 19,33f.) Bunun dışında Tevrat'ta şu şekilde buyuruluyor: "Yabancıları ezmemelisiniz; çünkü siz de bir zamanlar Mısır'da yabancıydınız ve yabancı olmanın ne demek olduğunu kendinizden de biliyorsunuz." (Exodüs 23,9)

Matta İncilinde de (25,35) şöyle seslenildiğini işitiyoruz: "Ben açtım ve siz bana yiyecek verdiniz. Ben susamıştım ve siz bana içecek verdiniz. Ben bir yabancıydım ve siz bana kucak açtınız." Ve yine İbranilere yazılan bir mektupta da: "Karşılıklı sevgiyi devam ettirin. Yabancılara misafirperverlik göstermeyi ihmal etmeyin; çünkü aranızdan bazıları böyle yaparak farkında olmadan melekleri ağırlamış oldular."

Hz. Muhammed Mekke'deki zulümden kaçarak Medine'ye sığındı ve sıcak bir şekilde karşılandı. Hz. Peygamber'in hicreti baskı altında olunan toprakları terk etmenin bir sembolü haline geldi ve misafirperverlikle karşılanışı da mültecilerin korunması konusunda İslami bir model oluşturdu. Kur'an-ı Kerim Müslüman olsun ya da olmasın bütün himaye talep edenleri korumayı emreder ve bu insanların güvenliği Eman (güvenlik ve himaye) müessesesinin garantisi altındadır. Enfal süresinde de geçtiği gibi : "(Hicret edenlere) kucak açıp yardım edenler gerçek müminlerdir. Onlara bir mağfiret ve pek değerli bir nasip vardır." (8,74)

Dünyada on milyonlarca mülteci ve ülkesinde yerinden edilmiş insan var. İnançlarımız bizden, hepimizin bu dünyada göçmen olduğumuzu ve birlikte umut içinde seyahat ettiğimizi hatırda tutmamızı istiyor.

**Arka plan**

Birleşmiş Milletler Mülteciler Yüksek Komiseri António Guterres, Aralık 2012'de dünyanın dört bir tarafından dini liderleri, inanç temelli yardım kurumlarını, bilim adamlarını ve hükümet temsilcilerini, 'İnanç ve Himaye' konulu bir programda buluşturdu. Açılış konuşmasında Mülteciler Yüksek Komiseri şunları açıkladı: "Bütün büyük dini değer sistemleri insanlığı, yardımseverliği, saygıyı ve tehlikede olanları himaye etme geleneğini benimser. Modern mülteci hukukunun kökleri de söz konusu eski metinlere ve geleneklere uzanır." Bu çok önemli faaliyetin bitiminde Mülteciler Yüksek Komiseri, göçmenlere, mültecilere ve diğer zorla yurdundan edilenlere kucak açılması konusunda, dini liderlere yönelik olarak bir 'Prensipler Dizisi' geliştirilmesini ve yabancı düşmanlığına karşı birlikte mücadele edilmesini önerdi.

Bu davete cevap olarak Şubat-Nisan 2013 tarihleri arasında bir grup önde gelen inanç temelli yardım kuruluşları ve akademik kurumlardan oluşan bir koalisyon, (Söz konusu kurum ve kuruluşlardan bazıları: HİAS- Mültecileri koruyan Uluslararası Yahudi Sivil Toplum Kuruluşu, İslamic Relief Worldwide- Uluslararası İslami Yardım Kurumu, Jesuit Refugee Service- Cizvit Mülteci Servisi, Lutheran World Federation- Lutheran Dünya Federasyonu, Oxford Centre for Hindu Studies- Oxford Hindu Bilimleri Araştırma Merkezi, Religions for Peace- Barış İçin Dinler, University of Vienna Faculty of Roman Catholic Theology- Viyana Üniversitesi Katolik Din bilimi Fakültesi, World Council of Churches- Dünya Kiliseler Konseyi, World Evangelical Alliance- Dünya Evanjelik Birliği, World Vision International- Uluslararası Dünya Vizyonu) "Yabancılara Hoşgörü ile Kucak Açmak: Dini Liderler İçin Beyanat" dosyasını hazırladı. Bu doküman Arapça, Çince, Fransızca, İbranice, Rusça ve İspanyolca dillerine de çevrildi ve bütün dinlerden kanaat önderlerine, onurla, saygıyla ve sevgi yüklü destekle yabancılara kucak açma konusunda ilham kaynağı oldu. Dünyanın her yerinde dini gruplar bu bildiriyi ve destekleyici materyalleri, toplumları içindeki mültecilere ve zorla yurdundan edilmiş insanlara daha iyi destek sunabilme adına pratik araçlar olarak değerlendireceklerdir.