**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants.* | Case No. 6:23-cv-00007 |

**SUPPLEMENTAL DECLARATION OF DR. GERMÁN A. CADENAS**
**(pursuant to 28 U.S.C. § 1746)**

I, Germán A. Cadenas, upon my personal knowledge, hereby declare as follows:

1. I am a United States citizen and was born in Mérida, Venezuela in 1987. I moved to the United States in 2002 and became a U.S. citizen in 2015. I currently live in Philadelphia, Pennsylvania.

2. On October 26, 2022, I submitted to United States Citizenship and Immigration Services ("USCIS") Form I-134, Declaration of Financial Support in support of my uncle. In January 2023, my application was approved and my uncle was authorized to travel to the United States and seek parole under the parole process for Venezuelans. He was successfully paroled into the country on March 15, 2023.

As his supporter, I am providing financial support to my uncle for the duration of his parole over the next two years.

3. When my uncle first arrived in the United States, I met him at the airport and hosted him at my home in Philadelphia. I helped him get oriented to life in the United States and supported him as he applied for work authorization. His application is still pending.

4. While living at my home, my uncle and my three-year-old daughter connected in a way that deeply moved me. One of the first days after my uncle arrived, we went for a nature walk with my daughter at the Wissahickon Valley Park in Philadelphia. As we walked along the creek, my uncle spotted a family of ducks. My uncle showed them to my daughter and started making duck noises. My daughter, copying him, started making duck noises, too, for the first time. It's a very small moment but the bonding and joy they both experienced was palpable. We are so grateful for those moments and connections, especially because I do not have a lot of family in the United States. This program has been a meaningful, wonderful, and invaluable way for my daughter to connect with someone who played such a formative role in my own life, whom she probably wouldn't have been able to meet in person but for this program.

5. On March 19, 2023, my uncle flew to Arizona to stay with my parents in their home for an extended period. He and my mother had not been together in person since early in 2018. This program is allowing them to be reunited as siblings. My

mother has described this experience as nothing short of a miracle, since there was no other way for him to have been able to come to the United States.

6. My uncle is doing well and my parents are very happy to have him there. My family is helping my uncle get oriented to his new community and adjust to life in Arizona. My uncle is helping my family wherever he can, cooking meals for them and helping around the house. He has also been taking time to rest and read, which is an incredible privilege that is easy to take for granted for those of us who live in relatively safe and stable environments. For him, it has been a positive adjustment to not have to worry about whether he will have access to necessities, such as food, electricity, and healthcare.

7. My uncle is also making up for lost time with our family. After almost 20 years living apart, my uncle and other family members are enjoying the little day-to-day moments, like sharing a meal, that all families deserve. While I know my uncle is eager to contribute to the family as much as possible—and for that reason applied for work authorization within days of his arrival to the United States —I am glad that my uncle has this time to rest and catch up with people he loves. It is good for him to be able to slow down and not have to worry about meeting his basic needs every day, like he did in Venezuela.

8. Since arriving in the United States, my uncle and I have searched for different options for English classes, and he has started attending a class. He already had a basic level of English proficiency, and I am confident that he will quickly learn

to communicate more fluently. Other than this, my uncle is enjoying a slower pace of life and getting to know the Phoenix metropolitan area and what it has to offer.

9. I have been in constant communication with my uncle and family in Arizona since my uncle arrived there. We use WhatsApp, a videoconference application, to talk frequently. My daughter loves speaking to my uncle on the phone, and they have continued to develop their bond that way while he is living in Arizona. We hope to visit soon, as well.

10. I remain available to cover my uncle's living costs, and he is welcome to return and live with me at any point in the future.

11. While I am committed to supporting my uncle financially, he is also eager to contribute to the family as much as possible. My family plans to connect my uncle with employment once he receives work authorization. For example, my father cleans office buildings, and he can connect my uncle with past employers. While we are doing our best to take it day by day, we are already concerned about what might happen if the parole program is blocked before he is granted his work permit. We are trying to stay positive and thankful that he's here with us now.

12. My spouse and I are very glad that we sponsored my uncle through this program and are so happy that he is here. This program means that our family can be together, that my uncle can rest, and that he will soon hopefully be able to work and live a normal life without worrying about political unrest. There are many families all over the globe that don't have these privileges. I am very grateful that my uncle has that chance now, thanks to the parole program.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Executed at Philadelphia, Pennsylvania on June 13, 2023.

_____

Germán A. Cadenas