EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　　*Defendants*. | Case No. 6:23-cv-00007 |

**SUPPLEMENTAL DECLARATION OF NAN LANGOWITZ**
**(pursuant to 28 U.S.C. § 1746)**

I, Nan Langowitz, upon my personal knowledge, hereby declare as follows:

1. I am a United States citizen. I was born in Manhasset, New York in 1957.

2. I am currently living in Wellesley, Massachusetts, where I have lived for over three decades. I am currently part of the faculty at Babson College in Wellesley, where I have been teaching since 1992.

3. I have sponsored Janeth, a Venezuelan political scientist and human rights advocate, her son, Sergio, and his wife, Katherine, for parole through the recently created parole pathway for Venezuelans. I filed Forms I-134, Declaration of Financial Support, for the three of them in November 2022. The applications were granted a

few weeks later, and Janeth and her family arrived in the United States in December 2022. As of the date I signed this declaration, they have been in the United States for just under six months.

4. All three have been settling into their community and their new lives in the United States well. They are very happy to be here, and particularly to be in a safe and peaceful environment—they appreciate how quiet and calm their neighborhood is. They recently met another resettled Venezuelan family whom the Jewish social service agency we partner with is also supporting, which I think was great for them.

5. A group of us from my synagogue's New American Resettlement Committee have been helping Janeth's family with various aspects of their adjustment to life in the United States. We found housing for them, and we are continuously working to make sure their basic needs are met by assisting with their work authorization applications, setting them up with English language instruction, medical care, providing financial support for groceries and other necessities, and assisting with transportation.

6. Janeth, Sergio, and Katherine applied for work authorization in early February and had their biometrics appointments a few weeks later, but their applications remain pending. The synagogue continues to support them financially in the meantime. As they wait, Sergio and Katherine have been doing volunteer work. Sergio volunteers about once a week with a moving company, the owner of which is bilingual and has a particular interest in hiring bilingual crew members like Sergio. Volunteering gives him a chance to meet people and practice his English as well as

be productively occupied outside his family. Katherine has been volunteering about twice a week at a bilingual daycare, where she gets to practice her English and have a sense of fulfillment working with the children. Both employers have expressed a willingness to hire Sergio and Katherine once their work authorizations are granted. Janeth is also exploring options for project-specific work related to her past community organizing and grant-writing work in Colombia. All three of them are eager to begin working once they're authorized so they can start contributing to their expenses and become self-sufficient.

7. Janeth, Sergio, and Katherine continue to take ESL classes, and they meet with tutors once a week. The language skills of all three of them have greatly improved over the months they have been here. Their current ESL classes will end in late June, at which point their tutors will evaluate them to determine the best next course for them. Additionally, Katherine has already completed a childcare certification course, which has been and will continue to be helpful with her volunteer work at the daycare and her future employment.

8. I remain in frequent contact with Janeth's family via our personal phone group chat, and I see them at least once a week, sometimes more. Most Wednesdays, I help them with groceries. I sometimes see them on other occasions, too. For example, in early May there was a special event to help raise funds to support the Jewish social service agency we partner with to support this and other newly arrived families. The same event honored a local landlord who provides subsidized rent for immigrant families in the community, including for Janeth's family. I went with Janeth's family

to the event, and I could tell it was very powerful for them to be in a room full of people who believe in supporting and welcoming newcomers like them.

9. As her sponsor, I have also been providing support so that Janeth can figure out what she might want to do beyond the temporary parole period she and her family have been granted. She had an appointment with an immigration attorney last month to learn more about what options might be available to her and her family and has been advised that they are strong candidates for asylum. The non-profit law firm will be helping Janeth apply for asylum in the next few weeks.

10. In addition, I have filed applications to sponsor additional members of Janeth's extended family—namely, for Katherine's mother, sister, and niece, so that they can all be together in a place of safety. I know that Katherine's separation from her family over the past few months has been very hard on her. Accordingly, on March 27, 2023, I filed Forms I-134A, Online Request to be a Supporter and Declaration of Financial Support, for Katherine's mother, Ingrid, and Katherine's sister, Stephanie. Initially, I was unable to apply to sponsor Stephanie's eight-year-old daughter because she needed to apply for a passport. Luckily, it arrived in early May, and I updated my sponsorship application to include her I-134A on May 9, 2023. Within a few days of doing so, I received email confirmation that the sponsorship applications had been approved, and Stephanie and Ingrid received emails instructing them to create USCIS accounts to begin the process of seeking parole. Stephanie added her daughter to her application and uploaded their documentation in preparation for their

4

anticipated travel to the United States. On June 8, 2023, travel authorization for all three of them was granted.

11. Janeth, Katherine, and Sergio are all so excited that the travel authorizations for Katherine's family have been granted and they are one step closer to seeking parole to the United States. Katherine in particular is ecstatic about this development—she had been emotional about being apart from her mother, sister, and niece, and about starting a new and important chapter of her life in United States without them. She is overjoyed that they will be reunited soon in the safety of the United States.

12. The Committee's leadership team is in the initial phases of planning for Katherine's family's arrival. We are starting to think about housing. We hope we can find a suitable place for the whole family to live together, or at least a place for them that is close to where Janeth, Katherine, and Sergio live.

13. In addition to Katherine's family, my synagogue is currently engaged in supporting other families also arriving through the parole pathways. A Ukrainian family arrived in April, and the Committee is helping them with all aspects of their resettlement. We have also been involved in supporting one of our Afghan families in preparation for their upcoming move to California to be closer to other family members out there. Different parts of that family have been separated for many months, including parents separated from children, so it is incredibly gratifying to know that they will be reuniting soon and that we have been instrumental in bringing them to a place of safety where they can be together.

5

14. This has been an amazing process for me to be a part of. I can see Janeth's family is so much more at peace than when they first arrived, and it makes me feel good to see that. And our synagogue's sponsorship of families generally has been wonderful. Welcoming others in need is an integral expression of our faith, so there are many of us from the community who are involved in these efforts, and it has really brought our synagogue together.

Executed at Wellesley, Massachusetts on June 13, 2023.

*[Signature: Nan Langowitz]*

_____
Nan Langowitz