EXHIBIT H

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

STATE OF TEXAS, *et al.*,

       *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

       *Defendants*.

Case No. 6:23-cv-00007

**SUPPLEMENTAL DECLARATION OF FRANCIS MARGARITA ARAUZ RAMIREZ**
**(pursuant to 28 U.S.C. § 1746)**

I, Francis Margarita Arauz Ramirez, upon my personal knowledge, hereby declare as follows:

1. I am a United States citizen. I was born in Leon, Nicaragua on October 3, 1984. I became a naturalized United States citizen in 2016.

2. I currently live in Oakland, California.

3. On February 7, 2023, I submitted to United States Citizenship and Immigration Services Form I-134A, Online Request to be a Supporter and Declaration of Financial Support, on behalf of my husband, Moises Esteban Benavides Rodriguez. I submitted the request to sponsor and financially support

1

Moises for at least the next two years so that he could be considered for authorization to travel to the United States as part of the recently established parole process for Nicaraguans.

4. I was overjoyed to learn on April 4, 2023, that my application to sponsor my husband Moises had been approved and he had been given permission to come to the United States by June 30, 2023. In the weeks following his approval, I made the necessary arrangements including purchasing him a flight to San Francisco for May 4, 2023.

5. It was such a relief to know that Moises would finally be able to reunite with me and our son. When he finally arrived to be with us on May 4, I cried tears of joy. I also saw my son's face light up in a way I have not seen before, which made me even happier.

6. Everything has gone smoothly since my husband's arrival on May 4. He is spending a lot of time with our son, especially during the Oakland teachers' strike. Our son is showing him things like how to use the buttons at crosswalks to cross the street.

7. My son normally does not like being out of the house very much, but now that his father is here, he wants to go outside with him to show him around areas where we walk and eat out at restaurants. I can tell my son is more energized with his father here. It makes me so happy to see them reunited.

8. The time my husband is spending with our son while I am at work has also been a great relief to my parents, who are now able to focus more on resting and doing

things they like around the house. My husband is also cooking for our whole family, which lightens the load for my mom and dad.

9. Right now, we are still waiting for my husband to obtain work authorization. We submitted the required paperwork and documents, including Moises's passport photos, which USCIS received on May 22, 2023. On June 12, 2023, Moises attended his fingerprints appointment in connection with the work authorization application. In the meantime, I have been asking around for job opportunities for when he does have his work permit. My cousin works at a refrigeration company, and she has agreed to recommend Moises for a job there once he can work. We are also looking into English classes for Moises.

10. I am in love with my husband and am thrilled to finally be with him after so many years of not being together in the same place. This new chapter with my husband and family in the United States has gotten off to the best start, and I'm hopeful for what the rest of it will be like.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Executed at Oakland, California on June 13, 2023.

_____
Francis Margarita Arauz Ramirez

CERTIFICATE OF INTERPRETATION AND TRANSCRIPTION

I, Monika Y. Langarica, certify that I am fluent in Spanish and English, that I am competent to interpret between these languages, and that I interpreted and transcribed the foregoing between English and Spanish accurately. I further certify that I have read the foregoing to Francis Margarita Arauz Ramirez in Spanish and that she affirmed that it is true and correct.

Executed: June 13, 2023                         */s/Monika Y. Langarica*
                                                Monika Y. Langarica