**EXHIBIT J**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants.* | Case No. 6:23-cv-00007 |

**SUPPLEMENTAL DECLARATION OF ERIC SYPE**
**(pursuant to 28 U.S.C. § 1746)**

I, Eric Sype, upon my personal knowledge, hereby declare as follows:

1. I am a United States citizen. I was born in Wenatchee, Washington, in 1993. I currently live in Oakland, California.

2. On April 3, 2023, I submitted to United States Citizenship and Immigration Services ("USCIS") Form I-134A, Online Request to be a Supporter and Declaration of Financial Support, on behalf of my close longtime friend, Oldrys, who lives in Nicaragua. My parents are also listed as supporters on the form. I submitted the request so that my parents and I could be approved to sponsor and financially support Oldrys for the next two years so that he can be considered for authorization to travel to the United States as part of the parole process for Nicaraguans.

1

3. Filling out the I-134A required collecting documents and information pertaining to me, my parents, and Oldrys, including documents that demonstrate my assets and my parents' assets, such as an appraisal of my parents' home. It also required Oldrys to apply for a passport. Oldrys applied as soon as we heard about the program. It took about six weeks for Oldrys's passport to be processed, at which point he had to travel by bus to the nearest city to pick it up.

4. My cousin also provided a letter of support for the I-134A application. My cousin, who owns apple, pear, and cherry orchards in Washington, provided a letter confirming that he will hire Oldrys to work on his orchards if Oldrys is granted parole and employment authorization. The family farm constantly suffers from labor shortages and is always looking for additional workers.

5. When I submitted the Form I-134A, I received a notification saying USCIS had sent me a receipt notice with instructions for further action. However, I never received those instructions. A few days after I submitted the form, I sent an email through the USCIS portal letting them know I had not received the referenced instructions, but USCIS did not respond. On May 3rd, 2023, I used the chat function on the USCIS website to follow up on my email. I spoke with a USCIS employee who took my reference number and confirmed that there was nothing wrong with my application, it was just in process.

6. Oldrys and I were in almost constant communication in the weeks after I submitted the I-134A application. It has been stressful for both of us as we wait for news and sit with the uncertainty around what will happen with the

application. We worry whether Oldrys will be able to come the United States through the parole program.

7. Oldrys has faced additional stress in the last few weeks because his mother is experiencing health issues that affect her quality of life. She had surgery at the end of 2022 that resulted in several complications which have left her bedridden until she can seek additional care. His mother's health struggles only deepen Oldrys's desire to participate in the parole program so that he can better provide for not only his children but also for his mother's health needs.

8. My parents and I continue preparing to ensure Oldrys has what he needs in Cashmere, especially once the seasons change and Oldrys needs winter items. My parents remain willing and able to host Oldrys at their home, which is minutes away from where Oldrys will be able to work on the family orchards in Cashmere. They are prepared to provide him with food, shelter, and transportation for the duration of his stay.

9. My parents' Christian church is also excited and prepared to welcome Oldrys to the community. The church has offered to pay for Oldrys's flight to the United States if he is granted travel authorization. In addition, another member of my parents' church is hosting a Nicaraguan person who was recently granted asylum, and they hope to connect him with Oldrys. This connection and show of support is especially meaningful to Oldrys as a fellow Christian. Oldrys is a prominent member of the church in his community in Nicaragua and he is eager

to contribute to the church community that already made him feel welcome in Washington.

10. To Oldrys, this program means being able to create a better future for his family and provide opportunities for his children that would not otherwise be possible. To me, this program provides an opportunity to reciprocate the love, support, and generosity that Oldrys and his family have always shown to me. This program is a bright spot in an otherwise complicated immigration system. I deeply hope it will offer reprieve to Oldrys and allow me to welcome him into my community, as he has done for me throughout so many years.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Executed at Oakland, California on June 13, 2023.

_____

Eric Sype