EXHIBIT L

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

Case No. 6:23-cv-00007

**SUPPLEMENTAL DECLARATION OF DR. KATE SUGARMAN**
**(pursuant to 28 U.S.C. § 1746)**

I, Dr. Kate Sugarman, upon my personal knowledge, hereby declare as follows:

1. I was born in 1961, in Baltimore, Maryland. I am a United States citizen.

2. I currently live in Montgomery County, Maryland. I have lived here since 2002.

3. I am a family physician and work in Washington, D.C. at a Federally Qualified Health Center, which is a public health clinic that provides medical care to underserved populations regardless of their ability to pay. I am also adjunct faculty at the Center for Applied Legal Studies at Georgetown University Law Center. I treat many immigrants in my practice, and I regularly conduct forensic examinations for asylum cases, including documenting evidence of torture. I have been trained in forensic examinations by Physicians for Human Rights and I have completed about 600 such examinations in total.

1

4. On December 22, 2022, I submitted to United States Citizenship and Immigration Services ("USCIS") Form I-134, Declaration of Financial Support, so that I can sponsor the mother of a young woman suffering from various rare and life-threatening medical conditions. The young woman needs immediate corrective surgery to stop the progression of her conditions, but the doctors will not perform the surgery until she has someone present who can provide her full-time care in the months after the surgery. Her mother is the only person who can provide this young woman with the care she needs.

5. The I-134 took me a few hours to complete even with the support of a volunteer lawyer. It was stressful and confusing. The questions were not clear to me. The application was thirteen pages long, and almost half of those solicited detailed financial information for both me and the young woman's mother, including salary information, full lists of assets owned, and other financial obligations. It was an onerous process, and it took me a tremendous amount of time and effort to gather and disclose this information.

6. As of the date I signed this declaration, there has been no update from USCIS on my sponsorship application, which I filed over five months ago. On February 6, 2023, I contacted Senator Chris Van Hollen about my application to ask if it could be expedited, but his office told me they were unable to do so. I also recently contacted Representative Nydia Velasquez of New York, who is looking into the matter for me, and I plan on contacting my own congressperson, Representative Jamie Raskin, within the next week or two. Because the young woman's health is so precarious, two

mutual aid workers and I have spent the last several months exploring other options, but we have not been able to identify any other viable pathway for her mother besides this parole program.

7. Meanwhile, the woman's health has deteriorated significantly. Her worsening health has made her desperate, and she reaches out multiple times every week to me and the two mutual aid workers to update us on her condition and ask if there is any news about my application. She really needs the surgery, and she should have already had it—it has been delayed only because her mother is not yet in the United States. According to her doctors, she will continue to lose basic bodily functions until she receives surgery. I worry that if the program is terminated before her mother arrives, or even if USCIS takes much longer to adjudicate the application, the young woman may lose her chance to be able to receive the life-saving surgery that she needs.

8. I agreed to sponsor this woman's mother because I want to help her, and I am well-situated to do so: I own my house, I am employed as a physician, and I have sufficient savings, and thus I have shown that my assets are more than enough to support the woman's mother. As a physician, I understand the severity of her condition and the urgency for her to receive care. Her situation is dire, and I am very worried about her. I can't imagine a more urgent situation than hers; this program is necessary to save her life.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Executed at Washington, D.C. on June 13, 2023.

_____
Dr. Kate Sugarman