**EXHIBIT N**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | |
|---|---|
| The STATE OF TEXAS; the STATE OF ALABAMA; the STATE OF ALASKA; the STATE OF ARKANSAS; the STATE OF FLORIDA; the STATE OF IDAHO; the STATE OF IOWA; the STATE OF KANSAS; the COMMONWEALTH OF KENTUCKY; the STATE OF LOUISIANA; the STATE OF MISSISSIPPI; the STATE OF MISSOURI; the STATE OF MONTANA; the STATE OF NEBRASKA; the STATE OF OHIO; the STATE OF OKLAHOMA; the STATE OF SOUTH CAROLINA; the STATE OF TENNESSEE; the STATE OF UTAH; the STATE OF WEST VIRGINIA; and the STATE OF WYOMING, <br><br>*Plaintiffs*, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR JADDOU, Director of CUSTOMS & BORDER PROTECTION; TROY MILLER, Acting Commissioner of U.S. Customs & Border Protection, in his official capacity; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; and TAE JOHNSON, Acting Director of U.S. Immigration & Customs Enforcement, in his official capacity, <br><br>*Defendants*, and | Civil Action No. 6:23-CV-00007 <br><br> Judge Drew M. Tipton <br><br><br> **SUPPLEMENTAL DECLARATION OF PAUL ZITO** |

| | |
|---|---|
| VALERIE LAVEUS; FRANCIS ARAUZ; PAUL ZITO; ERIC SYPE; KATE SUGARMAN; NAN LANGOWITZ; and GERMAN CADENAS, | §<br>§<br>§<br>§<br>§<br>§<br>§ |
| *Intervenors.* | § |

## SUPPLEMENTAL DECLARATION OF PAUL ZITO

PAUL ZITO declares pursuant to 28 U.S.C. § 1746:

1. I was born in Dallas, Texas on September 2, 1955. I am a United States citizen and devout Christian.

2. I currently live in Austin, Texas with my wife. I have lived here for the last 28 years.

3. I am currently retired and do not have a day job, but I invest in various businesses largely in the central Texas area.

4. On February 9, 2023, I filed an application to sponsor my friend Abel and his family for parole into the United States – Form I-134A, Online Request to be a Supporter and Declaration of Financial Support – with United States Citizenship and Immigration Services ("USCIS"). As of the date I signed this declaration, my sponsorship application has been pending for over four months.

5. I don't understand why it is taking so long for USCIS to review my sponsorship application. I was concerned about filling out the application correctly, so I retained an immigration attorney to work with me and Abel to get all the necessary information. There was a lot of paperwork involved to show that I am financially able to support Abel and his family, but I submitted the sponsorship

application with all of the required information and documentation. Since submitting the sponsor application, I correspond with my immigration attorney every now and then to inquire about the application's status and to ask if there is anything else I need to do to get an approval. I am ready and able to welcome and support Abel and his family, as reflected in my sponsorship application, so it doesn't make sense why my application is still pending.

6. The lack of clarity around when my sponsorship application will be adjudicated – as well as whether the parole pathways for Cubans, Haitians, Nicaraguans, and Venezuelans will remain open following the resolution of this lawsuit – has been very difficult for Abel and his family. It has been hard for me as well, as I worry about Abel's family's wellbeing, and I remain uncertain about what the future holds for all of us.

7. Conditions in Cuba have worsened significantly in the past couple of months. Recently, Abel told me that the food his family is able to get through their ration cards has been reduced to such an extent that they and others are having to purchase basic necessities through other means. But prices for staples such as rice, beans, sugar, cooking oil, and toiletries have doubled, tripled, or quadrupled in a matter of a few weeks. Abel tells me that it has become harder for him to keep his family fed properly.

8. In addition, due to the precarity caused by the severe inflation, civil unrest has become more prevalent in Cuba. Abel has sent me videos of demonstrations and protests in Guantanamo City, some of which have become

violent. I am concerned about the safety and wellbeing of Abel and his family, and it is frustrating because I know that they would be safer and have a much better quality of life if they were granted parole and able to come to Texas.

9. While my hardship is nothing compared to that of Abel and his family's, the wait to learn what will become of my sponsorship application has also created difficulties for me and my family. As I mentioned in my previous declaration, my wife and I had plans to downsize and move into a smaller home before we decided that I would sponsor Abel for parole. Once I agreed to sponsor Abel, however, I felt that it was important for us to keep our larger home both so that his family has enough space, and so that my wife and I can host Abel's family in our home and help them integrate more easily into our community. I could certainly rent an apartment for them, but then they would be more isolated from me and my family, and it would be much harder for them to adjust to life in the United States.

10. My wife and I are therefore maintaining our current residence and remain ready to welcome Abel and his family into our home if and when my sponsorship application is approved. I know that it will require a big adjustment for me and my wife to welcome Abel and his family into our home while they are here in the United States, but I feel deeply committed to sponsoring Abel and ensuring his success during the parole period he is granted. I am mindful of the abundance that I have been blessed with here in the United States and remain committed to sharing that abundance with Abel. But in the meantime, while we wait to see what happens with this case, the future of the parole program for Cubans, and my sponsorship

application, my wife and I are not able to move forward with our life plans; everything is on hold until we learn what will happen with my sponsorship application.

11. While we wait, I am doing what I can to prepare to receive and support Abel and his family. Abel and I correspond at least a couple times a week, and I continue working with the immigration attorney I retained to assist me in filing the sponsorship application, to determine whether there is anything I can do to get work authorization for Abel or otherwise try to expedite the processing of my sponsorship application.

12. I have also made inquiries with friends and acquaintances about possible job opportunities for Abel when he comes to the United States, and have searched for jobs openings in my local community that seek bilingual English/Spanish speakers, which there are many of. A friend of mine who owns a big landscaping company would likely hire him as they currently have a need for additional workers, and I know that Abel is willing to do whatever is necessary to become self-sufficient and to support his family once they are here. I am also looking for job opportunities for Abel that will honor our shared faith. Like me, Abel is deeply religious, and additionally, he has worked with seminaries in his professional life.

13. Finally, I have discussed my sponsorship application with my family and my small group at my church. They are absolutely on board to support and welcome Abel and his family in whatever way they can once they arrive.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Paul Zito

Executed at Austin, Texas on June 9, 2023.