## DECLARATION OF EDUARDO JOSE RODRIGUEZ HERNANDEZ

I, Eduardo Jose Rodriguez Hernandez, upon my personal knowledge, hereby declare as follows:

1. I am a lawful permanent resident of the United States. I have lived here since 2010, when I signed a contract to play professional baseball with the Baltimore Orioles in P-1A professional athlete nonimmigrant status. I will be eligible to and plan to apply for United States citizenship in 2025.

2. After a few years in the "minor leagues," I had my debut in Major League Baseball in 2015 playing for the Boston Red Sox. Pitching for the Red Sox, we won the 2018 World Series—a moment I will never forget. Since 2022, I have been a starting pitcher for the Detroit Tigers.

3. I currently live in Birmingham, Michigan with my wife, Catherine, and our two children, ages nine and six. Our off-season home is in a suburb of Miami. I love the home my wife and I have built here together and, at the same time, I dearly miss my parents and family members who still live in Venezuela, where I was born in 1993.

4. I have submitted to United States Citizenship and Immigration Services ("USCIS") four Forms I-134A, Online Requests to be a Supporter and Declaration of Financial Support, on behalf of: my father and mother, Rigoberto Rodriguez Vegas and Petra Magaly Hernandez de Rodriguez; my brother, sister-in-law and niece, Luis Ronardo Rodriguez Hernandez, Andrea Isabel Rueda Palencia, and Avril Betania Rodriguez Rueda; my mother-in-law, Vicenta Cristina Taipe Paez; and my brother-in-law, Cristopher David Taipe Paez.

5. I filed the applications on behalf of my family so that the Department of Homeland Security may consider them for authorization to travel to the United States and seek parole under the recently established parole process for Venezuelans. For the next two years, I am able to sponsor and financially support all of these family members as much as they need.

6. It was an easy decision to try to sponsor my family to seek parole into the United States. I've been trying to bring them over for years and, despite having applied for travel visas (my mother, mother-in-law and my brother all applied for tourist visas in at the U.S. Embassy in Santo Domingo, Dominican Republic in 2017) they were all denied. There is no reason that they were not approved for tourist visas, they have all always lived, worked, attended school, and had family in Venezuela, they were always going to obey the law and depart on time, none of them have any criminal history, and none of them have ever been to the United States or tried to come to the United States. The only reason that I can think of as to why they were denied for temporary visas is because of the current political situation in Venezuela.

7. My father was a truck driver in Venezuela, and wants to work as a truck driver again in the United States. Catherine's brother is going to work and attend school, and my brother,

1

**EXHIBIT P**

Luis desperately wants to work and take care of his family. Under the socialist government in Venezuela, there are no options for him. He takes care of my parents, since I support our family in Venezuela financially.

8. My family has never been granted a chance even to visit me. It makes me sad that they've never seen me pitch in the Major Leagues. Every time I play a game, I wonder if one day, I'll get to see them in the stands cheering me on.

9. We've been a baseball family for as long as I can remember. My dad played baseball as a kid and passed on his love for the game to me and my brother. He taught me how to play and, as my skills improved, I was accepted into the Goodyear baseball academy back home. My dad was always on the sidelines, being a constant source of support and encouraging me to do my best.

10. When I debuted for the Boston Red Sox in 2015, dozens of my family and friends gathered to watch on a television outside my parents' house in Venezuela. My mom—my role model—told me she was so happy and proud that she cried watching me on TV that day. The last time my family saw me play baseball in person was in Venezuela at the 2016 World Baseball Classic. Despite the distance, my family is still a big part of my career. They cheer me on from afar, texting or calling me before and after games, whether we win or lose.

11. When my brother excitedly called me in December 2022 to tell me about a way for us to be together again through this new parole process for Venezuelans, the first thought that went through my mind was: I'll finally have the chance to bring my family here. I got so excited.

12. If their parole is granted, I want to bring them to the ballpark to see my games for the first time—but I also really look forward to just being a family together. To me, my wife, and kids, that means having dinners together, going to the beach, and helping each other in our everyday lives.

13. It would also be amazing to watch my kids reunite with their cousin, my niece. Despite mostly knowing each other through FaceTime and short visits in third countries such as Colombia, the kids have become emotionally very close. My daughter is so happy this dream might come true, she asks me every week when she'll get to see her cousin—and her grandma.

14. I would also be thrilled to watch my family thrive here. There are no jobs available for them given the current conditions in Venezuela. However—even though I am prepared to do so as needed—I don't expect to need to support my family for very long once they arrive. They want to go to school, work, and carve their own paths to success. I have no doubt that, if ever given the chance, they will. In the meantime, if they are granted parole, they will be able to live with me first and, after they get settled, I would help them find places of their own with whatever assistance they need.

15. I understand that parole programs have been used as a bridge toward family reunification in circumstances like mine, as I will be able to sponsor my family for visas in two years,

when I become a citizen myself. But even then, I've been told that family-based immigrant visas are incredibly difficult to get because of the limited numbers available and take years to process. I deeply hope we don't have to wait many years more to all be together again: I miss them incredibly, and I sometimes worry for their safety and well-being in Venezuela.

16. The opportunity to bring my family here through the parole program for Venezuelans would change my life, my wife and kids' lives, and my family's life. Really, it would fill my heart to be all together again, I think I will probably cry. (I don't cry very often.) This program has brought us hope and the possibility of being together again is so important to each of us.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed at Southwest Ranches, Florida on the 1st of June, 2023.

_____
Eduardo Jose Rodriguez Hernandez