EXHIBIT Q

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,

      *Plaintiffs*,

  v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

      *Defendants*.

Case No. 6:23-cv-00007

**DECLARATION OF HEATHER SCANLON**
**(pursuant to 28 U.S.C. § 1746)**

I, Heather Scanlon, upon my personal knowledge, hereby declare as follows:

1. I am a United States citizen. I was born in Alexandria, Virginia, in 1969.

2. I reside in Raleigh, North Carolina, where I have lived for 11 years. I am currently not employed; I am a married mother of five, continuing to homeschool my two youngest children and engaging in many community service projects. Before I stopped working for pay, I earned an undergraduate business degree from the University of Virginia and an MBA from Kellogg Business School at Northwestern University. I worked in a variety of corporate roles, most recently running strategy and investor relations for a spin-off company from Marriott Corp, Crestline Capital.

1

3. Through the parole pathways that the Biden administration recently created for nationals of Cuba, Haiti, Nicaragua, and Venezuela, I have applied to the United States Citizenship and Immigration Services to sponsor a Cuban family of three in dire need. The good fortune that I had to be born in America has made me keenly aware of the challenges faced by immigrants and refugees who may not have viable paths out of their countries to reach a place of safety and stability where they can build a future for themselves. I had a difficult upbringing but I was blessed with good health, intellect, a supportive community and a strong work ethic—often working two or three jobs at once from middle school until grad school—which allowed me to succeed in the United States and live a fulfilling life. Yet for many people around the world, no matter how determined they are, or how many jobs they work, they may never be able to get ahead. This is certainly the case for the Cuban family I am sponsoring who, despite both husband and wife being 15+ years into professional careers, being college educated, and living in a multi-generational household, have a life savings of less than $200. I told them that they could live in my home and borrow bikes to get to the nearest strip shopping center so that husband and wife could each work two full-time hourly jobs in a grocery store and other shops or restaurants that struggle to find workers, earning and saving approximately $1,500 weekly. They asked me if I was joking. They were elated about this possibility.

4. Mid-January of 2023, I read a re-print of a *New York Times* article about migrants crossing through the Darien Gap between Colombia and Panama.[1] The Darien Gap is an extremely inhospitable landscape and a dangerous crossing point. Because of the dense rainforest, it is the only gap in the Panamerican Highway. Migrants have to cross on foot and are often at the mercy of human traffickers and organized criminals.

5. The article featured a Venezuelan mother and her 6-year-old daughter who were fleeing instability in their home country. They already had attempted to relocate to Chile but found it impossible to earn a living there. So, they decided to try to come to the United States. While crossing the Darien Gap, the mother, Alexandra, suffered an injury and became separated from her daughter. Fortunately, a fellow migrant helped her daughter continue on the trek and made sure she remained safe. Alexandra and her daughter were reunited days later once they had crossed the Darien Gap.

6. As Alexandra and her daughter traveled through Central America, they learned that the Biden administration had declared that anyone arriving at the U.S. border would be stopped and sent back home. Because of this announcement, they decided not to continue their journey and instead ended up staying at a refugee camp in Honduras for several months.

7. I was very moved by their story and wanted to help Alexandra and her daughter. I contacted the journalist who wrote the article, and she connected me to

---

[1] Julie Turkewitz, *A Girl Loses Her Mother in the Jungle, and a Migrant Dream Dies*, N.Y. Times (Nov. 9, 2022), https://www.nytimes.com/2022/11/09/world/americas/migrants-darien-gap.html.

several other people who were already helping them, having read the original article published in the fall. One person in Minnesota had set up a GoFundMe to raise money for Alexandra and her daughter to settle in the US. To date, 120 people have donated more than $16,000. Two other families—one in New York and another in Georgia—had separately applied to sponsor them through the parole process for Venezuelans. Another family in Colorado had offered to house them and had arranged all aspects of life including donations in kind, a job offer, holiday gifts, and a public Spanish immersion school ready to take Alexandra's daughter. They asked me if I would get up to speed on the process and resources, and put together a community of support, so that I could serve as a backup in case they had any issues. I readily agreed, having done just that and so much more.

8. The approval process from both sets of applications by two different American households is still pending after more than 6 and 7 months respectively, so long that the Colorado family that was ready to receive Alexandra and her daughter is relocating to Spain for work. However, the community of Americans, me included, wanting to help Alexandra and her daughter have filed an addendum to one of the I-134a applications outlining our widespread support  The Colorado family also shipped me enormous boxes of items amassed for Alexandra and her daughter that are now awaiting their arrival in my home where my family and a host of volunteers I have recruited will welcome them and  help them launch their lives anew in the Triangle area of North Carolina.

9. Because I had originally believed that Alexandra and her daughter were fully supported, I looked for other ways to help migrants. I'm the type of person who leaves no stone unturned, so I did a thorough investigation about all the ways I could help. I connected with a refugee resettlement agency in the Triangle area and recruited 22 people who would complete training, apply, and pass background clearances to ultimately create three support circles to welcome and launch refugees in the area. We are now matching with three refugee families and will support them in their first several months in the United States. From a subset of those 22 volunteers, I have also created a support circle for a woman who has sponsored and just welcomed a Ukrainian mother and son through U4U.

10. In addition, I discovered Welcome.US, a website that helps connect potential American sponsors with beneficiaries through U4U and the CHNV parole pathways. I completed Welcome.US's sponsorship and settlement training, set up a sponsor profile, and was immediately approached by six people seeking sponsorship for them and/or their families. I chose to sponsor a Cuban family of three and in April submitted I-134A forms for them. I am still waiting for the applications to be processed. I am also trying to recruit other potential sponsors to support migrants through the CHNV program.

11. I had been interested in helping immigrants and refugees for a very long time, but hadn't known how to help until now. The work I have started doing in the past half year sponsoring, recruiting volunteers to create refugee support circles, and helping other immigrants keeps me very busy, but it is also very fulfilling.

Some of my children are also helping and learning, including about how blessed we are to have been born in the USA.

12. I do have a concern about how long the sponsorship applications for Alexandra and her daughter have been pending—the USCIS approval process seems like a black hole, and while we have been waiting, Alexandra and her daughter were deported from Honduras. One of the Americans that applied to sponsor them paid for the family's flights back to Venezuela, where they have been anxiously awaiting approval of their applications. I am glad that they are together and that they are in a familiar place while they wait, but it's not a good situation for them—Alexandra's daughter is not in school where she should be, as she was a Honduran refugee at the time of public school registration and her only option now —private school—is too costly. Further, Alexandra has sent me photos of her daughter, who is much thinner than she was even when they made the trek through the Darien Gap. They are not getting enough to eat. From the GoFundMe account, we have sent them some money, but the express purpose of those funds was to help them settle in the United States so we do not feel at liberty to use much of the money beyond its stated purpose. Four of us across the US have reached out multiple times to both USCIS and to multiple members of Congress to check on the status of their applications, but we have not received meaningful updates. We are all so concerned that their applications have been passed over or lost in the shuffle; they have been waiting since November.

13. Through my work this year with refugee resettlement agencies, the CHNV parole pathways, and local refugee support circles, I have seen first-hand how critical the CHNV parole pathways are in providing migrants a safe pathway to come to the United States and setting them up with the best possible prospects for success during their time here in the country.

14. My experience working with a nine- and ten-year-old set of sisters and their grandmother from Venezuela is a tragic case in point. I became aware of this broken family when the Spanish Family Center in Raleigh—a program run by Catholic Charities—heard that I spoke Spanish and was searching for how to help immigrants. They asked if I would meet with them to help and potentially house them.

15. The girls' mother had brought her daughters with her on the arduous journey to the United States to try and give them a better life. While en route to the United States last summer, the mother had learned of an opportunity in Raleigh with a multi-level marketing company, which promised to give her a job, a place to live, and a car. To anyone knowledgeable in the United States, this offer would sound too good to be true, but I can only assume that the mother felt like she had no other options. The mother and daughters crossed the desert and entered the US in July 2022—just a few months before the Biden administration announced a new parole pathway for Venezuelans. They found their way to Raleigh, where they were put in a small house with seven other people. The multi-level marketing company

gave the mother access to a junker of a car and put her to work selling cookware to Latin American community members through personal sales appointments.

16. Because she had no childcare for her two daughters and they weren't registered for school, the mother was forced to take them with her as she drove considerable distances between Raleigh, Durham, and Chapel Hill to sales appointments. Unfortunately, because the car she was given was so poorly maintained, the mother had problems with one of the tires on the car while she was driving to an appointment. She lost control of the car, drove into a tree, and died immediately. Her daughters were in the backseat and escaped without serious injury, but lost their mother.

17. The State of North Carolina had no idea how to handle these two girls. So, the girls were sent back to live in the small house with strangers they had only met the month prior. By that time, however, the Biden administration had adopted a new parole pathway for Venezuelans. The girls' grandmother, learning of their plight, left everything behind in Venezuela. There is no Embassy in Venezuela to apply to come to the US so she traveled to neighboring Colombia, where she lived in the airport and on the streets of Bogota until she was able to find a sponsor in North Carolina and secure humanitarian parole status to enter the US. After two months, she came to the United States to reunite with her granddaughters. The girls remain undocumented and are at risk of being deported. The girls' Venezuelan father, who lives in Panama, worries for them, but does not know how to legally

travel to the U.S. to be with them. At least they are safe and in the care of their grandmother, who may remain here for two years under her grant of parole.

18. The contrast between the stories of these two girls and their mother and Alexandra and her daughter could not be starker to me. When this mother and her daughters were desperate enough to travel to the border, there was no legal pathway for them to come into the United States. They were forced to enter without documents, were seemingly trafficked by a multi-level marketing company or someone working for the company, and were exploited in a way that led to this mother's completely avoidable death, leaving her daughters scarred and alone with no family in a foreign country where they didn't speak the language. Alexandra and her daughter, however, have a legal pathway. They are in Venezuela eagerly awaiting approval of the sponsorship applications, and no longer need to brave the dangers of the overland trek to the southern border or expose themselves to the risk that they will be trafficked or assaulted. They will have a home ready for them when they finally enter the United States, they have supportive sponsors, and I have no doubt that they will thrive and do beautifully here for the duration of their parole.

19. As the overwhelming response to the CHNV parole pathways indicates, there are many people like me here in the United States who are willing and available to help folks like Alexandra and her daughter. We are people who also would, no doubt, have been willing to support the mother and her two daughters, who simply had the misfortune to come to the United States a short time before the

9

Venezuelan parole pathway was announced. Alexandra and her daughter, on the one hand, and the mother and her two daughters, on the other hand, show that there are two different ways that migration to the United States can happen, and what an enormous difference the CHNV parole pathways and other similar parole programs can make.

20. I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Executed at Eastham, Massachusetts on June 17, 2023.

*Heather Scanlon*
_____
Heather Scanlon