EXHIBIT
V

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| The STATE OF TEXAS; the STATE OF ALABAMA; the STATE OF ALASKA; the STATE OF ARKANSAS; the STATE OF FLORIDA; the STATE OF IDAHO; the STATE OF IOWA; the STATE OF KANSAS; the COMMONWEALTH OF KENTUCKY; the STATE OF LOUISIANA; the STATE OF MISSISSIPPI; the STATE OF MISSOURI; the STATE OF MONTANA; the STATE OF NEBRASKA; the STATE OF OHIO; the STATE OF OKLAHOMA; the STATE OF SOUTH CAROLINA; the STATE OF TENNESSEE; the STATE OF UTAH; the STATE OF WEST VIRGINIA; and the STATE OF WYOMING, | § § § § § § § § § § § § § | Civil Action No. 6:23-CV-00007

Judge Drew M. Tipton

**EXPERT    DECLARATION    OF LEIGHTON KU** |
| *Plaintiffs*, | § § | |
| v. | § § | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR JADDOU, Director of CUSTOMS & BORDER PROTECTION; TROY MILLER, Acting Commissioner of U.S. Customs & Border Protection, in his official capacity; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; and TAE JOHNSON, Acting Director of U.S. Immigration & Customs Enforcement, in his official capacity, | § § § § § § § § § § § | |

|  | § |
| *Defendants*, and | § |
|  | § |
| VALERIE LAVEUS; FRANCIS ARAUZ; PAUL ZITO; ERIC SYPE; KATE SUGARMAN; NAN LANGOWITZ; and GERMAN CADENAS, | § |
|  | § |
|  | § |
|  | § |
| *Intervenors.* | § |

## EXPERT DECLARATION OF LEIGHTON KU

LEIGHTON KU declares pursuant to 28 U.S.C. § 1746:

1.      I have personal knowledge of and could testify in Court concerning the following statements of fact.

2.      I am a Professor of Health Policy and Management and Director of the Center for Health Policy Research at the Milken Institute School of Public Health, George Washington University, in Washington, DC.  I have attached my Curriculum Vitae as Exhibit A to this Declaration.

3.      I am a nationally known health policy researcher with over twenty-five years of experience.  I have conducted substantial research about immigrant health and  about health care and costs.  I have authored or co-authored more than a dozen articles and reports about immigrant health issues, including articles in peer-reviewed journals such as <u>Health Affairs</u> and <u>American Journal of Public Health</u>, as well as scholarly reports published by diverse non-profit organizations including the Social Science Research Network, the Migration Policy Institute, the Cato Institute and the Commonwealth Fund.  I have testified before the U.S. Senate Finance

2

Committee about immigrant health issues and provided analyses and advice on immigrant health to various state governments and non-governmental organizations.

4.       I have expertise in health and public policy and in quantitative and economic data analysis.  I have conducted quantitative analyses for most of my career, including analyses for a federal agency, two think tanks, and now at a university.  I have taught statistical analysis and research methods at the graduate school level for over twenty-five years, training hundreds of graduate students.  I have authored or co-authored more than 100 papers in peer-reviewed journals and hundreds of other reports, most of which were quantitative analyses.  I have consulted with the Congressional Budget Office and numerous federal and state agencies.

5.       I have served as a health expert in various immigration-related federal court cases.  I provided an expert declaration about the effects of terminating Deferred Action for Childhood Arrivals on health insurance coverage and states in *State of New York, et al. v Trump, et al.*[1] in November 2017 and in *State of Texas v. United States, et al. and Karla Perez, et al.* in June 2018.[2]  In September  2019, I provided three versions of an expert declaration regarding public health effects of the Department of Homeland Security's "public charge" rule in *La Clinica de la Raza, et al. v Donald Trump, et al.,* in the U.S. District Court, Northern District of California, *Make the Road, et al. v Kenneth Cucinelli, et al.* and in *State of New York, et al. v U.S. Department of Homeland Security* in the U.S. District Court, Southern District of New York.  In May 2020, I provided an expert declaration on the impact of paid leave amid the coronavirus pandemic in *State of New York v. U.S. Dep't of Labor, et al.*[3]  On July 29, 2020, I provided an expert declaration in

---

[1] Declaration of Leighton Ku in *State of New York, et al. v Donald Trump, et al.* in U.S. District Court for the Eastern District of New York, Nov. 22, 2017.
[2] Declaration of Leighton Ku in *State of Texas v. United States of America, et al. and Karla Perez, et al., Defendant-Intervenor* in U.S. District Court for the Southern District of Texas, Brownsville Division, June 14, 2018.
[3] Declaration of Leighton Ku in *State of New York v. U.S. Dep't of Labor et al.* in U.S. District Court for the Eastern District of New York, May 5, 2020.

*Domingo Gomez v. Donald J. Trump* (regarding a Presidential Proclamation about limiting entry of immigrants in light of COVID-19 pandemic) in the U.S. District Court, District of Columbia.[4] On September 1, 2020, I wrote an expert declaration in *State of New York v. Donald J. Trump* (regarding health harm of postal service delays) in the U.S. District Court, District of Columbia.[5] I have not provided testimony in any other court cases in the past four years.

      6.      I also have knowledge of health insurance and employment through my role as a voluntary (unpaid, appointed) Executive Board member for the District of Columbia's Health Benefits Exchange Authority, which governs the District's health insurance marketplace formed under the federal ACA.  This includes oversight of health insurance for small businesses as well as individual health insurance in the District of Columbia.

      7.      I have a PhD. in Health Policy from Boston University (1990) and Master of Public Health and Master of Science degrees from the University of California at Berkeley (1979).  Prior to becoming a faculty member at George Washington University, I was on the staff of the Urban Institute and the Center on Budget and Policy Priorities.

      8.I have been engaged by counsel for the Intervenors in this case to evaluate certain assertions made by the Plaintiff States in *Texas v. Department of Homeland Security*, filed in the Southern District of Texas, Victoria Division, on January 24, 2023.  The lawsuit challenges four new humanitarian parole programs, announced and implemented at the beginning of this year, which allow U.S. citizens and other residents with lawful status to sponsor nationals of Cuba, Haiti, Nicaragua, and Venezuela, for advance authorization to travel to the United States, and to be considered for temporary parole and employment authorization for up to two years.  *See, e.g.*,

---

[4] Declaration of Leighton Ku in *Gomez v. Trump* in U.S. District Court for the District of Columbia, July 31, 2020.
[5] Declaration of Leighton Ku in *State of New York v. Donald J. Trump*, in U.S. District Court for the District of Columbia, Sept. 1, 2020.

Implementation of a Parole Process for Haitians, 88 Fed. Reg. 1243, 1246 (Jan. 9, 2023). I have agreed to receive payment in the amount of $1,500 total to compensate for my expert analysis.

**Plaintiff States' Claims Regarding Health Harm Posed by the New Parole Policy**

9.      In their Motion for Preliminary Injunction (filed Feb. 14, 2023) the Plaintiff States assert that Texas sustains harms because it "funds three healthcare programs that require significant expenditures to cover illegal aliens: the Emergency Medicaid Program, the Family Violence Program, and the Texas Children's Health Insurance Program" (page 12).  They also assert that "Texas also incurs costs for uncompensated care provided by state public hospital districts to illegal aliens" (page 12).   More detailed information was provided in a declaration from Ms. Susan Bricker, a manager at the Texas Health and Human Services Commission (signed Jan. 7, 2023, Exhibit E filed by the States) who addressed expenses borne by Texas for care provided by undocumented immigrants.   I have also reviewed a number of documents submitted by the Plaintiff States that appear to be additional documentation for Ms. Bricker's declaration, contained in a file called "Custodian-HHSC docs.zip."  These are mostly repetitive documents related to declarations submitted by other Texas officials between 2019 and 2021, similar in nature to Ms. Bricker's declaration.

10.      First of all, it is important to note that the Biden Administration's parole policy concerns granting temporary legal status under a two-year parole to specified classes of immigrants  from Cuba, Haiti, Nicaragua and Venezuela, who: (1) have supporters in the U.S. who agree to be financially responsible for the parolees, (2) undergo security vetting, (3) meet other eligibility criteria such as medical testing, and (4) warrant a favorable exercise of discretion. Since the policy provides for temporary legal status, the States' concerns about undocumented or illegal immigrants are irrelevant.   The parolee status means they have legal status and are not

undocumented.  In addition, the parolees are far fewer in number than the number of undocumented immigrants and have different characteristics, so the information is not applicable to this case.

11.     Contained within the exhibits submitted by the Plaintiff States is an Excel spreadsheet (TEXAS_00162.xlsx) that contains estimates of the number of non-citizen immigrants from Cuba, Haiti, Nicaragua or Venezuela with at least one paid claim for Emergency Medicaid (371 persons) or CHIP-Perinate services  (625 persons) on or after Jan. 2019.  The state does not provide any further information about this spreadsheet.  The spreadsheet purports to provide data about non-citizen immigrants from those four nations, but does not indicate other relevant information, such as what their legal status is, how long they have been in the United States, where the information comes from, nor does it indicate whether the Administration's parole policy would affect these numbers or how much they cost.  As of January 2023, Texas had 5,508,856 Medicaid beneficiaries and 304,952 CHIP beneficiaries (according to data reported by the state to the federal government        (https://www.medicaid.gov/medicaid/program-information/medicaid-and-chip-enrollment-data/report-highlights/index.html). That is, the Cuban/Haitian/Nicaraguan/Venezuelan people that have been tabulated by the state constituted 0.007% of Texas Medicaid beneficiaries and 0.2% of CHIP beneficiaries; they constitute a very miniscule share of Texas' Medicaid or CHIP cost burdens.

12.     Moreover, the claims about emergency Medicaid, the Children's Health Insurance Program  (CHIP) and uncompensated care provided by state public hospitals are misleading. Federal policies benefit Texas and other States, not hurt them.  Except for emergency Medicaid services, undocumented immigrants are not eligible for Medicaid or CHIP services under

federal law and policy.[6]  In some circumstances, such as those described by Ms. Bricker (page 3), a pregnant teenager who is undocumented may be eligible for Medicaid or CHIP prenatal coverage if the state has adopted an "unborn child" coverage policy; this can authorize prenatal care for the immigrant mother to benefit her unborn child, who will be born in the United States and therefore will be a native-born citizen.  Under this policy, the unborn child -- who will be a citizen and directly eligible for Medicaid or CHIP -- is the intended beneficiary and prenatal care is offered to the mother in order to protect the health of the unborn child; the undocumented mother is not otherwise eligible for Medicaid or CHIP coverage.[7]

13.    The Plaintiff States appear to count both the costs of emergency Medicaid as well as the costs of uncompensated care in state public hospitals as costs borne by Texas for care of undocumented immigrants.  In addition to the fact that the parolees under the Administration's program will not be undocumented  immigrants, there are other flaws in the States' reasoning. First, the States are more than double-counting Texas's expenses. For example, if a state public hospital incurs $10,000 in uncompensated care costs for a low-income undocumented immigrant, the state could recoup about $10,000 in emergency Medicaid payments for that care, of which the federal government will pay about 60 percent (based on Texas' Medicaid federal medical assistance percentage under Medicaid) and the state will pay about 40 percent (the remaining state share).  But the States presume that both the $10,000 in uncompensated care costs and the $10,000 in emergency Medicaid expenses count as burdens borne by the State, for a total

---

[6] Kaiser Family Foundation. Health Coverage and Care of Immigrants. Dec. 20, 2022. https://www.kff.org/racial-equity-and-health-policy/fact-sheet/health-coverage-and-care-of-immigrants/#:~:text=Undocumented%20immigrants%20are%20not%20eligible,coverage%20through%20the%20ACA%20Marketplaces.

[7] Clark M. Medicaid and CHIP Coverage for Pregnant Women: Federal Requirements, State Options. Georgetown University. Center for Children and Families.  November 2020. https://ccf.georgetown.edu/wp-content/uploads/2020/11/Pregnancy-primary-v6.pdf

of $20,000 in state costs.  In reality, the net state cost is only $4,000, since the $10,000 spent by the state hospital will be paid back with $6,000 in federal funding, leaving $4,000 to come from state funds.

14.     The States and Ms. Bricker misconstrue these costs as being exclusively related to undocumented immigrants; the real explanation is quite different.  An older federal law, the Emergency Medical Treatment and Active Labor Act (EMTALA, enacted in 1985), requires that hospitals provide emergency care – at least to the level of stabilizing patients' conditions – to all persons who need emergency medical care, including labor and delivery, regardless of the patients' ability to pay.  Immigration status is not directly relevant to the EMTALA requirement; the obligation for care applies to anyone who lacks insurance coverage, whether a citizen or not. EMTALA does not require that these services be offered without charge.  Those without insurance or with inadequate insurance protection may still be billed for care (and typically are), but the hospital may incur some uncompensated medical care costs if the patient is unable to pay. Emergency Medicaid eligibility is available to help provide Medicaid reimbursement to the hospital for care rendered to the low-income emergency patients who would not otherwise qualify for Medicaid, which may include undocumented immigrants, other immigrants with some kind of legal status that keep them from being on Medicaid, and even citizens who are unable or unwilling to document their eligibility.  Since Texas state public hospitals must already provide emergency services under EMTALA, emergency Medicaid effectively subsidizes the hospital by providing federal Medicaid funding for the care that it was otherwise already obligated to provide.  While Texas also pays a share of the Medicaid cost, this is offset by the reduction in state hospitals' uncompensated care burdens. The federal government bears the majority of the cost which enables Texas to recoup much of the state public hospitals' uncompensated care expenditure.

8

15.     A broader issue is that the States assert "the rise in illegal immigration thus strains Texas's finances and hampers its ability to provide essential services, such as emergency medical care . . . ." (Motion for Preliminary Injunction at 25).  Again, in addition to the fact that those paroled through the CHNV program are not undocumented, the States make this assertion without providing substantial evidence.  Moreover, we note that Ms. Bricker, the expert for the States on these costs, does not make the claim that these costs hamper Texas' ability to provide care for others.  Does care for immigrants, particularly recent immigrants from Cuba, Haiti, Nicaragua or Venezuela, actually create an unsustainable burden for Texas (or other states) that jeopardizes care for others?  My analysis below, based on data from a highly respected federal survey and statistics from the Department of Homeland Security, show that the medical cost burdens for these populations are trivial and are so small that they do not displace services for other needy people, as asserted by the States.

16.     My analysis is based on data from the 2020 Medical Expenditure Panel Survey, a nationally representative survey conducted by the federal Agency for Healthcare Research and Quality (AHRQ)[8] and 2021 immigration statistics from the Department of Homeland Security (DHS).[9]  The table below estimates that there were about 308,000 recent immigrants from Cuba, Haiti, Nicaragua or Venezuela, defined as those who entered in the past 5 years (based on the date of the survey); they are about 0.10% of the total U.S. population. DHS immigration statistics show that persons from these four countries are about 8.2% percent of all recent immigrants (i.e., lawful permanent residents, refuges and asylees who entered in the past five

---

[8] Agency for Healthcare Research and Quality.  Medical Expenditure Panel Survey Home.  No date. https://meps.ahrq.gov/mepsweb.  MEPS does not provide further detail about legal status of surveyed individuals, so the recent immigrants captured in the survey include lawful permanent residents, naturalized citizens, those with temporary legal status, such as those with student or work visas, and undocumented immigrants.
[9] Dept. of Homeland Security.  2021 Yearbook of Immigration Statistics.  Specifically, Tables 3, 14 and 17. https://www.dhs.gov/immigration-statistics/yearbook/2021

years).  About 1.07% of the U.S. population are recent immigrants from other countries and 98.83% are persons who are not recent immigrants, such as those born in the U.S. or immigrants who entered more than five years ago.

| Group | Population Size | % of Total |
|---|---|---|
| All Persons Who Are Not Recent Immigrants (including US-born) | 318.87 million | 98.83% |
| Recent Immigrants from Other Countries | 3.45 million | 1.07% |
| Recent Immigrants from Cuba, Haiti, Nicaragua or Venezuela | 308 thousand | 0.10% |
| Total U.S. Population | 322.63 million | 100.00% |

17.    The table below shows data from the 2020 Medical Expenditure Survey to estimate the average annual medical expenditures for recent immigrants and those who are not recent immigrants (i.e., US-born and immigrants who arrived more than five years before)  As seen,  recent immigrants have much lower average medical expenditures than the rest of the population.  The average total annual cost of medical care for a recent immigrant is $3,644 per person, compared to $6,126 for those who are not recent immigrants.  Recent immigrants tend to use medical care sparingly.

| Group | Total Medical Expenditures per Person | Inpatient Hospital Expenditures per Person | Emergency Dept. Expenditures per Person | Other Medical Expenditures per Person |
|---|---|---|---|---|
| All Persons Who Are Not Recent Immigrants (including citizens) | $6,126 | $1,213 | $189 | $4,724 |
| Recent Immigrants (past five years) | $3,644 | $1,288 | $163 | $2,193 |

18.    Finally, the table below uses the population percentages (% of Total) from the first table and the average expenditures per person from the second table to compute the share of total national expenditures spent for medical care for recently admitted Cuban, Haitian,

Nicaraguan or Venezuelan immigrants. (Note: The Medical Expenditure Panel Survey lacked data about per person medical expenditures for immigrants from the four parole countries, so the analysis makes the simple assumption that their average per person expenditures are the roughly the same as for other recent immigrants.) ***These analyses demonstrate that the medical costs of care for recent immigrants from Cuba, Haiti, Nicaragua or Venezuela are less than one-tenth of one percent of total medical expenses***, as well as inpatient hospital, emergency department or other medical care expenses. These percentages are so small that they are barely noticeable. Care provided for recent immigrants from Cuba, Haiti, Nicaragua, or Venezuela does not threaten the care for other patients, contrary to the assertion made by the States. While these statistics are drawn from national data, there is no reason to believe that distributions in the State of Texas would be very different. In fact, the mysterious spreadsheet provided by the Plaintiff States (see paragraph #11 in my declaration) indicates that people from Cuba, Haiti, Nicaragua and Venezuela who used emergency Medicaid were just 0.007% of Texas Medicaid beneficiaries and just 0.2% of CHIP beneficiaries. The number of people using Medicaid or CHIP benefits from these four nations is essentially trivial and does not pose a threat to essential services that can be provided by the State of Texas, contrary to the assertion made by the Plaintiff States.

| Group | Share of Total Medical Expenditures | Share of Inpatient Hospital Expenditures | Share of Emergency Dept. Expenditures | Share of Other Medical Expenditures |
|---|---|---|---|---|
| All Persons Who Are Not Recent Immigrants (including US-born) | 99.4% | 98.9% | 99.1% | 99.5% |
| Recent Immigrants from Other Countries | 0.6% | 1.1% | 0.9% | 0.5% |
| Recent Immigrants from Cuba, Haiti, Nicaragua or Venezuela | 0.05% | 0.09% | 0.08% | 0.04% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% |

19.     Furthermore, it is important to note that the parole offered under this program offers the opportunity for work authorization. Having work authorization enhances the ability of these immigrants to work legally and therefore contribute tax revenue to the States. Immigrants tend to have very high labor force participation and employment rates. The U.S. Department of Labor has noted that immigrant men and women have much higher labor force and employment rates than US-born men and women.[10] This, in turn, helps immigrants gain private health insurance for themselves and their dependents, so that they are not uninsured and are less reliant on public insurance. Given the current labor shortages in the U.S., parolees ought to have high rates of employment and private insurance coverage, much higher than those who are undocumented immigrants. Combined with the affidavits of support that the parolees' supporters must complete, there will be a very low risk that parolees will become a drain on public resources, as feared by the Plaintiff States.


I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.


_____

Leighton Ku, Ph.D., MPH


Executed at Washington, DC on June 16, 2023.

---

[10] Bureau of Labor Statistics. Foreign-Born Workers: Labor Force Characteristics — 2021. May 18, 2022. https://www.bls.gov/news.release/pdf/forbrn.pdf

# **<u>Exhibit A</u>**

## CURRICULUM VITAE

## LEIGHTON KU

Professor of Health Policy and Management                           Telephone:  (202) 994-4143
Director, Center for Health Policy Research                          Mobile phone: (202) 236-1579
Department of Health Policy and Management
Milken Institute School of Public Health
Professor of Public Policy and Public Administration
The George Washington University                                     E-mail:  lku@gwu.edu
950 New Hampshire Ave, NW, 6th Floor
Washington, DC 20052

## Summary

Leighton Ku, PhD, MPH, is a professor of health policy and management at the George Washington University (GW), with an appointment in public policy and management as well.  He is a nationally known health policy and health services scholar with more than 25 years of experience.  He has examined topics such as national and state health reforms, access to care for low-income populations, Medicaid, preventive services, the health care safety net, cost and benefits of health services, and immigrant health. He has authored or co-authored more than 100 peer-reviewed articles and 200 policy briefs and other translational reports.  He directs the Center for Health Policy Research, a multidisciplinary research center, which includes physicians, attorneys, economists, health management and policy experts and others, with more than 20 faculty and dozens of staff; it has a research portfolio in excess of $25 million. He has been principal investigator for a large number of studies with support from the National Institutes of Health, Centers for Disease Control and Prevention, Centers for Medicare and Medicaid Services, the Commonwealth Fund and Robert Wood Johnson Foundation, and other sources.  In the course of his career at GW, the Center on Budget and Policy Priorities and the Urban Institute, he has worked with federal and state executive and legislative agencies, health care organizations, advocates and others in research, technical assistance, strategic advice and advocacy.   As a faculty, he has taught research methods, econometrics and policy analysis at the graduate level for more than 25 years and guided dozens of students through dissertations and other research.  As a member of his community, he helped establish and guide the District of Columbia's Health Benefits Exchange Authority as a founding member of its Executive Board.

## Education

| | |
|---|---|
| 1990 | Ph.D., Health Policy, Boston University (Pew Health Policy Fellow in a joint program of Boston University and Brandeis University) |
| 1979 | M.P.H., Public Health, University of California, Berkeley |
| 1979 | M.S., Nutritional Sciences, University of California, Berkeley |
| 1975 | A.B. (honors), Biochemistry, Harvard College |

## Professional Background

| | |
|---|---|
| 2015 – present | Co-Director, PhD Health Policy Program.  First at GW Trachtenberg School of Public Policy and Administration, now at Milken Institute School of Public Health. |
| 2012 - present | Executive Board, District of Columbia Health Benefit Exchange Authority |

(voluntary position, founding member.)

| | |
|---|---|
| 2008 - present | Director, Center for Health Policy Research, The George Washington University |
| 2008 - present | Professor of Health Policy and Management (with tenure), Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University. |
| 2015- 2016 | Interim Chair, Department of Health Policy and Management |
| 2000 - 2008 | Senior Fellow, Center on Budget and Policy Priorities, Washington, DC |
| 1992 - present | Professor in Public Policy and Public Administration, Trachtenberg School of Public Policy and Administration, The George Washington University. Secondary appointment.  Began as Associate Professorial Lecturer. |
| 1990 - 2000 | Principal Research Associate. The Urban Institute, Washington, DC.  Began as Research Associate I. |
| 1989 - 1990 | Research Manager, SysteMetrics/McGraw-Hill, Cambridge, MA. |
| 1987 - 1989 | Pew Health Policy Fellow, Health Policy Institute, Boston University and the Heller School, Brandeis University |
| 1980 - 1987 | Program Analyst, Office of Analysis and Evaluation and Supplemental Food Programs Division, Food and Nutrition Service, U.S. Dept. of Agriculture, Alexandria, VA and Washington, DC. |
| 1975 - 1976 | Registered Emergency Medical Technician, Dept. of Health and Hospitals, Boston, MA |

## Publications Authored or Co-authored in Peer-Reviewed Journals

[Aggregate measures of scholarly productivity: H-index = 49, I10-index = 133 (according to Google Scholar as of September 5, 2022]

Ku L, Platt I.  The Duration and Continuity of Medicaid Enrollment Before the COVID-19 Pandemic. JAMA Health Forum.  Dec. 16, 2022.  2022;3(12):e224732. doi:10.1001/jamahealthforum.2022.4732. ESupplement  also.

Ku L.  The Stability and Continuity of Medicaid Coverage.  Editorial.  Annals of Internal Medicine, Published online Dec. 6, 2022,  doi:10.7326/M22-3315.  Paper copy in January 2023.

Ku L.  Who Pays for Immigrants' Health Care in the US?  JAMA Network Open.  2022; 5(11):e2241171. doi:10.1001/jamanetworkopen.2022.41171. Nov. 9, 2022.  Invited editorial.

Ku L, Brantley E.  Medicaid and Private Insurance Have Similar Racial/Ethnic Disparities in Care. Submitted for publication. June 2022.

Ku L, Vichare A.  The Association of Racial and Ethnic Concordance in Primary Care with

2

Patient Satisfaction and Experience of Care.  <u>Journal of General Internal Medicine</u>, Published online early June 10, 2022.  Doi: 10.1007/s11606-022-07695-y

Brantley E, Ku L.  Continuous Eligibility for Medicaid Is Associated with Improved Health Access.  <u>Med Care Res Rev.</u>  2022 June; 79(2): 404-13.

Brantley E, Darden M, Ku L.  Effects of Expanding Parental Medicaid Eligibility on Parental Health and Family Functioning.  <u>Academic Pediatrics</u>, 2022 May; 22(4): 622-30.

Ku L.  The Association of Social Factors and Health Insurance Coverage with COVID-19 Vaccinations and Intentions.  <u>Journal of General Internal Medicine</u>. 2022 Feb; 37(2): 409–414.

Han X, Pittman P, Ku L.  The Effect of National Health Service Corps Clinician Staffing on Medical and Behavioral Health Care Costs in Community Health Centers.  <u>Medical Care</u>.  2021 Oct. 59(2 Supp): S428-S433.  doi: 10.1097/MLR.0000000000001610

Ku L.  Are Reductions in Immigrants' Supplemental Security Income Participation Beneficial? It Is Not Completely Clear (invited editorial).  <u>American Journal of Public Health</u>. 111(6): 1003-4, June 2021.

Jewers M, Ku L.  Noncitizen Children Face Higher Health Harms Compared With Their Siblings Who Have US Citizen Status.  <u>Health Affairs</u>. July 2021. 40(7): 1084-89. (Selected as an *Editor's Pick* for the journal in 2021.)

Wang X, Babb S, Xu X, Ku L, Glover-Kudon R, Armour B.  Receipt of Cessation Treatments Among Medicaid Enrollees Trying to Quit Smoking. <u>Nicotine and Tobacco Research</u>.  Advance Access. Research, Feb. 2021, 1–5, doi:10.1093/ntr/ntaa213

Ku L, Han X, Chen C, Vujicic M.  Dental Education and Other Factors Associated with Medicaid Pediatric Dental Participation. <u>Journal of Dental Education</u>. 2020 Sept.  doi: 10.1002/jdd.12390

Ku L, Brantley E.  Conducting Evaluation Research for Policy and Legal Analysis in a Turbulent Policy Environment: The Example of Medicaid and SNAP Work Requirements. <u>Sage Research Methods Cases: Medicine and Health</u>, June 25, 2020. [doi.org/10.4135/9781529743746](doi.org/10.4135/9781529743746) [username srmc_240620 password cases2020]

Brantley E, Pillai D, Ku L.  Associations of Work Requirements and Supplemental Nutrition Assistance Program Participation by Race/Ethnicity and Disability Status, 2013-2017. <u>JAMA Network Open</u>, Jun. 26, 2020. 2020; 3(6):e205824. doi:10.1001/jamanetworkopen.2020.5824,

Han X, Ku L.  Enhancing Staffing in Rural Community Health Centers Can Improve Behavioral Health Care**.** <u>Health Affairs</u>. 2019 Dec.; 38(12): 2061-68.

Ku L, Brantley E, Pillai D.  The Effect of Work Requirements on SNAP Enrollment and Benefits from 2013 to 2017.  <u>American Journal of Public Health</u>. 2019 Oct.; 109(10): 1446-1451. [https://ajph.aphapublications.org/doi/pdf/10.2105/AJPH.2019.305232](https://ajph.aphapublications.org/doi/pdf/10.2105/AJPH.2019.305232)

Behn M, Pace L, Ku L.  The Trump Administration's Final Regulations Limit Insurance Coverage of Contraception.  <u>Women's Health Issues</u>. 2019 Jan 7. p: S1049-3867. [https://doi.org/10.1016/j.whi.2018.12.003](https://doi.org/10.1016/j.whi.2018.12.003)

3

Han X, Pittman P, Erickson C, Mullan F, Ku L.  Effect of the National Health Service Corps on Clinician Staffing and Patient Visits in Federally Qualified Health Centers. Medical Care. 2019 Dec, 57(12): 1002-7. 2019. DOI: 10.1097/MLR.0000000000001209.

Bruen BK, Ku L.  The Effects of Community Health Center Care on Medical Expenditures for Children and Adults: Propensity Score Analyses.  Journal of Ambulatory Care Management,  2019; 42(2): 128-37. https://journals.lww.com/ambulatorycaremanagement/Fulltext/2019/04000/The_Effects_of_Community_Health_Center_Care_on.8.aspx

Lantz P, Miller G, Ryhan C, Rosenbaum S, Ku L, Iovan S.  "Pay for Success" Financing and Home-Based Multicomponent Childhood Asthma Interventions: Modeling Results from the Detroit Medicaid Population.  Milbank Quarterly.  2018; 96(2): 272-99.

Brantley E, Greene J, Bruen B, Steinmetz E, Ku L.  Policies Affecting Medicaid Beneficiaries' Smoking Cessation Behaviors. Nicotine & Tobacco Research, 2018. 21(4): 197-204.

Holla N, Brantley E, Ku L.  Physicians' Recommendations to Medicaid Patients about Tobacco Cessation.  American Journal of Preventive Medicine, Dec. 2018.  55(6): 762–769.

Ku L, Steinmetz E, Bysshe T, Bruen B. Crossing Boundaries: Medicaid and Public Health Collaborations to Help Smokers Quit, Public Health Reports, 2017 Feb, Vol. 132(2) 164-170.

Han X, Luo Q, Ku L.  Medicaid Expansions and Increases in Grant Funding Increased the Capacity of Community Health Centers, Health Affairs, 2017 Jan.; 36 (1):49-56.

Frogner B, Pittman P, Masselink L, Ku L. Do Years of Experience with EHRs Matter for Productivity in Community Health Centers?  Journal of Ambulatory Care Management. 2017 Jan/Mar; 40(1): 36-47.

Lantz P, Rosenbaum S, Ku L, Iovan S. Pay for Success Initiatives in the U.S.:  Potential and Challenges as a Strategy for Population Health Improvement, Health Affairs, 2016 Nov; 35:2053-2061

Pittman P, Masselink L, Bade L, Frogner B, Ku L. Determining Medical Staff Configurations in Community Health Centers: CEO Perspectives.  Journal of Healthcare Management, 61(5): 364-77, Sept./Oct 2016.

Ku L, Brantley E, Bysshe T, Steinmetz E, Bruen B.  How Medicaid and Other Public Policies Affect Utilization of Tobacco Cessation. Preventing Chronic Diseases, 2016 Oct;13:160234. DOI: http://dx.doi.org/10.5888/pcd13.160234.2016.

Labarthe D. Goldstein L, Antman E, Arnett D, Fonarow G, Alberts M, Hayman L, Khera A,  Sallis J, Daniels S, Sacco R, Li S, Ku L, Lantz P,  Robinson J, Creager M, Van Horn L, Kris-Etherton P, Bhatnagar A, Whitsel L. Evidence-Based Policy Making: Assessment of the American Heart Association's Strategic Policy Portfolio.  Circulation, 2016 May 3; 133(18):e615-53.

Ku L.  Letter: Treating Unhealthy Behaviors: The Author Replies.  Health Affairs, 35(3):551, March 2016.

Bruen B, Steinmetz E, Bysshe T, Glassman P, Ku L.  Care for Potentially Preventable Dental Conditions in Operating Rooms by Medicaid Children, Journal of the American Dental Association, 2016 Sept. :147(9):702-708 (cover story)

4

Ku L, Bysshe T, Steinmetz E, Bruen B.  Health Reform, Medicaid Expansions and Women's Cancer Screening, Women's Health Issues, Feb. 2016.  http://dx.doi.org/10.1016/j.whi.2016.01.0

August E, Steinmetz E, Gavin L, Rivera M, Pazol K, Moskosky S, Weik T, Ku L.  Projecting the Unmet Need and Costs for Contraception Services after Health Care Reform, American Journal of Public Health. 106(2): 334–341, Feb. 2016.  doi:10.2105/AJPH.2015.302928

Ku L Bruen B, Steinmetz E, Bysshe T.  Medicaid Tobacco Cessation: Big Gaps Remain In Efforts To Get Smokers To Quit, Health Affairs,  35:62-70, Jan. 2016; doi:10.1377/hlthaff.2015.0756

Ku L.  Capsule Commentary: Unauthorized Immigrants: Contributing to Medicare, But Left Out, Journal of General Internal Medicine, 31(1):100, Jan. 2016.

Ku L.  Immigrants Face Barriers Both as Health Care Patients and Providers,  Harvard Health Policy Review, 15(1):22-24, Fall 2015.

Jones E, Ku L. Sharing a Playbook: Integrated Care in Community Health Centers, American Journal of Public Health. 105(1). 2028-2034, October 2015,  doi: 10.2105/AJPH.2015.302710

Jones E, Zur J, Rosenbaum S, Ku L. Opting Out of Medicaid Expansion: Impact on Encounters With Behavioral Health Specialty Staff in Community Health Centers. Psychiatr Serv. 2015 Dec 1;66(12):1277-82.

Zur J, Ku L.  Factors Associated with Geographic Variation in Psychiatric Prescription Drug Expenditures among Medicaid Beneficiaries, Journal of Behavioral Health Services & Research, epub ahead of print July 24, 2015, doi: 10.1007/s11414-015-9471-x.

Ku L, Frogner B, Steinmetz E, Pittman P.  Community Health Centers Use Diverse Staffing and Can Provide Lessons for Other Medical Practices, Health Affairs 34(1):95-103, Jan. 2015.

Jones E, Ku L, Smith S, Lardiere  M. County Workforce, Reimbursement, and Organizational Factors Associated with Behavioral Health Capacity in Health Centers, Journal of Behavior and Health Services Research, 2014 Apr;41(2):125-39.
Ku L, Steinmetz E, Bruen, B. Continuous Eligibility Policies Stabilize Medicaid Coverage for Children and Could Be Extended to Adults with Similar Results, Health Aff (Millwood), 2013; 2(9): 1576-82, Sept. 2013. PMID: 24019362

Bruen B, Ku L, Lu X, Shin P.   No Evidence That Primary Care Physicians Offer Less Care To Medicaid, Community Health Center or Uninsured Patients, Health Affairs, 32(9): 1624-30, Sept. 2013.

Ku L, Sharac J, Bruen B, Thomas M, Norris L.  Increased Use of Dental Services by Children Covered by Medicaid: 2000-2010 Medicare and Medicaid Research Review 3(3): E1-E12.  July 2013. doi: http://dx.doi.org/10.5600/mmrr.003.03.b01

Levy A, Bruen B, Ku L. Health Care Reform and Women's Insurance Coverage for Breast and Cervical Cancer Screening.  Preventing Chronic Disease.  9: 120069.  Oct. 25, 2012. DOI: http://dx.doi.org/10.5888/pcd9.120069.

Levy A, Bruen B, Ku L.  The Potential Employment Impact of Health Reform on Working-Age Adults With Disabilities, Journal of Disability Studies.  30 May 2012. DOI: 10.1177/1044207312446225

5

Willard R, Shah G, Leep C, Ku L.  Impact of the 2008-2010 Economic Recession on Local Health Departments, <u>Journal of Public Health Management and Practice</u>, 18(2):106-114, Mar/Apr. 2012.

Richard P, West K, Ku L. The Return on Investment of a Medicaid Tobacco Cessation Program in Massachusetts <u>PLoS ONE</u>, 7(1): e29665, January 2012.  doi: 10.1371/journal.pone.0029665.  Available at http://www.plosone.org/article/info%3Adoi%2F10.1371%2Fjournal.pone.0029665

Rosenbaum S,  Ku L, Lantz P, et al. Examining the Evidentiary Basis of Congress's Commerce Clause Power to Address Individuals' Health Insurance Status, <u>BNA's Health Care Policy Report,</u> Feb. 6, 2012, p 1-9.

Richard P, Ku L, Dor A, Tan E, Shin P, Rosenbaum S.  Cost Savings Associated with the Use of Community Health Centers. <u>Journal of Ambulatory Care Management</u>, 35(1): 50-59. Jan-Mar. 2012.

Ku L, Jones E, Shin P, Burke FR, Long S. Safety-net providers after health care reform: lessons from Massachusetts <u>Archives of Internal Medicine</u>, 171(15): 1379-84, Aug. 8, 2011.

Bruen B, Ku L, Burke M, Buntin M. More Than Four in Five Office-Based Physicians Could Quality for Federal Electronic Health Record Incentives. <u>Health Affairs</u>, 30(3): 472-80, Mar. 2011.

Ku L, Jones K, Shin P, Bruen B, Hayes K.  The States' Next Challenge — Securing Enough Primary Care for an Expanded Medicaid Population. <u>New England Journal of Medicine</u> 364(6):493-95, Feb. 10, 2011. Also supplementary appendix available at http://www.nejm.org/doi/suppl/10.1056/NEJMp1011623/suppl_file/nejmp1011623_appendix.pdf

Ku L  Ready, Set, Plan, Implement.  Executing Medicaid's Expansion. <u>Health Affairs</u>, 29(6): 1173-77, June 2010.

Ku L, Pervez F. Documenting Citizenship in Medicaid: The Struggle Between Ideology and Evidence, <u>Journal of Health Politics, Policy and Law</u>, 35(1): 5-28, February 2010.

Ku L. Medical and Dental Care Utilization and Expenditures Under Medicaid and Private Health Insurance, <u>Medical Care Research and Review</u>, 66(4):456-71, August 2009.

Ku L Health Insurance Coverage and Medical Expenditures for Immigrants and Native-Born Citizens in the United States, <u>American Journal of Public Health</u>, 99(7): 1322-28, July 2009.

Ku L, Broaddus M. Public and Private Health Insurance: Stacking Up the Costs, <u>Health Affairs</u>, 27(4):w318-327, June 2008.  Also, Technical Appendix: Public and Private Health Insurance: Stacking Up the Costs,  at http://content.healthaffairs.org/cgi/content/full/hlthaff.27.4.w318/DC2.

[Note between 2000 and 2008, I was working at the Center on Budget and Policy Priorities and was not principally working on refereed publications.]

Ku L Improving Health Insurance and Access to Care for Children in Immigrant Families, <u>Ambulatory Pediatrics</u>, 7(6):412-20, November 2007.

Ponce, N.,  Ku L, Cunningham W, Brown ER. Language Barriers to Health Care Access Among Medicare Beneficiaries, <u>Inquiry</u>, 43(1):66–76, Spring 2006.

Ku L, Flores G. Pay Now or Pay Later: Providing Interpreter Services In Health Care, <u>Health Affairs</u>, 24(2) 435-44, March/April 2005.

Park E, Ku L, Broaddus M, More Than 900,000 Children Will Lose Health Insurance Due to Reductions in Federal SCHIP Funding, <u>International Journal of Health Services</u>, 33(2), 2003.

Ku L. The Number of Americans Without Health Insurance Rose in 2001 and Appears to Be Continuing to Rise in 2002, <u>International Journal of Health Services</u>, 33(2), 2003.

Lessard G, Ku L. Gaps in Coverage for Children in Immigrant Families, <u>The Future of Children</u>, 13(1):101-115, Spring 2003.

Ku L, St. Louis M, Black C, Aral S, Turner C, Lindberg L, Sonenstein F. Risk Behaviors, Medical Care and Chlamydial Infection Among Young Men in the United States, <u>American Journal of Public Health</u>, 92(7): 1140-42, July 2002.

Ku L, Matani S. Left Out: Immigrants' Access to Health Care and Insurance, <u>Health Affairs</u>, 20(1):247-56, Jan./Feb. 2001.

Ku L, Ellwood M, Hoag S, Ormond B, Wooldridge J. The Evolution of Medicaid Managed Care Systems and Eligibility Expansions, <u>Health Care Financing Review</u>, 22(2):7-29, Winter 2000.

Coughlin T, Ku L, Kim J., Reforming the Medicaid Disproportionate Share Program in the 1990s, <u>Health Care Financing Review</u>, 22(2):137-58, Winter 2000.

Ku L, Coughlin T, Sliding Scale Premium Health Insurance Programs: Four States' Experience, <u>Inquiry</u>, 36(4):471-80, Winter 2000.

Lindberg L, Ku L, Sonenstein F, Adolescents' reports of reproductive health education, 1988 and 1995. <u>Family Planning Perspectives</u>, 32(5):220-6, Sept./Oct. 2000.

Porter L, Ku L.  Use of Reproductive Health Services Among Young Men, 1995 <u>Journal of Adolescent Health</u>, 27(3):186-94, September 2000.

Bradner C, Ku L, Lindberg L. Older, but Not Wiser: How Do Men Get AIDS and Sexually Transmitted Disease Information after High School?, <u>Family Planning Perspectives</u>, 32(1):33-39, January/February 2000.

Lindberg L, Ku L, Sonenstein F.  Adolescent Males' Combined Use of Condoms with Partners' Use of Female Contraceptive Methods, <u>Maternal and Child Health Journal</u>, 2(4): 201-9, Spring 1999.

Ku L, Sonenstein F, Lindberg L, Bradner C, Boggess S, Pleck J. Understanding Changes in Sexual Activity Among Young Metropolitan Men: 1979 to 1995, <u>Family Planning Perspectives</u>, 30(6): 256-62, November/ December 1998.

Ku L, Hoag S. Medicaid Managed Care and the Marketplace, <u>Inquiry</u>, 35(3):332-45, Fall 1998.

Ellwood MR, Ku L. Welfare and Immigration Reforms: Unintended Side Effects for Medicaid, <u>Health Affairs</u>, 17(3):137-51, May/June 1998.

Sonenstein F, Pleck J, Ku L, Lindberg L, Turner C.  Changes in Sexual Behavior and Condom Use Among Teenaged Males: 1988 to 1995, <u>American Journal of Public Health</u>, 88(6):956-959, June 1998.

Turner C, Ku L, Rogers S, Lindberg L Pleck J, Sonenstein F. Adolescent Sexual Behavior, Drug Use and Violence: New Survey Technology Detects Elevated Prevalence Among U.S. Males, <u>Science</u>, 280:867-73, May 8, 1998.

Ku L, Sonenstein F, Turner C, Aral S, Black C, The Potential of Integrated Representative Surveys about STDs and Risk Behaviors, <u>Sexually Transmitted Diseases</u>, 24(5):299-309, May 1997.

Lindberg L, Sonenstein F, Ku L , Levine G, Young Men's Experience with Condom Breakage, <u>Family Planning Perspectives</u>, 29(3): 132-36, May/June 1997.

Pleck JH, Sonenstein F, Ku L.  Black-white Differences in Adolescent Males' Substance Use: Are They Explained by Underreporting in Blacks?, <u>Journal of Gender, Culture, and Health</u>, 2, 247-265, 1997

Lindberg L, Sonenstein F, Ku L, Martinez G.  Age Differences Between Minors Who Give Birth and Their Adult Partners, <u>Family Planning Perspectives</u>, 29(2):52-60, March/April 1997.

Sonenstein F, Ku L, Schulte M, Reproductive Health Care -- Patterns in a Changing Health Care Market, <u>Western Journal of Medicine</u>, 163(3 Suppl):7-14, September 1995.

Ku L, Coughlin T. Medicaid Disproportionate Share and Other Special Financing Programs, <u>Health Care Financing Review</u>, 16(3): 27-54, Spring 1995.

Holahan J, Coughlin T, Ku L, Lipson D, Rajan S. Insuring the Poor through Medicaid 1115 Waivers, <u>Health Affairs</u>, 14(1): 200-17, Spring 1995.

Coughlin T, Ku L, Holahan J, Heslam D, Winterbottom C. State Responses to the Medicaid Spending Crisis: 1988 to 1992, <u>Journal of Health Politics, Policy and Law</u>, 19(4):837-64, Winter 1994.

Ku L, Sonenstein F, Pleck J. The Dynamics of Young Men's Condom Use During and Between Relationships, <u>Family Planning Perspectives</u>, 26(6): 246-251, November/ December 1994.

Pleck J, Sonenstein F, Ku L. Attitudes Toward Male Roles: A Discriminant Validity Analysis, <u>Sex Roles</u>, 30(7/8):481-501, 1994.

Ku L, Sonenstein F, Pleck J. Factors Affecting First Intercourse Among Young Men, <u>Public Health Reports</u>, 108(6):680-94, November/December 1993.

Ku L, Sonenstein F, Pleck J. Neighborhood, Work and Family: Influences on the Premarital Behaviors of Adolescent Men, <u>Social Forces</u>, 72(2):479-503, December 1993.

Ku L, Sonenstein F, Pleck J. Young Men's Risk Behaviors for HIV Infection and Sexually Transmitted Diseases, 1988 through 1991, <u>American Journal of Public Health</u>, 83(11):1609-15, November 1993.

Pleck J, Sonenstein F, Ku L. Changes in Adolescent Males' Use of and Attitudes Towards Condoms: 1988-91, <u>Family Planning Perspectives</u>, 25(3):100-105, 117, May/June 1993.

Pleck J, Sonenstein F, Ku L. Masculine Ideology: Its Impact on Adolescent Males' Heterosexual Relationships, <u>Journal of Social Issues</u>, 49(3):11-30, 1993.

Ku L, Sonenstein F, Pleck J. The Association of AIDS Education and Sex Education with Sexual Behavior and Condom Use Among Teenage Men, Family Planning Perspectives, 24(3):100-106, May/June 1992 (erratum, Family Planning Perspectives, 25(1):36, January/February 1993).

Ku L, Sonenstein F, Pleck J, Patterns of HIV Risk and Preventive Behaviors Among Teenage Men, Public Health Reports, 107(2):131-38, March/April 1992.

Sonenstein F, Pleck J, Ku L, Levels of Sexual Activity Among Adolescent Males in the United States, Family Planning Perspectives, 23(4):162-67, July /August 1991.

Pleck J, Sonenstein F, Ku L, Adolescent Males' Condom Use: The Influence of Perceived Costs-Benefits on Consistency, Journal of Marriage and the Family, 53:733-45, August 1991.

Pleck J, Sonenstein F, Ku L, Contraceptive Attitudes and Intention to Use Condoms in Sexually Experienced and Inexperienced Adolescent Males, Journal of Family Issues, 11(3):294-312, Sept. 1990.

Ku L, Ellwood MR, Klemm J. Deciphering Medicaid Data: Issues and Needs, Health Care Financing Review, 1990 Annual Supplement, p. 35-45.

Ku L, Fisher D, Attitudes of Physicians Toward Health Care Cost Containment Policies, HSR: Health Services Research, 25(1):25-42, April 1990 (Part I).

Sonenstein F, Pleck J, Ku L. Sexual Activity, Condom Use and AIDS Awareness Among Adolescent Males, Family Planning Perspectives, 21(4):152-58, July/August 1989.

Branch L, Ku L. Transition Probabilities to Disability, Institutionalization and Death for the Elderly Over a Decade, Journal of Aging and Health, 1(3):370-408, August 1989.

Ku L. Early Prenatal Enrollment in the WIC Program, Public Health Reports, 104(3): 301-06, May/June 1989.

Ku L, Shapiro L, Crawford P, Huenemann R. Body Composition and Physical Activity in Eight Year Old Children, American Journal of Clinical Nutrition, 34(12):2770-75, 1981.

Persellin R, Ku L. Effects of Steroid Hormones on Human Polymorphonuclear Leukocyte Lysosomes, Journal of Clinical Investigation, 54(4):919-25, 1974.

## Books Authored or Co-authored

Ku L, Lin M, Broaddus M, Improving Children's Health: A Chartbook about the Roles of Medicaid and SCHIP:  2007 Edition, Center on Budget and Policy Priorities, Jan. 2007.

Ku L, Nimalendran S. Improving Children's Health: A Chartbook About the Roles of Medicaid and SCHIP, Center on Budget and Policy Priorities, Jan. 15. 2004

Coughlin T, Ku L, Holahan J, Medicaid Since 1980: Costs, Coverage and the Shifting Alliance Between the Federal Government and the States, Washington, DC: Urban Institute Press, 1994.  (Selected by Choice as one of ten outstanding academic books for 1994.)

Sorensen, E, Bean F, Ku L, Zimmerman W,  Immigrant Categories and the U.S. Job Market: Do They Make a Difference?, Urban Institute Report 92-1, Washington, DC: Urban Institute Press, 1992.

**Articles or Chapters in Books (Refereed)**

Ku L (contributor), <u>CCH;s Law, Explanation and Analysis of the Patient Protection and Affordable Care Act, Vol.1</u>, Commerce Clearinghouse, Wolters Kluwer, 2010.

Ku L.  Changes in Immigrants' Use of Medicaid and Food Stamps: the Role of Eligibility and Other Factors, in <u>Immigrants and Welfare</u>, edited by Michael Fix, Russell Sage Foundation and Migration Policy Institute, 2009, p, 153-92.

Ku L, Papademetrios DG. Access to Health Care and Health Insurance: Immigrants and Immigration, in <u>Securing America's Future: U.S. Immigrant Integration Policy Reader</u>, M. Fix, editor, Migration Policy Institute, Feb. 2007.

Ku L.  Prepared Statement.  Insurance Coverage and Health Care Access for Immigrant Families,  <u>Living Without Health Insurance.  Hearings of the Senate Committee on Finance, United States Senate on Who's Uninsured and Why? And Solutions to the Problem</u>.  March 13 and 15, 2001.  S. Hrg 107-81.  U.S. Govt Printing Office.  Pg. 148-53.
<u>https://books.google.com/books?id=ysrYaJZAew0C&pg=PA112&lpg=PA112&dq=Hearing+on+Who%27s+Uninsured+%26+Why?+%26+Solutions+to+the+Problem:+Charles+Grassley&source=bl&ots=l7enGHC7pB&sig=ACfU3U2m_YwHwAYhqSNaVng1PWTFhFdgMQ&hl=en&sa=X&ved=2ahUKEwjJ0_G55pznAhXvmOAKHTH2BYIQ6AEwAHoECAkQAQ#v=onepage&q=Hearing%20on%20Who's%20Uninsured%20%26%20Why%3F%20%26%20Solutions%20to%20the%20Problem%3A%20Charles%20Grassley&f=false</u>

Sonenstein FL., Ellen J,  Pleck J, Ku L.  Taking Risks: Understanding Adolescents' Behavior, in <u>STDs in Adolescents:  Challenges for the 21st Century</u>, edited by P. Hitchcock,  et al. New York: Oxford University Press Inc.1999.

Ku L, Wooldridge J, Rajan S, Ellwood MR, Dubay L, Coughlin T, Hoag S, Wall  S.  The New Generation of Statewide Medicaid Managed Care Programs: State Health Reform Projects in Hawaii, Oklahoma, Rhode Island and Tennessee  in <u>Remaking Medicaid: Managed Care for the Public Good</u>, edited by Steve Davidson and Steve Somers, San Francisco: Jossey-Bass, Inc., 1998, p. 147-78.

Wooldridge J, Ku L, Coughlin T, Dubay L., Ellwood MR, Rajan S, Hoag S, Reforming State Medicaid Programs: First Year Implementation Experiences from Three States, in <u>Contemporary Managed Care</u>, edited by Marsha Gold, Health Administration Press, pp. 211-26, 1998.

Sonenstein F, Ku L, Pleck J.  Measuring Sexual Behavior Among Teenage Males in the U.S., in <u>Researching Sexual Behavior: Methodological Issues</u>, Bancroft, J., ed., Bloomington, IN: Indiana University Press, p. 87-105, 1997.

Turner, CF, Ku L, Sonenstein FL, Pleck JH, Impact of Audio-CASI on Reporting of Male-male Sexual Contacts: Preliminary Findings from the National Survey of Adolescent Males, in <u>Health Survey Research Methods: Conference Proceedings</u>, Warnecke, R.B., ed., Hyattsville, MD: National Center for Health Statistics, p.  171-76, 1995.

Pleck J, Sonenstein F, Ku L, Problem Behaviors and Masculinity Ideology in Adolescent Males, in <u>Adolescent Problem Behaviors: Issues and Research</u>, R. Ketterlinus and M. Lamb, eds.,  Hillsdale, NJ: Erlbaum, 1994, p. 165-186.

Holahan J, Coughlin T, Ku L, Heslam D, Winterbottom C,  Understanding the Recent Growth in Medicaid Spending, in Medicaid Financing Crisis: Balancing Responsibilities, Priorities and Dollars, D. Rowland, J. Feder and A. Salganicoff, eds., Washington, DC: AAAS Press, 1993, p. 23-44.

Sonenstein F, Pleck J, Ku L. Paternity Risk Among Adolescent Males in Young Unwed Fathers: Changing Roles and Emerging Policies, R. Lerman and T. Ooms, eds., Philadelphia, PA: Temple Univ. Press, p. 99-116, 1993.

Pleck J, Sonenstein F, Ku L. Masculine Ideology and Its Correlates in Gender Issues in Contemporary Society, S. Oskamp and M. Constanzo, eds., Claremont Symposium on Applied Social Psychology, Newbury Park: Sage Publications, p. 85-110, 1993.

## **Translational and Other Reports, Briefs, Blogs and Working Papers**

### *Health Policy*

[Note:  Reports marked with [PR] went through an external peer-review process prior to release.]

Ku L.  Preliminary Thoughts on Costs and Savings Associated with Community Health Centers. Memo to Senate HELP Committee. Feb. 23, 2023.  Included as part of testimony by Robert Nocon to the Senate HELP Committee hearing on costs and savings of community health centers.  March 2, 2023.

Platt I, Ku L. The End of the Continuous Enrollment Period in Montana.  Center for Health Policy Research.  Feb. 13, 2023.  http://gwhpmmatters.com/end-continuous-enrollment-period-montana

Ku L, Sharac J, Shin P, Rosenbaum S, Jacobs F. The Potential Effect of Medicaid Unwinding on Community Health Centers. Jan 2023.  Geiger Gibson Program in Community Health.  Data Note. https://geigergibson.publichealth.gwu.edu/potential-effect-medicaid-unwinding-community-health-centers

Recommendations of the Standard Plans Advisory Working Group to the District of Columbia Health Benefit Exchange Authority, Nov. 2022.  (Working group on lower cost-sharing for pediatric mental health benefits, chaired by L Ku.)  Led to Executive Board approval. https://hbx.dc.gov/sites/default/files/dc/sites/hbx/event_content/attachments/SPWG_Report_FINAL%2011-9-22.pdf

Ku L, Tyler F, Simon M.  Vaccines for Children Program: Early Legislative History and Future Innovations. Oct. 13, 2022.  http://gwhpmmatters.com/vaccines-children-program-early-legislative-history-and-future-innovations

Ku L, Rosenbaum S.  How Could Ending Access to the Courts Under Section 1983 Impact Medicaid Enrollees? *Health Affairs Forefront,* Sept. 13, 2022. https://www.healthaffairs.org/content/forefront/could-ending-access-courts-under-section-1983-impact-medicaid-enrollees

Ku L, Sharac J, Morris R, Jacobs F, Shin P, Brantley R, Rosenbaum S.  The Value Proposition: Evidence of the Health and Economic Contributions of Community Health Centers. Geiger Gibson/RCHN Community Health Foundation Research Collaborative Policy Brief #68.  August 2022. https://publichealth.gwu.edu/sites/default/files/The%20Value%20Proposition%20GG%20IB%20%2368_Final.pdf

Ku L, Brantley E, Pryor S.  SNAP Will Also Unwind.  *Health Affairs Forefront.*  July 14, 2022.
https://www.healthaffairs.org/do/10.1377/forefront.20220712.461768

Ku L, Brantley E. Immigrants' Progress: Changes in Public Charge Policies Can Promote the Economic
Mobility of Immigrants and Their Contribution to the U.S. Economy. Social Science Research Network.
April 18, 2022.  https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4086782 (one of the top 10
downloaded papers in several sectors.)

Ku L, Brantley E.  The Economic and Employment Consequences of Phasing Down Medicaid
Enrollment After the Public Health Emergency Ends.  Commonwealth Fund.  March 14, 2022.  [PR]
https://www.commonwealthfund.org/blog/2022/what-are-economic-and-employment-consequences-
phasing-down-medicaid-enrollment-
after?utm_source=alert&utm_medium=email&utm_campaign=Achieving+Universal+Coverage

Ku L, Brantley E.  The Evidence Does Not Support the Claim that the CMS COVID Vaccine Mandate
Will Make It Impossible for Health Care Providers to Find or Keep Staff.  Dec. 14, 2021.
http://gwhpmmatters.com/evidence-does-not-support-claim-cms-covid-vaccine-mandate-will-make-it-
impossible-health-care

Liu H, Ku L.  Twelve-Month Continuous Eligibility for Medicaid Adults Can Stabilize Coverage with a
Modest Cost Increase. RAND Blog.  Dec. 9, 2021.  https://www.rand.org/blog/2021/12/twelve-month-
continuous-eligibility-for-medicaid-adults.html

Regenstein M, Trott J, Acosta A, Ku L, Francasio C, Janson S.  Establishing a Preliminary Per Resident
Amount Estimate for the Teaching Health Center Graduate Medical Education (THCGME) Program.
Report to HRSA.  Sept. 22, 2021, revised Dec. 2021.  [pr]

Rosenbaum S, Ku L, Brantley E, Handley M.  How the Medicaid Saves Lives Act and Other Federal
Options Can Ensure All Americans Have Access to Affordable Coverage. Commonwealth Fund.  Aug. 5,
2021.  https://www.commonwealthfund.org/blog/2021/how-medicaid-saves-lives-act-and-other-federal-
options-can-ensure-all-americans-
have?utm_source=alert&utm_medium=email&utm_campaign=Achieving+Universal+Coverage

Unnamed co-author.  *Amici Curiae* Brief Of 33 Health Organizations, Providers, Researchers, And
Scholars Supporting Appellants. For *Doyle v. Tidball*, (regarding Medicaid expansion in Missouri, based
on ballot initiative and constitutional amendment).  Supreme Court of Missouri, July 13, 2021.  [The state
Supreme Court unanimously found that the constitutional amendment to expand Medicaid – prompted by
a ballot initiative – was valid, overturning a lower court decision.  As a result, about 275,000 Missourians
will be covered.]

Ku L, Brantley E.  The Economic and Employment Effects of Medicaid Expansions Under the American
Rescue Plan.  Commonwealth Fund. May 21, 2021.
https://www.commonwealthfund.org/publications/issue-briefs/2021/may/economic-employment-effects-
medicaid-expansion-under-arp?utm_source=alert&utm_medium=email&utm_campaign=Medicaid.
Technical appendix at https://www.commonwealthfund.org/sites/default/files/2021-
05/Ku_economic_employment_effects_medicaid_expansion_ARP_TECHNICAL_APPENDIX.pdf.
[There was substantial press coverage for this report, including both national and regional media,
including public radio's *Marketplace.*]

Ku L, Brantley E.  Analysis of Montana SB 100 and Policies to Limit Medicaid 12-Month Continuous
Eligibility.  April 7, 2021.  https://mthcf.org/wp-content/uploads/2021/04/analysis-of-SB-100-4-7-21.pdf

Sharac J, Shin P, Ku L, Jacobs F, Rosenbaum S.  Community Health Centers Move to Frontline Providers of COVID-19 Immunization Services Under President Biden's Health Center COVID-19 Vaccine Program. Geiger Gibson / RCHN Community Health Foundation Research Collaborative Data Note. Feb. 18, 2021.  http://gwhpmmatters.com/community-health-centers-move-frontline-providers-covid-19-immunization-services-under-president

Brantley E, Ku L, Rosenbaum S, Handley M, Morris RE.  As the Biden Administration Begins Unwinding Them, Medicaid Work Experiments Remain Unreasonable, Unnecessary and Harmful. Health Affairs Blog.  Feb. 17, 2021.  https://www.healthaffairs.org/do/10.1377/hblog20210216.717854/full/

Rosenbaum S, Morris R, Brantley E, Ku L. The Trump Administration's Deeply Flawed Assumptions That Underlie its Medicaid Compelled Work Experiments. February 2021. http://gwhpmmatters.com/trump-administrations-deeply-flawed-assumptions-underlie-its-medicaid-

Ku, L. Brantley E.  Analysis of the Impact of Dental Assignment of Benefit Laws. Report to the American Dental Association and Fleishman Hillard. December 2, 2020.

Ku, L.  Declaration in Support of Plaintiffs,  State of New York, et a v Donald Trump, et al.  (regarding health harm of postal service delays) in  United States District Court for the District of Columbia, September 1, 2020.

Ku, L.  Declaration in Support of Plaintiffs,  *Domingo A. Gomez, et al v. Donald J. Trump, et al.,* (regarding Presidential Proclamations about limiting entry of immigrants in light of COVID-19 pandemic) in United States District Court for the District of Columbia, July 29, 2020.

Ku L.  Estimates of Insurance Coverage and Delays in Medical Care for the Nation and District of Columbia, May 21 – June 16, 2020.  For DC Health Benefits Exchange Authority. July 5, 2020. https://hbx.dc.gov/sites/default/files/dc/sites/hbx/event_content/attachments/Estimates%20of%20 Insurance%20Coverage%20and%20Delays%20in%20Medical%20Care_1.pdf

Ku L, Brantley E.  Continuous Medicaid Eligibility for Children and Their Health. Association of Community Affiliated Plans.  May 2020.  https://www.communityplans.net/wp-content/uploads/2020/06/GW-continuous-eligibility-paper.pdf

Ku L, Brantley E.  Widening Social and Health Inequalities During the COVID-19 Pandemic. *JAMA Health Forum*.  June 10, 2020.  https://jamanetwork.com/channels/health-forum/fullarticle/2767253?utm_source=silverchair&utm_medium=email&utm_campaign=article_alert-jhf&utm_content=olf&utm_term=061120

Ku, L.  Declaration in Support of Plaintiffs,  *New York vs. Department of Labor, et al.*  (regarding regulations about paid sick and family leave under the Families First Coronavirus Response Act), United States District Court, Southern District of New York, May 4, 2020.

Ku L.  Declaration in Support of Respondents, *Department of Homeland Security v New York, et al.* (regarding public charge rule and injunction).  Supreme Court of the United States.  April 10, 2020. (subsequently used again in U.S, District Court of Southern New York and cited in decisions.)

Ku L.  Assessing the Presidential Proclamation on Visas and Health Insurance.  *Health Affairs Blog*. Dec. 17, 2019.  https://www.healthaffairs.org/do/10.1377/hblog20191217.16090/full/

13

Ku L.  Declaration in Support of Plaintiffs' Motion for a Preliminary Injunction (regarding Presidential Proclamation on Visas and Health Insurance), *John Doe #1, et al. v Donald Trump, et al.*  United States District Court, District of Oregon, filed November 8, 2019.  (Cited in November 26 court decision)

Ku L. Brantley E.  Indiana's Medicaid Work Requirements Program Is Expected to Cause Tens of Thousands to Lose Coverage.  Oct. 28, 2019. https://www.commonwealthfund.org/blog/2019/indianas-medicaid-work-requirement-program-expected-cause-tens-thousands-lose-coverage

Ku L.  Op-Ed: Medicaid Expansion Can and Does Expand Access to Care.  Capitol Broadcasting Corporation.  Oct. 16, 2019. https://mail.google.com/mail/u/0/#inbox/WhctKJVZrXGHBvSwwqpStCWklCtsCQcFsLvZxSHCLmtRjLgFWhRBwPhHqtBqjxsksKdGFxq Similar letter to the Editor, Raleigh News and Observer,. Oct. 16, 2019.  https://www.newsobserver.com/opinion/letters-to-the-editor/article236193038.html

Ku L.  New Evidence Demonstrating That the Public Charge Rule Will Harm Immigrant Families and Others.  *Health Affairs Blog*. October 9, 2019. https://www.healthaffairs.org/do/10.1377/hblog20191008.70483/full/

Ku L.  Declaration in Support of Plaintiffs' Motion for a Preliminary Injunction (regarding public charge regulation), *La Clinica de la Raza, et al. v. Donald Trump, et al.*  United States District Court, Northern District of California, September 1, 2019. https://healthlaw.org/resource/declaration-of-leighton-ku-in-la-clinica-de-la-raza-v-trump/.  Similar declarations in *Make the Road New York, et al v Ken Cucinelli, et al.* United States District Court, Southern District of New York, Sept. 9, 2019. *State of New York, et al. v. U.S. Department of Homeland Security, et al.* United States District Court, Southern District of New York, Sept. 9, 2019. These declarations were filed again in subsequent appeals for these cases  and in the District Court for the Southern District of New York decisions by George Daniels June 29, 2020).

Ku L, Bruen B, Brantley E.  The Economic and Employment Benefits of Expanding Medicaid in North Carolina: A 2019 Update.  Cone Health Foundation and Kate B Reynolds Charitable Trust. June 26, 2019.  Ncmedicaidexpansion.com

Ku L, Brantley E. Approved Medicaid Work Requirement Demonstration Projects in Nine States Could Cause About 600,000 to 800,000 Adults to Lose Medicaid Coverage. Commonwealth Fund.  Blog.  June 21, 2019.  https://www.commonwealthfund.org/blog/2019/medicaid-work-requirements-nine-states-could-cause-600000-800000-adults-lose-coverage

Rosenbaum S, Rothenberg S, Velasquez M, Ku L, Brantley E.  Are 1115 Medicaid Work Requirement Demonstrations Experimental Initiatives or a Way to Side-Step Congress? June 6, 2019. http://gwhpmmatters.com/blog-are-1115-medicaid-work-requirement-demonstrations-experimental-initiatives-or-way-side-step

Ku L, Brantley E.  New Hampshire's Medicaid Work Requirements Could Cause More than 15,000 to Lose Coverage.  Commonwealth Fund Blog.  May 9, 2019. [PR] https://www.commonwealthfund.org/blog/2019/new-hampshires-medicaid-work-requirements-could-cause-coverage-loss

Chen CP, Ku, L, Regenstein M, Mullan F.  Examining the Cost Effectiveness of Teaching Health Centers. Geiger Gibson / RCHN Community Health Foundation Research Collaborative.  Policy Brief #58.  March 2019.  http://gwhpmmatters.com/sites/default/files/2019-03/Examining%20the%20Cost%20Effectiveness%20of%20Teaching%20Health%20Centers%20%28Chen%2C%20Ku%2C%20Regenstein%2C%20Mullan%29%20Mar%2021%2C%202019.pdf

14

Ku L, Brantley E.  Proposed Work Requirements in Montana's Medicaid Program: An Update.  Mar. 15, 2019, revised.  https://mthcf.org/resources/report-medicaid-work-requirements/

Ku L (primary author) and many co-signers. Comment Letter to Food and Nutrition Service, USDA on Proposed Rule: Supplemental Nutrition Assistance Program: Requirements for Able-Bodied Adults without Dependents,  RIN 0584-AE57, Submitted thru regulations.gov.  March 15, 2019.

Ku L, Brantley E.  Potential Effects of Work Requirements in Montana's Medicaid Program.  Montana Healthcare Foundation. Feb. 13, 2019.  https://mthcf.org/wp-content/uploads/2019/02/Potential-Effects-of-Work-Requirements-in-Montana%E2%80%99s-Medicaid-Program-Ku-Brantley-2-13-19.pdf.

Ku L, Brantley E.  Updated Estimates of the Effects of Medicaid Work Requirements in Kentucky.  GW Health Policy Matters.  Jan. 4, 2019.  http://gwhealthpolicymatters.com/sites/default/files/2019-01/Updated%20Estimates%20of%20the%20Effects%20of%20Medicaid%20Work%20Requirements%20in%20Kentucky%20%28Ku%2C%20Brantley%29%20GWHPMMatters%201-4-19.pdf

Ku L (primary author) and many co-signers. Comment Letter to US Department of Homeland Security: RIN 1615-AA22 "Inadmissibility on Public Charge Grounds". Dec. 9, 2018  Submitted thru regulations.gov.

Ku L, Sharac J, Gunsalus R, Shin P, Rosenbaum S.  How Could the Public Charge Proposed Rule Affect Community Health Centers? Policy Brief # 55.  Geiger Gibson RCHN Community Health Research Collaborative.  Nov 2018.
https://publichealth.gwu.edu/sites/default/files/downloads/GGRCHN/Public%20Charge%20Brief.pdf

Ku L, Pillai D.  The Economic Mobility of Immigrants: Public Charge Rules Could Foreclose Future Opportunities.  Nov. 15, 2018. Social Science Research Network.  http://ssrn.com/abstract=3285546  [This was in the top five downloaded reports about immigration for SSRN for late 2018.]

Ku L, Brantley E, Steinmetz E, Bruen B, Pillai D.  Medicaid Work Requirements: Will They Help the Unemployed Get Jobs or Improve Health.  Issue Brief.  Commonwealth Fund. Nov. 2018
https://www.commonwealthfund.org/publications/issue-briefs/2018/nov/medicaid-work-requirements-will-they-help-jobs-health

Brantley E, Ku L.  Arkansas' Early Experience with Work Requirements Signals Larger Losses to Come.  Commonwealth Fund Blog.  Oct. 31, 2018.  https://www.commonwealthfund.org/blog/2018/arkansas-early-experience-work-requirements

Ku L (primary author).  Brief of the *Amici Curiae* Public Health Scholars in Support of Plaintiff-Appellant the Commonwealth of Massachusetts.  Filed in *Commonwealth of Massachusetts v. United States Department of Health and Human Services, et al*. to the US Court of Appeals for the First Circuit, Sept. 24, 2018.

Vyas A, Wood SF, Landry M, Masselink L, Mead H, Ku L. District of Columbia Family Planning Community Needs Assessment. Conducted by The George Washington University Milken Institute School of Public Health for Washington Area Women's Foundation, DC Family Planning Project. Sept. 2018.  [PR] https://thewomensfoundation.org/2018/new-report-family-planning-community-needs-assessment/

Erikson C, Han X, Ku L, Pittman P.  Contribution of the National Health Service Corps Providers and Alumni to Medicare Beneficiaries in 2015.  GW Health Workforce Institute.  Aug. 2018. https://user-

15

niv7hdi.cld.bz/Contribution-of-the-NHSC-Providers-and-Recent-Alumni-to-Medicare-Beneficiaries-in-2015/2/

Brantley E, Ku L.  A First Glance at Medicaid Work Requirements in Arkansas: More Than One-Quarter Did Not Meet Requirement.  *Health Affairs Blog.*  Aug. 13, 2018.
https://www.healthaffairs.org/do/10.1377/hblog20180812.221535/full/

Ku L, Shin P, Sharac J, Rosenbaum S. Legacy Community Health Services v Smith:  What are the National Implications for Community Health Centers and Their Communities? Geiger Gibson/RCHN Community Health Foundation Collaborative Policy Research Brief # 53. August 2018.
https://www.rchnfoundation.org/wp-content/uploads/2018/08/Legacy-GG-IB-53_FINAL_8.2.pdf

Ku L. Blog: The District of Columbia Is Trying to Preserve Health Insurance Coverage; Congress Is Trying to Interfere.  *Health Affairs Blog*.  July 23, 2018.
https://www.healthaffairs.org/do/10.1377/hblog20180722.933880/full/

Ku L.  Blog: The New District of Columbia Policy to Protect Insurance Coverage.  July 5, 2018.
http://gwhealthpolicymatters.com/blog-new-district-columbia-policy-protect-insurance-coverage.

Ku L.  Data About Contraceptive Needs in the U.S. After the Affordable Care Act.  June 26, 2018.  [PR]
http://gwhealthpolicymatters.com/data-about-contraceptive-needs-us-after-affordable-care-act.

Ku L.  Declaration about Public Health and Employment Effects of Terminating the Deferred Action for Childhood Arrivals (DACA) program.  Filed in support of the Mexican American Legal Defense and Educational Fund and the state of New Jersey, intervenors, in *Texas v. United States* in suit in Federal District Court of Southern District of Texas, June 14, 2018.

Brantley E, Ku L.  Work Requirements: SNAP Data Show Medicaid Losses Could Be Much Faster and Deeper Than Projected.  *Health Affairs Blog*.  April 12, 2018.
https://www.healthaffairs.org/do/10.1377/hblog20180412.310199/full/

Ku L.  What is the Evidence of the Effects of the ACA's Individual Mandate and of Its Repeal? DC Health Benefits Exchange Authority. Revised Feb. 12, 2018.

Ku L.  It Makes More Sense to Strengthen SHOP Than to Expand Association Health Plans.  Jan. 4, 2018.  http://gwhealthpolicymatters.com/blog-it-makes-more-sense-strengthen-shop-expand-association-health-plans

Ku L, Steinmetz E.  State Economic and Employment Losses If Community Health Center Funding Is Not Restored.  Geiger Gibson/RCHN Community Health Foundation Research Collaborative Policy Research Brief # 51.  Dec. 4, 2017. [PR]
https://publichealth.gwu.edu/sites/default/files/downloads/GGRCHN/State%20Economic%20and%20Employment%20Losses%20if%20CHC%20Funding%20is%20Not%20Restored%2051.pdf

Ku L.  Declaration about Public Health Effects of Terminating the Deferred Action for Childhood Arrivals (DACA) program.  Filed in support of the state of New York and other plaintiff states, *New York, et al. v. Trump* in suit in Federal District Court of Eastern New York, Nov. 22, 2017.

Ku L.  May You Live in Interesting Times: The Challenges of Health Policy Analysis in a Turbulent Period.  GW Health Policy Matters.  Oct. 2, 2017.  http://gwhealthpolicymatters.com/may-you-live-interesting-times-challenges-health-policy-analysis-turbulent-period-0

Ku L, Steinmetz E, Brantley E, Pillai D. The Graham-Cassidy Proposal Would Eliminate a Third of a Million Jobs, *To the Point*, The Commonwealth Fund, Sept. 26, 2017, [PR] available at: http://www.commonwealthfund.org/publications/blog/2017/sep/graham-cassidy-job-loss.  Methods appendix at http://www.commonwealthfund.org/~/media/files/publications/blog/2017/gc-methods-appendix_final.pdf

Ku L, Seiler N.  Medicaid Expansions Help States Cope with the Opioid Epidemic.  GW Dept of Health Policy and Management.  July 25, 2017. https://publichealth.gwu.edu/sites/default/files/images/Medicaid%20Expansions%20Help%20States%20Cope%20with%20the%20Opioid%20Epidemic%207-25-17%20report.pdf

Ku L.  Cutting immigrants' access to health insurance would drive up costs for many Americans. *Washington Post*, Letter to the Editor.  July 18, 2017.

Ku L, Steinmetz E, Brantley E, Holla N, Bruen B.  The Better Care Reconciliation Act: Economic and Employment Consequences for States.  Commonwealth Fund, July 6, 2017.[PR] http://www.commonwealthfund.org/publications/issue-briefs/2017/jul/bcra-economic-employment-consequences-states

Bruen BK, Ku L.  Community Health Centers Reduce the Costs of Children's Health Care.  Geiger Gibson / RCHN Community Health Foundation Research Collaborative Policy Research Brief # 48.  June 22, 2017. https://publichealth.gwu.edu/sites/default/files/downloads/GGRCHN/Brief%2048%20Child%20Cost%20Savings.pdf

Ku L, Steinmetz E, Brantley E, Holla N, Bruen B.  The American Health Care Act: Economic and Employment Consequences for States.  Commonwealth Fund, June 14, 2017.  [PR] http://www.commonwealthfund.org/publications/issue-briefs/2017/jun/ahca-economic-and-employment-consequences
[Like the January 6th report, the June 14 and July 6 reports gained considerable interest and were widely cited by the media and by federal and state policy officials. This series of reports were among the most often downloaded reports for the Commonwealth Fund.]

Ku L, Paradise J, Thompson V.  Data Note: Medicaid's Role in Providing Access to Preventive Care for Adults. Kaiser Commission for Medicaid and the Uninsured.  May 17, 2017.  [PR] http://kff.org/medicaid/issue-brief/data-note-medicaids-role-in-providing-access-to-preventive-care-for-adults/

Ku L  In podcast:  ACA Repeal Waves Goodbye to 3 Million Jobs and $1.5 Trillion.  The Working Life. May 10, 2017.  http://www.workinglife.org/politics/episode-29-aca-repeal-waves-goodbye-to-3-million-jobs-1-5-trillion/

Ku L, Brantley E.  Medicaid Work Requirements: Who's at Risk? *Health Affairs Blog*, April 12, 2017. http://healthaffairs.org/blog/2017/04/12/medicaid-work-requirements-whos-at-risk/

Ku L, Brantley E.  Myths about the Medicaid Expansion and the "Able-Bodied." *Health Affairs Blog*, March 6, 2017.  http://healthaffairs.org/blog/2017/03/06/myths-about-the-medicaid-expansion-and-the-able-bodied/

17

Ku L  In podcast: The Financial Consequences of ACA Repeal.  The Commonwealth Fund.  Feb. 15, 2017. http://www.commonwealthfund.org/interactives-and-data/multimedia/podcasts/new-directions-in-health-care/the-impact-of-aca-repeal

Bennett J, Brown C, Ku L, Bruen B.  The Economic, Fiscal and Employment Effects of Health Care Modernization in Oklahoma.  State Chamber (of Commerce) Research Foundation.  Feb. 1, 2017. [PR] http://www.okstatechamber.com/sites/www.okstatechamber.com/files/OK%20Study%20-%20REMI%20FINAL.pdf

Mitchell K.  Interview with Leighton Ku.  GW Expert: Repealing Obamacare Would Hurt Patients, Economy.  GW Today.  Jan. 17, 2017.   https://gwtoday.gwu.edu/gw-expert-repealing-obamacare-would-hurt-patients-economy

Ku L Steinmetz E, Brantley E, Bruen B.  Repealing Federal Health Reform: The Economic and Employment Consequences for States.  Brief, Commonwealth Fund, Jan. 6, 2017. http://www.commonwealthfund.org/Publications/Issue-Briefs/2017/Jan/Repealing-Federal-Health-Reform [PR]

Ku L Steinmetz E, Brantley E, Bruen B.  The Economic and Employment Consequences of Repealing Federal Health Reform: A 50 State Analysis.  Milken Institute School of Public Health, George Washington University.  Jan. 6, 2017. https://publichealth.gwu.edu/sites/default/files/downloads/HPM/Repealing_Federal_Health_Reform.pdf [PR]

[Note: The Jan. 6 reports were reported widely in numerous media including CBS, NBC, NPR, *Forbes, Fortune, the Atlantic*, etc.  Findings were frequently cited by Congressmen and Senators in Congressional floor debates about repeal of the Affordable Care Act.  One of the most popular Commonwealth Fund reports in 2017]

Ku L, Steinmetz E, Bruen B. Changes in Insurance Coverage and Cardiovascular Risk for U.S. Adults in States Expanding and Not Expanding Medicaid. Dec. 2016.  George Washington University and American Heart Association.  [PR] https://publichealth.gwu.edu/sites/default/files/downloads/HPM/Americans%20Cardiovascular%20Risk%20and%20Changes%20in%20Health%20Insurance%20Coverage%20Dec%206.pdf

Ku L.   DC Health Link Has Expanded Health Insurance Coverage in the District.  DC Health Benefits Exchange Authority, Sept. 29, 2016 [no author listed] http://hbx.dc.gov/sites/default/files/dc/sites/hbx/publication/attachments/SurveyReportGainedCoverage%20final.pdf

Ku L.  Up in smoke: We'll spend billions tomorrow for not helping poor people quit smoking today, *The Conversation*.  July 12, 2016. https://theconversation.com/up-in-smoke-well-spend-billions-tomorrow-for-not-helping-poor-people-quit-smoking-today-60686

Ku L.  The Role of Medicaid In Pay For Success Models For Supportive Housing For Chronically Homeless Individuals: Opportunities And Challenges, Report to Office of the Assistant Secretary for Planning and Evaluation, HHS, under review. [PR]

Regenstein M, Jewers M, Nocella K, Goldberg D, Strasser J, Ku L, Mullan F.  Cost Estimates for Training a Resident in a Teaching Health Center.  Report to HRSA.  GW Dept. of Health Policy and Management, Feb. 2016. [PR]

Lantz,P, Rosenbaum S., Ku L et al.  Opportunities for Pay for Success Demonstrations in HHS Programs, Office of the Assistant Secretary for Planning and Evaluation, HHS, forthcoming. [PR]

Ku L, Steinmetz E, Bruen B., Bysshe T.  Effects of the Affordable Care Act on Health Insurance Coverage of Americans at Risk of Cardiovascular Disease, Washington, DC: American Heart Association.  Jan. 2016.

Ku L, Steinmetz, E, Bysshe T.  Continuity of Medicaid Coverage in an Era of Transition, Washington, DC: Association of Community Affiliated Plans, Nov. 1, 2015. [PR]

Ku L, Bysshe T, Steinmetz E, Bruen B.  Health Reform and the Implications for Cancer Screening. Report to American Cancer Society, Sept. 2015

Ku L, Bysshe T, Wu. X.  The Changing Community Health Center Workforce: 2007-13, GW Health Workforce Research Center, Sept. 22, 2015. [PR]
https://www.gwhwi.org/uploads/4/3/3/5/43358451/report_the_changing_community_health_center__8-10-15_.pdf

Ku L, Mullan F, Serrano C, Barber Z, Shin P.  Teaching Health Centers: A Promising Approach for Building Primary Care Workforce for the 21st Century.  Geiger Gibson / RCHN Community Health Foundation Research Collaborative Policy Research Brief # 40, March 10, 2015.
http://www.rchnfoundation.org/?p=4651

Rosenbaum S, Ku l, et al. (unnamed authors).  *Amici Curiae* Brief Of Public Health Deans, Chairs, And Faculty And The American Public Health Association In Support Of Respondents to the Supreme Court of the United States re: *King v Burwell*.  Jan. 28, 2015. [PR]

Ku L.  Covering the Uninsured Through DC Health Link: Report on the First Year.  DC Health Benefits Exchange Authority, Dec. 26, 2014.  http://hbx.dc.gov/node/978322  [PR]

Ku L, Bruen B, Steinmetz E, Bysshe T.  The Economic and Employment Costs of Not Expanding Medicaid in North Carolina: A County-Level Analysis. Dec. 2014.  Cone Health Foundation and Kate B. Reynolds Charitable Trust. At  www.ncmedicaidexpansion.com {PR]

Ku L, Bruen B, Steinmetz E, Brown C., Motamedi R, Stottlemyer C.  Economic and Employment Effects of Expanding KanCare.  Kansas Hospital Association, Nov. 2014  at http://www.kha-net.org/.

Steinmetz E, Bruen, B, Ku L.  Children's Use of Dental Care in Medicaid:  Federal Fiscal Years 2000 – 2012.  Report to CMS, Oct. 2014.  Posted at http://www.medicaid.gov/medicaid-chip-program-information/by-topics/benefits/dental-trends-2000-to-2012.pdf. [PR]

Stewart A, Cox M, Ku L.  Health Insurance Benefits Advisors: Understanding Responsibilities, Regulations, Restrictions and Relevance in Implementing the Affordable Care Act.  GW Dept of Health Policy, Sept. 2014.  [PR]

Ku L Zur, J. Jones E, Shin P, Rosenbaum S. How Medicaid Expansions and Future Community Health Center Funding Will Shape Capacity to Meet the Nation's Primary Care Needs: A 2014 Update Geiger

Gibson / RCHN Community Health Foundation Research Collaborative Policy Research Brief # 37, June 18, 2014.  [PR]

Miller V, Ku L. The Impact of Government Transfer Programs on State and Regional Personal Incomes, Department of Health Policy Issue Brief, April 30, 2014.

Ku L. Strengthening Immigrants' Health Access: Current Opportunities. GW Department of Health Policy Issue Brief, Dec. 13, 2013.  http://hsrc.himmelfarb.gwu.edu/sphhs_policy_briefs/29/

Ku L Zur, J. Jones E, Shin P, Rosenbaum S. How Medicaid Expansions and Future Community Health Center Funding Will Shape Capacity to Meet the Nation's Primary Care Needs  Geiger Gibson / RCHN Community Health Foundation Research Collaborative Policy Research Brief # 34, Nov. 18. 2013

Paradise J, Rosenbaum S, Shin P, Sharac J, Alvarez C, Zur J, Ku L. Providing outreach and enrollment assistance: lessons learned from community health centers in Massachusetts. The Henry J. Kaiser Family Foundation. September 24, 2013. Available at: http://kff.org/health-reform/issue-brief/providing-outreach-and-enrollment-assistance-lessons-learned-from-community-health-centers-in-massachusetts/

Ku L, Steinmetz E.  Bridging the Gap: Continuity and Quality of Coverage in Medicaid, Washington DC: Association of Community Affiliated Plans. Sept. 2013. https://www.communityplans.net/research/bridging-the-gap-continuity-and-quality-of-coverage-in-medicaid/ [PR]

Ku L.  The Bipartisan Senate Immigration Bill: Implications for Health Coverage and Health Access, GW Department of Health Policy, Aug. 8, 2013

Ku L. The Senate Immigration Bill's Impact on Health Care, blog posted at www.cmwf.org, Aug. 8, 2013. [PR]

Ku L.  Comprehensive Immigration Reform and Health Care: CBO's Analysis of S. 744, Dept of Health Policy report, June 20, 2013.  Also posted on *HealthReformGPS.org*.

Ku L. Explaining Recent Changes in CBO Projections of Health Insurance Coverage and Costs under the Affordable Care Act, Implementation Brief posted on www.*HealthReformGPS.org*, June 5, 2013.

Ku L, Steinmetz E, The Continuity of Medicaid Coverage: An Update." April 2013. Association of Community Affiliated Plans.  https://www.communityplans.net/research/the-continuity-of-medicaid-coverage-an-update/

Ku L.  Medicaid Expansions Using Private Plans: The Role of Premium Assistance and Cost-Sharing, commentary in www.*HealthReformGPS*.org April 2013. http://www.healthreformgps.org/resources/medicaid-expansions-using-private-plans-the-role-of-premium-assistance-and-cost-sharing-2/

Ku L, Bruen B.  Poor Immigrants Use Public Benefits At a Lower Rate than Poor Native-Born Citizens, *Economic Development Bulletin* No. 17, Washington, DC: Cato Institute.  March 4, 2013 http://www.cato.org/sites/cato.org/files/pubs/pdf/edb17.pdf [PR]

Brown C, Motamedi R, Stottlemeyer C, Bruen B, Ku L.  Economic and Employment Effects of Expanding Medicaid in Iowa, Regional Economic Models, Inc. and George Washington University. Prepared for Iowa Hospital Association. Mar. 2013. http://blog.iowahospital.org/wp-content/uploads/2013/03/IA-Medicaid-Expansion-Econ-Full-Report.pdf

Brown C, Motamedi R, Stottlemeyer C, Bruen B, Ku L.  Economic and Employment Effects of Expanding Medicaid in Arizona, Regional Economic Models, Inc. and George Washington University. Prepared for Arizona Hospital and Healthcare Association. Feb. 2013. http://www.azhha.org/member_and_media_resources/documents/ArizonaMedicaidExpansionReportREMI2-28-13_000.pdf

Brown C, Motamedi R, Stottlemeyer C, Bruen B, Ku L.  Economic and Employment Effects of Expanding Medicaid in Arkansas, Regional Economic Models, Inc. and George Washington University. Prepared for Arkansas Hospital Association. Feb. 2013. http://www.arkhospitals.org/Misc.%20Files/ReportBriefAppendix.pdf

Brown, C., Motamedi, R., Stottlemeyer, C., Bruen B and Ku L.  Economic and Employment Effects of Expanding Medicaid in Kansas, Regional Economic Models, Inc. and George Washington University. Prepared for Kansas Hospital Association. Feb. 2013. http://m.kha-net.org/communications/mediareleases/102615.aspx

Ku L, Bruen B.  The Use of Public Assistance Benefits by Citizens and Non-citizen Immigrants in the United States.  Working Paper, Cato Institute, Feb. 2013. [PR]

Ku L, Jewers M.  Health Care for Immigrants: Policies and Current Issues.  Migration Policy Institute, June 2013.  www.migrationpolicy.org [PR]

Ku L, Bruen B, and Steinmetz E.  Task 9: Medicaid DSH Simulation: Final Report to the Office of the Assistant Secretary for Planning and Evaluation. Jan. 2013.  [PR]

Ku L, Bruen B, Steinmetz E Beeson T.  Task 7: Medicaid DSH Analytic Report to the Office of the Assistant Secretary for Planning and Evaluation. Oct. 2012. [PR]

Ku L Cartwright-Smith L, Sharac J, Steinmetz E, Lewis J, Shin P. Deteriorating Access to Women's Health Services in Texas: Potential Effects of the Women's Health Program Affiliate Rule, Geiger Gibson/RCHN CHF Research Collaborative Brief, Issue No. 31. October 11, 2012

Ku L, Regenstein M, Shin P, Mead H, Levy A, Buchanan K, Byrne, F.. Coordinating and Integrating Care for Safety Net Patients: Lessons from Six Communities. George Washington University Dept. of Health Policy, May 21, 2012.

Ku L, Levy A, Bruen B.  The Potential Primary Care Crisis in Texas: A County-Based Analysis Report for Methodist Healthcare Ministries, April 2012.

Ku L, Cunningham M, Goetz-Goldberg D., Darnell J, Hiller M.. Quality Incentives for Federally Qualified Health Centers, Rural Health Clinics and Free Clinics: A Report To Congress, report prepared for U.S. Department of Health and Human Services for submission to Congress, January 23, 2012. [PR]

Ku L.  Saving Money: The Massachusetts Medicaid Tobacco Cessation Benefit: A Policy Paper. Partnership for Prevention.  Jan. 2012. http://www.prevent.org//data/images/roi%20policy%20paper_a.pdf

Ku L, Levy A, Lantz P, Pierre-Matthieu R.  Options for CDC's Cancer Screening Programs: Implications of the Affordable Care Act.  Report to the American Cancer Society and Centers for Disease Control and Prevention, Nov. 15, 2011.  [PR]

21

Ku L, Regenstein M., Shin P, Mead H, Levy A, Buchanan K, Byrne F. Coordinating and Integrating Care for Safety Net Patients:  Lessons from Six Communities, Draft Report to the Commonwealth Fund, Sept. 2011.  [PR]

Ku L, Regenstein M., Shin P, Bruen B, Byrne FR. Improving the Integration and Coordination of Safety Net Health Providers Under Health Reform: Key Issues, Commonwealth Fund Pub 1552, Oct. 2011. Posted at http://www.commonwealthfund.org/~/media/Files/Publications/Issue%20Brief/2011/Oct/ 1552_Ku_promoting_integration_safetynet_providers_under_reform_ib.pdf  [PR]

Ku L, Shin P, Jones E, Bruen B.  Transforming Community Health Centers into Patient-Centered Medical Homes: The Role of Payment Reform, Report to the Commonwealth Fund, Sept. 28, 2011.  Posted at http://www.commonwealthfund.org/Publications/Fund-Reports/2011/Sep/Transforming-Community-Health-Centers.aspx. [PR]

Ku L, Ferguson C.  Medicaid Works: A Review of How Public Insurance Protects the Health and Finances of Low-Income Families and Individuals. First Focus and George Washington Univ. Dept. of Health Policy, June 2011.

Ku L. Medicaid in the Bull's Eye.:  Blog posted at *Health Affairs* blog website.  April 15, 2011. http://healthaffairs.org/blog/2011/04/15/medicaid-in-the-bulls-eye.

Rosenbaum S, Shin P, Ku L. Who Are the Health Center Patients Who Risk Losing Care Under the House of Representatives Proposed FY 2011 Spending Reductions?. Issue No. 20.  Geiger Gibson/RCHN Community Health Foundation Research Collaborative Feb 24, 2011.

Ku L, Richard P, Dor A, Tan E, Shin P, Rosenbaum S.  Strengthening Primary Care to Bend the Cost Curve: The Expansion of Community Health Centers Through Health Reform, Brief No. 19.  Geiger Gibson/RCHN Community Health Foundation Research Collaborative, June 30, 2010.

Ku L, Shin P, Bruen B.  Can Health Care Investments Stimulate the Economy?.  Blog posted at *Health Affairs* blog website, March 16, 2010. http://healthaffairs.org/blog/2010/03/16/can-health-care-investments-stimulate-the-economy/

Shin P, Bruen B, Jones E, Ku L, Rosenbaum S.  The Economic Stimulus: Gauging the Early Effects of ARRA Funding on Health Centers and Medically Underserved Populations and Communities, Brief No. 17.  Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Feb. 2010.

Shin P, Bruen B, Ku L, Mead KH, Regenstein M, Rosenbaum S, Buchanan K, Smith K. The Early Impact of ARRA on Community Health Centers: Analysis of HCQR2. Report to Health Resources and Services Administration, Rockville, MD. February 2010.

Ku L, Rosenbaum S, Shin P.  Using Primary Care to Bend the Cost Curve: The Potential Impact of Health Center Expansion in Senate Reforms. Brief No. 16. Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Oct 14, 2009.

Shin P, Ku L, Mauery R, Finnegan B, Rosenbaum S. Estimating the Economic Gains for States as a Result of Medicaid Coverage Expansions for Adults, Brief No. 15. Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Oct 7, 2009.

Ku L, Richard P, Dor A, Tan E, Shin P, Rosenbaum S. Using Primary Care to Bend the Curve: Estimating the Impact of a Health Center Expansion on Health Care Costs. Brief No. 14. Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Sep 1, 2009.

Ku L. Do Medicaid and CHIP Measure Errors Correctly?. Dept. of Health Policy, George Washington Univ. Aug. 4, 2009.

Ku L, Shin P, Rosenbaum S. Estimating the Effects of Health Reform on Health Centers' Capacity to Expand to New Medically Underserved Communities and Populations. Issue No. 11. Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Washington, DC. Jul 23, 2009. Rosenbaum S, Jones E, Shin P and Ku L National Health Reform: How Will Medically Underserved Communities Fare? Geiger Gibson / RCHN Community Health Foundation Research Collaborative, Washington, DC. July 9, 2009.

Rosenbaum S, Jones E, Shin P, Ku L.  National Health Reform: How Will Medically Underserved Communities Fare?  Geiger Gibson / RCHN Community Health Foundation Research Collaborative, Washington, DC. July 2009.

Ku L, MacTaggart P, Pervez F, Rosenbaum S.  Improving Medicaid's Continuity and Quality of Care, Association for Community Affiliated Plans, July 2009.  [PR]

Finnegan B, Ku L, Shin P, Rosenbaum S.  Boosting Health Information Technology in Medicaid: The Potential Effect of the American Recovery and Reinvestment Act. Geiger Gibson / RCHN Community Health Foundation Research Collaborative, Washington, DC. July 7, 2009.

Ku L. Expanding Coverage for Low-income Americans: Medicaid or Health Insurance Exchanges? Blog posted at *Health Affairs* blog website, June 23, 2009.  http://healthaffairs.org/blog/2009/06/23/expanding-coverage-for-low-income-americans-medicaid-of-health-insurance-exchanges/

Shin P Ku L, Jones E, Finnegan B, Rosenbaum S.  Financing Community Health Centers As Patient- And Community-Centered Medical Homes:  A Primer, George Washington Univ., May 27, 2009. [PR]

Ku L, Jones E, Finnegan B, Shin P, Rosenbaum S. Community Health Centers in the Midst of Massachusetts' Health Reform:  How Is the Primary Care Safety Net Faring? Kaiser Commission on Medicaid and the Uninsured and Geiger Gibson Community Health Program.  March 2009. [PR]

Ku L. Restoring Medicaid and SCHIP Coverage to Legal Immigrant Children and Pregnant Women: Implications for Community Health and Health Care for Tomorrow's Citizens, Geiger Gibson/RCHN Community Health Foundation Research Brief #7, Jan. 13, 2009.  https://www.rchnfoundation.org/wp-content/uploads/2013/02/GG-RCHN_No7.pdf

Ku L, Feiden K.  Examining the Health Consequences of the 2008-09 Recession, Rapid Public Health Policy Response Project, GW School of Public Health and Health Services, January 2009.

Ku L. The Dial and the Dashboard: The Child Well-Being Index and Public Policy, prepared for the Foundation for Child Development, Jan. 2009.

Jones E, Ku L, Lippi J, Whittington R, Rosenbaum S. Designation of Medically Underserved and Health Professional Shortage Areas: Analysis of the Public Comments on the Withdrawn Proposed Regulation. Geiger Gibson/RCHN Community Health Foundation Research Brief #5. September 2008.

Shin P, Ku L, Jones E, Rosenbaum S. Grantee-Level Estimates Show that 31 Percent of All Health Centers would Fail to Meet Tier Two Status under HRSA's Proposed MUA/MUP/HPSA Designation Regulations. Geiger Gibson/RCHN Community Health Foundation Research Brief #3. May 2008.

Shin P, Ku L, Jones E, Rosenbaum S.  Analysis of the Proposed Rule on Designation of Medically Underserved Populations and Health Professional Shortage Areas, (report and highlights) Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Department of Health Policy, The George Washington University, revised May 1, 2008.

Ku L, Lindblom E. (authors not named) Expanding Children's Health Insurance and Raising Federal Tobacco Taxes Helps Low-Income Families, Joint Paper of the Center on Budget and Policy Priorities and the Campaign for Tobacco-Free Kids, Oct. 16, 2007.
Ku L. 'Crowd-Out' Is Not the Same as Voluntarily Dropping Private Health Insurance for Public Program Coverage, Center on Budget and Policy Priorities, Sept. 27, 2007

Greenstein R, Ku L (authors not named) Charge That Bipartisan SCHIP Compromise Bill Aids Undocumented Immigrants Is False, Center on Budget and Policy Priorities, Sept. 25, 2007.

Ku L. Collateral Damage: Children Can Lose Coverage When Their Parents Lose Health Insurance, Center on Budget and Policy Priorities, Sept. 17, 2007.

Ku L (author not named), More Americans, Including More Children, Now Lack Health Insurance, Center on Budget and Policy Priorities, Aug. 31, 2007.

Ku L, New Research Shows Simplifying Medicaid Can Reduce Children's Hospitalizations, Center on Budget and Policy Priorities, June 11, 2007.

Ku L, Comparing Public and Private Health Insurance for Children, Center on Budget and Policy Priorities, May 11, 2007.

Ku L, Reducing Disparities in Health Coverage for Legal Immigrant Children and Pregnant Women, Center on Budget and Policy Priorities, April 20, 2007.

Ku L, Census Revises Estimates of the Number of Uninsured People, Center on Budget and Policy Priorities, April 5, 2007.

Ku L, Schneider A, Solomon J,  The Administration Again Proposes to Shift Federal Medicaid Costs to States, Center on Budget and Policy Priorities, Feb.14, 2007.

Ku L. Medicaid Costs Are Growing More Slowly Than Costs For Medicare or Private Insurance, Center on Budget and Policy Priorities, Nov. 13, 2006.

Ku L, Broaddus M. Coverage of Parents Helps Children, Too, Center on Budget and Policy Priorities, Oct. 20, 2006.

Ku L Paying for Language Services in Medicare: Preliminary Options & Recommendations, National Health Law Program and Center on Budget and Policy Priorities, Oct. 2006. (www.healthlaw.org/library.cfm?fa=detail&id=118637&appView=folder)

Ku L, Broaddus M. Is Medicaid Responsible for the Erosion of Employer-Based Health Coverage?, Center on Budget and Policy Priorities, Sept. 22, 2006.

Greenstein, R., Ku L and Dean, S. Survey Indicates House Bill Could Deny Voting Rights To Millions Of U.S. Citizens, Center on Budget and Policy Priorities, Sept. 22, 2006.

Ku L, Cohen Ross D, Broaddus M.  Documenting Citizenship and Identity Using Data Matches: A Promising Strategy for State Medicaid Programs, Center on Budget and Policy Priorities, Sept. 1, 2006.

Ku L. Why Immigrants Lack Adequate Access to Health Care and Health Insurance, Migration Information Source, Migration Policy Institute, Sept. 2006. [PR](www.migrationinformation.org/Feature/display.cfm?id=417)

Kogan R, Ku L, et al. Budget Process Bill Would Result in Deep Cuts in Medicare and Medicaid, Center on Budget and Policy Priorities, Aug. 9, 2006.

Ku L. Revised Medicaid Documentation Requirement Jeopardizes Coverage for 1 To 2 Million Citizens, Center on Budget and Policy Priorities, July 13, 2006.

Ku L. Using Information Technology to Document Citizenship in Medicaid, Center on Budget and Policy Priorities, June 20, 2006.

Ku L. The Slowdown in Medicaid Expenditure Growth, Center on Budget and Policy Priorities, March 13, 2006.

Ku L, Broaddus M.  New Requirement For Birth Certificates or Passports Could Threaten Medicaid Coverage For Vulnerable Beneficiaries: A State-By-State Analysis, Center on Budget and Policy Priorities, Revised Feb. 17, 2006.

Ku L Cohen Ross D. Broaddus M. Survey Indicates Deficit Reduction Act Jeopardizes Medicaid Coverage for 3 to 5 Million U.S. Citizens, Center on Budget and Policy Priorities, Revised Feb. 17, 2006.

Schneider A, Ku L, et al. Administration's Medicaid Proposals Would Shift Federal Costs to States, Center on Budget and Policy Priorities, Feb. 14, 2006.

Ku L, Cohen Ross D. New Medicaid Requirement Is Unnecessary and Could Impede Citizens' Coverage, Center on Budget and Policy Priorities, Revised Jan. 4, 2006.

Wachino V, Ku L, et al. Medicaid Provisions of House Reconciliation Bill Both Harmful and Unnecessary Senate Bill Achieves Larger Savings Without Reducing Access to Care, Center on Budget and Policy Priorities, Dec. 9, 2005

Ku L, Wachino V. Greenstein R. The House Reconciliation Bill's Provisions On Medicaid Co-Payments and Premiums: Are They Mild or Harsh? Center on Budget and Policy Priorities, Nov. 22, 2005.

Wachino V, Ku L , et al. An Analysis of The National Governors Association's Proposals For Short-Run Medicaid Reform Center on Budget and Policy Priorities, Oct. 14, 2005.

Ku L and Wachino V. Don't Shift Medicaid's Costs onto Those Who Can Least Afford Them The Hill, July 20, 2005.

Ku L. Medicaid: Improving Health, Saving Lives, Center on Budget and Policy Priorities, July 19, 2005.

Ku L. New Research Sheds Light on Risks from Increasing Medicaid Cost-Sharing and Reducing Medicaid Benefits, Center on Budget and Policy Priorities, July 18, 2005.

Ku L, Wachino V. Medicaid Commission Named By Secretary Leavitt Lacks Balance, Center on Budget and Policy Priorities, July 10, 2005

Ku L, Wachino V. Assessing The National Governors Association's Proposals To Allow Increases In Cost-Sharing Charges To Medicaid Beneficiaries, Center on Budget and Policy Priorities, July 7, 2005.

Ku L, Wachino. V.  The Effect Of Increased Cost-Sharing In Medicaid: A Summary Of Research Findings, Center on Budget and Policy Priorities, Revised, July 7, 2005.

Ku L, Broaddus M. Out-Of-Pocket Medical Expenses For Medicaid Beneficiaries Are Substantial And Growing, Center on Budget and Policy Priorities, May 31, 2005.

Ku L, Solomon, J. Is Missouri's Medicaid Program Out-of-Step and Inefficient?, Center on Budget and Policy Priorities, April 4, 2005.

Wachino V, Schneider A, Ku L. Medicaid Budget Proposals Would Shift Costs To States And Be Likely To Cause Reductions In Health Coverage: Administration's Proposal Also Implies Cap On Federal Funding, Center on Budget and Policy Priorities, Feb. 18, 2005

Ku L, Broaddus M, Wachino, V.. Medicaid and SCHIP Protected Insurance Coverage for Millions of Low-Income Americans, Jan. 31, 2005

Ku L and Wachino V. The Potential Impact of Eliminating TennCare and Reverting to Medicaid: A Preliminary Analysis, Center on Budget and Policy Priorities, Nov. 15, 2004.

Ku L, Deschamps E, Hilman J. The Effects of Copayments on the Use of Medical Services and Prescription Drugs in Utah's Medicaid Program, Center on Budget and Policy Priorities, Nov. 2, 2004.

Ku L. Will the New TennCare Cutbacks Help Tennessee's Economy? Center on Budget and Policy Priorities, July 8, 2004.

Ku L, Nimalendran S. Losing Out: States Are Cutting 1.2 to 1.6 Million Low-Income People from Medicaid, SCHIP and Other State Health Insurance Programs, Center on Budget and Policy Priorities, Dec. 22, 2003.

Ku L, Broaddus M. Funding Health Coverage For Low-Income Children In Washington, Center on Budget and Policy Priorities, Nov. 10, 2003.

Ku L, Report Documents Growing Disparities in Health Care Coverage Between Immigrant and Citizen Children as Congress Debates Immigrant Care Legislation, Center on Budget and Policy Priorities, Oct. 14, 2003

Ku L. CDC Data Show Medicaid and SCHIP Played a Critical Counter-Cyclical Role in Strengthening Health Insurance Coverage during the Economic Downturn, Center on Budget and Policy Priorities, Rev. Oct. 8, 2003.

Ku L. How Many Low-Income Medicare Beneficiaries In Each State Would Be Denied The Medicare Prescription Drug Benefit Under The Senate Drug Bill? Center on Budget and Policy Priorities, July 31, 2003.

Ku L. State Fiscal Relief Provides An Opportunity To Safeguard Medicaid Budgets, Center on Budget and Policy Priorities, June 4, 2003

Ku L, Charging the Poor More For Health Care: Cost-Sharing In Medicaid, Center on Budget and Policy Priorities, May 7, 2003.

Ku L, Fremstad S, Broaddus M. Noncitizens' Use Of Public Benefits Has Declined Since 1996, Center on Budget and Policy Priorities, April 14, 2003.

Nathanson M, Ku L. Proposed State Medicaid Cuts Would Jeopardize Health Insurance Coverage For 1.7 Million People: An Update, Center on Budget and Policy Priorities, Mar. 21, 2003.

Ku L, Shift In Costs From Medicare To Medicaid Is A Principal Reason For Rising State Medicaid Expenditures, Center on Budget and Policy Priorities, March 3, 2003.

Ku L, The Medicaid-Medicare Link: State Medicaid Programs Are Shouldering A Greater Share of The Costs Of Care For Seniors And People With Disabilities, Center on Budget and Policy Priorities, Feb. 25, 2003.

Ku L, Broaddus M. Why Are States' Medicaid Expenditures Rising? Jan. 13, 2003.

Cohen-Ross D, Ku L. Quarterly Status Reporting Could Jeopardize The Health Coverage Of Hundreds Of Thousands Of Eligible Low-Income Californians, Center on Budget and Policy Priorities, Revised Dec. 23, 2002

Ku L, et al., Proposed State Medicaid Cuts Would Jeopardize Health Insurance Coverage for One Million People, Center on Budget and Policy Priorities, Dec. 23, 2002.

Ku L, Cohen-Ross D. Staying Covered: The Importance of Retaining Health Insurance Coverage for Low-income Families, Commonwealth Fund, Dec. 2002. (One of the most frequently downloaded Commonwealth Fund reports in 2006.) [PR]

Ku L, New CDC Data Show the Importance of Sustaining Medicaid and SCHIP Coverage as Private Health Insurance Erodes in 2002, Center on Budget and Policy Priorities, Revised Oct. 8, 2002.

Ku L, Cohen-Ross D, Nathanson M. State Medicaid Cutbacks and the Federal Role In Providing Fiscal Relief to States, Center on Budget and Policy Priorities, Revised. Aug. 8, 2002

Ku L, Park E., Improving Transitional Medicaid to Promote Work and Strengthen Health Insurance Coverage, Center on Budget and Policy Priorities, April 29, 2002.

Capps R, Ku L, et al. How Are Immigrants Faring After Welfare Reform? Preliminary Evidence from Los Angeles County and New York City, Report to the Office of the Assistant Secretary for Planning and Evaluation, Dept. of Health and Human Services, March 2002. Available at http://aspe.hhs.gov/hsp/immigrants-faring02/index.htm. [PR]

Broaddus M, et al. Expanding Family Coverage: States' Medicaid Eligibility Policies for Working Families in the Year 2000, Center on Budget and Policy Priorities, Revised Feb. 2002.

Ku L, Park E, Administration's Regulation to Reduce Medicaid Upper Payment Limit Would Further Worsen State Budget Crises, Center on Budget and Policy Priorities, Dec. 11, 2001.

Ku L, Park E. Federal Aid to State Medicaid Programs Is Falling While the Economy Weakens, Center on Budget and Policy Priorities, Oct. 6, 2001.

Ku L, Rothbaum E. Many States Are Considering Medicaid Cutbacks in the Midst of the Economic Downturn, Center on Budget and Policy Priorities, October 26, 2001.

Park E, Ku L, Health Care Provisions of House Ways And Means Committee Stimulus Package Offer Little Help for the Health Insurance Needs of Unemployed Workers, Center on Budget and Policy Priorities, Oct. 19, 2001.

Park E, Ku L, Temporary Medicaid Improvements As Part of a Stimulus Package, Center on Budget and Policy Priorities, Oct. 9, 2001.

Ku L, Counting the Uninsured: A Guide for the Perplexed, Center on Budget and Policy Priorities, Sept. 21, 2001

Park E, Ku L. Administration Medicaid and SCHIP Waiver Policy Encourages States to Scale Back Benefits Significantly and Increase Cost-Sharing for Low-Income Beneficiaries, Center on Budget and Policy Priorities, August 15, 2001.

Ku L, Guyer J. Medicaid Spending: Rising Again But Not to Crisis Levels,  Center on Budget and Policy Priorities, April 20, 2001.

Broaddus M, Ku L.  Nearly 95 Percent of Low-Income Uninsured Children Now Are Eligible for Medicaid or SCHIP, Center on Budget and Policy Priorities, Dec. 6, 2000.
12/6/00

Ku L, Freilich A., Caring for Immigrants: Health Care Safety Nets in Los Angeles, New York, Miami and Houston,  Kaiser Commission on Medicaid and the Uninsured, Feb. 2001.

Holahan J, Ku L, Pohl M.. Is Immigration Responsible for the Growth in the Number of Uninsured People?  Kaiser Commission on Medicaid and the Uninsured, March 2001.

Ku L, Blaney S.  Health Coverage for Legal Immigrant Children: New Census Data Highlight Importance of Restoring Medicaid and SCHIP Coverage, Center on Budget and Policy Priorities, Revised. Oct. 10, 2000.

Ormond B, Ku L and Bruen B. Engine of Change or One Force among Many? Section 1115 Demonstration Projects and Trends in Medicaid Expenditures (Baltimore, MD: Health Care Financing Administration, February 2001).

Ku L, Limiting Abuses of Medicaid Financing: HCFA's Plan to Regulate the Medicaid Upper Payment Limit, Center on Budget and Policy Priorities, Sept. 27, 2000.

Ku L, Broaddus M. The Importance of Family-Based Insurance Expansions: New Research on the Effects of State Health Reforms, Center on Budget and Policy Priorities, September 5, 2000.

Ku L, Matani S. Immigrants' Access to Health Care and Insurance on the Cusp of Welfare Reform, Assessing the New Federalism Discussion Paper 00-03, Washington, DC: The Urban Institute, June 2000.

Ku L, Garrett B. How Welfare Reform and Economic Factors Affected Medicaid Participation: 1984-96, Assessing the New Federalism Discussion Paper 00-01, Washington, DC: The Urban Institute,  February 2000.

Ku L, Ellwood MR, Hoag S, Ormond B, Wooldridge J. The Evolution of Medicaid Managed Care Systems and Eligibility Expansions in Section 1115 Projects. Final report to the Health Care Financing Administration, from the Urban Institute and Mathematica Policy Research, Inc., May 2000. [PR]

Coughlin T, Ku L, Kim, J., Reforming the Medicaid Disproportionate Share Program in the 1990s, Assessing the New Federalism, The Urban Institute, Discussion Paper 99-14, (joint release with Commonwealth Fund), 1999. [PR]

Ku L, Bruen B. The Continuing Decline in Medicaid Coverage, Assessing the New Federalism Brief A-37, The Urban Institute, December 1999.

Ku L, Ullman F, Almeida R, What Counts? Determining Medicaid and CHIP Eligibility for Children, Assessing the New Federalism Discussion Paper 99-05, Washington, DC: The Urban Institute, 1999.

Ku L, Hoag S. Medicaid Managed Care and the Marketplace: State Health Reforms in Hawaii, Oklahoma, Rhode Island and Tennessee, Report to the Health Care Financing Administration from the Urban Institute and Mathematica Policy Research, February 1998.

Ku L, Kessler B. The Number and Cost of Immigrants on Medicaid: National and State Estimates, Report to the Office of the Assistant Secretary for Planning and Evaluation from the Urban Institute, December 1997. [PR]

Ku L, Berkowitz, A., Ullman F, Regenstein M. Health Policy for Low-Income People in Mississippi, Assessing the New Federalism, Washington, DC: The Urban Institute, December 1997. [PR]

Nichols L, Ku L, Norton S, Wall S. Health Policy for Low-Income People in Washington Assessing the New Federalism, Washington, DC: The Urban Institute, November 1997. [PR]

Ku L, Wall S. The Implementation of Oklahoma's Medicaid Reform Program: SoonerCare, Report to the Health Care Financing Administration from the Urban Institute and Mathematica Policy Research, October 1997. [PR]

Ku L, Coughlin T, The Use of Sliding Scale Premiums in Subsidized Insurance Programs, Urban Institute Working Paper, March 1997. [PR]

Ku L, Coughlin T, How the New Welfare Reform Law Affects Medicaid, Assessing New Federalism Policy Brief No. A-7, the Urban Institute, February 1997. [PR]

Wooldridge J., Ku L, Coughlin T, Dubay L, Ellwood MR, Rajan S, Hoag S., Reforming State Medicaid Programs: First Year Implementation Experiences from Three States, Mathematica Policy Research, January 1997. [PR]

Wooldridge J, Ku L, Coughlin T, Dubay L, Ellwood MR, Rajan S, Hoag S. Implementing State Health Care Reform: What Have We Learned from the First Year? The First Annual Report of the Evaluation of Health Reform in Five States. Report to the Health Care Financing Administration, from Mathematica Policy Research Inc. and the Urban Institute, December 1996. [PR]

Ku L, Wade M, Dodds S. How Cost-Reimbursement Affected Patients, Health Centers and Medicaid: The Federally Qualified Health Center Program, Report to the Health Care Financing Administration, from the Urban Institute and Mathematica Policy Research, Inc., August 1996.

Long S, Ciemnecki A, Coughlin T, Kenney G, Ku L, Mitchell J, Rajan S, Rosenbach M, Thornton C, Wade M, Zuckerman S. Designing an Evaluation of the Medicaid Health Reform Demonstrations, Report to the Health Care Financing Administration, from the Urban Institute, Center for Health Economics Research and Mathematica Policy Research, Inc., Feb. 1996.

Holahan J, Coughlin T, Liu K, Ku L, Kuntz C, Wade M, Wall S.  Cutting Medicaid Spending in Response to Budget Caps, Report to the Kaiser Commission on the Future of Medicaid, Sept. 1995. [PR]

Wade M, Ku L, Dodds S. (1995).  The Impact of the Medicaid FQHC Program on Center Users, FQHCs and the Medicaid Program, Urban Institute Working Paper 06428-03, May 1995.

Ku L, Coughlin T.  Medicaid Disproportionate Share and Related Programs: A Fiscal Dilemma for the States and the Federal Government, Report to the Kaiser Commission on the Future of Medicaid from the Urban Institute, December 1994.

Holahan J, Coughlin T, Ku L, Lipson D, Rajan S. Increasing Insurance Coverage through Medicaid Waiver Programs, Urban Institute Working Paper 06433-005-01, November 1994.

Rajan S, Coughlin T, Ku L, Holahan J, Lipson, D. Increasing Insurance Coverage through Medicaid Waiver Programs: Case Studies, Urban Institute Working Paper 06433-005-02, November 1994.

Ku L, Publicly Supported Family Planning in the United States: Financing of Family Planning Services. Report to the Kaiser Family Foundation, The Urban Institute, June 1993.

Holahan J, Coughlin T, Ku L, Heslam D, Winterbottom C,  The States' Response to Medicaid Financing Crisis: Case Studies Report, Health Policy Center Report 6272-02, The Urban Institute, December 1992 (revised).

Sonenstein F, Ku L, Juffras J, Cohen B. Promising Prevention Programs for Children,  Report to the United Way of America, The Urban Institute, March 1991.

Ellwood MR, Ku L. Summary and Policy Recommendations: Studies on Health Care Services to Severely Disabled Children, Report Submitted to the Office of the Assistant Secretary for Planning and Evaluation, DHHS, Lexington, MA: SysteMetrics/ McGraw-Hill, August 1990.

Ku L, Who's Paying the Big Bills?: Very High Cost Pediatric Hospitalizations in California in 1987, Report to Office of the Assistant Secretary for Planning and Evaluation, DHHS, Lexington, MA: SysteMetrics/McGraw-Hill, August 1990.

Sonenstein F, Ku L, Adams EK, Orloff T.  Potential Research Strategies to Evaluate the Effect of Transitional Medicaid and Child Care Benefits, Report to the Office of the Assistant Secretary for Planning and Evaluation, DHHS, Lexington, MA: SysteMetrics/McGraw-Hill, May 1990.

### HIV/AIDS and Reproductive Health

Lindberg L, Ku L, Sonenstein F.  Minor Mothers and Adult Fathers: Age Differences Between Teen Mothers and Their Partners,  Urban Institute Working Paper, 1996.

Sonenstein FL., Pleck JH, Ku L. Why Young Men Don't Use Condoms: Factors Related to Consistency of Utilization, Sexuality and American Policy Seminar Series, Kaiser Family Foundation and American Enterprise Institute for Public Policy Research, Washington, D.C., May 1995.

Ku L and the NSAM Study Team, Preliminary Results of the Pretest for the National Survey of Adolescent Males, Report to the Centers for Disease Control and Prevention and the National Institute for Child Health and Human Development, November 1994.

Ku L, Levine G, Sonenstein F, State STD Reporting Rules and Research Surveys, Report to the Centers for Disease Control and Prevention, September 1994.

Sonenstein F, Pleck J, Ku L, The Male Side of the Equation, TEC Networks, 33:3-4, June 1992.

Sonenstein F, Pleck J, Ku L,  Influences on Adolescent Male Premarital Sexual Behavior, Final Report to the Office of Population Affairs, DHHS from Urban Institute, May 1992.

Sonenstein F, Pleck J, Ku L, Sex and Contraception Among Adolescent Males,  TEC Networks, 29:1-3, June 1991.

Sonenstein F, Pleck J, Calhoun C, Ku L, 1988 National Survey of Adolescent Males: A User's Guide to the Machine Readable Files and Documentation, Data Set G6, Data Archives on Adolescent Pregnancy and Pregnancy Prevention, Los Altos, CA: Sociometrics Corp, 1991.

Sonenstein F, Pleck J, Calhoun C, Ku L, Determinants of Contraceptive Use by Adolescent Males, Final Report to the National Institute for Child Health and Human Development, Urban Institute, February 1991.

### Food and Nutrition Policy

Ku L, Debating WIC, The Public Interest, 135: 108-12, Spring 1999. [PR]

Ku L, Cohen B, Pindus N. Full Funding for WIC: A Policy Review, Washington, DC: Urban Institute Press, 1994.

Ku L, Long S, Brayfield A. and others, Low-Income Children's Nutritional Needs and Participation in USDA's Food Assistance Programs.  Final Report to the Food and Nutrition Service, USDA from the Urban Institute, September 1993.

Ku L, Institutional Participation in the National School Lunch and Breakfast Programs, Final Report to the Food and Nutrition Service, USDA from the Urban Institute, March 1993.

Ku L, Reported Meal Production Costs and Reimbursement Rates in the National School Lunch Program, Draft Report to the Food and Nutrition Service, USDA from the Urban Institute, April 1992.

Ku L, Brayfield A, and others, Evaluation of Low-Income Children's Nutritional Needs and Participation in USDA's Food Assistance Programs: Conceptual Assessment.  Report to Food and Nutrition Service, USDA from the Urban Institute, February 1992.

Ku L, McKearn M. Effects of the Temporary Emergency Food Assistance Program (TEFAP) on Displacement of Commercial Sales, (with the Economic Research Service and Mathematica Policy Research), Report to Congress, U.S. Dept. of Agriculture, August 1987.*  [PR]

Ku L, Dalrymple R., Differences Between SIPP and Food and Nutrition Service Program Data on Child Nutrition and WIC Program Participation, Survey of Income and Program Participation (SIPP) Working Papers, No. 8707, Bureau of the Census, May 1987.

Ku L, Nutritional Research Relating to Infant Feeding in the WIC Program, Report to the Assistant Secretary for Food and Consumer Services, June 1986.*

Richman L, Hidelbaugh T, McMahon-Cox N, Ku L, Dayton CM, Goodrich N.  Study of WIC Participant and Program Characteristics, Report to Congress, Food and Nutrition Service, U.S. Dept. of Agriculture (with Ebon Research Systems and Abt Associates Inc.), April 1986. [PR]

Ku L, Abbot J, Forchheimer M. The Feasibility, Costs and Impacts of a Universal School Lunch Program, Draft Report to Congress, U.S. Dept. of Agriculture, June 1985.

Puma M, Ku L, Economic Analysis of the Temporary Emergency Food Assistance Program, Report to Congress, Food and Nutrition Service, U.S. Dept. of Agriculture, May 1985.* [PR]

Ku L, Nichols A. Report on the Food Bank Demonstration Project, Report to Congress, Food and Nutrition Service, U.S. Dept. of Agriculture, April 1984.* [PR]

*       These reports were issued as official Agency or Department reports with no listed authors.  In addition, Leighton Ku wrote numerous proposed and final regulations and legislative and budget reports while on the staff of the Food and Nutrition Service.  In many cases, these were published in the Federal Register, Congressional Record and related Federal series.

## Selected Presentations and Testimony

Ku L.  Preliminary Thoughts on Costs and Savings Associated with Community Health Centers. Memo to Senate HELP Committee. Feb. 23, 2023.  Included as part of testimony by Robert Nocon to the Senate HELP Committee hearing on costs and savings of community health centers.  March 2, 2023.

Ku, L. Premiums, Navigators, and Advertising in the ACA Marketplace.  Discussant.  Association for Public Policy and Management Research Conference, Washington, DC. Nov. 18, 2022.

Ku L.  Medicaid Smoking and Behavioral Health. Web panel for CDC Office of Smoking and Health Leadership and Sustainability meeting.  Oct. 19, 2022.

Ku L, Vichare A.  The Association of Racial and Ethnic Concordance in Primary Care with Patient Satisfaction and Experience of Care. Poster presented at AcademyHealth Annual Research Conference. Washington DC June 6, 2022.

Ku L.  Virtual Panel Presentation on Unwinding in North Carolina. North Carolina Metro Chamber Federation, May 6, 2022.

Ku L.  Structural Racism in Medicaid.  Presentation for Leonard Davis Institute, Univ of Pennsylvania, Webinar.  April 15, 2022.

Ku L.  Update on the Affordable Care Act and Health Insurance in the District.  Briefing to HBX Assisters.  Sept. 7, 2021.

Ku L.  Medicaid Expansion Can Be a Shot in the Arm for North Carolina's Economy.  Presentations at sessions sponsored by Care4Carolina in Guilford and Forsyth Counties, NC.  Aug. 3-4, 2021.  Similar talk to Cone Health Foundation Board, June 9, 2021.

Ku L, Jewers M. Health Access for Immigrant Children. In the Same Family But Not Treated the Same:

Noncitizen & Citizen Siblings.  Health Affairs Briefing, July 20, 2021, national webinar.

Ku L.  Medicaid and Smoking: Still a Public Health Crisis.  National webinar for Self-Made Health Network (for CDC), May 25, 2021.

Ku L.  Immigrants and Community Health Centers.  Webinar for the Geiger Gibson./RCHN Community Health Foundation series.  March 1, 2021.

Ku L.  Tracking Medicaid Tobacco Cessation Utilization.  Presented to American Lung Association State Affiliates.  Dec. 14, 2020.

Ku L.  17th Annual Immigration Law and Policy Conference: Georgetown Law School, Migration Policy Institute and Catholic Legal Immigration Network. The Two Pandemics: How COVID-19 and Systemic Racism Affect Immigrants and Their Families.  Sept. 22, 2020.

Ku L.  Immigrant Health Court Declarations.  Protecting Immigrant Families.  Aug. 12, 2020.

Ku L.  Webinar: Health Policy Responses to Covid-19.  George Washington Univ. April 9, 2020.

Han X, Ku L. Enhancing Staffing in Rural Community Health Centers Can Improve Behavioral Health Care.  Health Affairs press briefing, National Press Club, Washington DC, Dec. 4, 2019

Ku, L.  Testimony: Economic and Employment Benefits of Expanding Medicaid in North Carolina.  Field Hearing, North Carolina Assembly.  Winston-Salem, NC.  Aug. 16, 2019.  Similar presentation at Field Hearing, North Carolina Legislature, Raleigh, NC, Oct. 1, 2019.

Ku L.  Current Threats to Medicaid.  Dialogue on Diversity.  Unidos US.  Washington, DC. June 26, 2019.

Ku, L, Rosenbaum S, Keith K, Blumberg L, Sidhu A. Health Policy Goes to Court: Collaborations of Law and Research. AcademyHealth Annual Research Conf. Washington, DC. June 2, 2019

Ku L, Brantley E, Pillai D.  The Effects of SNAP Work Requirements in Reducing Participation and Benefits. AcademyHealth Annual Research Conf. Washington, DC. June 4, 2019

Brantley E, Pillai D, Ku L. Factors Affecting Enrollment in Public Programs.  AcademyHealth Annual Research Conf. Washington, DC. June 2, 2019

Ku, L.  Immigrants and American Health Policy. Boston College.  Global Migration Conference: Inclusion and Exclusion. Boston MA April 12, 2019.

Ku, L.  Medicaid Policy in the States.  Scholars Strategy Network National Leadership Conference, Washington DC.  Jan. 18, 2019.

Ku, L.  Health Insurance Coverage for DC Latinos.  DC Latino Health Leadership Symposium. Washington DC.  Jan. 9, 2019.

Seiler N, Ku L.  Medicaid's Role in Addressing the Opioid Crisis.  GW seminar, Nov. 16, 2017.

Ku L. Medicaid: Addressing Tobacco & Opioid Addictions.  Presentation at Addressing Addiction: Policy Prescriptions to Preventing Opiate Abuse and Tobacco Use.  Health Policy Institute of Ohio, Columbus, OH, Sept. 26, 2017.

Ku L.  Economic and Employment Effects of the Better Care Reconciliation Act.  Testimony to the Maryland Legislative Health Insurance Coverage Protection Commission, Maryland House of Delegates, Annapolis, MD.  Aug. 1, 2017.  Similar presentation at REMI webinar, Aug. 2, 2017.

Ku L.  Economic and Employment Effects of the American Health Care Act.  Presentation at AcademyHealth Annual Research Conference, New Orleans, June 25, 2017.  Similar presentations at Policy in the Trump Era: National, State, and Regional Economic Impacts Conference, Hall of States, Washington, D.C. June 19, 2017 and at Medicaid Policy Conference, Council of State Governments, Washington, DC, June 29, 2017.

Ku L.  Repealing Obamacare: Effects on the Health Workforce.  Presentation at AcademyHealth Annual Research Conference, New Orleans, June 26, 2017.

Brantley E, Ku L.  Promoting Tobacco Cessation: The Role of Medicaid and Other Policies.  Poster at AcademyHealth Annual Research Conference, New Orleans, June 26, 2017.

Ku L.  The Future of Medicaid.  Conference on Obamacare After Obama.  Southern Illinois Healthcare/Southern Illinois University School of Law.  Springfield, IL, May 19, 2017.

Brantley E, Ku L.  Linking Data to Uncover Medicaid's Role in Cessation.  National Conference on Tobacco or Health, Austin TX, March 23, 2107.

Ku L.  The Future of Medicaid and the Safety Net.  Health Policy Expert Series.  Milken Institute School of Public Health.  March 21, 2017.

Ku L.  Financial Consequences of ACA Repeal. Podcast, Feb. 15, 2017 http://www.commonwealthfund.org/interactives-and-data/multimedia/podcasts/new-directions-in-health-care/the-impact-of-aca-repeal

Ku L.  Repealing Health Reform: Economic and Employment Consequences for States.  REMI Seminar, Washington, DC.  Jan. 27, 2016.  Similar national webinar Feb. 1, 2017.

Ku L.  Pay for Success Demonstrations of Supportive Housing for Chronically Homeless Individuals: The Role of Medicaid.  Association for Public Policy and Management Research Conference, Washington, DC.  Nov. 4, 2016.

Ku L.  Immigrants and Community Health Centers.  Pennsylvania Association of Community Health Centers, Lancaster PA.  Oct. 12, 2016.

Ku L.  Moving Medicaid Data Forward (discussant).  Mathematica Policy Research, Washington, DC Oct. 11, 2016.

Ku L.  Medicaid Can Do More to Help Smokers Quit, Michael Davis Lecture, University of Chicago, Oct. 4, 2016.  Similar seminar at Univ. of Maryland, Sept. 15, 2016.

Ku L, Borkowski L.  Publish or Perish: Advice for Publishing for Peer-Reviewed Journals in Health Policy. GW Department of Health Policy & Management seminar, Sept. 20, 2016.

34

Ku L . Family Planning, Health Reform and Potential Restrictions on Coverage or Access,  presented at Contraception Challenged: Putting *Zubik v. Burwell* in Context, sponsored by National Family Planning and Reproductive Health Association meeting at Capitol Visitors Center, Washington, DC, June 7, 2016.

Ku L Russell T. et al.  Debate on the Role of Public Programs in Care for the Poor.  Benjamin Rush Institute, Washington, DC, April 1, 2016.

Brantley E, Ku L. Improved Access and Coverage Under The ACA: Are Immigrants at the Table?, presented at GW Research Day, March 30, 2016.  (Won prize for best policy and practice research.)

Ku L. The Role of the Health Care Safety Net, Virginia Commonwealth University, Richmond, March 17, 2016.

Ku L, Steinmetz E, Bysshe T.  Medicaid Continuity of Coverage in an Era of Transition.  Webinar for Association of Community-Affiliated Plans, Nov. 2, 2015.

Ku L Bruen B, Steinmetz E, Bysshe T.  Trends in Tobacco Cessation Among Medicaid Enrollees, presented at AcademyHealth Annual Research Meeting, Minneapolis, June 15, 2015.

Ku L. Using Economic Impact Analysis in Medicaid Advocacy, presented at AcademyHealth Annual Research Meeting, Minneapolis, June 13, 2015.

Ku L. The Translation of Health Services Research into Policy Related to the Affordable Care Act, Presented at American Association of Medical Colleges, March 20, 2015.

Ku L.  Policy and Market Pressures on Safety Net Providers, National Health Policy Conference, Feb. 10, 2015.

Ku L. 'Economic and Employment Costs of Not Expanding Medicaid in North Carolina, Cone Health Foundation, Greensboro, NC, Jan. 9, 2015.

Ku L . Health Reform: How Did We Get Here, What the Heck Is Going On and What Next?
Keynote Address: Medical Librarians Association, Alexandria VA, Oct. 20, 2014.

Ku L. Health Reform and the Safety Net.  Testimony before Maryland Community Health Resources Commission.  Annapolis, MD, Oct. 2, 2014.

Ku L. Some Key Issues in Health Reform. Presented at American Association for the Advancement of Science Health Policy Affinity Group Meeting, Washington, DC July 24, 2014.

Ku L, Curtis D. Barlow P.  District of Columbia's Health Benefits Exchange at the Launch of a State-Based Exchange: Challenges and Lessons Learned Georgetown Law School Summer Session on Health Reform,  July 23, 2014.

Ku L.  The Big Picture on Medicaid for State Legislators  Presented at Council of State Governments. Medicaid Workshop for Health Leaders, Washington, DC June 20, 2014.

Ku L, Frogner B, Steinmetz E, Pittman P.  Many Paths to Primary Care: Flexible Staffing and Productivity in Community Health Centers, Presented at Annual Research Conference AcademyHealth, San Diego, CA, June 10, 2014.

Ku L, Zur J., Jones E, Shin, P, Rosenbaum S.  How Medicaid Expansions and Post-ACA Funding Will

Affect Community Health Centers' Capacity.  Presented at Annual Research Conference AcademyHealth, San Diego, CA, June 9, 2014.

Ku L.  Critical Issues for Community Health Centers, Alliance for Health Reform briefing, Commonwealth Fund, Washington, DC.  May 16, 2014.

Ku L.  Immigrants' Health Access: At the Nexus of Welfare, Health and Immigration Reform, Keynote talk at Leadership Conference on Health Disparities, Harvard Medical School, Boston, MA May 6, 2014.

Ku L.  Wellness and the District of Columbia. District of Columbia Chamber of Commerce forum, Washington, DC, March 11, 2014.

Ku L.  Health Care for Immigrant Families: A National Overview. Congressional Health Justice Summit, Univ. of New Mexico - Robert Wood Johnson Center for Health Policy, Albuquerque, NM, Sept. 7, 2013.

Ku L.  Health Reform: Promoting Cancer Prevention and Care.  Talk to DC Citywide Navigators Network, Washington, DC, July 15, 2013.

Ku L.  Analyzing Policies to Promote Prevention and Health Reform.  Seminar at the Centers for Disease Prevention and Promotion, Atlanta, GA.  July 10, 2013.

Ku L.  Medicaid: Key Issues for State Legislators.  Council on State Governments, Medicaid Workshop for Health Leaders, Washington, DC, June 22, 2013.

Ku L, Steinmetz E.  Improving Medicaid's Continuity of Care: An Update.  Association of Community Plans Congressional Briefing, May 10, 2013.

Ku L (with Brown C, Motamedi R, Stottlemeyer C, Bruen B) Economic and Employment Impacts of Medicaid Expansions.  REMI Monthly Policy Seminar, Washington, DC, April 24, 2013.

Ku L.  Building Texas' Primary Care Workforce, Legislative Briefing: Health Care Coverage Expansion & Primary Care Access in Texas, Center on Public Priorities and Methodist Healthcare Ministries, Texas Capitol, Austin, TX, Mar. 8, 2013

Ku L, Jewers M.  Health Care for Immigrants: Policies and Issues in a New Year. Presentation to Conference on  After the Election: Policies Affecting Young Children of Immigrants, Migration Policy Institute, Washington, DC, Jan. 17, 2013.

Ku L.  Health Reform and the New Health Insurance Exchanges: Issues for Indiana Families, Indiana Family Impact Seminar at Indiana State Legislature, Nov. 19, 2012.

Ku L.  Pediatric Preventive Medical and Dental Care: The Role of Insurance and Poverty, AcademyHealth Annual Research Meeting, Orlando, FL, June 24, 2012.

Ku L.  A Medicaid Tobacco Cessation Benefit: Return on Investment, Webinar for Partnership for Prevention and Action to Quit, Feb. 8, 2012.

Ku L.  Safety Net Financing Issues, Webinar for National Workgroup on Integrating a Safety Net, National Academy for State Health Policy, Feb. 6, 2012

Ku L.  How Medicaid Helps Children: An Introduction.  Briefing to Congressional Children's Health

Caucus, Jan. 25, 2012

Ku L. Market Access Webinar: Provider Access: Coordinating Medicaid & Exchanges: Continuity of Services & the Role of Safety Net Providers, Webinar for Center for Consumer Information and Insurance Oversight, Centers for Medicare & Medicaid Services, Dec. 15, 2011.

Ku L. The Safety Net: An Evolving Landscape, Presented to Grantmakers in Health, Washington, DC. Nov. 3, 2011.  [Similar talks in Orlando, FL to Blue Cross Blue Shield of Florida Foundation, Feb. 17, 2012 and in Williamsburg, VA to Williamsburg Community Health Foundation Apr. 3, 2012 and to Virginia Health Foundation, Nov. 13, 2012]

Ku L. Open Access Publishing.  Presented at forum for GW Medical Center faculty and staff, Oct. 24, 2011.

Ku L, Levy A.  Implications of Health Reform for CDC's Cancer Screening Programs: Preliminary Results, Presentation to National Breast and Cervical Cancer Early Detection Program and Colorectal Cancer Control Program Directors Meeting, Atlanta, GA, Oct. 21, 2011.

Ku L. Coordinating Medicaid & Exchanges: Continuity of Services & the Role of Safety Net Providers, Presented to America's Health Insurance Plans, Washington, DC. Sept. 16, 2011.

Ku L. The Potential Impact of Health Reform on CDC's Cancer Screening Programs: Preliminary Results, Presented to NBCCEDP Federal Advisory Committee Meeting, Atlanta, GA, Jun. 17, 2011.  (Similar presentations to the American Cancer Society, Sept. 2011.)

Ku L. Crystal Balls and Safety Nets: What Happens After Health Reform?  Presented at AcademyHealth, Seattle, WA, June 2011.

Ku L. Strengthening Primary Care to Bend the Cost Curve: Using Research to Inform U.S. Policy, International Community Health Center Conference, Toronto, Canada, June 2011

Ku L. Integrating/Coordinating Care for Safety Net Providers: Issues and Local Examples, International Community Health Center Conference, Toronto, Canada, June 2011.

Ku L. Health Reform: Federal Implementation and More Unanswered Questions Presented at American Society of Public Administration, Baltimore, MD, Mar. 14, 2011.

Ku L.  Key Issues in the Confusing World of Health Reform, Presented to Industrial College of the Armed Forces, National Defense University, Washington, DC, Feb. 25, 2011.

Ku L. Reducing Disparities and Public Policy Conflicts, Institute of Medicine Workshop on Reducing Disparities in Life Expectancy, Washington, DC, Feb. 24, 2011.

Ku L. Primary Care, Hospitalizations and Health Reform, American Enterprise Institute Workshop, Washington, DC, Feb. 17, 2011.

Ku L. The Promise and Perils of Health Policy for Asians in the United States, Invited keynote talk at 4th International Asian Health and Wellbeing Conference, Univ. of Auckland, New Zealand, NZ, July 6, 2010.  Similar talk at symposium sponsored by the New Zealand Office of Ethnic Affairs, Wellington, NZ, July 8, 2010.

Ku L, Strengthening Primary Care to Bend the Cost Curve: The Expansion of Community Health Centers Through Health Reform, Briefing for Senate and House staff and media, convened by Sen. Bernie Sanders (VT), Russell Senate Office Building, June 30, 2010.

Ku L. Ready, Set, Plan, Implement.  Executing Medicaid's Expansion, *Health Affairs* Conference on Health Reform, Washington, DC, June 8, 2010.

Ku L. Coordinating Care Among Safety Net Providers, Primary Care Forum, National Academy of State Health Policy, Alexandria, VA, June 2, 2010.

Ku L. Title VI: The Role of Culturally Competent Communication in Reducing Ethnic and Racial Health Care Disparities, National Minority AIDS Education and Training Center Spring Symposium, Howard Univ.  May 29, 2010.

Ku L. American Health Reform as Massive Incrementalism, American Association for Budget and Program Analysis, Nov. 24, 2009.

Ku L. The Health Care Safety Net and Health Reform, National Academy of Public Administration, Conference on Health Care for the Future, Nov. 22, 2009.

Ku L. The Health of Latino Children, National Council of La Raza Symposium on Latino Children and Youth, Oct. 22, 2009.

Ku L. What the Obama Administration Will Mean for Child Health, AcademyHealth preconference session on Child Health, Chicago, IL June 2009.

Ku L. Immigrants and health reform,  6th Annual Immigration and Law Conference, Georgetown Univ. Law School, Migration Policy Institute and Catholic Legal Immigration Network, Washington, DC, June 24, 2009.

Ku L. From the Politics of No! to the Potential for Progress, invited keynote talk about immigrant policy and research to Society for Research in Child Development, Denver, CO, April 1, 2009.

Ku L. Strengthening the Primary Care Safety Net, National Association of Community Health Centers, Policy and Issues Conference, March 26, 2009.

Ku L. The Dial and the Dashboard: Assessing the Child Well-Being Index, Presentation to the Board of the Foundation for Child Development, March 3, 2009.

Ku L. Key Data Concerning Health Coverage for Legal Immigrant Children and Pregnant Women, invited presentation to Senate staff, Jan. 13, 2009.

Ku L. Comparing the Obama and McCain Health Plans, George Washington Univ. Medical School Alumni Conference, Sept. 27, 2008.

Ku L. The Future of Medicaid, Medicaid Congress, sponsored by Avalere Health and Health Affairs, Washington, DC, June 5, 2008.

Ku L. A Brief Appreciation of Health Advocates: Progress Made, Some Setbacks, Challenges Ahead, Public Interest Law Center of Philadelphia Conference, Philadelphia, PA, May 14, 2008.

Ku L. Financing Health Care Reform in New Jersey: Making Down Payments on Reform, Rutgers-AARP Conference, New Brunswick, NJ. Mar. 18, 2008

Ku L, Perez T, Lillie-Blanton M.  Immigration and Health Care-What Are the Issues, Kaiser Family Foundation Health Cast, webcast interview March 12, 2008.

Ku L. How Research Might Affect SCHIP Reauthorization, Child Health Services Research Meeting at AcademyHealth, Orlando, FL, June 2, 2007.

Ku L. Immigrant Children and SCHIP Reauthorization, Capital Hill Briefing conducted by the Population Resource Center, April 20, 2007.

Ku L. Health Policy and Think Tanks, Robert Wood Johnson Health Policy Fellows, Institute of Medicine, June 2006.  Similar talk in other years.

Ku L. Medicaid Reform and Mental Health, National Alliance for the Mentally Ill, Annual Conference, Austin, TX, June 20, 2005.

Ku L. Cost-sharing in Medicaid and SCHIP: Research and Issues, National Association of State Medicaid Directors, Washington, DC, Nov. 18, 2004.  Similar talk given to National Academy of State Health Policy, St. Louis, MO, Aug. 2, 2004.

Ku L. Coverage of Poverty-Level Aged and Disabled in Mississippi's Medicaid Program, Testimony to Mississippi Senate Public Health and Welfare Committee, Aug. 24, 2004

Ku L. Medicaid Managed Care Issues, Testimony to Georgia House of Representatives Appropriations Committee, March 2, 2004.

Ku L. Medi-Cal Budget Issues, Testimony to Joint Hearing of California Senate Budget and Health and Human Services Committees, Feb. 26, 2003.

Ku L .New Opportunities to Improve Health Care Access and Coverage, American College of Emergency Physicians, May 1, 2001.

Ku L,. Medicaid DSH and UPL: Perplexing Issues, National Association of Public Hospitals Health Policy Fellows Conference, Washington, DC, Mar. 20, 2001.

Ku L, Insurance Coverage and Health Care Access for Immigrant Families, Testimony Before the U.S. Senate Finance Committee, Washington, DC, March 13, 2001.

Ku L. Increasing Health Insurance Coverage for Low-Income Families and Children, Insuring the Uninsured Project Conference, Sacramento, CA, Feb. 13, 2001.

Ku L, Concerning the Healthy Families Program Parent Expansion Proposal, Testimony
Before a Joint Hearing of the California Senate Health and Human Services and Insurance Committees and Budget and Fiscal Review Subcommittee # 3, Sacramento, CA, January 30, 2001.

Ku L, Insurance Trends and Strategies for Covering the Uninsured, National Health Law Program Conference, Washington, DC, Dec. 3, 2000.

Ku L, Improving Health Care Access and Coverage: New Opportunities for States in 2001, Midwest Leadership Conference, Council of State Governments, Minneapolis, MN, August 6, 2000.

Ku L, Health Care for Immigrants: Recent Trends and Policy Issues,  Alliance for Health Reform, Washington, DC, August 2, 2000.  Similar talks in Miami at Florida Governor's Health Care Summit and in San Diego at California Program on Access to Care conference.

Ku L, Matani S, Immigrants' Access to Health Care and Insurance on the Cusp of Welfare Reform, presented at Association for Health Services Research Conference, Los Angeles, CA, June 25, 2000.

Ku L, Matani S. Immigrants and Health Care: Recent Trends and Issues, presented to the Association of Maternal and Child Health Programs meeting, Washington, DC, March 7, 2000.

Ku L, Ellwood MR., Hoag S, Ormond B, Wooldridge J. Building a Newer Mousetrap: the Evolution of Medicaid Managed Care Systems and Eligibility Expansions in Section 1115 Projects, presented at American Public Health Association meeting, Chicago, IL, Nov. 10, 1999.

Ku L. Young Men's Reproductive Health: Risk Behaviors and Medical Care@, presented at D.C. Campaign to Prevent Teen Pregnancy Meeting, Washington, DC, Oct. 19, 1999.

Ku L, Medicaid and Welfare Reform: Recent Data, presented at Getting Kids Covered Conference, sponsored by National Institute for Health Care Management and Health Resources and Services Administration, Washington, DC, Oct. 6, 1999.

Ku L, Garrett B. How Welfare Reform and Economic Factors Affected Medicaid Participation, presented at Association for Health Services Research meeting, Chicago, IL, June 29, 1999.

Ku L. Recent Factors Affecting Young Men's Condom Use, presented to conference sponsored by National Campaign to Prevent Teen Pregnancy and Advocates for Youth, Washington, DC, February 1999.

Medicaid, Welfare Reform and CHIP: The Growing Gulf of Eligibility Between Children and Adults, presented to National Association of Public Hospitals and Health Systems, Washington, DC, and to Generations United, Washington, DC, September 1998.

Ku L. Sliding Scale Premiums and Cost-Sharing: What the Research Shows presented at workshop on CHIP: Implementing Effective Programs and Understanding Their Impacts, Agency for Health Care Policy and Research User Liaison Program, Sanibel Island, FL, June 30, 1998.

Ku L, Sonenstein F, Boggess S, Pleck J. Understanding Changes in Teenage Men's Sexual Activity: 1979 to 1995, presented at 1998 Population Association of America Meetings, Chicago, IL, April 4, 1998.

Ku L. Welfare Reform, Immigrants and Medicaid presented at Annual Meeting of the Association of Maternal and Child Health Programs, Washington, DC, March 9, 1998.  Similar talk presented at Association for Health Services Research Meeting, Washington, DC, June 23, 1998.

Ku L. Medicaid Policy and Data Issues: An Overview presented to National Committee on Vital and Health Statistics, DHHS, September 29, 1997.

Ku L. How Welfare Reform Will Affect Medicaid Coverage presented to National Ryan White Title IV Program Conference, Washington, DC, November 8, 1996.

Ku L, Rajan S, Wooldridge J, Ellwood MR, Coughlin T, Dubay L. Using Section 1115 Demonstration Projects to Expand Medicaid Managed Care in Tennessee, Hawaii and Rhode Island, presented at Association of Public Policy and Management, Pittsburgh, Nov.  1, 1996.

Ku L. The Federal-State Partnership in Medicaid: Is Divorce Inevitable or Would Therapy Be Enough? presented to Council of State Governments Conference on Managing the New Fiscal Federalism, Lexington, KY, May 10, 1996.

Ku L. The Male Role in the Prevention of Teen Pregnancy, presented to the Human Services Committee, National Council of State Legislatures, Washington, DC, May 9, 1996

Ku L. Implications of Converting Medicaid to a Block Grant with Budget Caps, presented to American Medical Association State Legislation Meeting, Aventura, FL, Jan. 1996 and to the American Psychiatric Association Public Policy Institute, Ft. Lauderdale, FL, March 1996.

Ku L. Medicaid: Program Under Reconstruction, presented at Speaker's Forum at New York City Council, September 12, 1995.

Ku L.  State Health Reform Through Medicaid Section 1115 Waivers, presented at Pew Health Policy Conference, Chicago, IL, June 3, 1995.

Ku L. Setting Premiums for Participants in Subsidized Insurance Programs, presented at Conference on the Federal-State Partnership for State Health Reform, sponsored by HCFA, the National Academy of State Health Policy and RTI, March 15, 1995.

Ku L.  Medicaid Disproportionate Share and Related Programs: A Fiscal Dilemma for the Federal Government and the States, with Teresa Coughlin, presented to the Kaiser Commission on the Future of Medicaid, November 13, 1994.

Ku L.  Full Funding for WIC: A Policy Review, with Barbara Cohen and Nancy Pindus, presented at Dirksen Senate Office Building, Washington, DC, in a panel hosted by the Center on Budget and Policy Priorities, Bread for the World, the Food Research and Action Center and the National Association of WIC Directors, May 5, 1994.

Ku L. The Financing of Family Planning Services in the U.S., presented at the Institute of Medicine, National Academy of Sciences on February 15, 1994 and at the American Public Health Association meeting, San Francisco, CA, October 25, 1993.

Ku L. Using SUDAAN to Adjust for Complex Survey Design in the National Survey of Adolescent Males, with John Marcotte and Karol Krotki, briefing at National Institute of Child Health and Human Development, Rockville, MD, April 2, 1992.

Ku L.  The Association of HIV/AIDS Education with Sexual Behavior and Condom Use Among Teenage Men in the United States with Freya Sonenstein and Joseph Pleck, presented at the Seventh International Conference on AIDS, Florence, Italy, June 1991.

Ku L.  Patterns of HIV-Related Risk and Preventive Behaviors Among Teenage Men in the United States, with Freya Sonenstein and Joseph Pleck, paper presented at the Sixth International Conference on AIDS, San Francisco, CA, June 23, 1990.

Ku L.  Trends in Teenage Childbearing, Pregnancy and Sexual Behavior, paper presented at the American Sociological Association Meeting, Washington, D.C., August 15, 1990.

Ku L.  Research Designs to Assess the Effect of WIC Participation by Pregnant Women on Reducing Neonatal Medicaid Costs, briefing to Congressional staff, February 1987.

Ku L.  Testimony about the Special Supplemental Food Program for Women, Infants and Children (WIC), with Frank Sasinowski, presented to House Education and Labor Committee on behalf of the American Public Health Association, March 1983.

## Media

Leighton Ku has extensive experience with electronic and print media.  He has been interviewed by ABC, NBC, CBS, Fox, PBS, National Public Radio, CNN, Bloomberg TV, BBC and other television or radio news broadcasts and webcasts.  He has been quoted or his research has been cited in the *New York Times, Los Angeles Times, Washington Post, Wall Street Journal, USA Today, Christian Science Monitor, Congressional Record, Huffington Post, Forbes, Fortune, US News and World Report, Politico, The Hill, Buzzfeed,* and trade publications, such as *Modern Health Care, Nation's Health*, *CQ HealthBeat, Kaiser Health News*, etc.  He has been an online contributor to the *Washington Post.*  He was a regular panelist on a radio talk show about health policy, broadcast on WMAL in the Washington DC region.  He has been cited as an expert by *PolitiFact* and related fact-checking sources.

## Service and Honors

One of the top reviewers, *Annals of Internal Medicine,* March 2023.

Social Science Research Network, one of five/ten most downloaded papers in several economics and social policy fields, March-June 2022.

Article by Jewers and Ku selected as one of the top articles in *Health Affairs* for 2021, as selected by the Editor, January 2022.

Member, Executive Board, District of Columbia Health Benefits Exchange Authority (2012-now) (The board governs the new health insurance exchange for the District of Columbia, based on the Patient Protection and Affordable Care Act.  This is a voluntary, unpaid position, appointed by the Mayor and approved by the City Council.  I was reappointed in 2018.) Chair of the Research Committee.  Led working groups that developed the financial sustainability plan for the Exchange, dental plans, standardized benefit plans and changes required in light of threats to the Affordable Care Act.

One of three top reviewers of the year, *Milbank Quarterly,* December 2019

Social Science Research Network, one of five most downloaded papers in field, Oct-Dec. 2018.

Commonwealth Fund, two of the top ten most frequently downloaded reports (2017).

Commonwealth Fund, one of top ten most frequently downloaded reports (2006).

Award for promoting racial and economic justice, Mississippi Center for Justice, 2005

Service award from the National WIC Directors Association (2002).

*Choice* (the magazine of the American Library Association for academic publications), top ten academic books of the year (1994)

Pew Health Policy Fellow, Boston University and Brandeis University, 1987-1990.

Public Health Service traineeship, University of California, Berkeley, 1976-79.

**Other Service**

Reviewer, Harvard University Press, 2023

Reviewer, Robert Wood Johnson Foundation, Systems for Action proposals, 2021-22

Faculty member, Delta Omega, public health honorary society, 2022-now

Member, APT Committee, Exercise and Nutrition Sciences Dept.  2021-2

Advisory Board Member, Immigration Research Initiative, New York, Dec. 2021-now.

Organized monthly HPM Research and Policy Issues Seminar Series, 2020-now

Conducted faculty equity analyses for the Dean, Milken Institute School of Public Health, 2019-now

Submitted expert witness declaration in a federal lawsuit regarding the President's proclamation which would have denied visas to those without approved forms of health insurance, Declaration in Support of Plaintiffs' Motion for a Preliminary Injunction (regarding Presidential Proclamation on Visas and Health Insurance), *John Doe #1, et al. v Donald Trump, et al.*  United States District Court, District of Oregon, filed November 8, 2019.  [Resulted in an injunction prohibiting implementation of the visa denials.]

Submitted expert witness declaration in federal lawsuits on public charge regulations and health, including *La Clinica de la Raza, et al. v. Donald Trump, et al.*  United States District Court, Northern District of California, September 1, 2019.  *Make the Road New York, et al v Ken Cucinelli, et al.*  United States District Court, Southern District of New York, Sept. 9, 2019.  *State of New York, et al. v. U.S. Department of Homeland Security, et al.*  United States District Court, Southern District of New York, Sept. 9, 2019. [Ultimately resulted in injunctions prohibiting implementation of the public charge regulations.]

Helped develop and cosigned *amicus* briefs on behalf of public health scholars in key federal lawsuits, including *King v Burwell* (health insurance exchanges), *Stewart v Azar* (approval of Kentucky work requirement waiver, versions 1 and 2), *Gresham v Azar* (approval of Arkansas work requirements). *Texas v Azar* (constitutionality of ACA), *Philbrick v Azar* (approval of New Hampshire work requirement) and *Massachusetts v. US Dept of Health and Human Service* (contraceptive mandate).

Parliamentarian, Milken Institute School of Public Health, 2019

Member, Technical Expert Panel, AHRQ Panel on Future of Health Services Research, RAND, 2019.

Served as expert witness in federal lawsuits on immigration and health, including *State of Texas v United States and Perez* and *State of New York v Trump* (Deferred Action for Childhood Arrivals). 2018.

Co-Director, PhD Health Policy Program.  First at GW Trachtenberg School of Public Policy and Administration, now at Milken Institute School of Public Health, 2015-now

Served as search committee member, faculty Dept of Health Policy and Management, 2021, Dept.  chair, Department of Health Policy and Management, 2019 and 2020 and faculty, Dept. of Exercise and

Nutrition Sciences, 2019.

Search committee, Associate Provost for Graduate Studies, George Washington Univ, 2019

Member, AcademyHealth/NCHS Health Policy Fellowship Program board.  2016-present.

Affiliated faculty, Jacobs Institute of Women's Health, 2015-now.

Advisory Board, Remaining Uninsured Access to Community Health Centers (REACH) Project, Univ. of California Los Angeles, 2015-17.

Member, DC Metro Tobacco Research and Instruction Consortium (MeTRIC). 2014- present

Member, Health Workforce Research Institute, GW, 2013-present.

Member, National Advisory Board, Public Policy Center of University of Iowa, 2014-18.

Chair/Vice Chair, Advocacy Interest Group, AcademyHealth, 2014-17.

Member, Advisory Committee on Non-Health Effects of the Affordable Care Act, Russell Sage Foundation, Dec. 2013.

Member, Technical Expert Group on the Affordable Care Act and the National Survey of Family Growth, National Center for Health Statistics, Centers for Disease Control and Prevention, Nov. 2013

Member, Steering Committee, GW Institute of Public Policy, 2013-now

Member, External Review Committee for Department of Family Science for the University of Maryland School of Public Health, 2012.

GW Faculty Senator, representing School of Public Health and Health Services, 2010-12.

Member of numerous University, School and Departmental committees.  2008-present.

Member or chair, numerous faculty and dean search committees, Milken Institute School of Public Health and School of Nursing, George Washington University. 2008-present.

National Institutes of Health, member of various grant review study sections (1996-now).

Invited reviewer.  Committee on National Statistics.  National Academy of Sciences.  Databases for Estimating Health Insurance Coverage for Children.  2010-11.

Grant reviewer.  Robert Wood Johnson Public Health and Law program.  2010.

Invited reviewer, Institute of Medicine report on family planning services in the U.S., 2009.

External reviewer for faculty promotion and tenure for Harvard School of Public Health, Harvard Medical School, Univ. of California at Los Angeles and at San Diego, Boston University, Baruch College, George Mason University, University of Maryland, Emory University, University of Iowa, Kansas University, Portland State University, etc., 2008-present.

44

Submitted expert witness affidavits/declarations in federal, state and local lawsuits including: *Texas v United States* and *New York, et al. v. Trump* (Deferred Action for Childhood Arrivals), *Wood, et al. v. Betlach,* (Medicaid cost sharing), *Lozano v. City of Hazleton* (immigrant rights), *Spry, et al., v. Thompson* (Medicaid cost-sharing), *Dahl v. Goodno* (Medicaid cost-sharing), *Newton-Nations, et al., v. Rogers* (Medicaid cost-sharing) and *Alford v. County of San Diego* (cost-sharing for a local health program).

Board Member and Treasurer, Alliance for Fairness in Reforms to Medicaid (2002-2008)

Urban Institute, founding member, Institutional Review Board (1997-2000)

National Health Research Institute (Taiwan's NIH) grant reviewer (1999).

Urban Institute, member, Diversity Task Force (1995)

Pew Health Policy Fellow, Boston University and Brandeis University, 1987-1990.

## Consultant Services

Mentor, RWJF Fellows Meeting, AcademyHealth Annual Research Conference.  June 2022.
Consultant/Reviewer, RAND Corp. 2019, 2021
Consultant, Georgetown Center for Health Insurance Reform about Equity, 2021
Consortia of law practices, including Justice Action Center, Paul Weiss, National Health Law Program and New York State Attorney General, 2019-2020
Mexican American Legal Defense and Educational Fund, 2018
New Jersey State Attorney General, 2018
New York State Attorney General, 2017
First Hospital Foundation, Philadelphia PA, 2017
Wilmer Hale/Planned Parenthood Federation, 2017
Centers for Disease Control and Prevention, 2016

## Professional Society Memberships and Service

AcademyHealth (formerly Association for Health Services Research), Program Selection Committees (multiple years), chair Advocacy Interest Group (2014-16).
American Public Health Association
Association of Public Policy and Management, Program Selection Committees (many years)

## Editorial Peer Review Service

Reviewer for numerous journals, including *Health Affairs, New England Journal of Medicine, Journal of the American Medical Association, Milbank Quarterly, Pediatrics, American Journal of Public Health, Inquiry, Medical Care,  HSR, Medicare and Medicaid Research Review, American Journal of Preventive Medicine, Family Planning Perspectives, Journal of Association of Public Policy and Management, Nicotine and Tobacco Research, Maternal and Child Health, Journal of Health Care for the Poor and Underserved, JAMA-Internal Medicine, JAMA Health Forum, Annals of Internal Medicine, Public Administration Review* (1990 to now).  In 2017, I reviewed 16 manuscripts for journals.  External reviewer for RAND Corporation, National Academy of Sciences, Oxford Univ. Press, Harvard Univ. Press, etc.

Awarded as one of three top reviewers of the year, *Milbank Quarterly,* December 2019

Associate editor, *BMC Health Services Research,* 2009 – 2013.

45

**Public Health Practice Portfolio**

Member, New York Fiscal Policy Institute Immigration Advisory Group, later called Immigration Research Group, 2021-now

Member, Protecting Immigrant Families Research Group. 2019 to now.

Member, Executive Board, District of Columbia Health Benefits Exchange Authority (2012-now).   The board governs the new health insurance exchange for the District.  (Nominated by the Mayor and appointed by the City Council; reappointed in 2021).  Chair of the IT and Eligibility Committee, Research Committee and various working groups.

Member, Technical Expert Group, the Future of Health Services Research, for Agency for Healthcare Research and Quality, conducted by RAND.  Jan. 2019.

Expert Advisor, Russell Sage Foundation.  Non-health effects of the Affordable Care Act.  (2013).

Expert Advisor, Revisions to the National Survey of Family Growth, National Center for Health Statistics, CDC (2013)

Member, Technical Advisory Committee for Monitoring the Impact of the Market Reform and Coverage Expansions of the Affordable Care Act, sponsored by ASPE. (2013)

Member, Technical Advisory Group for the Design of the Evaluation of the Medicaid Expansion Under the ACA, sponsored by ASPE (2012)

Member, National Workgroup on Integrating the Safety Net, National Academy of State Health Policy, July 2011 – 2013.

Member, National Advisory group for Iowa Safety Net Integration project, 2011-2013.

Foundation for Child Development, Selection Committee, Young Scholars Program, 2008-2015.

Foundation for Child Development, Advisory Committee, Child Well-Being Index, 2008-present

Member, National Advisory Board, Center on Social Disparities on Health, University of California at San Francisco, 2005-2008.

National Campaign to Prevent Teen Pregnancy, Member, Effective Programs and Research Task Force (2000)

**Doctoral Students Mentored/Advised**

**Dissertations Completed**
Prof. Peter Shin (chair)
Prof. Megan McHugh
Dr. Sarah Benatar
Dr. Emily Jones (chair)
Dr. Saqi Cho (chair)
Dr. DaShawn Groves (chair)
Dr. Heitor Werneck

46

Dr. Brad Finnegan (chair)
Dr. Maliha Ali
Dr. Christal Ramos
Prof. Qian (Eric) Luo
Dr. Bill Freeman
Dr. Serena Phillips
Prof. Julia Strasser
Dr. Kristal Vardaman (chair)*
Dr. Brian Bruen
Prof. Xinxin Han (chair)*
Dr. Jessica Sharac (chair)*
Dr. Nina Brown
Dr. Mariellen Jewers (chair)*
Dr. Leo Quigley (chair)*
Dr. Erin Brantley
Dr. Roberto Delhy
Dr. Chelsea Richwine
Dr. Shin Nozaki
Dr. Drishti Pillai (chair)*
Dr, Rachel Landis (chair)*
Dr. Kan Giannastasio

**In Progress**
Thomas Hammang (TSPPPA)
Matthew Rae (chair)
Isabel Platt
Nicholas Chong
Jordan Herring (TSPPPA)

* I use the traditional term "chair," although alternative terminology is that I was the "director" or "advisor", the faculty who worked most closely with the student and directs the dissertation.

**Other Student Advising**

Co-Director, Health Policy PhD Program
Faculty advisor, MPH, health policy.  Provide guidance to about a dozen MPH students per cohort.
Faculty Advisor, GW Health Policy Student Association, 2016-now
Mentor to high school student at DC Schools without Walls, 2020-21
Mentor to high school student at Newark Charter High School, Newark, DE
Faculty mentor to assistant professor (Jun Chu) at University of Maryland, Baltimore County