IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | CIVIL ACTION NO. 6:23-CV-00007 |
| *Plaintiffs*, | § § | |
| vs. | § § | JUDGE DREW S. TIPTON |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § § § | |
| *Defendants,* and | § § | |
| VALERIE LAVEUS, *et al.*, *Intervenor Defendants*. | § § § | |

# [PROPOSED ORDER]

Pending before the Court is Defendants' Joint Motion to Amend Scheduling Order to Permit Resolution of Plaintiff States' Standing In Light of Recent Supreme Court Authority. After reviewing the Motion and any Responses thereto, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Defendants' Joint Motion to Amend Scheduling Order to Permit Resolution of Plaintiff States' Standing In Light of Recent Supreme Court Authority, is hereby GRANTED. The Court amends the schedule as follows:

If the Court *grants* Intervenor Defendants' discovery request (ECF 177):

- Federal and Intervenor Defendants file any Rule 12 motions **21 calendar days** after Plaintiff States produces all additional discovery;

- Plaintiff States file a consolidated response **21 calendar days** later;

- Federal and Intervenor Defendants file replies **14 calendar days** later;

- **All other deadlines are stayed** until the Court rules on outstanding Rule 12 motions, at which time any outstanding deadlines and trial dates will be re-calendared.

If the Court *denies* Intervenor Defendants' discovery request:

- Federal and Intervenor Defendants file any Rule 12 motions **21 calendar days** after the date of the Court's order;

- Plaintiff States file a consolidated response **21 calendar days** later;

- Federal and Intervenor Defendants file replies **14 calendar days** later;

- **All other deadlines are stayed** until the Court rules on outstanding Rule 12 motions, at which time any outstanding deadlines and trial dates will be re-calendared.

SIGNED this _____ day of _____, 2023.

        HONORABLE DREW B. TIPTON
        UNITED STATES DISTRICT JUDGE