UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-007 |
|---|---|---|---|

STATE OF TEXAS, et al.

*versus*

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.

| | |
|---|---|
| Lawyer's Name | Mathura Jaya Sridharan |
| Firm | Office of the Ohio Attorney General |
| Street | 30 E. Broad St., 17th Floor |
| City & Zip Code | Columbus, OH 43215 |
| Telephone & Email | 614-466-8980 mathura.sridharan@ohioago.gov |
| Licensed: State & Number | Ohio 0100811 |
| Federal Bar & Number | Northern District of Ohio |

| Name of party applicant seeks to appear for: | State of Ohio |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7/10/23        Signed: [signature]

The state bar reports that the applicant's status is:

Dated:        Clerk's signature

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____

United States District Judge