United States District Court
Southern District of Texas

**ENTERED**

July 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | ▼ | Case Number | 6:23-cv-007 |
|---|---|---|---|---|

STATE OF TEXAS, et al.

*versus*

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mathura Jaya Sridharan<br>Office of the Ohio Attorney General<br>30 E. Broad St., 17th Floor<br>Columbus, OH 43215<br>614-466-8980 mathura.sridharan@ohioago.gov<br>Ohio 0100811<br>Northern District of Ohio |
|---|---|

| Name of party applicant seeks to appear for: | State of Ohio |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/10/23 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:  Eligible to Practice | |
|---|---|
| Dated:   7/12/2023 | Clerk's signature   Brittany Boniface |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____ July 12, 2023 _____

_____ Drew B Tipton _____
United States District Judge