# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., | : |
|     Plaintiffs, | : |
| v. | : |
| | : Case No. 6:23-cv-007 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., | : |
|     Defendants. | : |

## MOTION OF BENJAMIN M. FLOWERS
## TO WITHDRAW AS COUNSEL

Pursuant to L.R. 83.2, Benjamin M. Flowers requests permission to withdraw as counsel for the State of Ohio. Mr. Flowers is no longer involved in this case. Mathura J. Sridharan will continue to represent the State of Ohio.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Benjamin M. Flowers*
BENJAMIN M. FLOWERS
Ohio Solicitor General
30 East Broad Street, 17th Floor
6l4-466-8980
benjamin.flowers@ohioago.gov

*Counsel for State of Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, this notice was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Benjamin M. Flowers*
BENJAMIN M. FLOWERS