United States District Court
Southern District of Texas
**ENTERED**
July 13, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.,<br>    Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br>    Defendants. | Case No. 6:23-cv-007 |

## ORDER

Having considered the Motion to Withdraw as Attorney as to Benjamin M. Flowers, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Benjamin M. Flowers as attorney for State of Ohio in this case.

IT IS SO ORDERED this the 13th day of July, 2023.

_____
Hon. Drew B. Tipton
United States District Judge
Southern District of Texas