United States District Court
Southern District of Texas

**ENTERED**
July 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.,

*versus*

U.S. Department of Homeland Security, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Talia Inlender<br>UCLA Center for Immigration Law and Policy<br>385 Charles E. Young Drive East, Box 951476<br>Los Angeles, CA 90095-1476<br>310-206-5298; inlender@law.ucla.edu<br>California State Bar No. 253796<br>U.S. District Court for the Central District of California |
| Name of party applicant seeks to appear for: | Intervenor Defendants Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Dr. Nan Langowitz, Dr. German Cadenas |

Has applicant been sanctioned by any bar association or court?   Yes ___   No ___ ✔ ___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7/24/2023      Signed: *[signature: Talia Inlender]*

The state bar reports that the applicant's status is:   Eligible to practice

Dated: 7/25/2023      Clerk's signature *[signature]*

### Order

This lawyer is admitted *pro hac vice*.

Dated: July 25, 2023

*[signature: Drew B Tipton]*
United States District Judge