UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

U.S. Department of Homeland Security, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brandon R. Gould<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br><br>(202) 662-6000<br>bgould@cov.com<br><br>District of Columbia, Bar No. 1520970 |

| Name of party applicant seeks to appear for: | Dr. Stan Veuger and Dr. Tara Watson as amici curiae |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/26/2023 | Signed: | /s/ Brandon R. Gould |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:                         Clerk's signature

**Order**                        **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                    United States District Judge