United States District Court
Southern District of Texas

**ENTERED**
July 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|

| *versus* |
|---|
| U.S. Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brandon R. Gould<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>(202) 662-6000<br>bgould@cov.com<br>District of Columbia, Bar No. 1520970 |
|---|---|

| Name of party applicant seeks to appear for: | Dr. Stan Veuger and Dr. Tara Watson as amici curiae |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes ____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/26/2023 | Signed: | /s/ Brandon R. Gould |
|---|---|---|

| The state bar reports that the applicant's status is: Eligible to Practice |
|---|
| Dated: 7/27/2023  Clerk's signature s/Stacie Marthiljohni |

**Order**

Dated: 7/27/2023

This lawyer is admitted *pro hac vice*.

_____
Drew B. Tipton
United States District Judge