UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

Department of Homeland Security, Alejandro N. Mayorkas, Secretary of Homeland Security, in his official capacity, et al.

| | |
|---|---|
| Lawyer's Name | Ilya Somin |
| Firm | Scalia Law School |
| Street | George Mason University |
| City & Zip Code | 3301 Fairfax Dr. |
| Telephone & Email | Arlington, VA 22201 |
| Licensed: State & Number | (703) 993-8069 |
| Federal Bar & Number | isomin@gmu.edu |
| | Massachusetts (no. 649694) |
| | US Supreme Court, US Court of Appeals, DC Circuit |

| Name of party applicant seeks to appear for: | Cato Institute, MedGlobal, Ilya Somin as *amici curiae* in support of Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/28/2023 | Signed: | /s/Ilya Somin |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                     United States District Judge

**The Commonwealth of Massachusetts**
**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

July 7, 2023

Attorney Ilya Somin
Ilya Somin
3301 Fairfax Dr.
Arlington, VA  22201
isomin@gmu.edu

IN RE:        CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Ilya Somin .** The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/  jr
Clearance:  07/07/2023 07.06.2023
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **July 2, 2001**, said Court being the highest Court of Record in said Commonwealth:

## Ilya Somin

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventh** day of **July** in the year of our Lord **two thousand and twenty-three.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.