**United States District Court**
**Southern District of Texas**
**Victoria Division**

STATE OF TEXAS, *et al.*,
*Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
*Defendants.*

Case 6:23-cv-00007

## STATES' EXHIBIT AND WITNESS LIST

Pursuant to ECF 159, Amended Scheduling Order, Plaintiffs file their exhibit and witness list. Other exhibits listed by Defendants may be used, but not yet available to Plaintiffs.

Plaintiffs do not intend to call any live witnesses but reserve the right to call live rebuttal witnesses.

| EXHIBIT NUMBER | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | ECF 22 Plaintiff States' Motion for Preliminary Injunction | | | | |
| 2 | ECF 22-1 Jan. 5, 2023, Homeland Security Press Release | | | | |
| 3 | ECF 22-2 USCIA Processes for CHNV | | | | |
| 4 | July 20, 2023, Declaration of Sheri Gipson, Tex. Dep't of Public Safety | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | May 25, 2023, Declaration of Rebecca Waltz, Tex. Dep't of Criminal Justice | | | | |
| 6 | May 24, 2023, Declaration of James Terry, Tex. Educ. Agency | | | | |
| 7 | May 30, 2023, Declaration of Susan Bricker, Tex. Health & Human Services Comm. | | | | |
| 8 | Defendants' 23-cv-0007_00001-3; Oct. 17, 2022, "Muster" Memo re: "Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | | | | |
| 9 | Defendants' 23-cv-0007_00004-6; Oct. 17, 2022, Memo re: "Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | | | | |
| 10 | Defendants' 23-cv-0007_00007-9; Jan. 5, 2023, Memo re: "Processing of Cuban Nationals Arriving in the US with Advance Travel Authorization" | | | | |
| 11 | Defendants' 23-cv-0007_00010-12; Jan. 5, 2023, Memo re: "Processing of Haitian | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Nationals Arriving in the US with Advance Travel Authorization” | | | | |
| 12 | Defendants' 23-cv-0007_00013-15; Jan. 5, 2023, Memo re: “Processing of Nicaraguan Nationals Arriving in the US with Advance Travel Authorization” | | | | |
| 13 | Defendants' 23-cv-0007_00016-18; Jan. 5, 2023, Memo re: “Updated Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization” | | | | |
| 14 | Defendants' 23-cv-0007_00019-21; Jan. 5, 2023, “Muster” Memo re: “Processing of Cuban Nationals Arriving in the US with Advance Travel Authorization” | | | | |
| 15 | Defendants' 23-cv-0007_00022-24; Jan. 5, 2023, “Muster” Memo re: “Processing of Haitian Nationals Arriving in the US with Advance Travel Authorization” | | | | |
| 16 | Defendants' 23-cv-0007_00025-27; Jan. 5, 2023, “Muster” Memo re: “Processing of Nicaraguan Nationals Arriving in the US with | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Advance Travel Authorization” | | | | |
| 17 | Defendants’ 23-cv-0007_00028-30; Jan. 5, 2023, “Muster” Memo re: Updated Processing in Venezuelan Nationals Arriving in the US with Advance Travel Authorization” | | | | |
| 18 | Defendants’ 23-cv-0007_00031-40; USCBP National Targeting Center PowerPoint re: “ATA Vetting Procedures” | | | | |
| 19 | Defendants’ 23-cv-0007_00041-65; April 2023 USCIA PowerPoint re: “Uniting for Ukraine/CHNV Parole Processes Review of Form I-134A” | | | | |
| 20 | Defendants’ 23-cv-0007_00066-72; March 29, 2023, USCIS Detailee Refresher Training | | | | |
| 21 | Defendants’ 23-cv-0007_00073-113; Office of Policy and Strategy, Immigration Records and Identity Services Directorate “Form I-134A — Reviewers Guide (Last revised April 11, 2023) | | | | |
| 22 | Defendants’ 23-cv-0007_00114-17; “Step-by-Step Guide for Form I-134A, Online Request to | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | be a Supporter and Declaration of Financial Support" | | | | |
| 23 | Defendants' 23-cv-0007_00118-26; "U4U Supporter Vetting Processes for FDNS and SCOPS SBU" | | | | |
| 24 | Defendants' 23-cv-0007_00127-29; "Ways to find duplicate cases" | | | | |
| 25 | Defendants' 23-cv-0007_00130-33; "Adding Beneficiary A# in ELIS from a previously confirmed case" | | | | |
| 26 | Defendants' 23-cv-0007_00134-35; "How to Modify a Beneficiary's Passport Country in ELIS" | | | | |
| 27 | Defendants' 23-cv-0007_00136; "How to Modify a Beneficiary's email address in ELIS" | | | | |
| 28 | Defendants' 23-cv-0007_00137-44; "Administratively Closed Guide" | | | | |
| 29 | Defendants' 23-cv-0007_00145-50; Parole Beneficiary Statistics by Nationality | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 30 | Defendants' 23-cv-0007_00151-176; USCBP "CBP One" | | | | |
| 31 | State Dep't Online DS-160 Form (Non-Immigrant Visa Application) Example | | | | |
| 32 | State Dep't Online DS-260 Form (Immigrant Visa Application) Example | | | | |
| 33 | Customs and Border Protection ESTA (Electronic System for Travel Authorization) Form | | | | |
| 34 | US Citizenship and Immigration Services Form I-129 (Petition for a Nonimmigrant Worker) | | | | |
| 35 | US Citizenship and Immigration Services Form I-130 (Petition for Alien Relative) | | | | |
| 36 | US Citizenship and Immigration Services Form I-140 (Immigrant Petition for Alien Workers) | | | | |
| 37 | US Citizenship and Immigration Services Form I-864 (Affidavit of Support Under Section 213A of the INA) | | | | |
| 38 | May 19, 2023, Defendants' Responses | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | and Objections to Plaintiffs' Revised First Set of Discovery Requests | | | | |
| 39 | Defendants' 23-cv-0007_00177-178; CHNV Process Amendment: Guidance to IRIS Reviewers | | | | |
| 40 | Defendants' 23-cv-0007_00179-187; CHNV Parole Processes: Change in Form I-134A | | | | |

Dated: July 28, 2023

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1700

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas No. 33695
leif.olson@oag.texas.gov

*/s/Ryan D. Walters*
RYAN D. WALTERS
Deputy Chief, Special Litigation Division
Texas Bar No. 24105085
Southern District of Texas No. 3369185
ryan.walters@oag.texas.gov

DAVID BRYANT
Special Counsel
Texas Bar No. 03281500
Southern District of Texas No. 808332
david.bryant@oag.texas.gov

GENE P. HAMILTON
JAMES K. ROGERS
America First Legal Foundation
Virginia Bar No. 80434
Southern District of Texas No. 3792762
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org
james.rogers@aflegal.org

*Counsel for the State of Texas*

Steve Marshall
Alabama Attorney General
Edmund G. LaCour Jr.
Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for the State of Alabama*

Treg Taylor
Attorney General of Alaska
Cori M. Mills
Deputy Attorney General
Christopher A. Robison
Alaska Bar No. 2111126
Texas Bar No. 24035720
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
chris.robison@alaska.gov

*Counsel for the State of Alaska*

Tim Griffin
Arkansas Attorney General
Nicholas J. Bronni
Arkansas Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Nicholas.Bronni@arkansasag.gov

*Counsel for the State of Arkansas*

Ashley Moody
Attorney General of Florida
James H. Percival (FBN 1016188)
Deputy Attorney General of Legal Policy
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Tel: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

Raúl R. Labrador
Attorney General of Idaho
Lincoln Davis Wilson, ISB No. 11860
Office of the Attorney General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
lincoln.wilson@ag.idaho.gov

*Counsel for the State of Idaho*

Brenna Bird
Attorney General of Iowa
Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

*Counsel for the State of Iowa*

Kris Kobach
Attorney General of Kansas
Jesse A. Burris, Kan. Sup. Ct. #26856
Assistant Attorney General
Office of Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for the State of Kansas*

Daniel Cameron
Attorney General of Kentucky
Marc Manley
Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for the Commonwealth of Kentucky*

Jeff Landry
Attorney General of Louisiana
Elizabeth B. Murrill (La #20685)
Solicitor General
Joseph Scott St. John (La #36682)
Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for the State of Louisiana*

Lynn Fitch
Attorney General of Mississippi
Justin L. Matheny
Deputy Solicitor General
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

Andrew Bailey
Attorney General of Missouri
Joshua M. Divine, Mo. Bar #69875
Solicitor General
Maria Lanahan, Mo. Bar #65956
Deputy Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, Missouri 65102
Tel: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

Austin Knudsen
Attorney General of Montana
Christian B. Corrigan
Solicitor General
Peter M. Torstensen, Jr.
Assistant Solicitor General
Office of the Attorney General
215 N Sanders
Helena, Montana 59601
Tel: (406) 444-2026
Christian.Corrigan@mt.gov

*Counsel for the State of Montana*

Michael T. Hilgers
Attorney General of Nebraska
Eric J. Hamilton
Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
eric.hamilton@nebraska.gov

*Counsel for the State of Nebraska*

Dave Yost
Ohio Attorney General
Mathura Jaya Sridharan
Ohio Deputy Solicitor General
Ohio Attorney General
30 E. Broad St., 17th Floor
Columbus, OH 43215
Tel: (614) 466-8980
mathura.sridharan@OhioAGO.gov

*Counsel for the State of Ohio*

Gentner F. Drummond
Attorney General of Oklahoma
Garry M. Gaskins, II
Solicitor General
Zach West
Director of Special Litigation
313 N.E. 21st St.
Oklahoma City, OK 73105
Tel: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

*Counsel for the State of Oklahoma*

Alan Wilson
Attorney General of South Carolina
Thomas T. Hydrick
Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
Tel: (803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

Jonathan Skrmetti
Tennessee Attorney General
and Reporter
Clark L. Hildabrand
Senior Counsel
P.O. Box 20207
Nashville, TN 37202
Tel: (615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for the State of Tennessee*

Sean D. Reyes
Utah Attorney General
Melissa Holyoak
Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Tel: (801) 538-9600
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

Patrick Morrisey
Attorney General of West Virginia
Lindsay See
Solicitor General
Michael R. Williams
Senior Deputy Solicitor General
Office of the West Virginia
Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Tel: (681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov

*Counsel for the State of West Virginia*

Bridget Hill
Wyoming Attorney General
Ryan Schelhaas
Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for the State of Wyoming*

**CERTIFICATE OF SERVICE**

I certify that on July 28, 2023, I filed this motion through the Court's CM/ECF system, which served it on all counsel of record.

*/s/ Ryan D. Walters*