# United States District Court
# Southern District of Texas
# Victoria Division

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>  *et al.*,<br>    *Defendants.* | Case 6:23-cv-00007 |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' file this file this Unopposed Motion to Withdraw Leif A. Olson as their attorney in this matter.

Leif A. Olson has accepted a position outside the Office of the Attorney General of Texas, and the State Defendants respectfully request that he be withdrawn as their counsel. They will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

| | |
|---|---|
| Date: July 28, 2023 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | ANGELA COLMENERO<br>Attorney General of Texas |
| TIM GRIFFIN<br>Attorney General of Arkansas | BRENT WEBSTER<br>First Assistant Attorney General |
| KRIS KOBACH<br>Attorney General of Kansas | RALPH MOLINA<br>Deputy Attorney General for Legal Strategy |
| JEFF LANDRY<br>Attorney General of Louisiana | */s/ Leif A. Olson*<br>LEIF A. OLSON<br>Chief, Special Litigation Division<br>Texas Bar No. 24032801<br>Southern District of Texas Bar No. 33695 |
| LYNN FITCH<br>Attorney General of Mississippi | |
| MIKE HILGERS<br>Attorney General of Nebraska | RYAN D. WALTERS<br>Deputy Chief, Special Litigation Division<br>Attorney-in-Charge<br>Texas Bar No. 24105085<br>Southern District of Texas Bar No. 3369185 |
| ALAN WILSON<br>Attorney General of South Carolina | |
| PATRICK MORRISEY<br>Attorney General of West Virginia | Ethan Szumanski<br>Assistant Attorney General<br>Texas Bar No. 24123966<br>Southern District of Texas Bar No. 3836010 |

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
leif.olson@oag.texas.gov
ryan.walters@oag.texas.gov
ethan.szumanski@oag.texas.gov

COUNSEL FOR PLAINTIFF STATES

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 28, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Leif A. Olson*
LEIF A. OLSON

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 28, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Leif A. Olson*
LEIF A. OLSON