United States District Court
Southern District of Texas
**ENTERED**
July 28, 2023
Nathan Ochsner, Clerk

**United States District Court**
**Southern District of Texas**
**Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>    *et al.*,<br>    *Defendants*. | Case 6:23-cv-00007 |

### ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Leif A. Olson as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Leif A. Olson is hereby withdrawn as counsel of record for the Plaintiffs.

**SO ORDERED** and **SIGNED** this 28th day of July, 2023.

Drew P. Tipton
United States District Judge