United States District Court
Southern District of Texas

**ENTERED**

July 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

Department of Homeland Security, Alejandro N. Mayorkas, Secretary of Homeland Security, in his official capacity, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ilya Somin<br>Scalia Law School<br>George Mason University<br>3301 Fairfax Dr.<br>Arlington, VA 22201<br>(703) 993-8069<br>isomin@gmu.edu<br>Massachusetts (no. 649694)<br>US Supreme Court, US Court of Appeals, DC Circuit |

| Name of party applicant seeks to appear for: | Cato Institute, MedGlobal, Ilya Somin<br>as *amici curiae* in support of Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/28/2023 | Signed: | /s/Ilya Somin |
|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

Dated: July 28, 2023

This lawyer is admitted *pro hac vice*.

_Drew B. Tipton_

United States District Judge