IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No.: 6:23-cv-00007 |

## ORDER

Pending before the Court is the Motion of the Cato Institute, MedGlobal, and Professor Ilya Somin for Leave to File a Brief of *Amici Curiae* in Support of Defendants. After reviewing the motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED.**

IT IS SO ORDERED.

Signed this _____, 2023

_____
**Drew B. Tipton**
**UNITED STATES DISTRICT JUDGE**