United States District Court
Southern District of Texas
**ENTERED**
July 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No.:  6:23-cv-00007 |

# ORDER

Pending before the Court is the Motion of the Cato Institute, MedGlobal, and Professor Ilya Somin for Leave to File a Brief of *Amici Curiae* in Support of Defendants. After reviewing the motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED.**

IT IS SO ORDERED.

Signed this   July 31  , 2023

_____
**Drew B. Tipton**
**UNITED STATES DISTRICT JUDGE**