United States District Court
Southern District of Texas
Victoria Division

STATE OF TEXAS, *et al.*,
  *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND
  SECURITY, *et al.*,
  *Defendants.*

Case 6:23-cv-00007

### DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

Pursuant to the Court's Individual Rules, section 20(d), Defendants note their objections to Plaintiff's trial exhibits, ECF No. 195.[1]

| EXHIBIT NUMBER | DESCRIPTION | OBJECTION[2] [3] |
|---|---|---|
| 1 | ECF 22 Plaintiff States' Motion for Preliminary Injunction | Federal Rule of Evidence (FRE) 402, 701, 802 |
| 2 | ECF 22-1 Jan. 5, 2023, Homeland Security Press Release | |
| 3 | ECF 22-2 USCIA [sic] Processes for CHNV | |

---

[1] By filing these objections, Defendants do not waive their right to file further motions *in limine* by the August 9, 2023 deadline. ECF No. 159.

[2] Defendants make all potential objections based on the face of the document in an abundance of caution. Defendants may not assert all objections listed at trial depending on the foundation laid and the context in which each exhibit is proffered.

[3] As a general matter, Defendants object to the extent any of these exhibits are used in the context of Plaintiffs' APA claims. It is well settled that judicial review of agency action under the APA is generally limited to review of the administrative record. 5 U.S.C. § 706; Florida Power & Light Co. v. Lorion, 470 U.S. 729, 743–44 (1985). Should Plaintiffs attempt to use or offer these exhibits in that context, Defendants will raise their objections to the Court at that time.

| | | |
|---|---|---|
| 4 | July 20, 2023, Declaration of Sheri Gipson, Tex. Dep't of Public Safety | FRE 402, 802[4] |
| 5 | May 25, 2023, Declaration of Rebecca Waltz, Tex. Dep't of Criminal Justice | FRE 402, 802 |
| 6 | May 24, 2023, Declaration of James Terry, Tex. Educ. Agency | FRE 402, 802 |
| 7 | May 30, 2023, Declaration of Susan Bricker, Tex. Health & Human Services Comm. | FRE 402, 802 |
| 8 | Defendants' 23-cv-0007_00001-3; Oct. 17, 2022, "Muster" Memo re: "Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | |
| 9 | Defendants' 23-cv- 0007_00004-6; Oct. 17, 2022, Memo re: "Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | |
| 10 | Defendants' 23-cv- 0007_00007-9; Jan. 5, 2023, Memo re: "Processing of Cuban Nationals Arriving in the US with Advance Travel Authorization" | |
| 11 | Defendants' 23-cv- 0007_00010-12; Jan. 5, 2023, Memo re: "Processing of Haitian Nationals Arriving in the US with Advance Travel Authorization" | |
| 12 | Defendants' 23-cv- 0007_00013-15; Jan. 5, 2023, Memo re: "Processing of Nicaraguan Nationals Arriving in the US with Advance Travel Authorization" | |
| 13 | Defendants' 23-cv- 0007_00016-18; Jan. 5, 2023, Memo re: "Updated Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | |
| 14 | Defendants' 23-cv- 0007_00019-21; Jan. 5, 2023, "Muster" Memo re: "Processing of Cuban Nationals Arriving in the US with Advance Travel Authorization" | |

---

[4] Defendants object to Exhibits 4 – 7 being entered as exhibits, but do not object to the declarations being used in lieu of direct testimony. The parties have entered a stipulation to that effect, and that stipulation will be filed shortly on the docket.

| | | |
|---|---|---|
| 15 | Defendants' 23-cv- 0007_00022-24; Jan. 5, 2023, "Muster" Memo re: "Processing of Haitian Nationals Arriving in the US with Advance Travel Authorization" | |
| 16 | Defendants' 23-cv- 0007_00025-27; Jan. 5, 2023, "Muster" Memo re: "Processing of Nicaraguan Nationals Arriving in the US with Advance Travel Authorization" | |
| 17 | Defendants' 23-cv- 0007_00028-30; Jan. 5, 2023, "Muster" Memo re: Updated Processing in Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | |
| 18 | Defendants' 23-cv- 0007_00031-40; USCBP National Targeting Center PowerPoint re: "ATA Vetting Procedures" | FRE 402 |
| 19 | Defendants' 23-cv- 0007_00041-65; April 2023 USCIA PowerPoint re: Uniting for Ukraine/CHNV Parole Processes Review of Form I-134A" | FRE 402 |
| 20 | Defendants' 23-cv- 0007_00066-72; March 29, 2023, USCIS Detailee Refresher Training | FRE 402 |
| 21 | Defendants' 23-cv- 0007_00073-113; Office of Policy and Strategy, Immigration Records and Identity Services Directorate "Form I-134A ─ Reviewers Guide (Last revised April 11, 2023) | FRE 402 |
| 22 | Defendants' 23-cv- 0007_00114-17; "Step-by-Step Guide for Form I- 134A, Online Request to be a Supporter and Declaration of Financial Support" | FRE 402 |
| 23 | Defendants' 23-cv- 0007_00118-26; "U4U Supporter Vetting Processes for FDNS and SCOPS SBU" | FRE 402 |
| 24 | Defendants' 23-cv- 0007_00127-29; "Ways to find duplicate cases" | FRE 402 |
| 25 | Defendants' 23-cv- 0007_00130-33; "Adding Beneficiary A# in ELIS from a previously confirmed case" | FRE 402 |
| 26 | Defendants' 23-cv- 0007_00134-35; "How to Modify a Beneficiary's Passport Country in ELIS" | FRE 402 |

| | | |
|---|---|---|
| 27 | Defendants' 23-cv- 0007_00136; "How to Modify a Beneficiary's email address in ELIS" | FRE 402 |
| 28 | Defendants' 23-cv- 0007_00137-44; "Administratively Closed Guide" | FRE 402 |
| 29 | Defendants' 23-cv- 0007_00145-50; Parole Beneficiary Statistics by Nationality | |
| 30 | Defendants' 23-cv- 0007_00151-176; USCBP "CBP One" | FRE 402 |
| 31 | State Dep't Online DS-160 Form (Non-Immigrant Visa Application) Example | FRE 402 |
| 32 | State Dep't Online DS-260 Form (Immigrant Visa Application) Example | FRE 402 |
| 33 | Customs and Border Protection ESTA (Electronic System for Travel Authorization) Form | FRE 402 |
| 34 | US Citizenship and Immigration Services Form I-129 (Petition for a Nonimmigrant Worker) | FRE 402 |
| 35 | US Citizenship and Immigration Services Form I-130 (Petition for Alien Relative) | FRE 402 |
| 36 | US Citizenship and Immigration Services Form I-140 (Immigrant Petition for Alien Workers) | FRE 402 |
| 37 | US Citizenship and Immigration Services Form I-864 (Affidavit of Support Under Section 213A of the INA) | FRE 402 |
| 38 | May 19, 2023, Defendants' Responses and Objections to Plaintiffs' Revised First Set of Discovery Requests | |
| 39 | Defendants' 23-cv- 0007_00177-178; CHNV Process Amendment: Guidance to IRIS Reviewers | |
| 40 | Defendants' 23-cv-007_00179-187; CHNV Parole Processes: Change in Form I-134A | |

Dated: July 31, 2023

ALAMDAR S. HAMDANI
*United States Attorney*

Respectfully Submitted,

BRIAN M BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

BRIAN C. WARD
*Senior Litigation Counsel*

/s/ *Erin T. Ryan*
ERIN T. RYAN
ELISSA P. FUDIM
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-5802
Erin.t.ryan@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on July 31, 2023, I filed this motion through the Court's CM/ECF system, which served it on all counsel of record.

/s/ *Erin T. Ryan*
ERIN T. RYAN
U.S. Department of Justice