## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. |
| UNITED STATES DEPARTMENT | § | 6:23-CV-00007 |
| OF HOMELAND SECURITY, *et al.*, | § | |
| | § | Judge Drew S. Tipton |
| *Defendants,* and | § | |
| | § | |
| VALERIE LAVEUS, *et al.*, | § | |
| | § | |
| *Intervenor Defendants.* | § | |

### Intervenor Defendants' Objections to Plaintiff States' Trial Exhibits

Pursuant to section 20(d) of the Court's Individual Procedures, Intervenor Defendants note the following objections to Plaintiff States' Exhibit and Witness List, ECF No. 195.[1]

---

[1] Intervenor Defendants file the following objections as required by section 20(d) of the local Court Procedures. By doing so, Intervenor Defendants do not waive their right to file further motions *in limine* by the August 9, 2023 deadline, and/or to expound upon their objections at trial. ECF No. 159.

| EXHIBIT NUMBER | DESCRIPTION | OBJECTION[2] |
|---|---|---|
| 1 | ECF 22 Plaintiff States' Motion for Preliminary Injunction | Federal Rule of Evidence (FRE) 402, 701, 802[3] |
| 2 | ECF 22-1 Jan. 5, 2023, Homeland Security Press Release | |
| 3 | ECF 22-2 USCIA [sic] Processes for CHNV | |
| 4 | July 20, 2023, Declaration of Sheri Gipson, Tex. Dep't of Public Safety | FRE 402, 802, 602, 701[4] |
| 5 | May 25, 2023, Declaration of Rebecca Waltz, Tex. Dep't of Criminal Justice | FRE 402, 802, 602, 701 |
| 6 | May 24, 2023, Declaration of James Terry, Tex. Educ. Agency | FRE 402, 802, 602, 701 |
| 7 | May 30, 2023, Declaration of Susan Bricker, Tex. Health & Human Services Comm. | FRE 402, 802, 602, 701 |
| 8 | Defendants' 23-cv-0007_00001-3; Oct. 17, 2022, "Muster" Memo re: "Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | |
| 9 | Defendants' 23-cv- 0007_00004-6; Oct. 17, 2022, Memo re: "Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | |

[2] Intervenor Defendants raise the following objections based on the face of the designated documents in an abundance of caution, but may not necessarily pursue all listed objections going forward.

[3] Intervenor Defendants additionally object to the introduction as a trial exhibit of Plaintiff States' legal brief as non-evidence.

[4] Intervenor Defendants object to the declarations at Exhibits 4 − 7 on the listed bases, but do not object to the declarations being used in lieu of direct testimony. Intervenor Defendants anticipate that the Parties to file a stipulation to this effect soon after the filing of these objections.

| | | |
|---|---|---|
| 10 | Defendants' 23-cv- 0007_00007-9; Jan. 5, 2023, Memo re: "Processing of Cuban Nationals Arriving in the US with Advance Travel Authorization" | |
| 11 | Defendants' 23-cv- 0007_00010-12; Jan. 5, 2023, Memo re: "Processing of Haitian Nationals Arriving in the US with Advance Travel Authorization" | |
| 12 | Defendants' 23-cv- 0007_00013-15; Jan. 5, 2023, Memo  re: "Processing of Nicaraguan Nationals Arriving in the US with Advance Travel Authorization" | |
| 13 | Defendants' 23-cv- 0007_00016-18; Jan. 5, 2023, Memo re: "Updated Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | |
| 14 | Defendants' 23-cv- 0007_00019-21; Jan. 5, 2023, "Muster" Memo re: "Processing of Cuban Nationals Arriving in the US with Advance Travel Authorization" | |
| 15 | Defendants' 23-cv- 0007_00022-24; Jan.  5, 2023, "Muster" Memo re: "Processing of Haitian Nationals Arriving in the US with Advance Travel Authorization" | |
| 16 | Defendants' 23-cv- 0007_00025-27; Jan. 5, 2023, "Muster" Memo re: "Processing of Nicaraguan Nationals Arriving  in the US  with Advance Travel Authorization" | |
| 17 | Defendants' 23-cv- 0007_00028-30; Jan. 5, 2023, "Muster" Memo re: Updated Processing in Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | |

| | | |
|---|---|---|
| 18 | Defendants' 23-cv- 0007_00031-40; USCBP National Targeting Center PowerPoint re: "ATA Vetting Procedures" | |
| 19 | Defendants' 23-cv- 0007_00041-65; April 2023 USCIA PowerPoint re: Uniting for Ukraine/CHNV Parole Processes Review of Form I-134A" | |
| 20 | Defendants' 23-cv- 0007_00066-72; March 29, 2023, USCIS Detailee Refresher Training | |
| 21 | Defendants' 23-cv- 0007_00073-113; Office of Policy and Strategy, Immigration Records and Identity Services Directorate "Form I-134A — Reviewers Guide (Last revised April 11, 2023) | |
| 22 | Defendants' 23-cv- 0007_00114-17; "Step-by-Step Guide for Form I-134A, Online Request to be a Supporter and Declaration of Financial Support" | |
| 23 | Defendants' 23-cv- 0007_00118-26; "U4U Supporter Vetting Processes for FDNS and SCOPS SBU" | |
| 24 | Defendants' 23-cv- 0007_00127-29; "Ways to find duplicate cases" | |
| 25 | Defendants' 23-cv- 0007_00130-33; "Adding Beneficiary A# in ELIS from a previously confirmed case" | |
| 26 | Defendants' 23-cv- 0007_00134-35; "How to Modify a Beneficiary's Passport Country in ELIS" | |
| 27 | Defendants' 23-cv- 0007_00136; "How to Modify a Beneficiary's email address in ELIS" | |
| 28 | Defendants' 23-cv- 0007_00137-44; "Administratively Closed Guide" | |
| 29 | Defendants' 23-cv- 0007_00145-50; Parole Beneficiary Statistics by Nationality | |

| | | |
|---|---|---|
| 30 | Defendants' 23-cv-0007_00151-176; USCBP "CBP One" | |
| 31 | State Dep't Online DS-160 Form (Non-Immigrant Visa Application) Example | FRE 402 |
| 32 | State Dep't Online DS-260 Form (Immigrant Visa Application) Example | FRE 402 |
| 33 | Customs and Border Protection ESTA (Electronic System for Travel Authorization) Form | FRE 402 |
| 34 | US Citizenship and Immigration Services Form I-129 (Petition for a Nonimmigrant Worker) | FRE 402 |
| 35 | US Citizenship and Immigration Services Form I-130 (Petition for Alien Relative) | FRE 402 |
| 36 | US Citizenship and Immigration Services Form I-140 (Immigrant Petition for Alien Workers) | FRE 402 |
| 37 | US Citizenship and Immigration Services Form I-864 (Affidavit of Support Under Section 213A of the INA) | FRE 402 |
| 38 | May 19, 2023, Defendants' Responses and Objections to Plaintiffs' Revised First Set of Discovery Requests | |
| 39 | Defendants' 23-cv- 0007_00177-178; CHNV Process Amendment: Guidance to IRIS Reviewers | |
| 40 | Defendants' 23-cv-007_00179-187; CHNV Parole Processes: Change in Form I-134A | |

Dated: July 31, 2023                    Respectfully submitted,

**/s/ Esther H. Sung**
**Esther H. Sung (Attorney-In-Charge)***
California Bar No. 255962
*Application for Admission pending*
esther.sung@justiceactioncenter.org

**Karen C. Tumlin***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Jane Bentrott***
California Bar No. 323562
D.C. Bar No. 1029681
Virginia Bar No. 87903
jane.bentrott@justiceactioncenter.org

**Lauren Michel Wilfong***
New York Bar No. 5975529
New Jersey Bar No. 378382021
*Not admitted to practice law in California*
lauren.wilfong@justiceactioncenter.org

JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

**Monika Y. Langarica***
California Bar No. 308518
langarica@law.ucla.edu

**Ahilan T. Arulanantham***
California Bar No. 237841
arulanantham@law.ucla.edu

**Talia Inlender***
California Bar No. 253796
inlender@law.ucla.edu

CENTER FOR IMMIGRATION LAW AND POLICY
UCLA SCHOOL OF LAW
385 Charles E. Young Dr. E., Box 951476
Los Angeles, CA 90095
Telephone: (310) 983-3345

**Vanessa Rivas-Bernardy***

6

California Bar No. 341464
vanessa.rivas@raicestexas.org

**THE REFUGEE AND IMMIGRANT CENTER FOR
EDUCATION AND LEGAL SERVICES
(RAICES)**
5121 Crestway Drive, Suite 105
San Antonio, Texas 78239
Telephone: (210) 960-3206
Facsimile: (210) 634-1279

**Kate Kaufmann Shih**
Texas Bar No. 24066065
Federal Bar No. 1214426
kateshih@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN
LLP**
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713)221-7100

*Counsel for Intervenor Defendants*

*\*admitted pro hac vice*

### CERTIFICATE OF SERVICE

I certify that on July 31, 2023, I filed this motion through the Court's CM/ECF system, which served it on all counsel of record.

*/s/ Esther H. Sung*