## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| *Defendants,* and | § | JUDGE DREW S. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.*, | § | |
| | § | |
| *Intervenor Defendants.* | § | |

### INTERVENOR DEFENDANTS' WITNESS AND EXHIBIT LIST

Pursuant to ECF 159, Amended Scheduling Order, Intervenor Defendants file their exhibit and witness list. Consistent with the Court's order, which provides that "evidentiary materials attached to the Parties' previous briefing, and any supplemental exhibits, affidavits, or declarations they may submit, are admitted as authentic and without need of a sponsoring witness and are presumptively admitted as 'part of the trial record and need not be repeated at trial,'" ECF 159 at 2, Intervenor Defendants consider Federal Defendants' Administrative Record and Intervenor and Federal Defendants' exhibits, affidavits, and declarations submitted in support of previous briefing as included in the trial record. As such, Intervenor Defendants have not additionally included that evidence in their exhibit list below.

Consistent with a stipulation by the Parties, ECF 206, the Parties agree that previous declarations filed by Intervenor Defendants may be considered in lieu of direct testimony. Additionally, Intervenor Defendants designate the following witness to testify at trial:

| No. | Witness Name | Witness Address |
|---|---|---|
| 1. | Eric Sype | Oakland, California[1] |

☒Live    ☐Deposition
☒Fact    ☐Expert    ☐Record Custodian

*Mr. Sype, one of the named Intervenor Defendants, is expected to testify to the process he has undergone to sponsor someone pursuant to the Parole Pathways for people from Cuba, Haiti, Nicaragua, and Venezuela; the commitments he has made as part of the sponsorship; and the benefits of this sponsorship for Mr. Sype, his family, and his community.*

Intervenor Defendants designate the following exhibits for trial:

| EXHIBIT NUMBER | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Supplemental Expert Declaration of Leighton Ku, Ph.D., MPH, August 2, 2023 | | | | |
| 2 | Maria Montes & Savarni Sanka, *In Nicaragua, Crackdown on Religious Actors Further Imperils Return to Democracy*, U.S. Inst. Peace (Oct. 7, 2022) | | | | |
| 3 | *World Report 2022: Nicaragua*, Hum. Rts. Watch | | | | |
| 4 | *World Report 2022: Venezuela*, Hum. Rts. Watch | | | | |

---

[1] For privacy reasons, Intervenor Defendants have not disclosed Mr. Sype's exact home address.

| | | | | | |
|---|---|---|---|---|---|
| 5 | *WFP Venezuela Food Security Assessment Main Findings \| Data Collected between July and September 2019*, World Food Programme (Feb. 23, 2020) | | | | |
| 6 | Excerpt from Immigration and Nationality Act, Pub. L. No. 82-414, 66 Stat. 163 (1952). | | | | |
| 7 | Excerpt from S. Comm. on the Judiciary, 96th Cong., *Review of U.S. Refugee Resettlement Programs and Policies* 9 (Comm. Print 1980). | | | | |
| 8 | Excerpt from Refugee Act of 1980, Pub. L. No. 96-212, 94 Stat. 102 (1980). | | | | |
| 9 | Excerpt from H.R. Rep. No. 96-781 (1980) (Conf. Rep.). | | | | |
| 10 | Excerpt from Immigration Reform and Immigrant Responsibility Act, Pub. L. No. 104-208, Division C, 110 Stat. 3009-546 (1996). | | | | |
| 11 | Excerpts from H. R. Rep. No. 104-469, pt. 1 (1995). | | | | |
| 12 | Immigr. and Naturalization Serv., *INS Focus: What is Immigration Parole?* (1994). | | | | |
| 13 | United States General Accounting Office (GAO), *Cuba: U.S. Response to the 1994 Cuban Migration Crisis*, (September 1995). | | | | |
| 14 | Excerpt from National Defense Authorization for Fiscal Year 2020, Pub. L. No. 116-92, 133 Stat. 1198 (2019) | | | | |
| 15 | Excerpt from Extending Government Funding and Delivering Emergency Assistance Act, Pub. L. No. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 117-43, Div. C., 135 Stat. 344 (Sept. 30, 2021) | | | | |
| 16 | Additional Ukraine Supplemental Appropriations Act, Pub. L. No. 117-128, 136 Stat. 1211 (May 21, 2022) | | | | |
| 17 | Excerpt from Dep't of Justice, Immigration and Naturalization Serv., *Annual Report of the Immigration and Naturalization Serv.* (1957) | | | | |
| 18 | Hungarian Refugees Relief Act, Pub. L. No. 85-559, § 2, 72 Stat. 419 (1958) | | | | |
| 19 | The Cuban Adjustment Act, Pub. L. No. 89-732, §§ 1–2, 80 Stat. 1161 (1966) | | | | |
| 20 | The Indochina Migration and Refugee Assistance Act of 1975, Pub. L. No. 94-23, §§ 1–2, 89 Stat. 87 (1975) | | | | |
| 21 | Mirta Ojito, *The Long Voyage from Mariel Ends*, The New York Times (Jan. 16, 2005) | | | | |
| 22 | U.S. Dep't of State, *Cuban Haitian Arrivals in the U.S.* (1980) | | | | |
| 23 | Ruth Ellen Wasem, *U.S. Immigration Policy on Haitian Migrants*, CRS Report for Congress 1 (last updated Jan. 22, 2007) | | | | |
| 24 | The Refugee Education Assistance Act of 1980, Pub. L. No. 96-422, 94 Stat. 1799 (1980) | | | | |
| 25 | Ruth Marcus, *U.S. Moves to Ease Soviet Emigres' Way*, The Washington Post (Dec. 9, 1988) | | | | |
| 26 | Excerpt from Foreign Operations, Export Financing, and Related Programs Appropriations Act, Pub. L. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | No. 101-167, § 599E, 103 Stat. 1195 (1989) | | | | |
| 27 | United States General Accounting Office (GAO), *Refugee Program: The Orderly Departure Program from Vietnam* (April 1990) | | | | |
| 28 | Dep't of Homeland Sec., *Statement by Secretary Johnson on the Continued Normalization of our Migration Relationship with Cuba* (Jan. 12, 2017) | | | | |
| 29 | Michael H. Erisman, *Brain Drain Politics: The Cuban Medical Professional Parole Programme*, Int'l J. of Cuban Studies, Vol. 4, No. 3/4, 2012, at 269–90 | | | | |
| 30 | Cuban Family Reunification Parole Program, 72 Fed. Reg. 65588 (Nov. 21, 2007) | | | | |
| 31 | U.S. Customs and Border Protection, *Important Update in Entry Requirements: Parole for Citizens of the Russian Federation and the People's Republic of China for the CNMI Only* (Nov. 16, 2009) | | | | |
| 32 | Special Representatives of the United States and the Commonwealth of the Northern Mariana Islands, *Report to the President on 902 Consultations Related to the DHS Discretionary Parole Program* (2019) | | | | |
| 33 | U.S. Customs and Border Protection, *Russian Citizens Now Eligible to Travel to Guam Visa-Free* (Jan. 26, 2012) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 34 | Excerpt from International Entrepreneur Rule, 81 Fed. Reg. 60130 (August 31, 2016) | | | | |
| 35 | U.S. Citizenship and Immigr. Servs., *Policy Memorandum: Parole of Spouses, Children and Parents of Active Duty Members of the U.S. Armed Forces, the Selected Reserve of the Ready Reserve, and Former Members of the U.S. Armed Forces or Selected Reserve of the Ready Reserve and the Effect of Parole on Inadmissibility under Immigration and Nationality Act § 212(a)(6)(A)(i)*, PM-602-0091 (Nov. 15, 2013) | | | | |
| 36 | Franco Ordoñez, *Trump Wants To Withdraw Deportation Protections For Families of Active Troops*, NPR (June 27, 2019) | | | | |
| 37 | Excerpt from National Defense Authorization Act for Fiscal Year 2020, Pub. L. No. 116-92, § 1758, 133 Stat. 1198(2020) | | | | |
| 38 | U.S. Citizenship and Immigr. Servs., *Central American Minors (CAM) Program* (June 23, 2023) | | | | |
| 39 | Dep't of Homeland Sec., *Operation Allies Welcome* (May 8, 2023) | | | | |
| 40 | Excerpt from Extending Government Funding and Delivering Emergency Assistance Act, Pub. L. No. 117-43, 135 Stat. 344 (Sept. 30, 2021) | | | | |
| 41 | Dep't of Homeland Sec., *Operation Allies Welcome Afghan Parolee and Benefits Report* (2023) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 42 | Additional Ukraine Supplemental Appropriations Act, Pub. L. No. 117-128, 136 Stat. 1211 (2022) | | | | |
| 43 | U.S. Citizenship and Immigr. Servs., *DHS To Implement Haitian Family Reunification Parole Program* (October 17, 2014) | | | | |
| 44 | The White House, *Los Angeles Declaration on Migration and Protection* (June 10, 2022) | | | | |
| 45 | U.S. Customs and Border Protection Encounters: Nationwide, All Nationalities, FY 2021 | | | | |
| 46 | U.S. Customs and Border Protection Encounters: Nationwide, All Nationalities, FY 2022 | | | | |
| 47 | U.S. Customs and Border Protection Encounters: Nationwide, All Nationalities, FY 2023 | | | | |
| 48 | U.S. Customs and Border Protection Encounters: Southwest Border, All Nationalities, FY 2021 | | | | |
| 49 | U.S. Customs and Border Protection Encounters: Southwest Border, All Nationalities, FY 2022 | | | | |
| 50 | U.S. Customs and Border Protection Encounters: Southwest Border, All Nationalities, FY 2023 | | | | |
| 51 | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan/Venezuelan Nationals, FY 2021 | | | | |
| 52 | U.S. Customs and Border Protection Encounters: Southwest Border, | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Cuban/Haitian/Nicaraguan/Venezuelan Nationals, FY 2022 | | | | |
| 53 | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan/Venezuelan Nationals, FY 2023 | | | | |
| 54 | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan Nationals, FY 2022 | | | | |
| 55 | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan Nationals, FY 2023 | | | | |
| 56 | U.S. Customs and Border Protection Encounters: Southwest Border, Ukrainian Nationals, FY 2022 | | | | |
| 57 | U.S. Customs and Border Protection Encounters: Southwest Border, Ukrainian Nationals, FY 2023 | | | | |
| 58 | U.S. Customs and Border Protection Encounters: Southwest Border, Venezuelan Nationals, FY 2022 | | | | |
| 59 | U.S. Customs and Border Protection Encounters: Southwest Border, Venezuelan Nationals, FY 2023 | | | | |
| 60 | Raquel Torres, *Migrant Aid Groups Stretched Thin as City Officials Seek Federal Help for Expected Wave*, San Antonio Report (Apr. 27, 2022) | | | | |
| 61 | Uriel J. Garcia, *El Paso Scrambles to Move Migrants Off the Streets and Gives Them Free Bus Rides as Shelters Reach Capacity*, The Texas Tribune (Sep. 22, 2022) | | | | |

| 62 | Denelle Confair, *Local Migrant Shelter Reaching Max Capacity as it Receives Hundreds per Day*, KGUN9 Tucson (Sep. 22, 2022) | | | | |
| 63 | U.S. Bureau of Justice Assistance, FY21 State Criminal Alien Assistance Program (SCAAP) Award Information for Texas Department of Criminal Justice | | | | |
| 64 | Kristie Wilder, *Texas Joins California as State with 30-Million-Plus Population*, U.S. Census Bureau (Mar. 30, 2023) | | | | |
| 65 | Jon Lee Anderson, *Haiti Held Hostage*, New Yorker (July 17, 2023) | | | | |

Dated:  August 2, 2023               Respectfully submitted,


 */s/ Monika Y. Langarica*
**Monika Y. Langarica***
California Bar No. 308518
langarica@law.ucla.edu

**Ahilan T. Arulanantham***
California Bar No. 237841
arulanantham@law.ucla.edu

**Talia Inlender***
California Bar No. 253796
inlender@law.ucla.edu

**CENTER FOR IMMIGRATION LAW AND POLICY**
UCLA SCHOOL OF LAW
385 Charles E. Young Dr. E., Box 951476
Los Angeles, CA 90095
Telephone: (310) 983-3345

**Esther H. Sung (Attorney-In-Charge)\***
California Bar No. 255962
*Application for Admission pending*
esther.sung@justiceactioncenter.org

**Karen C. Tumlin\***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Jane Bentrott\***
California Bar No. 323562
D.C. Bar No. 1029681
Virginia Bar No. 87903
jane.bentrott@justiceactioncenter.org

**Lauren Michel Wilfong\***
New York Bar No. 5975529
New Jersey Bar No. 378382021
*Not admitted to practice law in California*
lauren.wilfong@justiceactioncenter.org

**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

**Vanessa Rivas-Bernardy\***
California Bar No. 341464
vanessa.rivas@raicestexas.org

**THE REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)**
5121 Crestway Drive, Suite 105
San Antonio, Texas 78239
Telephone: (210) 960-3206
Facsimile: (210) 634-1279

*\*admitted pro hac vice*

**Kate Kaufmann Shih**
Texas Bar No. 24066065
Federal Bar No. 1214426
kateshih@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713)221-7100

## CERTIFICATE OF SERVICE

I certify that on August 2, 2023, I filed this motion through the Court's CM/ECF system, which served it on all counsel of record.

*/s/ Vanessa Rivas-Bernardy*