United States District Court
Southern District of Texas
Victoria Division

STATE OF TEXAS, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

Case 6:23-cv-00007

## PLAINTIFF STATES' OBJECTIONS TO INTERVENOR DEFENDANTS' WITNESS AND EXHIBIT LIST

Plaintiff States file the following evidentiary objections to Intervenor Defendants' Witness and Exhibit List, ECF No. 207:

| EXHIBIT NUMBER | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Supplemental Expert Declaration of Leighton Ku, Ph.D., MPH, August 2, 2023 | | FRE 402, 802 | | |
| 2 | Maria Montes & Savarni Sanka, *In Nicaragua, Crackdown on Religious Actors Further Imperils Return to Democracy*, U.S. Inst. Peace (Oct. 7, 2022) | | FRE 402, 802 | | |
| 3 | *World Report 2022: Nicaragua*, Hum. Rts. Watch | | FRE 402, 802 | | |
| 4 | *World Report 2022: Venezuela*, Hum. Rts. Watch | | FRE 402, 802 | | |
| 5 | *WFP Venezuela Food Security Assessment Main Findings | Data Collected between July and September 2019*, World Food Programme (Feb. 23, 2020) | | FRE 402, 802 | | |
| 6 | Excerpt from Immigration and Nationality Act, Pub. L. No. 82-414, 66 Stat. 163 (1952). | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Excerpt from S. Comm. on the Judiciary, 96th Cong., *Review of U.S. Refugee Resettlement Programs and Policies* 9 (Comm. Print 1980). | | | | |
| 8 | Excerpt from Refugee Act of 1980, Pub. L. No. 96-212, 94 Stat. 102 (1980). | | | | |
| 9 | Excerpt from H.R. Rep. No. 96-781 (1980) (Conf. Rep.). | | | | |
| 10 | Excerpt from Immigration Reform and Immigrant Responsibility Act, Pub. L. No. 104-208, Division C, 110 Stat. 3009-546 (1996). | | | | |
| 11 | Excerpts from H. R. Rep. No. 104-469, pt. 1 (1995). | | | | |
| 12 | Immigr. and Naturalization Serv., *INS Focus: What is Immigration Parole?* (1994). | | | | |
| 13 | United States General Accounting Office (GAO), *Cuba: U.S. Response to the 1994 Cuban Migration Crisis*, (September 1995). | | | | |
| 14 | Excerpt from National Defense Authorization for Fiscal Year 2020, Pub. L. No. 116-92, 133 Stat. 1198 (2019) | | | | |
| 15 | Excerpt from Extending Government Funding and Delivering Emergency Assistance Act, Pub. L. No. | | | | |

|  | | | | | |
|---|---|---|---|---|---|
|  | 117-43, Div. C., 135 Stat. 344 (Sept. 30, 2021) | | | | |
| 16 | Additional Ukraine Supplemental Appropriations Act, Pub. L. No. 117-128, 136 Stat. 1211 (May 21, 2022) | | | | |
| 17 | Excerpt from Dep't of Justice, Immigration and Naturalization Serv., *Annual Report of the Immigration and Naturalization Serv.* (1957) | | | | |
| 18 | Hungarian Refugees Relief Act, Pub. L. No. 85-559, § 2, 72 Stat. 419 (1958) | | | | |
| 19 | The Cuban Adjustment Act, Pub. L. No. 89-732, §§ 1–2, 80 Stat. 1161 (1966) | | | | |
| 20 | The Indochina Migration and Refugee Assistance Act of 1975, Pub. L. No. 94-23, §§ 1–2, 89 Stat. 87 (1975) | | | | |
| 21 | Mirta Ojito, *The Long Voyage from Mariel Ends*, The New York Times (Jan. 16, 2005) | | FRE 402, 802 | | |
| 22 | U.S. Dep't of State, *Cuban Haitian Arrivals in the U.S.* (1980) | | | | |
| 23 | Ruth Ellen Wasem, *U.S. Immigration Policy on Haitian Migrants*, CRS Report for Congress 1 (last updated Jan. 22, 2007) | | | | |
| 24 | The Refugee Education Assistance Act of 1980, Pub. L. No. 96-422, 94 Stat. 1799 (1980) | | | | |
| 25 | Ruth Marcus, *U.S. Moves to Ease Soviet Emigres' Way*, The Washington Post (Dec. 9, 1988) | | FRE 402, 802 | | |
| 26 | Excerpt from Foreign Operations, Export Financing, and Related Programs Appropriations Act, Pub. L. | | | | |

|  | | | | | |
|---|---|---|---|---|---|
|  | No. 101-167, § 599E, 103 Stat. 1195 (1989) | | | | |
| 27 | United States General Accounting Office (GAO), *Refugee Program: The Orderly Departure Program from Vietnam* (April 1990) | | FRE 402 | | |
| 28 | Dep't of Homeland Sec., *Statement by Secretary Johnson on the Continued Normalization of our Migration Relationship with Cuba* (Jan. 12, 2017) | | | | |
| 29 | Michael H. Erisman, *Brain Drain Politics: The Cuban Medical Professional Parole Programme*, Int'l J. of Cuban Studies, Vol. 4, No. 3/4, 2012, at 269–90 | | FRE 402, 802 | | |
| 30 | Cuban Family Reunification Parole Program, 72 Fed. Reg. 65588 (Nov. 21, 2007) | | | | |
| 31 | U.S. Customs and Border Protection, *Important Update in Entry Requirements: Parole for Citizens of the Russian Federation and the People's Republic of China for the CNMI Only* (Nov. 16, 2009) | | | | |
| 32 | Special Representatives of the United States and the Commonwealth of the Northern Mariana Islands, *Report to the President on 902 Consultations Related to the DHS Discretionary Parole Program* (2019) | | | | |
| 33 | U.S. Customs and Border Protection, *Russian Citizens Now Eligible to Travel to Guam Visa-Free* (Jan. 26, 2012) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 34 | Excerpt from International Entrepreneur Rule, 81 Fed. Reg. 60130 (August 31, 2016) | | | | |
| 35 | U.S. Citizenship and Immigr. Servs., *Policy Memorandum: Parole of Spouses, Children and Parents of Active Duty Members of the U.S. Armed Forces, the Selected Reserve of the Ready Reserve, and Former Members of the U.S. Armed Forces or Selected Reserve of the Ready Reserve and the Effect of Parole on Inadmissibility under Immigration and Nationality Act § 212(a)(6)(A)(i)*, PM-602-0091 (Nov. 15, 2013) | | | | |
| 36 | Franco Ordoñez, *Trump Wants To Withdraw Deportation Protections For Families of Active Troops*, NPR (June 27, 2019) | | FRE 402, 802 | | |
| 37 | Excerpt from National Defense Authorization Act for Fiscal Year 2020, Pub. L. No. 116-92, § 1758, 133 Stat. 1198 (2020) | | | | |
| 38 | U.S. Citizenship and Immigr. Servs., *Central American Minors (CAM) Program* (June 23, 2023) | | | | |
| 39 | Dep't of Homeland Sec., *Operation Allies Welcome* (May 8, 2023) | | | | |
| 40 | Excerpt from Extending Government Funding and Delivering Emergency Assistance Act, Pub. L. No. 117-43, 135 Stat. 344 (Sept. 30, 2021) | | | | |
| 41 | Dep't of Homeland Sec., *Operation Allies Welcome Afghan Parolee and Benefits Report* (2023) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 42 | Additional Ukraine Supplemental Appropriations Act, Pub. L. No. 117-128, 136 Stat. 1211 (2022) | | | | |
| 43 | U.S. Citizenship and Immigr. Servs., *DHS To Implement Haitian Family Reunification Parole Program* (October 17, 2014) | | | | |
| 44 | The White House, *Los Angeles Declaration on Migration and Protection* (June 10, 2022) | | | | |
| 45 | U.S. Customs and Border Protection Encounters: Nationwide, All Nationalities, FY 2021 | | | | |
| 46 | U.S. Customs and Border Protection Encounters: Nationwide, All Nationalities, FY 2022 | | | | |
| 47 | U.S. Customs and Border Protection Encounters: Nationwide, All Nationalities, FY 2023 | | | | |
| 48 | U.S. Customs and Border Protection Encounters: Southwest Border, All Nationalities, FY 2021 | | | | |
| 49 | U.S. Customs and Border Protection Encounters: Southwest Border, All Nationalities, FY 2022 | | | | |
| 50 | U.S. Customs and Border Protection Encounters: Southwest Border, All Nationalities, FY 2023 | | | | |
| 51 | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan/Venezuelan Nationals, FY 2021 | | | | |
| 52 | U.S. Customs and Border Protection Encounters: Southwest Border, | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Cuban/Haitian/Nicaraguan/Venezuelan Nationals, FY 2022 | | | | |
| 53 | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan/Venezuelan Nationals, FY 2023 | | | | |
| 54 | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan Nationals, FY 2022 | | | | |
| 55 | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan Nationals, FY 2023 | | | | |
| 56 | U.S. Customs and Border Protection Encounters: Southwest Border, Ukrainian Nationals, FY 2022 | | | | |
| 57 | U.S. Customs and Border Protection Encounters: Southwest Border, Ukrainian Nationals, FY 2023 | | | | |
| 58 | U.S. Customs and Border Protection Encounters: Southwest Border, Venezuelan Nationals, FY 2022 | | | | |
| 59 | U.S. Customs and Border Protection Encounters: Southwest Border, Venezuelan Nationals, FY 2023 | | | | |
| 60 | Raquel Torres, *Migrant Aid Groups Stretched Thin as City Officials Seek Federal Help for Expected Wave*, San Antonio Report (Apr. 27, 2022) | | FRE 402, 802 | | |
| 61 | Uriel J. Garcia, *El Paso Scrambles to Move Migrants Off the Streets and Gives Them Free Bus Rides as Shelters Reach Capacity*, The Texas Tribune (Sep. 22, 2022) | | FRE 402, 802 | | |

| | | | | | |
|---|---|---|---|---|---|
| 62 | Denelle Confair, *Local Migrant Shelter Reaching Max Capacity as it Receives Hundreds per Day*, KGUN9 Tucson (Sep. 22, 2022) | | FRE 402, 802 | | |
| 63 | U.S. Bureau of Justice Assistance, FY21 State Criminal Alien Assistance Program (SCAAP) Award Information for Texas Department of Criminal Justice | | FRE 402 | | |
| 64 | Kristie Wilder, *Texas Joins California as State with 30-Million-Plus Population*, U.S. Census Bureau (Mar. 30, 2023) | | FRE 402 | | |
| 65 | Jon Lee Anderson, *Haiti Held Hostage*, New Yorker (July 17, 2023) | | FRE 402, 802 | | |

Dated: August 4, 2023

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1700

Respectfully submitted,

*/s/Ryan D. Walters*
RYAN D. WALTERS
Deputy Chief, Special Litigation Division
Texas Bar No. 24105085
Southern District of Texas No. 3369185
ryan.walters@oag.texas.gov

DAVID BRYANT
Special Counsel
Texas Bar No. 03281500
Southern District of Texas No. 808332
david.bryant@oag.texas.gov

GENE P. HAMILTON
JAMES K. ROGERS
America First Legal Foundation
Virginia Bar No. 80434
Southern District of Texas No. 3792762
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org
james.rogers@aflegal.org

*Counsel for the State of Texas*

Steve Marshall
Alabama Attorney General
Edmund G. LaCour Jr.
Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for the State of Alabama*

Tim Griffin
Arkansas Attorney General
Nicholas J. Bronni
Arkansas Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Nicholas.Bronni@arkansasag.gov

*Counsel for the State of Arkansas*

Raúl R. Labrador
Attorney General of Idaho
Lincoln Davis Wilson, ISB No. 11860
Office of the Attorney General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
lincoln.wilson@ag.idaho.gov

*Counsel for the State of Idaho*

Treg Taylor
Attorney General of Alaska
Cori M. Mills
Deputy Attorney General
Christopher A. Robison
Alaska Bar No. 2111126
Texas Bar No. 24035720
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
chris.robison@alaska.gov

*Counsel for the State of Alaska*

Ashley Moody
Attorney General of Florida
James H. Percival (FBN 1016188)
Deputy Attorney General of Legal Policy
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Tel: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

Brenna Bird
Attorney General of Iowa
Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

*Counsel for the State of Iowa*

10

Kris Kobach
Attorney General of Kansas
Jesse A. Burris, Kan. Sup. Ct. #26856
Assistant Attorney General
Office of Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for the State of Kansas*

Jeff Landry
Attorney General of Louisiana
Elizabeth B. Murrill (La #20685)
Solicitor General
Joseph Scott St. John (La #36682)
Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for the State of Louisiana*

Andrew Bailey
Attorney General of Missouri
Joshua M. Divine, Mo. Bar #69875
Solicitor General
Maria Lanahan, Mo. Bar #65956
Deputy Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, Missouri 65102
Tel: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

Daniel Cameron
Attorney General of Kentucky
Marc Manley
Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for the Commonwealth of Kentucky*

Lynn Fitch
Attorney General of Mississippi
Justin L. Matheny
Deputy Solicitor General
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

Austin Knudsen
Attorney General of Montana
Christian B. Corrigan
Solicitor General
Peter M. Torstensen, Jr.
Assistant Solicitor General
Office of the Attorney General
215 N Sanders
Helena, Montana 59601
Tel: (406) 444-2026
Christian.Corrigan@mt.gov

*Counsel for the State of Montana*

<div style="columns:2">

Michael T. Hilgers
Attorney General of Nebraska
Eric J. Hamilton
Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
eric.hamilton@nebraska.gov

*Counsel for the State of Nebraska*

Gentner F. Drummond
Attorney General of Oklahoma
Garry M. Gaskins, II
Solicitor General
Zach West
Director of Special Litigation
313 N.E. 21st St.
Oklahoma City, OK 73105
Tel: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

*Counsel for the State of Oklahoma*

Jonathan Skrmetti
Tennessee Attorney General
and Reporter
Clark L. Hildabrand
Senior Counsel
P.O. Box 20207
Nashville, TN 37202
Tel: (615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for the State of Tennessee*

Dave Yost
Ohio Attorney General
Mathura Jaya Sridharan
Ohio Deputy Solicitor General
Ohio Attorney General
30 E. Broad St., 17th Floor
Columbus, OH 43215
Tel: (614) 466-8980
mathura.sridharan@OhioAGO.gov

*Counsel for the State of Ohio*

Alan Wilson
Attorney General of South Carolina
Thomas T. Hydrick
Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
Tel: (803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

Sean D. Reyes
Utah Attorney General
Melissa Holyoak
Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Tel: (801) 538-9600
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

</div>

| | |
|---|---|
| Patrick Morrisey<br>Attorney General of West Virginia<br>Lindsay See<br>Solicitor General<br>Michael R. Williams<br>Senior Deputy Solicitor General<br>Office of the West Virginia<br>Attorney General<br>State Capitol, Bldg 1, Room E-26<br>Charleston, WV 25305<br>Tel: (681) 313-4550<br>Lindsay.S.See@wvago.gov<br>Michael.R.Williams@wvago.gov<br><br>*Counsel for the State of West Virginia* | Bridget Hill<br>Wyoming Attorney General<br>Ryan Schelhaas<br>Chief Deputy Attorney General<br>Wyoming Attorney General's Office<br>109 State Capitol<br>Cheyenne, WY 82002<br>Tel: (307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Counsel for the State of Wyoming* |

## Certificate of Service

I certify that on August 4, 2023, I filed this motion through the Court's CM/ECF system, which served it on all counsel of record.

<div align="right">

*/s/ Ryan D. Walters*

</div>