# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| | §  CIVIL ACTION NO. |
| *Plaintiffs*, | § 6:23-CV-00007 |
| | § |
| vs. | § |
| | § |
| UNITED STATES DEPARTMENT OF | § |
| HOMELAND SECURITY, *et al.*, | § JUDGE DREW S. TIPTON |
| | § |
| *Federal Defendants,* and | § |
| | § |
| VALERIE LAVEUS, *et al.*, | § |
| | § |
| *Individual Defendants.* | § |

## [PROPOSED] ORDER ON INDIVIDUAL DEFENDANTS' MOTION TO EXCLUDE EVIDENCE

Pending before the Court is the Individual Defendants' Motion to Exclude Evidence. After considering the motions, the Court orders as follows:

1. Request to exclude the declarations of Rebecca Waltz, Texas Department of Criminal Justice. ECF 22-6; ECF 195 Ex. 5.

    **Granted** _____    **Denied** _____

2. Request to exclude the declaration of James Terry, Texas Education Agency. ECF 195 Ex. 6.

    **Granted** _____    **Denied** _____

3. Request to exclude the declaration of Leonardo Lopez, Texas Education Agency. ECF 22-4.

    **Granted** _____    **Denied** _____

4.     Request to exclude the declarations of Susan Bricker, Texas Health and Human Services Commission, ECF 22-5; ECF 195 Ex. 7.

       **Granted** _____     **Denied** _____

5.     Request to exclude the declarations of Sheri Gipson, Texas Department of Public Safety. ECF 22-3; ECF 195 Ex. 4.

       **Granted** _____     **Denied** _____

6.     Request to exclude Exhibit 31, State Department Online DS-160 Form (Non-Immigrant Visa).

       **Granted** _____     **Denied** _____

7.     Request to exclude Exhibit 32, State Department's Online DS-260 Form (Immigrant Visa).

       **Granted** _____     **Denied** _____

8.     Request to exclude Exhibit 33, Customs and Border Protection ESTA (Electronic System for Travel Authorization) Form.

       **Granted** _____     **Denied** _____

9.     Request to exclude Exhibit 34, United States Citizenship and Immigration ("USCIS") Form I-129, Petition for a Non-Immigrant Worker.

       **Granted** _____     **Denied** _____

10.     Request to exclude Exhibit 35, USCIS Form I-130, Petition for an Alien Relative.

       **Granted** _____     **Denied** _____

11.     Request to exclude Exhibit 36, USCIS Form I-140, Immigrant Petition for Alien Workers.

       **Granted** _____     **Denied** _____

11. Request to exclude Exhibit 37, USCIS Form 1-864, Affidavit of Support Under Section 213A of the INA.

**Granted** _____   **Denied** _____

Signed this _____ day of _____, 2023.

Hon. Drew B. Tipton  
UNITED STATES DISTRICT JUDGE