# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO. 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § § § | |
| *Defendants,* and | § § | JUDGE DREW B. TIPTON |
| VALERIE LAVEUS, *et al.*, | § § § | |
| *Intervenor Defendants.* | § | |

## [PROPOSED] ORDER GRANTING INTERVENOR DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND WITNESS AND EXHIBIT LIST AND JOINT MOTION TO EXTEND DEADLINE FOR PLAINTIFF STATES TO FILE OBJECTIONS

Pending before the Court is Intervenor Defendants' unopposed Motion for Leave to Amend Witness and Exhibit List and Intervenor Defendants' and Plaintiff States' Joint Motion to Extend Deadline for Plaintiff States to File Objections. After reviewing the motion, the record, and the applicable law, the Court GRANTS the parties' motion.

It is SO ORDERED.

Signed this August \_\_\_\_, 2023

_____
Drew B. Tipton
UNITED STATES DISTRICT JUDGE