UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| U.S. Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen J. Yanni<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-6184 | stephen.yanni@ag.ny.gov<br>New York State Bar. No. 5482070;<br>SDNY Bar No. SY1247; Second and Ninth Circuits (no bar number) |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici States |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ____✓____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/10/2023 | Signed: | /s/ Stephen J. Yanni |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____

United States District Judge