UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.,

*versus*

U.S. Department of Homeland Security, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Brandon Galli-Graves<br>The Refugee and Immigrant Center for Education and Legal Services (RAICES)<br>5121 Crestway Drive, Suite 105<br>San Antonio, TX 78239<br>210-610-6143<br>brandon.galli-graves@raicestexas.org<br>Texas Bar No. 24132050 |
|---|---|

| Name of party applicant seeks to appear for: | Individual Defendants Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Dr. Nan Langowitz, and Dr. German Cadenas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No   X

On a separate sheet for each sanction, please supply the full particulars.

Dated: 08/10/2023     Signed: *[signature]*

The state bar reports that the applicant's status is:

Dated:     Clerk's signature

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge