United States District Court
Southern District of Texas

**ENTERED**
August 11, 2023
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

U.S. Department of Homeland Security, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen J. Yanni<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-6184 \| stephen.yanni@ag.ny.gov<br>New York State Bar. No. 5482070;<br>SDNY Bar No. SY1247; Second and Ninth Circuits (no bar number) |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici States |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/10/2023 | Signed: | /s/ Stephen J. Yanni |
|---|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 8/11/2023 | Clerk's signature   s/ Stacie Marthiljohni |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: August 11, 2023

_Drew B. Tipton_
United States District Judge