# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, et al.,

      Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

      Defendants.

Civil Action No. 6:23-cv-00007

## [PROPOSED] ORDER

Pending before the Court is the Motion of Drs. Stan Veuger, Tara Watson, Douglas Holtz-Eakin, and Leah Boustan for leave to file a Brief as *Amici Curiae* in support of Defendants' opposition to Plaintiffs' request for injunctive and other equitable relief.  After reviewing the motion, the record, and the applicable law, the Court orders that Motion is GRANTED.

IT IS SO ORDERED

Signed _____, 2023

                                                    _____
                                                         Drew B. Tipton
                                        UNITED STATES DISTRICT JUDGE