**United States District Court**
**Southern District of Texas**
**Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants.* | Case 6:23-cv-00007 |

### PLAINTIFF STATES' OPPOSITION TO INTERVENORS' MOTION FOR LEAVE TO AMEND WITNESS AND EXHIBIT LIST AND NOTICE OF WITHDRAWAL OF NON-OPPOSITION TO SAME

Plaintiffs previously indicated no opposition to Intervenors' Motion for Leave to Amend Witness and Exhibit List, ECF No. 215, while simultaneously jointly filing a request to extend Plaintiffs' deadlines to file objections and motions to exclude to exhibits not listed on Intervenors' previous Witness and Exhibit List that was filed on August 2. *Id.*

Plaintiffs had quickly indicated no opposition to the Motion with an eye toward allowing objections and motions to exclude, and oppositions to the same, to be completed in advance of trial. Intervenors filed their Motion on Thursday, August 10. However, the volume of previously undesignated declarations and exhibits listed as an attachment to the Motion—76 newly designated exhibits, including 25 declarations—makes it impossible for Plaintiffs to consider them and submit objections and motions to exclude by the end of today, August 14. Allowing Intervenors to reopen this so close to trial is prejudicial to Plaintiffs' preparation for it—the wisdom of the Court's deadline for all exhibit lists to be filed by August 2, ECF No. 159 at 6(c)(i), is evident. Plaintiffs hereby withdraw their lack of opposition to the Motion.

Intervenors have maintained that the following provision of the Court's scheduling order relieved them of the need to designate on their Witness and Exhibit List any of their exhibits and declarations attached to their earlier briefing on the preliminary injunction motion:

> 1. The Parties' previous briefing and exhibits, including any supplemental briefing or extra-record evidence including affidavits or declarations, on Plaintiffs' Motion for Preliminary Injunction, (Dkt. No. 22), are incorporated and consolidated with this Court's consideration of the merits pursuant to Federal Rule of Civil Procedure 65(a)(2). The evidentiary materials attached to the Parties' previous briefing, and any supplemental exhibits, affidavits, or declarations they may submit, are admitted as authentic and without need of a sponsoring witness and are presumptively admitted as "part of the trial record and need not be repeated at trial." Fed. R. Civ. P. 65(a)(2).

ECF No. 159.

But that provision merely made all the previously submitted exhibits part of the trial record and therefore eligible to be relied on by the parties—*if* they so designated them on their exhibit lists, as indicated by another provision of the scheduling order:

> No later than August 2, 2023: Defendants shall file an Exhibit List identifying any affidavits, declarations, or documentary evidence, other than the administrative record, that they may wish the Court to consider, including any documents they may seek to introduce through live testimony. Defendants are not required to identify documents they may potentially rely upon in cross-examination for purposes of impeachment. Except for the administrative record, Defendants shall produce courtesy copies to the Court and the Plaintiffs of the proposed Exhibits but shall not file them.

ECF No. 159 at 6(c)(i).

It would make no sense to require designation of "affidavits, declarations, or documentary evidence" but not require the Intervenors to put the parties on notice of all such documents they will rely on at trial, especially as this latter provision enumerates the *only* exceptions for designation: the administrative record and documents the parties may rely on for cross-examination for purposes of impeachment.

Intervenors should be limited to relying on exhibits designated in their Witness and Exhibit List timely filed on August 2. ECF No. 207. Plaintiffs respectfully ask the Court to deny the Motion.

Dated: August 14, 2023

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1700

Respectfully submitted,

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Deputy Chief, Special Litigation Division
Texas Bar No. 24105085
Southern District of Texas No. 3369185
ryan.walters@oag.texas.gov

DAVID BRYANT
Special Counsel
Texas Bar No. 03281500
Southern District of Texas No. 808332
david.bryant@oag.texas.gov

GENE P. HAMILTON
JAMES K. ROGERS
America First Legal Foundation
Virginia Bar No. 80434
Southern District of Texas No. 3792762
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org
james.rogers@aflegal.org

*Counsel for the State of Texas*

Steve Marshall
Alabama Attorney General
Edmund G. LaCour Jr.
Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for the State of Alabama*

Tim Griffin
Arkansas Attorney General
Nicholas J. Bronni
Arkansas Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Nicholas.Bronni@arkansasag.gov

*Counsel for the State of Arkansas*

Raúl R. Labrador
Attorney General of Idaho
Lincoln Davis Wilson, ISB No. 11860
Office of the Attorney General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
lincoln.wilson@ag.idaho.gov

*Counsel for the State of Idaho*

Treg Taylor
Attorney General of Alaska
Cori M. Mills
Deputy Attorney General
Christopher A. Robison
Alaska Bar No. 2111126
Texas Bar No. 24035720
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
chris.robison@alaska.gov

*Counsel for the State of Alaska*

Ashley Moody
Attorney General of Florida
James H. Percival (FBN 1016188)
Deputy Attorney General of Legal Policy
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Tel: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

Brenna Bird
Attorney General of Iowa
Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

*Counsel for the State of Iowa*

4

Kris Kobach
Attorney General of Kansas
Jesse A. Burris, Kan. Sup. Ct. #26856
Assistant Attorney General
Office of Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for the State of Kansas*

Jeff Landry
Attorney General of Louisiana
Elizabeth B. Murrill (La #20685)
Solicitor General
Joseph Scott St. John (La #36682)
Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for the State of Louisiana*

Andrew Bailey
Attorney General of Missouri
Joshua M. Divine, Mo. Bar #69875
Solicitor General
Maria Lanahan, Mo. Bar #65956
Deputy Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, Missouri 65102
Tel: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

Daniel Cameron
Attorney General of Kentucky
Marc Manley
Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for the Commonwealth of Kentucky*

Lynn Fitch
Attorney General of Mississippi
Justin L. Matheny
Deputy Solicitor General
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

Austin Knudsen
Attorney General of Montana
Christian B. Corrigan
Solicitor General
Peter M. Torstensen, Jr.
Assistant Solicitor General
Office of the Attorney General
215 N Sanders
Helena, Montana 59601
Tel: (406) 444-2026
Christian.Corrigan@mt.gov

*Counsel for the State of Montana*

5

| | |
|---|---|
| Michael T. Hilgers<br>Attorney General of Nebraska<br>Eric J. Hamilton<br>Solicitor General<br>Office of the Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>Tel: (402) 471-2682<br>eric.hamilton@nebraska.gov<br><br>*Counsel for the State of Nebraska* | Dave Yost<br>Ohio Attorney General<br>Mathura Jaya Sridharan<br>Ohio Deputy Solicitor General<br>Ohio Attorney General<br>30 E. Broad St., 17th Floor<br>Columbus, OH 43215<br>Tel: (614) 466-8980<br>mathura.sridharan@OhioAGO.gov<br><br>*Counsel for the State of Ohio* |
| Gentner F. Drummond<br>Attorney General of Oklahoma<br>Garry M. Gaskins, II<br>Solicitor General<br>Zach West<br>Director of Special Litigation<br>313 N.E. 21st St.<br>Oklahoma City, OK 73105<br>Tel: (405) 521-3921<br>Garry.Gaskins@oag.ok.gov<br>Zach.West@oag.ok.gov<br><br>*Counsel for the State of Oklahoma* | Alan Wilson<br>Attorney General of South Carolina<br>Thomas T. Hydrick<br>Assistant Deputy Solicitor General<br>Post Office Box 11549<br>Columbia, SC 29211<br>Tel: (803) 734-4127<br>thomashydrick@scag.gov<br><br>*Counsel for the State of South Carolina* |
| Jonathan Skrmetti<br>Tennessee Attorney General<br>and Reporter<br>Clark L. Hildabrand<br>Senior Counsel<br>P.O. Box 20207<br>Nashville, TN 37202<br>Tel: (615) 253-5642<br>Clark.Hildabrand@ag.tn.gov<br><br>*Counsel for the State of Tennessee* | Sean D. Reyes<br>Utah Attorney General<br>Melissa Holyoak<br>Utah Solicitor General<br>350 N. State Street, Suite 230<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320<br>Tel: (801) 538-9600<br>melissaholyoak@agutah.gov<br><br>*Counsel for the State of Utah* |

| | |
|---|---|
| Patrick Morrisey<br>Attorney General of West Virginia<br>Lindsay See<br>Solicitor General<br>Michael R. Williams<br>Senior Deputy Solicitor General<br>Office of the West Virginia<br>Attorney General<br>State Capitol, Bldg 1, Room E-26<br>Charleston, WV 25305<br>Tel: (681) 313-4550<br>Lindsay.S.See@wvago.gov<br>Michael.R.Williams@wvago.gov<br><br>*Counsel for the State of West Virginia* | Bridget Hill<br>Wyoming Attorney General<br>Ryan Schelhaas<br>Chief Deputy Attorney General<br>Wyoming Attorney General's Office<br>109 State Capitol<br>Cheyenne, WY 82002<br>Tel: (307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Counsel for the State of Wyoming* |

## Certificate of Service

I certify that on August 14, 2023, I filed this motion through the Court's CM/ECF system, which served it on all counsel of record.

*/s/ Ryan D. Walters*