Case 6:23-cv-00007   Document 221   Filed on 08/14/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Defendants.

Civil Action No. 6:23-cv-00007

**ORDER**

Pending before the Court is the Motion of Drs. Stan Veuger, Tara Watson, Douglas Holtz-Eakin, and Leah Boustan for leave to file a Brief as *Amici Curiae* in support of Defendants' opposition to Plaintiffs' request for injunctive and other equitable relief. After reviewing the motion, the record, and the applicable law, the Court orders that Motion is GRANTED.

IT IS SO ORDERED

Signed _____August 14_____, 2023

_____
Drew B. Tipton
UNITED STATES DISTRICT JUDGE

1