# TECHNICAL APPENDIX

1. Statistics on CHNV entries or encounters come from DHS's monthly data on nationwide encounters with noncitizens by nationality. *Nationwide Encounters*, U.S. CUSTOMS & BORDER PROTECTION, https://www.cbp.gov/newsroom/stats/nationwide-encounters (July 18, 2023) ("DHS Entry Data").

2. Page 5: DHS Entry Data were filtered to include only noncitizens from Cuba, Haiti, and Nicaragua ("CHN") and separated into encounters at the Southwest border and at interior air ports of entry ("Other" in the "Land Border Region" field)). The numbers of CHN encounters at the Southwest land border in December 2022 and January 2023 were compared. The chart compares the share of interior and Southwest border encounters versus total encounters from September 2022 to June 2023.

3. Page 7 (Ukraine): DHS Entry Data were filtered to include only noncitizens from Ukraine entering at the Southwest border. The numbers of Ukrainian encounters at the Southwest land border in April 2022, May 2022, and later months were compared.

4. Page 7 (Venezuela): DHS Entry Data were filtered to include only noncitizens from Venezuela entering at the Southwest border. The numbers of Venezuelan encounters at the Southwest land border in September 2022 were compared to totals in November 2022.

5. Page 8: DHS Entry Data were filtered to include only noncitizens from Cuba, Haiti, Nicaragua, and Venezuela ("CHNV") entering at the Southwest border. The number of CHNV encounters at the Southwest land border in December 2022 and February 2023 and the difference between those two (76,984) was calculated. The total number of encounters at the Southwest land border for all noncitizens (regardless of nationality) was calculated for December 2022 and February 2023, and the ratio of CHNV encounters to all encounters was taken for those months.

6. <u>Page 8</u>:  The monthly detention cost savings figure ("over $310 million") was generated using DHS data on the average daily cost and average length of detention of unauthorized immigrants.  *See ICE Annual Report: Fiscal Year 2022*, at 15 (Dec. 30, 2022), https://www.ice.gov/doclib/eoy/iceAnnualReportFY2022.pdf (calculating the average length of detention at 25.9 days); *Immigration Detention and Alternatives to Detention*, AMERICAN IMMIGRATION LAWYERS ASSOCIATION, https://www.aila.org/advo-media/issues/featured-issue-immigration-detention (Mar. 28, 2023) (estimating detention costs at $157.20 per day) (citing DHS data).  These figures were multiplied together and by 77,000 – roughly the reduction in the number of CHNV migrants entering at the Southwest land border from December 2022 to February 2023 (*supra* ¶5) – to estimate an immigration detention cost savings of $313,503,960 in February 2023 against December 2022 estimated expenditures on new CHNV arrivals.

7. <u>Page 10-11 & n.9</u>:  DHS Entry Data were filtered to include only noncitizens from Cuba, Haiti, and Nicaragua.  The total numbers of CHN encounters (interior entries via airport plus unauthorized entries at the Southwest and Northern land borders) were compared between mid-2022 through December 2022 against January 2023 when the CHNV Program was implemented.  The chart compares the number of total CHN encounters (interior plus border) from September 2022 to June 2023.  The footnote compares the percentage change in the number of total CHN encounters (interior plus border) between the months of December and January for each of the years in the dataset, 2020 through 2023.

8. <u>Page 11</u> (Venezuela):  DHS Entry Data were filtered to include only noncitizens from Venezuela.  The total numbers of Venezuelan encounters (interior entries via airport plus unauthorized entries at the Southwest and Northern land borders) in September 2022 and November 2022 were calculated, and the difference between those numbers (20,305) was taken.

9. <u>Page 11-12</u> (Ukraine):  DHS Entry Data were filtered to include only noncitizens from Ukraine.  The total numbers of Ukrainian encounters (interior entries via airport plus unauthorized entries at the Southwest and Northern land borders) in April 2022 and May 2022 were calculated.

10. <u>Page 13</u>:  To compute the education and driver's license expenses ("up to $416.5 million") that Texas allegedly incurred from new CHNV migrants in December 2022, DHS Entry Data were filtered to include only noncitizens from Cuba, Haiti, Nicaragua, and Venezuela who initially arrived in Texas, both at the Southwest border or at interior airports (a total of 70,788 new CHNV arrivals in December 2022).  To estimate how many of these new arrivals would require educational or driver's license services, it was assumed that all such CHNV migrants arriving in Texas would remain in Texas (i.e., none would voluntarily relocate to other states or be removed from the U.S.).

Texas has submitted declarations from fact witnesses alleging that it is likely to spend $11,781 per student on education and $201.49 per applicant in driver's licenses expenses for eligible CHNV migrants.  Gipson Decl. ¶¶7-9 & table (ECF 22-3); Terry Decl. ¶¶3-4 (ECF 141-3).  Taking these per-migrant cost allegations at face value, it was assumed that 83 percent of new CHNV migrants would be issued a driver's license or identification card, consistent with statewide averages for Texas.  *See* Minton, *Texas Driver's Licenses: A Customer Service Challenge,* 2019 FISCAL NOTES 7, at 7 (Oct. 2019), https://comptroller.texas.gov/economy/fiscal-notes/2019/oct/docs/fn.pdf.  It was assumed that 50 percent of new CHNV migrants (a number that includes both adults and children) would enroll in Texas public schools and that, consistent with the allegations in Texas's fact declarations, "most, if not all" such students would likely require higher-cost bilingual and compensatory education services.  *See* Terry Decl. ¶¶3-4; Lopez Decl. ¶¶3-4 (ECF 22-4).  These assumed percentages were multiplied by the total number of new

3

CHNV arrivals in December 2022 and then further multiplied by Texas's alleged per capita educational and licensure costs to estimate the total costs Texas allegedly incurred for providing those services to CHNV migrants who arrived in December 2022.

11. Page 13:  To compute the education and driver's license savings ("roughly $1 billion from January through March 2023") that Texas is assumed to have received from the CHNV Program, DHS Entry Data were filtered to include only noncitizens from Cuba, Haiti, Nicaragua, and Venezuela who initially arrived in Texas, both at the Southwest border or at interior airports (a total of 18,166, 12,038, and 12,407 new CHNV migrants in January, February, and March 2022, respectively).  As stated in Paragraph 10 above, it was assumed that all such 2023 arrivals in Texas remained in Texas (i.e., none relocated to other states or were removed from the U.S.).  Each month's figure was subtracted from the number of new CHNV arrivals in December 2022, then those differences were added together to calculate a total of 169,753 fewer new arrivals in the first quarter of 2023.  Those 169,753 fewer new arrivals were multiplied by Texas's alleged per capita costs of educating and issuing licenses to CHNV migrants, as adjusted by the assumed percentages of migrants requiring those services (*supra* ¶10).

The product of the reduced CHNV migrant flows times Texas's alleged educational and licensure expenses per entrant yields a savings to Texas of $1,028,319,978 in the first three months following the implementation of the CHNV Program.

12. Page 15:  DHS Entry Data were filtered to include only noncitizens from Cuba, Haiti, Nicaragua, and Venezuela encountered in the state of Texas.  The numbers of Venezuelan encounters were calculated for September 2022 and for November 2022, i.e., the month before and the month after the Venezuelan parole program (which later became part of the broader CHNV Program) was implemented.  The numbers of Cuban, Haitian, and Nicaraguan encounters were

4

calculated for December 2022 and for February 2023, i.e., the month before and the month after the full CHNV Program was implemented. November 2022 Venezuelan entries were subtracted from September 2022 Venezuelan encounters, February 2023 CHN entries were subtracted from December 2022 CHN encounters, and the respective differences between these groups were added together to calculate the total reduction in CHNV arrivals (80,106) in the first full month of those nationals' eligibility for parole.

13. Page 16-17 (new CHNV arrivals): DHS Entry Data were filtered to include only noncitizens from Cuba, Haiti, Nicaragua, and Venezuela encountered in the state of Texas at interior air ports of entry. The number of CHNV encounters at Texas airports (the only locations where the Program permits CHNV applicants to arrive) was calculated for January 2023. That figure (833) represents the maximum number of new residents that came to Texas in January 2023 under the CHNV Program as it assumes that (a) none of the CHNV migrants arriving via Texas airports came without authorization or through authorized migration pathways other than the CHNV Program; (b) none were denied entry and excluded from Texas upon encountering DHS; and (c) none relocated to states other than Texas (including contiguous states without international airports like Arkansas, Oklahoma, Nebraska) after their arrival. This figure also conservatively assumes that *none* of the assumed 833 new parolees under the CHNV Program would have attempted to enter Texas without authorization if the Program did not exist. *But see* Amicus Br. §I (showing large shifts away from unauthorized border entries after implementation of the CHNV program).

14. Page 16-17 (driver's licenses): All CHNV migrants arriving in Texas through interior air ports of entry (which were assumed to be parolees under the CHNV Program, *supra* ¶13) were assumed to require a driver's license or state-issued identity card. This number (833) of assumed

new CHNV license applications in Texas in January 2023 was divided by the number of driver's license and identity card applications in 2018 as reported by the Texas Comptroller. *See* Minton, *Texas Driver's Licenses*, 2019 FISCAL NOTES at 7.

The relative proportion of Texas's alleged "fixed" licensure costs (i.e., hiring additional employees and opening additional drivers' license offices) was calculated by dividing Texas's alleged "Biennial Cost for Additional Employees, Leases, Facilities and Technology" by its alleged "Total Cost to DPS" for licensure expenses. Gipson Decl. ¶9 & table. The amount of Texas's remaining alleged "variable" licensure costs ($3.60 per applicant) was calculated by taking the difference between its alleged "Biennial Cost for Additional Employees, Leases, Facilities and Technology" and its alleged "Total Cost to DPS" for licensure expenses, dividing the difference by the assumed number of applicants. *Id.* Those "variable" costs ($3.60) were then compared to the fees that Texas charges to noncitizen applicants for limited-term drivers licenses ($33) and limited-term state-issued identity cards ($16), *Driver License Fees*, TEXAS DEPARTMENT OF PUBLIC SAFETY (2023), https://www.dps.texas.gov/section/driver-license/driver-license-fees, as well as the revenues Texas earns from its $0.20 per gallon gasoline tax, which generated an average of nearly $10 in monthly revenue per Texas resident in 2016. *Gas Tax Facts: State Transportation and Your Fuel Tax Dollars* (Jan. 2016), https://policy.tti.tamu.edu/wp-content/uploads/2016/01/Gas-Tax-Facts-v7_FINAL-January2016.pdf.

15. Page 17 (education): The potential number of new CHNV parolees that were enrolled in Texas public schools was calculated using the assumptions stated in Paragraphs 10 and 13 regarding the number of new CHNV parolees in Texas and the share of parolees who would become students in Texas (50%). This resulted in an estimate of between 417 and 781 students per month since January 2023, which figures were compared to Texas's total public school

enrolment of approximately 5.4 million students across over 8,000 public schools in 2022. *See Enrollment in Texas Public Schools 2021-22*, TEXAS EDUCATION AGENCY, at xi (June 2022), https://tea.texas.gov/reports-and-data/school-performance/accountability-research/enroll-2021-22.pdf.