United States District Court
Southern District of Texas
Victoria Division

| | |
|---|---|
| STATE OF TEXAS, *et al.*<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.,*<br><br>    *Defendants.* | Case No. 6:23-cv-00007 |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff the State of Texas files this Notice of Appearance of Counsel and hereby notifies the Court that Assistant Attorney General Luis A. Suarez will appear as counsel for the State of Texas, along with counsel listed below. Mr. Suarez is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas and is familiar with the Southern District Local Rules. His contact information is:

    LUIS A. SUAREZ
    Assistant Attorney General
    Texas State Bar No. 24117110
    Southern District Bar No. 3697939
    Luis.Suarez@oag.texas.gov
    Telephone: 512-936-1682
    Fax: 512-370-9323

Dated August 14, 2023.

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 936-1700

Respectfully submitted,

RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085
Southern District of Texas No. 3369185
ryan.walters@oag.texas.gov

DAVID BRYANT
Special Counsel
Texas Bar No. 03281500
Southern District of Texas No. 808332
david.bryant@oag.texas.gov

*/s/ LUIS A. SUAREZ*
LUIS A. SUAREZ
Assistant Attorney General
Texas State Bar No. 24117110
Southern District Bar No. 3697939
Luis.Suarez@oag.texas.gov

GENE P. HAMILTON
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
Tel: (202) 964-3721
gene.hamilton@aflegal.org

*Counsel for the State of Texas*

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically on all parties who have appeared and registered for notifications via CM/ECF on August 14, 2023.

*/s/ LUIS A. SUAREZ*
LUIS A. SUAREZ