# EXHIBIT B

# Esther Sung

| | |
|---|---|
| **From:** | Esther Sung |
| **Sent:** | Wednesday, August 9, 2023 4:48 PM |
| **To:** | Ryan Walters; Fudim, Elissa P. (CIV) |
| **Cc:** | Erez Reuveni; Ward, Brian C. (CIV); Ryan, Erin T. (CIV); Karen Tumlin; Monika Langarica; Vanessa Rivas; Jane Bentrott |
| **Subject:** | TX v. DHS / CHNV - draft motion for leave to amend exhibit list / motion to extend time to object |
| **Attachments:** | Draft Motion for Leave to Amend Trial Exhibit List.docx |

Hi, Ryan and Elissa—

As promised, I am attaching a draft motion that would allow Intervenor Defendants to file an amended exhibit list and Plaintiff States 5 days to object to the newly added exhibits. Please let me know if the draft motion is acceptable to you. We hope to be able to button this up and file with the court tomorrow.

Also, Ryan, if the motion is acceptable to Plaintiff States, could you please either send me your signature block or drop it into the draft motion?

Thanks,
Esther

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | CIVIL ACTION NO. |
| *Plaintiffs*, | § | 6:23-CV-00007 |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE DREW S. TIPTON |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| *Defendants.* | | |

### INDIVIDUAL DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND WITNESS AND EXHIBIT LIST AND JOINT MOTION TO EXTEND DEADLINE FOR PLAINTIFF STATES TO FILE OBJECTIONS

Individual Defendants in the above-captioned action respectfully move for leave to file an Amended Witness and Exhibit List. Should the Court grant Individual Defendants' unopposed motion, Individual Defendants and Plaintiff States additionally jointly move to extend the deadline for Plaintiff States to file objections to Individual Defendants' Amended Witness and Exhibit List.

Under the Court's current Scheduling Order, ECF No. 159, Individual Defendants timely submitted their Witness and Exhibit List on August 2, 2023, ECF No. 207. Per the Court Procedures of this Court, Section No. 20(d), Plaintiff States timely filed objections to Individual Defendants' Witness and Exhibit List on August 4, 2023, ECF No. 210.

Individual Defendants now request leave 1) to add three additional exhibits that were inadvertently omitted from their August 2 Witness and Exhibit List; and

1

2) to add, for the sake of clarity for all Parties and the Court, the exhibits and declarations previously attached to Individual Defendants' Opposition to Plaintiff States' Motion for a Preliminary Injunction, ECF No. 175, which the Court's scheduling order, ECF No. 159, states "are admitted as authentic and without need of a sponsoring witness and are presumptively admitted as 'part of the trial record and need not be repeated at trial,'" and which Individual Defendants incorporated by reference in their Witness and Exhibit List, ECF No. 207. An Amended Witness and Exhibit List is attached as Exhibit A.

In addition, Individual Defendants and Plaintiff States move to extend to August 14, 2023 the deadline for Plaintiff States to file objections to the exhibits added in Individual Defendants' Amended Witness and Exhibit List.

Individual Defendants' motion is unopposed by the other parties, and the joint motion by Individual Defendants and Plaintiff States is unopposed by the Federal Defendants. Allowing the Individual Defendants to amend their exhibit list to add the additional exhibits would allow Individual Defendants to provide a more fulsome explication of the facts at trial, and would facilitate the court's and the parties' consideration of the exhibits at the August 23 pretrial conference and at trial. Allowing the Defendants an extended deadline to file objections to the additional exhibits would further the interests of fairness as well as the court's consideration of the proffered exhibits.

For the above reasons, Individual Defendants respectfully request leave to amend their Witness and Exhibit List, and Individual Defendants and Plaintiff

States jointly and respectfully request an extended deadline of August 14, 2023 to allow Plaintiff States to file objections to the exhibits added to Individual Defendants' Amended Witness and Exhibit List.

Dated:  August 10, 2023

Respectfully submitted,

*/s/ Esther H. Sung*
**Esther H. Sung (Attorney-In-Charge)***
California Bar No. 255962
*Application for Admission pending*
esther.sung@justiceactioncenter.org

**Karen C. Tumlin***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Jane Bentrott***
California Bar No. 323562
D.C. Bar No. 1029681
Virginia Bar No. 87903
jane.bentrott@justiceactioncenter.org

**Lauren Michel Wilfong***
New York Bar No. 5975529
New Jersey Bar No. 378382021
*Not admitted to practice law in California*
lauren.wilfong@justiceactioncenter.org

JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

**Monika Y. Langarica***
California Bar No. 308518
langarica@law.ucla.edu

**Ahilan T. Arulanantham***

3

California Bar No. 237841
arulanantham@law.ucla.edu

**Talia Inlender\***
California Bar No. 253796
inlender@law.ucla.edu

**CENTER FOR IMMIGRATION LAW AND POLICY**
UCLA SCHOOL OF LAW
385 Charles E. Young Dr. E., Box 951476
Los Angeles, CA 90095
Telephone: (310) 983-3345

**Vanessa Rivas-Bernardy\***
California Bar No. 341464
vanessa.rivas@raicestexas.org

**THE REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)**
5121 Crestway Drive, Suite 105
San Antonio, Texas 78239
Telephone: (210) 960-3206
Facsimile: (210) 634-1279

*\*admitted pro hac vice*

**Kate Kaufmann Shih**
Texas Bar No. 24066065
Federal Bar No. 1214426
kateshih@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Facsimile:  (713)221-7100

4

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing instrument was served via ECF pursuant to the Federal Rules of Civil Procedure on the 10th day of August 2023, upon all counsel of record in this matter.

                                                 /s/ *Esther H. Sung*
                                                 Esther H. Sung