# EXHIBIT D

## Esther Sung

| | |
|---|---|
| **From:** | Esther Sung |
| **Sent:** | Thursday, August 10, 2023 12:19 PM |
| **To:** | Ryan Walters; Fudim, Elissa P. (CIV) |
| **Cc:** | Ryan, Erin T. (CIV); Ward, Brian C. (CIV); Erez Reuveni; Karen Tumlin; Monika Langarica; Vanessa Rivas |
| **Subject:** | TX v. DHS / CHNV - near final motion for leave to amend exhibit list/extend deadlines |
| **Attachments:** | 2023-08-10 Draft Motion for Leave to Amend Trial Exhibit List.docx |

Hi, Ryan and Elissa:

I am attaching the current version of the motion for leave to amend the exhibit list/extend deadlines. I believe Ryan has signed off – I assume this is also OK with you, Elissa? I will plan on filing in the one o'clock hour (CT), so if either of you have any further concerns, I'd appreciate it if you could please let me know at your earliest convenience.

Thanks,
Esther




**Esther Sung** (she/her)
*Legal Director*

Justice Action Center
323-450-7272
esther.sung@justiceactioncenter.org

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | Civil Action No. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| *Defendants,* and | § | Judge Drew B. Tipton |
| | § | |
| VALERIE LAVEUS, *et al.*, | § | |
| | § | |
| *Individual Defendants.* | § | |


**INDIVIDUAL DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO
AMEND WITNESS AND EXHIBIT LIST AND JOINT MOTION TO EXTEND
DEADLINE FOR PLAINTIFF STATES TO FILE OBJECTIONS**

Individual Defendants in the above-captioned action respectfully move for leave to file an Amended Witness and Exhibit List. Should the Court grant Individual Defendants' unopposed motion, Individual Defendants and Plaintiff States additionally jointly move to extend the deadline for Plaintiff States to file objections to the exhibits added in Individual Defendants' Amended Witness and Exhibit List.

Under the Court's current Scheduling Order, ECF No. 159, Individual Defendants timely submitted their Witness and Exhibit List on August 2, 2023, ECF No. 207. Per the Court Procedures of this Court, Section No. 20(d), Plaintiff States timely filed objections to Individual Defendants' Witness and Exhibit List on August 4, 2023, ECF No. 210.

1

Individual Defendants now request leave (1) to add three additional exhibits that were inadvertently omitted from their August 2 Witness and Exhibit List; and (2) to add, for the sake of clarity for all Parties and the Court, the exhibits and declarations previously attached to Individual Defendants' Opposition to Plaintiff States' Motion for a Preliminary Injunction, ECF No. 175, which the Court's scheduling order, ECF No. 159, states "are admitted as authentic and without need of a sponsoring witness and are presumptively admitted as 'part of the trial record and need not be repeated at trial,'" and which Individual Defendants incorporated by reference in their Witness and Exhibit List, ECF No. 207. An Amended Witness and Exhibit List is attached as Exhibit A.

In addition, Individual Defendants and Plaintiff States move to extend the deadlines for (1) Plaintiff States to file objections to the exhibits added in Individual Defendants' Amended Witness and Exhibit List to August 14, 2023, (2) for Plaintiff States to file any motion to exclude evidence relating to any of the added exhibits to August 14, 2023, and (3) for Individual Defendants to file any response to any such motion to exclude evidence relating to the added exhibits to August 18, 2023.

Individual Defendants' motion is unopposed by the other Parties, and the joint motion by Individual Defendants and Plaintiff States is unopposed by the Federal Defendants. Allowing the Individual Defendants to amend their exhibit list to add the additional exhibits would allow Individual Defendants to provide a more fulsome explication of the facts at trial, and would facilitate the Court's and the Parties' consideration of the exhibits at the August 23 pretrial conference and at trial.

Allowing the Defendants an extended deadline to file objections to the additional exhibits would further the interests of fairness as well as the Court's consideration of the proffered exhibits.

For the above reasons, Individual Defendants respectfully request leave to amend their Witness and Exhibit List, and Individual Defendants and Plaintiff States jointly and respectfully request an extended deadline of August 14, 2023 to allow Plaintiff States to file objections to the exhibits added to Individual Defendants' Amended Witness and Exhibit List and move to exclude the same, and an extended deadline for Individual Defendants to August 18, 2023 to file any response to any such motion.

Dated:  August 10, 2023

Respectfully submitted,

*/s/ Esther H. Sung*
**Esther H. Sung (Attorney-In-Charge)\***
California Bar No. 255962
*Application for Admission pending*
esther.sung@justiceactioncenter.org

**Karen C. Tumlin\***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Jane Bentrott\***
California Bar No. 323562
D.C. Bar No. 1029681
Virginia Bar No. 87903
jane.bentrott@justiceactioncenter.org

**Lauren Michel Wilfong\***
New York Bar No. 5975529
New Jersey Bar No. 378382021

3

*Not admitted to practice law in California*
lauren.wilfong@justiceactioncenter.org

**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

**Monika Y. Langarica\***
California Bar No. 308518
langarica@law.ucla.edu

**Ahilan T. Arulanantham\***
California Bar No. 237841
arulanantham@law.ucla.edu

**Talia Inlender\***
California Bar No. 253796
inlender@law.ucla.edu

**CENTER FOR IMMIGRATION LAW AND POLICY**
UCLA SCHOOL OF LAW
385 Charles E. Young Dr. E., Box 951476
Los Angeles, CA 90095
Telephone: (310) 983-3345

**Vanessa Rivas-Bernardy\***
California Bar No. 341464
vanessa.rivas@raicestexas.org

**THE REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)**
5121 Crestway Drive, Suite 105
San Antonio, Texas 78239
Telephone: (210) 960-3206
Facsimile: (210) 634-1279

*\*admitted pro hac vice*

**Kate Kaufmann Shih**
Texas Bar No. 24066065
Federal Bar No. 1214426

4

kateshih@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Facsimile:  (713)221-7100

*Counsel for Individual Defendants*

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal
Strategy

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1700

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Deputy Chief, Special Litigation Division
Texas Bar No. 24105085
Southern District of Texas No. 3369185
ryan.walters@oag.texas.gov

DAVID BRYANT
Special Counsel
Texas Bar No. 03281500
Southern District of Texas No. 808332
david.bryant@oag.texas.gov

GENE P. HAMILTON
JAMES K. ROGERS
America First Legal Foundation
Virginia Bar No. 80434
Southern District of Texas No. 3792762
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org
james.rogers@aflegal.org

*Counsel for the State of Texas*

6

Steve Marshall
Alabama Attorney General
Edmund G. LaCour Jr.
Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Tel: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for the State of Alabama*

Tim Griffin
Arkansas Attorney General
Nicholas J. Bronni
Arkansas Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Nicholas.Bronni@arkansasag.gov

*Counsel for the State of Arkansas*

Raúl R. Labrador
Attorney General of Idaho
Lincoln Davis Wilson, ISB No. 11860
Office of the Attorney General
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
lincoln.wilson@ag.idaho.gov

*Counsel for the State of Idaho*

Treg Taylor
Attorney General of Alaska
Cori M. Mills
Deputy Attorney General
Christopher A. Robison
Alaska Bar No. 2111126
Texas Bar No. 24035720
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
chris.robison@alaska.gov

*Counsel for the State of Alaska*

Ashley Moody
Attorney General of Florida
James H. Percival (FBN 1016188)
Deputy Attorney General of Legal Policy
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Tel: (850) 414-3300
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

Brenna Bird
Attorney General of Iowa
Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel: (515) 823-9117
Fax: (515) 281-4209
eric.wessan@ag.iowa.gov

*Counsel for the State of Iowa*

7

Kris Kobach
Attorney General of Kansas
Jesse A. Burris, Kan. Sup. Ct. #26856
Assistant Attorney General
Office of Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8197
Jesse.Burris@ag.ks.gov

*Counsel for the State of Kansas*

Jeff Landry
Attorney General of Louisiana
Elizabeth B. Murrill (La #20685)
Solicitor General
Joseph Scott St. John (La #36682)
Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for the State of Louisiana*

Andrew Bailey
Attorney General of Missouri
Joshua M. Divine, Mo. Bar #69875
Solicitor General
Maria Lanahan, Mo. Bar #65956
Deputy Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, Missouri 65102
Tel: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

Daniel Cameron
Attorney General of Kentucky
Marc Manley
Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478

*Counsel for the Commonwealth of Kentucky*

Lynn Fitch
Attorney General of Mississippi
Justin L. Matheny
Deputy Solicitor General
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

Austin Knudsen
Attorney General of Montana
Christian B. Corrigan
Solicitor General
Peter M. Torstensen, Jr.
Assistant Solicitor General
Office of the Attorney General
215 N Sanders
Helena, Montana 59601
Tel: (406) 444-2026
Christian.Corrigan@mt.gov

*Counsel for the State of Montana*

8

Michael T. Hilgers
Attorney General of Nebraska
Eric J. Hamilton
Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Tel: (402) 471-2682
eric.hamilton@nebraska.gov

*Counsel for the State of Nebraska*

Gentner F. Drummond
Attorney General of Oklahoma
Garry M. Gaskins, II
Solicitor General
Zach West
Director of Special Litigation
313 N.E. 21st St.
Oklahoma City, OK 73105
Tel: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

*Counsel for the State of Oklahoma*

Jonathan Skrmetti
Tennessee Attorney General
and Reporter
Clark L. Hildabrand
Senior Counsel
P.O. Box 20207
Nashville, TN 37202
Tel: (615) 253-5642
Clark.Hildabrand@ag.tn.gov

*Counsel for the State of Tennessee*

Dave Yost
Ohio Attorney General
Mathura Jaya Sridharan
Ohio Deputy Solicitor General
Ohio Attorney General
30 E. Broad St., 17th Floor
Columbus, OH 43215
Tel: (614) 466-8980
mathura.sridharan@OhioAGO.gov

*Counsel for the State of Ohio*

Alan Wilson
Attorney General of South Carolina
Thomas T. Hydrick
Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
Tel: (803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

Sean D. Reyes
Utah Attorney General
Melissa Holyoak
Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Tel: (801) 538-9600
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

9

Patrick Morrisey
Attorney General of West Virginia
Lindsay See
Solicitor General
Michael R. Williams
Senior Deputy Solicitor General
Office of the West Virginia
Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Tel: (681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov

*Counsel for the State of West Virginia*

Bridget Hill
Wyoming Attorney General
Ryan Schelhaas
Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for the State of Wyoming*

10

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing instrument was served via ECF pursuant to the Federal Rules of Civil Procedure on the 10th day of August 2023, upon all counsel of record in this matter.

<u>/s/ *Esther H. Sung*</u>
Esther H. Sung

11