UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § *Plaintiffs*, § § vs. § § UNITED STATES DEPARTMENT OF § HOMELAND SECURITY, *et al.*, § § *Defendants,* and § § VALERIE LAVEUS, *et al.*, § § *Intervenor Defendants.* § | CIVIL ACTION NO. 6:23-CV-00007 JUDGE DREW B. TIPTON |

**[PROPOSED] ORDER GRANTING
INTERVENOR DEFENDANTS' MOTION TO RECONSIDER OR CLARIFY,
OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM ORDER
DENYING INTERVENOR DEFENDANTS' MOTION FOR LEAVE TO
AMEND WITNESS AND EXHIBIT LIST**

Pending before the Court is Intervenor Defendants' Motion to Reconsider or Clarify, or in the Alternative, Motion for Relief from Order Denying Intervenor Defendants' Motion for Leave to Amend Witness and Exhibit List. After reviewing the motion, the record, and the applicable law, the Court:

1. Reconsiders its Order Denying Intervenor Defendants' Motion for Leave to Amend Witness and Exhibit List, ECF 223, or in the alternative, provides relief from that Order pursuant to Rule 60(b)(1), and GRANTS Intervenor Defendants' Motion for Leave to Amend, ECF 215.

[OR]

2. Reconsiders/Clarifies its Order Denying Intervenor Defendants' Motion for Leave to Amend Witness and Exhibit List, or in the alternative, provides

relief from that Order pursuant to Rule 60(b)(1), and GRANTS Intervenor Defendants' Motion for Leave to Amend, ECF 215, as to Proposed Exhibits 69-144, and AFFIRMS its Order Denying Intervenor Defendants' Motion for Leave to Amend Witness and Exhibit List, ECF 215, as to Proposed Exhibits 66-68.

[OR]

3. AFFIRMS its Order Denying Intervenor Defendants' Motion for Leave to Amend Witness and Exhibit List, ECF 223, and CONFIRMS that, notwithstanding the Denial, it remains true that, pursuant to ECF 159, "The evidentiary materials attached to the Parties' previous briefing, and any supplemental exhibits, affidavits, or declarations they may submit, are admitted as authentic and without need of a sponsoring witness and a presumptively admitted as 'part of the trial record and need not be repeated at trial.' Fed. R. Civ. P. 65(a)(2)."

It is SO ORDERED.

Signed this August ____, 2023

_____
Drew B. Tipton
UNITED STATES DISTRICT JUDGE