**Matthew E. Price -- Bar, Courts and Dates of Admission Information**

| COURTS | | COURT ADMISSION DATE |
|---|---|---|
| U.S. Supreme Court | | March 23, 2015 |
| U.S. District Court for the District of Columbia | | February 7, 2011 |
| U.S. District Court for the District of Massachusetts | | March 18, 2014 |
| U.S. Court of Appeals for the Federal Circuit | | June 30, 2010 |
| U.S. Court of Appeals – First Circuit | Bar #1164160 | May 29, 2014 |
| U.S. Court of Appeals – Second Circuit | | February 9, 2012 |
| U.S. Court of Appeals Third Circuit | | September 1, 2021 |
| U.S. Court of Appeals – Fourth Circuit | | October 20, 2011 |
| U.S. Court of Appeals – Fifth Circuit | | March 25, 2015 |
| U.S. Court of Appeals – Sixth Circuit | | March 24, 2022 |
| U.S. Court of Appeals – Seventh Circuit | | January 3, 2011 |
| U.S. Court of Appeals – Ninth Circuit | | August 2, 2013 |
| U.S. Court of Appeals – Tenth Circuit | | September 26, 2011 |
| U.S. Court of Appeals – Eleventh Circuit | | November 9, 2012 |
| U.S. Court of Appeals for the District of Columbia Circuit | Bar #51722 | March 14, 2008 |