United States District Court
Southern District of Texas

**ENTERED**

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

August 16, 2023

Nathan Ochsner, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas, et al., |
|---|
| *versus* |
| U.S. Department of Homeland Security, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brandon Galli-Graves<br>The Refugee and Immigrant Center for Education and Legal Services (RAICES)<br>5121 Crestway Drive, Suite 105<br>San Antonio, TX 78239<br>210-610-6143<br>brandon.galli-graves@raicestexas.org<br>Texas Bar No. 24132050 |
|---|---|

| Name of party applicant seeks to appear for: | Individual Defendants Valerie Laveus, Paul Zito, Francis Arauz, Eric Sype, Dr. Kate Sugarman, Dr. Nan Langowitz, and Dr. German Cadenas |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 08/10/2023 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is:   Active/ Eligible to Practice. |
|---|
| Dated: 8-16-23 | Clerk's signature *[signature]* |

| **Order** |
|---|

Dated: ___August 16, 2023___

**This lawyer is admitted *pro hac vice*.**

*[signature]*

United States District Judge