United States District Court
Southern District of Texas
**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et. al.

*versus*

Department of Homeland Security, et. al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew Price<br>Jenner & Block LLP<br>1099 New York Ave NW #900<br>Washington, D.C. 20001<br>202-639-6873; MPrice@jenner.com<br>D.C.: 996158; Mass.: 668990<br>See Attached |

| Name of party applicant seeks to appear for: | Lutheran Immigration and Refugee Service |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/16/2023 | Signed: | /s/ Matthew E. Price |
|---|---|---|

The state bar reports that the applicant's status is: Active/ Good Standing.

Dated: 8-16-2023    Clerk's signature  *KPapain*

### Order

This lawyer is admitted *pro hac vice*.

Dated: August 16, 2023

*Drew B Tipton*
United States District Judge