UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Case No. 6:23-cv-00007 |

## ORDER

Pending before the Court is Haitian-Americans United, Inc.'s **UNOPPOSED** motion for leave to file a brief as *amicus curiae* in support of the Defendants' opposition to the motion for preliminary injunction. After reviewing the motion, the record, and the applicable law, the Court is of the opinion that the motion for leave should be **GRANTED**.

It is SO ORDERED.

SIGNED this August _____, 2023.

_____
Drew B. Tipton
**United States District Judge**