IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et. al., <br><br> Defendants. | Civil Action No. 6:23-cv-00007 |

**MOTION OF LUTHERAN IMMIGRATION AND REFUGEE SERVICE FOR LEAVE TO FILE A MEMORANDUM OF LAW AS *AMICUS CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, Lutheran Immigration and Refugee Service ("LIRS") respectfully requests leave from the Court to file the accompanying memorandum of law as *amicus curiae*. LIRS's counsel has conferred with Plaintiffs', Defendants', and Intervenors' counsel. Plaintiff Texas, Defendants, and Intervenors each consent to the filing of the attached *amicus* memorandum of law. As of the date of filing, the Plaintiffs other than Texas have not responded to LIRS.

LIRS is a faith-based 501(c)(3) nonprofit organization which has assisted more than half a million vulnerable immigrants, asylum seekers, and refugees in the United States in its 84-year history. LIRS currently assists migrants granted parole through the parole processes for Cuban, Haitian, Nicaraguan, and Venezuelan nationals at issue in this case (the "CHNV parole processes"). LIRS additionally serves as a coordinating body for 60 organizations with federally and privately funded immigration programs. Throughout its history, LIRS has filed or joined a

1

number of *amicus curiae* briefs in cases which could impact its ability to fulfill its mission of serving vulnerable immigrants, such as this one.

"The extent to which the court permits or denies *amicus* briefing lies solely within the court's discretion." *United States ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007), *aff'd*, No. 07-20414, 2008 WL 3244000 (5th Cir. Aug. 7, 2008). There is no Local Rule in the Southern District of Texas on the filing of *amicus* briefs to guide the Court in the use of its discretion. In such situations, district courts often refer to Rule 29 of the Federal Rules of Appellate Procedure for guidance, which requires amici state their "interest" in a case and "the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3); *see also Deloitte Consulting LLP,* 512 F. Supp. 2d at 927; *Lefebure v. D'Aquilla*, 15 F.4th 670, 673 (5th Cir. 2021).

LIRS relies upon mechanisms like the CHNV parole processes at issue here to fulfill its mission, which is to do God's work through assisting migrants in need of refuge. Moreover, LIRS already serves many migrants granted parole under the parole processes. Any injunction issued would inhibit LIRS's ability to do so.

The proposed amicus brief, attached as Exhibit A, argues that Plaintiffs fail to meet their burden to establish the requirements for an injunction. The brief focuses on the elements of irreparable harm, balance of harms, and the public interest, and draws on LIRS's experience as a provider of services to recipients of the CHNV parole processes and migrants like them. Thus, LIRS's brief will provide the Court with information "necessary to the administration of justice." *Deloitte Consulting LLP,* 512 F. Supp. 2d at 927.

LIRS thus respectfully requests the Court grant its motion for leave to file the accompanying memorandum of law.

Dated**:** August 16, 2023

*/s/ Matthew E. Price*

Matthew E. Price
*Counsel for* Amicus Curiae
*Lead Attorney, Pro Hac Vice*

Caroline C. Cease, *of counsel*
Katherine B. Johnson, *of counsel*
Samuel H. White, *of counsel*

JENNER & BLOCK LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Telephone:  (202) 639-6000
MPrice@jenner.com

### Certificate of Service

I certify that a Copy of the foregoing instrument was served via ECF pursuant to the Federal Rules of Civil Procedure on the 16th day of August, 2023, upon all counsel of record in this matter.

By: */s/ Matthew E. Price*
Matthew E. Price
