# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et. al.,<br><br>     Defendants. | Civil Action No. 6:23-cv-00007 |

### [Proposed] Order

  Pending before the Court is the Motion of Lutheran Immigration and Refugee Service for leave to file a Brief as *Amicus Curiae* in support of Defendant-Intervenors' opposition to Plaintiffs' request for injunctive relief. After reviewing the motion, the record, and the applicable law, the Court orders that the Motion is GRANTED.

IT IS SO ORDERED.
Signed _____, 2023

1