United States District Court
Southern District of Texas

**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.

*versus*

U.S. Department of Homeland Security, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Michael A. Kippins<br>Lawyers for Civil Rights<br>61 Batterymarch Street, 5th Floor<br>Boston, MA 02110<br>(781) 591-0123 / mkippins@lawyersforcivilrights.org<br>Massachusetts Bar No. 688613<br>First Circuit Court of Appeals Bar No. 1177143 |
|---|---|

| Name of party applicant seeks to appear for: | Haitian-Americans United, Inc. (as amicus curiae) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __      __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/16/2023 | Signed: | /s/ Michael A. Kippins |
|---|---|---|

The state bar reports that the applicant's status is:   Active

| Dated: 8/16/2023 | Clerk's signature | *KPapain* |
|---|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: August 16, 2023

_/s/ Drew B. Tipton_
United States District Judge