United States District Court
Southern District of Texas
**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et. al., <br><br> Defendants. | Civil Action No. 6:23-cv-00007 |

### Order

      Pending before the Court is the Motion of Lutheran Immigration and Refugee Service for leave to file a Brief as *Amicus Curiae* in support of Defendant-Intervenors' opposition to Plaintiffs' request for injunctive relief. (Dkt. No. 233)  After reviewing the motion, the record, and the applicable law, the Court orders that the Motion is GRANTED.

      IT IS SO ORDERED.

Signed _____August 16_____, 2023

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE

1