UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants.* | Case No. 6:23-cv-00007 |

**UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF
AS AMICI CURIAE IN OPPOSITION TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The States of New York, California, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, Oregon, Rhode Island, and Washington, and the District of Columbia ("Amici States") respectfully request leave to file the attached brief as amici curiae in opposition to plaintiffs' motion for a preliminary injunction. All parties have consented to this request.

Amici States—who are home to many thousands of immigrants from Cuba, Haiti, Nicaragua, and Venezuela—have a compelling interest in the outcome of this challenge to the lawfulness of the Department of Homeland Security's parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans. An order granting plaintiffs' motion to preliminarily enjoin these processes would inflict substantial harms upon Amici States' fiscs, residents, and economies. Amici States understand that this Court has consolidated consideration of plaintiffs' motion for a preliminary injunction with the trial on the merits, and Amici States' arguments support denial of both preliminary and final relief.

The proposed brief addresses Amici States' unique perspective and will aid the Court by highlighting facts and arguments not addressed in detail by the parties. For example, Amici States are uniquely situated to detail the potential consequences to the public interest of granting plaintiffs' requested injunctive relief, which include, *inter alia*, forestalling workers from filling vital roles in industries with labor shortages, preventing the reunification of families in Amici States' communities, and endangering parole recipients by forcing their return to dangerous country

conditions. Indeed, federal appellate courts recognize the value of States' participation as amici curiae in general, permitting States to file amicus briefs as of right. *See* Sup. Ct. R. 37.4 (2017) ("No motion for leave to file an *amicus curiae* brief is necessary if the brief is presented . . . on behalf of a State . . . when submitted by its Attorney General . . . ."); Fed. R. App. P. 29(a)(2) ("[A] state may file an amicus brief without the consent of the parties or leave of court.").

## CONCLUSION

Amici States respectfully request that this Court grant their motion for leave to file a brief as amici curiae.

Dated:   New York, New York
         August 16, 2023

                                      Respectfully submitted,

                                      LETITIA JAMES
                                        *Attorney General*
                                        *State of New York*

                             By:   */s/ Stephen J. Yanni*
                                        STEPHEN J. YANNI
                                        Assistant Solicitor General
                                        Attorney-in-Charge
                                        New York Bar No. 5482070
                                        S.D. Tex. Bar No.:
                                        *Admitted pro hac vice*

BARBARA D. UNDERWOOD              28 Liberty Street
  *Solicitor General*                        New York, NY 10005
JUDITH N. VALE                            Telephone: (212) 416-6184
  *Deputy Solicitor General*              Facsimile:  (212) 416-8962
STEPHEN J. YANNI
  *Assistant Solicitor General*
     *of Counsel*

(*Counsel listing continues on next page.*)

3

ROB BONTA
*Attorney General*
*State of California*

WILLIAM TONG
*Attorney General*
*State of Connecticut*

KATHLEEN JENNINGS
*Attorney General*
*State of Delaware*

ANNE E. LOPEZ
*Attorney General*
*State of Hawai'i*

KWAME RAOUL
*Attorney General*
*State of Illinois*

AARON M. FREY
*Attorney General*
*State of Maine*

ANDREA JOY CAMPBELL
*Attorney General*
*Commonwealth of Massachusetts*

DANA NESSEL
*Attorney General*
*State of Michigan*

KEITH ELLISON
*Attorney General*
*State of Minnesota*

AARON D. FORD
*Attorney General*
*State of Nevada*

MATTHEW J. PLATKIN
*Attorney General*
*State of New Jersey*

ELLEN F. ROSENBLUM
*Attorney General*
*State of Oregon*

PETER F. NERONHA
*Attorney General*
*State of Rhode Island*

ROBERT FERGUSON
*Attorney General*
*State of Washington*

BRIAN L. SCHWALB
*Attorney General*
*District of Columbia*

4

## CERTIFICATE OF CONFERENCE

I certify that on August 8, 2023, I conferred with Ryan D. Walters, an attorney with the Texas Attorney General's Office representing plaintiffs; Erez R. Reuveni, an attorney with the U.S. Department of Justice representing defendants; and Esther Sung, an attorney with Justice Action Center representing intervenor-defendants. All parties consent to this motion.

*/s/ Stephen J. Yanni*
STEPHEN J. YANNI

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2023, I electronically filed the foregoing motion—together with the accompanying proposed order and the proffered amicus brief—with the Clerk using the CM/ECF system, which I understand to have served the parties' counsel, who are registered as CM/ECF users.

*/s/ Stephen J. Yanni*
STEPHEN J. YANNI