IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | Civil Action No. 6:23-cv-00007<br><br>**NOTICE OF APPEARANCE FOR [PROPOSED] AMICUS CURIAE LEGAL INFORMATION NETWORK FOR UKRAINE** |

Counsel for [proposed] Amicus Curiae Legal Information Network for Ukraine hereby files this Notice of Appearance of Counsel and notices the Court in the above-captioned action, that Edmund Polubinski of Davis Polk and Wardwell LLP will serve as counsel for Amicus Curiae Legal Information Network for Ukraine. Mr. Polubinski is admitted to practice in the Southern District of Texas, is in good standing, and is familiar with the Southern District Local Rules. His full information is:

    Edmund Polubinski
    New York Bar No. 3022332
    Southern District Bar No. 3498419
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, NY 10017
    (212) 450-4695
    edmund.polubinski@davispolk.com

[intentionally left blank]

Dated: August 16, 2023

                                                     Respectfully submitted,

                                                     <u>/s/ *Edmund Polubinski*</u>

                                                          Edmund Polubinski
*Counsel for* Amicus Curiae
*Attorney in Charge*
New York Bar No. 3022332
Southern District Bar No. 3498419

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4695
edmund.polubinski@davispolk.com