IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 6:23-cv-00007 <br><br><br> **ORDER [PROPOSED]** |

Pending before the Court is the MOTION OF LEGAL INFORMATION NETWORK FOR UKRAINE FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE IN SUPPORT OF INTERVENOR DEFENDANTS. After reviewing the motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

IT IS SO ORDERED

Signed this _____, 2023

_____

Drew B. Tipton
UNITED STATES DISTRICT JUDGE