United States District Court
Southern District of Texas
**ENTERED**
August 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, et al.,

    *Plaintiffs,*

*v.*

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

    *Defendants.*

Case No 6:23-cv-00007

## ORDER

Pending before the Court is Proposed Amici States' unopposed motion for leave to file a brief as amici curiae in opposition to plaintiffs' motion for preliminary injunction. (Dkt. No 239) After reviewing the motion, the record, and the applicable law, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.

Signed this  17th  day of August, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**