IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | Civil Action No. 6:23-cv-00007 |

## CERTIFICATE OF CONFERENCE

  I certify that on August 15, 2023, counsel for Legal Information Network for Ukraine sought consent by electronic mail from Plaintiffs' lead counsel, Defendants' counsel, and Intervenor Defendants' counsel for a motion for leave to file an amicus brief in support of Intervenor Defendants [ECF 242]. Defendants and Intervenor Defendants have each responded that they consent. As of the date of filing, Plaintiffs have not responded.

Dated: August 17, 2023    Respectfully submitted,

              /s/ Edmund Polubinski
                Edmund Polubinski

              *Counsel for* Amicus Curiae Legal Information
                Network of Ukraine
              *Attorney in Charge*
              New York Bar No. *3022332*
              Southern District Bar *No. 3498419*

              DAVIS POLK & WARDWELL LLP
              450 Lexington Avenue
              New York, New York 10017
              (212) 450-4695
              edmund.polubinski@davispolk.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2023, a true and accurate copy of the foregoing document was filed electronically via CM/ECF and served on all counsel of record.

Dated: August 17, 2023               Respectfully submitted,

                                     <u>/s/ Edmund Polubinski</u>
                                     Edmund Polubinski