United States District Court
Southern District of Texas
**ENTERED**
August 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., | |
| Plaintiffs, | Civil Action No. 6:23-cv-00007 |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | **ORDER** |
| Defendants. | |

Pending before the Court is the MOTION OF LEGAL INFORMATION NETWORK FOR UKRAINE FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE IN SUPPORT OF INTERVENOR DEFENDANTS. (Dkt. No 242). After reviewing the motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

IT IS SO ORDERED

Signed this ___August 17___, 2023

_____
Drew B. Tipton
UNITED STATES DISTRICT JUDGE