IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

United States Courts Southern District of Texas
FILED
*8/25/2023*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| STATE OF TEXAS *et al* | § |
| | § |
| VS. | § CV 6:23-00007 |
| | § |
| U.S. DEPARTMENT OF HOMELAND SECURITY *et al* | § |

## CERTIFICATION OF TRIAL EXHIBITS

By signing below, we acknowledge that we have reviewed the Plaintiff(s), Defendant(s) and Intervenor(s) exhibits and find that they are correct.

_Ryan Walters_ Attorney for Plaintiff(s) Date: 8/25/23

_Elissa Fudim_ Attorney for Defendant(s) Date: 8/25/23

_Monika Y. Langarica_ Attorney for Intervenor(s) Date: 08/25/2023