United States Courts
Southern District of Texas
FILED

AUG 25 2023

Nathan Ochsner
Clerk of Court

**United States District Court**
**Southern District of Texas**
**Victoria Division**

STATE OF TEXAS, *et al.*,
  *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND
  SECURITY, *et al.*,
  *Defendants.*

Case 6:23-cv-00007

### STATES' EXHIBIT AND WITNESS LIST

Pursuant to ECF 159, Amended Scheduling Order, Plaintiffs file their exhibit and witness list. Other exhibits listed by Defendants may be used, but not yet available to Plaintiffs.

Plaintiffs do not intend to call any live witnesses but reserve the right to call live rebuttal witnesses.

| EXHIBIT NUMBER | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | ECF 22 Plaintiff States' Motion for Preliminary Injunction | | | | W/drawn |
| 2 | ECF 22-1 Jan. 5, 2023, Homeland Security Press Release | ✓ | ✓ | 8-23-23 | |
| 3 | ECF 22-2 USCIA Processes for CHNV | ✓ | ✓ | 8-23-23 | |
| 4 | July 20, 2023, Declaration of Sheri Gipson, Tex. Dep't of Public Safety | ✓ | ✓ | 8-23-23 | |

| | | OFF | OBT | ADM | N/ADM |
|---|---|---|---|---|---|
| 5 | May 25, 2023, Declaration of Rebecca Waltz, Tex. Dep't of Criminal Justice | ✓ | ✓ | 8-23-23 | |
| 6 | May 24, 2023, Declaration of James Terry, Tex. Educ. Agency | ✓ | ✓ | 8-23-23 | |
| 7 | May 30, 2023, Declaration of Susan Bricker, Tex. Health & Human Services Comm. | ✓ | ✓ | 8-23-23 | |
| 8 | Defendants' 23-cv-0007_00001-3; Oct. 17, 2022, "Muster" Memo re: "Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | ✓ | ✓ | 8-23-23 | |
| 9 | Defendants' 23-cv-0007_00004-6; Oct. 17, 2022, Memo re: "Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | ✓ | ✓ | 8-23-23 | |
| 10 | Defendants' 23-cv-0007_00007-9; Jan. 5, 2023, Memo re: "Processing of Cuban Nationals Arriving in the US with Advance Travel Authorization" | ✓ | ✓ | 8-23-23 | |
| 11 | Defendants' 23-cv-0007_00010-12; Jan. 5, 2023, Memo re: "Processing of Haitian | ✓ | ✓ | 8-23-23 | |

| | | OFF | OBS | ADM | N/ADM |
|---|---|---|---|---|---|
| | Nationals Arriving in the US with Advance Travel Authorization" | | | | |
| 12 | Defendants' 23-cv-0007_00013-15; Jan. 5, 2023, Memo re: "Processing of Nicaraguan Nationals Arriving in the US with Advance Travel Authorization" | ✓ | ✓ | 8-23-23 | |
| 13 | Defendants' 23-cv-0007_00016-18; Jan. 5, 2023, Memo re: "Updated Processing of Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | ✓ | ✓ | 8-23-23 | |
| 14 | Defendants' 23-cv-0007_00019-21; Jan. 5, 2023, "Muster" Memo re: "Processing of Cuban Nationals Arriving in the US with Advance Travel Authorization" | ✓ | ✓ | 8-23-23 | |
| 15 | Defendants' 23-cv-0007_00022-24; Jan. 5, 2023, "Muster" Memo re: "Processing of Haitian Nationals Arriving in the US with Advance Travel Authorization" | ✓ | ✓ | 8-23-23 | |
| 16 | Defendants' 23-cv-0007_00025-27; Jan. 5, 2023, "Muster" Memo re: "Processing of Nicaraguan Nationals Arriving in the US with | ✓ | ✓ | 8-23-23 | |

| # | Description | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|
|  | Advance Travel Authorization" |  |  |  |  |
| 17 | Defendants' 23-cv-0007_00028-30; Jan. 5, 2023, "Muster" Memo re: Updated Processing in Venezuelan Nationals Arriving in the US with Advance Travel Authorization" | ✓ | ✓ | 8-23-23 |  |
| 18 | Defendants' 23-cv-0007_00031-40; USCBP National Targeting Center PowerPoint re: "ATA Vetting Procedures" |  |  |  | W/Drawn |
| 19 | Defendants' 23-cv-0007_00041-65; April 2023 USCIA PowerPoint re: "Uniting for Ukraine/CHNV Parole Processes Review of Form I-134A" | ✓ | ✓ | 8-23-23 |  |
| 20 | Defendants' 23-cv-0007_00066-72; March 29, 2023, USCIS Detailee Refresher Training | ✓ | ✓ | 8-23-23 |  |
| 21 | Defendants' 23-cv-0007_00073-113; Office of Policy and Strategy, Immigration Records and Identity Services Directorate "Form I-134A – Reviewers Guide (Last revised April 11, 2023) | ✓ | ✓ | 8-23-23 |  |
| 22 | Defendants' 23-cv-0007_00114-17; "Step-by-Step Guide for Form I-134A, Online Request to | ✓ | ✓ | 8-23-23 |  |

|  |  | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|
|  | be a Supporter and Declaration of Financial Support" |  |  |  |  |
| 23 | Defendants' 23-cv-0007_00118-26; "U4U Supporter Vetting Processes for FDNS and SCOPS SBU" | ✓ | ✓ |  |  |
| 24 | Defendants' 23-cv-0007_00127-29; "Ways to find duplicate cases" |  |  |  | w/Drawn |
| 25 | Defendants' 23-cv-0007_00130-33; "Adding Beneficiary A# in ELIS from a previously confirmed case" |  |  |  | w/Drawn |
| 26 | Defendants' 23-cv-0007_00134-35; "How to Modify a Beneficiary's Passport Country in ELIS" |  |  |  | w/Drawn |
| 27 | Defendants' 23-cv-0007_00136; "How to Modify a Beneficiary's email address in ELIS" |  |  |  | w/Drawn |
| 28 | Defendants' 23-cv-0007_00137-44; "Administratively Closed Guide" | ✓ | ✓ | 8-23-23 |  |
| 29 | Defendants' 23-cv-0007_00145-50; Parole Beneficiary Statistics by Nationality | ✓ |  | 8-23-23 |  |

|  |  | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|
| 30 | Defendants' 23-cv-0007_00151-176; USCBP "CBP One" | ✓ | ✓ | 8-23-23 |  |
| 31 | State Dep't Online DS-160 Form (Non-Immigrant Visa Application) Example | ✓ | ✓ |  |  |
| 32 | State Dep't Online DS-260 Form (Immigrant Visa Application) Example | ✓ | ✓ |  |  |
| 33 | Customs and Border Protection ESTA (Electronic System for Travel Authorization) Form | ✓ | ✓ |  |  |
| 34 | US Citizenship and Immigration Services Form I-129 (Petition for a Nonimmigrant Worker) | ✓ | ✓ |  |  |
| 35 | US Citizenship and Immigration Services Form I-130 (Petition for Alien Relative) | ✓ | ✓ |  |  |
| 36 | US Citizenship and Immigration Services Form I-140 (Immigrant Petition for Alien Workers) | ✓ | ✓ |  |  |
| 37 | US Citizenship and Immigration Services Form I-864 (Affidavit of Support Under Section 213A of the INA) | ✓ | ✓ |  |  |
| 38 | May 19, 2023, Defendants' Responses | ✓ |  | 8-23-23 |  |

|  |  | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|
|  | and Objections to Plaintiffs' Revised First Set of Discovery Requests | ✓ |  |  |  |
| 39 | Defendants' 23-cv-0007_00177-178; CHNV Process Amendment: Guidance to IRIS Reviewers | ✓ |  | 8-23-23 |  |
| 40 | Defendants' 23-cv-0007_00179-187; CHNV Parole Processes: Change in Form I-134A | ✓ |  | 8-23-23 |  |
| 41 | Updated Discovery Responses from Federal Defendants | ✓ |  | 8-24-23 |  |