United States Courts
Southern District of Texas
F I L E D

**AUG 25 2023**

Nathan Ochsner
Clerk of Court

**United States District Court**
**Southern District of Texas**
**Victoria Division**

STATE OF TEXAS, *et al.*,
    *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
    *Defendants.*

Case 6:23-cv-00007

**DEFENDANTS**
**TRIAL WITNESS LIST**

Defendants do not intent to call any live witnesses at trial. Instead, per the below, Defendants proffer the Declarations of Blas Nuñez-Neto in lieu of direct testimony. Defendants reserve their right to call rebuttal witnesses.

**TRIAL EXHIBITLIST OF DEFENDANTS[1]**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|-----|-------------|-------|--------|------------|------------|
| A | Administrative Record, Cuba AR_000001-001742, ECF No. 92 | ✓ | | 8-23-23 | |
| B | Administrative Record, Haiti AR_000001-001999, ECF No. 93 | ✓ | | 8-23-23 | |
| C | Administrative Record, Nicaragua AR_000001-001777, ECF No. 94 | ✓ | | 8-23-23 | |
| D | Administrative Record, Venezuela 000001-1405, ECF No. 95 | ✓ | | 8-23-23 | |
| E | Statistics by Nationality, Bates 23-cv-0007_0145-50 | ✓ | | 8-23-23 | |

---

[1] Defendants reserve their right to use any Exhibit listed by Plaintiffs or Intervenor-Defendants on their respective Exhibit Lists.

| | | DFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|
| F | Supplemental data to be produced at the request of Plaintiffs[2] | | | – | withdrawn |
| G | Unauthorized Immigrants Encountered by USBP at Southwest Border by Select Nationality: October 18, 2022-March 31, 2023 and January 6, 2022-March 31, 2023, Chart produced in response to Interrogatory No. 6, dated May 19, 2023 | ✓ | | 8-23-23 | |
| H | CHNV Parole Process by Month and Status, October 18, 2022-March 31, 2023, and January 6, 2023-March 31, 2023, Chart produced in response to Interrogatory No. 1, dated May 19, 2023 | ✓ | | 8-23-23 | |
| I | I-765 Application for Employment Authorization for CHNV Approvals and Denials by year and month through March 2023, Chart produced in response to Interrogatory No. 1, dated May 19, 2023 | ✓ | | 8-23-23 | |
| J | Average Processing Time Chart, Produced in response to Interrogatory No. 2, dated May 19, 2023 | ✓ | | 8-23-23 | |
| K | CHNV Process Amendment Guidance to IRIS Reviewers, Bates 23-cv-0007_0177-178 | ✓ | | 8-23-23 | |
| L | CHNV Parole Processes Change in Form I-134A, Bates 23-cv-0007_0179-187 | ✓ | | 8-23-23 | |
| M | Texas' Responses to Defendants' Discovery Requests, dated May 19, 2023 | ✓ | | 8-23-23 | |
| N | Texas' [Corrected] Response to Defendants' Discovery Requests, dated May 23, 2023 | ✓ | | 8-23-23 | |

---

[2] Plaintiffs requested supplemental data covering the period post-dating Defendants' document production. Upon agreement by the parties, Defendants will provide such data and hereby incorporate by reference as an exhibit the data to be produced after such data through the month of June is processed.

| | | OFF | OBJ | AOM | N/ADM |
|---|---|---|---|---|---|
| O | Texas' Updated Response to Defendants' Discovery Requests, dated June 30, 2023 | ✓ | | 8-23-23 | |
| P | Tweet from Governor Abbott, dated August 8, 2022, ECF 175-45, pg. 1 | ✓ | | 8-23-23 | |
| Q | Texas Office of the Governor, "Top Texas Touts: People," ECF 175-47 | ✓ | | 8-23-23 | |
| R | Texas Department of Public Safety Drive License Fees, https://www.dps.texas.gov/section/driver-license/driver-license-fees | ✓ | | 8-23-23 | |
| S | Contract Amendment, Texas_00002 | ✓ | | 8-23-23 | |
| Historical Public Laws, Regulations, and Federal Register Notices That May Be Relied Upon[3] | | | | | |
| T | Fair Share Refugee Act of July 14, 1960, U.S. Citizenship and Immigration Services, P.L. 86-648 | ✓ | | 8-23-23 | |
| U | Hong Kong Parole Program, P.L. 95-412 | ✓ | | 8-23-23 | |
| V | Haitian Family Reunification Parole 79 FR 75581 | ✓ | | 8-23-23 | |
| W | Uniting for Ukraine Parole Process, 87 FR 25040; P.L. 117-128, sec. 401 | ✓ | | 8-23-23 | |
| X | Orderly Departure Vietnam Parole Program, 1980-1999 (Vietnamese nationals), chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.gao.gov/assets/nsiad-90-137.pdf | ✓ | | 8-23-23 | |
| Y | Moscow Lautenberg Parole Program, (religious minorities from the former Soviet Union, Estonia, Latvia, or Lithuania), P.L. 101-167 | ✓ | | 8-23-23 | |
| Z | Iraqi Kurds program, 1996-97, P.L. | ✓ | | 8-23-23 | |

---

[3] Defendants do not believe that it is necessary to include historical public laws and regulations as "exhibits," but so do in an abundance of caution and as a courtesy to give Plaintiffs notice that such public laws and regulations may be relied upon during argument by Defendants.

| | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|
| | 105–277, at 112 STAT 2681-75 | | | | |
| AA | Visa Waiver Program, April–October 2000, 8 U.S.C. § 1187 | ✓ | | 8-23-23 | |
| BB | Haitian Orphan Parole Program, January–April 2001, P.L. 111-293 | ✓ | | 8-23-23 | |
| CC | Cuban Family Reunification Parole Program, 2007–present, 72 FR 65588 | ✓ | | 8-23-23 | |
| DD | Cuban Medical Professional Program, 2006–2013, https://2009-2017.state.gov/p/wha/rls/fs/2009/115414.htm | ✓ | | 8-23-23 | |
| EE | Cuban Attached Family Members of Refugees program, 2007–2014, https://cu.usembassy.gov/visas/immigrant-visas/cuban-parole-programs/cfrp-program/ | ✓ | | 8-23-23 | |
| FF | CNMI and Guam Parole Programs, 2009 – present, 84 FR 46029-46031 | ✓ | | 8-23-23 | |
| GG | Cuban Adjustment Act, P.L. 89-732 | ✓ | | 8-23-23 | |
| **Declarations to be Offered in Lieu of Direct Testimony Per Parties' Stipulation** | | | | | |
| HH | Declaration of Blas Nuñez-Neto, dated June 20, 2023, ECF 176-1 | ✓ | | 8-23-23 | |
| II | Supplemental declaration of Blas Nuñez-Neto[4] | ✓ | | 8-23-23 | |

---

[4] Plaintiffs requested supplemental data covering the period post-dating Defendants' document production. Upon agreement by the parties, Defendants will provide such data with a supplemental declaration from Mr. Nuñez-Neto.