United States Courts
Southern District of Texas
F I L E D

AUG 25 2023

Nathan Ochsner
Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

STATE OF TEXAS, *et al.*, §
§
*Plaintiffs,* §
§
vs. §   CIVIL ACTION NO.
§   6:23-CV-00007
UNITED STATES DEPARTMENT OF §
HOMELAND SECURITY, *et al.*, §
§
*Defendants,* and §   JUDGE DREW B. TIPTON
§
VALERIE LAVEUS, *et al.*, §
§
*Intervenor Defendants.* §

**INTERVENOR DEFENDANTS' AMENDED EXHIBIT LIST**

Intervenor Defendants designate the following exhibits for trial:

| EXHIBIT NUMBER | ECF No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|---|
| 1 | | Supplemental Expert Declaration of Leighton Ku, Ph.D., MPH, August 2, 2023 | ✓ | | 8-23-23 | |
| 2 | | Maria Montes & Savarni Sanka, *In Nicaragua, Crackdown on Religious Actors Further Imperils Return to Democracy*, U.S. Inst. Peace (Oct. 7, 2022) | ✓ | | 8-23-23 | |
| 3 | | *World Report 2022: Nicaragua*, Hum. Rts. Watch | ✓ | | 8-23-23 | |
| 4 | | *World Report 2022: Venezuela*, Hum. Rts. Watch | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| 5 | | *WFP Venezuela Food Security Assessment Main Findings | Data Collected between July and September 2019*, World Food Programme (Feb. 23, 2020) | ✓ | | 8-23-23 | |
| 6 | | Excerpt from Immigration and Nationality Act, Pub. L. No. 82-414, 66 Stat. 163 (1952). | ✓ | | 8-23-23 | |
| 7 | | Excerpt from S. Comm. on the Judiciary, 96th Cong., *Review of U.S. Refugee Resettlement Programs and Policies* 9 (Comm. Print 1980). | ✓ | | 8-23-23 | |
| 8 | | Excerpt from Refugee Act of 1980, Pub. L. No. 96-212, 94 Stat. 102 (1980). | ✓ | | 8-23-23 | |
| 9 | | Excerpt from H.R. Rep. No. 96-781 (1980) (Conf. Rep.). | ✓ | | 8-23-23 | |
| 10 | | Excerpt from Immigration Reform and Immigrant Responsibility Act, Pub. L. No. 104-208, Division C, 110 Stat. 3009-546 (1996). | ✓ | | 8-23-23 | |
| 11 | | Excerpts from H. R. Rep. No. 104-469, pt. 1 (1995). | ✓ | | 8-23-23 | |
| 12 | | Immigr. and Naturalization Serv., *INS Focus: What is Immigration Parole?* (1994). | ✓ | | 8-23-23 | |
| 13 | | United States General Accounting Office (GAO), *Cuba: U.S. Response to the 1994 Cuban* | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| | | *Migration Crisis,* (September 1995). | | | | |
| 14 | | Excerpt from National Defense Authorization for Fiscal Year 2020, Pub. L. No. 116-92, 133 Stat. 1198 (2019) | ✓ | | 8-23-23 | |
| 15 | | Excerpt from Extending Government Funding and Delivering Emergency Assistance Act, Pub. L. No. 117-43, Div. C., 135 Stat. 344 (Sept. 30, 2021) | ✓ | | 8-23-23 | |
| 16 | | Additional Ukraine Supplemental Appropriations Act, Pub. L. No. 117-128, 136 Stat. 1211 (May 21, 2022) | ✓ | | 8-23-23 | |
| 17 | | Excerpt from Dep't of Justice, Immigration and Naturalization Serv., *Annual Report of the Immigration and Naturalization Serv.* (1957) | ✓ | | 8-23-23 | |
| 18 | | Hungarian Refugees Relief Act, Pub. L. No. 85-559, § 2, 72 Stat. 419 (1958) | ✓ | | 8-23-23 | |
| 19 | | The Cuban Adjustment Act, Pub. L. No. 89-732, §§ 1–2, 80 Stat. 1161 (1966) | ✓ | | 8-23-23 | |
| 20 | | The Indochina Migration and Refugee Assistance Act of 1975, Pub. L. No. 94-23, §§ 1–2, 89 Stat. 87 (1975) | ✓ | | 8-23-23 | |
| 21 | | Mirta Ojito, *The Long Voyage from Mariel Ends,* The New York Times (Jan. 16, 2005) | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| 22 | | U.S. Dep't of State, *Cuban Haitian Arrivals in the U.S.* (1980) | ✓ | | 8-23-23 | |
| 23 | | Ruth Ellen Wasem, *U.S. Immigration Policy on Haitian Migrants*, CRS Report for Congress 1 (last updated Jan. 22, 2007) | ✓ | | 8-23-23 | |
| 24 | | The Refugee Education Assistance Act of 1980, Pub. L. No. 96-422, 94 Stat. 1799 (1980) | ✓ | | 8-23-23 | |
| 25 | | Ruth Marcus, *U.S. Moves to Ease Soviet Emigres' Way*, The Washington Post (Dec. 9, 1988) | ✓ | | 8-23-23 | |
| 26 | | Excerpt from Foreign Operations, Export Financing, and Related Programs Appropriations Act, Pub. L. No. 101-167, § 599E, 103 Stat. 1195 (1989) | ✓ | | 8-23-23 | |
| 27 | | United States General Accounting Office (GAO), *Refugee Program: The Orderly Departure Program from Vietnam* (April 1990) | ✓ | | 8-23-23 | |
| 28 | | Dep't of Homeland Sec., *Statement by Secretary Johnson on the Continued Normalization of our Migration Relationship with Cuba* (Jan. 12, 2017) | ✓ | | 8-23-23 | |
| 29 | | Michael H. Erisman, *Brain Drain Politics: The Cuban Medical Professional Parole Programme*, Int'l J. of Cuban Studies, Vol. 4, No. 3/4, 2012, at 269–90 | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| 30 | | Cuban Family Reunification Parole Program, 72 Fed. Reg. 65588 (Nov. 21, 2007) | ✓ | | 8-23-23 | |
| 31 | | U.S. Customs and Border Protection, *Important Update in Entry Requirements: Parole for Citizens of the Russian Federation and the People's Republic of China for the CNMI Only* (Nov. 16, 2009) | ✓ | | 8-23-23 | |
| 32 | | Special Representatives of the United States and the Commonwealth of the Northern Mariana Islands, *Report to the President on 902 Consultations Related to the DHS Discretionary Parole Program* (2019) | ✓ | | 8-23-23 | |
| 33 | | U.S. Customs and Border Protection, *Russian Citizens Now Eligible to Travel to Guam Visa-Free* (Jan. 26, 2012) | ✓ | | 8-23-23 | |
| 34 | | Excerpt from International Entrepreneur Rule, 81 Fed. Reg. 60130 (August 31, 2016) | ✓ | | 8-23-23 | |
| 35 | | U.S. Citizenship and Immigr. Servs., *Policy Memorandum: Parole of Spouses, Children and Parents of Active Duty Members of the U.S. Armed Forces, the Selected Reserve of the Ready Reserve, and Former Members of the U.S. Armed Forces or* | ✓ | | 8-23-23 | |

| | | | OFF | OBT | AOM | N/ADM |
|---|---|---|---|---|---|---|
| | | *Selected Reserve of the Ready Reserve and the Effect of Parole on Inadmissibility under Immigration and Nationality Act §* 212(a)(6)(A)(i), PM-602-0091 (Nov. 15, 2013) | | | | |
| 36 | | Franco Ordoñez, *Trump Wants To Withdraw Deportation Protections For Families of Active Troops*, NPR (June 27, 2019) | / | | 8-23-23 | |
| 37 | | Excerpt from National Defense Authorization Act for Fiscal Year 2020, Pub. L. No. 116-92, § 1758, 133 Stat. 1198(2020) | / | | 8-23-23 | |
| 38 | | U.S. Citizenship and Immigr. Servs., *Central American Minors (CAM) Program* (June 23, 2023) | / | | 8-23-23 | |
| 39 | | Dep't of Homeland Sec., *Operation Allies Welcome* (May 8, 2023) | / | | 8-23-23 | |
| 40 | | Excerpt from Extending Government Funding and Delivering Emergency Assistance Act, Pub. L. No. 117-43, 135 Stat. 344 (Sept. 30, 2021) | / | | 8-23-23 | |
| 41 | | Dep't of Homeland Sec., *Operation Allies Welcome Afghan Parolee and Benefits Report* (2023) | / | | 8-23-23 | |
| 42 | | Additional Ukraine Supplemental Appropriations Act, Pub. L. No. 117-128, 136 Stat. 1211 (2022) | / | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| 43 | | U.S. Citizenship and Immigr. Servs., *DHS To Implement Haitian Family Reunification Parole Program* (October 17, 2014) | ✓ | | 8-23-23 | |
| 44 | | The White House, *Los Angeles Declaration on Migration and Protection* (June 10, 2022) | ✓ | | 8-23-23 | |
| 45 | | U.S. Customs and Border Protection Encounters: Nationwide, All Nationalities, FY 2021 | ✓ | | 8-23-23 | |
| 46 | | U.S. Customs and Border Protection Encounters: Nationwide, All Nationalities, FY 2022 | ✓ | | 8-23-23 | |
| 47 | | U.S. Customs and Border Protection Encounters: Nationwide, All Nationalities, FY 2023 | ✓ | | 8-23-23 | |
| 48 | | U.S. Customs and Border Protection Encounters: Southwest Border, All Nationalities, FY 2021 | ✓ | | 8-23-23 | |
| 49 | | U.S. Customs and Border Protection Encounters: Southwest Border, All Nationalities, FY 2022 | ✓ | | 8-23-23 | |
| 50 | | U.S. Customs and Border Protection Encounters: Southwest Border, All Nationalities, FY 2023 | ✓ | | 8-23-23 | |
| 51 | | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan/Venezuelan Nationals, FY 2021 | ✓ | | 8-23-23 | |
| 52 | | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaragu | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| | | an/Venezuelan Nationals, FY 2022 | | | | |
| 53 | | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan/Venezuelan Nationals, FY 2023 | ✓ | | 8-23-23 | |
| 54 | | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan Nationals, FY 2022 | ✓ | | 8-23-23 | |
| 55 | | U.S. Customs and Border Protection Encounters: Southwest Border, Cuban/Haitian/Nicaraguan Nationals, FY 2023 | ✓ | | 8-23-23 | |
| 56 | | U.S. Customs and Border Protection Encounters: Southwest Border, Ukrainian Nationals, FY 2022 | ✓ | | 8-23-23 | |
| 57 | | U.S. Customs and Border Protection Encounters: Southwest Border, Ukrainian Nationals, FY 2023 | ✓ | | 8-23-23 | |
| 58 | | U.S. Customs and Border Protection Encounters: Southwest Border, Venezuelan Nationals, FY 2022 | ✓ | | 8-23-23 | |
| 59 | | U.S. Customs and Border Protection Encounters: Southwest Border, Venezuelan Nationals, FY 2023 | ✓ | | 8-23-23 | |
| 60 | | Raquel Torres, *Migrant Aid Groups Stretched Thin as City Officials Seek Federal Help for Expected Wave*, San | ✓ | | 8-23-23 | |

| | | | OFF | OBT | ADM | N/ADM |
|---|---|---|---|---|---|---|
| | | Antonio Report (Apr. 27, 2022) | | | | |
| 61 | | Uriel J. Garcia, *El Paso Scrambles to Move Migrants Off the Streets and Gives Them Free Bus Rides as Shelters Reach Capacity*, The Texas Tribune (Sep. 22, 2022) | ✓ | | 8-23-23 | |
| 62 | | Denelle Confair, *Local Migrant Shelter Reaching Max Capacity as it Receives Hundreds per Day*, KGUN9 Tucson (Sep. 22, 2022) | ✓ | | 8-23-23 | |
| 63 | | U.S. Bureau of Justice Assistance, FY21 State Criminal Alien Assistance Program (SCAAP) Award Information for Texas Department of Criminal Justice | ✓ | | 8-23-23 | |
| 64 | | Kristie Wilder, *Texas Joins California as State with 30-Million-Plus Population*, U.S. Census Bureau (Mar. 30, 2023) | ✓ | | 8-23-23 | |
| 65 | | Jon Lee Anderson, *Haiti Held Hostage*, New Yorker (July 17, 2023) | ✓ | | 8-23-23 | |
| 66 | 175-1 | Declaration of Esther H. Sung, June 20, 2023 | ✓ | | 8-23-23 | |
| 67 | 175-2 | United States Citizenship and Immigr. Servs., *Form I-134, Declaration of Financial Support* | ✓ | | 8-23-23 | |
| 68 | 175-3 | United States Citizenship and Immigr. Servs., *Processes for Cubans, Haitians, Nicaraguans, and* | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| | | *Venezuelans* (last updated July 12, 2023) | | | | |
| 69 | 175-4 | United States Citizenship and Immigr. Servs., *Frequently Asked Questions About the Process for Cubans, Haitians, Nicaraguans, and Venezuelans* (last updated June 14, 2023) | ✓ | | 8-23-23 | |
| 70 | 175-5 | U.S. Dep't of Homeland Sec., *Parole Process for Certain Cuban Nationals* (Dec. 22, 2022) | ✓ | | 8-23-23 | |
| 71 | 175-6 | U.S. Dep't of Homeland Sec., *Parole Process for Certain Haitian Nationals* (Dec. 22, 2022) | ✓ | | 8-23-23 | |
| 72 | 175-7 | U.S. Dep't of Homeland Sec., *Parole Process for Certain Nicaraguan Nationals* (Dec. 22, 2022) | ✓ | | 8-23-23 | |
| 73 | 175-8 | U.S. Dep't of Homeland Sec., *Parole Process for Certain Venezuelan Nationals* (Oct. 12, 2022) | ✓ | | 8-23-23 | |
| 74 | 175-9 | U.S. Dep't of Homeland Sec., *Parole Process for Certain Venezuelan Nationals* (Dec. 22, 2022) | ✓ | | 8-23-23 | |
| 75 | 175-10 | U.S. Chamber of Com., *Understanding America's Labor Shortage: The Most Impacted States* (July 12, 2023) | ✓ | | 8-23-23 | |
| 76 | 175-11 | Mark P. Sullivan, Cong. Research Serv., R47246, *Cuba: U.S. Policy in the 117th Congress* (2022) | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| 77 | 175-12 | Clare Ribando Seelke & Maureen Taft-Morales, Cong. Research Serv., IF12182, *Haiti: Political Conflict and U.S. Policy Overview* (2022) | ✓ | | 8-23-23 | |
| 78 | 175-13 | U.S. Citizenship and Immigr. Servs., *Nicaragua: COI Update* (June 15, 2022) | ✓ | | 8-23-23 | |
| 79 | 175-14 | U.S. Citizenship and Immigr. Servs., *Nicaragua: COI Update* (Oct. 31, 2022) | ✓ | | 8-23-23 | |
| 80 | 175-15 | U.S. Agency for Int'l Dev., *CHNV Displacement Data (2018-2021)* | ✓ | | 8-23-23 | |
| 81 | 175-16 | United Nations High Comm'r for Refugees, *2023: A Moment of Truth for Global Displacement* | ✓ | | 8-23-23 | |
| 82 | 175-17 | UNICEF, *Seven-Fold Increase in the Number of Children Walking Through Panamanian Jungle Towards North America This Year* (Mar. 30, 2023) | ✓ | | 8-23-23 | |
| 83 | 175-18 | Stuart Anderson, *GOP State Lawsuit Could Stop Sound Way to Reduce Illegal Immigration*, Forbes (Mar. 21, 2023) | ✓ | | 8-23-23 | |
| 84 | 175-19 | Stuart Anderson, *The Historic Refugee Crisis in the Western Hemisphere*, Nat'l Found. for Am. Policy (Jan. 31, 2023) | ✓ | | 8-23-23 | |

| | | | OFF | OBT | ADM | N/ADM |
|---|---|---|---|---|---|---|
| 85 | 175-20 | Phillip Connor, *Immigration parole has added 450,000 workers to industries with critical labor shortages*, FWD.us (Apr. 20, 2023) | ✓ | | 8-23-23 | |
| 86 | 175-21 | Justin Yancy, *Opinion: The tools to tackle Texas' labor shortage*, Austin American-Statesman (July 8, 2022) | ✓ | | 8-23-23 | |
| 87 | 175-22 | Nicole Cobler, *Restaurants face labor shortages amid back-to-school season*, Axios (Sep. 19, 2022) | ✓ | | 8-23-23 | |
| 88 | 175-23 | Laila Assanie & Carlee Crocker, *Supply Chain Woes Slow Texas Recovery*, Fed. Reserve Bank of Dallas (June 24, 2021) | ✓ | | 8-23-23 | |
| 89 | 175-24 | *Texas Nursing Home Associations Ask Legislature to Address Critical Workforce Shortage*, Texas Health Care Ass'n (Sep. 14, 2021) | ✓ | | 8-23-23 | |
| 90 | 175-25 | Sergio Martínez-Beltrán, *Without enough workers in the U.S. to fill jobs, ranches and farms in Texas look abroad*, KUT 90.5 Austin (Dec. 21, 2022) | ✓ | | 8-23-23 | |
| 91 | 175-26 | Pooja Salhotra, *As Texas booms, local governments — especially in small towns — struggle to find workers*, The Texas Tribune (Feb. 14, 2023) | ✓ | | 8-23-23 | |
| 92 | 175-27 | *2.1 Million Manufacturing Jobs* | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| | | Could Go Unfilled by 2023, Nat'l Ass'n of Mfrs. (May 4, 2021) | | | | |
| 93 | 175-28 | Lindsay Cates & Stephanie Ferguson, *Understanding America's Labor Shortage: The Most Impacted States*, U.S. Chamber of Com. (July 12, 2023) | ✓ | | 8-23-23 | |
| 94 | 175-29 | Jose Ivan Rodriguez-Sanchez, *Immigrants in Strategic Sectors of the U.S. Economy and America's Labor Shortage Crisis*, Rice Univ.'s Baker Inst. for Pub. Policy (June 14, 2022) | ✓ | | 8-23-23 | |
| 95 | 175-30 | Kara Miller, *America is running out of working-age adults. Here's how to solve the labor shortage*, The Boston Globe (last updated Jan. 31, 2023) | ✓ | | 8-23-23 | |
| 96 | 175-31 | Rebecca Shi, *Opinion: Immigrants are key to addressing America's labor shortage, lowering inflation, and growing our economy*, The Hill (Aug. 29, 2022) | ✓ | | 8-23-23 | |
| 97 | 175-32 | Dany Bahar & Pedro Casas-Alatriste, *Who are the 1 million missing workers that could solve America's labor shortages?*, The Brookings Inst. (July 14, 2022) | ✓ | | 8-23-23 | |
| 98 | 175-33 | Stephen G. Bronars, *A Vanishing Breed: How the Decline in U.S. Farm Laborers Over the Last* | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| | | *Decade Has Hurt the U.S. Economy and Slowed Production on American Farms*, P'ship for a New Am. Econ. (July 2015) | | | | |
| 99 | 175-34 | *The HBI Construction Labor Market Report*, Home Builders Inst. (2021) | ✓ | | 8-23-23 | |
| 100 | 175-35 | *Construction Workforce Shortage Tops Half a Million in 2023*, Associated Builders and Contractors (Feb. 9, 2023) | ✓ | | 8-23-23 | |
| 101 | 175-36 | Memorandum from Samantha Deshommes, Chief Regulatory Officer, U.S. Citizenship and Immigr. Servs., *Request for Emergency OMB Paperwork Reduction Act (PRA) Clearance – Form I-134A, Online Request to be a Supporter and Declaration of Financial Support; and USCIS Form I-134, Declaration of Financial Support* (Dec. 29, 2022) | ✓ | | 8-23-23 | |
| 102 | 175-37 | Tex.'s Resp. to Defs.' Disc. Reqs. (May 19, 2023) | ✓ | | 8-23-23 | |
| 103 | 175-38 | Emails between Ryan Walters, Counsel for Texas, and Jane Bentrott, Counsel for Intervenor Defendants, Counsel (May 25, 2023– June 13, 2023) | ✓ | ✓ | | 8-23-23 |
| 104 | 175-39 | U.S. Citizenship and Immigr. Servs., *Fiscal* | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| | | Year 2023, Congressional Justification | | | | |
| 105 | 175-40 | Federal Defs.' Resp. and Obj. to Pls.' [Revised] First Set of Disc. Reqs. (May 19, 2023) | ✓ | | 8-23-23 | |
| 106 | 175-41 | Uniting for Ukraine, U.S. Citizenship and Immigr. Servs. (July 12, 2023) | ✓ | | 8-23-23 | |
| 107 | 175-42 | Camilo Montoya-Galvez, A Year into War, U.S. Sponsors Apply to Welcome 216,000 Ukrainian Refugees Under Biden Policy, CBS News (Feb. 24, 2023) | ✓ | | 8-23-23 | |
| 108 | 175-43 | Implementation of a Parole Process for Venezuelans, 87 Fed. Reg. 63, 507 (Oct. 19, 2022) | ✓ | | 8-23-23 | |
| 109 | 175-44 | U.S. Dep't of Homeland Sec., U.S. Customs and Border Protection, After Action Report (AAR) Mass Migration Event (MME) Del Rio, Texas September 8, 2021-September 24, 2021 (Oct. 7, 2021). | ✓ | | 8-23-23 | |
| 110 | 175-45 | Greg Abbott (@GregAbbott_TX), Twitter (Aug. 8, 2022, 4:15pm) | ✓ | | 8-23-23 | |
| 111 | 175-46 | Greg Abbott (@GregAbbott_TX), Twitter (Dec. 26, 2018, 12:17AM) | ✓ | | 8-23-23 | |
| 112 | 175-47 | Top Texas Touts: People, Tex. Office of the Governor | ✓ | | 8-23-23 | |
| 113 | 175-48 | Eileen Sullivan & Steve Fisher, At the End of a Hard Journey, Migrants | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| | | *Face Another: Navigating Bureaucracy*, N.Y. Times (Mar. 10, 2023) | | | | |
| 114 | 175-49 | *Welcoming the Stranger: Affirmations for Faith Leaders*, UNHCR | ✓ | | 8-23-23 | |
| 115 | 175-50 | Exec. Order, *Rebuilding and Enhancing Programs to Resettle Refugees and Planning for the Impact of Climate Change on Migration* (Feb. 4, 2021) | ✓ | | 8-23-23 | |
| 116 | 175-51 | Camilo Montoya-Galvez, *1.5 Million Apply for U.S. Migrant Sponsorship Program with 30,000 Monthly Cap*, CBS News (May 22, 2023) | ✓ | | 8-23-23 | |
| 117 | 175-52 | Declaration of Dr. Germán A. Cadenas, March 27, 2023 | ✓ | | 8-23-23 | |
| 118 | 175-53 | Supplemental Declaration of Dr. Germán A. Cadenas, June 13, 2023 | ✓ | | 8-23-23 | |
| 119 | 175-54 | Declaration of Dr. Nan Langowitz, March 27, 2023 | ✓ | | 8-23-23 | |
| 120 | 175-55 | Supplemental Declaration of Dr. Nan Langowitz, June 13, 2023 | ✓ | | 8-23-23 | |
| 121 | 175-56 | Declaration of Anne Valerie Daniel-Laveus, March 27, 2023 | ✓ | | 8-23-23 | |
| 122 | 175-57 | Supplemental Declaration of Anne Valerie Daniel-Laveus, June 14, 2023 | ✓ | | 8-23-23 | |
| 123 | 175-58 | Declaration of Francis Margarita Arauz Ramirez, March 27, 2023 | ✓ | | 8-23-23 | |

| | | | OFF | OBJ | ADM | N/ADM |
|---|---|---|---|---|---|---|
| 124 | 175-59 | Supplemental Declaration of Francis Margarita Arauz Ramirez, June 12, 2023 | ✓ | | 8-23-23 | |
| 125 | 175-60 | Declaration of Eric Sype, March 26, 2023 | ✓ | | 8-23-23 | |
| 126 | 175-61 | Supplemental Declaration of Eric Sype, June 13, 2023 | ✓ | | 8-23-23 | |
| 127 | 175-62 | Declaration of Dr. Kate Sugarman, March 29, 2023 | ✓ | | 8-23-23 | |
| 128 | 175-63 | Supplemental Declaration of Dr. Kate Sugarman, June 13, 2023 | ✓ | | 8-23-23 | |
| 129 | 175-64 | Declaration of Paul Zito, March 27, 2023 | ✓ | | 8-23-23 | |
| 130 | 175-65 | Supplemental Declaration of Paul Zito, June 9, 2023 | ✓ | | 8-23-23 | |
| 131 | 175-66 | Fact Declaration of Morton H. Halperin, June 16, 2023 | ✓ | | 8-23-23 | |
| 132 | 175-67 | Fact Declaration of Eduardo Jose Rodriguez Hernandez, June 1, 2023 | ✓ | | 8-23-23 | |
| 133 | 175-68 | Fact Declaration of Heather Scanlon, June 17, 2023 | ✓ | | 8-23-23 | |
| 134 | 175-69 | Fact Declaration of Eric P. Schwartz, June 19, 2023 | ✓ | | 8-23-23 | |
| 135 | 175-70 | Fact Declaration of Jocelyn Wyatt, June 15, 2023 | ✓ | ✓ | 8-23-23 | |
| 136 | 175-71 | Joint Expert Declaration of Patricia Gándara, Ph.D and Gary Orfield, Ph.D, June 14, 2023 | ✓ | ✓ | 8-23-23 | |
| 137 | 175-72 | Expert Declaration of Jennifer Hunt, June 18, 2023 | ✓ | ✓ | 8-23-23 | |

|     |         |                                                                      | OFF | OBJ | ADM       | N/ADM |
| --- | ------- | -------------------------------------------------------------------- | --- | --- | --------- | ----- |
| 138 | 175-73  | Expert Declaration of Leighton Ku, Ph.D, MPH, June 16, 2023          | ✓   | ✓   | 8-23-23   |       |
| 139 | 175-74  | Expert Declaration of Charis Kubrin, June 10, 2023                   | ✓   |     | 8-23-23   |       |
| 140 | 175-75  | Expert Declaration of Cyierra Roldan, June 16, 2023                  | ✓   | ✓   | 8-23-23   |       |
| 141 | 175-76  | Expert Declaration of Yael Schacher, June 19, 2023                   | ✓   |     | 8-23-23   |       |

Dated:  August 23, 2023          Respectfully submitted,

   /s/Esther H. Sung
**Esther H. Sung (Attorney-In-Charge)***
California Bar No. 255962
*Application for Admission pending*
esther.sung@justiceactioncenter.org

**Karen C. Tumlin***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Jane Bentrott***
California Bar No. 323562
D.C. Bar No. 1029681
Virginia Bar No. 87903
jane.bentrott@justiceactioncenter.org

**Lauren Michel Wilfong***
New York Bar No. 5975529
New Jersey Bar No. 378382021
*Not admitted to practice law in California*
lauren.wilfong@justiceactioncenter.org

JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276