

DEFENDANT'S EXHIBIT

CASE NO. 6:23-cv-0007

EXHIBIT NO. 091

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,           §
                                     §
    *Plaintiffs,*           §
                                     §
    vs.                       §    CIVIL ACTION NO.
                                     §    6:23-CV-00007
UNITED STATES DEPARTMENT OF          §
HOMELAND SECURITY, *et al.*,         §
                                     §
    *Defendants,* and         §    JUDGE DREW B. TIPTON
                                     §
VALERIE LAVEUS, *et al.*,            §
                                     §
    *Intervenor Defendants.*  §

# INTERVENOR DEFENDANTS' TAB 91, ECF 175-26

# As Texas booms, local governments — especially in small towns — struggle to find workers

A cascade of issues including inflation and growing distrust in government aren't helping local governments hire for critical positions in public safety and utilities.

BY **POOJA SALHOTRA**   FEB. 14, 2023   5 AM CENTRAL

*Sign up for The Brief, The Texas Tribune's daily newsletter that keeps readers up to speed on the most essential Texas news.*

---

ZAVALLA — Earl Norrod thought he was finished working when he retired from the city of Lufkin water department 10 years ago.

But amid a nationwide labor shortage — and a particular dearth of qualified government workers in small towns — the 76-year-old has been in and out of employment.

Since 2018, Norrod has been tapped three times to help the nearby small town of Zavalla with its water system. The working-class community of fewer than 700 people struggles with aging water infrastructure and lacks the budget and skilled workforce to fix it. Last year, the problems intensified after water line breaks and system failures left residents without potable drinking water for nearly 10 days — and a boil-water notice during the Thanksgiving holiday. Adding to the disaster: Two well workers and the city's public works director resigned during the debacle.

Norrod, content in retirement at the time, stepped up.

"I'm just trying to help them get back on their feet," Norrod said. "I don't want a full-time job. I don't even want a full-time temporary job."

Across the country, a labor shortage following the COVID-19 pandemic has left employers scrambling to fill vacant positions. Local governments have been disproportionately impacted.

```
EXHIBIT
25
```

First, governments lost more jobs than the private sector during the shutdown. Local governments' labor loss was 18 times greater than other industries', according to a report by the National League of Cities. Between March 2020 and March 2022, municipal employment fell by 300,300 jobs, the report found.

Now in places like Texas, which has largely rebounded from the pandemic, municipalities continue to face staffing shortages. More than 6,000 local government jobs remain vacant, according to an estimate from the Texas Workforce Commission. A general distrust of the government and an inability to offer competitive wages to recruit top talent have made some positions especially difficult to fill, city and county leaders say. Even large urban centers like the city of Austin that can pay more face higher-than-normal vacancy rates — with 16% of city jobs vacant as of mid-January. To help staff up, Austin recently launched its largest-ever hiring campaign.

Labor shortages render critical government services, including water distribution and trash pickup, difficult to execute. In small cities like Zavalla, the impacts of staffing challenges have been particularly devastating.

"Labor shortages are more pronounced in smaller cities and rural areas," said Pia Orrenius, a labor economist and vice president at the Federal Reserve Bank of Dallas. "Smaller cities have such a hard time hiring because a lot of the younger people who grow up there and go to college may eventually leave and go for higher-paying jobs in the big city."

## "No one wants to work for a sinking ship"

After spending 15 years working on oil and gas pipelines across Texas, Thomas Bailey was ready to return home to Zavalla. He grew up in the East Texas town and spent his high school summers working for the city helping clean out their water tanks.

Now, he's fixing those same tanks as the city's newest public works director.

"The city needs my help, and I miss my home," Bailey said. "That's the only reason why I'm here. To help out."

Bailey, who resides in Zavalla, is the fourth public works director the town has seen in the past five years. His predecessor left the position in November after working 22-hour days following the disastrous water crisis last year. Those who were in the role before him also left for other jobs, according to multiple city employees.

"No one wants to work for a sinking ship," Bailey said.

Bailey does not have the water license necessary to operate the town's well — a unique system called a GUI well that features multiple shallow wells as opposed to a single deep well — and he'll spend the next year working toward that license.

In the meantime, Norrod continues to work for the city as a contract laborer, lending the town his license to work under and helping Bailey and other city employees obtain their licenses.

East Texas towns like Zavalla have always struggled to fill jobs, especially those with particular licensing requirements that generally need a higher level of education, said Keith Wright, Angelina County judge and a former Lufkin city engineer. Eighteen percent of residents in Angelina County have bachelor's degrees, compared with 32% of Texas residents over the age of 25.

Small towns typically hire workers at a base level and then educate them to the point where they can obtain their licenses. Zavalla is taking this strategy, hiring local resident Cody Day to work under Bailey and work toward a wastewater license. But obtaining a water license is not always easy. According to the Texas Commission on Environmental Quality, only 17% of people who took the test in 2022 to obtain the highest-level water operator license passed it.

"After those exams, you really feel like you've been tested," said Norrod, who purposefully retained his license after going into retirement. "I worked too hard for those licenses to let them expire."

The public utilities positions are not the only roles Zavalla has struggled to fill. Finances are a primary obstacle for the town. The longest-serving City Hall employee started less than a year ago. At the Zavalla Police Department, one of the three officers left for higher pay at the county sheriff's office.

"We can only pay so much," said Carlos Guzman, the former town mayor. "We can't pay top salaries, and that can hinder us."

To complicate matters, the city has experienced significant turnover among its elected officials. Last month, Guzman announced his resignation. He had suffered a stroke the previous month and decided to move to Beaumont to be closer to family. The day before, the mayor pro tem resigned. And the city secretary also announced her retirement.

**"They can't raise their wages"**

Zavalla's workforce challenges are not unique. Across the state, government officials are struggling to attract and retain workers. A combination of factors — including an aging workforce, inflation and a decline in government trust — are contributing to the crisis.

Amid historic levels of inflation, many small governments can't afford to raise salaries the same way the private sector can, making it difficult to incentivize new workers.

"People in the public-sector jobs are seeing their real incomes erode because these entities are constrained by tax revenue," Orrenius said. "They can't raise their wages in real time like the private-sector companies are doing to prevent turnover."

And when critical jobs are unfilled, cities are forced to cut back on the services they offer. In Austin, for example, the city temporarily halted bulk trash collection and reduced the hours of the public library when it had significant staff shortages last year. In Zavalla, high turnover and vacant office jobs mean less room to apply for grant funding — something the town critically needs in order to address its crumbling infrastructure.

During last year's budget season, government entities across Texas pushed to offer wage increases without raising tax rates. Austin, for example, increased wages by 4%, its largest wage increase over two decades. In Angelina County, salaries increased for sheriffs and for positions in the district attorneys' offices.

School districts in some cases have shifted to a four-day week, in part to help retain teachers at a time when teachers are hard to come by.

Even if higher wages can attract workers, small governments ultimately cannot compete with the private sector. In small towns with limited budgets, retaining law enforcement officers and jail staff is particularly challenging. Once employees gain experience and training, they often move on to higher-paid agencies funded by entities with a larger tax base.

Public jobs have long been thought of as offering strong benefit packages, but some cities have had to cut those in the face of budget shortfalls. In East Texas' Jasper County, for example, employees used to receive a subsidy for family coverage of health insurance. The budget no longer allows for that.

"The coverage used to attract stable people who wouldn't job hop," said Jasper County Judge Mark Allen. "But the costs have gotten worse every year."

And local leaders say that those benefits are not useful in attracting younger employees.

"When you're 25 years old and you think you're bulletproof, those insurance and health benefits just don't register with you," said Polk County Judge Sydney Murphy. The county raised salaries by 10% this year for all county employees in order to increase its competitiveness.

For Allen, one of the biggest changes in the past decade that has contributed to hiring challenges has nothing to do with the budget, though.

He said a rise in attacks on government officials has made the jobs less attractive.

"At one time, the general public perceived government employees as contributing to the common good and as wanting to see their community grow," Allen said. "But with social media, you're seeing people attacking people in government service. If you're in the private sector, you're not going to have those issues."



DEFENDANT'S EXHIBIT

CASE NO. 6123cv 00007

EXHIBIT NO. 092

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| *Defendants,* and | § | JUDGE DREW B. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.*, | § | |
| | § | |
| *Intervenor Defendants.* | § | |

# INTERVENOR DEFENDANTS' TAB 92, ECF 175 27

# 2.1 Million Manufacturing Jobs Could Go Unfilled by 2030

**M.** nam.org/2-1-million-manufacturing-jobs-could-go-unfilled-by-2030-13743

May 4, 2021



- Home
- Workforce

## Workforce

EXHIBIT
26



The manufacturing skills gap in the U.S. could result in 2.1 million unfilled jobs by 2030, according to a new study by Deloitte and The Manufacturing Institute, the workforce development and education partner of the NAM. The cost of those missing jobs could potentially total $1 trillion in 2030 alone.

The study's dramatic findings come from online surveys of more than 800 U.S.-based manufacturing leaders, as well as interviews with executives across the industry and economic analyses. All told, they paint a worrying picture of manufacturing's labor shortage. The lack of skilled labor was the industry's major challenge even before the pandemic, according to the NAM's quarterly outlook surveys—and this new study shows it's still a major concern today.

**The hard data:** About 1.4 million U.S. manufacturing jobs were lost during the early days of the pandemic, according to the study, setting back the manufacturing labor force by more than a decade. However, the industry has largely recovered those lost jobs and is now urgently seeking more workers.

> While the manufacturing industry recouped 63% of jobs lost during the pandemic, the remaining 570,000 had not been added back by the end of 2020, despite a near record number of job openings in the sector.

**The inside scoop:** Manufacturers surveyed reported that finding the right talent is now 36% harder than it was in 2018, even though the unemployment rate has nearly doubled the supply of available workers.

- Executives reported they cannot even fill higher paying entry-level production positions, let alone find and retain skilled workers for specialized roles.
- **A long-term challenge:** 77% of manufacturers say they will have ongoing difficulties in attracting and retaining workers in 2021 and beyond.

**A bright spot:** Fortunately, the study found that diversity, equity and inclusion (DEI) initiatives exert a growing influence on workforce trends and can help manufacturers fill these empty jobs. Manufacturers have more work to do to attract larger numbers of women and diverse workers to the industry, and the Institute is leading an industry-wide effort to close the opportunity gap.

**Deloitte says:** "Given the foundational role the manufacturing sector plays in our nation's economy, it is deeply concerning that at a time when jobs are in such high demand nationwide, the number of vacant entry-level manufacturing positions continues to grow," said Paul Wellener, Deloitte vice chairman and U.S. industrial products and construction leader. "Attracting and retaining diverse talent presents both a challenge and solution to bridging the talent gap. To attract a new generation of workers, the industry should work together to change the perception of work in manufacturing and expand and diversify its talent pipeline."

**The Institute says:** "Manufacturers are proud to lead efforts to build stronger, more diverse and inclusive workplaces because we are committed to being the solution," said Carolyn Lee, executive director of the Institute. "As we expand our programs at The Manufacturing Institute, and work with the National Association of Manufacturers on initiatives like our Creators Wanted campaign and tour, we're making sure that Americans of all backgrounds in all states can find a home in manufacturing and get equipped with the skills to seize these opportunities."

## Related



Creators Wanted
Campaign Helps Solve
the Workforce Crisis



Future of Manufacturing
Depends on Building
Workforce



Manufacturers Pledge
Training Opportunities to 1.2
Million Workers



Keeping her employees happy and engaged is something Pamela Kan, president and owner of Bishop-Wisecarver, takes seriously.

And for good reason. Workforce retention is a pain point for many manufacturers and consistently cited, along with recruitment, as a top business challenge in the NAM's Manufacturers' Outlook Survey.

For Kan, meeting this challenge starts with getting her employees' input—what's on their minds, their career aspirations and the ways they think the company can improve. Then she acts on it.

**Garnering feedback:** To assess engagement, Bishop-Wisecarver surveys its employees and calculates an employee net promotor score, which is an internal measurement of employee satisfaction. Kan, the executive director of culture and people and department heads then discuss the areas that need improvement.

> "We share with employees where we have friction points or where things need to change," Kan said. "We make that very visible. We then start checking these things off the list."

The company also offers employees many different opportunities to share what's on their minds, through informal check-ins, team huddles, employee lunches and skip-level meetings.

"Every single one of these times we are asking for feedback," Kan emphasized. "We document it and follow up on it, because whenever you ask for feedback and you don't then respond with changes or next-level discussions, you break the trust with your employees that you care about them."

"I reach out to new employees at the 60-day mark to see how it's going," she continued. "One actually reached out and said, 'yeah, we need to talk.' It was all positive. Some things he didn't quite understand, being new [to the company], and it showed me some gaps in our onboarding process."

**Conducting reviews:** Instead of formal reviews, Kan says Bishop-Wisecarver has instituted quarterly check-ins, with the conversations often centering around career advancement.

- "We've tried to create a career ladder that's not just vertical, but allows for offramps where employees can explore different channels of the company," said Kan.
- "If somebody starts as an application engineer, that doesn't mean they have to stay in engineering. They might want to go and try a position in sales, project management or marketing. We leave the door open."

**Other strategies:** Kan has also implemented several other workplace practices to keep employees engaged.

**Recognizing employees:** Through a program called "Bishop-Wisecarver Bucks," employees receive a bank of bucks once a month that they can use to recognize others who have lived up to one of the company's core values: preserve the family culture, deliver a signature experience, embrace a pioneering spirit and the need for speed. The company has an online portal where those receiving the bucks can purchase company merchandise, gift cards or tickets to events.

**Inspiring the next generation:** Based on feedback from her employees, Bishop-Wisecarver partners with multiple nonprofits that support students in their local community. One of these is FIRST Robotics, which inspires young people to be science and technology leaders and innovators, as well as well-rounded contributors to society, by engaging them in mentor-based research and robotics programs.

**Reimagining the workspace:** After polling her employees, Kan redesigned an entire building to reflect the workstyles and needs of her team. For example, the second floor of the building is now a large training space, where tables, chairs and white boards have wheels for easy configuration for company-wide meetings to multiple small groups. To break down the silos of separate lunchrooms, she created Wisecarver Way Café, complete with a pool table and ping-pong table. The company also has a space for employees to do yoga, allows them to bring their dogs to work and offers gym memberships.

**Offering support:** Bishop-Wisecarver also has a program called Life Guides, which connects employees undergoing hardships with peer mentors who have been through similar difficulties, such as caring for an elderly parent or coping with a death in the family.

**The last word:** "Don't ask your team for feedback and then do nothing with it," Kan reinforced. "That's what creates disengaged team members. Sometimes we don't get it right, but at least we've tried."

*The Manufacturing Institute has many initiatives to help employers retain and develop their teams. For a deeper dive, check out this study by the MI on improving retention and employee engagement. The MI will also explore retention challenges and solutions at its Workforce Summit in Atlanta on Oct. 16–18. Click here for more information.*

## Related



A One-Woman Workforce Solution: Meet Toyotetsu's Leslie Cantu



FAME Gets Some Fame



Child Care Could Help Fill Jobs, Study Finds



The Creators Wanted Tour, a joint project of the National Association of Manufacturers and the Manufacturing Institute, set new records at the "Greatest Spectacle in Racing": the Indianapolis 500.

**By the numbers**: The tour's 17th stop, generously sponsored by Snap-on, allowed nearly 1,600 young fans and their families to experience modern manufacturing first-hand.

- In addition, more than 72,000 students and career mentors signed up online to learn more about manufacturing careers.
- So far, over 10,000 students have taken part in the immersive experience since its launch in October 2021, with 84% of participants reporting an improved view of modern manufacturing careers. Online signups have now surpassed 1.3 million.

**What they're saying**: "'Creators Wanted' is a critical message to all young people, parents, caregivers and educators across our country," said Snap-on CEO Nick Pinchuk, who is also an NAM executive committee member and MI board member.

- "Snap-on is proud to bring the Creators Wanted Tour to the [Indianapolis Motor Speedway] and the Indianapolis 500, showing younger race fans and their families that manufacturing is an exciting place where the opportunities are many, the careers are rewarding and the lives are filled with the pride of being part of something greater than yourself," he continued.

- NAM President and CEO and MI Chairman of the Board Jay Timmons added, "The world's largest single day sporting event met the nation's largest manufacturing campaign—and it revved up enthusiasm about modern manufacturing in a big way with more students and their families."



**Behind the scenes**: Alongside the Creators Wanted experience at Fan Midway at the Indianapolis Motor Speedway (IMS), fans were also treated to a number of other interactive exhibits.

- These included: Snap-on's "Makers and Fixers" tent; Honda's racing simulator and vehicle fleet; the IMS Kids Zone where young fans raced on their own track; and FactoryFix's activities and resources to help people find their path into manufacturing careers, including its work through CreatorsWanted.org.
- "Seeing folks at Indy curious about our 'Creators Wanted' campaign was such a great confirmation of the research and testing we did to arrive at the name for this effort," said Erin Streeter, Executive Vice President of the NAM. "When parents and kids asked us about the type of creators we need in manufacturing, it just showed how spot-on our message really is."
- The NAM video team captured some of the fan sentiment with this video.

**The big picture:** "These tour stops often serve as the first interaction individuals have with the NAM and the MI, and the impression is powerful," said Chrys Kefalas, Managing Vice President of Brand Strategy at the NAM. " These meaningful personal interactions create lasting impressions and underscore the industry's value."

**Indianapolis, Indiana** – The National Association of Manufacturers, the Manufacturing Institute, the workforce development and education affiliate of the NAM, and Snap-on Incorporated are bringing the industry-leading Creators Wanted campaign to the Indianapolis Motor Speedway.

The Creators Wanted Tour is on-site at Fan Midway by the IMS Kids Zone on Friday, May 26, and Saturday, May 27, from 8:00 a.m. to 3:00 p.m. EDT and Sunday, May 28, from 6:00 a.m. to 12:30 p.m. EDT. The Creators Wanted Tour brings the excitement of modern manufacturing to life for all ages, with an immersive experience (an escape room–style activity) that challenges participants to race to the future and with resources to help younger race fans and their families explore how they can be part of creating, making, tinkering and building in the United States.

The manufacturing industry in the United States has approximately 700,000 open jobs. Creators Wanted strives to, by 2025, empower 600,000 new manufacturing team members, increase the number of students enrolling in technical and vocational schools or reskilling programs by 25% and increase the positive perception of the industry by parents to 50% from 27%.

"'Creators Wanted' is a critical message to all young people, parents, caregivers and educators across our country," **said Snap-on Chairman and CEO, NAM Executive Committee Member and MI Board Member Nick Pinchuk.** "Snap-on is proud to bring the Creators Wanted Tour to the IMS and the Indianapolis 500 showing younger race fans and their families that manufacturing is an exciting place where the opportunities are many, the careers are rewarding and the lives are filled with the pride of being part of something greater than yourself."

Since its launch in 2021, the Creators Wanted Tour has visited 16 cities, reaching more than 9,000 students in person, along with more than 2,400 parents, teachers, mentors and local leaders. The campaign has also built an email roster of more than 1.2 million students and career mentors interested in manufacturing careers.

"The world's largest single day sporting event meets the nation's largest manufacturing campaign—and it's going to rev up enthusiasm about modern manufacturing in a big way with more students and their families," **said NAM President and CEO and MI Chairman of the Board Jay Timmons.** "Together with our partners like Snap-on, we're building excitement about modern manufacturing careers and providing the resources for people to reach their full potential."

**Indiana Manufacturing Facts:**

> There were 23,936 total manufacturing job postings in Indiana from January 2023 to March 2023. In addition, there were 84,904 unique manufacturing job postings from January 2022 to December 2022.

The NAM will continue its Creators Wanted Tour with stops across the country. For more information on the campaign, visit CreatorsWanted.org.

**-NAM-**

*The National Association of Manufacturers is the largest manufacturing association in the United States, representing small and large manufacturers in every industrial sector and in all 50 states. Manufacturing employs nearly 13 million men and women, contributes $2.90 trillion to the U.S. economy annually and accounts for 55% of private-sector research and development. The NAM is the powerful voice of the manufacturing community and the leading advocate for a policy agenda that helps manufacturers compete in the global economy and create jobs across the United States. For more information about the NAM or to follow us on Twitter and Facebook, please visit www.nam.org.*

**-The MI-**

*The Manufacturing Institute grows and supports the manufacturing industry's skilled workers for the advancement of modern manufacturing. The MI's diverse initiatives support all workers in America, including women, veterans and students, through skills training programs, community building and the advancement of their career in manufacturing. As the 501(c)3 nonprofit workforce development and education affiliate of the National Association of Manufacturers, the MI is a trusted adviser to manufacturers, equipping them with resources necessary to solve the industry's toughest challenges. For more information on the MI, please visit www.themanufacturinginstitute.org.*

**-Snap-on-**

*Snap-on Incorporated is a leading global innovator, manufacturer and marketer of tools, equipment, diagnostics, repair information and systems solutions for professional users performing critical tasks, including those working in vehicle repair, aerospace, the military, natural resources and manufacturing. From its founding in 1920, Snap-on has been recognized as the mark of the serious and the outward sign of the pride and dignity working men and women take in their professions. Products and services are sold through the company's network of widely recognized franchisee vans, as well as through direct and distributor channels, under a variety of notable brands. The company also provides financing*

*programs to facilitate the sales of its products and to support its franchise business. Snap-on, an S&P 500 company, generated sales of $4.5 billion in 2022 and is headquartered in Kenosha, Wisconsin.*

*For additional information on Snap-on, visit www.snapon.com.*

## Related



Students Build the Future in Ohio



"The Best Thing I Ever Did": Creators Wanted Stops in Louisiana



Watch: Timmons Talks Workforce on CBS

Workforce

## Army, Navy, Air Force, and Marines! Heroes MAKE America is Reaching More Veterans



When service members leave the military, manufacturers are quick to say: "Come on over!" Military skills are usually a great match for manufacturing careers, which require attention to detail, technical abilities and creative thinking. And there's no better matchmaker than the Manufacturing Institute's Heroes MAKE America initiative, which since 2018 has been offering training certification programs and career courses to transitioning service members and veterans.

Today, HMA not only serves service members on military installations across the country but has also expanded its reach via a virtual training program.

**Widening the reach:** Now in its second year, the virtual training program has allowed HMA to impact service members on a national scale.

- For the first time, members from four branches—Army, Air Force, Marine Corps and Navy—are participating in the same class at the same time.
- Additionally, the geographic range of participants has increased to comprise students located far and wide, including in Alaska, Arizona, Delaware, Kansas and Kentucky.
- The program has reached more than 120,000 prospective students through local transition assistance, HMA's LinkedIn and Facebook presence and the SkillBridge website.

**How it works:** HMA partnered with Texas State Technical College to create a virtual nine-week training and certification program.

- Participants earn nationally portable, industry-recognized Certified Production Technician certification as well as an OSHA 10 certification.
- Through Heroes Connect, HMA also partners with sponsors like Johnson & Johnson, The Caterpillar Foundation, Amazon, Howmet Aerospace, WestRock, Saint-Gobain, Atlas Copco, Cargill, FUCHS Lubricants Company, C.H. Guenther & Sons, Honda Foundation, Niagara Bottling and the NAFEM, PPI and SEMI Associations to connect program graduates and members of the military community with manufacturers.

**What we're saying:** "It's exciting to see members from four branches of the military all in one virtual classroom together," said Heroes MAKE America Senior Program Manager Katie Bowerman. "There's a lot of strength in that kind of diversity."

**Spread the word:** Do you have jobs for which HMA students might qualify, or know of a service member who would want to join the program? The HMA virtual program is open to any transitioning service member who is in their last six months of active-duty service, as well as to veteran and active-duty military spouses. For more information, contact Heroes@nam.org.

## Related



Heroes MAKE America Fuels Veteran's Oil and Gas Career



Heroes MAKE America Keeps Growing



Heroes MAKE America Student Goes from the Army to Mars



Manufacturers nationwide are taking steps to ensure a supportive and respectful workforce that values the varied talents and backgrounds of all employees. nVent—a manufacturer of electrical connection and protection solutions—believes that inclusion and diversity initiatives have the potential to positively impact every part of its business.

Inclusion and diversity have been a priority for nVent since it became a public company in 2018. By identifying strategic initiatives for its inclusion and diversity efforts, nVent has become a thought leader in the electrical manufacturing industry. Five years later, those initiatives have become a comprehensive strategy that is embedded in the company's operations.

"We may not always have the answers," said Chief Inclusion and Diversity Officer Laura Brock, "But we want to make sure we create an opportunity for progress and share the resources we have developed with our customers and partners to drive inclusion in our industry."

**A comprehensive strategy:** nVent's strategy is built around four pillars designed to promote inclusion and diversity throughout the company, according to Brock and Inclusion and Diversity Manager Jasmin Buckingham.

- **Employees:** From recruitment onward and throughout the employee lifecycle, nVent ensures that inclusion and diversity is part of every employee's experience.

- **Communities:** nVent strives to be "a good citizen" in its community by promoting shared economic growth through multiple avenues—including philanthropy. It has made inclusion and diversity a central aim of these efforts.
- **Customers:** The company supports a diverse range of customers in the electrical industry and works to meet all customers where they are.
- **Suppliers:** nVent is focused on supplier diversity, which promotes engagement, growth and innovation through diverse business relationships.

**Other initiatives:** nVent runs several initiatives within its pillar strategy to drive inclusion and diversity across the company:

- **ERGs:** Employee Resource Groups are an important part of inclusion and diversity at nVent. These groups are "the hands and feet of creating an inclusive culture," according to Brock. All employees are welcome to join ERGs, which create connections between peers across the globe. The ERGs allow employees to share experiences and discuss topics that are important to them, she added.
- **Workshops:** After the murder of George Floyd in 2020, nVent hosted workshops where people could ask questions and engage in discussion about race and injustice. Attendance sometimes topped 900 employees.
- **Learning circles:** nVent created a series of additional opportunities to bring employees together in inclusive spaces. These smaller groups allow employees to share stories and engage in open conversation.

**Accountability for inclusion:** Brock and Buckingham made it clear that the company's inclusion and diversity work requires constant progress and accountability—making it essential to track metrics and promote improvements.

- Through an "inclusion index"—an employee pulse survey that sent out four times a year—nVent employees share their honest feedback. The data is then used to generate ESG scorecards for departments and leaders, which are a factor in compensation.
- "The choices we make and the behaviors we exhibit impact our culture at nVent. Everyone plays a role in creating an inclusive and respectful environment for all," according to Brock.

**Taking the pledge:** nVent is also a proud signatory of the NAM's Pledge for Action, which commits the industry "to taking 50,000 tangible actions to increase equity and parity for underrepresented communities, creating 300,000 pathways to job opportunities for Black people and all people of color" by 2025.

**Advice for the industry:** Companies should "get comfortable being uncomfortable," according to Buckingham. "It can be uncomfortable having these open conversations … but it is important and impactful so that you can learn and understand one another better to

make it a more inclusive workplace."

## Related







Fostering a Diverse, Inclusive Culture at Smithfield

Cornerstone Building Brands Creates a Diverse, Inclusive Workplace

Pies, Games and Donations: How Pella Engages Employees on DE&I

General

## Chart's Jillian Evanko on the Adventure of Manufacturing Jobs



If you're looking for a career with no "typical days," Jillian Evanko would advise you to choose manufacturing.

**Mixing it up:** Every workday offers something new and exciting for Evanko, the president and CEO of Chart Industries, a global leader in the design, engineering and manufacture of process technologies and equipment for the clean energy and industrial gas markets.

> "Whether I have a customer meeting, an investor conference, a keynote speaking event, a panel session or meetings with my executive team, every single day looks different to me, which is what I love about my job," said Evanko.

**Business sense:** It was a talent for business that led Evanko—a 2023 honoree of the Manufacturing Institute's Women MAKE Awards, which recognize outstanding female talent in the manufacturing sector—to the industry.

- "Early in my career I worked for Honeywell and Dover Corporation in various financial and operational roles," said Evanko, who holds a Master of Business Administration from the University of Notre Dame.
- Once she entered the field, she found that she genuinely enjoyed it—and she's here to stay. "The fast-moving, exciting nature of the manufacturing industry is what keeps me in it," she said. "There is always an opportunity to innovate or make a technological development, and you really get to see the impact of what you produce making a difference in everyday life."



**A changing industry:** Evanko has seen manufacturing evolve for the better since she got her start, especially for women employees.

- "In the past few years, I think the world has come to recognize that there is a direct correlation between diversity in manufacturing and increased innovation," she said. "By diversifying a workforce, you gain access to new thoughts, ideas and perspectives."
- "Since I've begun my career, I have seen more women enter the manufacturing industry, and even within my past five years at Chart, we are continuing to see more women taking on more senior roles, including operations and manufacturing roles."

**Growing company:** In recent months, Evanko has been even busier than usual, as Chart Industries recently completed its acquisition of Howden, an air- and gas-handling products manufacturer and services provider.

The acquisition, Chart's largest to date, has doubled the size of the company's engineering team. It "helps us expand into new geographies and gain access to new customers, and it provides us with a much more expansive Nexus of Clean™ offering," she said, referring to the firm's array of products and solutions for a more sustainable future.

**The best, period:** Evanko devotes much of her time to helping and educating others. One example of this is the way she provides her daughter's Girl Scout troop with access to entrepreneurial speakers, as well as information about the world of manufacturing. She has developed a mantra that keeps her constantly striving for improvement:

- "I like to say that I don't want to be the best female CEO, I want to be the best CEO," she said. "For women in manufacturing looking to grow in their careers, aim to be the best you can be despite gender, age or background."
- "Be confident in what you bring to the table and never underestimate your abilities," she continued. "Listen to others and empower them to bring their ideas forward. And never underestimate the power of simply being kind."

## Related







A Chief Scientific Officer Talks Manufacturing Careers

Cornerstone Building Brands' Rose Lee on Leadership in Manufacturing

A GM Engineer Follows in Her Parents' Footsteps



How can manufacturers recruit and retain employees amid a skills gap that leaves hundreds of thousands of manufacturing jobs unfilled every month? ALOM Technologies Corporation— a global supply chain management services and solutions provider based in Fremont, California—has an answer: focus aggressively on company culture.

The results are in and ALOM's program is a remarkable success, leading to workforce *and* revenue growth for the company over the past few years. This achievement led ALOM to be named a finalist for the Manufacturing Leadership Awards, given every year by the Manufacturing Leadership Council (the NAM's digital transformation division). Here's a sneak peek into how they did it.

**The program:** After being named an essential business in 2020 due to its medical supply chain infrastructure, ALOM turbocharged its existing culture program, called DOING—which stands for Development, Opportunity, INclusion and Growth—to support staff recruitment and retention in a challenging labor market.

> The program had existed since 2018 and was based on ALOM's longstanding cultivation of values-driven purpose. When the company expanded it during the pandemic, it enabled ALOM to build a higher performing team across multiple locations.

**The details:** ALOM has employed several strategies for reinforcing its cultural values, aiming to instill a sense of purpose and belonging in job candidates and veteran staff alike. These include:

- Showcasing their commitment to diversity, inclusion and sustainability both inside the organization and in recruitment efforts;
- Redefining the ALOM People Team mission and structure to emphasize staff development over compliance;
- Working to address employee wellness through stress and mental health education and resources; and
- Instituting a staff development online portal called ALOM University that empowers rapid onboarding, training and advancement.

**The results:** The program has been an extraordinary success, helping to increase ALOM's workforce and strengthen the company's bottom line at the same time. In 2021 alone, the company achieved:

- 70% workforce growth;
- 60% revenue growth;
- A 6% decrease in employee attrition for 2021, as compared to 2018; and
- A 65% reduction in recruitment days to fill open positions.

**Looking ahead:** ALOM isn't done yet. This year, the company is working on a digital transformation effort, called DOING DX, designed to make all of ALOM's tech systems and business processes more efficient and effective.

It will focus on staff recruiting, performance management, supplier management and evaluation, team building, mentoring and much more.

**The last word:** "When I started ALOM 26 years ago, I was determined to build a supply chain company that did right by everyone," said President and CEO Hannah Kain.

"This has become the foundation of ALOM's corporate culture. We believe in using the supply chain to help the world be a better place—for the environment and for every person, supplier and company. Experiencing our values in action instills a sense of pride and belonging in our staff that helps us attract, build and retain an exceptionally talented team."

**Get involved:** Want to learn more about this successful workforce effort, as well as a whole host of other innovations by leading manufacturers? Join the MLC for its Rethink summit in Marco Island, Florida, on June 26–28. Sign up here.

## Related



"It Takes One Part Not to Make a Car": An Interview with ALOM's Hannah Kain



"The Culture Is the Company": An Interview with ALOM's Hannah Kain



"Fix it Now": Timmons on Taxes, Immigration and the Workforce



Where can you "race to the future" in a mobile, immersive manufacturing experience, try your hand at cutting-edge technology and get free career advice from top professionals? At a Creators Wanted stop, of course.

Participants at last week's Creators Wanted stops in Marysville and Columbus, Ohio, did all this and more.

**Two stops, one week:** The Honda Heritage Center was the site of two days of educational fun last Wednesday and Thursday, after which the Creators Wanted Tour continued on to the COSI Science Festival in Columbus, Ohio's largest STEM event, on Saturday.

- The stops were the 15th and 16th, respectively, on Creators Wanted's nationwide tour, an initiative of the NAM and its 501(c)3 workforce development and education affiliate, the Manufacturing Institute.
- The tour aims to shore up the manufacturing workforce by 600,000 workers, increase the number of students enrolling in technical and vocational schools or reskilling programs by 25% and boost the positive perception of the industry among parents from 27% to 50%—all by 2025.
- Nearly 1,000 kids and adults came through the Creators Wanted immersive experience during its three days in Ohio, and 35,000 students and career mentors signed up to learn more about modern manufacturing careers, increasing the network to 1.2 million nationwide.

**Sites to behold:** More than 300 students from central Ohio schools toured the Honda Heritage Center on Wednesday and Thursday.

- Students learned about the American Honda Motor Company's rich history of innovation, beginning in 1959, and toured the Honda Technical Development Center, where Honda associates advance their skills in high-tech manufacturing.
- Tour sponsor FactoryFix was on hand, too, helping students explore pathways to manufacturing careers through information handouts and in-person Q&As with company representatives.

**Theme-park lines:** At COSI, the Creators Wanted experience had the festival buzzing, with attendees lining up to take their turn. More than 675 kids and adults moved through the unit in just six hours.

> "We built this experience to excite future creators and their career mentors like parents," said NAM Managing Vice President of Brand Strategy Chrys Kefalas, who was onsite with the tour. "I'm not sure anyone fully anticipated how much of an attraction we'd be with the immersive experience—it's a huge draw."

**A big commitment:** Tour-stop host Honda—which has been instrumental in the launch and continuation of Creators Wanted—announced that it will increase its overall commitment to the Creators Wanted campaign to $2.25 million through 2025.

- "Creators Wanted is a great opportunity to showcase what the modern manufacturing environment is like and what the career opportunities are," said American Honda Motor Company Executive Vice President Bob Nelson. "And there are many career opportunities for everyone."
- "Honda's incredible support and leadership has empowered our innovative campaign to thrive—to inspire students, to positively affect parents and teachers and, now with Creators Connect, to change even more lives," said NAM President and CEO and MI Chairman of the Board Jay Timmons.
- Sara Tracey, managing director of workforce services for the Ohio Manufacturers' Association, which participated in the events, added, "There are so many opportunities [in manufacturing] for people, regardless of what their interests are."

**"Build the future":** At both the Honda Heritage Center and COSI, there was plenty for participants to do as well as see.

- Students, parents and other attendees from local communities got the chance to use some of the latest items produced by manufacturers. These included Honda's virtual-reality paint simulator and Honda's safety car interactive display, as well as the many hands-on manufacturing challenges in the Creators Wanted mobile experience.
- "Know that there is a place for you in manufacturing to put whatever your skills and interests and passions are to work to build the future," said MI President and Executive Director Carolyn Lee.

**A great place to work:** Many Honda associates—eager to share their positive experiences—participated in the week's events, too, and had great things to say about modern manufacturing careers while on the ground at COSI.

- "I don't think people realize how complex a vehicle is," said one participating Honda associate. "The work and the people behind it, and the effort it takes to bring it to market—I can't express how much fun that really is."
- Said another, "I like that every day is a little bit different."

**Behind the scenes:** Interested in seeing how the Creators Wanted activation at COSI unfolded? Check out the NAM's Instagram story from this weekend here.

## Related



"The Best Thing I Ever Did": Creators Wanted Stops in Louisiana



'Manufacturing Opportunity Awaits': Creators Wanted Arrives in Charlotte



"I Want to Be a Manufacturer": The Reaction to Creators Wanted in S.C.



When Jennifer Hamann went to college, she intended to be a fashion merchandising major—but she soon realized that it wasn't for her.

"At the time, fashion merchandising was a combination of business and home economics," said Hamann. "When I found out I had to sew, I dropped out."

Instead, she pivoted to finance, which set her on the path to her current position as executive vice president and chief financial officer at Union Pacific Railroad. She was recently honored by the Manufacturing Institute—the NAM's 501(c)(3) workforce development and education affiliate—with a Women MAKE Award, recognizing outstanding women working in the manufacturing industry.

**A flexible career:** When Hamann reflects on her time at Union Pacific, she sees flexibility and a willingness to try new things as a consistent theme—as when she shifted from a position on the audit staff to a role in human resources.

- "The thing that I think is a great selling point about Union Pacific is that you can still get your paycheck from the same company, but you can make wholesale career changes over the course of your career," said Hamann.
- "I've done that. … I've taken on roles that were totally different than what I had gone to school for, or what I started doing when I came to Union Pacific. And I think that's a real benefit to businesses like ours."

**Serving with pride:** According to Hamann, the 161-year-old company's workforce takes a great deal of pride in what they do and prioritizes a team-centered environment.

"There's tremendous pride in the workforce," said Hamann. "Our tagline is Building America, and that really is how we think of ourselves. Supporting so many parts of America's economy and so many communities—that pride is a big deal."

**Pushing for diversity:** Hamann was previously president and now serves as the executive adviser of Union Pacific's employee resource group for women called LEAD (which stands for Lead, Educate, Achieve and Develop). The ERG is one of nine at the railroad that helps foster inclusion and cultural awareness by creating networks that develop Union Pacific's workforce and its culture.

"One of the focus areas we've had as a [LEAD] group over the last several years is really reaching out into our field locations," said Hamann. "If women can see other women in some of those roles that have been traditionally held by men, that helps give them greater confidence, and it helps in our overall recruiting and retention efforts to bring people into those jobs."

**Building a future:** Hamann is proud of the work Union Pacific is doing to attract a diverse workforce, including by offering free college tuition for employees and by stressing pay equity and retention.

"Not only do I think Union Pacific is a great place to work, but we really want it to be a great place for more women going forward," said Hamann. "When I think about the future, I'd love to see it be a future where the demographics of Union Pacific reflect the demographics of the country and the communities where we operate."

**The last word:** "This is a company with a very supportive culture," said Hamann. "We value diversity, equity and inclusion. We want people to succeed. We have opportunities to build your network. Give us a try and see what you think."

**More reading:** View the full list of this year's Women MAKE Award Honorees and Emerging Leaders here, and learn more here about the Women MAKE Mentorship Program to help inspire the next generation of female talent.
Workforce

## "The Best Thing I Ever Did": Creators Wanted Stops in Louisiana



It was the 14th stop of the Creators Wanted Tour, but the level of enthusiasm among attendees made it seem like the first.

**What happened:** This week's visit of the award-winning mobile immersive experience—an initiative of the NAM and its 501(c)3 workforce development and education affiliate, the Manufacturing Institute—to the Baton Rouge, Louisiana, area was an unequivocal hit.

- Hosted by Dow with the participation of Union Pacific, the Louisiana Association of Business and Industry, FactoryFix, River Parishes Community College and BASF, the event drew more than 500 students to the college's Westside Campus in Plaquemine, Louisiana. Students came from the college as well as area middle and high schools.
- The digital campaign signed up more than 26,000 new students and career mentors in Louisiana to learn more about modern manufacturing. In addition, Dow (a third-time Creators Wanted host) and Union Pacific had team members on-site to answer students' questions about their careers.

**High tech:** Dow displayed drones and robots—including one named Spot—to give students a peek at some of the cutting-edge technologies they might expect to work with in manufacturing. Meanwhile, Union Pacific offered 3D virtual tours of company operations.

**Manufacturing is everywhere:** River Parishes Community College Chancellor Quintin D. Taylor, who gave opening remarks at the kickoff event, emphasized the extent to which manufacturing touches everyone each day—and how fulfilling a career in it can be.

> "Even the toothpaste we all used this morning was made in a facility that does manufacturing," Taylor said. "Should a time come in your life where you decide to have a family, you have to be gainfully employed to take care of your family. Manufacturing is just one of many careers, quite frankly, that can help you do that."

**"Be somebody big":** Union Pacific Executive Vice President of Marketing and Sales Kenny Rocker seconded that sentiment.

- "Who wants to make the world better and make a lot of money doing it?" Rocker asked the audience to a show of numerous hands. With a manufacturing career, "you can be the GOAT in your family," he continued, referring to the acronym meaning "Greatest of All Time." "You can be somebody big in your family."
- **Stay tuned:** Union Pacific will host a Creators Wanted stop in the Minneapolis–St. Paul area in the fall.

**Creators required:** There's an acute need for more workers in manufacturing, MI President and Executive Director Carolyn Lee said, and there's something in it for everyone.

- "I can promise you if you are interested in designing, building, solving, creating things, fixing things with your hands, just figuring stuff out, there is a home for you in manufacturing," she said.
- Lee cited research by the MI and Deloitte that found if current trends continue, manufacturers will need to fill some 4 million jobs by the end of this decade.



**Autograph-worthy:** Attendees were so inspired by the kickoff-event remarks of Dow Chairman and CEO (and NAM Board Chair) Jim Fitterling—who spoke about students' opportunities to do something historic in their careers—that several requested his autograph.

- "The world's going through one of the biggest changes since we industrialized the United States," said Fitterling, who along with NAM President and CEO Jay Timmons wrote an op-ed about the tour that appeared in the Louisiana Policy Review this week.
- "We're about to go through another … massive change because we're going to reindustrialize this country. And that means you are going to get to work on some of the biggest projects that we have ever seen in the world."
- Fitterling, who personally took students through the Creators Wanted immersive experience before his talk, emphasized, "We're here to see you. We're interested in you. We want you to have a great future, and we want you to have … opportunities."

**"I'm still having fun":** Panel discussions featured leaders and team members from Dow as well as Turner Industries, giving students a more in-depth perspective about modern manufacturing careers.

- During an on-stage discussion with Fitterling, Dow Senior Lead Site Manufacturing Director Crystal King told the audience how she came to choose engineering: her mother chose it for her.

- "When I was in 10th grade, my mom asked me what did I want to do," King said. She had said she wanted to go into education because her mother was a teacher. Then her mother "explained that when she went to college, there were only two things that, as an African-American female, she could be. One was a teacher, and one was a nurse. And I needed to do something other than either one of the two of them."
- Despite thinking she "would hate" being an engineer, King loved it—and she still loves it. "This is the best job in the world," she told the audience. "I tease Jim [Fitterling]—I say, 'When I stop having fun, I'm going home.' I'm still having fun."



Watch Video At: https://youtu.be/nr2zsRkfS9U

**The reception:** In addition to a student who was "left … speechless" by the week's events and another who called Creators Wanted "the best thing I ever did," the tour stop had social media abuzz with praise for the initiative:

- "Thank you to #CreatorsWanted for hosting our students over the past two days," tweeted White Castle High School. "The students had a great time learning and building excitement about modern manufacturing careers."
- "Our Juniors and Seniors are having a fantastic time at #creatorswanted today!" tweeted Plaquemine High School. "They're expanding their knowledge of the manufacturing industry and workforce, while also getting a chance to tour RPCC. A big thank you to #Creatorswanted, Dow and RPCC for this opportunity!"

**Coming up:** Creators Wanted will travel to Marysville and Columbus, Ohio, next week for stops at the Honda Heritage Center and the COSI Science Festival, sponsored by Honda. Later in May, the tour goes to the Indy 500 in Indianapolis.

**Creators Wanted in action:** See here, here and here for exciting footage of this week's tour stop, including the remarks of LABI Interim President and CEO Jim Patterson.

## Related



"You Guys Rock": Creators Wanted Inspires Dallas/Fort Worth



Creators Wanted Comes to Columbus



'Manufacturing Opportunity Awaits': Creators Wanted Arrives in Charlotte

View More

DEFENDANT'S
EXHIBIT

CASE
NO. 6:23-cv 00007

EXHIBIT
NO.    093

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| *Defendants,* and | § | JUDGE DREW B. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.*, | § | |
| | § | |
| *Intervenor Defendants.* | § | |

# INTERVENOR DEFENDANTS'
# TAB 93, ECF 175-28

 **U.S. Chamber of Commerce**

# Understanding America's Labor Shortage: The Most Impacted States

Every state is facing an unprecedented challenge finding workers to fill open jobs. Learn which states have been impacted the most by the nation's worker shortage crisis.



**Lindsay Cates**

Senior Manager, Communications and Strategy, U.S. Chamber of Commerce

**Stephanie Ferguson**

Director, Global Employment Policy & Special Initiatives, U.S. Chamber of Commerce

**Published**

May 02, 2023

America is facing a worker shortage crisis: There are too many open jobs without people to fill them. The interactive map below shows which states are suffering the most from a labor shortage by comparing their Worker Shortage Index ratios.

The Chamber's Worker Shortage Index ratio indicates the number of available workers for every job opening. States with a higher ratio have more workers available to fill open jobs. For example, a ratio of 0.39 means a state has just 39 workers for every 100 open jobs. A ratio above 1.0 would indicate a surplus of available workers compared to job openings.

> EXHIBIT
> 27

6/19/23, 7:02 PM Case 6:23-cv-00007   Document 175-26   Filed on 06/20/23 in TXSD   Page 2 of 8

# The Worker Shortage Across America

Explore the interactive map below to see the impact of the worker shortage crisis in each state.

**State**

Select a state ⌄



**Worker Shortage Index**

Least Severe   Severe   More Severe   Most Severe

Workforce Data Definitions (BLS):

- **Job Openings:** All positions that are unfilled and have available work

- **Unemployed Workers:** People that do not have a job, have looked for work in the last four weeks, and are currently available and able to work

- **Labor Force Participation Rate:** The percentage of the population that is working or actively looking for work

- **Quit Rate:** The number of employees who voluntarily quit as a percent of total employment

- **Hire Rate:** All additions to payroll as a percentage of total employment

## More State-by-State Workforce Analysis

There is a national worker shortage affecting the nation, and many states are feeling the impact. The vast majority of states have more job openings today than it had before the pandemic, while labor force participation remains below pre-pandemic levels.



The U.S. has <u>lost millions of workers</u> since the start of the pandemic. As of February 2023, the national labor force participation rate is .7  percentage points below pre-pandemic levels. That equates to 1.8 million workers who have left the workforce since the start of the pandemic in February 2020.

6/19/23, 7:02 PM    Case 6:23-cv-00007    Document 175-26    Filed on 06/20/23 in TXSD    Page 5 of 8



Oregon, Illinois, Alaska, Oklahoma, Utah and New Jersey are the only states that have a higher percentage of their labor force working than before the pandemic. The vast majority have seen their labor forces shrink because of early retirements, increased savings, less immigration, among other factors.

The U.S. Chamber and U.S. Chamber Foundation are helping employers discover and develop talent through the America Works Initiative. For more information, contact Jenna Shrove at jshrove@uschamber.com.

**About the authors**



**Lindsay Cates**

Lindsay is a manager on the communications and strategy team. She previously worked as a writer and editor at U.S. News and World Report.



**Stephanie Ferguson**

**Topics**

| WORKFORCE | ECONOMY |
| --- | --- |

Case 6:23-cv-00007   Document 175-26   Filed on 06/20/23 in TXSD   Page 8 of 8

View this online



©2023 U.S. Chamber of Commerce



DEFENDANT'S
EXHIBIT

CASE
NO. 6:23-CV 00007

EXHIBIT
NO. 094

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| | § |
| *Plaintiffs,* | § |
| | § |
| vs. | §    CIVIL ACTION NO. |
| | §    6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § |
| HOMELAND SECURITY, *et al.,* | § |
| | § |
| *Defendants,* and | §    JUDGE DREW B. TIPTON |
| | § |
| VALERIE LAVEUS, *et al.,* | § |
| | § |
| *Intervenor Defendants.* | § |

# INTERVENOR DEFENDANTS'
# TAB 94, ECF 175-29



Center for the U.S. and Mexico | Research Paper

# Immigrants in Strategic Sectors of the U.S. Economy and America's Labor Shortage Crisis

June 14, 2022 | Jose Ivan Rodriguez-Sanchez

**To access the full paper, download the PDF on the left-hand sidebar.**

<table>
<tr><td>EXHIBIT<br>28</td></tr>
</table>

# Introduction

The COVID-19 pandemic has had a range of negative impacts on the U.S. economy —from labor shortages and supply chain constraints to higher inflation and more. Of particular concern are the continued labor shortages in the U.S. economy, the focus of this paper. Without workers, companies cannot produce the quantity of goods and services the market demands. This affects both pricing and wages, adding inflationary pressures to the economy and ultimately impacting the nation's gross domestic product (GDP). Prices of goods and services are rising at their

6/19/23, 7:02 PM Case 6:23-cv-00007 in Strategic Sectors 175-29. Elsed on 06/20/23 in TXSD Crisis Bakers ofeas USA

fastest rate since the early 1980s (reaching a 40-year high in 2022), and this trend appears more persistent than many economists expected. Consequently, the U.S. economy is experiencing slow growth and high inflation, a phenomenon known as "slowflation."

Labor shortages are not new. Even before the pandemic, the United States was beginning to experience labor shortages, primarily due to an aging workforce, a decline in national fertility rates, and, more recently, a fall in immigration rates—all of which have led to fewer people participating in the national workforce. The pandemic has only exacerbated these ongoing trends. Labor shortages have also had secondary effects, including workers demanding better salaries and flexible working hours and even resigning, leading to a loss of expertise and the need to retrain new workers.

Moreover, recent reports show that there are more job openings in the United States than there are people willing to work. Indeed, there were 11.3 million job openings in February 2022 alone, but fewer than 6.3 million unemployed individuals still actively looking for work. To make matters worse, 4.3 million people left their jobs, and by the end of 2021, there were about 2 million fewer working-age immigrants compared to pre-pandemic trends. The sectors affected by labor shortages are also numerous, including accommodation and food services, construction, wholesale trade, and state and local government education, among others. This shortage has led to massive supply chain disruptions in the United States, and there is little to indicate that these disruptions will improve for any of these industries.

Clearly, one effective solution to labor shortages is to attract more workers—domestic and foreign—to the labor market. U.S. citizens would have to be incentivized through higher wages and benefits. Foreign workers, however, require a different kind of system. Since many foreign workers are willing to work, the solution would imply an increase in legal immigration, which decreased during the pandemic due to travel restrictions, a slowdown in immigrant processing services, and decreased mobility in general.

Given this state of affairs, this paper examines labor shortages in the United States, drawing attention to the role of immigrants in the U.S. labor market as a strategy to

6/19/23, 7:02 PM Case 6:23-cv-00007 Immigrants in Strategic Sectors of the US Economy and America's Labor Shortage Crisis | Baker Institute USA

overcome the shortage. It also offers data to support the importance of these workers and examines how the lack of immigrants in the U.S. labor market in 2020 and 2021 impacted the U.S. economy—as well as what the labor shortage may look like by 2030—under three scenarios. The first scenario considers the decrease in visas issued in 2020 and 2021 and explores the effects of this on the U.S. economy. In the second scenario, the economic impact of having about 2 million fewer working-age immigrants living in the United States in 2020 and 2021 is assessed. Finally, the third scenario estimates the total number of unfilled jobs the U.S. economy could have by 2030. Given these scenarios, the paper concludes that the only way to close the labor gap is to allow more foreign workers to participate in the U.S. labor market.

**To access the full paper, download the PDF on the left-hand sidebar.**

*© 2022 by Rice University's Baker Institute for Public Policy*
https://doi.org/10.25613/Y6RY-AY18 ☒



DEFENDANT'S
EXHIBIT

CASE
NO. 6:23-CV00007

EXHIBIT
NO. 095

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.,* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.,* | § | |
| | § | |
| *Defendants,* and | § | JUDGE DREW B. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.,* | § | |
| | § | |
| *Intervenor Defendants.* | § | |

# INTERVENOR DEFENDANTS'
# TAB 95, ECF 175-30

THE BIG IDEA

EXHIBIT
29

# America is running out of working-age adults. Here's how to solve the labor shortage.

**By Kara Miller** Globe Correspondent, Updated January 31, 2023, 9:03 a.m.



A "now hiring" sign is displayed in a window in New York City. SPENCER PLATT/GETTY

The clock is ticking on immigration. In more ways than one.

In December, former governor Charlie Baker said that Massachusetts was struggling mightily to house the massive influx of refugees — more than 11,000 — that we've seen over the past year.

6/19/23, 7:03 PM Case 6:23-CV-00007 is Document 175-30 ad Filed on 06/20/23 in TXSD age Page 2 of Globe

Mayor Eric Adams declared a state of emergency after 40,000 migrants landed in New York City in 2022, many bused there by Texas Governor Greg Abbott.

But while the crisis is real, and cities and states need far more help from the federal government, there is almost no talk about the crisis beneath the crisis: America is running out of working-age adults. And immigration — at levels that many, many people won't feel comfortable with — may be our only solution.

Why are workers evaporating? A bunch of reasons. Baby Boomers are retiring. Some women are staying home because child care is unaffordable. And working-age men are opting out of the labor force in record numbers, particularly those without college degrees.

But the single most important reason is that America's birth rate has largely been below replacement level since the 1970s, and in steep decline for the past 15 years.

Once, the country was brimming with an up-and-coming workforce. In 1960, there were six working adults for every person over 65. In 2030, we'll hit 2.8 working adults for every person over 65.

That's an economic earthquake. And the number of working adults is slated to keep shrinking in proportion to older Americans. So if you think it's hard finding a home health aide, or a preschool teacher, or a waiter, or a construction worker now, buckle up.

We may be staring down the barrel of worker shortages so severe that our life choices become increasingly constrained. Can you accept that plum job across the country? Not if your dad needs someone to take care of him, and professional help is unaffordable. Can you return to work after maternity leave? Not if there aren't any slots in nearby preschools.

In the Northeast, where birthrates have long been some of the lowest in the country, the future is now. As the Globe's Larry Edelman recently reported, Massachusetts has

"two open jobs for each unemployed resident," and the labor pool has shrunk by more than 100,000 since 2019.



A "help wanted" sign outside of the Dunkin' Donuts at 330 Washington St. in Boston. DAVID L. RYAN/GLOBE STAFF

So, what do we do? Well, there are two potential solutions to America's incredible shrinking labor pool: Have more babies, or bring in more immigrants.

The baby option might sound fun, but I wouldn't bet on it. Falling birthrates are a global phenomenon, affecting countries from South Korea to Poland. And government policies rarely turn the tide. Offering high-quality, affordable child care helps encourage couples, but even Scandinavian countries with exceptional child care have about 1.5 children per woman (we're at 1.6 in the United States).

Which leaves us with option two: Bring in more immigrants.

6/19/23, 7:03 PM Case 6:23-cv-00007 is Documentuch75-40 admitted on 06/20/23 in TXSD ngePage 54 of Globe

But, wait. Aren't we in the middle of a surge of border crossings? Which Baker called "just nuts"?

Yes and yes. There were more than two million encounters at the southern border during the 2022 fiscal year, an enormous increase over 2021 — and a seven-fold increase over 2017 (though an undetermined chunk of those are repeat encounters).

But, says Michael Clemens, a senior fellow at the Center for Global Development and an economics professor at George Mason University, we're actually facing an immigrant deficit. Trump-era policies excluded 1.5 million to 2 million people who would normally have immigrated to the United States between 2017 and 2021.

And because those folks never paid taxes, demanded goods and services, or made investments here, Clemens calculates that Trump's clampdown on refugees costs the economy more than $9 billion a year.

But good luck trying to convince Americans we need more immigrants. Nearly 70 percent feel that present immigration levels are sufficient or should be decreased.

To be fair, about 14 percent of current Americans are immigrants, a percentage that's higher than at any time in the last 100 years. And much like a century ago (after the arrival of large numbers of Southern and Eastern Europeans), Americans have concerns about whether immigrants can effectively assimilate.

Clemens points out that assimilation has never happened quickly, but it always happens. His own ancestors arrived in Ohio in 1846 and were still attending church in German 60 years later.

Those opposed to increasing immigration, he says, sometimes argue that "there's no such thing as a labor shortage. Just raise the wage. I hear that with some bitterness, having experienced the elder care market personally with my late mom."

6/19/23, 7:03 PM Case 6:23-cv-00007   Document 175-30   Filed on 06/20/23 in TXSD   Page 5 of 7



People stood outside the John F. Kennedy Federal Building in Boston to protest the treatment of Haitian migrants by the Biden Administration on Sept. 24, 2021. ERIN CLARK/GLOBE STAFF

Clemens says that giving his mother 24-hour care meant "spending down her savings. ... The person who's on the other side of that labor market transaction is not always some big, rich, fat-cat corporation. With elder care, child care, or disabled care, it's often people who are financially stretched themselves."

Many Americans, of course, dislike the fact that some who migrate here have crossed the border unlawfully. But Clemens and Nicole Kreisberg, a postdoctoral fellow at Harvard's Center for Population and Development Studies, told me that if jobs are plentiful in the US, immigrants will try to get to them. And if the government limits legal ways to get here, people will look for alternate routes.

Clemens notes that during the 2021 fiscal year, there were 750,000 apprehensions of people trying to enter the United States from Guatemala, Honduras, and El Salvador. How many visas and asylum slots were available for those immigrants? Just 3 for every 100 people, he says.

6/19/23, 7:03 PM Case 6:23-cv-00007 is Document 175-19 adFiled on 06/20/23 in TXSD age Page 60 of Globe

And Clemens, among others, argues that letting immigrants into America is a long-term revenue generator. "People often think of migrant workers as people who are applying labor. There's a certain number of landscaping jobs out there, and immigrants doing landscaping means there are fewer jobs for Americans," the thinking goes.

But that's wrong, he says. "Immigrants are people. Immigrants are consumers. Immigrants are inventors. Immigrants are founders of businesses, and they are overrepresented as founders of businesses relative to natives."

Clemens does note that sudden surges in immigration can temporarily depress wages for those at the lowest end of the wage spectrum. "But in general," he says, "it creates jobs for Americans."

Strict limits on immigration, though, stifle immigrants' economic contributions to the United States.

Kreisberg studied Latino high school students in New York and found that, on average, "undocumented immigrants are very, very high performing. … [But] when they graduate high school, they often learn of their undocumented status and then realize that their options are more limited, in terms of higher education."

The problem for politicians (and those who vote for them) is that the tectonic demographic shifts we face are mostly invisible. It's hard to see the tax base disappearing, or the number of young workers contracting.

Of course, the pain may eventually become apparent — when our parents can't get nursing help, or our children's camp can't find staff. But by then, our own options in life will likely have narrowed, and there won't be a quick fix.

---

Follow Kara Miller on Twitter @karaemiller.

6/19/23, 7:03 PM                    Case 6:23-cv-00007 is Document 175-30 Filed on 06/20/23 in TXSD Page 7 of 7

💬 Show 317 comments

©2023 Boston Globe Media Partners, LLC



AO336-B

DEFENDANT'S
EXHIBIT

CASE
NO. 6:23-CV DOC

EXHIBIT
NO. 096

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,                    §
                                             §
    *Plaintiffs,*                             §
                                             §
    vs.                                      §    CIVIL ACTION NO.
                                             §    6:23-CV-00007
UNITED STATES DEPARTMENT OF                  §
HOMELAND SECURITY, *et al.*,                 §
                                             §
    *Defendants,* and                        §    JUDGE DREW B. TIPTON
                                             §
VALERIE LAVEUS, *et al.*,                    §
                                             §
    *Intervenor Defendants.*                 §

# INTERVENOR DEFENDANTS'
# TAB 96, ECF 175-31

# Immigrants are key to addressing America's labor shortage, lowering inflation, and growing our economy

EXHIBIT
30

thehill.com/opinion/congress-blog/3619410-immigrants-are-key-to-addressing-americas-labor-shortage-lowering-inflation-and-growing-our-economy

Rebecca Shi, opinion contributor                                    August 29, 2022



Thinkstock

The unemployment rate fell to 3.5 percent this summer — the lowest level in more than 50 years. While that is good news to celebrate this Labor Day, there is another side to the nation's historically low unemployment numbers.

Across every sector, businesses can't find workers to fill open positions, even when they increase pay and benefits or go so far as to pay candidates to attend job interviews. There are 10.7 million job openings in the U.S., but only 5.7 million unemployed workers. Even if every unemployed American found a job, we would still have five million jobs unfilled. But for America's broken immigration system, immigrant workers could fill many of these jobs — and it is U.S.-born citizens who would benefit the most from their contributions.

For consumers, the labor shortage means empty shelves, higher prices, and long waiting times, whether for a restaurant table or in the emergency room. The labor shortage is especially acute in services we need the most. As students return to school, the National Education Association estimates a shortage of 300,000 teachers and support staff across the

nation. In a recent survey, 90 percent of nurses were considering leaving the profession in the next year. Nearly 1 million new STEM jobs will come open over the next decade, but it's not clear that the U.S. educational system is preparing students to fill those jobs.

In the agricultural sector, the labor shortage is causing sticker shock at the grocery store, with some families skipping meals due to inflation. Food prices are 10 percent higher than last year — the biggest increase in 40 years. At this year's Labor Day barbecue, hamburgers will cost 36 percent more than last year, pork and beans will cost 33 percent more, and homemade potato salad 19 percent more, according to data from the American Farm Bureau Federation.

Common sense immigration reforms would bring food prices down and address supply chain bottlenecks. In 2021, the House of Representatives passed the Farm Workforce Modernization Act on a bipartisan basis. Democrats and Republicans compromised on this bill to allow undocumented farmworkers to earn legal status through continued employment in the agricultural sector and expand the H-2A guest worker program to allow for the year-round hiring of temporary farmworkers. Since then, Sens. Mike Crapo (R-Idaho) and Mike Bennet (D-Colo.) have taken the lead on negotiating improvements on the House's solutions and moving the process forward. Now it is up to the Senate to continue bipartisan negotiations and pass their own bill before the end of the year.

A recent study by Texas A&M International University shows how much good fixing the farm labor shortage would do for farmers, workers, and American families who need nutritious meals at affordable prices. Researchers found that more migrant and H-2A guest workers are associated with lower inflation and lower food prices, including for milk, eggs, meat, fruits, and vegetables. More migrant and H-2A guest workers are also correlated with higher wages for American workers and lower unemployment.

'Nightmare' court decision upholds the right to be heard before a real court Biden breaks with precedent by giving up some authority
The CHIPS and Science Act, which passed this summer with bipartisan support, shows that Democrats and Republicans can still get together and solve some of America's biggest issues. This bill will help the U.S. regain a leading position in semiconductor chip manufacturing, although policymakers missed the opportunity to include immigration provisions that could have opened America's doors to highly trained, and urgently needed, foreign-born STEM professionals.

Labor Day should be a day for recognizing the contributions of all workers, including the 11 million undocumented workers who have been contributing to our economy for years and decades. Employers need their energy, talents, and skills and they need the dignity and stability that comes with permanent legal status. From high inflation to an unprecedented

labor crisis to declining global competitiveness, America faces a battery of serious challenges. The key to meeting those challenges depends on reaffirming America's character as a beacon of hope, freedom, and opportunity for all.

*Rebecca Shi is the Executive Director of the American Business Immigration Coalition and its c4 arm ABIC Action, a diverse, bipartisan group of over 1,200 CEOs, employers, and trade associations promoting common sense immigration solutions.*

Tags Mike Crapo

---

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## Around the Web



### Classic Cars That Have Drastically Increased in Value

Brake For It

### Hilarious Animals Sneak Up on Photographer

Give It Love

### Here's Who Actually Makes Costco Kirkland Products

HealthyGem

### Texas Program Will Cover the Cost to Install Solar if You Live in Houston

EnergyBillCruncher

### Always Pour Dish Soap in the Toilet Before Bed, Here's What Happens

Factable

### Woman Who Saved Pop Tabs for 26 Years Finally Cashes out

Money Pop

### These Hilarious Homemade Swimming Pools Are All You Need for a Laugh

YourDIY

### Cliff Collapse in the Grand Canyon Leads to Unexpected Discovery

Explored Planet

**The Most Miserable States for Retirement**

Money Pop

**MD: If You Have Dark Spots, Do This Immediately (It's Genius!)**

GundryMD

**Never Put Mustard in Your Fridge, Here's Why**

HealthyGem

**Life on a Submarine Can Get Interesting, Here Are 20+ Things You Never Knew**

Explored Planet

**This Quiz Will Reveal Your True Education Level**

Dad Patrol

## More Congress Blog News

## See All



Congress Blog

## The US will not gain from Israel-Saudi normalization

by Jon Hoffman, opinion contributor 2 hours ago



Congress Blog

## The week the House stood still

by Don Wolfensberger, opinion contributor 4 hours ago



Congress Blog

## Continuing our trek toward justice

by Rep. James E. Clyburn (D-S.C.), opinion contributor 10 hours ago



Congress Blog

## Repealing the Inflation Reduction Act would drive the economy into

## a ditch

by Ben Evans, opinion contributor 1 day ago

## Video/Hill.TV

## See all Hill.TV

## See all Video



Rising

## Rising: June 19, 2023

by TheHill.com 06/19/23 12:32 PM ET



Rising

## Rising: June 18, 2023

by TheHill.com 06/18/23 11:00 AM ET



Rising

## Top Stories

## See All



Administration

6/19/23, 7:05 PM Case 6:23-cv-00007 Document 175-31 Immigrants are key to addressing America's labor shortage, lowering inflation and growing our economy Filed on 06/20/23 in TXSD Page 8 of 9 The Hill

## Newsom gives political boost to Biden in California

by Alex Gangitano 2 hours ago



Campaign

## Trump defends keeping classified docs in contentious exchange with Fox's Baier

by Brett Samuels 2 hours ago



News

## Trump, Fox's Bret Baier spar over former president's 2020 election claims

by Dominick Mastrangelo 1 hour ago

6/19/23, 7:05 PM   Case 6:23-cv-00007   Document 17-31   Filed on 06/20/23 in TXSD   Page 9 of 9   The Hill



Campaign

## Republicans look to erase stigma on early voting

by Julia Manchester 4 hours ago



DEFENDANT'S
EXHIBIT

CASE
NO. 6:23-cv 00007

EXHIBIT
NO.   097

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,                    §
                                              §
        *Plaintiffs*,                         §
                                              §
    vs.                                       §        CIVIL ACTION NO.
                                              §        6:23-CV-00007
UNITED STATES DEPARTMENT OF                   §
HOMELAND SECURITY, *et al.*,                  §
                                              §
        *Defendants,* and                     §        JUDGE DREW B. TIPTON
                                              §
VALERIE LAVEUS, *et al.*,                     §
                                              §
        *Intervenor Defendants.*              §


# INTERVENOR DEFENDANTS'
# TAB 97, ECF 175-32

# BROOKINGS

EXHIBIT
31

Up Front

## Who are the 1 million missing workers that could solve America's labor shortages?

Dany Bahar and Pedro Casas-Alatriste Thursday, July 14, 2022

The recent tragedy of the death of over 50 migrants in an abandoned overheated truck in Texas forces us to reevaluate whether there is a better way for the United States—and there must be—to deal with the immigrants trying to reach the country.

This reevaluation includes not only adopting a more humanitarian approach to border policies, but also challenging preconceived ideas about these immigrants, which will allow us to embrace them as they are: much-needed workers that can complement the American workforce.

Our argument is simple; the U.S. workforce is aging and cannot meet the economy's capacity. Yet, for nearly 20 years, U.S. authorities have deported over 1 million immigrants originally from Central America's Northern Triangle to their home countries through Mexico. But these potential workers are essential to the U.S. right now: Historically immigrants have been young and have joined the workforce in occupations that very few Americans are able or willing to fill today.

The need to fill these occupations is evident from the market forces that continue to attract immigrants from Mexico and Central America, despite the incredible and increasing difficulties they face crossing the border. On the Mexican side, the use of "coyotes" (people smugglers) has gone up by 30 percent—from about 45 percent in the second half of 2020 to nearly 60 percent in the last quarter of 2020—as measured by surveys of returned Mexican migrants. According to these surveys, coyotes charged sums close to $6,000 per person smuggled in 2019, though that cost is reported to have gone down in 2020, presumably because of the slowdown in crossing caused by COVID-19.

Nevertheless, the mere existence of this illicit market on the border is, arguably, a result of the dramatic increase in U.S. efforts—and resources—to stop this migration. In May 2022, U.S. Customs and Border Protection registered 240,000 encounters that month, up nearly 70 percent from May 2019, putting fiscal year 2022 on track to hit a record number of border encounters in recent history.

Despite the conditions at the border, a deep dive into the data speaks for itself on the need for the U.S. to drastically redesign its migration policy with respect to Mexico and Central America and to put forward legal pathways for immigrants to enter and work in the United States instead of trying to apprehend them at the border.

Let's first look at the current American reality. According to the latest data from the U.S. Bureau of Labor Statistics, there were over 11.2 million job openings (May 2022). In the construction industry, there were an estimated 434,000 job openings (May 2022), yet there were just 389,000 unemployed in that same industry (June 2022). In other words, there is a shortage of almost 50,000 workers. In retail trade, the gap is even wider. With 1.14 million job openings and 720,000 unemployed, there is a labor supply deficit of 420,000 people. If that's still not surprising enough: The number of unemployed people in the accommodation and food services industry is 565,000, while the number of job openings totaled 1.4 million. Even if every worker in that industry were employed, there would still be 835,000 job openings.

From a broader perspective, in just 12 years, adults 65 and older will outnumber children under 18 for the first time in the history of the United States. And shortly after, by 2040, projections suggest the country will have 2.1 workers per Social Security beneficiary. According to these calculations, the system needs at least 2.8 workers per Social Security beneficiary to maintain its economic feasibility.

Let's now add into the equation some stylized facts about the 1 million workers that the U.S. has deported back to Central America since 2009. The data comes from representative surveys carried out by Colegio de la Frontera, a Mexican research institution that surveys deportees from the U.S. in Mexico's south border on their way back to their home countries of Guatemala, Honduras, and El Salvador.

The vast majority of these deportees are men and have a high school diploma or less, according to the most recent data from 2019. They are also overwhelmingly young—with nearly 90 percent of them between the ages 15 to 39 and 65 percent being between the ages 15 to 29. Compare this to all other migrants in the U.S. who have a median age of 46 years.

Among the deportees that gathered some work experience in the U.S. during their stay (the ones who stayed for longer, naturally), they worked in a very diverse set of occupations that, ironically, have remarkable overlap with the occupations in high demand right now in the U.S. For instance, about 60 percent were in the construction industry, about 20 percent worked in services (such as the food industry), nearly 10 percent worked in industry, and 8 percent were technicians and administrative staff.

Migrants on the U.S. southern border are able and capable of filling labor gaps in the American economy if they are given the chance, particularly in fundamental occupations like the ones we document above. Moreover, perhaps with some skills training, they could fill other in-demand occupations, too.

American politicians and policymakers must act to transform the energy and resources poured into keeping these immigrants away into creating enough legal pathways for these migrants to join the American labor force without further delay. These migrants are already paying enormous costs, endangering their lives, and taking massive risks to come to America, which is a testament to their need and determination.

If the United States wants to grow and compete in the global economy, immigration—including that from the Northern Triangle—is part of the solution, not part of the problem.