

DEFENDANT'S
EXHIBIT

CASE
NO. 6:23-cv-00007

EXHIBIT
NO. 135

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| *Defendants,* and | § | JUDGE DREW B. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.*, | § | |
| | § | |
| *Intervenor Defendants.* | § | |

# INTERVENOR DEFENDANTS'
# TAB 135, ECF 175-70

> **EXHIBIT**
> **S**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| *Plaintiffs,* | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | Case No. 6:23-cv-00007 |
| *Defendants,* | |
| and | |
| VALERIE LAVEUS, *et al.*, | |
| *Intervenor-Defendants.* | |

## DECLARATION OF JOCELYN WYATT, CEO OF ALIGHT
### (pursuant to 28 U.S.C. § 1746)

I, Jocelyn Wyatt, upon my personal knowledge, hereby declare as follows:

1.   I am the Chief Executive Officer for Alight. I assumed this position in December 2021 and previously was the Co-Founder and CEO of IDEO.org for 10 years.

2.   Alight is a non-profit organization that has been assisting displaced individuals across the globe for more than 40 years. We provide health care and clean water, shelter, protection, and economic opportunity to more than 4 million

people in 19 countries each year, working with them to co-design solutions that help them build full and fulfilling lives. Our core and fundamental belief is that every human being is full, whole, complex, and worthy of being truly seen. Alight believes that abundance is everywhere, and our work is focused on shining a light on each individual's dignity, humanity, and value. We have over 2,300 staff globally with U.S. teams in Minneapolis, New York, and Washington, D.C. Our executive team is based in Minneapolis, Minnesota; New York City, New York; Nairobi, Kenya; and Kigali, Rwanda.

3. As part of our mission to work with refugees, trafficked persons, and economic migrants, Alight has invested significant resources into building support systems for individuals able to benefit from recently adopted parole programs in the United States. For example, around 75,000 Afghans have arrived in the United States since the summer of 2021 via the *Operation Allies Welcome* parole program. In partnership with the State of Minnesota, Alight stepped forward to set up homes for Afghan families arriving through *Operation Allies Welcome*. We consulted with Minnesota's existing Afghan community and worked in collaboration with other Minnesota service organizations to set up 131 homes stocked with cultural and religious items so that resettled families could feel a sense of stability, protection, dignity, and joy. We also worked to furnish the homes with food, home goods, wi-fi, and other essentials so that each time a family received the keys to a home, they would feel cared for, empowered, and ready to build a new life. Since then, we have worked with recently resettled

2

Afghan families to co-create community programs to serve their needs, including sewing socials for women to allow them to be in community and to combat feelings of isolation and loneliness; monthly field trips for Afghan women and youth that allow them to connect to the people and places around them and get to know the new area where they are building a life; and community gatherings during the  Ramadan season so that resettled families can build ties to others in their new communities.

4.   Alight has also invested significantly in infrastructure to support the *Uniting for Ukraine* parole program, created in April 2022, which provides a pathway for Ukrainian citizens and their immediate family members who are outside the United States to come to the United States and stay temporarily in a 2-year period of parole. Under the program, a Ukrainian family must have a sponsor in the United States who agrees to support them financially and help them get on their feet during their stay. Alight has worked to facilitate this sponsorship process and make it as seamless as possible for both sponsors and the parole beneficiaries. For example, in addition to working to match sponsor groups with Ukrainian families seeking to come to the United States, Alight has been providing customized support to these sponsors. We prepare and train them through a digital training program, pre-arrival workshops, and virtual meetups so that they are equipped to provide the necessary support to welcome Ukrainian newcomers and give them the information and tools they need to start a new life here. With our help, sponsors meet the parole beneficiaries at the airport; help

3

them find permanent housing, along with the furniture and other goods needed to set up a new home; make sure they are connected to a health care provider and enrolled in a health insurance plan; help them apply for jobs; and generally help them get situated in their new communities, with access to public transportation and community resources like English language classes.

5.   In addition to assisting individual sponsors, Alight began developing a Job Sponsorship Pathway for paroled individuals in December 2022. Through the program, Alight sponsors individuals and their families, helps them relocate, and connects them with additional resources once they arrive in the U.S. Through our years of experience serving displaced communities, we know that individuals who may become displaced due to circumstances beyond their control nevertheless have skills, talent, and experience in a wide variety of industries and fields. We also know, from partnering with industry leaders here in the United States, that the U.S. has huge labor needs that cannot be met solely by hiring domestic workers. It is a win-win situation to match the talents of paroled individuals with U.S. labor needs.

6.   To ensure success for everyone involved, Alight is committed to building up the Job Sponsorship Pathway as holistically and robustly as possible. We consider all industries and professional fields for the Pathway and work with employers to identify specific fields where labor shortages exist. We also consider where those employers are located in the United States and whether there are community-based organizations in those places who are willing to partner with

4

us and support newcomers when they arrive. Because a positive outcome is more likely if a newcomer is supported upon arrival to the United States, we have intentionally partnered with employers in locations where we have preexisting partnerships with local community-based organizations. Those community-based organizations assist with securing housing and ensuring the newcomer has registered for any applicable programs.

7.   We launched the new Job Sponsorship Pathway for Ukrainians eligible for parole under Uniting for Ukraine. This is because we already have an end-to-end pathway established. With staff in Poland and in the United States, we can support Ukrainians through the entire process, from the time they learn about the Job Sponsorship Pathway and start gathering information to decide whether this is an opportunity they want to take advantage of; to the application and interview process with the employer; to their arrival in the United States and throughout their time here. We appreciate that it is a significant and weighty matter for displaced individuals to determine what their options are for the future, and we want to provide support through that decision-making process.

8.   Our first step is outreach to potentially eligible individuals in Europe. Alight staff work in community centers in Poland that Ukrainians use, and the staff educate individuals about the Job Sponsorship Pathway. We also use social media and send digital surveys to individuals, which explain the Uniting for Ukraine program, ask some eligibility questions, and request their contact information. Based on social media or survey responses, a Ukrainian-speaking

staff member called a "guide" will contact the individual to explain more about the program and gauge the individual's interest. The guide will encourage the individual to submit their CV into a talent catalogue, which we manage with our partner Talent Beyond Boundaries, and supports the individual throughout the process of preparing and submitting their CV. Because displaced Ukrainians do not always have access to a reliable internet connection to submit their CV, our guides work with interested individuals to help them enter their information into the online application. We launched the talent pool in January 2023, and there are currently approximately 590 CVs in the system. Our goal is to continue to grow and eventually have thousands in the talent pool.

9. On the U.S. side, we have been building relationships with employers who express interest in hiring individuals via this remote pathway. We learn about the employer's job openings, salary range, and other relevant information. We then find qualified individuals from our CV pool, anonymize their CVs, and share them with the employer. If the employer has interest in interviewing any of those candidates, we go back to the selected candidates to share information about the job and ask if they are interested in interviewing for the position. We try to give as much information about the employer and job as we can to ensure a good fit between the employer and the desired candidate. If the candidate is interested in the job, we arrange a virtual interview.

10. Once an individual receives a job offer, we share a welcome packet that includes as much information as possible to enable the individual to make an

informed decision their opportunity to move to the United States. It is important

for us to build trust with individuals we work with; unfortunately,

misinformation, scams, and human trafficking are common, so we work hard to

communicate clearly what to expect from Alight. Thus, in addition to providing

information about the job, the employer, the city where they would resettle, and

other information about basic necessities like housing and transportation, our

welcome packets (and our guides) provide information about what displaced

individuals should and should not expect from us and from any other resettlement

or aid program. (For example, we stress that legitimate aid programs do not

require payment for services.)

11. Our goal is for these individuals to be self-sufficient when they come to

the United States. Ideally, their wages will allow that, so we talk to employers

about how the salary ranges they are willing to offer relate to the cost of living

in the areas where they want to hire. In addition, the support and information

that we endeavor to provide serves to partially orient individuals to their new

city and employer before they even arrive, which allows them to navigate their

new communities with more assurance and be able to immediately start

contributing to the American economy and their new community.

12. To grow the Job Sponsorship Pathway, we are currently focusing on

Boston, Syracuse, western New York, Nebraska, and Minnesota, because those

are the places where there are not only interested employers but also where we

have strong community ties to local organizations that can provide the

wraparound support that is so critical to ensuring a positive outcome for a paroled individual or family. In those locations, we are in conversations with employers in the health care, childcare, manufacturing, and hospitality industries that have expressed significant labor needs and interest in hiring parole beneficiaries, including those with diverse language abilities. By ensuring the availability of wraparound services, we help set up both employer and employee for success.

13. The Job Sponsorship Pathway model is already showing that it is both sustainable and successful in demonstrating the benefits of the talents of displaced individuals. We began collecting CVs from displaced Ukrainians in January, and the first job offers were made in March. It took approximately two months after receiving an offer for individuals to consider their options, accept the offer, apply for and receive approval of parole, and arrive in the United States. The first two individuals arrived in Boston on May 4 and 8, 2023, with another two individuals/families arriving on June 1, 2023.

14. While we are still in the early months of developing and testing the Job Sponsorship Pathway with individuals eligible for Uniting for Ukraine, we intend to expand to other parole programs, including the parole programs for Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV). Employers demonstrate a willingness to hire individuals who have the skills and talents that they cannot find domestically and there is no question that parole beneficiaries seek independence and self-sufficiency. As we learn more from our roll-out of the Job

Sponsorship Pathway with the Uniting for Ukraine program, we hope to eventually be able to build up the necessary infrastructure to provide the kind of support that enables success for the CHNV parole programs, too. We see tremendous benefit in speeding up the process of self-sufficiency by identifying individuals' skills and experience while they are still abroad, rather than waiting until they arrive to the United States to begin getting oriented to a new job and country. We also recognize that individuals seeking to come to the United States are willing to work and seek opportunities so they can provide for their families. Recognizing this need, Alight in partnership with others, aims to expand the Jobs Sponsorship Pathway to CHNV parolees, any additional, eligible parolees, and/or individuals with refugee status in the second half of 2023 and are in discussion with potential partners about the expansion.

15. The first individual to arrive through the Jobs Sponsorship Pathway is a 50-year-old woman who lived in the city of Sumy, Ukraine, when the war broke out last year. Sumy is in eastern Ukraine and is less than 20 miles from the Russian border. The city was one of the first to be occupied by Russian forces. The individual will work as an early childhood educator at Temple Beth Shalom's childcare center in Greater Boston. A Ukrainian woman, scheduled to arrive June 1, also to work at Temple Beth Shalom's childcare center, will arrive with her five- year daughter.

16. After years of listening to the voices of displaced people, particularly those resettled to the United States, Alight has learned that there need to be stronger

systems in place in help them navigate their new and complex realities. We know
that employers have an interest in and recognize the benefits of refugee and
displaced individuals' talent and are eager to hire parole beneficiaries to fill
critical labor gaps. These individuals can survive and thrive in the United States
and contribute back to their communities—they just have to be given the means
to do so. All of Alight's work in building support systems for parole beneficiaries
here in the United States is premised on the demonstrated truth that
providing support to displaced individuals yields dividends far beyond the
initial investment necessary to welcome such individuals to their new
community.

17. Alight believes that abundance is everywhere, and our work is focused on
shining a light on each individual's dignity, humanity, and value. Alight stands
by research and facts that immigrants, including displaced persons, refugees or
migrants, are a net positive contributor to their new country and the economy.
Immigrants are new neighbors that come with their own education, talent, and
professional experience. They are not taking American jobs, but rather filling
critical labor gaps in the U.S. economy and contributing to the economic, social,
and cultural wealth of U.S. communities.

18. I declare under penalty of perjury and under the laws of the United States
that the foregoing is true and correct.

Executed at Washington, D.C. on June 15, 2023

*Jocelyn Wyatt*
356B50B95520019954E0719E84F8FC2A                    readysign

Jocelyn Wyatt, Declarant

AO386-B

**DEFENDANT'S EXHIBIT**

CASE NO. 6:23-CV-00007

EXHIBIT NO. 136

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.,* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.,* | § | |
| | § | |
| *Defendants,* and | § | JUDGE DREW B. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.,* | § | |
| | § | |
| *Intervenor Defendants.* | § | |

# INTERVENOR DEFENDANTS'
# TAB 136, ECF 175-71

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| EXHIBIT |
|---------|
| **T** |

The STATE OF TEXAS; the STATE OF §
ALABAMA; the STATE OF ALASKA; the §
STATE OF ARKANSAS; the STATE OF §
FLORIDA; the STATE OF IDAHO; the STATE §
OF IOWA; the STATE OF KANSAS; the §
COMMONWEALTH OF KENTUCKY; the §      Civil Action No. 6:23-CV-00007
STATE OF LOUISIANA; the STATE OF §
MISSISSIPPI; the STATE OF MISSOURI; the §    Judge Drew M. Tipton
STATE OF MONTANA; the STATE OF §
NEBRASKA; the STATE OF OHIO; the §
STATE OF OKLAHOMA; the STATE OF §      **JOINT EXPERT DECLARATION**
SOUTH CAROLINA; the STATE OF §        **OF PATRICIA GÁNDARA AND**
TENNESSEE; the STATE OF UTAH; the §    **GARY ORFIELD**
STATE OF WEST VIRGINIA; and the STATE §
OF WYOMING, §
§
§
        *Plaintiffs,* §
§
§
v. §
§
UNITED STATES DEPARTMENT OF §
HOMELAND SECURITY; ALEJANDRO §
MAYORKAS, Secretary of the United States §
Department of Homeland Security, in his official §
capacity; U.S. CITIZENSHIP AND §
IMMIGRATION SERVICES; UR JADDOU, §
Director of CUSTOMS & BORDER §
PROTECTION; TROY MILLER, Acting §
Commissioner of U.S. Customs & Border §
Protection, in his official capacity; U.S. §
IMMIGRATION & CUSTOMS §
ENFORCEMENT; and TAE JOHNSON, Acting §
Director of U.S. Immigration & Customs §
Enforcement, in his official capacity, §
§
§
        *Defendants,* and §
§
§
VALERIE LAVEUS; FRANCIS ARAUZ; §

PAUL ZITO; ERIC SYPE; KATE          §
SUGARMAN; NAN LANGOWITZ; and        §
GERMAN CADENAS,                     §
                                    §

    *Intervenors.*

## JOINT EXPERT DECLARATION OF PATRICIA GÁNDARA AND GARY ORFIELD

PATRICIA GÁNDARA and GARY ORFIELD declare pursuant to 28 U.S.C. § 1746:

    1.    Patricia Gándara, Research Professor and Co-Director of the Civil Rights Project at UCLA: I hold a Ph.D. in Educational Psychology and am a licensed bilingual educational psychologist, having worked with many dozens of English learners and immigrant students on issues of learning and language. I have also directed education research in the California Legislature where my research included issues of school finance.

    2.    Gary Orfield, Distinguished Professor of Law, Education, Political Science and Urban Planning, and Co-Director of the Civil Rights Project: I received my Ph.D. in Political Science from the University of Chicago. My research interests are in the study of civil rights, education policy, and urban policy. I am co-founder and director of the Harvard Civil Rights Project, and co-director since 2007 (with Dr. Gándara) of the UCLA Civil Rights Project. The center has commissioned and published more than 600 studies, many by leading scholars, over twenty-seven years.

    3.    We hereby submit the following expert declaration in support of Intervenor-Defendants in *Texas v. Department of Homeland Security*, filed in the Southern District of Texas, Victoria Division, on January 24, 2023. We base our opinion on a review of the materials cited and our education and experience in the field of education. A complete

2

summary of our opinions and materials relied upon are included herein.  We reserve the right to amend this declaration if additional evidence becomes available.

**Assignment**

4.      We have been engaged by counsel for Intervenor-Defendants in *Texas v. Department of Homeland Security*, filed in the Southern District of Texas, Victoria Division, on January 24, 2023.  The lawsuit challenges four new humanitarian parole programs that allow U.S. citizens and other residents with lawful status to sponsor nationals of Cuba, Haiti, Nicaragua, and Venezuela, for advance authorization to travel to the United States, and to be considered for temporary parole and employment authorization for up to two years.  *See, e.g.*, Implementation of a Parole Process for Haitians, 88 Fed. Reg. 1243, 1246 (Jan. 9, 2023).  We have been asked to review Texas's Motion for a Preliminary Injunction, Dkt. 22, and supporting declaration of Leonardo R. Lopez, Dkt. 22-4, as well as the discovery Plaintiff States produced marked Texas 000001 and Texas 003239-003255, and to provide a data- and research-based opinion on Texas's claims regarding the effects of the challenged parole programs on Texas's educational costs and financial health.  We have agreed to direct payment in the amount of $1,500 total to the Civil Rights Project at UCLA to compensate for our expert analysis.

**Summary of Opinions**

5.      First, Texas's claim that it suffers financially from the additional cost of educating bilingual students is not supported by its evidence.  Second, Texas's estimates appear to exclude important data, such as federal compensation for students likely to receive bilingual education.  Third, Texas's assertions also discount the value of education as an investment from which the state and its residents benefit.

**Qualifications**

### Dr. Patricia Gándara

6.　　I, Dr. Patricia Gándara, am an elected fellow of the American Educational Research Association where I was awarded the Lifetime Achievement Award in Bilingual Education Research. I am also an elected fellow of the National Academy of Education as well as the American Academy of Arts and Sciences. Between 2011 and 2015, I served on President Obama's Commission on Educational Excellence for Hispanics, and I am the recipient of the Medalla de Reconocimiento Alfonso Garcia Robles of the Universidad Nacional Autónoma de Mexico for my work with immigrant students.

7.　　I am the author and/or editor of ten books and dozens of peer-reviewed articles on immigrant students, English learners, and language policy. Among my recent book publications are *The Bilingual Advantage: Language, Literacy, and the U.S. Labor Market* (2014), "The Students We Share: Preparing US and Mexican Educators for Our Transnational Future (2021), and *"Schools under Siege: The Impact of Immigration Enforcement on Educational Equity,"* (2021).

### Dr. Gary Orfield

8.　　I, Dr. Gary Orfield, am an elected member of the National Academy of Education and a Fellow of the American Association for the Advancement of Science (AAAS). Awards I have received include the Columbia University Teachers College Medal, the Social Justice Award of the American Educational Research Association, the American Political Science Association Charles Merriam Award for my "contribution to the art of government through the application of social science research," and two honorary PhDs.

9.　　My research includes twenty-one authored, co-authored, or co-edited books and scores of widely cited articles and reports. One of my books was cited by the Supreme Court

*Grutter v. Bollinger*, 539 U.S. 306 (2003).  I have taught at six leading universities in political science, education, public administration, and public policy, as well as at the law schools at Harvard University, the University of Chicago, UCLA, and the University of Oregon.  My work includes a number of studies of federal, state, and local education policy.

10.     In addition to scholarly work, I have served as expert witness or special master in more than three dozen class-action civil rights cases.  For example, I have been appointed by federal judges in St. Louis and San Francisco and by a state judge in Los Angeles to oversee local desegregation efforts.  In Little Rock a judge requested my testimony about the status of an ongoing case.  I was also appointed by a federal judge in Tucson to assist a Special Master in designing and evaluating a desegregation process.  I have also been retained as a consultant to many school districts; federal, state, and local governments; and civil rights and teacher organizations.  Many of my studies, reports, and consultations have included issues of cost and budgets.

11.     Much of my research considers the benefits of education and the costs of discrimination or exclusion.  My 2022 book, *The Walls around College Opportunity*, includes an analysis of research on the benefits of educational attainment, especially for students of color. My widely cited edited book, *Dropouts in America,* shows the dramatic losses related to the failure to finish high school.  I am currently completing a major study on the relationship between educational attainment in the U.S.-Mexico border region.  I have supervised educational expenditures as part of my responsibilities as court-appointed expert and special master in major federal court cases.

**Texas's Estimates Are Without Support**

5

12.     Texas contends that educating immigrant students bilingually as a result of the current administration's parole program represents an inordinate additional cost to the state. Dkt. 22. We have reviewed the declaration in support of Plaintiff States' preliminary injunction motion by Assistant Education Commissioner for Texas Education Agency Leonardo Lopez.[1] In that declaration, Mr. Lopez states that the cost of educating an "average" student in Texas is $9,211.00, but that an immigrant student raises that cost to $11,500 annually, almost an additional $2,500 for *compensatory education and bilingual education*.[2] Dkt. 22-4 ¶ 3. Mr. Lopez does not break out the costs for each of these educational interventions. Based on our research and expertise on the cost of providing bilingual education, we believe this cost estimate to be improbable.

13.     We cannot know how Mr. Lopez arrived at the cost projections, particularly because he does not provide any description of the specific educational services to be rendered that would generate the estimated cost, and his estimates are not supported by any financial documents that Texas produced.

14.     However, in research we and others have published (Gándara & Rumberger, 2006; 2008; Jimenez-Casterllanos & Topper, 2012; Rumberger & Gándara, 2015) we find that the additional costs for meeting the instructional needs of students learning English can be as low as zero, depending on myriad factors, including whether there are existing, ongoing bilingual programs; the presence of a bilingual teacher; the amount of time dedicated to this instruction;

---

[1] I have also reviewed Mr. Lopez's declarations produced as part of discovery marked Texas 003243, 003245, 003249, and 003253, as well as the declaration of James Terry, marked Texas 003239. Except for the declaration marked Texas 003243, all of Mr. Lopez's declarations, as well as Mr. Terry's declaration, present similar cost projections for slightly different years, and the declaration at Texas 003253 is identical to Dkt. 22-4 (Mr. Lopez's declaration at Texas 003243 does not provide cost projections and only states that the agency does not track whether students are recipients of Deferred Action for Childhood Arrivals ("DACA")).

the existence of materials already available in the schools; the numbers of these students at a school site. Overall, research shows that providing instruction to English learners by a bilingual teacher is among the lowest costs of intervention because the bilingual teacher's skills in both languages lowers the costs of external support resources. (Caarpenter-Huffman & Samulon, 1981; Parrish, 1994). Without more information about how Mr. Lopez arrived at his cost projections, it is not possible to know whether any of the cost-reducing factors apply to any bilingual education student in Texas.

15.    It is also important to note that according to Texas educational policy, students are only provided the option of bilingual instruction through 5th grade, although not all students opt for bilingual instruction and most students have exited the program before the 5th grade.[3] Hence, most immigrant students in Texas are not eligible for bilingual instruction or choose to forego it. Discussion of costs should be about students actually receiving services, not the total population. In addition, many states, including some of those involved in this case, do not routinely offer bilingual education to any of their immigrant students, so there would be no costs associated with such instruction there.

16.    The majority of Mr. Lopez's declaration in support of the preliminary injunction motion, as well as the similar declarations by Mr. Lopez and Mr. Terry produced through discovery, reflect assertions about "unaccompanied [immigrant] children." *See, e.g.*, Dkt. 22-4 ¶ 7 ("Based on my knowledge and expertise regarding school finance issues impacting the State of Texas, I anticipate that the total costs to the State of providing public education to UAC will rise in the future to the extent that the number of UAC enrolled in the State's public school

---

[3] https://tea.texas.gov/sites/default/files/faq-lpac-and-emergent-bilingual-students.pdf;
Gándara, P. & Rumberger, R. (2009). "Immigration, Language and education: How does language policy structure opportunity?" Teachers College Record, 111. Figure 4. Percentage of LEP students by grade level, California and Texas, 2005.

system increases.").[45]  The spreadsheet produced at Texas 000001 also concerns children in "substitute care" whose birth countries are listed as Cuba, Haiti, Nicaragua, and Venezuela— likely referring to immigrant children who are not in the care of their parents or guardians. It is our understanding that unaccompanied immigrant children are not eligible for the CHNV Parole processes at issue in this litigation, and that the populations have different criteria that might impact their educational needs differently—for example, unaccompanied children are defined by not having parents or guardians to care for them, whereas children paroled through the CHNV Parole processes must travel with their parents and are promised financial support from their U.S.-based sponsors. This suggests that Texas's comparison is not representative of the population of children implicated by the program at issue in this case. Moreover, Texas only provides a gross cost estimate for educational services provided to unaccompanied children—and thus, no way to estimate a per-child cost. This means it is impossible for us, or anyone, to extrapolate a comparison cost for children paroled into the country and residing in Texas (a number that is also not provided in the declarations.) As such, we will not address these assertions, except to state that they are not relevant to our assignment and cannot illuminate any of the pertinent questions as to the cost of educating children as a result of the challenged program. We also will not address the declaration by Mr. Lopez at Texas 003243, which concerns services provided to DACA recipients.

---

[5] Because, with the exception of Texas 003243, the cost projections in the declarations produced through discovery are very similar to those included in Mr. Lopez's declaration in support of the preliminary injunction motion (Dkt. 22-4), we will only address the specific projections included in the declaration in support of the preliminary injunction motion, with the understanding that our general analysis applies to the declarations produced through discovery as well.

**Texas's Estimates Appear to Ignore Federal Compensation and Additional Offsetting Benefits**

17.    The claim that educating non-English speaking immigrant students involves a major cost for state governments must, of course, also take into account the net incremental cost less the net incremental benefits. Moreover, education is not a sunk cost, it is an investment. If you pay $100 for supplies but receive $75 in benefits, the net cost is $25. If the benefits are valued at $125, there is no actual cost and there is a $25 gain. Incremental costs refer to the actual increased cost of adding a student to an existing school, which is much lower than the state's actual per student cost because the fixed costs of facilities and staff do not rise significantly from the addition of one or two additional students per class, which would often be the case for students from widely distributed parole families. In some cases, schools actually gain from additional students since the gain in aid is more than the low net incremental costs.

18.    Mr. Lopez additionally fails to note that the federal government provides major compensatory education funds (Title I) for low-income students in the average amount of $1227 per eligible student for the year 2015[6] as well as Title III funds for English learners of approximately $122 per student served in Texas in 2018.[7] The average amount of per-student funding has increased since 2015 and 2018. These funds should offset a significant part of the estimated additional costs for bilingual programs for these students, but do not appear to be netted out in (i.e., subtracted from) the state and local costs that Mr. Lopez claims cause Texas financial harm.

19.    Additionally, professional bilingual education has been shown to have major educational benefits, including increasing students' success in the educational process.

---

[6] https://nces.ed.gov/fastfacts/display.asp?id=158. This is the most recent year for which we have data. The amount has risen since 2015.
[7] https://ncela.ed.gov/sites/default/files/legacy/files/biannual-reports/OELA-BiReport16-18.508.pdf

Educational success increases the probability of graduating from public schools (Rumberger, 2011), which raises employment and income (Bureau of Labor Statistics, 2022), thus providing substantial benefits to the state and local economy and tax revenue.

20.     Moreover, being able to speak, read, and write more than one language is an *asset* for the state, not a liability. Those students who are educated bilingually will have more and better opportunities in the labor market, earn more, and be more likely to go to college (Porras, Ee & Gándara, 2014; Rumbaut, 2014; Santibañez & Zárate, 2014). This results in higher earnings for these individuals and consequently a bigger tax base for the state. The benefits of fluent bilingual skills can be particularly important for border states given the enormous and rapidly growing U.S.-Mexico trade and the large numbers of Spanish-speaking workers and customers in the population.

21.     Immigrant students who are not provided quality bilingual instruction do not fare as well academically in English as those who are provided with this instruction (Umansky & Reardon, 20014; Porter et al, 2023). Individuals, on the other hand, with higher educational attainment, contribute more to their communities than less-educated individuals (Bowen & Bok, 1998) and require fewer state resources.

22.     In reality, fluency in two languages is a labor market advantage and an asset, not a liability. That is a basic reason why many monolingual English-speaking families are applying for dual-language immersion programs in which children of both languages learn together and work together in a context where they actually become fluent bilinguals. There is high demand for dual language programs by monolingual U.S. citizen students (American Councils for International Education, 2021), yet the demand often cannot be met. This induces families to send their children to study abroad or go to private schools to get this valuable skill.

Immigrant students who speak a non-English language fluently make these programs possible for more U.S. English-only students even as the immigrant students learn fluent English from native English speakers. This is a valuable opportunity—fluent language skills become permanent assets (Gándara (2012).

23.     The United States has insufficient language resources and needs young people entering the workforce with these linguistic skills.  They are an asset to the labor market and an asset to employers).  Our data show that, across all areas of the labor market, employers prefer to hire bilinguals over monolinguals (Porras et al. 2008).  As the country continues to change and the North American common market, extended by the Trump administration's United States-Mexico-Canada Agreement (USMCA)[8], becomes ever more important in breaking the supply chain crisis, their value will only increase.

24.     Also, even if the students who find themselves in bilingual programs in the United States return to their home countries after the period of parole, they represent a net gain in employability and strengthen their local economies, making emigration less likely.  Given that one goal of United States immigration policy is to help some potential refugees remain in their country of origin, educating the children who may return to their home country represents a net gain for both nations.

25.     It is our opinion that Texas's claim of additional net expenses cannot be sustained, and that there is a good chance that there is either little or no net cost for the states.  It is our additional opinion that Texas's assertion is an unsupported hypothetical without any reliable basis, certainly not without a great deal of information the it has not supplied. Finally, Texas ignores that education is an investment, possibly the very best investment, with substantial

---

[8] https://ustr.gov/trade-agreements/free-trade-agreements/united-states-mexico-canada-agreement

financial returns for the state, and thus Texas's claim does not represent a serious educational policy concern. It is certainly legitimate to consider costs, but Texas's claim as stated is unsupported and contradicts available data.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

_____
Patricia Gándara, Ph.D.

_____
Gary Orfield, Ph.D.

Executed on June 14, 2023 at Los Angeles, California.

12

# **Exhibit A**

# GARY ORFIELD

## VITA

**Present Position:**

*Distinguished Research Professor of Education, Law, Political Science and Urban Planning, University of California, Los Angeles*; Co-Director, Civil Rights Project/ *Proyecto Derechos Civiles*, 2007-present

**Professional Experience:**

*Director or Co-Director and Co-founder of Civil Rights Project, 1996-present*
*Professor of Education and Social Policy, Harvard University*, 1991-2007, Co-Founder and Director, The Civil Rights Project at Harvard University, 1991-2007
*Professor,* University of Chicago, in the following units:
    Political Science, Social Sciences in the College, Education, and Committee on African and Afro-American Studies, *Lecturer,* University of Chicago School of Law, 1981-1991
*Professor of Political Science and Member, Institute of Government,* University of Illinois at Urbana-Champaign, 1977-82
*Consultant,* Senate Committee on Labor and Public Welfare, 1976
*Research Associate,* Brookings Institution, 1973-77
*Guest Scholar,* Brookings Institution, 1972, 1981-82
*Scholar-in-Residence,* U.S. Civil Rights Commission, 1972-73
*Assistant Professor,* Princeton University, 1969-73
*Assistant Professor,* University of Virginia, 1967-69
*Intern,* Office of Management Planning, Agency for International Development, 1963

**Academic Training:**

B.A., *summa cum laude*, University of Minnesota, 1963
M.A., political science, University of Chicago, 1965
Ph.D., political science, University of Chicago, 1968

**Academic Honors:**

Member, National Academy of Education
Medal of Honor, Teachers College, Columbia University, 2005
Spencer Foundation Senior Fellow Award
Honorary Doctorate, Pennsylvania State Univ., 2011
Honorary Doctorate, Wheelock College, 2004.
Phi Beta Kappa
Minnesota All-College Scholar
General Motors Scholar
Woodrow Wilson Fellow
Danforth Fellow
Falk Fellow
Brookings Institution Research Fellow
Center for Advanced Study Fellow, University of Illinois, Urbana
Charles M. Merriam Award, American Political Science Association
Social Justice Award, American Education Research Association

1

Member, National Academy of Education
National Public Service Award, Spelman College
U.S. State Department sponsored visits & lectures in Spain, Czech Republic and Slovakia
Visiting scholar, Sciences Po, Paris, 2009
Lectures in universities and research centers in scores of universities in U.S. and
    England, Spain, France, Chile, Mexico, Czech Republic, Slovakia and South Africa.
Laureate, Kappa Delta Pi, Honor Society in Education
Lifetime achievement award, Fielding Graduate University

## Publications

**Books:**

Orfield, G., *The Walls Around Opportunity: The Failure of Colorblind Policy in Higher Education*,
        Princeton:  Princeton Univ. Press, 2022

Orfield, G,   (with Nicholas Hillman) eds., *Civil Rights and Federal Higher Education*, Cambridge:
        Harvard Education Press, 2022.

Orfield, G. (with Nicholas Hillman), eds., *Accountability and Opportunity in Higher Education: The Civil
        Rights Dimension,* Cambridge: Harvard Education Press, 2018.

Orfield, G. (with Jennifer B. Ayscue, eds. (2018*) Discrimination in Elite Public Schools: The Civil Righs
        Dimension,* New York: Teachers College Press.
                                                    (
Orfield, G. ( with Erica Frankenberg and associates), *Educational Delusions:  Why Choice Can Deep
        Inequality and How to Make Schools Fair,*   2013, Berkeley: University of California Press)

Orfield, G.( with Erica Frankenberg), eds., *The Resegregation of  Suburban Schools:  A Hidden Crisis in
        American Education*, Cambridge:  Harvard Education Press, 2012.

Orfield  G. (with Andrew Grant-Thomas), eds., (2009) *Twenty-First Century Color Lines: Multiracial
        Change in Contemporary America,* Philadelphia: Temple Univ. Press

Orfield G. (with Erica Frankenberg),eds. (2007)*., Lessons in Integration*, Charlottesville: University of
        Virginia Press,

Orfield, G., (with Patricia Gándara  and Catherine Horn), *Expanding Opportunity  in Higher

        Education,*  Albany:  SUNY Press, (2006).

Orfield, G. (with C.L. Horn and Stella M. Flores, (2006) *Latino Educational Opportunity,* San Francisco:
        Jossey-Bass. New Directions in Community Colleges, vol. 133.

Orfield, G. (with Boger, J. C). (Eds.) (2005). *School Resegregation: Must the South Turn Back?*  Chapel
        Hill: The University of North Carolina Press.

Orfield, G., (with Sunderman, G., and Kim, J..) (2005). *NCLB Meets School Realities: Lessons from the
        Field,* Thousand Oaks, CA:  Corwin Press.

2

Orfield, G., (with Marin, P., and Horn, C. L. ) (Eds.) (2005). *Higher Education and the Color Line: College Access, Racial Equity, and Social Change*, Cambridge, MA: Harvard Education Press.

Orfield, G. (Ed.) (2004). *Dropouts in America: Confronting the graduation rate crisis*. Cambridge, MA: Orfield, G., Harvard Education Press.

Orfield G., (with Losen, D. J.,) (Eds.). (2002). *Racial inequity in special education*. Cambridge, MA: Harvard Education Press.

Orfield, G. (with, Kurlaender, M. (2001). (eds.)*Diversity challenged: Evidence on the impact of affirmative action*. Cambridge, MA: Harvard Education Press.

Orfield, G. and Kornhaber, M. L. (Eds.) (2001). *Raising Standards or Raising Barriers?  Inequality and High-Stakes Testing in Public Education.*  New York: Century Foundation Press.

Orfield, G. & Lebowitz, H.J. (Eds.). (1999). *Religion, race and justice in a changing America*. New York: Century Foundation Press.

Orfield, G. and  DeBray, Elizabeth (199*9)  Hard Work for Good Schools:  Facts Not Fads in Title I Reform,*  Cambridge: Harvard Civil Rights Project.

Orfield, G., Miller, E. (Eds.). (1998). *Chilling Admissions: The affirmative action crisis and the search for alternatives*. Cambridge, MA: Harvard Education Publishing Group.

Orfield, G., & Eaton, S. (1996). *Dismantling desegregation: The quiet reversal of Brown v. Board of Education*. New York: New Press.

Fuller, B., Elmore, R., & Orfield, G. (Eds.). (1996). *Who chooses? Who loses?* New York: Teachers College Press.

Orfield, G., & Ashkinaze, C. (1991). *The closing door: Conservative policy and minority opportunity*. Chicago: University of Chicago Press.

Jackson, N., Orfield, G., & Fossett, J. (1985). *New federalism in the new south: An assessment of community development block grants*. Atlanta: Southern Education Foundation.

Orfield, G. (1983). *Public school desegregation in the United States, 1968-1980.*  Washington: Joint Center for Political Studies. [Reprinted in part, in Lamar P. Miller.]

Orfield, G. (1981). *Toward a strategy of urban integration: Lessons for school and housing policy from twelve cities*. New York: Ford Foundation.

Orfield, G. (1978). *Must we bus? Segregated schools and national policy*. Washington, DC: Brookings Institution.

Orfield, G. (1975). *Congressional Power: Congress and social change*. New York: Harcourt Brace Jovanovich.

Orfield, G. (1971). *Conflict in American public policy*. Berkeley: McCutchan. Reprinted in Hearings of the Senate Select Committee on Equal Educational Opportunity, vol. 3D].

Orfield, G. (1969). *The reconstruction of southern education: The schools and the 1964 Civil Rights Act*.

3

New York: John Wiley & Sons.

*A Study of the Termination Policy.* Washington: National Congress of American Indians, 1966. Hearings of the Senate Subcommittee on Indian Education, 1969.

Orfield, G. (1965). *Ideology and the Indians: A study of the termination policy.* Chicago: University of Chicago.

**Book Chapters** *(Chronological by year beginning with earliest publication)*


Orfield, G. (2012)  Resegregation of Suburban Schools: A Hidden Crisis in American Education,

Orfield, G. (2011_  Lessons in Integration

Orfield, G. (2010), with Patricia Gándara, "Conclusion,' in P. Gándara and (eds.), *Forbidden Language,*   New York: Teachers College, 2010, pp.

Orfield, G. (2009) "Expectations is the Theory, Opportunity is the Reality," in Robert L. Green, ed., *Expectations in Education*, Columbus: McGraw Hill SRA, pp. 31-62.

Orfield, G. (2009) "Color Lines, the New Society, and the Responsibility of Scholars," in Andrew Grant Thomas), eds., *Twenty-First Century Color Lines: Multiracial Change in Contemporary America,* Philadelphia: Temple Univ. Press, pp. 287-303

Orfield G. (2009) "Conclusions and Implications," in Walter R. Allen, Erin Kimura-Walsh, and Kimberly Griffin, eds., Towards a Brighter Tomorrow, The College Barriers, Hopes and Plans of Black,Latino/a and Asian American Students in California, Information Age Publishers..

Orfield, G. (2008) with Gail Sunderman, "Massive Responsibilities and Limited Resources," The State Response to NCLB," in G. Sunderman, *Holding NCLB Accountable*, Corwin Press, pp. 121-136.

Orfield, G. (2007)  "Lessons Forgotten" and "Challenges for This Generation: Integration and Social Transformation, in Frankenberg and Orfield, *Lessons in Integration*, University of Virginia Press, . pp. 1-6 and  291-296.

Orfield, G. (2006) with Catherine L. Horn and Stella M. Flores, "Epilogue: Some Civil Rights Issues Going Forward," in *Latino Educational Opportunity*," pp. 81-84.

Orfield, G. (with Patricia Gandara and Catherine Horn) (2005).  "The Access Crisis in Higher Education," *Educational Policy*, vol. 19, number 2  (May 2005), pp. 255-261.  Also co-editor of the special issue of *Educational Policy*.

Orfield, G. (2005), "The Southern Dilemma: Losing *Brown,* Fearing *Plessy*," in  J. Boger and G. Orfield, eds., *School Resegregation: Must the South Turn Back?*  Chapel Hill:  Univ. of North Carolina Press, 2005, pp. 1-28.

Orfield, G (2005), "Introduction," Orfield, G., Marin, P., and Horn, C. L. (Eds.)  *Higher Education and the Color Line:  College Access, Racial Equity, and Social Change*, Cambridge, MA: Harvard Education Press, pp. 1

4

Orfield, G. (with Erica Frankenberg) (2004). "Reviving Brown v. Board of Education: How Courts and
Enforcement Agencies can Produce More Integrated Schools," in 'Deborah L. Rhode and Charles
J. Ogletree, Jr., *Brown at 50: The Unfinished Legacy*, Chicago: American Bar Association, 2004:
pp. 185-211.

Orfield, G. (2004). [Foreword]. In Gerald W. Heaney and Susan Uchitelle, *Unending Struggle: The Long
Road to Equal Education in St. Louis,* St. Louis: Reedy Press, pp. v-x.

Orfield, G. (2004). *Brown* misunderstood. In Editors of *Black Issues in Higher Education*, Anderson J., &
Byrne, D. (Eds.), *The unfinished agenda of Brown v. Board of Education* (pp.151-163). Hoboken, NJ:
John Wiley & Sons, Inc.

Orfield, G. (2003). Exit and redevelopment. In Fiss, O., Cohen, J., Decker, J., & Rogers, J. (Eds.), *A way
out: America's ghettos and the legacy of racism* (pp. 74-78). Princeton, NJ: Princeton University
Press.

Orfield, G. (2003). [Foreword]. In Horn & Flores, Percent plans in college admissions: A comparative
analysis of three states' experiences. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. (2002), "Introduction (with D. Losen) in Losen and Orfield, eds., *Racial Inequity in
Special Education*, Cambridge: Harvard Education Press.

Orfield, G. (2002). Commentary on Affirmative Action, X percent plans, and Latino access to higher
education in the twenty-first century. In Suárez-Orozco, M. M. & Páez, M. (Eds.), *Latinos Remaking
America*. Berkeley: University of California Press.

Orfield, G. (2002). [Foreword]. In Kugler, E., *Debunking the middle-class myth: Why diverse schools are
good for all kids.* Lanham, MD: The Scarecrow Press.

Orfield, G. (2002). [Foreword]. In Heller, D. E. & Marin, P. (Eds.), *Who should we help? The negative
social consequences of merit scholarships.*

Orfield, G. (2002). [Foreword]. In Moses, M., *Embracing ace: Why we need race-conscious education
policy*. New York: Teachers College Press.

Orfield, G. (2002). [Foreword]. In Valencia, R. (Ed.), *Chicano school failure and success: Past, present
and future (2nd ed.)*. London: RoutledgeFalmer.

Orfield, G. (2001). Metropolitan school desegregation: Impacts on metropolitan society." In Powell, J.
A., Kearney, G., & Kay, V. (Eds.), *In pursuit of a dream deferred: Linking housing and education
policy*. New York: Peter Lang Publishing.

Orfield, G. (2001). Why data collection matters: The role of race and poverty indicators in American
education. In Hutmacher, W., Cochrane, D., & Bottani, N. (Eds.), *In pursuit of equity in education:
Using international indicators to compare equity policies* (Pt. II, chap. 6). The Netherlands: Kluwer
Academic Publishers.

Orfield, G. (2000). The 1964 Civil Rights Act and American education. In Grofman, B. (Ed.), *Legacies of
the 1964 Civil Rights Act*. Virginia: The University Press of Virginia.

Orfield, G. (2000). Charter schools may be harmful." In Williams, M. (Ed.), *Education: Opposing*

*viewpoints (pp. 80-83)*. San Diego: Greenhaven Press.

Orfield, G. (2000). Politica educativa y Equidad. In Navarro J. C., Taylor, K., Bernasconi, A., & Tyler, L. (Eds.), *Perspectivas sobre la reforma educativa*, (pp. 81-128). USAID.

Orfield, G. (1999). Comment on schools and disadvantaged neighborhoods. In Ferguson R. & Dickens, R. T. (Eds.), *Urban problems and community development (*369-374). Washington, DC: Brookings Institution.

Orfield, G. (1999). Politics matters: Educational policy and Chicano students. In Moreno, J. F. (Ed.), *The Elusive Quest for Chicano/Chicana Education* (111-121). Cambridge, MA: Harvard Educational Review.

Orfield, G. (1998). Commentary on the education of Mexican immigrant children. In Suarez-Orozco, M. M. (Ed.), *Crossings: Mexican immigration in interdisciplinary perspective* (276-280). Cambridge: David Rockefeller Center for Latin American Studies.

Orfield, G. (1998). Conservative activists and the rush toward resegregation. In Heubert, J. (Ed.), *Law and school reform* (pp. 39-87). New Haven: Yale Univ. Press.

Orfield, G. [Foreword], Zou, Y., & Trueba, E. T. (1998) (Eds.), *Ethnic Identity and Power*. Albany, NY: State University of New York Press.

Orfield, G. (1997). A secret success: Racial equity and integration in Indiana schools. In Wong, K. K. (Ed.), *Advances in Educational Policy* (pp. 225-48.). Greenwich, CT: JAI Press.

Orfield, G. (1997). Going to work: Weak preparation, little help. In Wong, K. K. (Ed.), *Advances in educational policy* (pp. 3-31). Greenwich, CT: JAI Press.

Orfield, G. (1997) [Foreword]. In Wirt, F. M., *We ain't what we was: Civil Rights in the New South*. Durham: Duke University Press.

Orfield, G. (1995). Congress and civil rights: From obstacle to protector. In Franklin, J. H. & McNeil, G. R. (Eds.), *African Americans and the living constitution (Chapter 9)*. Washington, DC: Smithsonian Institution Press.

Orfield, G. & Eaton, S. (1995). Brown v. Board of Education and the continuing struggle for desegregated schools. In Lomotey, K., Teddie, C., & Goldberg, S. S. (Eds.), *Readings on equal education: Forty years after the Brown decision: Implications of school desegregation for U.S. education (Vol. 13)* (pp. 117-138). New York: AMS Press, Inc.

Orfield, G. (1993). School desegregation after two generations: Race, schools, and opportunity in urban society. In Hill, H. & James, E. Jr. (Eds.), *Race in America: The struggle for equality* (pp. 234-262). Madison, WI: University of Wisconsin Press.

Orfield, G. & Reardon, S. F. (1993). "Race, poverty, and inequality." In Susan M. Liss and William L. Taylor (Eds.), *New opportunities: Civil Rights at a crossroad*. Washington,        DC: Citizens' Commission on Civil Rights.

Orfield, G.(1992) Money, Equity and College Access, in *Harvard Educational Review*, Vol. 62, No. 3, pp. 337-372.

Orfield, Gary. (1992). Playing politics with choice. In Lowe, R. & Miner, B. (Eds.), *False choices: Why vouchers threaten our children's future*(2nd ed.), (p. 12). Milwaukee, WI: *Rethinking Schools*.

Orfield, G. (1992). Urban schooling and the perpetuation of job opportunity in metropolitan Chicago. In Peterson, G. E. & Vroman, W. (Eds.), *Urban Labor Markets and Job Opportunity* (161-199). Washington: Urban Institute.

Orfield, G. (1991, April). Choice, testing, and the re-election of a president. In *Voices from the field: 30 expert opinions on America 2000, The Bush administration strategy to "reinvent" America's schools* (pp. 7-8). Washington, DC: Institute for Educational Leadership and William T. Grant Foundation, Commission on Work, Family, and Citizenship.

Orfield, G. (1991) [Foreword]. In Nyden, P. W. & Wiewel, W. (Eds.), *Challenging uneven development: an urban agenda for the 1990* (pp. ix-xii).  New Brunswick: Rutgers University Press.

Orfield, G. (1990). Do we know anything worth knowing about the educational effects of magnet schools? In Clune, W. H. & Witte, J. F. (Eds.), *Choice and control in American education (vol. 2)* (pp. 119-123). London: Falmer Press.

Orfield, G. (1990). Policy analysis. In Romo, H. D. (Ed.), *Latinos and blacks in the cities:  Policies for the 1990s.* Austin, Texas:  Lyndon B. Johnson School of Public Affairs.

Orfield, G. & Peskin, L. (1990). Metropolitan high schools: Income, race, and inequality. In Mitchell, D. E. & Goertz, M. E. (Eds.), *Education politics for the new century* (pp. 27-53). London: Falmer Press.
Orfield, G. (1990). Segregation and discrimination. In Taylor, L. (Ed.), *Housing: Symbol, structure, site* (pp. 48-49). New York: Rizzoli.

Orfield, G. (1990). Wasted talent, threatened future:  Metropolitan Chicago's human capital and Illinois public policy. In Joseph, L. (Ed.), *Creating jobs, creating workers* (pp.1-32). Chicago: University of Chicago Center for Urban Research and Policy Studies.

Orfield, G. (1989). Hispanics. In Levine, A. & Assoc. (Eds.), *Shaping higher education's future: Demographic realities and opportunities, 1990-2000* (pp. 40-61). San Francisco, CA: Jossey-Bass. Revised version of The growth and concentration of Hispanic enrollment and the future of American education. Report to National Council of La Raza.

Orfield, G. (1989). School desegregation after two generations: Race, schools and opportunity in urban society. In Hill, H. & Jones, J. E., Jr. (Eds.), *Race in America* (pp. 253-260). Madison, WI: Univ. of Wisconsin Press.

Orfield, G. (1988). The costs of housing discrimination and segregation:  An interdisciplinary social science statement. In Tobin, G. A. (Ed.), *Divided neighborhoods: Changing Patterns of Racial Segregation* (pp. 268-280). Principal author of statement by 28 social scientists. Also published separately by Leadership Council for Metropolitan Open Communities, 1987.

Orfield, G. (1988). Exclusion of the majority:  Shrinking college access and public policy in metropolitan Los Angeles. *Urban Education, 20*(3), 147-163.

Orfield, G. (1988). Race and the liberal agenda:  The loss of the integrationist dream, 1965-1974. In Weir,

M., Orloff, A. S. & Skocpol, T. (Eds.), *The future of social policy in the United States* (pp. 313-355). Princeton, NJ: Princeton Univ. Press.

Orfield, G. (1988). Race, income, and educational inequality: Students and schools at risk in the 1980s. In *School success for students at risk: Analysis and recommendations of the Council of Chief State School Officer s* (pp. 45-71).   New York: Harcourt Brace Jovanovich.

Orfield, G. (1988). Race relations in metropolitan Chicago. In Stone, D., Decker, M., Lynn, L. (Eds.), *The state of the region: Background papers* (1-48).   Champaign, Illinois: Stipes Press.

Orfield, G. (1988). Separate societies:  Have the Kerner warnings come true? In Harris, F. R. Wilkins, R. W. (Eds.), *Quiet riots:  Race and poverty in the United States* (pp. 100-122). New York: Pantheon Books.

Orfield, G. & Fossett, J. W. (1987). Market failure and federal policy: Low income housing in Chicago 1970-1983. In Tobin, G. (Ed.), *Divided neighborhoods: Changing patterns of racial segregation* (pp. 158-180). Beverly Hills: Sage Publications.

Orfield, G., Monfort, F., & George, R. (1987). School segregation in the 1980s:  Trends in the United States and metropolitan areas. Washington, DC:  Joint Center for Political Studies.

Orfield, G. (1986). Budgets and big city education. In Barnett, M. & White, P. V. (Eds.), *Education policy in an era of conservative reform* (pp. 120-168). New York: AMS Press.
Orfield, G. (1986). Federal Indian policy, 1945-1960. In Philip, K. R. (Ed.), *Indian Self-Rule* (pp. 129, 135-139, 142-143, 174-175, 311). Salt Lake City, UT: Howe Brothers.

Orfield, G. (1986). Minorities and suburbanization," In Bratt, R. G., Hartman, C. & Meyerson, A. (Eds.), *Critical perspectives in housing* (pp. 221-230). Philadelphia: Temple University Press.

Orfield, G. (1985). Ghettoization and its alternatives. In Peterson, P. (Ed.), *The New Urban Reality*. Washington, DC: Brookings Inst.

Orfield, G. (1986). The movement for housing integration: Rationale and the nature of the challenge. In Goering, J. (ED.), *Housing desegregation and federal policy* (pp. 18-30). Chapel Hill, NC: University of North Carolina Press.

Orfield, G. (1983) [Foreword]. In Vega, J., *Education, politics and bilingualism in Texas*. Washington, DC: University Press.

Orfield, G. (1981). Housing patterns and desegregation policy. In Hawley, W. (Ed.), *Effective school desegregation: Equity, quality and feasibility*. Beverly Hills, CA: Sage Publications.

Orfield, G. (1981). Why it worked in Dixie: Southern school desegregation and its implications for the North. In Yarmolinsky, A.,  Liebman, L., & Schelling, C. S. (Eds.), *Race and Schooling in the City*,(pp. 24-44). Cambridge, MA:  Harvard University Press.

Orfield, G. (1980). The politics of research design. In Raven, B. H. (Ed.), *Policy Studies Review Annual* (v. 4) (pp. 146-154). Beverly Hills:  Sage Publications. Reprinted from *School Review*, May 1979.

Orfield, G. (1980). School segregation and residential segregation: A prefatory statement. In Stephan, W.

G. & Feagin, J.R. (Eds.), *School desegregation: Past, present and future* (pp.227-229). New York: Plenum Press.

Orfield, G. (co-author) (1980). School segregation and residential segregation: A social science statement. In Stephan, W. G. & Feagin, J.R. (Eds.), *School desegregation: Past, present and future* (pp.231-247). New York: Plenum Press.

Orfield, G. (1979). Federal agencies and urban segregation: Steps toward coordinated action. In Orfield, G. & Taylor, W. (Eds.), *Racial segregation: Two policy views.* New York: Ford Foundation.

Orfield, G. (1977). Comments. In *National Institute of Education Conference report, desegregation and education concerns of the Hispanic community* (pp. 51-54). Washington, DC: GPO.

Orfield, G. (1977). If wishes were houses then busing could stop: Demographic trends and desegregation policy. In *National Institute of Education Conference report, school desegregation in metropolitan areas: Choices and prospects* (pp. 43-58). Washington, DC: GPO. Reprinted in *Urban Review, 1978.*

Orfield, G. (1976). Politics, congress, and school desegregation. In Weinberg, M. & Martin, G.(Eds.), *Covering the desegregation story: Current experience and issues* (pp. 7-14). Evanston, IL: Center for Equal Education.

Orfield, G. (1977). Response. In Epstein, N. (Ed.), *Language, ethnicity, and the schools* (pp. 85-88). Washington, DC: Institute for Educational Leadership.

Orfield, G. (1974). Desegregating the schools. In *American government today*. Del Mar, CA: CRM Books.

Orfield, G. (1974). Race and government. In *American government today.* Del Mar, CA: CRM Books.

Orfield, G. (1972). Termination in retrospect: The Menominee experience. In Ellis, R. N. (Ed.), *The Western American Indian* (pp. 189-196). Lincoln, NE: University of Nebraska Press.

Orfield, G. (unknown date). School segregation and housing policy: The role of local and federal governments in neighborhood segregation. *Integrated Education*, pp. 48-53.


**Articles** *(Chronological by year beginning with earliest publication—highly incomplete list)*


Orfield, G.,  with M. Ong, C. Wright, and L. Espinosa (2011), "Inside the Double Bind:  A Synthesis of Empirical Research on Undergraduate and Grduate Women of Color in Science3, Technology, Engineering, and Mathematics," *Harvard Educational Review*, vol. 81, no. 2, pp. 172-208.

Orfield, G., with E. Frankenberg and G. Siegel-Hawley (2010) "Integrated Schools: Finding a New Path," *Educational Leadership*, vol. 68, no. 3, pp. 22-27.

Orfield, G. (with Gail Sunderman),( 2006), "Domesticating a Revolution: No Child Left Behind Reforms and State Administrative Response*," Harvard Educational Review*, vol. 76, no. 4, pp. 526-556.

Orfield, G. (with Lynn Walker Huntley) (2005). "Test Scores Don't Mean Much if Students Fail to Graduate," *Atlanta Journal Constitution*, May 20, 2005.

Orfield, G. (2005). "Introduction" to 75th anniversary special issue of *Harvard Education Review*, "Education Past and Present: Reflections on Research, Policy and Practice," vol. 75, no. 1 (2005), pp. 1-7.

Orfield, G. (2004-2005). "Why Segregation is Inherently Unequal: The Abandonment of *Brown* and the Continuing Failure of *Plessy," New York Law School Law Review*, vol. 49, no.4 (2004-2005), pp. 1041-1052. .

"Interview with Gary Orfield: The No Child Left Behind Act," in *Journal of Children and Poverty*, vol. 10, no. 2 (September 2004),181-87.

"Foreword," Gerald W. Heaney and Susan Uchitelle, *Unending Struggle: The Long Road to an Equal Education in St. Louis*, St. Louis: Reedy Press, 2004, v-x.

"The American Experience: Desegregation, Integration, Resegregation," In Mokubung Nkoma, Carolyn McKinney and Linda Chisholm, eds., *Reflections on School Integration*, Cape Town, South Africa: HSRC Publishers, 2004, pp. 95-124.

"*Brown* Misunderstood," in *Black Issues in Education*, James Anderson and Dara N. Byrne, *The Unfinished Agenda of Brown v. Board of Education*, Hoboken, NJ: John Wiley & Sons, 2004, 153-163.

"Rededication Not Celebration," in *College Board Review*, no. 200 (Fall 2003), pp. 29-33 (with Susan E. Eaton).

"Where are We Now," in *Teaching Tolerance*, issue 25 (Spring 2004), pp. 57-59 (with Erica Frankenberg).

Letter on Huntington controversy, *Foreign Policy* (May-June 2004), pp. 88-89 (with Marcelo Suarez-Orozco).

"Reviving *Brown v. Board of Education*: How Courts and Enforcement Agencies Can Produce More Integrated Schools," in Deborah L. Rhode and Charles J. Ogletree, Jr, *Brown at 50: The Unfinished Legacy*, Chicago: American Bar Association, 2004: pp. 184-214.

Orfield, G. (2004 April 19). Law is leaving children—and educational reform—behind. *Chicago Sun-Times*, 51.

Orfield, G. (2004 January 20). We need an end to the end of social promotion. *Newsday*, A24.

Orfield, G. (2003). (with Dean Whitla, W. Silen, C.Teperow, C. Howard, Joan Reede), "Educational benefits of diversity in medical school: a survey of students," *Academic Medicine*, vol. 78, no.5 (May 2003), pp. 460-6.

Orfield, G., Frankenberg, E. D., & Lee, C. (2002/2003, December/January). The resurgence of school segregation. *Educational Leadership*, *60*(4), 16-20.

Frankenberg, E., Lee, C., & Orfield, G. (2003 March/April). Resegregation grows in public schools: separate is still unequal. *Focus*, *31*(2), cover page, 10-11.

Orfield, G. & Eaton, S. (2003 March). Back to segregation. *Nation*, 276(8), 5-8.

Eaton, S. E. & Orfield, G. (2003, Fall) "Rededication not celebration: *Brown* at fifty." *The College Board Review*, *200*, 29-33.

Orfield, G. (2001, May 6). Could policy makers ace a quiz on testing? *San Jose Mercury News*, Perspective.

Orfield, G. (2001, Fall). Schools more separate: Consequences of a decade of resegregation." *Rethinking Schools*,*16*(1), 14-18.

Orfield, G. & Eaton, S. (2001, September 9). The most unequal system. *Newsday, page numbers?*.

Orfield, G. (2001, September/October). Response. *Poverty & Race*, 10(5), pp. 5-6.

Orfield, G. (2001, December). The origins of the Harvard Conference on Vision and Learning. *Journal of Behavioral Optometry*, Vol. 12/2001(3) 3, p. 58.

Orfield, G. (2000, January 9). As you were saying; MCAS posturing obscures how good our schools are [Op-Ed]. *Boston Herald,* p. 024.

Orfield, G. (2000, Spring). Latinos in school: The most segregated... soon the largest minority. *DRCLAS NEWS*, 15-17.

Orfield, G. (2000, May). "Our resegregated schools." *Principal, 79*(5), 6-11.

Orfield, G. & Wald, J. (2000, June 5). Testing, testing. *The Nation*, *270*(22), 38-40.

Orfield, G. (2000, June 11). As US leaves the issue, Northern Ireland addresses segregation. *Boston Globe.*

Orfield, G (2000, Summer). Exit and redevelopment. *Boston Review*, *25*(3), 15-16.

Orfield, G. (1999). City-suburban desegregation: Parent and student perspectives in metropolitan Boston. *Equity and Excellence in Education, 31*(3).

Orfield, G. (1999). Facts, not fads in Title 1 reform. *Harvard Education Letter*.

Orfield, G. (1999). School desegregation in the United States. *Encarta Africana*.

Found at: http://www.africana.com/research/encarta/tt_1109.asp

Orfield, G. (1999, January 11). Boston needs to strengthen its case for diversity at Latin School. *Boston Globe*.

Orfield, G. (1999, May 4). Renewing civil rights: An era of missed opportunity. *Christian Science Monitor*.

Orfield, G., Yun, J.T. (1999, June). *Resegregation and American schools.* Cambridge, MA: The Civil Rights Project at Harvard University. Reprinted in part, *Primer*, *2*(4) 1-6.

Orfield, G. & Whitla, D. (1999, July). *Diversity and legal education: Student experiences in leading laws schools.* Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. (1999, Fall). The resegregation of our nation's schools: A troubling trend. *Civil Rights Journal*, *4*(1), 8-12.

Orfield, G. & Kurlaender, M. (1999, September). In defense of diversity: New research and evidence from the University of Michigan. *Equity and Excellence in Education*, *32*(2) 31-35.

Orfield, G. (1999, November/December). Facts, not fads in Title I reform. *Harvard Education Letter, 8.*

Orfield, G. (1999, December). Policy and equity: A third of a century of educational reforms in the United States. *Prospects: A Quarterly Review of Comparative Education*, *XXIX*(4), 579-596. (Also published by UNESCO in the other five official U.N. languages).

Orfield, G. (1999, December 10). Affirmative action works--but judges and policy makers need to hear that verdict. *Chronicle of Higher Education*, 46(16), B7-B8.

Orfield, G. (1999, December 29). Equal opportunity must become more than a catch phrase. *St. Louis Post-Dispatch*, p. B7.

Orfield, G. (1998, December/January). Promoting Reagan's racial policies. [Review of the book America in black and white: One nation indivisible]. *Crisis*, *104*(3), 39-41.

Orfield, G. & Arenson, J. (1998 December). Summary of city-suburban desegregation: Parent and student perspectives in metropolitan Boston... *Equity and Excellence in Education*, 31(3), 6-13.

Orfield, G. (1998 January 7). The trouble with charter schools. *St. Louis Post-Dispatch*, B7.

Orfield, G. (1998, January 2). Charter schools won't save education. *New York Times*, p. A15.

Orfield, G. (1997, December 15). Latinos' rights is the big loser. *Los Angeles Times*, p. B5.

Orfield, G., Bachmeier, M., James, D., & Eitle, T. (1997, April). *Deepening segregation in American public schools.* Cambridge, MA: Harvard Project on School Desegregation. Also in *Equity and Excellence in Education, 30*(2) 5-24. Reprinted in part in *Southern Changes, 19*(2) pp. 11-18.

Orfield, G. (1997, Summer). Does desegregation help close the gap? *Journal of Negro Education*, *66*(3) 241-254.

12

Orfield, G. (1997, Summer). Residential segregation: What are the causes. *Journal of Negro Education*, *66*(3) 204-213.

Orfield, G. (1996, April). Metropolitan school desegregation: Impact on metropolitan society *University of Minnesota Law Review, 80*, 825-872.

Orfield, G. (1996, October 18). Should the courts reduce their role in school desegregation? *CQ Researcher, 6*(39), 929.

Orfield, G. et al. (1995, April). The Department of Justice and the Civil Rights Act of 1964: A symposium (panel discussion). *Pacific Law Journal*, 26(3), 765-811.

Orfield, G. (1995), May). Housing and the justification of school desegregation. *University of Pennsylvania Law Review*, 143(5), 1397-1406.

Orfield, G. (1995, Summer). Public opinion and school desegregation. *Teachers College Record, 96*(4) 654-670.

Orfield, G. (1994 June 3). Beyond the rhetoric of desegregation. *St. Louis Post-Dispatch*, 9C.

Orfield, G. (with Morantz, A.). (1994, May 15). The plan has fallen short. Kansas City Star, p. M1.

Orfield, G. (1994, May 16). A closer look at desegregation. *Christian Science Monitor*.

Orfield, G. (1994, May 25). Integration and quality education. *Charlotte Observer*.

Orfield, G. (1994, May 25). Murphy's 'miracle' revisited. *Charlotte Observer*.

Orfield, G. (1994, December). Asking the right question. *Educational Policy*, 8(4), 404-413.

Orfield, G., Schley, S., Glass, D. & Reardon, S. (1993). *The growth of segregation in American schools: Changing patterns of separation and poverty since 1968*. Alexandria: National School Board Association.

Orfield, G. (1993, March/April). Federal policy and college opportunity: Refurbishing a rusted dream. *Change, 25*(2), 10-15.

Orfield, G. (1993, April). Federal policy and college opportunity: Refurbishing a rusted dream. *Change, 25*(2), 10-15.

Orfield, G. & Thronson, D. (1993, Summer). Dismantling desegregation: Uncertain gains, unexpected costs. *Emory Law Journal*, 42(3), 759-790.

Orfield, G. (1993, December 26a). Perspective on school desegregation: America lacks equal opportunity …The Supreme Court was right in 1954, and it still is right: Separate is, inherently, unequal. *Los Angeles Times*, p. M5.

Orfield, G. (1993, December 26b). ...And it shows acutely in Los Angeles. *Los Angeles Times*, p. M5.

Orfield, G. (1993 March/April). Refurbishing a rusted dream. *Change*, 25(2), 10-16.

Orfield, G. & Monfort, F. (1992). *Status of school desegregation: The next generation.* Alexandria: National School Boards Association.

Orfield, G. (1992, Fall). Money, equity, and college access. *Harvard Educational Review, 62*(3), 337-372.

Orfield, G. (with Kaufman, A.). (1992, October 1). Follow through to avert failure after kindergarten. *Los Angeles Times*, p. B7.    Also published in other papers including Arizona Republic.

Orfield, G. (1991, December). Cutback policies, declining opportunities, and the role of social service providers. *Social Service Review, 65, 516-530.*

Orfield, G. (1990, August). Public policy and college opportunity. *American Journal of Education, 98*(4), 317-350.

Orfield, G. & Paul, F. (Eds.) (1990). Changing Patterns of Opportunity in Higher Education (special issue). *American Journal of Education, 98*(4).

Orfield, G., Monfort, F. & Aaron, M. (1989). *Status of school desegregation, 1968-1986. Segregation, integration, and public policy: National, state, and metropolitan trends in public schools.* Alexandria, VA:  National School Boards Association.

Orfield, G. (1989, Jan.-Feb.). Reagan's blind eye to civil rights. *Focus, 3.*

Orfield, G. (1989, May-June). Opportunities for minorities: New focus of concern for higher education (review essay). *Change*, 50-53.

Orfield, G. (1989, July 19). Protecting our daughter's future. Chicago Tribune, p. 15.

Orfield, G. & Monfort, F. (1988). *Racial change and desegregation in large school districts: Trends through the 1986-1987 school year.* Alexandria, VA: National School Boards Association.

Orfield, G. (1988, March 22). Well along toward separate and unequal societies, 20 years later, Kerner Panel's warning has become a self-fulfilling prophecy. *Los Angles Times*, p. 7.

Orfield, G. (1988, March 29). A New, More Liberal Political Agenda is Taking Shape. Chicago Tribune, p. 15.

Orfield, G. (1988, March 30). The beginnings of a richer debate. *Chicago Tribune*, p. 17.

Orfield, G. & Paul, F. (1987-88, Fall/Winter). Declines in minority access:  A tale of five cities. *Educational Record, 68*(4), 56-62.

Orfield, G. (1987, July). School desegregation needed now. *Focus*, 5-7. Reprinted in *Equity and Choice*, Feb. 1988, pp. 25-28.

Orfield, G. (1986, Spring). Knowledge, ideology and school desegregation. *Metropolitan Education*, 1, 92-99.

Orfield, G. (1986, November). Hispanic education: Challenges, research and policies. *American Journal*

of Education, 95(1), 1-25.

Project on the Federal Social Role. (1985). *Race and the Federal Agenda: The Loss of the Integrationist Dream* (Working Paper No. 7). Washington, DC: Orfield, G. pp. 1-43.

Orfield, G. (1984, March 6). The narrowing of our politics. *Chicago Tribune*.

Orfield, G. (1984, May). Lessons of the Los Angeles school desegregation case. *Education and Urban Society*.

Orfield, G. & Tostado, R. (Eds.), (1983). *Latinos in metropolitan Chicago.* Chicago: Latino Institute.

Orfield, G. (1983, August). Termination, destruction and restoration. Indian Self-Rule, Institute of the American West.

Orfield, G. (1982, January-April). Will voluntary desegregation work in Los Angeles? *Integrated Education*, pp. 11-16.

Orfield, G. (1982, March 19). Dismantling of a government. *Chicago Tribune.*

Orfield, G. (1980, September 7). Segregated St. Louis provides a primer on school integration. *Los Angeles Times*.

Orfield, G. (1979). Research, politics and the anti-busing debate. *Law and Contemporary Problems 42*(2).

Orfield, G. (1979, March). Does busing work? *Instructor*.

Orfield, G. (1979, March 11). Three plans for desegregating city. *Chicago Tribune*.

Orfield, G. (1977). Introduction. *Trends in black school segregation, 1970-74.* Washington, DC: Center for National Policy Review.

Orfield, G. (1977, January 1-8). Byrd's record on race. *New Republic*.

Orfield, G. (1976, January-February). Will separate be more equal? *Integrated Education*, pp. 3-5.

Orfield, G. (1975). Congress, the president, and anti-busing legislation, 1966-1974. *Journal of Law and Education, IV*, 81-139. Reprinted in Browning, S. (Ed.), From *Brown* to *Bradley*: School desegregation, 1954-1974. Washington: Jefferson Law Book Co.

Orfield. G. (1975). Desegregation at midpoint. In *Continuing challenge: The past and future of* Brown v. Board of Education. (pp. 65-74). Notre Dame, IN: Notre Dame Center for Civil Rights.

Orfield, G. (1975) [Editor]. Symposium on school desegregation and white flight. Washington, DC: Center for National Policy Review. Reprinted as a special issue of *Social Policy*, January-February.

Orfield, G. (1975, Winter). Federal policy, local power, and metropolitan segregation. *Political*

*Science Quarterly 89*, 777-802. Reprinted in Shank, A. (1976). *Political power and the urban crisis* Boston: Holbrook Press.

Orfield, G. (1975, Spring). How to make desegregation work: The adaptation of schools to their newly-integrated student bodies. *Law and Contemporary Problems*, *XXXIX*, pp. 314-340. Reprinted in Congressional Record, June 29, 1976.

Orfield, G. (1973, Summer). School integration and its academic critics. *Civil Rights Digest*. U.S. Commission on Civil Rights,   Reprinted, in part, in The *Education Digest* (November 1973).

Orfield, G. (1973, Fall). Menominee restoration. *Civil Rights Digest*.

Orfield, G. (1970). Federal integration efforts. In *How to change the system* (pp. 35-47). Washington, DC: National Committee for Support of the Public Schools.

Orfield, G. (1970, March 7). Desegregation debate. *New Republic*. Reprinted in Grossman, J. B. & Grossman, M. H. (Eds.), *Law and change in modern America*. Los Angeles: Goodyear.

Orfield, G. (1969, January 20). Civil rights: Nixon's first test. *Nation*.

Orfield, G. (1969, July 6). President keeps promise of his Southern strategy: Lenient from outset. *Washington Post*, p. B6.

Orfield, G. (1969, September 20). The politics of resegregation. *Saturday Review*.

Orfield, G. (1968, February 2). How to beat integration. *New Republic*.

Orfield, G. (1968, July 7). A proposal for outfoxing Wallace. *Washington Post,* Outlook section. Reprinted as Bi-partisan pledge to block Wallace. *Current*, September 1968.

Orfield, G. (1968, August 25). An afterthought on Wallace threat to election. *Washington Post,* Outlook section.

Orfield, G. (1966). The war on Menominee poverty. *Journal of the Wisconsin Indians Research Institute.* Reprinted by Senate Labor and Public Welfare Committee and Senate Subcommittee on Indian Education.

Orfield, G. (1966, Spring). After Watts. *Christian Perspectives*.


**Selected Reports:**

**(Many other reports and forewords to documents issued by the Civil Rights Project written or with forewords by Orfield can be found at civilrightsproject.ucla.edu)**

Orfield, G. , Kucsera,J., and Siegel-Hawley, G., *E Pluribus Separated: Deepening Double Segregation for More Students*. (2012) Los Angeles CA: The Civil Rights Project, Proyecto Derechos Civiles

Orfield, G., *Reviving the Goal of an Integrated Society, A 21st Century Challenge,* (2009)

[report].  Los Angeles CA: The Civil Rights Project, Proyecto Derechos Civiles

Orfield, G. (2008) *Building on Success: Educational Diversity and Equity in Kentucky Higher Education,* (2008) Report to the Kentucky Council on Post-Secondary Education

Orfield. G., Lee, Chungmei,  (2005)*Why Segregation Matters: Poverty and Educational Opportunity*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G., Losen, D. et al. (2004). *Losing Our Future: How Minority Youth are Being Left Behind by the Graduation Rate Crisis*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. & Lee, C. (2004). *Brown at 50: King's Dream or Plessy's Nightmare?* [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Frankenburg, E., Lee, C., & Orfield, G. (2003, January). *A multiracial society with segregated schools: Are we losing the dream?* [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. (2001). *Schools More Separate: Consequences of a Decade of Resegregation*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. (2001). *Housing Segregation: Causes, Effects and Possible Cures*.  [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G. (2000). Indicators of race and poverty and American education. Report prepared for OECD-INES Ad Hoc Group on Equity Indicators, 2000.

Nettles, M. T. & Orfield, G. (2000). Large gains, recent reversals, and continuing equality in education for African Americans." In Jackson, J. S. (Ed.), *New Directions: African Americans in a diversifying nation* (National Policy Report #297). Washington, DC: National Policy Association.

Orfield, G. & Yun, J. (1999). *Resegregation in American Schools*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G., et. al, (1999) *Progress Made, Challenges Remaning in San Francisco School Desegregation,* Report of the Consent Decree Advisory Committee to the Federal District Court, San Francisco.

Orfield, G., Arenson, J. et al. (1997). *City-Suburban Desegregation: Parent and Student Perspectives in Metropolitan Boston*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

Orfield, G., Bachmeier, M. et al. (1997). *Deepening Segregation in American Public Schools*. [report]. Cambridge, MA: The Civil Rights Project at Harvard University.

(1992). *Desegregation and educational change in San Francisco.* Chair of committee reporting to the Federal District Court.

Orfield, G. & Paul, F. (1992). *State higher education systems and college completion* (a report to the Ford Foundation on a study of state institutional structure and policies and the rates of college completion) revised version printed in *Advances in Educational Policy*, 1.

Orfield, G. (1991). School desegregation: A social science statement. [Statement Accompanying Brief of the NAACP, Childrens Defense Fund, Southern Christian Leadership Conference, Mexican American Legal Defense Fund, etc. *Freeman v. Pitts*, U.S. Supreme Court, 1991 (organized and helped draft statement signed by 52 social scientists)].

Orfield, G. (1988, July). The growth and concentration of Hispanic enrollment and the future of American education. Report to National Council of La Raza.

Orfield, G., Slessarev, H. et al. (1986). *Job training under the new federalism: JTPA in the industrial heartland.* Illinois Unemployment and Job Training Research Project report to Subcommittee on Employment Opportunities, U.S. House of Representatives.

Public Knowledge and Busing Opposition, (designed and analyzed this national survey and wrote the report issued by the U.S. Commission on Civil Rights in 1978).

Orfield, G. (1977). *Desegregation and the cities: The trends and the policy choices* [staff report]. Washington, DC: U.S. Senate Committee on Human Resources.

Orfield, G. (1976). Conclusion (chapter). *School desegregation: Making it work, a report to the Rockefeller Foundation* (pp. 90-94). East Lansing, MI: Michigan State University.

Orfield, G. (1975). White flight research: Its importance, perplexities, and possible policy implications. *Symposium on school desegregation and white flight.* Washington, DC: Center for National Policy Review. Reprinted in *Educational Forum* and elsewhere.

1974. *Politics in America: Studies in policy analysis.* New York: Random House. Co-authored a study of black representation in administrative decision-making in Washington.

Orfield, G. (1973, July-October). A proposed study on desegregation. *Integrated Education,* p. 35. This reprint, the request for proposals sent by the U.S. Civil Rights Commission to major American research institutions regarding the design of a national longitudinal study of the impacts of school desegregation, a study which would answer the major criticisms of the Coleman Report and provide data on desegregation of Chicano and Puerto Rican children.

Miller, L. P. and Orfield, G. (1986). (Ed), *Brown Plus Thirty.* New York University Metropolitan Center, 1986).

Book reviews in American Political Science Review, Political Science Quarterly, Social Science Quarterly, Chronicle of Higher Education, American Journal of Sociology.

**Selected Government and Civic Group Reports:**

2011:  *The CSU Crisis and California's Future*, Civil Rights Project.

2011:  "Diversity and Educational Gains:  A Plan for a Changing County and its Schools," report to Jefferson County, KY Board of Education

1999:  "Progress Made, Challenges Remaining in San Francisco School Desegregation" Chair of Committee report to U.S. District Court, San Francisco. January

1992:  "Desegregation and Educational Change in San Francisco: Findings and Recommendations on Consent Decree Implementation," Chair of court-appointed panel reporting to Federal District Court. July

1992:  "State Higher Education Systems and College Completion," report to the Ford Foundation (with Faith Paul). November

1991:  "Building an Integrated Community: Racial Trends and Community Choices in Palm Beach County," Report to Project Mosaic. March

1989:  "Can the Educational Systems Produce the Workers Needed in Metropolitan Chicago: Trends and Policy Questions for the Coming Generation," Report to Chicago Economic Development Commission. August

1987:  "Fair Housing in Metropolitan Chicago: Perspectives after Two Decades," Report of Chicago Area Fair Housing Alliance to the U.S. Department of Housing and Urban Development." (Editor, Research Director, and author of first chapter).

1984:  "The Chicago Study of Access and Choice in Higher Education," co-author, Report to Illinois State Senate Committee on Higher Education. September

1983:  "State Housing Policy and School Desegregation," Report to Education Commission of the States. September

1981:  "Busing, White Flight, and Urban Policy: The Evidence and the submitted to Dept. of HUD."

1981:  "Housing and School Integration in Three Metropolitan Areas: A Policy Analysis of Denver, Columbus and Phoenix," Report to U.S. Department of Housing and Urban Development. February

1981:  "Measuring Equity Requires Measuring Integration," Paper for HUD Equity Indicators Workshop. March

1981:  "The Housing Issues in the St. Louis Case," Report to Federal District Court, St. Louis. April

1981:  "The Voluntary Metropolitan Plan," Report to Federal District Court, St. Louis. July

1981:  "Building on a Generation of Accomplishment: Maintaining and Strengthening Desegregation in Little Rock" (with Shirley McCune), Report of Desegregation Assistance Team to Little Rock School District. December

1980:  "The St. Louis Desegregation Plan," Report to the Federal District Court, St. Louis. May

1979:  "Voluntary Desegregation in Chicago," Report to Illinois State Superintendent of Education. February

1978:  "Integration in Chicago," Report of the Technical Assistance Committee to the Illinois State Board of Education. May

1978:  "Desegregation Principles for Los Angeles," Report to Superior Court for the County of Los

Angeles. November

**Congressional and Judicial Testimony**

House Education and Labor Committee:
    1977, June: Bilingual education
    1979, September: Incentives for Voluntary Metropolitan Integration
    1981: Civil Rights Enforcement
    1985, October: Assessment of Job Training Partnership Act

House Judiciary Committee:
    1972, March: Antibusing amendment to Constitution

House Government Operations Committee:
    1975, November: Revenue Sharing

House Select Committee on Children, Youth and Families:
    1987, March: Race Relations and Adolescents

House Subcommittee on Civil and Constitutional Rights:
    1982, September: Reagan civil rights enforcement record; Los Angeles School case
    1982, September: Report on study prepared for subcommittee from U.S. Dept. of Education data
              showing national and regional progress on desegregation from 1968-1980
    1985, March: Civil Rights Restoration Act of 1985

House Subcommittee on Indian Affairs:
    1973, May: Menominee Restoration Act

Senate Committee on the Judiciary, Subcommittee on the Constitution:
    1977, July: Anti-busing legislation
    1982: Proposals to restrain judicial remedies in school desegregation cases

Senate Interior Committee:
    1973, September: Menominee Restoration Act

Senate Judiciary Committee:
    1969, September: Haynsworth Supreme Court nomination hearings
    1970, January: Carswell Supreme Court nomination hearings
    1971, November: Rehnquist nomination hearings
    1986, August: Rehnquist nomination hearings

Senate Labor and Public Welfare Committee:
    1967: written testimony on Indian policy
    1969, August: Memorandum to Subcommittee on Indian Education on reorganization of BIA

Senate Select Committee on Equal Educational Opportunity:
    1970, October: Feasibility of desegregation

Joint Economic Committee:
    1992, April: Urban Poverty and Development

20

**Participation in Civil Rights Cases:**

Austin:
- affidavit on impact of return to neighborhood schools

Baltimore
- affidavit and deposition on subsidized housing segregation case

Buffalo
>   Directed study of Buffalo school selection process under an
>   Agreement between the Buffalo Board and the U.S. Office for Civil Rights

Chicago:
- deposition on enforcement of *Gautreaux* housing desegregation
- testified as witness for integrated South suburban communities against the National Association of Realtors
- testified as witness for Leadership Council on Metropolitan Opportunities in Fair housing case

Cincinnati:
- deposition on subsidized housing segregation case for legal services office Hamilton County deposition on subsidized housing segregation case

Dayton and Columbus:
- assisted in drafting of social science brief submitted by plaintiffs to the Supreme Court

DeKalb Co., GA:
- helped draft social science brief to Supreme Court

Denver:
- testified as witness for NAACP Legal Defense Fund and Mexican American Legal Defense Fund

Hartford:
- testified for plaintiffs on metro school equity case NAACP Legal Defense Fund, Puerto Rican Legal Defense Fund, and Connecticut Civil Liberties Union & Testified later on adequacy of remedy, deposition on next stage of litigation, deposition on later stage of case

Kansas City:
- testified as witness for the NAACP Legal Defense Fund & testified as witness of renewal of desegregation plan
- helped prepare social science brief to the Supreme Court

Houston:
- testified as witness for Justice Dept. in metropolitan case

Little Rock:
- deposition on report prepared by desegregation assistance center for Little Rock Board of Education; testified many years later as court-appointed expert

21

Los Angeles:
- testified as witness on report prepared as court-appointed expert  in desegregation case Los Angeles
- affidavit on continuation of desegregation plan and magnet schools

Louisiana:
- deposition on racial equity and desegregation of state higher education System in *U.S. v. Louisiana* as witness for Southern University system

Louisville:
- testimony on desegregation case for school board on several occasions
- helped prepare social science brief to the Supreme Court
- helped prepare a new desegregation plan

Lynn, MA:
- affidavit and testimony on desegregation case

Memphis:
- testified as witness for NAACP Legal Defense Fund

Milwaukee:
- deposition on metropolitan desegregation for Milwaukee School Board

Omaha:
- gave deposition as witness for Justice Dept. on school desegregation

Ohio:
- for legal services office in housing discrimination litigation

Oklahoma City:
- deposition on housing discrimination case

Philadelphia:
- testimony on case on University of Pennsylvania scholarships for Philadelphia students

Rockford, Illinois:
- testimony on desegregation case for plaintiffs

Rochester, NY:
- affidavit on metropolitan inequality case

St. Louis:
- testified first as witness for U.S. Dept. of Justice and then, several times, on reports prepared as court-appointed expert

San Francisco:
- served as Court-appointed expert, special master, and chair of Consent Decree Comm.

Seattle:  testified as witness for Seattle Board defending school desegregation plan

22

South Suburban Housing Center, metro Chicago:
- testified as a witness for Center against National Association of Realtors suit against Fair housing practices

Tampa (pupil competency test litigation):
- testified as witness for Bay Area Legal Services

Tucson, AZ
- appointed by judge as expert in desegregation case

University of Michigan:
- testimony on Law School affirmative action case
  edited book cited in Supreme Court decision

University of Washington Law School:
- affidavit on affirmative action case

Massachusetts
    affidavit on discriminatory impact of state exit examination
    affidavit on litigation against initiative prohibiting bilingual education

California
    expert report on *Williams* school equity case

**Professional Activities:**

*Co-Director and Founder,* (with Christopher Edley, Jr. of Harvard Law School), The Civil Rights Project at Harvard University, 1996-2004; Director, 2004-2006, Co-Director, Civil Rights Project/ *Proyecto Derechos Civiles,* UCLA, 2006-present.
*Adjunct Fellow,* Joint Center for Political Studies and Member of Social Policy Task Force
*Member,* American Political Science Association, Congressional Fellowship Advisory Committee, 1976-78
*Member,* American Political Science Association, Committee on Status of Blacks in the Profession, 1987-90
*Member,* American Political Science Association, Nominating Committee for National Officers, 1992-93
*Consultant,* APSA Division of Educational Affairs and High School Curriculum Project Midwest Political Science Association, Section Chair and Program Committee Member, Annual Meeting, 1979, Member Nominating Committee, 1980
*Member,* National Review Panel on School Desegregation Research and American Academy of Arts and Science Task Force on Urban School Desegregation
*Consultant,* U.S. Commission on Civil Rights, Rand Corp., Applied Urbanetics, Ford Foundation, Justice Department, Dept. of Housing and Urban Development, National Institute of Education, Senate Committee on Labor and Public Welfare, Kentucky Commission on Human Relations, American Indian Policy Review Commission, Education Commission of the States, Illinois Office of Education, National School Boards Association of Minnesota Dept. of Education
*Member,* Editorial Boards, *Policy Studies Journal, Teachers College Record, Cultura y Educacion (Spain), Evaluation Studies Review Annual, Equity and Excellence in Education, Integrated Education, American*

23

*Journal of Education. Soundings*, *Educational Researcher,* advisory committees *Harvard Education Letter,*
*& School Policy Legal Insider*
*Associate Editor*, *American Journal of Education*, 1982-88
*Chairman*, Study Group on School Desegregation, National Institute of Education, 1978-81
*Court-Appointed Expert*, Los Angeles (1978-79), St. Louis (1980-81), and San Francisco
             1981-82, 1987-2005) Little Rock, School Desegregation Cases
*Vice Chairman*, Mayor's First Source Task Force, Mayor Harold Washington, Chicago, 1985-88
*Member and Chair,* Evaluation and Screening Committee, Project Self Sufficiency (employment and housing
             demonstration), Cook County, Illinois, 1985-86
Member, Board of Directors, Leadership Council on Metropolitan Open Communities, Chicago (1982-1992),
             Chicago Urban League,  OPEN.
Task Force co-chair, Southern Education Foundation, 1980s.
*Chairman*, Study Group on School Desegregation, National Institute of Education, 1978-81
*Court-Appointed Expert*, Los Angeles (1978-79), St. Louis (1980-81), and San Francisco
             1981-82, 1987-2005) School Desegregation Cases
*Vice Chairman*, Mayor's First Source Task Force, Mayor Harold Washington, Chicago, 1985-88
*Member and Chair,* Evaluation and Screening Committee, Project Self Sufficiency (employment and housing
             demonstration), Cook County, Illinois, 1985-86
*Member,* Board of Directors, Policy Studies Organization
*Chairman,* National Institute of Education Study Group on Desegregation Research
*Member,* Research Advisory Committee, U.S. Civil Rights Commission's National School
             Desegregation Study, 1984-85
*Research Director,* Chicago Fair Housing Alliance, 1985-87
*Director,* National School Desegregation Research Project, 1986-88
*Director,* Metropolitan Opportunity Project, Univ. of Chicago, 1986-92
*Director,* Illinois Budget Analysis Project, 1987-92
*Director,* Indiana Youth Opportunity Project 1991-1996
*Director,* Harvard Project on School Desegregation, 1992-98
U.S. appointee on OECD project on measuring educational equity.

**Courses Taught:**

American Government,
Urban Policy Analysis (Housing),
Law and Society,
President and Congress,
Intergovernmental Relations,
Legislative Process,
State and Local Government,
Administrative Process,
Problems in Administrative
Management, Administrative Institutions,
Urban Politics,
Government and Black America,
Congress and Urban Policy;
The Politics of Food: Production, Regulation and Distribution,
Manpower Policy,
Housing Policy and Urban Communities,
Policy Analysis, Field Research Project in Public Policy,
Class Action Litigation,
Social Policies of the Sixties,

24

Government and Minority Rights,
Education Policy,
Social Science and Law,
Bureaucratic Politics,
State Government and Policy Making,
Minority Opportunities in the Contemporary U.S.,
Higher Education: Institutions and Policy,
 Government and Metropolitan Communities,
Civil Rights Remedies:  Theories and Consequences,
Poverty, Public Policy and Urban Schools,
Politics and Policy Cycles
Education Policy and Law,
Access to College,
Racial Change, Immigration and the Twenty-First Century Metropolis
Education Policy and Urban Poverty;
Civil Rights Enforcement Seminar
*Brown v. Board of Education* and American Schools"Educational Impacts of Segregation, Desegregation,
     Integration, Resegregation.
Research Seminar on Affirmative Action
Equal Rights and Unequal Schools:  The American Dilemma

Race and Education
Seminar on High School Reform


**University and Community Participation (years of service omitted):**

Member faculty advisory committee, UCLA, Bunche Center on African American Studies
Member faculty advisory committee, Harvard University Rockefeller Center on Latin America
Member faculty advisory committee, Harvard University DuBois Center
Member faculty advisory Committee, Harvard University Native American Program
Member and Education School Representative, University Committee Human Rights
President, Liberal Arts Student Government, University of Minnesota
Organizer, state-wide student volunteer program on Minnesota Native American Indian reservations
Founder, Movement for a New Congress and Board Member, Congressional Action Fund
Member, Board of Directors, Fund for an OPEN Society
Member, National Advisory Board, National Federation for Neighborhood Diversity
Member, National Advisory Board, Leadership Council for Metropolitan Open Communities
Chairman, Task Force on Devolution of Power to the States, Southern Education Foundation
Member, Research Advisory Committee, Chicago Panel on Public School Finances
Member and Chair, Research Advisory Committee, Chicago Urban League
Member, Board of Directors, Chicago Urban League
Member, Board of Advisors, Designs for Change
Member, National Advisory Committee, NAACP Archives and Library
Board Member, The Regional Partnership, 1989-91
Member, Advisory Committee, Constitutional Rights Foundation, Chicago
Vice President, Edmonds-Peabody PTA, Washington, DC
Volunteer work in many political campaigns
Volunteer work with Ralph Nader on American Indian issues, 1966
Member Advisory Boards or faculty associate of the following:
Urban Education Advisory Board, ASCD, Council of Urban

25

Boards of Education, National School Boards Association,
Community 2000, Leadership Conference on Civil Rights,
Poverty and Race Research Center, Hispanic Border
Leadership Initiative, International Reading Association.
Member, Committee on Women's Employment and Related Social Issues, National Academy of
    Sciences, which prepared report: *Women's work, men's work: Sex segregation on the job.*
    (Washington: National Academy Press, 1986).

**Research Grants and Contracts:**

> Carnegie Corporation
> Ford Foundation
> Spencer Foundation
> Joyce Foundation
> MacArthur Foundation
> Gates Foundation
> Mott Foundation
> Woods Charitable Fund
> U.S. Dept. of Housing and Urban Development
> U.S. Dept. of Education
> Southern Education Foundation
> Schwartz Foundation
> Primerica Foundation
> Lilly Endowment
> Gunn Foundation
> Smith-Richardson Foundation
> Mellon Foundation
> Rockefeller Foundation
> Graustein Foundation
> Atlantic Philanthropies
> Knight Foundation
> Irvine Foundation
> Eleanor Foundation
> Rockefeller Foundation
> Kentucky Council on Postsecondary Education
> Chicago Economic Development Commission
> Open Society Institute
> Pew Hispanic
> Southern Poverty Law Center
> California State Univ. Faculty Association
> Education Commission of the States
> Hewlitt Foundation
> Mellon Foundation
> Buffalo Board of Education
> California Attorney General's Office
> California Endowment

PATRICIA GANDARA

EDUCATION

Ph.D., Educational Psychology, 1979
  University of California, Los Angeles
M.S., Counseling/School Psychology, 1972
  California State University, Los Angeles
B.A., Sociology/English Literature, 1969
  University of California, Los Angeles

Certificate in Spanish Language and Literature, 1974
  Universidad Menéndez-Pelayo, Santander, Spain

EMPLOYMENT HISTORY

| | |
|---|---|
| 2014-present | Professor Emerita/ Research Professor<br>University of California, Los Angeles |
| 2007-2013 | Professor, School of Education and Information Studies<br>University of California, Los Angeles |
| 2000-2006 | Professor, School of Education<br>University of California, Davis |
| 1998-1999 | Visiting Scholar, Graduate School of Education<br>& Civil Rights Project, Harvard University |
| 1995-1998 | Associate Professor, School of Education<br>University of California, Davis |
| 1990-1995 | Assistant Professor, School of Education,<br>University of California, Davis |
| 1987-1990 | Associate Professor, School of Education,<br>California State University, Sacramento |
| 1985-1988 | Director, Education Research Program<br>Assembly Office of Research, California Legislature |
| 1980-1985 | Associate Social Scientist<br>RAND Corporation, Santa Monica, CA |
| 1981 | Lecturer, Graduate School of Education,<br>University of California, Los Angeles |

| | |
|---|---|
| 1979 | Lecturer, Department of Counseling Psychology, University of California, Santa Barbara |
| 1977-1980 | Research Associate, Juárez & Associates, Los Angeles, CA Co-Director, National Evaluation of Bilingual Head Start (Funded by Agency for Children, Youth & Families of HEW) |
| 1972-1975 | Psychologist (Bilingual); Director, Diagnostic Clinic Los Angeles Unified School District |

GOVERNMENTAL BODIES

| | |
|---|---|
| 2011-2017 | Commissioner, White House Commission on Educational Excellence for Hispanics |
| 1990-1992 | Commissioner, California Planning Commission for Educational Technology. (Charged with developing a Master Plan for educational technology for California.  Appointed by the California Legislature) |
| 1981-1986 | Commissioner, California Postsecondary Education Commission, Sacramento, CA (Oversight of all higher education policy for the state) |
| 1976-1979 | Commissioner, Los Angeles County Commission on the Status of Women |

INDEPENDENT RESEARCH ORGANIZATIONS

| | |
|---|---|
| 2007- | Co-Director, The Civil Rights Project/Proyecto Derechos Civiles University of California, Los Angeles |
| 2005-2006 | Director, Center for Applied Policy in Education, University of California, Davis |
| 2003-2006 | Co-Director, Policy Analysis for California Education (PACE) Consortium with UC Berkeley and Stanford University |
| 2000-2009 | Associate Director, Linguistic Minority Research Institute and Director, Education Policy Center, UC Davis |
| 1998-2008 | Board Member, Representing the University of California, West Ed, San Francisco, CA |

RECENT HONORS

| | |
|---|---|
| 2023 | "Outstanding Friend of Public Education," Horace Mann League |
| 2023 | Elected to the American Academy of Arts and Sciences |
| 2023 | Lifetime Achievement Award in Bilingual Education Research, American Educational Research Association, Bilingual SIG |
| 2019 | Medalla de Alfonso García Robles, "Labores en favor de personas migrantes," Universidad Nacional Autónoma de México |
| 2019 | Yvonne B. Burke Los Angeles County Human Rights Commission Award for " bold, dauntless action to advance human relations" |
| 2016 | Presented the first AERA Centennial Lecture in New York entitled "Educating English learners in an anti-immigrant era." |
| 2015 | Distinguished Career Award, Scholars of Color in Education, American Educational Research Association |
| 2015 | Inducted into the National Academy of Education |
| 2014 | Educator of the Year, Loyola Marymount University |
| 2011 | Presidential Citation for Outstanding Contributions to Education Research, American Educational Research Association |
| 2011 | 100 Most Influential Hispanics in the U.S., Hispanic Business Magazine |
| 2011 | Commissioner, White House Commission on Educational Excellence for Hispanics, sworn in by SCOTUS Justice Sotomayor |
| 2011 | Elected Fellow of the American Educational Research Association |
| 2009 | Fellow, Sudikoff Foundation for Education and Media |
| 2009 | Fellow/Lecturer, Sciences Po (Graduate Institute), Paris, France |
| 2005 | Fellow, Rockefeller Foundation Bellagio Center (Italy) |
| 2005 | Distinguished Public Service Award, U of California, Davis |
| 2005 | Outstanding Latino faculty in higher education, American |

3

Association of Hispanics in Higher Education

RECENT FUNDED RESEARCH PROJECTS

| | |
|---|---|
| 2020-2023 | 21st Century Civil Rights Agenda, Gates Fdn, $500,000 |
| 2018-2019 | Dallas Integration Initiatives, Mission Foods, SMU, $20,000 |
| 2018-2019 | Equity in Dual Language Education, Spencer Foundation, $50,000 |
| 2015-present | UC-Mexico Education Initiative, Office of the President of UC, $500,0 00 |
| 2016 | Seizing the Opportunity to Close Achievement Gaps for English Learners, California Community Foundation, $10,000 |
| 2015 | Students We Share, Ford Foundation, $50,000 |
| 2013 | Access to Higher Education and Community Colleges, Ford Foundation, $200,000 |
| 2012 | Factors Influencing Positive Academic Outcomes for Latinas, Eva Longoria Foundation, $75,000 |
| 2012 | Evaluación del Programa IME Becas, Instituto de Mexicanos en el Exterior, Secretaria de Relaciones Exteriores, México, $65,000MN |
| 2012 | Benefits of Bilingualism in the Labor Market, ETS, $50,000 |
| 2010 | Los Estudiantes que Compartimos, Conference in Mexico City on the Students we Share, UC MEXUS   $20,000 |
| 2010 | From Crisis to Possibility: A New Research Agenda for the Education of English Learners, Ford Foundation, $100,000 |
| 2009 | Horne v Flores: Addressing the Needs of the Court, Foundation for Child Development, $10,000 |
| 2008-present | Project SOL, US/Mexico Binational Research Initiative for Secondary Immigrant Students, Irvine Foundation, Gates Foundation, Carnegie Corporation, $1.14 M |
| 2007-10 | Breaking the Chain of Failure:  From Weak High Schools to Higher Performing Community Colleges, Ford Foundation, $250,000 |

| 2007 | English Learner Policy for California, Gates Foundation, $52,000 |
|------|------|
| 2005-06 | Resource Needs for California's English Learners Multi-Foundation Consortium, $40,000 |
| 2005-06 | Latinos in the Community Colleges:  Successful transfer strategies, University of California, Office of the President, $60,000 |
| 2005-06 | US/Mexico Dual Accreditation of secondary curriculum Irvine Foundation, $80,000 |
| 2003-04 | PACE at UC Davis, Hewlett Foundation, $330,000 |
| 2004-05 | Understanding Student Diversity in the Community Colleges, Irvine Foundation, $69,000 |
| 2004-05 | A Survey of Teachers of English Learners, Center for the Future of Teaching and Learning, $41,000 |
| 2004-05 | A Study of Mexican Educational Initiatives for Mexican Students In the US, Instituto de Mexicanos en el Exterior, Secretaria de Relaciones Exteriores, Mexico,  $20,000 USD |
| 2004-05 | US-Mexico Education Initiative, UC MEXUS, $12,000 |
| 2004-05 | Secondary English Learners, Hewlett Foundation, $60,000 |
| 2001-05 | UC ACCORD, Research Working Group, Office of the President of the University of California, $139,00 |
| 2000-01 | Strategies to Increase Diversity in the Health Professions, Bureau of Health Professions, National Institutes of Health, Washington DC. ($41,000) |
| 2000-02 | Puente Research Agenda, Puente Project, Office of the President, University of California, $285,000 |

PROFESSIONAL ORGANIZATIONS

Editorial Advisory Board, American Journal of Education, 2010-present

Editorial Board, American Educational Research Journal, 2008-2013

Editorial Board, Sociology of Education, 2004-2010

5

Chair, Committee on Scholars of Color, American Educational Research Association, 2002-2005

Chair, Annual Award for Social Justice, American Educational Research Association, 2003-2004

Member, Social Justice Action Committee, American Educational Research Association, 2003-2005

Standing Committee on the Program, American Educational Research Association, 1999-2001

President and Treasurer, Sociology of Education Association, 1996-98

President, Sociology of Education Association, 1995-96

Program Chair, Division G, Social Context of Education, American Educational Research Association, 1995-96

Chair, Hispanic SIG, American Educational Research Association, 1992-93

Reviewer for Anthropology and Education Quarterly, American Educational Research Journal, Educational Policy, Educational Evaluation and Policy Analysis, Sociology of Education, Hispanic Journal of Behavioral Sciences, Teachers College Record, Urban Education, Comparative Education Review, Teacher Education Quarterly, Child Development, State University of New York Press, University of Arizona Press, University of California Press, McGraw Hill, Westview Press, Erlbaum, Temple University Press, Harvard University Press, Teachers College Press, Russell Sage Press.

6

PUBLICATIONS

Books, Monographs, and Edited Journal Issues

2021      Gándara, P. & Ee, J. Schools Under Siege:  Immigration Enforcement and Educational Equity.  Cambridge:  Harvard Education Press.

2021      Gándara, P. & Jensen, B.  The Students we Share: Preparing US and Mexican Teachers for Our Transnational Future, Albany: State University of New York Press.

2014      Callahan, R. & Gándara, P. (Eds). *The Bilingual Advantage: Language, Literacy and the U.S. Labor Market*.  Bristol:  UK:  Channel View/Multilingual Matters

2012      Rios-Aguilar, C. & Gándara, P. (Eds). Horne v. Flores and the Future of Language Policy: Special Issue.  *Teachers College Record, 114, 9*

2012      Rios-Aguilar, C. & Gándara, P. (Eds) (Re) Conceptualizing and (Re) Evaluating Language Policies for English Language Learners: The Case of Arizona, Special Issue *Language Policy*, 11, 1

2010      Gándara, P. & M. Hopkins (Eds.) Forbidden Language: English Learners and Restrictive Language Policies.  New York:  Teachers College Press.

2009      Gándara, P. & Contreras, F., The Latino Education Crisis. The Consequences of Failed Social Policies.  Cambridge:  Harvard University Press.

2006      Gándara, P., Orfield, G., & Horn, C. (Eds) Expanding Opportunity in Higher Education, Leveraging Promise.  Albany: State University of New York Press.

2005      Gándara, P., Orfield, G. & Horn, C. (Eds) The Access Crisis in California Higher Education:  Harbinger of the Future: Special Issue. *Educational Policy,* 19, May.

2005      Gándara, P., Latino Achievement: Identifying Models that Foster Success, National Center for the Gifted and Talented, University of Connecticut, Storrs, CT.

2004      Gibson, M., Gándara, P. & Koyama, J. School Connections:  U.S. Mexican Youth, Peers, and School Achievement, New York: Teachers College Press.

2002      Gándara, P. & Moreno, J.  The Puente Project: Issues and Perspectives on

|      | Preparing Latino Youth for Higher Education. *Educational Policy,* 16, September. |
|------|----------------------------------------------------------------------------------|
| 2001 | Cooper, C. & Gándara, P. Special Issue: When Diversity Works: Bridging Families, Peers, Schools, and Communities, *JESPAR,* 6, 1 & 2. |
| 2001 | Gándara, P. with Bial, D. Paving the Way to Postsecondary Education: K-12 Intervention Programs for Underrepresented Youth. Washington D.C.: National Center for Education Statistics. |
| 2000 | Gándara, P. (ed.) The Dimensions of Time and the Challenge of School Reform. Albany: State University of New York Press. |
| 1999 | Gándara, P. and J. Maxwell-Jolly.  Priming the Pump: Strategies for Increasing the Achievement of Underrepresented Minority Undergraduates. New York: College Board |
| 1995 | Gándara, P. Over the Ivy Walls: the educational mobility of low-income Chicanos. Albany: State University of New York Press. |

Journal Articles and Chapters

| 2022 | Gándara, P. "Reflexiones sobre lo que conviene que los maestros mexicanos conozcan sobre la educación básica en Estados Unidos," in Hamann, E. T., Zúñiga, V., & Sánchez García, J. (Eds.) *Lo que conviene que los maestros mexicanos conozcan sobre la educación básica en Estados Unidos* [What Mexican Teachers Need to Know About 'Educación Básica' in the United States]. Monterrey, Mexico: UANL/Secretaria de Educación Nuevo León. |
|------|----------------------------------------------------------------------------------|
| 2021 | Gándara, P. The gentrification of dual language programs: A commentary, *Language Policy,*20, 525-530. |
| 2021 | Gándara, P. & Orfield, G. What shall be the future for the children of migration? —LASANTI and the educational imperative. Chapter 6 In E. Tellez & R. Hinojosa (eds) The Trump Paradox. Berkeley: University of California Press. |
| 2020 | Cuellar, M. & Gándara, P. Promoting access and equity for underrepresented racial minorities? An examination of policies and practices in community college baccalaureate programs, *Community College Review,* 49, 52-75. |
| 2020 | Gándara, P. Equity considerations in addressing English learner segregation, *Leadership and Policy in Schools,* 19, 141-143. |

8

2020        Gándara, P.  The students we share: Falling through the cracks on
            both sides of the U.S.-Mexican border, *Journal of Ethnic and Racial
            Relations,* 43, 38-59

2019        Ee, J. & Gándara, P.  The impact of immigration enforcement on the
            nation's schools, *American Educational Research Journal,* 57, 840-871.

2019        Zárate, M.E. & Gándara, P. Can the LCFF improve teaching and
            learning for EL students? A Review of the emerging research in
            California and directions for future implementation, *Peabody Journal of
            Education,* 94, 157-175.

2019        Mordechay, K., Gándara, P. & Orfield, G. (2019). Embracing the
            effects of demographic change, *Educational Leadership*, 76, 34-43.

2018        Gándara, P. The economic value of bilingualism in the United
            States, *Bilingual Research Journal*, 41, 334-343.

2018        Gándara, P., English Learners: Challenging bias, seeking justice,
            in S. Biegel, R. Kim, & K. Welner, Education and the Law,
            Fifth Edition.  New York: West-Thomson/Reuters (American
            Casebook Series).

2018        Gándara, P. Betraying Our Immigrant Students, *Phi Delta Kappan,*
            100, 48. September.

2017        Gándara, P.  English learners, immigrant students, and the challenge of
            time. In Saunders, M., Ruiz de Velasco, J, & Oakes, J. (eds), Learning
            Time in Pursuit of Educational Equity.  Cambridge, MA:  Harvard
            Education Press.  Pp. 145-160.

2017        Gándara, P.  The gender divide in education:  Are Latinas really faring
            better than their brothers?  In Salas, S. & Portes, P. (eds).  US
            Latinization:  Education and the New Latino South.  Albany:  State
            University of New York Press.  Pp. 241-250

2017`       Gándara, P.  Deeper learning for English language learners, In Heller, R.,
            Wolfe, R. and Steinberg, A. (eds). Rethinking Readiness.  Deeper
            Learning for College, Work, and Life. Cambridge:  Harvard Education
            Press. Pp. 123-144.

2017        Gándara, P. The potential and promise of Latino students, *American
            Educator,* 41, 4-11, 42-43.

2017        Gándara, P. & Mordechay, K. Demographic change and the new (and no so
            new) challenges for Latino education, *The Educational Forum*, 81, 148-159.

9

2016        Gándara, P. Policy Report Informe: The Students We Share/Los
            estudiantes que compartimos. *Mexican Studies/Estudios Mexicanos* 32.2,
            357-378.

2016        Gándara, P. and Santibañez, L. The Teachers our English
            Learners Need, *Educational Leadership*, 73, 32-37. February.

2016        Gándara, P. and Escamilla, K. Bilingual Education in the United States.
            In O. Garcia and A. Lin (eds), *Encyclopedia of Language and Education.*
            *3rd Edition.* New York: Springer.

2015        Gándara, P. Is U.S. language education policy outdated?
            Washington DC: National Academy of Education.

2015        Gándara, P. Charting the relationship of English Learners and the ESEA:
            One step forward and two steps back, RSF, *Russell Sage Foundation*
            *Journal of Social Sciences,* 1, 3, 112-128.
            https://www.rsfjournal.org/content/rsfjss/1/3/112.full.pdf

2015        Gándara, P. Educating English learners in the aftermath of Horne v Flores.
            In S. Biegel, R. Kim, & K. Welner, *Education and the Law,* Fourth
            Edition. New York: West-Thomson/Reuters (American Casebook Series).

2015        Martinez-Wenzl, M. and Gándara, P. Rethinking college access
            Programs: Latinos, immigrants, and community colleges. In P.
            Pérez and M.Ceja (eds), Higher Education Access and Choice for
            Latino Students. New York & London: Routledge. Pp. 153-164.

2015        Rumberger, R., and Gándara, P. Resource needs for educating
            linguistic minority students. In H. Ladd & M. Goertz (eds),
            Handbook of Research in Education Finance and Policy.
            New York & London: Routledge. Pp. 585-606.

2015        Gándara, P. With the future on the line: Why studying Latino education
            is so urgent, *American Journal of Education,* 121, 451-463.

2015        Gándara, P. Rethinking bilingual education, *Educational*
            *Leadership,* 72, 60-65. March.

2014        Gándara, P. & Aldana, U. Brown at 60: Who's segregated now?
            *Education and Administration Quarterly,* 50, 735-748

2014        Gándara, P. & Callahan, R. Looking toward the future:
            Opportunities in a s shifting linguistic landscape, in (Callahan, R &

10

Gándara, P. (eds), The Bilingual Advantage: Language, Literacy and the U.S. Labor Market. Bristol, UK: Multilingual Matters.

2014    Porras, D., Ee, J., & Gándara, P. Employer preferences: Do bilingual applicants and employees experience an advantage? In (Callahan, R & Gándara, P. (eds), The Bilingual Advantage: Language, Literacy and the U.S. Labor Market. Bristol, UK: Multilingual Matters.

2014    Callahan, R. & Gándara, P. Contextualizing bilingualism in the market: New destinations, established enclaves and the information age, in (Callahan, R & Gándara, P. (eds), The Bilingual Advantage: Language, Literacy and the U.S. Labor Market. Bristol, UK: Multilingual Matters.

2013    Hopkins, M., Martinez-Wenzl, M., Aldana, U. & Gándara, P. Cultivating capital: Latino newcomer young men in a U.S. urban high school. Anthropology and Education Quarterly, 44, 286-303.

2013    Gándara, P., Meeting the needs of language minorities, in P. Carter and K. Welner (eds), The Opportunity Gap. New York: Oxford University Press.

2012    Rios-Aguilar, C. & Gándara, P., Horne v Flores and the future of language policy, Teachers College Record, 114, 9

2012    Gándara, P., Educating English learners in the aftermath of Horne v Flores, in Biegel, S. (ed.) Education and the Law, Third Edition, West-Thomson/Reuters (American Casebook Series) 582-594.

2012    Gándara, P. From González to Flores: A return to the Mexican room? In Santa Ana, O. & Bustamante, C. (eds). Arizona Firestorm. Lanham, MD: Roman & Littlefield Publishers.

2012    Maxwell-Jolly, J. & Gándara, P. Teaching all our students well. Teachers and teaching to close the academic achievement gap. In Timar, T. & Maxwell-Jolly, J. (eds) Narrowing the Achievement. Gap: Perspectives and Strategies for Challenging Times. Cambridge: Harvard Education Press. Pp. 163-186.

2012    Gándara, P. & Orfield, G. Why Arizona matters: Historical, legal, and political contexts of Arizona's instructional policies for English learners and U.S. linguistic hegemony, Language Policy, 11, 7-19.

2011    Martinez-Wenzl, M., Pérez, K., & Gándara, P. Is Arizona's approach to educating its English learners superior to other forms of instruction? Teachers College Record, 114, 9 (online version; print version due in 2013).

2011        Gándara, P., & Orfield, G. Segregating Arizona's English learners: A
            return to the "Mexican Room"? *Teachers College Record,* 114, 9 (online
            version; print version due 2013).

2011        Gándara, P. Latinos, language, and segregation: Options for a
            more integrated future, in Frankenberg, E., & DeBray, E. (Eds.).
            Integrating Schools in a Changing society: New policies and Legal
            Options for a Multiracial Generation. University of North
            Carolina Press. Pp. 265-278.

2010        Gándara, P. Addressing housing equity, *Educational Leadership,*
            68, 31. November.

2010        Gándara, P. Overcoming triple segregation, *Educational
            Leadership,* 68, 60-64. November.

2010        Gándara, P. The Latino Education Crisis, *Educational Leadership,*
            67, 24-30. February 2010.

2009        Gándara, P. & Rumberger, R.   Immigration, Language, and Education:
            How Does Language Policy Structure Opportunity? *Teachers College
            Record,* 111, 6 - 27

2009        Gándara, P., & Gómez, M.C. Language policy in education,
            in B. Schneider, G. Sykes, & D. Plank (Eds.) AERA Handbook on
            Educational Policy Research.  Washington DC: American
            Educational Research Association. Pp. 581-595

2008        Gándara, P. Multiple pathways for immigrant and English Learner
            Students, in J. Oakes & M. Saunders (Eds,). Beyond tracking: Multiple
            Pathways to College, Career, and Civic Participation.  Cambridge:
            Harvard Education Press.

2008        Gándara, P. & G. Baca. NCLB and California's English Language
            Learners. The Perfect Storm, *Language Policy,* 7, 201-216

2008        Gándara, P., Strengthening student identity in school programs, in
            M. Pollock (Ed.) Everyday Anti-racism: Getting Real about Race
            in School.  New York: The New Press.  Pp. 66-74.

2008        Gándara, P., & R. Rumberger, Defining an Adequate Education for
            English Learners, *Education Finance and Policy,* 3, 130-148.

2007        Rumberger, R., & P. Gándara, Resource needs for educating
            linguistic minority students, in H. F. Ladd and E.B.  Fiske, (Eds).

12

Handbook of Research in Education Finance and Policy.  New York: Routledge. Pp. 591-611.

2006    Abedi, J., & Gándara, P., Performance of English Language Learners as a Subgroup in Large-Scale Assessment: Interaction of Research and Policy, *Educational Measurement Issues and Practice*, 25, 36-46.

2006    Maxwell-Jolly, J. & Gándara, P., Critical Issues in the Preparation of Teachers for English Learners in (PACE) Critical Issues in California Education. Berkeley:  PACE

2006    Gándara, P. Strengthening the academic pipeline leading to careers in math, science and technology for Latino students, *Journal of Hispanic Higher Education*.5, 222-237.

2006    Gándara, P. Fragile Futures:  Risk and Vulnerability among Latino high achievers. Policy Brief.  Princeton: ETS

2006    Contreras, F. & Gándara, P.  Latinas/os in the Ph.D. Pipeline:  A Case of Historical and Contemporary Exclusion. In Journey to a Ph.D.: The Latina/o Experience in Higher Education edited by J. Castellanos and A.Gloria. Stylus Publishing.

2005    Gándara, P., Contreras, F., & Santiago, D. Higher Education, in S. Oboler & D. González (Eds) Oxford Encyclopedia of Latinos and Latinas in the United States.  New York: Oxford University Press.

2005    Gándara, P. & Maxwell-Jolly, J. Critical issues in the development of the teacher corps for English learners.  In Waxman, H., Tellez, K. Preparing quality teachers for English Language Learners. Mahweh, NJ: Lawrence Erlbaum Press.

2005    Gándara, P.  Addressing educational inequities for Latino students: The politics of "forgetting." *Journal of Hispanic Higher Education*, 4, 295-313

2005    Gándara, P., Moran, R. & Garcia, E.  Legacy of *Brown*: *Lau* and language policy in the United States, *Review of Research in Education*, 28, 27-46

2004    Callahan, R. & Gándara, P. Nobody's Agenda:  English learners and post-secondary education, in Sadowski, M. (Ed.) Immigrant and English-Language Learners: Strategies for Success.  Cambridge: Harvard Education Press, 2004. 107-127.

2004    Gándara, P. Building bridges to college: The Puente Program, *Educational Leadership*, 62, 56-60.

13

2004        Gándara, P. & Mejorado, M., Putting your money where your mouth is: Mentoring as a strategy to increase access to higher education. In W. Tierney, Z. Corwin, & J. Colyar (Eds) Preparing for College: Nine Elements of Effective Outreach. Albany: State University of New York Press.

2004        Rumberger, R. & Gándara, P., Seeking equity in the education of California's English learners, *Teachers College Record*, 106, 2031-2055

2004        Gándara, P. & Gibson, G., Peers and school performance: Implications for policy, research, and practice, in Gibson, M. Gándara, P. & Koyama, J. School Connections: Peers, Schools, and the Achievement of U.S. Mexican Youth, New York: Teachers College Press. Pp. 173-191.

2004        Gibson, M., Gándara, P., & Koyama, J., The role of peers in the Schooling of U.S. Mexican youth, in Gibson, M., Gándara, P., & Koyama, J. (Eds.), School Connections: Peers, Schools, and the Achievement of U.S. Mexican Youth, New York: Teachers College Press. Pp. 1-17.

2004        Gándara, P. Equitable Access and academic preparation for higher education: Lessons learned from college access programs, in Zwick, R. (ed.), Rethinking the SAT in University Admissions, New York: Routledge Falmer Press. Pp. 167-188.

2004        Gándara, P., O'Hara, S. & Gutiérrez, D. The changing shape of Aspirations, in Gibson, M, Gándara, P. & Koyama, J. (Eds.), School Connections: U.S. Mexican Youth, Peers, and School Achievement. New York: Teachers College Press. Pp. 39-62.

2003        Gándara, P., Rumberger, R., Maxwell-Jolly, J., & Callahan, R. English learners in California Schools: Unequal resources; unequal outcomes, *Educational Policy Analysis Archives*.

2003        Gándara, P., Forward, in D. Leon (Ed.), Latinos in Higher Education. Boston: JAI Press. Pp. ix – xii.

2003        Gándara, P. and Chávez, L., Putting the cart before the horse: Latinos and higher education, in D. López & A. Jiménez (Eds.) Latinos and Public Policy in California, An Agenda for Opportunity. Berkeley: California Policy Research Center, University of California.

2002        Gándara, P., High School Puente: What we have learned about preparing Latino youth for higher education, *Educational Policy*, 16, 474-495

2002 Maxwell-Jolly, J. and Gándara, P., A quest for quality: Providing qualified teachers for California's English learners, in Beykont, Z. (Ed.) The Power of Culture: Teaching Across Language Difference. Cambridge: Harvard Education Press.

2002 Gándara, P., Early intervention for higher education, in J. Forest & K. Kinser (Eds.), Higher Education in the United States: An Encyclopedia. Santa Barbara, CA: ABC-CLIO Publishers.

2002 Gándara, P. Meeting Common Goals: Linking K-12 and Higher Education Interventions, W. Tierney & L. Hagedorn (Eds.), Increasing Access to College. Albany: State University of New York Press.

2002 Gándara, P., Learning English in California: Guideposts for the nation, in M. Suárez-Orozco & M. Páez. (ed.), Latinos. Remaking America. Berkeley: University of California Press.

2001 Gándara, P. Multiculturalism, In D. Levinson, A. Sadovnik, and P. Cookson, Jr. (eds.), Education and Sociology: An Encyclopedia. New York: Falmer Press.

2001 Gándara, P., Gutiérrez, D., & O'Hara, S., Planning for the future in rural and urban high schools, Journal of Education for Students Placed at Risk (JESPAR), 6, 73-93.

2001 Gándara, P., Lost Opportunities: The difficult journey to higher education for underrepresented minority students, in Smedley, B., A. Stith, L. Colburn & C Evans (Eds). The Right Thing to Do, The Smart Thing to Do. Enhancing Diversity in the Health Professions. Washington D.C.: Institute of Medicine. National Academy Press.

2000 Gándara, P. Creating cultures of high achievement, Liberal Education, 86, 14-17.

2000 Gándara, P. In the aftermath of the storm: English learners in the post-227 Era, Bilingual Research Journal, 24, 1-13.

2000 Rumberger, R. and Gándara, P., The schooling of English Learners. In Burr, E., Hayward, G., Fuller, B., & Kirst, M. Crucial issues in California Education. University of California and Stanford University: Policy Analysis for California Education

1999 Genesee, F. and P. Gándara, Bilingual education programs: A cross-national perspective, Journal of Social Issues, 55, 665-685.

1999 Gándara, P. Rethinking time and teacher working conditions, In P.

15

Gándara (ed.), The Dimensions of Time and the Challenge of School Reform.  Albany: SUNY Press.

1999        Gándara, P.  Telling stories of success: Cultural capital and the educational mobility of Chicano students, *Latino Studies Journal*. Winter, Vol. 10, 38-54.

1999        Gándara, P.  Staying in the race: The challenge for Chicanos in higher education.  In Moreno, J. (ed) The Elusive Quest for Equality. Cambridge, MA: Harvard Educational Review Press.

1998        Gándara, P. and López, E., Latino students and college entrance exams: How much do they really matter? *Hispanic Journal of Behavioral Sciences*, 20, 17-38.

1996        Gándara, P.  The challenge of Latino education: Implications for social and educational policy, In A. Yanez (ed), Latino Politics in California. San Diego, CA: Center for US-Mexican Studies.  Pp 89-119.

1994        Gándara, P. and Osugi, L., Educationally ambitious Chicanas, *Thought & Action*, 10, 7-36.

1994        Gándara, P., Choosing higher education: educationally ambitious Chicanos and the path to social mobility, *Education Policy Analysis Archives* 2, 1-46 (2820 lines).

1994        Gándara, P. The impact of the educational reform movement on Limited English Proficient students, In McLeod, B. (Ed.) Language and Learning: Educating linguistically diverse students.  Albany:  SUNY Press.

1994        Gándara, P., Chicana high achievers across two generations: A working paper, in Hurtado, A. and Garcia, E. (eds.), The Educational Achievement of Latinos: Barriers and Successes.  Regents of the University of California, University of California, Santa Cruz, Latino Eligibility Study, 121-148.

1994        Gándara, P. and Fish, J., Year round schooling as an avenue to major structural reform. *Educational Evaluation and Policy Analysis*, 16, 67-86.

1993        Gándara, P. and Merino, B., Measuring the outcomes of LEP programs: exit rates and other mythological data. *Educational Evaluation and Policy Analysis*, 15, 320-338

1992        Gándara, P., Extended year, extended contracts increasing teacher salary options, *Urban Education*, 27. 229-247.

1992    Gándara, P., Language and ethnicity as factors in school failure: The case of Mexican Americans. R. Wollons (Ed.), Children at Risk in America. Albany: SUNY Press.

1989    Gándara, P., Those children are ours: Moving toward community, *Equity and Choice*, 5, 5-12. (Reprinted from NEA Today.)

1989    Gándara, P., Those children are ours: Moving toward community, *NEA Today* 7, 38-43.

1987    Gándara, P., Fighting the myths in the debate over bilingual education, Sacramento Bee, March 6.

1986    Gándara, P., Chicanos and higher education: The politics of self-interest. *American Journal of Education,* 95(1), 256-272.

1982    Gándara, P., Passing Through the eye of the needle: High achieving Chicanas. *Hispanic Journal of Behavioral Sciences*, 4(2), 167-179.

1980    Gándara, P., B. Keogh, & B. Yoshioka-Maxwell, Predicting academic performance of Anglo and Mexican-American kindergarten children, *Psychology in the Schools,* 17, 174-177.

1980    B.K. Keogh, S. Major, H. Omori, P. Gándara, & H.P. Reid., Proposed markers in learning disabilities research. *Journal of Abnormal Child Psychology* 8(1), 21-31.

1978    B. Keogh, S. Major, H.P. Reid, P. Gándara, & H. Omori, Marker variables: A search for comparability generalizability in the learning disabilities field. *Learning Disabilities Quarterly*, 1(3), 5-11.

Major Policy Reports with Broad Distribution

2018    Santibañez, L. and P. Gándara (2018). Teachers Of English Language Learners In Secondary Schools: Gaps in Preparation and Support. The Civil Rights Project/Proyecto Derechos Civiles, UCLA.

2018    Gándara, P. & Ee, J.  The Impact of Immigration Enforcement on the Nation's Schools.  Civil Rights Project/Proyecto Derechos Civiles, Los Angeles:  UCLA.

2017    Gándara, P. Education and Economy: Intertwined and Interdependent.  Paper prepared for University of California conference on NAFTA and the U.S.-Mexico Relationship. Washington, DC.

17

2016        Gándara P. & Cuellar, M.  The Baccalaureate in the California
            Community Colleges: Current Challenges and Future Prospects.  Los
            Angeles: UCLA Civil Rights Project/Proyecto Derechos Civiles.
            http://escholarship.org/uc/item/5877p2pf

2016        Gándara, P. & Acevedo, S.  Realizing the Advantages to a
            Multilingual Workforce.  Los Angeles:  UCLA Civil Rights
            Project/Proyecto Derechos Civiles

2016        Kidder, W. & Gándara, P. Two Decades after the Affirmative Action Ban,
            Evaluating the University of California's Race-Neutral Efforts.  Princeton,
            NJ: Educational Testing Service.

2015        Gándara, P.  The Implication of Deeper Learning for Adolescent
            Immigrants and English Language Learners.  Washington DC: Jobs for the
            Future.

2015        Gándara, P.  Fulfilling America's Future:  Latinas in the U.S. 2015,The
            White House Initiative on Educational Excellence for Hispanics & UCLA
            Civil Rights Project/Proyecto Derechos Civiles.  Washington DC & Los
            Angeles.

2015        Gándara, P.  Is There Really a Labor Market Advantage to Being
            Bilingual in the U.S.?  Princeton:  Educational Testing Service.

2014        Gándara, P. with Zárate, E.  Seizing the Opportunity to Narrow the
            Achievement Gap: Research-based Recommendations for
            Implementation of LCFF for English Learners.  Los Angeles:
            UCLA Civil Rights Project/Proyecto Derechos Civiles

2013        Gándara, P. Making Education Work for Latinas.  Los Angeles:  UCLA
            Civil Rights Project/Proyecto Derechos Civiles, & Eva Longoria
            Foundation.

2013        Gándara, P. with Aldana, U. Diaz, M., Hopkins, M., Martinez,D.,
            Martinez-Wenzl, M. Preparing Secondary English Learners for
            Graduation and College.  Los Angeles:  UCLA Civil Rights
            Project/Proyecto Derechos Civiles.  September 30.

2012        Gándara, P.  California:  A Case Study in the Loss of Affirmative
            Action.  Los Angeles:  UCLA Civil Rights Project/Proyecto Derechos
            Civiles.

2012        Gándara, P., Alvarado, E., Driscoll, A., & Orfield, G.,  Building Pathways
            to Transfer:  Community Colleges that Break the Chain of Failure for
            Students of Color.  Los Angeles:  UCLA Civil Rights Project/Proyecto
            Derechos Civiles.

18

2012        Gándara, P., The Impact of English-Only Instructional Policies on English
            Learners, Colorín Colorado, Online resource for educators.

2011        Gándara, P. & Orfield, G. Squeezed from All Sides. The CSU and the
            Higher Education Crisis in California.  Los Angeles:  UCLA Civil Rights
            Project/Proyecto Derechos Civiles.

2011        Gándara, P. Improving Education for English Learners: Knowledge,
            Rights, and Capacity.  Washington DC: National Research Council,
            Equity Commission, National Academy of Sciences.  October 2011.

2011        Gándara, P.  High stakes and low horizons:  Changing the odds for Latino
            students.  The NEA 2011 Almanac of Higher Education. Washington DC:
            NEA.

2011        Gándara, P.  Addressing root causes of the achievement gap for
            California's Latino youth.  Policy Brief. San Francisco:  West Ed.

2008        Gándara, P. & M. Hopkins, Benchmarking improvements for students of
            color and English learners, in D. Plank (Ed.), Conditions of Education
            2008.  Berkeley CA: Policy Analysis for California Education (PACE).
            Pp. 5 – 16.

2008        Gándara, P. A Preliminary Evaluation of Mexican-sponsored Educational
            Programs in the United States: Strengths, Weaknesses, and Potential,
            Libro de Recursos, Southwest Center for Education Equity and Language
            Diversity, Arizona State University.

2008        Gándara, P., R. Rumberger, & J. Maxwell-Jolly.  Resource Needs for
            English Learners:  Getting Down to Policy Recommendations. UC Santa
            Barbara & UCLA:  UC Linguistic Minority Research Institute (Funded by
            the Bill & Melinda Gates Foundation).

2007        Gándara, P. & R. Rumberger.  Resource Needs for English Learners.
            Stanford:  Stanford University Institute for Research, Policy and Practice.

2005        Gándara, P.  Fragile Futures: Risk and Vulnerability among Latino High
            Achievers.  Princeton:  Educational Testing Service

2005        Gándara, P., Maxwell-Jolly, J., Driscoll, A. Listening to Teachers of
            English Learners. Santa Cruz, CA:  Jointly published with The Center for
            the Future of Teaching and Learning, PACE, and The University of
            California Linguistic Minority Research Institute.  Copyrighted by the
            University of California.

2004        Gándara, P. Latino Achievement:  Identifying Models that Foster Success, Storrs, CT: University of Connecticut, The National Research Center on the Gifted and Talented, October

2004        Gándara, P., Seven Ways in Which we Shortchange the Education of English Learners and What We All Can and Must Do About It, *California Curriculum News Report*, Vol 29, April 2004, pp. 2-3.

2004        Gándara, P. & Maxwell-Jolly, J., Critical Issues in Developing the Teacher Corps for English Language Learners, *The LSS Review*, Mid-Atlantic Regional Educational Laboratory, Vol. 3, No. 1, September.

2004        Gándara, P. & Rumberger, R., Promoting the Academic Success of English Language Learners, Recommendations to the North Carolina Legislature.  May, 2004.

2003        Rumberger, R. & Gándara, P., How Quickly are California English  Learners Reaching English Proficiency? *UCLMRI Newsletter*, Vol 12, No. 3

2003        Grumbach, K., Coffman, J., Rosenoff, E., Muñoz, C., Gándara, P. & Supulveda, E., Strategies for Improving the Diversity of the Health Professions. A Report to the California Endowment.  University of California, San Francisco and Davis.

2002        Gándara, P. & Rumberger, R., The Growing Achievement Gap for California's English Learners, *UCLMRI Newsletter*, Vol 11, No.1

2001        Gándara, P. (with D. Bial).   Paving the Way to Postsecondary Education: K-12 Intervention Programs for Underrepresented Youth. Washington DC:  National Postsecondary Education Cooperative.  National Center for Education Statistics.

2000        Gándara, P. and Maxwell-Jolly, J., Preparing teachers for diversity:  The crisis of quantity and quality.  Santa Cruz, CA:  The Center For the Future of Teaching and Learning.

2000        Gándara, P. Interventions for Excellence, what we know about nurturing high achievement in underrepresented students.  Washington, DC: National Academy of Sciences.

2000        López, E., Puddefoot, G., &  Gándara, P. (Eds.)  A Coordinated Approach to Raising the Socio-economic Status of Latinos in California. Sacramento:  California State Library, California Research Bureau.

1999        Gándara, P., Maxwell-Jolly, J., Stritikus, T., Curry, J., Garcia, E.,  Asato, J., Gutiérrez, K,  The Initial Effects of Proposition 227 on English

Learners.  Santa Barbara:  University of California, Linguistic Minority Research Institute.

1998    Gándara, P., Final Report of the High School Puente Evaluation. Oakland: Office of the President of the University of California.

1998    Gándara, P., Larson, K., Mehan, H., & Rumberger, R., Capturing Latino Students in the Academic Pipeline.  Berkeley, CA: Joint publication of the California Policy Seminar & the University of California Chicano/Latino Policy Center.

1997    Gándara, P. A Review of the Research on the Instruction of Limited English Proficient Students: A Report to the California Legislature.  Santa Barbara, CA: University of California, Linguistic Minority Research Institute. (Commissioned by the California Legislature.)

1992    Gándara, P. Choosing higher education: antecedents of successful outcomes for low income Chicano students. Berkeley: California Policy Seminar.

1992    Berman, P., Chambers, J., Gándara, P., McLaughlin, B., Minicucci, C., Nelson, B., Olsen, L., & Parrish, T. Meeting the Challenge of Language Diversity. Vol. I. Berkeley: BW Associates. (Commissioned by the California State Department of Education.)

1992    Gándara, P. Assessment of LEP students. In P. Berman, J. Chambers, P. Gandara, B. McLaughlin, C. Minicucci, B. Nelson, L. Olsen, and T. Parrish. Meeting the Challenge of Language Diversity. Vol. II. Berkeley: BW Associates. Pp. 25-42. (Commissioned by the California State Department of Education.)

1986    Gándara, P., & DeLapp, L., The Orchard Plan. A new way of delivering K-6 education. Sacramento: Assembly Office of Research. Report No. 0131-A.

1986    Gándara, P. Public Education: The Second Shockwave, in California 2000: A People in Transition. Major Issues Affecting Human Resources, Sacramento: Assembly Office of Research. Report No. 0115-A, 15-25.

1986    Gándara, P., & Sun, A., Bilingual Education: Learning English in California, Sacramento: Assembly Office of Research. Report No. 0118-A.

1983    Gándara, P., & Samulon M., Factors influencing the implementation of Language Assistance Programs, (N-1940-ED) Santa Monica, CA, RAND Corporation.

1980        Gándara, P. Chicano Scholars: Against All Odds (P-6567), Santa Monica,
            CA: The RAND Corporation

1976        Armor, D., Cox M., Gándara P., King N., McDonnell L., Pascal A.,
            Pauley E., & Zellman, G., Analysis of the School Preferred Reading
            Program in Selected Minority Schools, Santa Monica, CA, The RAND
            Corporation

PUBLISHED REVIEWS

2011        Gándara, P. Equal Opportunity in Higher Education: The Past and
            Future of California's Proposition 209, by E. Grodsky and M.
            Kurlaender, *Teachers College Record*, April, 2011. http://
            www.tcrecord.org  ID Number: 16376

2003        Gándara, P. Giants Among Us:  First Generation College Graduates Who
            Lead Activist Lives, A Review.  *Contemporary Sociology*, 32, 380-81.

1999        Maxwell-Jolly, J. and Gándara, P., Improving Schooling for Language
            Minority Children: A Report of the National Research Council: A Review,
            *Bilingual Research Journal*, 21, on line.  www.brj@asu.edu

1998        Gándara, P.  Trans-Formations: Migration, family life, and achievement
            motivation among Latino adolescents, by Carola & Marcelo Suarez-
            Orozco: A Review, *Teachers College Record*, 99, 598-601.

1997        Gándara, P.  The Leaning Ivory Tower: Latino Professors in American
            Universities by R. Padilla and R. Chavez Chavez (eds), A Review,
            *Anthropology and Education Quarterly*, 28, 140-142.

1982        Gándara, P.  The Politics of Language: The Dilemma of Bilingual
            Education for Puerto Ricans by Pastora San Juan Cafferty and Carmen
            Rivera-Martinez:A Review, *American Journal of Education* 91(3) 396-
            400.

SELECTED RECENT PAPERS AND PRESENTATIONS

"Education, Opportunity, and Social Justice: California's Challenges and its Future," Educator of the Year Address, Loyola Marymount University, April 27, 2014.

"Immigrant Students in the United States: Preparing Teachers to Teach Them," Keynote at 11th Annual Shanghai International Curriculum Forum, East China Normal University, Shanghai China, November 2, 2013

"How Well Prepared are We to Meet the Needs of English Learners?" 66th Annual Education Writers Association Conference, Stanford University, May 4, 2013

"The Latino Education Crisis", Education Writers of America, Washington DC, May 2, 2009.

"Defending diversity, language rights and access to education in the United States", UNESCO, Paris, France, April 9, 2009

"The Latino Education Crisis", American Youth Policy Forum, Russell Building, U.S. Congress, Washington DC, February 27, 2009

"Teaching to a new nation," Education Writers Association & Chicago Public Radio, Chicago, Ill. September 19, 2008

"The crisis in access to higher education in the United States," Symposium on higher education access, Sciences Po, Paris, France, April 18, 2008

"The consequences of resegregation of Latino students," Symposium on school segregation/desegregation in the United States, Institute for the Study of the Americas, University of London, London, April 15, 2008

"The Impact of Lau v Nichols on the education of ELL students," Symposium on the impact of Lau v Nichols, Education Summit of the Office of English Language Acquisition, U.S. Department of Education, Washington DC, October 29, 2007

"A Preliminary Evaluation of Mexican-sponsored Educational Programs in the United States: Strengths, Weaknesses, and Potential." Segundo Simposio Binacional, Monterrey, México, March 1, 2007

"Global families in transition: Latinos in the U,S.," Conference on Educating the Global City, New York University, November 1, 2005

"Expanding Access & Ensuring Diversity in Higher Education: Policy

23

Considerations and Arizona's Challenges," Presentation to the Arizona
Board of Regents, Tempe, AZ, February 8, 2005.

"The impact of Mexican educational initiatives on Spanish speakers in the
US—Preliminary observations", Mexican Migrant Students: US/Mexican
Responses.  Universidad de Monterrey, Monterrey, Mexico, December 3, 2004

"Understanding Latino School Achievement: Implications for Teachers, School
Leaders, and Community Activists."  Keynote at the 2004-2005 Race,
Culture, Identity and Achievement Speakers' Series, Boston Children's Museum,
Boston, MA, November 10, 2004

"Nurturing High Achievement in Latino Youth", Keynote. Crossing the Bridge
Together, Hispanic Achievement Conference, Raleigh, North Carolina, October 8,
2004

"An Education Proposal to the California-Mexico Commission on Science,
Technology and Education", Presentation to the UC –CONACYT Commission,
Mission Inn, Riverside California. June 15, 2004

"Paving the Way to Educational Success." Keynote. Third National PAESMEM
(Presidential Awards for Excellence in Science, Mathematics and
Engineering Mentoring) Conference Contra Costa College, Center for Science
Excellence, Contra Costa, California, May 1, 2004

"Addressing Educational Inequities for Latino Students: The Politics of
"Forgetting", Latino Students in Higher Education, Arizona State University,
Tempe, April 30, 2004

"(Des)Conexciones: Connecting and Disconnecting in School: Peers,
 Achievement and Mexican-Origin youth", American Educational Research
Association Conference, San Diego, CA, April 16, 2004.

"The Legacy of Brown: Lau and Language Policy in the U.S.", American
Educational Research Association Conference, San Diego, CA, April 13, 2004.

"The status of English Learners in the U.S. What do we know and what do we
NOT know?  Educational Testing Service (ETS) Issues Forum, Chauncey
Conference Center, Princeton, New Jersey, March 31, 2004.

Capturing Latino Students in the Academic Pipeline, What can we do?,"
Celebrating Educational Opportunities," California, Arizona, New Mexico and
Texas School Boards Association Conference, Manchester Grand Hyatt, San
Diego, CA, March 20, 2004

"Inquietudes sobre los logros académicos de los estudiantes de orígen Mexicano

en los EU", Simposio Binacional Mexico-EU de Investigadores en Educación, Universidad Nacional Pedagógica, Mexico City, March 12, 2004

Seven Ways in Which We Shortchange the Education of English Learners and What WE All Can and Must Do about It", NCLB: Rising to the Challenge—Discovering Opportunities Conference, Asilomar, CA February 19, 2004

"Expanding Opportunity in Higher Education: What We Have Learned", Expanding Opportunity in Higher Education Conference, University of California and Civil Rights Project at Harvard University, Sacramento, CA, October 23-24 2003.

"Capturing Latino Students in the Academic Pipeline, What can we do?"  Cesar Chavez Institute, San Francisco State University, San Francisco, March 28, 2003

"The Inequitable Treatment of English Learners in California's Public Schools", WestEd, San Francisco, CA, March 27, 2003

"Why the K-16 Master Plan Matters for California's Students", K-16 Master Plan Capitol Press Conference, State Capitol, Sacramento, CA, March 13, 2003.

"The Status of English Learner Achievement in California", Assembly Education Hearing on the Education of English Learners, State Capitol, Sacramento, CA, February 5, 2003.

"Applying the Lessons of College Preparation Programs to Intervention Efforts in Mathematics", Chicago Public Schools, Chicago, Ill, January 31, 2003.

"What we can and must do to address the achievement gap for English Learners", Keynote.  4th Annual Accountability Institute, California Department of Education, "English Learners and Immigrant Students," Santa Barbara, CA, December 8, 2002

"Closing the Higher Education Achievement Gap for Under-represented Students", Early Awareness Collaboration Conference, Keynote. Metropolitan University, Minneapolis, Minnesota, October 11, 2002

"California Higher Education and Diverse Cultural Identities: New Dynamics for Traditional Roles", 14th Annual Envisioning California Conference, Sacramento Convention Center, Sacramento, CA. September 27, 2002

"The status of English Learners in California Post-Proposition 227" (with Russ Rumberger) at Education Writers Association Conference, Schwab Center, Stanford University, September 5, 2002.

25

"What We Have Learned about Increasing Access to Higher Education in the United States," Keynote for Meeting the Challenge Conference, Department for Education and Skills, Government of Great Britain, London, England, June 26, 2002.

"The Effects of the Unz Initiative on California's English Learners", Harvard Civil Rights Roundtable, Bilingual Education: What's at Stake for Massachusetts? Harvard Law School, Harvard University, June 3, 2002.

"Learning English in California" at the *Latinos: Remaking America* WGBH Forum, Askwith Hall, Harvard University, May 2, 2002.

"An overview of the High School Puente Project: Description and empirical Findings," American Educational Research Association Conference, New Orleans, LA, April 4, 2002.

"Testimony on the Status of Education for English Learners in California Schools," Assembly Education Hearing, State Capitol, Sacramento, CA, February 20, 2002

"Educational equity and academic preparation," Rethinking the SAT.  The Future of Standardized Testing in University Admissions, University of California, Santa Barbara, November 17, 2001.

"The ongoing impact of Proposition 209 on the University of California, Florida Education Fund McKnight Scholars Conference, Tampa Bay, FL, October 19, 2001.

"Evaluating academic interventions: what do we know and don't we know?" American Youth Policy Forum on Raising Minority Achievement, Washington DC, September 21, 2001.

"Can academic intervention programs close the achievement gap?" Presentation to the California K-16 Master Plan Committee on Student Learning, San Francisco, CA, July 21, 2001.

"The schooling of English Learners."  Policy Forum for University of California, Merced and Bakersfield County Office of Education, Bakersfield, June 21, 2001.

"What can outreach really do?"  Federal and Sate Roles in Improving K-16 Education, Conference sponsored by National Council for Community and Education Partnerships, Mandalay Bay, CA April 21, 2001.

"Keeping minority students in the academic pipeline: What we know and what We can predict," Conference on Strategies for Improving Diversity of the Health

26

Professions, University of California at San Francisco and the California Endowment, March 29, 2001.

"Lost opportunities: the difficult journey to higher education for underrepresented minority students, Nickens Symposium on Diversity in Health Professions, National Institute of Medicine of the National Academy of Sciences, Washington, DC, March 16, 2001.

"Why Evaluate?" Workshop on Program Evaluation, Nellie Mae Foundation, Providence, Rhode Island, February 22, 2001.

"English learners in the wake of Proposition 227: How are they faring?" Uncommon Knowledge, Nationally broadcast PBS program, December 13, 2000.

"The status of English learners in California," Presentation at the California Legislature, Sponsored by Policy Analysis in California Education (PACE), State Capitol Building, December 12, 2000.

27

# **Exhibit B**

## References

American Councils for International Education (2021). 2021 Canvass of Dual Language and Immersion (DLI) Programs in US Public Schools. Washington DC: American Councils.

Bowen, W.. and Bok, D. (1998). The Shape of the River. Princeton: Princeton University Press.

Carpenter-Huffman, P. and Samulon, M. (1981), Case studies of delivery and cost of bilingual education. (N-1684-ED). Santa Monica, CA: RAND Corporation

Gándara, P. (2012). Is there a labor market advantage to being bilingual? Princeton, NJ: Educational Testing Service.

Gándara, P. and Acevedo, S. (2016). Realizing the economic advantages of a multilingual workforce. Los Angeles, CA: Civil Rights Project/Proyecto Derechos Civiles.

Gándara, P. and Rumberger, R. (2009). "Immigration, Language and education: How does language policy structure opportunity?" Teachers College Record, 111. Figure 4. Percentage of LEP students by grade level, California and Texas, 2005.

Gándara, P. and Rumberger, R. W. (2008). Defining an adequate education for English learners. Education Finance and Policy, 3(1), 130-148

Gándara, P. and Rumberger, R. (2006). Resource needs for California's English Learners. Santa Barbara. CA: University of California Linguistic Minority Research Institute.

Jimenez-Castellanos, O., & Topper, A. M. (2012). The cost of providing an adequate education to English language learners: A review of the literature. Review of Educational Research, 82(2), 179-232.

Parrish, T.B. (1994). A cost analysis of alternative instructional models for Limited English Proficient students in California, Journal of Education Finance, 19, 256-278.

Porras, D., J. Ee, and P. Gándara (2014). Employer preferences: Do bilingual applicants and employees experience an advantage? in R. Callahan and P. Gándara (eds), The Bilingual Advantage: Language, Literacy and the US Labor Market. Bristol, UK: Multilingual Matters. Pp.234-260.

Porter, L., Vasquez-Cano, M. and Umansky, I. (2023).   The Case for Bilingual Education: Evidence and Pathways.  Los Angeles, CA: Civil Rights Project/Proyecto Derechos Civiles.

Rumbaut, R. (2014) English Plus: Exploring the Socioeconomic Benefit of Bilingualism in Southern California, in R. Callahan and P. Gándara (eds), The Bilingual Advantage: Language, Literacy and the US Labor Market.  Bristol, UK: Multilingual Matters. Pp.182-210.

Rumberger, R. (2011).  Dropping Out.  Cambridge, MASS: Harvard University Press.

Rumberger, R. and Gándara,P. (2015).   Resource needs for educating linguistic minority students, in H. Ladd and M.Goertz (eds), Handbook of Research in Education Finance and Policy. New York: Routledge. Pp 585-606.

Santibañez, L. and Zárate, M.E. (2014).   Bilinguals in the US and College Enrollment, in R. Callahan and P. Gándara (eds), The Bilingual Advantage: Language, Literacy and the US Labor Market.  Bristol, UK: Multilingual Matters. Pp.211-233.

Umansky, I. M., and Reardon, S.F. (2014). Reclassification patterns among Latino English learner students in bilingual, dual immersion, and English immersion classrooms. American Educational Research Journal, 51(5), 879-912

US Bureau of Labor Statistics (2022). Education Pays, 2021.  Washington DC. Bureau of Labor Statistics.



AO386-B

**DEFENDANT'S EXHIBIT**

CASE
NO. 6:23-CV-00007

EXHIBIT
NO. 137

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.,* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.,* | § | |
| | § | |
| *Defendants,* and | § | JUDGE DREW B. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.,* | § | |
| | § | |
| *Intervenor Defendants.* | § | |

# INTERVENOR DEFENDANTS' TAB 137, ECF 175-72

<div style="border: 1px solid black; text-align: center;">

**EXHIBIT**

**U**

</div>

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

The STATE OF TEXAS; the STATE OF §
ALABAMA; the STATE OF ALASKA; the §
STATE OF ARKANSAS; the STATE OF §
FLORIDA; the STATE OF IDAHO; the STATE §
OF IOWA; the STATE OF KANSAS; the §
COMMONWEALTH OF KENTUCKY; the §     Civil Action No. 6:23-CV-00007
STATE OF LOUISIANA; the STATE OF §
MISSISSIPPI; the STATE OF MISSOURI; the §   Judge Drew M. Tipton
STATE OF MONTANA; the STATE OF §
NEBRASKA; the STATE OF OHIO; the §
STATE OF OKLAHOMA; the STATE OF §
SOUTH CAROLINA; the STATE OF §       **EXPERT    DECLARATION    OF**
TENNESSEE; the STATE OF UTAH; the §   **JENNIFER HUNT**
STATE OF WEST VIRGINIA; and the STATE §
OF WYOMING, §
§
§
        *Plaintiffs,* §
§
v. §
§
§
§
§
UNITED STATES DEPARTMENT OF §
HOMELAND SECURITY; ALEJANDRO §
MAYORKAS, Secretary of the United States §
Department of Homeland Security, in his official §
capacity; U.S. CITIZENSHIP AND §
IMMIGRATION SERVICES; UR JADDOU, §
Director of CUSTOMS & BORDER §
PROTECTION; TROY MILLER, Acting §
Commissioner of U.S. Customs & Border §
Protection, in his official capacity; U.S. §
IMMIGRATION & CUSTOMS §
ENFORCEMENT; and TAE JOHNSON, Acting §
Director of U.S. Immigration & Customs §
Enforcement, in his official capacity, §
§
        *Defendants,* and §
§
§
§
VALERIE LAVEUS; FRANCIS ARAUZ; §

| PAUL ZITO; ERIC SYPE; KATE | § |
| SUGARMAN; NAN LANGOWITZ; and | § |
| GERMAN CADENAS, | § |
| | § |
| *Intervenors.* | § |
| | § |

## EXPERT DECLARATION OF JENNIFER HUNT

JENNIFER HUNT declares pursuant to 28 U.S.C. § 1746:

       1.     I am a Professor of Economics at Rutgers University and a Fellow of the

Society of Labor Economists. From 2013-2014, I served as the U.S. Department of Labor's Chief

Economist. From 2014-2015, I served as Deputy Assistant Secretary for Microeconomic Analysis

at the U.S. Department of the Treasury. Prior to joining Rutgers in 2011, I held positions at McGill

University, the University of Montreal and Yale University. I hold a Ph.D. in Economics from

Harvard University and a Bachelor's degree in Electrical Engineering from the Massachusetts

Institute of Technology. My current research focuses on the geographic spread of technology,

immigration and wage inequality.

### Assignment

       2.     It is my understanding that a coalition of 21 states have sued the Department

of Homeland Security in *Texas v. Department of Homeland Security*, Case No. 6:23-cv-000027,

to challenge four new parole processes that enable individuals with lawful status here in the U.S.

to sponsor nationals of Cuba, Haiti, Nicaragua, and Venezuela for travel to the United States,

parole, and employment authorization for up to two years. In briefing to the court, the plaintiff

states have alleged that "[t]he basic economic laws of supply and demand are in effect in Texas;

the necessary effect of authorizing illegal aliens to work in Texas is increase the supply of laborers

2

and therefore depress the wages paid to Texans who are legally present in the United States."[1] I have been engaged by counsel for the Intervenor Defendants in this case to evaluate these assertions made in the Plaintiff States' pleadings. As a matter of personal principle, I have declined counsel's offer of compensation for the time I have spent preparing this declaration.

**Summary of Opinion**

3.      Notwithstanding the Plaintiff States' assertion that an increase in immigration automatically depresses the wages paid to state residents "who are legally present in the United States," the notion that inflows of immigrants threaten domestic jobs and wages is contrary to the results of a very large body of established and accepted economic research, including my own. Such a view is rooted in a simplified, static model of labor demand and supply that assumes, erroneously, that there is a fixed amount of work in a society, such that any job held by an immigrant or foreign-born worker could be held by a native-born worker. In reality, the number of jobs available depends on myriad economic factors and is never stable. The most accurate way to gauge the net impact of immigration on the economy is to analyze all the economic effects produced over time, including how firms and local economies respond to immigrant inflows by expanding, investing, adjusting product specialization, adopting efficient technologies, and creating new businesses. Data show that immigrants expand the U.S. economy's productive capacity, stimulate investment, increase aggregate demand, and promote specialization that in the

---

[1] Plaintiff States' Motion for Preliminary Injunction at 13-14, February 14, 2023, Case No. 06:23-cv-000027.

long run boosts productivity.[2]   There is a consensus among economists that the net result for

workers born in the United States is no change in employment and little or no change in wages.[3]

**Opinion**

       4.     As an initial matter, it is unclear why Texas points to the alleged impact that

undocumented individuals have on wages when the parole processes at issue in this suit provide

work authorization and temporary legal status in the United States.   The alleged effects of

undocumented workers are not relevant to the inquiry of what impact the beneficiaries of these

parole processes may have on wages paid to native-born workers in Texas.

       5.     In any event, Texas's assertion that an increase in the supply of new laborers

automatically depresses the wages paid to Texans who are legally present in the United States

betrays a misunderstanding of how the economy functions.   When the population grows, whether

due to a higher birth rate or due to immigration, the new residents consume goods and services,

expanding the markets for firms. In response to the expanded markets, firms increase their capital

and hire new workers.   The most likely outcome of immigration is that employment and the

production of goods and services rise, while wages and prices stay the same.   It does not follow,

---

[2] *See, e.g.*, Giovanni Peri, *The effect of immigration on productivity: Evidence from U.S. states*, 94 Rev. of Econ. And Stats. 348 (2012).

[3] See Nat'l Acad. Of Scis., Eng'g., & Med., *The Economic and Fiscal Consequences of Immigration* 266 (The National Academies Press 2017) ("[M]any studies conclude that, economy wide, the impact of immigration on average wages and employment is small"); see also Michael Clemens & Jennifer Hunt, The Labor Market Effects of Refugee Waves: Reconciling Conflicting Results, 72 ILR Rev. 818, 818-857 (2019), https://journals.sagepub.com/doi/abs/10.1177/0019793918824597; Giovanni Peri & Vasil Yasenov, *The Labor Market Effects of a Refugee Wave: Applying the Synthetic Control Method to the Mariel Boatlift* (Nat'l Bureau of Econ. Research, Working Paper No. 21801, 2015), http://nber.org/papers/w21801.

for example, that because Connecticut's population is small compared to that of New York, Connecticut's wages are higher.

6.       Indeed, in 2017, the National Academies of Sciences, Engineering, and Medicine ("NAS") published an exhaustive, 642-page Consensus Study Report entitled "The Economic and Fiscal Consequences of Immigration" (the "NAS Report"). The NAS Report, the product of three years of research and deliberation, represents the consensus of a panel of fourteen established, respected economists and sociologists across the policy and political spectrum, including myself, as well as "immigration sceptics" who favor immigration restriction, such as George Borjas. The report's unanimous conclusion was that *immigration increases economic growth while having no negative impact on native employment and little or no impact on average native wages.*[4] As a member of the expert panel that produced the NAS Report, I agree with its findings.

7.       Importantly, it is the consensus of the NAS panel of experts that the inflow of foreign-born workers, through visas and other legal channels, is integral to the nation's economic growth.[5] Such inflows supply workers, which increases GDP, and have helped the United States avoid the problems facing stagnant economies created by purely demographic forces—in particular, an aging (and, in the case of Japan, a shrinking) workforce.[6]

---

[4]  The Nat'l Acad. Of Scis., Eng'g., and Med., *The Economic and Fiscal Consequences of Immigration* 5-6 (The National Academies Press 2017), https://doi.org/10.17226/23550.

[5] *Id.* at 317.

[6] *Id.* at 6.

8.      Even less-skilled workers contribute to the American economy by diversifying the skills of the workforce and thus increasing specialization and productivity.[7] Most less-educated, less-skilled immigrants do not have the language and communication skills of native-born workers.  Their arrival therefore leads native-born workers in occupations favored by such immigrants to move into more language and communication-intensive occupations, mitigating negative wage effects and increasing the degree to which workers specialize in what they do best. Native-born workers in certain other occupations are complementary to less-skilled immigrant workers, because the skills of the different worker types must be combined to produce a good or service.  This means that demand for native-born workers in these occupations increases with the arrival of low-skilled immigrants, and consequently their wage does too.

9.      There is simply no economic or evidentiary basis for the Plaintiff states' assertions that an increase in immigrants will "increase the supply of laborers and therefore depress the wages paid to Texans who are legally present in the United States."

I declare under penalty of perjury that the foregoing is true and correct.

Jennifer Hunt

Executed on 18 June 2023 at New York, New York.

---

[7] *See* Giovanni Peri & Chad Sparber, *Task Specialization, Immigration, and Wages*, 1 Am. Econ. J.: Applied Econ. 135 (2009), http://giovanniperi.ucdavis.edu/uploads/5/6/8/2/56826033/peri_sparber_task_specialization_immigration_2010.pdf.



AO388-B

DEFENDANT'S
EXHIBIT

CASE
NO. 6:23-cv-00007

EXHIBIT
NO. 138

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, *et al.,* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.,* | § | |
| | § | |
| *Defendants,* and | § | JUDGE DREW B. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.,* | § | |
| | § | |
| *Intervenor Defendants.* | § | |

# INTERVENOR DEFENDANTS'
# TAB 138, ECF 175-73

<div style="border: 1px solid black; float: right;">

**EXHIBIT**

**V**

</div>

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| The STATE OF TEXAS; the STATE OF ALABAMA; the STATE OF ALASKA; the STATE OF ARKANSAS; the STATE OF FLORIDA; the STATE OF IDAHO; the STATE OF IOWA; the STATE OF KANSAS; the COMMONWEALTH OF KENTUCKY; the STATE OF LOUISIANA; the STATE OF MISSISSIPPI; the STATE OF MISSOURI; the STATE OF MONTANA; the STATE OF NEBRASKA; the STATE OF OHIO; the STATE OF OKLAHOMA; the STATE OF SOUTH CAROLINA; the STATE OF TENNESSEE; the STATE OF UTAH; the STATE OF WEST VIRGINIA; and the STATE OF WYOMING, | § § § § § § § § § § § § | Civil Action No. 6:23-CV-00007 Judge Drew M. Tipton **EXPERT DECLARATION OF LEIGHTON KU** |
| *Plaintiffs,* | § § | |
| v. | § § | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR JADDOU, Director of CUSTOMS & BORDER PROTECTION; TROY MILLER, Acting Commissioner of U.S. Customs & Border Protection, in his official capacity; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; and TAE JOHNSON, Acting Director of U.S. Immigration & Customs Enforcement, in his official capacity, | § § § § § § § § § § § § § | |

|  | § |
| --- | --- |
| *Defendants*, and | § |
|  | § |
| VALERIE LAVEUS; FRANCIS ARAUZ; | § |
| PAUL ZITO; ERIC SYPE; KATE | § |
| SUGARMAN; NAN LANGOWITZ; and |  |
| GERMAN CADENAS, | § |
|  | § |
| *Intervenors.* | § |

## EXPERT DECLARATION OF LEIGHTON KU

LEIGHTON KU declares pursuant to 28 U.S.C. § 1746:

  1.  I have personal knowledge of and could testify in Court concerning the following statements of fact.

  2.  I am a Professor of Health Policy and Management and Director of the Center for Health Policy Research at the Milken Institute School of Public Health, George Washington University, in Washington, DC. I have attached my Curriculum Vitae as Exhibit A to this Declaration.

  3.  I am a nationally known health policy researcher with over twenty-five years of experience. I have conducted substantial research about immigrant health and about health care and costs. I have authored or co-authored more than a dozen articles and reports about immigrant health issues, including articles in peer-reviewed journals such as Health Affairs and American Journal of Public Health, as well as scholarly reports published by diverse non-profit organizations including the Social Science Research Network, the Migration Policy Institute, the Cato Institute and the Commonwealth Fund. I have testified before the U.S. Senate Finance

Committee about immigrant health issues and provided analyses and advice on immigrant health to various state governments and non-governmental organizations.

       4.     I have expertise in health and public policy and in quantitative and economic data analysis. I have conducted quantitative analyses for most of my career, including analyses for a federal agency, two think tanks, and now at a university. I have taught statistical analysis and research methods at the graduate school level for over twenty-five years, training hundreds of graduate students. I have authored or co-authored more than 100 papers in peer-reviewed journals and hundreds of other reports, most of which were quantitative analyses. I have consulted with the Congressional Budget Office and numerous federal and state agencies.

       5.     I have served as a health expert in various immigration-related federal court cases. I provided an expert declaration about the effects of terminating Deferred Action for Childhood Arrivals on health insurance coverage and states in *State of New York, et al. v Trump, et al.*[1] in November 2017 and in *State of Texas v. United States, et al. and Karla Perez, et al.* in June 2018.[2] In September 2019, I provided three versions of an expert declaration regarding public health effects of the Department of Homeland Security's "public charge" rule in *La Clinica de la Raza, et al. v Donald Trump, et al.,* in the U.S. District Court, Northern District of California, *Make the Road, et al. v Kenneth Cucinelli, et al.* and in *State of New York, et al. v U.S. Department of Homeland Security* in the U.S. District Court, Southern District of New York. In May 2020, I provided an expert declaration on the impact of paid leave amid the coronavirus pandemic in *State of New York v. U.S. Dep't of Labor, et al.*[3] On July 29, 2020, I provided an expert declaration in

---

[1] Declaration of Leighton Ku in *State of New York, et al. v Donald Trump, et al.* in U.S. District Court for the Eastern District of New York, Nov. 22, 2017.
[2] Declaration of Leighton Ku in *State of Texas v. United States of America, et al. and Karla Perez, et al., Defendant-Intervenor* in U.S. District Court for the Southern District of Texas, Brownsville Division, June 14, 2018.
[3] Declaration of Leighton Ku in *State of New York v. U.S. Dep't of Labor et al.* in U.S. District Court for the Eastern District of New York, May 5, 2020.

*Domingo Gomez v. Donald J. Trump* (regarding a Presidential Proclamation about limiting entry

of immigrants in light of COVID-19 pandemic) in the U.S. District Court, District of Columbia.[4]

On September 1, 2020, I wrote an expert declaration in *State of New York v. Donald J. Trump*

(regarding health harm of postal service delays) in the U.S. District Court, District of Columbia.[5]

I have not provided testimony in any other court cases in the past four years.

6.      I also have knowledge of health insurance and employment through my role

as a voluntary (unpaid, appointed) Executive Board member for the District of Columbia's Health

Benefits Exchange Authority, which governs the District's health insurance marketplace formed

under the federal ACA. This includes oversight of health insurance for small businesses as well

as individual health insurance in the District of Columbia.

7.      I have a PhD. in Health Policy from Boston University (1990) and Master

of Public Health and Master of Science degrees from the University of California at Berkeley

(1979). Prior to becoming a faculty member at George Washington University, I was on the staff

of the Urban Institute and the Center on Budget and Policy Priorities.

8. I have been engaged by counsel for the Intervenors in this case to evaluate certain

assertions made by the Plaintiff States in *Texas v. Department of Homeland Security*, filed in the

Southern District of Texas, Victoria Division, on January 24, 2023. The lawsuit challenges four

new humanitarian parole programs, announced and implemented at the beginning of this year,

which allow U.S. citizens and other residents with lawful status to sponsor nationals of Cuba, Haiti,

Nicaragua, and Venezuela, for advance authorization to travel to the United States, and to be

considered for temporary parole and employment authorization for up to two years. *See, e.g.,*

---

[4] Declaration of Leighton Ku in *Gomez v. Trump* in U.S. District Court for the District of Columbia, July 31, 2020.
[5] Declaration of Leighton Ku in *State of New York v. Donald J. Trump*, in U.S. District Court for the District of
Columbia, Sept. 1, 2020.

Implementation of a Parole Process for Haitians, 88 Fed. Reg. 1243, 1246 (Jan. 9, 2023). I have agreed to receive payment in the amount of $1,500 total to compensate for my expert analysis.

**Plaintiff States' Claims Regarding Health Harm Posed by the New Parole Policy**

9.  In their Motion for Preliminary Injunction (filed Feb. 14, 2023) the Plaintiff States assert that Texas sustains harms because it "funds three healthcare programs that require significant expenditures to cover illegal aliens: the Emergency Medicaid Program, the Family Violence Program, and the Texas Children's Health Insurance Program" (page 12). They also assert that "Texas also incurs costs for uncompensated care provided by state public hospital districts to illegal aliens" (page 12). More detailed information was provided in a declaration from Ms. Susan Bricker, a manager at the Texas Health and Human Services Commission (signed Jan. 7, 2023, Exhibit E filed by the States) who addressed expenses borne by Texas for care provided by undocumented immigrants. I have also reviewed a number of documents submitted by the Plaintiff States that appear to be additional documentation for Ms. Bricker's declaration, contained in a file called "Custodian-HHSC docs.zip." These are mostly repetitive documents related to declarations submitted by other Texas officials between 2019 and 2021, similar in nature to Ms. Bricker's declaration.

10. First of all, it is important to note that the Biden Administration's parole policy concerns granting temporary legal status under a two-year parole to specified classes of immigrants from Cuba, Haiti, Nicaragua and Venezuela, who: (1) have supporters in the U.S. who agree to be financially responsible for the parolees, (2) undergo security vetting, (3) meet other eligibility criteria such as medical testing, and (4) warrant a favorable exercise of discretion. Since the policy provides for temporary legal status, the States' concerns about undocumented or illegal immigrants are irrelevant. The parolee status means they have legal status and are not

5

undocumented. In addition, the parolees are far fewer in number than the number of undocumented immigrants and have different characteristics, so the information is not applicable to this case.

11. Contained within the exhibits submitted by the Plaintiff States is an Excel spreadsheet (TEXAS_00162.xlsx) that contains estimates of the number of non-citizen immigrants from Cuba, Haiti, Nicaragua or Venezuela with at least one paid claim for Emergency Medicaid (371 persons) or CHIP-Perinate services (625 persons) on or after Jan. 2019. The state does not provide any further information about this spreadsheet. The spreadsheet purports to provide data about non-citizen immigrants from those four nations, but does not indicate other relevant information, such as what their legal status is, how long they have been in the United States, where the information comes from, nor does it indicate whether the Administration's parole policy would affect these numbers or how much they cost. As of January 2023, Texas had 5,508,856 Medicaid beneficiaries and 304,952 CHIP beneficiaries (according to data reported by the state to the federal government (https://www.medicaid.gov/medicaid/program-information/medicaid-and-chip-enrollment-data/report-highlights/index.html). That is, the Cuban/Haitian/Nicaraguan/Venezuelan people that have been tabulated by the state constituted 0.007% of Texas Medicaid beneficiaries and 0.2% of CHIP beneficiaries; they constitute a very miniscule share of Texas' Medicaid or CHIP cost burdens.

12. Moreover, the claims about emergency Medicaid, the Children's Health Insurance Program (CHIP) and uncompensated care provided by state public hospitals are misleading. Federal policies benefit Texas and other States, not hurt them. Except for emergency Medicaid services, undocumented immigrants are not eligible for Medicaid or CHIP services under

6

federal law and policy.[6]  In some circumstances, such as those described by Ms. Bricker (page 3), a pregnant teenager who is undocumented may be eligible for Medicaid or CHIP prenatal coverage if the state has adopted an "unborn child" coverage policy; this can authorize prenatal care for the immigrant mother to benefit her unborn child, who will be born in the United States and therefore will be a native-born citizen.  Under this policy, the unborn child -- who will be a citizen and directly eligible for Medicaid or CHIP -- is the intended beneficiary and prenatal care is offered to the mother in order to protect the health of the unborn child; the undocumented mother is not otherwise eligible for Medicaid or CHIP coverage.[7]

13.     The Plaintiff States appear to count both the costs of emergency Medicaid as well as the costs of uncompensated care in state public hospitals as costs borne by Texas for care of undocumented immigrants.  In addition to the fact that the parolees under the Administration's program will not be undocumented  immigrants, there are other flaws in the States' reasoning. First, the States are more than double-counting Texas's expenses. For example, if a state public hospital incurs $10,000 in uncompensated care costs for a low-income undocumented immigrant, the state could recoup about $10,000 in emergency Medicaid payments for that care, of which the federal government will pay about 60 percent (based on Texas' Medicaid federal medical assistance percentage under Medicaid) and the state will pay about 40 percent (the remaining state share).  But the States presume that both the $10,000 in uncompensated care costs and the $10,000 in emergency Medicaid expenses count as burdens borne by the State, for a total

---

[6] Kaiser Family Foundation. Health Coverage and Care of Immigrants. Dec. 20, 2022. https://www.kff.org/racial-equity-and-health-policy/fact-sheet/health-coverage-and-care-of-
immigrants/#:~:text=Undocumented%20immigrants%20are%20not%20eligible,coverage%20through%20the%20A CA%20Marketplaces.
[7] Clark M. Medicaid and CHIP Coverage for Pregnant Women: Federal Requirements, State Options. Georgetown University. Center for Children and Families.  November 2020. https://ccf.georgetown.edu/wp-content/uploads/2020/11/Pregnancy-primary-v6.pdf

of $20,000 in state costs. In reality, the net state cost is only $4,000, since the $10,000 spent by the state hospital will be paid back with $6,000 in federal funding, leaving $4,000 to come from state funds.

14.     The States and Ms. Bricker misconstrue these costs as being exclusively related to undocumented immigrants; the real explanation is quite different. An older federal law, the Emergency Medical Treatment and Active Labor Act (EMTALA, enacted in 1985), requires that hospitals provide emergency care – at least to the level of stabilizing patients' conditions – to all persons who need emergency medical care, including labor and delivery, regardless of the patients' ability to pay. Immigration status is not directly relevant to the EMTALA requirement; the obligation for care applies to anyone who lacks insurance coverage, whether a citizen or not. EMTALA does not require that these services be offered without charge. Those without insurance or with inadequate insurance protection may still be billed for care (and typically are), but the hospital may incur some uncompensated medical care costs if the patient is unable to pay. Emergency Medicaid eligibility is available to help provide Medicaid reimbursement to the hospital for care rendered to the low-income emergency patients who would not otherwise qualify for Medicaid, which may include undocumented immigrants, other immigrants with some kind of legal status that keep them from being on Medicaid, and even citizens who are unable or unwilling to document their eligibility. Since Texas state public hospitals must already provide emergency services under EMTALA, emergency Medicaid effectively subsidizes the hospital by providing federal Medicaid funding for the care that it was otherwise already obligated to provide. While Texas also pays a share of the Medicaid cost, this is offset by the reduction in state hospitals' uncompensated care burdens. The federal government bears the majority of the cost which enables Texas to recoup much of the state public hospitals' uncompensated care expenditure.

15.     A broader issue is that the States assert "the rise in illegal immigration thus strains Texas's finances and hampers its ability to provide essential services, such as emergency medical care . . . ." (Motion for Preliminary Injunction at 25). Again, in addition to the fact that those paroled through the CHNV program are not undocumented, the States make this assertion without providing substantial evidence. Moreover, we note that Ms. Bricker, the expert for the States on these costs, does not make the claim that these costs hamper Texas' ability to provide care for others.  Does care for immigrants, particularly recent immigrants from Cuba, Haiti, Nicaragua or Venezuela, actually create an unsustainable burden for Texas (or other states) that jeopardizes care for others?  My analysis below, based on data from a highly respected federal survey and statistics from the Department of Homeland Security, show that the medical cost burdens for these populations are trivial and are so small that they do not displace services for other needy people, as asserted by the States.

16.     My analysis is based on data from the 2020 Medical Expenditure Panel Survey, a nationally representative survey conducted by the federal Agency for Healthcare Research and Quality (AHRQ)[8] and 2021 immigration statistics from the Department of Homeland Security (DHS).[9]  The table below estimates that there were about 308,000 recent immigrants from Cuba, Haiti, Nicaragua or Venezuela, defined as those who entered in the past 5 years (based on the date of the survey); they are about 0.10% of the total U.S. population. DHS immigration statistics show that persons from these four countries are about 8.2% percent of all recent immigrants (i.e., lawful permanent residents, refuges and asylees who entered in the past five

---

[8] Agency for Healthcare Research and Quality. Medical Expenditure Panel Survey Home. No date. https://meps.ahrq.gov/mepsweb. MEPS does not provide further detail about legal status of surveyed individuals, so the recent immigrants captured in the survey include lawful permanent residents, naturalized citizens, those with temporary legal status, such as those with student or work visas, and undocumented immigrants.
[9] Dept. of Homeland Security. 2021 Yearbook of Immigration Statistics. Specifically, Tables 3, 14 and 17. https://www.dhs.gov/immigration-statistics/yearbook/2021

years). About 1.07% of the U.S. population are recent immigrants from other countries and 98.83% are persons who are not recent immigrants, such as those born in the U.S. or immigrants who entered more than five years ago.

| Group | Population Size | % of Total |
|---|---|---|
| All Persons Who Are Not Recent Immigrants (including US-born) | 318.87 million | 98.83% |
| Recent Immigrants from Other Countries | 3.45 million | 1.07% |
| Recent Immigrants from Cuba, Haiti, Nicaragua or Venezuela | 308 thousand | 0.10% |
| Total U.S. Population | 322.63 million | 100.00% |

17. The table below shows data from the 2020 Medical Expenditure Survey to estimate the average annual medical expenditures for recent immigrants and those who are not recent immigrants (i.e., US-born and immigrants who arrived more than five years before). As seen, recent immigrants have much lower average medical expenditures than the rest of the population. The average total annual cost of medical care for a recent immigrant is $3,644 per person, compared to $6,126 for those who are not recent immigrants. Recent immigrants tend to use medical care sparingly.

| Group | Total Medical Expenditures per Person | Inpatient Hospital Expenditures per Person | Emergency Dept. Expenditures per Person | Other Medical Expenditures per Person |
|---|---|---|---|---|
| All Persons Who Are Not Recent Immigrants (including citizens) | $6,126 | $1,213 | $189 | $4,724 |
| Recent Immigrants (past five years) | $3,644 | $1,288 | $163 | $2,193 |

18. Finally, the table below uses the population percentages (% of Total) from the first table and the average expenditures per person from the second table to compute the share of total national expenditures spent for medical care for recently admitted Cuban, Haitian,

10

Nicaraguan or Venezuelan immigrants. (Note: The Medical Expenditure Panel Survey lacked data about per person medical expenditures for immigrants from the four parole countries, so the analysis makes the simple assumption that their average per person expenditures are the roughly the same as for other recent immigrants.) ***These analyses demonstrate that the medical costs of care for recent immigrants from Cuba, Haiti, Nicaragua or Venezuela are less than one-tenth of one percent of total medical expenses***, as well as inpatient hospital, emergency department or other medical care expenses. These percentages are so small that they are barely noticeable. Care provided for recent immigrants from Cuba, Haiti, Nicaragua, or Venezuela does not threaten the care for other patients, contrary to the assertion made by the States.   While these statistics are drawn from national data, there is no reason to believe that distributions in the State of Texas would be very different.  In fact, the mysterious spreadsheet provided by the Plaintiff States (see paragraph #11 in my declaration) indicates that people from Cuba, Haiti, Nicaragua and Venezuela who used emergency Medicaid were just 0.007% of Texas Medicaid beneficiaries and just 0.2% of CHIP beneficiaries.  The number of people using Medicaid or CHIP benefits from these four nations is essentially trivial and does not pose a threat to essential services that can be provided by the State of Texas,  contrary to the assertion made by the Plaintiff States.

| Group | Share of Total Medical Expenditures | Share of Inpatient Hospital Expenditures | Share of Emergency Dept. Expenditures | Share of Other Medical Expenditures |
|---|---|---|---|---|
| All Persons Who Are Not Recent Immigrants (including US-born) | 99.4% | 98.9% | 99.1% | 99.5% |
| Recent Immigrants from Other Countries | 0.6% | 1.1% | 0.9% | 0.5% |
| Recent Immigrants from Cuba, Haiti, Nicaragua or Venezuela | 0.05% | 0.09% | 0.08% | 0.04% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% |

19.     Furthermore, it is important to note that the parole offered under this program offers the opportunity for work authorization. Having work authorization enhances the ability of these immigrants to work legally and therefore contribute tax revenue to the States. Immigrants tend to have very high labor force participation and employment rates.  The U.S. Department of Labor has noted that immigrant men and women have much higher labor force and employment rates than US-born men and women.[10]  This, in turn, helps immigrants gain private health insurance for themselves and their dependents, so that they are not uninsured and are less reliant on public insurance.  Given the current labor shortages in the U.S., parolees ought to have high rates of employment and private insurance coverage, much higher than those who are undocumented immigrants.  Combined with the affidavits of support that the parolees' supporters must complete, there will be a very low risk that parolees will become a drain on public resources, as feared by the Plaintiff States.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

_____

Leighton Ku, Ph.D., MPH

Executed at Washington, DC on June 16, 2023.

---

[10] Bureau of Labor Statistics. Foreign-Born Workers: Labor Force Characteristics — 2021. May 18, 2022. https://www.bls.gov/news.release/pdf/forbrn.pdf

12

# **Exhibit A**

## CURRICULUM VITAE

## LEIGHTON KU

Professor of Health Policy and Management
Director, Center for Health Policy Research
Department of Health Policy and Management
Milken Institute School of Public Health
Professor of Public Policy and Public Administration
The George Washington University
950 New Hampshire Ave, NW, 6th Floor
Washington, DC 20052

Telephone: (202) 994-4143
Mobile phone: (202) 236-1579

E-mail:  lku@gwu.edu

### Summary

Leighton Ku, PhD, MPH, is a professor of health policy and management at the George Washington University (GW), with an appointment in public policy and management as well.  He is a nationally known health policy and health services scholar with more than 25 years of experience.  He has examined topics such as national and state health reforms, access to care for low-income populations, Medicaid, preventive services, the health care safety net, cost and benefits of health services, and immigrant health. He has authored or co-authored more than 100 peer-reviewed articles and 200 policy briefs and other translational reports.  He directs the Center for Health Policy Research, a multidisciplinary research center, which includes physicians, attorneys, economists, health management and policy experts and others, with more than 20 faculty and dozens of staff; it has a research portfolio in excess of $25 million. He has been principal investigator for a large number of studies with support from the National Institutes of Health, Centers for Disease Control and Prevention, Centers for Medicare and Medicaid Services, the Commonwealth Fund and Robert Wood Johnson Foundation, and other sources.  In the course of his career at GW, the Center on Budget and Policy Priorities and the Urban Institute, he has worked with federal and state executive and legislative agencies, health care organizations, advocates and others in research, technical assistance, strategic advice and advocacy.   As a faculty, he has taught research methods, econometrics and policy analysis at the graduate level for more than 25 years and guided dozens of students through dissertations and other research.  As a member of his community, he helped establish and guide the District of Columbia's Health Benefits Exchange Authority as a founding member of its Executive Board.

### Education

| | |
|---|---|
| 1990 | Ph.D., Health Policy, Boston University (Pew Health Policy Fellow in a joint program of Boston University and Brandeis University) |
| 1979 | M.P.H., Public Health, University of California, Berkeley |
| 1979 | M.S., Nutritional Sciences, University of California, Berkeley |
| 1975 | A.B. (honors), Biochemistry, Harvard College |

### Professional Background

| | |
|---|---|
| 2015 – present | Co-Director, PhD Health Policy Program.  First at GW Trachtenberg School of Public Policy and Administration, now at Milken Institute School of Public Health. |
| 2012 - present | Executive Board, District of Columbia Health Benefit Exchange Authority |

1

|  | (voluntary position, founding member.) |
|---|---|
| 2008 - present | Director, Center for Health Policy Research, The George Washington University |
| 2008 - present | Professor of Health Policy and Management (with tenure), Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University. |
| 2015- 2016 | Interim Chair, Department of Health Policy and Management |
| 2000 - 2008 | Senior Fellow, Center on Budget and Policy Priorities, Washington, DC |
| 1992 - present | Professor in Public Policy and Public Administration, Trachtenberg School of Public Policy and Administration, The George Washington University. Secondary appointment.  Began as Associate Professorial Lecturer. |
| 1990 - 2000 | Principal Research Associate. The Urban Institute, Washington, DC.  Began as Research Associate I. |
| 1989 - 1990 | Research Manager, SysteMetrics/McGraw-Hill, Cambridge, MA. |
| 1987 - 1989 | Pew Health Policy Fellow, Health Policy Institute, Boston University and the Heller School, Brandeis University |
| 1980 - 1987 | Program Analyst, Office of Analysis and Evaluation and Supplemental Food Programs Division, Food and Nutrition Service, U.S. Dept. of Agriculture, Alexandria, VA and Washington, DC. |
| 1975 - 1976 | Registered Emergency Medical Technician, Dept. of Health and Hospitals, Boston, MA |

## Publications Authored or Co-authored in Peer-Reviewed Journals

[Aggregate measures of scholarly productivity: H-index = 49, I10-index = 133 (according to Google Scholar as of September 5, 2022]

Ku L, Platt I.  The Duration and Continuity of Medicaid Enrollment Before the COVID-19 Pandemic. JAMA Health Forum. Dec. 16, 2022. 2022;3(12):e224732. doi:10.1001/jamahealthforum.2022.4732. ESupplement also.

Ku L.  The Stability and Continuity of Medicaid Coverage.  Editorial. Annals of Internal Medicine, Published online Dec. 6, 2022,  doi:10.7326/M22-3315.  Paper copy in January 2023.

Ku L.  Who Pays for Immigrants' Health Care in the US?   JAMA Network Open.  2022; 5(11):e2241171. doi:10.1001/jamanetworkopen.2022.41171. Nov. 9, 2022.  Invited editorial.

Ku L, Brantley E.  Medicaid and Private Insurance Have Similar Racial/Ethnic Disparities in Care. Submitted for publication. June 2022.

Ku L, Vichare A.  The Association of Racial and Ethnic Concordance in Primary Care with

2

Patient Satisfaction and Experience of Care. Journal of General Internal Medicine, Published online early June 10, 2022. Doi: 10.1007/s11606-022-07695-y

Brantley E, Ku L. Continuous Eligibility for Medicaid Is Associated with Improved Health Access. Med Care Res Rev. 2022 June; 79(2): 404-13.

Brantley E, Darden M, Ku L. Effects of Expanding Parental Medicaid Eligibility on Parental Health and Family Functioning. Academic Pediatrics, 2022 May; 22(4): 622-30.

Ku L. The Association of Social Factors and Health Insurance Coverage with COVID-19 Vaccinations and Intentions. Journal of General Internal Medicine. 2022 Feb; 37(2): 409–414.

Han X, Pittman P, Ku L. The Effect of National Health Service Corps Clinician Staffing on Medical and Behavioral Health Care Costs in Community Health Centers. Medical Care. 2021 Oct. 59(2 Supp): S428-S433. doi: 10.1097/MLR.0000000000001610

Ku L. Are Reductions in Immigrants' Supplemental Security Income Participation Beneficial? It Is Not Completely Clear (invited editorial). American Journal of Public Health. 111(6): 1003-4, June 2021.

Jewers M, Ku L. Noncitizen Children Face Higher Health Harms Compared With Their Siblings Who Have US Citizen Status. Health Affairs. July 2021. 40(7): 1084-89. (Selected as an Editor's Pick for the journal in 2021.)

Wang X, Babb S, Xu X, Ku L, Glover-Kudon R, Armour B. Receipt of Cessation Treatments Among Medicaid Enrollees Trying to Quit Smoking. Nicotine and Tobacco Research. Advance Access. Research, Feb. 2021, 1–5, doi:10.1093/ntr/ntaa213

Ku L, Han X, Chen C, Vujicic M. Dental Education and Other Factors Associated with Medicaid Pediatric Dental Participation. Journal of Dental Education. 2020 Sept. doi: 10.1002/jdd.12390

Ku L, Brantley E. Conducting Evaluation Research for Policy and Legal Analysis in a Turbulent Policy Environment: The Example of Medicaid and SNAP Work Requirements. Sage Research Methods Cases: Medicine and Health, June 25, 2020. doi.org/10.4135/9781529743746 [username srmc_240620 password cases2020]

Brantley E, Pillai D, Ku L. Associations of Work Requirements and Supplemental Nutrition Assistance Program Participation by Race/Ethnicity and Disability Status, 2013-2017. JAMA Network Open, Jun. 26, 2020. 2020; 3(6):e205824. doi:10.1001/jamanetworkopen.2020.5824,

Han X, Ku L. Enhancing Staffing in Rural Community Health Centers Can Improve Behavioral Health Care. Health Affairs. 2019 Dec.; 38(12): 2061-68.

Ku L, Brantley E, Pillai D. The Effect of Work Requirements on SNAP Enrollment and Benefits from 2013 to 2017. American Journal of Public Health. 2019 Oct.; 109(10): 1446-1451. https://ajph.aphapublications.org/doi/pdf/10.2105/AJPH.2019.305232]

Behn M, Pace L, Ku L. The Trump Administration's Final Regulations Limit Insurance Coverage of Contraception. Women's Health Issues. 2019 Jan 7. p: S1049-3867. https://doi.org/10.1016/j.whi.2018.12.003

Han X, Pittman P, Erickson C, Mullan F, Ku L.  Effect of the National Health Service Corps on Clinician Staffing and Patient Visits in Federally Qualified Health Centers.  Medical Care. 2019 Dec, 57(12): 1002-7. 2019. DOI: 10.1097/MLR.0000000000001209.

Bruen BK, Ku L.  The Effects of Community Health Center Care on Medical Expenditures for Children and Adults: Propensity Score Analyses.  Journal of Ambulatory Care Management.  2019; 42(2): 128-37. https://journals.lww.com/ambulatorycaremanagement/Fulltext/2019/04000/The_Effects_of_Community_Health_Center_Care_on.8.aspx

Lantz P, Miller G, Ryhan C, Rosenbaum S, Ku L, Iovan S.  "Pay for Success" Financing and Home-Based Multicomponent Childhood Asthma Interventions: Modeling Results from the Detroit Medicaid Population.  Milbank Quarterly. 2018; 96(2): 272-99.

Brantley E, Greene J, Bruen B, Steinmetz E, Ku L.  Policies Affecting Medicaid Beneficiaries' Smoking Cessation Behaviors. Nicotine & Tobacco Research. 2018. 21(4): 197-204.

Holla N, Brantley E, Ku L.  Physicians' Recommendations to Medicaid Patients about Tobacco Cessation.  American Journal of Preventive Medicine, Dec. 2018. 55(6): 762–769.

Ku L, Steinmetz E, Bysshe T, Bruen B. Crossing Boundaries: Medicaid and Public Health Collaborations to Help Smokers Quit, Public Health Reports, 2017 Feb, Vol. 132(2) 164-170.

Han X, Luo Q, Ku L.  Medicaid Expansions and Increases in Grant Funding Increased the Capacity of Community Health Centers, Health Affairs, 2017 Jan.; 36 (1):49-56.

Frogner B, Pittman P, Masselink L, Ku L. Do Years of Experience with EHRs Matter for Productivity in Community Health Centers?  Journal of Ambulatory Care Management. 2017 Jan/Mar; 40(1): 36-47.

Lantz P, Rosenbaum S, Ku L, Iovan S. Pay for Success Initiatives in the U.S.: Potential and Challenges as a Strategy for Population Health Improvement, Health Affairs, 2016 Nov; 35:2053-2061

Pittman P, Masselink L, Bade L, Frogner B, Ku L. Determining Medical Staff Configurations in Community Health Centers: CEO Perspectives.  Journal of Healthcare Management, 61(5): 364-77, Sept./Oct 2016.

Ku L, Brantley E, Bysshe T, Steinmetz E, Bruen B.  How Medicaid and Other Public Policies Affect Utilization of Tobacco Cessation. Preventing Chronic Diseases, 2016 Oct;13:160234. DOI: http://dx.doi.org/10.5888/pcd13.160234.2016.

Labarthe D. Goldstein L, Antman E, Arnett D, Fonarow G, Alberts M, Hayman L, Khera A,  Sallis J, Daniels S, Sacco R, Li S, Ku L, Lantz P,  Robinson J, Creager M, Van Horn L, Kris-Etherton P, Bhatnagar A, Whitsel L. Evidence-Based Policy Making: Assessment of the American Heart Association's Strategic Policy Portfolio. Circulation, 2016 May 3; 133(18):e615-53.

Ku L.  Letter: Treating Unhealthy Behaviors: The Author Replies.  Health Affairs, 35(3):551, March 2016.

Bruen B, Steinmetz E, Bysshe T, Glassman P, Ku L.  Care for Potentially Preventable Dental Conditions in Operating Rooms by Medicaid Children, Journal of the American Dental Association, 2016 Sept. :147(9):702-708 (cover story)

4

Ku L, Bysshe T, Steinmetz E, Bruen B.  Health Reform, Medicaid Expansions and Women's Cancer Screening, Women's Health Issues, Feb. 2016.  http://dx.doi.org/10.1016/j.whi.2016.01.0

August E, Steinmetz E, Gavin L, Rivera M, Pazol K, Moskosky S, Weik T, Ku L.  Projecting the Unmet Need and Costs for Contraception Services after Health Care Reform, American Journal of Public Health. 106(2): 334–341, Feb. 2016. doi:10.2105/AJPH.2015.302928

Ku L Bruen B, Steinmetz E, Bysshe T.  Medicaid Tobacco Cessation: Big Gaps Remain In Efforts To Get Smokers To Quit, Health Affairs, 35:62-70, Jan. 2016; doi:10.1377/hlthaff.2015.0756

Ku L. Capsule Commentary: Unauthorized Immigrants: Contributing to Medicare, But Left Out, Journal of General Internal Medicine, 31(1):100, Jan. 2016.

Ku L.  Immigrants Face Barriers Both as Health Care Patients and Providers,  Harvard Health Policy Review, 15(1):22-24, Fall 2015.

Jones E, Ku L. Sharing a Playbook: Integrated Care in Community Health Centers, American Journal of Public Health. 105(1). 2028-2034, October 2015,  doi: 10.2105/AJPH.2015.302710

Jones E, Zur J, Rosenbaum S, Ku L. Opting Out of Medicaid Expansion: Impact on Encounters With Behavioral Health Specialty Staff in Community Health Centers. Psychiatr Serv. 2015 Dec 1;66(12):1277-82.

Zur J, Ku L.  Factors Associated with Geographic Variation in Psychiatric Prescription Drug Expenditures among Medicaid Beneficiaries, Journal of Behavioral Health Services & Research, epub ahead of print July 24, 2015, doi: 10.1007/s11414-015-9471-x.

Ku L, Frogner B, Steinmetz E, Pittman P.  Community Health Centers Use Diverse Staffing and Can Provide Lessons for Other Medical Practices, Health Affairs  34(1):95-103, Jan. 2015.

Jones E, Ku L, Smith S, Lardiere  M. County Workforce, Reimbursement, and Organizational Factors Associated with Behavioral Health Capacity in Health Centers, Journal of Behavior and Health Services Research, 2014 Apr;41(2):125-39.
Ku L, Steinmetz E, Bruen, B. Continuous Eligibility Policies Stabilize Medicaid Coverage for Children and Could Be Extended to Adults with Similar Results, Health Aff (Millwood), 2013; 2(9): 1576-82, Sept. 2013. PMID: 24019362

Bruen B, Ku L, Lu X, Shin P.  No Evidence That Primary Care Physicians Offer Less Care To Medicaid, Community Health Center or Uninsured Patients, Health Affairs, 32(9): 1624-30, Sept. 2013.

Ku L, Sharac J, Bruen B, Thomas M, Norris L.  Increased Use of Dental Services by Children Covered by Medicaid: 2000-2010 Medicare and Medicaid Research Review 3(3): E1-E12.  July 2013. doi: http://dx.doi.org/10.5600/mmrr.003.03.b01

Levy A, Bruen B, Ku L. Health Care Reform and Women's Insurance Coverage for Breast and Cervical Cancer Screening. Preventing Chronic Disease. 9: 120069. Oct. 25, 2012. DOI: http//dx.doi.org/10.5888/pcd9.120069.

Levy A, Bruen B, Ku L.  The Potential Employment Impact of Health Reform on Working-Age Adults With Disabilities, Journal of Disability Studies.  30 May 2012. DOI: 10.1177/1044207312446225

Willard R, Shah G, Leep C, Ku L. Impact of the 2008-2010 Economic Recession on Local Health Departments, Journal of Public Health Management and Practice, 18(2):106-114, Mar/Apr. 2012.

Richard P, West K, Ku L. The Return on Investment of a Medicaid Tobacco Cessation Program in Massachusetts PLoS ONE, 7(1): e29665, January 2012. doi: 10.1371/journal.pone.0029665. Available at http://www.plosone.org/article/info%3Adoi%2F10.1371%2Fjournal.pone.0029665

Rosenbaum S, Ku L, Lantz P, et al. Examining the Evidentiary Basis of Congress's Commerce Clause Power to Address Individuals' Health Insurance Status, BNA's Health Care Policy Report, Feb. 6, 2012, p 1-9.

Richard P, Ku L, Dor A, Tan E, Shin P, Rosenbaum S. Cost Savings Associated with the Use of Community Health Centers. Journal of Ambulatory Care Management, 35(1): 50-59. Jan-Mar. 2012.

Ku L, Jones E, Shin P, Burke FR, Long S. Safety-net providers after health care reform: lessons from Massachusetts Archives of Internal Medicine, 171(15): 1379-84, Aug. 8, 2011.

Bruen B, Ku L, Burke M, Buntin M. More Than Four in Five Office-Based Physicians Could Quality for Federal Electronic Health Record Incentives. Health Affairs, 30(3): 472-80, Mar. 2011.

Ku L, Jones K, Shin P, Bruen B, Hayes K. The States' Next Challenge — Securing Enough Primary Care for an Expanded Medicaid Population. New England Journal of Medicine 364(6):493-95, Feb. 10, 2011. Also supplementary appendix available at http://www.nejm.org/doi/suppl/10.1056/NEJMp1011623/suppl_file/nejmp1011623_appendix.pdf

Ku L Ready, Set, Plan, Implement. Executing Medicaid's Expansion. Health Affairs, 29(6): 1173-77, June 2010.

Ku L, Pervez F. Documenting Citizenship in Medicaid: The Struggle Between Ideology and Evidence, Journal of Health Politics, Policy and Law, 35(1): 5-28, February 2010.

Ku L. Medical and Dental Care Utilization and Expenditures Under Medicaid and Private Health Insurance, Medical Care Research and Review, 66(4):456-71, August 2009.

Ku L Health Insurance Coverage and Medical Expenditures for Immigrants and Native-Born Citizens in the United States, American Journal of Public Health, 99(7): 1322-28, July 2009.

Ku L, Broaddus M. Public and Private Health Insurance: Stacking Up the Costs, Health Affairs, 27(4):w318-327, June 2008. Also, Technical Appendix: Public and Private Health Insurance: Stacking Up the Costs, at http://content.healthaffairs.org/cgi/content/full/hlthaff.27.4.w318/DC2.

[Note between 2000 and 2008, I was working at the Center on Budget and Policy Priorities and was not principally working on refereed publications.]

Ku L Improving Health Insurance and Access to Care for Children in Immigrant Families, Ambulatory Pediatrics, 7(6):412-20, November 2007.

Ponce, N., Ku L, Cunningham W, Brown ER. Language Barriers to Health Care Access Among Medicare Beneficiaries, Inquiry, 43(1):66–76, Spring 2006.

Ku L, Flores G. Pay Now or Pay Later: Providing Interpreter Services In Health Care, Health Affairs, 24(2) 435-44, March/April 2005.

Park E, Ku L, Broaddus M, More Than 900,000 Children Will Lose Health Insurance Due to Reductions in Federal SCHIP Funding, International Journal of Health Services, 33(2), 2003.

Ku L. The Number of Americans Without Health Insurance Rose in 2001 and Appears to Be Continuing to Rise in 2002, International Journal of Health Services, 33(2), 2003.

Lessard G, Ku L. Gaps in Coverage for Children in Immigrant Families, The Future of Children, 13(1):101-115, Spring 2003.

Ku L, St. Louis M, Black C, Aral S, Turner C, Lindberg L, Sonenstein F. Risk Behaviors, Medical Care and Chlamydial Infection Among Young Men in the United States, American Journal of Public Health, 92(7): 1140-42, July 2002.

Ku L, Matani S. Left Out: Immigrants' Access to Health Care and Insurance, Health Affairs, 20(1):247-56, Jan./Feb. 2001.

Ku L, Ellwood M, Hoag S, Ormond B, Wooldridge J. The Evolution of Medicaid Managed Care Systems and Eligibility Expansions, Health Care Financing Review, 22(2):7-29, Winter 2000.

Coughlin T, Ku L, Kim J., Reforming the Medicaid Disproportionate Share Program in the 1990s, Health Care Financing Review, 22(2):137-58, Winter 2000.

Ku L, Coughlin T, Sliding Scale Premium Health Insurance Programs: Four States' Experience, Inquiry, 36(4):471-80, Winter 2000.

Lindberg L, Ku L, Sonenstein F, Adolescents' reports of reproductive health education, 1988 and 1995. Family Planning Perspectives, 32(5):220-6, Sept./Oct. 2000.

Porter L, Ku L. Use of Reproductive Health Services Among Young Men, 1995 Journal of Adolescent Health, 27(3):186-94, September 2000.

Bradner C, Ku L, Lindberg L. Older, but Not Wiser: How Do Men Get AIDS and Sexually Transmitted Disease Information after High School?, Family Planning Perspectives, 32(1):33-39, January/February 2000.

Lindberg L, Ku L, Sonenstein F. Adolescent Males' Combined Use of Condoms with Partners' Use of Female Contraceptive Methods, Maternal and Child Health Journal, 2(4): 201-9, Spring 1999.

Ku L, Sonenstein F, Lindberg L, Bradner C, Boggess S, Pleck J. Understanding Changes in Sexual Activity Among Young Metropolitan Men: 1979 to 1995, Family Planning Perspectives, 30(6): 256-62, November/ December 1998.

Ku L, Hoag S. Medicaid Managed Care and the Marketplace, Inquiry, 35(3):332-45, Fall 1998.

Ellwood MR, Ku L. Welfare and Immigration Reforms: Unintended Side Effects for Medicaid, Health Affairs, 17(3):137-51, May/June 1998.

Sonenstein F, Pleck J, Ku L, Lindberg L, Turner C.  Changes in Sexual Behavior and Condom Use Among Teenaged Males: 1988 to 1995, American Journal of Public Health, 88(6):956-959, June 1998.

Turner C, Ku L, Rogers S, Lindberg L Pleck J, Sonenstein F. Adolescent Sexual Behavior, Drug Use and Violence: New Survey Technology Detects Elevated Prevalence Among U.S. Males, Science, 280:867-73, May 8, 1998.

Ku L, Sonenstein F, Turner C, Aral S, Black C, The Potential of Integrated Representative Surveys about STDs and Risk Behaviors, Sexually Transmitted Diseases, 24(5):299-309, May 1997.

Lindberg L, Sonenstein F, Ku L, Levine G, Young Men's Experience with Condom Breakage, Family Planning Perspectives, 29(3): 132-36, May/June 1997.

Pleck JH, Sonenstein F, Ku L.  Black-white Differences in Adolescent Males' Substance Use: Are They Explained by Underreporting in Blacks?, Journal of Gender, Culture, and Health, 2, 247-265, 1997

Lindberg L, Sonenstein F, Ku L, Martinez G.  Age Differences Between Minors Who Give Birth and Their Adult Partners, Family Planning Perspectives, 29(2):52-60, March/April 1997.

Sonenstein F, Ku L, Schulte M, Reproductive Health Care -- Patterns in a Changing Health Care Market, Western Journal of Medicine, 163(3 Suppl):7-14, September 1995.

Ku L, Coughlin T. Medicaid Disproportionate Share and Other Special Financing Programs, Health Care Financing Review, 16(3): 27-54, Spring 1995.

Holahan J, Coughlin T, Ku L, Lipson D, Rajan S. Insuring the Poor through Medicaid 1115 Waivers, Health Affairs, 14(1): 200-17, Spring 1995.

Coughlin T, Ku L, Holahan J, Heslam D, Winterbottom C. State Responses to the Medicaid Spending Crisis: 1988 to 1992, Journal of Health Politics, Policy and Law, 19(4):837-64, Winter 1994.

Ku L, Sonenstein F, Pleck J. The Dynamics of Young Men's Condom Use During and Between Relationships, Family Planning Perspectives, 26(6): 246-251, November/ December 1994.

Pleck J, Sonenstein F, Ku L. Attitudes Toward Male Roles: A Discriminant Validity Analysis, Sex Roles, 30(7/8):481-501, 1994.

Ku L, Sonenstein F, Pleck J. Factors Affecting First Intercourse Among Young Men, Public Health Reports, 108(6):680-94, November/December 1993.

Ku L, Sonenstein F, Pleck J. Neighborhood, Work and Family: Influences on the Premarital Behaviors of Adolescent Men, Social Forces, 72(2):479-503, December 1993.

Ku L, Sonenstein F, Pleck J. Young Men's Risk Behaviors for HIV Infection and Sexually Transmitted Diseases, 1988 through 1991, American Journal of Public Health, 83(11):1609-15, November 1993.

Pleck J, Sonenstein F, Ku L. Changes in Adolescent Males' Use of and Attitudes Towards Condoms: 1988-91, Family Planning Perspectives, 25(3):100-105, 117, May/June 1993.

Pleck J, Sonenstein F, Ku L. Masculine Ideology: Its Impact on Adolescent Males' Heterosexual Relationships, Journal of Social Issues, 49(3):11-30, 1993.

Ku L, Sonenstein F, Pleck J. The Association of AIDS Education and Sex Education with Sexual Behavior and Condom Use Among Teenage Men, Family Planning Perspectives, 24(3):100-106, May/June 1992 (erratum, Family Planning Perspectives, 25(1):36, January/February 1993).

Ku L, Sonenstein F, Pleck J, Patterns of HIV Risk and Preventive Behaviors Among Teenage Men, Public Health Reports, 107(2):131-38, March/April 1992.

Sonenstein F, Pleck J, Ku L, Levels of Sexual Activity Among Adolescent Males in the United States, Family Planning Perspectives, 23(4):162-67, July /August 1991.

Pleck J, Sonenstein F, Ku L, Adolescent Males' Condom Use: The Influence of Perceived Costs-Benefits on Consistency, Journal of Marriage and the Family, 53:733-45, August 1991.

Pleck J, Sonenstein F, Ku L, Contraceptive Attitudes and Intention to Use Condoms in Sexually Experienced and Inexperienced Adolescent Males, Journal of Family Issues, 11(3):294-312, Sept. 1990.

Ku L, Ellwood MR, Klemm J. Deciphering Medicaid Data: Issues and Needs, Health Care Financing Review, 1990 Annual Supplement, p. 35-45.

Ku L, Fisher D, Attitudes of Physicians Toward Health Care Cost Containment Policies, HSR: Health Services Research, 25(1):25-42, April 1990 (Part I).

Sonenstein F, Pleck J, Ku L. Sexual Activity, Condom Use and AIDS Awareness Among Adolescent Males, Family Planning Perspectives, 21(4):152-58, July/August 1989.

Branch L, Ku L. Transition Probabilities to Disability, Institutionalization and Death for the Elderly Over a Decade, Journal of Aging and Health, 1(3):370-408, August 1989.

Ku L. Early Prenatal Enrollment in the WIC Program, Public Health Reports, 104(3): 301-06, May/June 1989.

Ku L, Shapiro L, Crawford P, Huenemann R. Body Composition and Physical Activity in Eight Year Old Children, American Journal of Clinical Nutrition, 34(12):2770-75, 1981.

Persellin R, Ku L. Effects of Steroid Hormones on Human Polymorphonuclear Leukocyte Lysosomes, Journal of Clinical Investigation, 54(4):919-25, 1974.

## Books Authored or Co-authored

Ku L, Lin M, Broaddus M, Improving Children's Health: A Chartbook about the Roles of Medicaid and SCHIP: 2007 Edition, Center on Budget and Policy Priorities, Jan. 2007.

Ku L, Nimalendran S. Improving Children's Health: A Chartbook About the Roles of Medicaid and SCHIP, Center on Budget and Policy Priorities, Jan. 15. 2004

Coughlin T, Ku L, Holahan J, Medicaid Since 1980: Costs, Coverage and the Shifting Alliance Between the Federal Government and the States, Washington, DC: Urban Institute Press, 1994.  (Selected by *Choice* as one of ten outstanding academic books for 1994.)

Sorensen, E, Bean F, Ku L, Zimmerman W,  Immigrant Categories and the U.S. Job Market: Do They Make a Difference?, Urban Institute Report 92-1, Washington, DC: Urban Institute Press, 1992.

9

**Articles or Chapters in Books (Refereed)**

Ku L (contributor), CCH;s Law, Explanation and Analysis of the Patient Protection and Affordable Care Act, Vol.1, Commerce Clearinghouse, Wolters Kluwer, 2010.

Ku L. Changes in Immigrants' Use of Medicaid and Food Stamps: the Role of Eligibility and Other Factors, in Immigrants and Welfare, edited by Michael Fix, Russell Sage Foundation and Migration Policy Institute, 2009, p, 153-92.

Ku L, Papademetrios DG. Access to Health Care and Health Insurance: Immigrants and Immigration, in Securing America's Future: U.S. Immigrant Integration Policy Reader, M. Fix, editor, Migration Policy Institute, Feb. 2007.

Ku L. Prepared Statement. Insurance Coverage and Health Care Access for Immigrant Families, Living Without Health Insurance. Hearings of the Senate Committee on Finance, United States Senate on Who's Uninsured and Why? And Solutions to the Problem. March 13 and 15, 2001. S. Hrg 107-81. U.S. Govt Printing Office. Pg. 148-53.
https://books.google.com/books?id=ysrYaJZAew0C&pg=PA112&lpg=PA112&dq=Hearing+on+Who%2
7s+Uninsured+%26+Why?+%26+Solutions+to+the+Problem:+Charles+Grassley&source=bl&ots=I7enG
HC7pB&sig=ACfU3U2m_YwHwAYhqSNaVng1PWTFhFdgMQ&hl=en&sa=X&ved=2ahUKEwjJ0_G5
5pznAhXvmOAKHTH2BYIQ6AEwAHoECAkQAQ#v=onepage&q=Hearing%20on%20Who's%20Unin
sured%20%26%20Why%3F%20%26%20Solutions%20to%20the%20Problem%3A%20Charles%20Gras
sley&f=false

Sonenstein FL., Ellen J, Pleck J, Ku L. Taking Risks: Understanding Adolescents' Behavior, in STDs in Adolescents: Challenges for the 21st Century, edited by P. Hitchcock, et al. New York: Oxford University Press Inc.1999.

Ku L, Wooldridge J, Rajan S, Ellwood MR, Dubay L, Coughlin T, Hoag S, Wall S. The New Generation of Statewide Medicaid Managed Care Programs: State Health Reform Projects in Hawaii, Oklahoma, Rhode Island and Tennessee in Remaking Medicaid: Managed Care for the Public Good, edited by Steve Davidson and Steve Somers, San Francisco: Jossey-Bass, Inc., 1998, p. 147-78.

Wooldridge J, Ku L, Coughlin T, Dubay L., Ellwood MR, Rajan S, Hoag S, Reforming State Medicaid Programs: First Year Implementation Experiences from Three States, in Contemporary Managed Care, edited by Marsha Gold, Health Administration Press, pp. 211-26, 1998.

Sonenstein F, Ku L, Pleck J. Measuring Sexual Behavior Among Teenage Males in the U.S., in Researching Sexual Behavior: Methodological Issues, Bancroft, J., ed., Bloomington, IN: Indiana University Press, p. 87-105, 1997.

Turner, CF, Ku L, Sonenstein FL, Impact of Audio-CASI on Reporting of Male-male Sexual Contacts: Preliminary Findings from the National Survey of Adolescent Males, in Health Survey Research Methods: Conference Proceedings, Warnecke, R.B., ed., Hyattsville, MD: National Center for Health Statistics, p. 171-76, 1995.

Pleck J, Sonenstein F, Ku L, Problem Behaviors and Masculinity Ideology in Adolescent Males, in Adolescent Problem Behaviors: Issues and Research, R. Ketterlinus and M. Lamb, eds., Hillsdale, NJ: Erlbaum, 1994, p. 165-186.

Holahan J, Coughlin T, Ku L, Heslam D, Winterbottom C,  Understanding the Recent Growth in Medicaid Spending, in Medicaid Financing Crisis: Balancing Responsibilities, Priorities and Dollars, D. Rowland, J. Feder and A. Salganicoff, eds., Washington, DC: AAAS Press, 1993, p. 23-44.

Sonenstein F, Pleck J, Ku L. Paternity Risk Among Adolescent Males in Young Unwed Fathers: Changing Roles and Emerging Policies, R. Lerman and T. Ooms, eds., Philadelphia, PA: Temple Univ. Press, p. 99-116, 1993.

Pleck J, Sonenstein F, Ku L. Masculine Ideology and Its Correlates in Gender Issues in Contemporary Society, S. Oskamp and M. Constanzo, eds., Claremont Symposium on Applied Social Psychology, Newbury Park: Sage Publications, p. 85-110, 1993.

### Translational and Other Reports, Briefs, Blogs and Working Papers

***Health Policy***

[Note:  Reports marked with [PR] went through an external peer-review process prior to release.]

Ku L.  Preliminary Thoughts on Costs and Savings Associated with Community Health Centers. Memo to Senate HELP Committee. Feb. 23, 2023.  Included as part of testimony by Robert Nocon to the Senate HELP Committee hearing on costs and savings of community health centers.  March 2, 2023.

Platt I, Ku L. The End of the Continuous Enrollment Period in Montana.  Center for Health Policy Research.  Feb. 13, 2023.  http://gwhpmmatters.com/end-continuous-enrollment-period-montana

Ku L, Sharac J, Shin P, Rosenbaum S, Jacobs F. The Potential Effect of Medicaid Unwinding on Community Health Centers. Jan 2023.  Geiger Gibson Program in Community Health. Data Note. https://geigergibson.publichealth.gwu.edu/potential-effect-medicaid-unwinding-community-health-centers

Recommendations of the Standard Plans Advisory Working Group to the District of Columbia Health Benefit Exchange Authority, Nov. 2022.  (Working group on lower cost-sharing for pediatric mental health benefits, chaired by L Ku.)  Led to Executive Board approval. https://hbx.dc.gov/sites/default/files/dc/sites/hbx/event_content/attachments/SPWG_Report_FINAL%2011-9-22.pdf

Ku L, Tyler F, Simon M.  Vaccines for Children Program: Early Legislative History and Future Innovations. Oct. 13, 2022.  http://gwhpmmatters.com/vaccines-children-program-early-legislative-history-and-future-innovations

Ku L, Rosenbaum S.  How Could Ending Access to the Courts Under Section 1983 Impact Medicaid Enrollees? *Health Affairs Forefront,* Sept. 13, 2022. https://www.healthaffairs.org/content/forefront/could-ending-access-courts-under-section-1983-impact-medicaid-enrollees

Ku L, Sharac J, Morris R, Jacobs F, Shin P, Brantley R, Rosenbaum S.  The Value Proposition: Evidence of the Health and Economic Contributions of Community Health Centers. Geiger Gibson/RCHN Community Health Foundation Research Collaborative Policy Brief #68.  August 2022. https://publichealth.gwu.edu/sites/default/files/The%20Value%20Proposition%20GG%20IB%20%2368_Final.pdf

Ku L, Brantley E, Pryor S.  SNAP Will Also Unwind. *Health Affairs Forefront*.  July 14, 2022.
https://www.healthaffairs.org/do/10.1377/forefront.20220712.461768

Ku L, Brantley E.  Immigrants' Progress: Changes in Public Charge Policies Can Promote the Economic
Mobility of Immigrants and Their Contribution to the U.S. Economy. Social Science Research Network.
April 18, 2022.  https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4086782 (one of the top 10
downloaded papers in several sectors.)

Ku L, Brantley E.  The Economic and Employment Consequences of Phasing Down Medicaid
Enrollment After the Public Health Emergency Ends.  Commonwealth Fund.  March 14, 2022. [PR]
https://www.commonwealthfund.org/blog/2022/what-are-economic-and-employment-consequences-
phasing-down-medicaid-enrollment-
after?utm_source=alert&utm_medium=email&utm_campaign=Achieving+Universal+Coverage

Ku L, Brantley E. The Evidence Does Not Support the Claim that the CMS COVID Vaccine Mandate
Will Make It Impossible for Health Care Providers to Find or Keep Staff.  Dec. 14, 2021.
http://gwhpmmatters.com/evidence-does-not-support-claim-cms-covid-vaccine-mandate-will-make-it-
impossible-health-care

Liu H, Ku L.  Twelve-Month Continuous Eligibility for Medicaid Adults Can Stabilize Coverage with a
Modest Cost Increase. RAND Blog.  Dec. 9, 2021.  https://www.rand.org/blog/2021/12/twelve-month-
continuous-eligibility-for-medicaid-adults.html

Regenstein M, Trott J, Acosta A, Ku L, Francasio C, Janson S.  Establishing a Preliminary Per Resident
Amount Estimate for the Teaching Health Center Graduate Medical Education (THCGME) Program.
Report to HRSA.  Sept. 22, 2021, revised Dec. 2021. [pr]

Rosenbaum S, Ku L, Brantley E, Handley M.  How the Medicaid Saves Lives Act and Other Federal
Options Can Ensure All Americans Have Access to Affordable Coverage. Commonwealth Fund.  Aug. 5,
2021.  https://www.commonwealthfund.org/blog/2021/how-medicaid-saves-lives-act-and-other-federal-
options-can-ensure-all-americans-
have?utm_source=alert&utm_medium=email&utm_campaign=Achieving+Universal+Coverage

Unnamed co-author.  *Amici Curiae* Brief Of 33 Health Organizations, Providers, Researchers, And
Scholars Supporting Appellants. For *Doyle v. Tidball*, (regarding Medicaid expansion in Missouri, based
on ballot initiative and constitutional amendment).  Supreme Court of Missouri, July 13, 2021.  [The state
Supreme Court unanimously found that the constitutional amendment to expand Medicaid – prompted by
a ballot initiative – was valid, overturning a lower court decision.  As a result, about 275,000 Missourians
will be covered.]

Ku L, Brantley E.  The Economic and Employment Effects of Medicaid Expansions Under the American
Rescue Plan.  Commonwealth Fund. May 21, 2021.
https://www.commonwealthfund.org/publications/issue-briefs/2021/may/economic-employment-effects-
medicaid-expansion-under-arp?utm_source=alert&utm_medium=email&utm_campaign=Medicaid.
Technical appendix at https://www.commonwealthfund.org/sites/default/files/2021-
05/Ku_economic_employment_effects_medicaid_expansion_ARP_TECHNICAL_APPENDIX.pdf.
[There was substantial press coverage for this report, including both national and regional media,
including public radio's *Marketplace*.]

Ku L, Brantley E.  Analysis of Montana SB 100 and Policies to Limit Medicaid 12-Month Continuous
Eligibility.  April 7, 2021.  https://mthcf.org/wp-content/uploads/2021/04/analysis-of-SB-100-4-7-21.pdf

Sharac J, Shin P, Ku L, Jacobs F, Rosenbaum S.  Community Health Centers Move to Frontline Providers of COVID-19 Immunization Services Under President Biden's Health Center COVID-19 Vaccine Program. Geiger Gibson / RCHN Community Health Foundation Research Collaborative Data Note. Feb. 18, 2021.  http://gwhpmmatters.com/community-health-centers-move-frontline-providers-covid-19-immunization-services-under-president

Brantley E, Ku L, Rosenbaum S, Handley M, Morris RE.  As the Biden Administration Begins Unwinding Them, Medicaid Work Experiments Remain Unreasonable, Unnecessary and Harmful. Health Affairs Blog.  Feb. 17, 2021.  https://www.healthaffairs.org/do/10.1377/hblog20210216.717854/full/

Rosenbaum S, Morris R, Brantley E, Ku L. The Trump Administration's Deeply Flawed Assumptions That Underlie its Medicaid Compelled Work Experiments. February 2021. http://gwhpmmatters.com/trump-administrations-deeply-flawed-assumptions-underlie-its-medicaid-

Ku, L. Brantley E.  Analysis of the Impact of Dental Assignment of Benefit Laws. Report to the American Dental Association and Fleishman Hillard. December 2, 2020.

Ku, L.  Declaration in Support of Plaintiffs,  State of New York, et a v Donald Trump, et al.  (regarding health harm of postal service delays) in United States District Court for the District of Columbia, September 1, 2020.

Ku, L.  Declaration in Support of Plaintiffs,  *Domingo A. Gomez, et al v. Donald J. Trump, et al.,* (regarding Presidential Proclamations about limiting entry of immigrants in light of COVID-19 pandemic) in United States District Court for the District of Columbia, July 29, 2020.

Ku L.  Estimates of Insurance Coverage and Delays in Medical Care for the Nation and District of Columbia, May 21 – June 16, 2020.  For DC Health Benefits Exchange Authority. July 5, 2020. https://hbx.dc.gov/sites/default/files/dc/sites/hbx/event_content/attachments/Estimates%20of%20Insurance%20Coverage%20and%20Delays%20in%20Medical%20Care_1.pdf

Ku L, Brantley E.  Continuous Medicaid Eligibility for Children and Their Health. Association of Community Affiliated Plans.  May 2020.  https://www.communityplans.net/wp-content/uploads/2020/06/GW-continuous-eligibility-paper.pdf

Ku L, Brantley E.  Widening Social and Health Inequalities During the COVID-19 Pandemic. *JAMA Health Forum.*  June 10, 2020.  https://jamanetwork.com/channels/health-forum/fullarticle/2767253?utm_source=silverchair&utm_medium=email&utm_campaign=article_alert-jhf&utm_content=olf&utm_term=061120

Ku, L.  Declaration in Support of Plaintiffs,  *New York vs. Department of Labor, et al.*  (regarding regulations about paid sick and family leave under the Families First Coronavirus Response Act), United States District Court, Southern District of New York, May 4, 2020.

Ku L.  Declaration in Support of Respondents, *Department of Homeland Security v New York, et al.* (regarding public charge rule and injunction).  Supreme Court of the United States.  April 10, 2020. (subsequently used again in U.S, District Court of Southern New York and cited in decisions.)

Ku L.  Assessing the Presidential Proclamation on Visas and Health Insurance.  *Health Affairs Blog.* Dec. 17, 2019.  https://www.healthaffairs.org/do/10.1377/hblog20191217.16090/full/

Ku L. Declaration in Support of Plaintiffs' Motion for a Preliminary Injunction (regarding Presidential Proclamation on Visas and Health Insurance), *John Doe #1, et al. v Donald Trump, et al.* United States District Court, District of Oregon, filed November 8, 2019. (Cited in November 26 court decision)

Ku L. Brantley E.  Indiana's Medicaid Work Requirements Program Is Expected to Cause Tens of Thousands to Lose Coverage.  Oct. 28, 2019. https://www.commonwealthfund.org/blog/2019/indianas-medicaid-work-requirement-program-expected-cause-tens-thousands-lose-coverage

Ku L.  Op-Ed: Medicaid Expansion Can and Does Expand Access to Care.  Capitol Broadcasting Corporation.  Oct. 16, 2019. https://mail.google.com/mail/u/0/#inbox/WhctKJVZrXGHBvSwwqpStCWklCtsCQcFsLvZxSHCLmtRiL gFWhRBwPhHqtBqjxsksKdGFxq Similar letter to the Editor, Raleigh News and Observer,. Oct. 16, 2019.  https://www.newsobserver.com/opinion/letters-to-the-editor/article236193038.html

Ku L. New Evidence Demonstrating That the Public Charge Rule Will Harm Immigrant Families and Others.  *Health Affairs Blog.* October 9, 2019. https://www.healthaffairs.org/do/10.1377/hblog20191008.70483/full/

Ku L.  Declaration in Support of Plaintiffs' Motion for a Preliminary Injunction (regarding public charge regulation), *La Clinica de la Raza, et al. v. Donald Trump, et al.* United States District Court, Northern District of California, September 1, 2019. https://healthlaw.org/resource/declaration-of-leighton-ku-in-la-clinica-de-la-raza-v-trump/. Similar declarations in *Make the Road New York, et al v Ken Cucinelli, et al.* United States District Court, Southern District of New York, Sept. 9, 2019. *State of New York, et al. v. U.S. Department of Homeland Security, et al.* United States District Court, Southern District of New York, Sept. 9, 2019. These declarations were filed again in subsequent appeals for these cases and in the District Court for the Southern District of New York decisions by George Daniels June 29, 2020).

Ku L, Bruen B, Brantley E.  The Economic and Employment Benefits of Expanding Medicaid in North Carolina: A 2019 Update.  Cone Health Foundation and Kate B Reynolds Charitable Trust. June 26, 2019.  Ncmedicaidexpansion.com

Ku L, Brantley E. Approved Medicaid Work Requirement Demonstration Projects in Nine States Could Cause About 600,000 to 800,000 Adults to Lose Medicaid Coverage. Commonwealth Fund. Blog.  June 21, 2019.  https://www.commonwealthfund.org/blog/2019/medicaid-work-requirements-nine-states-could-cause-600000-800000-adults-lose-coverage

Rosenbaum S, Rothenberg S, Velasquez M, Ku L, Brantley E.  Are 1115 Medicaid Work Requirement Demonstrations Experimental Initiatives or a Way to Side-Step Congress? June 6, 2019. http://gwhpmmatters.com/blog-are-1115-medicaid-work-requirement-demonstrations-experimental-initiatives-or-way-side-step

Ku L, Brantley E.  New Hampshire's Medicaid Work Requirements Could Cause More than 15,000 to Lose Coverage.  Commonwealth Fund Blog.  May 9, 2019. [PR] https://www.commonwealthfund.org/blog/2019/new-hampshires-medicaid-work-requirements-could-cause-coverage-loss

Chen CP, Ku, L, Regenstein M, Mullan F.  Examining the Cost Effectiveness of Teaching Health Centers. Geiger Gibson / RCHN Community Health Foundation Research Collaborative.  Policy Brief #58.  March 2019.  http://gwhpmmatters.com/sites/default/files/2019-03/Examining%20the%20Cost%20Effectiveness%20of%20Teaching%20Health%20Centers%20%28Che n%2C%20Ku%2C%20Regenstein%2C%20Mullan%29%20Mar%2021%2C%202019.pdf

14

Ku L, Brantley E.  Proposed Work Requirements in Montana's Medicaid Program: An Update.  Mar. 15, 2019, revised.  https://mthcf.org/resources/report-medicaid-work-requirements/

Ku L (primary author) and many co-signers. Comment Letter to Food and Nutrition Service, USDA on Proposed Rule: Supplemental Nutrition Assistance Program: Requirements for Able-Bodied Adults without Dependents, RIN 0584-AE57, Submitted thru regulations.gov.  March 15, 2019.

Ku L, Brantley E.  Potential Effects of Work Requirements in Montana's Medicaid Program.  Montana Healthcare Foundation. Feb. 13, 2019.  https://mthcf.org/wp-content/uploads/2019/02/Potential-Effects-of-Work-Requirements-in-Montana%E2%80%99s-Medicaid-Program-Ku-Brantley-2-13-19.pdf.

Ku L, Brantley E.  Updated Estimates of the Effects of Medicaid Work Requirements in Kentucky.  GW Health Policy Matters. Jan. 4, 2019. http://gwhealthpolicymatters.com/sites/default/files/2019-01/Updated%20Estimates%20of%20the%20Effects%20of%20Medicaid%20Work%20Requirements%20in%20Kentucky%20%28Ku%2C%20Brantley%29%20GWHPMMatters%201-4-19.pdf

Ku L (primary author) and many co-signers. Comment Letter to US Department of Homeland Security: RIN 1615-AA22 "Inadmissibility on Public Charge Grounds". Dec. 9, 2018  Submitted thru regulations.gov.

Ku L, Sharac J, Gunsalus R, Shin P, Rosenbaum S.  How Could the Public Charge Proposed Rule Affect Community Health Centers? Policy Brief # 55.  Geiger Gibson RCHN Community Health Research Collaborative.  Nov 2018.
https://publichealth.gwu.edu/sites/default/files/downloads/GGRCHN/Public%20Charge%20Brief.pdf

Ku L, Pillai D.  The Economic Mobility of Immigrants: Public Charge Rules Could Foreclose Future Opportunities.  Nov. 15, 2018. Social Science Research Network.   http://ssrn.com/abstract=3285546 [This was in the top five downloaded reports about immigration for SSRN for late 2018.]

Ku L, Brantley E, Steinmetz E, Bruen B, Pillai D.  Medicaid Work Requirements: Will They Help the Unemployed Get Jobs or Improve Health.  Issue Brief.  Commonwealth Fund. Nov. 2018
https://www.commonwealthfund.org/publications/issue-briefs/2018/nov/medicaid-work-requirements-will-they-help-jobs-health

Brantley E, Ku L.  Arkansas' Early Experience with Work Requirements Signals Larger Losses to Come. Commonwealth Fund Blog.  Oct. 31, 2018.  https://www.commonwealthfund.org/blog/2018/arkansas-early-experience-work-requirements

Ku L (primary author). Brief of the *Amici Curiae* Public Health Scholars in Support of Plaintiff-Appellant the Commonwealth of Massachusetts.  Filed in *Commonwealth of Massachusetts v. United States Department of Health and Human Services, et al*. to the US Court of Appeals for the First Circuit, Sept. 24, 2018.

Vyas A, Wood SF, Landry M, Masselink L, Mead H, Ku L. District of Columbia Family Planning Community Needs Assessment. Conducted by The George Washington University Milken Institute School of Public Health for Washington Area Women's Foundation, DC Family Planning Project. Sept. 2018.  [PR] https://thewomensfoundation.org/2018/new-report-family-planning-community-needs-assessment/

Erikson C, Han X, Ku L, Pittman P.  Contribution of the National Health Service Corps Providers and Alumni to Medicare Beneficiaries in 2015.  GW Health Workforce Institute.  Aug. 2018. https://user-

15

niv7hdi.cld.bz/Contribution-of-the-NHSC-Providers-and-Recent-Alumni-to-Medicare-Beneficiaries-in-2015/2/

Brantley E, Ku L.  A First Glance at Medicaid Work Requirements in Arkansas: More Than One-Quarter Did Not Meet Requirement.  *Health Affairs Blog.*  Aug. 13, 2018.
https://www.healthaffairs.org/do/10.1377/hblog20180812.221535/full/

Ku L, Shin P, Sharac J, Rosenbaum S. Legacy Community Health Services v Smith:  What are the National Implications for Community Health Centers and Their Communities? Geiger Gibson/RCHN Community Health Foundation Research Collaborative Policy Research Brief # 53. August 2018.
https://www.rchnfoundation.org/wp-content/uploads/2018/08/Legacy-GG-IB-53_FINAL_8.2.pdf

Ku L. Blog: The District of Columbia Is Trying to Preserve Health.Insurance Coverage; Congress Is Trying to Interfere.  *Health Affairs Blog.*  July 23, 2018.
https://www.healthaffairs.org/do/10.1377/hblog20180722.933880/full/

Ku L.  Blog: The New District of Columbia Policy to Protect Insurance Coverage.  July 5, 2018.
http://gwhealthpolicymatters.com/blog-new-district-columbia-policy-protect-insurance-coverage.

Ku L.  Data About Contraceptive Needs in the U.S. After the Affordable Care Act.  June 26, 2018.  [PR]
http://gwhealthpolicymatters.com/data-about-contraceptive-needs-us-after-affordable-care-act.

Ku L.  Declaration about Public Health and Employment Effects of Terminating the Deferred Action for Childhood Arrivals (DACA) program.  Filed in support of the Mexican American Legal Defense and Educational Fund and the state of New Jersey, intervenors, in *Texas v. United States* in suit in Federal District Court of Southern District of Texas, June 14, 2018.

Brantley E, Ku L.  Work Requirements: SNAP Data Show Medicaid Losses Could Be Much Faster and Deeper Than Projected.  *Health Affairs Blog.* April 12, 2018.
https://www.healthaffairs.org/do/10.1377/hblog20180412.310199/full/

Ku L.  What is the Evidence of the Effects of the ACA's Individual Mandate and of Its Repeal? DC Health Benefits Exchange Authority. Revised Feb. 12, 2018.

Ku L.  It Makes More Sense to Strengthen SHOP Than to Expand Association Health Plans.  Jan. 4, 2018. http://gwhealthpolicymatters.com/blog-it-makes-more-sense-strengthen-shop-expand-association-health-plans

Ku L, Steinmetz E.  State Economic and Employment Losses If Community Health Center Funding Is Not Restored.  Geiger Gibson/RCHN Community Health Foundation Research Collaborative Policy Research Brief # 51.  Dec. 4, 2017.  [PR]
https://publichealth.gwu.edu/sites/default/files/downloads/GGRCHN/State%20Economic%20and%20Employment%20Losses%20if%20CHC%20Funding%20is%20Not%20Restored%2051.pdf

Ku L.  Declaration about Public Health Effects of Terminating the Deferred Action for Childhood Arrivals (DACA) program.  Filed in support of the state of New York and other plaintiff states,  *New York, et al. v. Trump* in suit in Federal District Court of Eastern New York, Nov. 22, 2017.

Ku L.  May You Live in Interesting Times: The Challenges of Health Policy Analysis in a Turbulent Period.  GW Health Policy Matters.  Oct. 2, 2017.  http://gwhealthpolicymatters.com/may-you-live-interesting-times-challenges-health-policy-analysis-turbulent-period-0

Ku L, Steinmetz E, Brantley E, Pillai D. The Graham-Cassidy Proposal Would Eliminate a Third of a Million Jobs, *To the Point*, The Commonwealth Fund, Sept. 26, 2017, [PR] available at: http://www.commonwealthfund.org/publications/blog/2017/sep/graham-cassidy-job-loss. Methods appendix at http://www.commonwealthfund.org/~/media/files/publications/blog/2017/gc-methods-appendix_final.pdf

Ku L, Seiler N.  Medicaid Expansions Help States Cope with the Opioid Epidemic.  GW Dept of Health Policy and Management.  July 25, 2017. https://publichealth.gwu.edu/sites/default/files/images/Medicaid%20Expansions%20Help%20States%20 Cope%20with%20the%20Opioid%20Epidemic%207-25-17%20report.pdf

Ku L.  Cutting immigrants' access to health insurance would drive up costs for many Americans. *Washington Post*, Letter to the Editor.  July 18, 2017.

Ku L, Steinmetz E, Brantley E, Holla N, Bruen B.  The Better Care Reconciliation Act: Economic and Employment Consequences for States.  Commonwealth Fund, July 6, 2017.[PR] http://www.commonwealthfund.org/publications/issue-briefs/2017/jul/bcra-economic-employment-consequences-states

Bruen BK, Ku L.  Community Health Centers Reduce the Costs of Children's Health Care.  Geiger Gibson / RCHN Community Health Foundation Research Collaborative Policy Research Brief # 48.  June 22, 2017. https://publichealth.gwu.edu/sites/default/files/downloads/GGRCHN/Brief%2048%20Child%20Cost%20 Savings.pdf

Ku L, Steinmetz E, Brantley E, Holla N, Bruen B.  The American Health Care Act: Economic and Employment Consequences for States.  Commonwealth Fund, June 14, 2017.  [PR] http://www.commonwealthfund.org/publications/issue-briefs/2017/jun/ahca-economic-and-employment-consequences
[Like the January 6th report, the June 14 and July 6 reports gained considerable interest and were widely cited by the media and by federal and state policy officials. This series of reports were among the most often downloaded reports for the Commonwealth Fund.]

Ku L, Paradise J, Thompson V.  Data Note: Medicaid's Role in Providing Access to Preventive Care for Adults. Kaiser Commission for Medicaid and the Uninsured.  May 17, 2017.  [PR] http://kff.org/medicaid/issue-brief/data-note-medicaids-role-in-providing-access-to-preventive-care-for-adults/

Ku L  In podcast: ACA Repeal Waves Goodbye to 3 Million Jobs and $1.5 Trillion.  The Working Life. May 10, 2017.  http://www.workinglife.org/politics/episode-29-aca-repeal-waves-goodbye-to-3-million-jobs-1-5-trillion/

Ku L, Brantley E.  Medicaid Work Requirements: Who's at Risk?  *Health Affairs Blog*, April 12, 2017. http://healthaffairs.org/blog/2017/04/12/medicaid-work-requirements-whos-at-risk/

Ku L, Brantley E.  Myths about the Medicaid Expansion and the "Able-Bodied." *Health Affairs Blog*, March 6, 2017.  http://healthaffairs.org/blog/2017/03/06/myths-about-the-medicaid-expansion-and-the-able-bodied/

Ku L  In podcast: The Financial Consequences of ACA Repeal.  The Commonwealth Fund.  Feb. 15, 2017. http://www.commonwealthfund.org/interactives-and-data/multimedia/podcasts/new-directions-in-health-care/the-impact-of-aca-repeal

Bennett J, Brown C, Ku L, Bruen B.  The Economic, Fiscal and Employment Effects of Health Care Modernization in Oklahoma.  State Chamber (of Commerce) Research Foundation.  Feb. 1, 2017. [PR] http://www.okstatechamber.com/sites/www.okstatechamber.com/files/OK%20Study%20-%20REMI%20FINAL.pdf

Mitchell K.  Interview with Leighton Ku.  GW Expert: Repealing Obamacare Would Hurt Patients, Economy.  GW Today.  Jan. 17, 2017.   https://gwtoday.gwu.edu/gw-expert-repealing-obamacare-would-hurt-patients-economy

Ku L Steinmetz E, Brantley E, Bruen B.  Repealing Federal Health Reform: The Economic and Employment Consequences for States.  Brief, Commonwealth Fund, Jan. 6, 2017. http://www.commonwealthfund.org/Publications/Issue-Briefs/2017/Jan/Repealing-Federal-Health-Reform [PR]

Ku L Steinmetz E, Brantley E, Bruen B.  The Economic and Employment Consequences of Repealing Federal Health Reform: A 50 State Analysis.  Milken Institute School of Public Health, George Washington University.  Jan. 6, 2017. https://publichealth.gwu.edu/sites/default/files/downloads/HPM/Repealing_Federal_Health_Reform.pdf [PR]

[Note: The Jan. 6 reports were reported widely in numerous media including CBS, NBC, NPR, *Forbes, Fortune, the Atlantic*, etc.  Findings were frequently cited by Congressmen and Senators in Congressional floor debates about repeal of the Affordable Care Act.  One of the most popular Commonwealth Fund reports in 2017]

Ku L, Steinmetz E, Bruen B.  Changes in Insurance Coverage and Cardiovascular Risk for U.S. Adults in States Expanding and Not Expanding Medicaid. Dec. 2016.  George Washington University and American Heart Association.  [PR] https://publichealth.gwu.edu/sites/default/files/downloads/HPM/Americans%20Cardiovascular%20Risk%20and%20Changes%20in%20Health%20Insurance%20Coverage%20Dec%2016.pdf

Ku L.   DC Health Link Has Expanded Health Insurance Coverage in the District.  DC Health Benefits Exchange Authority, Sept. 29, 2016 [no author listed] http://hbx.dc.gov/sites/default/files/dc/sites/hbx/publication/attachments/SurveyReportGainedCoverage%20final.pdf

Ku L.  Up in smoke: We'll spend billions tomorrow for not helping poor people quit smoking today, *The Conversation*.  July 12, 2016.  https://theconversation.com/up-in-smoke-well-spend-billions-tomorrow-for-not-helping-poor-people-quit-smoking-today-60686

Ku L.  The Role of Medicaid In Pay For Success Models For Supportive Housing For Chronically Homeless Individuals: Opportunities And Challenges, Report to Office of the Assistant Secretary for Planning and Evaluation, HHS, under review. [PR]

Regenstein M, Jewers M, Nocella K, Goldberg D, Strasser J, Ku L, Mullan F. Cost Estimates for Training a Resident in a Teaching Health Center. Report to HRSA. GW Dept. of Health Policy and Management, Feb. 2016. [PR]

Lantz,P, Rosenbaum S., Ku L et al. Opportunities for Pay for Success Demonstrations in HHS Programs, Office of the Assistant Secretary for Planning and Evaluation, HHS, forthcoming. [PR]

Ku L, Steinmetz E, Bruen B., Bysshe T. Effects of the Affordable Care Act on Health Insurance Coverage of Americans at Risk of Cardiovascular Disease, Washington, DC: American Heart Association. Jan. 2016.

Ku L, Steinmetz, E, Bysshe T. Continuity of Medicaid Coverage in an Era of Transition, Washington, DC: Association of Community Affiliated Plans, Nov. 1, 2015. [PR]

Ku L, Bysshe T, Steinmetz E, Bruen B. Health Reform and the Implications for Cancer Screening. Report to American Cancer Society, Sept. 2015

Ku L, Bysshe T, Wu. X. The Changing Community Health Center Workforce: 2007-13, GW Health Workforce Research Center, Sept. 22, 2015. [PR]
https://www.gwhwi.org/uploads/4/3/3/5/43358451/report_the_changing_community_health_cent er_8-10-15_.pdf

Ku L, Mullan F, Serrano C, Barber Z, Shin P. Teaching Health Centers: A Promising Approach for Building Primary Care Workforce for the 21st Century. Geiger Gibson / RCHN Community Health Foundation Research Collaborative Policy Research Brief # 40, March 10, 2015.
http://www.rchnfoundation.org/?p=4651

Rosenbaum S, Ku l, et al. (unnamed authors). *Amici Curiae* Brief Of Public Health Deans, Chairs, And Faculty And The American Public Health Association In Support Of Respondents to the Supreme Court of the United States re: *King v Burwell.* Jan. 28, 2015. [PR]

Ku L. Covering the Uninsured Through DC Health Link: Report on the First Year. DC Health Benefits Exchange Authority, Dec. 26, 2014. http://hbx.dc.gov/node/978322 [PR]

Ku L, Bruen B, Steinmetz E, Bysshe T. The Economic and Employment Costs of Not Expanding Medicaid in North Carolina: A County-Level Analysis. Dec. 2014. Cone Health Foundation and Kate B. Reynolds Charitable Trust. At www.ncmedicaidexpansion.com {PR}

Ku L, Bruen B, Steinmetz E, Brown C., Motamedi R, Stottlemyer C. Economic and Employment Effects of Expanding KanCare. Kansas Hospital Association, Nov. 2014 at http://www.kha-net.org/.

Steinmetz E, Bruen, B, Ku L. Children's Use of Dental Care in Medicaid: Federal Fiscal Years 2000 – 2012. Report to CMS, Oct. 2014. Posted at http://www.medicaid.gov/medicaid-chip-program-information/by-topics/benefits/dental-trends-2000-to-2012.pdf. [PR]

Stewart A, Cox M, Ku L. Health Insurance Benefits Advisors: Understanding Responsibilities, Regulations, Restrictions and Relevance in Implementing the Affordable Care Act. GW Dept of Health Policy, Sept. 2014. [PR]

Ku L Zur, J. Jones E, Shin P, Rosenbaum S. How Medicaid Expansions and Future Community Health Center Funding Will Shape Capacity to Meet the Nation's Primary Care Needs: A 2014 Update Geiger

Gibson / RCHN Community Health Foundation Research Collaborative Policy Research Brief # 37, June 18, 2014.  [PR]

Miller V, Ku L. The Impact of Government Transfer Programs on State and Regional Personal Incomes, Department of Health Policy Issue Brief, April 30, 2014.

Ku L. Strengthening Immigrants' Health Access: Current Opportunities. GW Department of Health Policy Issue Brief, Dec. 13, 2013.  http://hsrc.himmelfarb.gwu.edu/sphhs_policy_briefs/29/

Ku L Zur, J. Jones E, Shin P, Rosenbaum S. How Medicaid Expansions and Future Community Health Center Funding Will Shape Capacity to Meet the Nation's Primary Care Needs  Geiger Gibson / RCHN Community Health Foundation Research Collaborative Policy Research Brief # 34, Nov. 18. 2013

Paradise J, Rosenbaum S, Shin P, Sharac J, Alvarez C, Zur J, Ku L. Providing outreach and enrollment assistance: lessons learned from community health centers in Massachusetts. The Henry J. Kaiser Family Foundation. September 24, 2013. Available at: http://kff.org/health-reform/issue-brief/providing-outreach-and-enrollment-assistance-lessons-learned-from-community-health-centers-in-massachusetts/

Ku L, Steinmetz E.  Bridging the Gap: Continuity and Quality of Coverage in Medicaid, Washington DC: Association of Community Affiliated Plans. Sept. 2013.
https://www.communityplans.net/research/bridging-the-gap-continuity-and-quality-of-coverage-in-medicaid/ [PR]

Ku L.  The Bipartisan Senate Immigration Bill: Implications for Health Coverage and Health Access, GW Department of Health Policy, Aug. 8, 2013

Ku L. The Senate Immigration Bill's Impact on Health Care, blog posted at www.cmwf.org, Aug. 8, 2013. [PR]

Ku L. Comprehensive Immigration Reform and Health Care: CBO's Analysis of S. 744, Dept of Health Policy report, June 20, 2013.  Also posted on *HealthReformGPS.org.*

Ku L. Explaining Recent Changes in CBO Projections of Health Insurance Coverage and Costs under the Affordable Care Act, Implementation Brief posted on www.*HealthReformGPS.org,* June 5, 2013.

Ku L, Steinmetz E, The Continuity of Medicaid Coverage: An Update." April 2013. Association of Community Affiliated Plans.  https://www.communityplans.net/research/the-continuity-of-medicaid-coverage-an-update/

Ku L.  Medicaid Expansions Using Private Plans: The Role of Premium Assistance and Cost-Sharing, commentary in www.*HealthReformGPS.*org April 2013.
http://www.healthreformgps.org/resources/medicaid-expansions-using-private-plans-the-role-of-premium-assistance-and-cost-sharing-2/

Ku L, Bruen B.  Poor Immigrants Use Public Benefits At a Lower Rate than Poor Native-Born Citizens, *Economic Development Bulletin* No. 17, Washington, DC: Cato Institute. March 4, 2013
http://www.cato.org/sites/cato.org/files/pubs/pdf/edb17.pdf [PR]

Brown C, Motamedi R, Stottlemeyer C, Bruen B, Ku L.  Economic and Employment Effects of Expanding Medicaid in Iowa, Regional Economic Models, Inc. and George Washington University. Prepared for Iowa Hospital Association. Mar. 2013.
http://blog.iowahospital.org/wp-content/uploads/2013/03/IA-Medicaid-Expansion-Econ-Full-Report.pdf

Brown C, Motamedi R, Stottlemeyer C, Bruen B, Ku L.  Economic and Employment Effects of
Expanding Medicaid in Arizona, Regional Economic Models, Inc. and George Washington University.
Prepared for Arizona Hospital and Healthcare Association. Feb. 2013.
http://www.azhha.org/member_and_media_resources/documents/ArizonaMedicaidExpansionReportREM
I2-28-13_000.pdf

Brown C, Motamedi R, Stottlemeyer C, Bruen B, Ku L.  Economic and Employment Effects of
Expanding Medicaid in Arkansas, Regional Economic Models, Inc. and George Washington University.
Prepared for Arkansas Hospital Association. Feb. 2013.
http://www.arkhospitals.org/Misc.%20Files/ReportBriefAppendix.pdf

Brown, C., Motamedi, R., Stottlemeyer, C., Bruen B and Ku L.  Economic and Employment Effects of
Expanding Medicaid in Kansas, Regional Economic Models, Inc. and George Washington University.
Prepared for Kansas Hospital Association. Feb. 2013.
http://m.kha-net.org/communications/mediareleases/102615.aspx

Ku L, Bruen B.  The Use of Public Assistance Benefits by Citizens and Non-citizen Immigrants in the
United States.  Working Paper, Cato Institute, Feb. 2013. [PR]

Ku L, Jewers M.  Health Care for Immigrants: Policies and Current Issues.  Migration Policy Institute,
June 2013.  www.migrationpolicy.org [PR]

Ku L, Bruen B, and Steinmetz E.  Task 9: Medicaid DSH Simulation: Final Report to the Office of the
Assistant Secretary for Planning and Evaluation. Jan. 2013.  [PR]

Ku L, Bruen B, Steinmetz E Beeson T.  Task 7: Medicaid DSH Analytic Report to the Office of the
Assistant Secretary for Planning and Evaluation. Oct. 2012. [PR]

Ku L Cartwright-Smith L, Sharac J, Steinmetz E, Lewis J, Shin P. Deteriorating Access to Women's
Health Services in Texas: Potential Effects of the Women's Health Program Affiliate Rule, Geiger
Gibson/RCHN CHF Research Collaborative Brief, Issue No. 31. October 11, 2012

Ku L, Regenstein M, Shin P, Mead H, Levy A, Buchanan K, Byrne, F.. Coordinating and Integrating
Care for Safety Net Patients: Lessons from Six Communities. George Washington University Dept. of
Health Policy, May 21, 2012.

Ku L, Levy A, Bruen B.  The Potential Primary Care Crisis in Texas: A County-Based Analysis Report
for Methodist Healthcare Ministries, April 2012.

Ku L, Cunningham M, Goetz-Goldberg D., Darnell J, Hiller M.. Quality Incentives for Federally
Qualified Health Centers, Rural Health Clinics and Free Clinics: A Report To Congress, report prepared
for U.S. Department of Health and Human Services for submission to Congress, January 23, 2012. [PR]

Ku L.  Saving Money: The Massachusetts Medicaid Tobacco Cessation Benefit: A Policy Paper.
Partnership for Prevention.  Jan. 2012.
http://www.prevent.org//data/images/roi%20policy%20paper_a.pdf

Ku L, Levy A, Lantz P, Pierre-Matthieu R.  Options for CDC's Cancer Screening Programs: Implications
of the Affordable Care Act.  Report to the American Cancer Society and Centers for Disease Control and
Prevention, Nov. 15, 2011. [PR]

21

Ku L, Regenstein M., Shin P, Mead H, Levy A, Buchanan K, Byrne F. Coordinating and Integrating Care for Safety Net Patients: Lessons from Six Communities, Draft Report to the Commonwealth Fund, Sept. 2011. [PR]

Ku L, Regenstein M., Shin P, Bruen B, Byrne FR. Improving the Integration and Coordination of Safety Net Health Providers Under Health Reform: Key Issues, Commonwealth Fund Pub 1552, Oct. 2011. Posted at http://www.commonwealthfund.org/~/media/Files/Publications/Issue%20Brief/2011/Oct/ 1552_Ku_promoting_integration_safetynet_providers_under_reform_ib.pdf [PR]

Ku L, Shin P, Jones E, Bruen B. Transforming Community Health Centers into Patient-Centered Medical Homes: The Role of Payment Reform, Report to the Commonwealth Fund, Sept. 28, 2011. Posted at http://www.commonwealthfund.org/Publications/Fund-Reports/2011/Sep/Transforming-Community-Health-Centers.aspx. [PR]

Ku L, Ferguson C. Medicaid Works: A Review of How Public Insurance Protects the Health and Finances of Low-Income Families and Individuals. First Focus and George Washington Univ. Dept. of Health Policy, June 2011.

Ku L. Medicaid in the Bull's Eye.: Blog posted at *Health Affairs* blog website. April 15, 2011. http://healthaffairs.org/blog/2011/04/15/medicaid-in-the-bulls-eye.

Rosenbaum S, Shin P, Ku L. Who Are the Health Center Patients Who Risk Losing Care Under the House of Representatives Proposed FY 2011 Spending Reductions?. Issue No. 20. Geiger Gibson/RCHN Community Health Foundation Research Collaborative Feb 24, 2011.

Ku L, Richard P, Dor A, Tan E, Shin P, Rosenbaum S. Strengthening Primary Care to Bend the Cost Curve: The Expansion of Community Health Centers Through Health Reform, Brief No. 19. Geiger Gibson/RCHN Community Health Foundation Research Collaborative, June 30, 2010.

Ku L, Shin P, Bruen B. Can Health Care Investments Stimulate the Economy?. Blog posted at *Health Affairs* blog website, March 16, 2010. http://healthaffairs.org/blog/2010/03/16/can-health-care-investments-stimulate-the-economy/

Shin P, Bruen B, Jones E, Ku L, Rosenbaum S. The Economic Stimulus: Gauging the Early Effects of ARRA Funding on Health Centers and Medically Underserved Populations and Communities, Brief No. 17. Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Feb. 2010.

Shin P, Bruen B, Ku L, Mead KH, Regenstein M, Rosenbaum S, Buchanan K, Smith K. The Early Impact of ARRA on Community Health Centers: Analysis of HCQR2. Report to Health Resources and Services Administration, Rockville, MD. February 2010.

Ku L, Rosenbaum S, Shin P. Using Primary Care to Bend the Cost Curve: The Potential Impact of Health Center Expansion in Senate Reforms. Brief No. 16. Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Oct 14, 2009.

Shin P, Ku L, Mauery R, Finnegan B, Rosenbaum S. Estimating the Economic Gains for States as a Result of Medicaid Coverage Expansions for Adults, Brief No. 15. Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Oct 7, 2009.

Ku L, Richard P, Dor A, Tan E, Shin P, Rosenbaum S. Using Primary Care to Bend the Curve: Estimating the Impact of a Health Center Expansion on Health Care Costs. Brief No. 14. Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Sep 1, 2009.

Ku L. Do Medicaid and CHIP Measure Errors Correctly?. Dept. of Health Policy, George Washington Univ. Aug. 4, 2009.

Ku L, Shin P, Rosenbaum S. Estimating the Effects of Health Reform on Health Centers' Capacity to Expand to New Medically Underserved Communities and Populations. Issue No. 11. Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Washington, DC. Jul 23, 2009. Rosenbaum S, Jones E, Shin P and Ku L National Health Reform: How Will Medically Underserved Communities Fare? Geiger Gibson / RCHN Community Health Foundation Research Collaborative, Washington, DC. July 9, 2009.

Rosenbaum S, Jones E, Shin P, Ku L. National Health Reform: How Will Medically Underserved Communities Fare?  Geiger Gibson / RCHN Community Health Foundation Research Collaborative, Washington, DC. July 2009.

Ku L, MacTaggart P, Pervez F, Rosenbaum S.  Improving Medicaid's Continuity and Quality of Care, Association for Community Affiliated Plans, July 2009.  [PR]

Finnegan B, Ku L, Shin P, Rosenbaum S.  Boosting Health Information Technology in Medicaid: The Potential Effect of the American Recovery and Reinvestment Act. Geiger Gibson / RCHN Community Health Foundation Research Collaborative, Washington, DC. July 7, 2009.

Ku L. Expanding Coverage for Low-income Americans: Medicaid or Health Insurance Exchanges? Blog posted at *Health Affairs* blog website, June 23, 2009.  http://healthaffairs.org/blog/2009/06/23/expanding-coverage-for-low-income-americans-medicaid-of-health-insurance-exchanges/

Shin P Ku L, Jones E, Finnegan B, Rosenbaum S.  Financing Community Health Centers As Patient- And Community-Centered Medical Homes:  A Primer, George Washington Univ., May 27, 2009. [PR]

Ku L, Jones E, Finnegan B, Shin P, Rosenbaum S. Community Health Centers in the Midst of Massachusetts' Health Reform:  How Is the Primary Care Safety Net Faring? Kaiser Commission on Medicaid and the Uninsured and Geiger Gibson Community Health Program. March 2009. [PR]

Ku L. Restoring Medicaid and SCHIP Coverage to Legal Immigrant Children and Pregnant Women: Implications for Community Health and Health Care for Tomorrow's Citizens, Geiger Gibson/RCHN Community Health Foundation Research Brief #7, Jan. 13, 2009. https://www.rchnfoundation.org/wp-content/uploads/2013/02/GG-RCHN_No7.pdf

Ku L, Feiden K.  Examining the Health Consequences of the 2008-09 Recession, Rapid Public Health Policy Response Project, GW School of Public Health and Health Services, January 2009.

Ku L. The Dial and the Dashboard: The Child Well-Being Index and Public Policy, prepared for the Foundation for Child Development, Jan. 2009.

Jones E, Ku L, Lippi J, Whittington R, Rosenbaum S. Designation of Medically Underserved and Health Professional Shortage Areas: Analysis of the Public Comments on the Withdrawn Proposed Regulation. Geiger Gibson/RCHN Community Health Foundation Research Brief #5. September 2008.

Shin P, Ku L, Jones E, Rosenbaum S. Grantee-Level Estimates Show that 31 Percent of All Health Centers would Fail to Meet Tier Two Status under HRSA's Proposed MUA/MUP/HPSA Designation Regulations. Geiger Gibson/RCHN Community Health Foundation Research Brief #3. May 2008.

23

Shin P, Ku L, Jones E, Rosenbaum S.  Analysis of the Proposed Rule on Designation of Medically Underserved Populations and Health Professional Shortage Areas, (report and highlights) Geiger Gibson/RCHN Community Health Foundation Research Collaborative, Department of Health Policy, The George Washington University, revised May 1, 2008.

Ku L, Lindblom E. (authors not named) Expanding Children's Health Insurance and Raising Federal Tobacco Taxes Helps Low-Income Families, Joint Paper of the Center on Budget and Policy Priorities and the Campaign for Tobacco-Free Kids, Oct. 16, 2007.
Ku L. 'Crowd-Out' Is Not the Same as Voluntarily Dropping Private Health Insurance for Public Program Coverage, Center on Budget and Policy Priorities, Sept. 27, 2007

Greenstein R, Ku L (authors not named) Charge That Bipartisan SCHIP Compromise Bill Aids Undocumented Immigrants Is False, Center on Budget and Policy Priorities, Sept. 25, 2007.

Ku L. Collateral Damage: Children Can Lose Coverage When Their Parents Lose Health Insurance, Center on Budget and Policy Priorities, Sept. 17, 2007.

Ku L (author not named), More Americans, Including More Children, Now Lack Health Insurance, Center on Budget and Policy Priorities, Aug. 31, 2007.

Ku L, New Research Shows Simplifying Medicaid Can Reduce Children's Hospitalizations, Center on Budget and Policy Priorities, June 11, 2007.

Ku L, Comparing Public and Private Health Insurance for Children, Center on Budget and Policy Priorities, May 11, 2007.

Ku L, Reducing Disparities in Health Coverage for Legal Immigrant Children and Pregnant Women, Center on Budget and Policy Priorities, April 20, 2007.

Ku L, Census Revises Estimates of the Number of Uninsured People, Center on Budget and Policy Priorities, April 5, 2007.

Ku L, Schneider A, Solomon J,  The Administration Again Proposes to Shift Federal Medicaid Costs to States, Center on Budget and Policy Priorities, Feb. 14, 2007.

Ku L. Medicaid Costs Are Growing More Slowly Than Costs For Medicare or Private Insurance, Center on Budget and Policy Priorities, Nov. 13, 2006.

Ku L, Broaddus M. Coverage of Parents Helps Children, Too, Center on Budget and Policy Priorities, Oct. 20, 2006.

Ku L Paying for Language Services in Medicare: Preliminary Options & Recommendations, National Health Law Program and Center on Budget and Policy Priorities, Oct. 2006. (www.healthlaw.org/library.cfm?fa=detail&id=118637&appView=folder)

Ku L, Broaddus M. Is Medicaid Responsible for the Erosion of Employer-Based Health Coverage?, Center on Budget and Policy Priorities, Sept. 22, 2006.

Greenstein, R., Ku L and Dean, S. Survey Indicates House Bill Could Deny Voting Rights To Millions Of U.S. Citizens, Center on Budget and Policy Priorities, Sept. 22, 2006.

24

Ku L, Cohen Ross D, Broaddus M.  Documenting Citizenship and Identity Using Data Matches: A Promising Strategy for State Medicaid Programs, Center on Budget and Policy Priorities, Sept. 1, 2006.

Ku L.  Why Immigrants Lack Adequate Access to Health Care and Health Insurance, Migration Information Source, Migration Policy Institute, Sept. 2006.
[PR](www.migrationinformation.org/Feature/display.cfm?id=417)

Kogan R, Ku L, et al. Budget Process Bill Would Result in Deep Cuts in Medicare and Medicaid, Center on Budget and Policy Priorities, Aug. 9, 2006.

Ku L. Revised Medicaid Documentation Requirement Jeopardizes Coverage for 1 To 2 Million Citizens, Center on Budget and Policy Priorities, July 13, 2006.

Ku L. Using Information Technology to Document Citizenship in Medicaid, Center on Budget and Policy Priorities, June 20, 2006.

Ku L. The Slowdown in Medicaid Expenditure Growth, Center on Budget and Policy Priorities, March 13, 2006.

Ku L, Broaddus M.  New Requirement For Birth Certificates or Passports Could Threaten Medicaid Coverage For Vulnerable Beneficiaries: A State-By-State Analysis, Center on Budget and Policy Priorities, Revised Feb. 17, 2006.

Ku L Cohen Ross D. Broaddus M. Survey Indicates Deficit Reduction Act Jeopardizes Medicaid Coverage for 3 to 5 Million U.S. Citizens, Center on Budget and Policy Priorities, Revised Feb. 17, 2006.

Schneider A, Ku L, et al. Administration's Medicaid Proposals Would Shift Federal Costs to States, Center on Budget and Policy Priorities, Feb. 14, 2006.

Ku L, Cohen Ross D. New Medicaid Requirement Is Unnecessary and Could Impede Citizens' Coverage, Center on Budget and Policy Priorities, Revised Jan. 4, 2006.

Wachino V, Ku L, et al. Medicaid Provisions of House Reconciliation Bill Both Harmful and Unnecessary Senate Bill Achieves Larger Savings Without Reducing Access to Care, Center on Budget and Policy Priorities, Dec. 9, 2005

Ku L, Wachino V. Greenstein R. The House Reconciliation Bill's Provisions On Medicaid Co-Payments and Premiums: Are They Mild or Harsh? Center on Budget and Policy Priorities, Nov. 22, 2005.

Wachino V, Ku L , et al. An Analysis of The National Governors Association's Proposals For Short-Run Medicaid Reform Center on Budget and Policy Priorities, Oct. 14, 2005.

Ku L and Wachino V. Don't Shift Medicaid's Costs onto Those Who Can Least Afford Them The Hill, July 20, 2005.

Ku L. Medicaid: Improving Health, Saving Lives, Center on Budget and Policy Priorities, July 19, 2005.

Ku L. New Research Sheds Light on Risks from Increasing Medicaid Cost-Sharing and Reducing Medicaid Benefits, Center on Budget and Policy Priorities, July 18, 2005.

Ku L, Wachino V. Medicaid Commission Named By Secretary Leavitt Lacks Balance, Center on Budget and Policy Priorities, July 10, 2005

Ku L, Wachino V. Assessing The National Governors Association's Proposals To Allow Increases In Cost-Sharing Charges To Medicaid Beneficiaries, Center on Budget and Policy Priorities, July 7, 2005.

Ku L, Wachino.V. The Effect Of Increased Cost-Sharing In Medicaid: A Summary Of Research Findings, Center on Budget and Policy Priorities, Revised, July 7, 2005.

Ku L, Broaddus M. Out-Of-Pocket Medical Expenses For Medicaid Beneficiaries Are Substantial And Growing, Center on Budget and Policy Priorities, May 31, 2005.

Ku L, Solomon, J. Is Missouri's Medicaid Program Out-of-Step and Inefficient?, Center on Budget and Policy Priorities, April 4, 2005.

Wachino V, Schneider A, Ku L. Medicaid Budget Proposals Would Shift Costs To States And Be Likely To Cause Reductions In Health Coverage: Administration's Proposal Also Implies Cap On Federal Funding, Center on Budget and Policy Priorities, Feb. 18, 2005

Ku L, Broaddus M, Wachino, V.. Medicaid and SCHIP Protected Insurance Coverage for Millions of Low-Income Americans, Jan. 31, 2005

Ku L and Wachino V. The Potential Impact of Eliminating TennCare and Reverting to Medicaid: A Preliminary Analysis, Center on Budget and Policy Priorities, Nov. 15, 2004.

Ku L, Deschamps E, Hilman J. The Effects of Copayments on the Use of Medical Services and Prescription Drugs in Utah's Medicaid Program, Center on Budget and Policy Priorities, Nov. 2, 2004.

Ku L. Will the New TennCare Cutbacks Help Tennessee's Economy? Center on Budget and Policy Priorities, July 8, 2004.

Ku L, Nimalendran S. Losing Out: States Are Cutting 1.2 to 1.6 Million Low-Income People from Medicaid, SCHIP and Other State Health Insurance Programs, Center on Budget and Policy Priorities, Dec. 22, 2003.

Ku L, Broaddus M. Funding Health Coverage For Low-Income Children In Washington, Center on Budget and Policy Priorities, Nov. 10, 2003.

Ku L, Report Documents Growing Disparities in Health Care Coverage Between Immigrant and Citizen Children as Congress Debates Immigrant Care Legislation, Center on Budget and Policy Priorities, Oct. 14, 2003

Ku L. CDC Data Show Medicaid and SCHIP Played a Critical Counter-Cyclical Role in Strengthening Health Insurance Coverage during the Economic Downturn, Center on Budget and Policy Priorities, Rev. Oct. 8, 2003.

Ku L. How Many Low-Income Medicare Beneficiaries In Each State Would Be Denied The Medicare Prescription Drug Benefit Under The Senate Drug Bill? Center on Budget and Policy Priorities, July 31, 2003.

Ku L. State Fiscal Relief Provides An Opportunity To Safeguard Medicaid Budgets, Center on Budget and Policy Priorities, June 4, 2003

Ku L, Charging the Poor More For Health Care: Cost-Sharing In Medicaid, Center on Budget and Policy Priorities, May 7, 2003.

Ku L, Fremstad S, Broaddus M. Noncitizens' Use Of Public Benefits Has Declined Since 1996, Center on Budget and Policy Priorities, April 14, 2003.

Nathanson M, Ku L. Proposed State Medicaid Cuts Would Jeopardize Health Insurance Coverage For 1.7 Million People: An Update, Center on Budget and Policy Priorities, Mar. 21, 2003.

Ku L, Shift In Costs From Medicare To Medicaid Is A Principal Reason For Rising State Medicaid Expenditures, Center on Budget and Policy Priorities, March 3, 2003.

Ku L, The Medicaid-Medicare Link: State Medicaid Programs Are Shouldering A Greater Share of The Costs Of Care For Seniors And People With Disabilities, Center on Budget and Policy Priorities, Feb. 25, 2003.

Ku L, Broaddus M. Why Are States' Medicaid Expenditures Rising? Jan. 13, 2003.

Cohen-Ross D, Ku L. Quarterly Status Reporting Could Jeopardize The Health Coverage Of Hundreds Of Thousands Of Eligible Low-Income Californians, Center on Budget and Policy Priorities, Revised Dec. 23, 2002

Ku L, et al., Proposed State Medicaid Cuts Would Jeopardize Health Insurance Coverage for One Million People, Center on Budget and Policy Priorities, Dec. 23, 2002.

Ku L, Cohen-Ross D. Staying Covered: The Importance of Retaining Health Insurance Coverage for Low-income Families, Commonwealth Fund, Dec. 2002. (One of the most frequently downloaded Commonwealth Fund reports in 2006.) [PR]

Ku L, New CDC Data Show the Importance of Sustaining Medicaid and SCHIP Coverage as Private Health Insurance Erodes in 2002, Center on Budget and Policy Priorities, Revised Oct. 8, 2002.

Ku L, Cohen-Ross D, Nathanson M. State Medicaid Cutbacks and the Federal Role In Providing Fiscal Relief to States, Center on Budget and Policy Priorities, Revised. Aug. 8, 2002

Ku L, Park E., Improving Transitional Medicaid to Promote Work and Strengthen Health Insurance Coverage, Center on Budget and Policy Priorities, April 29, 2002.

Capps R, Ku L, et al. How Are Immigrants Faring After Welfare Reform? Preliminary Evidence from Los Angeles County and New York City, Report to the Office of the Assistant Secretary for Planning and Evaluation, Dept. of Health and Human Services, March 2002. Available at http://aspe.hhs.gov/hsp/immigrants-faring02/index.htm. [PR]

Broaddus M, et al. Expanding Family Coverage: States' Medicaid Eligibility Policies for Working Families in the Year 2000, Center on Budget and Policy Priorities, Revised Feb. 2002.

Ku L, Park E, Administration's Regulation to Reduce Medicaid Upper Payment Limit Would Further Worsen State Budget Crises, Center on Budget and Policy Priorities, Dec. 11, 2001.

Ku L, Park E. Federal Aid to State Medicaid Programs Is Falling While the Economy Weakens, Center on Budget and Policy Priorities, Oct. 6, 2001.

27

Ku L, Rothbaum E. Many States Are Considering Medicaid Cutbacks in the Midst of the Economic Downturn, Center on Budget and Policy Priorities, October 26, 2001.

Park E, Ku L, Health Care Provisions of House Ways And Means Committee Stimulus Package Offer Little Help for the Health Insurance Needs of Unemployed Workers, Center on Budget and Policy Priorities, Oct. 19, 2001.

Park E, Ku L, Temporary Medicaid Improvements As Part of a Stimulus Package, Center on Budget and Policy Priorities, Oct. 9, 2001.

Ku L, Counting the Uninsured: A Guide for the Perplexed, Center on Budget and Policy Priorities, Sept. 21, 2001

Park E, Ku L. Administration Medicaid and SCHIP Waiver Policy Encourages States to Scale Back Benefits Significantly and Increase Cost-Sharing for Low-Income Beneficiaries, Center on Budget and Policy Priorities, August 15, 2001.

Ku L, Guyer J. Medicaid Spending: Rising Again But Not to Crisis Levels, Center on Budget and Policy Priorities, April 20, 2001.

Broaddus M, Ku L. Nearly 95 Percent of Low-Income Uninsured Children Now Are Eligible for Medicaid or SCHIP, Center on Budget and Policy Priorities, Dec. 6, 2000.
12/6/00

Ku L, Freilich A., Caring for Immigrants: Health Care Safety Nets in Los Angeles, New York, Miami and Houston, Kaiser Commission on Medicaid and the Uninsured, Feb. 2001.

Holahan J, Ku L, Pohl M.. Is Immigration Responsible for the Growth in the Number of Uninsured People? Kaiser Commission on Medicaid and the Uninsured, March 2001.

Ku L, Blaney S. Health Coverage for Legal Immigrant Children: New Census Data Highlight Importance of Restoring Medicaid and SCHIP Coverage, Center on Budget and Policy Priorities, Revised. Oct. 10, 2000.

Ormond B, Ku L and Bruen B. Engine of Change or One Force among Many? Section 1115 Demonstration Projects and Trends in Medicaid Expenditures (Baltimore, MD: Health Care Financing Administration, February 2001).

Ku L, Limiting Abuses of Medicaid Financing: HCFA's Plan to Regulate the Medicaid Upper Payment Limit, Center on Budget and Policy Priorities, Sept. 27, 2000.

Ku L, Broaddus M. The Importance of Family-Based Insurance Expansions: New Research on the Effects of State Health Reforms, Center on Budget and Policy Priorities, September 5, 2000.

Ku L, Matani S. Immigrants' Access to Health Care and Insurance on the Cusp of Welfare Reform, Assessing the New Federalism Discussion Paper 00-03, Washington, DC: The Urban Institute, June 2000.

Ku L, Garrett B. How Welfare Reform and Economic Factors Affected Medicaid Participation: 1984-96, Assessing the New Federalism Discussion Paper 00-01, Washington, DC: The Urban Institute, February 2000.

28

Ku L, Ellwood MR, Hoag S, Ormond B, Wooldridge J. The Evolution of Medicaid Managed Care Systems and Eligibility Expansions in Section 1115 Projects. Final report to the Health Care Financing Administration, from the Urban Institute and Mathematica Policy Research, Inc., May 2000. [PR]

Coughlin T, Ku L, Kim, J., Reforming the Medicaid Disproportionate Share Program in the 1990s, Assessing the New Federalism, The Urban Institute, Discussion Paper 99-14, (joint release with Commonwealth Fund), 1999. [PR]

Ku L, Bruen B. The Continuing Decline in Medicaid Coverage, Assessing the New Federalism Brief A-37, The Urban Institute, December 1999.

Ku L, Ullman F, Almeida R, What Counts? Determining Medicaid and CHIP Eligibility for Children, Assessing the New Federalism Discussion Paper 99-05, Washington, DC: The Urban Institute, 1999.

Ku L, Hoag S. Medicaid Managed Care and the Marketplace: State Health Reforms in Hawaii, Oklahoma, Rhode Island and Tennessee, Report to the Health Care Financing Administration from the Urban Institute and Mathematica Policy Research, February 1998.

Ku L, Kessler B. The Number and Cost of Immigrants on Medicaid: National and State Estimates, Report to the Office of the Assistant Secretary for Planning and Evaluation from the Urban Institute, December 1997. [PR]

Ku L, Berkowitz, A., Ullman F, Regenstein M. Health Policy for Low-Income People in Mississippi, Assessing the New Federalism, Washington, DC: The Urban Institute, December 1997. [PR]

Nichols L, Ku L, Norton S, Wall S. Health Policy for Low-Income People in Washington Assessing the New Federalism, Washington, DC: The Urban Institute, November 1997. [PR]

Ku L, Wall S. The Implementation of Oklahoma's Medicaid Reform Program: SoonerCare, Report to the Health Care Financing Administration from the Urban Institute and Mathematica Policy Research, October 1997. [PR]

Ku L, Coughlin T, The Use of Sliding Scale Premiums in Subsidized Insurance Programs, Urban Institute Working Paper, March 1997. [PR]

Ku L, Coughlin T, How the New Welfare Reform Law Affects Medicaid, Assessing New Federalism Policy Brief No. A-7, the Urban Institute, February 1997. [PR]

Wooldridge J., Ku L, Coughlin T, Dubay L, Ellwood MR, Rajan S, Hoag S., Reforming State Medicaid Programs: First Year Implementation Experiences from Three States, Mathematica Policy Research, January 1997. [PR]

Wooldridge J, Ku L, Coughlin T, Dubay L, Ellwood MR, Rajan S, Hoag S.  Implementing State Health Care Reform: What Have We Learned from the First Year?  The First Annual Report of the Evaluation of Health Reform in Five States.  Report to the Health Care Financing Administration, from  Mathematica Policy Research Inc. and the Urban Institute, December 1996.  [PR]

Ku L, Wade M, Dodds S. How Cost-Reimbursement Affected Patients, Health Centers and Medicaid: The Federally Qualified Health Center Program, Report to the Health Care Financing Administration, from the Urban Institute and Mathematica Policy Research, Inc., August 1996.

Long S, Ciemnecki A, Coughlin T, Kenney G, Ku L, Mitchell J, Rajan S, Rosenbach M, Thornton C, Wade M, Zuckerman S. Designing an Evaluation of the Medicaid Health Reform Demonstrations, Report to the Health Care Financing Administration, from the Urban Institute, Center for Health Economics Research and Mathematica Policy Research, Inc., Feb. 1996.

Holahan J, Coughlin T, Liu K, Ku L, Kuntz C, Wade M, Wall S. Cutting Medicaid Spending in Response to Budget Caps, Report to the Kaiser Commission on the Future of Medicaid, Sept. 1995. [PR]

Wade M, Ku L, Dodds S. (1995). The Impact of the Medicaid FQHC Program on Center Users, FQHCs and the Medicaid Program, Urban Institute Working Paper 06428-03, May 1995.

Ku L, Coughlin T. Medicaid Disproportionate Share and Related Programs: A Fiscal Dilemma for the States and the Federal Government, Report to the Kaiser Commission on the Future of Medicaid from the Urban Institute, December 1994.

Holahan J, Coughlin T, Ku L, Lipson D, Rajan S. Increasing Insurance Coverage through Medicaid Waiver Programs, Urban Institute Working Paper 06433-005-01, November 1994.

Rajan S, Coughlin T, Ku L, Holahan J, Lipson, D. Increasing Insurance Coverage through Medicaid Waiver Programs: Case Studies, Urban Institute Working Paper 06433-005-02, November 1994.

Ku L, Publicly Supported Family Planning in the United States: Financing of Family Planning Services. Report to the Kaiser Family Foundation, The Urban Institute, June 1993.

Holahan J, Coughlin T, Ku L, Heslam D, Winterbottom C, The States' Response to Medicaid Financing Crisis: Case Studies Report, Health Policy Center Report 6272-02, The Urban Institute, December 1992 (revised).

Sonenstein F, Ku L, Juffras J, Cohen B. Promising Prevention Programs for Children, Report to the United Way of America, The Urban Institute, March 1991.

Ellwood MR, Ku L. Summary and Policy Recommendations: Studies on Health Care Services to Severely Disabled Children, Report Submitted to the Office of the Assistant Secretary for Planning and Evaluation, DHHS, Lexington, MA: SysteMetrics/ McGraw-Hill, August 1990.

Ku L, Who's Paying the Big Bills?: Very High Cost Pediatric Hospitalizations in California in 1987, Report to Office of the Assistant Secretary for Planning and Evaluation, DHHS, Lexington, MA: SysteMetrics/McGraw-Hill, August 1990.

Sonenstein F, Ku L, Adams EK, Orloff T. Potential Research Strategies to Evaluate the Effect of Transitional Medicaid and Child Care Benefits, Report to the Office of the Assistant Secretary for Planning and Evaluation, DHHS, Lexington, MA: SysteMetrics/McGraw-Hill, May 1990.

### HIV/AIDS and Reproductive Health

Lindberg L, Ku L, Sonenstein F. Minor Mothers and Adult Fathers: Age Differences Between Teen Mothers and Their Partners, Urban Institute Working Paper, 1996.

Sonenstein FL., Pleck JH, Ku L. Why Young Men Don't Use Condoms: Factors Related to Consistency of Utilization, Sexuality and American Policy Seminar Series, Kaiser Family Foundation and American Enterprise Institute for Public Policy Research, Washington, D.C., May 1995.

Ku L and the NSAM Study Team, Preliminary Results of the Pretest for the National Survey of Adolescent Males, Report to the Centers for Disease Control and Prevention and the National Institute for Child Health and Human Development, November 1994.

Ku L, Levine G, Sonenstein F, State STD Reporting Rules and Research Surveys, Report to the Centers for Disease Control and Prevention, September 1994.

Sonenstein F, Pleck J, Ku L, The Male Side of the Equation, TEC Networks, 33:3-4, June 1992.

Sonenstein F, Pleck J, Ku L,  Influences on Adolescent Male Premarital Sexual Behavior, Final Report to the Office of Population Affairs, DHHS from Urban Institute, May 1992.

Sonenstein F, Pleck J, Ku L, Sex and Contraception Among Adolescent Males,  TEC Networks, 29:1-3, June 1991.

Sonenstein F, Pleck J, Calhoun C, Ku L, 1988 National Survey of Adolescent Males: A User's Guide to the Machine Readable Files and Documentation, Data Set G6, Data Archives on Adolescent Pregnancy and Pregnancy Prevention, Los Altos, CA: Sociometrics Corp, 1991.

Sonenstein F, Pleck J, Calhoun C, Ku L, Determinants of Contraceptive Use by Adolescent Males, Final Report to the National Institute for Child Health and Human Development, Urban Institute, February 1991.

### *Food and Nutrition Policy*

Ku L, Debating WIC, The Public Interest, 135: 108-12, Spring 1999. [PR]

Ku L, Cohen B, Pindus N. Full Funding for WIC: A Policy Review, Washington, DC: Urban Institute Press, 1994.

Ku L, Long S, Brayfield A. and others, Low-Income Children's Nutritional Needs and Participation in USDA's Food Assistance Programs.  Final Report to the Food and Nutrition Service, USDA from the Urban Institute, September 1993.

Ku L, Institutional Participation in the National School Lunch and Breakfast Programs, Final Report to the Food and Nutrition Service, USDA from the Urban Institute, March 1993.

Ku L, Reported Meal Production Costs and Reimbursement Rates in the National School Lunch Program, Draft Report to the Food and Nutrition Service, USDA from the Urban Institute, April 1992.

Ku L, Brayfield A, and others, Evaluation of Low-Income Children's Nutritional Needs and Participation in USDA's Food Assistance Programs: Conceptual Assessment.  Report to Food and Nutrition Service, USDA from the Urban Institute, February 1992.

Ku L, McKearn M. Effects of the Temporary Emergency Food Assistance Program (TEFAP) on Displacement of Commercial Sales, (with the Economic Research Service and Mathematica Policy Research), Report to Congress, U.S. Dept. of Agriculture, August 1987.*  [PR]

Ku L, Dalrymple R., Differences Between SIPP and Food and Nutrition Service Program Data on Child Nutrition and WIC Program Participation, Survey of Income and Program Participation (SIPP) Working Papers, No. 8707, Bureau of the Census, May 1987.

31

Ku L, Nutritional Research Relating to Infant Feeding in the WIC Program, Report to the Assistant Secretary for Food and Consumer Services, June 1986.*

Richman L, Hidelbaugh T, McMahon-Cox N, Ku L, Dayton CM, Goodrich N. Study of WIC Participant and Program Characteristics, Report to Congress, Food and Nutrition Service, U.S. Dept. of Agriculture (with Ebon Research Systems and Abt Associates Inc.), April 1986. [PR]

Ku L, Abbot J, Forchheimer M. The Feasibility, Costs and Impacts of a Universal School Lunch Program, Draft Report to Congress, U.S. Dept. of Agriculture, June 1985.

Puma M, Ku L, Economic Analysis of the Temporary Emergency Food Assistance Program, Report to Congress, Food and Nutrition Service, U.S. Dept. of Agriculture, May 1985.* [PR]

Ku L, Nichols A. Report on the Food Bank Demonstration Project, Report to Congress, Food and Nutrition Service, U.S. Dept. of Agriculture, April 1984.* [PR]

*        These reports were issued as official Agency or Department reports with no listed authors. In addition, Leighton Ku wrote numerous proposed and final regulations and legislative and budget reports while on the staff of the Food and Nutrition Service. In many cases, these were published in the Federal Register, Congressional Record and related Federal series.

## Selected Presentations and Testimony

Ku L. Preliminary Thoughts on Costs and Savings Associated with Community Health Centers. Memo to Senate HELP Committee. Feb. 23, 2023. Included as part of testimony by Robert Nocon to the Senate HELP Committee hearing on costs and savings of community health centers.  March 2, 2023.

Ku, L. Premiums, Navigators, and Advertising in the ACA Marketplace.  Discussant.  Association for Public Policy and Management Research Conference, Washington, DC. Nov. 18, 2022.

Ku L. Medicaid Smoking and Behavioral Health. Web panel for CDC Office of Smoking and Health Leadership and Sustainability meeting.  Oct. 19, 2022.

Ku L, Vichare A.  The Association of Racial and Ethnic Concordance in Primary Care with Patient Satisfaction and Experience of Care. Poster presented at AcademyHealth Annual Research Conference. Washington DC June 6, 2022.

Ku L. Virtual Panel Presentation on Unwinding in North Carolina. North Carolina Metro Chamber Federation, May 6, 2022.

Ku L.  Structural Racism in Medicaid.  Presentation for Leonard Davis Institute, Univ of Pennsylvania, Webinar.  April 15, 2022.

Ku L.  Update on the Affordable Care Act and Health Insurance in the District.  Briefing to HBX Assisters.  Sept. 7, 2021.

Ku L.  Medicaid Expansion Can Be a Shot in the Arm for North Carolina's Economy.  Presentations at sessions sponsored by Care4Carolina in Guilford and Forsyth Counties, NC.  Aug. 3-4, 2021.  Similar talk to Cone Health Foundation Board, June 9, 2021.

Ku L, Jewers M. Health Access for Immigrant Children. In the Same Family But Not Treated the Same:

Noncitizen & Citizen Siblings.  Health Affairs Briefing, July 20, 2021, national webinar.

Ku L.  Medicaid and Smoking: Still a Public Health Crisis.  National webinar for Self-Made Health Network (for CDC), May 25, 2021.

Ku L.  Immigrants and Community Health Centers.  Webinar for the Geiger Gibson./RCHN Community Health Foundation series.  March 1, 2021.

Ku L.  Tracking Medicaid Tobacco Cessation Utilization.  Presented to American Lung Association State Affiliates.  Dec. 14, 2020.

Ku L.  17th Annual Immigration Law and Policy Conference: Georgetown Law School, Migration Policy Institute and Catholic Legal Immigration Network. The Two Pandemics: How COVID-19 and Systemic Racism Affect Immigrants and Their Families.  Sept. 22, 2020.

Ku L.  Immigrant Health Court Declarations.  Protecting Immigrant Families.  Aug. 12, 2020.

Ku L.  Webinar: Health Policy Responses to Covid-19.  George Washington Univ. April 9, 2020.

Han X, Ku L.  Enhancing Staffing in Rural Community Health Centers Can Improve Behavioral Health Care.  Health Affairs press briefing, National Press Club, Washington DC, Dec. 4, 2019

Ku, L.  Testimony: Economic and Employment Benefits of Expanding Medicaid in North Carolina. Field Hearing, North Carolina Assembly.  Winston-Salem, NC.  Aug. 16, 2019.  Similar presentation at Field Hearing, North Carolina Legislature, Raleigh, NC, Oct. 1, 2019.

Ku L.  Current Threats to Medicaid.  Dialogue on Diversity.  Unidos US.  Washington, DC. June 26, 2019.

Ku, L, Rosenbaum S, Keith K, Blumberg L, Sidhu A. Health Policy Goes to Court: Collaborations of Law and Research. AcademyHealth Annual Research Conf. Washington, DC. June 2, 2019

Ku L, Brantley E, Pillai D.  The Effects of SNAP Work Requirements in Reducing Participation and Benefits. AcademyHealth Annual Research Conf. Washington, DC. June 4, 2019

Brantley E, Pillai D, Ku L. Factors Affecting Enrollment in Public Programs.  AcademyHealth Annual Research Conf. Washington, DC. June 2, 2019

Ku, L.  Immigrants and American Health Policy. Boston College.  Global Migration Conference: Inclusion and Exclusion. Boston MA April 12, 2019.

Ku, L.  Medicaid Policy in the States.  Scholars Strategy Network National Leadership Conference, Washington DC.  Jan. 18, 2019.

Ku, L.  Health Insurance Coverage for DC Latinos.  DC Latino Health Leadership Symposium. Washington DC.  Jan. 9, 2019.

33

Seiler N, Ku L.  Medicaid's Role in Addressing the Opioid Crisis.  GW seminar, Nov. 16, 2017.

Ku L.  Medicaid: Addressing Tobacco & Opioid Addictions.  Presentation at Addressing Addiction: Policy Prescriptions to Preventing Opiate Abuse and Tobacco Use.  Health Policy Institute of Ohio, Columbus, OH, Sept. 26, 2017.

Ku L.  Economic and Employment Effects of the Better Care Reconciliation Act.  Testimony to the Maryland Legislative Health Insurance Coverage Protection Commission, Maryland House of Delegates, Annapolis, MD.  Aug. 1, 2017.  Similar presentation at REMI webinar, Aug. 2, 2017.

Ku L.  Economic and Employment Effects of the American Health Care Act.  Presentation at AcademyHealth Annual Research Conference, New Orleans, June 25, 2017.  Similar presentations at Policy in the Trump Era: National, State, and Regional Economic Impacts Conference, Hall of States, Washington, D.C. June 19, 2017 and at Medicaid Policy Conference, Council of State Governments, Washington, DC, June 29, 2017.

Ku L.  Repealing Obamacare: Effects on the Health Workforce.  Presentation at AcademyHealth Annual Research Conference, New Orleans, June 26, 2017.

Brantley E, Ku L.  Promoting Tobacco Cessation: The Role of Medicaid and Other Policies.  Poster at AcademyHealth Annual Research Conference, New Orleans, June 26, 2017.

Ku L.  The Future of Medicaid.  Conference on Obamacare After Obama.  Southern Illinois Healthcare/Southern Illinois University School of Law.  Springfield, IL, May 19, 2017.

Brantley E, Ku L.  Linking Data to Uncover Medicaid's Role in Cessation.  National Conference on Tobacco or Health, Austin TX, March 23, 2107.

Ku L.  The Future of Medicaid and the Safety Net.  Health Policy Expert Series. Milken Institute School of Public Health.  March 21, 2017.

Ku L.  Financial Consequences of ACA Repeal. Podcast, Feb. 15, 2017
http://www.commonwealthfund.org/interactives-and-data/multimedia/podcasts/new-directions-in-health-care/the-impact-of-aca-repeal

Ku L.  Repealing Health Reform: Economic and Employment Consequences for States.  REMI Seminar, Washington, DC.  Jan. 27, 2016.  Similar national webinar Feb. 1, 2017.

Ku L.  Pay for Success Demonstrations of Supportive Housing for Chronically Homeless Individuals: The Role of Medicaid.  Association for Public Policy and Management Research Conference, Washington, DC.  Nov. 4, 2016.

Ku L.  Immigrants and Community Health Centers.  Pennsylvania Association of Community Health Centers, Lancaster PA.  Oct. 12, 2016.

Ku L.  Moving Medicaid Data Forward (discussant).  Mathematica Policy Research, Washington, DC Oct. 11, 2016.

Ku L.  Medicaid Can Do More to Help Smokers Quit, Michael Davis Lecture, University of Chicago, Oct. 4, 2016.  Similar seminar at Univ. of Maryland, Sept. 15, 2016.

Ku L, Borkowski L.  Publish or Perish: Advice for Publishing for Peer-Reviewed Journals in Health Policy. GW Department of Health Policy & Management seminar, Sept. 20, 2016.

Ku L . Family Planning, Health Reform and Potential Restrictions on Coverage or Access, presented at Contraception Challenged: Putting *Zubik v. Burwell* in Context, sponsored by National Family Planning and Reproductive Health Association meeting at Capitol Visitors Center, Washington, DC, June 7, 2016.

Ku L Russell T. et al. Debate on the Role of Public Programs in Care for the Poor. Benjamin Rush Institute, Washington, DC, April 1, 2016.

Brantley E, Ku L. Improved Access and Coverage Under The ACA: Are Immigrants at the Table?, presented at GW Research Day, March 30, 2016. (Won prize for best policy and practice research.)

Ku L. The Role of the Health Care Safety Net, Virginia Commonwealth University, Richmond, March 17, 2016.

Ku L, Steinmetz E, Bysshe T. Medicaid Continuity of Coverage in an Era of Transition. Webinar for Association of Community-Affiliated Plans, Nov. 2, 2015.

Ku L Bruen B, Steinmetz E, Bysshe T. Trends in Tobacco Cessation Among Medicaid Enrollees, presented at AcademyHealth Annual Research Meeting, Minneapolis, June 15, 2015.

Ku L. Using Economic Impact Analysis in Medicaid Advocacy, presented at AcademyHealth Annual Research Meeting, Minneapolis, June 13, 2015.

Ku L. The Translation of Health Services Research into Policy Related to the Affordable Care Act, Presented at American Association of Medical Colleges, March 20, 2015.

Ku L. Policy and Market Pressures on Safety Net Providers, National Health Policy Conference, Feb. 10, 2015.

Ku L. 'Economic and Employment Costs of Not Expanding Medicaid in North Carolina, Cone Health Foundation, Greensboro, NC, Jan. 9, 2015.

Ku L . Health Reform: How Did We Get Here, What the Heck Is Going On and What Next? Keynote Address: Medical Librarians Association, Alexandria VA, Oct. 20, 2014.

Ku L. Health Reform and the Safety Net. Testimony before Maryland Community Health Resources Commission. Annapolis, MD, Oct. 2, 2014.

Ku L. Some Key Issues in Health Reform. Presented at American Association for the Advancement of Science Health Policy Affinity Group Meeting, Washington, DC July 24, 2014.

Ku L, Curtis D. Barlow P. District of Columbia's Health Benefits Exchange at the Launch of a State-Based Exchange: Challenges and Lessons Learned Georgetown Law School Summer Session on Health Reform, July 23, 2014.

Ku L. The Big Picture on Medicaid for State Legislators Presented at Council of State Governments. Medicaid Workshop for Health Leaders, Washington, DC June 20, 2014.

Ku L, Frogner B, Steinmetz E, Pittman P. Many Paths to Primary Care: Flexible Staffing and Productivity in Community Health Centers, Presented at Annual Research Conference AcademyHealth, San Diego, CA, June 10, 2014.

Ku L, Zur J., Jones E, Shin, P, Rosenbaum S. How Medicaid Expansions and Post-ACA Funding Will

35

Affect Community Health Centers' Capacity.  Presented at Annual Research Conference AcademyHealth, San Diego, CA, June 9, 2014.

Ku L. Critical Issues for Community Health Centers, Alliance for Health Reform briefing, Commonwealth Fund, Washington, DC.  May 16, 2014.

Ku L.  Immigrants' Health Access: At the Nexus of Welfare, Health and Immigration Reform, Keynote talk at Leadership Conference on Health Disparities, Harvard Medical School, Boston, MA May 6, 2014.

Ku L.  Wellness and the District of Columbia. District of Columbia Chamber of Commerce forum, Washington, DC, March 11, 2014.

Ku L.  Health Care for Immigrant Families: A National Overview. Congressional Health Justice Summit, Univ. of New Mexico - Robert Wood Johnson Center for Health Policy, Albuquerque, NM, Sept. 7, 2013.

Ku L.  Health Reform: Promoting Cancer Prevention and Care.  Talk to DC Citywide Navigators Network, Washington, DC, July 15, 2013.

Ku L. Analyzing Policies to Promote Prevention and Health Reform.  Seminar at the Centers for Disease Prevention and Promotion, Atlanta, GA.  July 10, 2013.

Ku L. Medicaid: Key Issues for State Legislators.  Council on State Governments, Medicaid Workshop for Health Leaders, Washington, DC, June 22, 2013.

Ku L, Steinmetz E.  Improving Medicaid's Continuity of Care: An Update.  Association of Community Plans Congressional Briefing, May 10, 2013.

Ku L (with Brown C, Motamedi R, Stottlemeyer C, Bruen B) Economic and Employment Impacts of Medicaid Expansions.  REMI Monthly Policy Seminar, Washington, DC, April 24, 2013.

Ku L. Building Texas' Primary Care Workforce, Legislative Briefing: Health Care Coverage Expansion & Primary Care Access in Texas, Center on Public Priorities and Methodist Healthcare Ministries, Texas Capitol, Austin, TX, Mar. 8, 2013

Ku L, Jewers M.  Health Care for Immigrants: Policies and Issues in a New Year. Presentation to Conference on  After the Election: Policies Affecting Young Children of Immigrants, Migration Policy Institute, Washington, DC, Jan. 17, 2013.

Ku L. Health Reform and the New Health Insurance Exchanges: Issues for Indiana Families, Indiana Family Impact Seminar at Indiana State Legislature, Nov. 19, 2012.

Ku L.  Pediatric Preventive Medical and Dental Care: The Role of Insurance and Poverty, AcademyHealth Annual Research Meeting, Orlando, FL, June 24, 2012.

Ku L. A Medicaid Tobacco Cessation Benefit: Return on Investment, Webinar for Partnership for Prevention and Action to Quit, Feb. 8, 2012.

Ku L. Safety Net Financing Issues, Webinar for National Workgroup on Integrating a Safety Net, National Academy for State Health Policy, Feb. 6, 2012

Ku L.  How Medicaid Helps Children: An Introduction.  Briefing to Congressional Children's Health

Caucus, Jan. 25, 2012

Ku L. Market Access Webinar: Provider Access: Coordinating Medicaid & Exchanges: Continuity of Services & the Role of Safety Net Providers, Webinar for Center for Consumer Information and Insurance Oversight, Centers for Medicare & Medicaid Services, Dec. 15, 2011.

Ku L. The Safety Net: An Evolving Landscape, Presented to Grantmakers in Health, Washington, DC. Nov. 3, 2011. [Similar talks in Orlando, FL to Blue Cross Blue Shield of Florida Foundation, Feb. 17, 2012 and in Williamsburg, VA to Williamsburg Community Health Foundation Apr. 3, 2012 and to Virginia Health Foundation, Nov. 13, 2012]

Ku L. Open Access Publishing. Presented at forum for GW Medical Center faculty and staff, Oct. 24, 2011.

Ku L, Levy A. Implications of Health Reform for CDC's Cancer Screening Programs: Preliminary Results, Presentation to National Breast and Cervical Cancer Early Detection Program and Colorectal Cancer Control Program Directors Meeting, Atlanta, GA, Oct. 21, 2011.

Ku L. Coordinating Medicaid & Exchanges: Continuity of Services & the Role of Safety Net Providers, Presented to America's Health Insurance Plans, Washington, DC. Sept. 16, 2011.

Ku L. The Potential Impact of Health Reform on CDC's Cancer Screening Programs: Preliminary Results, Presented to NBCCEDP Federal Advisory Committee Meeting, Atlanta, GA, Jun. 17, 2011. (Similar presentations to the American Cancer Society, Sept. 2011.)

Ku L. Crystal Balls and Safety Nets: What Happens After Health Reform? Presented at AcademyHealth, Seattle, WA, June 2011.

Ku L. Strengthening Primary Care to Bend the Cost Curve: Using Research to Inform U.S. Policy, International Community Health Center Conference, Toronto, Canada, June 2011

Ku L. Integrating/Coordinating Care for Safety Net Providers: Issues and Local Examples, International Community Health Center Conference, Toronto, Canada, June 2011.

Ku L. Health Reform: Federal Implementation and More Unanswered Questions Presented at American Society of Public Administration, Baltimore, MD, Mar. 14, 2011.

Ku L. Key Issues in the Confusing World of Health Reform, Presented to Industrial College of the Armed Forces, National Defense University, Washington, DC, Feb. 25, 2011.

Ku L. Reducing Disparities and Public Policy Conflicts, Institute of Medicine Workshop on Reducing Disparities in Life Expectancy, Washington, DC, Feb. 24, 2011.

Ku L. Primary Care, Hospitalizations and Health Reform, American Enterprise Institute Workshop, Washington, DC, Feb. 17, 2011.

Ku L. The Promise and Perils of Health Policy for Asians in the United States, Invited keynote talk at 4th International Asian Health and Wellbeing Conference, Univ. of Auckland, New Zealand, NZ, July 6, 2010. Similar talk at symposium sponsored by the New Zealand Office of Ethnic Affairs, Wellington, NZ, July 8, 2010.

37

Ku L, Strengthening Primary Care to Bend the Cost Curve: The Expansion of Community Health Centers Through Health Reform, Briefing for Senate and House staff and media, convened by Sen. Bernie Sanders (VT), Russell Senate Office Building, June 30, 2010.

Ku L. Ready, Set, Plan, Implement.  Executing Medicaid's Expansion, *Health Affairs* Conference on Health Reform, Washington, DC, June 8, 2010.

Ku L. Coordinating Care Among Safety Net Providers, Primary Care Forum, National Academy of State Health Policy, Alexandria, VA, June 2, 2010.

Ku L. Title VI: The Role of Culturally Competent Communication in Reducing Ethnic and Racial Health Care Disparities, National Minority AIDS Education and Training Center Spring Symposium, Howard Univ.  May 29, 2010.

Ku L. American Health Reform as Massive Incrementalism, American Association for Budget and Program Analysis, Nov. 24, 2009.

Ku L. The Health Care Safety Net and Health Reform, National Academy of Public Administration, Conference on Health Care for the Future, Nov. 22, 2009.

Ku L. The Health of Latino Children, National Council of La Raza Symposium on Latino Children and Youth, Oct. 22, 2009.

Ku L. What the Obama Administration Will Mean for Child Health, AcademyHealth preconference session on Child Health, Chicago, IL June 2009.

Ku L. Immigrants and health reform,  6th Annual Immigration and Law Conference, Georgetown Univ. Law School, Migration Policy Institute and Catholic Legal Immigration Network, Washington, DC, June 24, 2009.

Ku L. From the Politics of No! to the Potential for Progress, invited keynote talk about immigrant policy and research to Society for Research in Child Development, Denver, CO, April 1, 2009.

Ku L. Strengthening the Primary Care Safety Net, National Association of Community Health Centers, Policy and Issues Conference, March 26, 2009.

Ku L. The Dial and the Dashboard: Assessing the Child Well-Being Index, Presentation to the Board of the Foundation for Child Development, March 3, 2009.

Ku L. Key Data Concerning Health Coverage for Legal Immigrant Children and Pregnant Women, invited presentation to Senate staff, Jan. 13, 2009.

Ku L. Comparing the Obama and McCain Health Plans, George Washington Univ. Medical School Alumni Conference, Sept. 27, 2008.

Ku L. The Future of Medicaid, Medicaid Congress, sponsored by Avalere Health and Health Affairs, Washington, DC, June 5, 2008.

Ku L. A Brief Appreciation of Health Advocates: Progress Made, Some Setbacks, Challenges Ahead, Public Interest Law Center of Philadelphia Conference, Philadelphia, PA, May 14, 2008.

Ku L. Financing Health Care Reform in New Jersey: Making Down Payments on Reform, Rutgers-AARP Conference, New Brunswick, NJ. Mar. 18, 2008

Ku L, Perez T, Lillie-Blanton M. Immigration and Health Care-What Are the Issues, Kaiser Family Foundation Health Cast, webcast interview March 12, 2008.

Ku L. How Research Might Affect SCHIP Reauthorization, Child Health Services Research Meeting at AcademyHealth, Orlando, FL, June 2, 2007.

Ku L. Immigrant Children and SCHIP Reauthorization, Capital Hill Briefing conducted by the Population Resource Center, April 20, 2007.

Ku L. Health Policy and Think Tanks, Robert Wood Johnson Health Policy Fellows, Institute of Medicine, June 2006. Similar talk in other years.

Ku L. Medicaid Reform and Mental Health, National Alliance for the Mentally Ill, Annual Conference, Austin, TX, June 20, 2005.

Ku L. Cost-sharing in Medicaid and SCHIP: Research and Issues, National Association of State Medicaid Directors, Washington, DC, Nov. 18, 2004. Similar talk given to National Academy of State Health Policy, St. Louis, MO, Aug. 2, 2004.

Ku L. Coverage of Poverty-Level Aged and Disabled in Mississippi's Medicaid Program, Testimony to Mississippi Senate Public Health and Welfare Committee, Aug. 24, 2004

Ku L. Medicaid Managed Care Issues, Testimony to Georgia House of Representatives Appropriations Committee, March 2, 2004.

Ku L. Medi-Cal Budget Issues, Testimony to Joint Hearing of California Senate Budget and Health and Human Services Committees, Feb. 26, 2003.

Ku L .New Opportunities to Improve Health Care Access and Coverage, American College of Emergency Physicians, May 1, 2001.

Ku L,. Medicaid DSH and UPL: Perplexing Issues, National Association of Public Hospitals Health Policy Fellows Conference, Washington, DC, Mar. 20, 2001.

Ku L, Insurance Coverage and Health Care Access for Immigrant Families, Testimony Before the U.S. Senate Finance Committee, Washington, DC, March 13, 2001.

Ku L. Increasing Health Insurance Coverage for Low-Income Families and Children, Insuring the Uninsured Project Conference, Sacramento, CA, Feb. 13, 2001.

Ku L, Concerning the Healthy Families Program Parent Expansion Proposal, Testimony Before a Joint Hearing of the California Senate Health and Human Services and Insurance Committees and Budget and Fiscal Review Subcommittee # 3, Sacramento, CA, January 30, 2001.

Ku L, Insurance Trends and Strategies for Covering the Uninsured, National Health Law Program Conference, Washington, DC, Dec. 3, 2000.

Ku L, Improving Health Care Access and Coverage: New Opportunities for States in 2001, Midwest Leadership Conference, Council of State Governments, Minneapolis, MN, August 6, 2000.

Ku L, Health Care for Immigrants: Recent Trends and Policy Issues, Alliance for Health Reform, Washington, DC, August 2, 2000. Similar talks in Miami at Florida Governor's Health Care Summit and in San Diego at California Program on Access to Care conference.

Ku L, Matani S, Immigrants' Access to Health Care and Insurance on the Cusp of Welfare Reform, presented at Association for Health Services Research Conference, Los Angeles, CA, June 25, 2000.

Ku L, Matani S. Immigrants and Health Care: Recent Trends and Issues, presented to the Association of Maternal and Child Health Programs meeting, Washington, DC, March 7, 2000.

Ku L, Ellwood MR., Hoag S, Ormond B, Wooldridge J. Building a Newer Mousetrap: the Evolution of Medicaid Managed Care Systems and Eligibility Expansions in Section 1115 Projects, presented at American Public Health Association meeting, Chicago, IL, Nov. 10, 1999.

Ku L. Young Men's Reproductive Health: Risk Behaviors and Medical Care@, presented at D.C. Campaign to Prevent Teen Pregnancy Meeting, Washington, DC, Oct. 19, 1999.

Ku L, Medicaid and Welfare Reform: Recent Data, presented at Getting Kids Covered Conference, sponsored by National Institute for Health Care Management and Health Resources and Services Administration, Washington, DC, Oct. 6, 1999.

Ku L, Garrett B. How Welfare Reform and Economic Factors Affected Medicaid Participation, presented at Association for Health Services Research meeting, Chicago, IL, June 29, 1999.

Ku L. Recent Factors Affecting Young Men's Condom Use, presented to conference sponsored by National Campaign to Prevent Teen Pregnancy and Advocates for Youth, Washington, DC, February 1999.

Medicaid, Welfare Reform and CHIP: The Growing Gulf of Eligibility Between Children and Adults, presented to National Association of Public Hospitals and Health Systems, Washington, DC, and to Generations United, Washington, DC, September 1998.

Ku L. Sliding Scale Premiums and Cost-Sharing: What the Research Shows presented at workshop on CHIP: Implementing Effective Programs and Understanding Their Impacts, Agency for Health Care Policy and Research User Liaison Program, Sanibel Island, FL, June 30, 1998.

Ku L, Sonenstein F, Boggess S, Pleck J. Understanding Changes in Teenage Men's Sexual Activity: 1979 to 1995, presented at 1998 Population Association of America Meetings, Chicago, IL, April 4, 1998.

Ku L. Welfare Reform, Immigrants and Medicaid presented at Annual Meeting of the Association of Maternal and Child Health Programs, Washington, DC, March 9, 1998. Similar talk presented at Association for Health Services Research Meeting, Washington, DC, June 23, 1998.

Ku L. Medicaid Policy and Data Issues: An Overview presented to National Committee on Vital and Health Statistics, DHHS, September 29, 1997.

Ku L. How Welfare Reform Will Affect Medicaid Coverage presented to National Ryan White Title IV Program Conference, Washington, DC, November 8, 1996.

Ku L, Rajan S, Wooldridge J, Ellwood MR, Coughlin T, Dubay L. Using Section 1115 Demonstration Projects to Expand Medicaid Managed Care in Tennessee, Hawaii and Rhode Island, presented at Association of Public Policy and Management, Pittsburgh, Nov. 1, 1996.

Ku L. The Federal-State Partnership in Medicaid: Is Divorce Inevitable or Would Therapy Be Enough? presented to Council of State Governments Conference on Managing the New Fiscal Federalism, Lexington, KY, May 10, 1996.

Ku L. The Male Role in the Prevention of Teen Pregnancy, presented to the Human Services Committee, National Council of State Legislatures, Washington, DC, May 9, 1996

Ku L. Implications of Converting Medicaid to a Block Grant with Budget Caps, presented to American Medical Association State Legislation Meeting, Aventura, FL, Jan. 1996 and to the American Psychiatric Association Public Policy Institute, Ft. Lauderdale, FL, March 1996.

Ku L. Medicaid: Program Under Reconstruction, presented at Speaker's Forum at New York City Council, September 12, 1995.

Ku L.  State Health Reform Through Medicaid Section 1115 Waivers, presented at Pew Health Policy Conference, Chicago, IL, June 3, 1995.

Ku L. Setting Premiums for Participants in Subsidized Insurance Programs, presented at Conference on the Federal-State Partnership for State Health Reform, sponsored by HCFA, the National Academy of State Health Policy and RTI, March 15, 1995.

Ku L.  Medicaid Disproportionate Share and Related Programs: A Fiscal Dilemma for the Federal Government and the States, with Teresa Coughlin, presented to the Kaiser Commission on the Future of Medicaid, November 13, 1994.

Ku L.  Full Funding for WIC: A Policy Review, with Barbara Cohen and Nancy Pindus, presented at Dirksen Senate Office Building, Washington, DC, in a panel hosted by the Center on Budget and Policy Priorities, Bread for the World, the Food Research and Action Center and the National Association of WIC Directors, May 5, 1994.

Ku L. The Financing of Family Planning Services in the U.S., presented at the Institute of Medicine, National Academy of Sciences on February 15, 1994 and at the American Public Health Association meeting, San Francisco, CA, October 25, 1993.

Ku L. Using SUDAAN to Adjust for Complex Survey Design in the National Survey of Adolescent Males, with John Marcotte and Karol Krotki, briefing at National Institute of Child Health and Human Development, Rockville, MD, April 2, 1992.

Ku L.  The Association of HIV/AIDS Education with Sexual Behavior and Condom Use Among Teenage Men in the United States with Freya Sonenstein and Joseph Pleck, presented at the Seventh International Conference on AIDS, Florence, Italy, June 1991.

Ku L.  Patterns of HIV-Related Risk and Preventive Behaviors Among Teenage Men in the United States, with Freya Sonenstein and Joseph Pleck, paper presented at the Sixth International Conference on AIDS, San Francisco, CA, June 23, 1990.

Ku L.  Trends in Teenage Childbearing, Pregnancy and Sexual Behavior, paper presented at the American Sociological Association Meeting, Washington, D.C., August 15, 1990.

Ku L. Research Designs to Assess the Effect of WIC Participation by Pregnant Women on Reducing Neonatal Medicaid Costs, briefing to Congressional staff, February 1987.

Ku L. Testimony about the Special Supplemental Food Program for Women, Infants and Children (WIC), with Frank Sasinowski, presented to House Education and Labor Committee on behalf of the American Public Health Association, March 1983.

## Media

Leighton Ku has extensive experience with electronic and print media. He has been interviewed by ABC, NBC, CBS, Fox, PBS, National Public Radio, CNN, Bloomberg TV, BBC and other television or radio news broadcasts and webcasts. He has been quoted or his research has been cited in the *New York Times, Los Angeles Times, Washington Post, Wall Street Journal, USA Today, Christian Science Monitor, Congressional Record, Huffington Post, Forbes, Fortune, US News and World Report, Politico, The Hill, Buzzfeed,* and trade publications, such as *Modern Health Care, Nation's Health, CQ HealthBeat, Kaiser Health News,* etc. He has been an online contributor to the *Washington Post.* He was a regular panelist on a radio talk show about health policy, broadcast on WMAL in the Washington DC region. He has been cited as an expert by *PolitiFact* and related fact-checking sources.

## Service and Honors

One of the top reviewers, *Annals of Internal Medicine,* March 2023.

Social Science Research Network, one of five/ten most downloaded papers in several economics and social policy fields, March-June 2022.

Article by Jewers and Ku selected as one of the top articles in *Health Affairs* for 2021, as selected by the Editor, January 2022.

Member, Executive Board, District of Columbia Health Benefits Exchange Authority (2012-now) (The board governs the new health insurance exchange for the District of Columbia, based on the Patient Protection and Affordable Care Act. This is a voluntary, unpaid position, appointed by the Mayor and approved by the City Council. I was reappointed in 2018.) Chair of the Research Committee. Led working groups that developed the financial sustainability plan for the Exchange, dental plans, standardized benefit plans and changes required in light of threats to the Affordable Care Act.

One of three top reviewers of the year, *Milbank Quarterly,* December 2019

Social Science Research Network, one of five most downloaded papers in field, Oct-Dec. 2018.

Commonwealth Fund, two of the top ten most frequently downloaded reports (2017).

Commonwealth Fund, one of top ten most frequently downloaded reports (2006).

Award for promoting racial and economic justice, Mississippi Center for Justice, 2005

Service award from the National WIC Directors Association (2002).

*Choice* (the magazine of the American Library Association for academic publications), top ten academic books of the year (1994)

Pew Health Policy Fellow, Boston University and Brandeis University, 1987-1990.

Public Health Service traineeship, University of California, Berkeley, 1976-79.

### Other Service

Reviewer, Harvard University Press, 2023

Reviewer, Robert Wood Johnson Foundation, Systems for Action proposals, 2021-22

Faculty member, Delta Omega, public health honorary society, 2022-now

Member, APT Committee, Exercise and Nutrition Sciences Dept. 2021-2

Advisory Board Member, Immigration Research Initiative, New York, Dec. 2021-now.

Organized monthly HPM Research and Policy Issues Seminar Series, 2020-now

Conducted faculty equity analyses for the Dean, Milken Institute School of Public Health, 2019-now

Submitted expert witness declaration in a federal lawsuit regarding the President's proclamation which would have denied visas to those without approved forms of health insurance, Declaration in Support of Plaintiffs' Motion for a Preliminary Injunction (regarding Presidential Proclamation on Visas and Health Insurance), *John Doe #1, et al. v Donald Trump*, United States District Court, District of Oregon, filed November 8, 2019. [Resulted in an injunction prohibiting implementation of the visa denials.]

Submitted expert witness declaration in federal lawsuits on public charge regulations and health, including *La Clinica de la Raza, et al. v. Donald Trump, et al.* United States District Court, Northern District of California, September 1, 2019. *Make the Road New York, et al v Ken Cucinelli, et al.* United States District Court, Southern District of New York, Sept. 9, 2019. *State of New York, et al. v. U.S. Department of Homeland Security, et al.* United States District Court, Southern District of New York, Sept. 9, 2019. [Ultimately resulted in injunctions prohibiting implementation of the public charge regulations.]

Helped develop and cosigned *amicus* briefs on behalf of public health scholars in key federal lawsuits, including *King v Burwell* (health insurance exchanges), *Stewart v Azar* (approval of Kentucky work requirement waiver, versions 1 and 2), *Gresham v Azar* (approval of Arkansas work requirements). *Texas v Azar* (constitutionality of ACA), *Philbrick v Azar* (approval of New Hampshire work requirement) and *Massachusetts v. US Dept of Health and Human Service* (contraceptive mandate).

Parliamentarian, Milken Institute School of Public Health, 2019

Member, Technical Expert Panel, AHRQ Panel on Future of Health Services Research, RAND, 2019.

Served as expert witness in federal lawsuits on immigration and health, including *State of Texas v United States and Perez* and *State of New York v Trump* (Deferred Action for Childhood Arrivals). 2018.

Co-Director, PhD Health Policy Program. First at GW Trachtenberg School of Public Policy and Administration, now at Milken Institute School of Public Health, 2015-now

Served as search committee member, faculty Dept of Health Policy and Management, 2021, Dept. chair, Department of Health Policy and Management, 2019 and 2020 and faculty, Dept. of Exercise and

43

Nutrition Sciences, 2019.

Search committee, Associate Provost for Graduate Studies, George Washington Univ, 2019

Member, AcademyHealth/NCHS Health Policy Fellowship Program board. 2016-present.

Affiliated faculty, Jacobs Institute of Women's Health, 2015-now.

Advisory Board, Remaining Uninsured Access to Community Health Centers (REACH) Project, Univ. of California Los Angeles, 2015-17.

Member, DC Metro Tobacco Research and Instruction Consortium (MeTRIC). 2014- present

Member, Health Workforce Research Institute, GW, 2013-present.

Member, National Advisory Board, Public Policy Center of University of Iowa, 2014-18.

Chair/Vice Chair, Advocacy Interest Group, AcademyHealth, 2014-17.

Member, Advisory Committee on Non-Health Effects of the Affordable Care Act, Russell Sage Foundation, Dec. 2013. '

Member, Technical Expert Group on the Affordable Care Act and the National Survey of Family Growth, National Center for Health Statistics, Centers for Disease Control and Prevention, Nov. 2013

Member, Steering Committee, GW Institute of Public Policy, 2013-now

Member, External Review Committee for Department of Family Science for the University of Maryland School of Public Health, 2012.

GW Faculty Senator, representing School of Public Health and Health Services, 2010-12.

Member of numerous University, School and Departmental committees. 2008-present.

Member or chair, numerous faculty and dean search committees, Milken Institute School of Public Health and School of Nursing, George Washington University. 2008-present.

National Institutes of Health, member of various grant review study sections (1996-now).

Invited reviewer. Committee on National Statistics. National Academy of Sciences. Databases for Estimating Health Insurance Coverage for Children. 2010-11.

Grant reviewer. Robert Wood Johnson Public Health and Law program. 2010.

Invited reviewer, Institute of Medicine report on family planning services in the U.S., 2009.

External reviewer for faculty promotion and tenure for Harvard School of Public Health, Harvard Medical School, Univ. of California at Los Angeles and at San Diego, Boston University, Baruch College, George Mason University, University of Maryland, Emory University, University of Iowa, Kansas University, Portland State University, etc., 2008-present.

Submitted expert witness affidavits/declarations in federal, state and local lawsuits including: *Texas v United States* and *New York, et al. v. Trump* (Deferred Action for Childhood Arrivals), *Wood, et al. v. Betlach,* (Medicaid cost sharing), *Lozano v. City of Hazleton* (immigrant rights), *Spry, et al., v. Thompson* (Medicaid cost-sharing), *Dahl v. Goodno* (Medicaid cost-sharing), *Newton-Nations, et al., v. Rogers* (Medicaid cost-sharing) and *Alford v. County of San Diego* (cost-sharing for a local health program).

Board Member and Treasurer, Alliance for Fairness in Reforms to Medicaid (2002-2008)

Urban Institute, founding member, Institutional Review Board (1997-2000)

National Health Research Institute (Taiwan's NIH) grant reviewer (1999).

Urban Institute, member, Diversity Task Force (1995)

Pew Health Policy Fellow, Boston University and Brandeis University, 1987-1990.

### Consultant Services

Mentor, RWJF Fellows Meeting, AcademyHealth Annual Research Conference.  June 2022.
Consultant/Reviewer, RAND Corp. 2019, 2021
Consultant, Georgetown Center for Health Insurance Reform about Equity, 2021
Consortia of law practices, including Justice Action Center, Paul Weiss, National Health Law Program and New York State Attorney General, 2019-2020
Mexican American Legal Defense and Educational Fund, 2018
New Jersey State Attorney General, 2018
New York State Attorney General, 2017
First Hospital Foundation, Philadelphia PA, 2017
Wilmer Hale/Planned Parenthood Federation, 2017
Centers for Disease Control and Prevention, 2016

### Professional Society Memberships and Service

AcademyHealth (formerly Association for Health Services Research), Program Selection Committees (multiple years), chair Advocacy Interest Group (2014-16).
American Public Health Association
Association of Public Policy and Management, Program Selection Committees (many years)

### Editorial Peer Review Service

Reviewer for numerous journals, including *Health Affairs, New England Journal of Medicine, Journal of the American Medical Association, Milbank Quarterly, Pediatrics, American Journal of Public Health, Inquiry, Medical Care, HSR, Medicare and Medicaid Research Review, American Journal of Preventive Medicine, Family Planning Perspectives, Journal of Association of Public Policy and Management, Nicotine and Tobacco Research, Maternal and Child Health, Journal of Health Care for the Poor and Underserved, JAMA-Internal Medicine, JAMA Health Forum, Annals of Internal Medicine, Public Administration Review* (1990 to now).  In 2017, I reviewed 16 manuscripts for journals.  External reviewer for RAND Corporation, National Academy of Sciences, Oxford Univ. Press, Harvard Univ. Press, etc.

Awarded as one of three top reviewers of the year, *Milbank Quarterly,* December 2019

Associate editor, *BMC Health Services Research,* 2009 – 2013.

**Public Health Practice Portfolio**

Member, New York Fiscal Policy Institute Immigration Advisory Group, later called Immigration Research Group, 2021-now

Member, Protecting Immigrant Families Research Group. 2019 to now.

Member, Executive Board, District of Columbia Health Benefits Exchange Authority (2012-now).   The board governs the new health insurance exchange for the District.  (Nominated by the Mayor and appointed by the City Council; reappointed in 2021).  Chair of the IT and Eligibility Committee, Research Committee and various working groups.

Member, Technical Expert Group, the Future of Health Services Research, for Agency for Healthcare Research and Quality, conducted by RAND. Jan. 2019.

Expert Advisor, Russell Sage Foundation.  Non-health effects of the Affordable Care Act.  (2013).

Expert Advisor, Revisions to the National Survey of Family Growth, National Center for Health Statistics, CDC (2013)

Member, Technical Advisory Committee for Monitoring the Impact of the Market Reform and Coverage Expansions of the Affordable Care Act, sponsored by ASPE. (2013)

Member, Technical Advisory Group for the Design of the Evaluation of the Medicaid Expansion Under the ACA, sponsored by ASPE (2012)

Member, National Workgroup on Integrating the Safety Net, National Academy of State Health Policy, July 2011 – 2013.

Member, National Advisory group for Iowa Safety Net Integration project, 2011-2013.

Foundation for Child Development, Selection Committee, Young Scholars Program, 2008-2015.

Foundation for Child Development, Advisory Committee, Child Well-Being Index, 2008-present

Member, National Advisory Board, Center on Social Disparities on Health, University of California at San Francisco, 2005-2008.

National Campaign to Prevent Teen Pregnancy, Member, Effective Programs and Research Task Force (2000)

**Doctoral Students Mentored/Advised**

**Dissertations Completed**
Prof. Peter Shin (chair)
Prof. Megan McHugh
Dr. Sarah Benatar
Dr. Emily Jones (chair)
Dr. Saqi Cho (chair)
Dr. DaShawn Groves (chair)
Dr. Heitor Werneck

Dr. Brad Finnegan (chair)
Dr. Maliha Ali
Dr. Christal Ramos
Prof. Qian (Eric) Luo
Dr. Bill Freeman
Dr. Serena Phillips
Prof. Julia Strasser
Dr. Kristal Vardaman (chair)*
Dr. Brian Bruen
Prof. Xinxin Han (chair)*
Dr. Jessica Sharac (chair)*
Dr. Nina Brown
Dr. Mariellen Jewers (chair)*
Dr. Leo Quigley (chair)*
Dr. Erin Brantley
Dr. Roberto Delhy
Dr. Chelsea Richwine
Dr. Shin Nozaki·
Dr. Drishti Pillai (chair)*
Dr, Rachel Landis (chair)*
Dr. Kan Giannastasio

**In Progress**
Thomas Hammang (TSPPPA)
Matthew Rae (chair)
Isabel Platt
Nicholas Chong
Jordan Herring (TSPPPA)

* I use the traditional term "chair," although alternative terminology is that I was the "director" or "advisor", the faculty who worked most closely with the student and directs the dissertation.

**Other Student Advising**

Co-Director, Health Policy PhD Program
Faculty advisor, MPH, health policy.  Provide guidance to about a dozen MPH students per cohort.
Faculty Advisor, GW Health Policy Student Association, 2016-now
Mentor to high school student at DC Schools without Walls, 2020-21
Mentor to high school student at Newark Charter High School, Newark, DE
Faculty mentor to assistant professor (Jun Chu) at University of Maryland, Baltimore County