

DEFENDANT'S
EXHIBIT

CASE
NO. 6:23-cv-00007

EXHIBIT
NO. 139

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | §- | |
| *Defendants,* and | § | JUDGE DREW B. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.*, | § | |
| | § | |
| *Intervenor Defendants.* | § | |

# INTERVENOR DEFENDANTS'
# TAB 139, ECF 175-74

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| EXHIBIT |
| --- |
| **W** |

The STATE OF TEXAS; the STATE OF ALABAMA; the STATE OF ALASKA; the STATE OF ARKANSAS; the STATE OF FLORIDA; the STATE OF IDAHO; the STATE OF IOWA; the STATE OF KANSAS; the COMMONWEALTH OF KENTUCKY; the STATE OF LOUISIANA; the STATE OF MISSISSIPPI; the STATE OF MISSOURI; the STATE OF MONTANA; the STATE OF NEBRASKA; the STATE OF OHIO; the STATE OF OKLAHOMA; the STATE OF SOUTH CAROLINA; the STATE OF TENNESSEE; the STATE OF UTAH; the STATE OF WEST VIRGINIA; and the STATE OF WYOMING,

§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 6:23-CV-00007

Judge Drew M. Tipton

**EXPERT DECLARATION OF CHARIS KUBRIN**

  *Plaintiffs,*

§
§
§

v.

§
§

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR JADDOU, Director of CUSTOMS & BORDER PROTECTION; TROY MILLER, Acting Commissioner of U.S. Customs & Border Protection, in his official capacity; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; and TAE JOHNSON, Acting Director of U.S. Immigration & Customs Enforcement, in his official capacity,

§
§
§
§
§
§
§
§
§
§
§
§

|  | § |
| --- | --- |
| *Defendants*, and | § |
|  | § |
| VALERIE LAVEUS; FRANCIS ARAUZ; PAUL ZITO; ERIC SYPE; KATE SUGARMAN; NAN LANGOWITZ; and GERMAN CADENAS, | § |
|  | § |
|  | § |
|  | § |
| *Intervenors.* | § |

## EXPERT DECLARATION OF CHARIS KUBRIN

CHARIS KUBRIN declares pursuant to 28 U.S.C. § 1746:

1.      I am a Professor of Criminology, Law, & Society and (by courtesy) Sociology at the University of California, Irvine. I am also a member of the Council on Criminal Justice, the Racial Democracy, Crime and Justice Network, the Diversity Scholars Network, the Scholars Strategy Network, the UC Consortium on Social Science and Law, and UCI's Center for Population, Inequality, and Policy. Finally, I am an expert for the Crime and Justice Research Alliance. I have attached my Curriculum Vitae as Exhibit A to this Declaration.

2.      I hereby submit the following opinion in support of Intervenor Defendants in *Texas v. Department of Homeland Security*, filed in the Southern District of Texas, Victoria Division, on January 24, 2023. I base my opinion on a review of the materials cited and on my education and experience in the field of criminology and law & society. A complete summary of my opinions and materials relied upon are included herein. I reserve the right to amend this declaration.

**Assignment**

3.      I have been engaged by counsel for the Intervenors in this case to evaluate

certain assertions made by the Plaintiff States in *Texas v. Department of Homeland Security*, filed

in the Southern District of Texas, Victoria Division, on January 24, 2023.  The lawsuit challenges

four new humanitarian parole programs, announced and implemented at the beginning of this year,

which allow U.S. citizens and other residents with lawful status to sponsor nationals of Cuba, Haiti,

Nicaragua, and Venezuela, for advance authorization to travel to the United States, and to be

considered for temporary parole and employment authorization for up to two years.  *See, e.g.*,

Implementation of a Parole Process for Haitians, 88 Fed. Reg. 1243, 1246 (Jan. 9, 2023).  To

complete my assignment, I have relied on the research detailed below and in the attached Exhibit

B.  I also have reviewed Plaintiff States' pleadings as well as the documents contained in Texas's

discovery production (Texas 0000163-003238) that are relevant to my opinions below.[1]  I have

agreed to receive payment in the amount of $1,500 total to compensate for my expert analysis.

**Summary of Opinions**

4.      Plaintiffs' claims about increased crime due to immigration are incorrect

and do not reflect what the overwhelming majority of studies on this topic find, both with respect

to immigrant criminality and the immigration-crime nexus.  Increases in immigration do not lead

to a corresponding increase in crime, and immigrants are generally less likely to be involved in

crime compared to nonimmigrants.  This is true for immigrants as a whole as well as

---

[1] The vast majority of Texas's production included Immigration and Customs Enforcement detainers and spreadsheets thereof for individuals of various countries of birth and citizenships, including U.S. Citizens. I did not review these documents as they are not relevant to my assignment. *See* Paragraph 9.

undocumented immigrants specifically, and for locales all over the United States as well as for Texas and Florida in particular.

**Qualifications**

      5.    I am a nationally known criminologist with nearly twenty-five years of experience. I have conducted substantial research about immigrant criminality and the immigration-crime nexus. I have authored or co-authored two books and more than 25 articles on this specific topic, including in leading peer-reviewed journals such as *Social Problems*, *Journal of Research in Crime and Delinquency*, *Journal of Quantitative Criminology*, and *Annual Review of Criminology*, as well as scholarly reports published by diverse organizations including the National Academies of Sciences, Engineering and Medicine and the Council on Criminal Justice. I served as the Co-Editor of a journal special issue dedicated to the topic of immigration and crime for the journal *Migration Letters*. I have provided analyses and advice on this topic to various state governments and non-governmental organizations. I have received extensive grant funding from the National Institute of Justice and the National Science Foundation to conduct research on immigration and crime. Finally, I have given dozens of academic talks as well as dozens of public talks on my research in this area (*see* my CV).

      6.    More broadly I have expertise in race, ethnicity and crime and in quantitative data analysis. I have conducted quantitative analyses for most of my career, and the vast majority of my published research involves quantitative analysis. I have authored or co-authored 6 books, more than 50 papers in peer-reviewed journals, more than 23 chapters in edited volumes, and dozens of other reports, most of which include quantitative analyses. I have received several national awards including the Ruth Shonle Cavan Young Scholar Award from the American Society of Criminology (for outstanding scholarly contributions to the discipline of

4

criminology); the Coramae Richey Mann Award from the Division on People of Color and Crime, the American Society of Criminology (for outstanding contributions of scholarship on race/ethnicity, crime, and justice); and the W.E.B. DuBois Award from the Western Society of Criminology (for significant contributions to racial and ethnic issues in the field of criminology). Most recently I received the Paul Tappan Award from the Western Society of Criminology (for outstanding contributions to the field of criminology).   In 2019, I was named a Fellow of the American Society of Criminology.

7.     I received my M.A. in Sociology from the University of Washington in 1995 and my PhD. in Sociology from the University of Washington in 2000. Prior to becoming a faculty member at the University of California, Irvine, I was a faculty member in the Sociology Department at George Washington University (from 2000-2011).

**Materials Relied Upon**

8.     I have attached as Exhibit B the list of materials on which I relied to form my opinion.

**Plaintiff States' Claims Regarding Costs Associated with Increased Crime Are Incorrect**

9.     In their Motion for Preliminary Injunction (filed Feb. 14, 2023), the Plaintiff States assert that Texas sustains harms because it "spends tens of millions of dollars each year for increased law enforcement as its citizens suffer increased crime...due to illegal immigration" (pgs. 12-13).  Based on my expertise in this field, as well as decades of academic research studying this topic, the statement that "citizens suffer increased crime ... due to illegal immigration" is untrue and has been thoroughly disproven.

10.    The documents Plaintiff States produced through discovery largely concern Texas's "State Criminal Alien Assistance Program," which the documents state concern "undocumented criminal aliens with at least one felony or two misdemeanor convictions," and individuals subject to Immigration and Customs Enforcement detainers, *see, e.g.*, Texas 000163, and even United States Citizens, *see e.g.*, Texas 000211. I understand the parole program at issue in this case concerns people who have been granted or seek to be granted permission to come the United States on parole, and thus the documents produced are not relevant to costs to Texas incurred by that population.

**Immigrants Are Less Likely To Be Involved in Crime than Non-Immigrants**

11.    Concerning immigrant criminality, research on the question of whether immigrants are more likely to offend compared to their native-born counterparts has a substantial history that has consistently concluded that immigrants are less likely to be involved in crime compared to non-immigrants. Nearly ninety years ago, the Wickersham Commission wrote a report on "Crime and the Foreign-born" (National Commission on Law Observance and Enforcement 1931), which examined immigrants' involvement in crime and their relationship with the criminal justice system. One notable conclusion is that involvement in crime was lower among immigrants than the native-born (National Commission on Law Observance and Enforcement 1931).

12.    Almost a century later, contemporary research bolsters that conclusion. Studies reveal that immigrants have lower involvement than the native-born on an array of crime measures including overall offending (Butcher and Piehl 1998; McCann, Zhang, and Boateng 2022), violent crime (DiPietro and Bursik 2012; DiPietro and McGloin 2012; Jiang and Peterson 2012; Reingle, Jennings, and Maldonado-Molina 2011; Sampson, Morenoff and Raudenbush

2005; Vaughn and Salas-Wright 2018; Vaughn et al. 2014), property crime (Vaughn and Salas-Wright 2018; Vaughn et al. 2014), drinking and driving (Maldonado, Reingle, Jennings and Prado 2011) and school-rule violations (Peguero 2011; Peguero and Jiang 2014).

13.     Differences between immigrants and native-born individuals also appear in studies examining arrests, both self-reported and official, again revealing lower levels among the foreign-born relative to the native-born (Bersani and DiPietro 2016; Light, He and Robey 2020; Orrick, Guerra and Piquero 2021).

14.     Longitudinal research finds differences in the trajectories, or life-course patterns, of offending for immigrants and non-immigrants. Relative to the native-born, the foreign-born are less likely to exhibit high-rate persistent patterns of offending (Bersani, Loughran and Piquero 2014). Additionally, desistance (i.e., the declining of criminality) occurs more quickly among immigrants as compared to non-immigrants as they transition to early adulthood (Bersani, Loughran and Piquero 2014).

15.     This finding extends to studies that examine rates of institutionalization. Butcher and Piehl (2008) find that 18-40 year-old immigrant men were less likely than the native-born to be confined in correctional facilities, mental hospitals, or other institutions. Landgrave and Nowrasteh's (2018) analysis of national incarceration rates for individuals aged 18-54 finds that both documented and undocumented immigrants had lower incarceration rates than those who are U.S.-born.

16.     Specific to Texas, Orrick, Updegrove, Piquero and Kovandzic (2021) show that homicide incarceration rates in Texas during 2013-2015 were markedly higher for U.S.-born individuals than for foreign-born individuals, including those identified as unauthorized immigrants.

**Increased Immigration Does Not Increase Crime**

17.    Research concerning the immigration-crime nexus confirms that increased immigration does not increase crime.  The rapid proliferation of research investigates whether higher or increasing immigration across metropolitan areas, counties, cities, census tracts, block groups, and neighborhood clusters affect crime levels.  An essential takeaway from this literature is that higher or increased immigration does not lead to more crime and, if anything, can decrease crime (Kubrin and Ousey 2023).  That is, the vast majority of findings from studies fail to document consistent, systematic evidence of a positive association between immigration and crime.

18.    Rather, the most common result is that immigration and crime are not significantly related (Butcher and Piehl 1998; Emerick, Curry, Collins and Rodriguez 2014; Feldmeyer and Steffensmeier 2009; Graif and Sampson 2009; Kirk and Papachristos 2011; Kreager, Lyons and Hays 2011; Stansfield, Akins Rumbaut and Hammer 2013; Schnapp 2012; Schnapp 2015; Stucky 2003; for a detailed review of these studies, see Kubrin and Ousey 2023). Ousey and Kubrin's (2018) meta-analysis, or systematic quantitative review of the literature, indicated that more than 60 percent of the 543 immigration-crime findings in their data were not significant, indicating an overall null relationship between immigration and crime.

19.    The next most common is a finding of a significant negative relationship between immigration and crime (MacDonald, Hipp and Gill 2013; Kubrin and Ishizawa 2012; Martinez, Lee and Stowell 2010; Martinez and Stowell 2012; Ousey and Kubrin 2009; Ousey and Kubrin 2014; Stowell, Messner, McGeever and Raffalovich 2009; for a detailed review of these studies, see Kubrin and Ousey 2023). According to Ousey and Kubrin (2018), statistically significant negative associations outnumbered significant positive associations by more than two-

to-one in their data. Overall, their study reports an average immigration-crime association that is negative and significant but of a very small magnitude.

20. Results from the most recent studies—published after those analyzed in Ousey and Kubrin (2018)—are consistent with these findings (Disha 2019; Green 2016; Kubrin, Hipp and Kim 2018; Light and Miller 2018; Light, Miller and Kelly 2017; Wolff, Intravia, Baglivio and Piquero 2018). Thus, research evidence to date reinforces a conclusion Lee and Martinez (2009) offered nearly 15 years ago: "Contrary to the predictions of classic criminological theories and popular stereotypes, immigration generally does not increase crime and often suppresses it" (p. 3).

**Undocumented Immigration Does Not Increase Crime**

21. I understand that the programs Texas challenges in this case concern people who have been or will be granted permission to be in the United States pursuant to parole, and thus are not undocumented immigrants. However, even if Texas's conclusion with respect to undocumented immigration and crime is considered relevant to the subject matter at issue, this conclusion is also incorrect and unsupported by the research.

22. There is a smaller but growing body of research that examines undocumented immigration and crime, at both the individual and aggregate levels, that similarly concludes that undocumented immigration does not increase violence. As to the aggregate-level undocumented immigration-crime association, among the first major studies published are those by Michael Light and his colleagues (Light et al. 2017; Light and Miller 2018). Light et al. created a unique dataset that combines newly developed estimates of the unauthorized population (from two sources, the Center for Migration Studies and the Pew Research Center) with criminal, socio-economic, and demographic information from other sources. In a series of papers, Light and

colleagues use these data to analyze how the presence of undocumented immigration is associated with different types of crime across 50 states (and Washington, D.C.) from 1990-2014. In the most cited of these papers, Light and Miller (2018) conduct the first longitudinal analysis of the macro-level relationship between undocumented immigration and violent crime. Findings reveal that undocumented immigration does not increase violence; rather, the relationship is negative or null, depending on the violent crime type. Light and Miller (2018) confirm these findings in robustness checks that address questions related to selective migration (i.e., whether the observed negative finding is biased by undocumented immigrants relocating to areas to avoid violence) and under-reporting (i.e., whether those who lack legal status may be hesitant to report violent victimizations to avoid detection from legal officials).

23.   Notably, these results are consistent with those from an earlier cross-sectional study; also using state-level data, Green (2016:519) does "not find a relationship between immigrant population size by any measure and violent crime." Light and Miller's (2018) results are also consistent with research that analyzes the impact of unauthorized immigration on crime across U.S. metropolitan areas and finds that "as immigration—in this case, unauthorized immigration specifically—increases in metropolitan areas, crime decreases" (Adelman et al. 2020:18).

24.   A related study by Light and colleagues examines the influence of undocumented immigration on various drug and alcohol problems including drug arrests, drug overdose fatalities, driving under the influence (DUI) arrests, and DUI deaths (Light et al. 2017). Light et al. (2017:9) find that increased undocumented immigration is significantly associated with reductions in drug arrests, drug overdose deaths, and DUI arrests, net of other factors (there is no significant relationship between increased undocumented immigration and DUI deaths). They

conclude that their findings "...significantly undermine arguments that the public is at greater risk for DUI or drug problems as a result of undocumented immigration. If anything, we suggest the opposite" (pg. 1453). Similar findings are reported in micro-level studies, including in Texas (Light, He and Robey 2020) and Florida (Ramos and Wenger (2020).

       25.    In sum, based on the collective research, including studies conducted in Texas and Florida specifically, immigrants, including undocumented immigrants, are disproportionately less likely to engage in crime compared to their native-born counterparts and increases in immigration are not associated with crime increases, resulting in a very low risk that citizens will "suffer increased crime...due to illegal immigration," as feared by the Plaintiff States. I am not aware of any reputable research that contradicts this broader conclusion.

       I declare under penalty of perjury that the foregoing is true and correct.

Charis Kubrin, Ph.D.

Executed on June 10, 2023 at Irvine, California.

11

Charis E. Kubrin
6/20/2023

## Charis E. Kubrin

Department of Criminology, Law and Society
University of California, Irvine
Social Ecology II, Room 3379
Irvine, CA 92697-7080
949-824-0704 (work); 949-824-3001 (fax); ckubrin@uci.edu

## EDUCATION

| | | |
|---|---|---|
| 2000 | Ph.D. | Sociology, University of Washington |
| | | Dissertation: *Neighborhood Structure and Criminal Homicide: Socio-Economic and Demographic Correlates of Homicide Types and Trends* |
| | | Committee: Robert Crutchfield (chair), George Bridges, Avery Guest, Judith Howard |
| 1995 | M.A. | Sociology, University of Washington |
| 1993 | B.A. | Sociology / Spanish Language & Literature, Smith College |

## EMPLOYMENT HISTORY

2014-        Professor, Department of Criminology, Law and Society, University of California, Irvine

2014-        Professor (by courtesy), Department of Sociology, University of California, Irvine

2011-14    Associate Professor, Department of Criminology, Law and Society, University of California, Irvine

2006-11    Associate Professor, Department of Sociology, George Washington University

2000-06    Assistant Professor of Sociology, George Washington University

## OTHER POSITIONS/AFFILIATIONS

2022-        (Invited) Member, Center for Population, Inequality, and Policy, University of California, Irvine

2021-        (Elected) Member, Council on Criminal Justice

2019-        (Invited) Member, Scholars Strategy Network, Cambridge, MA.

2019-        (Invited) Member, Diversity Scholars Network, National Center for Institutional Diversity, University of Michigan

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2015- | (Invited) Member, UC Consortium on Social Science and the Law |
| 2003- | (Invited) Member, Racial Democracy, Crime and Justice- Network |
| 2005 | (Invited) Member, National Consortium on Violence Research |
| 2004-11 | George Washington Institute of Public Policy Research Affiliate |
| 2009-10 | Director, Dean's Scholars in Globalization Program, George Washington University |
| 2007-08 | President, District of Columbia Sociological Society |
| Apr-July 07 | Visiting Fellow, Centre for Criminology, Oxford University |
| 2000-03 | Senior Fellow, Institute on Crime, Justice and Corrections, George Washington University |
| 1997-00 | Senior Research Assistant, Seattle Police Department with Office of Community Oriented Policing Services, Department of Justice (Grant #s: 98SBWX0149; 97PRWX0535; 97CKWXK036) |

## PUBLICATIONS

### *Books*

Kubrin, Charis E. and Graham C. Ousey. 2023. Immigration and Crime: Taking Stock. NY: Springer.

Kubrin, Charis E. and Thomas D. Stucky, Eds. 2013. Introduction to Criminal Justice: A Sociological Perspective. CA: Stanford University Press.

Kubrin, Charis E., Marjorie S. Zatz, and Ramiro Martinez, Jr., Eds. 2012. Punishing Immigrants: Policy, Politics, and Injustice. NY: New York University Press.

Kubrin, Charis E., Thomas D. Stucky, and Marvin D. Krohn. 2008. Researching Theories of Crime and Deviance. NY: Oxford University Press.

Crutchfield, Robert D., Charis E. Kubrin, Joseph G. Weis, and George S. Bridges, Eds. 2007. Crime and Society: Crime, 3rd Edition. Thousand Oaks, CA: Sage Publications.

Squires, Gregory D. and Charis E. Kubrin. 2006. Privileged Places: Race, Residence, and the Structure of Opportunity. Boulder, CO: Lynne Rienner Publishers.

Chapter 4, "Racial Profiling, Insurance Style" reprinted in 2006 Journal of Insurance

2

Charis E. Kubrin
6/20/2023

Regulation 24:33-60.


### *Journal Articles*

Sola, Justin and Charis E. Kubrin. Forthcoming. "Making the Call: How Does Perceived Race Affect Desire to Call the Police?" Journal of Experimental Criminology.

Ballard, Meghan Maree and Charis E. Kubrin. 2023. "Immigrant Victimization: Centering Language in Theory, Data and Method." Societies 13:101:1-17.

Kubrin, Charis E. and Rebecca Tublitz. 2022. "How to Think about Criminal Justice Reform: Conceptual and Practical Considerations." American Journal of Criminal Justice. 47:1050–1070.

Kim, Young-An, John R. Hipp, and Charis E. Kubrin. 2022. "Immigrant Organizations and Neighborhood Crime." Crime & Delinquency 68:1948-1976.

Kubrin, Charis E., Bradley Bartos, and Richard McCleary. 2022. "The Debt Crisis, Austerity Measures, and Suicide in Greece." Social Science Quarterly 103:120-140.

Kubrin, Charis E., Nicholas Branic, and John R. Hipp. 2021. "(Re)conceptualizing Neighborhood Ecology in Social Disorganization Theory: From a Variable-Centered Approach to a Neighborhood-Centered Approach." Crime & Delinquency 68:2008-2032.

Kubrin, Charis E. and Bradley Bartos. 2020. "Sanctuary Status and Crime in California: What's the Connection?" Justice Evaluation Journal 3:115-133.

Bartos, Bradley, Charis E. Kubrin, Carol Newark and Richard McCleary. 2019. "Medical Marijuana Laws and Suicide." Archives of Suicide Research 14:1-14.

Kim, Young-An, John R. Hipp, and Charis E. Kubrin. 2019. "Where They Live and Go: Immigrant Ethnic Activity Space and Neighborhood Crime in Southern California." Journal of Criminal Justice 64:1-12.

Kubrin, Charis E., Young-An Kim, and John R. Hipp. 2019. "Institutional Completeness and Crime Rates in Immigrant Neighborhoods." Journal of Research in Crime and Delinquency. 56:175-212.

Dunbar, Adam and Charis E. Kubrin. 2018. "Imagining Violent Criminals: An Experimental Investigation of Music Stereotypes and Character Judgments." Journal of Experimental Criminology 14:507-528.

Bartos, Bradley and Charis E. Kubrin. 2018. "Can We Downsize our Prisons and Jails without Compromising Public Safety? Findings from California's Prop 47." Criminology & Public Policy 17:1-23.

3

Charis E. Kubrin
6/20/2023

Adelman, Robert, Charis E. Kubrin, Graham C. Ousey, and Lesley W. Reid. 2018. "New Directions in Research on Immigration, Crime, Law and Justice." Migration Letters 15:139-146.

Ousey, Graham and Charis E. Kubrin. 2018. "Immigration and Crime: Assessing a Contentious Issue." Annual Review of Criminology 1:63-84.

Kubrin, Charis E., John R. Hipp, and Young-An Kim. 2018. "Different than the Sum of its Parts: Examining the Unique Impacts of Immigrant Groups on Neighborhood Crime Rates." Journal of Quantitative Criminology 34:1-36.

Pendergast, Philip, Tim Wadsworth, and Charis E. Kubrin. 2017. "Suicide Rates in Happy Places: Is There a Paradox?" Journal of Happiness Studies 20:81-99.

Kubrin, Charis E. 2017. "Delinquency and Modernity in Cyberspace?: Comments on *America's Safest City*." Crime, Law and Social Change 67:505-512.

Hipp, John R. and Charis E. Kubrin. 2017. "From Bad to Worse: The Relationship between Changing Inequality in Nearby Areas and Local Crime." RSF: The Russell Sage Foundation Journal of the Social Sciences 3:129-151.

Dunbar, Adam, Charis E. Kubrin, and Nicholas Scurich. 2016. "The Threatening Nature of 'Rap' Music." Psychology, Public Policy, and Law 22:280-292.

Kubrin, Charis E. and Carroll Seron. 2016. "The Prospects and Perils of Ending Mass Incarceration in the United States." The Annals of the American Academy of Political and Social Science 664:16-24.

Kubrin, Charis E. and John R. Hipp. 2016. "Do Fringe Banks Create Fringe Neighborhoods?: Examining the Spatial Relationship between Fringe Banking and Neighborhood Crime Rates." Justice Quarterly 33:755-784.

Kubrin, Charis E. and Scott A. Desmond. 2015 "The Power of Place Revisited: Why Immigrant Communities have Lower Levels of Adolescent Violence." Youth Violence and Juvenile Justice 13:345-366.

Kubrin, Charis E. 2014. "Secure or Insecure Communities?: Seven Reasons to Abandon the Secure Communities Program." Criminology & Public Policy 13:323-338.

Kubrin, Charis E. and Erik Nielson. 2014. "Rap on Trial." Race and Justice 4:185-211.

Ousey, Graham C. and Charis E. Kubrin. 2014. "Immigration and the Changing Nature of Homicide in U.S. Cities, 1980-2010." Journal of Quantitative Criminology 30:453-483.

Wadsworth, Tim, Charis E. Kubrin, and Jerald Herting. 2014. "Investigating the Rise (and Fall)

Charis E. Kubrin
6/20/2023

of Young Black Male Suicide in the U.S., 1982-2001." Journal of African American Studies 18:72-91.

Kubrin, Charis E. and Hiromi Ishizawa. 2012. "Why Some Immigrant Neighborhoods are Safer than Others: Divergent Findings from Los Angeles and Chicago." Annals of the American Academy of Political and Social Science 641:148-173.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. 2011. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? Investigating the Social Ecology of Payday Lending." Criminology and Public Policy 10:437-466.

Kubrin, Charis E., Steven F. Messner, Glenn Deane, Kelly McGeever, and Thomas D. Stucky. 2010. "Proactive Policing and Robbery Rates across U.S. Cities" Criminology 48:57-98.

Kubrin, Charis E. and Tim Wadsworth. 2009. "Explaining Suicide among Blacks and Whites: How Socio-Economic Factors and Gun Availability Affect Race-Specific Suicide Rates." Social Science Quarterly 90:1203-1227.

Weitzer, Ronald and Charis E. Kubrin. 2009. "Misogyny in Rap Music: A Content Analysis of Prevalence and Meanings." Men and Masculinities 12:3-29.

> Reprinted in Michelle Inderbitzin, Kristin A. Bates, and Randy S. Gainey (Eds.), Forthcoming 2020, Deviance and Social Control: A Sociological Perspective, 3rd Edition. Sage Publications.

> Reprinted in Michael S. Kimmel and Michael A. Messner (Eds.), 2018, Men's Lives, 10th Edition. Oxford: Oxford University Press.

> Reprinted in Michael S. Kimmel and Amy Aronson (Eds.), 2011, The Gendered Society Reader, 4th Edition. New York: Oxford University Press. Pp. 453-470.

Desmond, Scott A. and Charis E. Kubrin. 2009. "The Power of Place: Immigrant Communities and Adolescent Violence." Sociological Quarterly 50:581-607.

Ousey, Graham C. and Charis E. Kubrin. 2009. "Exploring the Connection between Immigration and Crime Rates in U.S. Cities, 1980-2000." Social Problems 56:447-473.

Deane, Glenn, Steven F. Messner, Thomas D. Stucky, Kelly McGeever, and Charis E. Kubrin. 2008. "Not 'Islands, Entire of Themselves': Exploring the Spatial Context of City-Level Robbery Rates." Journal of Quantitative Criminology 24:363-380.

Kubrin, Charis E. 2008. "Making Order of Disorder: A Call for Conceptual Clarity." Criminology & Public Policy 7:203-214.

Guest, Avery M., Charis E. Kubrin, and Jane K. Cover. 2008. "Heterogeneity and Harmony:

Charis E. Kubrin
6/20/2023

Neighboring Relationships among Whites in Ethnically-Diverse Neighborhoods in Seattle" Urban Studies 43:501-526.

Wadsworth, Tim and Charis E. Kubrin. 2007. "Hispanic Suicide in U.S. Metropolitan Areas: Examining the Effects of Immigration, Assimilation, Affluence, and Disadvantage." American Journal of Sociology 112:1848-1885.

Pollak, Jessica and Charis E. Kubrin. 2007. "Crime in the News: How Crimes, Offenders and Victims are Portrayed in the Media." Journal of Criminal Justice and Popular Culture 14:59-83.

Reprinted in Lindsay Prior (Ed.), 2011, Using Documents and Records in Social Research. Thousand Oaks, CA: Sage Publications. Volume 1.

Kubrin, Charis E., Gregory D. Squires, and Eric A. Stewart. 2007. "Neighborhoods, Race and Recidivism: The Community Reoffending Nexus and Its Implications for African Americans." Sage Race Relations Abstracts 32:7-37.

Guest, Avery M., Jane K. Cover, Charis E. Kubrin, and Ross L. Matsueda. 2006. "Neighborhood Context and Neighboring Ties." City and Community 5:363-385.

Kubrin, Charis E., Tim Wadsworth, and Stephanie DiPietro. 2006. "Deindustrialization, Disadvantage and Suicide among Young Black Males." Social Forces 84:1559-1579.

Kubrin, Charis E. and Eric A. Stewart. 2006. "Predicting Who Reoffends: The Neglected Role of Neighborhood Context in Recidivism Studies." Criminology 44:171-204.

Kubrin, Charis E. 2005. "'I See Death around the Corner': Nihilism in Rap Music." Sociological Perspectives 48:433-459.

Kubrin, Charis E. 2005. "Gangstas, Thugs, and Hustlas: Identity and the Code of the Street in Rap Music." Social Problems 52:360-378.

Reprinted in Mark R. Pogrebin's (Ed.), 2012, About Criminals: A View of the Offenders' World, 2nd Edition. Thousand Oaks, CA: Sage Publications. Pp. 64-78.

Reprinted in Patricia Adler and Peter Adler (Eds.), 2009, Sociological Odyssey: Contemporary Readings in Introductory Sociology, 3rd Edition. Belmont, CA: Wadsworth Cengage. Pp. 79-90.

Reprinted in Ronald J. Berger and Paul D. Gregory (Eds.), 2009, Juvenile Delinquency and Justice: Sociological Perspectives. Boulder, CO: Lynne Rienner Publishers. Pp. 407-432.

Reprinted in Susan L. Wortmann (Ed.), 2006, Society: A User's Guide, Readings and Applications. Iowa: Kendall/Hunt Publishing. Pp. 209-223.

Charis E. Kubrin
6/20/2023

Squires, Gregory D. and Charis E. Kubrin. 2005. "Privileged Places: Race, Uneven
      Development, and the Geography of Opportunity in Urban America." Urban Studies
      42:47-68.

            Reprinted in 2016 special issue of Urban Studies, "The racial state and resistance
            in Ferguson and beyond," edited by Kate Driscoll Derickson.

            Reprinted in 2007 Urban Planning International 22:13-25.

Weitzer, Ronald and Charis E. Kubrin. 2004. "Breaking News: How Local TV News and Real-
      World Conditions Affect Fear of Crime." Justice Quarterly 21:497-520.

            Reprinted in Robert D. Crutchfield, Charis E. Kubrin, Joseph G. Weis, and
            George S. Bridges (Eds.), 2007, Crime and Society: Crime, 3rd Edition. Thousand
            Oaks, CA: Sage Publications. Pp. 43-47.

            Reprinted in Gary W. Potter and Victor E. Kappeler (Eds.), 2006, Constructing
            Crime: Perspectives on Making News and Social Problems, 2nd Edition. Ill:
            Waveland Press, Inc. Pp. 345-365.

Wadsworth, Tim and Charis E. Kubrin. 2004 "Structural Factors and Black Interracial Homicide:
      A New Examination of the Causal Process." Criminology 42:647-672.

Kubrin, Charis E. and Ronald Weitzer. 2003. "New Directions in Social Disorganization
      Theory." Journal of Research in Crime and Delinquency 40:374-402.

            Reprinted in Stuart Henry and Scott A. Lukas (Eds.), 2009, Recent Developments
            in Criminological Theory: Toward Disciplinary Diversity and Theoretical
            Integration. Aldershot, UK: Ashgate. Pp. 265-296.

Kubrin, Charis E. and Jerald R. Herting. 2003. "Neighborhood Correlates of Homicide Trends:
      An Analysis Using Growth-Curve Modeling." Sociological Quarterly 44:329-350.

Kubrin, Charis E. and Ronald Weitzer. 2003. "Retaliatory Homicide: Concentrated Disadvantage
      and Neighborhood Culture." Social Problems 50:157-180.

            Reprinted in Robert Hornsby and Richard Hobbs (Eds.), 2008, Gun Crime from
            The International Library of Criminology, Criminal Justice, and Penology,
            Second Series. Burlington, VT: Ashgate Publishing Ltd. Pp. 369-392.

Kubrin, Charis E. 2003. "Structural Covariates of Homicide Rates: Does Type of Homicide
      Matter?" Journal of Research in Crime and Delinquency 40:139-170.

Kubrin, Charis E. and Tim Wadsworth. 2003. "Identifying the Structural Correlates of African-

Charis E. Kubrin
6/20/2023

American Killings: What Can We Learn from Data Disaggregation?" Homicide Studies 7:3-35.

Kubrin, Charis E. 2000. "Racial Heterogeneity and Crime: Measuring Static and Dynamic Effects." Research in Community Sociology 10:189-219.

Steen, Sara, Chris Bader and Charis E. Kubrin. 1999. "Rethinking the Graduate Seminar." Teaching Sociology 27:167-173.

### *Invited Chapters in Edited Volumes*

Kubrin, Charis E. and Elliott Alvarado. Forthcoming. "Immigration and Crime around the Globe: Key Findings across a Diverse Range of Contexts." Published in Dietrich Oberwittler and Rebecca Wickes (Eds.), The Handbook on Cities and Crime. Edward Elgar Publishing.

Kubrin, Charis E. and Rebecca Tublitz. Forthcoming. "Social Disorganization Theory and Community-Based Interventions." Published in Bryanna Fox and Edelyn Verona (Eds.), Handbook of Evidence-Based Criminal Justice Practices. London: Routledge.

Kubrin, Charis E. and Graham Ousey 2021. "Understanding Victimization: The Role of Cultural Theories." Pp. 77-103 in Jillian Turanovic and Travis Pratt (Eds.), Revitalizing Victimization Theory: Revisions, Applications, and New Directions. London: Routledge.

Kubrin, Charis E. 2021. "Understanding Lethal Violence: Homicide and Suicide." Pp. 55-69 in Lorine Hughes and Lisa Broidy (Eds.), Social Bridges and Contexts in Criminology and Sociology: Reflections on the Intellectual Legacy of James F. Short, Jr. London: Routledge.

Kubrin, Charis E. 2020." Criminal Justice Reform in California: A Lesson for the Nation? Pp. 253-258 in Pam Lattimore, Beth Huebner, and Faye Taxman (Eds.), Handbook on Moving Corrections and Sentencing Forward: Building on the Record. New York: Taylor & Francis.

Kubrin, Charis E. and Michelle Mioduszewski. 2019. "Social Disorganization Theory: Past, Present and Future." Pp. 197-211 in Marvin D. Krohn, Alan J. Lizotte, and Gina Penly Hall (Eds.), Handbook on Crime and Deviance, 2nd Edition. New York: Springer Science+Business Media.

Trager, Glenn and Charis E. Kubrin. 2018. "Aligning Public Policy, Criminological Theory, and Empirical Findings on the Immigration-Crime Relationship." Pp. 146-168 in Scott Decker and Kevin Wright (Eds.), Criminology and Public Policy: Putting Theory to Work. Philadelphia: Temple University Press.

Kubrin, Charis E. and Michelle Mioduszewski. 2018. "Theoretical Perspectives on the

Charis E. Kubrin
6/20/2023

Immigration-Crime Relationship." Pp. 66-78 in Holly Ventura Miller and Anthony Peguero (Eds.), Routledge Handbook of Immigration and Crime. New York: Routledge.

Branic, Nicholas and Charis E. Kubrin. 2018. "Gated Communities and Crime in the United States." Pp. 401-423 in Gerben Bruinsma and Shane Johnson (Eds.), The Oxford Handbook of Environmental Criminology. Oxford: Oxford University Press.

Kubrin, Charis E. and Nicholas Branic. 2017. "Chicago School." Pp. 96-99 in Avi Brisman, Eamonn Carrabine, and Nigel South (Eds.), The Routledge Companion to Criminological Theory and Concepts. London: Routledge.

Kubrin, Charis E. and James Wo. 2015. "Social Disorganization Theory's Greatest Challenge: Linking Structural Characteristics to Crime in Socially Disorganized Communities." Pp. 121-136 in Alex R. Piquero (Ed.), Handbook of Criminological Theory. Oxford: Wiley-Blackwell.

Kubrin, Charis E. 2015. "'Come Along and Ride on a Fantastic Voyage': My Journey through Rap Music Lyrics." Pp. 77-87 in Michael Maltz and Stephen Rice (Eds.), Envisioning Criminology: Researchers on Research as a Process of Discovery. Springer.

Kubrin, Charis E. 2015. "Cultural Disorganization and Crime." Pp. 193-213 in Francis T. Cullen, Pamela Wilcox, Robert J. Sampson, and Brendan Dooley (Eds.), Challenging Criminological Theory: The Legacy of Ruth Kornhauser. Transaction Publishers.

Glenn Trager and Charis E. Kubrin. 2014. "Complicating the Immigration-Crime Nexus: Theorizing the Role of Gender in the Relationship between Immigration and Crime." Pp. 527-548 in Rosemary Gartner and Bill McCarthy (Eds.), The Oxford Handbook of Gender, Sex, and Crime. New York: Oxford University Press.

Kubrin, Charis E. and Glenn Trager. 2014. "Immigration and Crime in U.S. Communities: Charting Some Promising New Directions in Research." Pp. 529-550 in Sandra M. Bucerius and Michael Tonry (Eds.), The Oxford Handbook on Ethnicity, Crime and Immigration. New York: Oxford University Press.

Kubrin, Charis E. 2013. "Immigration and Crime." Pp. 440-455 in Francis T. Cullen and Pamela Wilcox (Eds.), The Oxford Handbook of Criminological Theory. New York: Oxford University Press.

Kubrin, Charis E. 2012. "Communities and Delinquency." Pp. 272-286 in Barry Feld and Donna Bishop (Eds.), The Oxford Handbook of Juvenile Crime and Juvenile Justice. New York: Oxford University Press.

Kubrin, Charis E. and Ronald Weitzer. 2010. "Rap Music's Violent and Misogynistic Effects: Fact or Fiction?" Pp. 121-144 in Mathieu Deflem (Ed.), Popular Culture, Crime, and Social Control. Sociology of Crime, Law, and Deviance, Vol. 14. Bingley, UK: Emerald/JAI Press.

Charis E. Kubrin
6/20/2023

Kubrin, Charis E. 2010. "Social Disorganization Theory: Then, Now, and In the Future." Pp. 225-236 in Marvin D. Krohn, Alan J. Lizotte, and Gina Penly Hall (Eds.), Handbook on Crime and Deviance. New York: Springer Science+Business Media.

Kubrin, Charis E. and Graham Ousey. 2009. "Immigration and Homicide in Urban America: What's the Connection?" Pp. 17-32 in William F. McDonald (Ed.), Immigration, Crime and Justice. Sociology of Crime, Law, and Deviance, Vol. 13. Bingley, UK: Emerald/JAI Press.

Matsueda, Ross L., Kevin Drakulich, and Charis E. Kubrin. 2006. "Race, and Neighborhood Codes of Violence." Pp. 334-356 in Ruth D. Peterson, Lauren J. Krivo, and John Hagan (Eds.), The Many Colors of Crime: Inequalities of Race, Ethnicity and Crime in America. New York: New York University Press.

Steen, Sara, Christine E.W. Bond, George S. Bridges, and Charis E. Kubrin. 2005. "Explaining Assessments of Future Risk: Race and Attributions of Juvenile Offenders in Pre-Sentencing Reports." Pp. 245-269 in Darnell F. Hawkins and Kimberly Kempf-Leonard (Eds.), Our Children, Their Children: Confronting Racial and Ethnic Differences in American Juvenile Justice. Chicago: University of Chicago Press.

Austin, James, John Irwin and Charis E. Kubrin. 2003. "It's About Time: America's Imprisonment Binge." Pp. 433-469 in Thomas G. Blomberg and Stanley Cohen (Eds.), Punishment and Social Control, 2nd Edition. New York: Aldine de Gruyter.

### *Special Editor*

Adelman, Robert M., Charis E. Kubrin, Graham Ousey, and Lesley Reid. 2018. *Immigration and Crime*. Migration Letters 15.

Kubrin, Charis E. and Carrol Seron. 2016. *The Great Experiment: Realigning Criminal Justice in California and Beyond*. The Annals of the American Academy of Political and Social Science 664.

### *Book Reviews*

Kubrin, Charis E. 2016. Book Review. *Community Criminology: Fundamentals of Spatial and Temporal Scaling, Ecological Indicators, and Selectivity Bias*, by Ralph B. Taylor. Contemporary Sociology 45:803-805.

Kubrin, Charis E. 2015. Book Review. *Chicago Hustle & Flow*, by Geoff Harkness. American Journal of Sociology 121:999-1001.

Kubrin, Charis E. 2012. Book Review. *Divergent Social Worlds: Neighborhood Crime*

Charis E. Kubrin
6/20/2023

*and the Racial-Spatial Divide*, by Ruth D. Peterson and Lauren J. Krivo. City & Community 11:119-121.

Kubrin, Charis E. 2008. Book Review. *Neither Angels nor Demons: Women, Crime, and Victimization*, by Kathleen J. Ferraro. American Journal of Sociology 114:857-859.

Kubrin, Charis E. 2007. Book Review. *From Black Power to Hip Hop: Racism, Nationalism, and Feminism*, by Patricia Hill Collins. New Political Science: A Journal of Politics and Culture 29:391-394.

Kubrin, Charis E. 2007. Book Review. *Immigration and Crime: Race, Ethnicity, and Violence*, edited by Ramiro Martinez Jr. and Abel Valenzuela Jr. Contemporary Sociology 36:365-366.

Kubrin, Charis E. 2007. Book Review. *Gender and Crime*, edited by Karen Heimer and Candace Kruttschnitt. American Journal of Sociology 112:1968-1970.

Kubrin, Charis E. 2005. Book Review. *Rethinking Homicide: Exploring the Structure and Process Underlying Deadly Situations*, by Terance D. Miethe and Wendy C. Regoeczi. Contemporary Sociology 34:314-315.

### ***Reports, Encyclopedia Entries, Commentaries***

Kubrin, Charis E. and Bradley J. Bartos. 2022. "The Future of Criminal Justice Reform and Public Safety: A California 100 Report on Policies and Future Scenarios." https://california100.org/app/uploads/2022/04/California-100-Criminal-Justice-Reform-FOT-Report-working-paper.pdf

Hipp, John, Charis E. Kubrin, and Benjamin Forthun. 2021. *Irvine at 50: A Tale of Continuity and Change*. https://news.uci.edu/2021/12/10/approaching-its-golden-anniversary-irvine-sets-a-gold-standard-for-safety/.

Lerner, Jack and Charis E. Kubrin. June. 2021. *Rap on Trial: A Legal Guide for Attorneys*. https://ipat.law.uci.edu/endrapontrial/.

Kubrin, Charis E. 2018. Foreword to *Development of Criminological Theory*, written by Chad Posick, Routledge.

Kubrin, Charis E. 2014. "Crime and Immigration: Reviewing the Evidence and Charting Some Promising New Directions in Research." Report prepared for National Academies of Sciences, Engineering and Medicine panel on the Integration of Immigrants into American Society. Washington, D.C.

Kubrin, Charis E. 2014. "Crime and the Racial Composition of Communities." Pp.

Charis E. Kubrin
6/20/2023

673-681 in David Weisburd and Gerben Jan Nicolaas Bruinsma (Eds.) Encyclopedia of Criminology and Criminal Justice. Springer.

Kubrin, Charis E. 2013. "The Challenge of Prisoner Reentry." Contexts 12(3):40.

Sohoni, Tracy, Charis E. Kubrin, and Bianca Bersani. 2013. "How Parenthood Made Us Better Academics." The Criminologist 38(4):38-39.

Rice, Stephen, Kevin Beaver, Charis E. Kubrin, Alex Piquero, and Travis Pratt. 2012. "Meet the Members of Your Search Committee Part II: The Application and Interview Package. The Criminologist 37(5):21-22.

Rice, Stephen, Kevin Beaver, John Hipp, Charis E. Kubrin, Alex Piquero, and Travis Pratt. 2012. "Meet the Members of Your Search Committee: Part I. The Criminologist 37(3):26-27.

Kubrin, Charis E. 2010. "Shaw, Clifford R. and Henry D. McKay: Social Disorganization Theory." Pp. 827-834 in Francis Cullen and Pamela Wilcox (Eds.) Encyclopedia of Criminological Theory. Thousand Oaks, CA: Sage Publications.

Crutchfield, Robert D. and Charis E. Kubrin. 2002. "Urban Crime." Pp. 1596-1602 in Joshua Dressler (Ed.), Encyclopedia of Crime and Justice: 2nd Edition. New York: Macmillan Reference.

Crutchfield, Robert D. and Charis E. Kubrin. 2000. "Criminology." Pp. 527-539 in Edgar Borgatta and Rhonda J.V. Montgomery (Eds.), Encyclopedia of Sociology, 2nd Edition. New York: Macmillan Reference.

Thompson, Heather Lynn, Charis E. Kubrin, Scott Desmond, and Ross Bartley. 2000. *Final Report: Denny Regrade Problem Solving Partnership*. Seattle Police Department and Department of Justice.

Bridges, George S., Chris Bader, Christine Bond, and Charis E. Kubrin. 1997. *A Study on Racial and Ethnic Disparities in Superior Court Bail and Pre-Trial Detention Practices in Washington State*. Washington State Minority and Justice Commission.

Kubrin, Charis E. et al. 1997. *Teaching Resources to Accompany Sociology: Exploring the Architecture of Everyday Life*. Thousand Oaks, CA: Pine Forge Press.

Steen, Sara, Charis E. Kubrin and Kristin A. Bates. 1996. *Instructors' Manual and Test Items to Accompany the Pine Forge Press Series in Crime and Society*. Thousand Oaks, CA: Pine Forge Press.

***Newspaper, Magazine, and Other Professional Publications***

Kubrin, Charis E. and Bradley J. Bartos. 2022. Which Path Will our State Take on Criminal

Charis E. Kubrin
6/20/2023

Justice. <u>OC Register</u>. May 1.

Kubrin, Charis E. 2021. *Punishing Immigrants: Policy, Politics, and Injustice*. Newsletter of the Division on Critical Criminology and Social Justice (DCCSJ), American Society of Criminology. June 2021.

Kubrin, Charis E. 2021. *Control and Compassion: The 1994 Crime Bill and Immigration*. Council on Criminal Justice, https://counciloncj.foleon.com/reports/crime-bill/iv-immigration/.

Kubrin, Charis E. 2019. "Convicted for rap lyrics." <u>Los Angeles Daily Journal</u> 132(31):1. February 14.

Kubrin, Charis E. and Bradley J. Bartos. 2018. "The Myth that Crime Rises as Prisons Shrink." <u>Governing Magazine</u>. September 11.

Kubrin, Charis E. and Benjamin Leffel. 2017. "California sanctuary cities bill is humane and effective." <u>The Hill</u>. December 15.

Kubrin, Charis E. and Graham C. Ousey. 2017. "Immigration and crime: What does the research say?" <u>The Conversation</u>. February 1. (Reprinted in <u>Scientific American</u>, <u>Newsweek</u>, <u>PBS Newshour, Business Insider</u>)

Kubrin, Charis E. 2016. "Should the Police Wear Body Cameras? Experts Pick Sides." <u>WalletHub</u>. October 5.

Kubrin, Charis E., Carroll Seron, and Joan Petersilia. 2016. "Releasing low-level offenders did not unleash a crime wave in California." <u>Washington Post</u>. March 17.

Nielson, Erik, Charis E. Kubrin, Travis L. Gosa, and Michael Render. 2015. Amicus Brief on Rap Music for *Taylor Bell* v. *Itawamba County School Board*, submitted via Arnold and Porter LLP (No. 15-666). December 21.

Sohoni, Tracy and Charis E. Kubrin. 2015. "Is the Ferguson Effect a myth?" <u>Baltimore Sun</u>. September 12.

Kubrin, Charis E. 2014. "A Potential Censorship or Criminalization of Rap Music." <u>New York Times</u>. December 4.

Nielson, Erik and Charis E. Kubrin. 2014. Amicus Brief on Rap Music for *Elonis* v. *US*, submitted via the University of Florida's Marion B. Brechner First Amendment Project (No. 13-983). August 18.

Nielson, Erik and Charis E. Kubrin. 2014. "Will top court challenge prosecution of rap?" <u>CNN.com</u>. June 23.

Charis E. Kubrin
6/20/2023

Calvert, Clay, Erik Nielson, and Charis E. Kubrin. 2014. "Rap Lyrics or True Threats? It's Time for the High Court to Decide." Forbes. May 24.

Kubrin, Charis E. and Erik Nielson. 2014. "A new California trend—prosecuting rap." Los Angeles Times. April 7.

Nielson, Erik and Charis E. Kubrin. 2014. "Rap Lyrics on Trial." New York Times. January 14.

Kubrin, Charis E. 2013. "Prison shift raises crucial, unresolved questions." OC Register. April 22.

Kubrin, Charis E., Gregory D. Squires, and Steven M. Graves. 2009. "Payday Lending's Steep Cost Isn't Just in Fees." American Banker. December 16.

Squires, Gregory D. and Charis E. Kubrin. 2007. "Privileged Places: Race, Opportunity, and Uneven Development in Urban America." Joint Center for Political and Economic Studies, Focus Magazine March/April:6-7.

Squires, Gregory D. and Charis E. Kubrin. 2006. "Privileged Places: Race, Opportunity and Development in Urban America." Shelterforce 147:12-15.

Reprinted in James DeFillippis and Susan Saegert (Eds.), 2012, The Community Development Reader, 2nd Edition. New York and London: Routledge. Pp. 347-352.

Squires, Gregory D. and Charis E. Kubrin. 2005. "Bush to Cities: "Drop Dead." Progressive Planning 163:23-24.

Squires, Gregory D. and Charis E. Kubrin. 2005. "Expanding CRA Would Boost 'Ownership Society." National Underwriter April 4.

Squires, Gregory D. and Charis E. Kubrin. 2005. "Closed Doors? Policy Shift Could Make Homeownership Just a Dream for the Poor." Milwaukee Journal Sentinel February 27.

Kubrin, Charis E. and Gregory D. Squires. 2004. "Build Homes, Not Jails." dollars & sense 255:11-12.

Kubrin, Charis E. and Gregory D. Squires. 2004. "The Home Lender as Crime Fighter." American Banker 88:11.

Kubrin, Charis E. and Gregory D. Squires. 2003. "Mortgage Lending Up, Crime Down." Seattle Post Intelligencer December 11.

## GRANTS AND FELLOWSHIPS

Charis E. Kubrin
6/20/2023

### *External Research Grants*

6/21-10/21   "Criminal Justice Reform and Public Safety: Trends and Scenarios for California's Future." **California 100: Inspiring and Visioning California's Next Century, The People Lab, UC Berkeley**. PI (with Bradley Bartos). $70,000.

1/20-12/22   "New Directions in Research on Immigration and Crime." **National Institute of Justice**. PI (with Emily Owens and John Hipp). $713,114.

9/15-8/17   "Explaining Low Crime Rates in Immigrant Communities." **National Science Foundation**. PI (with John Hipp and Deva Ramanan). $268,368.

9/13-8/14   "Realigning California Corrections: Legacies of the Past, the Great Experiment, and Trajectories for the Future." **National Science Foundation**. PI (with Carroll Seron, Susan Turner, John Hipp). $49,831.

1/13-12/14   "Crime in Metropolitan America: Patterns and Trends across the Southern California Landscape." **National Institute of Justice**. Co-PI (with John Hipp). $560,620.

4/09-3/10   "Social Science Research on Immigration: The Role of Transnational Migration, Communities, and Policy." **National Science Foundation**. Co-PI (with Marjorie Zatz, Ramiro Martinez). $58,230.

1/08-12/08   "What's Behind the Increase?: Explaining Recent Trends in Suicide among African American Males." **Harry Frank Guggenheim Foundation**. Co-PI (with Tim Wadsworth). $23,869.

1/07-12/07   "Suicide and Homicide in the U.S.: Incorporating Firearm Availability in Macro-Level Research." **Joyce Foundation**. Co-PI (with Tim Wadsworth). $20,000.

2004-05   "Back Home from Prison: Understanding Why Offenders Recidivate." **Smith Richardson Foundation**. PI. $60,000.

2003-05   "Predicting Who Reoffends: The Neglected Role of Neighborhood Context in Recidivism Studies." **National Consortium on Violence Research**. PI. $10,000.

10/03-12/04   "Predicting Who Reoffends: The Neglected Role of Neighborhood Context in Recidivism Studies." **American Sociological Association/National Science Foundation**. PI. $3,250.

8/02-12/03   "From Redlining to Reinvestment: The Effects of Access to Capital and Other Community Factors on Community Crime Rates in Disadvantaged Neighborhoods." The Open Society Institute, **Soros Foundation**. Co-PI (with Gregory Squires). $94,000.

Case 6:23-cv-00007   Document 175-74   Filed on 06/20/23 in TXSD   Page 28 of 64

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 1/02 | Program Evaluation of the Center on Juvenile and Criminal Justice's Detention Diversion Advocacy Program in Philadelphia. **William Penn Foundation**. PI. $6,935. |
| 8/01-1/04 | "Racial Heterogeneity, Neighborhood Controls, and Violence." **National Science Foundation**. Co-PI (with Ross Matsueda, Robert Crutchfield, Avery Guest). $303,000. |
| 8/01-8/03 | "Racial Heterogeneity, Neighborhood Change, and Violence: A Multi-Level Victimization Survey." **National Consortium on Violence Research**. Co-PI (with Ross Matsueda, Robert Crutchfield, Avery Guest). $88,391. |
| 2000 | "Neighborhood Structure and Criminal Homicide: Socio-Economic and Demographic Correlates of Homicide Types and Trends." Dissertation Fellowship, **Association for Women in Science Educational Foundation**. $1,000. |
| 1999-00 | "Neighborhood Structure and Criminal Homicide: Socio-Economic and Demographic Correlates of Homicide Types and Trends." Dissertation Scholarship, **Kosciuszko Foundation**, New York. $2,000. |
| 1995 | Scholarship for "Contemporary Mexico" Seminar, **El Colegio de Mexico**, Mexico City, Mexico. |

### *Internal Research Grants*

| | |
|---|---|
| 1/13 | Conference Support Program Award. "Realigning California Corrections: Legacies of the Past, the Great Experiment, and Trajectories for the Future." Academic Senate Council on Research, Computing and Libraries, **University of California Irvine**. $2,463. |
| 5/10-5/11 | Public Policy Research Scholar Fellowship. "The Collateral Consequences of Immigration Policy." **George Washington Institute of Public Policy**. $10,000. |
| 7/08-6/09 | University Facilitating Fund (UFF) Grant. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? The Ecology of Alternative Financial Institutions and Social Disorganization in America." **George Washington University**. $12,774. |
| 08-09 | Selective Excellence Fellowship. "Rap Music, Youth Culture, and Violence in the Inner City: What's the Connection?" **George Washington University**. Course reduction and $1,000. |
| 5/06-5/07 | Public Policy Research Scholar Fellowship. "Explaining Suicide in the U.S.: |

Case 6:23-cv-00007   Document 175-74   Filed on 06/20/23 in TXSD   Page 29 of 64

Charis E. Kubrin
6/20/2023

|  | Incorporating Firearm Availability in Macro-Level Research." **George Washington Institute of Public Policy**. $8,000. |
|---|---|
| 6/05 | Luther Rice Collaborative Fellowship. "Community Courts: Rebuilding Communities, Healing Offenders, and Restoring Justice." **George Washington University**. $1000 (+$4000 for undergraduate student). |
| 8/03 | Dean's Seminar Teaching Fellowship to develop course, American Criminal Justice Philosophy: Myths and Realities. **George Washington University**. $2,000 |
| 1/03-12/03 | Public Policy Research Scholar Fellowship. "A Tale of Two Cities: Youth Crime, Detention Rates, and the Detention Diversion Advocacy Program in Washington, D.C. and Baltimore." **George Washington Institute of Public Policy**. $8,000. |
| 7/02 | Junior Scholar Incentive Award. "Identifying the Structural Correlates of African-American Killings: What Can We Learn from Data Disaggregation?" **George Washington University**. $5,000. |
| 6/02-12/02 | Hewlett Foundation Fellowship, **Hewlett Foundation** and **George Washington University** to develop inquiry-based course, American Criminal Justice Philosophy: Myths and Realities. $4,400. |
| 6/01 | Banneker Faculty Research Grant. "The Crime Drop: Socio-Economic and Demographic Correlates of Washington, D.C.'s Declining Crime Rates." **Center for Washington Area Studies at George Washington University**. $5,000. |
| 6/01 | Released Time for Research Proposal Writing Program "The Decline in Urban Crime: Exploring the Connections Among Increased Access to Capital, Residential Stability, and Urban Crime Rates." **George Washington University**. Course reduction. |
| 1999-00 | Social Sciences Dissertation Fellowship. "Neighborhood Structure and Criminal Homicide: Socio-Economic and Demographic Correlates of Homicide Types and Trends." **University of Washington**. $4,000. |

## AWARDS AND HONORS

| 2020 | Paul Tappan Award, *Western Society of Criminology* |
|---|---|
| 2020 - 2021 | Social Ecology Honors Program Faculty Mentorship Award, Social Ecology, University of California, Irvine |
| 2019 | Fellow, *American Society of Criminology* |
| 2018 | W.E.B. DuBois Award, *Western Society of Criminology* |

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2015 | Cicero Speechwriting Award (Category: "Controversial or Highly Politicized Topic"), *Vital Speeches of the Day* (for "Rap on Trial" TEDx talk, with Barbara Seymour Giordano) |
| 2014 | Coramae Richey Mann Award, Division on People of Color and Crime, *American Society of Criminology* |
| 2014 | Dean's Diversity Research Award, School of Social Ecology, University of California, Irvine (for paper, "Rap on Trial") |
| 2005 | Ruth Shonle Cavan Young Scholar Award, *American Society of Criminology* |
| 2005 | Morris Rosenberg Award for Recent Achievement, *District of Columbia Sociological Society* |
| 2005 | Best Paper in Housing or Community Development Award, *Urban Affairs Association/Fannie Mae Foundation* |
| 1998 | Student Paper Competition Award, Crime, Law, and Deviance Section, *American Sociological Association* |
| 1998 | Gene Carte Student Paper Competition Award, *American Society of Criminology* |
| 1997 | Award for Excellence in Teaching, Department of Sociology, University of Washington |
| 1993 | Phi Beta Kappa, Smith College |
| 1993 | Cum Laude, Smith College |
| 1993 | First Group Scholar, Smith College |
| 1993 | Jean Fine Spahr Fellowship Fund for Graduate School, Smith College |
| 1993 | Pauline Fox Boorstein '20 Fellowship, Smith College |

## TESTIMONY

| | |
|---|---|
| 2022 | Expert witness, United States Department of Justice Executive Office for Immigration Review in the matter of Rouben Dossous. December 22. |
| 2022 | Expert witness, People of the State of California vs. Gary Bryant, Jr. (05-152003-0). Via Zoom. February 25, March 11. |

18

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2019 | Testimony before the U.S. House of Representatives, Committee on the Judiciary, Subcommittee on Crime, Terrorism, and Homeland Security Hearing, "California Criminal Justice Reform: Potential Lessons for the Nation." Los Angeles, CA. July 13. |
| 2017 | Expert witness, People of the State of California vs. Damon James Stevenson, Jr. (CEN 15036014). San Jose, CA. February 27. |
| 2016 | Expert witness, United States of America vs. Jerry Green, Jr. (8:12-cr-205-T-17MAP). Tampa, FL. August 11. |
| 2016 | Expert witness, United States of America vs. Tony Brown (13-CR-4510-JAH). San Diego, CA. July 7. |
| 2013 | Expert witness, People of the State of California vs. Ediberto Cabrera (CC773303). San Jose, CA. August 29. |
| 2011 | Expert witness, People of the State of Illinois vs. Olutosin Oduwole (07-CF-1648). Madison County, IL. October 25. |

## SELECT MEDIA INTERVIEWS

| | |
|---|---|
| 1/23/23 | Yahoo News, quoted in "Young Thug, YSL trial underway as lawyers challenge use of rap lyrics in RICO case" |
| 1/13/23 | NBC News, quoted in "Black rappers call out double standard of using hip-hop lyrics as evidence in rapper Young Thug's criminal trial" |
| 12/23/22 | The Progressive Magazine, research profiled in "Rap v. United States" |
| 12/6/22 | Associated Press, quoted in "Robar no es legal en California; ley contempla multa y cárcel" |
| 10/28/22 | BBC, Americast, interviewed for "How crime is shaping the US elections" |
| 10/13/22 | Los Angeles, Times, quoted in "'You're obviously a target': Rappers rethink security protocols in wake of PnB Rock killing" |
| 8/26/22 | New York Times, quoted in "California Bill Could Restrict the Use of Rap Lyrics in Court" |
| 7/8/22 | New York Times, quoted in "A Month of Shootings: One on Top of Another" |
| 6/3/22 | Bloomberg, quoted in "LA Crime Targeting Rich Shifts Mayor Race to Billionaire Caruso" |

Charis E. Kubrin
6/20/2023

4/17/22      New York Times, quoted in "A Violent Crisis"

4/12/22      New York Times, quoted in "Angry Drivers, Lots of Guns: An Explosion in Road
             Rage Shootings"

3/30/22      New York Times, research profiled in "This Rap Song Helped Sentence a 17-
             Year-Old to Prison for Life"

3/18/22      Billboard, quoted in "Rap Lyrics are Still Cited in Court, But That Might be
             About to Change"

1/28/22      USA Today, quoted in "Fact check: No evidence defunding police to blame for
             homicide increases, experts say"

12/17/21     The Guardian, quoted in "California's 'smash and grab' robberies – what's really
             going on behind the headlines?"

12/10/21     Christian Science Monitor, quoted in "Smash-and-grabs, California, and the limits
             of criminal justice reform"

12/6/21      KPCC, Fresh Air, interviewed for segment, "A Look into Retail and Property
             Crime Trends and How Recent Incidents Are Impacting Consumers and Industry
             Workers"

11/28/21     CNN, interviewed for segment, "Smash-and-grab robberies hit stores across U.S."

11/23/21     Reuters, quoted in "As holidays near, 'smash-and-grab' robbers hit U.S. retailers"

10/19/21     San Francisco Chronicle, quoted in "The ultimate guide to San Francisco crime
             data"

7/23/21      Associated Press, quoted in "Proposition 47 did not end prosecution of thefts
             under $950 in California"

7/21/21      USA Today, quoted in "Shameless shoplifters: Retail thefts getting bolder in
             California and beyond"

7/14/21      NBC News, quoted in "After San Francisco shoplifting video goes viral, officials
             argue thefts aren't rampant"

7/2/21       Mother Jones, quoted in "Stop Blaming Crime Rates on Defunding the Police"

6/11/21      San Francisco Chronicle, quoted in "San Francisco crime is starting to look more
             like it did before the pandemic"

Charis E. Kubrin
6/20/2023

| 12/7/20 | <u>Scientific American</u>, research profiled and quoted in "Undocumented Immigrants Are Half as Likely to Be Arrested for Violent Crimes as U.S.-Born Citizens" |
|---|---|
| 10/27/20 | <u>The Conversation</u>, research profiled in "Undocumented immigrants may actually make American communities safer – not more dangerous – new study finds" |
| 9/16/20 | <u>Los Angeles Times</u>, quoted in "Grocery stores are pushing California to be tougher on crime. Here's why." |
| 8/17/20 | <u>Christian Science Monitor</u>, Perception Gaps podcast, interviewed for segment, "Why do Americans think more immigration means more crime?" |
| 7/29/20 | <u>Politico</u>, quoted in "California's tough-on-crime movement runs into coronavirus, Floyd activism" |
| 4/19/20 | <u>Bloomberg</u>, quoted in "Some Crimes are Spiking in America's Major Cities" |
| 4/9/20 | <u>Wall Street Journal</u>, quoted in "In These Gated Communities, Security Personnel Act More Like Concierges" |
| 2/15/20 | <u>Science Magazine</u>, quoted in "Crime did not surge when California became a 'sanctuary state'" |
| 4/2/19 | <u>Washington Post</u>, quoted in "Nipsey Hussle's death capped a notably violent week in Los Angeles — 26 shootings, 10 homicides" |
| 3/28/19 | <u>San Diego Union-Tribune</u>, quoted in "Crime Counts: As crime falls to record lows, some neighborhoods are left behind" |
| 1/21/19 | <u>New York Times</u>, quoted in "In California, Criminal Justice Reform Offers a Lesson for the Nation" |
| 12/29/18 | <u>Los Angeles Times</u>, quoted in "Crime is down in Los Angeles for the first time in five years" |
| 12/20/18 | <u>Los Angeles Times</u>, research profiled in "California transformed its justice system. But now crime is up, and critics want rollbacks" |
| 7/23/18 | <u>The Chronicle of Higher Education</u>, quoted in "Rap Is Art. So Why Do Some Academics Still Feel as if They Have to Defend It?" |
| 7/11/18 | <u>New York Times</u>, research profiled in "Are Criminal Justice Reforms Making the State Safer?" |
| 5/9/18 | <u>Los Angeles Times</u>, quoted in "Opposition to 'sanctuary state' law gains ground, but is it a pointless political ploy?" |

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 4/9/18 | Associated Press, quoted in "Groups debate if California has gone too far on crime reform" |
| 3/30/18 | New York Times, my research cited in "The Myth of the Criminal Immigrant" |
| 12/5/17 | Los Angeles Times, quoted in "Crime rates down in California, up in L.A. County, during period of criminal justice reform" |
| 11/30/17 | Wall Street Journal, research profiled in "Illegal Immigrant Found Not Guilty in San Francisco Killing" |
| 7/26/17 | Wall Street Journal, quoted in "Illegal Immigrant to Go on Trial For Murder in Case Cited by Donald Trump" |
| 6/29/17 | Washington Post, research profiled in "House passes bills to crack down on 'sanctuary cities' and deported criminals who return to U.S." |
| 6/12/17 | Hidden Brain, NPR, interviewed for segment, "Rap on Trial: How An Aspiring Musician's Words Led To Prison Time" |
| 5/2/17 | Washington Post, quoted in "Sessions says 42 percent of federal cases involve non-Americans, but half of arrests are immigration crimes" |
| 4/17/17 | Fox News, quoted in "Did California prison reform lead to an increase in crime?" |
| 10/28/16 | McClatchy DC, quoted in "What's the evidence of an immigrant crime wave in California?" |
| 9/30/16 | Los Angeles Times, quoted in "In Canada, prosecutors are using suspects' own rap lyrics to win convictions" |
| 3/31/16 | The Guardian, quoted in "Las Vegas crime spike blamed on police shortage and California prison policy" |
| 11/22/15 | Associated Press, quoted in "As crime rises in Los Angeles, police, community take action" |
| 10/9/15 | Associated Press, quoted in "Shocking video shows Calif. cops ignore dying man's distress, pleas for medical help" |
| 7/22/15 | New York Times, quoted in "Dispute Over Sandra Bland's Mental State Follows Death in a Texas Jail" |
| 7/11/15 | Associated Press, quoted in "After Years of Declining Crime, A Spike in City Violence" |

Case 6:23-cv-00007   Document 175-74   Filed on 06/20/23 in TXSD   Page 35 of 64

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2/27/15 | Los Angeles Times, quoted in "Weekends are the deadliest time for Latinos" |
| 1/2/15 | Los Angeles Times, quoted in "Crime numbers in sheriff's territory drop—but why?" |
| 11/26/14 | Bloomberg, my co-authored amicus brief on rap music was featured in the article, "Do Free-Speech Rights Apply on Facebook?" |
| 11/24/14 | Washington Post, my co-authored amicus brief on rap music was featured in the article, "Supreme court case tests the limits of free speech on Facebook and other social media" |
| 7/10/14 | Los Angeles Times, quoted in "Number of aggravated assaults in L.A. rose during first half of 2014" |
| 6/17/14 | Los Angeles Times, quoted in "L.A. area resident, how safe do you feel?" |
| 3/26/14 | New York Times, quoted in "Legal Debate on Using Boastful Lyrics as a Smoking Gun" |
| 12/28/12 | Los Angeles Times, quoted in front-page article, "L.A. crime tally falls at a slower rate"; also quoted in NBC Southern California, "Crime Drops in Los Angeles," LA Observed, "Murder and theft up in LA, but overall crime down again," and Mother Jones, "Why Has the Crime Decline in Los Angeles Slowed Down?" |
| 6/18/12 | Los Angeles Times, my co-authored study of the media and fear of crime published in Justice Quarterly was discussed in the article, "Think You Know about Crime in the U.S.? Think Again" |
| 9/1/09 | Evening News, BBC America, Interviewed about mounted police patrols |
| 11/3/03 | All Things Considered, National Public Radio, Interviewed about Washington D.C.'s rising homicide rate |

## INVITED TALKS

### *Academic*

| | |
|---|---|
| 2022 | San Diego State University, Department of Sociology, "New Directions in Research on Immigration and Crime." May 3. |
| 2021 | Tulane University, Department of Sociology, "New Directions in Research on Immigration and Crime." November 12. (virtual due to COVID19) |

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2021 | University of Illinois, Springfield, Department of Art, Music and Theater, "Rap on Trial." October 6. (virtual due to COVID19) |
| 2021 | University of Pennsylvania, Department of Criminology, "New Directions in Research on Immigration and Crime." September 22. (virtual due to COVID19) |
| 2021 | Penn State University, Department of Sociology and Criminology, "New Directions in Research on Immigration and Crime." May 13. (virtual due to COVID19) |
| 2021 | Northumbria University, Centre for Evidence and Criminal Justice Studies, "Rap on Trial." February 2. (virtual due to COVID19) |
| 2019 | Simon Fraser University, School of Criminology, "Immigration and Crime: Is the Narrative Fact or Fiction?" December 6. |
| 2019 | Rochester Institute of Technology, Department of Criminal Justice, "Immigration and Crime: Is the Narrative Fact or Fiction?" October 16. |
| 2019 | Vera Institute of Justice, "Can We Downsize Our Prisons and Jails Without Compromising Public Safety?: Findings from California's Criminal Justice Reforms." May 10. |
| 2018 | Keynote Address, Summer School 2018, Reign of Chaos? Die USA unter Trump vor den Zwischenwahlen, hosted by Atlantische Akademie, "Immigration and Crime in the U.S.: Is the Narrative Fact or Fiction?" Lambrecht, Germany. August 2. |
| 2017 | Chapman University, Department of Sociology, "Rethinking Crime and Immigration." October 13. |
| 2017 | Montana State University, Department of Sociology and Anthropology, "Rap on Trial." September 12. |
| 2017 | Dartmouth College, Department of Sociology, "Rap on Trial." April 21. |
| 2017 | University of Missouri, St. Louis, 16th Annual Youth Violence Prevention Conference, jointly hosted by the Department of Criminology and Criminal Justice, Arts & Sciences, and other community organizations, "I Gave You Power: Guns, Gun Violence and Rap Music." April 6. |
| 2017 | University of Southern California, Los Angeles Institute for the Humanities, "Rap on Trial." March 24. |
| 2016 | University of Iowa, Department of Sociology, "Rap on Trial." December 9. |

24

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2016 | Opening Talk, 17th Annual UCLA Health Equity Symposium, jointly hosted by UCLA Kaiser Permanente Center for Health Equity, the UCLA Jonsson Comprehensive Cancer Center, Kaiser Permanente, and the UCLA Fielding School of Public Health, "Violence Nationally, Violence Locally: Understanding Trends and Findings Solutions." November 2. |
| 2015 | University of California, Irvine, School of Law, "Rap Lyrics on Trial." October 21. |
| 2015 | University of Manchester, American Studies, "Prosecuting Rap: Raising Public Awareness and Ensuring Fair Trials." October 16. |
| 2015 | Georgia State University, Department of Criminal Justice and Criminology, "Rap on Trial: 'For Every Rhyme I Write it's 25 to Life.'" August 11. |
| 2015 | University of Colorado, Boulder, Department of Sociology, "'For Every Rhyme I Write, It's 25 to Life': Rap on Trial." March 5. |
| 2015 | University of Missouri, St. Louis, Department of Criminology and Criminal Justice, "'For Every Rhyme I Write, It's 25 to Life': Rap on Trial." February 20. |
| 2014 | The National Academy of Sciences, Panel on the Integration of Immigrants into American Society, "Crime and Immigration: Reviewing the Evidence and Charting Some Promising New Directions in Research." October 30. |
| 2014 | University of California, Irvine, Center for Psychology and the Law, "Rethinking Crime and Immigration." October 27. |
| 2014 | Criminal Justice Research Center, Ohio State University, "Art or Confession? Using Rap Lyrics as Evidence in Criminal Trials." September 25. |
| 2014 | Rutgers University, School of Criminal Justice, "Rap on Trial." April 21. |
| 2014 | University of California, Irvine, Center for Psychology and the Law, "Rap on Trial." January 22. |
| 2012 | University of California, Irvine, Immigration Colloquium at the Law School, "Why Some Immigrant Neighborhoods are Safer than Others: Divergent Findings from Los Angeles and Chicago." November 8. |
| 2012 | University of California, Irvine, Center for Immigration, Population and Public Policy, "Promoting Healthy Communities: What Role Can Immigration Play?" January 10. |
| 2011 | University of Missouri, St. Louis, Department of Criminology and Criminal |

Charis E. Kubrin
6/20/2023

Justice, "Promoting Healthy Communities: What Role Can Immigration Play?"
October 21.

2011    University of Pennsylvania, Conference on Immigration and the Changing Social
Fabric of American Cities sponsored by The American Academy of Political and
Social Science. "Why Some Immigrant Neighborhoods are Safer than Others:
Divergent Findings from Los Angeles and Chicago." May 26.

2011    University of New Mexico, Department of Sociology, "Promoting Healthy
Communities: What Role Can Immigration Play?" April 15.

2010    University of Maryland, Department of Criminology and Criminal Justice,
"Promoting Healthy Communities: What Role Can Immigration Play?"
November 2.

2010    University of California, Irvine, Department of Criminology, Law and Society,
"Promoting Healthy Communities: What Role Can Immigration Play?" October
11.

2010    Arizona State University, Department of Criminology and Criminal Justice,
"Promoting Healthy Communities: What Role Can Immigration Play?"
September 17.

2010    Keynote Address, Southeastern Undergraduate Sociology Symposium,
Departments of Sociology, Emory University and Morehouse College, "The
Power of Place: Why Context Matters." February 19.

2010    University of Pennsylvania, Robert Wood Johnson Health and Society Scholars
Program, "Promoting Healthy Communities: What Role Can Immigration Play?"
January 21.

2009    Old Dominion University, Department of Sociology and Criminal Justice, "The
Power of Place: Immigrant Communities and Adolescent Violence." April 9.

2008    University of South Florida, Department of Criminology, "The Power of Place:
Crime and Immigrant Communities." October 3.

2008    George Washington University, Seminar in Urban Studies, "The Power of Place:
Crime and Immigrant Communities." September 19.

2008    University of Colorado at Boulder, Department of Sociology, "The Power of
Place: Crime and Immigrant Communities." May 1.

2008    University of California Merced, School of Social Sciences, Humanities and
Arts, "The Power of Place: Crime and Immigrant Communities." March 18.

26

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2008 | University of Cincinnati, Department of Criminal Justice, "Immigrant Communities and Adolescent Violence." January 11. |
| 2007 | Penn State University, Department of Sociology, "The Power of Place: Crime and Immigrant Communities." October 16. |
| 2007 | Oxford University, Centre for Criminology, "The Power of Place: Crime and Immigrant Communities." May 30. |
| 2007 | College of William and Mary, Department of Sociology, "The Power of Place: Crime and Immigrant Communities." March 29. |
| 2006 | Ball State University, Department of Sociology, "Predicting Who Reoffends: The Neglected Role of Neighborhood Context in Recidivism Studies." October 9. |
| 2006 | University of Toronto, Centre of Criminology, "Predicting Who Reoffends: The Neglected Role of Neighborhood Context in Recidivism Studies." September 18. |
| 2006 | Netherlands Institute for the Study of Crime and Law Enforcement, "Predicting Who Reoffends: The Neglected Role of Neighborhood Context in Recidivism Studies." July 5. |
| 2005 | Florida State University, School of Criminology and Criminal Justice. "Deindustrialization, Disadvantage, and Suicide among Young Black Males." April 22. |
| 2005 | Indiana University, Department of Criminal Justice. "Deindustrialization, Disadvantage, and Suicide among Young Black Males." March 4. |

### *Public Sociology/Criminology*

| | |
|---|---|
| 2023 | Office of the State Public Defender, "New Tools for Challenging Rap Lyrics in the Courtroom." January 17. |
| 2022 | New York City Mayor's Office of Criminal Justice, "Rap on Trial." April 26. (virtual) |
| 2022 | Division on People of Color and Crime, American Society of Criminology and Jane Addams College of Social Work, University of Illinois Chicago, "Advancing Public Scholarship that is 'Controversial'." April 12. |
| 2022 | Office of the State Public Defender, "Rap on Trial." January 13. (virtual due to COVID19) |
| 2021 | National Press Foundation, "Rethinking Crime and Immigration." November 16. |

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2021 | Minnesota Public Defender's Office, "Rap on Trial." October 28. (virtual due to COVID19) |
| 2020 | Committee on Revision of the Penal Code, Can We Downsize Our Prisons and Jails Without Compromising Public Safety?: Findings from California's Criminal Justice Reforms." June 24. (virtual due to COVID19) |
| 2019 | National Press Foundation, "Can We Downsize Our Prisons and Jails Without Compromising Public Safety?: Findings from California's Criminal Justice Reforms." November 10. |
| 2019 | Laguna Woods Democratic Club, "Immigration & Crime: Is the Narrative Fact or Fiction?" April 16. |
| 2018 | Blue Ribbon Commission on Public Safety, "Prop 47 and its Impact on Crime in California." May 23. |
| 2018 | UCI School of Social Ecology, Daybreak Dialogues, "Immigration & Crime: Is the Narrative Fact or Fiction?" April 17. |
| 2018 | Federal Public Defender's Office, Central Office of California, "Rap on Trial." February 21. |
| 2017 | Pillars of the Community, DocumentMe Conference, San Diego, "Rap on Trial." August 5. |
| 2017 | University of California, Los Angeles, Beyond the Headline Series, "Rethinking Crime and Immigration." May 9. |
| 2016 | Zocalo Public Square, "How Do You Fix a 'Bad' Neighborhood?" November 1. |
| 2016 | Keynote Address, Museum of Man, in conjunction with their exhibit, Race: Are We So Different?, "Rap, Race and the Reproduction of Inequality." May 11. |
| 2016 | Rotary Club of Newport-Irvine, "Rethinking Crime and Immigration." April 28. |
| 2015 | UCI Chief Executive Roundtable Retreat, "Rap on Trial: 'For Every Rhyme I Write it's 25 to Life.'" May 1. |
| 2015 | Appellate Judicial Attorneys Institute, "Rap on Trial." April 13. |
| 2015 | Pittsburgh Humanities Festival, "Rap Lyrics on Trial." March 28. |
| 2014 | TEDxOrangeCoast, "Rap on Trial." September 20. |

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2014 | Virginia DUI Drug Treatment Court Training: Advancing Recovery & Solutions, "Rap on Trial." August 7. |
| 2012 | University of California, Irvine, UCLUB Forum Talk, "Rethinking Crime and Immigration." December 5. |
| 2012 | University of California, Irvine, High School Summer Scholar Program, "How I Got Into Crime." July 16. |
| 2007 | George Washington University, Alumni Weekend, "Crime in the News: How Crimes, Offenders and Victims are Portrayed in the Media." September 29. |
| 2007 | District of Columbia Sociological Society, "The Power of Place: Crime and Immigrant Communities." March 1. |
| 2006 | Busboys and Poets Bookstore, Washington, D.C., A Continuing Talk on Race, December 3. |
| 2006 | U.S. Department of Housing and Urban Development (HUD), "Privileged Places: Race, Residence and the Structure of Opportunity." October 17. |

## PAPERS DELIVERED AT PROFESSIONAL MEETINGS

Alvarado, Elliott and Charis E. Kubrin. "A Comparative Review of Immigration and Crime Research: Findings from Across the Globe." *Western Society of Criminology*, Vancouver, 2023.

Kubrin, Charis E., John Hipp, and Emily Owens. "Immigration and Crime in Context: An Examination Across Neighborhoods in a Large Sample of U.S. Cities." *American Society of Criminology*, Atlanta, 2022.

Sola, Justin and Charis E. Kubrin. "Making a Call: What Impacts Desire to Call the Police in Ambiguous Situations?" *American Society of Criminology*, Atlanta, 2022.

Alvarado, Elliott and Charis E. Kubrin. "Immigration and Crime around the Globe: Key Findings across a Diverse Range of Contexts." *American Society of Criminology*, Atlanta, 2022.

Lerner, Jack and Charis E. Kubrin. "Rap on Trial." *National Association of Public Defenders*, Virtual due to COVID19, 2022.

Bradley Bartos, Kubrin, Charis E., and Richard McCleary. "The Debt Crisis, Austerity Measures, and Suicide in Greece." *Western Society of Criminology*, Honolulu, 2022.

Sola, Justin and Charis E. Kubrin. "Call Me Maybe? The Role of Race in Desire to Call the Police." *Western Society of Criminology*, Honolulu, 2022.

Charis E. Kubrin
6/20/2023

Kubrin, Charis E. Invited critic on panel, "Author Meets Critics: The Urban Commons: How Data and Technology Can Rebuild Our Communities." *American Society of Criminology*, Chicago, 2021.

Kubrin, Charis E., Bradley Bartos, and Richard McCleary. "The Debt Crisis, Austerity Measures, and Suicide in Greece." *American Society of Criminology*, Chicago, 2021.

Kubrin, Charis E. Invited panelist on panel, Engaging with the Public in Communities, Place, and Crime Research (Organized by the Division of Communities, Place, and Crime). *American Society of Criminology*, Chicago, 2021.

Kubrin, Charis E. "Criminal Justice Reform in California: A Lesson for the Nation?" *American Society of Criminology*, Chicago, 2021.

Kubrin, Charis E. Invited panelist on panel, Immigration, Crime, and Justice: A Data-driven Investigation, "Sanctuary Status and Crime in California: Is there a Connection?" *American Association for the Advancement of Science*, Seattle, 2020.

Kubrin, Charis E. Invited Keynote, "Can We Downsize our Prisons and Jails without Compromising Public Safety? Findings from California's Criminal Justice Reforms." *Western Society of Criminology*, Phoenix, 2020.

Kubrin, Charis E. Invited critic on panel, "Author Meets Critics: No Place on the Corner: The Costs of Aggressive Policing." *American Society of Criminology*, San Francisco, 2019.

Kubrin, Charis E. Invited discussant on panel, "Units of Analysis in the Study of Communities, Place and Crime: Conceptual and Methodological Challenges and Future Innovation." *American Society of Criminology*, San Francisco, 2019.

Kubrin, Charis E. Invited moderator on panel, "Presidential Panel: Crimmigration: Reflections, Critiques, and Future Steps." *American Society of Criminology*, San Francisco, 2019.

Kubrin, Charis E. Invited discussant on panel, "Professional Development: Navigating Media and Public Criminology as a Young Scholar." *American Society of Criminology*, San Francisco, 2019.

Kubrin, Charis E. Invited discussant on roundtable, "Fostering a Family Friendly Environment in your Department." *American Society of Criminology*, San Francisco, 2019.

Kubrin, Charis E. Invited critic on panel, "Author Meets Critics: Uneasy Peace." *American Society of Criminology*, Atlanta, 2018.

Kubrin, Charis E. Invited participant on roundtable, "Roundtable: Doing Public Criminology in a Politicized Climate." *American Society of Criminology*, Atlanta, 2018.

Kubrin, Charis E. and Graham Ousey. "The Declining Significance of Threat? A Critical

Charis E. Kubrin
6/20/2023

Analysis of Research on Racial/Ethnic Threat Theory." *American Society of Criminology*, Atlanta, 2018.

Dunbar, Adam and Charis E. Kubrin. "Imagining Violent Criminals: Rap Music Stereotypes and Character Judgments." *American Society of Criminology*, Atlanta, 2018.

Forthun, Benjamin, Charis E. Kubrin, and John R. Hipp. "Do Immigrants Moderate the Dynamics of Intra- and Inter-Group Violence in Los Angeles Egohoods over Time?" *American Society of Criminology*, Atlanta, 2018.

Kubrin, Charis E., Nicholas Branic, and John R. Hipp. "Reconceptualizing Neighborhood Structure in Social Disorganization Theory." *American Society of Criminology*, Atlanta, 2018.

Dunbar, Adam and Charis E. Kubrin. "Imagining Violent Criminals: Examining the Effect of Rap Music Stereotypes on Personality Judgments." *American Sociological Association*, Philadelphia, 2018.

Kubrin, Charis E., Nicholas Branic, and John Hipp. "(R)econceptualizing Neighborhood Structure in Social Disorganization Theory." *Western Society of Criminology*, Long Beach, 2018.

Kubrin, Charis E. Invited Policy Panel: Latino/a Criminology in the Age of Trump. *American Society of Criminology*, Philadelphia, 2017.

Kubrin, Charis E. and Graham Ousey. "Are Immigration and Crime Related? A Meta-Analysis." *Western Society of Criminology*, Las Vegas, 2017.

Dunbar, Adam, Charis E. Kubrin, and Nicholas Scurich. "The Threatening Nature of 'Rap.'" *American Society of Criminology*, New Orleans, 2016.

Kubrin, Charis E., John R. Hipp, and Young-An Kim. "Different than the Sum of its Parts: Examining the Unique Impacts of Immigrant Groups on Neighborhood Crime Rates." *American Society of Criminology*, New Orleans, 2016.

Branic, Nicholas, Charis E. Kubrin, and John R. Hipp. "Whither Park or Withering Park? Extending Research on the Parks-Crime Relationship." *American Society of Criminology*, New Orleans, 2016.

Wadsworth, Tim, Philip Pendergast, and Charis E. Kubrin. "Suicide Rates in Happy Places: Is There a Paradox?" *American Society of Criminology*, New Orleans, 2016.

Kubrin, Charis E. and Graham Ousey. "Are Immigration and Crime Related? A Meta-Analysis." *American Sociological Association*, Seattle, 2016.

Kubrin, Charis E. Invited critic on panel, "Author Meets Critics: America's Safest City:

Charis E. Kubrin
6/20/2023

Critiquing and Discussing a Theory of Modernity." *American Society of Criminology*, Washington, D.C., 2015.

Branic, Nicholas, John R. Hipp, and Charis E. Kubrin. "Digital Space: Using Google Street View in the Study of Place." *American Society of Criminology*, Washington, D.C., 2015.

Ousey, Graham C. and Charis E. Kubrin. "Assessing the Macro-Level Relationship between Immigration and Crime Rates: A Meta-Analysis." *American Society of Criminology*, Washington, D.C., 2015.

Kubrin, Charis E. Invited participant on panel "Students-Meet-Scholars: Intersections and Oppressions in Criminology." *American Society of Criminology*, San Francisco, 2014.

Kubrin, Charis E. Invited participant on panel "Meet the Members of Your Search Committee." *American Society of Criminology*, San Francisco, 2014.

Hipp, John R. and Charis E. Kubrin. "From Bad to Worse: How Changing Inequality in Nearby Areas Impacts Local Crime." *American Society of Criminology*, San Francisco, 2014.

Kubrin, Charis E. and Erik Nielson. "'For Every Rhyme I Write, It's 25 to Life': Rap Lyrics Stand Trial." *American Sociological Association*, San Francisco, 2014.

Desmond, Scott and Charis E. Kubrin. "The Power of Place Revisited: Why Immigrant Communities Have Lower Levels of Adolescent Violence." *North Central Sociological Association*, Cincinnati, 2014.

Kubrin, Charis E. and John R. Hipp. "Do Fringe Banks Create Fringe Neighborhoods? Examining the Spatial Relationship between Fringe Banking and Neighborhood Crime Rates." *American Society of Criminology*, Atlanta, 2013.

Kubrin, Charis E. Invited Discussant on panel, Community and Neighborhood Context. *American Society of Criminology*, Atlanta, 2013.

Kubrin, Charis E. and John R. Hipp. "Do Fringe Banks Create Fringe Neighborhoods? Examining the Spatial Relationship between Fringe Banking and Neighborhood Crime Rates." *American Sociological Association*, New York City, 2013.

Kubrin, Charis E. "From Rapping about Injustice to Rap on Trial: Why Rap Music Matters for Social Justice Scholars." *Racial Democracy, Crime and Justice Network*, Columbus, 2013.

Kubrin, Charis E. "Why Some Immigrant Neighborhoods are Safer than Others." *American Society of Criminology*, Chicago, 2012.

Kubrin, Charis E. Invited participant on panel "Professional Development: Juggling Parenthood and Academia." *American Society of Criminology*, Chicago, 2012.

Charis E. Kubrin
6/20/2023

Ousey, Graham C. and Charis E. Kubrin. "Immigration and the Changing Nature of Homicide in U.S. Cities." *American Society of Criminology*, Chicago, 2012.

Ousey, Graham C. and Charis E. Kubrin. "Investigating Changes in the Nature of Homicide in U.S. Cities." *Southern Sociological Society*, New Orleans, 2012.

Kubrin, Charis E. and Hiromi Ishizawa. "Why Some Immigrant Neighborhoods are Safer than Others: Divergent Findings from Los Angeles and Chicago." *American Society of Criminology*, Washington, D.C., 2011.

Kubrin, Charis E. Invited participant on panel "Meet the Members of Your Search Committee." *American Society of Criminology*, Washington D.C., 2011.

Kubrin, Charis E. Invited discussant on panel "Social Context and Neighborhood Crime." *American Society of Criminology*, Washington D.C., 2011.

Kubrin, Charis E. ASA Rose Series Authors Meet Critics Session. Divergent Social Worlds: Neighborhood Crime and the Racial-Spatial Divide. *American Sociological Association*, Las Vegas, 2011.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? Social Disorganization and the Ecology of Payday Lending." *Racial Democracy, Crime and Justice Network*, Columbus, 2011.

Kubrin, Charis E. "Collateral Consequences of Immigration Policies: Confounding Effects and Immigrant Responses." *Southwestern Sociological Association*, Las Vegas, 2011.

Kubrin, Charis E. "New Directions in Research on Immigration and Crime." *American Society of Criminology*, San Francisco, 2010.

Wadsworth, Tim, Charis E. Kubrin, and Jerald Herting. "Trends in Suicide among Urban White and African American Males: 1980-2002." *American Society of Criminology*, San Francisco, 2010.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? Social Disorganization and the Ecology of Payday Lending." *American Society of Criminology*, San Francisco, 2010.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? Social Disorganization and the Ecology of Payday Lending." *American Sociological Association*, Atlanta, 2010.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? Social Disorganization and the Ecology of Payday Lending." *Law and Society Association*, Chicago, 2010.

Charis E. Kubrin
6/20/2023

Wadsworth, Tim, Charis E. Kubrin, and Jerald Herting. "Trends in Suicide among Urban White and Urban African American Males: 1980 to 2002." *Population Association of America*, Dallas, 2010.

Kubrin, Charis E., Gregory D. Squires, Steven M. Graves, and Graham C. Ousey. "Does Fringe Banking Exacerbate Neighborhood Crime Rates? Social Disorganization and the Ecology of Payday Lending." *Urban Affairs Association*, Honolulu, 2010.

Kubrin, Charis E., Tim Wadsworth, and Jerald Herting. "What's Behind the Increase? Explaining Recent Trends in Suicide among African American Males." *American Society of Criminology*, Philadelphia, 2009.

Ousey, Graham and Charis E. Kubrin. "Exploring and Explaining the Immigration-Crime Nexus Across Time: A Longitudinal, City-Level Analysis." *American Society of Criminology*, St. Louis, 2008.

Wadsworth, Tim and Charis E. Kubrin. "What's Behind the Increase? Explaining Recent Trends in Suicide among African American Males." *American Society of Criminology*, St. Louis, 2008.

Kubrin, Charis E. and Ronald Weitzer. "Misogyny in Rap Music: A Content Analysis of Prevalence and Meanings." *American Sociological Association*, Boston, 2008.

Kubrin, Charis E. and Ronald Weitzer. "Misogyny in Rap Music: Objectification, Exploitation, and Violence Against Women." *American Society of Criminology*, Atlanta, 2007.

Kubrin, Charis E. and Tim Wadsworth. "Explaining Suicide in the U.S.: Incorporating Firearm Availability in Macro-Level Research." *American Sociological Association*, New York City, 2007.

Kubrin, Charis E. and Scott A. Desmond. "Explaining Racial/Ethnic Disparities in Delinquency: The Role of Neighborhood Immigrant Concentration." *American Society of Criminology*, Los Angeles, 2006.

Wadsworth, Tim and Charis E. Kubrin. "Explaining Suicide in the U.S.: Incorporating Firearm Availability in Macro-Level Research. *American Society of Criminology*, Los Angeles, 2006.

Kubrin, Charis E. and Tim Wadsworth. "Hispanic Suicide in U.S. Metropolitan Areas: Examining the Effects of Immigration, Assimilation, Affluence, and Disadvantage." *American Sociological Association*, Montreal, 2006.

Kubrin, Charis E., Gregory D. Squires and Eric A. Stewart. "Neighborhoods, Race and

34

Charis E. Kubrin
6/20/2023

Recidivism: The Community-Reoffending Nexus and its Implications for African Americans." *International Conference on Urban Conditions and Life Chances*, Amsterdam, 2006.

Messner, Steven F., Thomas D. Stucky, Charis E. Kubrin, Kelly McGeever, and Glenn Deane. "Not 'Islands Unto Themselves": Locating the Spatial Context of City-Level Robbery Rates." *Eastern Sociological Society*, Boston, 2006.

Wadsworth, Tim and Charis E. Kubrin. "Hispanic Suicide in U.S. Metropolitan Areas: Examining the Effects of Economic Disadvantage, Immigration, and Cultural Assimilation." *American Society of Criminology*, Toronto, 2005.

Kubrin, Charis E. and Gregory D. Squires. "The Relationship Between Capital and Crime: Is Access to Home Mortgage Money Associated with Lower Crime Rates?" *Predatory Home Lending: Moving Toward Legal and Policy Solutions*, Chicago, 2005.

Kubrin, Charis E., Tim Wadsworth, and Stephanie DiPietro. "Deindustrialization, Disadvantage, and Suicide among Young Black Males." *American Sociological Association*, Philadelphia, 2005.

Kubrin, Charis E. "Gangstas, Thugs, and Hustlas: Understanding Identity, Culture and Violence in Rap Music." *Eastern Sociological Society*, Washington, D.C., 2005.

Messner, Steven F., Glenn Deane, Kelly McGeever, and Charis E. Kubrin. "Further Explorations of the Deterrent Effects of Aggressive Policing on Crime Rates." *Eastern Sociological Society*, Washington, D.C., 2005.

Kubrin, Charis E. "Gangstas, Thugs, and Hustlas: Understanding Identity, Culture and Violence in Rap Music." *American Society of Criminology*, Nashville, 2004.

Kubrin, Charis E., Steven F. Messner and Glen D. Deane. "Deterrent Effects of the Police on Robbery Rates: A Further Replication and Extension." *American Society of Criminology*, Nashville, 2004.

Squires, Gregory D. and Charis E. Kubrin. "Privileged Places: Race, Uneven Development, and the Geography of Opportunity in Urban America." *Conference on Race, Ethnicity, and Place*, Washington, D.C., 2004.

Kubrin, Charis E. and Gregory D. Squires. "Community Reinvestment and Community Crime: Does Access to Home Mortgage Money Reduce Crime Rates?" *Urban Affairs Association*, Washington, D.C., 2004.

Weitzer, Ronald and Charis E. Kubrin. "Breaking News: How Local TV News and Real-World Conditions Affect Fear of Crime." *Academy of Criminal Justice Sciences*, Las Vegas, 2004.

Charis E. Kubrin
6/20/2023

Wadsworth, Tim and Charis E. Kubrin. "Structural Factors and Interracial Homicide: A New Examination of the Causal Process." *American Society of Criminology*, Denver, 2003.

Kubrin, Charis E. and Gregory D. Squires. "The Impact of Capital on Crime: Does Access to Home Mortgage Money Reduce Crime Rates?" *American Society of Criminology*, Denver, 2003.

Kubrin, Charis E. and Gregory D. Squires. "The Impact of Capital on Crime: Does Access to Home Mortgage Money Reduce Crime Rates?" *Midwestern Criminal Justice Association*, Chicago, 2003.

Wadsworth, Tim and Charis E. Kubrin. "Structural Factors and Interracial Homicide: A New Look at the Causal Process." *World Congress of Criminology*, Rio de Janeiro, 2003.

Kubrin, Charis E. and Tim Wadsworth. "Identifying the Structural Correlates of African American Killings: What Can We Learn From Data Disaggregation?" *American Society of Criminology*, Chicago, 2002.

Feldman, Lisa and Charis E. Kubrin. "Community-Based Alternatives to Juvenile Detention: Problems and Prospects in Changing Local Juvenile Justice Culture." *American Society of Criminology*, Chicago, 2002.

Steen, Sara, Christine E.W. Bond, George S. Bridges, and Charis E. Kubrin. "Explaining Assessments of Future Risk: Race and Attributions of Juvenile Offenders in Pre-Sentencing Reports." *American Society of Criminology* Chicago, 2002.

Kubrin, Charis E. and Ronald Weitzer. "Retaliatory Homicide: Concentrated Disadvantage and Neighborhood Culture." *American Sociological Association*, Chicago, 2002.

Bridges, George S., Christine E.W. Bond, Charis E. Kubrin, and Chris Bader. "Race, Typifications, and the Pre-Trial Assessment of Criminal Defendants: Perceptions and Process in Legal Decision-Making." *American Sociological Association*, Chicago, 2002.

Kubrin, Charis E. and Jerald R. Herting. "Neighborhood Structure and Homicide Trends: An Analysis of Differing Types of Homicide." *American Society of Criminology*, Atlanta, 2001.

Kubrin, Charis E. and Jerald R. Herting. "Neighborhood Structure and Homicide Trends: An Analysis of Differing Types of Homicide." *American Sociological Association*, Anaheim, 2001.

Kubrin, Charis E. "Longitudinal Profiles of Homicide: An Analysis Using Hierarchical Growth-Curve Modeling." *Academy of Criminal Justice Sciences*, Washington, D.C., 2001

Kubrin, Charis E. "Neighborhood Correlates of Homicide Trends: An Analysis Using

Charis E. Kubrin
6/20/2023

Hierarchical Growth-Curve Modeling." *American Society of Criminology*, San Francisco, 2000

Kubrin, Charis E. "Structural Covariates of Criminal Homicide: Does Type of Homicide Matter?" *American Sociological Association*, Washington, D.C., 2000

Kubrin, Charis E. "Neighborhood Structure and Homicide: Does Type of Homicide Matter?" *American Society of Criminology*, Toronto, 1999.

Bridges, George S., Christine E.W. Bond, Charis E. Kubrin and Chris Bader. "Typification Biases in the Pretrial Release of Criminal Offenders: Effects of Uncertainty in Legal Decision-Making." *American Society of Criminology*, Toronto, 1999.

Kubrin, Charis E. "Context and the Social Ecology of Murder." *American Society of Criminology*, Washington, D.C., 1998.

Bond, Christine E.W., Charis E. Kubrin, Chris Bader and George S. Bridges. "Processing Defendants: The Intersection of Legal, Extra-Legal, and Processual Variables in Bail Outcomes." *American Society of Criminology*, Washington, D.C., 1998.

Kubrin, Charis E. "Context and the Social Ecology of Murder." *American Society of Criminology*, San Diego, 1997.

Kubrin, Charis E. "Racial Heterogeneity and Crime: A Study of Seattle." *American Society of Criminology*, Boston, 1995.

## TEACHING EXPERIENCE

### *Courses Taught (1996-present):*

- Criminological Theory (Graduate)
- Criminology (Graduate)
- Race, Ethnicity, and Crime (Graduate)
- Research Methods (Graduate)
- Introduction to Criminology, Law and Society (Undergraduate)
- Immigration and Crime in the Global Context (Undergraduate)
- Homicide and Suicide (Undergraduate)
- Deviant Behavior and Social Control (Undergraduate)
- Justice and the Criminal Courts in Washington, D.C. (Undergraduate)

## PROFESSIONAL SERVICE

### *Journal Editorial Positions*

Charis E. Kubrin
6/20/2023

<u>Editor Positions</u>

2020-23     Co-Editor, <u>Criminology</u> (with co-editors David McDowall, Jody Miller, Carter Hay)

<u>Associate / Deputy Editor Positions</u>

2012-     Associate Editor, <u>Journal of Crime and Justice</u>, Michael Lieber (Editor)

2011-16     Associate Editor, <u>Oxford Bibliographies Online</u>, Richard Wright (Editor)

2011-14     Associate Editor, <u>Homicide Studies</u>, Wendy Regoeczi (Editor)

2009-11     Associate Editor, <u>Homicide Studies</u>, Gary Jensen (Editor)

2009-11     Associate Editor, <u>Oxford Bibliographies Online</u>, Richard Rosenfeld (Editor)

2008-11     Associate Editor, <u>Social Problems</u>, Theodore Chiricos (Editor)

<u>Editorial Board Member Positions</u>

2023-     Editorial Board Member, <u>Journal of Criminology</u>, Asher Flynn, Rebecca Wickes (Editors)

2017-20     Editorial Board Member, <u>Criminology</u>, David McDowall, Brian Johnson, Jody Miller, Janet Lauritsen (Editors)

2016-     Editorial Board Member, <u>Race and Justice: An International Journal</u>, Kareem Jordan, Jacinta Gau (Editors)

2011-17     Editorial Board Member, <u>Criminology</u>, Wayne Osgood, Eric Baumer, Rosemary Gartner (Editors)

2009-16     Editorial Board Member, <u>Race and Justice: An International Journal</u>, Shaun Gabbidon (Editor)

2010-12     Editorial Board Member, <u>Journal of Crime and Justice</u>, Michael Leiber (Editor)

2008-11     Editorial Board Member, <u>Criminology</u>, Denise Gottfredson (Editor)

2007-10     Editorial Board Member, <u>Journal of Crime and Justice</u>, Mitchell Chamlin (Editor)

2006-08     Editorial Board Member, <u>Homicide Studies</u>, Thomas A. Petee and Jay Corzine (Editors)

Charis E. Kubrin
6/20/2023

### *Service to Professional Organizations*

| | |
|---|---|
| 2022 | Planning Committee on Crime Rates during the COVID-19 Pandemic, Committee on Law and Justice (CLAJ), *National Academies of Sciences* |
| 2022-23 | Chair, Bloch Award Committee, *American Society of Criminology* |
| 2022 | Selection Committee, *Racial Democracy, Crime and Justice Network* |
| 2021-22 | Block Award Committee, *American Society of Criminology* |
| 2011-present | Steering Committee, *Racial Democracy, Crime and Justice Network* |
| 2018-2019 | Program Area Chair, Immigration/Migration Justice Issues, *American Society of Criminology* Conference, San Francisco |
| 2018 | Peterson-Krivo Mentoring Award Committee, *American Sociological Association* |
| 2018-20 | Board Member, Crime and Justice Research Alliance, *American Society of Criminology* |
| 2016-17 | Michael J. Hindelang Award Committee, *American Society of Criminology* |
| 2015-18 | Executive Counselor (elected), *American Society of Criminology* |
| 2015 | Reviewer, W.E.B. Du Bois Fellowship for Research on Race, Gender, Culture and Crime Program, *National Institute of Justice* |
| 2013-14 | Program Committee, Crime, Law and Deviance Section, *American Sociological Association* |
| 2013-14 | Program Area Chair, Causes of Crime and Criminal Behavior, *American Society of Criminology* Conference, San Francisco |
| 2013-14 | Ruth Shonle Cavan Young Scholar Award Committee, *American Society of Criminology* |
| 2012 | Ad Hoc Reviewer, Grants on Sustainable Urban Development, CONICYT (National Commission for Scientific and Technological Research, Chile), Santiago, Chile |
| 2012-13 | Ruth Shonle Cavan Young Scholar Award Committee, *American Society of Criminology* |

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2012-13 | Nominations Committee, *American Society of Criminology* |
| 2011-13 | Reviewer, Sociology Panel, *National Science Foundation* |
| 2010 | Nominations Committee, Crime, Law and Deviance Section, *American Sociological Association* |
| 2010 | Herbert Bloch Award Committee, *American Society of Criminology* |
| 2009 | Program Committee, *Southern Sociological Society Conference*, New Orleans |
| 2009-10 | Reviewer, Sociology Dissertation Panel, *National Science Foundation* |
| 2007-08 | President, *District of Columbia Sociological Society* |
| 2007-10 | Council Member, Crime, Law, and Deviance Section, *American Sociological Association* |
| 2007-08 | Publications Committee, *American Society of Criminology* |
| 2006 | James F. Short Award Committee, Crime, Law, and Deviance Section, *American Sociological Association* |
| 2006 | Program Area Chair, Race/Ethnicity, *American Society of Criminology* Conference, Los Angeles |
| 2005-06 | Minority Affairs Committee, *American Society of Criminology* |
| 2005-07 | Chair, Crime and Juvenile Delinquency Division, *Society for the Study of Social Problems* |
| 2004-05 | August Vollmer Award Committee, *American Society of Criminology* |
| 2002-03 | Constitution and Bylaws Committee, *American Society of Criminology* |
| 2001-03 | Treasurer, *District of Columbia Sociological Society* |
| 2001 | Chair, Awards Committee, *District of Columbia Sociological Society* |

### *Organizer / Invited Participant in National Workshops*

| | |
|---|---|
| 2015 | Invited Participant, University of California, Riverside, "Immigration and Community Safety," Sept. 25, Riverside, CA |

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2014 | Co-Organizer, University of California, Irvine, "Realigning California Corrections: Legacies of the Past, the Great Experiment, and Trajectories for the Future," Oct. 17-18, Irvine, CA (funded by NSF) |
| 2011 | Invited Participant, University of Pennsylvania, "Immigration and the Changing Social Fabric of American Cities," May 26, Philadelphia, PA (funded by American Academy of Political and Social Science) |
| 2009 | Co-Organizer, Arizona State University, Justice and Social Inquiry, "Social Science Research on Immigration: The Role of Transnational Migration, Communities and Policy," September 10-11, Tempe, AZ (funded by NSF) |
| 2006 | Invited Participant, University of Maryland, Program on the Economics of Crime and Justice Policy Summer Workshop, "Criminology and Economics" June, Queenstown, MD |
| 2003- | Invited Participant, National Science Foundation Workshops, "Setting a National Agenda for Research on Race/Ethnicity, Crime, and Criminal Justice," November 2003 Denver; July 2004 Columbus; November 2005 Toronto; July 2006 Columbus; July 2007 Columbus; July 2008 Columbus; July 2009 Columbus; July 2010 Columbus; July 2011 Columbus; July 2012 Columbus; July 2013 Columbus; July 2014 Columbus; July 2015 Columbus; July 2018 Newark |
| 2002-08 | Invited Participant, National Consortium on Violence Research Annual Workshops, 2002 St. Augustine; 2003 San Juan; 2004 Miami; 2005 Cancun; 2008 Bermuda |

### *Manuscript/Book Reviewer*

| | |
|---|---|
| 2000- | Reviewer for following refereed journals, *American Journal of Public Health, American Journal of Sociology, American Sociological Review, British Journal of Sociology, Contemporary Sociology, Criminology, Criminology and Public Policy, Homicide Studies, Housing Policy Debate, International Journal of Offender Therapy and Comparative Criminology, Journal of Contemporary Ethnography, Journal of Crime and Justice, Journal of Criminal Justice, Journal of Drug Issues, Journal of Planning Education and Research, Journal of Quantitative Criminology, Journal of Research in Crime and Delinquency, Justice Quarterly, Men & Masculinities, Poetics, Psychology of Women Quarterly, Social Forces, Social Problems, Social Psychology Quarterly, Social Science Quarterly, Social Science Research, Sociological Forum, Sociological Perspectives, Sociological Quarterly, Western Criminology Review, Western Journal of Black Studies* |
| 2000- | Reviewer for academic book publishers: Allyn & Bacon, McGraw Hill, New York University Press, Oxford University Press, Praeger, Roxbury, Sage, Wiley- |

Case 6:23-cv-00007    Document 175-74    Filed on 06/20/23 in TXSD    Page 54 of 64

Charis E. Kubrin
6/20/2023

Blackwell

### *External Referee on Tenure and Promotion Cases*

Arizona State University (3)
Dartmouth College
Florida State University
George Washington University
Monash University
Montana State University
Northeastern University
Penn State University
Temple University
University of Delaware
University of Maryland (2)
University of Massachusetts at Lowell
University of New Mexico (2)
University of Pennsylvania
University of Richmond
Virginia Tech

## UNIVERSITY SERVICE

| | |
|---|---|
| Fall 2018 | Academic Senate, Council on Planning and Budget Committee |
| 2014-2016 | Academic Senate, Academic Planning Group |
| 2012-2016 | Academic Senate, Council on Planning and Budget Committee |
| 2012-13 | Academic Senate, Space and Planning Team |

George Washington University

| | |
|---|---|
| 2004-11 | GW Institute of Public Policy Steering Committee |
| 2005-07 | University Committee on Research |
| 2007-08
2003-05
2001-02 | Faculty Senate Committee on Research |
| 2002-03 | Faculty Senate Committee on Faculty Development and Support |
| 2001-08 | Faculty Representative, George Washington University Hearing Board |

42

Charis E. Kubrin
6/20/2023

## COLLEGE SERVICE

2022            Member, Phi Beta Kappa Awards Committee

2015            Member, Dean's Search Committee for the School of Social Ecology

2011-12         Member, Social Ecology Executive Committee

### George Washington University

2005-08         Research Advisory Council Committee

2005-06         Secretary, Columbian College of Arts and Science Faculty Meetings

2005-06
2001-02         Faculty Advisor, Columbian College of Arts and Sciences Proseminar for
                Scholarship and Advising

2001-05         Faculty Advisor, Columbian College of Arts and Sciences Colonial Inauguration

2002-06         Faculty Evaluator GTA Program Instructional Practicum

## DEPARTMENTAL SERVICE

2022-23         Chair, Criminology Search Committee

2022-26         Co-Director, Online Graduate Program in Criminology, Law & Society (MAS)

2021-22         Chair, Personnel Committee

2021-22         Member, Phi Beta Kappa School Selection Committee

2020-21         Member, Graduate Admissions

2014-2020       Mentor to Naomi Sugie and Bryan Sykes (both tenured)

2018-2021       Member, Master of Advanced Study (MAS) Executive Advisory Board

2017-18         Chair, Graduate Admissions

2016-17         Chair, Mid-Career Hiring Initiative Search Committee

2015-16         Member, Mid-Career Hiring Initiative Search Committee

43

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| 2015-16 | Member, Master of Advanced Study (MAS) Executive Advisory Board |
| 2015-16 | Doctoral Student Recruitment |
| 2013-14 | Graduate Committee, Awards and Evaluations |
| 2013 | Chair, Criminology Search Committee |
| 2012-14 | Organizer, Pro-Seminar Series |
| 2012-13 | Member, Graduate Evaluations Committee |
| 2011-13 | Member, Professional Development Fellowship Awards Committee |

George Washington University

| | |
|---|---|
| 2007-11 | Mentor to junior faculty Fran Buntman, Hiromi Ishizawa, and Robert Penney |
| 2009 | Urban Sociology Search Committee |
| 2009-11<br>2007-09<br>2005-06 | Graduate Committee |
| 2001-10 | Departmental Web Designer |
| 2005-08 | Organizer of Pro-Seminar Meetings |
| 2005-06 | Advisor for Alpha Phi Sigma: The National Criminal Justice Honor Society |
| 2009-10<br>2002-03 | Curriculum Committee |

## THESIS AND DISSERTATION COMMITTEES

Current Students
| | |
|---|---|
| Iris Xiaoshuang Luo | Dissertation committee member, CLS |
| Justin Sola | Dissertation committee member, CLS |
| Rebecca Tublitz | Dissertation committee Chair, CLS |

Completed at UCI (PhD)
| | |
|---|---|
| Mariam Ashtiani | Ph.D. Sociology, 2016 (Cal State Fullerton, Sociology) |
| Bradley Bartos | Ph.D. Criminology, Law & Society 2020 (University of Arizona, Govt. & Public Policy) |
| Adam Boessen | Ph.D. Criminology, Law & Society 2014 (Univ. of Missouri St. |

44

Charis E. Kubrin
6/20/2023

|  | Louis, Criminology and Criminal Justice) |
|---|---|
| Adam Dunbar (Chair) | Ph.D. Criminology, Law & Society 2017 (Post-Doc Univ. of Delaware, Sociology and Criminal Justice; Univ. of Nevada, Reno, Crim & CJ) |
| Julie Gerlinger | Ph.D. Criminology, Law & Society 2017 (Univ. of Oklahoma, Sociology) |
| Olivia Ha | Ph.D. Criminology, Simon Fraser University 2019 |
| Peter Hanink | Ph.D. Criminology, Law & Society 2018 (Cal Poly Pomona) |
| Young-An Kim | Ph.D. Criminology, Law & Society 2018 (Florida State Univ., Criminology) |
| Matthew Renner | Ph.D. Criminology, Law & Society 2022 |
| Saundra Trujillo | Ph.D. Criminology and Criminal Justice from University of Missouri, St. Louis) |
| Matthew Valasik | Ph.D. Criminology, Law & Society 2014 (Louisiana State Univ., Sociology) |
| Seth Williams | Ph.D. Criminology, Law & Society 2022 (Post-Doc Rice Univ., Sociology) |
| James Wo | Ph.D. Criminology, Law & Society 2017 (Univ. of Iowa, Sociology) |

Completed at UCI (MA)

| Matt Barno | Co-Chair, 2nd year project 2017 |
|---|---|
| Derek Christopher | Outside member, MA, Economics 2019 |
| Christopher Contreras | Reader, 2nd year project 2016 |
| Iris Luo | Reader, 2nd year project 2020 |
| Michelle Mioduszewski | Chair, 2nd year project 2016 |
| James Pratt | Reader, 2nd year project 2016 |
| Hwawon Seo | Chair, 2nd year project 2020 |
| James Wo | Reader, 2nd year project 2013 |

Completed at GW

| Blair Lamb | M.A. Criminal Justice 2011 |
|---|---|
| Corrie Mallery | Ph.D. Counseling, School of Education and Human Development 2010 |
| Stephanie DiPietro | Ph.D. Criminology and Criminal Justice, Univ. of Maryland 2010 (Univ. of Missouri St. Louis, CJ)- tenured 2018 |
| Jeffrey Tienes | M.A. Sociology (Chair) 2010 (Univ. of Pittsburgh, Soc) |
| Patrice Morris | Ph.D. Criminal Justice, Rutgers University 2010 |
| Sara Thompson | Ph.D. Criminology, University of Toronto 2009 |
| Marc Lauterbach | M.A. Criminal Justice 2009 (Chair) |
| Ashley Mauceri | M.A. Sociology 2009 (Chair) |
| Shannon Dolan | M.A. Sociology 2008 |
| April Woolnough | M.A. Criminal Justice 2008 (Chair) (Penn State Univ., Soc) |
| Loren Titorenko | M.A. Criminal Justice 2008 |
| Christina Vouriotis | M.A. Sociology 2007 (Chair) |
| Michele Browne | M.A. Criminal Justice 2007 (Chair) |
| Ami Lynch | Ph.D. Public Policy 2006 |

45

Charis E. Kubrin
6/20/2023

| | |
|---|---|
| Michael Brizendine | M.A. Criminal Justice 2006 (Chair) |
| Erin Fishburn | M.A. Criminal Justice 2007 (Chair) (Univ. of Nebraska, CJ) |
| Jessica Grosholz | M.A. Sociology 2006 (Chair) (Emory Univ., Soc)- tenured 2020 |
| Sean Goodison | M.A. Criminal Justice 2005 (Chair) (Univ. of Maryland, CJ) |
| Andrew Cook | M.A. Criminal Justice 2005 |
| Lisa Feldman | Ph.D. Public Policy 2004 |
| Stephanie Di Pietro | M.A. Sociology 2003 (Chair) (Univ. of Maryland, CJ) |
| Julie Antinucci | M.A. Sociology 2002 |
| Victoria Marquez | M.A. Sociology 2002 (Chair) |
| Lee Pearson | M.A. Sociology 2002 (Chair) |
| Catherine Saidat | M.A. Sociology 2002 |
| Melissa Labriola | M.A. Sociology 2001 (Chair) |

## PROFESSIONAL MEMBERSHIPS

American Society of Criminology
Western Society of Criminology

## REFERENCES

Robert D. Crutchfield
Department of Sociology
University of Washington
202 Savery Hall, Box 353340
Seattle, WA 98195-3340
crutch@u.washington.edu

Ruth D. Peterson
Department of Sociology
238 Townshend Hall
1885 Neil Anenue
Ohio State University
Columbus, OH 43210
peterson.5@sociology.osu.edu

Richard Rosenfeld
Department of Criminology and Criminal Justice
University of Missouri- St. Louis
One University Blvd.
St. Louis, MO 63121
richard_rosenfeld@umsl.edu

# **Exhibit B**

# References

Adelman, Robert M., Yulin Yang, Lesley Williams Reid, James D. Bachmeier, and Mike Maciag. 2020. Using Estimates of Undocumented Immigrants to Study the Immigration-Crime Relationship. *Journal of Crime and Justice* 44 (4): 375–400.

Bersani, Bianca E., and Stephanie M. DiPietro. 2016. Marriage and Offending: Examining the Significance of Marriage among the Children of Immigrants. *The Sociological Quarterly* 57: 304–332.

Bersani, Bianca E., Thomas A. Loughran, and Alex R. Piquero. 2014. Comparing Patterns and Predictors of Immigrant Offending Among a Sample of Adjudicated Youth. *Journal of Youth and Adolescence* 43: 194–1933.

Butcher, Kristin F., and Ann Morrison Piehl. 1998. Cross-City Evidence on the Relationship Between Immigration and Crime. *Journal of Policy Analysis and Management* 17: 457–493.

Butcher, K.F., and A.M. Piehl. 2008. Crime, corrections, and California: What does immigration have to do with it? *California Counts* 9: 1–24.

Disha, Ilir. 2019. Different Paths: The Role of Immigrant Assimilation on Neighborhood Crime. *Social Science Quarterly.* 100: 1129–1153.

DiPietro, Stephanie M., and Robert Bursik, Jr. 2012. Studies of the New Immigration: The Dangers of Pan-Ethnic Classifications. *Annals of the American Academy of Political and Social Science* 641: 247–267.

DiPietro, Stephanie M., and Jean Marie McGloin. 2012. Differential Susceptibility? Immigrant Youth and Peer Influence. *Criminology* 50: 711–742.

Emerick, Nicholas A., Theodore R. Curry, Timothy W. Collins, and S. Fernando Rodriguez. 2014. Homicide and social disorganization on the border: Implications for Latino and immigrant populations. *Social Science Quarterly* 95: 360–379.

Feldmeyer, Ben, and Darrell Steffensmeier. 2009. Immigration Effects on Homicide Offending For Total and Race/Ethnicity-Disaggregated Populations (White, Black, and Latino). *Homicide Studies* 13: 211–226.

Graif, Corina, and Robert J. Sampson. 2009. Spatial Heterogeneity in the Effects of Immigration and Diversity on Neighborhood Homicide Rates. *Homicide Studies* 13: 242–260.

Green, David. 2016. The Trump Hypothesis: Testing Immigration Populations as a Determinant of Violent and Drug-Related Crime in the United States. *Social Science Quarterly* 97: 506–524.

Jiang, Xin, and Ruth D. Peterson. 2012. Beyond Participation: The Association Between School Extracurricular Activities and Involvement in Violence Across Generations of Immigration. *Journal of Youth and Adolescence* 41: 362–378.

Kirk, David S., and Andrew V. Papachristos. 2011. Cultural Mechanisms and the Persistence of Neighborhood Violence. *American Journal of Sociology* 116: 1190–1233.

Kreager, Derek A., Christopher J. Lyons, and Zachary R. Hays. 2011. Urban Revitalization and Seattle Crime, 1982–2000. *Social Problems* 58: 615–639.

Kubrin, Charis E., and Hiromi Ishizawa. 2012. Why Some Immigrant Neighborhoods are Safer Than Others: Divergent Findings from Los Angeles and Chicago. *The Annals of the American Academy of Political and Social Science* 641: 148–173.

Kubrin, C.E.; Ousey, G.C. Theoretical Perspectives on Immigration and Crime. In *Immigration and Crime*; Springer International Publishing: Cham, Switzerland, 2023; pp. 9–26.

Kubrin, Charis E., John R. Hipp, and Young-An Kim. 2018. Different Than the Sum of Its Parts: Examining the Unique Impacts of Immigrant Groups on Neighborhood Crime Rates. *Journal of Quantitative Criminology* 34: 1–36.

Landgrave, Michelangelo, and Alex Nowrasteh. 2018. *Incarcerated Immigrants in 2016: Their Numbers, Demographics, and Countries of Origin.* Immigration Policy Brief CATO Institute. Retrieved August 12, 2022. https://object.cato.org/sites/cato.org/files/pubs/pdf/irpb7.pdf.

Lee, Matthew T., Ramiro Martinez. 2009. Immigration Reduces Crime: An Emerging Scholarly Consensus. *Sociology of Crime, Law, and Deviance* 13: 3–16.

Light, Michael T., Jingying He, and Json P. Robey. 2020. Comparing Crime Rates between Undocumented Immigrants, Legal Immigrants, and Native-Born US Citizens in Texas. *PNAS* 117: 32340–32347.

Light, Michael, and Ty Miller. 2018. Does Undocumented Immigration Increase Violent Crime? *Criminology* 56: 370.

2

Light, Michael T., Ty Miller, and Brian C. Kelly. 2017. Undocumented Immigration, Drug Problems and Driving Under the Influence in the United States, 1990–2014. *American Journal of Public Health* 107: 1448–1454.

Light, Michael T., Jingying He, and Json P. Robey. 2020. Comparing Crime Rates between Undocumented Immigrants, Legal Immigrants, and Native-Born US Citizens in Texas. *PNAS* 117: 32340–32347.

MacDonald, John M., John R. Hipp, and Charlotte Gill. 2013. The Effects of Immigrant Concentration on Changes in Neighborhood Crime Rates. *Journal of Quantitative Criminology* 29: 191–215.

Martinez, Jr Ramiro, and Jacob I. Stowell. 2012. Extending Immigration and Crime Studies: National Implications and Local Settings. *Annals of the American Academy of Political and Social Science* 641: 174–191.

Martinez, Ramiro, Jr., Jacob I. Stowell, and Matthew T. Lee. 2010. Immigration and Crime in an Era of Transformation: A Longitudinal Analysis of Homicides in San Diego Neighborhoods, 1980-2000. *Criminology* 48: 797–829.

Maldonado-Molina, Mildred M., Jennifer M. Reingle, Wesley G. Jennings, and Guillermo Prado. 2011. Drinking and Driving Among Immigrant and U.S.-Born Hispanic Young Adults: Results from a Longitudinal and Nationally Representative Study. *Addictive Behaviors* 36: 381–388.

McCann, Wesley S., Saijun Zhang, and Francis D. Boateng. 2022. Immigrants, Crime, and the American Dream: Testing a Segmented Assimilation Theory of Crime. *International Journal of Offender Therapy and Comparative Criminology* 66: 560–586.

National Commission on Law Observance and Enforcement. 1931. *Report on Crime and the Foreign Born*. Washington DC: US Government Printing Office.

Orrick, Erin A., Chris Guerra, and Alex R. Piquero. 2021. *Criminal Careers and Immigration: An Analysis of Offending Over the Life Course Among Homicide Inmates in Texas*. Crime and Delinquency. https://doi.org/10.1177/00111287211039996.

Orrick, Erin A., Alexander H. Updegrove, Alex R. Piquero, and Tomaslav Kovandzic. 2021b. Disentangling Differences in Homicide Incarceration Rates by Immigration Status: A Comparison in Texas. *Crime & Delinquency* 67: 523–550.

Ousey, Graham C., and Charis E. Kubrin. 2009. Exploring the Connection between Immigration and Violent Crime Rates in U.S. Cities, 1980–2000. *Social Problems* 56: 447–473.

———. 2014. Immigration and the Changing Nature of Homicide in US Cities, 1980-2010. *Journal of Quantitative Criminology* 30: 453–483.

———. 2018. Immigration and Crime: Assessing a Contentious Issue. *Annual Review of Criminology* 1: 63–84.

Peguero, Anthony A. 2011. Immigration, Schools, and Violence: Assimilation and Student Misbehavior. *Sociological Spectrum* 31: 695–717.

Peguero, Anthony A., and Xin Jiang. 2014. Social Control Across Immigrant Generations: Adolescent Violence at School and Examining the Immigrant Paradox. *Journal of Criminal Justice* 42: 276–287.

Ramos, Javier, and Marin R. Wenger. 2020. Immigration and Recidivism: What is the Link? *Justice Quarterly* 37: 436–460.

Reingle, Jennifer M., Wesley G. Jennings, and Mildred M. Maldonado-Molina. 2011. Generational Differences in Serious Physical Violence Among Hispanic Adolescents: Results From a Nationally Representative Longitudinal Study. *Race and Justice* 1: 277–291.

Sampson, Robert J., Jeffrey D. Morenoff, and Stephen Raudenbush. 2005. Social Anatomy of Racial and Ethnic Disparities in Violence. *American Journal of Public Health* 95: 224–232.

Schnapp, Patrick. 2012. Macro-level Research on Immigration and Crime in the Contemporary USA: Problems and Simple Solutions. *International Journal of Criminology and Sociological Theory* 5: 999–1015.

———. 2015. Identifying the Effect of Immigration on Homicide Rates in U.S. Cities: An Instrumental Variables Approach. *Homicide Studies* 19: 103–122.

Stansfield, Richard, Scott Akins, Ruben G. Rumbaut, and Roger B. Hammer. 2013. Assessing the Effects of Recent Immigration on Serous Property Crime in Austin, Texas. *Sociological Perspectives* 56: 647–672.

Stowell, Jacob I., Steven F. Messner, Kelly F. McGeever, and Lawrence E. Raffalovich. 2009. Immigration and the Recent Violent Crime Drop in the United States: A Pooled, Cross-sectional Time-Series Analysis of Metropolitan Areas. *Criminology* 47: 889–928.

Stucky, Thomas D. 2003. Local Politics and Violent Crime in U.S. Cities. *Criminology* 41: 1101–1136.

4

Vaughn, Michael G., and Christopher P. Salas-Wright. 2018. Immigrants Commit Crime and Violence at Lower Rates Than the US-Born Americans. *Annals of Epidemiology* 28: 58–60.

Vaughn, Michael G., Christopher P. Salas-Wright, Brandy R. Maynard, Zhengmin Qian, Lauren Terzis, Abdi M. Kusow, and Matt DeLisi. 2014. Criminal Epidemiology and the Immigrant Paradox: Intergenerational Discontinuity in Violence and Antisocial Behavior Among Immigrants. *Journal of Criminal Justice* 42: 483–490.

Wolff, Kevin T., Jonathan Intravia, Michael T. Baglivio, and Alex R. Piquero. 2018. The Protective Impact of Immigrant Concentration on Juvenile Recidivism: A Multilevel Examination of Potential Mechanisms. *Crime & Delinquency* 64: 1271–1305.