UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § *Plaintiffs*, § § vs. § § UNITED STATES DEPARTMENT OF § HOMELAND SECURITY, *et al.*, § § *Defendants,* and § § VALERIE LAVEUS, *et al.*, § § *Intervenor Defendants.* § | Civil Action No. 6:23-CV-00007 Judge Drew B. Tipton |

## MOTION TO WITHDRAW AS COUNSEL

Intervenor Defendants' counsel, Vanessa Rivas-Bernardy, respectfully moves to withdraw as counsel for Intervenor Defendants due to her departure from the Refugee and Immigrant Center for Education and Legal Services (RAICES). Intervenor Defendants continue to be represented by the remaining counsel listed below.

Dated: August 28, 2023

Respectfully submitted,

*/s/ Vanessa Rivas-Bernardy*
**Vanessa Rivas-Bernardy\***
California Bar No. 341464
vanessa.rivas@raicestexas.org

**Brandon Galli-Graves\***
Texas Bar No. 24132050
brandon.galli-graves@raicestexas.org

1

**Refugee and Immigrant Center for Education and Legal Services (RAICES)**
5121 Crestway Drive, Suite 105
San Antonio, Texas 78239
(P) 210-538-7382
(F) 210-634-1279

**Monika Y. Langarica***
California Bar No. 308518
langarica@law.ucla.edu

**Ahilan T. Arulanantham***
California Bar No. 237841
arulanantham@law.ucla.edu

**Talia Inlender***
California Bar No. 253796
inlender@law.ucla.edu

**CENTER FOR IMMIGRATION LAW AND POLICY**
UCLA SCHOOL OF LAW
385 Charles E. Young Dr. E., Box 951476
Los Angeles, CA 90095
Telephone: (310) 983-3345

**Esther H. Sung (Attorney-In-Charge)***
California Bar No. 255962
*Application for Admission pending*
esther.sung@justiceactioncenter.org

**Karen C. Tumlin***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**Jane Bentrott***
California Bar No. 323562
D.C. Bar No. 1029681
Virginia Bar No. 87903
jane.bentrott@justiceactioncenter.org

**Lauren Michel Wilfong***
New York Bar No. 5975529
New Jersey Bar No. 378382021
*Not admitted to practice law in California*
lauren.wilfong@justiceactioncenter.org

**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

*admitted pro hac vice

**Kate Kaufmann Shih**
Texas Bar No. 24066065
Federal Bar No. 1214426
kateshih@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713)221-7100

*Attorneys for Intervenor Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I served a copy of the foregoing motion via the Court's ECF filing system.

*/s/ Vanessa Rivas-Bernardy*
Vanessa Rivas-Bernardy

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the total number of words in this motion, exclusive of the matters designated for omission, is 51 words as counted by Microsoft Word Software.

*/s/ Vanessa Rivas-Bernardy*
Vanessa Rivas-Bernardy