UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| vs. § | CIVIL ACTION NO. |
| § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF § | |
| HOMELAND SECURITY, *et al.*, § | |
| § | |
| *Defendants,* and § | JUDGE DREW B. TIPTON |
| § | |
| VALERIE LAVEUS, *et al.*, § | |
| § | |
| *Intervenor Defendants.* § | |

## [PROPOSED] ORDER GRANTING PROPOSED MOTION TO WITHDRAW AS COUNSEL

Having considered the Motion to Withdraw as Counsel of Vanessa Rivas-Bernardy, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Vanessa Rivas-Bernardy as attorney for the Intervenor Defendants in this case.

IT IS SO ORDERED this the ____ day of _____, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

1