**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § *Plaintiffs*, § § vs. § § UNITED STATES DEPARTMENT OF § HOMELAND SECURITY, *et al.*, § § *Defendants,* and § § VALERIE LAVEUS, *et al.*, § § *Intervenor Defendants.* § | CIVIL ACTION NO. 6:23-CV-00007 JUDGE DREW B. TIPTON |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having considered the Motion to Withdraw as Counsel of Vanessa Rivas-Bernardy, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Vanessa Rivas-Bernardy as attorney for the Intervenor Defendants in this case.

IT IS SO ORDERED this the 28th day of    August   , 2023.

_____
**DREW B. TIPTON
UNITED STATES DISTRICT JUDGE**

1