AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| 1. NAME Ryan Walters | 2. PHONE NUMBER | 3. DATE 8/29/2023 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL ryan.walters@oag.texas.gov | 5. CITY Austin | 6. STATE Tx | 7. ZIP CODE |
| 8. CASE NUMBER 6:23-cv-00007 | 9. JUDGE Hon. Andrew Tipton | **DATES OF PROCEEDINGS** | |
| | | 10. FROM 8/23/2023 | 11. TO 8/25/2023 |
| 12. CASE NAME State of Tex. et al v US Dept of Homeland Security | | **LOCATION OF PROCEEDINGS** | |
| | | 13. CITY Victoria | 14. STATE Texas |

15. ORDER FOR

- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [x] OPENING STATEMENT (Plaintiff) | 8/24/2023-8/25/2023 | | |
| [x] OPENING STATEMENT (Defendant) | 8/24/2023-8/25/2023 | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 8/24/2023-8/25/2023 | [x] PRE-TRIAL PROCEEDING (Spcy) | 8/23/2023 |
| [x] CLOSING ARGUMENT (Defendant) | 8/24/2023-8/25/2023 | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE /s/ Ryan Walters | PROCESSED BY |
|---|---|
| 19. DATE 8/29/2023 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY