United States District Court
Southern District of Texas
**ENTERED**
August 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| The STATE OF TEXAS, the STATE OF ALABAMA, the STATE OF ALASKA, the STATE OF ARKANSAS, the STATE OF FLORIDA, the STATE OF IDAHO, the STATE OF IOWA, the STATE OF KANSAS, the COMMONWEALTH OF KENTUCKY, the STATE OF LOUISIANA, the STATE OF MISSISSIPPI, the STATE OF MISSOURI, the STATE OF MONTANA, the STATE OF NEBRASKA, the STATE OF OHIO, the STATE OF OKLAHOMA, the STATE OF SOUTH CAROLINA, the STATE OF TENNESSEE, the STATE OF UTAH, the STATE OF WEST VIRGINIA, and the STATE OF WYOMING, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, UR JADDOU, Director of U.S. Citizenship and Immigration Services, in her official capacity, U.S. CUSTOMS & BORDER PROTECTION, TROY MILLER, Acting Commissioner of U.S. Customs & Border Protection, in his official capacity, U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, and TAE JOHNSON, Acting Director of U.S. Immigration & Customs Enforcement, in his official capacity, | § | |
| Defendants, | § | |

|  |  |
|---|---|
| **v.** | § § § |
| **VALERIE LAVENUS, FRANCIS ARAUZ, PAUL ZITO, ERIC SYPE, KATE SUGARMAN, NAN LANGOWITZ, and GERMAN CADENAS,** | § § § § § § § |
| Intervenor Defendants. | § |

## ORDER

The Court **ORDERS** the following:

1. No later than September 29, 2023, the Parties shall file Proposed Findings of Fact and Conclusions of Law with citations to the record from trial. The Parties shall also file post-trial memoranda of law addressing the questions on which the Court requested further briefing at the conclusion of trial, and any other matter they may wish to address, no later than this date.

2. No later than October 27, 2023, the Parties may file responses addressing any issues they may wish to address in any other Party's Proposed Findings of Fact and Conclusions of Law, and any responses to the post-trial memoranda of law.

It is SO ORDERED.

Signed on August 31, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**