# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO. 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § § § | |
| *Defendants,* and | § § | JUDGE DREW B. TIPTON |
| VALERIE LAVEUS, *et al.*, | § § § | |
| *Intervenor Defendants.* | § | |

## MOTION TO WITHDRAW AS COUNSEL

Intervenor Defendants' counsel, Lauren Michel Wilfong, respectfully moves to withdraw as counsel for Intervenor Defendants due to their departure from Justice Action Center. Intervenor Defendants continue to be represented by the remaining counsel listed below. This withdrawal will not delay any proceedings.

Dated: August 31, 2023

Respectfully submitted,

*/s/ Lauren Michel Wilfong*

**Lauren Michel Wilfong\***
New York Bar No. 5975529
New Jersey Bar No. 378382021
*Not admitted to practice law in California*
lauren.wilfong@justiceactioncenter.org
**Esther H. Sung (Attorney-In-Charge)\***
California Bar No. 255962
*Application for Admission pending*
esther.sung@justiceactioncenter.org
**Karen C. Tumlin\***

1

California Bar No. 234961
karen.tumlin@justiceactioncenter.org
**Jane Bentrott***
California Bar No. 323562
D.C. Bar No. 1029681
Virginia Bar No. 87903
jane.bentrott@justiceactioncenter.org
**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276
*admitted pro hac vice*

**Brandon Galli-Graves***
Texas Bar No. 24132050
brandon.galli-graves@raicestexas.org
**REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)**
5121 Crestway Drive, Suite 105
San Antonio, Texas 78239
(P) 210-538-7382
(F) 210-634-1279

**Monika Y. Langarica***
California Bar No. 308518
langarica@law.ucla.edu
**Ahilan T. Arulanantham***
California Bar No. 237841
arulanantham@law.ucla.edu
**Talia Inlender***
California Bar No. 253796
inlender@law.ucla.edu
**CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW**
385 Charles E. Young Dr. E., Box 951476
Los Angeles, CA 90095
Telephone: (310) 983-3345

**Kate Kaufmann Shih**
Texas Bar No. 24066065 Federal Bar No. 1214426
kateshih@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**

2

711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713)221-7100

*Attorneys for Intervenor Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I served a copy of the foregoing motion via the Court's ECF filing system.

/s/ Lauren Michel Wilfong
Lauren Michel Wilfong, Esq.

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the total number of words in this motion, exclusive of the matters designated for omission, is 51 words as counted by Microsoft Word Software.

/s/ Lauren Michel Wilfong
Lauren Michel Wilfong, Esq.