**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| *Defendants,* and | § | JUDGE DREW B. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.*, | § | |
| | § | |
| *Intervenor Defendants.* | § | |

**[PROPOSED] ORDER GRANTING MOTION**
**TO WITHDRAW AS COUNSEL**

Having considered the Motion to Withdraw as Counsel of Lauren Michel Wilfong, IT IS

HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Lauren

Michel Wilfong as attorney for the Intervenor Defendants in this case.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**