United States District Court
Southern District of Texas
**ENTERED**
September 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | CIVIL ACTION NO. 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § § § § | |
| *Defendants,* and | § § | JUDGE DREW B. TIPTON |
| VALERIE LAVEUS, *et al.*, | § § § | |
| *Intervenor Defendants.* | § | |

## ORDER GRANTING MOTION
## TO WITHDRAW AS COUNSEL

Having considered the Motion to Withdraw as Counsel of Lauren Michel Wilfong, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Lauren Michel Wilfong as attorney for the Intervenor Defendants in this case.

IT IS SO ORDERED this  1st  day of      September     , 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

1