United States District Court
Southern District of Texas
Victoria Division

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br>     *Defendants.* | Case No. 6:23-CV-00007 |

## NOTICE OF APPEARANCE OF COUNSEL

Amicus Legal Information Network for Ukraine files this Notice of Appearance of Counsel and hereby notifies the Court that Amelia T. R. Starr will appear as counsel for Amicus Legal Information Network for Ukraine. Ms. Starr is a member in good standing of the bar of the State of New York and is admitted to practice in the Southern District of Texas and is familiar with the Southern District Local Rules. Her contact information is:

Amelia T. R. Starr
Chief Pro Bono Counsel
New York State Bar No. 2660470
amelia.starr@davispolk.com
Telephone: 212-450-4516
Fax: 212-701-5516

Dated September 1, 2023

Respectfully submitted,

/s/ AMELIA T. .R. STARR
AMELIA T. R. STARR
Chief Pro Bono Counsel
New York State Bar No. 2660470
amelia.starr@davispolk.com
Telephone: 212-450-4516
Fax: 212-701-5516

CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically on all parties who have appeared and registered for notifications via CM/ECF on September 1, 2023.

/s/ AMELIA T. R. STARR
AMELIA T. R. STARR