UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

**State of Texas**, et al.,

       Plaintiffs,

v.

**United States**, et al.,

       Defendants.

Case No. 6:23-cv-00007

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the plaintiffs.

                                      Respectfully submitted.

                                      */s/ Jonathan F. Mitchell*
                                      JONATHAN F. MITCHELL
                                      Texas Bar No. 24075463
                                      S.D. Tex. Bar No. 1133287
                                      Mitchell Law PLLC
                                      111 Congress Avenue, Suite 400
                                      Austin, Texas 78701
                                      (512) 686-3940 (phone)
                                      (512) 686-3941 (fax)
                                      jonathan@mitchell.law

Dated: September 5, 2023                 *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on September 5, 2023, I served this document through CM/ECF upon all counsel of record in this case.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*
