1          **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE SOUTHERN DISTRICT OF TEXAS**
2                   **VICTORIA DIVISION**

3  THE STATE OF TEXAS, ET AL      )      NO. 6:23-cv-007
                                  )
4          Plaintiffs,            )
                                  )      Victoria, Texas
5  VS.                            )      9:45 a.m.
                                  )
6  UNITED STATES DEPARTMENT OF    )      August 24, 2023
   HOMELAND SECURITY, ET AL       )
7                                 )
           Defendants             )
8                                 )
   AND                            )
9                                 )
   VALERIE LAVEUS, ET AL          )
10                                )
           Intervenor-Defendants  )
11

12  **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

13                          **BENCH TRIAL**

14            **BEFORE THE HONORABLE DREW B. TIPTON**

15                **UNITED STATES DISTRICT JUDGE**

16                      **VOLUME 1 OF 2**

17  **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

18  APPEARANCES:

19  FOR THE PLAINTIFFS:

20       Mr. Gene Patrick Hamilton
         Mr. James K. Rogers
21       America First Legal Foundation
         611 Pennsylvania Avenue SE, #231
22       Washington, DC 20003
         Tel:  202-964-3721
23       Email: Gene.hamilton@aflegal.org
                James.rogers@aflegal.org
24
    Proceedings recorded by mechanical stenography.
25  Transcript produced by computer-assisted transcription.

```
 1  APPEARANCES CONTINUED:

 2       Mr. Ryan Daniel Walters
         Mr. Luis Armando Suarez
 3       Mr. M. David Bryant, Jr.
         Office of the Texas Attorney General
 4       PO Box 12548
         Austin, TX 78711-2548
 5       Tel:  512-936-1682
         Email: Ryan.walters@oag.texas.gov
 6            Luis.suarez@oag.texas.gov
              David.bryant@oag.texas.gov
 7
   FOR THE DEFENDANTS:
 8
         Mr. Brian Christopher Ward
 9       Ms. Elissa P. Fudim
         U.S. Dept. Of Justice
10       Office of Immigration Litigation
         PO Box 868, Ben Franklin Station
11       Washington, DC 20044
         Tel:  202-616-9121
12       Email: Brian.c.ward@usdoj.gov
              Elissa.p.fudim@usdoj.gov
13
   FOR THE INTERVENOR-DEFENDANTS:
14
         Ms. Karen C. Tumlin
15       Ms. Esther Hsiao-In Sung
         Ms. Lauren Wilfong
16       Justice Action Center
         P.O. Box 27280
17       Los Angeles, CA 90027
         Tel:  323-316-0944
18       Email: Karen.tumlin@justiceactioncenter.org
              Esther.Sung@Justiceactioncenter.Org
19            Lauren.wilfong@justiceactioncenter.org

20       Ms. Vanessa Rivas
         Mr. Brandon Galli-Graves
21       Raices
         5121 Crestway Dr, Suite 105
22       San Antonio, TX 78239
         Tel:  530-207-9898
23       Email: Vanessa.rivas@raicestexas.org
              Brandon.galli-graves@raicestexas.org
24

25
```

3

1 APPEARANCES CONTINUED:

2      Ms. Monika Y. Langarica
       UCLA School of Law
3      Center for Immigration Law and Policy
       385 Charles E. Young Drive
4      Los Angeles, CA 90095
       Tel:  619-518-5357
5      Email: Langarica@law.ucla.edu

6 COURT REPORTER:

7      Ms. Kathleen K. Miller, CSR, RMR, CRR
       515 Rusk, Room 8004
8      Houston, Texas  77002
       Tel:  713-250-5087
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          INDEX

 2 ERIC SYPE

 3      Direct by Ms. Langarica                37
        Cross by Mr. Bryant                    62
 4      Cross by Ms. Fudim                     78
        ReDirect by Mr. Galli-Graves           81
 5      Continued ReDirect by Mr. Galli-Graves 87

 6 PLAINTIFFS' CLOSING ARGUMENTS

 7      By Mr. Hamilton                        90
        By Mr. Rogers                         105
 8      By Mr. Walters                        124

 9 DEFENDANTS' CLOSING ARGUMENTS

10      Mr. Ward                              192

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
            1              P R O C E E D I N G S
            2         COURT SECURITY OFFICER:  All rise.
            3         THE COURT:  Please be seated.  All right.
            4    Y'all gave me a lot of binders up here, nested here.
09:45:09    5              Okay, Kellie.
            6         THE CLERK:  Court calls Civil Action
            7    6:23-cv-00007, State of Texas, et al., v. U.S. Department
            8    of Homeland Security, et al.
            9              May I have appearances by counsel.
09:45:35   10         MR. WALTERS:  Your Honor, Ryan Walters for the
           11    plaintiff States, here with Gene Hamilton, James Rogers,
           12    David Bryant, and Luis Suarez.
           13         MR. WARD:  Good morning, Your Honor.  Brian
           14    Ward for federal defendants, and I have with me my
09:45:47   15    co-counsel Elissa Fudim.
           16         MS. RIVAS:  Good morning, Your Honor.  Monika
           17    Langarica for intervenor defendants, and I'm joined by my
           18    colleagues Karen Tumlin, Jane Bentrott, Brandon
           19    Galli-Graves, and Esther Sung.  And we're also joined at
09:46:02   20    counsel table by intervenor defendant Eric Sype.
           21         THE COURT:  All right.  Couple of quick
           22    housekeeping matters.
           23              First, those in the courtroom and those
           24    who are watching remotely, we do have the rules in force
09:46:14   25    that do not allow any recording, either audio or video, of
```

1 the proceedings.  If you have any questions about how to

2 proceed in that regard, just direct them to the marshals.

3 I know that there are some watching remotely in Houston,

4 and the same rules abide there as if you were in court here

09:46:30  5 present today.

6                    A couple of other things to close the loop

7 on the evidentiary issues that popped up yesterday.

8                    Number one, where are we on Plaintiffs'

9 Exhibit 41?

09:46:40  10                    MR. WALTERS:  Your Honor, the intervenors were

11 taking a look at it last night and were going to give an

12 answer whether they are going to object to it.

13                    THE COURT:  All right.  So plaintiff has

14 offered Exhibit 41.  DOJ has said that they are --

09:46:55  15                    MR. WARD:  No objection from us.

16                    MS. LANGARICA:  No objection from intervenor

17 defendants.

18                    THE COURT:  All right.  So Exhibit 41 is

19 admitted without objection.

09:47:02  20                    MR. WALTERS:  Your Honor, if I could, there is

21 one other issue relating to that.

22                    THE COURT:  Right.

23                    MR. WALTERS:  The issue of the -- the same

24 data, the updated data, going through the end of July.  We

09:47:18  25 thought that that information would be helpful to the

1 Court.  When we were -- spoke with DOJ beforehand, they had

2 said that due to various logistical issues, they could not

3 get the accurate data in time for -- for today.  But we

4 have post-trial briefing in late September, so we -- we

09:47:42  5 thought it would be helpful to the Court and -- if we could

6 have the D -- DHS file with the Court by like the middle of

7 September the updated data going up through the end of

8 July.

9           THE COURT:  Okay.  Now, I had in my notes one

09:47:59 10 of the other things was you -- it had been mentioned in

11 passing that Texas wanted to supplement -- or that

12 plaintiff States wanted to supplement the record with

13 respect to certain data.  I know that there was going to be

14 some discussion.

09:48:10 15           Does the Department -- Department of

16 Justice have any issues?

17           MS. FUDIM:  Yeah.  We object to that, Your

18 Honor.  I mean, ultimately the record has to close for

19 evidence at some point in time, and the logical point in

09:48:21 20 time is the trial of this matter.  You know, all along, we

21 had sought to push the trial back a little further to have

22 some more data on these programs.  That was something that

23 plaintiffs had resisted.

24           We have provided supplemental data that we

09:48:34 25 were able to provide that goes through June.  And so our

1 position is that we should not be introducing new evidence

2 post-trial.  Today is the trial.  The evidence that exists

3 exists.  The line has to be drawn somewhere, and this is

4 the most logical place to draw that line.

09:48:50   5                    I also believe that there was a point in

6 which the intervenor defendants had wanted to use certain

7 data for -- it's not all of the data that is responsive to

8 plaintiffs' discovery request, where it will be responded

9 to, the June -- with their request to have data for April,

09:49:07   10 May, and June.  We provided all the data in response to all

11 of their document demands and interrogatories that called

12 for data, and we had certified and was provided.

13                    There are piecemeal pieces of data that

14 are on the websites for various -- for the CBP and various

09:49:23   15 DHS components, but it is not responsive specifically to

16 all of their requests.  And when plaintiff -- when

17 intervenors, excuse me, sought to use some of that data in

18 this Court and had it on an exhibit list, plaintiffs

19 actually challenged it, and the Court ruled that

09:49:41   20 intervenors' proffered exhibits, which used to be numbered

21 66, 67 and 68, were inadmissible.

22                    THE COURT:  Well, I just said that they were

23 untimely.

24                    MS. FUDIM:  Right.  And so our position would

09:49:52   25 be the same.  I mean, this is the same sort of data.  It is

1 data that postdates what's been provided and supplemented

2 in good faith.  And so, you know, with respect to that, our

3 position is that the line has to be somewhere.  The trial

4 is the most logical line, and we should not be adding

09:50:09 5 additional data post-trial.  So that is our position, Your

6 Honor.

7                THE COURT:  Okay.  What is the data?

8                MR. WALTERS:  This is updates to the same data

9 that is in Exhibit 41 that we just added.  It's specific

09:50:23 10 information about --

11                THE COURT:  I don't have 41.

12                MR. WALTERS:  Oh, I'm sorry, Your Honor.  Let

13 me see.

14                THE COURT:  Do you have it?

09:50:58 15                Does anybody else need to see this?  Does

16 everybody know what we're talking about?

17                Okay.  This is 41, right?

18                MR. WALTERS:  Yes.  Yes, Your Honor.

19                So it is just updated.  Originally when --

09:51:06 20 in response to our discovery request, we had data up to the

21 end of March, and this data is updating that through the

22 end of June.  So it's -- we would be asking for the same

23 data.  This is obviously specific data related to these

24 four countries and parole applications, percentages, how

09:51:27 25 many are into Texas specifically of both school-age

1 children and parolees granted, overall numbers.  And this

2 data is from before the trial, right?  They were un- -- DHS

3 was under a duty to supplement its data.  We're asking for

4 data up through the end of July, and it is almost -- we are

09:51:46  5 approaching September at this point.

6                    So we think that it would be useful for

7 everyone.  I don't -- you know, I don't think there is an

8 interest in not having this data.

9                    THE COURT:  If -- why didn't you -- what was

09:51:58 10 the difficulty in getting the month of July for this?

11                    MS. FUDIM:  My understanding, Your Honor, is

12 that it was multiple, that certain pieces of the data just

13 simply is not available yet; some of the data still has to

14 be -- the terms I have heard are "verified," "settled," and

09:52:17 15 there was a third word that I am drawing a blank on.  But

16 basically the data continues to evolve and settle post the

17 month, and it has to be verified.  I guess, duplicates get

18 taken out, whatever the process is.  And that has not yet

19 occurred for a number of pieces of this data.

09:52:33 20                    And then also on top of all that, the

21 individual who would be certifying the data is not

22 available at this time.  Discovery closed many months ago,

23 and we supplemented through with what is available and that

24 what we can cite is accurate.  And, you know, we're not in

09:52:50 25 a position to produce data that we can't certify the

1 accuracy of.

2                    Bless you.

3                    And, you know, to the extent that the

4 Court found that intervenors' proposed Exhibit 66, 67, and

5 68, were untimely, the request made by plaintiffs is even

6 more so.  I would note that they did not have on their

7 exhibit list a placeholder for supplemental data even in

8 the first place.

9                    THE COURT:  Well, this is responsive to a

10 request that had already been made, right?

11                    MS. FUDIM:  Yes.

12                    THE COURT:  This is asking -- so the request

13 was not untimely.  They had it there.  You just don't have

14 that data.

15                    So it wasn't untimely, right?

16                    MS. FUDIM:  The request was not, no.  I am

17 saying what is untimely is their request to have as an

18 exhibit supplemental data that goes beyond what was

19 previously produced.

20                    Now, we haven't objected to this despite

21 the fact that it wasn't on their exhibit list.  We think it

22 is fair game, and we are not trying to throw out

23 superfluous objections.  But our position is that there has

24 to be a line somewhere as to when evidence ceases to become

25 part of the record, and the most logical point in time is

1 the trial.

2              We are not playing games.  It is not that
3 there's, you know, data that is being hidden.  But it is
4 simply not available yet in a form that we can produce and
09:54:00 5 attest to the accuracy of it.  And given that, you know,
6 this is the most logical point in time to draw the line as
7 to evidence in the record.

8              And, you know, to the extent that there
9 is, you know -- you are not buying what I am selling with
09:54:15 10 regard to that, then our position would be, you know, what
11 is good for the goose is good for the gander, and there is
12 really no basis, then, for plaintiffs -- excuse me.  I keep
13 saying "plaintiffs."  Excuse me -- intervenors, to my
14 right, to have not been able to use data that's -- that was
09:54:31 15 on the website, which are piecemeal pieces that were
16 finalized for -- for the month of July, which is, you know,
17 equally available to the plaintiffs.

18              THE COURT:  All right.  So just to be clear, so
19 the reason why three of the exhibits were not permitted,
09:54:47 20 that the intervenors offered, was just because they didn't
21 list them by the deadline required under the scheduling
22 order?  It wasn't that the request hadn't been made.  It
23 was just that there was a -- a rule for that -- three out
24 of the exhibits.
09:55:03 25              My understanding here is that the request

1 was made.  They have an exhibit that has this data in it
2 that is just not complete, because there is one more month,
3 which, to me, is different than not having listed the
4 exhibit prior to the scheduling order cutoff.
09:55:19  5                    You understand the distinction I am
6 making?
7                    MS. FUDIM:  I do.  I guess the reason I was
8 drawing a distinction was when we had indicated our
9 exhibits, we had broken it up one exhibit for all the data
09:55:27 10 that had been already exchanged in discovery and produced;
11 and then we had a placeholder for supplemental data that
12 might not yet be produced, which plaintiffs didn't do.  But
13 I understand the Court's point.
14                    But I would just stand on what I have
09:55:38 15 previously said in terms of I think with regard to what
16 months' data should come in, there has to be a line
17 somewhere.
18                    I mean, you have July.  And then if the
19 Court doesn't issue a decision until October, is there then
09:55:48 20 an argument, well, now we want September, and so on and so
21 forth?  I mean, in any trial, there has to be a cutoff
22 point, and the most logical cutoff point is today, because
23 the record is open and we are about to go into the
24 evidentiary portion of the trial, at which point the
09:56:02 25 parties will -- will rest.  And evidence typically does not

14

1 come in that postdates when a party rests.

2                    So our position would be that this data

3 that goes beyond June should not be a part of the record,

4 Your Honor.

09:56:16    5                    THE COURT:  All right.  And the intervenors?

6                    MS. BENTROTT:  Yes, Your Honor.  Intervenor

7 defendants agree with federal defendants.  We, you know,

8 just want to reiterate that the record should close when

9 the parties rest today.  We don't believe there should be

09:56:30   10 evidence in the record that we can't discuss here at trial

11 today.  That's why we're here.

12                    I would also like to point out to Your

13 Honor's question yesterday, to the extent the States wanted

14 a longer time horizon of data, it is curious that they

09:56:44   15 didn't sue on the You For Youth program that has been in

16 existence much longer.

17                    THE COURT:  I have never had a trial close and

18 had supplemental evidence submitted post-trial.  So I am

19 not really sure that that -- I understand the

09:57:02   20 supplementation requirements, and I am taking the DOJ's

21 explanation at face value, of course, that it is just --

22 that it wasn't ready to go pretrial.  And, you know, so I

23 don't -- I don't know how I receive data after the record

24 is closed -- after the trial record is closed.

09:57:20   25                    So at this point, I am not inclined to

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 accept as part of the trial record.  If you want to try

2 some other avenue under the rules that I am unaware of as

3 you continue to request that information.  I do know that

4 for example in some of these other cases that there are

09:57:43  5 additional reports and evidence and information that are

6 being provided.  For example, in the *Florida U.S.* case,

7 there were certain information that was provided

8 afterwards.

9                I don't know if that dealt with

09:57:53 10 enforcement of the Court's order or if it dealt with the

11 evidentiary record.  You were there.  So I --

12                MS. FUDIM:  It has to do with enforcement, Your

13 Honor.  And it has to do with the interplay between the two

14 different -- there are two Florida actions, the initial

09:58:05 15 one, which we tried in January, on the parole ATD policy

16 and the alleged nondetention policy; and there was a

17 subsequent lawsuit concerning the parole conditions policy,

18 and it has to do with enforcement --

19                THE COURT:  Right.

09:58:16 20                MS. FUDIM:  -- with respect to the first order

21 that was issued by the Court.  It has nothing to do with

22 ongoing discovery post-trial.

23                THE COURT:  So this looks like very helpful

24 information.  It looks like information that I think would

09:58:26 25 be helpful because it talks about the numbers, but I just

1 don't see an avenue to keep a trial record open after the

2 plaintiff rests.

3                       So, I am going to deny that request.

4                       So I have this -- and I guess we need to

09:58:44   5 get it marked and admitted.  So I have got defendant -- I'm

6 sorry, Plaintiffs' Exhibit Number 41.  If you want to mark

7 it and offer it at some point, just make sure we have got a

8 clean record.

9                       The other remaining issue that I had was

09:59:00   10 has any party offered in the record, and it is probably

11 directed more to the federal defendants, the December 22nd,

12 2022 memorandum that is referenced in the first footnote of

13 the *Federal Register* for Haiti?

14                      MR. WARD:  I believe -- I would have to double

09:59:16   15 check, Your Honor, but I believe that the memorandums are

16 included in the administrative records.

17                      THE COURT:  Okay.  Could we double check that?

18 It is referenced in the footnote.  I would like to be able

19 to have access to that.

09:59:27   20                      MR. WARD:  Could you just say that -- would you

21 mind saying that again, Your Honor?  Footnote 2 to the

22 Haiti?

23                      THE COURT:  Right.  It is -- it's -- the first

24 footnote of the *Federal Register* for Haiti references a

09:59:35   25 December 22nd, 2022 memo -- memorandum.

1                 MR. WARD:  Yes, Your Honor, we can double check

2 on that.

3                 THE COURT:  Thank you.

4                     All right.  My understanding is the

09:59:52  5 plaintiff States have waived opening argument; is that

6 correct?

7                 MR. WALTERS:  That's correct, Your Honor.

8                 THE COURT:  And as have the federal defendants?

9                 MR. WARD:  That's correct, Your Honor.

09:59:59  10                THE COURT:  And so we will hear from the

11 intervenors.  Are you going to be using the overhead?

12                MS. LANGARICA:  Yes, Your Honor, we have

13 provided courtesy copies to the Court.

14                THE COURT:  Yeah, I do have that.  I just want

10:00:14  15 to make sure.  You can use the -- the ELMO today?

16                MS. LANGARICA:  Yes.  Yes.  Yes, we will.

17                MR. WARD:  Your Honor, if I may, I believe, so

18 you were asking about the December 22nd, 2022 memorandum

19 from Secretary Robert Silvers?

10:00:41  20                THE COURT:  That's it -- where you at?  Three,

21 is that it?

22                THE LAW CLERK:  I'm sorry.  What is that?

23                THE COURT:  We're pulling it up.

24                MR. WARD:  The parole -- the memorandum on the

10:00:51  25 parole process for certain Haitian nationals?

1                THE COURT:  I think that's right.

2                MR. WARD:  That's in the administrative record

3 for Haiti at page 98.

4                THE COURT:  Okay.  All right.

10:01:06  5                MS. LANGARICA:  It is possible I'll have to

6 enlist technical assistance.

7                THE COURT:  Sure.  Kellie, do we need to

8 switch?

9                THE CASE MANAGER:  It's on the correct one.  I

10:01:17  10 will get IT to come in here.

11                THE COURT:  Sometimes it has to wake up and

12 connect to the -- the laptop.

13                MS. LANGARICA:  We did test yesterday.

14                MS. SUNG:  There we go.

10:01:35  15                THE COURT:  All right.  No, we're good.

16                MS. LANGARICA:  Good morning, Your Honor.  My

17 name is Monika Langarica, and together with my cocounsel I

18 represent the seven individual intervenors in this case,

19 including one who will testify in court today.

10:02:18  20                Individual intervenors are the only

21 parties to this case who are personally affected by its

22 outcome, and as the record in this case shows, that impact

23 is deep and it is far reaching.

24                Your Honor, when the Court granted

10:02:36  25 intervention in this case, it recognized that the seven

1 individual intervenors bring important perspectives,

2 substantial expertise, and experience to this case.  We are

3 glad to have had the opportunity to share and present those

4 perspectives, and that expertise, and that experience up

10:02:58  5 until today, and we welcome the opportunity to present

6 further about them as we begin trial.

7                    Your Honor, Texas has asked this Court in

8 this case to be the first in history to block a parole

9 program like this one.  It's one that's grounded in

10:03:17  10 longstanding authority that five presidential

11 administrations across seven decades have used to enact

12 dozens of similar programs.

13                    And it's one that confers, as the record

14 shows, the far reaching benefits of this program, many of

10:03:34  15 which are embodied by the individual intervenors

16 themselves.

17                    I am first, Your Honor, going to review

18 the evidence in the record that speaks to the historical

19 roots of the Parole Pathways for people from Cuba, Haiti

10:03:52  20 Nicaragua and Venezuela, which I will refer to during this

21 presentation as the CHNV Pathways.

22                    And next, I am going to review what the

23 evidence tells us about what the CHNV Pathways do and what

24 they do not do.  And then, I will review the evidence that

10:04:09  25 Texas has offered, and finally, I will review the evidence

1 showing that far from causing harm, the CHNV Pathways have

2 immense benefits.

3            So I am going to start with reviewing what

4 the record shows about Texas's merits claims that the

5 parole program -- that the -- CHNV Pathways are not

6 authorized by statute and specifically what the evidence

7 shows about the history of this parole authority.

8            The record shows that the CHNV Pathways

9 are historically grounded, and it shows that for over 70

10 years, United States immigration law has conferred on the

11 executive the authority to grant parole on a discretionary

12 basis.

13            Since 1952, the IMA has codified this

14 authority at 8 U.S.C. 1182(d)(5).  Now, initially when it

15 was enacted, the statute provided parole authority for,

16 "Emergent reasons or for reasons deemed strictly in the

17 public interest."  But the statute left those key terms

18 undefined.

19            And the last time Congress amended the

20 parole authority was in 1996 when the Illegal Immigration

21 Reform and Immigrant Responsibility Act amended the statute

22 to confer on the Attorney General the authority to grant

23 parole for urgent humanitarian reasons or significant

24 public benefit on a case-by-case basis.

25            In Congress, in enacting those changes,

1 explicitly rejected attempts to narrow those key terms:

2 Urgent humanitarian, public -- significant public benefit

3 and case by case, and it instead elected as the record

4 shows to leave those terms undefined.  And as the record

10:06:05   5 shows, Congress also declined to impose a numerical cap.

6                    Now, notably, the evidence in this case

7 shows that even before Congress added the case-by-case

8 language to the statute, the executive had long understood

9 that -- that even when used programatically, the parole

10:06:31  10 authority required assessing individuals on a case-by-case

11 basis, and it's reflected in the expert declaration of Yael

12 Schacher at Trial Exhibit 141, and that's Intervenor --

13 Defendants' Trial Exhibit 141.

14                    Your Honor, the statutory authority is so

10:06:45  15 clear that five administrations have enacted over 120

16 parole programs over seven decades, including over a dozen

17 programmatic uses of the parole authority that have been

18 highlighted in detail in the record of this case.  None of

19 these programs, as the record shows, have been found to be

10:07:07  20 unlawful by a court and none have been overridden by

21 Congress.

22                    Now, again, the record is dense with

23 examples, but these include most recently Uniting for

24 Ukraine, which as the parties have acknowledged, the CHNV

10:07:26  25 Pathways are modeled after but which Texas has not

1 challenged in this case or in any other case.

2                    They also include Operation Allies

3 Welcome, which the federal government established in the

4 wake of the Taliban offensive in Afghanistan in 2021.  They

10:07:42  5 also include the Central American Minors program for

6 children from certain Central American countries, Haitian

7 and Cuban family reunification programs, and they include

8 resettlement efforts after the Vietnam war.

9                    And again, as the record in this case

10:07:58  10 shows, not only have those programs never been found to be

11 unlawful by a court, but Texas has also not explained why

12 these other historical uses and existing parole programs

13 could be lawful under their theory.

14                    Now, the record shows that those past

10:08:20  15 programs which have been highlighted in the record have

16 been motivated by reasons that are indistinguishable from

17 those that the record shows underlie the CHNV Pathways at

18 issue here.  Including, for example, one motivation -- I

19 apologize.  One motivation includes incentivizing safe and

10:08:41  20 orderly pathways for people fleeing humanitarian crises to

21 come to the United States.  These are the -- these are

22 reasons that justify or underlie the CHNV Pathways at issue

23 in this case, and they're also reasons that underlie or

24 justified, for example, the Haitian Family Reunification

10:09:01  25 program, and the Cuban Family Reunification program.

1                    The record additionally shows that many of

2 these past programs, like the CHNV Pathways, function as a

3 critical foreign policy tool for the executive, and they

4 have been motivated by contextual foreign policy needs.

10:09:24  5                    So here the CHNV Pathways are a component

6 of the government of Mexico's decision to accept removals

7 of non-Mexicans for the first time in history, and they

8 also are a component of a collaborative regional approach

9 to migration in the Western Hemisphere.  Numerous past

10:09:43 10 programs, including the ones that have been highlighted in

11 the record here, have also implicated timely and critical

12 foreign policy needs, including, for example -- and I am

13 pulling here from Trial Exhibit 141, the expert declaration

14 of Yael Schacher -- as serving as leverage when negotiating

10:10:04 15 with Cuba to promote reform and transition to democracy.

16                    Now, just before I move on, I want to put

17 a fine point on the -- the fact that the evidence in this

18 case shows that the CHNV Pathways follow in a long line of

19 parole programs that are motivated by indistinguishable

10:10:25 20 reasons as those that motivate the CHNV Pathways at issue

21 in this case.

22                    I am going to pivot to talk briefly about

23 what the record tells us about the -- how the CHNV Pathways

24 that are at issue in this case operate from a granular

10:10:42 25 perspective.

1                     So, as the record shows, the CHNV Pathways

2 allow qualified individuals from Cuba, Haiti, Nicaragua,

3 and Venezuela, who are outside of the United States, to

4 apply for advanced travel authorization to fly to an

5 interior port of entry within the United States to be

6 considered on a case-by-case basis for a temporary grant of

7 parole for up to two years.

8                     Individuals who are granted parole under

9 the CHNV Pathways are immediately eligible to apply for

10 work authorization pursuant to existing government

11 regulations.  But as the record shows, and as individual

12 intervenors know better than any of us, the process by

13 which individuals can apply to this program is

14 unequivocally rigorous.

15                     So in order to apply, individuals must

16 have guarantees of sworn financial sponsorship and, in

17 fact, prospective parolees themselves, so the individuals

18 who are still abroad, cannot themselves begin the process

19 by which one applies to this program.  It is the U.S.-based

20 sponsors like the seven individual intervenors in this

21 case, who begin that process.

22                     And they do so by submitting USCIS form

23 I-134A, through which they disclose and certify under

24 penalty of perjury the financial resources that they have

25 to receive, maintain, and support the individuals they seek

1 to sponsor, and they are asked to provide documentation in

2 support of that request, in addition to themselves agreeing

3 to undergo extensive vetting by USCIS.

4                     In fact, Mr. Eric Sype, who you will hear

10:12:31   5 from today, worked with his parents, for example, to have

6 their home appraised in support of their request to sponsor

7 a longtime friend of Mr. Sype's.

8                     And in addition to Mr. Sype, Dr. Kate

9 Sugarman, another intervenor, and incredibly busy family

10:12:50  10 physician and professor at Georgetown University, even she

11 found this process onerous, explaining that it took her a

12 "tremendous" amount of time to gather the necessary

13 information to fill out the form and submit the required

14 documentation.

10:13:05  15                     Now, again, it is only after the

16 U.S.-based sponsors submit the I-134A application, and it's

17 only after USCIS vets the fitness of that sponsor, that the

18 prospective parolees themselves are then called on to

19 submit to additional background checks and vetting.

10:13:27  20                     And it is only once those additional

21 background checks and vetting are completed, successfully,

22 that prospective parolees are issued advance travel

23 authorization to present at an interior port of entry in

24 the United States.  And it is only then that they may be

10:13:42  25 considered on a case-by-case basis for a temporary grant of

1 parole.

2                    For many individuals, the process of

3 waiting for USCIS to conduct that necessary review, and

4 issue the necessary approvals before individuals know

10:14:01 5 whether they can come to the United States to seek parole,

6 that waiting period has broad implications.

7                    For Mr. Paul Zito, another individual

8 intervenor in this case, that waiting period meant that for

9 him and his wife, they would be putting on hold their

10:14:16 10 existing plans to downsize from their home, while they

11 waited to simply learn whether their application to sponsor

12 their dear friend, and brother in the Christian faith,

13 through this program.

14                    Your Honor, I am going to turn now to

10:14:34 15 Texas's evidence.  Again, Texas has asked this Court to be

16 the first in the history of over seven decades to block a

17 parole program like the CHNV Pathways.  But as the evidence

18 shows, it has done so based on unsubstantiated claims of

19 harm that bear no relation to the CHNV Pathways that are at

10:14:59 20 issue in this case.

21                    So, first, and as an initial matter, the

22 undisputed record evidence that -- shows that Texas --

23 Texas's claims of harm are belied by the numbers in the

24 record.  The data in the record shows that ever since the

10:15:21 25 CHNV Pathways were implemented, total migration from Cuba,

1 Haiti, Nicaragua, and Venezuela has reduced, and that is

2 including all people who entered through the CHNV Pathways.

3                    The image on the screen is from an amicus

4 brief at ECF 222 that presents in visual fashion the data

10:15:45  5 that is in the record in this case.

6                    Now, second, Texas has said that it is

7 harmed by costs associated in -- with driver's licenses,

8 education, healthcare and law enforcement, but Texas has

9 not produced a single piece of evidence in this case tying

10:16:09  10 those costs to CHNV Pathways' recipients.  Texas's evidence

11 instead is based on individuals who have nothing to do with

12 this program.  And the majority of the data that Texas has

13 cited predates the CHNV Pathways altogether.

14                    For example, the evidence shows that

10:16:37  15 Texas's claims of harm are based on costs associated with

16 undocumented immigrants.  But CHNV Pathways are not

17 undocumented immigrants.  As I explained, parolees under

18 the CHNV Pathways enter the United States with

19 authorization.  They enter with guarantees of financial

10:16:55  20 sponsorship, and they enter with eligibility for work

21 permits.

22                    Now, this is true for healthcare costs,

23 which Texas based on costs and projections associated with

24 undocumented immigrants and others "regardless of

10:17:14  25 immigration status."  This is unrelated to the CHNV

1 Pathways.

2                    This is also true for law enforcement

3 costs, which Texas has based on supposed costs associated

4 with incarcerating undocumented immigrants.  Again, not at

10:17:32  5 issue in this case.  This is unrelated to the CHNV

6 Pathways.

7                    Texas also claims education-related harm

8 based on costs associated with unaccompanied children.

9 Unaccompanied children, who are categorically ineligible

10:17:46  10 for the CHNV Pathways, as the record shows.  This is

11 unrelated to the CHNV Pathways.

12                    Additionally, the record shows that

13 Texas's claimed harm cannot be fixed by this case.  First,

14 because that claimed harm has nothing to do with the parole

10:18:04  15 program at issue in this case.  But, the record shows that

16 Texas has actually itself said that it does not think that

17 its claims of harm will be fixed by this case, because

18 Texas has said people who seek parole through this program

19 could ultimately seek it through some other means.

10:18:28  20                    Now, again, Texas has said that they are

21 harmed by these costs, but Texas has not produced evidence

22 to substantiate that, and as the record shows, even when

23 taken at face value, Texas's claims of harm with --

24 associated with these populations that are irrelevant to

10:18:49  25 the CHNV Pathways are themselves flawed.

1                    For example, when it comes to driver's

2 licenses, expert testimony by Cyierra Roldan -- she is at

3 Intervenor Defendants' Trial Exhibit 140 -- shows that

4 Texas has now factored in directly offsetting fees that

10:19:10  5 people pay in the same transaction when they apply for a

6 driver's license.

7                    The expert testimony likewise of

8 Drs. Patricia Gandara and Gary Orfield shows that Texas has

9 not shown net costs associated with education by not

10:19:30  10 factoring directly offsetting features and reimbursements

11 related to education costs which in their expert opinion

12 "can be as low as zero."  And that's in Intervenor

13 Defendants' Trial Exhibit 136.

14                    And the expert testimony in this case

10:19:52  15 shows that actually, far from creating a burden, the

16 bilingual students that Texas has complained of actually

17 enriches economies and they even bolster, for example, dual

18 language educational offerings that are highly sought after

19 by native English speakers.

10:20:10  20                    And as to healthcare costs, expert

21 testimony by Dr. Leighton Ku, which is at Intervenor

22 Defendants' Trial Exhibit 1, shows that Texas has not shown

23 net costs by at least in some instances having

24 "double-counted its expenses."

10:20:28  25                    Now, in reality, the expert testimony in

1 this case, including that of Dr. Charis Kubrin,

2 demonstrates that contrary to these claims --

3             THE COURT:  Can I ask you a question about that

4 previous slide real quick?

10:20:45  5             MS. LANGARICA:  Sure.

6             THE COURT:  You said that relates to net costs.

7 If they're double-counting costs, isn't that gross costs?

8 Why would that be net costs?

9             MS. LANGARICA:  Because it is not factoring in

10:20:54  10 the reimbursements that offset the projected costs.

11             THE COURT:  So what are the double-counting --

12 what are the expenses that are being double-counted in that

13 slide?

14             MS. LANGARICA:  If we could -- if --

10:21:06  15             THE COURT:  I don't want to -- that is

16 something you can save for when we have our argument later

17 on.  That's the question I have.

18             MS. LANGARICA:  Sure.  Sure.  Of course.  And

19 our colleagues are prepared to dive into that.  I certainly

10:21:16  20 wanted to avoid getting too deep into argument here.

21             THE COURT:  Sure.  Sorry about that.

22 Interrupted your flow.

23             MS. LANGARICA:  No, that is okay.

24             I do want to emphasize that this is at

10:21:31  25 Trial Exhibit 1, and it is the entirety of paragraph 14

1 that explains that in greater detail.

2          THE COURT:  Okay.

3          MS. LANGARICA:  And I would just also add that

4 I don't have the entire paragraph in front of me.

10:21:43    5          THE COURT:  Okay.

6          MS. LANGARICA:  And so, again, as the record

7 shows that contrary to some of Texas's claims, immigration

8 does not increase crime; and if anything, according to

9 Dr. Kubrin, immigration can decrease it, and this is true

10:22:02   10 for Texas and Florida in particular.

11                    Now, evidence in the record additionally

12 shows that contrary to Texas's claims that immigrants

13 depress wages and economies, CHNV parolees actually help

14 fill critical labor shortages, and this is at Intervenor

10:22:23   15 Defendants' Trial Exhibit 135, which is a declaration from

16 Jocelyn Wyatt, who is the CEO of Alight, which is an

17 organization that pairs parolees with industries that

18 suffer from chronic labor shortages in the United States.

19                    And more generally, the expert testimony

10:22:41   20 by Dr. Jennifer Hunt, which is at Intervenor Defendants'

21 Trial Exhibit 137, shows that economists across the

22 political spectrum agree that far from depressing local

23 economies, migration increases and does not suppress

24 economic growth.

10:23:00   25                    Just to summarize this set of

1 demonstratives, these pieces of the record in this case

2 show that, again, Texas has asked this court to block the

3 CHNV Pathways for the first time -- I'll restate.

4                    Texas has asked this Court to block a

10:23:19  5 parole program, like the CHNV Pathways, for the first time,

6 but it has done that based on incoherent and irrelevant and

7 in some cases inaccurate claims of harm.

8                    Now, in contrast, as evidence has shown,

9 and as evidence will show today, the public and people like

10:23:45 10 individual intervenors who embody the spirit of welcome,

11 stand to gain and lose more than any of us involved in this

12 case can imagine.

13                    I am now going to review what the evidence

14 shows and will show about these immense benefits.

10:24:03 15                    Now, again, the Court granted intervention

16 in this case because individual intervenors bring important

17 perspectives, substantial expertise, and experience, and

18 the evidence shows that that experience, and that

19 expertise, speaks to the tremendous significance of the

10:24:23 20 CHNV Pathways to people like them.

21                    Today, the Court will hear from one of

22 those individual intervenors, Mr. Eric Sype, who will share

23 his important perspectives and experience by explaining

24 that the CHNV Pathways provided him a critical opportunity

10:24:41 25 to reciprocate the welcome that a dear friend has shown him

1 numerous times over years, and to support that friend

2 during a period of instability in his life.

3                    But Mr. Sype is not the only one.  The

4 additional evidence in this case illustrates how the CHNV

10:25:03  5 Pathways promote, for example, the free exercise of

6 religion.  Mr. Paul Zito, one of the individual intervenors

7 in this case, is a lifelong Texan and a devout Christian.

8 And he has said himself that he sees the CHNV Pathways as a

9 blessing, and he believes that God put his friend Abel

10:25:23 10 before him, for a purpose, as a brother in need.  An order

11 blocking the CHNV Pathways would stop Mr. Zito from being

12 able to freely exercise his religion in this way.

13                    The evidence also speaks to the profound

14 opportunities for family reunification that this program

10:25:45 15 provides, and that an order in this case could obstruct.

16 Because of the program, for example, Ms. Laveus had the

17 opportunity to reunify with her brother and her nephew who

18 survived attempted murder and kidnapping in Haiti before

19 they had an opportunity to apply for this program.

10:26:03 20                    Dr. Cardenas, a university professor, has

21 been able to unify and support -- reunify with and support

22 his uncle from Venezuela, whom he sees as a second father,

23 and who suffered from political oppression before being

24 able to apply for this program.

10:26:20 25                    Ms. Arauz has been able to expedite

1 reunification with her husband from Nicaragua and the

2 father of her son, whose support she has critically needed

3 over the past years, as she has struggled to raise a

4 teenage boy with learning disabilities, alone and without

10:26:41  5 her husband and his father.

6                    And, Your Honor, even a World Series

7 champion and a pitcher with the Detroit Tigers, Eduardo

8 Rodriguez, has provided evidence in this case about his

9 experience applying to sponsor his parents from Venezuela

10:26:55  10 through the CHNV Pathways, so that his parents can finally

11 see their son pitch in the major leagues.

12                    Now, for others the CHNV Pathways provide

13 an opportunity to facilitate access to safety and critical

14 medical care.  Dr. Sugarman, for example, has -- another

10:27:15  15 individual intervenor in this case -- has applied to

16 sponsor the mother of a young woman who suffers from

17 chronic and life-threatening degenerative disease.

18                    Now, this woman has -- and the young woman

19 that Dr. Sugarman has sponsored can only access critical

10:27:32  20 life-saving surgery if her mother can come to the United

21 States to provide full-time care for her.

22                    And Dr. Jan -- Dr. Nan Langowitz, has

23 sponsored the family of a political scientist and a human

24 rights advocate from Venezuela, who has experienced severe

10:27:51  25 persecution for her activism before she had an opportunity

1 to seek parole through the CHNV Pathways.

2                    Plainly put, Your Honor, individual

3 intervenors are here today to explain how the record in

4 this case shows that the CHNV Pathways are historically

10:28:11  5 grounded.  And as Mr. Sype himself has put it, they're a

6 bright spot for people across the United States.  The CHNV

7 Pathways bring immeasurable good to the countless

8 communities and people like the individual intervenors who

9 have so profoundly embraced their freedom to welcome

10:28:34  10 through this program.

11                    Thank you.

12               THE COURT:  Thank you.

13                    Okay.  So trials under the Administrative

14 Procedure Act are not like ordinary trials where you tend

10:28:53  15 to have a lot of witnesses.  We have premarked and

16 preadmitted -- by the way...

17               (Discussion off the record.)

18               THE COURT:  All right.  So a lot of evidence

19 has already been admitted as we went through the exhibits

10:30:19  20 yesterday.  At that point, I will recognize the plaintiff

21 States for their case in chief.

22               MR. WALTERS:  Yes, Your Honor.  We -- we rest

23 on the exhibits that are -- have been entered into the

24 record on this.  And for -- for our -- for our closing

10:30:41  25 arguments, we would like to split the time with

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 Mr. Hamilton and Mr. Rogers first addressing the merits

2 issues, the claims, and then I will address a lot of the

3 jurisdictional issues that are at issue in the case.

4            THE COURT:  Okay.  All right.  The States have

10:31:01  5 rested on the evidence that has already been preadmitted.

6                 Next is the federal defendants.

7            MR. WARD:  Yes, Your Honor.  The federal

8 defendants also rest on the evidence that's already been

9 submitted.

10:31:10  10           THE COURT:  All right.  Intervenors can call

11 their witness.

12            MS. LANGARICA:  Thank you, Your Honor.  We will

13 call Mr. Eric Sype.

14            THE COURT:  All right.  If you would raise your

10:31:30  15 right hand.

16                 (Witness sworn.)

17            THE WITNESS:  I do.

18            THE COURT:  All right.  You can have a seat.

19            THE WITNESS:  Thank you.

10:31:40  20           THE COURT:  If you can pull the microphone down

21 just to make sure it is picking you up.

22            THE WITNESS:  Yeah.  Is this okay?

23            THE COURT:  That is good.

24                 You may proceed.

10:31:48  25           MS. LANGARICA:  Thank you.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1                        **ERIC SYPE,**

2 duly sworn, testified as follows:

3                        **DIRECT EXAMINATION**

4 BY MS. LANGARICA:

10:31:50  5  **Q.**   Good morning, Mr. Sype.

6  **A.**   Good morning.

7  **Q.**   Please introduce yourself to the Court.

8  **A.**   Good morning, everyone.  My name is Eric Sype.

9  **Q.**   Mr. Sype, what is your understanding of why you're

10:32:02 10 here in court today?

11 **A.**   My understanding is that I am here to share my

12 experience as a sponsor; to share a little bit about why I

13 decided to sponsor my good friend; what that experience

14 has been like; and what that has meant to me, my friend,

10:32:15 15 and my family.

16 **Q.**   Now, I am going to ask you a few biographical

17 questions, and then we will dive right in.

18            Will you please share with the Court where

19 you were born?

10:32:26 20 **A.**   I was born in Wenatchee, Washington.

21 **Q.**   And where did you grow up?

22 **A.**   Cashmere, Washington.

23 **Q.**   And where do you live now?

24 **A.**   I live in Oakland, California.

10:32:37 25 **Q.**   Mr. Sype, do you have children?

*ERIC SYPE - DIRECT BY MS LANGARICA*

1   **A.**   I do not.

2   **Q.**   And what do you do for a living?

3   **A.**   I work for an international digital rights

4   organization as their U.S. national organizer.

10:32:49   5   **Q.**   And what is your educational background?

6   **A.**   I have a bachelor's in humanities for teaching and a

7   master's degree in development practice.

8   **Q.**   And where did you obtain each of those degrees?

9   **A.**   Sure.  Yeah.  I obtained my bachelor's degree at

10:33:04   10   Seattle University and my master's degree at the

11   University of California at Berkeley.

12   **Q.**   Mr. Sype, are you aware of the Parole Pathways for

13   people from Cuba, Haiti, Nicaragua, and Venezuela?

14   **A.**   I am.

10:33:21   15   **Q.**   And what is your understanding of how they work?

16   **A.**   My understanding is that individuals from those

17   countries have an opportunity to be paroled into the

18   United States for a period of up to two years if they have

19   a sponsor in the United States that is willing to

10:33:37   20   financially sponsor them for the duration of their stay.

21   **Q.**   And what is your understanding of how those pathways

22   work?

23   **A.**   I'm sorry.  Can you rephrase the question?

24   **Q.**   Sure.  I'll ask a different question.

10:33:54   25                   How did you become aware of the Parole

1  Pathways for people from Cuba, Haiti, Nicaragua, and

2  Venezuela?

3  **A.**   Sure.  Yeah.  I became aware, actually, through a

4  friend of mine, not the individual that I sponsored, who

10:34:06   5  lives in Nicaragua and called me one day and told me about

6  the new program.

7  **Q.**   And just to clarify, have you sought to sponsor

8  somebody under this program?

9  **A.**   I have sponsored somebody through this program, yes.

10:34:27  10  **Q.**   And who is that person that you decided to sponsor?

11  **A.**   That is my good friend Oldrys.

12  **Q.**   And just to clarify, when you say Oldrys is the

13  person you sponsored, is that the individual who is named

14  in your declaration -- whose name in your declaration is

10:34:46  15  spelled O-L-D-R-Y-S?

16  **A.**   That is correct.  Yes.

17  **Q.**   And where is Oldrys right now?

18  **A.**   Oldrys is in Cashmere, Washington, at my parents'

19  house, I presume.

10:35:01  20  **Q.**   And how long has he been there?

21  **A.**   He arrived in Cashmere on August 12th.  He arrived in

22  the United States on August 11th.

23  **Q.**   And how did he arrive in the United States on August

24  11th?

10:35:19  25  **A.**   Sure.  Yeah.  He took a flight from Managua,

*ERIC SYPE - DIRECT BY MS LANGARICA*

1    Nicaragua, at 5:30 a.m.  He, I believe, arrived at the

2    airport at 3:00 in the morning, and then had a layover in

3    San Salvador, El Salvador, before arriving in his port of

4    entry at San Francisco International Airport, where he was

10:35:37    5    processed through immigration and was officially granted

6    parole.

7                    And then my partner, who also knows

8    Oldrys, met him outside of the exit of the international

9    terminal at SFO and walked with him to the domestic

10:35:52    10    terminal and flew with him from San Francisco to Seattle,

11    where I then met him at the SeaTac International Airport.

12    **Q.**    And just to clarify, did he come to the United States

13    after having applied for -- after having applied through

14    the CH -- through the Pathways?

10:36:10    15    **A.**    Yes, that's correct.  Oldrys and my parents and

16    myself applied jointly for Oldrys to be paroled through

17    the CHNV Pathways.

18    **Q.**    And I want to get back to more details about Oldrys

19    in a second, but first it sounds like this is very recent

10:36:24    20    for you.

21    **A.**    Uh-huh.

22    **Q.**    And so can you just share a little bit about how you

23    feel now that Oldrys is in the United States?

24    **A.**    Yeah.  I feel immense relief and a great deal of

10:36:37    25    happiness.  It was quite a long process, and it was fairly

*ERIC SYPE – DIRECT BY MS LANGARICA*

1      stressful and anxiety inducing, I think, for myself and

2      Oldrys while we were waiting for his final status to be

3      determined.  And it was a really amazing and joyful

4      process to be able to welcome him here and welcome him

10:36:59    5      into my home community.

6  **Q.**     Thank you for sharing that.

7                       So where did Oldrys live before traveling

8      to Washington?

9  **A.**     He lived in El Limón Dos, Nicaragua.

10:37:11   10  **Q.**     And can you describe in greater detail your

11      relationship to Oldrys?

12  **A.**     Sure.  I first met Oldrys in 2014 while I was living

13      in Nicaragua.  I interned at a small nonprofit

14      organization in rural Nicaragua that focused on youth

10:37:31   15      empowerment.  And through that internship, I stayed with

16      Oldrys and his family for a period of four months and

17      became very close with the family and Oldrys.

18                       And at the end of that time, we decided

19      that we really wanted to maintain a relationship moving

10:37:48   20      forward.  And since then, I have been able to visit the

21      family seven times, including once when I was living

22      abroad and unable to return home for the holidays, and I

23      was able to spend the holidays -- Christmas and New

24      Year's, that is -- with Oldrys and his family.

10:38:05   25                       I have also traveled to celebrate the

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*ERIC SYPE - DIRECT BY MS LANGARICA*

1  birth of both of Oldrys's children as quickly as I could

2  after their birth.  And most recently, I traveled to

3  attend the wedding of Oldrys's younger sister, Cati.  And

4  through that process, in about ten years, we have really

10:38:22  5  decided and we have kind of referred to each other as

6  chosen family.

7  **Q.**   Thank you.

8         And I apologize if I missed this, but what

9  was the year that you and Oldrys met?

10:38:32  10  **A.**   That was 2014.

11  **Q.**   And how long was it that you lived there when you met

12  him, in Nicaragua -- I'll rephrase.

13         How long did you live in Nicaragua during

14  the period that you met Oldrys?

10:38:45  15  **A.**   Four months.

16  **Q.**   And when was the last time that you visited him?

17  **A.**   It was in December of 2021, when I attended his --

18  his younger sister's wedding.

19  **Q.**   And between the visits that you're able to make to

10:39:09  20  visit him, do you communicate in other ways?

21  **A.**   Yes.  I communicate with not only Oldrys but

22  mainly -- mostly all of the members of his family

23  through -- primarily through the messaging application

24  WhatsApp, through text messages, voice messages, and phone

10:39:26  25  calls.

*ERIC SYPE - DIRECT BY MS LANGARICA*

1  **Q.**   And how often would you say you speak with him?

2  **A.**   That -- that varies, but certainly at least once a

3  month and sometimes multiple times a week.  So anywhere

4  between multiple times a week to once a month.

10:39:45  5  **Q.**   And you have mentioned a couple of other members of

6  his family.

7           Do you also have relationships with other

8  members of Oldrys's family?

9  **A.**   I do.  Yeah.  Oldrys's mother is named Vilma, and I

10:39:58  10  really look at her as kind of a second mother.  We have a

11  very close relationship.  And his father is named Pedro.

12  His -- he has two younger brothers, named Yader and

13  Yefren, and his younger sister is named Cati.  That is the

14  individual whose wedding I went to.  And she is married to

10:40:15  15  Gustavo.  And Oldrys is married to Marlene, and he has two

16  young children, Adam Mateo and Isabella.  And I view all

17  of them as chosen family, yeah.

18  **Q.**   Thank you.

19           And you mentioned a few moments ago that

10:40:33  20  you, your parents, and Oldrys had applied to this program.

21           Did you sponsor Oldrys along with somebody

22  else?

23  **A.**   Yes.  On the I-134A form that I filled out, myself

24  and my father were co-sponsors for Oldrys.

10:40:50  25  **Q.**   And why did you and your parents decide to sponsor

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

44

1   Oldrys through the CHNV Pathways?

2   **A.**   We decided to sponsor Oldrys as kind of a form of

3   reciprocity.  Oldrys and his family have again and again

4   supported me.  When I first left home, when I was first

10:41:09   5   traveling outside of this country, they were extremely

6   supportive.  They welcomed me into their home and their

7   family multiple times over.  As I mentioned previously,

8   they have done that again.  And we really see this as an

9   opportunity to welcome Oldrys into our family and welcome

10:41:28  10  him into our family and into our home during a time of

11  need for him.

12              And as I have mentioned, I view Oldrys as

13  chosen family.  We -- we view each other as brothers, and

14  that relationship has been extremely meaningful to me.

10:41:43  15  But it has also been really meaningful to my parents that

16  this family in Nicaragua has been so loving and caring to

17  me.  That it's an opportunity for me to also introduce

18  Oldrys to my parents and let Oldrys and my parents become

19  chosen family as well and to deepen that bond and to

10:42:04  20  really solidify the relationship between our families.

21  **Q.**   Now, you mentioned a few moments ago, Mr. Sype, that

22  Oldrys was in a time of need.

23  **A.**   Uh-huh.

24  **Q.**   What do you know about his reasons for seeking your

10:42:23  25  sponsorship under this program?

ERIC SYPE - DIRECT BY MS LANGARICA

1    A.    Sure.  Oldrys in Nicaragua was working in the
2    construction sector, and he was constantly looking for
3    more work opportunities.  He was constantly struggling to
4    be able to find full-time work and not able to support his
10:42:44   5    family in the way in which he felt was necessary.  And he
6    began trying to come to me for advice as he was thinking
7    through different ways and trying to find new
8    opportunities to be able to support his family in the way
9    he felt he needed to.
10:43:08   10    Q.    And how do you think, Mr. Sype, that sponsorship
11    under the CHNV Pathways might help with this -- with
12    Mr. -- with Oldrys's experience?
13    A.    Certainly.  Part -- as I understand of the CHNV
14    Pathways is that parolees are able to be granted work
10:43:38   15    authorization, and as part of my application I submitted a
16    letter from my cousin who owns and operates a farm stating
17    that upon Oldrys receiving work authorization, he would be
18    able to receive full-time employment on my family's farm,
19    and that work opportunity would be able to help Oldrys
10:44:03   20    meet the needs of his family.
21    Q.    Mr. Sype, do you have any other prior knowledge or
22    experience with this farm?
23    A.    I do, yeah.  This farm is right down the street from
24    the house that I grew up in.  It has been in my extended
10:44:20   25    family for four generations.  My cousin just took over the

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*ERIC SYPE - DIRECT BY MS LANGARICA*

1  farm from my uncle, and it was the first job that I --

2  that I had, and I grew up working on the farm and have

3  quite a lot of experience there.

4  **Q.**    Okay.  And what -- give me one moment.

10:44:47   5                 What inspired you to make the connection

6  between the farm and Oldrys?

7  **A.**    Certainly.  So, as I mentioned before, Oldrys, a few

8  months ago, I'm not sure exactly when it was, around the

9  beginning of the year, had been reaching out to me sharing

10:45:09  10  more and more about his struggles with being able to find

11  full-time employment.  And growing up, there was always an

12  issue of being able to have enough hands on the farm, and

13  even as I have moved away from Cashmere, Washington where

14  the farm is, when I go back and I ask my cousin how things

10:45:29  15  are going, one of the questions that I always ask is:

16  "And do you have enough folks working?"  Because it's

17  constantly a struggle to be able to find enough folks to

18  work on the farm, and so I knew that if Oldrys was

19  struggling to be able to find enough work to support his

10:45:48  20  family, that was a constant need that was in my -- my

21  community and in my family's farm as well.

22  **Q.**    And, Mr. Sype, had Oldrys's economic situation been

23  worsening during the time that -- that you and him

24  discussed this?

10:46:08  25  **A.**    Yeah, it certainly has.  Through -- since the time

ERIC SYPE - DIRECT BY MS LANGARICA

1  that I have known Oldrys and his family and since I first

2  traveled to Nicaragua, the situation in Nicaragua has

3  deteriorated quite a lot.  Oldrys and his family live in a

4  coastal community that has been hit by multiple tropical

10:46:29  5  storms and hurricanes that has wreaked havoc in the

6  community, and actually some of Oldrys's in-laws have

7  lost -- previously had lost their home and that created a

8  lot of economic disaster.

9          And in 2018 there was large spread

10:46:50  10  political uprising in Nicaragua that, my understanding is,

11  shut down most economic opportunity in Nicaragua.  And

12  during that time when I was speaking with Oldrys and his

13  family, they -- they directly told me that there was no

14  longer work in the community, and that it has been very

10:47:08  15  slow to come back.

16          And then, of course, the event that we're

17  all familiar with is the COVID-19 pandemic which also had

18  immense economic impacts in Nicaragua, and what -- and

19  Oldrys also stated that as -- as work had started to come

10:47:28  20  back after political unrest, it was then hit again on --

21  of the economic shutdown around the time of the pandemic.

22  Q.   Mr. Sype, when did you and your parents make the

23  decision to sponsor Oldrys?

24  A.   We made the decision in the earlier part of this

10:47:47  25  year.  I'm not sure exactly when, but it was sometime

*ERIC SYPE - DIRECT BY MS LANGARICA*

1   around the end of February, beginning of March.

2   **Q.**   And can you, please, describe what that application

3   process was like for you?

4   **A.**   Sure.  I would describe the application process as

10:48:02   5   extremely involved.  It took quite a lot of time for my

6   parents and I first to be able to obtain all of the

7   information and understand exactly what we needed to

8   submit, and then to be able to collect all of the

9   information and -- and submit it through the USCIS portal

10:48:24   10   on the website, as well as collecting information and

11   coordinating with Oldrys in Nicaragua.

12   **Q.**   And did you submit -- did you submit documentation in

13   support of your application?

14   **A.**   We did submit documentation.  I submitted employment

10:48:44   15   verification.  I also submitted my tax filings, and I

16   submitted verified bank account information, and my -- my

17   parents also submitted verified bank account information.

18   My parents are both retired, but they submitted

19   verification of income as well as tax information, and we

10:49:05   20   also got my parents' house appraised and submitted an

21   appraisal of their home as well as -- as well as also

22   submitting verification of Oldrys's identification through

23   a Nicaraguan=issued passport that -- that he actually

24   needed to get once we decided to move forward with the

10:49:28   25   application because he did not have that.

49

1            I believe those are all of the documents,

2 but there was quite a few, so I may have missed one or

3 two.

4 **Q.**    No worries.  Thank you.

10:49:38   5            And you can estimate here, but how long

6 would you say it took between when you and your parents

7 decided to sponsor and when you hit "send" on that

8 application?

9 **A.**    Sure.  It was somewhere between a little over a month

10:49:52   10 and six weeks, I think, somewhere around there.

11 **Q.**    And you mentioned that you filled out a form as a

12 part of this.  How would you describe the process of

13 filling out that form?

14 **A.**    Yeah.  The -- it -- time consuming and involved, I

10:50:17   15 think, are the two words that -- that come to mind in

16 ensuring that the level of detail that the form asked for

17 is there as well as ensuring that we met all of the

18 requirements that were outlined on USCIS's website for

19 sponsorship through the parole program, and just making

10:50:37   20 sure that all of the documentation that we were submitting

21 would provide a strong application so that we would be

22 approved for -- for sponsorship.

23 **Q.**    And what are some of the things that you and your

24 parents agreed to as part of that application process?

10:50:56   25 **A.**    Yeah.  We agreed to financially sponsor Oldrys for

*ERIC SYPE - DIRECT BY MS LANGARICA*

1   the duration of his time in the United States.  We agreed

2   to provide him with housing during that time.  We agreed

3   to support him in finding employment, which I mentioned,

4   with my family's farm, and I also agreed to support Oldrys

10:51:21   5   in his language acquisition of the English language.

6   **Q.**   And what are -- what were -- at the time that you

7   submitted that application, what were the planned living

8   arrangements?

9   **A.**   The planned living arrangements were, and they have

10:51:41   10   now come to fruition, that Oldrys is living in my

11   childhood bedroom which is -- which was obviously vacant

12   because I no longer live there, and he is staying with my

13   parents, who I mentioned are both retired now.

14   **Q.**   And you had mentioned earlier that you live in

10:52:00   15   Oakland, California?

16   **A.**   Uh-huh.

17   **Q.**   Can you describe the reasons for that living

18   arrangement?

19   **A.**   Sure.  My parents have the room in their home in my

10:52:11   20   childhood bedroom that I mentioned, and the best

21   opportunity for Oldrys was in my family's farm and my

22   parents live right down the street from the family farm.

23   So there was room for Oldrys and there was opportunity

24   that met his needs and the community's needs in a very

10:52:28   25   close proximity.

*ERIC SYPE – DIRECT BY MS LANGARICA*

1  **Q.**   And we can go back to estimates here, but about how

2  long would you say you waited between when you hit "send"

3  on the application and when you heard back about it?

4  **A.**   Sure.  I -- yeah.  I don't even need to estimate

10:52:46  5  because I have these dates ingrained in my mind.  We

6  submitted our I-134A on April 3rd, and I actually received

7  notice that -- that my sponsorship had been approved on

8  July 4th, of all days.  And then I don't know this exact

9  date, but it was around a week later that Oldrys received

10:53:08  10  notice that he had received travel -- travel authorization

11  from CBP.

12  **Q.**   And how did you feel during the waiting period

13  between when you hit "send" on the application and when

14  you first heard back?

10:53:24  15  **A.**   Yeah.  That time was -- was very anxiety inducing and

16  a little nerve wracking, I would say.  Oldrys and I were

17  in constant communication and kind of both sharing.  I was

18  wondering constantly if he had been checking his e-mail.

19  He was asking me if I had been checking my e-mail.  And we

10:53:44  20  did not have a lot of understanding as to exactly how long

21  the process would take, and so as the months and the weeks

22  went on, we -- we became more and more nervous.

23           And actually the week before we received

24  the -- the application notice that we had been accepted, I

10:54:04  25  was on the phone with Oldrys and he asked me if I still

*ERIC SYPE - DIRECT BY MS LANGARICA*

1  had hope because he told me that his -- his wife Marlene

2  had actually kind of began to start losing hope and he

3  wasn't sure what to do.

4            And -- and so at that point, we just said,

10:54:21  5  well, we have done everything that we can do.  And Oldrys

6  said it is in God's hands now, and that's all we can do.

7  And then we received the notice a week later.  So...

8  Q.    Thank you for sharing that.

9            Now, you mentioned that Oldrys was granted

10:54:37  10  the advance travel authorization sometime in July.  What

11  were the remaining steps for Oldrys to be able to come to

12  Cashmere, Washington?

13  A.    Yeah.  So Oldrys needed to discuss with his family to

14  make proper arrangements and determine what the best

10:54:55  15  timeline would be for him for leaving, and then I needed

16  to do the same with my family.  And I needed to work with

17  my parents to make some arrangements in the home for his

18  preparation, and travel flights needed to be -- needed to

19  be bought, and the logistics around getting his flights

10:55:21  20  and ensuring that he had support upon arriving at his port

21  of entry, and -- and then coming to Seattle, all needed to

22  kind of be arranged.

23            And then my -- Cashmere, where Oldrys is

24  living, is about two hours outside of Seattle, so we also

10:55:38  25  needed to arrange exactly how we were going to transport

ERIC SYPE - DIRECT BY MS LANGARICA

1  ourselves from Seattle to Cashmere as well.

2  Q.    And what were those arrangements?

3  A.    Yeah.  So, I traveled to Washington ahead of Oldrys's

4  arrival and was picked up by my family, and then we -- we

10:55:57  5  traveled over the Cascade Mountains to Cashmere, and I

6  helped my parents move some things around in the house.  I

7  had some things from my childhood that I needed to get out

8  of my old bedroom to make room for Oldrys, and we needed

9  to prepare the house.  And then I took my parents' vehicle

10:56:15  10  back to Seattle and picked Oldrys and my partner up at the

11  Seattle airport.  And my sister lives just outside of

12  Seattle, and they -- they arrived fairly late.  And so we

13  drove to my sister's house where we stayed for the night,

14  and then the next day we continued on to Cashmere.

10:56:35  15  Q.    Now, you mentioned briefly right now that you met --

16  you met with Oldrys and your partner.  I think you

17  mentioned earlier that your partner was involved in a leg

18  of the trip.  Can you just explain -- clarify why your

19  partner was also traveling with him?

10:56:50  20  A.    Yeah, of course.  So my partner met Oldrys during my

21  last trip to Nicaragua.  She traveled with me for Oldrys's

22  younger sister's wedding, and so she knows Oldrys.  And it

23  was necessary for me to travel to Washington ahead of

24  Oldrys's arrival to kind of begin some preparations.

10:57:10  25                    And the best flight path that we found for

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

54

1  Oldrys had his port of entry be in San Francisco.  And

2  Oldrys has -- prior to this had never left Nicaragua or

3  flown on an airplane, and so we wanted to make sure that

4  he had someone there at the airport that would be able to

10:57:27  5  greet him and help him get from the international terminal

6  to the domestic terminal and then fly with him on to

7  Seattle, and -- and all the better that that was somebody

8  that Oldrys knew as well as -- as kind of a support system

9  through that process for him.

10:57:48  10  Q.   Thank you for clarifying that.

11       Who paid for Oldrys's travel to the United

12  States?

13  A.   My parents' church did.

14  Q.   And can you explain why -- how that came to be?

10:58:01  15  A.   Sure.  My parents are prominent members of their

16  church, and once we decided to sponsor Oldrys, they let

17  their church community know about that and asked for

18  prayers.  And the church community was praying throughout

19  the application process, and made it known very early on

10:58:19  20  that if there was anything that they could do to help

21  support my parents, I, and Oldrys in this process, then

22  they were more than happy to do so.

23       And -- and flights to the United States

24  from Nicaragua were a very obvious way that they could

10:58:35  25  help us.  And my parents suggested that, and they were

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1   more than happy to do that.  So that's how it came to be

2   that they paid for the flights.

3   **Q.**   And what's the denomination of that church?

4   **A.**   Yeah, it's a Presbyterian church.

10:58:51   5   **Q.**   And had anybody at that church ever met Oldrys?

6   **A.**   No.

7   **Q.**   Had your parents ever met Oldrys before he arrived in

8   Cashmere?

9   **A.**   No.  No, they had not.

10:59:09   10   **Q.**   Now, you have walked us through a couple of different

11   processes, but could you summarize one more time the

12   people who were involved in the coordination around

13   Oldrys's arrival and travel?

14   **A.**   Sure.  So, obviously Oldrys and his family were --

10:59:26   15   were involved, and then I was involved with my -- with

16   both my parents, and my partner, and my sister, whose

17   house we stayed at as well, and then my parents' church as

18   well for the purchasing of the flights.

19   **Q.**   And that church is in Cashmere?

10:59:45   20   **A.**   And that church is in Cashmere, correct, yeah.

21   Cashmere First Presbyterian.

22   **Q.**   To your knowledge, Mr. Sype, does Oldrys have

23   religious faith?

24   **A.**   Yes, he does.  Oldrys is a devout Christian.

10:59:59   25   **Q.**   To your knowledge, does he have plans to be involved

1 with the Cashmere Presbyterian church?

2 **A.**   Yes, he does.  He was very excited to know that my

3 parents are also leaders in their church, and he was very

4 touched by the church's offering of paying for his

11:00:17 5 flights, and he's already attended church service two

6 Sundays in a row.

7 **Q.**   You mentioned that he has attended church service.

8 Do you know anything about how that went?

9 **A.**   Yeah.  So the first Sunday that he was in Cashmere, I

11:00:39 10 was there as well, and we attended together, and had an

11 opportunity to introduce Oldrys to the church community.

12 And at my church's -- at my parents' church, they do

13 something that is called Minute for Mission, where there

14 is an opportunity to share how the church can be involved

11:00:58 15 in supporting community.

16            And during this particular Sunday, Oldrys

17 and I stood up for Minute for Mission, and I was able to

18 share how Oldrys and I know each other, what our

19 relationship has been over the years, and -- and how it

11:01:16 20 came to be that -- that my parents and I were able to

21 welcome him into Cashmere.

22            And then Oldrys, through me translating

23 for him, was able to thank the church for the flights, and

24 for their -- their welcome.  And -- and then, Oldrys had

11:01:35 25 an opportunity to kind of go around and meet folks in the

*ERIC SYPE - DIRECT BY MS LANGARICA*

1   church.

2   **Q.**   And how was that experience for you?

3   **A.**   For me that was -- it was a very moving experience to

4   be able to see the community that I was raised in that has

11:01:50   5   supported me for so long, kind of go out of their way to

6   support somebody that means a lot to me.  Even though they

7   did not know that individual at all, they were just very

8   willing to open up their -- their church community and

9   even provide some financial support for somebody, and

11:02:11   10   really let Oldrys know that he is welcome in Cashmere, and

11   in their church home and family as well.

12   **Q.**   Now, did you spend some time in Cashmere after

13   Oldrys's arrival?

14   **A.**   I did, yeah.  I was there for a little over a week to

11:02:26   15   help him get settled in.

16   **Q.**   And you mentioned you went to church.  Did you do

17   other activities during that time that you were there with

18   him?

19   **A.**   We did.  Yeah, one of the fun things we did was I

11:02:37   20   took him on one of my favorite hikes in the Cascade

21   Mountains as a way to kind of show him a little bit of

22   what my home is like.  Taking folks into the mountains is

23   something I really like to do.

24           But we also had a lot of -- more kind of

11:02:53   25   logistical things that we needed to do.  We needed to get

*ERIC SYPE - DIRECT BY MS LANGARICA*

1    Oldrys a U.S. phone number and a U.S. phone plan.  The

2    climate, although it was very hot while I was -- while I

3    was there, similar to the weather here in Victoria, it

4    will change in the winter, and that climate is quite a bit

11:03:13    5    different than Nicaragua, so we needed to get him some

6    more clothing and things of that nature.

7                And it was also really important to me to

8    introduce him to my friends and family, so we had a lot of

9    barbecues, dinners, took him around to folks' homes, and

11:03:30    10    also was able to show him the farm that he will be able to

11    work on once he receives his work authorization.

12    **Q.**    And what is the status of his -- has he sought work

13    authorization?

14    **A.**    Yes, he has.  So I helped him file -- and I am noted

11:03:56    15    as his preparer and translator -- his work permit

16    application on August 12th, which was the date that we

17    arrived in Cashmere.  And he has a biometric appointment

18    at USCIS in Yakima, Washington, which is about an

19    hour-and-a-half away, on September 7th.  And we hope that

11:04:15    20    he receives his work authorization shortly after that.

21    **Q.**    Mr. Sype, are you aware of any plans for Oldrys to

22    move to any other place during his time in the United

23    States?

24    **A.**    No.

11:04:31    25    **Q.**    And to your knowledge, Mr. Sype, how will Oldrys get

*ERIC SYPE - DIRECT BY MS LANGARICA*

1  from your parents' house to work?

2  **A.**    So we have a bike in the garage that Oldrys and I

3  made sure was working properly, because it hasn't seen

4  very much use, especially since I am no longer around, and

11:04:53  5  Cashmere is a very small community.  The farm is very

6  close by.  So the bike will be one of his primary forms of

7  transportation.

8            But also my cousin has quite a few folks

9  working for him and quite a few vehicles, and it's not

11:05:09  10  uncommon for workers to be picked up at their place of

11  residence and taken around.  And my cousin has let me and

12  Oldrys both know that that would not be a problem if there

13  was ever a need that arose for Oldrys to be picked up and

14  taken somewhere.

11:05:29  15  **Q.**    Mr. Sype, together with your parents, have you

16  committed to supporting Oldrys financially for his time in

17  the United States?

18  **A.**    Yes, we have.

19  **Q.**    And have you already begun to support him in that

11:05:42  20  way?

21  **A.**    Yes, we have.

22  **Q.**    And will you continue to do that?

23  **A.**    Yes, we will.

24  **Q.**    And do you know what Oldrys's plans are once his

11:06:02  25  grant of parole expires?

*ERIC SYPE - DIRECT BY MS LANGARICA*

1   **A.**   Yeah.  Oldrys fully intends to return to Nicaragua

2   and to El Limón Dos and to his family, and to be able to

3   utilize the economic opportunities here to be able to

4   create the sort of support for his family that he feels is

11:06:23   5   necessary, and move forward with his life and his family's

6   life.

7   **Q.**   Going back just momentarily, to your knowledge, when

8   does Oldrys intend to begin working?

9   **A.**   He intends to begin working immediately upon

11:06:38   10   receiving work authorization.

11   **Q.**   Mr. Sype, what does the opportunity to sponsor Oldrys

12   mean to you?

13   **A.**   To me, the opportunity is just really one of

14   reciprocity, of being able to show Oldrys the love and the

11:06:59   15   support that him and his family has always shown me, and

16   to do that in a time of need for Oldrys and to -- and it

17   is also quite meaningful to be able to share that

18   experience with my family, with my parents, in particular,

19   and with my home community of Cashmere, Washington, and to

11:07:18   20   be able to join -- join with my community to kind of

21   continue to broaden and extend my chosen family.

22   **Q.**   Thank you, Mr. Sype.

23          MS. LANGARICA:  Your Honor, may I have just two

24   minutes to confer with my colleagues?

11:07:32   25          THE COURT:  Sure.  Take your time.

1            MS. LANGARICA:  Thank you.

2                 (Brief pause.)

3            MS. LANGARICA:  Thank you, Your Honor, for the

4 indulgence.  One last question and then we will wrap up.

11:08:51   5            THE COURT:  Sure.

6 BY MS. LANGARICA:

7  **Q.**   Mr. Sype, to your knowledge, what does this

8 opportunity -- I'll start over.

9                 To your knowledge, what does this

11:09:04  10 opportunity mean to your cousin and the farm that

11 Mr. Oldrys intends to work on?

12  **A.**   Yeah, I will put it in the words that my cousin

13 himself said when I introduced Oldrys and my cousin last

14 week.  He said, you know, this sounds like this is a

11:09:22  15 really great opportunity for you, and this is a really

16 great opportunity for me, and my farm, and it sounds like

17 a great situation for everyone involved, and we are really

18 happy to have you here.

19            MS. LANGARICA:  Thank you, Mr. Sype.

11:09:36  20            And that concludes our direct testimony.

21            THE COURT:  All right.  Does Texas have cross?

22            MR. BRYANT:  Yes, Your Honor.  It's past 11:00.

23 Would the Court like to take a break or should we go right

24 on into it?

11:09:45  25            THE COURT:  Is that a suggestion?  I see lots

*ERIC SYPE - CROSS BY MR. BRYANT*

1 of anxious faces.  Let's take a short break, and we will

2 get started.  It is 11:09.  Why don't we start back up in

3 ten minutes?  Does that work for everybody?

4                     You can step down and take a break.  You

11:10:01  5 will be back up.

6                THE WITNESS:  Okay.  Thank you.

7 (Proceedings recessed from 11:09 to 11:32.)

8                COURT SECURITY OFFICER:  All rise.

9                THE COURT:  Please be seated.  You may proceed.

11:32:46  10                MR. BRYANT:  Proceed?

11                THE COURT:  Sir?

12                MR. BRYANT:  Are you ready for me to proceed?

13                THE COURT:  Yes.  Yes.

14                MR. BRYANT:  Thank you.

11:32:51  15                        **CROSS-EXAMINATION**

16 BY MR. BRYANT:

17 **Q.**   Mr. Sype, my name is David Bryant.  I am one of the

18 attorneys for the plaintiff States in this case.  You

19 testified about your friend Oldrys, and you have known him

11:33:02  20 about nine years, as I understand it; is that right?

21 **A.**   That's correct.  Yeah.

22 **Q.**   And you are very close friends over that period?

23 **A.**   Yes, that's correct.

24 **Q.**   And his -- he lives in a town called El Limón Dos in

11:33:18  25 Nicaragua?

*ERIC SYPE - CROSS BY MR. BRYANT*

1    **A.**    That is where he is from.  He is currently living in

2    Cashmere.

3    **Q.**    Okay.  And I think you mentioned that that is a

4    coastal town.  Is it a coastal town on the Pacific Ocean?

11:33:28    5    **A.**    Yes, it is.

6    **Q.**    Okay.  And you stayed there with Oldrys and his

7    family for about four months years back?

8    **A.**    That's correct.

9    **Q.**    Is that a vacation area?

11:33:51    10    **A.**    There are some folks who travel there for vacation.

11    **Q.**    Yeah.  I looked it up, saw some Airbnb listings.  So

12    when you were there, did you engage in any beach time, or

13    ocean activities?

14    **A.**    I did, although there -- the developments you

11:34:10    15    probably saw were not present in 2014.  Those are very

16    new.

17    **Q.**    Okay.  Now, I have reviewed your affidavits or

18    declarations that are Exhibits 125 and 126, and I looked

19    at paragraph 9.  It says that you were the one --

11:34:35    20              MS. LANGARICA:  Excuse me, Your Honor.

21    BY MR. BRYANT:

22    **Q.**    -- who learned about the CHNV parole program; is that

23    right?

24              MS. LANGARICA:  Counsel, could you clarify

11:34:43    25    which exhibit you're looking at?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

64

1          THE COURT:  Hold on a second.

2          MR. BRYANT:  125 is the one that I am

3 immediately looking at, and in Paragraph 9.  I will give

4 you a chance to catch up with that, if you would like.

11:35:05   5          MS. LANGARICA:  Thank you, Counsel.

6          MR. BRYANT:  Sure.

7 BY MR. BRYANT:

8  **Q.**    If I understood your testimony and your -- your

9  declaration, you were the one who learned of the CHNV

11:35:16  10  parole program, not Oldrys initially?

11  **A.**    I learned of the CHNV program separate from Oldrys

12  learning of the CHNV program.

13  **Q.**    And you were the one who made him, Oldrys, aware of

14  that?

11:35:30  15  **A.**    No.

16  **Q.**    Okay.  How did Oldrys first learn of the CHNV parole

17  program?

18  **A.**    I do not know.  I just know that he was aware of it

19  already.

11:35:47  20  **Q.**    Okay.  At the time that you first spoke with Oldrys

21  about the CHNV parole program, was he attempting to get to

22  the United States?

23  **A.**    He was looking for opportunities -- for more

24  opportunities to provide for his family, is -- in whatever

11:36:06  25  way he could.

*ERIC SYPE - CROSS BY MR. BRYANT*

1   **Q.**   Okay.  My question is whether -- he was looking one

2   way, namely, to get to the United States?

3   **A.**   We did not discuss that.  No.

4   **Q.**   Okay.  So you never discussed with Oldrys the

11:36:23   5   possibility of him coming to the United States until you

6   had your first discussion about the CHNV parole program?

7   **A.**   As friends, we had kind of mentioned over the years

8   how fun it would be if he was able to come and visit my

9   family, but we had never spoken seriously about it before

11:36:40   10   that.

11   **Q.**   If I understood your testimony correctly, prior to

12   two weeks ago, Oldrys had never left Nicaragua; is that

13   right?

14   **A.**   That's correct, to my knowledge.

11:36:51   15   **Q.**   So I think -- I think I know the answer to this, but

16   I want to be sure.

17           Prior to two weeks ago, had Oldrys ever

18   entered the United States, either lawfully or unlawfully?

19   **A.**   No.

11:37:05   20   **Q.**   Had, to your knowledge, Oldrys prior to two weeks ago

21   ever made an attempt to travel to the United States,

22   lawfully or unlawfully?

23   **A.**   No.

24   **Q.**   Has Oldrys ever talked with you about trying to

11:37:24   25   travel to the southwest border of the United States and

*ERIC SYPE - CROSS BY MR. BRYANT*

1   cross the Rio Grande?

2   **A.**   No.

3   **Q.**   Absent the CHNV parole program, do you believe there

4   is any chance that Oldrys would have left his wife and two

11:37:39   5   children and traveled through Guatemala and Mexico and

6   tried to cross the Rio Grande into the United States --

7                MS. FUDIM:  Objection, speculation.

8                THE COURT:  You can answer if you know the

9   question -- I mean, you know Mr. Oldrys, right?

11:37:53   10   **A.**   I do.  I don't know.  I can't speak affirmatively to

11   what he would have done.  He never spoke of plans to me

12   directly.

13   BY MR. BRYANT:

14   **Q.**   Do you have any reason to believe that if he had not

11:38:08   15   been paroled into the United States pursuant --

16                MS. FUDIM:  Objection, Your Honor, asked and

17   answered.

18                THE COURT:  Hold on.  Let him ask the question,

19   and then you can -- so just to make sure, I am not cutting

11:38:16   20   you off.

21                MR. BRYANT:  Yeah.

22                THE COURT:  Finish your question; wait before

23   you answer it; and then you can voice your objection.

24                     Go ahead.

11:38:23   25   BY MR. BRYANT:

*ERIC SYPE - CROSS BY MR. BRYANT*

1  **Q.**   Do you have any reason to believe that if Oldrys had

2  not been paroled into the United States pursuant to the

3  CHNV parole program that he would have traveled to the

4  southwestern border of the United States and attempted to

11:38:41  5  get into the United States over the -- that border?

6           MS. LANGARICA:  Objection, Your Honor, compound

7  question.  Objection, asked and answered.  Objection, calls

8  for speculation.

9           MS. FUDIM:  And I would renew my objection, as

11:38:56  10  well, as to speculation, I made a moment ago.

11          THE COURT:  All right.  I will overrule it.

12  You can answer.

13  **A.**   I -- no, I do not have any knowledge that would lead

14  me to believe that.

11:39:11  15  BY MR. BRYANT:

16  **Q.**   Now, I understand that Oldrys is a religious man, a

17  good Christian, with a wife and two young children; is

18  that right?

19  **A.**   That's correct.

11:39:23  20  **Q.**   And his children are about seven and two years old?

21  **A.**   Correct.

22  **Q.**   He's a construction worker with some university

23  education?

24  **A.**   Correct.

11:39:34  25  **Q.**   Has he been able to support his family in Nicaragua

*ERIC SYPE - CROSS BY MR. BRYANT*

1 for the nine years that you have known him?

2                MS. LANGARICA:  Objection, calls for

3 speculation.

4                THE COURT:  So all of these questions that are

11:39:55  5 being asked, you can answer them if you know the answer.

6 Okay?  And so if you don't know them, then you can tell

7 them what your opinion is or tell them that you don't know.

8 Okay?

9                THE WITNESS:  Uh-huh.

11:40:05  10               THE COURT:  All right.

11  **A.**   Yeah, I guess I'm not sure exactly what a universal

12  definition of provide for his family is, but I know that

13  his family has been supporting each other through

14  multigenerational living for the time that I have known

11:40:22  15  them.

16 BY MR. BRYANT:

17  **Q.**   Based on what you -- you have seen, has Oldrys's

18  family ever been in any serious hardship in Nicaragua in

19  terms of being able to get by with a multigenerational

11:40:45  20  living?

21  **A.**   Yes.

22  **Q.**   Okay.  Is Oldrys a reasonably healthy 34-year-old

23  man?

24  **A.**   Yes.

11:41:05  25               MS. LANGARICA:  Objection, calls for

*ERIC SYPE - CROSS BY MR. BRYANT*

1 speculation.

2              THE COURT:  Overruled.

3                   The same admonishment.  If you know, then

4 you can tell me based on your opinion, your assessment of

11:41:15  5 him, you have been around him, all of that.  You don't have

6 to be a doctor to -- and I am not holding you to that

7 standard so --

8              THE WITNESS:  Thank you.

9 BY MR. BRYANT:

11:41:25  10 **Q.**    And Oldrys has not come to the United States for any

11 kind of medical or healthcare?

12 **A.**    No.

13 **Q.**    And does he have any other urgent reason to come to

14 the U.S.?

11:41:39  15              MS. LANGARICA:  Objection, vague.

16              THE COURT:  You can reask it.  Sustained.  Go

17 ahead.

18 BY MR. BRYANT:

19 **Q.**    I understand from your testimony that Oldrys wanted

11:41:56  20 to and has come to the United States for better economic

21 opportunities.  Is that right?

22 **A.**    Yes.

23 **Q.**    And that's really the central reason for him to be

24 here for these two years that are ahead?

11:42:07  25 **A.**    I -- I suppose so.

*ERIC SYPE - CROSS BY MR. BRYANT*

1  **Q.**   Okay.  Are there any other major reasons for Oldrys

2  to come to the United States in 2023?

3             MS. FUDIM:  Objection, speculation.

4             THE COURT:  Overruled.  Same admonition.

11:42:26  5  **A.**   My understanding based on conversation with Oldrys is

6  that his primary reason for coming is to be able to

7  provide for his family.

8  BY MR. BRYANT:

9  **Q.**   Would it be fair to say that Oldrys has those

11:42:53  10  economic betterment reasons to come to the United States,

11  but he does not have any urgent humanitarian reason --

12             MS. LANGARICA:  Objection, Your Honor --

13  BY MR. BRYANT:

14  **Q.**   -- to come to the United States?

11:43:01  15             MS. LANGARICA:  -- calls for legal conclusion.

16  Objection, calls for speculation.  Calls for legal

17  conclusion.

18             THE COURT:  Okay.  You can answer that --

19             MS. FUDIM:  Same.

11:43:07  20             THE COURT:  -- based on your understanding.

21             So "urgent humanitarian reason" is a

22  defined term in statute.  You are not a lawyer.  You don't

23  know what that means.  Just based on your understanding of

24  what the urgent humanitarian reason is other than what you

11:43:21  25  have already testified to.

*ERIC SYPE - CROSS BY MR. BRYANT*

1               Do you understand?

2               THE WITNESS:  I am a little confused by what

3 you mean about other than what I have already testified to.

4               THE COURT:  So -- okay.  Then you had said to

11:43:31  5 provide for his family, right?

6               THE WITNESS:  Uh-huh.

7               THE COURT:  And so other than that, is there

8 any other reason that you're aware of that he was leaving

9 his country?

11:43:39  10               THE WITNESS:  Oh, I see.  That is my

11 understanding, is that there's -- he's unable to provide

12 for his family, and he is coming here so that he has

13 opportunity to do so.

14 BY MR. BRYANT:

11:43:56  15  Q.   In your judgment, does Oldrys being here provide any

16  significant public benefit --

17               MS. LANGARICA:  Objection, Your Honor.

18 BY MR. BRYANT:

19  Q.   -- in the United States?

11:44:03  20               MS. LANGARICA:  Calls for a legal conclusion.

21 Calls for speculation.

22               THE COURT:  I'll sustain that.

23               MS. LANGARICA:  Argumentative.  Objection.

24               THE COURT:  It's not argumentative, but I have

11:44:10  25 already sustained that one.

1                     Just to be clear, I didn't think it was

2  argumentative.  I do think that you're using defined terms

3  in the statute, and so if you want to ask it in a -- in a

4  way that doesn't define the -- use the terms that are out

11:44:29  5  of the statute.

6                     MR. BRYANT:  I'll be happy to rephrase it, Your

7  Honor.  But I understand.  I am not trying to get him to

8  make legal admissions.

9                     THE COURT:  Right.

11:44:36  10                     MR. BRYANT:  I am just asking him his ordinary

11  understanding of that term --

12                     THE COURT:  Ask him --

13                     MR. BRYANT:  -- based on -- as a, you know,

14  very educated man.

11:44:45  15                     THE COURT:  Ask him how he interprets that

16  term, and then he can answer it as to his understanding of

17  the term.

18                     MS. LANGARICA:  And, Your Honor, I will add one

19  more objection to that, asked and answered.  Mr. Sype has

11:44:54  20  testified to his knowledge for the reasons for the

21  application for parole --

22                     THE COURT:  Right.  And so --

23                     MS. LANGARICA:  -- that applies in this case.

24                     THE COURT:  -- so sometimes questions can cause

11:45:03  25  you to remember things that you didn't testify to when you

73

*ERIC SYPE - CROSS BY MR. BRYANT*

1 were asked them earlier.  So it is designed to, I think,

2 find out if there is anything else.

3                    So that's overruled.

4 BY MR. BRYANT:

11:45:13  5 **Q.**    Mr. Sype, I understand that Oldrys being here

6 provides some economic benefits to himself and his family.

7                    To your understanding as a -- as an

8 educated American, does his being here provide any

9 significant benefits to the public in general?

11:45:36  10                   MS. LANGARICA:  Objection, Your Honor, calls

11 for a legal conclusion.  Omitting one of the words from the

12 statute does not change the fact that counsel is asking

13 about a statutorily defined phrase.

14                   THE COURT:  What -- what benefits do you

11:45:55  15 think -- set aside significant public -- benefits to the

16 public in general, right?  That's a defined term that I am

17 not going to be locked into your answer on.

18                   What benefits do you think Mr. Oldrys is

19 bringing to the United States?

11:46:07  20                   THE WITNESS:  I would say that he's a valuable

21 member of the workforce.  He will be, when he receives his

22 work authorization, I should say, to be able to work on my

23 family's farm, which I have previously testified, the

24 entirety of my memory has always struggled with being able

11:46:27  25 to find enough labor.

*ERIC SYPE - CROSS BY MR. BRYANT*

1                    And through his participation in my

2 family's church, I see him also already being a very

3 positive impact on my home community of Cashmere that I

4 lived in for the first 18 years of my life.

11:46:45   5 BY MR. BRYANT:

6   **Q.**   Mr. Sype, when you applied to be Oldrys's sponsor

7 under the CHNV parole program, were you asked or required

8 to state whether his presence in the United States would

9 be for any urgent humanitarian reasons?

11:47:06   10                   MS. LANGARICA:  Objection, Your Honor.  Calls

11 for a legal conclusion.  These are statutorily defined

12 terms.

13                   THE COURT:  It's overruled.  He is asking -- he

14 is saying whether or not the DHS asked him that.

11:47:15   15                   So I am not asking you to define it.  He

16 is saying, did anybody ask you that?

17   **A.**   And can you -- can you rephrase?  I'm sorry.  I am --

18 with all of the back-and-forth --

19 BY MR. BRYANT:

11:47:24   20   **Q.**   Yeah.

21   **A.**   -- can you ask me what they asked me?  What are you

22 asking if they asked me?

23   **Q.**   I am asking whether on the form -- form or forms that

24 you were asked to fill out --

11:47:32   25   **A.**   Uh-huh.

*ERIC SYPE - CROSS BY MR. BRYANT*

1   **Q.**   -- you described that there was a lot of paperwork --

2   **A.**   Uh-huh.

3   **Q.**   -- that was involved?

4   **A.**   Yeah.

11:47:37   5   **Q.**   Anywhere in that paperwork, were you asked to state

6   any urgent humanitarian reasons for Oldrys to be paroled

7   into the United States?

8   **A.**   I'm trying to go back and think through the form

9   mentally in my head.  I believe -- I certainly put that he

11:48:01   10   would be working on my cousin's farm.  And I am -- I

11   have -- I've written a lot of documents.  I'm trying to

12   remember if on that document I specifically wrote on

13   whether or not he was coming for the opportunity to be

14   able to provide for his family.  But I cannot recall on

11:48:20   15   that specific form whether he did -- whether I said that

16   or not.

17   **Q.**   Okay.  And I think I know the answer, but I want to

18   clarify it.

19   **A.**   Uh-huh.

11:48:29   20   **Q.**   Do you -- was there anything on the form that the

21   government provided you that asked you to explain the --

22   if there were urgent humanitarian reasons for him to be

23   present in the United States under the parole program?

24        MS. LANGARICA:  Objection, Your Honor, Mr. Sype

11:48:44   25   has testified that he does not recall.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*ERIC SYPE - CROSS BY MR. BRYANT*

1            THE COURT:  Overruled.

2  **A.**   I -- yeah, I do not recall specifically.

3 BY MR. BRYANT:

4  **Q.**   Do you recall whether there was anything on the form

11:48:54  5  that the government gave you to apply to be a sponsor

6  under the CHNV parole program that asked you to state

7  whether Oldrys's presence in the United States on parole

8  would provide a significant public benefit?

9            MS. LANGARICA:  Objection, Your Honor, Mr. Sype

11:49:13 10 has testified that he does not recall.

11            THE COURT:  Overruled.

12               You can answer the question.

13  **A.**   I do recall that I wrote that he would be working on

14  the farm.  I don't recall if it was necessarily in the

11:49:23 15  context that you're suggesting they would have asked it

16  in.

17 BY MR. BRYANT:

18  **Q.**   Okay.  And you don't recall being asked if there was

19  any significant public benefit to Oldrys being paroled in

11:49:35 20  the United States?

21            MS. LANGARICA:  Objection, Your Honor.

22 Mr. Sype has provided the answer to this exact same

23 question.

24            THE COURT:  It's overruled.  I mean, but we

11:49:41 25 need to move on.

*ERIC SYPE - CROSS BY MR. BRYANT*

1          MR. BRYANT:  Yes, sir.

2          THE COURT:  Okay?  You are starting to repeat

3 yourself.

4 **A.**   I do not recall.

11:49:53 5 BY MR. BRYANT:

6 **Q.**   Okay.  So your understanding, the CHNV parole program

7 allows up to 30,000 people per month like Oldrys, who want

8 better economic opportunity, to be paroled into the United

9 States for two years?

11:50:33 10         MS. LANGARICA:  Objection, Your Honor.

11 Mr. Sype did not testify to a 30,000 number.

12         MR. BRYANT:  I'm just asking him if he knows,

13 what his understanding is.

14         THE COURT:  Yeah.  If you are asking if he

11:50:47 15 knows what the number is, that's fine.

16 **A.**   I do know what the number is, but the second part of

17 what you said is not my understanding.

18 BY MR. BRYANT:

19 **Q.**   Okay.  Could you explain what your understanding is?

11:50:57 20 **A.**   My understanding is that he would -- that there is

21 many other reasons why folks would seek parole into the

22 United States other than economic opportunity.

23 **Q.**   Okay.  In your view is simply seeking better

24 opportunity economically a sufficient reason under the

11:51:20 25 CHNV parole program to be paroled into the United States

*ERIC SYPE - CROSS BY MS. FUDIM*

1  for two years?

2           MS. FUDIM:  Objection, Your Honor, calls for a

3  legal conclusion.

4           MS. LANGARICA:  Objection, Your Honor.

11:51:29  5           THE COURT:  Sustained.

6  BY MR. BRYANT:

7     Q.   If you -- do you have any reason to believe that

8  Oldrys would have attempted to enter the United States by

9  any other means had he not been allowed to be paroled

11:52:02  10  under this particular program?

11           MS. LANGARICA:  Objection, Your Honor, asked

12  and answered at the start of the cross.

13           THE COURT:  It is overruled.

14                Go ahead.

11:52:09  15  A.   Based on conversations, he had not mentioned anything

16  to me about that, but I am not Oldrys so I could not

17  answer that affirmatively.

18           MR. BRYANT:  Pass the witness.

19           THE COURT:  The federal defendants?

11:52:23  20           MS. FUDIM:  Very briefly, Your Honor.

21           THE COURT:  Sure.

22                    **CROSS-EXAMINATION**

23  BY MS. FUDIM:

24     Q.   Good afternoon.

11:52:29  25  A.   Good afternoon.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*ERIC SYPE - CROSS BY MS. FUDIM*

1  **Q.**   Just to be clear, you don't know whether your friend,

2  Oldrys, would have come to the United States in the

3  future, a year from now, two years from now, three years

4  from now, five years from now, but for the CHNV processes,

11:52:43  5  correct?

6  **A.**   That is correct.

7  **Q.**   And he has a wife, correct?

8  **A.**   Correct.

9  **Q.**   And you don't know if, but for his parole into the

11:52:49  10  United States under these processes, she might have come

11  to the United States in a year from now, two years from

12  now, five years from now, correct?

13  **A.**   That's correct.

14  **Q.**   And you said he has brothers and sisters?

11:53:00  15  **A.**   Correct.

16  **Q.**   And you don't know whether they might have come to

17  the United States now, a year from now, three years from

18  now, five years from now, had he not had the opportunity

19  to come to the United States through the CHNV parole

11:53:12  20  processes, correct?

21       THE COURT:  Hold on just a second.

22       MR. BRYANT:  Objection, Your Honor.  All the

23  questions are leading.

24       THE COURT:  It's cross-examination.

11:53:22  25       MS. LANGARICA:  This is cross.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*ERIC SYPE – CROSS BY MS. FUDIM*

1 BY MS. FUDIM:

2  **Q.**   You can answer the question, sir.

3  **A.**   That's correct.

4  **Q.**   And your friend Oldrys has parents?

11:53:28  5  **A.**   That's correct.

6  **Q.**   And they live in a multigenerational household -- he

7  lived in a multigenerational household with his parents?

8  **A.**   That's correct.

9  **Q.**   Shared expenses in Nicaragua?

11:53:36  10  **A.**   Correct.

11  **Q.**   Shared responsibilities in Nicaragua?

12  **A.**   Correct.

13  **Q.**   And you don't know, sitting here, whether his parents

14  either individually or together might have come to the

11:53:43  15  United States now, a year from now, or five years from now

16  had your friend not been able to come to the United States

17  via the CHNV parole processes, correct?

18  **A.**   That's correct.

19           MS. FUDIM:  Nothing further.

11:53:56  20           THE COURT:  Intervenor defendants?

21           MS. LANGARICA:  Your Honor, may we have two

22  minutes?

23           THE COURT:  Sure.

24           MS. LANGARICA:  Thank you.

11:54:19  25              (Discussion off the record between

81

1 counsel.)

2            THE COURT:  This is not the temperature in

3 Washington when you left?

4            THE WITNESS:  It was actually -- we actually

11:54:32  5 had a little bit of a heat wave in Washington.

6            (Discussion off the record.)

7                    **REDIRECT EXAMINATION**

8 BY MR. GALLI-GRAVES:

9  **Q.**  Hello, Mr. Sype.

11:57:01  10  **A.**   Hello.

11            THE COURT:  Sorry.  I will say I typically

12 don't allow the questioners to swap out.

13                 Is this just to give someone experience

14 or...

11:57:09  15            MS. LANGARICA:  It is, Your Honor,

16 Mr. Galli-Graves is a young attorney.

17            THE COURT:  All right.  Any objection or any

18 concerns?

19            MR. BRYANT:  No, Your Honor.

11:57:14  20            THE COURT:  All right.  Go ahead.

21            MR. GALLI-GRAVES:  Thank you, Your Honor.

22            THE COURT:  You bet.

23 BY MR. GALLI-GRAVES:

24  **Q.**   Mr. Sype, would you mind explaining briefly some of

11:57:21  25  the situations that exacerbated Oldrys and his family's

1   economic instability in Nicaragua?

2   **A.**   Sure.  As I mentioned previously, he lives in a

3   coastal community, and over the last few years there have

4   been a number of tropical storms and hurricanes that have

11:57:40   5   wreaked havoc across Nicaragua.  And actually one storm in

6   particular, his in-law's family lost their entire home.

7   It was swept away.  And there has been very severe

8   flooding around the community that they lived in as well.

9   So that -- that is one compounding factor that Oldrys and

11:58:00   10   his family have shared with me in great detail about.

11                And as I also mentioned, in 2018 there was

12   widespread political uprisings.  I was actually visiting

13   the family the week prior to the political uprising

14   starting so that -- the start of that is kind of seared in

11:58:23   15   my head because I was in the country directly before that.

16   And as part of those political uprisings there were

17   blockades that were set across all of the major highways

18   in the country and basically all economic activity

19   stopped.  And while I was speaking with the family at that

11:58:41   20   time, they said that there was no work for any extended

21   period of time.  And then obviously, the COVID-19 pandemic

22   that we have all experienced also had very severe economic

23   impact on the country.

24                On top of that, Oldrys's mother, Vilma,

11:59:01   25   who I spoke about, she in recent years has had some very

*ERIC SYPE - REDIRECT BY MR. GALLI-GRAVES*

1  severe health complications that have routinely created

2  unforeseen costs and as well as just caring for a loved

3  one that is kind of shared across the entire family.

4              So the -- those three events that

11:59:21  5  are happening in Nicaragua as a whole that the family has

6  kind of continually been sharing with me about, as well as

7  the specific impacts of Oldrys's mother's health, have all

8  kind of created a hardship in their own ways for Oldrys

9  and his family.

11:59:36  10  Q.   Thank you.  And does Oldrys's wife and his children

11  support his being here in the United States?

12  A.   Yes, they do, very much.  They were speaking on a

13  daily basis when I was in Cashmere, and I believe they

14  still have continued to do so.  And his little son, Adam,

11:59:54  15  in particular, is very excited and can't wait for his

16  father to bring him a Transformer toy back from the United

17  States.

18  Q.   And how do they communicate when they communicate?

19  A.   They communicate via WhatsApp.

12:00:06  20  Q.   Okay.  And is that through voice call or through

21  video?

22  A.   That is generally through video call when -- when it

23  is available.  Although, living in a more rural part of

24  Nicaragua, they oftentimes have connectivity issues.  So

12:00:19  25  then it would be voice call during those times.

*ERIC SYPE - REDIRECT BY MR. GALLI-GRAVES*

1  **Q.**   And about how often did you say that they

2  communicate?

3  **A.**   On a daily basis.

4  **Q.**   Thank you.

12:00:29  5              MR. GALLI-GRAVES:  If it's all right, Your

6  Honor, I'm just going to confer very briefly with my

7  co-counsel.

8              THE COURT:  Sure.  Sure.

9                  (Counsel confer off the record.)

12:00:41  10             MR. GALLI-GRAVES:  No further questions, Your

11  Honor.

12             THE COURT:  Any recross?

13             MR. BRYANT:  None, Your Honor.

14             MS. FUDIM:  No, Your Honor.

12:00:45  15             THE COURT:  All right.  I have got just a

16  couple of questions.  There was a little bit of crosstalk

17  here.

18                  Why did Oldrys want to leave his country?

19             THE WITNESS:  To be able to provide for his

12:00:54  20  family.

21             THE COURT:  All right.  Do you know if he was

22  asked about that question, why he wanted to leave his

23  country, by DHS or anybody vetting him?

24             THE WITNESS:  I do not know specifically, no.

12:01:06  25             THE COURT:  When you were sponsoring him, did

1 you ask why you thought he was leaving his country?

2           THE WITNESS:  I don't recall.  I believe that I

3 was mainly vetted for my own criminal history, which is

4 none, and my financial ability to sponsor him.

12:01:24    5           THE COURT:  Okay.  So were you asked anything

6 about the applicant?  What -- I mean, what background --

7 what did they ask you about the applicant, Mr. Oldrys?

8           THE WITNESS:  Yeah.  They asked for

9 biographical information about Oldrys as well as financial

12:01:41   10 information, and then they also asked for identity

11 verification which we provided through a passport.

12           THE COURT:  Do you know if anybody else in his

13 family has asked to participate in the CHNV program?

14           THE WITNESS:  Not that I'm aware of.

12:01:59   15           THE COURT:  So are they -- as far as you know,

16 in your conversations with them and Oldrys, are they safe

17 and secure there where they're located?

18           THE WITNESS:  I -- if I understand -- do you

19 mean, like, from violence?

12:02:16   20           THE COURT:  Yeah, tell me if you don't

21 understand.  What I am saying, are they in good shape

22 there?  I'm trying to find out if Mr. Oldrys left because

23 it was dangerous, or those conditions that you talked

24 about.  Is his family safe and he is providing money and

12:02:32   25 sending money home?

```
          1                THE WITNESS:  That's correct.  Uh-huh.

          2                THE COURT:  Okay.  And you said that he does

          3 plan to return?

          4                THE WITNESS:  That's correct.  Yes.

12:02:39  5                THE COURT:  When would that be?

          6                THE WITNESS:  At the end of his two-year

          7 parole, I believe.  He is allowed to stay in the country

          8 until August of 2025.

          9                THE COURT:  Okay.  So is it your understanding,

12:02:51 10 and I don't know -- don't say unless you know.

         11                THE WITNESS:  Uh-huh.

         12                THE COURT:  Is it your understanding that he

         13 plans to stay here, work so that he can provide for his

         14 family and then go home at the conclusion of the two years?

12:03:00 15                THE WITNESS:  Yes.  That is his plan.

         16                THE COURT:  Okay.  Based on what I have just

         17 asked, is there -- are there any questions from the

         18 intervenor defendants?

         19                    Sure.

12:03:12 20                MS. LANGARICA:  Just one additional question.

         21                THE COURT:  Sure.

         22                MR. GALLI-GRAVES:  Would you like me to go back

         23 up or stay there?

         24                THE COURT:  That's fine.  You can stay there.

12:03:30 25                    Before you do that, I have got one more
```

1 question, just I can give you the opportunity.  Did he talk

2 about any other programs that were available for him to

3 come to the United States, parole or any other programs, in

4 order to provide for his family, other than CHNV Pathways?

12:03:48  5          THE WITNESS:  No.  And I -- he did not talk

6 to -- about CHNV with me until I had brought it up.

7          THE COURT:  Okay.  And -- to me it is not

8 important who brought it up.  I wanted to know if y'all

9 discussed other avenues other than CHNV whereby he could

12:04:03 10 come to the United States to do what he is doing.

11          THE WITNESS:  No, we never did.

12          THE COURT:  Okay.  All right.  Now go ahead.

13          MR. GALLI-GRAVES:  Thank you, Your Honor.

14                    **REDIRECT EXAMINATION (CONTINUED)**

12:04:16 15 BY MR. GALLI-GRAVES:

16 **Q.**   So, Mr. Sype, various of the parties have asked you

17 questions relating to the benefits surrounding Oldrys's

18 coming to the United States, and whether or not you knew

19 if the government had asked you on forms or in other

12:04:30 20 places about those benefits.  You testified that you

21 didn't know.  Is that correct?

22 **A.**   Yes, that's correct.

23 **Q.**   To your best knowledge, are you aware of any

24 interview happening with Oldrys throughout this travel

12:04:44 25 process?

88

1    **A.**    Yes.  I am.

2    **Q.**    To your knowledge, what is your best understanding of

3    what happened in that interview?

4    **A.**    I was not present in that interview, but I know that

12:04:56    5    when he arrived at his port of entry in San Francisco, it

6    took him around three hours to be processed through

7    immigration, and that I helped him prepare all of the

8    documentation that he brought with him while he was

9    processed through immigration, which was his travel

12:05:16    10    authorization from CBP, as well as information about his

11    sponsorship, and my parents.

12                    And I know that -- all I really know is

13    that he had the documentation that we had talked about to

14    ensure that he would be able to provide that to

12:05:34    15    immigration officials and that it took him around three

16    hours.  And during that time he provided that

17    documentation and answered some questions from immigration

18    officials before he was paroled into the country.

19                    MR. GALLI-GRAVES:  Thank you, Mr. Sype.

12:05:49    20                    No further questions, Your Honor.

21                    THE COURT:  From Texas?

22                    MR. BRYANT:  Your Honor, I have no further

23    questions, but did want to note in case it is helpful to

24    the Court, that a form of the application for the CHNV

12:06:07    25    parole program is Intervenor's Exhibit 67, so that if the

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 Court wants to see what Mr. Sype was asked to provide in

2 the way of information regarding Oldrys, it's available.

3                THE COURT:  Okay.  I feel like I am going to be

4 walked through those forms at some point today.

12:06:29   5                All right.  Do the federal defendants have

6 any further questions?

7                MS. FUDIM:  No, Your Honor.

8                THE COURT:  You are excused.  Thanks very much

9 for coming.

12:06:37   10                THE WITNESS:  Thank you, Your Honor.

11                THE COURT:  You bet.

12                Do the intervenors have any additional

13 defendants?  I'm sorry.  Witnesses?

14                MS. LANGARICA:  No further witnesses, Your

12:06:45   15 Honor.

16                THE COURT:  Any rebuttal from the States?

17                MR. WALTERS:  No, Your Honor.

18                THE COURT:  All right.  And then the record is

19 officially closed.  We can move on to argument.

12:06:55   20                It seems like, to me, that it is a good

21 time to break for lunch.  So it is 12:06.

22                How long are we anticipating?  I have got

23 all day tomorrow open.  Seems like -- we can go off the

24 record.

12:07:11   25                (Discussion off the record.)

1                THE COURT:  It's 12:07.  Why don't we start

2 back at 1:30.  Does that work for everybody?

3                COURT SECURITY OFFICER:  All rise.

4 (Proceedings recessed from 12:07 to 1:37.)

01:37:25 5                COURT SECURITY OFFICER:  All rise.

6                THE COURT:  Please be seated.

7                    Okay.  We are back on the record.  Are we

8 ready to proceed?  Any issues?  Okay.

9                    Back on the record.  Hear from the State

01:37:44 10 of Texas for closing.

11                    Are you going to be using the projector at

12 all?

13                MR. HAMILTON:  No, sir.

14                THE COURT:  Okay.

01:37:51 15                MR. HAMILTON:  May it please the Court, Gene

16 Hamilton for the plaintiff States.

17                    Judge, as my colleague Mr. Walters

18 articulated earlier, we would like to split up our closing

19 between the three of us.  So we will start with me; we will

01:38:05 20 go to my colleague Mr. Rogers; and then he will hand it off

21 to Mr. Walters, just to give you a preview.

22                    The plaintiff States are challenging the

23 Biden administration's decision to create the CHNV parole

24 program that allows up to 30,000 aliens, each and every

01:38:23 25 month, to enter the United States, but these are aliens who

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 don't qualify to enter through any other mechanism.

2                    What the defendants have created, in

3 effect, is a shadow immigration system through which

4 supporters can apply for beneficiaries to come to the

01:38:46   5 United States outside the purview of the carefully

6 established immigration scheme that Congress established in

7 the Immigration and Nationality Act.  That includes

8 immigrant visa programs, nonimmigrant visa programs, or

9 humanitarian programs and the like.

01:39:05   10                    The defendants have just decided that

11 under the guise of managing the crisis at the border, that

12 what they are going to do is create their own immigration

13 system that suits their needs, that suits the needs of the

14 beneficiaries of the program, but is not consistent with

01:39:23   15 what Congress provided by statute.

16                    They did all of this without even going

17 through notice and comment.  They failed to consider

18 important aspects of the program.  Most notably to me is

19 their failure to analyze their ability to remove

01:39:40   20 individuals at the end of this program, at the end of their

21 parole period, from the United States.

22                    In their view, their program is precisely

23 consistent with past uses of Section 1182(d)(5) of the INA,

24 but the problem for them is that Congress acted to curtail

01:40:04   25 the executive's authority twice in recent decades.  They

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 view their authority as being the same as what it was in

2 the '50s, and '60s, and the '70s, even in the '80s, but the

3 simple answer as a matter of statute, as a matter of text,

4 is that it is not.

01:40:26  5                      Congress intentionally curtailed this

6 parole authority for the executive.  We have addressed this

7 in our complaint.  We have addressed this in our

8 preliminary injunction motion.  We have addressed this in

9 our proposed findings of fact and conclusions of law.  But

01:40:42 10 you don't have to just take our word for it.  This is an

11 issue, this authority, the abuse of this authority, is

12 something that has gotten the attention of other courts

13 recently, most notably the Fifth Circuit and also the

14 Northern District of Texas.

01:40:56 15                      They can only grant parole to aliens under

16 8 U.S.C. 1182(d)(5)(A) on a case-by-case basis for urgent

17 humanitarian reasons or significant public benefit.  As the

18 Fifth Circuit just noted in December of 2021, Judge Oldham,

19 "Throughout the mid-20th century, the executive branch on

01:41:27 20 multiple occasions purported to use the parole power to

21 bring in large groups of immigrants.  In response, Congress

22 twice amended the statute to limit the scope of the parole

23 power and prevent the executive branch from using it as a

24 problematic policy tool.  First in the Refugee Act of 1980

01:41:47 25 Congress added 1182(d)(5)(B)."

1                    I'm skipping over some stuff.

2                    "And then in 1986 by providing that parole

3 be granted only a case-by-case basis for urgent

4 humanitarian reasons or significant public benefit."

01:42:00   5                    They went on to say that "The parole power

6 gives the executive branch a limited authority to permit

7 incoming aliens to stay in the United States without formal

8 authorization when their particular cases demonstrate an

9 urgent humanitarian need or that their presence will

01:42:18  10 significantly benefit the public.  The power must be

11 exercised on a case-by-case basis."

12                    "Quintessential modern uses of the parole

13 power include, for example, paroling aliens who do not

14 qualify for an admission category, but have an urgent need

01:42:35  15 for medical care in the United States, and paroling

16 immigrants who are qualify for a visa and are waiting for

17 it to become available."

18                    They went on to note, "DHS cannot use that

19 power to parole aliens en masse."  That was the whole point

01:42:51  20 of the case-by-case requirement that Congress added in the

21 1996 statute, IIRAIRA.

22                    Judge Kascmaryk most recently noted in the

23 MPP case that the number of -- and this is in response to

24 their use of the parole power in the context of the border,

01:43:20  25 managing the border.  And this is MPP, so they're relying

1 on the same authority, same 1182(d)(5), to be able to say

2 that they can release as many people as they want into the

3 United States.

4                    And in it, he notes that the October 29th

01:43:35  5 memoranda -- so this is one of the memoranda attempting to

6 terminate MPP -- they attempted to justify their actions by

7 stating:  "The parole statute does not set any limit on the

8 number of individuals DHS can decide to release on parole.

9 That may be true, but the number of aliens paroled each

01:43:55 10 month gives rise to a strong inference that the government

11 is not really making these parole decisions on a

12 case-by-case basis."

13                    He also noted that their attempts to

14 justify MPP termination relied on past DHS practice, past

01:44:16 15 parole programs claiming that DHS has long interpreted its

16 parole authority to enable it to simply parole aliens when

17 it lacks sufficient detention capacity.  But as Judge

18 Kascmaryk noted, "Practice does not by itself create

19 power."

01:44:34 20                    The record establishes that the defendants

21 in this case are doing anything but adjudicating these

22 cases on a case-by-case basis for those two limited

23 purposes.  Defendants' Exhibit II has some details.

24                    Page 4, it's noted that so far under the

01:44:59 25 purview of this program, 50,345 Venezuelans and 110,312

1 Cubans, Haitians, and Nicaraguans have been allowed to be

2 paroled into the United States, an average of 823 people a

3 day.

4                      Page 3, Footnote 2, DHS made the

01:45:25  5 comparison between the total arrivals before the

6 implementation of the processes and after.  And so now it's

7 at 1,401 aliens from those four countries every single day

8 coming into the United States, between the parole program

9 and between their ability to apply at ports of entry

01:45:45 10 through other mechanisms that the defendants have created.

11                      It was at 2,356 a day, so they tout that

12 is -- in total it is a 41 percent reduction in flow.

13                      Plaintiffs' Exhibit 41 has additional

14 details.  The chart on page 11 is telling.  So far, for

01:46:08 15 Venezuelans, they have received 71,633 applications.  They

16 have adjudicated 60,422.  Of those adjudicated, they have

17 approved 58,397, for a 96.6 percent approval rate.

18                      Nicaragua:  39,699 applications.  They

19 have adjudicated 30,930.  They have approved 29,935 of

01:46:40 20 those, for a 96.7 percent approval rate.

21                      Haiti:  78,838 applications; 64,285

22 adjudicated; 63,214 approved, for a 98.3 percent approval

23 rate.

24                      Cuba:  44,360 applications; 39,046

01:47:11 25 adjudicated; 38,396 approved, which equates to a 98.3

1 percent approval rate.

2                    Page 15:  13,990 beneficiaries have
3 provided the defendants with an address indicating that
4 they are going to live in Texas.

01:47:37   5                    Page 16:  2,664 beneficiaries under the
6 age of 18 have a Texas address, in a grand total of 17,806
7 individuals under the age of 18.

8                    Now, as we have discussed, we still don't
9 have the numbers for July, so we don't know what those look
01:47:57  10 like, but I suspect that they are probably similar.

11                    The defense are trying to argue that they
12 reduced the overall flow into the United States of these
13 nationals and that somehow this program is a victory and
14 somehow this program ensures for them that Texas is
01:48:18  15 suffering no harm, Texas has no standing to challenge these
16 programs, because they have somehow reduced the number --
17 total number of these people coming into the country.

18                    But that is irrelevant; and it's a false
19 paradigm; and we have to reject it.  Human beings are not
01:48:40  20 migratory birds who fly in one direction every season and
21 fly in the other direction every other season.  They act as
22 though there is no alternative.  They have thrown their
23 hands up.  They said, well, they are going to come anyways,
24 so we might as well make it easier.  If we don't do this
01:49:02  25 program, they are going to cross illegally, and that

1 undermines the entire purpose of the Immigration and

2 Nationality Act.

3              Congress created an entire immigration

4 enforcement regime to ensure that only those aliens who

01:49:19  5 qualified to be here are allowed to stay, and that those

6 who are in violation of those laws must leave.  Those who

7 do not qualify are not supposed to enter the United States.

8 Congress made these value judgments for all of us.

9              The defendants, the intervenor defendants,

01:49:43  10 they may want a different system, and that's fine.  As a

11 policy argument, that is an argument that they can make to

12 their elected representatives in Congress.  But the simple

13 fact of the matter is that Congress has already made these

14 value judgments.

01:50:01  15              So under their interpretation, there is no

16 limiting principle to what they can use this program, this

17 tool, 1182(d)(5)(A), for.  There is none.  Anytime they

18 want to create an aggregate -- in the aggregate some kind

19 of significant public benefit or some urgent humanitarian

01:50:22  20 reason for any national of any country anywhere in the

21 world, they can establish one of these programs and parole

22 in as many as they want.

23              And when you look at those numbers that I

24 cited already, it is staggering, especially when you

01:50:35  25 contrast it with some of the carefully crafted schemes that

1 Congress has created:  immigrant visas, nonimmigrant visas,

2 our humanitarian protection system, the refugee admission

3 system, which is a system that Congress created in 1980 to

4 take care of some of the situations that the defendants are

01:50:52   5 trying to address.  And that requires a careful

6 consultation between Congress and the executive branch

7 about the number that they are going to bring into the

8 United States every single year.

9                   But, yet, under the defendants' view, they

01:51:05   10 can bring in as many people as they want for any purpose.

11 We have seen this playbook before.  Under their view,

12 anytime anyone makes any decision about an individual

13 alien, that means that they're adjudicating it on a

14 case-by-case basis.  Apparently, the only reason -- the

01:51:27   15 only way that you wouldn't be able to do that is if you

16 were instead deeming 10,000 people at once eligible to come

17 into the United States.

18                   So under their -- under their view, under

19 their interpretation, and under their practice, what they

01:51:40   20 have tried to say is because we have this process where a

21 supporter files this affidavit and where the supporter

22 identifies these people and then the alien comes to the

23 port of entry in the interior of the United States at the

24 airport, because some CBP officer is sitting there and

01:51:57   25 makes a decision about that individual person coming into

1 the United States, that somehow they are exercising

2 case-by-case decision-making for one of those two limited

3 purposes.

4                    But the facts speak for themselves.  This

01:52:13  5 is just like DACA; this is just like DAPA, where the

6 Southern District of Texas and the Fifth Circuit have noted

7 in those contexts, these extraordinarily high approval

8 rates mean that the agency actually isn't exercising

9 discretion.  It is channeling this decision-making for its

01:52:31 10 agents to get to a result that it wants.  It is creating a

11 program that provides affirmative benefits in the United

12 States.

13                    This is not enforcement discretion.  This

14 has nothing to do with arrests, releases from custody, none

01:52:45 15 of the sort.  This is about providing an individual who, as

16 we heard about earlier from the live witness today, any

17 individual from these four countries, with certain very

18 limited exceptions, can be brought here, not for

19 significant public benefit, not for urgent humanitarian

01:53:08 20 reasons, but to come work on an apple farm.

21                    I want to talk for a minute, while we

22 addressed in our -- in our briefing to this Court a lot of

23 our underlying claims and our issues with the defendants'

24 actions under the APA, I want to draw this Court's

01:53:34 25 attention in particular to just how bad and how important

100

1 it is that they failed to take into consideration the

2 actual operation of the immigration system and their

3 ability to remove individuals from the United States after

4 the completion of or the expiration of their parole period.

01:53:53    5                     In short, if you read through their

6 memorandum, if you read through the memos, you read through

7 all the materials that are here, DHS essentially says,

8 well, they have an obligation to leave.  We expect that

9 they are going to leave.  They are going to comply with the

01:54:14   10 terms of their -- of their parole.  And so, you know, we

11 have no reason to do anything else.  There is no reason for

12 us to actually have to separately analyze that.  But it is

13 an important critical factor.

14                     And there is a board of regents, amongst

01:54:31   15 other cases, *State Farm*, other things, the agency had an

16 obligation to look at this issue, to think about this

17 issue, and to explain its decision-making.

18                     As the defendants note in their proposed

19 findings of fact and conclusions of law, in FY '22, they

01:54:51   20 were only able to remove, return, or expel 176 Cubans,

21 3,024 Nicaraguans, 987 Venezuelans, and 18,000 Haitians.

22                     Now, that number, of course, if you look

23 at the language that the defendants used in their proposed

24 findings of fact, includes not just repatriations to those

01:55:19   25 countries, but that includes expulsions under Title 42.  So

1  I would anticipate that the real numbers are actually much

2  less in terms of the number of people who were able to be

3  put on a plane and sent back to their home country.

4                    And of those countries, I think this Court

01:55:38  5  can take judicial notice of the fact that the Department of

6  Homeland Security has designated three of them, nationals

7  of three of them, for temporary protected status.  So that

8  is not Cuba, but Haiti, Venezuela, and Nicaragua are all

9  currently designated for temporary protected status, which,

01:56:00  10  in effect, as you can see on the defendants' own website,

11  means that they are not going to be removing these people

12  anyways.  They have no intention of removing anybody.  They

13  have no intention of doing anything.

14                    This program is so different than some of

01:56:15  15  the programs that they are trying to compare it to, in many

16  ways.  The other programs, like the Filipino War Veteran

17  Parole Program, at least in that case, while I disagree

18  with the -- personally the legal conclusion that it is

19  permissible, at least in that case, it's a program that was

01:56:33  20  used to parole people into the United States while they

21  wait for their visa to become current.  At least there was

22  some hope on the horizon for the person to be able to do

23  something through the legal immigration channels in the

24  United States.

01:56:49  25                    What we have here is an entirely new

1 program created out of whole cloth because the Department

2 of Homeland Security decided it would be to their benefit.

3                    I would also note that in Plaintiffs'

4 Exhibit 41, page 16 -- this is the answer to Number 5 --

01:57:09  5 they state:  "DHS has no comprehensive method to track

6 whether a parolee remains in the United States."

7                    Congress created our immigration system,

8 as I've said.  We have all of these programs already.  The

9 defendants' program is not here to permit the temporary

01:57:34  10 presence of these aliens in the United States.  It's to

11 create a pathway to bring in hundreds of thousands of

12 additional people who they want to come into the United

13 States, who they think are going to come anyway, so why

14 don't we just make it easier?

01:57:50  15                    And they have no intention of being able

16 to remove them when their authorized period of parole

17 expires.  All that they basically say is, well, they will

18 be put in the immigration court proceedings.  Well, I am

19 happy that we know they will join the backlog of 1.3

01:58:05  20 million pending cases in immigration court, and they will

21 go through a process that takes years for them to complete

22 so they can then be removed from the United States.

23                    This all leads me to the point that when

24 we look at the program in the way that it was created and

01:58:30  25 the defendants' interpretation of this limited statutory

1 authority, that this invites significant, very serious,

2 major questions issues.

3                    Congress knows how to create an

4 immigration system.  Congress knows how to create a visa

01:58:49   5 program.  Congress knows how to create a nonimmigrant visa

6 program.  Congress knows how to create a humanitarian

7 program.  None of those programs are at issue here.  The

8 defendants created their own program because they didn't

9 like what Congress had given them and because they figured,

01:59:08   10 well, they are going to cross the border illegally anyways,

11 without thinking about the fact that they have other

12 options.

13                    They could actually try to enforce the

14 law.  They could reinstate MPP.  They could do all kinds of

01:59:20   15 different things.  They chose not to, and instead they have

16 shrugged their shoulders, given up, and said, well, we

17 might as well make it easier.  Let's give them access to

18 the United States.  Let's give them a work permit.

19                    And let's also not forget about the fact

01:59:31   20 that the people who come here through a parole process are

21 in a significantly better situation than aliens who come

22 through illegally across the border, because in the event

23 that they do find some legal pathway in the United States,

24 they find -- they get married, an employer wants to sponsor

01:59:47   25 them -- they are allowed to adjust their status in the

1 United States and obtain a green card under the immigration

2 laws.   Illegal aliens who cross the border unlawfully are

3 not.

4                         And so what the defendants' program has

01:59:59    5 done is take the burdens that they perceive to be occurring

6 on their own agents and officers at the border and use that

7 as justification that there is somehow some public benefit

8 from a Border Patrol agent not having to arrest an illegal

9 alien crossing the border.

02:00:20   10                         Why is the Border Patrol agent arresting

11 the alien in the first place?   Because the alien is not

12 supposed to be here.   And under their program, instead,

13 they said, well, let's just let them in.   Let's bring them

14 to their destinations.   Let's send them to St. Louis; let's

02:00:36   15 send them to Austin; wherever the case may be.

16                         And when you look at it through these lens

17 and through this paradigm, you understand just how extreme

18 and outrageous this distortion of the statutory --

19 statutory authority has been used by the defendants.

02:00:53   20                         And with that, I am going to hand it over

21 to my colleague, Mr. Rogers, to further contrast some of

22 the immigration programs at issue.

23                         THE COURT:   Okay.   One thing is that you have

24 got several claims.   And you said you were talking merits,

02:01:07   25 and somebody else was talking -- it would be helpful at

1 some point to walk through each claim, element by element,

2 and tell me what you think that applies.  That gives the

3 other side also -- in other words, you're kind of 50,000

4 foot at this point.  Okay?

02:01:24   5                MR. HAMILTON:  Yes.  We will do that, sir.

6                THE COURT:  All right.  By the way, I still do

7 not have Plaintiffs' 41.  We may have the original.  And it

8 is always dangerous to give that to me because I may write

9 on it.

02:02:17  10                And I don't -- I mean, if it is easier to

11 project it, that is fine, but -- go ahead.

12                MR. ROGERS:  Good afternoon, Your Honor.  James

13 Rogers on behalf of the States.

14                I'll be speaking today about why the

02:02:58  15 parole program is contrary to law under the major questions

16 doctrine.  As I am sure the Court is aware, the major

17 questions doctrine is a principle of statutory

18 interpretation.  The Supreme Court in *King v. Burwell*

19 explained that Courts will not assume that Congress has

02:03:14  20 assigned to the executive branch questions of "deep

21 economic and political significance," unless Congress has

22 done so expressly.

23                And it's been a subject of several recent

24 court opinions.  In 2021, in *Alabama Association of*

02:03:28  25 *Realtors* the Court explained "that we expect Congress to

1 speak clearly when authorizing an agency to exercise powers

2 of vast economic and political significance."

3                 And then most recently *West Virginia v.*

4 *EPA*, the Supreme Court explained that the major questions

02:03:44  5 doctrine required applying "common sense as to the manner

6 in which Congress would have been likely to delegate such

7 power to the agency at issue."

8                 And thus the Court held, quote -- and I

9 promise this will be the last quote from the Supreme Court

02:03:59  10 on this -- "extraordinary grants of regulatory authority

11 are rarely accomplished through modest words, vague terms

12 or subtle devices, nor does Congress typically use oblique

13 or elliptical language to empower an agency to make a

14 radical or fundamental change to a statutory scheme.

02:04:18  15 Agencies have only those powers given to them by Congress

16 and an even legislation is generally not an open book to

17 which the agency may add pages and change the plot line.

18 We presume that Congress intends to make major policy

19 decisions itself, not leave those decisions to agencies."

02:04:34  20                 And that's -- end quote.

21                 That's exactly what is going on here, is

22 the federal government is using the parole program as a way

23 of ignoring and circumventing established channels of

24 immigration that Congress established.

02:04:43  25                 There could hardly be a clearer

1 application of the major questions doctrine than here.

2 There can be no doubt that one of the questions of deepest

3 economic and political significance is whom the

4 governmental allows into our country to live and work,

02:04:58  5 especially for long-term or permanent residents.  Congress

6 manifestly did not expressly or clearly authorize the

7 parole program when it adopted Section 1182(d)(5).  The

8 very structure of the INA makes this abundantly clear

9 because Congress already created an entirely separate

02:05:15  10 system that is strikingly similar to the parole program,

11 specifically that's our country's system for issuing visas.

12                    Now, yesterday at the pretrial conference,

13 it appears that the defendants and intervenor defendants

14 may have misunderstood our argument on this point as being

02:05:30  15 about whether aliens have other alternatives to the parole

16 program, but that is not our point at all.  Our point is

17 that Congress gets to decide how aliens may enter the

18 United States, and the parole program purports to create a

19 new parallel immigration system.

02:05:43  20                    On its text Section 1182(d)(5) does not

21 contain within it a clear and unambiguous grant of such

22 sweeping authority.  And if that fact were not already

23 clear, it becomes abundantly clear in the context of our

24 immigration system as a whole.  Congress wouldn't have

02:05:58  25 adopted dozens of statutory sections setting forth

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 immigration requirements in great detail just for one small

2 subparagraph to confront executive the authority to trump

3 all of that with its own replacement system.

4                    The statutory scheme that Congress has

02:06:11  5 created in the INA to establish a visa system is intricate

6 and detailed.  The parole program copies some of those

7 elements such as application forms for aliens and even

8 numerical quotas, but the thing is, though, that at every

9 step of the process, the parole program admits significant

02:06:28 10 elements and requirements that Congress has imposed, and

11 instead the parole program replaces them with far less

12 stringent requirements, or often it replaces them with

13 nothing at all and just gets rid of those congressional

14 requirements.

02:06:40 15                    If Congress had meant for something like

16 the parole program to be established, it would have set it

17 up, but it didn't, and the parole program is therefore

18 illegal.

19                    Now, I want to talk a little bit about how

02:06:50 20 the parole program works and contrast that with the visa

21 system.  Exhibit 67 of the intervenor defendants exhibits

22 is a copy of the I-34A form.  That's how this whole parole

23 program system starts, is somebody in the United States

24 submits this form on behalf of an alien who is overseas.

02:07:12 25                    Now, the -- the form is 13 pages long, and

1 only the first four really three-and-a-half pages have

2 anything to do with the alien.  The rest of it is all

3 information about the financial sponsor.

4                    And then the first interaction the U.S.

02:07:31   5 Government has with the alien him or herself is through the

6 CBP One smartphone app.  The alien submits an application

7 to that app and requests what the government has called

8 advance travel authorization, or ATA.

9                    And in the *Federal Register* notices that

02:07:51  10 the government used to announce three of the four

11 nationality programs for the parole program, they explained

12 how the system works is aliens enter "limited biographic

13 information into CBP One and submit a live photo."

14                    Here in a minute we will look at the exact

02:08:08  15 information that is submitted, which is very minimal, and

16 the citation for that quotation is 88 *Federal Register*

17 1264, 1253 and 1276.

18                    Now, after the ATA's approved, the alien

19 then travels to the port of entry and requests entry from

02:08:28  20 the CBP officer who then makes a determination about

21 whether to allow that alien to enter the country or not.

22                    The visa process established by statute is

23 strikingly similar to the CBP One ATA process.  It's a

24 common popular misconception that a visa gives an alien the

02:08:49  25 right to enter the United States.  That is actually not

1  what the statute establishes.  At 8 U.S.C. 1201(h) it

2  explains that nothing in the INA should be construed to

3  entitle an alien to whom a visa has been issued to be

4  admitted.  What happens is, is the alien gets the visa and

02:09:03    5  that just gives the alien the right to appear at the port

6  of entry and request admittance, just like the ATA process,

7  and then the CBP officer makes the determination at that

8  point whether the alien with the visa is admissible or not.

9  And the citation for that is 8 CFR, Section 235.1(f)(1),

02:09:20   10  which explains that each alien seeking admission at a port

11  of entry must establish to the satisfaction of the

12  inspecting officer that the alien is not subject to -- or

13  that the alien is entitled to entry.

14              So the parole program essentially creates

02:09:40   15  extra-statutorily a whole new kind of visa and visa system

16  with no authorization from Congress.  But in spite of these

17  similarities, the visa -- there is a lot of differences.

18  The visa process enacted by Congress and implemented

19  through authorized regulations is stricter and much more

02:09:54   20  involved.

21              For example, 8 U.S.C. 1101(a)15 sets forth

22  22 different classifications for nonimmigrant visa.  Each

23  one having specific requirements, specific activities that

24  are allowed with that visa, and particularly relevant

02:10:12   25  today, given the evidence we heard this morning from

1 Mr. Sype and -- about his friend Oldrys is

2 1101(a)(15)(H)(ii)(a).  It is commonly called the H-2A

3 visa, specifically permits aliens to travel to do temporary

4 agriculture work.

02:10:33 5                      The statute says, "An alien having

6 residence in a foreign country which he has no intention of

7 abandoning, who is coming temporarily to the United States

8 to perform agricultural labor or services as defined by the

9 secretary of labor in regulations and including

02:10:49 10 agricultural labor," and interestingly enough it

11 specifically says in the statute "the pressing of apples

12 for cider on a farm."  That's actually one of the

13 permissible purposes.

14                      The H-2A process has existed for years,

02:11:02 15 but it is a much more involved process.  What happens is,

16 is the employer who wants to employ an alien has to apply

17 to the Department of Labor for a temporary labor

18 certification, then once they get that then they apply to

19 DHS for -- they file a petition to bring workers in, and

02:11:16 20 then once that petition has been issued by DHS, then the

21 alien goes to the consular officer overseas, does the visa

22 interview.  The consular officer makes a determination,

23 issues the visa or not.

24                      If the alien gets the visa, then the alien

02:11:30 25 travels to the port of entry and then the CBP officer would

112

1 look at the visa, the temporary labor certification from

2 the Department of Labor, excuse me, and then the petition

3 from DHS.

4                  The parole program, as we heard this

02:11:41  5 morning, circumvents all that process that Congress

6 established.  And there is many other statutes that imposes

7 requirements on the visa system.  Section -- all of these

8 cites are from 8 U.S.C.

9                  Section 1153 defines classifications for

02:11:57  10 immigrant visas.  Section 1151 establishes annual and

11 numerical caps for various immigrant visa classifications.

12 Section 1181 establishes the requirement that aliens at the

13 port of entry have to have a visa for admission.  And then

14 Section 1182 -- we have talked about 1182(d).  When I print

02:12:17  15 out that section in Westlaw, it's 68 pages long.  Thirty

16 pages of that is actually what are called inadmissibilities

17 or ineligibilities.

18                  Congress has very carefully defined things

19 that make an alien ineligible to enter the United States.

02:12:32  20 For example, there is health issues if they have a

21 communicable disease of public health concern, if they have

22 committed certain crimes, if they have been involved in

23 drug trafficking, human trafficking, prostitution,

24 terrorism.  The list is very long, very comprehensive, and

02:12:46  25 very detailed.

1                    And then specifically for the issuance of

2 visas, Sections 1201 and 1202 give very specific

3 requirements for what is needed to issue a visa.

4 Section 1201 requires aliens to fill out a visa

02:13:17   5 application, requires them to submit a photograph,

6 requires -- it -- Congress in Section 1201(c) specifically

7 sets the period of validity for how long visas are valid

8 for.  For immigrant visas.  It is six months.  And then it

9 empowers the State Department to establish validity periods

02:13:37   10 for nonimmigrant visas.

11                   Congress established how visas should be

12 replaced.  It imposed a requirement that immigrant --

13 aliens who are immigrating have to have a medical exam and

14 a mental examination, and that nonimmigrants, the consular

02:13:51   15 officer has the power to require it whenever the consular

16 officer believes it is necessary.  And it establishes how

17 those documents can be revoked.

18                   Then in 1202, Section 1202 in almost every

19 subparagraph specifically empowers the State Department to

02:14:10   20 impose regulations for administration of the visa system.

21 None of those regulations applied to the parole program.

22                   Additionally, 1202 requires immigrant

23 visas, an alien has to submit a copy of a police

24 certificate for the countries in which they have lived.

02:14:27   25 They have to supply a certified copy of any existing prison

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 records, military records, records of birth and records

2 of -- any other record that a consular officer believes

3 necessary.

4                    Subsection C requires on the visa

02:14:41 5 application, they -- there is certain information that is

6 required to be submitted:  Name, date, and place of birth,

7 nationality, purpose and length of intended stay in the

8 United States, marital status, and such additional

9 information necessary for the identification of the

02:14:55 10 application -- of the applicant as established by

11 regulation.

12                    The State Department has adopted

13 regulations imposing many additional requirements, most of

14 which are focused on asking the aliens questions about

02:15:06 15 whether they have committed any acts that might make them

16 ineligible.  That's why the visa application is so long

17 because there is so many questions about prior criminal and

18 things like that.

19                    So 22 CFR 42.67, 22 CFR 41.103, State

02:15:23 20 Department's established that those visa forms are

21 requirements for aliens applying for immigrant and

22 nonimmigrant visas.

23                    And additionally, 1202 Subsection (e)

24 requires that visa applicants have to sign their

02:15:39 25 application and have to verify it by oath.  They actually

1 swear under penalty of perjury.  And the federal government

2 has and does prosecute aliens who lie on their applications

3 for perjury.  It's an important enforcement tool the

4 federal government loses because it can't use that in the

02:15:55   5 parole process because there is no signing under oath.

6                   And then Subsection (h) requires that

7 every alien applying for a visa subject to certain limited

8 exceptions has to apply -- has to appear for an in-person

9 interview before a consular officer.  That never happens in

02:16:13  10 the parole program.

11                   In almost every aspect of the visa process

12 established by Congress, it's far stricter than the

13 unlawful ETA process established by the defendants through

14 CBP One.  Some other examples, the -- the ATA process, the

02:16:32  15 CBP One app is free; there is no cost.  Applicants for

16 immigrant visas pay a fee of either 325 or $345 per

17 applicant, including children.

18                   They have to comply with strict

19 vaccination requirements, and they have to prove that they

02:16:46  20 have the financial means to support themselves, and I'll

21 talk more about that in just a moment.

22                   So, I want to draw the Court's attention

23 to Exhibit 30.

24                   THE COURT:  Of whose?

02:16:58  25                   MR. ROGERS:  Sorry, of the States' exhibits,

1 the plaintiffs' exhibits, Exhibit 30.  That is a document

2 produced to the States by the federal government, and it's

3 a copy of -- it's a copy of the -- what an alien fills out

4 when they go to the CBP One app.  It's 30 pages long, but

02:17:27  5 there is very minimal information required.

6                      On page 5, is the first page that actually

7 shows information submitted by the alien.  They submit

8 their first and last name.  Page 6, the alien can submit an

9 A-Number if they have it.  An A-Number is sort of like a

02:17:50  10 Social Security number for DHS that they use to identify

11 aliens.

12                      And then on page 7 the standard passport.

13 And on page 8 they submit a photo, and then the rest of

14 this the screenshots are just variations of those same

02:18:05  15 screens.  That is it.  Name -- a first and last name,

16 passport, and A-Number.  There is none of the submissions

17 of the requirements that Congress has imposed such as

18 marital status, travel purpose, all those things.

19                      Now, for countries with populations

02:18:27  20 representing a low risk of overstaying in the United

21 States, Congress has created something called the visa

22 waiver program, and that program is established in 8 U.S.C.

23 1187.  I printed that one out from Westlaw.  It is 30 pages

24 long.  This is just a statute, not even the regulations.

02:18:45  25                      Congress took 30 pages setting forth how

1  it wanted this program to be run.  And what that program is

2  for, is for countries that have a low risk of visa

3  overstays, such as developed countries in Europe and Japan,

4  places like that, aliens don't need to get a visa.  They

02:18:59  5  can fill out a quick form online, and then they get travel

6  authorization to travel to the United States without a

7  visa.

8            Notably, all of the countries in the CHNV

9  parole program, Cuba, Haiti, Nicaragua, Venezuela, they are

02:19:13  10  non-visa waiver program countries.  So even though Congress

11  has clearly established that these CHNV aliens do not

12  qualify for visa travel to the United States, defendants

13  have created by executive fiat what is essentially a

14  parallel system of visa-free immigration to the United

02:19:29  15  States for aliens from countries with populations with a

16  high risk of overstaying in the United States.

17            Now, another key point of comparison I

18  want to draw between the visa system and the parole program

19  is the public charge rule.  So under 8 U.S.C. 1182(a)(4),

02:19:48  20  it says, "Any alien who is likely at any time to become a

21  public charge is inadmissible."  Congress -- since the

22  Ellis Island days, this has been a rule.  Aliens who have a

23  high risk of becoming dependent on public assistance are

24  ineligible and the statute specifically instructs consular

02:20:04  25  officers and DH officers, they may consider age, health,

1 family status, assets, resources, financial status,

2 education, and skills.

3                    And then an additional factor in the

4 statute is -- it says that those officers may also consider

02:20:19  5 any affidavits of support under Section 1183(a).  So

6 Section 1183(a) is a statute recreated by Congress that

7 creates the requirement for an affidavit of support.

8                    Now, in many ways, that may sound similar

9 to -- excuse me one moment.

02:20:44  10                    That may sound similar to the financial

11 sponsor system set up under the parole program, under the

12 form I-134A, but there is key differences.

13                    So in the statute, Congress requires that

14 this affidavit of support form, this is 1183(a),

02:21:00  15 Subsection (a)(1)(A), it says that the form must -- it

16 obligates the sponsor to provide not less than 125 percent

17 of the federal poverty line during the period in which the

18 affidavit is enforceable.

19                    Let's look at what the requirement is

02:21:16  20 under the parole program.  I would like to draw Your

21 Honor's attention to Plaintiffs' Exhibit 21.

22                    Apologize, my computer for some reason is

23 freezing up for a minute here.

24                    Exhibit 21 was produced to the States by

02:21:40  25 the federal government.  And it's titled -- it's captioned

1 at the top, "Office of Policy and Strategy, Immigration

2 Records and Identity Services Director" and then the title

3 of the document is "Form I-134A Reviewers Guide."

4                    Now, on -- on page 12 of this document,

02:22:11  5 that's the page numbers on the bottom, the Bates number is

6 the prefix then 84.

7                    I'm sorry.  Excuse me, it is page 11,

8 page 11, Bates Number 83.  There is a section under there

9 that says, "F, review of the supporter's financial

02:22:31 10 records."  On the second paragraph, the first sentence

11 says, "One guideline to be used in assessing the

12 supporter's ability to meet this requirement is whether the

13 income/assets/outside support evidenced in the Form I-134A

14 and supporting evidence meet at least 100 percent of the

02:22:47 15 HHS poverty guidelines."

16                    Once again, the statute requires 125

17 percent.  So the parole program is basically -- the statute

18 requires 25 percent greater support than what the parole

19 program imposes.

02:22:58 20                    Furthermore, the statute states that the

21 only persons who are legally entitled to sign an affidavit

22 of support are U.S. citizens, U.S. nationals, and legal

23 permanent residents, green cardholders.  Presumably

24 Congress made a balancing decision that only persons with

02:23:13 25 strong and permanent ties in the United States are eligible

1 to sign this form.

2                    I would like to draw Your Honor's

3 attention to Exhibit 19.  We can see who is allowed to sign

4 the I-134A.  This is a document, once again, produced to

02:23:29  5 the States by the federal government.  It's a PowerPoint

6 presentation entitled "Uniting for Ukraine/CHNV Parole

7 Processes.  Review of Form I-134A."

8                    And on page -- let me make sure I get the

9 page right here.

02:23:44  10                   On page -- Bates number 50, the page

11 number on -- internally it's page 10, there is a slide that

12 says, "Who can be a supporter?"  And on the right there is

13 a box there that says, "Supporters can be U.S. citizens and

14 nationals" -- so far that's the same -- "permanent

02:24:06  15 residents" -- so far that's the same -- but then

16 "conditional and temporary residents, nonimmigrants in

17 lawful status, asylees, refugees, and parolees, holders of

18 temporary protected status, and beneficiaries of deferred

19 action including DACA or deferred enforced departure."

02:24:23  20                   They have totally scrambled the judgment

21 call that Congress has made and significantly expanded who

22 is entitled to sign that form.

23                    But it gets even worse because the statute

24 requires that the affidavit of support has to be a legally

02:24:35  25 enforceable contract and the statutory language

1 specifically requires -- this is 8 U.S.C. 1183(a),

2 subsection A, it says, that the affidavit of support is --

3 "must be legally enforceable against the sponsor by the

4 sponsored alien, by the federal government, and by any

02:24:55  5 state or any political subdivision of such state or by any

6 other entity that provides any means-tested public

7 benefit."

8                    And then the sponsor has to agree to

9 submit to the jurisdiction of any federal or state court

02:25:07 10 for the purpose of enforcing the affidavit of support.

11 There is nothing like that in the I-134A.  There is no

12 legally enforceable obligation at all.  It is not a

13 contract, and the States do not have the ability to enforce

14 those.

02:25:18 15                    In fact, in Exhibit 38, State Plaintiffs'

16 Exhibit 38, the States submitted two interrogatories that

17 are highly relevant here.  Interrogatory 8, which is on

18 page 15 of the exhibit, the States asked the federal

19 government to identify any enforcement actions to collect

02:25:37 20 from intending supporters who have signed the form I-134A.

21                    And they state some objections and they

22 say, "Subject to and not withstanding this objection,

23 defendants state that no enforcement actions have

24 commenced."

02:25:50 25                    The next interrogatory, Number 9, asks the

1 federal government to "identify any policies or procedures,

2 planned or implemented, to provide information from form

3 I-134A to states to collect from intending supporters."

4                    Then there is a long objection, but at the

02:26:05   5 end, the defendants state that "there is no information

6 responsive to this interrogatory," and refers plaintiffs to

7 the administrative record.

8                    Now, that important enforcement tool is --

9 disappeared.  The States no longer can use it.  And just

02:26:27  10 the fact that that exists has -- likely has a significant

11 deterrent effect to ensure that financial sponsors are

12 sponsoring their -- the people for whom they have signed

13 the form because they know that there is an enforcement

14 tool against them.

02:26:41  15                    So in summary, the parole program creates

16 an entirely new and parallel immigration system and this

17 newly created system was never authorized by Congress.  If

18 that weren't bad enough, the new system lacks most of the

19 procedures and protections that Congress has carefully

02:27:09  20 created and imposed.

21                    In going back to the quotation I started

22 with from *West Virginia v. EPA*, the Supreme Court said,

23 "Applying the major questions doctrine requires applying

24 common sense as to the manner in which Congress would have

02:27:22  25 been likely to delegate such power to the agency at issue."

1                    Now, in this case, Section 1182(d)(5) is

2 190 words long.  The -- the statute establishing the visa

3 waiver program is 30 pages long.

4                    As Justice Scalia explained in the

02:27:46   5 majority opinion in *Alexander v. Sandoval*, "Agencies may

6 play the sorcerer's apprentice but not the sorcerer

7 himself."  So, in other words, the executive branch quite

8 simply lacks the authority to conjure up a new immigration

9 system more to its like willing.

02:28:02  10                    Or as Justice Scalia explained in the

11 majority opinion of *Whitman v. American Trucking*

12 *Associations*, "Congress does not hide elephants in mouse

13 holes."  Once again, Section 1182(d)(5) consists of 190

14 words.  Those 190 words were not -- Congress did not use

02:28:19  15 those to hide the elephant of an entirely new immigration

16 system in the mouse hole of Section 1128(d)(5).

17                    And in addition to all the reasons my

18 colleague explained, for that reason, under the major

19 questions doctrine, the parole program is unlawful.

02:28:32  20           THE COURT:  I don't know that I recall major

21 questions doctrine being briefed.  I don't know that I have

22 seen it before.  Was it briefed beforehand?  Was it in the

23 complaint in your motion or any of that?

24           MR. ROGERS:  It's in our proposed findings of

02:28:45  25 fact and law, paragraphs -- I can pull the paragraph cites.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 I know in 30 and 31 we cite a lot of these same statutory

2 provisions about the consular laws and rules, and then

3 there is -- there is -- I believe two paragraphs in there

4 about the major questions doctrine as well.

02:29:01  5                THE COURT:  Okay.  All right.

6                MR. ROGERS:  Thank you.  And I'll turn the time

7 over to my colleague.

8                MR. WALTERS:  Your Honor, I am going to talk

9 about some of these jurisdictional issues.  First, I'll

02:29:33  10 start with special solicitudes in the standing inquiry

11 because that is typically how the Fifth Circuit likes to

12 sequence it.

13                Texas meets both requirements for -- to be

14 entitled to special solicitude in the standing analysis.

02:29:49  15                THE COURT:  Tell me what you think special

16 solicitude is, and then let's go down that.  So if you can

17 summarize it.

18                MR. WALTERS:  Well, it lessens the burden on

19 traceability and redressability, primarily, and also the

02:30:01  20 imminence portion of injury in fact.  So, for example, on

21 redressability, it lowers the standard.  If States are

22 entitled to special solicitude, they -- they are entitled

23 to -- they will have standing if there is some possibility

24 that the requested relief will redress the injury instead

02:30:21  25 of likelihood.  Some possibility.  That's from the Fifth

1 Circuit's DACA case from October of last year that

2 discusses that.

3                    So it lowers the threshold of what States

4 are required to show on redressability.  And, of course,

02:30:37  5 traceability and redressability are really two sides of the

6 same coin.  And so it lessens those burdens, and how

7 imminent an injury has to be in order to satisfy the

8 injury-in-fact requirement.

9                    So the two requirements are that you have

02:30:55  10 a procedural right -- the state has to have a procedural

11 right to challenge the action in question.  And the Fifth

12 Circuit has said that anything under the APA is a

13 procedural right, not just the notice and comment claims,

14 but in the MPP case in the Fifth Circuit, they said that

02:31:09  15 "contrary to law or arbitrary and capricious claims are

16 also the procedural right to challenge the action in

17 question."

18                    The second prong to be entitled as special

19 solicitude is that the challenged action affects one of the

02:31:24  20 States' quasi-sovereign interests, and here you have at

21 least two quasi-sovereign interests.  One, as articulated

22 in the DACA case in -- last October, in the Fifth Circuit,

23 the parole program implicates Texas's quasi-sovereign

24 interest in classifying aliens.

02:31:45  25                    So the fact that it grants parole to

1 people, it grants them a certain lawful status, just like

2 in the DACA case it granted deferred action, that gave them

3 sort of -- a lawful presence, and then made them entitled

4 to certain eligibility for both federal and state benefits.

02:32:01  5 So Texas has a quasi-sovereign interest in classifying

6 aliens.

7                    The other quasi-sovereign interest is

8 pressure to change state laws.  So -- this is relating to

9 driver's licenses.  So in the DAPA case from 2015, the

02:32:18 10 Fifth Circuit, and the MPP case in 2021, the Fifth Circuit

11 articulated that by increasing the eligibility for aliens

12 to be entitled to get subsidized driver's licenses in

13 Texas, that created an economic incentive for Texas to

14 pressure it to change its laws, where it just piggybacks on

02:32:42 15 the federal lawful presence determinations.

16                    So under both of those, Texas has a

17 quasi-sovereign interest.

18                    So going to some of the facts we have on

19 injury in fact --

02:32:59 20             THE COURT:  Can you hold on just a second.  I

21 got disconnected again.

22                    (Brief pause.)

23             THE COURT:  All right.  So you left off at,

24 under both of those, Texas has a quasi-sovereign interest,

02:34:09 25 and going to some of the facts.

1          MR. WALTERS:  So, Your Honor, we have four

2 categories of injuries that we have evidence for:

3 testimony in the form of declarations, Exhibits 4 through 7

4 of plaintiffs' exhibits.  So Exhibit 4 is driver's

02:34:23   5 licenses.

6              And this is a category that depends --

7 that is directly related to parole status.  So under Texas

8 law, a -- a -- a grant of parole status to an alien

9 entitles that alien to -- to attain a Texas driver's

02:34:43  10 license.

11              And it's -- under Texas law, it is -- and

12 this is Exhibit 4 -- again, this is Plaintiffs' Exhibit 4.

13              Under Texas law, normally the period for

14 reviewing driver's licenses is eight years.  But for

02:35:01  15 purposes of aliens attaining the licenses, the term is

16 instead for the term of their lawful presence.  So, for

17 example, in this program, because the parole is for a

18 two-year period, the driver's license issued would also be

19 a two-year period.  So it means that they have to go back

02:35:18  20 more often to renew their driver's licenses than the -- the

21 standard eight years.

22              And Texas is --

23          THE COURT:  Hold on a second.  Let me make sure

24 I understand that.

02:35:34  25              So after two years, assuming they stay the

1 whole two years, are you saying that they have to go back

2 to get another driver's license?

3                    MR. WALTERS:  Yes, because they have to get

4 another verification.  So the federal government

02:35:51  5 requires -- under the Real ID Act, it requires state driver

6 license agencies to pay the federal government a fee and

7 run checks through the Systematic Alien Verification of

8 Entitlement System, which is -- is discussed in Paragraph 6

9 of Exhibit 4; and also has to verify the customer's Social

02:36:15  10 Security number and eligibility through the Social Security

11 online verification and a couple of other databases.

12                    THE COURT:  Right.  I got all that because I

13 read this.

14                    My question is:  What do you think happens

02:36:25  15 after two years?

16                    MR. WALTERS:  Well, they can renew their

17 parole.

18                    THE COURT:  No.  I am talking about with the

19 parolee.  How do you know they are going to stay?  I mean,

02:36:36  20 my -- I don't understand, because if after two years the

21 parole expires, why would they have to renew?

22                    MR. WALTERS:  Well, they can renew their

23 parole.  They can renew their parole beyond the two-year

24 period.

02:36:45  25                    So, for example, under DACA, the deferred

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 action, that is also for a two-year period, and they have

2 continually renewed.  So DACA came about in 2012, but, you

3 know, the people are still eligible to --

4           THE COURT:  I didn't mean to interrupt, but

02:37:02  5 that is something I would like to know the answer to.  I

6 have been operating under, apparently, the incorrect

7 assumption that the longest that anybody could stay under

8 the program is two years, and then their status would have

9 to change.  I didn't know that they could renew.  And if

02:37:12 10 people could just make sure that they understand -- make

11 sure I understand that.

12           MR. WALTERS:  Yes, Your Honor.

13               And under Texas law, Texas is -- does not

14 have -- you know, the State Department of Public Safety,

02:37:24 15 which runs the driver's license programs, is not allowed to

16 deny someone a driver's license if they have one of these

17 documents from the federal government.

18               And Texas is required to pay a small fee

19 to the federal government for each check of -- of these

02:37:52 20 aliens.  And the Fifth Circuit in the DAPA case and in the

21 MPP case said that those fees -- which are very small --

22 but those fees by themselves that are required to be paid

23 by the federal government, are sufficient injury in fact to

24 Texas pursuant to these sorts of programs.

02:38:12 25               And the declaration of Sheri Gipson, chief

1 of the driver's license division, has stated that each

2 driver's license or personal I.D. certificate imposes a

3 cost on DPS exceeding the $33 fee that it gathers from

4 people; and has further provided testimony that for each

02:38:38   5 additional 10,000 driver's license customers seeking a --

6 one of the limited-term licenses that we are talking about

7 here, DPS would incur a biannual cost of about $2 million.

8                 Now, in Exhibit 41, Plaintiffs' Exhibit

9 41, the information from the federal government has said

02:38:58   10 that as of the end of June, Texas has almost 14,000 of

11 these paroled -- aliens paroled through the CHNV program.

12 So in Texas you already have beyond that threshold of

13 14,000.  And then for every additional 10,000 above that,

14 you know, DPS would have to -- may have to open additional

02:39:26   15 driver's license offices or expand current facilities to

16 meet that increase in customer demand.

17                 The second category is healthcare.  This

18 is Exhibit 7.  And the Texas Health and Human Services

19 Commission has provided evidence about -- they have

02:39:44   20 estimates of illegal alien usage of emergency Medicaid, and

21 particularly the Children's Health Insurance Program, and

22 also receiving uncompensated medical care from public

23 hospitals in the state.

24                 Now, emergency Medicaid is a joint program

02:40:03   25 where the federal government pays a certain percentage and

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 the State pays a certain percentage of it, and the State

2 cannot deny anyone, regardless of their immigration status,

3 that coverage.

4                    So there are no potential offsets.  I am

02:40:18  5 going to get a lot more into this issue of offsetting

6 revenues or benefits.  But in emergency Medicaid, there is

7 no such thing.  The evidence in here discusses -- it breaks

8 apart the federal contribution versus the State

9 contribution.  And obviously, people on emergency Medicaid

02:40:37 10 are not paying any fee for their healthcare that they are

11 receiving.

12                    Now, the -- particularly intervenors have

13 made the point that, well, people receiving parole,

14 that's -- those aren't illegal aliens, right?  So a lot of

02:40:55 15 our evidence -- except for driver's licenses, a lot of our

16 evidence is about estimates of illegal aliens.  So they

17 have to be estimates because we don't, frankly, have that

18 information.

19                    But -- with standing -- these are all for

02:41:11 20 purposes of standing.  And in the standing inquiry, a court

21 must assume that the plaintiffs' merit s claims are valid.

22 So when you are looking at standing, you have to assume

23 that our claims against the parole program are valid, and

24 it is unlawful.

02:41:27 25                    If the parole program --

1          THE COURT:  You are basically converting the

2 parolees into somebody who would fall under -- in the

3 unprotected status?

4          MR. WALTERS:  That is right, Your Honor.

02:41:35    5               And in the DACA case, they discussed this.

6 They said, if we find the DACA program unlawful -- which it

7 granted lawful presence to these aliens -- but the Court

8 said that if we find it unlawful, then these aliens would

9 be removable like any other illegal alien.

02:41:51   10               So, you know, this -- the fact that we are

11 using evidence for illegal aliens, this is for standing

12 purposes.  You have to assume that this program is illegal.

13 And just because they have a document that says, I have

14 parole status, if that document is invalidly issued, if it

02:42:09   15 is void, then they -- those aliens that are currently

16 present in the United States that have received those

17 documents are unlawfully here and would be removable as any

18 other illegal aliens.

19               So the -- the HHSC declaration discusses

02:42:35   20 annual, you know, estimates of costs for both emergency

21 Medicaid and for the CHIP program per year; and it's in the

22 millions of dollars for illegal aliens.

23               And I will get to, when we're discussing

24 the other cases, how this breaks down and to what extent we

02:42:51   25 have to show that particularly beneficiaries of this

1 specific program fall within that category, as opposed to

2 other proxies.

3                    The third category of injury is education,

4 public education.  So under the federal Constitution, as

02:43:10   5 interpreted by the Supreme Court, every state must educate

6 all children regardless of their immigration status.  And

7 Texas has frequently been able to satisfy standing

8 requirements in challenging federal immigration policies

9 because of this requirement.

02:43:29   10                    So, again, on Plaintiffs' Exhibit 41, the

11 federal government has provided information that as of the

12 end of June, 2,664 school-age beneficiaries who listed

13 Texas as their intended destination are in Texas -- you

14 know, are in Texas.  There are 2,664 school-age

02:43:50   15 beneficiaries in Texas.

16                    And it is Texas law that minors have to

17 attend school.  They have to attend school.  And the

18 declaration here provides information of what it costs the

19 State for each public school student; and that is $9,564.

02:44:14   20 And if they require bilingual education, that actually

21 increases to 11,781.

22                    Now, there has been, you know, a lot of

23 dust kicked up about the use of unaccompanied alien

24 children in this data.  Now, this has always been used in

02:44:32   25 these declarations because that is the only source of

1 information from the federal government that is available

2 to say in any -- every given month how many illegal alien

3 children are present in the state of Texas.  So the federal

4 government publishes this data on their website.

02:44:51  5                    So that information is not saying that --

6 you know, obviously unaccompanied alien children are not

7 eligible for the parole program.  They also were not

8 eligible to be put into MPP.  However, the trial court,

9 Judge Kascmaryk, relied on the same information, even

02:45:08 10 though MPP also did not allow unaccompanied alien children.

11                    The most important data here is not the

12 unaccompanied alien children.  That data is used to sort of

13 illustrate -- because you take a concrete number of people,

14 which is a subset of the illegal aliens in the state, and

02:45:23 15 you multiply it by the per -- per-child cost of public

16 education, just to show the magnitude of these sorts of

17 numbers.

18                    But regardless of what -- what the child's

19 status is, that costs $9,564 per child in the state of

02:45:43 20 Texas.  And that's if they -- if they don't even need

21 bilingual education.

22                    The fourth category is incarceration

23 costs.  So this, again, falls into, yes, of course, these

24 are -- this is information about illegal aliens who are

02:46:02 25 incarcerated.  But, again, the caveat about -- for purposes

1 of standing, you have to assumes the merits are claim --

2 are true.  And given that almost 14,000 aliens through the

3 parole program have already arrived in the state of

4 Texas -- and this program does not have an expiration date.

02:46:20  5 It will be ongoing.  And it is inevitable -- and I'll get

6 into -- on the traceability issues, why this is a

7 legitimate way to frame the inquiry.  But it is inevitable

8 that at least some of those people are going to have

9 run-ins with the criminal justice system, just like at

02:46:38  10 least some of those people are going to use public

11 education; at least some of them are going to get driver's

12 licenses; and at least some of them are going to use

13 emergency Medicaid.

14                    As Mr. -- as -- as my colleague,

02:46:53  15 Mr. Rogers, said earlier, the -- the -- the sponsors'

16 financial support of these aliens in the program is not

17 something that is enforceable.  So just because they have

18 this document from a sponsor saying that they will provide

19 for them does not mean that the State will not be on the

02:47:21  20 hook for this, especially as DHS has conceded, as my

21 colleague said, that they have no way to give States the

22 ability to enforce these -- against any of these aliens who

23 might use, say, emergency Medicaid.

24                    So the -- like I said, there will be a lot

02:47:42  25 more talk about offsetting benefits or fees.  But in the

1 incarceration context, there actually is an offsetting

2 benefit.  There is a program called the State Criminal

3 Alien Assistance Program, or SCAAP.  And the declaration --

4 that's Exhibit 5 -- actually calculates for the -- and this

02:48:06   5 is -- you know, there has been a discussion about, well,

6 this is not -- this is older data.  But this is the most

7 recent SCAAP reporting period, and it ends June 30th, 2021,

8 where we have received funding.  So this process takes a

9 long time.  You submit claims, and then you get that.  So

02:48:23  10 this is the most recent data on this.

11                    And so during that -- during that -- that

12 reporting period of July 1st, 2020, to June 30th, 2021, the

13 Texas Department of Criminal Justice incarcerated over

14 7,000 eligible illegal alien inmates, for a total of almost

02:48:46  15 2 million days.  And the total cost of incarcerating them

16 was 153 -- over $153 million.  And of that amount, the

17 SCAAP program from the federal government only reimbursed

18 17 -- a little over $17 million.

19                    So even for net expenses, even including

02:49:07  20 that offset, for each day that a criminal alien was

21 incarcerated in Texas facilities, the net cost to the State

22 of Texas was about $68.74.

23                    Texas also has standing based on its

24 notice and comment injury.  So in the case -- the Fifth

02:49:30  25 Circuit case of *Texas v. EEOC*, that is 933 F.3d 433.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1  That's a 2019 Fifth Circuit case, it says that the States

2  have an injury in fact for a notice and comment claim if

3  they did not have the opportunity to comment.  And, again,

4  you have to assume that the States are right on the merits

02:49:51  5  that notice and comment was required to have been

6  undertaken here, and so the -- the States have standing.

7            They have -- they have suffered injury for

8  the lack of an opportunity to comment after a public notice

9  for a rulemaking.

02:50:11  10           THE COURT:  Well, wouldn't that mean that you

11  would have standing in every case in which you have alleged

12  that there hasn't been notice and comment?

13           MR. WALTERS:  You have to -- for the notice and

14  comment claim, obviously we -- you have to look at -- look

02:50:22  15  at standing claim by claim.

16           THE COURT:  Let me make sure I understand what

17  you are saying.  So you are saying that I have to assume

18  that you prevail on every APA claim that includes a notice

19  and comment for the notice and comment injury?

02:50:34  20           MR. WALTERS:  For -- for the injury in fact for

21  Article III standing, you have to assume that -- that

22  the -- our claim on the merits is correct, that they were

23  required to undergo notice and comment rulemaking.  So we

24  would have standing to -- because of that injury, and

02:50:49  25  that's -- that's what that --

1          THE COURT:  How could you never have -- how

2 could you ever not have standing then under a notice and

3 comment claim?  Because every one you bring, they didn't

4 have it.

02:51:01  5          MR. WALTERS:  Yeah.  I'm not -- I'm not sure of

6 the answer to that, Your Honor.  But, obviously, there are

7 other jurisdictional doctrines that might preclude such a

8 claim, but -- but for Article III standing purposes, the

9 *Texas v. EEOC* case says that failure to -- and in that case

02:51:22 10 so -- you know, in that case EEOC does not even have the

11 authority to issue rules via notes and comment.  It cannot

12 make substantive rules.

13               So in that case the argument was that EEOC

14 had unlawfully promulgated a substantive rule without the

02:51:42 15 authority to undergo notice and comment.  So it may have a

16 little wrinkle there that makes it a little different, but

17 in general that's -- I mean, that is the key case to look

18 at for the notice and comment claim by itself.

19          THE COURT:  Do you think it is broad enough to

02:51:55 20 say that any time you bring a notice and comment claim, I

21 have to -- I have to assume injury because one didn't --

22 notice and comment didn't happen, or I have to assume

23 standing?

24          MR. WALTERS:  I think you have to assume

02:52:06 25 standing.  Now, obviously, you would go to is there some

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 exception to notice and comment rulemaking?  Is this

2 required --

3                THE COURT:  Yeah, but that is to merit.

4                MR. WALTERS:  Right.

02:52:15   5                THE COURT:  I find that pretty remarkable.  You

6 are suggesting that every time you sue for notice and

7 comment, you get past the standing automatically?

8                MR. WALTERS:  Well, I believe that's what the

9 *Texas v. EEOC* case says.

02:52:25  10                THE COURT:  Okay.

11                MR. WALTERS:  Now, getting to an aspect of the

12 Article III injury-in-fact requirement, you have is the

13 injury judicially cognizable?  So this goes to the Supreme

14 Court's recent decision in the prioritization case and

02:52:47  15 whether there are direct versus indirect costs.

16                     So that case, the way that the Court

17 construed the lawsuit in that case was that the plaintiff

18 States were asking for judicial relief that would require

19 the federal government -- that would require the federal

02:53:06  20 government to arrest aliens that they were not arresting

21 but that Congress had supposedly mandated that they be

22 arrested, and the Supreme Court said that that was not a

23 judicially -- even though the injuries asserted there were

24 injuries in fact, they were not judicially cognizable

02:53:28  25 injuries in fact because there is no judicially cognizable

1 injury in obtaining prosecution of another.

2                    But the Supreme Court was very clear that

3 it was very limited to that, and it called it a very

4 unusual lawsuit, and that it only applies when a -- a state

02:53:53  5 is seeking to require a court to have the federal

6 government arrest -- arrest people.

7                    THE COURT:  So what happens, if I strike this

8 program, to the people who are here under the program?

9 Aren't you asking to have them removed?

02:54:07  10                  MR. WALTERS:  Well, just like in the DACA case,

11 so in the DACA case the -- the judicial relief entered by

12 Judge Hanen and upheld by the Fifth Circuit said that

13 nothing in this order requires DHS to arrest any alien,

14 remove any alien that is subject to it because --

02:54:24  15                  THE COURT:  What are you asking for?

16                   MR. WALTERS:  Yeah.  We are not asking for

17 that.  Obviously, you know, from an initial --

18                   THE COURT:  Well, I want to be clear on the

19 record.  You are not asking to have anybody removed,

02:54:32  20 arrested, detained, under the -- under this program if it

21 is declared to be unlawful?

22                   MR. WALTERS:  Absolutely not.  Absolutely not,

23 Your Honor.  This is about -- this is a challenge to a

24 rule, not orders, and that distinction will be in several

02:54:43  25 areas that I am going to be talking about here.

1                    So when -- when the federal government is

2 acting against a particular person that is an order under

3 the APA, if it is creating general forward-looking

4 applications that do not apply to specific people that do

02:55:07   5 not -- that is a rule.  And we are challenging a rule here,

6 not any particular orders that would be under that rule.

7                    THE COURT:  What about people who are

8 encountered afterwards who are still trying to get in under

9 the program?  Aren't you asking that the DHS not be allowed

02:55:28  10 to allow them in under the program?

11                   MR. WALTERS:  Yes.  But the Court has said that

12 that is a distinction between affirmative immigration

13 relief.  So if these people are in a foreign country,

14 obviously the federal government is not arresting anyone.

02:55:40  15 We are not asking them to arrest anyone that is in their

16 home country.

17                    So the prioritization majority cited a

18 couple of cases that discuss this, and one was the -- and

19 they both involve the DACA program.  One is the Supreme

02:55:56  20 Court's own *Regents* case which evaluated whether the DACA

21 program could be -- was validly terminated, and the other

22 is the DAPA case from the Fifth Circuit in 2015.  So the

23 Supreme Court in the prioritization case favorably cited

24 those two cases as where there was not -- that does not

02:56:17  25 fall within the category of seeking the -- the arrest of

1 people.

2                          It said -- it constituted affirmative

3 immigration relief.  Where there is an application process,

4 they adjudicate things.  They are not just saying, hey, we

02:56:34    5 are just going to leave you alone like what happened in the

6 prior -- what was at issue in the prioritization case.

7 Instead, this is the federal government affirmatively

8 asking these people to submit applications, adjudicating

9 those applications, and granting a status that gives them

02:56:49   10 benefits.

11                          Whereas, in prioritization, just by

12 refusing to arrest an illegal alien, they don't get any

13 benefits.  They -- there is no affirmative immigration

14 relief and that is really the key.

02:56:59   15                          The parole program, obviously, is

16 affirmative immigration relief.  There is an application

17 process, they adjudicate cases, and these people become

18 eligible for state and federal benefits because of their

19 parole status.

02:57:10   20                          And this is where the direct versus

21 indirect costs comes into play.  So because in

22 prioritization it was -- the federal government didn't do

23 anything, right?  That was the -- that was the issue.  The

24 federal government was refusing to act.  Any cost that

02:57:32   25 States would face from the presence of those aliens were

143

1 indirect costs.  Whereas, for example, in the DACA --

2              THE COURT:  Well, what are indirect costs?

3              MR. WALTERS:  Well, it would be the costs of

4 continued incarceration.

02:57:46  5              THE COURT:  That's an indirect cost?

6              MR. WALTERS:  That's what the -- the Supreme

7 Court said that those costs were indirect because it was

8 about the federal government refusing to take an action.

9 So it is some of the same sort of evidence, like the same

02:57:58  10 sorts of healthcare costs, and incarceration, and public

11 education costs.

12              THE COURT:  Well, it was all four of these.  I

13 mean, y'all have used the same costs in every one of these.

14              MR. WALTERS:  That's right.  Except driver's

02:58:11  15 license because driver's license only applied to someone

16 with some sort of legal status, and that was not at issue

17 in the case in prioritization.

18                   But the -- the reason that -- but the

19 Supreme Court cited the -- the Fifth Circuit's DAPA case

02:58:23  20 and the *Regents* case about DACA, and the difference there

21 is the federal government is affirmatively doing something.

22 And when it does something and makes people eligible for

23 benefits, whether it be state or federal benefits, that

24 is -- those are direct injuries.

02:58:39  25                   So the Fifth Circuit in its DACA case back

1 in October, it described Texas's injuries on these same

2 bases as direct injuries, and said we had shown standing

3 based on direct injury.

4          THE COURT:  So you are defining indirect costs

02:58:54  5 as something when the federal government refuses to do

6 something as opposed to they are conferring status?

7          MR. WALTERS:  Right.  If they are doing

8 affirmative immigration relief and there is a lengthy

9 paragraph in the *Regents* case which discusses --

02:59:06  10          THE COURT:  When you say "affirmative," I want

11 to make sure we're talking the same language.  When you say

12 "affirmative immigration," are you talking about conferring

13 status?

14          MR. WALTERS:  Yes.

02:59:15  15          THE COURT:  Okay.

16          MR. WALTERS:  So like DACA was affirmative

17 immigration relief.  DAPA and the parole program is

18 affirmative immigration relief.  It is not just, hey, we're

19 not going to enforce a law against you.  This is we're

02:59:25  20 affirmatively saying you have this status.  You have a

21 lawful presence and this makes you eligible for certain

22 benefits.

23          THE COURT:  Okay.

24          MR. WALTERS:  So there is also the issue on

02:59:44  25 standing that's been raised about how -- to what extent the

1 States have to tie any of their asserted injuries, their

2 costs, to -- specifically to the parole program as opposed

3 to using proxies.

4                    So again, Exhibit 41 shows that there are

03:00:02  5 almost 14,000 people that are beneficiaries of the parole

6 program in Texas and over 2600 school-aged children in

7 Texas.

8                    And in the -- in the DACA litigation,

9 Judge Hanen in one of his rulings in that case from 2018

03:00:23 10 said, as -- Texas's estimates include the costs of

11 providing emergency services to both DACA recipients and

12 those who do not have DACA status.  The defendant

13 intervenors argued that these costs cannot constitute any

14 direct evidence that even a single DACA recipient benefited

03:00:43 15 from these programs because the costs are estimated and

16 because Texas does not inquire about residency or

17 citizenship when providing these services.  That is exactly

18 the argument that's being made here.

19                    But Judge Hanen said for standing

03:00:55 20 purposes, Texas need not plead damages from a particular

21 individual when it pleads and has proof that it's being

22 damaged by the entire program.

23                    In the scope of a program the size of DACA

24 with thousands of recipients in Texas alone, it is

03:01:09 25 virtually certain that at least some DACA recipients will

1 use emergency Medicaid services and other services.

2                    And then in the *MPP* case, the Fifth

3 Circuit said:  The government says that showing that the

4 challenged agency action would increase the number of

03:01:29   5 aliens paroled into Texas under it is not enough because

6 Texas has not shown that it has already issued any licenses

7 to immigrants who become -- who became eligible because of

8 MPP's termination.  But then it goes on:  Tellingly,

9 however, it offers no hint, that is, the federal government

03:01:47   10 offers no hint as to how Texas could make that showing nor

11 why we should require it to do so.

12                    Imagine Texas had produced copies of

13 driver's license applications from paroled aliens.  Would

14 that have counted as evidence that Texas had, in the

03:02:01   15 government's word, issued a single additional driver's

16 license as a result of the termination of MPP that

17 therefore paroled the alien?  Of course not.  There would

18 always remain some possibility that any given parolee would

19 have been paroled even under MPP, even if it had not been

03:02:16   20 terminated.

21                    MPP is precisely the sort of large-scale

22 policy that is amenable to challenge using large-scale

23 statistics and figures rather than highly specific

24 individualized documents.

03:02:27   25                    So, you know, given a large number of

1 people and the inevitability that some of them are going to

2 use these services, I mean, there really can't be any

3 dispute that at least one of these 2600 school-aged

4 children that are paroled into Texas are going to use the

03:02:46  5 public education system in Texas, or that any one of them

6 is going to use -- for example, for driver's licenses,

7 if -- you know, the Fifth Circuit in the DACA case took

8 judicial notice that -- of the requirement -- you know, the

9 likelihood that people would need a driver's license.  If

03:03:06 10 that is open to them, if they are eligible for driver's

11 license, people will take it.

12                  So it's -- it's -- we don't have to shut

13 our eyes to basic logic that if you have thousands, 14,000

14 people paroled into the State of Texas, that at least

03:03:22 15 one -- we need to show one dollar worth of injury.  One

16 dollar worth of injury.

17                  THE COURT:  In those appeals that went to the

18 Supreme Court, did they assume standing?

19                  MR. WALTERS:  Yes.  So, for example --

03:03:33 20                  THE COURT:  Was it contested?

21                  MR. WALTERS:  It -- well, it was.  In the *MPP*

22 case the federal government sought certiorari on the

23 standing issue, but it was denied.  The Supreme Court did

24 not address standing.  Of course, they addressed the

03:03:46 25 merits.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

```
 1              THE COURT:  Right.
 2              MR. WALTERS:  So, therefore, they -- you know,
 3 assumed -- and not only did they address the merits, they
 4 remanded the case back to Judge Kascmaryk.  If they thought
 5 Judge Kascmaryk did not -- that there was not Article III
 6 standing in the case, they would not have remanded back to
 7 Judge Kascmaryk to evaluate whether the new term -- the new
 8 attempt to terminate MPP was arbitrary and capricious,
 9 including on the grounds that it -- it failed to consider
10 how termination of MPP would -- would -- would force the
11 federal government to -- to violate the parole requirements
12 like that we are talking about here.
13              THE COURT:  What about in Regents?  Was
14 standing -- I mean, they obviously dealt with -- well --
15              MR. WALTERS:  They dealt with final agency
16 action in the Heckler v. Chaney.  And, you know, after the
17 prioritization case, it's a little confusing.  You know,
18 some of the concurrent justices have raised the point that
19 the majority opinion was using APA reviewability cases like
20 Heckler v. Chaney to support standing.
21                  So to that extent, it's applicable because
22 in Regents, they -- they were -- they evaluated under
23 Heckler v. Chaney whether this was reviewable action under
24 the APA or whether it was mere nonenforcement.
25              THE COURT:  How many of the Texas immigration
```

03:03:54
03:04:09
03:04:26
03:04:40
03:04:55

1  cases have made it to the Supreme Court?  I mean, those

2  three --

3              MR. WALTERS:  Well, the -- the --

4              THE COURT:  -- minus the Texas v U.S., MPP,

03:05:04  5  DACA, DAPA.

6              MR. WALTERS:  Yeah.  The DAPA case went there.

7  It was affirmed by an evenly divided vote after the

8  justice -- the death of Justice Scalia.  And then, of

9  course, in prioritization the -- Justice Kavanaugh

03:05:15  10  favorably cites to the DAPA case.

11              THE COURT:  As an example of how to get

12  standing?

13              MR. WALTERS:  Yes.  Now, the *DACA* case came in

14  a different -- it didn't come from the Fifth Circuit.  The

03:05:25  15  *DACA* case that went to the Supreme Court in the *Regents*

16  case was from the federal -- from the Trump

17  administration's attempt to terminate DACA and whether that

18  was arbitrary and capricious.  And then -- yes.  Sorry.

19              THE COURT REPORTER:  From the Trump --

03:05:42  20              MR. WALTERS:  I think from the Trump

21  administration's attempt to terminate DACA, D-A-C-A.  DACA.

22  Sorry.

23              THE COURT:  So other than those three cases,

24  I'm trying to figure out how many immigration cases have

03:06:02  25  made it to the Supreme Court and either assumed or

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 addressed standing?  So other than those three.

2              MR. WALTERS:  Yeah.  Yeah, I can't think of

3 any.

4              THE COURT:  They obviously found that I didn't

03:06:14  5 have standing, I understand, in my case.  I understand why.

6 So I would be interested to know if that -- they were

7 presuming or assuming standing, or if that would have been

8 the first thing you would have addressed in the other

9 cases.

03:06:28 10              MR. WALTERS:  I think MPP in particular -- I

11 mean, they -- like I said, they reached the merits.

12 Standing was definitely a contested issue.  The federal

13 government sought their petition for certiorari on that --

14 the issue of standing.  The Supreme Court declined to

03:06:39 15 address it.

16                  And the fact that they remanded the case

17 back to Judge Kascmaryk would seem to indicate that there

18 was no issue with standing.  And, of course, Judge

19 Kascmaryk in -- on December 15th of last year, he acted

03:06:53 20 under the APA and stayed, you know, postponed the effective

21 date of the new attempt to terminate MPP.

22                  He found it was unlawful for being

23 arbitrary and capricious including on the grounds that it

24 failed to consider that it was not doing -- not undertaking

03:07:10 25 the required case-by-case determination under the -- under

1 its parole power, and the federal government appealed that.

2 But then they dismissed their appeal and were back before

3 Judge Kascmaryk for a final merits determination.  That

4 stay was in the -- basically as in the posture of a

03:07:29  5 preliminary injunction under the APA.

6                THE COURT:  Okay.

7                MR. WALTERS:  So...

8                THE COURT:  I didn't throw you off, did I?

9                MR. WALTERS:  You may have thrown me off a

03:07:47 10 little bit, Your Honor.

11                So also in the -- the Fifth Circuit's *DACA*

12 case from October of last year, they addressed this issue

13 of -- of how -- how we would have to -- to what extent it

14 has -- you have to tie your injury to the specific program.

03:08:04 15 And it said, you know, Texas presented evidence that it

16 spends millions of dollars providing these services.

17 That's emergency Medicaid, public education.  And it says,

18 the record does not indicate precisely what portion of all

19 costs for illegal aliens is spent on DACA recipients, but

03:08:20 20 no one disputes that some are.

21                And for standing purposes, a loss of even

22 a small amount of money is ordinarily an injury.

23                So now we get to the issue of off -- what

24 I call offsets.  So, you know, there is this issue of do we

03:08:38 25 have to factor in, you know, any sort of benefits we may

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 get from the presence of these aliens or any -- any federal

2 programs that might reimburse us for anything or relatedly

3 the -- whether other aspects of federal immigration law

4 that may reduce overall flow of migrants has to be

03:09:03  5 considered when you're evaluating this particular program

6 and whether we have an injury.

7                      So the case that really goes into the most

8 depth on this is the 2015 Fifth Circuit case in DAPA, where

9 this -- now -- and that case involved only driver's

03:09:24  10 licenses, but the argument was that -- so there the -- it

11 said, instead of disputing the figures of -- of Texas's

12 injuries to -- for driver's licenses, said:  The United

13 States claims that the cost would be offset by other

14 benefits to the state.  It theorizes that because DAPA

03:09:48  15 beneficiaries would be eligible for licenses, they would

16 register their vehicles, generating income for the state.

17 And buy auto insurance, reducing the expenses associated

18 with uninsured motorists.  The government suggests

19 employment authorization would lead to increased tax

03:10:03  20 revenue and decreased reliance on social services?

21                      That sounds very familiar in this case,

22 the arguments.

23                      But the Fifth Circuit said:  Even if the

24 government is correct, that does not negate Texas's injury

03:10:13  25 because we consider only those offsetting benefits that are

1 of the same type and arise from the same transaction as the

2 costs.  Once injury is shown, no attempt is made to ask

3 whether the injury is outweighed by benefits the plaintiff

4 has enjoyed from the relationship with the defendant.

03:10:29  5 Standing is recognized to complain that some particular

6 aspect of the relationship is unlawful and has caused

7 injury.

8                    So here, the particular aspect of that

9 relationship is the parole program.  Anything else like an

03:10:43  10 agreement with New Mexico (sic) to take in aliens who --

11 you know, as long as we agree to have this program or

12 the -- the limitation on aliens claiming asylum if they

13 have passed through a third country that went into effect

14 in May, anything like that is not that particular aspect of

03:11:04  15 the relationship.  That is something that arises outside of

16 it and cannot become compared.

17                    And in the *DAPA* case they -- they

18 favorably cited a Third Circuit case that held that sports

19 leagues had standing to challenge New Jersey's decision to

03:11:19  20 license sports gambling, explaining that damage to the

21 league's reputation was a cognizable injury, despite

22 evidence that more people would have watched sports had

23 betting been allowed.

24                    So this is the exact same sort of

03:11:33  25 argument.  They are saying that, well, we have overall

1 reduced the flow of aliens into Texas or the United States

2 as a whole and, therefore, you can't point to this

3 particular program, which obviously went from zero aliens

4 being paroled into the country, to 30,000 a month.

03:11:50  5                      So, this said that the diminished public

6 perception of the leagues and the greater interest in

7 sports were attributable -- they were both attributable to

8 the licensing plan.  So they were related to the licensing

9 plan in that way, but they did not arise out of the same

03:12:05  10 transaction and could not be compared.

11                      So, you know, the most recent case that

12 has addressed this is the Fifth Circuit case just a couple

13 months ago in *General Land Office v. Biden* about the border

14 wall litigation, whether the federal government was

03:12:23  15 complying with congressional mandates to build a border

16 wall.

17                      THE COURT:  I'm familiar.

18                      MR. WALTERS:  Yeah.  And the -- the Fifth

19 Circuit -- so there the federal government argued that its

03:12:36  20 alternatives to the border wall caused a net decrease in

21 illegal entries, so Texas didn't have standing.  But the

22 Fifth Circuit said -- rejected this saying:  Even if the

23 installation of system enhancing technology assists in

24 border control, that does not negate Texas's injury because

03:12:54  25 we consider only those offsetting benefits that are of the

1   same type and arise from the same transaction as the costs.

2                       So this also applies to the argument with

3   the parole program and its interaction with other aspects

4   of federal immigration policy decreasing the overall flow

03:13:17   5   of migrants for -- you know, at least in this short period

6   of time.

7                  THE COURT:  Well, that is --

8                  MR. WALTERS:  Those are not the same aliens,

9   right?  They're not -- it's not the same transaction.

03:13:27   10                  THE COURT:  But didn't you just argue that they

11   were the same aliens for purposes of establishing injury?

12                  MR. WALTERS:  Well, no.  I mean, they're --

13   they're not the same aliens, but it's a proxy.  It's a

14   statistical comparison of overall likelihood.  You know,

03:13:45   15   it's a probabilistic analysis when you have large scale

16   numbers that it is inevitable that at least some small

17   number of those people are going to partake in those

18   benefits --

19                  THE COURT:  Well, you had me presume that if I

03:13:56   20   declared this unlawful, that they would come in illegally.

21   Remember, for purposes --

22                  MR. WALTERS:  Well, no.  Well, what I was --

23   that was not my intention.  My intention was to say that

24   the people already here would become illegal.

03:14:08   25                  THE COURT:  Okay.

1                MR. WALTERS:  So there are already 14,000

2 people in Texas, and they would -- if they lose their legal

3 status, they would then be -- be considered -- you know,

4 they would be considered illegal aliens for purposes of

03:14:19 5 trying to obtain state benefits.  That's what I was

6 referring to, Your Honor.

7                THE COURT:  What I understood -- and maybe I

8 misunderstood from the defendants, the intervenors --

9 was -- is that -- I'm just going to make a number up.  If

03:14:30 10 there were 10,000 people coming in from Venezuela since

11 they rolled out this program, and that's legal and illegal,

12 that that number is now 5,000.  The program has been rolled

13 out, and now there are just fewer people coming from

14 Venezuela.  That's what I understood from them.

03:14:47 15                MR. WALTERS:  Right.

16                THE COURT:  I don't understand how your costs

17 could go up at all if a substantially lower number of

18 people.  Are you saying that that is not of the same kind?

19                MR. WALTERS:  Right.  It is -- because you have

03:14:58 20 to look at the costs of the program.  We are challenging

21 the parole program.  And that is -- it went from zero to

22 30,000 people in the country a month.

23                THE COURT:  But those zero to 30,000 people, I

24 thought you were alleging, would then -- would be likely to

03:15:11 25 come in without permission.

1              MR. WALTERS:  I am not -- I am not saying that.

2  I am saying -- that argument was only about the ones

3  already here, you know, whether they were illegal --

4  considered illegal or not.

03:15:26  5              But, you know, this -- this depends on --

6  so the argument that they're making depends on the

7  decisions of independent actors that are outside of what

8  we're talking about here.

9              So, you know, they're requiring -- you

03:15:40  10  know, they're relying on the government of Mexico.

11  Obviously, we can't challenge anything the government of

12  Mexico does, under the APA.

13              We -- and, you know, standing is evaluated

14  at the time the complaint is filed.  So a key case is *Davis*

03:15:57  15  *v. Federal Elections Commission*.  This is a U.S. Supreme

16  Court case from 2008.  It's --

17              THE COURT:  Hold on before you move on.  If you

18  want me to -- then where do the -- how can I consider the

19  14,000 people for your standing purposes, because those all

03:16:09  20  postdate the time that your complaint was filed?  You said

21  that there is 14,000 people here --

22              MR. WALTERS:  Well, we are seeking forward

23  injunctive relief.  You know, that is different from our

24  standing.  So, you know, we're seeking forward injunctive

03:16:27  25  relief about future aspects of the program.  We can,

1 obviously, challenge programs before they actually go into

2 effect, right?

3           THE COURT:  Didn't you just say I have to look

4 at standing, including injury, as of the time that you

03:16:36  5 filed the complaint?

6           MR. WALTERS:  Yeah --

7           THE COURT:  If that's true, then how do I

8 consider 14,000 people who came in as a result of the

9 program after the complaint?

03:16:42  10          MR. WALTERS:  Well, the -- I mean, you have

11 to -- I mean, that is just -- that is evidence after the

12 fact of -- of that.

13              But the -- so when a party is facing a

14 prospective injury, the injury required for standing does

03:17:26  15 not need to be actualized.  This is that Supreme Court case

16 from 2008 I was talking about.

17              So in this case, this involved an FEC,

18 Federal Elections Commission, regulation that it -- it

19 penalized self-funding Congressional candidates by -- if

03:17:44  20 they spent a certain amount of their own money, it

21 increased the contribution limits for their opponent.  And

22 when -- when this candidate filed suit, his opponent had

23 not yet qualified for these asymmetrical limits.  And later

24 his opponent, even though he did qualify to take advantage

03:18:02  25 of them, he chose not to do so.  So the FEC argued that

1 that did not cause Davis, the candidate, any injury.

2                    But the Supreme Court said:  "While the

3 proof required to establish standing increases as it

4 supercedes, the standing inquiry remains focused on whether

03:18:19  5 the party invoking jurisdiction had the requisite stake in

6 the outcome when the suit was filed, and the injury

7 required for standing need not be actualized."

8                    So when Texas filed its suit, it -- it

9 would have standing regardless of whether there were any

03:18:37 10 actual people in Texas yet.  It is -- they were seeking

11 prospective injunctive relief.  So that is about future

12 injury.  So as long as it is imminent -- and it is

13 discussed in the special solicitude section -- the

14 imminence requirement is less strict when we have special

03:18:54 15 solicitude.

16                    And it just says, "If a party facing

17 prospective injury has standing to sue where the threatened

18 injury is real, immediate, and direct."

19                    So Texas -- even if -- if Texas had filed

03:19:08 20 suit before any -- anything had happened under this

21 program, if any -- any person had been granted parole, they

22 would -- Texas would still have standing because the injury

23 would be imminent.  It doesn't have to have already

24 happened.

03:19:19 25                    So when -- when we are showing -- when we

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 are pointing to this evidence as -- and I have to say,

2 like, it sort of, you know, tries to put us, you know,

3 between a set of pincers on this, because it's -- you know,

4 we have heard the argument that we can't use -- we can't

03:19:35    5 point to any evidence that predates the program, right?

6 That is not relevant because it's before the program.  But

7 now we can't use evidence after it, either.

8                     And I think the key is, if you're seeking

9 prospective relief, it just has to be the threat of

03:19:50   10 imminent injury.  It doesn't have to be actualized injury.

11                     Then there is -- the issue has also been

12 raised about whether -- this is -- that Texas has

13 self-inflicted injury.  So, for example, because Texas has

14 driver's license laws, it says if you have parole status,

03:20:11   15 you are eligible for driver's licenses; or that we

16 participate in the federal Medicaid program, and therefore

17 we're bound by its requirements to provide emergency

18 Medicaid to anyone regardless of legal status.

19                     Now, the federal government raises this

03:20:25   20 point, and they cite to *Pennsylvania v. New Jersey*, a U.S.

21 Supreme Court case from 1976.  But the Fifth Circuit has

22 already specifically rejected the application of this case

23 in the DAPA case, had a very lengthy description as to why

24 this was not a self-inflicted injury, that Texas did not

03:20:44   25 create its driver's license laws or, you know, adopt the

1 federal Medicaid program in order to gin up a lawsuit.

2 They long predate these federal policies, so there is no

3 evidence that they did this to harm themselves.  These were

4 already State policies.  And, in fact, the harm goes the

03:21:02  5 other way because it applies a pressure on Texas to change

6 its state laws.  Texas is saying, well, you don't like our

7 federal policies.  You should change your state laws if you

8 don't want to face these costs.

9            So the Fifth Circuit has said that is --

03:21:15 10 that is part of Texas's injury, this pressure to change

11 state laws.

12            And then -- so we talked a little bit

13 about some of this relating to injury in fact goes to

14 traceability and redressability, too.  And in the MPP case,

03:21:33 15 the Fifth Circuit's case from 2021, it says that when

16 you're challenging a broad class-based policy, like there

17 where thousands of aliens were being paroled, it makes it

18 a -- when a broad class-based policy makes it a practical

19 certainty that some aliens will apply for licenses, as in

03:21:52 20 DAPA and in the MPP case, then that is enough to show

21 standing.

22            And for a judicial remedy to redress an

23 injury, it is enough that the risk of the alleged harm

24 would be reduced to some extent if the plaintiffs receive

03:22:13 25 the relief they seek.

1             So we don't have to have -- we don't have

2 to be able to show that we won't have any of these expenses

3 if we get the relief that we are asking for here.

4             There is also the issue of pre-existing

03:22:26  5 regulations.  So, you know, the defendants say that the

6 parole program was not what's causing these injuries,

7 because it is actually these other federal laws or

8 regulations that States must apply for emergency -- must

9 pay for emergency Medicaid, or if they have to provide

03:22:45 10 public education.  And therefore, these -- since we don't

11 challenge those, we can't get relief.

12             But the -- the Fifth Circuit, in the DACA

13 case from October of last year, addressed this.  It says:

14 The government argues that DACA did not cause the injury

03:23:03 15 because the State must pay for emergency Medicaid and

16 education under preexisting federal law.  It is true that

17 DACA is not the sole cause of the State's injury, but DACA

18 has exacerbated it.  That is sufficient for standing.

19             So then we go to final agency action,

03:23:24 20 which is in the Fifth Circuit.  It is also a matter of

21 subject matter jurisdiction, just like standing.

22             So you have two elements.  The first

23 element is that the action must mark the consummation of

24 the agency's decision-making process so it is not some sort

03:23:39 25 of intermediate decision.  It is a final decision.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1                  The parole program is -- is definitive.

2 It's not tentative.  The fact that they could rescind the

3 program is not enough to make it not final agency action.

4 It consummates the rule.

03:23:58   5                  Now, the -- the federal defendants say

6 this doesn't consummate it because we haven't -- the actual

7 actions that grant parole are the final agency actions,

8 that those are the operative things, not this parole

9 program from that grant.

03:24:18  10                  But that same argument was rejected again

11 in the MPP case from 2021.  It says:  The government says

12 the termination of MPP, that increased paroles, didn't

13 consummate DHS's decision-making process.

14                  That is because the -- it wasn't final

03:24:36  15 until the agency applied it in a particular situation to an

16 affected person or entity.  And the government hints the

17 DHS, has not yet made the return decision in any individual

18 case.  But the Fifth Circuit criticizes this, saying it is

19 hard to tell what this means.  Perhaps the government is

03:24:53  20 suggesting that somehow DHS's termination of MPP has not

21 affected a single undocumented alien.  But that would be

22 absurd because DHS had enrolled over 68,000 of them in MPP

23 when it was in effect, and returned more than 55,000 of

24 them to Mexico.

03:25:08  25                  Therefore, we conclude that the

1 termination of MPP was the consummation of the agency's

2 decision-making process, not the grants of individualized

3 parole that arose from the termination of that program.

4                    Now, the second factor for final agency

03:25:25   5 action is that it must be -- the analysis -- as this Court

6 has noted before in several of its immigration cases, the

7 analysis for whether something is final agency action and

8 whether it is a substantive rule subject to notice and

9 comment rulemaking are really very similar inquiries.  The

03:25:44   10 Fifth Circuit has treated them as very similar.

11                    So the second element of this is:  "...the

12 action must be one by which rights or obligations have been

13 determined, or from which legal consequences will flow."

14                    Now, one way a legal consequence would

03:25:57   15 flow from an agency action is if it binds its staff.  And

16 the way you can tell that it binds its staff -- one way is

17 if it is applied by the agency in a way that indicates it

18 is binding.

19                    So while the -- as Mr. Hamilton had

03:26:15   20 discussed earlier, the -- the way that they are -- they

21 approved over 97 percent -- 97 1/2 percent of the overall.

22 So exhibit -- Plaintiffs' Exhibit 41, of the overall cases

23 from October 2022 to June 30th of this year, DHS approved

24 97.5 percent of the applications that it had adjudicated

03:26:44   25 for parole.

1                    Now -- and Mr. Hamilton also mentioned

2  Judge Kascmaryk's ruling back in December that addressed

3  this issue of -- just based on the sheer volume.  So Judge

4  Kascmaryk had found that it was -- you could infer that DHS

03:27:02    5  was not complying with the case-by-case requirement because

6  they were paroling 27,000 people a month.  Of course, this

7  particular program is 30,000 people a month.

8                    So that combined with the percentage -- so

9  in the DAPA litigation, Judge Hanen had relied on the fact

03:27:23   10  that the -- the federal government had said that this was a

11  case-by-case determination to determine whether people

12  would be granted DACA status.  And Judge Hanen found that

13  because of the approval rate, which was where they denied

14  between 1 and 6 percent of the applications, that persuaded

03:27:42   15  the Court that this factor is merely pretext.

16                    So just based on the percentage, if

17  they're approving 97 1/2 percent and they have this large

18  volume of 30,000 a month that they're examining, that

19  itself is evidence that the agency is treating it as

03:27:57   20  binding, and that means it has legal consequences and is

21  final agency action.

22                    Another way that you can show there is

23  final agency action, of that prong of final agency action,

24  is if it grants rights on beneficiaries.  And in the --

03:28:15   25  again, the Fifth Circuit's DACA ruling from October, it

1 said that DACA was a substantive rule because it provided

2 affirmative immigration relief following extensive

3 proceedings that are effectively adjudications and

4 eligibility for benefits.  That is the same as the case

03:28:32  5 here.

6                    The -- the Court in *DAPA* in 2015 also said

7 placing a cost on the States is a sign that the challenged

8 memoranda are not policy statements and, therefore, subject

9 to notice and comment rulemaking.  This goes to that.  So

03:28:53  10 this was not specifically about final agency action -- this

11 is not specifically about final agency action, but it is

12 about the very similar inquiry for whether something is a

13 substantive rule subject to notice and comment rulemaking.

14                    So in the *DAPA* case they said -- and that

03:29:07  15 cost that was placed on the States was eligibility for

16 subsidized driver's licenses.  So that is placing a cost on

17 the States, and that is an indicator that it affects the

18 rights and obligations of the States and, therefore, that

19 that is final agency action.

03:29:24  20                    Moving on to reviewability under the APA,

21 there is -- there are two different ways that federal

22 agency decisions can be held not reviewable under the APA.

23 One is by some particular statute that precludes review of

24 a particular decision, and the other is if the agency

03:29:42  25 action is committed to agency discretion by law.  So if

1 there is a very broad discretion granted to an agency and

2 there are no standards that can be applied to evaluate

3 these decisions, it will be deemed unreviewable.

4            But the Fifth Circuit has said in the *DAPA*

03:29:58  5 case again:  Establishing unreviewable --

6 unreviewability is a heavy burden, and the general

7 presumption favors judicial review of administrative

8 action.

9            So no statute precludes review here.  The

03:30:11  10 federal defendants have raised 8 U.S.C. Section 1252(a)(2)

11 (B)(ii), which provides that any other decision or action

12 of the Attorney General or the secretary of DHS, the

13 authority for which is specified under the subchapter, to

14 be in the discretion of the Attorney General or the

03:30:35  15 secretary other than the granting of relief under Section

16 1158(a) of this title.

17            So they argue that the discretionary --

18 the decision to parole people falls under this prohibition,

19 this preclusion of review, but the Fifth Circuit, again,

03:30:56  20 has already addressed the specific argument.  In the *MPP*

21 case the federal government made this same argument that --

22 that this prevented review of a rule, the overall -- so

23 that was the termination of MPP which led to the grant of

24 parole in a lot of cases there.  But the -- the Fifth

03:31:17  25 Circuit had a broader rationale and said:  The entirety of

1 the text and structure of that provision indicates that it

2 operates only on denials of relief for individual aliens.

3                         So that protects the individualized parole

4 determinations of the agency from being second guessed

03:31:36   5 under the APA.  So if an alien is denied parole, they can't

6 go to court and say it's arbitrary and capricious, et

7 cetera.  But -- but that does not apply to rules.  The

8 Fifth Circuit in that case said that only applies to

9 orders, specific enforcement decisions, against particular

03:31:53   10 individuals, not about rules.

11                         The question here, the Fifth Circuit said,

12 is whether DHS's decision to terminate an entire program

13 operating across an international border and affecting

14 thousands or millions of people and dollars is rendered

03:32:08   15 unreviewable by that section, and it found there was

16 nothing in that clause to suggest Congress embraced that

17 proposition.

18                         So then the -- the general -- the other

19 way that there could be a lack of review under the APA is

03:32:22   20 if -- if it's a -- if the -- if it is committed to agency

21 discretion by law, just by the fact that there is no

22 standard to judge by, and the -- the key case in this is

23 the -- the case of *Heckler v. Chaney* about nonenforcement

24 decisions.

03:32:40   25                         So, the first thing to note is the Fifth

1 Circuit in the *MPP* case, and this aspect of MPP is still

2 good law, the -- it held that the *Heckler v. Chaney*

3 unreviewability doctrine does not apply to rules.  It only

4 applies to orders.  One-off enforcement decisions.

03:33:03  5             So if the executive branch says I am not

6 going to enforce the law against this person, that is

7 something that is not reviewable under the APA.  However,

8 that does not apply to rules, and this program that we are

9 challenging here is a rule, an agency statement of general

03:33:20  10 applicability and future effect that either prescribes law

11 or policy or describes agency organization, procedure or

12 practice requirements.

13             So that's the first thing.  *Heckler v.*

14 *Chaney* unreviewability does not apply because this is a

03:33:35  15 rule, not an order.  The second way, even if -- even if

16 *Heckler v. Chaney's* unreviewability would apply to the

17 parole program, it would not be directly -- it would not

18 suffice here because it is not mere nonenforcement.  The

19 parole program would trigger eligibility for federal

03:33:58  20 benefits and state benefits that would not otherwise be

21 available to these aliens.

22             That's a quote from the *DAPA* case about

23 that program, and this, of course, does the same thing.  If

24 it triggers eligibility for either federal or state

03:34:12  25 benefits, like driver's licenses, that -- that takes it out

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 of mere nonenforcement and -- and goes back to what we were

2 discussing about affirmative immigration relief and the

3 distinction there between that and just not -- deciding not

4 to enforce a law against someone.

03:34:30   5                    And it said -- that same case in the *DAPA*

6 case it says:  To be reviewable agency action, the

7 challenged action need not directly confer public benefits.

8 Just removing a categorical bar on receipt of those

9 benefits and thereby making a class of persons newly

03:34:47   10 eligible for them provides a focus for review.  So driver's

11 license, same thing there.  Before obtaining parole, none

12 of these aliens would have been entitled to a Texas

13 driver's license, but by receiving parole that removes a

14 categorical bar of them being prohibited from getting a

03:35:08   15 Texas driver's license.

16                    Further, even if *Heckler* applied after

17 these -- going down the rabbit hole on this analysis, even

18 if it applied, *Heckler* still says:  The presumption of

19 nonreviewability may be rebutted where the substantive

03:35:32   20 statute has provided guidelines for the agency to follow in

21 exercising its enforcement powers.  And the Supreme Court

22 in its review of the *MPP* case, in *Biden v. Texas* from 2022,

23 it said that -- this is the majority opinion there:  Parole

24 authority, quote, "is not unbounded," unquote, because of

03:35:56   25 its case-by-case limitation and limit to urgent

1 humanitarian reasons or significant public benefit and,

2 quote, "DHS's exercise of discretion within that statutory

3 framework of parole must be reasonable and reasonably

4 explained."

03:36:12   5                          And the Court goes on to cite the *State*

6 *Farm* decision which is about arbitrary and capricious

7 review under the APA.  And then, of course, as discussed

8 earlier, the Supreme Court remanded back to Judge Kascmaryk

9 to evaluate whether this decision was arbitrary and

03:36:27  10 capricious, the termination of MPP, because it caused the

11 agency to abuse its parole authority.

12                          So the Supreme Court obviously found that

13 it was not committed to agency discretion by law because

14 there are particular standards.  It was not unbounded

03:36:43  15 discretion because it says it has to be case by case, and

16 it says it has to be for these -- one of these two reasons

17 of significant public benefit or urgent humanitarian

18 reasons.

19                          Going to the zone of interest, this is

03:36:58  20 whether we have a cause of action under the APA.  So you

21 can only challenge an agency action if -- if the injury is

22 arguably within the zone of interest protected by the

23 underlying statutes, but the Supreme Court has said that is

24 not an especially demanding test.  And this is discussed

03:37:17  25 again in the *MPP* case from 2021, Fifth Circuit case, which

1 held that the States fall within the zone of interests of

2 the INA as a whole, which is the proper reference for

3 actions under the APA rather than any particular section.

4                    So you don't look at the parole section of

03:37:36    5 the INA and say, well, are the States' injuries within the

6 zone of interests to be protected by the parole authority

7 in Section 1182?  Instead what *MPP* says is you look at the

8 Immigration and Nationality Act as a whole to find out if

9 the States' injuries are within that zone of interest.

03:37:58   10                    And that -- the *MPP* court in the Fifth

11 Circuit said:  It is clear that the INA aimed at least in

12 part to protect States from harms to their fisc.  And the

13 *DAPA* case said that Texas also seeks to participate in

14 notice and comment before the secretary changes the

03:38:17   15 immigration classifications of millions of illegal aliens

16 in a way that forces the State to the Hobson's choice of

17 spending millions of dollars to subsidize public benefits

18 or changing its statutes and, therefore, it was in the zone

19 of interests.

03:38:32   20                    So moving on to remedies.  So a vacatur,

21 the federal government continues to press its claim that

22 there is no remedy of vacatur under the APA, that the --

23 the courts have been wrong for decades about this.  No

24 court has bought this argument and in fact --

03:38:49   25                    THE COURT:  Some of the justices have.

1          MR. WALTERS:  Well, I would dispute that, Your

2    Honor.  So even the concurrent opinions in the

3    prioritization case, Justice Gorsuch joined by Justice

4    Thomas and Justice Barrett, he did not actually endorse the

03:39:05   5    idea.  He said there are serious questions -- now, you

6    might say he leans -- if you read with the tea leaves, he

7    leans in that direction, but he did not say that that is

8    actually the case.  He -- he pointed to arguments on both

9    sides of that argument whether vacatur is a legitimate

03:39:20  10    remedy under the APA, but, again, I think that is just a

11    concurring opinion, even if it were -- even if you give it

12    its strongest reading and that cannot serve to override

13    binding Fifth Circuit precedent which held even just

14    earlier this year in an en banc ruling in *Cargill v.*

03:39:36  15    *Garland*, vacatur of an agency action is the default rule in

16    this circuit.  And in the *DACA* case from October, when a

17    rule is contrary to law, the ordinary practice is to vacate

18    it.

19              And also, when the federal government made

03:39:51  20    these specific arguments before both judges in the Eastern

21    District of Texas in Tyler, Judge Kernodle and Judge

22    Barker, they flatly rejected the argument that there is no

23    vacatur remedy under the APA.

24          THE COURT:  What is the difference between

03:40:09  25    vacating this rule and then enjoining them?

1          MR. WALTERS:  Well, I think if you vacate it,

2 it takes away any of the legal authority of anyone who was

3 issued parole under it.  It -- it nullifies the agency

4 action, but it does not --

03:40:21    5          THE COURT:  Then what happens to those people?

6          MR. WALTERS:  Well, they would then be here

7 unlawfully.  But that would not change anything to

8 require -- so vacating does not -- it acts on the action.

9 It does not act in personam on any individuals like an

03:40:39   10 injunction.

11              So an injunction could require agency

12 officials to do something in compliance.  You could hold

13 them in contempt.  Vacatur doesn't do that.  Vacatur just

14 nullifies the agency action.  They could go back tomorrow

03:40:54   15 and do the same action, and they would not be violating the

16 Court's order.  Now, they may be facing another lawsuit if

17 they did that, but that's the distinction between

18 injunctive relief and vacatur.

19          THE COURT:  Is there a statutory bar to an

03:41:06   20 injunction in this case that we had in the other cases?

21          MR. WALTERS:  There is not.  So you are

22 referring to 1252(f)(1).  I've dealt with that in a lot of

23 cases since.  That is specifically limited to actions

24 undertaken under Sections 1221 through 1232 of the INA.

03:41:26   25 This involves 1182.  So it does not fall within that zone,

1 and I don't believe that the federal defendants have raised

2 1252(f)(1) in this case.

3            THE COURT:  So you're suggesting that vacatur

4 would retroactively take status away from people, and an

03:41:43   5 injunction would just prohibit the government from

6 continuing the program going forward and not impact people

7 that were here previously?

8            MR. WALTERS:  I am not -- no, I am not saying

9 that, Your Honor.  I think that the injunction would

03:41:56   10 prevent any agency officials from -- first of all, from

11 granting any more.

12            THE COURT:  So that's what I was saying.

13            MR. WALTERS:  Yeah.  It would prevent that.

14 But if -- yeah.  I guess if -- so in the *DACA* case there

03:42:11   15 was both vacatur and injunctive relief there, but Judge

16 Hanen's rulings always had the caveats that nothing in this

17 order requires the agency to undertake any enforcement

18 action against any beneficiary that it otherwise would not

19 take.

03:42:26   20            THE COURT:  But that was because vacatur was

21 part of his remedy.  So my question is:  Assume that there

22 is an injunction.  What does that do to people who have

23 already been admitted?  Does that take away that status or

24 does that just keep the government from giving additional

03:42:38   25 status?

1          MR. WALTERS:  Well, first of all, I don't think

2 it would be -- I think it would be strange to issue an

3 injunction without vacating the agency action.  It is the

4 norm -- it is the prescribed remedy under the APA to vacate

03:42:50  5 agency action.  So I think it would be strange to have an

6 injunction without vacating the agency action.

7               But even considering that, I think the

8 injunctive relief would prohibit the federal government

9 from acting as if any of these are legitimate.  So any of

03:43:04  10 these sort of benefits -- so eligibility for federal

11 benefits coming forward, or, you know, trying to enforce,

12 you know, any -- they -- they would not be able to file

13 lawsuits against employers for -- if they had employment

14 authorization, for example --

03:43:21  15          THE COURT:  Isn't that what you said Judge

16 Hanen did?  He did a carveout saying, I'm vacating this,

17 we're enjoining it, but this doesn't impact anybody.  They

18 retain all those rights, right?

19          MR. WALTERS:  Well, I do think that what Judge

03:43:33  20 Hanen did, and I think would be proper here as well, is the

21 distinction between the rule and particular enforcement.

22 So we are not asking that -- for an order that requires DHS

23 to go hunt people down, arrest them, and, you know, remove

24 them from the country.  That would be -- there would be no

03:43:54  25 way that we could, you know, be able to have a claim that

1 would be valid in that way.

2                    So -- but nullify -- I think vacatur is

3 the first thing that has to be done, and I do think -- I'm

4 trying to think of a case where, you know, an agency action

03:44:09 5 was enjoined without vacating it, and I can't --

6                    THE COURT:  The 100-day pause?

7                    MR. WALTERS:  Well, the 100-day pause was a

8 strict -- well, that is because vacatur is at the end.  If

9 I remember, the 100-day pause was a preliminary injunction,

03:44:24 10 Your Honor.  There was a TRO, and then there was a

11 preliminary injunction, and then it mooted out because the

12 100 days passed.  So there was never -- vacatur is only

13 final relief.

14                    Now, there is a -- an interim form of

03:44:39 15 vacatur, and that is a stay or postponing the effective

16 date under Section 705 of the APA, but that was not done in

17 that case.

18                    So that's why I would say, Your Honor,

19 that the reason there was no vacatur in that case is

03:44:53 20 because we did not get the final judgment.  The case

21 basically mooted out because the 100 days passed, so the

22 100-day pause was no more.

23                    THE COURT:  So I also recall from the *Texas v.*

24 *U.S.* case a certain reluctance on a substantial number of

03:45:12 25 the justices to doing anything on a nationwide basis.  And

1 quite frankly, in the 100-day pause, I had a fairly

2 substantial section that dealt with that but recognized the

3 uniqueness of immigration, because if you limit it to a

4 particular State who's a plaintiff, they may go to a

03:45:27  5 different state and cross borders, which was talked about

6 in the DACA case.  So I understand that.

7                         However, *Texas v. U.S.* was an immigration

8 case, and there was a substantial discussion about the

9 scope of nationwide.  So I have got a couple of questions.

03:45:43  10 I know that basically standing for one is tantamount to

11 standing for all, and we move on to the merits.

12                         What about injury?  I have only heard

13 injury to Texas.  Injury for one equals injury for all?

14                         MR. WALTERS:  Yes, Your Honor.  It -- because

03:45:57  15 the standard for getting full injunctive relief is that it

16 has to provide complete relief to the plaintiff.  So even

17 just looking at Texas, because it -- and this is, you know,

18 still good Fifth Circuit precedent, as recently as the DACA

19 case, in October that addressed this issue.  It's that the

03:46:16  20 immigration context is just so different because people are

21 free to move among the states.  Let's say --

22                         THE COURT:  I get that.  But you read Justice

23 Gorsuch's concurrence when it said in immigration cases he

24 doesn't like nationwide injunctions and a couple of

03:46:31  25 justices joined him.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1          MR. WALTERS:  Right.  But, I mean -- I think it

2 is interesting, but I don't think it has any binding effect

3 on the effect of existing Fifth Circuit precedent.

4          THE COURT:  You want me to ignore Justice

03:46:41  5 Gorsuch?

6          MR. WALTERS:  Well, I don't want you to ignore

7 Edith Jones either, Your Honor.

8          THE COURT:  Well, I don't know that she has

9 written on it since then, has she?

03:46:49  10          MR. WALTERS:  Well, I'm trying to think which

11 case.  No, maybe not Judge Jones.  I was just talking about

12 the border wall case, but obviously that was in a motion to

13 dismiss posture.  But --

14          THE COURT:  Let me ask you this.  If there is a

03:47:02  15 vacatur, is there such a thing as vacating as to certain

16 states and not --

17          MR. WALTERS:  No, Your Honor.  I mean, that is

18 the heart of the dispute.  So when the federal government

19 says there is no vacating, they're interpreting the

03:47:15  20 language -- because obviously the word "vacate" is not used

21 in the APA.

22          THE COURT:  No, I am not talking about whether

23 it exists or not.  I'm talking about whether or not you can

24 vacate it with respect to the plaintiff states and not the

03:47:23  25 nonplaintiff states.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1          MR. WALTERS:  Yeah.  I think this goes to that,

2 though.  Because the way they interpret the set-aside

3 language is that you're just -- in the particular agency

4 action, you are setting aside the rule of just ignoring it,

03:47:36   5 like treating it as not something that exists, when you are

6 looking at that particular party.

7                    So, it is party specific in the way that

8 they interpret the set-aside language, whereas vacating it

9 acts on the action.  So, it's like a presidential veto,

03:47:53  10 right?  Like the president can't veto a bill only as it

11 applies to certain states.  Like, he has to just -- it is

12 gone.  It nullifies it.

13                    And that is what vacatur does.  The Court

14 is nullifying the agency action.  You can't partially

03:48:07  15 nullify it.

16              THE COURT:  Let's assume you had only brought a

17 notice and comment action, and you prevailed.  What is the

18 remedy?

19              MR. WALTERS:  Well, if -- if the only claim is

03:48:17  20 notice and comment, I think that would be a candidate for

21 remand, either with vacatur or without vacatur.  If it's

22 something that can be solved -- if it is something that can

23 be fixed by the agency, then that -- that does not need to

24 be vacated.

03:48:39  25                    But when you have contrary to law

1 claims -- so this came up in the -- you know, not to

2 repeat, but the DACA case, the Fifth Circuit case, in

3 October.  There were both notice and comment claims and

4 substantive illegalities claims.  The Court found that it

03:48:52   5 was not proper to just remand without vacatur there; that

6 it was proper to vacate it because there was no way the

7 agency could fix the substantive problems with the -- with

8 the law.

9             So the test is the -- vacatur is proper

03:49:08  10 based on two factors:  One, the seriousness of the

11 deficiencies of the action; that is, how likely the agency

12 would be able to justify its decision on remand.

13             So I think, you know, the prime candidate

14 would be an arbitrary-and-capricious claim, like, well, you

03:49:23  15 just didn't reason properly in doing it, so you can go back

16 and try to make a new decision with evaluating all the

17 factors you need to evaluate, et cetera.  Notice and

18 comment, I think, would also fall into that.  But if it is

19 just contrary to law, there is no way that you could send

03:49:37  20 it back to the agency and it can fix that problem.

21             And then, you know, the second factor is

22 the disruptive consequences of the vacatur, but the DC

23 Circuit has said in *North Carolina v. EPA* from 2008,

24 531 F.3d, 896, that "The threat of disruptive consequence

03:49:57  25 cannot save a rule when its fundamental flaws foreclose the

1 agency from promulgating the same standards on remand."

2 That's the test.

3                    If there is no way they could come back

4 with the same rule because it is substantively unlawful,

03:50:12  5 then there is no remanding without vacatur.

6                    THE COURT:  Yeah, but if it is notice and

7 comment.

8                    MR. WALTERS:  Yes.  I agree if it is just --

9 if it is either solely based on arbitrary and capricious or

03:50:24 10 notice and comment --

11                    THE COURT:  Right.

12                    MR. WALTERS:  -- that would be something where a

13 remand would be more appropriate.

14                    THE COURT:  So Chief Judge Sutton in the

03:50:29 15 corollary case to *Texas v. U.S.* talked about nationwide

16 relief as well, had some pretty strong opinions for a

17 unanimous Sixth Circuit opinion, and that was in an

18 immigration case.  And he talked about the benefits of

19 having issues percolate in different jurisdictions, so that

03:50:47 20 the Supreme Court can ultimately get different points of

21 view if there is a disagreement, and that was in the

22 Priorities memo, immigration context.

23                    MR. WALTERS:  Yes, Your Honor.  Now, what I

24 would say is the Fifth Circuit evaluated Judge Sutton's

03:51:02 25 reasoning in its appeal on the stay motion from the

1 prioritization case before it went up to the Supreme Court.

2                    THE COURT:  I remember.

3                    MR. WALTERS:  And it addressed that and it

4 rejected it.  Now --

03:51:14  5                    THE COURT:  But didn't it reject it because

6 there had already been kind of Fifth Circuit law that you

7 really should do nationwide on immigration cases and a

8 panel can't overrule that?

9                    MR. WALTERS:  I think that is right, Your

03:51:26 10 Honor, but I don't think anything has changed since then.

11                    THE COURT:  Well, the Supreme Court had a

12 decision that reversed that --

13                    MR. WALTERS:  Well, yes, but they didn't

14 address that.  I mean, the Supreme Court majority did

03:51:34 15 not -- right, the Supreme Court reverses judgments; they

16 don't reverse opinions.  So anything in that Fifth Circuit

17 stay opinion, just like in the MPP Fifth Circuit case,

18 anything that was not, you know, contradicted by the

19 Supreme Court is still good law.  It is still binding

03:51:47 20 precedent in the Fifth Circuit.

21                    THE COURT:  Let me ask you this.  If it is

22 something other than nationwide relief, what is it?

23                    MR. WALTERS:  Well, you mean what remedy?

24                    THE COURT:  Are you -- that's right.  Are you

03:51:57 25 saying it is all or nothing?  Is there --

1            MR. WALTERS:  Well, I think vacatur is, you

2  know, the easiest --

3            THE COURT:  Okay.  Assuming that there is not a

4  vacatur, if it is an injunction, and it is something other

03:52:05  5  than nationwide, what is it, in your view?

6            MR. WALTERS:  Well, I don't see how it could be

7  anything other than --

8            THE COURT:  Right.  So it is all or nothing?

9            MR. WALTERS:  I think it is in the immigration

03:52:14  10  context because Texas itself would not be able to get

11  relief because, you know, an injunction says you can't

12  release parolees into Texas.  But once these people are in

13  the country, they can move about the states.  Like there is

14  no, you know, border patrol between Texas and Oklahoma.

03:52:29  15  So, you know, they're free to move about the state.  So

16  that would not solve Texas's injuries.

17            THE COURT:  Well, also the concern I have is

18  that we have got a lot of states, but we only have injury

19  established or argued -- I'm not saying established, but

03:52:42  20  certainly only evidence in the record that pertains to one

21  of the -- is it 20 or 21 states?

22            MR. WALTERS:  Yeah, I think it's 21 states,

23  Your Honor.

24            THE COURT:  So that's why I say I understand

03:52:51  25  standing for one is tantamount to standing for all in order

1 to get past that hoop, but is injury for one equal injury

2 for all, if we are going a direction that is something

3 other than nationwide?

4                    MR. WALTERS:  It is, Your Honor.

03:53:02  5                    THE COURT:  If so, then why wouldn't this just

6 be limited to Texas since they are the only one who has put

7 on evidence of injury?

8                    MR. WALTERS:  Well, in the DACA case from

9 October, this same issue came up.  The only state that had

03:53:13 10 provided evidence -- there were nine states there.  Texas

11 was the lead state.  And the only state that had submitted

12 evidence of injury, and was evaluated at any level by -- of

13 the judicial system, was Texas.

14                        And the -- the trial court, entered

03:53:28 15 nationwide injunctive relief and the Fifth Circuit upheld

16 nationwide injunctive relief and said -- said it was

17 required in immigration.

18                    THE COURT:  But I can tell you that, you know,

19 that is because in the immigration context before Texas v.

03:53:41 20 U.S. was decided by the Supreme Court, the Fifth Circuit, I

21 think, had basically said if you are going to do an

22 immigration-related APA case, it has got to be -- well,

23 doesn't have to be, but it would be extraordinary for it to

24 not be nationwide, but this isn't October anymore.

03:53:54 25                    MR. WALTERS:  Well, I don't think the

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 prioritization case in the Supreme Court changes anything

2 about that.  I mean, Justice Kavanaugh's opinion for the

3 majority does not address that sort of scope of relief at

4 all.  And it is because he didn't have to because he found

03:54:05  5 there was no judicial -- judicial recognizable injury.

6           THE COURT:  But Chief Judge Sutton talked about

7 it, and Justice Gorsuch joined by two other justices,

8 talked about it and --

9           MR. WALTERS:  But Judge Jones rejected Judge

03:54:18  10 Sutton's reasoning.

11           THE COURT:  Yeah, but she did that because she

12 was constrained to follow -- it's the rule of orderliness,

13 right?

14           MR. WALTERS:  Right.  Yeah, but I don't think

03:54:22  15 anything has changed.

16           THE COURT:  That's not her saying that things

17 have changed.  She is saying the Fifth Circuit -- I mean,

18 so are you telling me that I am bound by that?

19           MR. WALTERS:  Yes, Your Honor.

03:54:30  20           THE COURT:  Okay.

21           MR. WALTERS:  I hate to tell a judge that --

22           THE COURT:  No, I get it.  And I am going to be

23 asking for the things that MPP had decided to look at, for

24 certain things, I am going to be asking that.

03:54:41  25                   Are you trying to preserve points for

1 appeal?  Can I ignore what MPP has done?  I mean, there are

2 certain issues that I am going to ask the other parties as

3 well.  But, you know, I am uncomfortable with nationwide

4 injunctions, because, you know, a district judge sitting in

03:54:56  5 Victoria is doing what it takes five justices to do on the

6 Supreme Court.

7            MR. WALTERS:  No, I agree in general.  I think

8 the concerns are very illegitimate, but I think

9 immigration -- because of the immigration, you know,

03:55:09  10 it's -- there is a uniformity requirement in the

11 Constitution that immigration policies have to be uniform.

12 So there is no way --

13            THE COURT:  Say that again.

14            MR. WALTERS:  -- around -- uniform.  There is a

03:55:18  15 uniformity requirement in the Constitution.  Let's -- I

16 don't know if I have the actual language noted here.

17            THE COURT:  That is okay.  I mean, we can --

18            MR. WALTERS:  I do not.

19            But there is -- you know, there is a --

03:55:37  20 the DAPA case addressed this, and it talked about the

21 Constitution requires a uniform -- so Congress can't, like,

22 make immigration laws that are disjointed within the United

23 States.  It has to have one rule for immigration that

24 applies to the whole country.  And because of that, judges

03:55:52  25 have to follow that.  It would not be within the bounds of

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 equity for them to ignore that baseline norm in the

2 immigration context.

3                 And, you know, another thing, recently the

4 *Feds for Medical Freedom v. Biden*, Fifth Circuit en banc

03:56:12  5 ruling from earlier this year, it addressed this issue of

6 providing relief beyond the parties of the case in general.

7 And it said:  "As a general rule, American courts of equity

8 did not provide relief beyond the parties to the case.  But

9 as with all general rules, of course, this one was subject

03:56:30 10 to exceptions, the most important of which was that an

11 injunction could benefit nonparties as long as that benefit

12 was merely incidental."

13                 And that's what this would be here

14 because the benefit -- you know, it's -- for Texas to get

03:56:45 15 complete relief, it must be nationwide because there would

16 be no relief from the injuries.

17                 THE COURT:  Well, what does that have to do

18 with nonparties?

19                 MR. WALTERS:  The other States, if you are

03:56:56 20 talking about the other States, either, you know, the other

21 States that are plaintiffs in this lawsuit or nonparties --

22                 THE COURT:  But you just said that Texas can't

23 get complete relief.  What does that have to do with the

24 nonparty quote that you just --

03:57:06 25                 MR. WALTERS:  Well, if you issue a nationwide

1 injunction, you would be providing incidental benefits or

2 incidental relief to all these other States, not only the

3 other plaintiff States here --

4          THE COURT:  Well, I tell you what, there's a

03:57:16    5 whole lot of States who have said that they get benefits

6 from this.  I've read an amicus brief from a lot of States

7 who disagree with you.

8          MR. WALTERS:  That is true, Your Honor.  That

9 is true.

03:57:24   10          But I think, you know, the -- you know,

11 nationwide relief is -- I don't think prioritization has

12 changed anything in the immigration context on nationwide

13 relief.  I think the Fifth Circuit precedent on how -- you

14 know, even Texas wouldn't get adequate relief if -- unless

03:57:42   15 it was a nationwide injunction.  So I think that is still

16 the rule here.

17          THE COURT:  What happened in the *Florida - U.S.*

18 case?  Is that nationwide?  That's another parole case.  I

19 understand it's a very different parole case.  But do you

03:57:57   20 remember what the scope of the remedy was?

21          MS. FUDIM:  Yes.  It was nationwide.

22          THE COURT:  Okay.

23          MR. WALTERS:  So, Your Honor, I think unless

24 you have any further questions for me on these

03:58:10   25 jurisdictional questions --

1                THE COURT:  I do not.  Remember I told you I

2 wasn't going to interrupt you during your argument?

3                All right.  And I also remember when you

4 said that you had one hour.

03:58:21   5                MR. WALTERS:  Well, maybe I could have done it

6 if I weren't interrupted, Your Honor.

7                Your Honor, I think that -- Mr. Hamilton,

8 did you have a follow-up to...

9                THE COURT:  Go ahead.

03:58:32  10                MR. HAMILTON:  Judge, I just -- our briefing

11 goes through each of our claims.  And we're -- we intend

12 and we will provide detailed supplemental briefing after

13 the conclusion of trial today.

14                THE COURT:  Walk me through the elements.

03:58:48  15                MR. HAMILTON:  Walking through all of the

16 elements of each of the claims.  And so --

17                THE COURT:  Briefing is helpful, but it is not

18 as helpful as a dialogue.  And so -- anyway, I don't think

19 we're going to finish today, so -- but anyway, were you

03:58:59  20 going to do that or were you --

21                MR. HAMILTON:  So I will -- I am pleased to go

22 through this and touch on it.  And just know that we will

23 be supplementing, obviously, all of our statements here

24 today with detailed briefing going through each of the

03:59:12  25 individual claims with each individual specific backups

1 with authority, citations to the record, everything of the

2 sort.

3                    And so we can do this if you want to

4 today.  If it helps the Court, I am more than pleased to do

03:59:24  5 so.  If you would prefer to rely on the briefs for the

6 claim-by-claim elements -- there is a lot of overlap

7 between everything that we have already said -- I am

8 pleased to do that as well.

9                    THE COURT:  All right.  I mean, we can

03:59:35  10 certainly not do it right now.  I don't want you to do it

11 on the fly, and it looks like we are going to come back

12 tomorrow.  And we will see where we are after everybody has

13 had their first chance.

14                    So was that it for the plaintiff States?

03:59:49  15 Did you have anything else besides walking through the

16 elements?

17                    MR. HAMILTON:  No, Your Honor.

18                    MR. WALTERS:  No, Your Honor.

19                    THE COURT:  All right.  So is yours still just

03:59:55  20 one hour?

21                    MR. WARD:  Not sure based on that context --

22                    THE COURT:  We have figured out a lawyer one

23 hour is like in Hogwarts world.  It doesn't really exist.

24                    All right.  Well, let's take a break.  It

04:00:07  25 is 4 o'clock.

1                    Do you think you will finish this evening?

2 If we take a very short break.  I mean, so how much time do

3 you honestly think -- I am not going to hold you to it, but

4 how much time do you honestly -- do you think you will

04:00:18   5 conclude?

6                    MR. WARD:  Yeah.  I think it depends on how

7 many questions Your Honor has.

8                    THE COURT:  I'm going to try not to --

9 remember, I sat there very quietly for the first part.

04:00:25  10 There were only a certain couple of issues that got

11 my attention.  I don't plan on interjecting too much.

12                    MR. WARD:  I would guess an hour and a half to

13 two hours.

14                    THE COURT:  Okay.  All right.  Well, let's take

04:00:35  15 a quick break and we will see how far we get.

16                    COURT SECURITY OFFICER:  All rise.

17                    (Proceedings recessed from 4:00 to 4:17.)

18                    COURT SECURITY OFFICER:  All rise.

19                    THE COURT:  All right.  Please be seated.

04:17:10  20          Mr. Ward.

21               Were you going to use the overhead or not?

22          MR. WARD:  No.

23          THE COURT:  All right.

24          MR. WARD:  Good afternoon, Your Honor.

04:17:27  25               Your Honor, the Court should reject

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 Texas's attempt to enjoin four parole processes that are a

2 central aspect of the executive branch's efforts to secure

3 and reduce the strain on resources at the southwest border

4 during a time period of both historically high migration

04:17:44  5 and during a time period in which DHS reasonably

6 anticipated that migration to the southwest border might

7 further spike following the end of the Title 42 public

8 health order, which had largely restricted access to the

9 border to entries and arrivals based on the COVID-19 public

04:18:02  10 health pandemic.

11              These four parole processes for nationals

12 of Cuba, Haiti, Nicaragua, and Venezuela have shown

13 tremendous success at reducing the number of arrivals and

14 releases of individuals from these four countries into the

04:18:17  15 United States.  Comparing the time period leading up to

16 when these processes were put in place to the six to eight

17 months after they were put in place, DHS is releasing on

18 average over 900 fewer individuals from Cuba, Haiti,

19 Nicaragua, and Venezuela into the United States every

04:18:31  20 single day.

21              Every single day, on average, 900 fewer

22 people that are being released from these countries

23 following DHS putting these processes in place.  And that

24 is because these processes are succeeding at the goals they

04:18:42  25 set out to do when they were first put in place, which is

1 encouraging individuals who seek to come to the United

2 States to do so through lawful pathways and imposing a

3 consequence for individuals who do not follow lawful paths

4 to the United States.

04:18:56   5                         As we will talk about this afternoon, one

6 of the issues DHS was faced with is that we have very

7 limited ability to remove individuals to these four

8 countries.  By working with Mexico and using our foreign

9 policy negotiations with other countries, we have for the

04:19:10  10 first time in our history secured the agreement of Mexico

11 to accept the removal of individuals from these four

12 countries, not Mexican citizens, and not the temporary

13 return of individuals, to accept the removal of individuals

14 who don't follow lawful paths to the United States,

04:19:27  15 allowing us for the first time in our history to enforce

16 the immigration laws for those who do not follow lawful

17 paths, to a greater degree than we have in the past.

18                         Plaintiffs claims challenging these

19 processes fail at the threshold and throughout.  The

04:19:39  20 plaintiffs lack standing, both for reasons similar to what

21 the Supreme Court just set out in the Priorities decision,

22 but also because they hadn't identified any concrete harm.

23                         There is no evidence before the Court

24 today, or that Texas can cite, showing that there has been

04:19:52  25 an increase in individuals or an increase in costs

1 following the implementation of these programs.

2                    Even if plaintiffs had standing, they

3 can't state a claim under the APA because none of these

4 four processes are final agency action.  Parole is

04:20:05  5 expressly committed to the agency's discretion by the

6 statute, and plaintiffs are not in the zone of interests of

7 Section 1182(d)(5)(A), the parole statute on which they

8 base their claims.

9                    On the merits, these four processes fall

04:20:20 10 well within the requirements of the statute 1182(d)(5)(A).

11 There is no merit to any of their arguments that these

12 claims are -- that these processes are arbitrary and

13 capricious.  Each was explained at length.

14                    The secretary in each explained the

04:20:33 15 considerations and reasons for the program; and each is

16 supported by a substantial administrative record; and there

17 is no procedural problem with how these processes were put

18 in place.  These are not processes that require notice and

19 comment in order to establish parole processes.

04:20:49 20                    And, finally, on the equities, all of the

21 equities weigh in the government's favor here.  Texas has

22 put forth for similar reasons that they can't establish

23 standing, no negative equities or costs to the State of

24 Texas in this case, no injury to the State of Texas that

04:21:03 25 weighs in their favor.

1                    And on the other side, our equity is

2 related to the government's ability to secure the border,

3 properly use DHS resources for other important agency

4 missions beyond just securing the border, and our ability

04:21:19   5 to work with our foreign policy -- foreign partners to

6 carry out foreign policy and work with Mexico and other

7 regional partners to address irregular migration in the

8 region.

9                    First, turning to standing, plaintiffs'

04:21:35  10 claim for standing fails much like -- for much of the

11 similar reasons that the Supreme Court ruled in the

12 Priorities case, that Texas didn't have standing to

13 challenge the Priorities memo.

14                    In that case, the Supreme Court held that

04:21:47  15 the principle of enforcement discretion extends to the

16 immigration context, where the Supreme Court has stressed

17 that the executive's enforcement discretion implicates not

18 only normal domestic law enforcement priorities, but also

19 foreign policy objectives.

04:22:01  20                    There in that case, obviously, the foreign

21 policy -- foreign policy objectives and working with other

22 countries is implicated anytime we're talking about DHS or

23 the executive branch removing individuals to another

24 country.  Here, the foreign policy nexus is even greater, I

04:22:15  25 argue, because here we're working directly with Mexico in

1 order to respond to Mexico's interests in reducing

2 irregular migration through Mexico to our southern border;

3 and through these parole processes, obtaining Mexico's help

4 in allowing us to enforce the immigration laws and remove

04:22:34  5 noncitizens from these four countries to Mexico.

6                    Both -- in both cases, we are also dealing

7 with the agency determining how to best marshal limited

8 agency resources.  CHNV nationals, again, are individuals

9 from countries where DHS has limited ability to remove

04:22:52  10 noncitizens.  And the -- the inability to remove

11 individuals who arrive at our southwest border and the

12 limited other avenues for DHS to determine what to do with

13 those individuals, placing them in removal proceedings,

14 detaining them when we know we ultimately won't be able to

04:23:08  15 remove them, DHS -- and this is explained in each of the

16 four policies.

17                    Part of the goal of these processes is to

18 create an orderly immigration system in which individuals

19 seeking parole can do so through a lawful path and increase

04:23:23  20 the ability of DHS officers and officials to be able to

21 remove those who do not.

22                    The Supreme Court also said in the

23 Priorities decision that even if the Court agrees with

24 Texas that there might be some distinctions between the

04:23:37  25 Priorities memo challenge there and the guide -- and the

198

1 parole processes at issue here.  The Supreme Court said

2 clearly in the Priorities decision that courts should look

3 to history and tradition as a meaningful guide for the type

4 of injuries that States and other parties can assert, and

04:23:55   5 to determine whether an injury is the type that typically a

6 federal court has become involved in to resolve the

7 dispute.

8             There is no history -- Texas has pointed

9 to none and there is none -- of federal courts weighing in

04:24:09  10 to resolve disputes with respect to the executive's use of

11 the broad parole authority in 1182(d)(5)(A).  There is a

12 long history, both before the 1996 amendments to the INA

13 and since then, of the executive putting in place similar

14 parole processes, and there is no history of cases where

04:24:28  15 federal courts have weighed in to evaluate or resolve

16 disputes or hear challenges to the executive's use of that

17 authority.

18             In fact, the cases from the Fifth Circuit

19 say and the Supreme Court say just the opposite.  There is

04:24:43  20 a long line of cases in the Fifth Circuit that address

21 challenges to immigration enforcement.  Going back to *Texas*

22 *v. U.S.* -- this is the Fifth Circuit in 1997.  This is at

23 106 F.3d at 667.

24             And the Fifth Circuit said that, "Real or

04:25:00  25 perceived inadequate enforcement of immigration laws does

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 not constitute a reviewable abdication of duty.  The

2 States' allegation that defendants have failed to enforce

3 the immigration laws and refuse to pay the costs resulting

4 therefrom is not subject to judicial review."

04:25:14    5                    Then again, the Fifth Circuit in 2000 in

6 the case *Loa-Herrera v. Trominski* -- this is 231 F.3d at

7 991 -- the Fifth Circuit said, "In sum, the Attorney

8 General's discretionary judgment regarding the application

9 of parole, including the manner in which the discretionary

04:25:30   10 judgment is exercised and whether the procedural apparatus

11 satisfies regulatory, statutory, and constitutional

12 constraints is not subject to review."

13                    That was a case in which plaintiffs were

14 challenging the process by which parole applications were

04:25:45   15 being determined and decided.  And the Fifth Circuit held

16 that there -- that was not a reviewable basis to bring a

17 claim.

18                    In *Crane v. Johnson*, in 2015, the Fifth

19 Circuit said -- and this is at 783 F.3d at 252 -- "General

04:25:58   20 arguments that illegal immigration is costing the State

21 money are insufficient to confer standing, and finding no

22 standing where the State failed to trace costs directly to

23 the challenged policy because it could be that the

24 reallocation of DHS's assets is resulting in removal of

04:26:13   25 immigrants and pose a greater financial burden on the State

200

1 such that the net effect would be a reduction in the fiscal

2 burden on the State."

3          THE COURT:  So what I do with MPP and the DACA

4 and DAPA cases?  Because they're contrary to that.

04:26:28   5          MR. WARD:  So the -- not necessarily, Your

6 Honor.  So I want to clear up something that I believe was

7 incorrect.

8                First of all, the MPP case, the

9 government's sur petition to the Supreme Court did not

04:26:39  10 raise the issue of standing.  So that was not a question

11 that we asked the Supreme Court to resolve.

12          THE COURT:  But the Supreme Court sent it back

13 on a merits issue, which they would never have reached if

14 they hadn't assumed standing, right?

04:26:52  15          MR. WARD:  Well, it wasn't briefed.  It wasn't

16 argued.  They said nothing with respect to standing one way

17 or the other.

18          THE COURT:  But you know how particular they

19 are about standing.  They don't just kind of assume

04:26:59  20 standing just for purposes of reaching the merits of the

21 case.  For example, *Texas v. U.S.*

22          MR. WARD:  Yes, Your Honor.  But, again, this

23 was not an issue that was raised or briefed to them.  This

24 was not the type of argument that we made to the Supreme

04:27:15  25 Court in that case.

1                In the Priorities decision, the Supreme

2 Court did cite the MPP case as a situation where the

3 standing analysis might be different, but it only noted

4 that it might arguably be different.  It didn't resolve it

04:27:29  5 or determine that there was necessarily standing in that

6 case.

7                THE COURT:  So why wouldn't the MPP standing

8 analysis on all of those issues, and the DACA and DAPA

9 standing analysis, still be law that I would have to

04:27:41 10 follow, whether I like it or not?

11                MR. WARD:  Well, again, the Supreme Court's

12 ruling in MPP didn't address standing.  So it doesn't say

13 anything with respect --

14                THE COURT:  No.  I am not taking about -- but

04:27:50 15 the Fifth Circuit did.  And I understand the Supreme Court,

16 but I still have to follow the Fifth Circuit.  I can't

17 just -- do I ignore the MPP case?

18                MR. WARD:  With respect to standing, Your

19 Honor, yes.  Well, I think there are distinctions with the

04:28:02 20 MPP case as well, but --

21                THE COURT:  How can I validate it from a legal

22 basis?

23                MR. WARD:  Because the Supreme Court reversed

24 that judgment, reversed and remanded that case.

04:28:08 25                THE COURT:  You just said it wasn't on

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 standing.

2             MR. WARD:  Right.  But it wasn't addressed by

3 the Supreme Court.

4             THE COURT:  So when I am writing my opinions, I

04:28:14  5 oftentimes will say refer to the outside cases that say

6 reversed on other grounds because there is -- there is

7 something that's in there that is still good law and

8 binding.

9                     The DAPA and DACA cases, MPP, and all of

04:28:26 10 those things, they weren't reversed on that ground, so

11 doesn't that mean that the effect on me is that what is not

12 reversed is still binding on me?

13             MR. WARD:  I think that case is distinguishable

14 from this one in a number of ways that I'll get into in a

04:28:41 15 moment.

16             THE COURT:  Okay.

17             MR. WARD:  But I also would note that not only

18 is it distinguishable, I think it is incorrect to hold that

19 the Supreme Court held there was standing necessarily in

04:28:50 20 that case.

21             THE COURT:  No, no.

22             MR. WARD:  And I think that the Priorities

23 decision, in specifically mentioning --

24             THE COURT:  No, I am -- just pretend like none

04:28:57 25 of those cases went to the Supreme Court.  Or let's say it

1 did, and they said, "We're specifically not addressing

2 standing.  We're addressing this issue."  Aren't I still

3 bound by what the Fifth Circuit has done in the DACA/DAPA

4 cases or MPP cases?  And you can distinguish them, but the

04:29:13  5 rest -- MPP is not reversed in its entirety, is it?

6            MR. WARD:  Well, it has been reversed, and the

7 Fifth Circuit has remanded the case to the district court

8 to begin again.  So we are back at the beginning in that

9 case.

04:29:29  10            THE COURT:  Okay.

11            MR. WARD:  And I also note that I think this

12 holding from the Supreme Court in the Priorities decision

13 calls into question anything that we could rely on from the

14 MPP decision, whether at the Fifth Circuit or the Supreme

04:29:43  15 Court, to hold that there might be standing in that case.

16                  So, again, I think this -- the Priorities

17 decision and its discussion of looking to history and

18 tradition to determine whether a type of injury is the type

19 that federal courts have typically weighed in to resolve, I

04:29:58  20 think that applies squarely here.

21                  In the Priority -- in the MPP case, in

22 Justice Kavanaugh's concurrence, for example -- this is at

23 142 Supreme Court 2548 -- Justice Kavanaugh said, "When the

24 president chooses the parole option for foreign policy

04:30:15  25 reasons, a court must be deferential to the president's

1  Article II foreign policy judgment.  Nothing in the

2  relevant immigration statutes at issue here suggest that

3  Congress wanted the federal judiciary to improperly

4  second-guess the president's Article II judgments."

04:30:29  5              So we have a long line of cases saying

6  that the executive branch's discretionary determinations

7  about how to use its parole authority falls well within the

8  holding of the Priorities decision with respect to

9  enforcement discretion in the immigration area, where there

04:30:46  10 is no history or tradition of federal courts weighing in to

11 find that that is a sufficient Article III injury in order

12 to invoke federal jurisdiction.

13             THE COURT:  Does that mean there os never an

14 instance where parole final rules -- just assuming that

04:31:00  15 there is a final rule -- are ever reviewable?  Because they

16 always deal with foreign countries.

17             MR. WARD:  I don't know that I would say that

18 it is always the case, but the Supreme Court definitely put

19 some weight on the fact that the foreign policy aspect of

04:31:13  20 the parole authority or immigration authority weighed in

21 favor of finding that it was unreviewable discretionary

22 action by the executive branch.

23              So it might not be all cases --

24             THE COURT:  Well, like in DAPA and DACA, that

04:31:26  25 involved another country.  And that is a foreign -- which

1 means there is a foreign policy aspect to it, but it was

2 reviewable.

3             MR. WARD:  Yes, Your Honor.  And I think those

4 decisions came before the Priorities decision.

04:31:37   5             THE COURT:  So you think that -- you think DAPA

6 and DACA would have to come out different now?

7             MR. WARD:  Well, our position has been that

8 there -- from the beginning, that DACA and DAPA, there is

9 not standing in those cases.

04:31:48   10             THE COURT:  Yeah, but so I am in a different

11 spot.  You are an advocate.  I have to figure out what I am

12 bound by with the Fifth Circuit, what is still alive.  And

13 the DACA and DAPA cases and the standing analysis, you

14 know, obviously implicates negotiation -- negotiations with

04:32:03   15 foreign governments.  They were reviewed by the Fifth

16 Circuit even recently.

17                   And so is it your position that that was

18 improper?

19             MR. WARD:  I think the Priorities decision has

04:32:15   20 called that into question.

21             THE COURT:  Okay.

22             MR. WARD:  And so I think the easier way to

23 distinguish those cases is what I'll get to in a minute,

24 the particular factors and facts at issue in those cases

04:32:24   25 and what is at issue and what hasn't been shown in this

1 particular case.  I think that's the easier way to

2 distinguish those cases on standing.

3                    But I do think the Supreme Court's

4 decision in the Priorities case calls into question whether

04:32:35  5 reviewing discretionary determinations by the executive in

6 the immigration realm is the type of injury that can

7 support Article III standing to begin with.

8                    And it might not apply in all cases.  It

9 could be a question of degree.  But I think if it was at

04:32:51 10 issue and it supported the Supreme Court's ruling in the

11 Priorities decision, the nexus to foreign policy and direct

12 negotiations with our foreign powers is even clearer in

13 this case than it was in the Priorities case.

14                    So I think what we have here is more akin

04:33:05 15 to a generalized grievance.  No matter what the federal --

16 the executive does with respect to immigration, there will

17 be differing views among the states about what -- whether

18 that is good policy or not policy -- not good policy.  And

19 we have states in this case represented by Texas taking the

04:33:22 20 lead, who oppose this policy -- discretionary policy

21 choice, and a group of states that have filed an amicus

22 brief that support this policy choice.

23                    But Article III is intended to restrict

24 federal courts from weighing in on these types of

04:33:34 25 generalized grievances or policy disputes or to allow

1 parties to obtain through the courts a policy outcome that

2 they couldn't obtain through the political process.

3                    As the Supreme Court said in the

4 Priorities decision, that doesn't mean that there is no

04:33:49   5 resolution.  Congress has a number of ways in which they

6 could restrict the executive action, either through

7 oversight, appropriations, the legislative process.

8                    Congress could have changed what the

9 parole statute says.  They could have elevated a concrete

04:34:03   10 injury to one that's cognizable in federal court and

11 identified the parties they want to sue.  They have done

12 nothing like that in this case.

13                    And then, of course, again, as they said

14 in the Priorities decision, elections are also a check on

04:34:18   15 discretionary policy choices.  If the citizens are unhappy

16 with the executive choice -- discretionary choices that are

17 being made, then elections are the check on that.

18                    THE COURT:  So the Bakke court assumes

19 standing, right?  And that dealt with a foreign country.

04:34:35   20 They said that, you know, the -- trying to terminate that

21 program was inappropriate.  But still getting the -- past

22 the standing aspect, that's what I'm saying, that was

23 something that was reviewable all the way up to the Supreme

24 Court.  They did not say in that, that, well, this is a

04:34:47   25 foreign relations issue, and so we should be deferential to

1 the executive branch.  And we are not -- we are just going

2 to pull back on that basis.  They did it on another basis,

3 right?

4              MR. WARD:  It's been a little while since I've

5 have read that case, Your Honor.

6              THE COURT:  Okay.

7              MR. WARD:  So I am not familiar with the

8 particular facts.

9                   But, again, I would say that this -- this

10 area of standing is clearly something the Supreme Court is

11 interested and curious about.  It is not just the

12 Priorities decision, but the *Brackeen* case, which came out

13 the week before, in which the Supreme Court similarly said

14 that States have to establish standing in the same ways

15 that individual plaintiffs have to establish standing.

16                   I think that the Supreme Court has clearly

17 taken an interest on whether they have looked closely

18 enough at standing in some of these other cases, and I

19 think it has called into question the rulings finding

20 standing in MPP, DACA, and DAPA as well.

21              THE COURT:  So let's assume for the sake of

22 argument that there is no dispute that this was a final

23 rule, and that it should have been subject to notice and

24 comment.

25                   Who would have standing to challenge that,

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 then?

2                MR. WARD:  Someone would have to identify a

3 concrete injury.

4                THE COURT:  And who would that be?

04:35:53  5                MR. WARD:  I --

6                THE COURT:  Ever?  Who could that be, based on

7 the argument you just made?

8                MR. WARD:  Well, I think if it involved -- I

9 think if it involved discretionary choices with respect to

04:36:03  10 a foreign country, then there would be no basis to raise a

11 notice and comment claim.  And so it would be difficult for

12 anyone to raise.

13                THE COURT:  There is no such thing as a notice

14 and comment claim in the immigration context anymore, if it

04:36:16  15 is a final rule?

16                MR. WARD:  No, Your Honor.  Again, here we're

17 talking about direct negotiations with a foreign power.

18 And we are also talking about --

19                THE COURT:  I am talking about standing.

04:36:28  20                MR. WARD:  -- a statutory basis, where the

21 statute, 1182(d)(5)(A), explicitly puts the parole power

22 completely in the discretion of the secretary.

23                THE COURT:  Right.

24                MR. WARD:  So we are talking about both a

04:36:41  25 discretionary immigration authority and involvement of a

1 foreign power.  And I think those two factors, particularly

2 in this case, weigh in favor of finding this is not the

3 type of Article III injury that supports standing.  Those

4 might not be present in every case, or they might not be

04:36:57  5 present to the same degree.

6          THE COURT:  How could there ever be standing in

7 an immigration APA case on the notice and comment claim if

8 it is a final rule, because that always involves

9 interactions with a foreign country?

04:37:08  10          MR. WARD:  Again, it could be less of a degree

11 of interactions with a foreign country.  Not all aspects of

12 immigration involve negotiating and working with other

13 countries to remove individuals from the United States.

14 There are many aspects of immigration that involve visas

04:37:22  15 and other aspects of authorities for what immigrants have

16 the authority to do or -- or how they come into the United

17 States.  So there are various other ways in which there

18 might be distinctions with the policy at issue here.

19              So I am not saying there might never be an

04:37:38  20 individual or a party that could assert standing to raise a

21 challenge to an immigration authority.  But here again, I

22 think the -- the Supreme Court's decision has called into

23 question whether this is the type of injury that a State

24 can raise when you're dealing with discretionary authority

04:37:56  25 and a foreign power.

1                    And I also note that plaintiffs have a --

2 have a redressability problem, and here I would point the

3 Court to have Justice Gorsuch's concurrence.  The parole

4 authority -- the injury here is plaintiffs try and -- or

04:38:10  5 they -- what they're challenging is the CHNV parole

6 processes.  But the authority for parole comes directly

7 from the parole statute, 1182(d)(5)(A).  That is the

8 authority that gives immigration officers the ability to

9 parole individuals in at a port of entry on a case-by-case

04:38:27 10 basis.  And that is still happening and would still

11 happen -- as we will get into when I get into the numbers a

12 little bit more in a moment -- even without these specific

13 parole processes.

14                    So as Justice Gorsuch said in his

04:38:39 15 concurrence, that States lack standing where a judicial

16 decree setting aside an immigration policy would not change

17 the fact that the federal officials would put it as the

18 same underlying discretionary authority without the policy.

19                    And that's the case here.  Setting aside

04:38:52 20 the parole processes would not do anything to remove the

21 discretionary authority of immigration officers under

22 1182(d)(5)(A) to make the same decisions they are making

23 now under the statute directly.

24                    THE COURT:  Do they have the authority to admit

04:39:10 25 someone from another country who is coming here solely for

1 the reason of they want to provide for their family,

2 without this program?

3                    MR. WARD:  There is no particular limits in the

4 statute that says they don't have the ability to do that.

04:39:26  5 There is nothing in the statute that says they can't.

6                    THE COURT:  So you are saying that under that

7 particular provision, they can let someone in without

8 review -- without any -- for any reason?

9                    MR. WARD:  No.  The statute says that they can

04:39:38  10 allow individuals in on a case-by-case basis --

11                    THE COURT:  Right.

12                    MR. WARD:  -- for urgent humanitarian reasons

13 or significant public benefit.

14                    THE COURT:  Right.

04:39:47  15                    MR. WARD:  The statute leaves those terms

16 undefined, and it leaves it up to the agency and agency

17 officials to define and determine whether in an individual

18 case someone would provide a significant public benefit or

19 that their parole would serve an urgent humanitarian

04:40:01  20 reason.

21                         There is no limits in the statute itself

22 and no other limits.  Congress has elected not to define

23 those terms, and left it to the agency to flesh out those

24 terms in implementing the statute.  There is nothing that

04:40:12  25 says they can't.

1                    Do they?  I don't know whether that's the

2 case or not, whether they -- that's been a basis for

3 parole, that they have granted parole on that basis in the

4 past or not but --

04:40:23   5             THE COURT:  Do you think they have the

6 authority to do that, for purely economic reasons?  I want

7 to come into the country to provide for my family, and then

8 I am going to go home?

9             MR. WARD:  If they believe that provides a

04:40:32  10 significant public benefit or there is an urgent

11 humanitarian reason, yes, nothing in the statute forecloses

12 that.

13             THE COURT:  Okay.

14             MR. WARD:  Turning to the numbers, the

04:40:44  15 plaintiffs' -- the plaintiffs' allegation of harm in this

16 case overlooks the circumstances as they existed before

17 these parole processes were put in place.  The number of

18 individuals that would come to the United States from these

19 countries in the absence of the parole processes is not

04:41:01  20 zero.  The baseline is not zero.

21                    Here is the circumstances that DHS was

22 faced with and that they discussed in putting these parole

23 processes in place.  There have been significant surges in

24 immigration over the last few years from around the world,

04:41:13  25 but in particular from these four countries:  Cuba, Haiti

1 Nicaragua, and Venezuela.

2                    Looking at fiscal -- from fiscal year 2021

3 to fiscal year 2022, DHS saw an increase of 440,000

4 individuals from Cuba, Haiti, Nicaragua, and Venezuela at

04:41:32   5 the southwest border.  That is a year-over-year increase.

6 So from fiscal year 2021 to fiscal year 2022, the number of

7 individuals from those four countries arriving at the

8 southwest border increased by 440,000 individuals, to a

9 total of 626 (sic) individuals arriving from those

04:41:50  10 countries.

11                    That dwarfed the number of the increase in

12 arrivals from all other countries combined.  During the

13 same time period, increase of arrivals from all other

14 nationalities combined increased by half the amount -- or

04:42:01  15 less than half the amount of CHNV nationals, or by only

16 202,000 individuals.  And that's set out at Exhibit HH,

17 which is the declaration of the assistant secretary at

18 paragraphs 4 and 10.

19                    What DHS saw here was that part of the

04:42:19  20 problem with these particular countries, and what they

21 believed was driving the numbers of immigrant s from Cuba,

22 Haiti, Nicaragua, and Venezuela so dramatically, is the

23 limits on our ability to remove individuals from the United

24 States to those four countries, either because of

04:42:35  25 conditions in those countries or relations with those

1 countries' government.

2                    So in -- in fiscal year 2022, DHS was only

3 able to remove 176 Cubans, or .1 percent of encounters;

4 3,000 -- about 3,000 Nicaraguans, or about 1.8 percent of

04:42:54  5 encounters from that country; 987 Venezuelans, or .5

6 percent of encounters from that country; and 18,000

7 Haitians, about 30 percent of Haitian -- Haitian encounters

8 in that year.  And that is because for a number of these

9 countries, they don't accept the return of their nationals

04:43:10 10 from the United States.  They don't allow us to fly charter

11 flights into those countries, where DHS can remove

12 individuals who have been given a removable order.  They

13 simply refuse, starkly limiting the ability of DHS to

14 enforce the immigration laws or impose a consequence on

04:43:27 15 individuals who arrive from those four countries.

16                THE COURT:  So what happens to those?

17                MR. WARD:  What happens to those individuals?

18                THE COURT:  Correct.

19                MR. WARD:  So they are often paroled as a

04:43:36 20 result of limited ability or avenues to do much else with

21 them.

22                THE COURT:  Okay.  So if there are countries

23 that refuse to take people back, is it -- I guess, has

24 it been historically or currently the policy that you are

04:43:51 25 going to parole them every time?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1                    What else would you -- say that they

2 are -- have a terrible criminal history, and you have

3 determined it is absolutely unsafe for them to stay in the

4 United States, what happens to them?

04:44:04    5                    MR. WARD:  So, again, we have very limited

6 ability to detain and remove those individuals.  So like I

7 said, there is some limited ability to remove individuals

8 from the United States to those four countries.  It is not

9 nearly enough to oppose a consequence on the vast majority

04:44:21   10 of people who arrive, but it is also not zero.

11                    And so as Your Honor I am sure is very

12 familiar, the agency has guidelines and priorities for the

13 individuals that they will seek to remove.

14                    THE COURT:  Right.

04:44:31   15                    MR. WARD:  And someone who is a significant

16 threat or has a significant criminal history might be

17 better prioritized for removal --

18                    THE COURT:  Right.

19                    MR. WARD:  -- and detention when they're in the

04:44:40   20 United States.  And for individuals for whom we know that

21 the limited resources the agency has will not allow them to

22 remove the individual from the United States, there are

23 limits on the agency's ability to detain those individuals.

24                    THE COURT:  So then what happens to them?

04:44:52   25 Let's say that someone comes in.  Everybody agrees, DHS,

1 everybody agrees that this is an extraordinarily dangerous

2 person that cannot be allowed to walk the streets.  You

3 want to remove them to the country from which they came and

4 they say no, but you can't detain them forever.  What

04:45:06 5 happens to that person?

6            MR. WARD:  Well, again, if they were

7 extraordinarily dangerous, that would be one of the people

8 who I believe DHS would prioritize for detention and

9 removal.

04:45:14 10            THE COURT:  But -- okay.  But they won't -- the

11 home country won't take them back.  So you prioritize them

12 for detention.  You can't hold them forever.  Where are you

13 going to remove them to?

14            MR. WARD:  So there is -- as I said, there is a

04:45:25 15 limited ability.  So we have been able to institute a small

16 number of charter flights for -- for removal of individuals

17 to Cuba, Nicaragua, and Venezuela, and the number of

18 flights or the number of individuals that those countries

19 will accept the return of is just not sufficient for us to

04:45:44 20 be able to apply it to the large numbers of individuals

21 from those countries that were previously coming.

22            THE COURT:  Right.  So in that circumstance

23 they would take that -- the dangerous person back?  If you

24 prioritize them and put them on the charter flight, you

04:45:57 25 have got a deal worked where they will say this person is

1 too dangerous, and you are saying that they will take that

2 dangerous person back?

3            MR. WARD:  As far as I'm aware, Your Honor.

4            THE COURT:  Okay.

04:46:06 5            MR. WARD:  So I think they have -- so I believe

6 DHS has discretionary authority to determine who to

7 prioritize for removal --

8            THE COURT:  Of course.

9            MR. WARD:  -- and the limits are on capacity

04:46:15 10 and number of flights they can send to those countries.

11            THE COURT:  I am not really worried about the

12 DHS side.  I am worried about the, for example, Cuba side.

13 If you have got someone in here who is extraordinarily

14 dangerous and you want to return them and Cuba says no,

04:46:28 15 what happens to them?

16            MR. WARD:  I am not aware of a circumstance

17 where that happened.  So that is not a particular factual

18 scenario which I have discussed with my client so I am not

19 aware.

04:46:36 20            I believe that would be a circumstance --

21 I am not aware of any limits on their ability to prioritize

22 someone with that sort of factual background for removal

23 and to actually remove them to these four countries.

24            THE COURT:  Okay.

04:46:50 25            MR. WARD:  The parole processes have been --

1 are directly responsive to Mexico's requests to reduce

2 irregular migration from these countries through Mexico to

3 the southwest border.  And as I have noted, as a result and

4 as a direct part of these policies, Mexico has agreed to

04:47:07  5 accept the removal of individuals from these four countries

6 imposing a new consequence, and that new consequence seems

7 to be working.  These processes have been a huge success at

8 reducing the number of arrivals and number of people

9 released from these four countries into the United States.

04:47:24  10                    So as I noted earlier, in the five-plus

11 months leading up to the -- to the processes being in

12 place, DHS was conditionally releasing an average of over

13 2,000 CHNV nationals per day.  This is in Exhibit II at

14 paragraphs 4 and 6, and also Exhibit HH, paragraph 29.

04:47:45  15 Those are the -- again, the declaration and the

16 supplemental declaration of the assistant secretary for

17 DHS.

18                    In the six to eight months following those

19 processes, DHS is conditionally releasing an average of 245

04:47:59  20 CHNV nationals per day.  They're releasing an additional

21 331 -- or 333 are coming through the CBP One app.  And an

22 additional, beyond that, 823 are being paroled in through

23 the CHNV processes each day.  So that's, again, Exhibit II,

24 paragraphs 4 and 6.  And those are numbers from going

04:48:22  25 through the end of June of this year.  So for six months of

1 the processes being in place, a little bit longer for

2 Venezuela that went into effect in November of the previous

3 year.

4                      But so in total, taking all of those

04:48:37  5 avenues together, not just the individuals being paroled

6 into the United States under the CHNV parole processes, the

7 number of individuals going through all of those avenues

8 being released into the United States from those four

9 countries has dipped from 2,356 per day in the time period

04:48:55 10 before these processes were in place, and has gone down to

11 a total of 1401 per day in the six to eight months since

12 these processes have been in place, a 41 percent reduction,

13 and not -- and took -- on average 955 fewer individuals are

14 being released from the United States every single day as a

04:49:16 15 result of these processes.

16                      Plaintiffs' arguments for harm here are

17 entirely linked to costs to the state for various programs,

18 and they're all in a way contingent on some sort of

19 increase in those costs.  But the undisputed evidence in

04:49:33 20 the record is that before these processes were in place,

21 there was a much larger group of individuals being --

22 arriving in the United States and being released into the

23 United States from these four countries than there has been

24 in the time since.  And by basic design of this process,

04:49:50 25 those individuals aren't necessarily going to Texas or the

1 southwest border.

2                One of the justifications for these

3 processes is to reduce the strain on DHS resources at the

4 southwest border.  So a part of these processes and a

04:50:04   5 requirement of these processes is that individuals who are

6 approved for travel authorization into the United States

7 have to book their own flight into the interior of the

8 United States, into an interior airport.  So they could be

9 flying to anywhere in the country far away from the border

04:50:20  10 and have no connection or no path -- never pass through

11 Texas or come near to Texas.

12                THE COURT:  So I understood the plaintiff

13 States to say that -- because you heard me ask that

14 question, which is, if there is a net reduction in the

04:50:31  15 number of immigrants who are making their way to Texas, it

16 doesn't matter because you -- if there is any, it is not

17 whether or not there is a reduction.

18                Do you have any comment on that?

19                MR. WARD:  Well, again, the baseline of

04:50:44  20 nationals from these four countries released into the

21 United States was not zero.  Article III requires them to

22 trace their injury to this particular -- these particular

23 processes, and if the number of individuals from these

24 four -- from these four countries has declined in Texas,

04:50:59  25 then there is no way for them to trace their injury in any

1 way to those processes, and there is no way for them to

2 show injury at all.  In fact, they haven't.  They haven't

3 put forth any evidence of actual injury unless even on

4 their own theory those costs have increased in some way.

04:51:16   5 And there's no -- they provide no basis to conclude that

6 those costs have actually increased if the number of

7 individuals has declined over time.

8            THE COURT:  So what I understood them to say

9 was, is that they don't have to show a cost increase.  They

04:51:27  10 just have to show a cost, even if it is a decrease, as long

11 as it's a cost.

12           MR. WARD:  Again, that would not be a cost

13 that's traceable to these four processes.  These are

14 individuals again --

04:51:39  15           THE COURT:  I am not talking about

16 traceability.  I'm talking -- to me it doesn't make sense,

17 okay?  If -- if the cost has gone down, I don't understand

18 the harm; but they've said that there is Fifth Circuit law

19 out there that says that there is -- even if there is a

04:51:51  20 reduction of cost, it doesn't matter as long as there are

21 some costs attributable to this program.  That's what I

22 heard.

23           MR. WARD:  Yes, Your Honor.  And so I think

24 that is where we get into the distinctions with other

04:52:01  25 programs like MPP and DACA and DAPA.  And so the -- the

223

1 decisions in those programs -- and, again, the government

2 disputed that there was -- and continues to dispute that

3 there was standing in those cases.

4                    But in those cases the Court decision

04:52:15  5 traced the standing analysis to a particular group of

6 noncitizens who they believe Texas had established would be

7 in Texas but for the particular program or process.

8                THE COURT:  Okay.  But I am separating

9 traceability.  I understand that argument, which is a

04:52:33  10 separate one.  To me, it is just if the net number is

11 lower, do you agree that MPP and DACA and DAPA stand for

12 the proposition that that doesn't matter even if there are

13 lower costs?  As long as it is traceable, it can be lower

14 costs because there are fewer immigrants coming in and

04:52:48  15 still be an injury cognizable under -- for standing?

16                MR. WARD:  No, Your Honor, and I think it is

17 hard to separate that from traceability.  So if -- if,

18 again, in -- for instance, in -- in the *DACA* case or the

19 *DAPA* case, right, so what the Court said there -- my

04:53:02  20 understanding what the Court said there, is that you have a

21 group of individuals who don't have status in the United

22 States but for this process.

23                    And what the Court said, and I believe

24 what Texas is referring to, is that you don't have to trace

04:53:15  25 your particular costs to individuals who've received DACA

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 or DAPA.  You can show that immigrants in your state with

2 lawful status impose costs on the state, and then what you

3 need to show is that there are more of those individuals in

4 your state with some lawful status because of or but for

04:53:33  5 this particular process.  That's a missing piece here.

6                    Texas hasn't made any attempt to show that

7 there is actually some increase in individuals in their

8 state.  And they can't show that because of, as I just laid

9 out, the actual reduction in individuals from those four

04:53:48  10 countries.  There is -- again, DHS was grappling with a

11 situation in which we had skyrocketing numbers of

12 individuals arriving from those four countries and limited

13 ability or alternatives for what DHS could do with them.

14                    So if without these parole processes,

04:54:05  15 individual -- the parole statute will still exist.  DHS

16 will still have to use the parole statute as one of the

17 limited authorities with which they can process these

18 individuals.  And all of the evidence in the record before

19 the Court today shows that the number of those individuals

04:54:18  20 coming to the United States being released and being

21 released in Texas was larger without those processes in

22 place than they are now when those -- with those -- since

23 those processes have taken effect.

24                    There is no way to show any costs

04:54:33  25 whatsoever from these processes.  These processes, on

1 Texas's theory, should decrease Texas's costs for

2 education, healthcare, law enforcement, driver's license.

3 If their costs are tied to specific CHNV nationals in Texas

4 seeking those benefits, these processes -- the evidence

04:54:52 5 shows that these processes decreased the number of people

6 that will be doing that.

7               So we don't dispute that in some

8 circumstance like if they could show costs related to

9 education or healthcare -- educating children, for example,

04:55:05 10 that they wouldn't necessarily in all cases have to tie

11 that to specific beneficiaries of a -- of a program or a

12 process.  But here they do have to show that there has been

13 some increase in education costs in order to establish

14 standing on that basis, and they can't do that piece

04:55:23 15 without showing any actual increase in children in the

16 state as a result of these processes.

17               Even if plaintiffs could show -- well,

18 before I get to that, I want to get to a couple points

19 about offsets because Texas has repeatedly relied on this

04:55:45 20 statement in -- I can't remember if it's the *DACA* or the

21 *DAPA* case, that standing is not an accounting exercise, and

22 so that they don't have to show offsets, and they -- and

23 they continually tried to push that we should look at this

24 parole process in isolation, the number of individuals that

04:56:05 25 come in through this process, and not look at what else DHS

1 is doing, the other ways in which they're securing the

2 border or removing individuals.

3                    But what the -- the Fifth Circuit said is

4 that the Courts have to consider costs and offsets that are

04:56:17  5 part of the same transaction as the cost.  So if there is a

6 nexus between the offsets and the benefits from the

7 individual or the process and the costs that they used to

8 assert standing, those have to be considered together.

9                    It is more questionable whether they have

04:56:31 10 to consider costs that aren't directly related to the

11 specific process, but here we have a process where part of

12 the reason why the number of individuals coming to the

13 United States, being released into the United States, is

14 because of the ability of DHS to remove these individuals

04:56:49 15 to Mexico.  Something they weren't previously able to do.

16                    And that is a direct -- as I said, a

17 direct response to the requests of Mexico to reduce the

18 number of individuals migrating irregularly across Mexico

19 to get to our southwest border by putting in place a

04:57:07 20 process like this that allows them to bypass Mexico and fly

21 directly to the United States when they obtain travel

22 authorization.

23                    For instance, the Cuba process says --

24 this is at 88 *Federal Register* 1267, that says in the

04:57:27 25 process itself:  "Cubans who do not avail themselves of

1 this new process and instead enter the United States

2 without authorization between ports of entry generally are

3 subject to removal, including to third countries such as

4 Mexico."

04:57:40   5                     And it says at the end of that page and

6 going on to 1268:  "Implementation in the new parole

7 process for Cubans is contingent on the government of

8 Mexico accepting the return, departure, or removal to

9 Mexico of Cuban nationals seeking to enter the United

04:57:55  10 States without authorization."

11                     So these are two things that work -- work

12 together, the ability of DHS to impose a consequence on

13 individuals who do not follow the parole processes or some

14 other lawful path to the United States is directly linked

04:58:11  15 to DHS's ability to remove individuals who do not follow

16 that path to Mexico.  And it has resulted in a decrease in

17 the number of individuals in the United States.

18                     THE COURT:  So is everybody from those four

19 countries, are they all -- that don't come in through the

04:58:36  20 CHNV program, are they all being sent to Mexico?

21                     MR. WARD:  So individuals who do not follow

22 some lawful path.  So, again, the numbers I point the Court

23 to earlier --

24                     THE COURT:  That's different.

04:58:42  25                     What are the lawful paths, then?  What are

1 the other alternatives?

2          MR. WARD:  Right.  So there is also -- there is

3 a number, a small number of individuals being conditionally

4 released into the United States.  That's at Exhibit I

04:58:53  5 (sic), paragraph 4 or 6.  That is 245 individuals a day,

6 down from the 2,356 that existed before the parole

7 processes were in place.  And then there is an additional

8 333 individuals that are being processed through the CBP

9 One app.  That is the app that allows individuals coming to

04:59:14  10 the United States to -- among other things, allows

11 individuals seeking asylum in the United States to schedule

12 an appointment to do so.

13          THE COURT:  That's I?

14          MR. WARD:  Huh?

04:59:23  15          THE COURT:  That's I?

16          MR. WARD:  II.

17          So that's the supplemental declaration of

18 the assistant secretary that has the updated numbers

19 through the end of June.

04:59:36  20          So that decreased from 2,356 to 1,401.

21 That 1,401 includes all of those avenues of individuals

22 being released in the United States, not just individuals

23 released on parole through the CHNV parole processes, but

24 also through those other avenues.  So it's a total of the

04:59:56  25 way in which individuals are arriving and being release

1 into the United States.

2                    And then individuals who do not follow

3 those processes, yes, I believe they're being placed into

4 removal proceedings and being removed to Mexico.

05:00:16  5                    As to Texas's specific arguments with

6 respect to harm, again, we think these -- none of their

7 declarations in support of their particular types of harm

8 show any actual increase in costs.  And we don't think

9 they -- there's any way for them to do that without showing

05:00:32 10 numbers that postdate the existence of these processes or

11 show an increase in individuals.

12                    But even on their face, their evidence

13 with respect to driver's license, education, healthcare,

14 and law enforcement doesn't show any sort of concrete harm

05:00:45 15 to the State of Texas.

16                    THE COURT:  So these are all the kind of

17 affidavits that we know have been submitted in all of these

18 Texas immigration cases.

19                    Why, if they are appropriate for standing

05:00:55 20 in these other cases, are they not in this case?  What's

21 the difference?

22                    MR. WARD:  Again, that goes back -- so in those

23 cases, in each of those cases, what the Court determined is

24 that there was some group of noncitizens that would be in

05:01:06 25 the United States or in Texas as a result of the challenged

1 program or process, and that connected that to evidence of

2 costs that might not relate directly to individuals in

3 those programs, or that it would receive DACA or something

4 like that, but said, you know, generally we can expect that

05:01:27  5 if there are, because of this program, more people in Texas

6 or more people with lawful status, we can expect that those

7 individuals will need education and will seek driver's

8 license.

9            But it is contingent -- the traceability

05:01:39 10 portion is contingent on that finding that there are

11 actually more people in the state as a result of --

12            THE COURT:  More people than what?

13            So is there any dispute that there are

14 some people under the CHNV program that are in the state of

05:01:50 15 Texas?

16            MR. WARD:  No.

17            THE COURT:  There is no dispute.  All right.

18            Now, is that not enough?  And if not, why?

19            MR. WARD:  It is not enough because they are

05:01:57 20 not -- they can't show that they would not be in the state

21 of Texas even without these processes, and they can't show

22 that that number isn't less than it would have been

23 otherwise.

24            THE COURT:  So I asked those questions of them,

05:02:07 25 and they say that that doesn't matter.  I asked that

1 question of Texas.  They said that that doesn't matter.  As

2 long as they are in the program, they count, and then that

3 gets them standing.

4            MR. WARD:  We dispute that, Your Honor.  Again,

05:02:19  5 I think that based on -- the Court's conclusions in the

6 DAPA and DACA and MPP cases were different, right?  Because

7 in those cases, in each case, the Judge determined that

8 there was a group of people that were in the state just

9 because -- or obtained lawful status in the state only

05:02:37 10 because of the particular challenged program.

11            That is not what we have here.  Without

12 these parole processes in place, the parole statute still

13 exists.  We know that based on the numbers that are in the

14 record that a greater number of individuals were being

05:02:52 15 paroled into the United States, and likely a greater number

16 of individuals paroled into Texas, without these processes

17 in place.

18            So they haven't connected those two

19 things.  They don't dispute -- they argue it's irrelevant,

05:03:03 20 and they haven't made any attempt to dispute the evidence

21 that the actual number of individuals coming into Texas is

22 lower than it would be without these processes.

23            So there is no basis for them to say here

24 are costs that are directly traceable to these processes.

05:03:18 25 The number of individuals and the number of individuals

1 that might seek State benefits that they argue causes them

2 costs has decreased.  So there is no ability for them to

3 show standing.

4                    And even with respect to their particular

05:03:31  5 arguments for why they should have standing on each of

6 these, based on the declarations they have submitted, none

7 of those establish standing on its own.

8                    First, with respect to driver's licenses,

9 that declaration is based largely on speculation that if

05:03:48  10 tens of thousands of additional individuals came into Texas

11 and needed to seek driver's license, the State would incur

12 costs that would include hiring more staff, building new

13 buildings, essentially putting together entirely new places

14 for individuals to seek driver's license, and the costs

05:04:05  15 that would be associated with that.

16                    But they put no -- again, put forth no

17 evidence that there has been any such increase in the

18 demand for driver's license.  They have put forth no

19 evidence that there is actually -- they have done any --

05:04:18  20 hired any additional individuals or built any additional

21 buildings.

22                    And if you look at their actual costs for

23 issuing limited-term driver's license -- those costs are

24 set out in Plaintiffs' Exhibit 4 at paragraph 8.  If you

05:04:34  25 look at the costs for verification services, that's the

1 background check I believe they need to do, and for

2 production of the actual card, actual driver's license

3 verification services costs 45 cents per driver's license,

4 and the cost of card production is $1.35.  And that's,

05:04:52  5 again, in Plaintiffs' Exhibit 4, and also Defendants'

6 Exhibit S, which is a contract amendment which sets out

7 their card production costs.

8                    So in total, it costs Texas about $1.80 to

9 produce a limited-term driver's license, but Texas charges

05:05:08 10 $33 for each limited-term driver's license.

11                    THE COURT:  Didn't you make the same argument,

12 though, in the DACA and DAPA cases and the MPP cases?  I

13 mean, I know you don't like the ruling, but weren't those

14 presented and rejected by the Fifth Circuit?

05:05:23 15                    MR. WARD:  I don't believe we made the offset

16 argument in that case, Your Honor.

17                    So we did not raise in that -- in the MPP

18 case at least, the costs and the direct offsets that Texas

19 obtains from the fees it charges for driver's license.  So

05:05:40 20 this is Defendants' Exhibit R.  Texas charges $33, well in

21 excess of what they are actually -- the costs they incur.

22                    And, again, as I noted earlier, the Fifth

23 Circuit has said costs that are -- costs and benefits that

24 arise from the same transaction are the type of offsets

05:05:56 25 that courts have to consider when doing the standing

1 analysis.

2                    It's the same part where they say standing

3 is not an accounting exercise, but they do say that costs

4 of this nature, that are part of the same transaction and

05:06:08   5 have a nexus to the expense or the cost that Texas asserts

6 have to be considered.

7                    I also want to answer a question the Court

8 asked earlier about whether individuals who seek a

9 limited-term two-year driver's license would be able to

05:06:24  10 renew their parole or would have to seek a new driver's

11 license.  I am not aware -- we have asked our client, and

12 they say there is currently no mechanism for individuals to

13 renew their parole under the CHNV parole processes.

14                    The processes themselves say on their face

05:06:41  15 that individuals at the end of the two-year term are

16 expected to depart, or they will be placed in removal

17 proceedings.  And the processes, as a component or an

18 eligibility requirement of the processes, require the

19 individuals seeking parole under the CHNV processes to be

05:06:57  20 outside the United States.

21                    So they would have to leave the United

22 States under -- under the terms of the processes in order

23 to seek parole again under these processes, but there is no

24 mechanism for them to renew parole in the United States.

05:07:11  25                    THE COURT:  So, for example, in the testimony

1 that we heard today, if he wanted to get another two years,

2 you are saying that he would have to go home and start that

3 process again?

4                MR. WARD:  Yes, Your Honor.  And in full

05:07:23  5 candor, our clients have not encountered this situation

6 because these processes haven't been in effect for that

7 long.

8                THE COURT:  Right.

9                MR. WARD:  So they haven't encountered anyone

05:07:32 10 seeking an additional term.

11                THE COURT:  You're representing to the Court

12 that there is a two-year cap that doesn't have a renewal

13 mechanism for someone who is still within the borders?

14                MR. WARD:  Yes, Your Honor.  That's what each

05:07:44 15 of the four processes say, that they are limited to a

16 maximum of a two-year term; that individuals have to leave

17 or be placed in removal proceedings at the end of that

18 term, unless they find some other basis to be in the United

19 States; that there is no mechanism with those processes to

05:07:57 20 renew the term of parole; and they can only seek it from

21 outside of the United States.

22                THE COURT:  Is anybody admitted for something

23 other than -- less than two years?  Or is it basically two

24 years for everybody?

05:08:10 25                MR. WARD:  I don't -- two years is the maximum.

1 So the agency could parole someone in for less than two

2 years, but I am not aware of whether they're doing that or

3 not.

4           THE COURT:  So as part of this process, is

05:08:22 5 there a mechanism for which they could say, We're going to

6 parole you, but it is only going to be for three months,

7 six months, one year?  Is there something that does that,

8 or is it -- is it a decision that would be made afterwards,

9 and they would notify them?

05:08:36 10           MR. WARD:  So it's a decision they would make,

11 I believe, at the time they issued parole, if they wanted

12 to issue it for a shorter term.  And I am not aware if that

13 is something they are doing, or if it is something there's

14 guidelines on.

05:08:46 15           THE COURT:  Are you aware of anybody who has

16 been issued anything less than two years?

17           MR. WARD:  No, Your Honor.  But in full candor,

18 I am not aware of what most people are being issued under

19 this process.  So it is not a question that we have delved

05:08:59 20 into with our clients.

21           THE COURT:  Okay.

22           MR. WARD:  Plaintiffs face similar problems

23 with their other allegations of harm with respect to

24 allegation -- education, as the Court has heard.  Their

05:09:11 25 evidence there is solely -- solely predates the time period

1 when these processes were in place.  It doesn't relate to

2 any individuals that would be paroled under these

3 processes.  It relates solely to unaccompanied children,

4 and each of the four processes say that they don't apply to

05:09:28  5 unaccompanied children.

6                      Again, Texas's response there is that they

7 don't have -- they can just show some cost to education and

8 that is enough.  But, again, they're missing a piece of the

9 analysis in each of these cases which requires them to show

05:09:39 10 that some additional costs and thus some additional people

11 are in their state seeking this service as a result of the

12 thing they are challenging.  They haven't even attempted to

13 do that with the CHNV parole processes.

14                      With respect to healthcare, again, this

05:09:54 15 evidence mostly predates the existence of these four

16 processes.  The declarations say that the -- the costs are

17 just estimates.  They are not limited to nationals of these

18 four countries, and they show a decrease in costs over

19 time.

05:10:09 20                      So if you take their costs going from '21

21 --  2021 to 2022, this is Plaintiffs' Exhibit 7, at

22 paragraph 9, it showed that from 2022 to 2023, their costs

23 in 2022 were $178,000; their costs in 2023 -- now this is

24 just through May -- are only 30,000.  But even if you

05:10:30 25 double or triple that to account for the whole year, it

1 seems like they're on track for lower costs with respect to

2 healthcare in the current year since these processes went

3 into place than before they were in place.

4                     I would also note that in addition to

05:10:48 5 these -- these -- the speculation that Texas put forth that

6 they might incur healthcare costs as a result of the CHNV

7 processes is further speculative because in a part of

8 this -- an aspect of the way in which individuals apply for

9 these processes is that they have to get a financial

05:11:07 10 supporter that agrees to support them in all their

11 financial needs in the United States, and that includes

12 agreeing to support any medical or healthcare needs.

13                     Individuals who come into these processes

14 also can get work authorization, which allows them to

05:11:22 15 potentially get healthcare through their employer.  So

16 there is a number of other ways in which we can't determine

17 just based on estimates related to non-CHNV nationals or

18 non-CHNV parolees would necessarily translate to the costs

19 with respect to this particular population.

05:11:40 20                     It is another distinction from their

21 argument that if we just show any cost in some category

22 that has worked in another case before that can work here

23 as well.  Well, the population here has different

24 requirements, and different characteristics, which might

05:11:54 25 mean they won't present the same healthcare costs.  And

1 again, the overall decrease of numbers of individuals from

2 these four countries undermines any argument that these

3 parole processes will increase their healthcare costs.

4                   Finally, their final basis is law

05:12:09  5 enforcement costs --

6                   THE COURT:  Before you move on, real quick --

7                   MR. WARD:  Yes.

8                   THE COURT:  -- a couple of the points that were

9 made was that some of the other cases relied on all

05:12:18  10 economic data that predated the policy that had been rolled

11 out and that they had said that that was sufficient.

12                   Do you take issue with that?

13                   MR. WARD:  Yes, Your Honor.  Because if --

14                   THE COURT:  You don't think those cases did

05:12:28  15 that?  You don't think, for example, in DAPA or DACA the

16 financial injury evidence that was at trial, or in MPP, the

17 financial injury evidence all predated the rollout of the

18 program?

19                   MR. WARD:  I don't recall for certain whether

05:12:47  20 it all predated the date of the program, but the point I am

21 disputing is that that same analysis -- even if true, let's

22 assume that all the data in those cases predated the

23 initiation of the program or the processes they challenged,

24 again, those other processes are categorically different

05:13:03  25 because take, for instance, DACA or DAPA, there you are

1 talking about individuals who they argued were in the state

2 of Texas before those processes went into effect.

3          THE COURT:  Now you are talking about the

4 traceability thing, right?

05:13:14  5          MR. WARD:  Yes.  Again, I don't think you can

6 separate.

7          THE COURT:  I'm just talking about do you

8 conceptually have a problem with the idea that the evidence

9 that was submitted financially all predated the rollout of

05:13:22 10 the program in those other cases, as opposed to the

11 traceability later?

12          MR. WARD:  Yes, Your Honor.  So I think they

13 should have to show either -- they have to show a concrete

14 injury or one that is certainly impending at the time of

05:13:36 15 the filing of the complaint.

16          THE COURT:  Then how would I distinguish those?

17          MR. WARD:  Well, here, I think you have

18 evidence before the filing of the complaint that shows

19 there was a decrease in the number of individuals coming

05:13:47 20 into the United States through these processes, or from

21 these countries.  And then the evidence following the

22 filing of the complaint, the evidence that has come out in

23 discovery also shows the decrease in costs.

24              So I don't think that issue applies here,

05:14:01 25 but I also think that if the question was, is evidence

1 entirely before the complaint sufficient, it would depend

2 on the particular thing they're challenging.

3                    Here we would dispute that it is

4 sufficient because we have evidence postdating the

05:14:17  5 complaint that shows there has been a decrease in arrivals.

6 We have evidence that predates complaint that shows there

7 has been a decrease in arrivals.

8                    Each of these four processes -- remember

9 that the Venezuela process went into effect in October of

05:14:29 10 last year, and -- and plaintiffs didn't file their

11 complaint until after that process was amended and expanded

12 to three other countries.

13                    But each of those processes is built on

14 the success of Uniting for Ukraine process, and also the

05:14:47 15 initial implementation of the Venezuelan process.  So each

16 of these four *Federal Register* notices notes that the

17 Venezuela process immediately on its own demonstrated the

18 success with respect to Venezuelan nationals.

19                    Prior to the Venezuela parole process

05:15:04 20 being put in place, DHS was releasing on average over 1,000

21 individuals from Venezuela every single day, for reasons I

22 have set out before:  The inability to remove those

23 individuals, limited detention space.

24                    Following the initial implementation of

05:15:21 25 the Venezuela process, that number declined immediately to

1 200 per day; and by December, it was 86 per day that they

2 were releasing.  A decline of, I believe, close to or over

3 1,000 individuals per day that DHS was no longer releasing

4 from Venezuela as a result of that parole process.

05:15:37   5                     In January they amended that process and

6 announced the other four processes.  Each of those shows at

7 the time of those processes, and at the time of the filing

8 of the complaint, that there was already evidence that

9 showed plaintiffs' entire theory of harm, their argument

05:15:52  10 that this was going to increase costs, or that there would

11 be additional costs linked to individuals from these four

12 countries, that was foreclosed by the evidence in the

13 record and on the face of the *Federal Register* notices,

14 which set out these processes from the beginning.

05:16:04  15                     THE COURT:  You had said that people would be

16 covered by health related -- health insurance once they got

17 a job.  How long is it taking to get the work permits?

18                     I heard testimony he was hoping to be able

19 to work in September.  I forget when he got here.  So I'm

05:16:18  20 just trying to get a feel.

21                     MR. WARD:  I don't know if I know the answer on

22 that, if there is a standard time that it takes.

23                     THE COURT:  Who gives the work authorizations?

24                     MR. WARD:  I believe it's -- I believe they

05:16:29  25 have to apply with USCIS.

1                THE COURT:  Okay.

2                MR. WARD:  But it is an application --

3 application process that they have to go through after

4 they're paroled into the United States.

05:16:37  5                THE COURT:  Right.

6                MR. WARD:  It is not an aspect of the process

7 directly.  Parole -- the ability to seek work authorization

8 based on parole is based on a regulation that's been in

9 effect for years, and that plaintiffs don't challenge here.

05:16:49 10 And so they go through that process like anyone else would,

11 like any of the individuals paroled through this process,

12 paroled through -- under the statute that could have done

13 before these parole processes were even in effect or

14 existent.

05:17:02 15                THE COURT:  So in the interim period, their

16 sponsor is supposed to cover any health-related costs, but

17 one of the arguments they made was that there was no

18 binding agreement.  I mean, if they just refuse to, there

19 is nothing that you could do to make them cover those

05:17:14 20 costs.

21                MR. WARD:  Yes, Your Honor, but I -- so the

22 process for an individual to -- to get parole through these

23 processes involves vetting and background of the financial

24 sponsor.  So as you heard a little bit this morning, that

05:17:31 25 individual has to submit information about their assets and

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

244

1 their ability to cover any needs, financial needs,

2 including healthcare costs.

3                    USCIS vets that information and determines

4 whether it is sufficient.  The individual has to sign an

05:17:47  5 affidavit, I believe, under penalty of perjury, saying they

6 will support those costs and pay for those costs once the

7 individual comes to the United States.  And it is only

8 after all of that has been secured and determined outside

9 of the country that an individual even moves to the step in

05:18:00  10 the process where CBP begins to evaluate whether it's

11 appropriate to grant them travel authorization and

12 ultimately consider them for parole at a port of entry.

13                    THE COURT:  But if something catastrophic

14 happens and it's an extraordinarily expensive medical

05:18:14  15 expense and they said, I'm not paying that, you don't have

16 a mechanism by which you could make the sponsor pay?

17                    MR. WARD:  DHS has not built a particular

18 enforcement mechanism for that.  But, again, I note this is

19 a -- again, something that can't be looked at in isolation.

05:18:27  20                    So first off, the statute itself says that

21 the secretary -- places in the secretary's discretion any

22 additional conditions that the secretary might place on the

23 granting of parole.  So the process by which an individual

24 is granted parole and whatever other additional conditions

05:18:45  25 the secretary might place on that process is entirely

1 discretionary.

2                    THE COURT:  Sure.

3                    MR. WARD:  They don't point to anything in the

4 statute that says that.

05:18:53   5                    THE COURT:  I'm just saying, who is on the hook

6 for the tab, then, in that circumstance?

7                    MR. WARD:  I don't know, Your Honor.  They have

8 put forth no evidence that has actually taken place.  But

9 my point is that the ability to involve -- put a step in

05:19:05  10 the process where DHS or USCIS ensures that there is a

11 supporter for any financial needs is only possible because

12 of these processes.

13                    When an individual, as they were shown --

14 as they were before these processes were in place, shows up

05:19:21  15 at the border unexpected in far greater numbers than they

16 are currently showing up to the United States, CBP has

17 limited options at that time.

18                    They can't keep an individual detained at

19 the border, or outside the border in Mexico for the time

05:19:36  20 period it would take to allow that individual to obtain the

21 information necessary to meet the supporter requirements

22 that are currently put in place for these individuals,

23 evaluate that, do background check, do vetting on that

24 individual, and the parole applicant.

05:19:51  25                    It is only because of this orderly process

1 that DHS has put in place that they have the opportunity

2 and the time to do much greater advance vetting of these

3 individuals, reject individuals who they think might not be

4 able to support their own financial needs or have a

05:20:08  5 supporter that can provide for them, for their financial

6 needs while they are here, as well as doing additional

7 security vetting.

8                So this goes to the next basis for which

9 plaintiffs assert harm, which is law enforcement costs.  So

05:20:20 10 they submit a declaration -- this is Plaintiffs' Exhibit 5

11 -- related to law enforcement costs.  Again, that's based

12 entirely on speculation that immigrants will come to Texas

13 and that some of them will cause crime, and that Texas will

14 incur detention costs as a result of that.

05:20:36 15                But, again, these are costs that based on

16 their own declarations submitted in this case have

17 decreased over recent years.  They have put forth no

18 evidence that individuals -- those costs have increased --

19 I mean, they have put forth no evidence whatsoever about

05:20:53 20 those costs postdating the existence of these processes.

21                So there is no comparator.  There is no

22 way for them to be able to show based on that evidence that

23 there has been any increase in law enforcement costs, and

24 their entire theory is speculative, that if more immigrants

05:21:06 25 come to their state, some of them will commit crimes and

1 their costs for enforcement will go up.

2            THE COURT:  Well, that theory has been accepted

3 by the Fifth Circuit, though, that particular sentence that

4 you just said.

05:21:16    5            MR. WARD:  Well, here again, there's -- there's

6 two ways in which that logic, which might have applied in

7 those other cases, again, we dispute that that was a

8 correct ruling in those cases on that ground.

9            THE COURT:  Right.

05:21:28   10            MR. WARD:  There is a number of ways in which

11 that logic is distinct -- particularly distinguishable in

12 this case based on particular aspects of these processes.

13 The first of which is that these processes have shown a

14 decline in individuals from those countries coming to

05:21:43   15 Texas.

16                  So whatever costs they assert or allege

17 with respect to migrants to Texas for law enforcement

18 costs, if there are less individuals from those four

19 countries in Texas, then the assumption -- the fair

05:21:56   20 assumption is that their costs would decrease.  And the

21 numbers in their own declaration show that those numbers

22 have been decreasing over time, even while the per

23 immigrant costs they list in their declarations have gone

24 up, the overall costs have gone down.

05:22:10   25                  The second way in which that evidence is

1 distinguishable here is that part of the justification for

2 these processes and part of the significant public benefit

3 they provide to DHS and to the United States as a whole is

4 that these processes, as I was noting, allow for greater

05:22:26   5 vetting in advance.

6               So CBP or USCS, but predominantly CBP on

7 this aspect of the process, can do advanced security

8 vetting on an individual before they seek parole or before

9 they seek travel authorization to the United States.

05:22:42   10              So we were talking a little bit earlier

11 about what if DHS is faced with the arrival of someone from

12 a country and we determine they're particularly dangerous

13 or they have a long criminal history?  DHS's certain --

14 authority or options in that circumstances are limited.

05:22:58   15 Again, they have limited ability and can prioritize that

16 person for removal using their limited removal authority.

17 That's how it worked before these processes were in effect.

18              Now that these processes are in effect,

19 CBP can do that security vetting and criminal background

05:23:13   20 vetting before the individual leave s their home country.

21 They can determine at an earlier stage that someone might

22 be a security or criminal threat in the United States,

23 determine that they are not an appropriate person to grant

24 parole or grant travel authorization, and deny them at an

05:23:29   25 earlier step in that process before they even leave for the

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 United States.

2                         In that circumstance, the inability to

3 remove someone to Cuba, Haiti, Nicaragua or Venezuela is no

4 longer a barrier for the agency.  They can determine that

05:23:41   5 parole should be denied at one of the first couple of steps

6 in the process, preventing them from leaving that country

7 and avoid -- and solving this -- this problem for which DHS

8 has very limited alternative options.

9                         The other advantage of these four

05:23:56   10 processes is that when that happens, if DHS determines to

11 deny parole, or if that individual seeks to come to the

12 United States without following the parole process, DHS

13 has -- now has a new consequence they can impose.

14                         They can remove -- put that person in

05:24:13   15 expedited removal when they arrive at the southwest border

16 and remove them to Mexico.  An authority and ability to

17 enforce the immigration laws against that individual that

18 they did not previously have, and that the assistant

19 secretary has said in his declarations at HH and II would

05:24:28   20 very likely go away if these processes are not -- are

21 enjoined or terminated.

22                         Mexico would remove their ability to --

23 will withdraw their consent to removing individuals from

24 these four countries who don't come to the United States

05:24:43   25 through lawful paths, and DHS will no longer be able to

1 remove those individuals to Mexico.

2             THE COURT:  When did Mexico start agreeing to

3 accept people from those countries?  Were they doing it

4 with Venezuela before, back in October when that rolled

05:25:00  5 out, or at any time before that?

6             MR. WARD:  Not before that.  So it was part of

7 -- the negotiations with respect to this were happening at

8 the same time.  And so as the assistant secretary lays out

9 in his declaration, Mexico said they were willing to put --

05:25:15  10 to accept the removal of these individuals if the United

11 States adopted a process like the parole processes that

12 allowed individuals to migrate to the United States in a

13 more orderly fashion and eliminate the irregular migration

14 through Mexico.

05:25:29  15             So DHS or the -- DHS then put the parole

16 processes in place, and as I noted earlier, in each of them

17 it says their implementation is contingent on Mexico

18 accepting the return of individuals who do not follow those

19 processes.

05:25:44  20             So once those processes were announced,

21 Mexico then agreed to accept the return of individuals who

22 do not follow the parole processes or some other lawful

23 path to the United States.

24             That's, I believe, Your Honor, all I had on

05:26:10  25 standing.  I don't know if the Court had any other

1  questions on standing.  I am happy to answer those now, or

2  I can --

3                 THE COURT:  I have got a bunch, but I was going

4  to do that at the end for everybody.  So --

05:26:20  5                 MR. WARD:  You'd rather I --

6                 THE COURT:  I guess the question is you -- are

7  you going to merits next?

8                 MR. WARD:  I was going to briefly address final

9  agency action, committed to agency discretion, and zone of

05:26:31  10  interests before moving to the merits.

11                THE COURT:  Okay.  So I'm just asking.  I am

12  here to stay.  I try not to abuse my staff too much, but it

13  is 5:30.  It doesn't sound like you are going to finish

14  this evening unless we go late?

05:26:45  15                MR. WARD:  I have a fair bit left to go, Your

16  Honor.

17                THE COURT:  I am not rushing you because we

18  have tomorrow, but if you do want to break, I want to make

19  sure that it is at a space that is good for you.

05:26:58  20                MR. WARD:  Yes, Your Honor.  Now, as I -- I

21  believe probably some other attorneys in the room

22  questioning my ability to accurately guess how long it is

23  going to take me.

24                THE COURT:  I am fairly sure it is not going to

05:27:06  25  be a today kind of a thing.

1            MR. WARD:  Yes, Your Honor, unless we go very

2 late.

3            THE COURT:  So given the subject matters that

4 you have, does it make sense to do final agency action and

05:27:16  5 committed to agency discretion this evening before merits,

6 or do you think all of that should start tomorrow?

7            MR. WARD:  I don't know that that matters

8 particularly.  I am happy to do whatever the Court prefers.

9            THE COURT:  So why don't we go ahead and knock

05:27:32  10 those out.  How long do you think those are?  I don't want

11 to kill my staff, like I said.

12            MR. WARD:  I think those -- unless the Court

13 has a number of questions, I think each of those are

14 relatively brief.

05:27:40  15            THE COURT:  Okay.  Go ahead.

16            MR. WARD:  So as to final agency action, the

17 test is, of course, the Supreme Court's decision in *Bennett*

18 *v. Spear*, whether the --

19            THE COURT:  And let me just say, don't rush.

05:27:51  20 Okay.  Take your time.  I mean, don't feel like I'm trying

21 to wrap you up, okay?

22            MR. WARD:  Yes, Your Honor, appreciate that.

23            So the test in *Bennett v. Spear* is whether

24 the agency action is one that consummates the agency

05:28:05  25 decision-making process and determines rights and

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 obligations or produces legal consequences.  There is no

2 basis to argue that these parole processes in themselves

3 determine, right, are the -- consummate the agency's

4 decision-making process with respect to parole or

5 determines legal rights or consequences, as I said earlier.

6                      The legal rights and consequences and the

7 benefits that might accrue from a grant of parole are based

8 on the statute itself, 1182(d)(5)(a) and that would exist

9 whether these parole processes were in place or even if --

10 if they were enjoined or terminated.  CBP officers would

11 able to do the -- make the same decisions under the statute

12 directly.

13                      And, in fact, even with the processes in

14 place, the last step in the process is that a CBP officer

15 at a port of entry will inspect the individual arriving.

16 Again, they have been vetted at various steps before they

17 arrived at that port of entry.

18                      USCIS has vetted them to determine that

19 they have filled out all the information they need to

20 provide, if they have a supporter.

21                      CBP has evaluated whether the individual

22 is -- is someone to whom they should grant travel

23 authorization to come to a port of entry to seek parole.

24 Part of that process involves -- now involves questioning

25 with respect to how that individual will advance a

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 significant public benefit or urgent humanitarian reason.

2                    The process has been amended to add that

3 question to the supporter form in the information that is

4 filed before the individuals get travel authorization and

05:29:46   5 travel to the United States.

6                    But, ultimately, as each of the parole

7 processes say, the ultimate decision still rests with the

8 CBP officer at a port of entry.  Each of the four processes

9 say that travel authorization does not guarantee the

05:30:01   10 individual will get parole when they arrive at a port of

11 entry.  That still remains up to the discretion of the

12 individual CBP officer in -- inspecting the individual at

13 arrival and determining whether that individual should be

14 granted parole.

05:30:14   15                    And we know, in fact, that those officers

16 have denied parole to some individuals who have passed the

17 earlier steps in the process and been granted authorization

18 to travel to the port of entry.  This, again, is in the

19 assistant secretary's supplemental declaration, Exhibit II,

05:30:32   20 at paragraph 3 where it says a number of individuals have,

21 in fact, been denied parole at ports of entry by CBP

22 officers exercising their discretion in that final step of

23 the process.

24                    So even without the parole processes in

05:30:46   25 place, the agency's decision-making process would remain

1 the same.  The parole processes themselves do not

2 consummate the agency's decision-making process.  That is,

3 again, up to the individual decision of the CBP officer at

4 the port of entry, and it's the grant of parole issued in

05:31:03  5 that individual decision.  It is not determined by the

6 parole processes themselves, but it is up to the decision

7 of that officer that produces the legal consequences or

8 determines rights and obligations.

9               THE COURT:  Are there not two pathways for

05:31:16  10 admission now?  One for the four countries that's different

11 for everybody else?

12               MR. WARD:  So there is not a similar process

13 for countries other than these four.  That's correct.

14               THE COURT:  So that doesn't bring legal

05:31:30  15 consequences?

16               MR. WARD:  In terms of granting them legal

17 rights?  I don't believe so, Your Honor.  Nothing in the

18 parole processes themselves in the steps before the final

19 step in the process -- they affect the way in which the

05:31:49  20 application is considered and processed, but they don't in

21 themselves determine legal rights and consequences.

22 Nothing in the parole processes themselves guarantee that

23 any particular individual will be able to obtain parole.

24               If the Court has no questions on that, I

05:32:11  25 am happy to move on to committed to agency discretion.

1           THE COURT:  Go ahead.

2           MR. WARD:  The statute 1182(d)(5) explicitly

3 places parole decisions in the secretary's discretion.

4 1182(d)(5)(a) says that the secretary may in his discretion

05:32:26    5 parole into the United States temporarily under such

6 conditions as he may prescribe noncitizens on a

7 case-by-case basis for urgent humanitarian reasons or

8 significant public benefit.

9               It specifically says in the statute itself

05:32:38   10 that the decision with respect to parole is in the

11 secretary or the agency's discretion.

12          THE COURT:  Is it reviewable as to whether or

13 not this is truly case by case, or whether or not there is

14 an urgent humanitarian need, or if there is a significant

05:32:51   15 public interest?  Is that reviewable?

16          MR. WARD:  Is that reviewable by this Court?

17          THE COURT:  Correct.  Because that is a limit

18 on the discretion that you just talked about in that

19 particular statute.

05:33:03   20          MR. WARD:  So the Fifth Circuit has said no.

21 In *Loa-Herrera v Trominski* it has said that when parole,

22 and when specifically talking about parole, right, because

23 parole is placed in the secretary's discretion --

24          THE COURT:  Was it this statute that had these

05:33:17   25 limits that is case-by-case?

1          MR. WARD:  Yes, in a footnote, in that case,

2 the -- in *Loa-Herrera v. Trominksi*, the Fifth Circuit cites

3 1182(d)(5)(A), and what it noted was thought when a statute

4 places -- because the parole statute places parole

05:33:34  5 decisions in the agency's discretion, that they're not

6 reviewable even for the manner in which those parole

7 decisions are made, or the process by which they are

8 considered.

9          THE COURT:  So this is kind of going the

05:33:46 10 converse of what I was asking the state about the notice

11 and comment.  Is there any limit then?  Is it unreviewable?

12 What if you just decide everybody who wants to come in from

13 Cuba gets in en masse; we are not going to review them.

14 You are saying that is not something that could be reviewed

05:34:03 15 in court?

16          MR. WARD:  So I want to be clear there

17 that's -- that would be a different case in many ways --

18          THE COURT:  Of course.

19          MR. WARD:  -- so I would have to think about

05:34:11 20 whether there would be some way in which you can see that

21 that might be reviewable.  But, no, I think that the Fifth

22 Circuit's holding in the language of the statute is very

23 broad.

24          THE COURT:  Before you move on, how is that

05:34:20 25 reviewable based on what you just told me, that is

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 discretionary for the DHS?  How is -- how did that all of

2 the sudden become nondiscretionary?

3                MR. WARD:  How did what -- your hypothetical,

4 Your Honor?

05:34:32  5                THE COURT:  Correct.

6                MR. WARD:  So I concede that I can't see a way

7 in which that would be reviewable, if the process as a

8 whole is not reviewable.  So, I would have to think more

9 about that.

05:34:41 10                THE COURT:  Right.

11                MR. WARD:  But I believe that because the

12 statutory authority is committed solely to the -- the

13 secretary's discretion, that nothing with respect to how

14 that process is implemented is reviewable.

05:34:56 15                THE COURT:  So they can say anybody from

16 Venezuela that wants in, comes in.  We're not going to

17 review it on a case-by-case basis.  We are putting that in

18 the *Federal Register*, and there is nothing you can do about

19 it.  You are saying that that would not be -- nobody would

05:35:09 20 have -- that is committed to agency discretion?

21                MR. WARD:  I think that is a trickier case,

22 Your Honor, and that is not the case we have here.

23                THE COURT:  Yeah, but who would be able to do

24 that?

05:35:18 25                MR. WARD:  I don't know, Your Honor.  I would

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 have to think about ways in which someone might be able to

2 challenge that, if it was that extreme a case.

3                THE COURT:  So something is reviewable in that

4 statute?

05:35:31  5                MR. WARD:  No, I don't believe it is, Your

6 Honor.  So I can't say to you here that I can think of a

7 way in which that -- that version of a process would be

8 reviewable because I confess the arguments I am making to

9 you and I am about to make to you would apply to any

05:35:47 10 implementation of the statute.  But I concede also that

11 there might be some different -- something different that

12 would happen or some avenue that might need to be

13 reviewable in an extreme case, but I don't --

14                THE COURT:  Right.  But how do you

05:36:00 15 differentiate between it's committed to agency discretion?

16 If it's discretionary, then it is not reviewable?

17                MR. WARD:  Yes, Your Honor.  I think the Fifth

18 Circuit and the Supreme Court has announced a broad rule

19 with respect to -- to determinations that Congress has

05:36:15 20 placed explicitly in the agency's discretion by statute.

21                THE COURT:  So the parole decisions made by the

22 DHS are never reviewable in court?

23                MR. WARD:  I don't believe they should be, Your

24 Honor, based on what the Fifth Circuit has held, and what

05:36:30 25 the Supreme Court has most -- more recently held in a case

1  I am about to discuss called *Patel*.

2         THE COURT:  Okay.

3         MR. WARD:  But I think the committed to agency

4  discretion comes in two ways, the first is which there are

05:36:43  5  two limits on being able to state a claim under the APA.

6  There are other limits, but there are two limits in

7  5 U.S.C. 701(a).

8            The first is that the APA does not permit

9  review of agency action that is committed to agency

05:36:57  10  discretion by law, that we would argue we have here because

11  the statute explicitly says that parole decisions are in

12  the secretary's discretion.

13         THE COURT:  So what you just said, parole

14  decisions.  But whether or not you've got something that is

05:37:11  15  not just a decision on a case-by-case basis, that's not

16  reviewable?  Because it is not -- you're right.  The person

17  that was testified to -- I just forgot his name.  What was

18  his name?  Oldrys?

19         MS. RIVAS:  Mr. Sype, Your Honor.

05:37:25  20         THE COURT:  No, no.  Who did he sponsor?

21         MS. LANGARICA:  Oldrys.

22         THE COURT:  Yeah, Oldrys.

23            I understand that I would not be able to

24  review that decision with respect to Mr. Oldrys, but about

05:37:37  25  whether or not there is a case-by-case?  That is not

1  reviewing the decision; that's reviewing the process.

2              MR. WARD:  The courts have held that courts

3  cannot separate those determinations.  It cannot separate

4  the ultimate parole decision from the process by which that

05:37:53  5  decision is issued.  So if the ultimate decision is

6  discretionary by statute, then 1252(a)(2)(B)(2) forecloses

7  review of that discretionary determination.

8              So it's saying that the APA doesn't permit

9  review of agency action that's committed to discretion by

05:38:11  10  law.  It also does not permit review where -- where

11  additional statute -- other statutes preclude judicial

12  review.  That's precisely what 1252(a)(2)(B)(2) does.  It

13  says that "Notwithstanding any other provision of law, no

14  court shall have jurisdiction to review any other decision

05:38:28  15  or action of the Secretary of Homeland Security, the

16  authority for which is specified under this subchapter to

17  be in the discretion of the secretary."

18              THE COURT:  Right.  Again, that magic word is

19  "decision."  So --

05:38:38  20              MR. WARD:  Yes, Your Honor.  So I point the

21  Court -- I point the Court to the Supreme Court's recent

22  decision in *Patel v. Garland*.  That is at 142 Supreme Court

23  1614, and that's a decision from 2022, and the part I am

24  about to read you is at -- the pin cite is 1622.

05:38:56  25              That decision related to -- was reviewing

1 the limits on -- on review contained in

2 Section 1252(a)(2)(B)(i), so that's the immediately

3 preceding subsection.

4                    Although the Supreme Court has said in a

05:39:12   5 case called *Kucana*, which is at 558 U.S. at 247, and that

6 in *Kucana* the Supreme Court said that decisions under --

7 specified under the secretary's discretion in Section

8 1252(a)(2)(B)(2) are of like kind to those under Section

9 1252(a)(2)(B)(i), so both of these sections -- little "i"

05:39:33   10 essentially lists a set of particular statutes, which are

11 similar to the parole statute which -- in which the

12 secretary's decision is -- the decision is committed to the

13 secretary's discretion.

14                    And then 1252(a)(2)(B)(2) is essentially

05:39:50   15 more of a catchall that brings in any other statute which

16 is phrased in the same way, where the statute -- the agency

17 discretion is committed to the agency by statute.

18                    And what the Supreme Court said in *Patel*

19 was that when -- because 1252(a)(2)(B)(i) strips courts of

05:40:11   20 jurisdiction to review any judgment regarding the granting

21 of relief, that includes judgments of whatever kind covered

22 by the statute, not just the discretionary judgments or the

23 last-in-time judgment.  So the entire process by which the

24 agency arrives at the decision is unreviewable if the

05:40:28   25 ultimate decision is committed by statute to the agency's

 1 discretion.

 2                 THE COURT:  Then the rescission of MPP was

 3 committed to agency discretion under that argument, and

 4 DACA and DAPA were committed to agency discretion under

 5 that argument.

 6                 MR. WARD:  We would argue that 1252(a)(2)(B)(2)

 7 should have applied there as well.

 8                 THE COURT:  And I get it, but I have to follow

 9 the Fifth Circuit.  So --

10                 MR. WARD:  Well, again --

11                 THE COURT:  -- how do you distinguish the

12 agency discretion in those cases, and this one?

13                 MR. WARD:  Well, again, I believe, *Patel* is

14 more recent than some of those decisions.  I would also

15 note, again, the Fifth Circuit's decision in *Loa-Herrera v*

16 *Trominski*.  It's at -- this is -- oh, here I have the

17 cite -- at page 990 and Note 12 is where the Fifth Circuit

18 specifically cites 8 U.S.C. Section 1182(d)(5)(A) and it

19 says --

20                 THE COURT:  Is that the 1996 case?

21                 MR. WARD:  That's the 2000 case dealing with

22 the parole process.

23                 THE COURT:  The problem is I have got MPP --

24 and I am not trying to give you a hard time.  How do I

25 distinguish MPP and DACA and DAPA which said that those

1 were not committed agency discretion?  I get it, you don't

2 agree with those, but I am in a different posture than you

3 are.

4                    So how do I say MPP doesn't apply

05:41:42    5 because -- or DACA and DAPA don't apply when it comes to

6 committed agency discretion because...

7                    What is the rest of that sentence?

8              MR. WARD:  Well, I think that determination

9 needs to be made by the specific statutory provision we're

05:41:53   10 dealing with.  And here we have a statutory provision

11 where -- 1182(d)(5) specifically says the decision is in

12 the secretary's discretion.

13                    And we have a case from the Fifth Circuit

14 that says in analyzing parole, it says, challenges --

05:42:08   15 "Limits on reviewing the discretionary judgment regarding

16 the application of parole also bar challenges to the manner

17 in which the discretionary judgment is exercised, and to

18 whether the procedural apparatus applied satisfies

19 regulatory, statutory and constitutional constraints."

05:42:24   20                    So, again, we argue that 1252(a)(2)(B)(2)

21 should have applied, at least in the MPP case.  I wasn't

22 involved in the DACA case.  I don't recall exactly what we

23 argued with respect to it there.

24                    But when we're looking at the particular

05:42:38   25 statute involved, and as we have to do with

1 1252(a)(2)(B)(2) because it talks about whether this

2 statute commits the decision to agency discretion, the

3 decisions with respect to 1182(d)(5)(A), which is the Fifth

4 Circuit's decision from 2000, and the statutory --

05:42:58  5 particular statutory language in 1182(d)(5)(A) indicate

6 that this is a discretionary determination that's committed

7 to the agency's discretion.

8              I note that this is consistent with a

9 broad discretion that immigration officials have in many

05:43:15 10 contexts in the -- in the immigration realm.  As the

11 Supreme Court set out in Arizona or -- and a number of

12 other cases that the Supreme Court cited in the Priorities

13 decision just this past term.

14              If the Court has no other questions on

05:43:32 15 committed to agency discretion, I can move briefly onto

16 zone of interests?

17              THE COURT:  Yes.

18              (Counsel confer off the record.)

19              THE COURT:  Okay.

05:44:24 20              MR. WARD:  And then as to zone of interests,

21 just very briefly.

22              So here it's not enough for the states to

23 be able to identify a statutory provision that they want to

24 enforce.  They actually have to show that there is -- they

05:44:49 25 are within the zone of interests of that particular

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 statute, and nothing in the text, structure, or purpose of

2 Section 1182(d)(5) or the INA generally, we believe that

3 the determination of whether an individual should -- or a

4 plaintiff is within the zone of interests should be

05:45:04   5 determined by the particular statutory provision.

6                  We acknowledge that there are some cases

7 that find it can be determined by the INA as a whole, but I

8 don't believe there is anything in the text and structure

9 of the INA generally, or in this specific provision that

05:45:19  10 contemplates a role for states in enforcing its provisions

11 or suing to enforce it.

12                  And there, I would point the Court to the

13 *FAIR* case.  This is a DC Circuit case from 1996.  It's at

14 93 F.3d, 897, where a group of organizations -- not states

05:45:37  15 but organizations -- raised essentially the same argument

16 for zone of interests, and the DC Circuit rejected it.

17                  There the plaintiffs asserted their

18 interest was in limiting immigration or a disagreement with

19 the government's scheme for parole.  And the DC Circuit

05:45:54  20 held that -- challenges that the -- essentially the

21 organizations's disagreement with the federal government's

22 scheme for parole of what were alleged to be inadmissible

23 noncitizens, and the organizations's claims that those

24 violated statutory limits on parole authority, that they

05:46:12  25 could not bring that claim because they were not in the

1 zone of interests of the particular statutory provision.

2                    Because nothing in the language of the

3 statute on which the plaintiffs rely, or the legislative

4 history, even hints in concern about regional migration or

05:46:28    5 parole.  There is nothing in 1182 or the INA generally that

6 indicates states concerns with migration to Texas, or to

7 particular states brings them within the zone of interests

8 of 1182(d)(5)(A).

9                    And I just note that -- that the

05:46:46   10 Priorities decision, it wasn't addressing -- it was

11 addressing standing, but it wasn't addressing zone of

12 interests, and it found no standing obviously so it didn't

13 need to reach this question.

14                    But I think the Court's discussion of how

05:46:58   15 the circumstances might be different if Congress enacted a

16 particular provision, identified a particular harm in the

17 statute and identified particular plaintiffs who Congress

18 contemplated might be able to sue to enforce the provisions

19 of the statute, might bring you more in line with someone

05:47:15   20 who might have Article III standing to challenge the

21 implementation of a statute.

22                    I think that analysis applies here and

23 applies to the zone of interests test.  There is nothing in

24 1182(d)(5)(a) that indicates there's a role for the states

05:47:32   25 to play in challenging or seeking to enforce its

1 provisions.  And, in fact, the cases that I set out at the

2 beginning of my argument and including the cases with

3 respect to parole and the discretionary parole authority,

4 all indicate that this is not an area in which states have

05:47:47   5 a role to play or have an inability to a certain

6 Article III harm.

7                         If the Court has no questions on that, I

8 want to circle back to just a couple quick points my

9 co-counsel nicely noted that I had missed earlier.  On

05:48:01   10 the -- the healthcare point with respect to standing.

11 Also, the parolees are eligible for applying for healthcare

12 through the Affordable Care Act, so that is another way in

13 which the healthcare -- healthcare costs might not be a

14 basis for them to assert injury.

05:48:19   15                         And then I just wanted to briefly address

16 special solicitude because I know that Texas brought that

17 up earlier.  I don't believe that is still a live doctrine.

18 I know that the Court is well aware of the Supreme Court's

19 decision in the Priorities case, but I think both Justice

05:48:35   20 Kavanaugh's discussion at Footnote 3 in the majority that

21 Courts should be mindful of bedrock Article III principles

22 in assessing standing when states allege indirect costs to

23 the states from federal policy, because federal policy

24 often implicates a change in migration or the number of

05:48:57   25 people that are in their states.

1                    I think that footnote at least implies

2 that the doctrine of special solicitude is no longer a live

3 doctrine or at least is not something Courts should apply

4 to loosen the standing requirements with respect to

05:49:13  5 states --

6                    THE COURT:  So you think *Massachusetts v EPA*

7 doesn't exist anymore?

8                    MR. WARD:  It's -- Justice Gorsuch strongly

9 implied that that case is limited to that particular case.

05:49:25  10 So the concurrence noted that if special solicitude was a

11 thing still or was a doctrine that Courts could still

12 apply, that it is something that you would think would be

13 implemented or would be addressed or applied by the

14 majority in the Priorities case and they didn't do that.

05:49:40  15 So what Justice Gorsuch said is that that is a doctrine

16 that should be left up on the shelf.

17                    I note also that to the extent Texas

18 argues that there might be some loosening of the

19 redressability standard based on special solicitude even if

05:49:57  20 it applied, that that does not withdraw basic Article III

21 requirements of them to show a concrete injury traceable to

22 the challenged programs.

23                    And for all the reasons we set out

24 earlier, we don't think they have put forth any evidence of

05:50:10  25 harm, of costs, of increased in individuals from these four

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1  countries that can in any way be traced to these four

2  parole processes.  In fact, these four parole processes are

3  doing precisely the opposite and reducing the number of

4  people, and on their theory, likely reducing their costs.

05:50:28  5          THE COURT:  Just quickly on the committed

6  agency discretion, 1182(d)(5)(A) says:  The Attorney

7  General may, except as provided in certain paragraphs, in

8  his discretion parole into the United States temporarily

9  under such conditions as he may prescribe only on a

05:50:45  10  case-by-case basis, or urgent humanitarian reasons, or

11  significant public benefit any alien applying for admission

12  to the United States, but such parole of such alien -- and

13  I am emphasizing alien singular as opposed to plural --

14  shall not be regarded as an admission of the alien and --

05:51:03  15  when the purposes of the parole shall...

16              So from that language where it talks about

17  a case-by-case decision about an alien, a singular, you are

18  suggesting that that precludes -- that it is committed to

19  agency discretion to have a program that allows more --

05:51:19  20  substantially more than an individual?

21          MR. WARD:  Well, again, these processes don't

22  allow substantially more than an individual.  They

23  provide --

24          THE COURT:  Well, this is a program as opposed

05:51:30  25  to an individual decision is what I am saying.

1          MR. WARD:  But it doesn't guarantee parole to

2 individuals who fall under that process.

3          THE COURT:  No, I am not suggesting that.  That

4 is not the point I am making.  The discretionary aspect is

05:51:42  5 as to the individual decisions.  It is not as to the

6 program, the way that I just read that, is it?

7          MR. WARD:  So, again, the -- the ultimate --

8 the outcome of the parole processes is a group of

9 individual decisions with respect to parole.  That doesn't

05:51:57 10 change.

11          THE COURT:  Right.

12          MR. WARD:  And as the decisions I -- I cited

13 before say, nothing about the process leading up to those

14 decisions where the actual rights and benefits and whether

05:52:07 15 the individual will be granted parole or denied parole is

16 determined, nothing about these processes change that final

17 step in the process where the discretionary parole

18 authority is applied.

19          THE COURT:  So -- but what does that have to do

05:52:22 20 with whether or not the program itself can -- is committed

21 to agency discretion as opposed to that individual

22 decision?

23          MR. WARD:  Because, again, the Supreme Court's

24 decision in *Patel* and the Fifth Circuit's decision in

05:52:34 25 *Loa-Herrera v. Trominski* both say that the process by which

1 the parole -- by discretionary determinations are made or

2 the process leading up to that decision is not reviewable

3 if the ultimate decision is committed to agency discretion.

4                    So here we have an ultimate decision which

05:52:52   5 by the statute is committed to agency discretion, and so

6 under *Patel* and *Loa-Herrera v Trominski,* the process by

7 which it's issued is not reviewable.

8                    Again, it -- I'd point the Court to the

9 Supreme Court's decision in the Priorities case, again.

05:53:07  10 There we had statutes where the -- where Texas at least

11 alleged that the statute imposed seemingly mandatory

12 commands.  Congress had imposed commands by using language

13 such as "shall" with respect to detention and removal of

14 particular individuals.

05:53:26  15                    Here we have a much different statute.

16 Now, of course, the Supreme Court was talking about

17 standing there, and didn't need to reach committed to

18 agency's discretion, because they found no standing.  But

19 here we have a statute that, yes, it says case-by-case

05:53:37  20 determination, and urgent humanitarian reasons, or

21 significant public benefit, but here we don't have

22 mandatory language such as "shall."  We have a

23 determination that Congress elected to place in the -- in

24 the secretary's discretion to determine.  We have explicit

05:53:54  25 discretionary language within the statute.  So I think

1 that --

2                THE COURT:  Was DACA and DAPA -- were they

3 predicated on 1182(d)(5)(A)?

4                MR. WARD:  I don't believe so, Your Honor.

05:54:04   5                THE COURT:  Would that program be reviewable,

6 as opposed to the individual decisions under 1182(d)(5)(A)?

7                MR. WARD:  Would which program?

8                THE COURT:  DACA or DAPA.  I mean if those --

9 you understand, because those ultimately lead to the

05:54:17  10 consummation of a decision, right?  Would the DACA program

11 not be reviewable or DAPA?

12                MR. WARD:  So there again, I think my

13 recollection is a little bit vague on what the Court held

14 with respect to that in those couple cases, but I do

05:54:33  15 believe that they -- they evaluated the reviewability of

16 the process leading to particular legal benefits and status

17 that they said was provided by the DACA and DAPA programs.

18                     Here we have a statutory authority that

19 exists whether these parole processes exist or don't exist

05:54:54  20 or are enjoined.  We still have 1182(d)(5)(A) regardless.

21 We still have CBP officers making those discretionary

22 determinations of last-step regardless.  And we have a

23 statute that places -- whatever limits the Court might

24 think that the statute places on who qualifies for parole,

05:55:12  25 it places the conditions and the process by which those

274

1 applications are processed and considered solely within the

2 secretary's discretion.  It places no limits on how those

3 applications will be processed or submitted to the agency.

4 There is nothing in the statute that permits review of

05:55:33   5 something beyond -- of the way in which the agency requires

6 individuals to apply for parole or to seek parole.

7            THE COURT:  See, I told you I wouldn't ask any

8 questions.

9                 All right.  Is this a good break point,

05:55:46  10 then?

11            MR. WARD:  Yes, Your Honor.

12            MS. FUDIM:  Your Honor, can I just confer with

13 my colleague for one second?

14            THE COURT:  Sure.  Apparently this is not a

05:55:54  15 good break point.

16                 (Counsel confer off the record.)

17            MR. WARD:  I apologize, Your Honor.  My

18 co-counsel has once again reminded me of something I forgot

19 to mention.

05:56:20  20            THE COURT:  Everybody look at co-counsel right

21 now.  We are still here.

22            MR. WARD:  I'll be very brief.  I apologize.

23                 I just wanted to note on this distinction

24 between direct and indirect costs we were talking about a

05:56:30  25 little bit earlier --

1             THE COURT:  Yes.

2             MR. WARD:  -- that the Supreme Court's decision

3 in the *Nebraska* case, the student loan case, I think, sets

4 out what the distinction is between direct and indirect

05:56:39   5 costs.

6                   There they found that the action -- the

7 student loan forgiveness at issue in that case caused a

8 direct cost to the State.  So that was a direct harm to the

9 State, a direct cost, because the action of the federal

05:56:52  10 government was imposing a cost that would directly apply

11 to -- to the States at issue in that case.

12                   Here we're dealing with the same type of

13 indirect costs that Justice Kavanaugh discussed as being

14 cautious of holding states to their burden, when we're

05:57:11  15 talking about the type of agency action or federal action

16 which might just affect the number of people in a

17 particular state in one way or the other, the type of

18 generalized grievance against which any state could assert

19 some sort of harm, indirect harm, from the increase or

05:57:25  20 decrease in some revenue or state services, from a whole

21 swath of federal -- federal policy related to individuals

22 in the United States.

23             THE COURT:  Okay.  All right.  What time do we

24 want to start tomorrow?  Let's go off the record.

05:57:43  25                   (Discussion off record.)

1            THE COURT:  All right.  Well, everybody is

2 excused.  Don't wait on me.  Go about your business.

3            (Brief pause.)

4            THE COURT:  Back on.  Go ahead.

06:00:02 5       MS. LANGARICA:  Thank you.

6            Just before we close, I just wanted to

7 identify an inadvertent error in the cites in the opening

8 demonstratives.

9            At Slide 34, we identified an expert

06:00:14 10 declaration.  At Trial Exhibit 1, we inadvertently

11 identified that as paragraph 5.  It is actually paragraph

12 14.

13            That is all.  Thank you.

14            THE COURT:  You bet.

15 (Proceedings recessed at 6:00 p.m.)

16            COURT REPORTER'S CERTIFICATE

17

18     I, Kathleen K. Miller, certify that the foregoing is a

19 correct transcript from the record of proceedings in the

20 above-entitled matter.

21

22 DATE:  September 1, 2022 /s/    _Kathleen K. Miller_

23                         **Kathleen K. Miller, RPR, RMR, CRR**

24

25

# #

**#231** [1] - 1:21

# $

**$1.35** [1] - 233:4
**$1.80** [1] - 233:8
**$153** [1] - 136:16
**$17** [1] - 136:18
**$178,000** [1] - 237:23
**$33** [3] - 130:3, 233:10, 233:20
**$345** [1] - 115:16
**$68.74** [1] - 136:22
**$9,564** [2] - 133:19, 134:19

# '

**'21** [1] - 237:20
**'22** [1] - 100:19
**'50s** [1] - 92:2
**'60s** [1] - 92:2
**'70s** [1] - 92:2
**'80s** [1] - 92:2

# /

**/s** [1] - 276:22

# 1

**1** [7] - 1:16, 29:22, 30:25, 165:14, 215:3, 276:10, 276:22
**1,000** [2] - 241:20, 242:3
**1,401** [3] - 95:7, 228:20, 228:21
**1.3** [1] - 102:19
**1.8** [1] - 215:4
**1/2** [2] - 164:21, 165:17
**10** [2] - 120:11, 214:18
**10,000** [4] - 98:16, 130:5, 130:13, 156:10
**100** [3] - 119:14, 177:12, 177:21
**100-day** [5] - 177:6, 177:7, 177:9, 177:22, 178:1
**105** [2] - 2:21, 4:7
**106** [1] - 198:23
**11** [3] - 95:14, 119:7, 119:8
**11,781** [1] - 133:21
**110,312** [1] - 94:25
**1101(a)(15)(H)(ii)(a)** [1] - 111:2
**1101(a)15** [1] - 110:21
**1128(d)(5)** [1] - 123:16
**1151** [1] - 112:10
**1153** [1] - 112:9
**1158(a** [1] - 167:16
**1181** [1] - 112:12
**1182** [4] - 112:14, 172:7, 174:25, 267:5
**1182(a)(4** [1] - 117:19
**1182(d)** [1] - 112:14
**1182(d)(5** [8] - 91:23, 94:1, 107:20,

123:1, 123:13, 256:2, 264:11, 266:2
**1182(d)(5)** [2] - 20:14, 107:7
**1182(d)(5)(a** [16] - 92:16, 97:17, 195:7, 209:21, 211:22, 253:8, 256:4, 257:3, 263:18, 265:3, 265:5, 267:24, 270:6, 273:3, 273:6, 273:20
**1182(d)(5)(A)** [4] - 195:10, 198:11, 211:7, 267:8
**1182(d)(5)(B)** [1] - 92:25
**1183(a** [3] - 118:6, 118:14, 121:1
**1183(a)** [1] - 118:5
**1187** [1] - 116:23
**11:00** [1] - 61:22
**11:09** [2] - 62:2, 62:7
**11:32** [1] - 62:7
**11th** [2] - 39:22, 39:24
**12** [2] - 119:4, 263:17
**120** [1] - 21:15
**1201** [2] - 113:2, 113:4
**1201(c** [1] - 113:6
**1201(h** [1] - 110:1
**1202** [5] - 113:2, 113:18, 113:22, 114:23
**1221** [1] - 174:24
**1232** [1] - 174:24
**124** [1] - 4:8
**125** [4] - 63:18, 64:2, 118:16, 119:16
**1252(a)(2** [1] - 167:10
**1252(a)(2)(B)(2** [7] - 261:6, 261:12, 262:8, 262:14, 263:6, 264:20, 265:1
**1252(a)(2)(B)(i** [3] - 262:2, 262:9, 262:19
**1252(f)(1** [1] - 175:2
**1252(f)(1)** [1] - 174:22
**1253** [1] - 109:17
**12548** [1] - 2:4
**126** [1] - 63:18
**1264** [1] - 109:17
**1267** [1] - 226:24
**1268** [1] - 227:6
**1276** [1] - 109:17
**12:06** [1] - 89:21
**12:07** [2] - 90:1, 90:4
**12th** [2] - 39:21, 58:16
**13** [1] - 108:25
**13,990** [1] - 96:2
**135** [1] - 31:15
**136** [1] - 29:13
**137** [1] - 31:21
**14** [2] - 30:25, 276:12
**14,000** [9] - 130:10, 130:13, 135:2, 145:5, 147:13, 156:1, 157:19, 157:21, 158:8
**140** [1] - 29:3
**1401** [1] - 220:11
**141** [3] - 21:12, 21:13, 23:13
**142** [2] - 203:23, 261:22
**15** [2] - 96:2, 121:18
**153** [1] - 136:16
**15th** [1] - 150:19

**16** [2] - 96:5, 102:4
**1614** [1] - 261:23
**1622** [1] - 261:24
**17** [1] - 136:18
**17,806** [1] - 96:6
**176** [2] - 100:20, 215:3
**18** [3] - 74:4, 96:6, 96:7
**18,000** [2] - 100:21, 215:6
**19** [1] - 120:3
**190** [3] - 123:2, 123:13, 123:14
**192** [1] - 4:10
**1952** [1] - 20:13
**1976** [1] - 160:21
**1980** [2] - 92:24, 98:3
**1986** [1] - 93:2
**1996** [5] - 20:20, 93:21, 198:12, 263:20, 266:13
**1997** [1] - 198:22
**1:30** [1] - 90:2
**1:37** [1] - 90:4
**1st** [1] - 136:12

# 2

**2** [5] - 1:16, 16:21, 95:4, 130:7, 136:15
**2,000** [1] - 219:13
**2,356** [4] - 95:11, 220:9, 228:6, 228:20
**2,664** [3] - 96:5, 133:12, 133:14
**20** [1] - 184:21
**200** [1] - 242:1
**2000** [3] - 199:5, 263:21, 265:4
**20003** [1] - 1:22
**20044** [1] - 2:11
**2008** [3] - 157:16, 158:16, 181:23
**2012** [1] - 129:2
**2014** [3] - 41:12, 42:10, 63:15
**2015** [5] - 126:9, 141:22, 152:8, 166:6, 199:18
**2018** [3] - 47:9, 82:11, 145:9
**2019** [1] - 137:1
**202,000** [1] - 214:16
**202-616-9121** [1] - 2:11
**202-964-3721** [1] - 1:22
**2020** [1] - 136:12
**2021** [13] - 22:4, 42:17, 92:18, 105:24, 126:10, 136:7, 136:12, 161:15, 163:11, 171:25, 214:2, 214:6, 237:21
**2022** [13] - 16:12, 16:25, 17:18, 164:23, 170:22, 214:3, 214:6, 215:2, 237:21, 237:22, 237:23, 261:23, 276:22
**2023** [4] - 1:6, 70:2, 237:22, 237:23
**2025** [1] - 86:8
**21** [4] - 118:21, 118:24, 184:21, 184:22
**22** [3] - 110:22, 114:19
**222** [1] - 27:4
**22nd** [3] - 16:11, 16:25, 17:18
**231** [1] - 199:6
**235.1(f)(1** [1] - 110:9
**24** [1] - 1:6

**245** [2] - 219:19, 228:5
**247** [1] - 262:5
**25** [1] - 119:18
**252** [1] - 199:19
**2548** [1] - 203:23
**2600** [2] - 145:6, 147:3
**27,000** [1] - 165:6
**27280** [1] - 2:16
**29** [1] - 219:14
**29,935** [1] - 95:19
**29th** [1] - 94:4

---

### 3

**3** [3] - 95:4, 254:20, 268:20
**3,000** [2] - 215:4
**3,024** [1] - 100:21
**30** [8] - 115:23, 116:1, 116:4, 116:23, 116:25, 123:3, 124:1, 215:7
**30,000** [9] - 77:7, 77:11, 90:24, 154:4, 156:22, 156:23, 165:7, 165:18, 237:24
**30,930** [1] - 95:19
**30th** [3] - 136:7, 136:12, 164:23
**31** [1] - 124:1
**323-316-0944** [1] - 2:17
**325** [1] - 115:16
**331** [1] - 219:21
**333** [2] - 219:21, 228:8
**34** [1] - 276:9
**34-year-old** [1] - 68:22
**37** [1] - 4:3
**38** [2] - 121:15, 121:16
**38,396** [1] - 95:25
**385** [1] - 3:3
**39,046** [1] - 95:24
**39,699** [1] - 95:18
**3:00** [1] - 40:2
**3rd** [1] - 51:6

---

### 4

**4** [13] - 94:24, 127:3, 127:4, 127:12, 128:9, 191:25, 214:18, 219:14, 219:24, 228:5, 232:24, 233:5
**41** [17] - 6:9, 6:14, 6:18, 9:9, 9:11, 9:17, 16:6, 95:12, 95:13, 102:4, 105:7, 130:8, 130:9, 133:10, 145:4, 164:22, 220:12
**41.103** [1] - 114:19
**42** [2] - 100:25, 193:7
**42.67** [1] - 114:19
**433** [1] - 136:25
**44,360** [1] - 95:24
**440,000** [2] - 214:3, 214:8
**45** [1] - 233:3
**4:00** [1] - 192:17
**4:17** [1] - 192:17
**4th** [1] - 51:8

---

### 5

**5** [7] - 102:4, 116:6, 136:4, 215:5, 246:10, 260:7, 276:11
**5,000** [1] - 156:12
**50** [1] - 120:10
**50,000** [1] - 105:3
**50,345** [1] - 94:25
**512-936-1682** [1] - 2:5
**5121** [1] - 2:21
**515** [1] - 3:7
**530-207-9898** [1] - 2:22
**531** [1] - 181:24
**55,000** [1] - 163:23
**558** [1] - 262:5
**58,397** [1] - 95:17
**5:30** [2] - 40:1, 251:13

---

### 6

**6** [6] - 116:8, 128:8, 165:14, 219:14, 219:24, 228:5
**60,422** [1] - 95:16
**611** [1] - 1:21
**619-518-5357** [1] - 3:4
**62** [1] - 4:3
**626** [1] - 214:9
**63,214** [1] - 95:22
**64,285** [1] - 95:21
**66** [2] - 8:21, 11:4
**667** [1] - 198:23
**67** [4] - 8:21, 11:4, 88:25, 108:21
**68** [3] - 8:21, 11:5, 112:15
**68,000** [1] - 163:22
**6:00** [1] - 276:15
**6:23-cv-00007** [1] - 5:7
**6:23-cv-007** [1] - 1:3

---

### 7

**7** [4] - 116:12, 127:3, 130:18, 237:21
**7,000** [1] - 136:14
**70** [1] - 20:9
**701(a)** [1] - 260:7
**705** [1] - 177:16
**71,633** [1] - 95:15
**713-250-5087** [1] - 3:8
**77002** [1] - 3:8
**78** [1] - 4:4
**78,838** [1] - 95:21
**78239** [1] - 2:22
**783** [1] - 199:19
**78711-2548** [1] - 2:4
**7th** [1] - 58:19

---

### 8

**8** [14] - 20:14, 92:16, 110:1, 110:9, 110:21, 112:8, 116:13, 116:22, 117:19, 121:1, 121:17, 167:10,

---

232:24, 263:18
**8004** [1] - 3:7
**81** [1] - 4:4
**823** [2] - 95:2, 219:22
**83** [1] - 119:8
**84** [1] - 119:6
**86** [1] - 242:1
**868** [1] - 2:10
**87** [1] - 4:5
**88** [2] - 109:16, 226:24
**896** [1] - 181:24
**897** [1] - 266:14

---

### 9

**9** [4] - 63:19, 64:3, 121:25, 237:22
**90** [1] - 4:7
**900** [2] - 193:18, 193:21
**90027** [1] - 2:17
**90095** [1] - 3:4
**93** [1] - 266:14
**933** [1] - 136:25
**955** [1] - 220:13
**96.6** [1] - 95:17
**96.7** [1] - 95:20
**97** [3] - 164:21, 165:17
**97.5** [1] - 164:24
**98** [1] - 18:3
**98.3** [2] - 95:22, 95:25
**987** [2] - 100:21, 215:5
**990** [1] - 263:17
**991** [1] - 199:7
**9:45** [1] - 1:5

---

### A

**A** [6] - 116:9, 116:16, 121:2, 149:21
**a** [856] - 5:4, 6:6, 6:11, 7:21, 8:5, 10:3, 10:15, 10:19, 10:25, 11:7, 11:9, 11:24, 12:4, 12:23, 13:8, 13:11, 13:16, 13:19, 13:21, 14:1, 14:3, 14:14, 14:17, 15:16, 16:1, 16:7, 16:24, 19:8, 20:11, 20:24, 21:5, 21:10, 21:16, 21:20, 22:11, 23:2, 23:5, 23:8, 23:17, 23:18, 23:24, 24:6, 25:7, 25:11, 25:25, 26:16, 27:9, 29:5, 29:15, 30:3, 31:15, 32:4, 32:24, 32:25, 33:2, 33:7, 33:8, 33:10, 33:20, 33:22, 34:3, 34:6, 34:7, 34:16, 34:23, 35:5, 35:15, 35:18, 36:2, 36:18, 37:12, 37:16, 38:2, 38:6, 38:18, 38:19, 38:24, 39:3, 39:25, 40:2, 40:19, 40:22, 40:24, 40:25, 41:3, 41:13, 41:16, 41:19, 43:2, 43:3, 43:4, 43:5, 43:10, 43:19, 44:2, 44:10, 44:21, 44:22, 45:15, 45:16, 46:3, 46:7, 46:17, 46:20, 47:3, 47:7, 48:5, 48:23, 49:2, 49:9, 49:11, 49:21, 50:24, 51:9, 51:16, 51:20, 52:7, 53:17, 54:8, 54:24, 55:4, 55:10, 55:24, 56:6, 57:3, 57:6, 57:14, 57:21, 57:24, 58:1, 58:4, 58:8, 58:17, 58:19, 59:2, 59:5,

59:8, 59:9, 59:12, 59:13, 60:16, 61:14,
61:15, 61:17, 61:23, 61:25, 62:1, 62:4,
62:24, 63:3, 63:4, 63:9, 64:1, 64:4,
67:10, 67:16, 67:17, 67:22, 68:11,
68:19, 68:22, 69:6, 70:21, 70:22, 71:2,
71:20, 72:3, 72:13, 73:7, 73:11, 73:13,
73:16, 73:20, 74:2, 74:11, 75:1, 75:11,
76:5, 76:8, 77:11, 77:24, 78:2, 79:3,
79:7, 79:11, 79:17, 79:21, 80:6, 80:7,
80:15, 81:5, 81:16, 82:2, 82:4, 83:2,
83:5, 83:8, 83:12, 83:16, 83:23, 84:3,
84:15, 84:16, 85:11, 88:24, 89:20,
90:21, 91:3, 92:3, 92:16, 92:23, 93:3,
93:6, 93:11, 93:16, 94:10, 94:11,
94:22, 95:2, 95:11, 95:12, 95:17,
95:20, 95:22, 95:25, 96:6, 96:13,
96:18, 97:10, 98:3, 98:5, 98:13, 98:20,
98:25, 99:10, 99:21, 99:22, 100:14,
101:3, 101:19, 102:6, 102:11, 102:21,
103:4, 103:5, 103:6, 103:18, 103:20,
103:21, 104:1, 104:8, 105:17, 105:23,
106:13, 106:14, 106:22, 106:25,
107:18, 107:21, 107:24, 108:5,
108:19, 108:22, 109:1, 109:13,
109:14, 109:20, 109:23, 109:24,
110:3, 110:10, 110:15, 110:17, 111:6,
111:12, 111:15, 111:17, 111:19,
111:22, 112:13, 112:20, 113:3, 113:4,
113:5, 113:12, 113:13, 113:14,
113:23, 113:25, 114:2, 115:7, 115:9,
115:16, 115:21, 116:1, 116:3, 116:9,
116:13, 116:15, 116:20, 116:24,
117:2, 117:4, 117:5, 117:6, 117:13,
117:15, 117:20, 117:22, 118:6,
118:23, 119:8, 119:24, 120:4, 120:5,
120:11, 120:12, 120:13, 120:24,
121:12, 122:4, 122:10, 123:8, 124:1,
125:10, 125:12, 126:1, 126:3, 126:5,
126:16, 126:20, 126:24, 127:6, 127:8,
127:9, 127:17, 127:19, 127:23, 128:6,
128:11, 129:1, 129:16, 129:18, 130:2,
130:5, 130:7, 130:24, 130:25, 131:1,
131:5, 131:14, 131:15, 131:20,
132:13, 133:22, 134:13, 134:14,
135:6, 135:18, 135:24, 136:2, 136:5,
136:8, 136:14, 136:18, 136:20, 137:1,
137:2, 137:8, 137:9, 137:18, 138:2,
138:7, 138:14, 138:15, 138:16,
138:20, 139:22, 140:3, 140:4, 140:5,
140:23, 141:2, 141:5, 141:12, 141:13,
141:17, 142:9, 144:8, 144:19, 144:20,
145:14, 145:20, 145:23, 146:15,
146:16, 146:25, 147:9, 148:17,
149:14, 150:12, 151:3, 151:4, 151:9,
151:21, 151:22, 153:13, 153:18,
153:21, 154:2, 154:4, 154:12, 154:15,
154:20, 155:13, 155:15, 156:9,
156:17, 156:22, 157:14, 157:15,
158:8, 158:13, 158:20, 159:16, 160:3,
160:20, 160:23, 160:24, 161:1, 161:5,
161:12, 161:16, 161:18, 161:22,

162:20, 162:25, 163:15, 163:21,
164:8, 164:14, 164:17, 165:6, 165:7,
165:10, 165:18, 166:1, 166:7, 166:12,
166:16, 166:24, 167:1, 167:6, 167:22,
167:24, 167:25, 168:19, 168:20,
169:9, 169:14, 169:22, 170:4, 170:8,
170:9, 170:10, 170:12, 170:13,
170:14, 171:20, 172:2, 172:8, 172:16,
172:20, 173:9, 173:10, 173:16,
174:19, 174:22, 176:16, 176:25,
177:4, 177:7, 177:9, 177:10, 177:14,
177:15, 177:24, 177:25, 178:1, 178:3,
178:4, 178:8, 178:9, 178:24, 179:12,
179:14, 179:15, 180:9, 180:10,
180:16, 180:20, 181:16, 181:25,
182:12, 182:16, 182:21, 183:7,
183:11, 184:3, 184:18, 185:2, 186:21,
187:4, 187:10, 187:14, 187:19,
187:21, 188:7, 188:25, 189:4, 189:6,
189:15, 189:19, 190:8, 190:18, 191:6,
191:22, 191:24, 192:2, 192:10,
192:12, 192:15, 193:1, 193:4, 193:5,
194:2, 194:17, 195:3, 195:16, 197:19,
198:3, 198:5, 198:11, 198:20, 199:1,
199:13, 199:16, 199:25, 200:1,
200:10, 200:13, 201:2, 201:21,
202:14, 203:18, 203:25, 204:5,
204:11, 204:15, 204:25, 205:1,
205:10, 205:23, 206:9, 206:15,
206:21, 207:1, 207:5, 207:9, 207:14,
207:19, 207:24, 208:4, 208:22, 209:2,
209:10, 209:13, 209:15, 209:17,
209:20, 209:24, 209:25, 210:8, 210:9,
210:10, 210:11, 210:20, 210:23,
210:25, 211:1, 211:2, 211:9, 211:11,
211:12, 211:15, 212:10, 212:18,
213:2, 213:9, 214:5, 214:8, 215:8,
215:12, 215:14, 215:19, 216:2, 216:9,
216:15, 216:16, 217:14, 217:15,
217:25, 218:16, 218:17, 218:20,
219:3, 219:4, 219:6, 219:7, 220:1,
220:11, 220:12, 220:14, 220:18,
220:21, 221:4, 221:14, 221:17, 222:9,
222:10, 222:11, 222:12, 222:19,
223:5, 223:9, 223:20, 224:5, 224:10,
225:11, 225:16, 225:18, 226:5,
226:11, 226:16, 226:19, 227:12,
227:16, 228:3, 228:5, 228:24, 229:25,
230:11, 231:8, 231:14, 231:15, 233:6,
233:9, 234:5, 234:7, 234:8, 234:10,
234:17, 235:12, 235:15, 235:16,
236:5, 236:8, 236:10, 236:12, 236:19,
237:8, 237:11, 237:18, 238:6, 238:7,
238:9, 238:16, 239:8, 240:8, 240:13,
240:19, 241:5, 241:7, 242:2, 242:4,
242:17, 242:20, 242:22, 243:8,
243:24, 244:12, 244:16, 244:17,
244:19, 245:9, 245:10, 246:4, 246:10,
246:14, 247:7, 247:10, 247:13, 248:3,
248:10, 248:12, 248:13, 248:22,
249:4, 249:13, 250:11, 250:12, 251:3,

251:15, 251:19, 251:25, 252:13,
253:7, 253:14, 253:15, 253:20,
253:23, 253:25, 254:8, 254:10,
254:20, 255:12, 256:6, 256:14,
256:17, 257:1, 257:3, 257:17, 258:6,
258:7, 258:17, 258:21, 259:2, 259:6,
259:7, 259:18, 259:25, 260:5, 260:15,
260:25, 261:23, 262:4, 262:10,
262:15, 263:24, 264:2, 264:10,
264:13, 265:6, 265:8, 265:11, 265:23,
266:3, 266:7, 266:10, 266:13, 266:14,
266:18, 267:15, 267:16, 267:21,
267:24, 268:5, 268:8, 268:13, 268:17,
268:24, 269:2, 269:10, 269:11,
269:15, 269:21, 270:9, 270:17,
270:19, 270:24, 271:8, 272:15,
272:19, 272:22, 273:10, 273:13,
273:18, 273:22, 274:9, 274:14,
274:24, 275:7, 275:8, 275:9, 275:10,
275:16, 275:20, 276:18

**a)(1)(A** [1] - 118:15

**A-Number** [3] - 116:9, 116:16

**a.m** [2] - 1:5, 40:1

**abandoning** [1] - 111:7

**abdication** [1] - 199:1

**Abel** [1] - 33:9

**abide** [1] - 6:4

**ability** [34] - 85:4, 91:19, 95:9, 100:3,
119:12, 121:13, 135:22, 194:7, 196:2,
196:4, 197:9, 197:20, 211:8, 212:4,
214:23, 215:13, 215:20, 216:6, 216:7,
216:23, 217:15, 218:21, 224:13,
226:14, 227:12, 227:15, 232:2, 243:7,
244:1, 245:9, 248:15, 249:16, 249:22,
251:22

**able** [77] - 7:25, 12:14, 16:18, 33:12,
33:21, 33:24, 33:25, 41:4, 41:20,
41:23, 42:19, 45:4, 45:8, 45:14, 45:18,
45:19, 46:10, 46:12, 46:17, 46:19,
48:6, 48:8, 52:11, 54:4, 56:17, 56:20,
56:23, 57:4, 58:10, 60:2, 60:3, 60:14,
60:17, 60:20, 65:8, 67:25, 68:19, 70:6,
73:22, 73:24, 75:14, 80:16, 84:19,
88:14, 94:1, 98:15, 100:20, 101:2,
101:22, 102:15, 133:7, 162:2, 176:12,
176:25, 181:12, 184:10, 197:14,
197:20, 215:3, 217:15, 217:20,
226:15, 234:9, 242:18, 246:4, 246:22,
249:25, 253:11, 255:23, 258:23,
259:1, 260:5, 260:23, 265:23, 267:18

**about** [177] - 6:1, 9:10, 9:16, 13:23,
15:25, 17:18, 19:6, 19:23, 20:4, 20:7,
23:22, 23:23, 30:3, 30:21, 32:14, 34:8,
37:12, 39:5, 40:18, 40:22, 42:4, 44:24,
46:10, 51:1, 51:3, 52:24, 54:17, 56:8,
58:18, 62:19, 62:20, 63:7, 63:22,
64:21, 65:6, 65:9, 65:24, 67:20, 71:3,
73:13, 78:16, 82:10, 82:25, 83:6, 84:1,
84:22, 85:6, 85:7, 85:9, 85:24, 87:2,
87:6, 87:20, 88:10, 88:13, 98:7, 98:12,

98:25, 99:15, 99:16, 100:16, 103:11,
103:19, 105:14, 107:15, 108:19,
109:3, 109:20, 111:1, 112:14, 114:14,
114:17, 115:21, 124:2, 124:4, 124:9,
128:18, 129:2, 130:6, 130:7, 130:19,
131:16, 133:23, 134:24, 134:25,
135:25, 136:5, 136:22, 140:23,
140:25, 141:7, 143:8, 143:20, 144:12,
144:25, 145:16, 148:12, 148:13,
154:13, 157:2, 157:8, 157:25, 158:16,
159:11, 160:12, 161:13, 166:10,
166:11, 166:12, 168:10, 168:23,
169:22, 170:2, 171:6, 172:23, 178:5,
178:8, 178:12, 179:11, 179:22,
179:23, 182:15, 182:18, 184:13,
184:15, 186:2, 186:6, 186:8, 187:20,
188:20, 194:5, 196:22, 200:19,
201:14, 204:7, 206:17, 208:11,
209:17, 209:18, 209:19, 209:24,
215:4, 215:7, 218:11, 218:12, 222:15,
225:19, 233:8, 234:8, 240:1, 240:3,
240:7, 243:25, 246:19, 248:11,
256:18, 256:22, 257:10, 257:19,
258:9, 258:18, 259:1, 259:9, 260:1,
260:24, 261:24, 265:1, 267:4, 270:16,
270:17, 271:13, 271:16, 272:16,
274:24, 275:15, 276:2
**above** [2] - 130:13, 276:20
**above-entitled** [1] - 276:20
**abroad** [2] - 24:18, 41:22
**absence** [1] - 213:19
**absent** [1] - 66:3
**absolutely** [3] - 140:22, 216:3
**absurd** [1] - 163:22
**abundantly** [2] - 107:8, 107:23
**abuse** [3] - 92:11, 171:11, 251:12
**accept** [10] - 15:1, 23:6, 194:11, 194:13,
215:9, 217:19, 219:5, 250:3, 250:10,
250:21
**accepted** [2] - 51:24, 247:2
**accepting** [2] - 227:8, 250:18
**access** [5] - 16:19, 34:13, 34:19,
103:17, 193:8
**accomplished** [1] - 106:11
**according** [1] - 31:8
**account** [3] - 48:16, 48:17, 237:25
**accounting** [2] - 225:21, 234:3
**accrue** [1] - 253:7
**accuracy** [2] - 11:1, 12:5
**accurate** [2] - 7:3, 10:24
**accurately** [1] - 251:22
**acknowledge** [1] - 266:6
**acknowledged** [1] - 21:24
**acquisition** [1] - 50:5
**across** [9] - 19:11, 31:21, 35:6, 82:5,
82:17, 83:3, 103:22, 168:13, 226:18
**Act** [8] - 20:21, 35:14, 91:7, 92:24, 97:2,
128:5, 172:8, 268:12
**act** [3] - 96:21, 142:24, 174:9
**acted** [2] - 91:24, 150:19

**acting** [2] - 141:2, 176:9
**Action** [2] - 2:16, 5:6
**action** [59] - 120:19, 125:11, 125:16,
125:19, 126:2, 129:1, 143:8, 146:4,
148:16, 148:23, 162:19, 162:23,
163:3, 164:5, 164:7, 164:12, 164:15,
165:21, 165:23, 166:10, 166:11,
166:19, 166:25, 167:8, 167:11, 170:6,
170:7, 171:20, 171:21, 173:15, 174:4,
174:8, 174:14, 174:15, 175:18, 176:3,
176:5, 176:6, 177:4, 180:4, 180:9,
180:14, 180:17, 181:11, 195:4,
204:22, 207:6, 251:9, 252:4, 252:16,
252:24, 260:9, 261:9, 261:15, 275:6,
275:9, 275:15
**actions** [9] - 15:14, 94:6, 99:24, 121:19,
121:23, 163:7, 172:3, 174:23
**activism** [1] - 34:25
**activities** [3] - 57:17, 63:13, 110:23
**activity** [1] - 82:18
**actors** [1] - 157:7
**acts** [3] - 114:15, 174:8, 180:9
**actual** [13] - 100:2, 159:10, 163:6,
187:16, 222:3, 224:9, 225:15, 229:8,
231:21, 232:22, 233:2, 271:14
**actualized** [3] - 158:15, 159:7, 160:10
**actually** [40] - 8:19, 28:16, 29:15, 29:16,
31:13, 39:3, 47:6, 48:23, 51:6, 51:23,
52:2, 81:4, 82:5, 82:12, 99:8, 100:12,
101:1, 103:13, 109:25, 111:12,
112:16, 114:25, 116:6, 133:20, 136:1,
136:4, 158:1, 162:7, 173:4, 173:8,
218:23, 222:6, 224:7, 230:11, 232:19,
233:21, 245:8, 265:24, 276:11
**Adam** [2] - 43:16, 83:14
**add** [4] - 31:3, 72:18, 106:17, 254:2
**added** [4] - 9:9, 21:7, 92:25, 93:20
**adding** [1] - 9:4
**addition** [4] - 25:2, 25:8, 123:17, 238:4
**additional** [31] - 9:5, 15:5, 25:19, 25:20,
33:4, 86:20, 89:12, 95:13, 102:12,
114:8, 114:13, 118:3, 130:5, 130:13,
130:14, 146:15, 175:24, 219:20,
219:22, 228:7, 232:10, 232:20,
235:10, 237:10, 242:11, 244:22,
244:24, 246:6, 261:11
**additionally** [5] - 23:1, 28:12, 31:11,
113:22, 114:23
**address** [14] - 36:2, 96:3, 96:6, 98:5,
147:24, 148:3, 150:15, 183:14, 186:3,
196:7, 198:20, 201:12, 251:8, 268:15
**addressed** [18] - 92:6, 92:7, 92:8, 99:22,
147:24, 150:1, 150:8, 151:12, 154:12,
162:13, 165:2, 167:20, 178:19, 183:3,
187:20, 188:5, 202:2, 269:13
**addressing** [6] - 36:1, 203:1, 203:2,
267:10, 267:11
**adequate** [1] - 189:14
**adjudicate** [2] - 142:4, 142:17
**adjudicated** [6] - 95:16, 95:19, 95:22,

95:25, 164:24
**adjudicating** [3] - 94:21, 98:13, 142:8
**adjudications** [1] - 166:3
**adjust** [1] - 103:25
**administration** [1] - 113:20
**administration's** [3] - 90:23, 149:17,
149:21
**administrations** [2] - 19:11, 21:15
**Administrative** [1] - 35:13
**administrative** [5] - 16:16, 18:2, 122:7,
167:7, 195:16
**admissible** [1] - 110:8
**admission** [7] - 93:14, 98:2, 110:10,
112:13, 255:10, 270:11, 270:14
**admissions** [1] - 72:8
**admit** [1] - 211:24
**admits** [1] - 108:9
**admittance** [1] - 110:6
**admitted** [6] - 6:19, 16:5, 35:19, 110:4,
175:23, 235:22
**admonishment** [1] - 69:3
**admonition** [1] - 70:4
**adopt** [1] - 160:25
**adopted** [4] - 107:7, 107:25, 114:12,
250:11
**advance** [6] - 25:22, 52:10, 109:8,
246:2, 248:5, 253:25
**advanced** [2] - 24:4, 248:7
**advantage** [2] - 158:24, 249:9
**advice** [1] - 45:6
**advocate** [2] - 34:24, 205:11
**affect** [2] - 255:19, 275:16
**affected** [3] - 18:21, 163:16, 163:21
**affecting** [1] - 168:13
**affects** [2] - 125:19, 166:17
**affidavit** [9] - 98:21, 118:7, 118:14,
118:18, 119:21, 120:24, 121:2,
121:10, 244:5
**affidavits** [3] - 63:17, 118:5, 229:17
**affirmative** [12] - 99:11, 141:12, 142:2,
142:13, 142:16, 144:8, 144:10,
144:12, 144:16, 144:18, 166:2, 170:2
**affirmatively** [5] - 66:10, 78:17, 142:7,
143:21, 144:20
**affirmed** [1] - 149:7
**Affordable** [1] - 268:12
**Afghanistan** [1] - 22:4
**after** [33] - 14:23, 14:24, 16:1, 21:25,
22:8, 25:15, 25:17, 29:18, 40:13, 42:2,
47:20, 57:12, 58:20, 95:6, 100:3,
109:18, 127:25, 128:15, 128:20,
137:8, 148:16, 149:7, 158:9, 158:11,
160:7, 170:16, 190:12, 191:12,
193:17, 241:11, 243:3, 244:8
**afternoon** [5] - 78:24, 78:25, 105:12,
192:24, 194:5
**afterwards** [3] - 15:8, 141:8, 236:8
**again** [89] - 16:21, 21:22, 22:9, 25:15,
26:15, 28:4, 28:20, 31:6, 32:2, 32:15,
44:3, 44:8, 47:20, 119:16, 120:4,

123:13, 126:21, 127:12, 133:10,
134:23, 134:25, 137:3, 145:4, 163:10,
165:25, 167:5, 167:19, 171:25,
173:10, 187:13, 197:8, 199:5, 200:22,
201:11, 203:8, 203:16, 207:13, 208:9,
209:16, 210:10, 210:21, 216:5, 217:6,
219:15, 219:23, 221:19, 222:12,
222:14, 223:1, 223:18, 224:10,
227:22, 229:6, 229:22, 231:4, 232:16,
233:5, 233:22, 234:23, 235:3, 237:6,
237:8, 237:14, 239:1, 239:24, 240:5,
244:18, 244:19, 246:11, 246:15,
247:5, 247:7, 248:15, 253:16, 254:18,
255:3, 261:18, 263:10, 263:13,
263:15, 264:20, 270:21, 271:7,
271:23, 272:8, 272:9, 273:12, 274:18
**against** [13] - 121:3, 122:14, 131:23,
135:22, 141:2, 144:19, 168:9, 169:6,
170:4, 175:18, 176:13, 249:17, 275:18
**age** [6] - 9:25, 96:6, 96:7, 117:25,
133:12, 133:14
**aged** [2] - 145:6, 147:3
**agencies** [4] - 106:15, 106:19, 123:5,
128:6
**agency** [97] - 99:8, 100:15, 106:1,
106:7, 106:13, 106:17, 122:25, 146:4,
148:15, 162:19, 163:3, 163:7, 163:15,
164:4, 164:7, 164:15, 164:17, 165:19,
165:21, 165:23, 166:10, 166:11,
166:19, 166:22, 166:24, 166:25,
167:1, 168:4, 168:20, 169:9, 169:11,
170:6, 170:20, 171:11, 171:13,
171:21, 173:15, 174:3, 174:11,
174:14, 175:10, 175:17, 176:3, 176:5,
176:6, 177:4, 180:3, 180:14, 180:23,
181:7, 181:11, 181:20, 182:1, 195:4,
196:3, 197:7, 197:8, 212:16, 212:23,
216:12, 216:21, 236:1, 249:4, 251:9,
252:4, 252:5, 252:16, 252:24, 255:25,
258:20, 259:15, 260:3, 260:9, 261:9,
262:16, 262:17, 262:24, 263:3, 263:4,
263:12, 264:1, 264:6, 265:2, 265:15,
270:6, 270:19, 271:21, 272:3, 272:5,
274:3, 274:5, 275:15
**agency's** [13] - 162:24, 164:1, 195:5,
216:23, 253:3, 254:25, 255:2, 256:11,
257:5, 259:20, 262:25, 265:7, 272:18
**agent** [2] - 104:8, 104:10
**agents** [2] - 99:10, 104:6
**aggregate** [2] - 97:18
**ago** [9] - 10:22, 43:19, 44:21, 46:8,
65:12, 65:17, 65:20, 67:10, 154:13
**agree** [8] - 14:7, 31:22, 121:8, 153:11,
182:8, 187:7, 223:11, 264:2
**agreed** [7] - 49:24, 49:25, 50:1, 50:2,
50:4, 219:4, 250:21
**agreeing** [3] - 25:2, 238:12, 250:2
**agreement** [2] - 153:10, 194:10, 243:18
**agrees** [4] - 197:23, 216:25, 217:1,
238:10

**agricultural** [2] - 111:8, 111:10
**agriculture** [1] - 111:4
**ahead** [14] - 53:3, 53:23, 66:24, 69:17,
69:24, 78:14, 81:20, 87:12, 105:11,
190:9, 252:9, 252:15, 256:1, 276:4
**aimed** [1] - 172:11
**Airbnb** [1] - 63:11
**airplane** [1] - 54:3
**airport** [5] - 40:2, 53:11, 54:4, 98:24,
221:8
**Airport** [2] - 40:4, 40:11
**akin** [1] - 206:14
**AL** [3] - 1:3, 1:6, 1:9
**al** [2] - 5:7, 5:8
**Alabama** [1] - 105:24
**Alexander** [1] - 123:5
**Alien** [2] - 128:7, 136:3
**alien** [54] - 98:13, 98:22, 104:9, 104:11,
108:24, 109:2, 109:5, 109:6, 109:18,
109:21, 109:24, 110:3, 110:4, 110:5,
110:8, 110:10, 110:12, 110:13, 111:5,
111:16, 111:21, 111:24, 112:19,
113:23, 115:7, 116:3, 116:7, 116:8,
117:20, 121:4, 127:8, 127:9, 130:20,
132:9, 133:23, 134:2, 134:6, 134:10,
134:12, 136:14, 136:20, 140:13,
140:14, 142:12, 146:17, 163:21,
168:5, 270:11, 270:12, 270:13,
270:14, 270:17
**aliens** [68] - 90:24, 90:25, 92:15, 93:7,
93:13, 93:19, 94:9, 94:16, 95:7, 97:4,
102:10, 103:21, 104:2, 107:15,
107:17, 108:7, 109:12, 111:3, 112:12,
113:4, 113:13, 114:14, 114:21, 115:2,
116:11, 117:4, 117:11, 117:15,
117:22, 125:24, 126:6, 126:11,
127:15, 129:20, 130:11, 131:14,
131:16, 132:7, 132:8, 132:11, 132:15,
132:18, 132:22, 134:14, 134:24,
135:2, 135:16, 135:22, 139:20,
142:25, 146:5, 146:13, 151:19, 152:1,
153:10, 153:12, 154:1, 154:3, 155:8,
155:11, 155:13, 156:4, 161:17,
161:19, 168:2, 169:21, 170:12, 172:15
**Alight** [1] - 31:16
**alive** [1] - 205:12
**all** [153] - 5:2, 5:3, 5:21, 6:13, 6:18, 7:20,
8:7, 8:10, 8:16, 10:20, 12:18, 13:9,
14:5, 17:4, 18:4, 18:15, 27:2, 35:18,
36:4, 36:10, 36:14, 36:18, 42:22,
43:16, 47:17, 48:6, 48:8, 49:1, 49:17,
49:20, 51:8, 52:6, 52:21, 54:7, 57:7,
61:21, 62:8, 67:11, 68:4, 68:10, 69:5,
74:18, 79:22, 81:17, 81:20, 82:17,
82:18, 82:22, 83:7, 84:5, 84:15, 84:21,
87:12, 88:7, 88:12, 89:5, 89:18, 89:23,
90:3, 90:5, 90:12, 91:16, 97:8, 100:7,
101:8, 102:8, 102:17, 102:23, 103:14,
105:6, 107:16, 108:3, 108:13, 109:2,
112:5, 112:7, 116:18, 117:8, 121:12,

123:17, 124:5, 126:23, 128:12,
131:19, 133:6, 143:12, 151:18,
156:17, 157:19, 175:10, 176:1,
176:18, 178:11, 178:13, 181:16,
183:25, 184:8, 184:25, 185:2, 186:4,
188:9, 189:2, 190:3, 190:15, 190:23,
191:9, 191:19, 191:24, 192:14,
192:16, 192:18, 192:19, 192:23,
195:20, 200:8, 201:8, 202:9, 204:23,
206:8, 207:23, 210:11, 214:12,
214:13, 220:4, 220:7, 220:18, 222:2,
224:18, 225:10, 227:19, 227:20,
228:21, 229:16, 229:17, 230:17,
238:10, 239:9, 239:17, 239:20,
239:22, 240:9, 244:8, 250:24, 252:6,
253:19, 258:1, 268:4, 269:23, 274:9,
275:23, 276:1, 276:13
**allegation** [3] - 199:2, 213:15, 236:24
**allegations** [1] - 236:23
**allege** [2] - 247:16, 268:22
**alleged** [5] - 15:16, 137:11, 161:23,
266:22, 272:11
**alleging** [1] - 156:24
**Allies** [1] - 22:2
**allow** [13] - 5:25, 24:2, 81:12, 109:21,
134:10, 141:10, 206:25, 212:10,
215:10, 216:21, 245:20, 248:4, 270:22
**allowed** [12] - 78:9, 86:7, 95:1, 97:5,
103:25, 110:24, 120:3, 129:15, 141:9,
153:23, 217:2, 250:12
**allowing** [2] - 194:15, 197:4
**allows** [8] - 77:7, 90:24, 107:4, 226:20,
228:9, 228:10, 238:14, 270:19
**almost** [7] - 10:4, 113:18, 115:11,
130:10, 135:2, 136:14, 145:5
**alone** [3] - 34:4, 142:5, 145:24
**along** [2] - 7:20, 43:21
**already** [31] - 11:10, 13:10, 35:19, 36:5,
36:8, 56:5, 59:19, 64:19, 70:25, 71:3,
71:25, 74:2, 97:13, 97:24, 102:8,
107:9, 107:22, 130:12, 135:3, 146:6,
155:24, 156:1, 157:3, 159:23, 160:22,
161:4, 167:20, 175:23, 183:6, 191:7,
242:8
**also** [95] - 5:19, 8:5, 10:20, 14:12, 21:5,
22:2, 22:5, 22:11, 22:23, 23:8, 23:11,
28:2, 28:7, 31:3, 33:13, 36:8, 40:7,
41:25, 43:7, 44:15, 44:17, 47:17,
47:19, 48:15, 48:17, 48:20, 48:21,
50:4, 52:24, 53:19, 56:3, 57:24, 58:7,
58:10, 59:8, 60:17, 74:2, 82:11, 82:22,
85:10, 92:13, 94:13, 102:3, 103:19,
105:3, 118:4, 124:19, 125:16, 127:18,
128:9, 129:1, 130:22, 134:7, 134:10,
136:23, 144:24, 151:11, 155:2,
160:11, 162:4, 162:20, 165:1, 166:6,
172:13, 173:19, 177:23, 181:18,
184:17, 190:3, 194:22, 196:18, 197:6,
197:22, 202:17, 203:11, 207:14,
209:18, 211:1, 216:10, 219:14, 228:2,

228:24, 233:5, 234:7, 238:4, 238:14, 240:23, 240:25, 241:14, 259:10, 261:10, 263:14, 264:16, 268:11, 269:17
**alternative** [2] - 96:22, 249:8
**alternatives** [4] - 107:15, 154:20, 224:13, 228:1
**although** [4] - 58:2, 63:14, 83:23, 262:4
**altogether** [1] - 27:13
**always** [11] - 46:11, 46:15, 60:15, 73:24, 105:8, 133:24, 146:18, 175:16, 204:16, 204:18, 210:8
**am** [98] - 10:15, 11:16, 12:9, 13:5, 14:18, 14:20, 14:25, 15:2, 16:3, 19:17, 19:22, 20:3, 23:12, 23:22, 26:14, 32:13, 37:11, 37:16, 38:14, 58:14, 59:4, 62:17, 64:2, 66:19, 69:6, 71:2, 72:7, 72:10, 73:16, 74:15, 74:17, 74:23, 75:10, 78:16, 85:21, 88:1, 89:3, 102:18, 104:20, 105:16, 124:8, 128:18, 131:4, 140:25, 157:1, 157:2, 169:5, 175:8, 179:22, 186:18, 186:22, 186:24, 187:2, 187:3, 190:21, 191:4, 191:7, 192:3, 201:14, 202:4, 202:24, 205:10, 205:11, 208:7, 209:19, 210:19, 213:8, 216:11, 218:11, 218:12, 218:16, 218:18, 218:21, 222:15, 223:8, 234:11, 236:2, 236:12, 236:18, 239:20, 251:1, 251:11, 251:17, 251:24, 252:8, 255:25, 259:8, 259:9, 260:1, 261:23, 263:24, 264:2, 270:13, 270:25, 271:3, 271:4
**amazing** [1] - 41:3
**amenable** [1] - 146:22
**amended** [6] - 20:19, 20:21, 92:22, 241:11, 242:5, 254:2
**amendment** [1] - 233:6
**amendments** [1] - 198:12
**America** [1] - 1:21
**American** [5] - 22:5, 22:6, 73:8, 123:11, 188:7
**amicus** [3] - 27:3, 189:6, 206:21
**among** [3] - 178:21, 206:17, 228:10
**amongst** [1] - 100:14
**amount** [6] - 25:12, 136:16, 151:22, 158:20, 214:14, 214:15
**an** [185] - 6:11, 8:18, 10:7, 11:17, 13:1, 13:20, 16:1, 24:4, 25:23, 26:21, 27:3, 31:16, 33:10, 33:15, 33:19, 34:13, 34:25, 38:3, 38:17, 44:8, 44:17, 46:11, 48:20, 54:3, 56:10, 56:14, 56:25, 58:18, 65:21, 73:7, 92:10, 93:8, 93:14, 95:2, 96:3, 97:3, 97:11, 97:18, 98:12, 99:15, 99:20, 100:8, 100:13, 100:15, 101:25, 103:3, 103:24, 104:8, 106:1, 106:13, 106:16, 107:9, 108:24, 109:6, 109:24, 110:3, 111:16, 112:19, 113:23, 115:3, 115:8, 116:3, 116:8, 116:9, 118:3, 118:7, 119:21, 122:13, 122:16, 123:15, 125:7, 126:13, 127:8,

135:4, 136:1, 137:2, 137:8, 139:11, 140:17, 141:2, 142:3, 142:12, 142:16, 143:5, 143:8, 149:7, 149:11, 151:22, 152:6, 153:9, 158:17, 161:22, 163:15, 164:15, 166:17, 167:1, 168:5, 168:12, 168:13, 169:9, 169:15, 171:21, 171:24, 173:14, 173:15, 174:9, 174:11, 174:19, 175:4, 175:22, 176:2, 176:5, 176:22, 177:4, 177:14, 178:7, 181:14, 182:17, 184:4, 184:11, 185:21, 188:10, 189:6, 192:12, 194:25, 197:18, 198:5, 200:23, 204:13, 205:11, 206:21, 208:17, 210:7, 210:19, 210:21, 211:16, 212:17, 212:19, 213:10, 214:3, 217:1, 219:12, 219:19, 219:20, 219:21, 221:8, 223:15, 225:21, 228:7, 228:12, 229:11, 234:3, 234:17, 235:10, 238:8, 243:2, 243:6, 243:22, 244:4, 244:9, 244:14, 244:23, 245:13, 245:18, 248:8, 248:21, 248:23, 248:24, 249:16, 256:14, 259:13, 266:3, 268:4, 268:5, 270:14, 270:17, 270:20, 270:22, 270:25, 272:4, 276:7, 276:9
**An** [1] - 111:5
**analysis** [14] - 124:14, 155:15, 164:5, 164:7, 170:17, 201:3, 201:8, 201:9, 205:13, 223:5, 234:1, 237:9, 239:21, 267:22
**analyze** [2] - 91:19, 100:12
**analyzing** [1] - 264:14
**AND** [1] - 1:8
**Angeles** [2] - 2:17, 3:4
**announce** [1] - 109:10
**announced** [3] - 242:6, 250:20, 259:18
**annual** [2] - 112:10, 132:20
**another** [19] - 25:9, 26:7, 34:14, 117:17, 128:2, 128:4, 140:1, 165:22, 174:16, 188:3, 189:18, 196:23, 204:25, 208:2, 211:25, 235:1, 238:20, 238:22, 268:12
**answer** [22] - 6:12, 65:15, 66:8, 66:23, 67:12, 68:5, 70:18, 72:16, 73:17, 75:17, 76:12, 76:22, 78:17, 80:2, 92:3, 102:4, 129:5, 138:6, 234:7, 242:21, 251:1
**answered** [5] - 66:17, 67:7, 72:19, 78:12, 88:17
**anticipate** [1] - 101:1
**anticipated** [1] - 193:6
**anticipating** [1] - 89:22
**Antonio** [1] - 2:22
**anxiety** [2] - 41:1, 51:15
**anxious** [1] - 62:1
**Any** [1] - 117:20
**any** [149] - 5:25, 6:1, 7:16, 13:21, 16:10, 22:1, 24:12, 32:11, 45:21, 58:21, 58:22, 63:12, 66:4, 66:14, 67:1, 67:13, 68:18, 69:10, 69:13, 70:1, 70:11, 71:8, 71:15, 73:8, 74:9, 75:6, 76:19, 78:7, 78:9, 81:17, 82:20, 84:12, 86:17, 87:2,

87:3, 87:23, 89:6, 89:12, 89:16, 90:8, 91:1, 94:7, 97:20, 98:10, 98:12, 99:16, 113:25, 114:2, 114:15, 117:20, 118:5, 121:4, 121:5, 121:6, 121:9, 121:19, 122:1, 123:23, 131:10, 132:9, 132:17, 134:2, 135:22, 138:20, 140:13, 140:14, 141:6, 142:12, 142:24, 145:1, 145:13, 146:6, 146:18, 147:2, 147:5, 150:3, 151:25, 152:1, 159:1, 159:9, 159:20, 159:21, 160:5, 162:2, 163:17, 167:11, 172:3, 174:2, 174:9, 175:10, 175:11, 175:17, 175:18, 176:9, 176:12, 179:2, 185:12, 189:24, 194:22, 195:11, 212:8, 218:21, 221:16, 221:18, 221:25, 222:3, 224:6, 224:24, 225:15, 229:8, 229:9, 229:14, 230:13, 231:20, 232:17, 232:19, 232:20, 237:2, 238:12, 238:21, 239:2, 243:11, 243:16, 244:1, 244:21, 245:11, 246:23, 250:5, 250:25, 255:23, 257:11, 259:9, 261:13, 261:14, 262:15, 262:20, 269:24, 270:1, 270:11, 274:7, 275:18
**anybody** [12] - 9:15, 55:5, 74:16, 84:23, 85:12, 101:12, 129:7, 140:19, 176:17, 235:22, 236:15, 258:15
**anymore** [3] - 185:24, 209:14, 269:7
**anyone** [9] - 98:12, 131:2, 141:14, 141:15, 160:18, 174:2, 209:12, 235:9, 243:10
**anything** [35] - 31:8, 54:20, 56:8, 73:2, 75:20, 76:4, 78:15, 85:5, 94:21, 100:11, 101:13, 109:2, 125:12, 142:23, 152:2, 153:9, 153:14, 157:11, 159:20, 174:7, 177:25, 183:10, 183:16, 183:18, 184:7, 186:1, 186:15, 189:12, 191:15, 201:13, 203:13, 211:20, 236:16, 245:3, 266:8
**anytime** [3] - 97:17, 98:12, 196:22
**anyway** [3] - 102:13, 190:18, 190:19
**anyways** [3] - 96:23, 101:12, 103:10
**anywhere** [4] - 43:3, 75:5, 97:20, 221:9
**APA** [29] - 99:24, 125:12, 137:18, 141:3, 148:19, 148:24, 150:20, 151:5, 157:12, 166:20, 166:22, 168:5, 168:19, 169:7, 171:7, 171:20, 172:3, 172:22, 173:10, 173:23, 176:4, 177:16, 179:21, 185:22, 195:3, 210:7, 260:5, 260:8, 261:8
**apart** [1] - 131:8
**apologize** [5] - 22:19, 42:8, 118:22, 274:17, 274:22
**app** [7] - 109:6, 109:7, 115:15, 116:4, 219:21, 228:9
**apparatus** [2] - 199:10, 264:18
**apparently** [3] - 98:14, 129:6, 274:14
**appeal** [3] - 151:2, 182:25, 187:1
**appealed** [1] - 151:1
**appeals** [1] - 147:17
**appear** [2] - 110:5, 115:8

**appearances** [1] - 5:9
**APPEARANCES** [3] - 1:18, 2:1, 3:1
**appears** [1] - 107:13
**apple** [1] - 99:20
**apples** [1] - 111:11
**applicability** [1] - 169:10
**applicable** [1] - 148:21
**applicant** [5] - 85:6, 85:7, 114:10, 115:17, 245:24
**applicants** [2] - 114:24, 115:15
**application** [35] - 25:16, 26:11, 42:23, 45:15, 48:2, 48:4, 48:13, 48:25, 49:8, 49:21, 49:24, 50:7, 51:3, 51:13, 51:24, 54:19, 58:16, 72:21, 88:24, 107:1, 108:7, 109:6, 113:5, 114:5, 114:10, 114:16, 114:25, 142:3, 142:16, 160:22, 199:8, 243:2, 243:3, 255:20, 264:16
**applications** [15] - 9:24, 95:15, 95:18, 95:21, 95:24, 115:2, 141:4, 142:8, 142:9, 146:13, 164:24, 165:14, 199:14, 274:1, 274:3
**applied** [20] - 34:15, 40:13, 40:16, 43:20, 74:6, 113:21, 143:15, 163:15, 164:17, 167:2, 170:16, 170:18, 247:6, 263:7, 264:18, 264:21, 269:13, 269:20, 271:18
**applies** [14] - 24:19, 72:23, 105:2, 140:4, 155:2, 161:5, 168:8, 169:4, 180:11, 187:24, 203:20, 240:24, 267:22, 267:23
**apply** [33] - 24:4, 24:9, 24:13, 24:15, 29:5, 33:19, 33:24, 76:5, 91:4, 95:9, 111:16, 111:18, 115:8, 141:4, 161:19, 162:8, 168:7, 169:3, 169:8, 169:14, 169:16, 206:8, 217:20, 237:4, 238:8, 242:25, 259:9, 264:4, 264:5, 269:3, 269:12, 274:6, 275:10
**Applying** [1] - 122:23
**applying** [7] - 34:9, 106:5, 114:21, 115:7, 122:23, 268:11, 270:11
**appointment** [2] - 58:17, 228:12
**appraisal** [1] - 48:21
**appraised** [2] - 25:6, 48:20
**appreciate** [1] - 252:22
**apprentice** [1] - 123:6
**approach** [1] - 23:8
**approaching** [1] - 10:5
**appropriate** [4] - 182:13, 229:19, 244:11, 248:23
**appropriations** [1] - 207:7
**approval** [6] - 95:17, 95:20, 95:22, 96:1, 99:7, 165:13
**approvals** [1] - 26:4
**approved** [10] - 49:22, 51:7, 95:17, 95:19, 95:22, 95:25, 109:18, 164:21, 164:23, 221:6
**approving** [1] - 165:17
**April** [2] - 8:9, 51:6
**Arauz** [1] - 33:25

**arbitrary** [10] - 125:15, 148:8, 149:18, 150:23, 168:6, 171:6, 171:9, 181:14, 182:9, 195:12
**arbitrary-and-capricious** [1] - 181:14
**are** [399] - 5:24, 6:3, 6:8, 6:12, 6:14, 8:13, 8:14, 9:25, 10:4, 10:14, 11:22, 12:2, 12:9, 12:15, 13:23, 15:4, 15:5, 15:14, 16:15, 17:11, 18:20, 18:21, 19:2, 19:15, 20:5, 20:9, 21:25, 22:16, 22:21, 23:5, 23:8, 23:19, 23:24, 24:3, 24:8, 24:9, 24:18, 25:1, 25:18, 25:21, 25:22, 26:19, 26:23, 27:15, 27:16, 28:9, 28:20, 28:24, 28:25, 29:18, 30:11, 30:12, 30:19, 35:3, 35:4, 35:14, 35:23, 36:3, 38:12, 45:14, 46:15, 48:18, 49:1, 49:15, 49:23, 50:6, 50:13, 54:15, 56:3, 58:21, 59:24, 61:17, 62:12, 62:22, 63:10, 63:15, 63:18, 67:20, 68:4, 69:24, 70:1, 70:22, 72:4, 74:11, 74:21, 77:2, 77:14, 79:23, 83:5, 85:15, 85:16, 85:21, 86:17, 87:23, 89:8, 89:22, 90:7, 90:11, 90:22, 90:25, 91:12, 93:16, 94:21, 96:4, 96:10, 96:11, 96:19, 96:23, 96:25, 97:5, 97:6, 97:7, 98:4, 98:7, 99:1, 100:7, 100:9, 101:1, 101:8, 101:11, 101:15, 102:13, 103:7, 103:10, 103:20, 103:25, 104:2, 106:11, 110:24, 112:8, 112:16, 113:7, 113:13, 114:14, 114:20, 116:14, 117:9, 117:23, 119:21, 119:22, 119:25, 121:17, 122:11, 124:21, 124:22, 125:4, 125:5, 125:9, 125:15, 128:1, 128:19, 129:3, 129:21, 129:22, 129:23, 130:6, 131:4, 131:10, 131:19, 131:21, 131:22, 131:23, 132:1, 132:10, 132:15, 132:17, 133:13, 133:14, 134:3, 134:6, 134:24, 135:1, 135:2, 135:8, 135:10, 135:11, 135:12, 137:4, 137:17, 138:6, 139:6, 139:15, 140:8, 140:15, 140:16, 140:19, 141:5, 141:7, 141:8, 141:13, 141:15, 142:4, 142:5, 143:2, 143:24, 144:4, 144:6, 144:7, 144:12, 145:4, 145:5, 145:15, 147:1, 147:4, 147:10, 148:12, 151:20, 152:25, 153:25, 154:25, 155:8, 155:17, 156:1, 156:13, 156:18, 156:20, 157:7, 157:22, 159:25, 160:1, 160:15, 162:3, 163:7, 163:8, 164:9, 164:20, 166:3, 166:8, 166:21, 167:2, 169:8, 171:14, 172:5, 172:9, 173:5, 174:21, 176:9, 176:22, 178:20, 180:4, 180:5, 183:24, 184:12, 185:2, 185:6, 185:21, 186:18, 186:25, 187:1, 187:8, 187:22, 188:19, 188:21, 191:11, 191:12, 193:1, 193:22, 193:24, 195:4, 195:6, 195:12, 195:18, 197:6, 197:8, 199:21, 200:19, 201:19, 203:8, 204:15, 205:11, 207:14, 207:15, 207:16, 207:17, 208:1, 209:18, 209:24, 210:14, 210:17, 211:22, 212:6, 215:19, 215:22, 215:24, 216:2, 216:22, 217:12, 218:1, 218:9, 219:1, 219:15, 219:21, 219:22, 219:24, 220:13, 220:16, 221:5, 221:15, 222:13, 222:20, 223:12, 223:14, 224:3, 224:22, 225:3, 226:4, 227:2, 227:11, 227:19, 227:20, 227:25, 228:8, 228:25, 229:16, 229:19, 229:20, 230:5, 230:10, 230:13, 230:14, 230:19, 231:2, 231:13, 231:24, 232:23, 233:21, 233:23, 233:24, 234:4, 234:15, 235:2, 235:15, 236:13, 236:15, 236:18, 237:11, 237:12, 237:16, 237:17, 237:24, 239:24, 239:25, 240:3, 245:16, 245:22, 246:6, 246:15, 247:18, 248:14, 248:18, 248:23, 249:20, 251:6, 251:13, 252:10, 252:13, 253:3, 253:7, 255:9, 257:7, 257:13, 257:14, 258:17, 258:19, 259:22, 260:4, 260:6, 260:11, 262:8, 262:10, 264:3, 265:25, 266:6, 268:11, 268:25, 270:2, 270:17, 272:1, 273:20, 274:1, 274:21
**area** [4] - 63:9, 204:9, 208:10, 268:4
**areas** [1] - 140:25
**aren't** [6] - 131:14, 140:9, 141:9, 203:2, 220:25, 226:10
**arguably** [2] - 171:22, 201:4
**argue** [10] - 96:11, 155:10, 167:17, 196:25, 231:19, 232:1, 253:2, 260:10, 263:6, 264:20
**argued** [7] - 145:13, 154:19, 158:25, 184:19, 200:16, 240:1, 264:23
**argues** [2] - 162:14, 269:18
**argument** [36] - 13:20, 17:5, 30:16, 30:20, 89:19, 97:11, 107:14, 138:13, 145:18, 152:10, 153:25, 155:2, 157:2, 157:6, 160:4, 163:10, 167:20, 167:21, 172:24, 173:9, 173:22, 190:2, 200:24, 208:22, 209:7, 223:9, 233:11, 233:16, 238:21, 239:2, 242:9, 263:3, 263:5, 266:15, 268:2
**argumentative** [3] - 71:23, 71:24, 72:2
**ARGUMENTS** [2] - 4:6, 4:9
**arguments** [11] - 35:25, 152:22, 173:8, 173:20, 195:11, 199:20, 220:16, 229:5, 232:5, 243:17, 259:8
**arise** [4] - 153:1, 154:9, 155:1, 233:24
**arises** [1] - 153:15
**Arizona** [1] - 265:11
**Armando** [1] - 2:2
**arose** [2] - 59:13, 164:3
**around** [18] - 46:8, 47:21, 48:1, 49:10, 51:9, 52:19, 53:6, 55:12, 56:25, 58:9, 59:4, 59:11, 69:5, 82:8, 88:6, 88:15, 187:14, 213:24
**arrange** [1] - 52:25
**arranged** [1] - 52:22
**arrangement** [1] - 50:18
**arrangements** [5] - 50:8, 50:9, 52:14, 52:17, 53:2

**arrest** [9] - 104:8, 139:20, 140:6, 140:13, 141:15, 141:25, 142:12, 176:23
**arrested** [2] - 139:22, 140:20
**arresting** [3] - 104:10, 139:20, 141:14
**arrests** [1] - 99:14
**arrival** [6] - 53:4, 53:24, 55:13, 57:13, 248:11, 254:13
**arrivals** [8] - 95:5, 193:9, 193:13, 214:12, 214:13, 219:8, 241:5, 241:7
**arrive** [6] - 39:23, 197:11, 215:15, 216:10, 249:15, 254:10
**arrived** [9] - 39:21, 40:1, 53:12, 55:7, 58:17, 88:5, 135:3, 253:17
**arrives** [1] - 262:24
**arriving** [8] - 40:3, 52:20, 214:7, 214:9, 220:22, 224:12, 228:25, 253:15
**Article** [15] - 137:21, 138:8, 139:12, 148:5, 204:1, 204:4, 204:11, 206:7, 206:23, 210:3, 221:21, 267:20, 268:6, 268:21, 269:20
**articulated** [3] - 90:18, 125:21, 126:11
**as** [296] - 6:4, 11:17, 11:24, 12:6, 15:1, 15:2, 17:8, 18:22, 19:6, 19:13, 19:21, 21:3, 21:4, 21:19, 21:24, 22:9, 23:2, 23:14, 23:20, 24:1, 24:11, 26:17, 26:21, 27:17, 28:10, 28:22, 29:12, 29:20, 31:6, 32:8, 32:9, 33:8, 33:10, 33:22, 34:3, 35:5, 35:19, 37:2, 37:12, 38:4, 42:1, 42:5, 43:10, 43:17, 44:2, 44:7, 44:8, 44:12, 44:13, 44:19, 45:6, 45:13, 45:15, 46:7, 46:13, 46:21, 47:19, 48:4, 48:10, 48:19, 48:21, 49:11, 49:17, 49:24, 51:20, 51:21, 53:1, 54:8, 55:17, 56:10, 57:11, 57:21, 58:15, 62:20, 65:7, 67:9, 67:10, 72:13, 72:16, 73:7, 82:2, 82:8, 82:11, 82:16, 83:2, 83:5, 83:6, 85:9, 85:15, 88:10, 90:17, 92:1, 92:3, 92:17, 92:23, 94:2, 94:17, 96:8, 96:21, 96:24, 97:10, 97:22, 98:10, 99:15, 100:18, 101:10, 102:8, 103:17, 104:7, 105:16, 106:5, 106:22, 107:14, 107:24, 108:7, 111:8, 112:4, 114:10, 116:17, 117:3, 122:24, 123:4, 123:10, 124:4, 125:18, 125:21, 130:10, 132:17, 133:1, 133:4, 133:11, 133:13, 135:14, 135:20, 141:24, 144:2, 144:5, 144:6, 145:2, 145:10, 146:10, 146:14, 146:16, 149:11, 151:4, 153:1, 153:11, 154:2, 155:1, 158:4, 158:8, 159:3, 159:12, 160:1, 160:23, 161:19, 164:5, 164:10, 164:19, 165:19, 166:4, 171:7, 172:2, 172:8, 176:9, 176:20, 178:18, 179:15, 180:5, 180:10, 182:16, 187:2, 188:7, 188:9, 188:11, 190:18, 191:8, 194:5, 198:3, 201:2, 201:20, 207:3, 207:13, 208:20, 209:13, 211:11, 211:14, 211:17, 213:16, 215:19, 216:11, 217:14, 218:3, 219:3, 219:4, 219:10,
220:14, 222:10, 222:11, 222:20, 223:13, 224:8, 224:16, 225:16, 226:5, 226:16, 227:3, 229:5, 229:25, 230:11, 231:1, 231:2, 233:22, 234:17, 236:4, 236:24, 237:11, 238:6, 238:23, 240:10, 242:4, 243:24, 245:13, 245:14, 246:6, 246:14, 248:3, 248:4, 250:8, 250:16, 251:20, 252:16, 253:5, 254:6, 256:6, 256:12, 258:7, 263:7, 264:25, 265:10, 265:20, 266:7, 270:7, 270:9, 270:13, 270:14, 270:24, 271:5, 271:12, 271:21, 272:13, 272:22, 273:6, 275:13, 276:11
**aside** [6] - 73:15, 180:2, 180:4, 180:8, 211:16, 211:19
**ask** [19] - 30:3, 37:16, 38:24, 46:14, 46:15, 66:18, 72:3, 72:12, 72:15, 74:16, 74:21, 85:1, 85:7, 153:2, 179:14, 183:21, 187:2, 221:13, 274:7
**asked** [39] - 19:7, 25:1, 26:15, 32:2, 32:4, 49:16, 51:25, 54:17, 66:16, 67:7, 68:5, 72:19, 73:1, 74:7, 74:14, 74:21, 74:22, 74:24, 75:5, 75:21, 76:6, 76:15, 76:18, 78:11, 84:22, 85:5, 85:8, 85:10, 85:13, 86:17, 87:16, 87:19, 89:1, 121:18, 200:11, 230:24, 230:25, 234:8, 234:11
**asking** [28] - 9:22, 10:3, 11:12, 17:18, 51:19, 72:10, 73:12, 74:13, 74:15, 74:22, 74:23, 77:12, 77:14, 114:14, 139:18, 140:9, 140:15, 140:16, 140:19, 141:9, 141:15, 142:8, 162:3, 176:22, 186:23, 186:24, 251:11, 257:10
**asks** [1] - 121:25
**aspect** [14] - 115:11, 139:11, 153:6, 153:8, 153:14, 169:1, 193:2, 204:19, 205:1, 207:22, 238:8, 243:6, 248:7, 271:4
**aspects** [8] - 91:18, 152:3, 155:3, 157:25, 210:11, 210:14, 210:15, 247:12
**assert** [7] - 198:4, 210:20, 226:8, 246:9, 247:16, 268:14, 275:18
**asserted** [3] - 139:23, 145:1, 266:17
**asserts** [1] - 234:5
**assessing** [3] - 21:10, 119:11, 268:22
**assessment** [1] - 69:4
**assets** [3] - 118:1, 199:24, 243:25
**assigned** [1] - 105:20
**assistance** [2] - 18:6, 117:23
**Assistance** [1] - 136:3
**assistant** [6] - 214:17, 219:16, 228:18, 249:18, 250:8, 254:19
**assisted** [1] - 1:25
**assists** [1] - 154:23
**associated** [9] - 27:7, 27:15, 27:23, 28:3, 28:8, 28:24, 29:9, 152:17, 232:15
**Association** [1] - 105:24
**Associations** [1] - 123:12
**assume** [16] - 105:19, 131:21, 131:22, 132:12, 137:4, 137:17, 137:21, 138:21, 138:22, 138:24, 147:18, 175:21, 180:16, 200:19, 208:21, 239:22
**assumed** [3] - 148:3, 149:25, 200:14
**assumes** [2] - 135:1, 207:18
**assuming** [4] - 127:25, 150:7, 184:3, 204:14
**assumption** [3] - 129:7, 247:19, 247:20
**asylees** [1] - 120:17
**asylum** [2] - 153:12, 228:11
**asymmetrical** [1] - 158:23
**at** [233] - 5:19, 6:11, 7:19, 10:5, 10:22, 13:24, 14:10, 14:21, 14:25, 16:7, 17:20, 18:3, 20:14, 21:12, 22:17, 22:22, 23:20, 23:24, 25:10, 25:23, 26:19, 27:4, 28:4, 28:15, 28:23, 29:2, 29:21, 29:23, 30:24, 31:14, 31:20, 35:20, 36:3, 38:9, 38:10, 38:11, 39:18, 40:1, 40:2, 40:4, 40:9, 40:11, 41:13, 41:18, 43:2, 43:10, 50:6, 52:4, 52:20, 53:10, 54:4, 55:5, 55:17, 56:12, 57:7, 58:18, 59:10, 63:19, 63:25, 64:3, 64:20, 78:12, 82:19, 86:6, 86:14, 88:5, 89:4, 90:2, 90:11, 91:11, 91:20, 95:7, 95:9, 95:11, 97:23, 98:16, 98:23, 100:16, 100:23, 101:17, 101:19, 101:21, 102:24, 103:7, 104:6, 104:16, 104:22, 104:25, 105:4, 106:7, 107:12, 107:16, 108:8, 108:13, 109:14, 110:1, 110:5, 110:7, 110:10, 112:1, 112:12, 117:20, 118:19, 119:1, 119:14, 121:12, 122:4, 122:25, 125:20, 126:23, 131:22, 135:8, 135:9, 135:11, 135:12, 137:14, 137:15, 138:18, 142:6, 143:16, 145:25, 147:3, 147:14, 155:5, 155:16, 156:17, 156:20, 157:14, 158:4, 172:4, 172:7, 172:11, 177:8, 178:17, 180:6, 185:12, 186:3, 186:23, 193:3, 193:13, 193:24, 194:19, 195:13, 197:11, 198:1, 198:22, 198:23, 199:6, 199:19, 203:8, 203:14, 203:22, 204:2, 205:24, 205:25, 206:9, 208:18, 210:18, 211:9, 214:2, 214:4, 214:7, 214:16, 214:17, 219:7, 219:13, 221:3, 222:2, 225:23, 225:25, 226:24, 227:5, 228:4, 232:22, 232:24, 232:25, 233:18, 234:15, 235:17, 236:11, 237:21, 239:16, 240:14, 242:6, 242:7, 244:12, 244:19, 245:15, 245:17, 245:18, 248:21, 248:24, 249:5, 249:15, 249:19, 250:5, 250:7, 251:4, 251:19, 253:15, 253:16, 253:17, 254:8, 254:10, 254:12, 254:20, 254:21, 255:3, 261:22, 261:24, 262:5, 262:24, 263:16, 263:17, 264:21, 264:24, 266:13, 268:1, 268:20, 269:1, 269:3, 272:10,

274:20, 275:7, 275:11, 276:9, 276:10, 276:15
**ATA** [4] - 109:8, 109:23, 110:6, 115:14
**ATA's** [1] - 109:18
**ATD** [1] - 15:15
**attain** [1] - 127:9
**attaining** [1] - 127:15
**attempt** [9] - 65:21, 148:8, 149:17, 149:21, 150:21, 153:2, 193:1, 224:6, 231:20
**attempted** [5] - 33:18, 67:4, 78:8, 94:6, 237:12
**attempting** [2] - 64:21, 94:5
**attempts** [2] - 21:1, 94:13
**attend** [3] - 42:3, 133:17
**attended** [4] - 42:17, 56:5, 56:7, 56:10
**attention** [6] - 92:12, 99:25, 115:22, 118:21, 120:3, 192:11
**attest** [1] - 12:5
**attorney** [1] - 81:16
**Attorney** [6] - 2:3, 20:22, 167:12, 167:14, 199:7, 270:6
**attorneys** [2] - 62:18, 251:21
**attributable** [3] - 154:7, 222:21
**audio** [1] - 5:25
**August** [6] - 1:6, 39:21, 39:22, 39:23, 58:16, 86:8
**Austin** [2] - 2:4, 104:15
**authorities** [2] - 210:15, 224:17
**authority** [58] - 19:10, 20:7, 20:11, 20:14, 20:15, 20:20, 20:22, 21:10, 21:14, 21:17, 91:25, 92:1, 92:6, 92:11, 93:6, 94:1, 94:16, 103:1, 104:19, 106:10, 107:22, 108:2, 123:8, 138:11, 138:15, 167:13, 170:24, 171:11, 172:6, 174:2, 191:1, 198:11, 198:17, 204:7, 204:20, 209:25, 210:16, 210:21, 210:24, 211:4, 211:6, 211:8, 211:18, 211:21, 211:24, 213:6, 218:6, 248:14, 248:16, 249:16, 258:12, 261:16, 266:24, 268:3, 271:18, 273:18
**authorization** [33] - 24:4, 24:10, 25:23, 27:19, 45:15, 45:17, 51:10, 52:10, 58:11, 58:13, 58:20, 60:10, 73:22, 88:10, 93:8, 109:8, 110:16, 117:6, 152:19, 176:14, 221:6, 226:22, 227:2, 227:10, 238:14, 243:7, 244:11, 248:9, 248:24, 253:23, 254:4, 254:9, 254:17
**authorizations** [1] - 242:23
**authorize** [1] - 107:6
**authorized** [4] - 20:6, 102:16, 110:19, 122:17
**authorizing** [1] - 106:1
**auto** [1] - 152:17
**automatically** [1] - 139:7
**avail** [1] - 226:25
**available** [11] - 10:13, 10:22, 10:23, 12:4, 12:17, 83:23, 87:2, 89:2, 93:17, 134:1, 169:21
**avenue** [3] - 15:2, 16:1, 259:12

**Avenue** [1] - 1:21
**avenues** [7] - 87:9, 197:12, 215:20, 220:5, 220:7, 228:21, 228:24
**average** [4] - 95:2, 193:18, 193:21, 219:12, 219:19, 220:13, 241:20
**avoid** [2] - 30:20, 249:7
**aware** [20] - 38:12, 38:25, 39:3, 58:21, 64:13, 64:18, 71:8, 85:14, 87:23, 105:16, 218:3, 218:16, 218:19, 218:21, 234:11, 236:2, 236:12, 236:15, 236:18, 268:18
**away** [8] - 46:13, 58:19, 82:7, 174:2, 175:4, 175:23, 221:9, 249:20

# B

**B** [1] - 1:14
**B)(ii** [1] - 167:11
**bachelor's** [2] - 38:6, 38:9
**back** [49] - 7:21, 40:18, 46:14, 47:15, 47:20, 51:1, 51:3, 51:14, 53:10, 60:7, 62:2, 62:5, 63:7, 74:18, 75:8, 83:16, 86:22, 90:2, 90:7, 90:9, 101:3, 122:21, 127:19, 128:1, 143:25, 148:4, 148:6, 150:17, 151:2, 165:2, 170:1, 171:8, 174:14, 181:15, 181:20, 182:3, 191:11, 198:21, 200:12, 203:8, 208:2, 215:23, 217:11, 217:23, 218:2, 229:22, 250:4, 268:8, 276:4
**back-and-forth** [1] - 74:18
**background** [9] - 25:19, 25:21, 38:5, 85:6, 218:22, 233:1, 243:23, 245:23, 248:19
**backlog** [1] - 102:19
**backups** [1] - 190:25
**bad** [2] - 99:25, 122:18
**Bakke** [1] - 207:18
**balancing** [1] - 119:24
**banc** [2] - 173:14, 188:4
**bank** [2] - 48:16, 48:17
**bar** [4] - 170:8, 170:14, 174:19, 264:16
**barbecues** [1] - 58:9
**Barker** [1] - 173:22
**Barrett** [1] - 173:4
**barrier** [1] - 249:4
**base** [1] - 195:8
**based** [41] - 26:18, 27:11, 27:15, 27:23, 28:3, 28:8, 32:6, 68:17, 69:4, 70:5, 70:20, 70:23, 72:13, 78:15, 86:16, 136:23, 144:3, 161:16, 161:18, 165:3, 165:16, 181:10, 182:9, 191:21, 193:9, 209:6, 231:5, 231:13, 232:6, 232:9, 238:17, 243:8, 246:11, 246:15, 246:22, 247:12, 253:7, 257:25, 259:24, 269:19
**baseline** [3] - 188:1, 213:20, 221:19
**bases** [1] - 144:2
**basic** [3] - 147:13, 220:24, 269:20
**basically** [10] - 10:16, 82:18, 102:17, 119:17, 132:1, 151:4, 177:21, 178:10,

185:21, 235:23
**basis** [37] - 12:12, 20:12, 20:24, 21:11, 24:6, 25:25, 83:13, 84:3, 92:16, 93:3, 93:11, 94:12, 94:22, 98:14, 177:25, 199:16, 201:22, 208:2, 209:10, 209:20, 211:10, 212:10, 213:2, 213:3, 222:5, 225:14, 231:23, 235:18, 239:4, 246:8, 253:2, 256:7, 258:17, 260:15, 268:14, 270:10
**Bates** [3] - 119:5, 119:8, 120:10
**beach** [1] - 63:12
**bear** [1] - 26:19
**became** [4] - 39:3, 41:17, 51:22, 146:7
**because** [156] - 12:20, 13:2, 13:22, 15:25, 28:14, 28:17, 30:9, 32:16, 33:16, 46:16, 48:25, 50:12, 51:5, 52:1, 59:3, 82:15, 85:22, 96:16, 98:20, 98:24, 102:1, 103:8, 103:9, 103:22, 104:11, 105:8, 107:9, 114:17, 115:4, 115:5, 120:23, 122:13, 124:11, 127:17, 128:3, 128:12, 128:20, 131:17, 132:13, 133:9, 133:25, 134:13, 135:17, 137:24, 138:3, 138:21, 139:25, 140:14, 142:18, 142:21, 143:7, 143:15, 145:15, 145:16, 146:5, 146:7, 148:21, 152:14, 152:25, 154:24, 156:19, 157:19, 159:22, 160:3, 160:6, 160:13, 161:5, 162:7, 162:15, 163:6, 163:14, 163:22, 165:5, 165:13, 166:1, 169:14, 169:18, 170:24, 171:10, 171:13, 171:15, 175:20, 177:8, 177:11, 177:20, 177:21, 178:3, 178:14, 178:17, 178:20, 179:20, 180:2, 181:6, 182:4, 183:5, 184:10, 184:11, 185:19, 186:4, 186:11, 187:4, 187:9, 187:24, 188:14, 188:15, 193:24, 194:22, 195:3, 196:25, 199:23, 200:4, 201:23, 202:6, 204:15, 210:8, 214:24, 215:8, 221:13, 221:16, 223:14, 224:4, 224:8, 225:19, 226:14, 230:5, 230:19, 231:6, 231:9, 231:10, 235:6, 238:7, 239:13, 239:25, 241:4, 245:11, 245:25, 251:17, 256:17, 256:22, 257:4, 258:11, 259:8, 260:10, 260:16, 262:19, 264:5, 265:1, 266:25, 267:2, 268:16, 268:23, 271:23, 272:18, 273:9, 275:9
**because..** [1] - 264:6
**become** [12] - 11:24, 38:25, 44:18, 93:17, 101:21, 117:20, 142:17, 146:7, 153:16, 155:24, 198:6, 258:2
**becomes** [1] - 107:23
**becoming** [1] - 117:23
**bedrock** [1] - 268:21
**bedroom** [3] - 50:11, 50:20, 53:8
**been** [110] - 7:10, 9:1, 11:10, 12:14, 12:22, 13:10, 14:15, 21:17, 21:19, 21:20, 22:10, 22:15, 22:16, 23:4, 23:10, 33:21, 33:25, 35:19, 35:23, 36:5, 36:8, 37:14, 39:20, 41:20, 44:14,

44:15, 44:16, 45:24, 46:9, 46:22, 47:4, 47:14, 51:7, 51:18, 51:19, 51:24, 56:19, 66:15, 67:2, 67:25, 68:13, 68:18, 69:5, 78:9, 80:16, 82:4, 82:7, 83:6, 95:1, 104:19, 105:23, 106:6, 110:3, 111:20, 112:22, 117:22, 122:25, 129:6, 133:7, 133:22, 133:24, 136:5, 137:5, 137:12, 144:25, 146:19, 150:7, 153:23, 156:12, 159:21, 160:11, 164:12, 170:12, 172:23, 175:23, 183:6, 194:24, 203:6, 205:7, 205:25, 208:4, 208:23, 213:2, 213:23, 215:12, 215:24, 217:15, 218:25, 219:7, 220:12, 220:23, 225:12, 229:17, 230:22, 232:17, 235:6, 236:16, 239:10, 241:5, 241:7, 243:8, 244:8, 246:23, 247:2, 247:22, 253:16, 254:2, 254:17, 254:21

**before** [68] - 10:2, 21:7, 23:16, 26:4, 33:10, 33:18, 33:23, 34:25, 40:3, 41:7, 46:7, 51:23, 55:7, 65:9, 66:22, 82:15, 86:25, 88:18, 95:5, 98:11, 115:9, 123:22, 151:2, 157:17, 158:1, 159:20, 160:6, 164:6, 170:11, 172:14, 173:20, 183:1, 185:19, 194:23, 198:12, 205:4, 208:13, 213:16, 220:10, 220:20, 224:18, 225:18, 228:6, 238:3, 238:22, 239:6, 240:2, 240:18, 241:1, 241:22, 243:13, 245:14, 248:8, 248:17, 248:20, 248:25, 250:4, 250:5, 250:6, 251:10, 252:5, 253:16, 254:4, 255:18, 257:24, 271:13, 276:6

**BEFORE** [1] - 1:14

**beforehand** [2] - 7:1, 123:22

**began** [2] - 45:6, 52:2

**begin** [8] - 19:6, 24:18, 24:21, 53:24, 60:8, 60:9, 203:8, 206:7

**beginning** [6] - 46:9, 48:1, 203:8, 205:8, 242:14, 268:2

**begins** [1] - 244:10

**begun** [1] - 59:19

**behalf** [2] - 105:13, 108:24

**being** [55] - 12:3, 15:6, 30:12, 33:11, 33:23, 46:10, 46:12, 60:14, 68:5, 68:19, 71:15, 73:5, 73:8, 73:24, 74:2, 76:18, 76:19, 83:11, 92:1, 102:15, 107:14, 123:21, 145:18, 145:21, 150:22, 154:4, 161:17, 168:4, 170:14, 193:22, 199:15, 207:17, 219:11, 219:22, 220:1, 220:5, 220:8, 220:14, 220:21, 220:22, 224:20, 226:13, 227:20, 228:3, 228:8, 228:22, 228:25, 229:3, 229:4, 231:14, 236:18, 241:20, 260:5, 275:13

**beings** [1] - 96:19

**belied** [1] - 26:23

**believe** [46] - 8:5, 14:9, 16:14, 16:15, 17:17, 40:1, 49:1, 66:3, 66:14, 67:1, 67:14, 75:9, 78:7, 83:13, 85:2, 86:7, 124:3, 139:8, 175:1, 200:6, 213:9, 217:8, 218:5, 218:20, 223:6, 223:23, 229:3, 233:1, 233:15, 236:11, 242:2, 242:24, 244:5, 250:24, 251:21, 255:17, 258:11, 259:5, 259:23, 263:13, 266:2, 266:8, 268:17, 273:4, 273:15

**believed** [1] - 214:21

**believes** [3] - 33:9, 113:16, 114:2

**Ben** [1] - 2:10

**BENCH** [1] - 1:13

**beneficiaries** [12] - 91:4, 91:14, 96:2, 96:5, 120:18, 132:25, 133:12, 133:15, 145:5, 152:15, 165:24, 225:11

**beneficiary** [1] - 175:18

**benefit** [27] - 20:24, 21:2, 71:16, 76:8, 76:19, 92:17, 93:4, 93:10, 97:19, 99:19, 102:2, 104:7, 121:7, 136:2, 171:1, 171:17, 188:11, 188:14, 212:13, 212:18, 213:10, 248:2, 254:1, 256:8, 270:11, 272:21

**benefited** [1] - 145:14

**benefits** [46] - 19:14, 20:2, 32:14, 73:6, 73:9, 73:14, 73:15, 73:18, 87:17, 87:20, 99:11, 126:4, 131:6, 135:25, 142:10, 142:13, 142:18, 143:23, 144:22, 151:25, 152:14, 152:25, 153:3, 154:25, 155:18, 156:5, 166:4, 169:20, 169:25, 170:7, 170:9, 172:17, 176:10, 176:11, 182:18, 189:1, 189:5, 225:4, 226:6, 232:1, 233:23, 253:7, 271:14, 273:16

**Bennett** [2] - 252:17, 252:23

**Bentrott** [1] - 5:18

**BENTROTT** [1] - 14:6

**Berkeley** [1] - 38:11

**besides** [1] - 191:15

**best** [6] - 50:20, 52:14, 53:25, 87:23, 88:2, 197:7

**bet** [3] - 81:22, 89:11, 276:14

**better** [7] - 24:12, 54:7, 69:20, 77:8, 77:23, 103:21, 216:17

**betterment** [1] - 70:10

**betting** [1] - 153:23

**between** [31] - 15:13, 42:19, 43:4, 44:20, 46:6, 49:6, 49:9, 51:2, 51:13, 80:25, 90:19, 95:5, 95:8, 95:9, 98:6, 117:18, 141:12, 160:3, 165:14, 170:3, 173:24, 174:17, 176:21, 184:14, 191:7, 197:24, 226:6, 227:2, 259:15, 274:24, 275:4

**beyond** [9] - 11:18, 14:3, 128:23, 130:12, 188:6, 188:8, 196:4, 219:22, 274:5

**biannual** [1] - 130:7

**Biden** [4] - 90:23, 154:13, 170:22, 188:4

**bike** [2] - 59:2, 59:6

**bilingual** [3] - 29:16, 133:20, 134:21

**bill** [1] - 180:10

**binders** [1] - 5:4

**binding** [8] - 164:18, 165:20, 173:13, 179:2, 183:19, 202:8, 202:12, 243:18

**binds** [2] - 164:15, 164:16

**biographic** [1] - 109:12

**biographical** [2] - 37:16, 85:9

**biometric** [1] - 58:17

**birds** [1] - 96:20

**birth** [4] - 42:1, 42:2, 114:1, 114:6

**bit** [16] - 37:12, 40:22, 57:21, 58:4, 81:5, 84:16, 108:19, 151:10, 161:12, 211:12, 220:1, 243:24, 248:10, 251:15, 273:13, 274:25

**blank** [1] - 10:15

**bless** [1] - 11:2

**blessing** [1] - 33:9

**block** [4] - 19:8, 26:16, 32:2, 32:4

**blockades** [1] - 82:17

**blocking** [1] - 33:11

**board** [1] - 100:14

**bolster** [1] - 29:17

**bond** [1] - 44:19

**book** [2] - 106:16, 221:7

**border** [37] - 65:25, 67:4, 67:5, 91:11, 93:24, 93:25, 103:10, 103:22, 104:2, 104:6, 104:9, 154:13, 154:15, 154:20, 154:24, 168:13, 179:12, 184:14, 193:3, 193:6, 193:9, 196:2, 196:4, 197:2, 197:11, 214:5, 214:8, 219:3, 221:1, 221:4, 221:9, 226:2, 226:19, 245:15, 245:19, 249:15

**Border** [2] - 104:8, 104:10

**borders** [2] - 178:5, 235:13

**born** [2] - 37:19, 37:20

**both** [28] - 9:25, 42:1, 48:18, 50:13, 51:17, 55:16, 59:12, 124:13, 126:4, 126:16, 126:24, 132:20, 141:19, 145:11, 154:7, 173:8, 173:20, 175:15, 181:3, 193:4, 194:20, 197:6, 198:12, 209:24, 262:9, 268:19, 271:25

**bottom** [1] - 119:5

**bought** [2] - 52:19, 172:24

**bound** [4] - 160:17, 186:18, 203:3, 205:12

**bounds** [1] - 187:25

**Box** [3] - 2:4, 2:10, 2:16

**box** [1] - 120:13

**boy** [1] - 34:4

**Brackeen** [1] - 208:12

**branch** [10] - 92:19, 92:23, 93:6, 98:6, 105:20, 123:7, 169:5, 196:23, 204:22, 208:1

**branch's** [2] - 193:2, 204:6

**Brandon** [2] - 2:20, 5:18

**brandon.galli** [1] - 2:23

**brandon.galli-graves@raicestexas.org** [1] - 2:23

**break** [10] - 61:23, 62:1, 62:4, 89:21, 191:24, 192:2, 192:15, 251:18, 274:9, 274:15

**breaks** [2] - 131:7, 132:24

**Brian** [2] - 2:8, 5:13

brian.c.ward@usdoj.gov [1] - 2:12
**Brief** [2] - 126:22, 276:3
**brief** [6] - 27:4, 61:2, 189:6, 206:22, 252:14, 274:22
**briefed** [4] - 123:21, 123:22, 200:15, 200:23
**briefing** [6] - 7:4, 99:22, 190:10, 190:12, 190:17, 190:24
**briefly** [9] - 23:22, 53:15, 78:20, 81:24, 84:6, 251:8, 265:15, 265:21, 268:15
**briefs** [1] - 191:5
**bright** [1] - 35:6
**bring** [16] - 19:1, 32:16, 35:7, 83:16, 92:21, 98:7, 98:10, 102:11, 104:13, 111:19, 138:3, 138:20, 199:16, 255:14, 266:25, 267:19
**bringing** [1] - 73:19
**brings** [2] - 262:15, 267:7
**broad** [9] - 26:6, 138:19, 161:16, 161:18, 167:1, 198:11, 257:23, 259:18, 265:9
**broaden** [1] - 60:21
**broader** [1] - 167:25
**broken** [1] - 13:9
**brother** [3] - 26:12, 33:10, 33:17
**brothers** [3] - 43:12, 44:13, 79:14
**brought** [6] - 87:6, 87:8, 88:8, 99:18, 180:16, 268:16
**BRYANT** [38] - 61:22, 62:10, 62:12, 62:14, 62:16, 63:21, 64:2, 64:6, 64:7, 66:13, 66:21, 66:25, 67:15, 68:16, 69:9, 69:18, 70:8, 70:13, 71:14, 71:18, 72:6, 72:10, 72:13, 73:4, 74:5, 74:19, 76:3, 76:17, 77:1, 77:5, 77:12, 77:18, 78:6, 78:18, 79:22, 81:19, 84:13, 88:22
**Bryant** [4] - 2:3, 4:3, 5:12, 62:17
**build** [1] - 154:15
**building** [1] - 232:12
**buildings** [2] - 232:13, 232:21
**built** [3] - 232:20, 241:13, 244:17
**bunch** [1] - 251:3
**burden** [6] - 29:15, 124:18, 167:6, 199:25, 200:2, 275:14
**burdens** [2] - 104:5, 125:6
**Burwell** [1] - 105:18
**business** [1] - 276:2
**busy** [1] - 25:9
**but** [275] - 7:3, 8:15, 10:15, 11:23, 12:3, 13:12, 13:14, 15:25, 16:15, 20:17, 21:23, 21:25, 22:11, 24:11, 26:17, 27:8, 27:16, 28:15, 28:21, 32:6, 33:3, 40:19, 42:8, 42:21, 43:2, 44:15, 47:25, 48:18, 49:2, 49:5, 51:1, 51:9, 55:11, 57:24, 59:8, 65:9, 65:15, 68:12, 70:11, 71:24, 72:7, 75:14, 75:17, 76:24, 77:16, 78:16, 79:4, 79:9, 88:4, 88:23, 90:25, 91:14, 91:24, 92:2, 92:9, 93:14, 94:9, 94:17, 94:21, 96:10, 96:18, 97:12, 98:9, 99:4, 99:20, 100:12,

100:25, 101:8, 105:11, 107:16, 108:8, 108:17, 110:16, 111:15, 116:4, 118:12, 120:15, 120:23, 122:4, 123:6, 125:14, 127:14, 129:2, 129:4, 129:22, 131:6, 131:19, 132:7, 134:18, 134:25, 135:7, 135:25, 136:6, 138:6, 138:8, 138:16, 139:3, 139:21, 140:2, 141:11, 143:18, 145:19, 146:8, 147:23, 151:2, 151:19, 152:10, 152:23, 154:9, 154:21, 155:10, 155:13, 156:23, 157:5, 158:13, 159:2, 160:6, 160:21, 162:12, 162:17, 163:10, 163:18, 163:21, 166:11, 167:4, 167:19, 167:24, 168:7, 170:13, 171:23, 173:7, 173:10, 174:4, 174:7, 174:17, 175:14, 175:15, 175:20, 176:7, 176:17, 177:2, 177:16, 178:2, 178:22, 179:1, 179:2, 179:12, 179:13, 180:25, 181:2, 181:18, 181:22, 182:6, 183:5, 183:10, 183:13, 184:12, 184:18, 184:19, 185:1, 185:18, 185:23, 185:24, 186:6, 186:9, 186:11, 186:14, 187:3, 187:8, 187:19, 188:8, 188:22, 189:10, 189:19, 190:17, 190:19, 192:3, 194:22, 196:18, 200:12, 200:18, 200:22, 201:3, 201:14, 201:16, 201:20, 202:2, 202:17, 203:4, 204:18, 205:1, 205:10, 206:3, 206:9, 206:23, 207:21, 208:9, 208:12, 210:21, 211:6, 213:4, 213:25, 216:10, 217:4, 217:10, 220:4, 220:19, 222:18, 223:4, 223:7, 223:8, 223:22, 224:4, 225:12, 226:3, 226:11, 228:23, 229:12, 230:4, 230:9, 232:16, 233:9, 233:13, 234:3, 234:23, 236:2, 236:6, 236:17, 237:8, 237:24, 239:20, 240:25, 241:13, 243:2, 243:16, 243:21, 244:13, 244:18, 245:8, 246:15, 248:6, 251:3, 251:12, 251:18, 254:6, 255:6, 255:20, 257:21, 258:11, 258:23, 259:10, 259:13, 259:14, 260:3, 260:6, 260:14, 260:24, 263:8, 264:2, 264:24, 266:7, 266:15, 267:11, 267:14, 268:19, 270:12, 271:1, 271:19, 272:18, 272:21, 273:14
**buy** [1] - 152:17
**buying** [1] - 12:9
**BY** [28] - 37:4, 61:6, 62:16, 63:21, 64:7, 66:13, 66:25, 67:15, 68:16, 69:9, 69:18, 70:8, 70:13, 71:14, 71:18, 73:4, 74:5, 74:19, 76:3, 76:17, 77:5, 77:18, 78:6, 78:23, 80:1, 81:8, 81:23, 87:15
**by** [190] - 1:24, 1:25, 4:3, 4:3, 4:4, 4:4, 4:5, 4:7, 5:9, 5:17, 5:20, 7:6, 11:5, 12:21, 15:21, 18:21, 19:15, 20:6, 20:24, 21:3, 21:7, 21:10, 21:20, 22:11, 22:16, 23:4, 23:19, 24:6, 24:12, 24:19, 24:22, 25:3, 25:25, 26:23, 27:7, 28:13, 28:17, 28:21, 29:2, 29:9, 29:19, 29:21, 29:23, 31:20, 32:23, 35:16, 47:4, 53:4, 56:4, 59:6, 68:19, 71:2, 78:8, 84:23, 91:15, 92:16, 93:2, 93:3, 93:11, 93:20,

94:6, 94:12, 94:18, 94:22, 98:14, 99:2, 104:19, 105:1, 105:6, 106:15, 109:22, 110:18, 111:8, 111:20, 114:10, 114:25, 115:12, 115:13, 116:2, 116:7, 117:13, 118:6, 118:24, 120:5, 121:3, 121:4, 121:5, 122:17, 126:11, 129:22, 129:23, 133:5, 134:15, 137:15, 138:18, 140:11, 140:12, 142:11, 145:22, 149:7, 150:25, 152:13, 153:3, 158:19, 160:17, 164:12, 164:17, 165:5, 165:11, 166:23, 166:25, 168:15, 168:21, 168:22, 170:13, 170:25, 171:13, 171:15, 171:22, 172:6, 173:3, 180:23, 183:18, 185:12, 185:20, 186:7, 186:18, 191:6, 194:8, 195:5, 195:16, 199:14, 202:2, 203:3, 204:22, 205:12, 205:15, 206:5, 206:19, 211:9, 212:10, 214:8, 214:14, 214:15, 220:24, 226:19, 233:14, 242:1, 242:12, 242:16, 244:16, 244:23, 247:3, 254:21, 255:5, 256:7, 256:13, 256:16, 256:25, 257:7, 258:17, 259:20, 259:21, 260:10, 260:15, 260:25, 261:4, 261:6, 261:9, 262:17, 262:22, 262:23, 262:25, 264:9, 266:5, 266:7, 269:13, 270:10, 270:17, 271:25, 272:1, 272:5, 272:6, 272:12, 272:19, 273:17, 273:25
**By** [2] - 4:7, 4:8
**bypass** [1] - 226:20

---

# C

**C** [4] - 2:14, 5:1, 114:4, 149:21
**CA** [2] - 2:17, 3:4
**calculates** [1] - 136:4
**California** [3] - 37:24, 38:11, 50:15
**call** [7] - 36:10, 36:13, 83:20, 83:22, 83:25, 120:21, 151:24
**called** [16] - 8:11, 25:18, 39:5, 56:13, 62:24, 109:7, 111:2, 112:16, 116:21, 136:2, 140:3, 205:20, 208:19, 210:22, 260:1, 262:5
**calls** [15] - 5:6, 42:25, 67:7, 68:2, 68:25, 70:15, 70:16, 71:20, 71:21, 73:10, 74:10, 78:2, 203:13, 206:4
**came** [12] - 54:14, 55:1, 56:20, 129:2, 149:13, 158:8, 181:1, 185:9, 205:4, 208:12, 217:3, 232:10
**can** [135] - 10:24, 12:4, 17:1, 17:15, 24:13, 26:5, 29:12, 30:3, 30:16, 31:9, 32:12, 34:10, 34:19, 34:20, 36:10, 36:18, 36:20, 38:23, 40:22, 41:10, 48:2, 49:5, 50:17, 51:1, 52:5, 52:6, 53:18, 54:14, 56:14, 62:4, 66:8, 66:19, 66:23, 67:12, 68:5, 68:6, 69:4, 69:16, 70:18, 72:16, 72:24, 74:17, 74:21, 76:12, 80:2, 86:13, 86:24, 87:1, 89:19, 89:23, 91:4, 92:15, 94:2, 94:8, 97:11, 97:16, 97:21, 98:10, 99:18, 101:5,

101:10, 102:22, 107:2, 113:17, 116:8,
117:5, 120:3, 120:12, 120:13, 122:9,
123:25, 124:16, 126:20, 128:16,
128:22, 128:23, 157:18, 157:25,
164:16, 165:22, 166:22, 167:2,
171:21, 179:23, 180:22, 181:15,
181:20, 182:20, 184:13, 185:18,
187:1, 187:17, 191:3, 191:9, 194:24,
197:19, 198:4, 201:21, 203:4, 206:6,
210:24, 212:7, 212:9, 215:11, 218:10,
223:13, 224:1, 224:17, 230:4, 230:6,
235:20, 237:7, 238:14, 238:22, 240:5,
246:5, 248:7, 248:15, 248:19, 248:21,
249:4, 249:13, 249:14, 251:2, 257:20,
258:15, 258:18, 259:6, 265:15, 266:7,
270:1, 271:20, 274:12

**can't** [38] - 10:25, 14:10, 66:10, 83:15,
115:4, 147:2, 150:2, 154:2, 157:11,
160:4, 160:7, 162:11, 168:5, 177:5,
180:10, 180:14, 183:8, 184:11,
187:21, 188:22, 195:3, 195:22,
201:16, 212:5, 212:25, 217:4, 217:12,
224:8, 225:14, 225:20, 230:20,
230:21, 238:16, 244:19, 245:18,
258:6, 259:6

**candidate** [4] - 158:22, 159:1, 180:20,
181:13

**candidates** [1] - 158:19

**candor** [2] - 235:5, 236:17

**cannot** [13] - 24:18, 28:13, 75:14, 93:18,
131:2, 138:11, 145:13, 153:16,
173:12, 181:25, 217:2, 261:3

**cap** [2] - 21:5, 235:12

**capacity** [2] - 94:17, 218:9

**capricious** [10] - 125:15, 148:8, 149:18,
150:23, 168:6, 171:6, 171:10, 181:14,
182:9, 195:13

**caps** [1] - 112:11

**captioned** [1] - 118:25

**card** [4] - 104:1, 233:2, 233:4, 233:7

**Cardenas** [1] - 33:20

**cardholders** [1] - 119:23

**Care** [1] - 268:12

**care** [5] - 34:14, 34:21, 93:15, 98:4,
130:22

**careful** [1] - 98:5

**carefully** [4] - 91:5, 97:25, 112:18,
122:19

**Cargill** [1] - 173:14

**caring** [2] - 44:16, 83:2

**Carolina** [1] - 181:23

**carry** [1] - 196:6

**carveout** [1] - 176:16

**Cascade** [2] - 53:5, 57:20

**CASE** [1] - 18:9

**case** [292] - 15:6, 18:18, 18:21, 18:22,
18:25, 19:2, 19:8, 20:24, 21:3, 21:6,
21:7, 21:10, 21:18, 22:1, 22:9, 22:23,
23:18, 23:21, 23:24, 24:6, 24:21,
25:25, 26:8, 26:20, 27:5, 27:9, 28:5,
28:13, 28:15, 28:17, 29:14, 30:1, 32:1,
32:12, 32:16, 33:4, 33:7, 33:15, 34:8,
34:15, 35:4, 35:21, 36:3, 62:18, 72:23,
88:23, 92:16, 93:3, 93:11, 93:20,
93:23, 94:12, 94:21, 94:22, 98:14,
99:2, 101:17, 101:19, 104:15, 123:1,
125:1, 125:14, 125:22, 126:2, 126:9,
126:10, 129:20, 129:21, 132:5,
136:24, 136:25, 137:1, 137:11, 138:9,
138:10, 138:13, 138:17, 139:9,
139:14, 139:16, 139:17, 140:10,
140:11, 141:20, 141:22, 141:23,
142:6, 143:17, 143:19, 143:20,
143:25, 144:9, 145:9, 146:2, 147:7,
147:22, 148:4, 148:6, 148:17, 149:6,
149:10, 149:13, 149:15, 149:16,
150:5, 150:16, 150:25, 151:12, 152:7,
152:8, 152:9, 152:21, 153:17, 153:18,
154:11, 154:12, 157:14, 157:16,
158:15, 158:17, 160:21, 160:22,
160:23, 161:14, 161:15, 161:20,
162:13, 163:11, 163:18, 165:5,
165:11, 166:4, 166:14, 167:5, 167:21,
168:8, 168:22, 168:23, 169:1, 169:22,
170:5, 170:6, 170:22, 170:25, 171:15,
171:25, 172:13, 173:3, 173:8, 173:16,
174:20, 175:2, 175:14, 177:4, 177:17,
177:19, 177:20, 177:24, 178:6, 178:8,
178:19, 179:11, 179:12, 181:2,
182:15, 182:18, 183:1, 183:17, 185:8,
185:22, 186:1, 187:20, 188:6, 188:8,
189:18, 189:19, 195:24, 196:12,
196:14, 196:20, 199:6, 199:13, 200:8,
200:21, 200:25, 201:2, 201:6, 201:17,
201:20, 201:24, 202:13, 202:20,
203:7, 203:9, 203:15, 203:21, 204:18,
206:1, 206:4, 206:13, 206:19, 207:12,
208:5, 208:12, 210:2, 210:4, 210:7,
211:9, 211:19, 212:10, 212:18, 213:2,
213:16, 223:18, 223:19, 225:21,
229:20, 231:7, 233:16, 233:18,
238:22, 246:16, 247:12, 256:7,
256:13, 256:25, 257:1, 257:17,
258:17, 258:21, 258:22, 259:2,
259:13, 259:25, 260:15, 260:25,
262:5, 263:20, 263:21, 264:13,
264:21, 264:22, 266:13, 268:19,
269:9, 269:14, 270:10, 270:17, 272:9,
272:19, 275:3, 275:7, 275:11

**case-by-case** [27] - 20:24, 21:7, 21:10,
24:6, 25:25, 92:16, 93:3, 93:11, 93:20,
94:12, 94:22, 98:14, 99:2, 150:25,
165:5, 165:11, 170:25, 211:9, 212:10,
256:7, 256:25, 258:17, 260:15,
260:25, 270:10, 270:17, 272:19

**cases** [65] - 15:4, 32:7, 93:8, 94:22,
100:15, 102:20, 132:24, 141:18,
141:24, 142:17, 148:19, 149:1,
149:23, 149:24, 150:9, 164:6, 164:22,
167:24, 174:20, 174:23, 178:23,
183:7, 197:6, 198:14, 198:18, 198:20,

200:4, 202:5, 202:9, 202:25, 203:4,
204:5, 204:23, 205:9, 205:13, 205:23,
205:24, 206:2, 206:8, 208:18, 223:3,
223:4, 225:10, 229:18, 229:20,
229:23, 231:6, 231:7, 233:12, 237:9,
239:9, 239:14, 239:22, 240:10, 247:7,
247:8, 263:12, 265:12, 266:6, 268:1,
268:2, 273:14

**Cashmere** [24] - 37:22, 39:18, 39:21,
46:13, 52:12, 52:23, 53:1, 53:5, 53:14,
55:8, 55:19, 55:20, 55:21, 56:1, 56:9,
56:21, 57:10, 57:12, 58:17, 59:5,
60:19, 63:2, 74:3, 83:13

**catastrophic** [1] - 244:13

**catch** [1] - 64:4

**catchall** [1] - 262:15

**categorical** [2] - 170:8, 170:14

**categorically** [2] - 28:9, 239:24

**categories** [1] - 127:2

**category** [8] - 93:14, 127:6, 130:17,
133:1, 133:3, 134:22, 141:25, 238:21

**Cati** [2] - 42:3, 43:13

**cause** [6] - 72:24, 159:1, 162:14,
162:17, 171:20, 246:13

**caused** [4] - 153:6, 154:20, 171:10,
275:7

**causes** [1] - 232:1

**causing** [2] - 20:1, 162:6

**cautious** [1] - 275:14

**caveat** [1] - 134:25

**caveats** [1] - 175:16

**CBP** [28] - 8:14, 51:11, 88:10, 98:24,
109:6, 109:13, 109:20, 109:23, 110:7,
111:25, 115:14, 115:15, 116:4,
219:21, 228:8, 244:10, 245:16, 248:6,
248:19, 253:10, 253:14, 253:21,
254:8, 254:12, 254:21, 255:3, 273:21

**ceases** [1] - 11:24

**celebrate** [1] - 41:25

**Center** [2] - 2:16, 3:3

**Central** [2] - 22:5, 22:6

**central** [2] - 69:23, 193:2

**cents** [1] - 233:3

**century** [1] - 92:19

**CEO** [1] - 31:16

**certain** [27] - 7:13, 8:6, 10:12, 15:7,
17:25, 22:6, 99:17, 112:22, 114:5,
115:7, 126:1, 126:4, 130:25, 131:1,
144:21, 145:25, 158:20, 177:24,
179:15, 180:11, 186:24, 187:2,
192:10, 239:19, 248:13, 268:5, 270:7

**Certainly** [1] - 45:13

**certainly** [8] - 30:19, 43:2, 46:7, 46:25,
75:9, 184:20, 191:10, 240:14

**certainty** [1] - 161:19

**CERTIFICATE** [1] - 276:16

**certificate** [2] - 113:24, 130:2

**certification** [2] - 111:18, 112:1

**certified** [2] - 8:12, 113:25

**certify** [3] - 10:25, 24:23, 276:18

**certifying** [1] - 10:21
**certiorari** [2] - 147:22, 150:13
**cetera** [2] - 168:7, 181:17
**CFR** [3] - 110:9, 114:19
**CH** [1] - 40:14
**challenge** [17] - 96:15, 125:11, 125:16, 140:23, 146:22, 153:19, 157:11, 158:1, 162:11, 171:21, 196:13, 197:25, 208:25, 210:21, 243:9, 259:2, 267:20
**challenged** [11] - 8:19, 22:1, 125:19, 146:4, 166:7, 170:7, 199:23, 229:25, 231:10, 239:23, 269:22
**challenges** [5] - 198:16, 198:21, 264:14, 264:16, 266:20
**challenging** [12] - 90:22, 133:8, 141:5, 156:20, 161:16, 169:9, 194:18, 199:14, 211:5, 237:12, 241:2, 267:25
**champion** [1] - 34:7
**chance** [3] - 64:4, 66:4, 191:13
**Chaney** [6] - 148:16, 148:20, 148:23, 168:23, 169:2, 169:14
**Chaney's** [1] - 169:16
**change** [15] - 58:4, 73:12, 106:14, 106:17, 126:8, 126:14, 129:9, 161:5, 161:7, 161:10, 174:7, 211:16, 268:24, 271:10, 271:16
**changed** [5] - 183:10, 186:15, 186:17, 189:12, 207:8
**changes** [3] - 20:25, 172:14, 186:1
**changing** [1] - 172:18
**channeling** [1] - 99:9
**channels** [2] - 101:23, 106:23
**characteristics** [1] - 238:24
**charge** [2] - 117:19, 117:21
**charges** [3] - 233:9, 233:19, 233:20
**Charis** [1] - 30:1
**Charles** [1] - 3:3
**chart** [1] - 95:14
**charter** [3] - 215:10, 217:16, 217:24
**check** [8] - 16:15, 16:17, 17:1, 129:19, 207:14, 207:17, 233:1, 245:23
**checking** [2] - 51:18, 51:19
**checks** [3] - 25:19, 25:21, 128:7
**Chief** [2] - 182:14, 186:6
**chief** [2] - 35:21, 129:25
**child** [2] - 134:15, 134:19
**child's** [1] - 134:18
**childhood** [3] - 50:11, 50:20, 53:7
**children** [24] - 10:1, 22:6, 28:8, 28:9, 37:25, 42:1, 43:16, 66:5, 67:17, 67:20, 83:10, 115:17, 133:6, 133:24, 134:3, 134:6, 134:10, 134:12, 145:6, 147:4, 225:9, 225:15, 237:3, 237:5
**Children's** [1] - 130:21
**CHIP** [1] - 132:21
**CHNV** [87] - 19:21, 19:23, 20:1, 20:5, 20:8, 21:24, 22:17, 22:22, 23:2, 23:5, 23:18, 23:20, 23:23, 24:1, 24:9, 26:17, 26:19, 26:25, 27:2, 27:10, 27:13,

27:16, 27:18, 27:25, 28:5, 28:10, 28:11, 28:25, 31:13, 32:3, 32:5, 32:20, 32:24, 33:4, 33:8, 33:11, 34:10, 34:12, 35:1, 35:4, 35:6, 40:17, 44:1, 45:11, 45:13, 63:22, 64:9, 64:11, 64:12, 64:16, 64:21, 65:6, 66:3, 67:3, 74:7, 76:6, 77:6, 77:25, 79:4, 79:19, 80:17, 85:13, 87:4, 87:6, 87:9, 88:24, 90:23, 117:8, 117:11, 130:11, 197:8, 211:5, 214:15, 219:13, 219:20, 219:23, 220:6, 225:3, 227:20, 228:23, 230:14, 234:13, 234:19, 237:13, 238:6, 238:17, 238:18
**choice** [4] - 172:16, 206:21, 206:22, 207:16
**choices** [3] - 207:15, 207:16, 209:9
**chooses** [1] - 203:24
**chose** [2] - 103:15, 158:25
**chosen** [5] - 42:6, 43:17, 44:13, 44:19, 60:21
**Christian** [4] - 26:12, 33:7, 55:24, 67:17
**Christmas** [1] - 41:23
**Christopher** [1] - 2:8
**chronic** [2] - 31:18, 34:17
**church** [23] - 54:13, 54:16, 54:17, 54:18, 55:3, 55:4, 55:5, 55:17, 55:19, 55:20, 56:1, 56:3, 56:5, 56:7, 56:11, 56:12, 56:14, 56:23, 57:1, 57:8, 57:11, 57:16, 74:2
**church's** [2] - 56:4, 56:12
**cider** [1] - 111:12
**circle** [1] - 268:8
**Circuit** [84] - 92:13, 92:18, 99:6, 124:11, 125:12, 125:14, 125:22, 126:10, 129:20, 136:25, 137:1, 140:12, 141:22, 143:25, 146:3, 147:7, 149:14, 152:8, 152:23, 153:18, 154:12, 154:19, 154:22, 160:21, 161:9, 162:12, 162:20, 163:18, 164:10, 167:4, 167:19, 167:25, 168:8, 168:11, 169:1, 171:25, 172:11, 173:13, 178:18, 179:3, 181:2, 181:23, 182:17, 182:24, 183:6, 183:16, 183:17, 183:20, 185:15, 185:20, 186:17, 188:4, 189:13, 198:18, 198:20, 198:22, 198:24, 199:5, 199:7, 199:15, 199:19, 201:15, 201:16, 203:3, 203:7, 203:14, 205:12, 205:16, 222:18, 226:3, 233:14, 233:23, 247:3, 256:20, 257:2, 259:18, 259:24, 263:9, 263:17, 264:13, 266:13, 266:16, 266:19
**circuit** [1] - 173:16
**Circuit's** [9] - 125:1, 143:19, 151:11, 161:15, 165:25, 257:22, 263:15, 265:4, 271:24
**circumstance** [6] - 217:22, 218:16, 218:20, 225:8, 245:6, 249:2
**circumstances** [4] - 213:16, 213:21, 248:14, 267:15
**circumventing** [1] - 106:23

**circumvents** [1] - 112:5
**citation** [2] - 109:16, 110:9
**citations** [1] - 191:1
**cite** [8] - 10:24, 124:1, 160:20, 171:5, 194:24, 201:2, 261:24, 263:17
**cited** [8] - 27:13, 97:24, 141:17, 141:23, 143:19, 153:18, 265:12, 271:12
**cites** [6] - 112:8, 123:25, 149:10, 257:2, 263:18, 276:7
**citizens** [4] - 119:22, 120:13, 194:12, 207:15
**citizenship** [1] - 145:17
**Civil** [1] - 5:6
**claim** [26] - 105:1, 135:1, 137:2, 137:14, 137:15, 137:18, 137:22, 138:3, 138:8, 138:18, 138:20, 172:21, 176:25, 180:19, 181:14, 191:6, 195:3, 196:10, 199:17, 209:11, 209:14, 210:7, 260:5, 266:25
**claim-by-claim** [1] - 191:6
**claimed** [2] - 28:13, 28:14
**claiming** [2] - 94:15, 153:12
**claims** [30] - 20:4, 26:18, 26:23, 27:15, 28:7, 28:17, 28:23, 30:2, 31:7, 31:12, 32:7, 36:2, 99:23, 104:24, 125:13, 125:15, 131:21, 131:23, 136:9, 152:13, 181:1, 181:3, 181:4, 190:11, 190:16, 190:25, 194:18, 195:8, 195:12, 266:23
**clarify** [6] - 39:7, 39:12, 40:12, 53:18, 63:24, 75:18
**clarifying** [1] - 54:10
**class** [3] - 161:16, 161:18, 170:9
**class-based** [2] - 161:16, 161:18
**classifications** [4] - 110:22, 112:9, 112:11, 172:15
**classifying** [2] - 125:24, 126:5
**clause** [1] - 168:16
**clean** [1] - 16:8
**clear** [13] - 12:18, 21:15, 72:1, 79:1, 107:8, 107:21, 107:23, 140:2, 140:18, 172:11, 200:6, 257:16
**clearer** [2] - 106:25, 206:12
**clearly** [6] - 106:1, 107:6, 117:11, 198:2, 208:10, 208:16
**CLERK** [2] - 5:6, 17:22
**client** [2] - 218:18, 234:11
**clients** [2] - 235:5, 236:20
**climate** [2] - 58:2, 58:4
**close** [11] - 6:6, 7:18, 14:8, 14:17, 41:17, 43:11, 50:25, 59:6, 62:22, 242:2, 276:6
**closed** [4] - 10:22, 14:24, 89:19
**closely** [1] - 208:17
**CLOSING** [2] - 4:6, 4:9
**closing** [3] - 35:24, 90:10, 90:18
**cloth** [1] - 102:1
**clothing** [1] - 58:6
**co** [6] - 5:15, 43:24, 84:7, 268:9, 274:18, 274:20

**co-counsel** [5] - 5:15, 84:7, 268:9, 274:18, 274:20
**co-sponsors** [1] - 43:24
**coastal** [4] - 47:4, 63:4, 82:3
**cocounsel** [1] - 18:17
**codified** [1] - 20:13
**cognizable** [6] - 139:13, 139:24, 139:25, 153:21, 207:10, 223:15
**coin** [1] - 125:6
**collaborative** [1] - 23:8
**colleague** [8] - 90:17, 90:20, 104:21, 123:18, 124:7, 135:14, 135:21, 274:13
**colleagues** [3] - 5:18, 30:19, 60:24
**collect** [3] - 48:8, 121:19, 122:3
**collecting** [1] - 48:10
**combined** [3] - 165:8, 214:12, 214:14
**come** [57] - 13:16, 14:1, 18:10, 22:21, 26:5, 34:20, 40:12, 45:6, 47:15, 47:19, 49:15, 50:10, 52:11, 65:8, 69:10, 69:13, 69:20, 70:2, 70:10, 70:14, 79:2, 79:10, 79:16, 79:19, 80:14, 80:16, 87:3, 87:10, 91:4, 96:23, 98:16, 99:20, 102:12, 102:13, 103:20, 103:21, 149:14, 155:20, 156:25, 182:3, 191:11, 194:1, 205:6, 210:16, 213:7, 213:18, 221:11, 225:25, 227:19, 238:13, 240:22, 246:12, 246:25, 249:11, 249:24, 253:23, 257:12
**comes** [9] - 29:1, 98:22, 142:21, 211:6, 216:25, 244:7, 258:16, 260:4, 264:5
**coming** [24] - 52:21, 65:5, 70:6, 71:12, 75:13, 87:18, 89:9, 95:8, 96:17, 98:25, 111:7, 156:10, 156:13, 176:11, 211:25, 217:21, 219:21, 223:14, 224:20, 226:12, 228:9, 231:21, 240:19, 247:14
**commands** [2] - 272:12
**commenced** [1] - 121:24
**comment** [37] - 91:17, 125:13, 136:24, 137:2, 137:3, 137:5, 137:8, 137:12, 137:14, 137:19, 137:23, 138:3, 138:11, 138:15, 138:18, 138:20, 138:22, 139:1, 139:7, 164:9, 166:9, 166:13, 172:14, 180:17, 180:20, 181:3, 181:18, 182:7, 182:10, 195:19, 208:24, 209:11, 209:14, 210:7, 221:18, 257:11
**Commission** [3] - 130:19, 157:15, 158:18
**commit** [1] - 246:25
**commits** [1] - 265:2
**committed** [31] - 59:16, 112:22, 114:15, 166:25, 168:20, 171:13, 195:5, 251:9, 252:5, 255:25, 258:12, 258:20, 259:15, 260:3, 260:9, 261:9, 262:12, 262:17, 262:25, 263:3, 263:4, 264:1, 264:6, 265:6, 265:15, 270:5, 270:18, 271:20, 272:3, 272:5, 272:17
**common** [3] - 106:5, 109:24, 122:24
**commonly** [1] - 111:2

**communicable** [1] - 112:21
**communicate** [6] - 42:20, 42:21, 83:18, 83:19, 84:2
**communication** [1] - 51:17
**communities** [1] - 35:8
**community** [17] - 41:5, 46:21, 47:4, 47:6, 47:14, 54:17, 54:18, 56:11, 56:15, 57:4, 57:8, 59:5, 60:19, 60:20, 74:3, 82:3, 82:8
**community's** [1] - 50:24
**comparator** [1] - 246:21
**compare** [1] - 101:15
**compared** [2] - 153:16, 154:10
**comparing** [1] - 193:15
**comparison** [3] - 95:5, 117:17, 155:14
**complain** [1] - 153:5
**complained** [1] - 29:16
**complaint** [14] - 92:7, 123:23, 157:14, 157:20, 158:5, 158:9, 240:15, 240:18, 240:22, 241:1, 241:5, 241:6, 241:11, 242:8
**complete** [5] - 13:2, 102:21, 178:16, 188:15, 188:23
**completed** [1] - 25:21
**completely** [1] - 209:22
**completion** [1] - 100:4
**compliance** [1] - 174:12
**complications** [1] - 83:1
**comply** [2] - 100:9, 115:18
**complying** [2] - 154:15, 165:5
**component** [3] - 23:5, 23:8, 234:17
**components** [1] - 8:15
**compound** [1] - 67:6
**compounding** [1] - 82:9
**comprehensive** [2] - 102:5, 112:24
**computer** [2] - 1:25, 118:22
**computer-assisted** [1] - 1:25
**concede** [2] - 258:6, 259:10
**conceded** [1] - 135:20
**conceptually** [1] - 240:8
**concern** [3] - 112:21, 184:17, 267:4
**concerning** [1] - 15:17
**concerns** [3] - 81:18, 187:8, 267:6
**conclude** [3] - 163:25, 192:5, 222:5
**concludes** [1] - 61:20
**conclusion** [9] - 70:15, 70:17, 71:20, 73:11, 74:11, 78:3, 86:14, 101:18, 190:13
**conclusions** [3] - 92:9, 100:19, 231:5
**concrete** [7] - 134:13, 194:22, 207:9, 209:3, 229:14, 240:13, 269:21
**concurrence** [5] - 178:23, 203:22, 211:3, 211:15, 269:10
**concurrent** [2] - 148:18, 173:2
**concurring** [1] - 173:11
**conditional** [1] - 120:16
**conditionally** [3] - 219:12, 219:19, 228:3
**conditions** [8] - 15:17, 85:23, 214:25,

244:22, 244:24, 256:6, 270:9, 273:25
**conduct** [1] - 26:3
**confer** [9] - 20:22, 60:24, 84:6, 84:9, 170:7, 199:21, 265:18, 274:12, 274:16
**conference** [1] - 107:12
**conferred** [1] - 20:10
**conferring** [2] - 144:6, 144:12
**confers** [1] - 19:13
**confess** [1] - 259:8
**confront** [1] - 108:2
**confused** [1] - 71:2
**confusing** [1] - 148:17
**congress** [1] - 107:5
**Congress** [72] - 20:19, 20:25, 21:5, 21:7, 21:21, 91:6, 91:15, 91:24, 92:5, 92:21, 92:25, 93:20, 97:3, 97:8, 97:12, 97:13, 98:1, 98:3, 98:6, 102:7, 103:3, 103:4, 103:5, 103:6, 103:9, 105:19, 105:21, 105:25, 106:6, 106:12, 106:15, 106:18, 106:24, 107:9, 107:17, 107:24, 108:4, 108:10, 108:15, 110:16, 110:18, 112:5, 112:18, 113:6, 113:11, 115:12, 116:17, 116:21, 116:25, 117:10, 117:21, 118:6, 118:13, 119:24, 120:21, 122:17, 122:19, 122:24, 123:12, 123:14, 139:21, 168:16, 187:21, 204:3, 207:5, 207:8, 212:22, 259:19, 267:15, 267:17, 272:12, 272:23
**Congressional** [1] - 158:19
**congressional** [2] - 108:13, 154:15
**conjure** [1] - 123:8
**connect** [1] - 18:12
**connected** [2] - 230:1, 231:18
**connection** [2] - 46:5, 221:10
**connectivity** [1] - 83:24
**consent** [1] - 249:23
**consequence** [9] - 164:14, 181:24, 194:3, 215:14, 216:9, 219:6, 227:12, 249:13
**consequences** [9] - 164:13, 165:20, 181:22, 253:1, 253:5, 253:6, 255:7, 255:15, 255:21
**consider** [13] - 91:17, 117:25, 118:4, 148:9, 150:24, 152:25, 154:25, 157:18, 158:8, 226:4, 226:10, 233:25, 244:12
**consideration** [1] - 100:1
**considerations** [1] - 195:15
**considered** [14] - 24:6, 25:25, 152:5, 156:3, 156:4, 157:4, 226:8, 234:6, 255:20, 257:8, 274:1
**considering** [1] - 176:7
**consistent** [3] - 91:14, 91:23, 265:8
**consists** [1] - 123:13
**constant** [2] - 46:20, 51:17
**constantly** [4] - 45:2, 45:3, 46:17, 51:18
**constitute** [2] - 145:13, 199:1
**constituted** [1] - 142:2

**Constitution** [4] - 133:4, 187:11, 187:15, 187:21
**constitutional** [2] - 199:11, 264:19
**constrained** [1] - 186:12
**constraints** [2] - 199:12, 264:19
**construction** [2] - 45:2, 67:22
**construed** [2] - 110:2, 139:17
**consular** [8] - 111:21, 111:22, 113:14, 113:15, 114:2, 115:9, 117:24, 124:2
**consultation** [1] - 98:6
**consuming** [1] - 49:14
**consummate** [4] - 163:6, 163:13, 253:3, 255:2
**consummates** [2] - 163:4, 252:24
**consummation** [3] - 162:23, 164:1, 273:10
**contain** [1] - 107:21
**contained** [1] - 262:1
**contemplated** [1] - 267:18
**contemplates** [1] - 266:10
**contempt** [1] - 174:13
**contested** [2] - 147:20, 150:12
**context** [13] - 76:15, 93:24, 107:23, 136:1, 178:20, 182:22, 184:10, 185:19, 188:2, 189:12, 191:21, 196:16, 209:14
**contexts** [2] - 99:7, 265:10
**contextual** [1] - 23:4
**contingent** [5] - 220:18, 227:7, 230:9, 230:10, 250:17
**continually** [3] - 83:6, 129:2, 225:23
**continue** [3] - 15:3, 59:22, 60:21
**CONTINUED** [3] - 2:1, 3:1, 87:14
**continued** [4] - 4:5, 53:14, 83:14, 143:4
**continues** [3] - 10:16, 172:21, 223:2
**continuing** [1] - 175:6
**contract** [3] - 120:25, 121:13, 233:6
**contradicted** [1] - 183:18
**contrary** [9] - 30:2, 31:7, 31:12, 105:15, 125:15, 173:17, 180:25, 181:19, 200:4
**contrast** [4] - 32:8, 97:25, 104:21, 108:20
**contribution** [3] - 131:8, 131:9, 158:21
**control** [1] - 154:24
**conversation** [1] - 70:5
**conversations** [2] - 78:15, 85:16
**converse** [1] - 257:10
**converting** [1] - 132:1
**coordinating** [1] - 48:11
**coordination** [1] - 55:12
**copies** [3] - 17:13, 108:6, 146:12
**copy** [5] - 108:22, 113:23, 113:25, 116:3
**corollary** [1] - 182:15
**correct** [41] - 17:6, 17:7, 17:9, 18:9, 39:16, 40:15, 55:20, 62:21, 62:23, 63:8, 65:14, 67:19, 67:21, 67:24, 79:5, 79:6, 79:7, 79:8, 79:12, 79:13, 79:15, 79:20, 80:3, 80:5, 80:8, 80:10, 80:12, 80:17, 80:18, 86:1, 86:4, 87:21, 87:22,

137:22, 152:24, 215:18, 247:8, 255:13, 256:17, 258:5, 276:19
**correctly** [1] - 65:11
**cost** [26] - 115:15, 130:3, 130:7, 134:15, 136:15, 136:21, 142:24, 143:5, 152:13, 166:7, 166:15, 166:16, 222:9, 222:10, 222:11, 222:12, 222:17, 222:20, 226:5, 233:4, 234:5, 237:7, 238:21, 275:8, 275:9, 275:10
**costing** [1] - 199:20
**costs** [121] - 27:7, 27:10, 27:15, 27:22, 27:23, 28:3, 28:8, 28:21, 29:9, 29:11, 29:20, 29:23, 30:6, 30:7, 30:8, 30:10, 83:2, 132:20, 133:18, 134:19, 134:23, 139:15, 142:21, 143:1, 143:2, 143:3, 143:7, 143:10, 143:11, 143:13, 144:4, 145:2, 145:10, 145:13, 145:15, 151:19, 153:2, 155:1, 156:16, 156:20, 161:8, 194:25, 195:23, 199:3, 199:22, 220:17, 220:19, 222:4, 222:6, 222:21, 223:13, 223:14, 223:25, 224:2, 224:24, 225:1, 225:3, 225:8, 225:13, 226:4, 226:7, 226:10, 229:8, 230:2, 231:24, 232:2, 232:12, 232:14, 232:22, 232:23, 232:25, 233:3, 233:7, 233:8, 233:18, 233:21, 233:23, 234:3, 237:10, 237:16, 237:18, 237:20, 237:22, 237:23, 238:1, 238:6, 238:18, 238:25, 239:3, 239:5, 240:23, 242:10, 242:11, 243:16, 243:20, 244:2, 244:6, 246:9, 246:11, 246:14, 246:15, 246:18, 246:20, 246:23, 247:1, 247:16, 247:18, 247:20, 247:23, 247:24, 268:13, 268:22, 269:25, 270:4, 274:24, 275:5, 275:13
**could** [67] - 6:20, 7:2, 7:5, 16:17, 16:20, 22:13, 28:19, 30:14, 33:15, 42:1, 54:20, 54:24, 55:11, 63:24, 64:25, 77:19, 78:16, 87:9, 103:13, 103:14, 106:25, 129:7, 129:9, 129:10, 138:1, 138:2, 141:21, 146:10, 154:10, 156:17, 163:2, 165:4, 168:19, 174:11, 174:12, 174:14, 176:25, 181:7, 181:19, 182:3, 184:6, 188:11, 190:5, 199:23, 203:13, 206:9, 207:6, 207:8, 207:9, 209:6, 210:6, 210:10, 210:20, 221:8, 224:13, 225:8, 225:17, 236:1, 236:5, 243:12, 243:19, 244:16, 257:14, 266:25, 269:11, 275:18
**couldn't** [1] - 207:2
**Counsel** [1] - 64:5
**counsel** [13] - 5:9, 5:15, 5:20, 63:24, 73:12, 81:1, 84:7, 84:9, 265:18, 268:9, 274:16, 274:18, 274:20
**count** [1] - 231:2
**counted** [3] - 29:24, 30:12, 146:14
**counting** [2] - 30:7, 30:11
**countless** [1] - 35:7
**countries** [64] - 9:24, 22:6, 38:17, 95:7, 99:17, 100:25, 101:4, 113:24, 116:19,

117:2, 117:3, 117:8, 117:10, 117:15, 193:14, 193:22, 194:8, 194:9, 194:12, 196:22, 197:5, 197:9, 204:16, 210:13, 213:19, 213:25, 214:7, 214:10, 214:12, 214:20, 214:24, 214:25, 215:9, 215:11, 215:15, 215:22, 216:8, 217:18, 217:21, 218:10, 218:23, 219:2, 219:5, 219:9, 220:9, 220:23, 221:20, 221:24, 224:10, 224:12, 227:3, 227:19, 237:18, 239:2, 240:21, 241:12, 242:12, 247:14, 247:19, 249:24, 250:3, 255:10, 255:13, 270:1
**countries'** [1] - 215:1
**country** [41] - 44:5, 71:9, 82:15, 82:18, 82:23, 84:18, 84:23, 85:1, 86:7, 88:18, 96:17, 97:20, 101:3, 107:4, 109:21, 111:6, 141:13, 141:16, 153:13, 154:4, 156:22, 176:24, 184:13, 187:24, 196:24, 204:25, 207:19, 209:10, 210:9, 210:11, 211:25, 213:7, 215:5, 215:6, 217:3, 217:11, 221:9, 244:9, 248:12, 248:20, 249:6
**country's** [1] - 107:11
**couple** [16] - 5:21, 6:6, 43:5, 55:10, 84:16, 128:11, 141:18, 154:12, 178:9, 178:24, 192:10, 225:18, 239:8, 249:5, 268:8, 273:14
**course** [20] - 14:21, 30:18, 47:16, 53:20, 100:22, 125:4, 134:23, 146:17, 147:24, 149:9, 150:18, 165:6, 169:23, 171:7, 188:9, 207:13, 218:8, 252:17, 257:18, 272:16
**Court** [133] - 5:6, 7:1, 7:5, 7:6, 8:18, 8:19, 11:4, 13:19, 15:21, 17:13, 18:24, 19:7, 26:15, 32:4, 32:15, 32:21, 37:7, 37:18, 61:23, 88:24, 89:1, 90:15, 99:22, 101:4, 105:16, 105:18, 105:25, 106:4, 106:8, 106:9, 122:22, 132:7, 133:5, 139:16, 139:22, 140:2, 141:11, 141:23, 143:7, 143:19, 147:18, 147:23, 149:1, 149:15, 149:25, 150:14, 157:16, 158:15, 159:2, 160:21, 164:5, 165:15, 166:6, 170:21, 171:5, 171:8, 171:12, 171:23, 180:13, 181:4, 182:20, 183:1, 183:11, 183:14, 183:15, 183:19, 185:20, 186:1, 187:6, 191:4, 192:25, 194:21, 194:23, 196:11, 196:14, 196:16, 197:22, 197:23, 198:1, 198:19, 200:9, 200:11, 200:12, 200:25, 201:2, 201:15, 201:23, 202:3, 202:19, 202:25, 203:12, 203:15, 203:23, 204:18, 207:3, 207:24, 208:10, 208:13, 208:16, 211:3, 223:4, 223:19, 223:20, 223:23, 224:19, 227:22, 229:23, 234:7, 235:11, 236:24, 250:25, 252:8, 252:12, 255:24, 256:16, 259:18, 259:25, 261:21, 261:22, 262:4, 262:6, 262:18, 265:11, 265:12, 265:14, 266:12, 268:7, 268:18, 272:8, 272:16,

273:13, 273:23
**court** [25] - 6:4, 18:19, 21:20, 22:11,
32:2, 37:10, 102:18, 102:20, 105:24,
121:9, 131:20, 134:8, 140:5, 168:6,
172:10, 172:24, 185:14, 198:6, 203:7,
203:25, 207:10, 207:18, 257:15,
259:22, 261:14
**COURT** [372] - 1:1, 3:6, 5:2, 5:3, 5:21,
6:13, 6:18, 6:22, 7:9, 8:22, 9:7, 9:11,
9:14, 10:9, 11:9, 11:12, 12:18, 14:5,
14:17, 15:19, 15:23, 16:17, 16:23,
17:3, 17:8, 17:10, 17:14, 17:20, 17:23,
18:1, 18:4, 18:7, 18:11, 18:15, 30:3,
30:6, 30:11, 30:15, 30:21, 31:2, 31:5,
35:12, 35:18, 36:4, 36:10, 36:14,
36:18, 36:20, 36:23, 60:25, 61:5,
61:21, 61:25, 62:8, 62:9, 62:11, 62:13,
64:1, 66:8, 66:18, 66:22, 67:11, 68:4,
68:10, 69:2, 69:16, 70:4, 70:18, 70:20,
71:4, 71:7, 71:22, 71:24, 72:9, 72:12,
72:15, 72:22, 72:24, 73:14, 74:13,
76:1, 76:11, 76:24, 77:2, 77:14, 78:5,
78:13, 78:19, 78:21, 79:21, 79:24,
80:20, 80:23, 81:2, 81:11, 81:17,
81:20, 81:22, 84:8, 84:12, 84:15,
84:21, 84:25, 85:5, 85:12, 85:15,
85:20, 86:2, 86:5, 86:9, 86:12, 86:16,
86:21, 86:24, 87:7, 87:12, 88:21, 89:3,
89:8, 89:11, 89:16, 89:18, 90:1, 90:3,
90:5, 90:6, 90:14, 104:23, 105:6,
115:24, 123:20, 124:5, 124:15,
126:20, 126:23, 127:23, 128:12,
128:18, 129:4, 132:1, 137:10, 137:16,
138:1, 138:19, 139:3, 139:5, 139:10,
140:7, 140:15, 140:18, 141:7, 143:2,
143:5, 143:12, 144:4, 144:10, 144:15,
144:23, 147:17, 147:20, 148:1,
148:13, 148:25, 149:4, 149:11,
149:19, 149:23, 150:4, 151:6, 151:8,
154:17, 155:7, 155:10, 155:19,
155:25, 156:7, 156:16, 156:23,
157:17, 158:3, 158:7, 172:25, 173:24,
174:5, 174:19, 175:3, 175:12, 175:20,
176:15, 177:6, 177:23, 178:22, 179:4,
179:8, 179:14, 179:22, 180:16, 182:6,
182:11, 182:14, 183:2, 183:5, 183:11,
183:21, 183:24, 184:3, 184:8, 184:17,
184:24, 185:5, 185:18, 186:6, 186:11,
186:16, 186:20, 186:22, 187:13,
187:17, 188:17, 188:22, 189:4,
189:17, 189:22, 190:1, 190:9, 190:14,
190:17, 191:9, 191:19, 191:22, 192:8,
192:14, 192:16, 192:18, 192:19,
192:23, 200:3, 200:12, 200:18, 201:7,
201:14, 201:21, 201:25, 202:4,
202:16, 202:21, 202:24, 203:10,
204:13, 204:24, 205:5, 205:10,
205:21, 207:18, 208:6, 208:21, 209:4,
209:6, 209:13, 209:19, 209:23, 210:6,
211:24, 212:6, 212:11, 212:14, 213:5,
213:13, 215:16, 215:18, 215:22,

216:14, 216:18, 216:24, 217:10,
217:22, 218:4, 218:8, 218:11, 218:24,
221:12, 222:8, 222:15, 223:8, 227:18,
227:24, 228:13, 228:15, 229:16,
230:12, 230:17, 230:24, 233:11,
234:25, 235:8, 235:11, 235:22, 236:4,
236:15, 236:21, 239:6, 239:8, 239:14,
240:3, 240:7, 240:16, 242:15, 242:23,
243:1, 243:5, 243:15, 244:13, 245:2,
245:5, 247:2, 247:9, 250:2, 251:3,
251:6, 251:11, 251:17, 251:24, 252:3,
252:9, 252:15, 252:19, 255:9, 255:14,
256:1, 256:12, 256:17, 256:24, 257:9,
257:18, 257:24, 258:5, 258:10,
258:15, 258:23, 259:3, 259:14,
259:21, 260:2, 260:13, 260:20,
260:22, 261:18, 263:2, 263:8, 263:11,
263:20, 263:23, 265:17, 265:19,
269:6, 270:5, 270:24, 271:3, 271:11,
271:19, 273:2, 273:5, 273:8, 274:7,
274:14, 274:20, 275:1, 275:23, 276:1,
276:4, 276:14, 276:16
**Court's** [19] - 13:13, 15:10, 99:24,
115:22, 139:14, 141:20, 174:16,
201:11, 206:3, 206:10, 210:22, 231:5,
252:17, 261:21, 267:14, 268:18,
271:23, 272:9, 275:2
**courtesy** [1] - 17:13
**courtroom** [1] - 5:23
**courts** [14] - 92:12, 172:23, 188:7,
198:2, 198:9, 198:15, 203:19, 204:10,
206:24, 207:1, 233:25, 261:2, 262:19
**Courts** [5] - 105:19, 226:4, 268:21,
269:3, 269:11
**cousin** [8] - 45:16, 45:25, 46:14, 59:8,
59:11, 61:10, 61:12, 61:13
**cousin's** [1] - 75:10
**cover** [3] - 243:16, 243:19, 244:1
**coverage** [1] - 131:3
**covered** [2] - 242:16, 262:21
**COVID-19** [3] - 47:17, 82:21, 193:9
**crafted** [1] - 97:25
**Crane** [1] - 199:18
**create** [13] - 60:4, 90:23, 91:12, 94:18,
97:18, 102:11, 103:3, 103:4, 103:5,
103:6, 107:18, 160:25, 197:18
**created** [19] - 47:7, 83:1, 83:8, 91:2,
95:10, 97:3, 98:1, 98:3, 102:1, 102:7,
102:24, 103:8, 107:9, 108:5, 116:21,
117:13, 122:17, 122:20, 126:13
**creates** [3] - 110:14, 118:7, 122:15
**creating** [3] - 29:15, 99:10, 141:3
**Crestway** [1] - 2:21
**crime** [2] - 31:8, 246:13
**crimes** [2] - 112:22, 246:25
**criminal** [9] - 85:3, 114:17, 135:9,
136:20, 216:2, 216:16, 248:13,
248:19, 248:22
**Criminal** [2] - 136:2, 136:13
**crises** [1] - 22:20

**crisis** [1] - 91:11
**critical** [7] - 23:3, 23:11, 31:14, 32:24,
34:13, 34:19, 100:13
**critically** [1] - 34:2
**criticizes** [1] - 163:18
**Cross** [1] - 4:3
**CROSS** [2] - 62:15, 78:22
**cross** [11] - 4:4, 61:21, 66:1, 66:6,
78:12, 79:24, 79:25, 96:25, 103:10,
104:2, 178:5
**CROSS-EXAMINATION** [2] - 62:15,
78:22
**cross-examination** [1] - 79:24
**crossing** [1] - 104:9
**crosstalk** [1] - 84:16
**CRR** [2] - 3:7, 276:23
**CSR** [1] - 3:7
**Cuba** [20] - 19:19, 23:15, 24:2, 26:25,
38:13, 39:1, 95:24, 101:8, 117:9,
193:12, 193:18, 213:25, 214:4,
214:21, 217:17, 218:12, 218:14,
226:23, 249:3, 257:13
**Cuban** [3] - 22:7, 22:25, 227:9
**Cubans** [5] - 95:1, 100:20, 215:3,
226:25, 227:7
**curious** [2] - 14:14, 208:11
**current** [3] - 101:21, 130:15, 238:2
**currently** [7] - 63:1, 101:9, 132:15,
215:24, 234:12, 245:16, 245:22
**curtail** [1] - 91:24
**curtailed** [1] - 92:5
**custody** [1] - 99:14
**customer** [1] - 130:16
**customer's** [1] - 128:9
**customers** [1] - 130:5
**cutoff** [3] - 13:4, 13:21, 13:22
**cutting** [1] - 66:19
**Cyierra** [1] - 29:2

# D

**D** [3] - 5:1, 7:6, 149:21
**D-A-C-A** [1] - 149:21
**DACA** [71] - 99:5, 120:19, 125:1, 125:22,
126:2, 128:25, 129:2, 132:5, 132:6,
140:10, 140:11, 141:19, 141:20,
143:1, 143:20, 143:25, 144:16, 145:8,
145:11, 145:12, 145:14, 145:23,
145:25, 147:7, 149:5, 149:13, 149:15,
149:17, 149:21, 151:11, 151:19,
162:12, 162:14, 162:17, 165:12,
165:25, 166:1, 173:16, 175:14, 178:6,
178:18, 181:2, 185:8, 200:3, 201:8,
202:9, 204:24, 205:6, 205:8, 205:13,
208:20, 222:25, 223:11, 223:18,
223:25, 225:20, 230:3, 231:6, 233:12,
239:15, 239:25, 263:4, 263:25, 264:5,
264:22, 273:2, 273:8, 273:10, 273:17
**DACA/DAPA** [1] - 203:3
**daily** [2] - 83:13, 84:3

**damage** [1] - 153:20
**damaged** [1] - 145:22
**damages** [1] - 145:20
**dangerous** [9] - 85:23, 105:8, 217:1, 217:7, 217:23, 218:1, 218:2, 218:14, 248:12
**Daniel** [1] - 2:2
**DAPA** [46] - 99:5, 126:9, 129:20, 141:22, 143:19, 144:17, 149:5, 149:6, 149:10, 152:8, 152:14, 153:17, 160:23, 161:20, 165:9, 166:6, 166:14, 167:4, 169:22, 170:5, 172:13, 187:20, 200:4, 201:8, 202:9, 204:24, 205:5, 205:8, 205:13, 208:20, 222:25, 223:11, 223:19, 224:1, 225:21, 231:6, 233:12, 239:15, 239:25, 263:4, 263:25, 264:5, 273:2, 273:8, 273:11, 273:17
**data** [56] - 6:24, 7:3, 7:7, 7:13, 7:22, 7:24, 8:7, 8:9, 8:10, 8:12, 8:13, 8:17, 8:25, 9:1, 9:5, 9:7, 9:8, 9:20, 9:21, 9:23, 10:2, 10:3, 10:4, 10:8, 10:12, 10:13, 10:16, 10:19, 10:21, 10:25, 11:7, 11:14, 11:18, 12:3, 12:14, 13:1, 13:9, 13:11, 13:16, 14:2, 14:14, 14:23, 26:24, 27:4, 27:12, 133:24, 134:4, 134:11, 134:12, 136:6, 136:10, 239:10, 239:22
**databases** [1] - 128:11
**date** [7] - 51:9, 58:16, 114:6, 135:4, 150:21, 177:16, 239:20
**DATE** [1] - 276:22
**dates** [1] - 51:5
**David** [3] - 2:3, 5:12, 62:17
**david.bryant@oag.texas.gov** [1] - 2:6
**Davis** [2] - 157:14, 159:1
**day** [20] - 39:5, 53:14, 89:23, 95:3, 95:7, 95:11, 136:20, 193:20, 193:21, 219:13, 219:20, 219:23, 220:9, 220:11, 220:14, 228:5, 241:21, 242:1, 242:3
**days** [5] - 51:8, 117:22, 136:15, 177:12, 177:21
**DC** [6] - 1:22, 2:11, 181:22, 266:13, 266:16, 266:19
**deadline** [1] - 12:21
**deal** [3] - 40:24, 204:16, 217:25
**dealing** [5] - 197:6, 210:24, 263:21, 264:10, 275:12
**dealt** [7] - 15:9, 15:10, 148:14, 148:15, 174:22, 178:2, 207:19
**dear** [2] - 26:12, 32:25
**death** [1] - 149:8
**decades** [5] - 19:11, 21:16, 26:16, 91:25, 172:23
**December** [8] - 16:11, 16:25, 17:18, 42:17, 92:18, 150:19, 165:2, 242:1
**decide** [4] - 43:25, 94:8, 107:17, 257:12
**decided** [13] - 37:13, 39:10, 41:18, 42:5, 44:2, 48:24, 49:7, 54:16, 91:10, 102:2, 185:20, 186:23, 199:15

**deciding** [1] - 170:3
**decision** [91] - 13:19, 23:6, 47:23, 47:24, 90:23, 98:12, 98:25, 99:2, 99:9, 100:17, 119:24, 139:14, 153:19, 162:24, 162:25, 163:13, 163:17, 164:2, 166:24, 167:11, 167:18, 168:12, 171:6, 171:9, 181:12, 181:16, 183:12, 194:21, 197:23, 198:2, 201:1, 202:23, 203:12, 203:14, 203:17, 204:8, 205:4, 205:19, 206:4, 206:11, 207:4, 207:14, 208:12, 210:22, 223:4, 236:8, 236:10, 252:17, 252:25, 253:4, 254:7, 254:25, 255:2, 255:3, 255:5, 255:6, 256:10, 260:15, 260:24, 261:1, 261:4, 261:5, 261:14, 261:19, 261:22, 261:23, 261:25, 262:12, 262:24, 262:25, 263:15, 264:11, 265:2, 265:4, 265:13, 267:10, 268:19, 270:17, 270:25, 271:22, 271:24, 272:2, 272:3, 272:4, 272:9, 273:10, 275:2
**decision-making** [10] - 99:2, 99:9, 100:17, 162:24, 163:13, 164:2, 252:25, 253:4, 254:25, 255:2
**decisions** [27] - 94:11, 106:19, 157:7, 166:22, 167:3, 168:9, 168:24, 169:4, 205:4, 211:22, 223:1, 253:11, 256:3, 257:5, 257:7, 259:21, 260:11, 260:14, 262:6, 263:14, 265:3, 271:5, 271:9, 271:12, 271:14, 273:6
**declaration** [20] - 21:11, 23:13, 31:15, 39:14, 64:9, 129:25, 132:19, 133:18, 136:3, 214:17, 219:15, 219:16, 228:17, 232:9, 246:10, 247:21, 250:9, 254:19, 276:10
**declarations** [9] - 63:18, 127:3, 133:25, 229:7, 232:6, 237:16, 246:16, 247:23, 249:19
**declared** [2] - 140:21, 155:20
**decline** [2] - 242:2, 247:14
**declined** [5] - 21:5, 150:14, 221:24, 222:7, 241:25
**decrease** [13] - 31:9, 154:20, 222:10, 225:1, 227:16, 237:18, 239:1, 240:19, 240:23, 241:5, 241:7, 247:20, 275:20
**decreased** [5] - 152:20, 225:5, 228:20, 232:2, 246:17
**decreasing** [2] - 155:4, 247:22
**decree** [1] - 211:16
**deemed** [2] - 20:16, 167:3
**deeming** [1] - 98:16
**deep** [3] - 18:23, 30:20, 105:20
**deepen** [1] - 44:19
**deepest** [1] - 107:2
**default** [1] - 173:15
**defendant** [4] - 5:20, 16:5, 145:12, 153:4
**DEFENDANTS** [2] - 2:7, 2:13
**Defendants** [2] - 1:7, 1:10
**defendants** [40] - 5:14, 5:17, 6:17, 8:6, 14:7, 16:11, 17:8, 36:6, 36:8, 78:19,

80:20, 86:18, 89:5, 89:13, 91:2, 91:10, 94:20, 95:10, 96:3, 97:9, 98:4, 100:18, 100:23, 103:8, 104:19, 107:13, 108:21, 115:13, 117:12, 121:23, 122:5, 156:8, 162:5, 163:5, 167:10, 175:1, 199:2
**DEFENDANTS'** [1] - 4:9
**Defendants'** [9] - 21:13, 29:3, 29:13, 29:22, 31:15, 31:20, 94:23, 233:5, 233:20
**defendants'** [6] - 98:9, 99:23, 101:10, 102:9, 102:25, 104:4
**defense** [1] - 96:11
**deferential** [2] - 203:25, 207:25
**deferred** [4] - 120:18, 120:19, 126:2, 128:25
**deficiencies** [1] - 181:11
**define** [4] - 72:4, 74:15, 212:17, 212:22
**defined** [7] - 70:22, 72:2, 73:13, 73:16, 74:11, 111:8, 112:18
**defines** [1] - 112:9
**defining** [1] - 144:4
**definitely** [2] - 150:12, 204:18
**definition** [1] - 68:12
**definitive** [1] - 163:1
**degenerative** [1] - 34:17
**degree** [7] - 38:7, 38:9, 38:10, 194:17, 206:9, 210:5, 210:10
**degrees** [1] - 38:8
**delegate** [2] - 106:6, 122:25
**delved** [1] - 236:19
**demand** [2] - 130:16, 232:18
**demanding** [1] - 171:24
**demands** [1] - 8:11
**democracy** [1] - 23:15
**demonstrate** [1] - 93:8
**demonstrated** [1] - 241:17
**demonstrates** [1] - 30:2
**demonstratives** [2] - 32:1, 276:8
**denials** [1] - 168:2
**denied** [7] - 147:23, 165:13, 168:5, 249:5, 254:16, 254:21, 271:15
**denomination** [1] - 55:3
**dense** [1] - 21:22
**deny** [5] - 16:3, 129:16, 131:2, 248:24, 249:11
**depart** [1] - 234:16
**Department** [12] - 5:7, 7:15, 101:5, 102:1, 111:17, 112:2, 113:9, 113:19, 114:12, 129:14, 136:13
**DEPARTMENT** [1] - 1:6
**Department's** [1] - 114:20
**departure** [2] - 120:19, 227:8
**depend** [1] - 241:1
**dependent** [1] - 117:23
**depends** [4] - 127:6, 157:5, 157:6, 192:6
**depress** [1] - 31:13
**depressing** [1] - 31:22

**Dept** [1] - 2:9
**depth** [1] - 152:8
**describe** [5] - 41:10, 48:2, 48:4, 49:12, 50:17
**described** [2] - 75:1, 144:1
**describes** [1] - 169:11
**description** [1] - 160:23
**design** [1] - 220:24
**designated** [2] - 101:6, 101:9
**designed** [1] - 73:1
**despite** [2] - 11:20, 153:21
**destination** [1] - 133:13
**destinations** [1] - 104:14
**detail** [6] - 21:18, 31:1, 41:10, 49:16, 82:10, 108:1
**detailed** [4] - 108:6, 112:25, 190:12, 190:24
**details** [3] - 40:18, 94:23, 95:14
**detain** [3] - 216:6, 216:23, 217:4
**detained** [2] - 140:20, 245:18
**detaining** [1] - 197:14
**detention** [7] - 94:17, 216:19, 217:8, 217:12, 241:23, 246:14, 272:13
**deteriorated** [1] - 47:3
**determination** [12] - 109:20, 110:7, 111:22, 150:25, 151:3, 165:11, 261:7, 264:8, 265:6, 266:3, 272:20, 272:23
**determinations** [8] - 126:15, 168:4, 204:6, 206:5, 259:19, 261:3, 272:1, 273:22
**determine** [17] - 52:14, 165:11, 197:12, 198:5, 201:5, 203:18, 212:17, 218:6, 238:16, 248:12, 248:21, 248:23, 249:4, 253:3, 253:18, 255:21, 272:24
**determined** [11] - 41:3, 164:13, 199:15, 216:3, 229:23, 231:7, 244:8, 255:5, 266:5, 266:7, 271:16
**determines** [1] - 244:3, 249:10, 252:25, 253:5, 255:8
**determining** [2] - 197:7, 254:13
**deterrent** [1] - 122:11
**Detroit** [1] - 34:7
**developed** [1] - 117:3
**development** [1] - 38:7
**developments** [1] - 63:14
**devices** [1] - 106:12
**devout** [2] - 33:7, 55:24
**DH** [1] - 117:25
**DHS** [70] - 7:6, 8:15, 10:2, 74:14, 84:23, 93:18, 94:8, 94:14, 94:15, 95:4, 100:7, 102:5, 111:19, 111:20, 112:3, 116:10, 135:20, 140:13, 141:9, 163:17, 163:22, 164:23, 165:4, 167:12, 176:22, 193:5, 193:17, 193:23, 194:6, 196:3, 196:22, 197:9, 197:12, 197:15, 197:20, 213:21, 214:3, 214:19, 215:2, 215:11, 215:13, 216:25, 217:8, 218:6, 218:12, 219:12, 219:17, 219:19, 221:3, 224:10, 224:13, 224:15, 225:25, 226:14, 227:12, 241:20,

242:3, 244:17, 245:10, 246:1, 248:3, 248:11, 249:7, 249:10, 249:12, 249:25, 250:15, 258:1, 259:22
**DHS's** [7] - 163:13, 163:20, 168:12, 171:2, 199:24, 227:15, 248:13
**dialogue** [1] - 190:18
**did** [81] - 11:6, 18:13, 37:21, 38:8, 38:25, 39:23, 40:12, 41:7, 42:13, 43:21, 43:25, 47:22, 48:12, 48:14, 48:25, 51:12, 51:20, 54:13, 57:7, 57:12, 57:14, 57:16, 57:19, 63:12, 63:14, 64:16, 65:3, 74:16, 75:15, 77:11, 84:1, 84:18, 84:25, 85:7, 87:1, 87:5, 87:11, 88:23, 91:16, 107:6, 123:14, 134:10, 137:3, 147:18, 147:23, 148:3, 148:5, 151:8, 154:9, 158:24, 159:1, 160:24, 161:3, 162:14, 173:4, 173:7, 174:17, 176:16, 176:20, 177:20, 183:14, 186:11, 188:8, 190:8, 191:15, 200:9, 201:2, 201:15, 203:1, 207:24, 208:2, 233:17, 239:14, 249:18, 250:2, 258:1, 258:3, 260:20
**didn't** [34] - 10:9, 12:20, 13:12, 14:15, 72:1, 72:25, 87:21, 103:8, 108:17, 129:4, 129:9, 138:3, 138:21, 138:22, 142:22, 149:14, 150:4, 151:8, 154:21, 155:10, 158:3, 163:12, 181:15, 183:5, 183:13, 186:4, 196:12, 201:4, 201:12, 233:11, 241:10, 267:12, 269:14, 272:17
**difference** [3] - 143:20, 173:24, 229:21
**differences** [2] - 110:17, 118:12
**different** [35] - 13:3, 15:14, 38:24, 45:7, 55:10, 58:5, 97:10, 101:14, 103:15, 110:22, 138:16, 149:14, 157:23, 166:21, 178:5, 178:20, 182:19, 182:20, 189:19, 201:3, 201:4, 205:6, 205:10, 227:24, 231:6, 238:23, 238:24, 239:24, 255:10, 257:17, 259:11, 264:2, 267:15, 272:15
**differentiate** [1] - 259:15
**differing** [1] - 206:17
**difficult** [1] - 209:11
**difficulty** [1] - 10:10
**digital** [1] - 38:3
**diminished** [1] - 154:5
**dinners** [1] - 58:9
**dipped** [1] - 220:9
**DIRECT** [1] - 37:3
**Direct** [1] - 4:3
**direct** [20] - 6:2, 61:20, 139:15, 142:20, 143:24, 144:2, 144:3, 145:14, 159:18, 206:11, 209:17, 219:4, 226:16, 226:17, 233:18, 274:24, 275:4, 275:8, 275:9
**directed** [1] - 16:11
**direction** [4] - 96:20, 96:21, 173:7, 185:2
**directly** [21] - 29:4, 29:10, 47:13, 66:12, 82:15, 127:7, 169:17, 170:7, 196:25,

199:22, 211:6, 211:23, 219:1, 226:10, 226:21, 227:14, 230:2, 231:24, 243:7, 253:12, 275:10
**Director** [1] - 119:2
**disabilities** [1] - 34:4
**disagree** [2] - 101:17, 189:7
**disagreement** [3] - 182:21, 266:18, 266:21
**disappeared** [1] - 122:9
**disaster** [1] - 47:8
**disclose** [1] - 24:23
**disconnected** [1] - 126:21
**discovery** [6] - 8:8, 9:20, 10:22, 13:10, 15:22, 240:23
**discretion** [58] - 99:9, 99:13, 166:25, 167:1, 167:14, 168:21, 171:2, 171:13, 171:15, 195:5, 196:15, 196:17, 204:9, 209:22, 244:21, 251:9, 252:5, 254:11, 254:22, 255:25, 256:3, 256:4, 256:11, 256:18, 256:23, 257:5, 258:13, 258:20, 259:15, 259:20, 260:4, 260:10, 260:12, 261:9, 261:17, 262:7, 262:13, 262:17, 263:1, 263:3, 263:4, 263:12, 264:1, 264:6, 264:12, 265:2, 265:7, 265:9, 265:15, 270:6, 270:8, 270:19, 271:21, 272:3, 272:5, 272:18, 272:24, 274:2
**discretionary** [31] - 20:11, 167:17, 199:8, 199:9, 204:6, 204:21, 206:5, 206:20, 207:15, 207:16, 209:9, 209:25, 210:24, 211:18, 211:21, 218:6, 245:1, 258:1, 259:16, 261:6, 261:7, 262:22, 264:15, 264:17, 265:6, 268:3, 271:4, 271:17, 272:1, 272:25, 273:21
**discuss** [5] - 14:10, 52:13, 65:3, 141:18, 260:1
**discussed** [13] - 46:24, 65:4, 87:9, 96:8, 128:8, 132:5, 159:13, 164:20, 171:7, 171:24, 213:22, 218:18, 275:13
**discusses** [4] - 125:2, 131:7, 132:19, 144:9
**discussing** [2] - 132:23, 170:2
**discussion** [12] - 7:14, 35:17, 65:6, 80:25, 81:6, 89:25, 136:5, 178:8, 203:17, 267:14, 268:20, 275:25
**disease** [2] - 34:17, 112:21
**disjointed** [1] - 187:22
**dismiss** [1] - 179:13
**dismissed** [1] - 151:2
**dispute** [14] - 147:3, 173:1, 179:18, 198:7, 208:22, 223:2, 225:7, 230:13, 230:17, 231:4, 231:19, 231:20, 241:3, 247:7
**disputed** [1] - 223:2
**disputes** [4] - 151:20, 198:10, 198:16, 206:25
**disputing** [2] - 152:11, 239:21
**disruptive** [2] - 181:22, 181:24
**distinct** [1] - 247:11

**distinction** [10] - 13:5, 13:8, 140:24, 141:12, 170:3, 174:17, 176:21, 238:20, 274:23, 275:4
**distinctions** [4] - 197:24, 201:19, 210:18, 222:24
**distinguish** [6] - 203:4, 205:23, 206:2, 240:16, 263:11, 263:25
**distinguishable** [4] - 202:13, 202:18, 247:11, 248:1
**distortion** [1] - 104:18
**district** [2] - 187:4, 203:7
**DISTRICT** [3] - 1:1, 1:1, 1:15
**District** [3] - 92:14, 99:6, 173:21
**dive** [2] - 30:19, 37:17
**divided** [1] - 149:7
**division** [1] - 130:1
**DIVISION** [1] - 1:2
**do** [193] - 5:24, 5:25, 9:14, 13:7, 13:12, 15:3, 15:12, 15:13, 15:18, 15:21, 17:14, 18:7, 19:23, 19:24, 24:22, 27:11, 28:14, 30:24, 36:17, 37:23, 37:25, 38:1, 38:2, 42:20, 43:7, 43:9, 44:24, 45:10, 45:21, 45:23, 46:16, 52:3, 52:5, 52:6, 52:16, 54:20, 54:22, 55:1, 56:8, 56:12, 57:16, 57:23, 57:25, 59:22, 59:24, 60:16, 64:18, 66:3, 66:10, 66:14, 67:1, 67:13, 71:1, 71:13, 72:2, 73:14, 73:18, 75:20, 76:2, 76:4, 76:13, 77:4, 77:16, 78:7, 83:12, 83:14, 83:18, 84:21, 84:24, 85:12, 85:18, 86:25, 87:10, 89:5, 89:12, 91:12, 93:13, 96:24, 97:7, 98:15, 99:14, 100:11, 101:22, 103:14, 103:23, 105:5, 105:6, 109:2, 111:3, 117:11, 121:13, 128:14, 128:19, 138:19, 141:4, 142:22, 144:5, 145:12, 146:11, 151:24, 157:18, 158:7, 158:25, 174:12, 174:13, 174:15, 175:22, 176:19, 177:3, 183:7, 185:21, 187:5, 187:18, 188:17, 188:23, 189:19, 190:1, 190:20, 191:3, 191:4, 191:8, 191:10, 192:1, 192:2, 192:4, 193:25, 194:2, 194:3, 194:16, 197:12, 197:19, 197:21, 200:3, 201:17, 206:3, 210:16, 211:20, 211:24, 212:4, 213:1, 213:5, 213:6, 215:20, 221:18, 223:11, 224:13, 225:12, 225:14, 226:15, 226:25, 227:13, 227:15, 227:21, 228:12, 229:2, 229:9, 233:1, 234:3, 237:13, 239:12, 240:7, 243:19, 245:23, 246:2, 248:7, 248:19, 250:18, 250:22, 251:4, 251:18, 252:4, 252:6, 252:8, 252:10, 253:11, 255:1, 258:18, 258:23, 259:14, 263:11, 263:24, 264:4, 264:25, 269:14, 271:19, 273:14, 275:23
**doctor** [1] - 69:6
**doctrine** [14] - 105:16, 105:17, 106:5, 107:1, 122:23, 123:19, 123:21, 124:4, 169:3, 268:17, 269:2, 269:3, 269:11,

269:15
**doctrines** [1] - 138:7
**document** [9] - 8:11, 75:12, 116:1, 119:3, 119:4, 120:4, 132:13, 132:14, 135:18
**documentation** [8] - 25:1, 25:14, 48:12, 48:14, 49:20, 88:8, 88:13, 88:17
**documents** [6] - 49:1, 75:11, 113:17, 129:17, 132:17, 146:24
**Does** [1] - 90:2
**does** [73] - 7:15, 9:15, 13:25, 28:16, 31:8, 31:23, 55:22, 55:24, 55:25, 56:2, 60:8, 60:11, 61:7, 61:9, 61:21, 62:3, 69:13, 70:11, 71:15, 73:8, 73:12, 75:25, 76:10, 83:10, 86:2, 94:7, 94:18, 106:12, 107:20, 111:21, 115:2, 123:12, 129:13, 135:4, 135:19, 138:10, 141:24, 143:22, 145:16, 151:18, 152:24, 154:24, 157:12, 158:14, 168:7, 169:3, 169:8, 169:14, 169:23, 174:4, 174:8, 174:9, 174:25, 175:22, 175:23, 175:24, 180:13, 180:23, 186:3, 188:17, 188:23, 198:25, 204:13, 206:16, 236:7, 252:4, 254:9, 260:8, 261:10, 261:12, 269:20, 271:19
**doesn't** [29] - 13:19, 72:4, 159:23, 160:10, 163:6, 174:13, 176:17, 178:24, 185:23, 191:23, 201:12, 202:11, 207:4, 221:16, 222:16, 222:20, 223:12, 229:14, 230:25, 231:1, 235:12, 237:1, 251:13, 255:14, 261:8, 264:4, 269:7, 271:1, 271:9
**doing** [17] - 87:10, 94:21, 101:13, 143:21, 144:7, 150:24, 177:25, 181:15, 187:5, 225:6, 226:1, 233:25, 236:2, 236:13, 246:6, 250:3, 270:3
**DOJ** [2] - 6:14, 7:1
**DOJ's** [1] - 14:20
**dollar** [2] - 147:15, 147:16
**dollars** [4] - 132:22, 151:16, 168:14, 172:17
**domestic** [3] - 40:9, 54:6, 196:18
**don't** [123] - 9:11, 10:7, 11:13, 14:9, 14:23, 15:9, 16:1, 30:15, 31:4, 51:4, 51:8, 62:2, 66:10, 68:6, 68:7, 69:5, 70:22, 76:14, 76:18, 79:1, 79:9, 79:16, 80:13, 81:12, 85:2, 85:20, 86:10, 90:1, 91:1, 92:10, 96:8, 96:9, 96:24, 102:14, 105:10, 117:4, 123:20, 123:21, 128:20, 131:17, 134:20, 142:12, 147:12, 156:16, 161:6, 161:8, 162:1, 162:10, 172:4, 175:1, 176:1, 179:2, 179:6, 179:8, 183:10, 183:16, 184:6, 185:25, 186:14, 187:16, 189:11, 190:18, 191:10, 192:11, 194:14, 200:19, 204:17, 212:4, 213:1, 215:9, 215:10, 222:9, 222:17, 223:21, 223:24, 225:7, 225:22, 227:19, 229:8, 231:19, 233:13, 233:15, 235:25,

237:4, 237:7, 239:14, 239:15, 239:19, 240:5, 240:24, 242:21, 243:9, 244:15, 245:3, 245:7, 249:24, 250:25, 252:7, 252:9, 252:10, 252:19, 252:20, 255:17, 255:20, 258:25, 259:5, 259:13, 259:23, 264:1, 264:5, 264:22, 266:8, 268:17, 269:24, 270:21, 272:21, 273:4, 273:19, 276:2
**done** [15] - 26:18, 32:6, 44:8, 52:5, 66:11, 104:5, 105:22, 177:3, 177:16, 187:1, 190:5, 203:3, 207:11, 232:19, 243:12
**Dos** [3] - 41:9, 60:2, 62:24
**double** [8] - 16:14, 16:17, 17:1, 29:24, 30:7, 30:11, 30:12, 237:25
**double-counted** [2] - 29:24, 30:12
**double-counting** [2] - 30:7, 30:11
**doubt** [1] - 107:2
**down** [13] - 36:20, 45:23, 47:11, 50:22, 62:4, 124:16, 132:24, 170:17, 176:23, 220:10, 222:17, 228:6, 247:24
**downsize** [1] - 26:10
**dozen** [1] - 21:16
**dozens** [2] - 19:12, 107:25
**DPS** [3] - 130:3, 130:7, 130:14
**Dr** [11] - 2:21, 25:8, 29:21, 30:1, 31:9, 31:20, 33:20, 34:14, 34:19, 34:22
**dramatically** [1] - 214:22
**draw** [7] - 8:4, 12:6, 99:24, 115:22, 117:18, 118:20, 120:2
**drawing** [2] - 10:15, 13:8
**drawn** [1] - 8:3
**DREW** [1] - 1:14
**Drive** [1] - 3:3
**driver** [1] - 128:5
**driver's** [51] - 27:7, 29:1, 29:6, 126:9, 126:12, 127:4, 127:9, 127:14, 127:18, 127:20, 128:2, 129:15, 129:16, 130:1, 130:2, 130:5, 130:15, 131:15, 135:11, 143:14, 143:15, 146:13, 146:15, 147:6, 147:9, 147:10, 152:9, 152:12, 160:14, 160:15, 160:25, 166:16, 169:25, 170:10, 170:13, 170:15, 225:2, 229:13, 230:7, 232:8, 232:11, 232:14, 232:18, 232:23, 233:2, 233:3, 233:9, 233:10, 233:19, 234:9, 234:10
**driving** [1] - 214:21
**drove** [1] - 53:13
**Drs** [1] - 29:8
**drug** [1] - 112:23
**dual** [1] - 29:17
**due** [1] - 7:2
**duly** [1] - 37:2
**duplicates** [1] - 10:17
**duration** [2] - 38:20, 50:1
**during** [21] - 19:20, 33:2, 42:13, 44:10, 46:23, 47:12, 50:2, 51:12, 53:20, 56:16, 57:17, 58:22, 83:25, 88:16, 118:17, 136:11, 190:2, 193:4, 193:5, 214:12

296

**dust** [1] - 133:23
**duty** [2] - 10:3, 199:1
**dwarfed** [1] - 214:11

# E

**e** [3] - 51:18, 51:19, 114:23
**E** [3] - 3:3, 5:1
**e-mail** [2] - 51:18, 51:19
**each** [39] - 38:8, 42:5, 44:13, 56:18, 68:13, 90:24, 94:9, 105:1, 110:10, 110:22, 129:19, 130:1, 130:4, 133:19, 136:20, 190:11, 190:16, 190:24, 190:25, 195:13, 195:14, 195:15, 197:15, 219:23, 229:23, 231:7, 232:5, 233:10, 235:14, 237:4, 237:9, 241:8, 241:13, 241:15, 242:6, 250:16, 252:13, 254:6, 254:8
**earlier** [25] - 47:24, 50:14, 53:17, 73:1, 90:18, 99:16, 135:15, 164:20, 171:8, 173:14, 188:5, 219:10, 227:23, 233:22, 234:8, 248:10, 248:21, 248:25, 250:16, 253:5, 254:17, 268:9, 268:17, 269:24, 274:25
**early** [1] - 54:19
**easier** [6] - 96:24, 102:14, 103:17, 105:10, 205:22, 206:1
**easiest** [1] - 184:2
**Eastern** [1] - 173:20
**ECF** [1] - 27:4
**economic** [21] - 31:24, 46:22, 47:8, 47:11, 47:18, 47:21, 60:3, 69:20, 70:10, 73:6, 77:8, 77:22, 82:1, 82:18, 82:22, 105:21, 106:2, 107:3, 126:13, 213:6, 239:10
**economically** [1] - 77:24
**economies** [3] - 29:17, 31:13, 31:23
**economists** [1] - 31:21
**Edith** [1] - 179:7
**Eduardo** [1] - 34:7
**educate** [1] - 133:5
**educated** [2] - 72:14, 73:8
**educating** [1] - 225:9
**education** [24] - 27:8, 28:7, 29:9, 29:11, 67:23, 118:2, 133:3, 133:4, 133:20, 134:16, 134:21, 135:11, 143:11, 147:5, 151:17, 162:10, 162:16, 225:2, 225:9, 225:13, 229:13, 230:7, 236:24, 237:7
**education-related** [1] - 28:7
**educational** [2] - 29:18, 38:5
**EEOC** [5] - 136:25, 138:9, 138:10, 138:13, 139:9
**effect** [20] - 91:3, 101:10, 122:11, 153:13, 158:2, 163:23, 169:10, 179:2, 179:3, 200:1, 202:11, 220:2, 224:23, 235:6, 240:2, 241:9, 243:9, 243:13, 248:17, 248:18
**effective** [2] - 150:20, 177:15
**effectively** [1] - 166:3

**efforts** [2] - 22:8, 193:2
**eight** [5] - 127:14, 127:21, 193:16, 219:18, 220:11
**either** [15] - 5:25, 65:18, 80:14, 115:16, 149:25, 160:7, 169:10, 169:24, 179:7, 180:21, 182:9, 188:20, 207:6, 214:24, 240:13
**El** [4] - 40:3, 41:9, 60:2, 62:24
**elected** [4] - 21:3, 97:12, 212:22, 272:23
**elections** [2] - 207:14, 207:17
**Elections** [2] - 157:15, 158:18
**element** [4] - 105:1, 162:23, 164:11
**elements** [7] - 108:7, 108:10, 162:22, 190:14, 190:16, 191:6, 191:16
**elephant** [1] - 123:15
**elephants** [1] - 123:12
**elevated** [1] - 207:9
**eligibility** [10] - 27:20, 126:4, 126:11, 128:10, 166:4, 166:15, 169:19, 169:24, 176:10, 234:18
**eligible** [16] - 24:9, 98:16, 119:25, 129:3, 134:7, 134:8, 136:14, 142:18, 143:22, 144:21, 146:7, 147:10, 152:15, 160:15, 170:10, 268:11
**eliminate** [1] - 250:13
**Elissa** [2] - 2:9, 5:15
**elissa.p.fudim@usdoj.gov** [1] - 2:12
**elliptical** [1] - 106:13
**Ellis** [1] - 117:22
**ELMO** [1] - 17:15
**else** [13] - 9:15, 43:22, 73:2, 85:12, 100:11, 104:25, 153:9, 191:15, 215:20, 216:1, 225:25, 243:10, 255:11
**Email** [6] - 1:23, 2:5, 2:12, 2:18, 2:23, 3:5
**embodied** [1] - 19:15
**embody** [1] - 32:10
**embraced** [2] - 35:9, 168:16
**emergency** [14] - 130:20, 130:24, 131:6, 131:9, 132:20, 135:13, 135:23, 145:11, 146:1, 151:17, 160:17, 162:8, 162:9, 162:15
**emergent** [1] - 20:16
**emphasize** [1] - 30:24
**emphasizing** [1] - 270:13
**employ** [1] - 111:16
**employer** [3] - 103:24, 111:16, 238:15
**employers** [1] - 176:13
**employment** [6] - 45:18, 46:11, 48:14, 50:3, 152:19, 176:13
**empower** [1] - 106:13
**empowerment** [1] - 41:15
**empowers** [2] - 113:9, 113:19
**en** [4] - 93:19, 173:14, 188:4, 257:13
**enable** [1] - 94:16
**enact** [1] - 19:11
**enacted** [4] - 20:15, 21:15, 110:18, 267:15
**enacting** [1] - 20:25

**encountered** [3] - 141:8, 235:5, 235:9
**encounters** [4] - 215:3, 215:5, 215:6, 215:7
**encouraging** [1] - 194:1
**end** [22] - 6:24, 7:7, 9:21, 9:22, 10:4, 41:18, 48:1, 86:6, 91:20, 106:20, 122:5, 130:10, 133:12, 177:8, 193:7, 219:25, 227:5, 228:19, 234:15, 235:17, 251:4
**endorse** [1] - 173:4
**ends** [1] - 136:7
**enforce** [16] - 103:13, 121:13, 135:22, 144:19, 169:6, 170:4, 176:11, 194:15, 197:4, 199:2, 215:14, 249:17, 265:24, 266:11, 267:18, 267:25
**enforceable** [5] - 118:18, 120:25, 121:3, 121:12, 135:17
**enforced** [1] - 120:19
**enforcement** [32] - 15:10, 15:12, 15:18, 27:8, 28:2, 97:4, 99:13, 115:3, 121:19, 121:23, 122:8, 122:13, 168:9, 169:4, 170:21, 175:17, 176:21, 196:15, 196:17, 196:18, 198:21, 198:25, 204:9, 225:2, 229:14, 239:5, 244:18, 246:9, 246:11, 246:23, 247:1, 247:17
**enforcing** [2] - 121:10, 266:10
**engage** [1] - 63:12
**English** [2] - 29:19, 50:5
**enhancing** [1] - 154:23
**enjoin** [1] - 193:1
**enjoined** [4] - 177:5, 249:21, 253:10, 273:20
**enjoining** [2] - 173:25, 176:17
**enjoyed** [1] - 153:4
**enlist** [1] - 18:6
**enough** [18] - 46:12, 46:16, 46:17, 46:19, 73:25, 111:10, 122:18, 138:19, 146:5, 161:20, 161:23, 163:3, 208:18, 216:9, 230:18, 230:19, 237:8, 265:22
**enriches** [1] - 29:17
**enrolled** [1] - 163:22
**ensure** [3] - 88:14, 97:4, 122:11
**ensures** [2] - 96:14, 245:10
**ensuring** [3] - 49:16, 49:17, 52:20
**enter** [14] - 27:18, 27:19, 27:20, 78:8, 90:25, 91:1, 97:7, 107:17, 109:12, 109:21, 109:25, 112:19, 227:1, 227:9
**entered** [5] - 27:2, 35:23, 65:18, 140:11, 185:14
**entire** [10] - 31:4, 82:6, 83:3, 97:1, 97:3, 145:22, 168:12, 242:9, 246:24, 262:23
**entirely** [9] - 101:25, 107:9, 122:16, 123:15, 220:17, 232:13, 241:1, 244:25, 246:12
**entirety** [4] - 30:25, 73:24, 167:25, 203:5
**entitle** [1] - 110:3
**entitled** [12] - 110:13, 119:21, 120:6, 120:22, 124:14, 124:22, 125:18, 126:3, 126:12, 170:12, 276:20

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

**Entitlement** [1] - 128:8
**entitles** [1] - 127:9
**entity** [2] - 121:6, 163:16
**entries** [2] - 154:21, 193:9
**entry** [26] - 24:5, 25:23, 40:4, 52:21, 54:1, 88:5, 95:9, 98:23, 109:19, 110:6, 110:11, 110:13, 111:25, 112:13, 211:9, 227:2, 244:12, 253:15, 253:17, 253:23, 254:8, 254:11, 254:18, 254:21, 255:4
**EPA** [4] - 106:4, 122:22, 181:23, 269:6
**equal** [1] - 185:1
**equally** [1] - 12:17
**equals** [1] - 178:13
**equates** [1] - 95:25
**equities** [3] - 195:20, 195:21, 195:23
**equity** [3] - 188:1, 188:7, 196:1
**ERIC** [2] - 4:2, 37:1
**Eric** [5] - 5:20, 25:4, 32:22, 36:13, 37:8
**error** [1] - 276:7
**especially** [5] - 59:4, 97:24, 107:5, 135:20, 171:24
**essentially** [8] - 100:7, 110:14, 117:13, 232:13, 262:10, 262:14, 266:15, 266:20
**establish** [11] - 97:21, 108:5, 110:11, 113:9, 159:3, 195:19, 195:22, 208:14, 208:15, 225:13, 232:7
**established** [18] - 22:3, 91:6, 106:23, 106:24, 108:16, 109:22, 112:6, 113:11, 114:10, 114:20, 115:12, 115:13, 116:22, 117:11, 184:19, 223:6
**establishes** [5] - 94:20, 110:1, 112:10, 112:12, 113:16
**establishing** [3] - 123:2, 155:11, 167:5
**esther** [1] - 2:15
**Esther** [1] - 5:19
**Esther.Sung@Justiceactioncenter. Org** [1] - 2:18
**estimate** [2] - 49:5, 51:4
**estimated** [1] - 145:15
**estimates** [8] - 51:1, 130:20, 131:16, 131:17, 132:20, 145:10, 237:17, 238:17
**ET** [3] - 1:3, 1:6, 1:9
**et** [4] - 5:7, 5:8, 168:6, 181:17
**ETA** [1] - 115:13
**Europe** [1] - 117:3
**evaluate** [7] - 148:7, 167:2, 171:9, 181:17, 198:15, 244:10, 245:23
**evaluated** [7] - 141:20, 148:22, 157:13, 182:24, 185:12, 253:21, 273:15
**evaluating** [2] - 152:5, 181:16
**even** [71] - 11:5, 11:7, 21:7, 21:9, 25:10, 28:22, 29:17, 34:6, 46:13, 51:4, 57:6, 57:9, 91:16, 92:2, 106:16, 108:7, 116:24, 117:10, 120:23, 134:9, 134:20, 136:19, 138:10, 139:23, 145:14, 146:19, 151:21, 152:23, 154:22, 158:24, 159:19, 169:15,

170:16, 170:17, 173:2, 173:11, 173:13, 176:7, 178:16, 189:14, 195:2, 196:24, 197:23, 205:16, 206:12, 211:12, 222:3, 222:10, 222:19, 223:12, 225:17, 229:12, 230:21, 232:4, 237:12, 237:24, 239:21, 243:13, 244:9, 247:22, 248:25, 253:9, 253:13, 254:24, 257:6, 267:4, 269:19
**evening** [3] - 192:1, 251:14, 252:5
**evenly** [1] - 149:7
**event** [2] - 47:16, 103:22
**events** [1] - 83:4
**ever** [12] - 26:24, 55:5, 55:7, 59:13, 65:17, 65:21, 65:24, 68:18, 138:2, 204:15, 209:6, 210:6
**every** [23] - 90:24, 95:7, 96:20, 96:21, 98:8, 108:8, 113:18, 115:7, 115:11, 130:13, 133:5, 134:2, 137:11, 137:18, 138:3, 139:6, 143:13, 193:19, 193:21, 210:4, 215:25, 220:14, 241:21
**everybody** [13] - 9:16, 62:3, 90:2, 191:12, 216:25, 217:1, 227:18, 235:24, 251:4, 255:11, 257:12, 274:20, 276:1
**everyone** [3] - 10:7, 37:8, 61:17
**everything** [3] - 52:5, 191:1, 191:7
**evidence** [86] - 7:19, 8:1, 8:2, 11:24, 12:7, 13:25, 14:10, 14:18, 15:5, 19:18, 19:23, 19:24, 19:25, 20:6, 21:6, 23:17, 26:15, 26:17, 26:22, 27:9, 27:10, 27:14, 28:21, 31:11, 32:8, 32:9, 32:13, 32:18, 33:4, 33:13, 34:8, 35:18, 36:5, 36:8, 110:25, 119:14, 127:2, 130:19, 131:7, 131:15, 131:16, 132:11, 143:9, 145:14, 146:14, 151:15, 153:22, 158:11, 160:1, 160:5, 160:7, 161:3, 165:19, 184:20, 185:7, 185:10, 185:12, 194:23, 220:19, 222:3, 224:18, 225:4, 229:12, 230:1, 231:20, 232:17, 232:19, 236:25, 237:15, 239:16, 239:17, 240:8, 240:18, 240:21, 240:22, 240:25, 241:4, 241:6, 242:8, 242:12, 245:8, 246:18, 246:19, 246:22, 247:25, 269:24
**evidenced** [1] - 119:13
**evidentiary** [3] - 6:7, 13:24, 15:11
**evolve** [1] - 10:16
**exacerbated** [2] - 81:25, 162:18
**exact** [4] - 51:8, 76:22, 109:14, 153:24
**exactly** [9] - 46:8, 47:25, 48:7, 51:20, 52:25, 68:11, 106:21, 145:17, 264:22
**exam** [1] - 113:13
**examination** [2] - 79:24, 113:14
**EXAMINATION** [5] - 37:3, 62:15, 78:22, 81:7, 87:14
**examining** [1] - 165:18
**example** [30] - 15:4, 15:6, 22:18, 22:24, 23:12, 25:5, 27:14, 29:1, 29:17, 33:5, 33:16, 34:14, 93:13, 110:21, 112:20, 124:20, 127:17, 128:25, 143:1, 147:6,

147:19, 149:11, 160:13, 176:14, 200:21, 203:22, 218:12, 225:9, 234:25, 239:15
**examples** [2] - 21:23, 115:14
**exceeding** [1] - 130:3
**except** [3] - 131:15, 143:14, 270:7
**exception** [1] - 139:1
**exceptions** [3] - 99:18, 115:8, 188:10
**excess** [1] - 233:21
**exchanged** [1] - 13:10
**excited** [2] - 56:2, 83:15
**excuse** [8] - 8:17, 12:12, 12:13, 63:20, 112:2, 118:9, 119:7
**excused** [2] - 89:8, 276:2
**executive** [23] - 20:11, 21:8, 23:3, 92:6, 92:19, 92:23, 93:6, 98:6, 105:20, 108:2, 117:13, 123:7, 169:5, 193:2, 196:23, 198:13, 204:6, 204:22, 206:5, 206:16, 207:6, 207:16, 208:1
**executive's** [4] - 91:25, 196:17, 198:10, 198:16
**exercise** [6] - 33:5, 33:12, 106:1, 171:2, 225:21, 234:3
**exercised** [2] - 93:11, 199:10, 264:17
**exercising** [4] - 99:1, 99:8, 170:21, 254:22
**Exhibit** [50] - 6:9, 6:14, 6:18, 9:9, 11:4, 16:6, 21:12, 21:13, 23:13, 29:3, 29:13, 29:22, 30:25, 31:15, 31:21, 88:25, 94:23, 95:13, 102:4, 115:23, 116:1, 118:21, 118:24, 120:3, 121:15, 121:16, 127:4, 127:12, 128:9, 130:8, 130:18, 133:10, 136:4, 145:4, 164:22, 214:16, 219:13, 219:14, 219:23, 228:4, 232:24, 233:5, 233:6, 233:20, 237:21, 246:10, 254:19, 276:10
**exhibit** [11] - 8:18, 11:7, 11:18, 11:21, 13:1, 13:4, 13:9, 63:25, 108:21, 121:18, 164:22
**Exhibits** [2] - 63:18, 127:3
**exhibits** [10] - 8:20, 12:19, 12:24, 13:9, 35:19, 35:23, 108:21, 115:25, 116:1, 127:4
**exist** [6] - 191:23, 224:15, 253:8, 269:7, 273:19
**existed** [3] - 111:14, 213:16, 228:6
**existence** [4] - 14:16, 229:10, 237:15, 246:20
**existent** [1] - 243:14
**existing** [6] - 22:12, 24:10, 26:10, 113:25, 162:4, 179:3
**exists** [7] - 8:2, 8:3, 122:10, 179:23, 180:5, 231:13, 273:19
**exit** [1] - 40:8
**expand** [1] - 130:15
**expansion** [2] - 120:21, 241:11
**expect** [4] - 100:8, 105:25, 230:4, 230:6
**expected** [1] - 234:16
**expedite** [1] - 33:25
**expedited** [1] - 249:15

**expel** [1] - 100:20
**expense** [2] - 234:5, 244:15
**expenses** [6] - 29:24, 30:12, 80:9, 136:19, 152:17, 162:2
**expensive** [1] - 244:14
**experience** [15] - 19:2, 19:4, 32:17, 32:18, 32:23, 34:9, 37:12, 37:13, 45:12, 45:22, 46:3, 57:2, 57:3, 60:18, 81:13
**experienced** [2] - 34:24, 82:22
**expert** [10] - 21:11, 23:13, 29:2, 29:7, 29:11, 29:14, 29:20, 29:25, 31:19, 276:9
**expertise** [4] - 19:2, 19:4, 32:17, 32:19
**expiration** [2] - 100:4, 135:4
**expires** [3] - 59:25, 102:17, 128:21
**explain** [6] - 35:3, 53:18, 54:14, 75:21, 77:19, 100:17
**explained** [13] - 22:11, 27:17, 105:19, 105:25, 106:4, 109:11, 123:4, 123:10, 123:18, 171:4, 195:13, 195:14, 197:15
**explaining** [4] - 25:11, 32:23, 81:24, 153:20
**explains** [3] - 31:1, 110:2, 110:10
**explanation** [1] - 14:21
**explicit** [1] - 272:24
**explicitly** [5] - 21:1, 209:21, 256:2, 259:20, 260:11
**expressly** [3] - 105:22, 107:6, 195:5
**expulsions** [1] - 100:25
**extend** [1] - 60:21
**extended** [2] - 45:24, 82:20
**extends** [1] - 196:15
**extensive** [2] - 25:3, 166:2
**extent** [9] - 11:3, 12:8, 14:13, 132:24, 144:25, 148:21, 151:13, 161:24, 269:17
**extra** [1] - 110:15
**extra-statutorily** [1] - 110:15
**extraordinarily** [5] - 99:7, 217:1, 217:7, 218:13, 244:14
**extraordinary** [2] - 106:10, 185:23
**extreme** [3] - 104:17, 259:2, 259:13
**extremely** [3] - 44:5, 44:14, 48:5
**eyes** [1] - 147:13

# F

**F** [1] - 119:9
**F.3d** [6] - 136:25, 181:24, 198:23, 199:6, 199:19, 266:14
**face** [8] - 14:21, 28:23, 142:25, 161:8, 229:12, 234:14, 236:22, 242:13
**faced** [3] - 194:6, 213:22, 248:11
**faces** [1] - 62:1
**facilitate** [1] - 34:13
**facilities** [2] - 130:15, 136:21
**facing** [3] - 158:13, 159:16, 174:16
**fact** [44] - 11:21, 23:17, 24:17, 25:4, 73:12, 92:9, 97:13, 100:19, 100:24,

101:5, 103:11, 103:19, 107:22, 121:15, 122:10, 123:25, 124:20, 125:8, 125:25, 126:19, 129:23, 132:10, 137:2, 137:20, 139:12, 139:24, 139:25, 150:16, 158:12, 161:4, 161:13, 163:2, 165:9, 168:21, 172:24, 198:18, 204:19, 211:17, 222:2, 253:13, 254:15, 254:21, 268:1, 270:2
**factor** [7] - 82:9, 100:13, 118:3, 151:25, 164:4, 165:15, 181:21
**factored** [1] - 29:4
**factoring** [2] - 29:10, 30:9
**factors** [4] - 181:10, 181:17, 205:24, 210:1
**facts** [5] - 99:4, 126:18, 126:25, 205:24, 208:8
**factual** [2] - 218:17, 218:22
**fail** [1] - 194:19
**failed** [6] - 91:17, 100:1, 148:9, 150:24, 199:2, 199:22
**fails** [1] - 196:10
**failure** [2] - 91:19, 138:9
**fair** [4] - 11:22, 70:9, 247:19, 251:15
**FAIR** [1] - 266:13
**fairly** [4] - 40:25, 53:12, 178:1, 251:24
**faith** [3] - 9:2, 26:12, 55:23
**fall** [8] - 132:2, 133:1, 141:25, 172:1, 174:25, 181:18, 195:9, 271:2
**falls** [3] - 134:23, 167:18, 204:7
**false** [1] - 96:18
**familiar** [5] - 47:17, 152:21, 154:17, 208:7, 216:12
**families** [1] - 44:20
**Family** [2] - 22:24, 22:25
**family** [68] - 22:7, 25:9, 33:14, 34:23, 37:15, 41:16, 41:17, 41:21, 41:24, 42:6, 42:22, 43:6, 43:8, 43:17, 44:3, 44:7, 44:9, 44:10, 44:13, 44:16, 44:19, 45:5, 45:8, 45:20, 45:25, 46:20, 47:1, 47:3, 47:13, 50:22, 52:13, 52:16, 53:4, 55:14, 57:11, 58:8, 60:2, 60:4, 60:15, 60:18, 60:21, 63:7, 64:24, 65:9, 67:25, 68:12, 68:13, 68:18, 70:7, 71:5, 71:12, 73:6, 75:14, 82:6, 82:10, 82:13, 82:19, 83:3, 83:5, 83:9, 84:20, 85:13, 85:24, 86:14, 87:4, 118:1, 212:1, 213:7
**family's** [5] - 45:18, 46:21, 50:4, 50:21, 60:5, 73:23, 74:2, 81:25
**far** [16] - 18:23, 19:14, 20:1, 29:15, 31:22, 85:15, 94:24, 95:14, 108:11, 115:12, 120:14, 120:15, 192:15, 218:3, 221:9, 245:15
**Farm** [2] - 100:15, 171:6
**farm** [23] - 45:16, 45:18, 45:22, 45:23, 46:1, 46:2, 46:6, 46:12, 46:14, 46:18, 46:21, 50:4, 50:21, 50:22, 58:10, 59:5, 61:10, 61:16, 73:23, 75:10, 76:14, 99:20, 111:12
**fashion** [2] - 27:4, 250:13

**father** [6] - 33:22, 34:2, 34:5, 43:11, 43:24, 83:16
**favor** [4] - 195:21, 195:25, 204:21, 210:2
**favorably** [3] - 141:23, 149:10, 153:18
**favorite** [1] - 57:20
**favors** [1] - 167:7
**features** [1] - 29:10
**February** [1] - 48:1
**FEC** [2] - 158:17, 158:25
**federal** [99] - 5:14, 14:7, 16:11, 17:8, 22:3, 36:6, 36:7, 78:19, 89:5, 106:22, 115:1, 115:4, 116:2, 118:17, 118:25, 120:5, 121:4, 121:9, 121:18, 122:1, 126:4, 126:15, 128:4, 128:6, 129:17, 129:19, 129:23, 130:9, 130:25, 131:8, 133:4, 133:8, 133:11, 134:1, 134:3, 136:17, 139:19, 140:5, 141:1, 141:14, 142:7, 142:18, 142:22, 142:24, 143:8, 143:21, 143:23, 144:5, 146:9, 147:22, 148:11, 149:16, 150:12, 151:1, 152:1, 152:3, 154:14, 154:4, 155:4, 157:15, 160:16, 160:19, 161:1, 161:2, 161:7, 162:7, 162:16, 163:5, 165:10, 166:21, 167:10, 167:21, 169:19, 169:24, 172:21, 173:19, 175:1, 176:8, 176:10, 179:18, 198:6, 198:9, 198:15, 203:19, 204:3, 204:10, 204:12, 206:15, 206:24, 207:10, 211:17, 266:21, 268:23, 275:9, 275:15, 275:21
**Federal** [9] - 16:13, 16:24, 109:9, 109:16, 158:18, 226:24, 241:16, 242:13, 258:18
**Feds** [1] - 188:4
**fee** [5] - 115:16, 128:6, 129:18, 130:3, 131:10
**feel** [6] - 40:23, 40:24, 51:12, 89:3, 242:20, 252:20
**feels** [1] - 60:4
**fees** [5] - 29:4, 129:21, 129:22, 135:25, 233:19
**felt** [2] - 45:5, 45:9
**few** [9] - 37:16, 43:19, 44:21, 46:7, 49:2, 59:8, 59:9, 82:3, 213:24
**fewer** [5] - 156:13, 193:18, 193:21, 220:13, 223:14
**fiat** [1] - 117:13
**Fifth** [87] - 92:13, 92:18, 99:6, 124:11, 124:25, 125:11, 125:14, 125:22, 126:10, 129:20, 136:24, 137:1, 140:12, 141:22, 143:19, 143:25, 146:2, 147:7, 149:14, 151:11, 152:8, 152:23, 154:12, 154:18, 154:22, 160:21, 161:9, 161:15, 162:12, 162:20, 163:18, 164:10, 165:25, 167:4, 167:19, 167:24, 168:8, 168:11, 168:25, 171:25, 172:10, 173:13, 178:18, 179:3, 181:2, 182:24, 183:6, 183:16, 183:17, 183:25, 185:20, 186:17, 188:4, 189:13, 198:18, 198:20, 198:22, 198:24,

199:5, 199:7, 199:15, 199:18, 201:15,
201:16, 203:3, 203:7, 203:14, 205:12,
205:15, 222:18, 226:3, 233:14,
233:22, 247:3, 256:20, 257:2, 257:21,
259:17, 259:24, 263:9, 263:15,
263:17, 264:13, 265:3, 271:24
**figure** [2] - 149:24, 205:11
**figured** [2] - 103:9, 191:22
**figures** [2] - 146:23, 152:11
**file** [5] - 7:6, 58:14, 111:19, 176:12,
241:10
**filed** [9] - 157:14, 157:20, 158:5, 158:22,
159:6, 159:8, 159:19, 206:21, 254:4
**files** [1] - 98:21
**filing** [4] - 240:15, 240:18, 240:22, 242:7
**filings** [1] - 48:15
**Filipino** [1] - 101:16
**fill** [5] - 25:13, 31:14, 74:24, 113:4,
117:5
**filled** [3] - 43:23, 49:11, 253:19
**filling** [1] - 49:13
**fills** [1] - 116:3
**final** [31] - 41:2, 148:15, 151:3, 162:19,
162:25, 163:3, 163:7, 163:14, 164:4,
164:7, 165:21, 165:23, 166:10,
166:11, 166:19, 177:13, 177:20,
195:4, 204:14, 204:15, 208:22,
209:15, 210:8, 239:4, 251:8, 252:4,
252:16, 254:22, 255:18, 271:16
**finalized** [1] - 12:16
**finally** [4] - 19:25, 34:10, 195:20, 239:4
**financial** [23] - 24:16, 24:24, 27:19,
57:9, 85:4, 85:9, 109:3, 115:20, 118:1,
118:10, 119:9, 122:11, 135:16,
199:25, 238:9, 238:11, 239:16,
239:17, 243:23, 244:1, 245:11, 246:4,
246:5
**financially** [4] - 38:20, 49:25, 59:16,
240:9
**find** [17] - 45:4, 45:7, 46:10, 46:17,
46:19, 73:2, 73:25, 85:22, 103:23,
103:24, 132:6, 132:8, 139:5, 172:8,
204:11, 235:18, 266:7
**finding** [6] - 50:3, 199:21, 204:21,
208:19, 210:2, 230:10
**findings** [4] - 92:9, 100:19, 100:24,
123:24
**fine** [5] - 23:17, 77:15, 86:24, 97:10,
105:11
**finish** [4] - 66:22, 190:19, 192:1, 251:13
**First** [2] - 1:21, 55:21
**first** [56] - 5:23, 11:8, 15:20, 16:12,
16:23, 19:8, 19:17, 23:7, 26:16, 26:21,
28:13, 32:3, 32:5, 36:1, 40:19, 41:12,
44:4, 46:1, 47:1, 48:6, 51:14, 56:9,
64:16, 64:20, 65:6, 74:4, 92:24,
104:11, 109:1, 109:4, 116:6, 116:8,
116:15, 119:10, 124:9, 150:8, 162:22,
168:25, 169:13, 175:10, 176:1, 177:3,
191:13, 192:9, 193:25, 194:10,

194:15, 196:9, 200:8, 232:8, 244:20,
247:13, 249:5, 260:4, 260:8
**fisc** [1] - 172:12
**fiscal** [7] - 200:1, 214:2, 214:3, 214:6,
215:2
**fitness** [1] - 25:17
**five** [8] - 19:10, 21:15, 79:4, 79:12,
79:18, 80:15, 187:5, 219:10
**five-plus** [1] - 219:10
**fix** [2] - 181:7, 181:20
**fixed** [3] - 28:13, 28:17, 180:23
**flatly** [1] - 173:22
**flawed** [1] - 28:25
**flaws** [1] - 181:25
**fleeing** [1] - 22:20
**flesh** [1] - 212:23
**flew** [1] - 40:10
**flight** [4] - 39:25, 53:25, 217:24, 221:7
**flights** [11] - 52:18, 52:19, 54:23, 55:2,
55:18, 56:5, 56:23, 215:11, 217:16,
217:18, 218:10
**flooding** [1] - 82:8
**Florida** [4] - 15:6, 15:14, 31:10, 189:17
**flow** [8] - 30:22, 95:12, 96:12, 152:4,
154:1, 155:4, 164:13, 164:15
**flown** [1] - 54:3
**fly** [7] - 24:4, 54:6, 96:20, 96:21, 191:11,
215:10, 226:20
**flying** [1] - 221:9
**focus** [1] - 170:10
**focused** [3] - 41:14, 114:14, 159:4
**folks** [7] - 46:16, 46:17, 56:25, 57:22,
59:8, 63:10, 77:21
**folks'** [1] - 58:9
**follow** [17] - 23:18, 170:20, 186:12,
187:25, 190:8, 194:3, 194:14, 194:16,
201:10, 201:16, 227:13, 227:15,
227:21, 229:2, 250:18, 250:22, 263:8
**follow-up** [1] - 190:8
**following** [8] - 166:2, 193:7, 193:23,
195:1, 219:18, 240:21, 241:24, 249:12
**follows** [1] - 37:2
**foot** [1] - 105:4
**footnote** [5] - 16:12, 16:18, 16:24,
257:1, 269:1
**Footnote** [3] - 16:21, 95:4, 268:20
**FOR** [4] - 1:1, 1:19, 2:7, 2:13
**For** [1] - 14:15
**for** [559] - 3:3, 5:10, 5:14, 5:17, 7:3,
7:18, 8:7, 8:9, 8:12, 8:14, 9:22, 10:3,
10:6, 10:10, 10:19, 11:7, 12:11, 12:12,
12:16, 12:23, 13:9, 13:11, 15:4, 15:6,
16:13, 16:24, 17:25, 18:3, 19:19, 20:9,
20:15, 20:16, 20:23, 21:23, 22:5,
22:18, 22:20, 22:24, 23:3, 23:7, 23:12,
24:4, 24:6, 24:7, 24:9, 25:5, 25:25,
26:2, 26:3, 26:7, 26:8, 27:14, 27:20,
27:22, 28:2, 28:10, 29:1, 29:5, 29:17,
30:16, 31:10, 32:3, 32:5, 33:5, 33:10,
33:14, 33:16, 33:19, 33:24, 34:12,

34:14, 34:21, 34:25, 35:6, 35:21,
35:24, 38:2, 38:3, 38:6, 38:12, 38:18,
38:20, 39:1, 40:13, 40:16, 40:20, 41:1,
41:2, 41:6, 41:16, 41:22, 43:24, 44:11,
44:17, 44:24, 45:2, 45:6, 45:25, 48:3,
48:5, 49:16, 49:18, 49:22, 49:25,
50:17, 50:21, 50:23, 52:8, 52:11,
52:15, 52:17, 53:8, 53:13, 53:21,
53:23, 53:25, 54:9, 54:10, 54:11,
54:17, 55:2, 55:18, 56:4, 56:13, 56:17,
56:23, 56:24, 57:2, 57:3, 57:5, 57:9,
57:14, 58:21, 59:9, 59:10, 59:13,
59:16, 60:4, 60:16, 61:3, 61:15, 61:16,
61:17, 62:3, 62:12, 62:18, 63:7, 63:10,
64:23, 64:24, 67:8, 68:1, 68:2, 68:12,
68:14, 68:25, 69:10, 69:20, 69:23,
69:24, 70:1, 70:6, 70:7, 70:15, 70:16,
71:5, 71:12, 71:20, 71:21, 72:20,
72:21, 73:11, 74:4, 74:9, 74:11, 75:6,
75:13, 75:14, 75:22, 77:9, 78:1, 78:2,
79:4, 79:9, 82:20, 83:2, 83:8, 83:15,
84:19, 85:3, 85:8, 85:10, 86:13, 87:2,
87:4, 88:24, 89:9, 89:21, 90:2, 90:10,
90:16, 91:4, 91:24, 92:6, 92:10, 92:16,
93:3, 93:13, 93:14, 93:15, 93:16,
94:22, 95:14, 95:17, 95:20, 95:22,
96:9, 96:14, 97:8, 97:17, 97:20, 98:10,
99:2, 99:4, 99:9, 99:18, 99:19, 99:21,
100:11, 101:7, 101:9, 101:21, 101:22,
102:21, 107:5, 107:11, 108:1, 108:7,
108:15, 109:11, 109:16, 110:9,
110:21, 110:22, 111:12, 111:14,
111:17, 111:19, 112:9, 112:11,
112:13, 112:20, 113:1, 113:3, 113:7,
113:8, 113:10, 113:20, 113:24, 114:9,
114:21, 115:3, 115:7, 115:8, 115:15,
116:10, 116:19, 117:2, 117:12,
117:15, 118:7, 118:22, 118:23, 120:6,
121:10, 122:12, 123:18, 124:13,
124:20, 126:4, 126:11, 126:13, 127:2,
127:13, 127:14, 127:16, 127:17,
128:25, 129:1, 129:19, 130:4, 130:13,
131:10, 131:15, 131:19, 132:11,
132:20, 132:21, 132:22, 133:19,
134:7, 134:25, 135:19, 135:20, 136:4,
136:14, 136:19, 136:20, 137:2, 137:7,
137:9, 137:13, 137:19, 137:20, 138:8,
138:18, 139:6, 139:18, 140:15,
140:16, 142:18, 143:1, 143:22,
144:21, 145:19, 147:6, 147:10,
147:19, 150:13, 150:22, 151:3,
151:19, 151:21, 152:2, 152:12,
152:15, 152:16, 155:5, 155:11,
155:21, 156:4, 157:19, 158:14,
158:21, 158:23, 159:7, 160:13,
160:15, 161:19, 161:22, 162:3, 162:8,
162:9, 162:15, 162:18, 164:4, 164:7,
164:25, 166:4, 166:12, 166:15,
167:13, 168:2, 169:19, 169:24,
170:10, 170:20, 171:16, 172:2,
172:23, 176:10, 176:13, 176:14,

176:22, 178:10, 178:11, 178:13, 178:15, 180:20, 182:16, 184:25, 185:1, 185:2, 185:23, 186:2, 186:23, 186:25, 187:23, 188:1, 188:4, 188:14, 189:24, 191:5, 191:14, 192:9, 193:11, 194:3, 194:9, 194:15, 194:16, 194:20, 195:15, 195:22, 196:3, 196:10, 197:12, 198:3, 200:20, 200:21, 203:22, 203:24, 208:21, 209:11, 210:15, 211:6, 211:25, 212:1, 212:8, 212:12, 213:2, 213:6, 213:7, 215:8, 216:3, 216:12, 216:17, 216:20, 217:8, 217:12, 217:16, 217:19, 218:7, 218:12, 218:22, 219:16, 219:25, 220:1, 220:16, 220:17, 221:2, 221:6, 221:25, 222:1, 223:7, 223:11, 223:15, 223:18, 223:22, 224:4, 224:13, 225:1, 225:9, 226:23, 227:7, 229:9, 229:19, 231:23, 232:2, 232:5, 232:14, 232:18, 232:22, 232:25, 233:1, 233:10, 233:19, 234:12, 234:24, 234:25, 235:6, 235:13, 235:22, 235:24, 236:1, 236:5, 236:6, 236:12, 237:25, 238:1, 238:8, 239:15, 239:19, 239:25, 241:14, 241:21, 243:9, 243:22, 244:6, 244:12, 244:18, 245:6, 245:11, 245:19, 245:22, 246:5, 246:8, 246:22, 247:1, 247:17, 248:1, 248:4, 248:16, 248:25, 249:4, 249:7, 251:4, 251:19, 255:9, 255:10, 255:11, 255:13, 256:7, 257:6, 258:1, 261:16, 265:22, 266:10, 266:16, 266:19, 266:22, 267:24, 268:11, 268:14, 269:23, 270:11, 273:24, 274:6, 274:13
**force** [2] - 5:24, 148:10
**forces** [1] - 172:16
**foreclose** [1] - 181:25
**foreclosed** [1] - 242:12
**forecloses** [2] - 213:11, 261:6
**foregoing** [1] - 276:18
**foreign** [30] - 23:3, 23:4, 23:12, 111:6, 141:13, 194:8, 196:5, 196:6, 196:19, 196:20, 196:21, 196:24, 203:24, 204:1, 204:16, 204:19, 204:25, 205:1, 205:15, 206:11, 206:12, 207:19, 207:25, 209:10, 209:17, 210:1, 210:9, 210:11, 210:25
**forever** [2] - 217:4, 217:12
**forget** [2] - 103:19, 242:19
**forgiveness** [1] - 275:7
**forgot** [2] - 260:17, 274:18
**form** [30] - 12:4, 24:22, 25:13, 43:23, 44:2, 49:11, 49:13, 49:16, 74:23, 75:8, 75:15, 75:20, 76:4, 88:24, 108:22, 108:24, 108:25, 117:5, 118:12, 118:14, 118:15, 120:1, 120:22, 121:20, 122:2, 122:13, 127:3, 177:14, 254:3
**Form** [3] - 119:3, 119:13, 120:7
**formal** [1] - 93:7

**forms** [6] - 59:6, 74:23, 87:19, 89:4, 108:7, 114:20
**forth** [14] - 13:21, 74:18, 107:25, 110:21, 116:25, 195:22, 222:3, 232:16, 232:18, 238:5, 245:8, 246:17, 246:19, 269:24
**forward** [8] - 41:20, 48:24, 60:5, 141:3, 157:22, 157:24, 175:6, 176:11
**forward-looking** [1] - 141:3
**found** [16] - 11:4, 21:19, 22:10, 25:11, 53:25, 150:4, 150:22, 165:4, 165:12, 168:15, 171:12, 181:4, 186:4, 267:12, 272:18, 275:6
**Foundation** [1] - 1:21
**four** [55] - 9:24, 41:16, 42:15, 45:25, 63:7, 95:7, 99:17, 109:1, 109:10, 127:1, 143:12, 193:1, 193:11, 193:14, 194:7, 194:11, 195:4, 195:9, 197:5, 197:16, 213:25, 214:7, 214:24, 215:15, 216:8, 218:23, 219:5, 219:9, 220:8, 220:23, 221:20, 221:24, 222:13, 224:9, 224:12, 227:18, 235:15, 237:4, 237:15, 237:18, 239:2, 241:8, 241:16, 242:6, 242:11, 247:18, 249:9, 249:24, 254:8, 255:10, 255:13, 269:25, 270:1, 270:2
**fourth** [1] - 134:22
**frame** [1] - 135:7
**framework** [1] - 171:3
**Francisco** [4] - 40:4, 40:10, 54:1, 88:5
**Franklin** [1] - 2:10
**frankly** [2] - 131:17, 178:1
**free** [5] - 33:5, 115:15, 117:14, 178:21, 184:15
**freedom** [1] - 35:9
**Freedom** [1] - 188:4
**freely** [1] - 33:12
**freezing** [1] - 118:23
**frequently** [1] - 133:7
**friend** [14] - 25:7, 26:12, 32:25, 33:1, 33:9, 37:13, 37:14, 39:4, 39:11, 62:19, 79:1, 80:4, 80:16, 111:1
**friends** [3] - 58:8, 62:22, 65:7
**from** [250] - 6:15, 6:16, 10:2, 17:10, 17:19, 19:19, 20:1, 22:6, 22:16, 23:13, 23:24, 24:2, 25:5, 26:10, 26:25, 27:3, 29:15, 31:15, 31:18, 31:22, 32:21, 33:11, 33:22, 33:23, 34:1, 34:9, 34:16, 34:24, 38:13, 38:16, 39:1, 39:25, 40:10, 45:16, 45:23, 46:1, 46:13, 50:22, 51:11, 53:1, 53:7, 54:5, 54:24, 59:1, 62:7, 63:1, 64:11, 69:19, 73:11, 79:3, 79:4, 79:11, 79:12, 79:17, 79:18, 80:15, 83:16, 85:19, 86:17, 88:10, 88:17, 88:21, 89:16, 90:4, 90:9, 91:21, 92:23, 95:7, 99:14, 99:16, 99:17, 100:3, 102:22, 104:8, 106:9, 109:19, 110:16, 110:25, 112:1, 112:3, 112:8, 116:23, 117:15, 121:20, 122:2, 122:3, 122:22, 124:25, 125:1, 126:9, 129:17,

130:3, 130:9, 130:22, 134:1, 135:18, 136:17, 140:17, 141:22, 142:25, 145:9, 145:15, 145:20, 146:13, 149:14, 149:16, 149:19, 149:20, 151:12, 152:1, 153:1, 153:4, 154:3, 155:1, 156:8, 156:10, 156:13, 156:14, 156:21, 157:16, 157:23, 158:16, 160:21, 161:15, 162:13, 163:9, 163:11, 164:3, 164:13, 164:15, 164:23, 165:25, 168:4, 169:22, 170:14, 170:22, 171:25, 172:12, 173:16, 175:4, 175:5, 175:10, 175:24, 176:9, 176:24, 177:23, 181:23, 182:1, 182:25, 185:8, 188:5, 188:16, 189:6, 192:17, 193:14, 193:18, 193:22, 194:11, 197:5, 197:9, 198:18, 201:21, 202:14, 203:12, 203:13, 205:8, 206:24, 210:13, 211:7, 211:25, 213:18, 213:24, 213:25, 214:2, 214:4, 214:6, 214:7, 214:9, 214:12, 214:13, 214:21, 214:23, 215:5, 215:6, 215:10, 215:15, 216:8, 216:22, 217:3, 217:21, 219:2, 219:5, 219:9, 219:24, 220:8, 220:9, 220:14, 220:23, 221:9, 221:20, 221:23, 221:24, 223:17, 224:9, 224:12, 224:25, 226:6, 227:18, 228:6, 228:20, 233:19, 233:24, 235:20, 237:20, 237:22, 238:20, 239:1, 240:20, 241:21, 242:4, 242:11, 242:14, 247:14, 247:18, 248:11, 249:6, 249:23, 250:3, 253:7, 257:12, 258:15, 261:4, 261:23, 264:13, 265:4, 266:13, 268:23, 269:25, 270:16, 275:19, 275:20, 276:19
**front** [1] - 31:4
**fruition** [1] - 50:10
**Fudim** [3] - 2:9, 4:4, 5:15
**FUDIM** [22] - 7:17, 8:24, 10:11, 11:11, 11:16, 13:7, 15:12, 15:20, 66:7, 66:16, 67:9, 70:3, 70:19, 78:2, 78:20, 78:23, 80:1, 80:19, 84:14, 89:7, 189:21, 274:12
**full** [7] - 34:21, 45:4, 45:18, 46:11, 178:15, 235:4, 236:17
**full-time** [4] - 34:21, 45:4, 45:18, 46:11
**fully** [1] - 60:1
**fun** [2] - 57:19, 65:8
**function** [1] - 23:2
**fundamental** [2] - 106:14, 181:25
**funding** [2] - 136:8, 158:19
**further** [14] - 7:21, 19:6, 80:19, 84:10, 88:20, 88:22, 89:6, 89:14, 104:21, 130:4, 170:16, 189:24, 193:7, 238:7
**furthermore** [1] - 119:20
**future** [4] - 79:3, 157:25, 159:11, 169:10
**FY** [1] - 100:19

## G

**G** [1] - 5:1

gain [1] - 32:11
Galli [5] - 2:20, 4:4, 4:5, 5:19, 81:16
GALLI [9] - 81:8, 81:21, 81:23, 84:5, 84:10, 86:22, 87:13, 87:15, 88:19
Galli-Graves [5] - 2:20, 4:4, 4:5, 5:19, 81:16
GALLI-GRAVES [9] - 81:8, 81:21, 81:23, 84:5, 84:10, 86:22, 87:13, 87:15, 88:19
gambling [1] - 153:20
game [1] - 11:22
games [1] - 12:2
Gandara [1] - 29:8
gander [1] - 12:11
garage [1] - 59:2
Garland [2] - 173:15, 261:22
Gary [1] - 29:8
gather [1] - 25:12
gathers [1] - 130:3
gave [3] - 5:4, 76:5, 126:2
Gene [1] - 1:20, 5:11, 90:15
gene.hamilton@aflegal.org [1] - 1:23
general [11] - 73:9, 73:16, 138:17, 141:3, 167:6, 168:18, 169:9, 187:7, 188:6, 188:7, 188:9
General [7] - 2:3, 20:22, 154:13, 167:12, 167:14, 199:19, 270:7
General's [1] - 199:8
generalized [3] - 206:15, 206:25, 275:18
generally [8] - 31:19, 83:22, 106:16, 227:2, 230:4, 266:2, 266:9, 267:5
generating [1] - 152:16
generations [1] - 45:25
Georgetown [1] - 25:10
get [70] - 7:3, 10:17, 16:5, 18:10, 40:18, 48:24, 53:7, 54:5, 57:15, 57:25, 58:5, 58:25, 62:2, 64:21, 65:2, 67:5, 68:19, 72:7, 99:10, 103:24, 111:18, 117:4, 117:5, 120:8, 126:12, 128:2, 128:3, 131:5, 132:23, 135:5, 135:11, 136:9, 139:7, 141:8, 142:12, 149:11, 151:23, 152:1, 162:3, 162:11, 177:20, 178:22, 182:20, 184:10, 185:1, 186:22, 188:14, 188:23, 189:5, 189:14, 192:15, 202:14, 205:23, 211:11, 222:24, 225:18, 226:19, 235:1, 238:9, 238:14, 238:15, 242:17, 242:20, 243:22, 254:4, 254:10, 263:8, 264:1
gets [7] - 107:17, 108:13, 110:4, 111:24, 120:23, 231:3, 257:13
getting [7] - 10:10, 30:20, 52:19, 139:11, 170:14, 178:15, 207:21
gin [1] - 161:1
Gipson [1] - 129:25
give [13] - 6:11, 46:4, 64:3, 81:13, 87:1, 90:21, 103:17, 103:18, 105:8, 113:2, 135:21, 173:11, 263:24
given [11] - 12:5, 103:9, 103:16, 106:15, 110:25, 134:2, 135:2, 146:18, 146:25,

215:12, 252:3
gives [8] - 93:6, 94:10, 105:2, 109:24, 110:5, 142:9, 211:8, 242:23
giving [1] - 175:24
glad [1] - 19:3
go [50] - 13:23, 14:22, 18:14, 46:14, 51:1, 56:25, 57:5, 61:23, 66:24, 69:16, 75:8, 78:14, 81:20, 86:14, 86:22, 87:12, 89:23, 90:20, 102:21, 105:11, 116:4, 124:16, 127:19, 128:1, 138:25, 156:17, 158:1, 162:19, 168:6, 174:14, 176:23, 178:4, 181:15, 190:9, 190:21, 213:8, 235:2, 243:3, 243:10, 247:1, 249:20, 251:14, 251:15, 252:1, 252:9, 252:15, 256:1, 275:24, 276:2, 276:4
goal [1] - 197:17
goals [1] - 193:24
God [1] - 33:9
God's [1] - 52:6
goes [16] - 7:25, 11:18, 14:3, 111:21, 139:13, 146:8, 152:7, 161:4, 161:13, 166:9, 170:1, 171:5, 180:1, 190:11, 229:22, 246:8
going [91] - 6:11, 6:12, 6:24, 7:7, 7:13, 16:3, 17:11, 19:17, 19:22, 20:3, 23:22, 26:14, 32:13, 37:16, 46:15, 52:25, 60:7, 73:17, 84:6, 89:3, 90:11, 91:12, 91:16, 96:4, 96:23, 96:25, 98:7, 100:9, 101:11, 102:13, 103:10, 104:20, 106:21, 122:21, 124:8, 126:18, 126:25, 128:19, 131:5, 135:8, 135:10, 135:11, 135:12, 140:25, 142:5, 144:19, 147:1, 147:4, 147:6, 155:17, 156:9, 169:6, 170:17, 171:19, 175:6, 185:2, 185:21, 186:22, 186:24, 187:2, 190:2, 190:19, 190:20, 190:24, 191:11, 192:3, 192:8, 192:21, 198:21, 208:1, 213:8, 215:25, 217:13, 219:24, 220:7, 220:25, 227:6, 236:5, 236:6, 237:20, 242:10, 251:3, 251:7, 251:8, 251:13, 251:23, 251:24, 257:9, 257:13, 258:16
gone [5] - 180:12, 220:10, 222:17, 247:23, 247:24
good [30] - 5:13, 5:16, 9:2, 12:11, 18:15, 18:16, 35:7, 36:23, 37:5, 37:6, 37:8, 37:13, 39:11, 67:17, 78:24, 78:25, 85:21, 89:20, 105:12, 169:2, 178:18, 183:19, 192:24, 202:7, 206:18, 251:19, 274:9, 274:15
goose [1] - 12:11
Gorsuch [6] - 173:3, 179:5, 186:7, 211:14, 269:8, 269:15
Gorsuch's [2] - 178:23, 211:3
got [20] - 16:5, 16:7, 48:20, 84:15, 86:25, 89:22, 104:24, 126:21, 128:12, 178:9, 184:18, 185:22, 192:10, 217:25, 218:13, 242:16, 242:19, 251:3, 260:14, 263:23
gotten [1] - 92:12

government [69] - 22:3, 23:6, 24:10, 75:21, 76:5, 87:19, 94:10, 106:22, 109:7, 109:10, 115:1, 115:4, 116:2, 118:25, 120:5, 121:4, 121:19, 122:1, 128:4, 128:6, 129:17, 129:19, 129:23, 130:9, 130:25, 133:11, 134:1, 134:4, 136:17, 139:19, 139:20, 140:6, 141:1, 141:14, 142:7, 142:22, 142:24, 143:8, 143:21, 144:5, 146:3, 146:9, 147:22, 148:11, 150:13, 151:1, 152:18, 152:24, 154:14, 154:19, 157:10, 157:11, 160:19, 162:14, 163:11, 163:16, 163:19, 165:10, 167:21, 172:21, 173:19, 175:5, 175:24, 176:8, 179:18, 215:1, 223:1, 227:7, 275:10
Government [1] - 109:5
government's [6] - 146:15, 195:21, 196:2, 200:9, 266:19, 266:21
governmental [1] - 107:4
governments [1] - 205:15
grand [1] - 96:6
Grande - 66:1, 66:6
grant [17] - 20:11, 20:22, 24:6, 25:25, 59:25, 92:15, 107:21, 127:8, 163:7, 163:9, 167:23, 244:11, 248:23, 248:24, 253:7, 253:22, 255:4
granted [18] - 10:1, 18:24, 24:8, 32:15, 40:5, 45:14, 52:9, 93:3, 126:2, 132:7, 159:21, 165:12, 167:1, 213:3, 244:24, 254:14, 254:17, 271:15
granting [6] - 142:9, 167:15, 175:11, 244:23, 255:16, 262:20
grants [5] - 106:10, 125:25, 126:1, 164:2, 165:24
granular [1] - 23:24
grappling [1] - 224:10
Graves [5] - 2:20, 4:4, 4:5, 5:19, 81:16
GRAVES [9] - 81:8, 81:21, 81:23, 84:5, 84:10, 86:22, 87:13, 87:15, 88:19
graves@raicestexas.org [1] - 2:23
great [6] - 40:24, 61:15, 61:16, 61:17, 82:10, 108:1
greater [12] - 31:1, 41:10, 119:18, 154:6, 194:17, 196:24, 199:25, 231:14, 231:15, 245:15, 246:2, 248:4
green [2] - 104:1, 119:23
greet [1] - 54:5
grew [2] - 45:24, 46:2
grievance [2] - 206:15, 275:18
grievances [1] - 206:25
gross [1] - 30:7
ground [2] - 202:10, 247:8
grounded [3] - 19:9, 20:9, 35:5
grounds [3] - 148:9, 150:23, 202:6
group [8] - 206:21, 220:21, 223:5, 223:21, 229:24, 231:8, 266:14, 271:8
groups [1] - 92:21
grow [1] - 37:21
growing [1] - 46:11
growth [1] - 31:24

**guarantee** [3] - 254:9, 255:22, 271:1
**guarantees** [2] - 24:16, 27:19
**Guatemala** [1] - 66:5
**guess** [10] - 10:17, 13:7, 16:4, 68:11, 175:14, 192:12, 204:4, 215:23, 251:6, 251:22
**guessed** [1] - 168:4
**guide** [2] - 197:25, 198:3
**Guide** [1] - 119:3
**guideline** [1] - 119:11
**guidelines** [4] - 119:15, 170:20, 216:12, 236:14
**guise** [1] - 91:11
**Gustavo** [1] - 43:15

# H

**h** [1] - 115:6
**H-2A** [2] - 111:2, 111:14
**had** [124] - 7:1, 7:9, 7:10, 7:21, 7:23, 8:6, 8:12, 8:18, 9:20, 11:10, 11:13, 13:8, 13:9, 13:10, 13:11, 14:17, 14:18, 16:9, 19:3, 21:8, 33:16, 33:19, 34:25, 40:2, 43:20, 46:2, 46:9, 46:22, 47:7, 47:17, 47:19, 50:14, 51:7, 51:10, 51:18, 51:19, 51:24, 52:1, 52:2, 52:20, 53:7, 54:1, 54:2, 54:4, 55:5, 55:7, 55:9, 56:10, 56:24, 57:24, 58:8, 65:6, 65:7, 65:9, 65:12, 65:17, 65:20, 66:14, 67:1, 71:4, 78:9, 78:15, 79:18, 80:16, 81:5, 82:22, 82:25, 87:6, 87:19, 88:13, 100:15, 103:9, 108:15, 138:14, 139:21, 144:2, 146:12, 146:14, 146:19, 153:19, 153:22, 155:19, 158:22, 159:5, 159:19, 159:20, 159:21, 160:23, 163:22, 164:19, 164:24, 165:4, 165:9, 165:10, 167:25, 174:20, 175:16, 176:13, 178:1, 180:16, 182:16, 183:6, 183:11, 185:9, 185:11, 185:21, 186:23, 190:4, 191:13, 193:8, 195:2, 223:6, 224:11, 239:10, 239:11, 242:15, 250:24, 250:25, 256:24, 268:9, 272:10, 272:12
**hadn't** [3] - 12:22, 194:22, 200:14
**Haiti** [19] - 16:13, 16:22, 16:24, 18:3, 19:19, 24:2, 27:1, 33:18, 38:13, 39:1, 95:21, 101:8, 117:9, 193:12, 193:18, 213:25, 214:4, 214:22, 249:3
**Haitian** [5] - 17:25, 22:6, 22:24, 215:7
**Haitians** [3] - 95:1, 100:21, 215:7
**half** [5] - 58:19, 109:1, 192:12, 214:14, 214:15
**HAMILTON** [7] - 90:13, 90:15, 105:5, 190:10, 190:15, 190:21, 191:17
**Hamilton** [8] - 1:20, 4:7, 5:11, 36:1, 90:16, 164:19, 165:1, 190:7
**hand** [3] - 36:15, 90:20, 104:20
**hands** [3] - 46:12, 52:6, 96:23
**Hanen** [7] - 140:12, 145:9, 145:19, 165:9, 165:12, 176:16, 176:20

**Hanen's** [1] - 175:16
**happen** [3] - 138:22, 211:11, 259:12
**happened** [6] - 88:3, 142:5, 159:20, 159:24, 189:17, 218:17
**happening** [4] - 83:5, 87:24, 211:10, 250:7
**happens** [14] - 110:4, 111:15, 115:9, 128:14, 140:7, 174:5, 215:16, 215:17, 216:4, 216:24, 217:5, 218:15, 244:14, 249:10
**happiness** [1] - 40:25
**happy** [8] - 54:22, 55:1, 61:18, 72:6, 102:19, 251:1, 252:8, 255:25
**hard** [3] - 163:19, 223:17, 263:24
**hardly** [1] - 106:25
**hardship** [2] - 68:18, 83:8
**harm** [30] - 20:1, 26:19, 26:23, 27:15, 28:7, 28:13, 28:14, 28:17, 28:23, 32:7, 96:15, 161:3, 161:4, 161:23, 194:22, 213:15, 220:16, 222:18, 229:6, 229:7, 229:14, 236:23, 242:9, 246:9, 267:16, 268:6, 269:25, 275:8, 275:19
**harmed** [2] - 27:7, 28:21
**harms** [1] - 172:12
**has** [281] - 6:13, 6:14, 7:18, 8:3, 9:3, 10:13, 10:17, 10:18, 11:23, 13:1, 13:16, 13:21, 14:15, 15:12, 15:13, 15:18, 15:21, 16:10, 18:11, 19:7, 19:25, 20:10, 20:13, 21:25, 22:11, 26:6, 26:15, 26:18, 27:1, 27:6, 27:8, 27:12, 28:3, 28:14, 28:16, 28:18, 28:20, 28:21, 29:4, 29:8, 29:16, 29:22, 32:2, 32:4, 32:6, 32:24, 32:25, 33:8, 33:20, 33:25, 34:2, 34:3, 34:8, 34:14, 34:15, 34:18, 34:19, 34:22, 34:24, 35:5, 35:19, 36:5, 37:14, 39:20, 43:12, 43:15, 44:14, 44:15, 44:16, 45:24, 46:25, 47:2, 47:4, 47:5, 47:14, 54:2, 56:7, 56:19, 57:4, 58:12, 58:14, 58:17, 59:8, 59:11, 60:15, 65:24, 67:25, 68:13, 68:17, 69:10, 69:20, 70:9, 71:12, 72:19, 73:24, 75:25, 76:10, 76:22, 79:7, 79:14, 80:4, 82:7, 82:25, 83:5, 85:13, 92:12, 94:15, 94:23, 95:13, 96:15, 97:13, 98:1, 99:14, 101:6, 102:5, 104:4, 104:19, 105:19, 105:21, 108:4, 108:10, 109:5, 109:7, 110:3, 111:6, 111:14, 111:16, 111:20, 112:18, 113:15, 113:23, 114:12, 115:2, 115:8, 116:17, 116:21, 117:11, 117:22, 120:21, 120:24, 121:8, 122:10, 122:19, 125:7, 125:10, 125:12, 126:5, 126:16, 126:24, 128:9, 130:1, 130:4, 130:9, 130:10, 130:19, 133:7, 133:11, 133:22, 133:24, 135:20, 136:5, 136:23, 141:11, 145:21, 146:6, 151:14, 152:4, 153:4, 153:6, 154:12, 156:12, 159:17, 160:9, 160:11, 160:12, 160:13, 160:21, 161:9, 162:18, 163:17, 163:20, 164:6,

164:10, 165:20, 167:4, 167:20, 170:20, 171:15, 171:16, 171:23, 172:24, 177:3, 178:16, 179:2, 179:8, 179:9, 180:11, 181:23, 183:10, 185:6, 185:22, 186:15, 187:1, 187:23, 189:11, 191:12, 192:7, 194:24, 195:21, 196:16, 197:9, 198:6, 198:8, 203:3, 203:6, 203:7, 205:7, 205:19, 207:5, 208:16, 208:19, 210:22, 212:22, 215:23, 216:12, 216:16, 216:21, 218:6, 219:4, 220:9, 220:10, 220:23, 221:24, 222:7, 222:17, 225:12, 225:19, 227:16, 228:18, 232:2, 232:17, 233:23, 236:15, 236:24, 238:22, 238:23, 240:22, 241:5, 241:7, 243:25, 244:4, 244:8, 244:17, 245:8, 245:16, 246:1, 246:23, 247:2, 249:8, 249:13, 249:19, 252:13, 253:18, 253:21, 254:2, 255:24, 256:20, 256:21, 259:18, 259:19, 259:24, 259:25, 262:4, 265:14, 268:7, 274:18
**hasn't** [4] - 59:3, 137:12, 205:25, 224:6
**hate** [1] - 186:21
**have** [516] - 5:9, 5:14, 5:24, 6:1, 7:4, 7:6, 7:16, 7:21, 7:24, 8:9, 9:11, 9:14, 10:14, 11:6, 11:13, 11:17, 12:14, 13:1, 13:14, 13:18, 14:17, 16:4, 16:5, 16:7, 16:14, 16:19, 17:5, 17:8, 17:12, 17:14, 18:5, 19:3, 19:11, 20:1, 21:15, 21:17, 21:19, 21:20, 21:24, 22:10, 22:15, 23:4, 23:10, 23:11, 24:16, 24:24, 25:5, 27:11, 30:16, 30:17, 31:4, 35:9, 35:15, 35:23, 36:4, 36:18, 37:25, 38:6, 38:17, 38:18, 39:7, 39:9, 41:20, 41:25, 42:4, 42:5, 43:5, 43:7, 43:10, 44:3, 44:8, 44:12, 45:21, 46:2, 46:12, 46:13, 46:16, 47:1, 47:6, 48:25, 49:2, 50:9, 50:19, 51:5, 51:20, 52:5, 55:10, 55:22, 55:25, 59:2, 59:15, 59:18, 59:19, 59:21, 60:23, 61:18, 61:21, 62:19, 63:17, 66:4, 66:11, 66:14, 67:1, 67:3, 67:13, 68:1, 68:14, 68:17, 69:5, 69:13, 70:11, 70:25, 71:3, 71:24, 73:23, 75:11, 76:15, 78:7, 78:8, 79:2, 79:10, 79:16, 80:14, 80:21, 82:3, 82:4, 82:10, 82:22, 83:1, 83:7, 83:14, 83:24, 84:15, 86:16, 86:25, 87:16, 88:22, 89:5, 89:12, 89:22, 91:2, 91:10, 92:6, 92:7, 92:8, 92:10, 93:14, 95:1, 95:10, 95:15, 95:16, 95:19, 96:2, 96:6, 96:8, 96:9, 96:16, 96:19, 96:22, 98:11, 98:20, 99:6, 100:8, 100:11, 100:12, 101:12, 101:13, 101:25, 102:8, 102:15, 103:11, 103:15, 104:23, 105:7, 106:6, 106:15, 107:14, 107:15, 107:24, 108:16, 109:1, 112:13, 112:14, 112:20, 112:21, 112:22, 113:13, 113:24, 113:25, 114:15, 114:24, 114:25, 115:18, 115:19, 115:20, 116:9, 117:2, 117:13, 117:22, 120:20,

121:13, 121:20, 121:23, 122:12,
122:24, 123:21, 124:23, 125:9,
125:10, 125:20, 126:18, 127:1, 127:2,
127:19, 128:1, 128:3, 128:21, 129:1,
129:6, 129:8, 129:14, 129:16, 130:12,
130:14, 130:19, 131:12, 131:17,
131:22, 132:12, 132:13, 132:16,
132:25, 133:16, 133:17, 135:1, 135:3,
135:4, 135:8, 135:17, 135:21, 136:8,
137:2, 137:3, 137:4, 137:5, 137:6,
137:7, 137:11, 137:13, 137:14,
137:17, 137:21, 137:24, 138:1, 138:2,
138:4, 138:10, 138:15, 138:21,
138:22, 138:24, 139:12, 140:5, 140:9,
140:19, 143:13, 144:20, 145:1,
145:12, 146:14, 146:19, 147:12,
147:13, 148:6, 148:18, 149:1, 149:24,
150:5, 150:7, 150:8, 151:9, 151:13,
151:14, 151:25, 152:6, 153:11,
153:13, 153:22, 153:25, 154:21,
155:15, 156:19, 158:3, 158:10, 159:9,
159:14, 159:22, 159:23, 160:1, 160:4,
160:10, 160:14, 162:1, 162:2, 162:9,
162:22, 164:12, 165:17, 167:10,
170:12, 171:20, 172:23, 172:25,
175:1, 175:22, 176:5, 176:25, 178:9,
178:12, 180:25, 184:17, 184:18,
185:23, 186:4, 186:17, 187:11,
187:16, 187:23, 187:25, 188:17,
188:23, 189:5, 189:24, 190:5, 190:8,
191:7, 191:15, 191:22, 193:12, 194:6,
194:9, 194:17, 196:12, 198:15, 199:2,
200:13, 201:9, 201:16, 203:19, 204:5,
205:6, 205:11, 206:14, 206:19,
206:21, 207:8, 207:9, 207:11, 208:5,
208:14, 208:15, 208:17, 208:23,
208:25, 209:2, 210:15, 211:1, 211:2,
211:3, 211:24, 212:4, 213:3, 213:5,
213:23, 215:12, 216:2, 216:5, 217:15,
217:25, 218:5, 218:13, 218:18,
218:25, 219:3, 219:7, 220:12, 221:7,
221:10, 221:18, 222:4, 222:6, 222:9,
222:10, 223:20, 223:21, 223:24,
224:16, 224:23, 225:10, 225:12,
225:22, 226:4, 226:8, 226:9, 226:11,
229:17, 230:22, 231:11, 232:5, 232:6,
232:18, 232:19, 233:25, 234:5, 234:6,
234:10, 234:11, 234:21, 235:2, 235:5,
235:12, 235:16, 236:19, 237:7, 238:9,
240:8, 240:13, 240:17, 241:4, 241:6,
241:22, 242:25, 243:3, 243:12,
244:15, 245:7, 246:1, 246:4, 246:16,
246:17, 246:18, 246:19, 247:6,
247:13, 247:22, 247:23, 247:24,
248:13, 248:15, 249:18, 251:3,
251:15, 251:18, 252:4, 253:16,
253:19, 253:20, 254:16, 254:20,
257:19, 258:8, 258:20, 258:22, 259:1,
260:10, 261:2, 261:14, 263:7, 263:8,
263:16, 263:23, 264:10, 264:13,
264:21, 264:25, 265:9, 265:24,

267:20, 268:4, 268:5, 269:24, 270:19,
271:19, 272:4, 272:15, 272:19,
272:21, 272:22, 272:24, 273:18,
273:20, 273:21, 273:22
**haven't** [9] - 11:20, 163:6, 222:2,
231:18, 231:20, 235:6, 235:9, 237:12
**having** [9] - 10:8, 13:3, 29:23, 40:13,
104:8, 110:23, 111:5, 182:19
**havoc** [2] - 47:5, 82:5
**he's** [4] - 56:5, 67:22, 71:11, 73:20
**head** [2] - 75:9, 82:15
**health** [10] - 83:1, 83:7, 112:20, 112:21,
117:25, 193:8, 193:10, 242:16, 243:16
**Health** [2] - 130:18, 130:21
**health-related** [1] - 243:16
**healthcare** [22] - 27:8, 27:22, 29:20,
69:11, 130:17, 131:10, 143:10, 225:2,
225:9, 229:13, 237:14, 238:2, 238:6,
238:12, 238:15, 238:25, 239:3, 244:2,
268:10, 268:11, 268:13
**healthy** [1] - 68:22
**hear** [5] - 17:10, 25:4, 32:21, 90:9,
198:16
**heard** [14] - 10:14, 51:3, 51:14, 99:16,
110:25, 112:4, 160:4, 178:12, 221:13,
222:22, 235:1, 236:24, 242:18, 243:24
**heart** [1] - 179:18
**heat** [1] - 81:5
**heavy** [1] - 167:6
**Heckler** [9] - 148:16, 148:20, 148:23,
168:23, 169:2, 169:13, 169:16,
170:16, 170:18
**held** [14] - 106:8, 153:18, 166:22, 169:2,
172:1, 173:13, 196:14, 199:15,
202:19, 259:24, 259:25, 261:2,
266:20, 273:13
**hello** [2] - 81:9, 81:10
**help** [8] - 31:13, 45:11, 45:19, 54:5,
54:20, 54:25, 57:15, 197:3
**helped** [3] - 53:6, 58:14, 88:7
**helpful** [8] - 6:25, 7:5, 15:23, 15:25,
88:23, 104:25, 190:17, 190:18
**helps** [1] - 191:4
**Hemisphere** [1] - 23:9
**her** [11] - 25:11, 33:17, 34:1, 34:2, 34:5,
34:20, 34:21, 34:25, 43:10, 186:16
**here** [124] - 5:4, 5:11, 6:4, 12:25, 14:10,
14:11, 18:10, 22:18, 23:5, 23:11,
23:13, 30:20, 35:3, 37:10, 37:11, 41:4,
49:5, 51:1, 58:3, 60:3, 61:18, 69:24,
71:12, 71:15, 73:5, 73:8, 80:13, 83:11,
84:17, 86:13, 97:5, 99:18, 100:7,
101:25, 102:9, 103:7, 103:20, 104:12,
106:21, 107:1, 109:14, 118:23, 120:9,
121:17, 125:20, 130:7, 131:7, 132:17,
133:18, 134:11, 137:6, 140:8, 140:25,
141:5, 145:18, 148:12, 153:8, 155:24,
157:3, 157:8, 157:21, 162:3, 166:5,
167:9, 168:11, 169:9, 169:18, 174:6,
175:7, 176:20, 187:16, 188:13, 189:3,

189:16, 190:23, 195:21, 196:24,
196:25, 198:1, 203:20, 204:2, 206:14,
209:16, 210:18, 210:21, 211:2, 211:4,
211:19, 211:25, 213:21, 214:19,
218:13, 220:16, 224:5, 225:12,
226:11, 231:11, 231:23, 238:22,
238:23, 240:17, 240:24, 241:3,
242:19, 243:9, 246:6, 247:5, 248:1,
251:12, 258:22, 259:6, 260:10,
263:16, 264:10, 265:22, 267:22,
272:4, 272:15, 272:19, 272:21,
273:18, 274:21, 275:12
**Herrera** [6] - 199:6, 256:21, 257:2,
263:15, 271:25, 272:6
**herself** [1] - 109:5
**hey** [2] - 142:4, 144:18
**HH** [3] - 214:16, 219:14, 249:19
**HHS** [1] - 119:15
**HHSC** [1] - 132:19
**hidden** [1] - 12:3
**hide** [2] - 123:12, 123:15
**high** [4] - 99:7, 117:16, 117:23, 193:4
**highlighted** [3] - 21:18, 22:15, 23:10
**highly** [3] - 29:18, 121:17, 146:23
**highways** [1] - 82:17
**hikes** [1] - 57:20
**him** [66] - 26:9, 32:24, 32:25, 33:10,
40:8, 40:9, 40:10, 40:11, 41:4, 42:12,
42:16, 42:20, 43:1, 44:10, 44:11,
46:23, 50:2, 50:3, 52:15, 53:19, 54:5,
54:6, 54:9, 56:21, 56:23, 57:15, 57:18,
57:20, 57:21, 58:5, 58:8, 58:9, 58:10,
58:14, 59:9, 59:19, 60:15, 62:19,
64:13, 65:5, 66:18, 68:1, 69:5, 69:23,
72:7, 72:10, 72:12, 72:15, 74:2, 74:14,
75:22, 77:12, 83:16, 84:23, 84:25,
85:4, 87:2, 88:6, 88:7, 88:8, 88:15,
109:5, 178:25
**himself** [5] - 33:8, 35:5, 61:13, 73:6,
123:7
**hint** [2] - 146:9, 146:10
**hints** [2] - 163:16, 267:4
**hired** [1] - 232:20
**hiring** [1] - 232:12
**his** [118] - 25:5, 26:9, 32:23, 33:2, 33:9,
33:12, 33:22, 34:5, 34:8, 34:9, 34:10,
40:3, 41:2, 41:16, 41:24, 42:17, 42:18,
42:22, 43:6, 43:11, 43:12, 43:13, 44:3,
44:24, 45:4, 45:8, 45:20, 46:10, 46:19,
47:1, 47:3, 47:12, 50:1, 50:5, 50:24,
51:18, 52:1, 52:13, 52:17, 52:19,
52:20, 54:1, 55:14, 56:4, 58:11, 58:12,
58:15, 58:20, 58:22, 59:6, 59:16,
59:24, 60:2, 60:4, 60:5, 60:15, 62:24,
63:6, 64:24, 66:4, 67:20, 67:25, 68:12,
68:13, 70:6, 70:7, 71:5, 71:9, 71:12,
72:10, 72:16, 72:20, 73:6, 73:8, 73:21,
74:1, 74:8, 75:14, 77:13, 79:9, 80:7,
80:13, 81:25, 82:6, 82:10, 83:9, 83:10,
83:11, 83:14, 83:15, 84:18, 84:19,

84:22, 85:1, 85:12, 85:24, 86:6, 86:13,
86:15, 87:4, 88:5, 88:9, 88:10, 111:1,
145:9, 158:22, 158:24, 175:21,
211:14, 249:19, 250:9, 256:4, 260:17,
260:18, 270:8
**historical** [2] - 19:18, 22:12
**historically** [4] - 20:9, 35:4, 193:4,
215:24
**history** [17] - 19:8, 20:7, 23:7, 26:16,
85:3, 194:10, 194:15, 198:3, 198:8,
198:12, 198:14, 203:17, 204:10,
216:2, 216:16, 248:13, 267:4
**hit** [5] - 47:4, 47:20, 49:7, 51:2, 51:13
**Hobson's** [1] - 172:16
**Hogwarts** [1] - 191:23
**hold** [12] - 26:9, 64:1, 66:18, 79:21,
126:20, 127:23, 157:17, 174:12,
192:3, 202:18, 203:15, 217:12
**holders** [1] - 120:17
**holding** [5] - 69:6, 203:12, 204:8,
257:22, 275:14
**hole** [2] - 123:16, 170:17
**holes** [1] - 123:13
**holidays** [2] - 41:22, 41:23
**home** [24] - 25:6, 26:10, 41:5, 41:22,
44:4, 44:6, 44:10, 47:7, 48:21, 50:19,
52:17, 57:11, 57:22, 60:19, 74:3, 82:6,
85:25, 86:14, 101:3, 141:16, 213:8,
217:11, 235:2, 248:20
**Homeland** [4] - 5:8, 101:6, 102:2,
261:15
**HOMELAND** [1] - 1:6
**homes** [1] - 58:9
**honestly** [2] - 192:3, 192:4
**Honor** [134] - 5:10, 5:13, 5:16, 6:10,
6:20, 7:18, 9:6, 9:12, 9:18, 10:11,
14:4, 14:6, 15:13, 16:15, 16:21, 17:1,
17:7, 17:9, 17:12, 17:17, 18:16, 18:24,
19:7, 19:17, 21:14, 26:14, 34:6, 35:2,
35:22, 36:7, 36:12, 60:23, 61:3, 61:22,
63:20, 66:16, 67:6, 70:12, 71:17, 72:7,
72:18, 73:10, 74:10, 75:24, 76:9,
76:21, 77:10, 78:2, 78:4, 78:11, 78:20,
79:22, 80:21, 81:15, 81:19, 81:21,
84:6, 84:11, 84:13, 84:14, 87:13,
88:20, 88:22, 89:7, 89:10, 89:15,
89:17, 105:12, 124:8, 127:1, 129:12,
132:4, 138:6, 140:23, 151:10, 156:6,
173:2, 175:9, 177:10, 177:18, 178:14,
179:7, 179:17, 182:23, 183:10,
184:23, 185:4, 186:19, 189:8, 189:23,
190:6, 190:7, 191:17, 191:18, 192:7,
192:24, 192:25, 200:6, 200:22,
201:19, 205:3, 208:5, 209:16, 216:11,
218:3, 222:23, 223:16, 231:4, 233:16,
235:4, 235:14, 236:17, 239:13,
240:12, 243:21, 245:7, 250:24,
251:16, 251:20, 252:1, 252:22,
255:17, 258:4, 258:22, 258:25, 259:6,
259:17, 259:24, 260:19, 261:20,

273:4, 274:11, 274:12, 274:17
**Honor's** [3] - 14:13, 118:21, 120:2
**HONORABLE** [1] - 1:14
**hook** [2] - 135:20, 245:5
**hoop** [1] - 185:1
**hope** [4] - 52:1, 52:2, 58:19, 101:22
**hoping** [1] - 242:18
**horizon** [2] - 14:14, 101:22
**hospitals** [1] - 130:23
**hot** [1] - 58:2
**hour** [5] - 58:19, 190:4, 191:20, 191:23,
192:12
**hour-and-a-half** [1] - 58:19
**hours** [4] - 52:24, 88:6, 88:16, 192:13
**house** [8] - 39:19, 45:24, 48:20, 53:6,
53:9, 53:13, 55:17, 59:1
**household** [2] - 80:6, 80:7
**housekeeping** [1] - 5:22
**housing** [1] - 50:2
**Houston** [2] - 3:8, 6:3
**how** [101] - 6:1, 9:24, 14:23, 23:23, 33:4,
35:3, 38:15, 38:21, 38:25, 39:20,
39:23, 40:22, 42:11, 42:13, 43:1,
45:10, 46:14, 49:5, 49:12, 51:1, 51:12,
51:20, 52:25, 54:14, 55:1, 56:8, 56:14,
56:18, 56:19, 57:2, 58:25, 64:16, 65:8,
72:15, 83:18, 84:1, 89:22, 99:25,
103:3, 103:4, 103:5, 103:6, 104:17,
107:17, 108:19, 108:22, 109:12,
113:7, 113:11, 113:16, 116:25,
124:11, 125:6, 128:19, 132:24, 134:2,
138:1, 144:25, 146:10, 148:10,
148:25, 149:11, 149:24, 151:13,
156:16, 157:18, 158:7, 181:11, 184:6,
189:13, 192:2, 192:4, 192:6, 192:15,
195:17, 197:7, 200:18, 201:21, 204:7,
210:6, 210:16, 240:16, 242:17,
248:17, 251:22, 252:10, 253:25,
257:24, 258:1, 258:3, 258:13, 259:14,
263:11, 263:24, 264:4, 267:14, 274:2
**however** [4] - 134:8, 146:9, 169:7, 178:7
**Hsiao** [1] - 2:15
**Hsiao-ln** [1] - 2:15
**huge** [1] - 219:7
**huh** [10] - 40:21, 44:23, 50:16, 68:9,
71:6, 74:25, 75:2, 75:19, 86:1, 86:11
**Huh** [1] - 228:14
**human** [3] - 34:23, 96:19, 112:23
**Human** [1] - 130:18
**humanitarian** [27] - 20:23, 21:2, 22:20,
70:11, 70:21, 70:24, 74:9, 75:6, 75:22,
91:9, 92:17, 93:4, 93:9, 97:19, 98:2,
99:19, 103:6, 171:1, 171:17, 212:12,
212:19, 213:11, 254:1, 256:7, 256:14,
270:10, 272:20
**humanities** [1] - 38:6
**hundreds** [1] - 102:11
**Hunt** [1] - 31:20
**hunt** [1] - 176:23
**hurricanes** [2] - 47:5, 82:4

**husband** [2] - 34:1, 34:5
**hypothetical** [1] - 258:3

---

## I

**i** [3] - 187:1, 262:9, 276:18
**I** [753] - 5:1, 5:9, 5:14, 6:3, 6:20, 7:9,
7:13, 7:18, 8:5, 8:22, 8:25, 9:11, 10:7,
10:14, 10:15, 10:17, 11:6, 11:16, 12:9,
12:12, 13:5, 13:7, 13:13, 13:14, 13:15,
13:18, 13:21, 14:12, 14:17, 14:18,
14:19, 14:20, 14:22, 14:23, 14:25,
15:2, 15:3, 15:9, 15:11, 15:24, 15:25,
16:3, 16:4, 16:5, 16:9, 16:14, 16:15,
16:18, 17:14, 17:17, 18:1, 18:9, 18:17,
19:17, 19:20, 19:22, 19:24, 19:25,
20:3, 22:18, 23:12, 23:16, 23:22,
26:14, 27:17, 30:3, 30:15, 30:17,
30:19, 30:24, 31:3, 31:4, 32:13, 35:20,
36:2, 36:17, 37:11, 37:12, 37:16,
37:20, 37:24, 38:1, 38:3, 38:6, 38:9,
38:14, 39:3, 39:4, 39:9, 39:19, 40:1,
40:11, 40:18, 40:24, 41:1, 41:12,
41:13, 41:15, 41:20, 41:21, 41:22,
41:25, 42:1, 42:2, 42:8, 42:17, 42:21,
43:9, 43:14, 43:16, 43:23, 44:4, 44:7,
44:12, 45:13, 45:15, 45:23, 45:24,
46:1, 46:2, 46:7, 46:13, 46:14, 46:15,
46:18, 47:1, 47:12, 48:4, 48:6, 48:14,
48:15, 49:1, 49:2, 49:10, 49:14, 50:3,
50:4, 50:12, 50:13, 50:20, 51:4, 51:5,
51:6, 51:8, 51:16, 51:17, 51:19, 51:24,
51:25, 52:15, 52:16, 53:3, 53:5, 53:6,
53:7, 53:9, 53:16, 54:21, 55:15, 56:9,
56:17, 56:18, 56:20, 57:4, 57:14,
57:19, 57:23, 58:2, 58:14, 59:2, 59:4,
60:23, 61:12, 61:13, 61:25, 62:17,
62:20, 63:3, 63:11, 63:14, 63:17,
63:18, 64:2, 64:3, 64:8, 64:11, 64:18,
65:11, 65:15, 65:16, 66:9, 66:10,
66:19, 67:9, 67:10, 67:11, 67:13,
67:16, 68:11, 68:12, 68:14, 69:6,
69:19, 69:25, 71:2, 71:3, 71:10, 71:24,
72:1, 72:2, 72:7, 72:10, 72:18, 73:1,
73:5, 73:16, 73:20, 73:22, 73:23, 74:2,
74:3, 74:15, 74:17, 74:23, 75:9, 75:10,
75:12, 75:14, 75:15, 75:17, 76:2,
76:13, 76:14, 76:24, 77:4, 77:16,
78:16, 81:11, 82:2, 82:11, 82:12,
82:15, 82:19, 82:25, 83:13, 84:15,
84:24, 85:2, 85:6, 85:18, 85:21, 86:7,
86:10, 86:16, 86:25, 87:1, 87:5, 87:6,
87:8, 88:1, 88:4, 88:7, 88:12, 88:22,
89:3, 89:22, 96:10, 97:23, 99:21,
99:24, 101:1, 101:4, 101:17, 102:3,
102:18, 104:20, 105:6, 105:8, 105:10,
105:16, 106:8, 108:19, 112:14,
115:22, 116:23, 117:17, 118:20,
120:2, 120:8, 122:21, 123:20, 123:21,
123:25, 124:1, 124:3, 124:8, 126:20,
127:24, 128:12, 128:18, 128:19,

128:20, 129:4, 129:5, 129:9, 129:11,
131:4, 132:13, 132:23, 135:24,
137:16, 137:17, 138:17, 138:20,
138:21, 138:22, 138:24, 139:5, 139:8,
140:7, 140:18, 140:25, 143:12,
144:10, 147:2, 148:14, 149:1, 149:20,
150:2, 150:4, 150:5, 150:6, 150:10,
150:11, 151:8, 151:24, 155:12,
155:19, 155:22, 156:5, 156:7, 156:14,
156:16, 156:23, 157:1, 157:2, 157:18,
158:3, 158:7, 158:10, 158:11, 158:16,
160:1, 160:8, 169:5, 173:1, 173:10,
174:1, 175:1, 175:8, 175:9, 175:12,
175:14, 176:1, 176:2, 176:5, 176:7,
176:19, 176:20, 177:2, 177:3, 177:5,
177:9, 177:18, 177:23, 178:1, 178:6,
178:9, 178:10, 178:12, 178:22, 179:1,
179:2, 179:6, 179:8, 179:11, 179:17,
179:22, 180:1, 180:20, 181:13,
181:18, 182:8, 182:23, 183:2, 183:9,
183:10, 183:14, 184:1, 184:6, 184:9,
184:17, 184:22, 184:24, 185:18,
185:20, 185:25, 186:2, 186:14,
186:17, 186:18, 186:21, 186:22,
186:24, 187:1, 187:2, 187:3, 187:7,
187:8, 187:15, 187:16, 187:17,
187:18, 189:4, 189:10, 189:11,
189:13, 189:15, 189:18, 189:23,
190:1, 190:3, 190:5, 190:6, 190:7,
190:10, 190:18, 190:21, 191:4, 191:7,
191:9, 191:10, 192:2, 192:3, 192:6,
192:9, 192:11, 192:12, 196:24, 200:3,
200:6, 201:9, 201:10, 201:14, 201:15,
201:16, 201:17, 201:19, 201:21,
202:4, 202:13, 202:17, 202:18,
202:22, 202:24, 203:2, 203:11,
203:16, 203:19, 204:17, 205:3,
205:10, 205:11, 205:19, 205:22,
206:1, 206:3, 206:9, 206:14, 208:7,
208:9, 208:16, 208:18, 209:5, 209:8,
209:19, 210:1, 210:19, 210:21, 211:1,
211:2, 211:11, 213:1, 213:6, 213:8,
215:23, 216:6, 216:11, 217:8, 217:14,
218:5, 218:11, 218:12, 218:16,
218:18, 218:20, 218:21, 219:3,
219:10, 221:12, 222:8, 222:15,
222:17, 222:21, 222:23, 223:8, 223:9,
223:16, 223:23, 224:8, 225:18,
225:20, 226:16, 227:22, 228:4,
228:13, 228:15, 229:3, 230:24,
230:25, 231:5, 233:1, 233:12, 233:13,
233:15, 233:22, 234:7, 234:11,
235:25, 236:2, 236:11, 236:12,
236:18, 238:4, 239:19, 239:20, 240:5,
240:12, 240:16, 240:17, 240:24,
240:25, 241:21, 242:2, 242:18,
242:19, 242:21, 242:24, 243:18,
243:21, 244:5, 244:18, 245:7, 246:19,
248:4, 250:16, 250:24, 250:25, 251:1,
251:2, 251:3, 251:5, 251:6, 251:8,
251:11, 251:12, 251:15, 251:17,

251:18, 251:20, 251:24, 252:7, 252:8,
252:10, 252:11, 252:12, 252:13,
252:20, 253:5, 255:17, 255:24,
257:10, 257:16, 257:19, 257:21,
258:6, 258:8, 258:11, 258:21, 258:25,
259:5, 259:6, 259:8, 259:9, 259:10,
259:13, 259:17, 259:23, 260:1, 260:3,
260:17, 260:23, 261:20, 261:21,
261:23, 263:8, 263:13, 263:14,
263:16, 263:23, 263:24, 264:1, 264:2,
264:4, 264:8, 264:21, 264:22, 265:8,
265:15, 266:7, 266:12, 267:9, 267:14,
267:22, 268:1, 268:7, 268:9, 268:15,
268:16, 268:17, 268:18, 268:19,
269:1, 269:17, 270:13, 270:25, 271:3,
271:4, 271:6, 271:12, 272:25, 273:4,
273:8, 273:12, 273:14, 274:7, 274:12,
274:17, 274:18, 274:22, 274:23,
275:3, 276:6

I'd [1] - 272:8

I'll [15] - 18:5, 32:3, 38:24, 42:12, 61:8,
71:22, 72:6, 105:14, 115:20, 124:6,
124:9, 135:5, 202:14, 205:23, 274:22

i'm [1] - 179:23

I'm [37] - 5:17, 9:12, 16:5, 17:22, 38:23,
46:8, 47:25, 68:11, 74:17, 75:8, 75:11,
77:12, 84:6, 85:14, 85:22, 89:13, 93:1,
119:7, 138:5, 149:24, 154:17, 156:9,
176:16, 177:3, 179:10, 184:19, 192:8,
207:22, 218:3, 222:16, 240:7, 242:19,
244:15, 245:5, 251:11, 252:20

I've [5] - 75:11, 102:8, 174:22, 189:6,
208:4

I-134A [12] - 24:23, 25:16, 43:23, 51:6,
118:12, 119:3, 119:13, 120:4, 120:7,
121:11, 121:20, 122:3

I-34A [1] - 108:22

I.D [1] - 130:2

ID [1] - 128:5

idea [2] - 173:5, 240:8

identification [2] - 48:22, 114:9

identified [6] - 194:22, 207:11, 267:16,
267:17, 276:9, 276:11

identifies [1] - 98:22

identify [6] - 116:10, 121:19, 122:1,
209:2, 265:23, 276:7

Identity [1] - 119:2

identity [1] - 85:10

If [1] - 159:16

if [253] - 6:1, 6:4, 6:20, 7:5, 10:9, 13:18,
15:1, 15:9, 15:10, 16:6, 17:17, 30:7,
30:14, 31:8, 34:20, 36:14, 36:20,
38:18, 42:8, 46:18, 51:18, 51:19,
51:25, 54:20, 59:12, 64:4, 64:8, 65:8,
65:11, 66:8, 66:14, 67:1, 68:5, 68:6,
69:3, 72:3, 73:2, 74:22, 75:12, 75:22,
76:14, 76:18, 77:12, 77:14, 78:7, 79:9,
84:5, 84:21, 85:12, 85:18, 85:20,
85:22, 87:8, 87:19, 88:25, 96:24,
98:15, 100:5, 100:6, 100:22, 105:10,

107:22, 108:15, 111:24, 112:20,
112:21, 112:22, 116:9, 122:17,
124:16, 124:21, 124:23, 128:20,
129:9, 129:16, 131:25, 132:6, 132:8,
132:14, 133:20, 134:20, 137:2, 140:7,
140:20, 141:3, 141:13, 144:7, 146:19,
147:7, 147:9, 147:10, 147:13, 148:4,
150:6, 150:7, 152:23, 153:12, 154:22,
155:19, 156:2, 156:9, 156:17, 157:17,
158:7, 158:19, 159:19, 159:21, 160:8,
160:14, 161:7, 161:24, 162:3, 162:9,
164:15, 164:17, 165:16, 165:24,
166:24, 166:25, 168:5, 168:20, 169:5,
169:15, 169:23, 170:16, 170:18,
171:21, 172:8, 173:6, 173:11, 174:1,
174:16, 175:14, 176:9, 176:13, 177:8,
178:3, 179:14, 180:19, 180:21,
180:22, 181:18, 182:3, 182:6, 182:8,
182:9, 182:21, 183:21, 184:4, 185:2,
185:5, 185:21, 187:16, 188:19,
188:25, 189:14, 190:6, 191:3, 191:4,
191:5, 192:2, 195:2, 197:23, 200:13,
206:9, 207:15, 209:8, 209:9, 209:14,
210:7, 213:9, 215:22, 217:6, 217:23,
218:13, 221:14, 221:16, 221:23,
222:6, 222:10, 222:17, 222:19,
223:10, 223:12, 223:17, 224:14,
225:3, 225:8, 225:17, 225:20, 226:5,
229:19, 230:5, 230:18, 232:9, 232:22,
232:24, 235:1, 236:11, 236:12,
236:13, 237:20, 237:24, 238:21,
239:13, 239:21, 240:25, 242:21,
242:22, 243:18, 244:13, 246:24,
247:18, 248:11, 249:10, 249:11,
249:20, 250:10, 250:25, 251:18,
253:9, 253:10, 253:20, 255:24,
256:14, 257:12, 258:7, 259:2, 259:16,
261:5, 262:24, 265:14, 267:15, 268:7,
269:10, 269:19, 272:3, 273:8

ignore [5] - 179:4, 179:6, 187:1, 188:1,
201:17

ignoring [2] - 106:23, 180:4

II [8] - 94:23, 204:1, 204:4, 219:13,
219:23, 228:16, 249:19, 254:19

III [13] - 137:21, 138:8, 139:12, 148:5,
204:11, 206:7, 206:23, 210:3, 221:21,
267:20, 268:6, 268:21, 269:20

IIRAIRA [1] - 93:21

Illegal [1] - 20:20

illegal [25] - 104:2, 104:8, 108:18,
130:20, 131:14, 131:16, 132:9,
132:11, 132:12, 132:18, 132:22,
134:2, 134:14, 134:24, 136:14,
142:12, 151:19, 154:21, 155:24,
156:4, 156:11, 157:3, 157:4, 172:15,
199:20

illegalities [1] - 181:4

illegally [4] - 96:25, 103:10, 103:22,
155:20

illegitimate [1] - 187:8

**illustrate** [1] - 134:13
**illustrates** [1] - 33:4
**IMA** [1] - 20:13
**image** [1] - 27:3
**imagine** [2] - 32:12, 146:12
**immeasurable** [1] - 35:7
**immediate** [1] - 159:18
**immediately** [6] - 24:9, 60:9, 64:3,
241:17, 241:25, 262:2
**immense** [4] - 20:2, 32:14, 40:24, 47:18
**immigrant** [11] - 91:8, 98:1, 112:10,
112:11, 113:8, 113:12, 113:22,
114:21, 115:16, 214:21, 247:23
**Immigrant** [1] - 20:21
**immigrants** [15] - 27:16, 27:17, 27:24,
28:4, 31:12, 92:21, 93:16, 146:7,
199:25, 210:15, 221:15, 223:14,
224:1, 246:12, 246:24
**immigrating** [1] - 113:13
**Immigration** [7] - 2:10, 3:3, 20:20, 91:7,
97:1, 119:1, 172:8
**immigration** [95] - 20:10, 27:25, 31:7,
31:9, 40:5, 88:7, 88:9, 88:15, 88:17,
91:3, 91:6, 91:12, 97:3, 100:2, 101:23,
102:7, 102:18, 102:20, 103:4, 104:1,
104:22, 106:24, 107:19, 107:24,
108:1, 117:14, 122:16, 123:8, 123:15,
131:2, 133:6, 133:8, 141:12, 142:3,
142:13, 142:16, 144:8, 144:12,
144:17, 144:18, 148:25, 149:24,
152:3, 155:4, 164:6, 166:2, 170:2,
172:15, 178:3, 178:7, 178:20, 178:23,
182:18, 182:22, 183:7, 184:9, 185:17,
185:19, 185:22, 187:9, 187:11,
187:22, 187:23, 188:2, 189:12,
194:16, 196:16, 197:4, 197:18,
198:21, 198:25, 199:3, 199:20, 204:2,
204:9, 204:20, 206:6, 206:16, 209:14,
209:25, 210:7, 210:12, 210:14,
210:21, 211:8, 211:16, 211:21,
213:24, 215:14, 229:18, 249:17,
265:9, 265:10, 266:18
**immigration-related** [1] - 185:22
**imminence** [2] - 124:20, 159:14
**imminent** [4] - 125:7, 159:12, 159:23,
160:10
**impact** [5] - 18:22, 74:3, 82:23, 175:6,
176:17
**impacts** [2] - 47:18, 83:7
**impending** [1] - 240:14
**implementation** [8] - 95:6, 195:1, 227:6,
241:15, 241:24, 250:17, 259:10,
267:21
**implemented** [5] - 26:25, 110:18, 122:2,
258:14, 269:13
**implementing** [1] - 212:24
**implicated** [2] - 23:11, 196:22
**implicates** [1] - 125:23, 196:17, 205:14,
268:24
**implications** [1] - 26:6

**implied** [1] - 269:9
**implies** [1] - 269:1
**important** [19] - 19:1, 32:16, 32:23,
58:7, 87:8, 91:18, 99:25, 100:13,
115:3, 122:8, 134:11, 188:10, 196:3
**impose** [6] - 21:5, 113:20, 215:14,
224:2, 227:12, 249:13
**imposed** [6] - 108:10, 113:12, 116:17,
122:20, 272:11, 272:12
**imposes** [3] - 112:6, 119:19, 130:2
**imposing** [4] - 114:13, 194:2, 219:6,
275:10
**improper** [1] - 205:18
**improperly** [1] - 204:3
**In** [3] - 2:15, 25:4, 199:7
**in** [1096] - 5:23, 5:24, 6:2, 6:3, 6:4, 7:3,
7:4, 7:9, 7:10, 7:19, 8:5, 8:10, 8:17,
9:2, 9:9, 9:20, 10:8, 10:10, 10:24,
11:7, 11:25, 12:4, 12:6, 12:7, 13:1,
13:10, 13:15, 13:16, 13:21, 14:1,
14:10, 14:15, 15:4, 15:6, 15:15, 16:10,
16:12, 16:16, 16:18, 18:2, 18:10,
18:18, 18:19, 18:22, 18:25, 19:7, 19:8,
19:9, 19:18, 20:16, 20:20, 20:25, 21:6,
21:11, 21:18, 22:1, 22:3, 22:4, 22:9,
22:15, 22:23, 23:7, 23:9, 23:10, 23:17,
23:18, 23:21, 23:24, 24:15, 24:16,
24:20, 25:1, 25:2, 25:6, 25:8, 25:23,
26:8, 26:12, 26:16, 26:20, 26:23,
26:24, 27:4, 27:5, 27:7, 27:9, 28:5,
28:15, 29:4, 29:5, 29:11, 29:12, 29:14,
29:23, 29:25, 30:9, 30:12, 31:1, 31:4,
31:10, 31:11, 31:18, 32:1, 32:7, 32:8,
32:11, 32:16, 33:2, 33:4, 33:7, 33:10,
33:12, 33:15, 33:18, 34:8, 34:11,
34:15, 35:3, 35:21, 36:3, 37:10, 37:17,
37:20, 37:24, 38:6, 38:7, 38:19, 39:5,
39:14, 39:18, 39:21, 39:23, 40:2, 40:3,
40:19, 40:23, 41:9, 41:10, 41:12,
41:13, 41:14, 42:4, 42:12, 42:13,
42:17, 42:20, 44:16, 44:22, 45:1, 45:5,
45:8, 45:24, 46:20, 46:21, 47:2, 47:3,
47:5, 47:6, 47:9, 47:10, 47:11, 47:14,
47:18, 47:24, 48:11, 48:12, 49:15,
50:1, 50:3, 50:5, 50:10, 50:14, 50:19,
50:21, 50:24, 51:5, 51:17, 52:6, 52:10,
52:17, 53:6, 53:17, 54:1, 54:21, 55:7,
55:12, 55:19, 55:20, 56:3, 56:6, 56:9,
56:15, 56:25, 57:4, 57:10, 57:11,
57:12, 57:15, 57:20, 58:3, 58:4, 58:17,
58:18, 58:22, 59:2, 59:16, 59:19,
60:16, 60:18, 61:12, 62:2, 62:18,
62:24, 63:1, 63:12, 63:15, 64:3, 64:24,
67:25, 68:18, 70:2, 70:22, 71:15,
71:19, 72:3, 72:23, 73:9, 73:16, 74:1,
74:4, 74:8, 75:5, 75:9, 75:23, 76:7,
76:14, 76:16, 76:19, 77:23, 79:2,
79:11, 80:6, 80:7, 80:9, 80:11, 81:2,
81:5, 82:1, 82:2, 82:5, 82:6, 82:8,
82:10, 82:11, 82:14, 82:15, 82:18,

82:25, 83:5, 83:8, 83:11, 83:13, 83:15,
83:23, 85:12, 85:13, 85:16, 85:21,
86:7, 87:3, 87:19, 88:3, 88:4, 88:5,
88:23, 89:1, 91:2, 91:6, 91:22, 91:25,
92:1, 92:2, 92:7, 92:8, 92:18, 92:21,
92:24, 93:2, 93:7, 93:15, 93:20, 93:22,
93:23, 93:24, 94:4, 94:21, 95:12, 96:4,
96:6, 96:20, 96:21, 97:6, 97:12, 97:18,
97:20, 97:22, 98:3, 98:10, 98:23, 99:7,
99:11, 99:22, 99:25, 100:5, 100:18,
100:19, 100:23, 101:2, 101:10,
101:15, 101:17, 101:19, 101:23,
102:3, 102:6, 102:10, 102:11, 102:18,
102:20, 102:24, 103:21, 103:22,
103:23, 103:25, 104:11, 104:13,
105:3, 105:18, 105:24, 106:6, 107:23,
108:1, 108:5, 108:23, 109:9, 109:14,
110:2, 110:16, 111:6, 111:9, 111:11,
111:19, 112:15, 112:22, 113:6,
113:18, 113:24, 114:7, 115:4, 115:8,
115:9, 115:11, 115:21, 116:20,
116:22, 117:3, 117:8, 117:16, 118:3,
118:8, 118:13, 118:17, 119:11,
119:13, 119:25, 120:16, 121:11,
121:15, 122:15, 122:21, 122:24,
123:1, 123:4, 123:5, 123:7, 123:10,
123:12, 123:16, 123:17, 123:22,
123:23, 123:24, 124:1, 124:3, 124:10,
124:14, 124:20, 125:7, 125:8, 125:11,
125:14, 125:16, 125:22, 125:24,
126:2, 126:5, 126:9, 126:10, 126:12,
126:19, 127:3, 127:17, 128:8, 129:2,
129:20, 129:23, 130:8, 130:12,
130:16, 130:23, 131:6, 131:7, 131:20,
132:2, 132:5, 132:16, 132:21, 133:8,
133:13, 133:14, 133:15, 133:24,
134:2, 134:3, 134:14, 134:19, 135:3,
135:16, 135:25, 136:21, 136:24,
137:2, 137:11, 137:20, 138:9, 138:10,
138:13, 138:17, 139:12, 139:14,
139:17, 139:24, 139:25, 140:1,
140:10, 140:11, 140:13, 140:24,
141:8, 141:10, 141:13, 141:15,
141:22, 141:23, 142:5, 142:6, 142:11,
142:21, 143:1, 143:13, 143:17,
143:25, 144:1, 144:9, 145:6, 145:8,
145:9, 145:23, 145:24, 146:2, 146:14,
147:5, 147:7, 147:17, 147:21, 148:6,
148:13, 148:16, 148:22, 149:9,
149:13, 149:15, 150:5, 150:8, 150:10,
150:19, 151:4, 151:11, 151:25, 152:8,
152:21, 153:10, 153:14, 153:17,
154:6, 154:9, 154:13, 154:20, 154:23,
155:5, 155:17, 155:20, 156:2, 156:10,
156:22, 156:25, 158:8, 158:17, 159:5,
159:10, 159:13, 160:16, 160:23,
161:1, 161:4, 161:13, 161:14, 161:19,
161:20, 162:12, 162:20, 163:11,
163:15, 163:17, 163:22, 163:23,
164:6, 164:17, 165:2, 165:9, 165:24,
166:6, 166:14, 167:4, 167:14, 167:20,

167:24, 168:8, 168:16, 168:22, 169:1, 170:5, 170:20, 170:22, 171:25, 172:7, 172:10, 172:11, 172:13, 172:16, 172:18, 172:24, 173:2, 173:7, 173:14, 173:15, 173:16, 173:20, 173:21, 174:9, 174:12, 174:13, 174:20, 174:22, 175:2, 175:14, 175:16, 177:1, 177:16, 177:19, 178:1, 178:6, 178:19, 178:23, 179:12, 179:21, 180:3, 180:7, 181:1, 181:2, 181:15, 181:23, 182:14, 182:17, 182:19, 182:21, 182:25, 183:16, 183:17, 183:20, 184:5, 184:9, 184:12, 184:20, 184:25, 185:8, 185:17, 185:19, 186:1, 187:4, 187:7, 187:10, 187:15, 188:1, 188:6, 188:21, 189:12, 189:17, 191:23, 193:5, 193:16, 193:17, 193:23, 193:25, 194:10, 194:15, 194:17, 194:21, 194:25, 195:6, 195:14, 195:18, 195:19, 195:21, 195:24, 195:25, 196:7, 196:11, 196:14, 196:20, 196:25, 197:1, 197:4, 197:6, 197:13, 197:15, 197:18, 197:22, 198:2, 198:6, 198:9, 198:11, 198:13, 198:15, 198:18, 198:20, 198:22, 199:5, 199:9, 199:13, 199:18, 199:24, 200:1, 200:25, 201:1, 201:5, 201:12, 202:7, 202:14, 202:19, 202:23, 203:3, 203:5, 203:8, 203:12, 203:15, 203:19, 203:21, 204:1, 204:9, 204:10, 204:11, 204:20, 204:24, 205:9, 205:10, 205:23, 205:24, 205:25, 206:4, 206:5, 206:8, 206:10, 206:12, 206:13, 206:19, 206:24, 207:3, 207:5, 207:10, 207:12, 207:14, 207:24, 208:13, 208:14, 208:18, 208:20, 209:14, 209:22, 210:2, 210:4, 210:6, 210:17, 211:9, 211:12, 211:14, 212:3, 212:5, 212:7, 212:10, 212:17, 212:21, 212:24, 213:3, 213:11, 213:15, 213:17, 213:19, 213:22, 213:23, 213:25, 214:11, 214:25, 215:2, 215:8, 216:3, 216:19, 216:25, 217:22, 218:13, 219:10, 219:11, 219:13, 219:18, 219:22, 220:1, 220:2, 220:4, 220:9, 220:10, 220:11, 220:12, 220:18, 220:19, 220:20, 220:22, 220:24, 221:9, 221:14, 221:24, 221:25, 222:2, 222:4, 223:1, 223:3, 223:4, 223:7, 223:14, 223:18, 223:21, 224:1, 224:3, 224:7, 224:9, 224:11, 224:18, 224:21, 225:3, 225:7, 225:10, 225:13, 225:15, 225:20, 225:24, 225:25, 226:1, 226:19, 226:24, 227:6, 227:16, 227:17, 227:19, 228:7, 228:11, 228:22, 228:25, 229:7, 229:8, 229:11, 229:17, 229:20, 229:22, 229:23, 229:24, 229:25, 230:2, 230:5, 230:11, 230:14, 230:20, 231:2, 231:5, 231:7, 231:8, 231:9, 231:12, 231:13, 231:17, 232:17, 232:24, 233:5, 233:8,

233:12, 233:16, 233:17, 233:20, 234:16, 234:22, 234:24, 234:25, 235:4, 235:6, 235:17, 235:18, 236:1, 236:17, 237:1, 237:9, 237:11, 237:18, 237:23, 238:2, 238:3, 238:4, 238:7, 238:8, 238:10, 238:11, 238:16, 238:21, 238:22, 239:15, 239:16, 239:22, 240:1, 240:10, 240:19, 240:22, 240:23, 241:5, 241:7, 241:9, 241:20, 242:5, 242:12, 242:19, 243:8, 243:13, 243:15, 244:9, 244:19, 244:21, 245:3, 245:6, 245:9, 245:14, 245:15, 245:19, 245:22, 246:1, 246:16, 246:23, 247:6, 247:8, 247:10, 247:11, 247:14, 247:19, 247:21, 247:23, 247:25, 248:5, 248:14, 248:17, 248:18, 248:22, 248:25, 249:2, 249:6, 249:14, 249:19, 250:4, 250:9, 250:12, 250:16, 251:21, 252:17, 252:23, 253:2, 253:9, 253:13, 253:14, 254:3, 254:12, 254:15, 254:17, 254:18, 254:21, 254:22, 254:24, 255:4, 255:16, 255:17, 255:18, 255:19, 255:20, 255:22, 256:3, 256:4, 256:9, 256:10, 256:18, 256:21, 256:23, 257:1, 257:2, 257:5, 257:6, 257:12, 257:13, 257:15, 257:17, 257:20, 257:22, 258:7, 258:16, 258:17, 259:1, 259:3, 259:7, 259:13, 259:20, 259:22, 259:25, 260:4, 260:6, 260:11, 261:17, 261:22, 262:1, 262:4, 262:6, 262:7, 262:11, 262:15, 262:16, 262:18, 262:23, 263:12, 263:15, 264:2, 264:11, 264:14, 264:17, 264:21, 264:22, 265:5, 265:9, 265:10, 265:11, 265:12, 266:1, 266:8, 266:9, 266:10, 266:18, 266:25, 267:2, 267:4, 267:5, 267:16, 267:19, 267:23, 267:25, 268:1, 268:4, 268:12, 268:19, 268:20, 268:22, 268:24, 268:25, 269:14, 269:25, 270:1, 270:2, 270:7, 271:17, 271:24, 272:9, 272:23, 273:14, 274:4, 274:5, 275:3, 275:7, 275:11, 275:16, 275:17, 275:20, 275:22, 276:7, 276:19

IN [1] - 1:1
in-law's [1] - 82:6
in-laws [1] - 47:6
in-person [1] - 115:8
INA [13] - 91:23, 107:8, 108:5, 110:2, 172:2, 172:5, 172:11, 174:24, 198:12, 266:2, 266:7, 266:9, 267:5
inability [4] - 197:10, 241:22, 249:2, 268:5
inaccurate [1] - 32:7
inadequate [1] - 198:25
inadmissibilities [1] - 112:16
inadmissible [3] - 8:21, 117:21, 266:22
inadvertent [1] - 276:7
inadvertently [1] - 276:10

inappropriate [1] - 207:21
incarcerated [3] - 134:25, 136:13, 136:21
incarcerating [2] - 28:4, 136:15
incarceration [4] - 134:22, 136:1, 143:4, 143:10
incentive [1] - 126:13
incentivizing [1] - 22:19
incidental [3] - 188:12, 189:1, 189:2
inclined [1] - 14:25
include [7] - 21:23, 22:2, 22:5, 22:7, 93:13, 145:10, 232:12
included [1] - 16:16
includes [8] - 22:19, 91:7, 100:24, 100:25, 137:18, 228:21, 238:11, 262:21
including [19] - 18:19, 21:16, 22:18, 23:10, 23:12, 27:2, 30:1, 41:21, 111:9, 115:17, 120:19, 136:19, 148:9, 150:23, 158:4, 199:9, 227:3, 244:2, 268:2
incoherent [1] - 32:6
income [2] - 48:19, 152:16
income/assets/outside [1] - 119:13
incoming [1] - 93:7
incorrect [3] - 129:6, 200:7, 202:18
increase [22] - 31:8, 130:16, 146:4, 194:25, 197:19, 214:3, 214:5, 214:11, 214:13, 220:19, 222:9, 224:7, 225:13, 225:15, 229:8, 229:11, 232:17, 239:3, 242:10, 246:23, 275:19
increased [9] - 152:19, 158:21, 163:12, 214:8, 214:14, 222:4, 222:6, 246:18, 269:25
increases [3] - 31:23, 133:21, 159:3
increasing [1] - 126:11
incredibly [1] - 25:9
incur [5] - 130:7, 232:11, 233:21, 238:6, 246:14
independent [1] - 157:7
INDEX [1] - 4:1
indicate [4] - 150:17, 151:18, 265:5, 268:4
indicated [1] - 13:8
indicates [4] - 164:17, 168:1, 267:6, 267:24
indicating [1] - 96:3
indicator [1] - 166:17
indirect [12] - 139:15, 142:21, 143:1, 143:2, 143:5, 143:7, 144:4, 268:22, 274:24, 275:4, 275:13, 275:19
indistinguishable [2] - 22:16, 23:19
individual [67] - 10:21, 18:18, 18:20, 19:1, 19:15, 24:11, 24:20, 26:7, 32:10, 32:16, 32:22, 33:6, 34:15, 35:2, 35:8, 39:4, 39:13, 43:14, 57:7, 98:12, 98:25, 99:15, 99:17, 145:21, 163:17, 168:2, 190:25, 208:15, 210:20, 212:17, 216:22, 224:15, 226:7, 243:22, 243:25, 244:4, 244:7, 244:9, 244:23,

245:13, 245:18, 245:20, 245:24, 248:8, 248:20, 249:11, 249:17, 253:15, 253:21, 253:25, 254:10, 254:12, 254:13, 255:3, 255:5, 255:23, 266:3, 270:20, 270:22, 270:25, 271:5, 271:9, 271:15, 271:21, 273:6
**individualized** [3] - 146:24, 164:2, 168:3
**individually** [1] - 80:14
**individuals** [135] - 21:10, 24:2, 24:8, 24:13, 24:15, 24:17, 24:25, 26:2, 26:4, 27:11, 38:16, 91:20, 94:8, 96:7, 100:3, 168:10, 174:9, 193:14, 193:18, 194:1, 194:3, 194:7, 194:11, 194:13, 194:25, 196:23, 197:8, 197:11, 197:13, 197:18, 210:13, 211:9, 212:10, 213:18, 214:4, 214:7, 214:8, 214:9, 214:16, 214:23, 215:12, 215:15, 215:17, 216:6, 216:7, 216:13, 216:20, 216:23, 217:16, 217:18, 217:20, 219:5, 220:5, 220:7, 220:13, 220:21, 220:25, 221:5, 221:23, 222:7, 222:14, 223:21, 223:25, 224:3, 224:7, 224:9, 224:12, 224:18, 224:19, 225:24, 226:2, 226:12, 226:14, 226:18, 227:13, 227:15, 227:17, 227:21, 228:3, 228:5, 228:8, 228:9, 228:11, 228:21, 228:22, 228:25, 229:2, 229:11, 230:2, 230:7, 231:14, 231:16, 231:21, 231:25, 232:10, 232:14, 232:20, 234:8, 234:12, 234:15, 234:19, 235:16, 237:2, 238:8, 238:13, 239:1, 240:1, 240:19, 241:21, 241:23, 242:3, 242:11, 243:11, 245:22, 246:3, 246:18, 247:14, 247:18, 249:23, 250:1, 250:10, 250:12, 250:18, 250:21, 254:4, 254:16, 254:20, 269:25, 271:2, 272:14, 274:6, 275:21
**inducing** [2] - 41:1, 51:15
**indulgence** [1] - 61:4
**industries** [1] - 31:17
**ineligibilities** [1] - 112:17
**ineligible** [4] - 28:9, 112:19, 114:16, 117:24
**inevitability** [1] - 147:1
**inevitable** [3] - 135:5, 135:7, 155:16
**infer** [1] - 165:4
**inference** [1] - 94:10
**inflicted** [2] - 160:13, 160:24
**information** [40] - 6:25, 9:10, 15:3, 15:5, 15:7, 15:24, 25:13, 48:7, 48:9, 48:10, 48:16, 48:17, 48:19, 85:9, 85:10, 88:10, 89:2, 109:3, 109:13, 109:15, 114:5, 114:9, 116:5, 116:7, 122:2, 122:5, 130:9, 131:18, 133:11, 133:18, 134:1, 134:5, 134:9, 134:24, 243:25, 244:3, 245:21, 253:19, 254:3
**ingrained** [1] - 51:5
**initial** [5] - 15:14, 26:21, 140:17, 241:15, 241:24

**initially** [2] - 20:14, 64:10
**initiation** [1] - 239:23
**injunction** [17] - 92:8, 151:5, 174:10, 174:11, 174:20, 175:5, 175:9, 175:22, 176:3, 176:6, 177:9, 177:11, 184:4, 184:11, 188:11, 189:1, 189:15
**injunctions** [2] - 178:24, 187:4
**injunctive** [9] - 157:23, 157:24, 159:11, 174:18, 175:15, 176:8, 178:15, 185:15, 185:16
**injuries** [6] - 127:2, 139:23, 139:24, 139:25, 143:24, 144:1, 144:2, 145:1, 152:12, 162:6, 172:5, 172:9, 184:16, 188:16, 198:4
**injury** [79] - 124:20, 124:24, 125:7, 125:8, 126:19, 129:23, 133:3, 136:24, 137:2, 137:7, 137:19, 137:20, 137:24, 138:21, 139:12, 139:13, 140:1, 144:3, 147:15, 147:16, 151:14, 151:22, 152:6, 152:24, 153:2, 153:3, 153:7, 153:21, 154:24, 155:11, 158:4, 158:14, 159:1, 159:6, 159:12, 159:17, 159:18, 159:22, 160:10, 160:13, 160:24, 161:10, 161:13, 161:23, 162:14, 162:17, 171:21, 178:12, 178:13, 184:18, 185:1, 185:7, 185:12, 186:5, 195:24, 198:5, 203:18, 204:11, 206:6, 207:10, 209:3, 210:3, 210:23, 211:4, 221:22, 221:25, 222:2, 222:3, 223:15, 239:16, 239:17, 240:14, 268:14, 269:21
**injury-in-fact** [2] - 125:8, 139:12
**inmates** [1] - 136:14
**inquire** [1] - 145:16
**inquiries** [1] - 164:9
**inquiry** [5] - 124:10, 131:20, 135:7, 159:4, 166:12
**ins** [1] - 135:9
**inspect** [1] - 253:15
**inspecting** [2] - 110:12, 254:12
**inspired** [1] - 46:5
**instability** [2] - 33:2, 82:1
**installation** [1] - 154:23
**instance** [4] - 204:14, 223:18, 226:23, 239:25
**instances** [1] - 29:23
**instead** [12] - 21:3, 27:11, 98:16, 103:15, 104:12, 108:11, 124:24, 127:16, 142:7, 152:11, 172:7, 227:1
**institute** [1] - 217:15
**instructs** [1] - 117:24
**insufficient** [1] - 199:21
**insurance** [2] - 152:17, 242:16
**Insurance** [1] - 130:21
**intend** [2] - 60:8, 190:11
**intended** [3] - 114:7, 133:13, 206:23
**intending** [2] - 121:20, 122:3
**intends** [4] - 60:1, 60:9, 61:11, 106:18
**intention** [2] - 101:12, 101:13, 102:15, 111:6, 155:23

**intentionally** [1] - 92:5
**interaction** [2] - 109:4, 155:3
**interactions** [2] - 210:9, 210:11
**interest** [14] - 10:8, 20:17, 125:24, 126:5, 126:7, 126:17, 126:24, 154:6, 171:19, 171:22, 172:9, 208:17, 256:15, 266:18
**interested** [2] - 150:6, 208:11
**interesting** [1] - 179:2
**interestingly** [1] - 111:10
**interests** [17] - 125:20, 125:21, 172:1, 172:6, 172:19, 195:6, 197:1, 251:10, 265:16, 265:20, 265:25, 266:4, 266:16, 267:1, 267:7, 267:12, 267:23
**interim** [2] - 177:14, 243:15
**interior** [5] - 24:5, 25:23, 98:23, 221:7, 221:8
**interjecting** [1] - 192:11
**intermediate** [1] - 162:25
**internally** [1] - 120:11
**international** [4] - 38:3, 40:8, 54:5, 168:13
**International** [2] - 40:4, 40:11
**interned** [1] - 41:13
**internship** [1] - 41:15
**interplay** [1] - 15:13
**interpret** [2] - 180:2, 180:8
**interpretation** [4] - 97:15, 98:19, 102:25, 105:18
**interpreted** [2] - 94:15, 133:5
**interpreting** [1] - 179:19
**interprets** [1] - 72:15
**interrogatories** [2] - 8:11, 121:16
**interrogatory** [3] - 121:17, 121:25, 122:6
**interrupt** [2] - 129:4, 190:2
**interrupted** [2] - 30:22, 190:6
**INTERVENOR** [1] - 2:13
**Intervenor** [7] - 1:10, 21:12, 29:3, 29:12, 29:21, 31:14, 31:20
**intervenor** [13] - 5:17, 5:20, 6:16, 8:6, 14:6, 25:9, 26:8, 34:15, 80:20, 86:18, 97:9, 107:13, 108:21
**Intervenor's** [1] - 88:25
**INTERVENOR-DEFENDANTS** [1] - 2:13
**Intervenor-Defendants** [1] - 1:10
**intervenors** [23] - 6:10, 8:17, 12:13, 12:20, 14:5, 17:11, 18:18, 18:20, 19:1, 19:15, 24:12, 24:20, 32:10, 32:16, 32:22, 33:6, 35:3, 35:8, 36:10, 89:12, 131:12, 145:13, 156:8
**intervenors'** [2] - 8:20, 11:4
**intervention** [2] - 18:25, 32:15
**interview** [5] - 87:24, 88:3, 88:4, 111:22, 115:9
**into** [94] - 9:25, 13:23, 30:19, 30:20, 35:23, 38:17, 41:5, 44:6, 44:9, 44:10, 56:21, 57:22, 61:24, 66:6, 66:15, 67:2, 67:5, 73:17, 75:7, 77:8, 77:21, 77:25, 79:9, 88:18, 94:2, 95:2, 95:8, 96:12,

96:17, 98:7, 98:17, 98:25, 100:1,
101:20, 102:12, 107:4, 109:13, 131:5,
132:2, 134:8, 134:23, 135:6, 142:21,
146:5, 147:4, 147:14, 152:7, 153:13,
154:1, 154:4, 158:1, 181:18, 184:12,
193:14, 193:19, 202:14, 203:13,
205:20, 206:4, 208:19, 210:16,
210:22, 211:11, 213:7, 215:11, 219:9,
220:2, 220:6, 220:8, 220:22, 221:6,
221:7, 221:8, 221:20, 222:24, 226:13,
228:4, 229:1, 229:3, 231:15, 231:16,
231:21, 232:10, 236:20, 238:3,
238:13, 240:2, 240:20, 241:9, 243:4,
256:5, 270:8

**intricate** [1] - 108:5
**introduce** [4] - 37:7, 44:17, 56:11, 58:8
**introduced** [1] - 61:13
**introducing** [1] - 8:1
**invalidly** [1] - 132:14
**invites** [1] - 103:1
**invoke** [1] - 204:12
**invoking** [1] - 159:5
**involve** [4] - 141:19, 210:12, 210:14,
245:9
**involved** [22] - 32:11, 48:5, 49:14,
53:17, 55:12, 55:15, 55:25, 56:14,
61:17, 75:3, 110:20, 111:15, 112:22,
152:9, 158:17, 198:6, 204:25, 209:8,
209:9, 264:22, 264:25
**involvement** [1] - 209:25
**involves** [5] - 174:25, 210:8, 243:23,
253:24
**irregular** [4] - 196:7, 197:2, 219:2,
250:13
**irregularly** [1] - 226:18
**irrelevant** [4] - 28:24, 32:6, 96:18,
231:19
**is** [1070] - 6:18, 6:20, 7:20, 8:1, 8:2, 8:3,
8:7, 8:15, 8:25, 9:3, 9:4, 9:5, 9:7, 9:8,
9:9, 9:17, 9:19, 9:21, 9:23, 10:2, 10:4,
10:7, 10:11, 10:13, 10:18, 10:21,
10:23, 10:24, 11:5, 11:9, 11:12, 11:17,
11:22, 11:23, 11:25, 12:2, 12:3, 12:6,
12:9, 12:11, 12:16, 12:25, 13:2, 13:3,
13:19, 13:22, 13:23, 14:14, 14:21,
14:24, 16:10, 16:12, 16:18, 16:23,
17:4, 17:5, 17:21, 17:22, 18:5, 18:17,
18:23, 21:14, 21:22, 24:13, 24:19,
25:15, 25:20, 25:24, 27:1, 27:3, 27:5,
27:6, 27:11, 27:22, 27:25, 28:2, 28:5,
28:10, 29:2, 29:21, 30:9, 30:15, 30:23,
30:24, 30:25, 31:9, 31:14, 31:15,
31:16, 31:20, 33:3, 33:7, 36:6, 36:21,
36:22, 36:23, 37:8, 37:9, 37:11, 38:5,
38:15, 38:16, 38:19, 38:21, 39:10,
39:11, 39:12, 39:13, 39:14, 39:16,
39:17, 39:18, 40:19, 40:23, 41:24,
43:9, 43:11, 43:13, 43:14, 43:15,
45:14, 45:23, 46:14, 46:15, 47:10,
47:17, 49:17, 50:10, 50:11, 50:12,

52:6, 52:23, 52:24, 55:19, 55:20,
55:24, 56:13, 56:14, 57:10, 57:22,
58:4, 58:12, 58:18, 59:5, 60:4, 60:13,
60:17, 61:14, 61:15, 61:25, 62:2,
62:17, 62:20, 63:1, 63:3, 63:4, 63:5,
63:9, 63:22, 64:2, 64:24, 65:1, 65:12,
66:4, 67:16, 67:17, 68:7, 68:12, 68:22,
69:21, 70:5, 70:6, 70:21, 70:24, 71:7,
71:10, 71:11, 71:12, 73:1, 73:2, 73:12,
73:18, 74:13, 74:14, 74:16, 77:13,
77:15, 77:16, 77:17, 77:19, 77:20,
77:23, 78:13, 79:6, 79:25, 81:2, 81:13,
81:15, 81:16, 82:9, 82:14, 83:3, 83:15,
83:20, 83:22, 83:23, 85:3, 85:24, 86:7,
86:9, 86:12, 86:15, 86:17, 87:7, 87:10,
87:21, 88:2, 88:12, 88:23, 88:25,
89:18, 89:20, 89:21, 91:3, 91:12,
91:14, 91:18, 91:22, 91:24, 92:4,
92:10, 92:11, 93:23, 93:25, 94:5,
94:11, 95:12, 95:14, 96:13, 96:14,
96:18, 96:22, 97:11, 97:13, 97:15,
97:17, 97:24, 98:3, 98:15, 98:20,
98:24, 99:5, 99:9, 99:10, 99:13, 99:15,
100:1, 100:11, 100:12, 100:14, 101:8,
101:14, 101:18, 101:25, 102:4, 102:9,
102:17, 104:5, 104:7, 104:10, 104:11,
104:23, 105:8, 105:10, 105:11,
105:15, 105:16, 105:17, 106:16,
106:21, 106:22, 107:3, 107:10,
107:16, 108:5, 108:8, 108:17, 108:22,
108:23, 108:24, 108:25, 109:2, 109:5,
109:12, 109:15, 109:16, 109:22,
109:25, 110:4, 110:8, 110:9, 110:12,
110:13, 110:17, 110:19, 111:1, 111:2,
111:7, 111:15, 111:16, 112:6, 112:16,
112:20, 112:24, 113:3, 113:8, 113:16,
114:5, 114:16, 114:17, 115:5, 115:15,
116:1, 116:5, 116:6, 116:9, 116:15,
116:16, 116:22, 116:23, 116:24,
117:1, 117:2, 117:13, 117:19, 117:20,
117:21, 118:4, 118:6, 118:12, 118:14,
118:18, 118:19, 118:22, 119:3, 119:5,
119:7, 119:8, 119:12, 119:17, 120:3,
120:4, 120:11, 120:12, 120:22, 121:1,
121:2, 121:11, 121:12, 121:17, 122:4,
122:5, 122:8, 122:13, 123:1, 123:3,
123:19, 124:3, 124:11, 124:16,
124:23, 125:12, 125:19, 126:7, 126:8,
127:4, 127:6, 127:7, 127:11, 127:12,
127:14, 127:15, 127:17, 127:22,
128:8, 128:14, 129:1, 129:5, 129:8,
129:13, 129:15, 129:18, 130:17,
130:18, 130:24, 131:6, 131:16,
131:24, 132:4, 132:11, 132:12,
132:14, 132:15, 133:3, 133:16,
133:19, 133:25, 134:1, 134:5, 134:11,
134:12, 134:14, 134:19, 134:22,
134:24, 135:5, 135:6, 135:7, 135:16,
135:17, 136:1, 136:2, 136:5, 136:6,
136:10, 136:25, 137:22, 138:17,
138:19, 138:25, 139:1, 139:3, 139:12,

139:25, 140:5, 140:14, 140:21,
140:23, 141:1, 141:2, 141:3, 141:5,
141:12, 141:14, 141:15, 141:19,
141:22, 142:3, 142:7, 142:13, 142:14,
142:15, 142:16, 142:20, 143:9,
143:21, 143:24, 144:8, 144:17,
144:18, 144:19, 144:24, 145:17,
145:24, 146:5, 146:9, 146:21, 146:22,
147:6, 147:10, 151:19, 151:22,
151:24, 152:8, 152:24, 153:2, 153:3,
153:5, 153:6, 153:9, 153:14, 153:15,
153:24, 154:12, 155:7, 155:16, 156:9,
156:12, 156:18, 156:19, 156:21,
157:13, 157:14, 157:15, 157:21,
157:23, 158:11, 158:13, 158:15,
159:10, 159:11, 159:12, 159:14,
159:18, 160:6, 160:8, 160:11, 160:12,
161:2, 161:6, 161:9, 161:10, 161:20,
161:23, 162:4, 162:7, 162:16, 162:17,
162:18, 162:20, 162:23, 162:24,
162:25, 163:1, 163:3, 163:14, 163:18,
163:19, 164:5, 164:7, 164:8, 164:11,
164:15, 164:16, 164:17, 164:18,
165:7, 165:15, 165:19, 165:20,
165:22, 165:24, 166:4, 166:7, 166:11,
166:12, 166:16, 166:17, 166:19,
166:21, 166:23, 166:24, 166:25,
167:1, 167:6, 167:13, 168:5, 168:12,
168:14, 168:19, 168:20, 168:21,
168:22, 168:25, 169:1, 169:6, 169:7,
169:9, 169:14, 169:18, 170:23,
170:24, 171:6, 171:19, 171:21,
171:23, 171:24, 172:2, 172:7, 172:11,
172:22, 173:7, 173:9, 173:10, 173:15,
173:17, 173:22, 173:24, 174:19,
174:21, 174:23, 175:21, 175:22,
176:3, 176:4, 176:20, 177:2, 177:8,
177:12, 177:14, 177:15, 177:19,
178:10, 178:15, 178:17, 178:20,
179:2, 179:14, 179:15, 179:17,
179:19, 179:20, 180:3, 180:7, 180:11,
180:13, 180:14, 180:17, 180:19,
180:22, 181:9, 181:11, 181:18,
181:19, 181:21, 182:3, 182:4, 182:5,
182:6, 182:8, 182:9, 182:21, 182:24,
183:9, 183:19, 183:21, 183:22,
183:25, 184:1, 184:3, 184:4, 184:5,
184:8, 184:9, 184:13, 184:17, 184:21,
184:25, 185:1, 185:2, 185:4, 185:19,
186:4, 186:17, 187:5, 187:10, 187:12,
187:14, 187:17, 187:19, 189:8, 189:9,
189:11, 189:15, 189:18, 190:17,
191:6, 191:19, 191:23, 191:25,
193:17, 193:24, 193:25, 194:6,
194:23, 195:4, 195:11, 195:15,
195:17, 196:1, 196:22, 196:24,
197:15, 197:17, 198:5, 198:8, 198:9,
198:11, 198:14, 198:19, 198:22,
199:4, 199:6, 199:10, 199:12, 199:19,
199:20, 199:24, 202:6, 202:7, 202:11,
202:12, 202:13, 202:18, 203:5,

203:18, 203:22, 204:10, 204:11,
204:15, 204:18, 204:25, 205:1, 205:8,
205:12, 205:17, 205:23, 205:25,
206:6, 206:12, 206:14, 206:18,
206:23, 207:4, 207:24, 208:10,
208:11, 208:22, 209:13, 209:15,
210:2, 210:8, 210:23, 211:4, 211:5,
211:7, 211:10, 211:25, 212:3, 212:5,
212:21, 212:24, 213:10, 213:19,
213:20, 213:21, 214:5, 214:17,
214:22, 215:8, 215:23, 216:3, 216:7,
216:8, 216:10, 216:11, 216:15, 217:1,
217:14, 217:19, 217:25, 218:13,
218:17, 219:13, 219:19, 220:20,
221:3, 221:5, 221:14, 221:16, 221:17,
221:25, 222:1, 222:9, 222:10, 222:18,
222:19, 222:24, 223:9, 223:10,
223:13, 223:16, 223:20, 223:24,
224:3, 224:7, 224:10, 224:24, 225:21,
226:1, 226:3, 226:5, 226:9, 226:13,
226:16, 226:24, 227:7, 227:14,
227:18, 228:2, 228:5, 228:7, 228:9,
229:23, 230:9, 230:10, 230:13,
230:17, 230:18, 230:19, 231:11,
231:21, 231:23, 232:2, 232:9, 232:19,
233:4, 233:6, 233:20, 234:3, 234:12,
234:23, 235:12, 235:13, 235:19,
235:22, 235:23, 235:25, 236:4, 236:6,
236:7, 236:8, 236:13, 236:19, 236:25,
237:6, 237:8, 237:21, 237:23, 238:7,
238:9, 238:16, 238:20, 239:4, 239:21,
240:14, 240:25, 241:3, 241:13,
242:17, 242:22, 243:2, 243:6, 243:8,
243:16, 243:19, 244:4, 244:7, 244:18,
244:24, 244:25, 245:5, 245:9, 245:10,
245:11, 245:25, 246:9, 246:10,
246:21, 246:24, 247:10, 247:11,
247:13, 247:20, 247:25, 248:1, 248:3,
248:11, 249:3, 249:10, 250:17, 251:6,
251:13, 251:19, 251:22, 251:24,
252:17, 252:23, 252:24, 253:1,
253:14, 253:22, 254:3, 254:18, 255:2,
255:5, 255:6, 255:12, 255:20, 256:10,
256:12, 256:13, 256:14, 256:15,
256:16, 256:17, 256:23, 256:25,
257:9, 257:11, 257:14, 257:22,
257:24, 257:25, 258:1, 258:8, 258:12,
258:14, 258:18, 258:20, 258:21,
258:22, 259:3, 259:5, 259:16, 260:4,
260:8, 260:9, 260:14, 260:16, 260:25,
261:5, 261:16, 261:18, 261:22,
261:24, 262:5, 262:12, 262:14,
262:16, 262:17, 262:24, 262:25,
263:13, 263:16, 263:17, 263:20,
263:23, 264:7, 264:11, 264:17, 265:3,
265:6, 265:8, 265:24, 266:4, 266:8,
266:13, 267:5, 267:23, 268:4, 268:12,
268:17, 268:18, 269:2, 269:3, 269:9,
269:12, 269:15, 270:18, 270:24,
270:25, 271:4, 271:5, 271:6, 271:8,
271:15, 271:18, 271:20, 272:2, 272:3,

272:5, 272:7, 273:13, 274:4, 274:9,
274:14, 275:4, 276:1, 276:11, 276:13,
276:18
**Isabella** [1] - 43:16
**Island** [1] - 117:22
**isn't** [5] - 30:7, 99:8, 176:15, 185:24,
230:22
**isolation** [2] - 225:24, 244:19
**issuance** [1] - 113:1
**issue** [59] - 6:21, 6:23, 13:19, 16:9,
22:18, 22:22, 23:20, 23:24, 26:4,
26:20, 28:5, 28:15, 36:3, 46:12, 92:11,
100:16, 100:17, 103:7, 104:22, 106:7,
113:3, 122:25, 131:5, 138:11, 142:6,
142:23, 143:16, 144:24, 147:23,
150:12, 150:14, 150:18, 151:12,
151:23, 151:24, 160:11, 162:4, 165:3,
176:2, 178:19, 185:9, 188:5, 188:25,
198:1, 200:10, 200:13, 200:23, 203:2,
204:2, 205:24, 205:25, 206:10,
207:25, 210:18, 236:12, 239:12,
240:24, 275:7, 275:11
**issued** [15] - 15:21, 25:22, 110:3,
111:20, 127:18, 132:14, 146:6,
146:15, 174:3, 236:11, 236:16,
236:18, 255:4, 261:5, 272:7
**issues** [18] - 6:7, 7:2, 7:16, 36:2, 36:3,
83:24, 90:8, 99:23, 103:2, 111:23,
112:20, 124:9, 135:6, 182:19, 187:2,
192:10, 194:6, 201:8
**issuing** [2] - 107:11, 232:23
**IT** [1] - 18:10
**it's** [83] - 8:7, 9:9, 9:22, 16:23, 18:9,
19:9, 19:13, 21:11, 25:16, 44:17,
46:16, 55:4, 59:9, 61:22, 71:24, 74:13,
76:24, 79:24, 84:5, 89:2, 90:1, 94:24,
95:6, 96:18, 101:19, 102:10, 105:23,
109:23, 112:15, 115:3, 115:12, 116:2,
116:3, 116:4, 118:25, 120:5, 120:11,
123:24, 127:11, 132:21, 145:21,
147:12, 148:17, 148:21, 155:9,
155:13, 155:15, 157:16, 160:3, 160:6,
163:2, 168:6, 168:20, 178:19, 180:9,
180:21, 184:22, 186:12, 187:10,
188:14, 189:19, 208:4, 222:11,
225:20, 228:24, 231:19, 234:2,
236:10, 242:24, 244:10, 244:14,
255:4, 259:15, 259:16, 261:8, 263:16,
265:22, 266:13, 269:8, 272:7
**its** [40] - 10:3, 18:21, 28:17, 29:24,
94:15, 99:9, 100:17, 107:20, 108:3,
123:9, 126:14, 136:23, 143:25, 151:1,
154:19, 155:3, 159:8, 160:17, 160:25,
161:6, 164:6, 164:15, 164:16, 170:21,
170:22, 170:25, 171:11, 172:18,
172:21, 173:12, 181:12, 181:25,
182:25, 203:5, 203:17, 204:7, 232:7,
241:17, 266:10, 267:25
**itself** [12] - 28:16, 94:18, 106:19,
138:18, 165:19, 184:10, 212:21,

226:25, 244:20, 253:8, 256:9, 271:20

## J

**James** [3] - 1:20, 5:11, 105:12
**James.rogers@aflegal.org** [1] - 1:23
**Jan** [1] - 34:22
**Jane** [1] - 5:18
**January** [2] - 15:15, 242:5
**Japan** [1] - 117:3
**Jennifer** [1] - 31:20
**Jersey** [1] - 160:20
**Jersey's** [1] - 153:19
**job** [2] - 46:1, 242:17
**Jocelyn** [1] - 31:16
**Johnson** [1] - 199:18
**join** [2] - 60:20, 102:19
**joined** [5] - 5:17, 5:19, 173:3, 178:25,
186:7
**joint** [1] - 130:24
**jointly** [1] - 40:16
**Jones** [3] - 179:7, 179:11, 186:9
**joyful** [1] - 41:3
**Jr** [1] - 2:3
**JUDGE** [1] - 1:15
**judge** [3] - 168:22, 186:21, 187:4
**Judge** [32] - 90:17, 92:18, 93:22, 94:17,
134:9, 140:12, 145:9, 145:19, 148:4,
148:5, 148:7, 150:17, 150:18, 151:3,
165:2, 165:3, 165:9, 165:12, 171:8,
173:21, 175:15, 176:15, 176:19,
179:11, 182:14, 182:24, 186:6, 186:9,
190:10, 231:7
**judges** [2] - 173:20, 187:24
**judgment** [11] - 71:15, 120:20, 177:20,
199:8, 199:10, 201:24, 204:1, 262:20,
262:23, 264:15, 264:17
**judgments** [6] - 97:8, 97:14, 183:15,
204:4, 262:21, 262:22
**judicial** [12] - 101:5, 139:18, 140:11,
147:8, 161:22, 167:7, 185:13, 186:5,
199:4, 211:15, 261:11
**judicially** [4] - 139:13, 139:23, 139:24,
139:25
**judiciary** [1] - 204:3
**July** [10] - 6:24, 7:8, 10:4, 10:10, 12:16,
13:18, 51:8, 52:10, 96:9, 136:12
**June** [12] - 7:25, 8:9, 8:10, 9:22, 14:3,
130:10, 133:12, 136:7, 136:12,
164:23, 219:25, 228:19
**jurisdiction** [6] - 121:9, 159:5, 162:21,
204:12, 261:14, 262:20
**jurisdictional** [4] - 36:3, 124:9, 138:7,
189:25
**jurisdictions** [1] - 182:19
**just** [168] - 6:2, 8:22, 9:9, 9:19, 10:12,
11:13, 12:18, 12:20, 12:23, 13:2,
13:14, 14:8, 14:21, 15:25, 16:7, 16:20,
17:14, 23:16, 31:3, 31:25, 36:21, 39:7,
39:12, 40:12, 40:22, 45:25, 49:19,

52:4, 53:11, 53:18, 57:7, 60:7, 60:13, 60:23, 64:18, 66:19, 70:23, 72:1, 72:10, 77:12, 79:1, 79:21, 81:13, 83:2, 84:6, 84:15, 86:16, 86:20, 87:1, 90:21, 91:10, 92:10, 92:18, 99:5, 99:25, 100:24, 102:14, 104:13, 104:17, 108:1, 108:13, 110:5, 110:6, 115:21, 116:14, 116:24, 122:9, 125:13, 126:1, 126:14, 126:20, 129:10, 132:13, 134:16, 135:9, 135:17, 140:10, 142:4, 142:5, 142:11, 144:18, 154:12, 155:10, 156:9, 156:13, 158:3, 158:11, 159:16, 160:9, 162:21, 165:3, 165:16, 168:21, 170:3, 170:8, 173:10, 173:13, 174:13, 175:5, 175:24, 178:17, 178:20, 179:11, 180:3, 180:4, 180:11, 181:5, 181:15, 181:19, 182:8, 183:17, 185:5, 188:22, 188:24, 190:10, 190:22, 191:19, 194:21, 196:4, 198:19, 200:19, 200:20, 201:17, 201:25, 202:24, 204:14, 208:1, 208:11, 209:7, 217:19, 220:5, 222:10, 223:10, 224:8, 228:22, 231:8, 237:7, 237:17, 237:24, 238:17, 238:21, 240:7, 242:20, 243:18, 245:5, 247:4, 251:11, 252:19, 256:18, 257:12, 257:25, 260:13, 260:15, 260:17, 262:22, 265:13, 265:21, 267:9, 268:8, 268:15, 270:5, 271:6, 274:12, 274:23, 275:16, 276:6
**justice** [2] - 135:9, 149:8
**Justice** [23] - 2:9, 2:16, 7:16, 123:4, 123:10, 136:13, 149:8, 149:9, 173:3, 173:4, 178:22, 179:4, 186:2, 186:7, 203:22, 203:23, 211:3, 211:14, 268:19, 269:8, 269:15, 275:13
**justices** [6] - 148:18, 172:25, 177:25, 178:25, 186:7, 187:5
**justification** [2] - 104:7, 248:1
**justifications** [1] - 221:2
**justified** [1] - 22:24
**justify** [4] - 22:22, 94:6, 94:14, 181:12

---

## K

**K** [5] - 1:20, 3:7, 276:18, 276:22, 276:23
**Karen** [2] - 2:14, 5:18
**karen.tumlin@justiceactioncenter. org** [1] - 2:18
**Kascmaryk** [11] - 93:22, 94:18, 134:9, 148:4, 148:5, 148:7, 150:17, 150:19, 151:3, 165:4, 171:8
**Kascmaryk's** [1] - 165:2
**Kate** [1] - 25:8
**Kathleen** [4] - 3:7, 276:18, 276:22, 276:23
**Kavanaugh** [3] - 149:9, 203:23, 275:13
**Kavanaugh's** [3] - 186:2, 203:22, 268:20
**keep** [4] - 12:12, 16:1, 175:24, 245:18

**Kellie** [2] - 5:5, 18:7
**Kernodle** [1] - 173:21
**key** [9] - 20:17, 21:1, 117:17, 118:12, 138:17, 142:14, 157:14, 160:8, 168:22
**kicked** [1] - 133:23
**kidnapping** [1] - 33:18
**kill** [1] - 252:11
**kind** [30] - 42:5, 43:10, 44:2, 51:17, 52:2, 52:22, 53:24, 54:8, 56:25, 57:5, 57:21, 57:24, 60:20, 65:7, 69:11, 82:14, 83:3, 83:6, 83:8, 97:18, 105:3, 110:15, 156:18, 183:6, 200:19, 229:16, 251:25, 257:9, 262:8, 262:21
**kinds** [1] - 103:14
**King** [1] - 105:18
**knew** [3] - 46:18, 54:8, 87:18
**knock** [1] - 252:9
**know** [160] - 6:3, 7:13, 7:20, 9:2, 9:16, 10:7, 10:24, 11:3, 12:3, 12:5, 12:8, 12:9, 12:10, 12:16, 14:7, 14:22, 14:23, 15:3, 15:9, 24:12, 26:4, 44:24, 51:8, 54:17, 56:2, 56:8, 56:18, 57:7, 57:10, 59:12, 59:24, 61:14, 64:18, 65:15, 66:8, 66:9, 66:10, 68:5, 68:6, 68:7, 68:12, 69:3, 70:23, 72:13, 75:17, 77:16, 79:1, 79:9, 79:16, 80:13, 84:21, 84:24, 85:12, 85:15, 86:10, 87:8, 87:21, 88:4, 88:12, 96:9, 100:10, 102:19, 122:13, 123:20, 123:21, 124:1, 128:19, 129:3, 129:5, 129:9, 129:14, 130:14, 132:10, 132:20, 133:14, 133:22, 134:6, 136:5, 138:10, 140:17, 146:25, 147:7, 147:8, 148:2, 148:16, 148:17, 150:6, 150:20, 151:15, 151:24, 151:25, 153:11, 154:11, 155:5, 155:14, 156:3, 157:3, 157:5, 157:9, 157:10, 157:13, 157:23, 157:24, 160:2, 160:3, 160:25, 162:5, 176:11, 176:12, 176:23, 176:25, 177:4, 178:10, 178:17, 179:8, 181:1, 181:13, 181:21, 183:18, 184:2, 184:11, 184:14, 184:15, 185:18, 187:3, 187:4, 187:9, 187:16, 187:19, 188:3, 188:14, 188:20, 189:10, 189:14, 190:22, 197:14, 200:18, 204:17, 205:14, 207:20, 213:1, 216:20, 229:17, 230:4, 231:13, 233:13, 242:21, 245:7, 250:25, 252:7, 254:15, 258:25, 268:16, 268:18
**knowledge** [13] - 45:21, 55:22, 55:25, 58:25, 60:7, 61:7, 61:9, 65:14, 65:20, 67:13, 72:20, 87:23, 88:2
**known** [5] - 47:1, 54:19, 62:19, 68:1, 68:14
**knows** [8] - 40:7, 53:22, 77:12, 77:15, 103:3, 103:4, 103:5, 103:6
**Ku** [1] - 29:21
**Kubrin** [2] - 30:1, 31:9
**Kucana** [2] - 262:5, 262:6

---

## L

**Labor** [2] - 111:17, 112:2
**labor** [8] - 31:14, 31:18, 73:25, 111:8, 111:9, 111:10, 111:17, 112:1
**lack** [4] - 137:8, 168:19, 194:20, 211:15
**lacks** [3] - 94:17, 122:18, 123:8
**laid** [1] - 224:8
**Land** [1] - 154:13
**Langarica** [4] - 3:2, 4:3, 5:17, 18:17
**LANGARICA** [51] - 6:16, 17:12, 17:16, 18:5, 18:13, 18:16, 30:5, 30:9, 30:14, 30:18, 30:23, 31:3, 31:6, 36:12, 36:25, 37:4, 60:23, 61:1, 61:3, 61:6, 61:19, 63:20, 63:24, 64:5, 67:6, 68:2, 68:25, 69:15, 70:12, 70:15, 71:17, 71:20, 71:23, 72:18, 72:23, 73:10, 74:10, 75:24, 76:9, 76:21, 77:10, 78:4, 78:11, 79:25, 80:21, 80:24, 81:15, 86:20, 89:14, 260:21, 276:5
**langarica@law.ucla.edu** [1] - 3:5
**Langowitz** [1] - 34:22
**language** [19] - 21:8, 29:18, 50:5, 100:23, 106:13, 120:25, 144:11, 179:20, 180:3, 180:8, 187:16, 257:22, 265:5, 267:2, 270:16, 272:12, 272:22, 272:25
**laptop** [1] - 18:12
**large** [8] - 47:9, 92:21, 146:21, 146:22, 146:25, 155:15, 165:17, 217:20
**large-scale** [2] - 146:21, 146:22
**largely** [2] - 193:8, 232:9
**larger** [2] - 220:21, 224:21
**last** [26] - 6:11, 20:19, 42:16, 53:21, 61:4, 61:13, 82:3, 106:9, 116:8, 116:15, 125:1, 125:22, 150:19, 151:12, 162:13, 213:24, 241:10, 253:14, 262:23, 273:22
**last-in-time** [1] - 262:23
**last-step** [1] - 273:22
**late** [4] - 7:4, 53:12, 251:14, 252:2
**later** [5] - 30:16, 51:9, 52:7, 158:23, 240:11
**Lauren** [1] - 2:15
**lauren.wilfong@justiceactioncenter. org** [1] - 2:19
**Laveus** [1] - 33:16
**LAVEUS** [1] - 1:9
**law** [44] - 20:10, 27:8, 28:2, 92:9, 100:19, 103:14, 105:15, 123:25, 125:15, 127:8, 127:11, 127:13, 129:13, 133:16, 144:19, 152:3, 162:16, 166:25, 168:21, 169:2, 169:6, 169:10, 170:4, 171:13, 173:17, 180:25, 181:8, 181:19, 183:6, 183:19, 196:18, 201:9, 202:7, 222:18, 225:2, 229:14, 239:4, 246:9, 246:11, 246:23, 247:17, 260:10, 261:10, 261:13
**LAW** [1] - 17:22
**Law** [2] - 3:2, 3:3

**law's** [1] - 82:6
**lawful** [22] - 22:13, 120:17, 126:1, 126:3, 126:15, 127:16, 132:7, 144:21, 194:2, 194:3, 194:14, 194:16, 197:19, 224:2, 224:4, 227:14, 227:22, 227:25, 230:6, 231:9, 249:25, 250:22
**lawfully** [2] - 65:18, 65:22
**laws** [19] - 47:6, 97:6, 104:2, 124:2, 126:8, 126:14, 160:14, 160:25, 161:6, 161:7, 161:11, 162:7, 187:22, 194:16, 197:4, 198:25, 199:3, 215:14, 249:17
**lawsuit** [6] - 15:17, 139:17, 140:4, 161:1, 174:16, 188:21
**lawsuits** [1] - 176:13
**lawyer** [2] - 70:22, 191:22
**layover** [1] - 40:2
**lays** [1] - 250:8
**lead** [5] - 67:13, 152:19, 185:11, 206:20, 273:9
**leaders** [1] - 56:3
**leading** [6] - 79:23, 193:15, 219:11, 271:13, 272:2, 273:16
**leads** [1] - 102:23
**league's** [1] - 153:21
**leagues** [3] - 34:11, 153:19, 154:6
**leans** [2] - 173:6, 173:7
**learn** [2] - 26:11, 64:16
**learned** [3] - 63:22, 64:9, 64:11
**learning** [2] - 34:4, 64:12
**least** [22] - 29:23, 43:2, 101:17, 101:19, 101:21, 119:14, 125:21, 135:8, 135:10, 135:11, 135:12, 145:25, 147:3, 147:14, 155:5, 155:16, 172:11, 233:18, 264:21, 269:1, 269:3, 272:10
**leave** [12] - 21:4, 84:18, 84:22, 97:6, 100:8, 100:9, 106:19, 142:5, 234:21, 235:16, 248:20, 248:25
**leaves** [3] - 173:6, 212:15, 212:16
**leaving** [4] - 52:15, 71:8, 85:1, 249:6
**led** [1] - 167:23
**left** [11] - 20:17, 44:4, 54:2, 65:12, 66:4, 81:3, 85:22, 126:23, 212:23, 251:15, 269:16
**leg** [1] - 53:17
**Legal** [1] - 1:21
**legal** [28] - 70:15, 70:16, 71:20, 72:8, 73:11, 74:11, 78:3, 101:18, 101:23, 103:23, 119:22, 143:16, 156:2, 156:11, 160:18, 164:13, 164:14, 165:20, 174:2, 201:21, 253:1, 253:5, 253:6, 255:7, 255:14, 255:16, 255:21, 273:16
**legally** [4] - 119:21, 120:24, 121:3, 121:12
**legislation** [1] - 106:16
**legislative** [2] - 207:7, 267:3
**legitimate** [3] - 135:7, 173:9, 176:9
**Leighton** [1] - 29:21
**length** [2] - 114:7, 195:13
**lengthy** [2] - 144:8, 160:23

**lens** [1] - 104:16
**less** [11] - 101:2, 108:11, 118:16, 159:14, 210:10, 214:15, 230:22, 235:23, 236:1, 236:16, 247:18
**lessens** [2] - 124:18, 125:6
**let** [14] - 9:12, 44:18, 54:16, 57:10, 59:11, 66:18, 104:13, 120:8, 127:23, 137:16, 179:14, 183:21, 212:7, 252:19
**let's** [20] - 62:1, 103:17, 103:18, 103:19, 104:13, 104:14, 118:19, 124:16, 178:21, 180:16, 187:15, 191:24, 192:14, 202:25, 208:21, 216:25, 239:21, 275:24
**letter** [1] - 45:16
**level** [2] - 49:16, 185:12
**leverage** [1] - 23:14
**license** [37] - 29:6, 127:10, 127:18, 128:2, 128:6, 129:15, 129:16, 130:1, 130:2, 130:5, 130:15, 143:15, 146:13, 146:16, 147:9, 147:11, 153:20, 160:14, 160:25, 170:11, 170:13, 170:15, 225:2, 229:13, 230:8, 232:11, 232:14, 232:18, 232:23, 233:2, 233:3, 233:9, 233:10, 233:19, 234:9, 234:11
**licenses** [21] - 27:7, 29:2, 126:9, 126:12, 127:5, 127:14, 127:15, 127:20, 130:6, 131:15, 135:12, 146:6, 147:6, 152:10, 152:12, 152:15, 160:15, 161:19, 166:16, 169:25, 232:8
**licensing** [2] - 154:8
**lie** [1] - 115:2
**life** [6] - 33:2, 34:17, 34:20, 60:5, 60:6, 74:4
**life-saving** [1] - 34:20
**life-threatening** [1] - 34:17
**lifelong** [1] - 33:7
**like** [96] - 7:6, 14:12, 15:23, 15:24, 16:18, 19:9, 23:2, 24:20, 26:17, 32:5, 32:9, 32:20, 35:8, 35:14, 35:25, 37:14, 40:19, 48:3, 57:22, 57:23, 61:14, 61:16, 61:23, 64:4, 77:7, 85:19, 86:22, 89:3, 89:20, 89:23, 90:18, 91:9, 96:10, 99:5, 101:16, 103:9, 108:15, 110:6, 114:18, 116:9, 117:4, 118:20, 120:2, 121:11, 123:9, 126:1, 129:5, 132:9, 135:9, 135:24, 140:10, 142:5, 143:9, 144:16, 148:12, 148:19, 150:11, 153:9, 153:14, 160:2, 161:6, 161:16, 162:21, 169:25, 174:9, 178:24, 180:5, 180:9, 180:10, 180:11, 181:14, 183:17, 184:13, 187:21, 191:11, 191:23, 196:10, 201:10, 202:24, 204:24, 207:12, 216:6, 222:25, 225:8, 226:20, 230:4, 233:13, 238:1, 243:10, 243:11, 250:11, 251:13, 252:11, 252:20, 262:8
**likelihood** [3] - 124:25, 147:9, 155:14
**likely** [9] - 106:6, 117:20, 122:10, 122:25, 156:24, 181:11, 231:15, 249:20, 270:4

**likes** [1] - 124:11
**likewise** [1] - 29:7
**limit** [6] - 92:22, 94:7, 170:25, 178:3, 256:17, 257:11
**limitation** [2] - 153:12, 170:25
**limited** [35] - 93:6, 94:22, 99:2, 99:18, 102:25, 109:12, 115:7, 130:6, 140:3, 174:23, 185:6, 194:7, 197:7, 197:9, 197:12, 215:20, 216:5, 216:7, 216:21, 217:15, 224:12, 224:17, 232:23, 233:9, 233:10, 234:9, 235:15, 237:17, 241:23, 245:17, 248:14, 248:15, 248:16, 249:8, 269:9
**limited-term** [5] - 130:6, 232:23, 233:9, 233:10, 234:9
**limiting** [3] - 97:16, 215:13, 266:18
**Limits** [1] - 264:15
**limits** [17] - 158:21, 158:23, 212:3, 212:21, 212:22, 214:23, 216:23, 218:9, 218:21, 256:25, 260:5, 260:6, 262:1, 266:24, 273:23, 274:2
**Limón** [1] - 41:9, 60:2, 62:24
**line** [13] - 8:3, 8:4, 9:3, 9:4, 11:24, 12:6, 13:16, 23:18, 106:17, 118:17, 198:20, 204:5, 267:19
**linked** [3] - 220:17, 227:14, 242:11
**list** [6] - 8:18, 11:7, 11:21, 12:21, 112:24, 247:23
**listed** [2] - 13:3, 133:12
**listings** [1] - 63:11
**lists** [1] - 262:10
**Litigation** [1] - 2:10
**litigation** [3] - 145:8, 154:14, 165:9
**little** [26] - 7:21, 37:12, 40:22, 49:9, 51:16, 57:14, 57:21, 71:2, 81:5, 83:14, 84:16, 108:19, 136:18, 138:16, 148:17, 151:10, 161:12, 208:4, 211:12, 220:1, 243:24, 248:10, 262:9, 273:13, 274:25
**live** [15] - 37:23, 37:24, 41:7, 42:13, 47:3, 50:12, 50:14, 50:22, 80:6, 96:4, 99:16, 107:4, 109:13, 268:17, 269:2
**lived** [6] - 41:9, 42:11, 74:4, 80:7, 82:8, 113:24
**lives** [4] - 39:5, 53:11, 62:24, 82:2
**living** [12] - 38:2, 41:12, 41:21, 50:7, 50:9, 50:10, 50:17, 52:24, 63:1, 68:14, 68:20, 83:23
**Loa** [6] - 199:6, 256:21, 257:2, 263:15, 271:25, 272:6
**Loa-Herrera** [6] - 199:6, 256:21, 257:2, 263:15, 271:25, 272:6
**loan** [2] - 275:3, 275:7
**local** [1] - 31:22
**located** [1] - 85:17
**locked** [1] - 73:17
**logic** [3] - 147:13, 247:6, 247:11
**logical** [6] - 7:19, 8:4, 9:4, 11:25, 12:6, 13:22
**logistical** [2] - 7:2, 57:25

**logistics** [1] - 52:19
**long** [40] - 21:8, 23:18, 39:20, 40:25,
42:11, 42:13, 49:5, 51:2, 51:20, 57:5,
89:22, 94:15, 107:5, 108:25, 112:15,
112:24, 113:7, 114:16, 114:6, 116:24,
122:4, 123:2, 123:3, 136:9, 153:11,
159:12, 161:2, 188:11, 198:12,
198:20, 204:5, 222:10, 222:20,
223:13, 231:2, 235:7, 242:17, 248:13,
251:22, 252:10
**long-term** [1] - 107:5
**longer** [11] - 14:14, 14:16, 47:14, 50:12,
59:4, 122:9, 220:1, 242:3, 249:4,
249:25, 269:2
**longest** [1] - 129:7
**longstanding** [1] - 19:10
**longtime** [1] - 25:7
**look** [25] - 6:11, 43:10, 96:9, 97:23,
100:16, 100:22, 102:24, 104:16,
109:14, 112:1, 118:19, 137:14,
138:17, 156:20, 158:3, 172:4, 172:7,
186:23, 198:2, 225:23, 225:25,
232:22, 232:25, 274:20
**looked** [4] - 63:11, 63:18, 208:17,
244:19
**looking** [12] - 45:2, 63:25, 64:3, 64:23,
65:1, 131:22, 141:3, 178:17, 180:6,
203:17, 214:2, 264:24
**looks** [3] - 15:23, 15:24, 191:11
**loop** [1] - 6:6
**loosen** [1] - 269:4
**loosening** [1] - 269:18
**Los** [2] - 2:17, 3:4
**lose** [2] - 32:11, 156:2
**loses** [1] - 115:4
**losing** [1] - 52:2
**loss** [1] - 151:21
**lost** [3] - 47:7, 82:6
**lot** [28] - 5:4, 35:15, 35:18, 36:2, 46:3,
47:3, 47:8, 48:5, 51:20, 57:6, 57:24,
58:8, 75:1, 75:11, 99:22, 110:17,
124:1, 131:5, 131:14, 131:15, 133:22,
135:24, 167:24, 174:22, 184:18,
189:5, 189:6, 191:6
**lots** [1] - 61:25
**Louis** [1] - 104:14
**love** [1] - 60:14
**loved** [1] - 83:2
**loving** [1] - 44:16
**low** [3] - 29:12, 116:20, 117:2
**lower** [6] - 156:17, 223:11, 223:13,
231:22, 238:1
**lowers** [2] - 124:21, 125:3
**Luis** [2] - 2:2, 5:12
**luis.suarez@oag.texas.gov** [1] - 2:6
**lunch** [1] - 89:21

# M

**M** [1] - 2:3

**made** [37] - 11:5, 11:10, 12:22, 13:1,
47:24, 54:19, 59:3, 64:13, 65:21,
67:10, 95:4, 97:8, 97:13, 119:24,
120:21, 126:3, 131:13, 145:18, 149:1,
149:25, 153:2, 163:17, 167:21,
173:19, 200:24, 207:17, 209:7, 224:6,
231:20, 233:15, 236:8, 239:9, 243:17,
257:7, 259:21, 264:9, 272:1
**magic** [1] - 261:18
**magnitude** [1] - 134:16
**mail** [2] - 51:18, 51:19
**mainly** [2] - 42:22, 85:3
**maintain** [2] - 24:25, 41:19
**major** [13] - 34:11, 70:1, 82:17, 103:2,
105:15, 105:16, 106:4, 106:18, 107:1,
122:23, 123:18, 123:20, 124:4
**majority** [11] - 27:12, 123:5, 123:11,
141:17, 148:19, 170:23, 183:14,
186:3, 216:9, 268:20, 269:14
**make** [42] - 16:7, 17:15, 36:21, 42:19,
46:5, 47:22, 52:14, 52:17, 53:8, 54:3,
66:19, 72:8, 96:24, 97:11, 102:14,
103:17, 106:13, 106:18, 112:19,
114:15, 120:8, 127:23, 129:10,
137:16, 138:12, 144:11, 146:10,
156:9, 163:3, 181:16, 187:22, 211:22,
222:16, 233:11, 236:10, 243:19,
244:16, 251:18, 252:4, 253:11, 259:9
**makes** [11] - 98:12, 98:25, 107:8,
109:20, 110:7, 111:22, 138:16,
143:22, 144:21, 161:17, 161:18
**making** [20] - 13:6, 49:19, 94:11, 99:2,
99:9, 100:17, 157:6, 162:24, 163:13,
164:2, 170:9, 211:22, 221:15, 252:25,
253:4, 254:25, 255:2, 259:8, 271:4,
273:21
**man** [3] - 67:16, 68:23, 72:14
**MANAGER** [1] - 18:9
**managing** [2] - 91:11, 93:25
**Managua** [1] - 39:25
**mandated** [1] - 139:21
**mandates** [1] - 154:15
**mandatory** [2] - 272:11, 272:22
**manifestly** [1] - 107:6
**manner** [5] - 106:5, 122:24, 199:9,
257:6, 264:16
**many** [21] - 9:25, 10:22, 19:14, 23:1,
26:2, 77:21, 94:2, 97:22, 98:10,
101:15, 112:6, 114:13, 114:17, 118:8,
134:2, 148:25, 149:24, 192:7, 210:14,
257:17, 265:9
**March** [2] - 9:21, 48:1
**marital** [2] - 114:8, 116:18
**mark** [2] - 16:6, 162:23
**marked** [1] - 16:5
**Marlene** [2] - 43:15, 52:1
**married** [3] - 43:14, 43:15, 103:24
**marshal** [1] - 197:7
**marshals** [1] - 6:2
**Massachusetts** [1] - 269:6

**masse** [2] - 93:19, 257:13
**master's** [2] - 38:7, 38:10
**Mateo** [1] - 43:16
**materials** [1] - 100:7
**matter** [14] - 7:20, 26:21, 92:3, 97:13,
162:20, 162:21, 206:15, 221:16,
222:20, 223:12, 230:25, 231:1, 276:20
**matters** [3] - 5:22, 252:3, 252:7
**maximum** [2] - 235:16, 235:25
**may** [34] - 5:9, 17:17, 25:24, 36:24, 49:2,
60:23, 62:9, 80:21, 90:15, 94:9, 97:10,
104:15, 105:7, 105:8, 106:17, 107:14,
107:17, 117:25, 118:4, 118:10, 118:10,
123:5, 130:14, 138:15, 151:9, 151:25,
152:4, 170:19, 174:16, 178:4, 256:4,
256:6, 270:7, 270:9
**May** [3] - 8:10, 153:14, 237:24
**maybe** [3] - 156:7, 179:11, 190:5
**me** [81] - 5:4, 5:14, 8:17, 9:13, 12:12,
12:13, 13:3, 31:4, 37:14, 39:5, 44:4,
44:6, 44:14, 44:17, 45:6, 46:4, 46:9,
47:13, 51:19, 51:25, 52:1, 53:21,
53:23, 56:22, 57:3, 57:5, 57:6, 58:7,
59:11, 60:13, 60:15, 61:16, 62:12,
63:20, 66:11, 67:14, 69:4, 74:21,
74:22, 78:16, 82:10, 83:6, 85:20,
86:22, 87:6, 87:7, 89:20, 90:19, 91:18,
102:23, 105:2, 105:8, 112:2, 118:9,
119:7, 120:8, 124:15, 127:23, 137:16,
151:9, 155:19, 157:18, 179:4, 179:14,
183:21, 186:18, 189:24, 190:14,
202:11, 202:12, 221:13, 222:16,
223:10, 251:23, 252:19, 257:25,
274:18, 276:2
**mean** [45] - 7:18, 8:25, 13:18, 13:21,
60:12, 61:10, 66:9, 71:3, 76:24, 85:6,
85:19, 99:8, 105:10, 128:19, 129:4,
135:19, 137:10, 138:17, 143:13,
147:2, 148:14, 149:1, 150:11, 155:12,
158:10, 158:11, 179:1, 179:17,
183:14, 183:23, 186:2, 186:17, 187:1,
187:17, 191:9, 192:2, 202:11, 204:13,
207:4, 233:13, 238:25, 243:18,
246:19, 252:20, 273:8
**meaningful** [4] - 44:14, 44:15, 60:17,
198:3
**means** [12] - 28:19, 57:6, 70:23, 78:9,
98:13, 101:11, 115:20, 121:6, 127:19,
163:19, 165:20, 205:1
**means-tested** [1] - 121:6
**meant** [3] - 26:8, 37:14, 108:15
**mechanical** [1] - 1:24
**mechanism** [8] - 91:1, 234:12, 234:24,
235:13, 235:19, 236:5, 244:16, 244:18
**mechanisms** [1] - 95:10
**Medicaid** [14] - 130:20, 130:24, 131:6,
131:9, 132:21, 135:13, 135:23, 146:1,
151:17, 160:16, 160:18, 161:1, 162:9,
162:15
**medical** [7] - 34:14, 69:11, 93:15,

113:13, 130:22, 238:12, 244:14
**Medical** [1] - 188:4
**meet** [6] - 45:20, 56:25, 119:12, 119:14, 130:16, 245:21
**meets** [1] - 124:13
**member** [1] - 73:21
**members** [4] - 42:22, 43:5, 43:8, 54:15
**memo** [4] - 16:25, 182:22, 196:13, 197:25
**memoranda** [3] - 94:5, 166:8
**memorandum** [5] - 16:12, 16:25, 17:18, 17:24, 100:6
**memorandums** [1] - 16:15
**memory** [1] - 73:24
**memos** [1] - 100:6
**mental** [1] - 113:14
**mentally** [1] - 75:9
**mention** [1] - 274:19
**mentioned** [23] - 7:10, 43:5, 43:19, 44:7, 44:12, 44:21, 46:7, 49:11, 50:3, 50:13, 50:14, 50:20, 52:9, 53:15, 53:17, 56:7, 57:16, 63:3, 65:7, 78:15, 82:2, 82:11, 165:1
**mentioning** [1] - 202:23
**mere** [3] - 148:24, 169:18, 170:1
**merely** [2] - 165:15, 188:12
**merit** [3] - 131:21, 139:3, 195:11
**merits** [17] - 20:4, 36:1, 104:24, 135:1, 137:4, 137:22, 147:25, 148:3, 150:11, 151:3, 178:11, 195:9, 200:13, 200:20, 251:7, 251:10, 252:5
**messages** [2] - 42:24
**messaging** [1] - 42:23
**met** [13] - 40:8, 40:11, 41:12, 42:9, 42:11, 42:14, 49:17, 50:24, 53:15, 53:16, 53:20, 55:5, 55:7
**method** [1] - 102:5
**Mexican** [1] - 194:12
**Mexicans** [1] - 23:7
**Mexico** [32] - 66:5, 153:10, 157:10, 157:12, 163:24, 194:8, 194:10, 196:6, 196:25, 197:2, 197:5, 219:2, 219:4, 226:15, 226:17, 226:18, 226:20, 227:4, 227:8, 227:9, 227:16, 227:20, 229:4, 245:19, 249:16, 249:22, 250:1, 250:2, 250:9, 250:14, 250:17, 250:21
**Mexico's** [4] - 23:6, 197:1, 197:3, 219:1
**microphone** [1] - 36:20
**mid-20th** [1] - 92:19
**middle** [1] - 7:6
**might** [46] - 13:12, 45:11, 79:10, 79:16, 80:14, 96:24, 103:17, 114:15, 135:23, 138:7, 152:2, 173:6, 193:6, 197:24, 201:3, 201:4, 203:15, 204:23, 206:8, 210:4, 210:18, 210:19, 216:16, 230:2, 232:1, 238:6, 238:24, 244:22, 244:25, 246:3, 247:6, 248:21, 253:7, 257:21, 259:1, 259:11, 259:12, 267:15, 267:18, 267:19, 267:20, 268:13, 269:18, 273:23, 275:16

**migrants** [3] - 152:4, 155:5, 247:17
**migrate** [1] - 250:12
**migrating** [1] - 226:18
**migration** [12] - 23:9, 26:25, 31:23, 193:4, 193:6, 196:7, 197:2, 219:2, 250:13, 267:4, 267:6, 268:24
**migratory** [1] - 96:20
**military** [1] - 114:1
**Miller** [4] - 3:7, 276:18, 276:22, 276:23
**million** [5] - 102:20, 130:7, 136:15, 136:16, 136:18
**millions** [5] - 132:22, 151:16, 168:14, 172:15, 172:17
**mind** [4] - 16:21, 49:15, 51:5, 81:24
**mindful** [1] - 268:21
**mine** [1] - 39:4
**minimal** [2] - 109:15, 116:5
**Minors** [1] - 22:5
**minors** [1] - 133:16
**minus** [1] - 149:4
**minute** [4] - 99:21, 109:14, 118:23, 205:23
**Minute** [2] - 56:13, 56:17
**minutes** [3] - 60:24, 62:3, 80:22
**misconception** [1] - 109:24
**missed** [3] - 42:8, 49:2, 268:9
**missing** [2] - 224:5, 237:8
**Mission** [2] - 56:13, 56:17
**missions** [1] - 196:4
**misunderstood** [2] - 107:14, 156:8
**modeled** [1] - 21:25
**modern** [1] - 93:12
**modest** [1] - 106:11
**moment** [4] - 46:4, 67:10, 115:21, 118:9, 202:15, 211:12
**momentarily** [1] - 60:7
**moments** [2] - 43:19, 44:21
**money** [5] - 85:24, 85:25, 151:22, 158:20, 199:21
**Monika** [3] - 3:2, 5:16, 18:17
**month** [16] - 10:10, 10:17, 12:16, 13:2, 43:3, 43:4, 49:9, 77:7, 90:25, 94:10, 134:2, 154:4, 156:22, 165:6, 165:7, 165:18
**months** [15] - 10:22, 41:16, 42:15, 46:8, 51:21, 63:7, 113:8, 154:13, 193:17, 219:11, 219:18, 219:25, 220:11, 236:6, 236:7
**months'** [1] - 13:16
**mooted** [2] - 177:11, 177:21
**more** [53] - 7:22, 11:6, 13:2, 16:11, 31:19, 32:11, 40:18, 45:3, 46:10, 51:22, 54:22, 55:1, 55:11, 57:24, 58:6, 64:23, 72:19, 83:23, 86:25, 110:19, 111:15, 115:21, 123:9, 127:20, 131:5, 135:25, 153:22, 163:23, 175:11, 177:22, 182:13, 191:4, 206:14, 211:12, 224:3, 226:9, 230:5, 230:6, 230:11, 230:12, 232:12, 246:24, 250:13, 258:8, 259:25, 262:15,

263:14, 267:19, 270:19, 270:20, 270:22
**morning** [10] - 5:13, 5:16, 18:16, 37:5, 37:6, 37:8, 40:2, 110:25, 112:5, 243:24
**most** [22] - 8:4, 9:4, 11:25, 12:6, 13:22, 21:23, 42:2, 47:11, 91:18, 92:13, 93:22, 106:3, 114:13, 122:18, 134:11, 136:6, 136:10, 152:7, 154:11, 188:10, 236:18, 259:25
**mostly** [2] - 42:22, 237:15
**mother** [5] - 34:16, 34:20, 43:9, 43:10, 82:24
**mother's** [1] - 83:7
**motion** [4] - 92:8, 123:23, 179:12, 182:25
**motivate** [1] - 23:20
**motivated** [3] - 22:16, 23:4, 23:19
**motivation** [2] - 22:18, 22:19
**motorists** [1] - 152:18
**Mountains** [2] - 53:5, 57:21
**mountains** [1] - 57:22
**mouse** [2] - 123:12, 123:16
**move** [16] - 23:16, 48:24, 53:6, 58:22, 60:5, 76:25, 89:19, 157:17, 178:11, 178:21, 184:13, 184:15, 239:6, 255:25, 257:24, 265:15
**moved** [1] - 46:13
**moves** [1] - 244:9
**moving** [5] - 41:19, 57:3, 166:20, 172:20, 251:10
**MPP** [63] - 93:23, 93:25, 94:6, 94:14, 103:14, 125:14, 126:10, 129:21, 134:8, 134:10, 146:2, 146:16, 146:19, 146:21, 147:21, 148:8, 148:10, 149:4, 150:10, 150:21, 161:14, 161:20, 163:11, 163:12, 163:20, 163:22, 164:1, 167:20, 167:23, 169:1, 170:22, 171:10, 171:25, 172:7, 172:10, 183:17, 186:23, 187:1, 200:3, 200:8, 201:2, 201:7, 201:12, 201:17, 201:20, 202:9, 203:4, 203:5, 203:14, 203:21, 208:20, 222:25, 223:11, 231:6, 233:12, 233:17, 239:16, 263:2, 263:23, 263:25, 264:4, 264:21
**MPP's** [1] - 146:8
**mr** [2] - 1:20, 2:3
**MR** [303] - 5:10, 5:13, 6:10, 6:15, 6:20, 6:23, 9:8, 9:12, 9:18, 16:14, 16:20, 17:1, 17:7, 17:9, 17:17, 17:24, 18:2, 35:22, 36:7, 61:22, 62:10, 62:12, 62:14, 62:16, 63:21, 64:2, 64:6, 64:7, 66:13, 66:21, 66:25, 67:15, 68:16, 69:9, 69:18, 70:8, 70:13, 71:14, 71:18, 72:6, 72:10, 72:13, 73:4, 74:5, 74:19, 76:3, 76:17, 77:1, 77:5, 77:12, 77:18, 78:6, 78:18, 79:22, 81:8, 81:19, 81:21, 81:23, 84:5, 84:10, 84:13, 86:22, 87:13, 87:15, 88:19, 88:22, 89:17, 90:13, 90:15, 105:5, 105:12, 115:25,

123:24, 124:6, 124:8, 124:18, 127:1,
128:3, 128:16, 128:22, 129:12, 132:4,
137:13, 137:20, 138:5, 138:24, 139:4,
139:8, 139:11, 140:10, 140:16,
140:22, 141:11, 143:3, 143:6, 143:14,
144:7, 144:14, 144:16, 144:24,
147:19, 147:21, 148:2, 148:15, 149:3,
149:6, 149:13, 149:20, 150:2, 150:10,
151:7, 151:9, 154:18, 155:8, 155:12,
155:22, 156:1, 156:15, 156:19, 157:1,
157:22, 158:6, 158:10, 173:1, 174:1,
174:6, 174:21, 175:8, 175:13, 176:1,
176:19, 177:7, 178:14, 179:1, 179:6,
179:10, 179:17, 180:1, 180:19, 182:8,
182:12, 182:23, 183:3, 183:9, 183:13,
183:23, 184:1, 184:6, 184:9, 184:22,
185:4, 185:8, 185:25, 186:9, 186:14,
186:19, 186:21, 187:7, 187:14,
187:18, 188:19, 188:25, 189:8,
189:23, 190:5, 190:10, 190:15,
190:21, 191:17, 191:18, 191:21,
192:6, 192:12, 192:22, 192:24, 200:5,
200:15, 200:22, 201:11, 201:18,
201:23, 202:2, 202:13, 202:17,
202:22, 203:6, 203:11, 204:17, 205:3,
205:7, 205:19, 205:22, 208:4, 208:7,
209:2, 209:5, 209:8, 209:16, 209:20,
209:24, 210:10, 212:3, 212:9, 212:12,
212:15, 213:9, 213:14, 215:17,
215:19, 216:5, 216:15, 216:19, 217:6,
217:14, 218:3, 218:5, 218:9, 218:16,
218:25, 221:19, 222:12, 222:23,
223:16, 227:21, 228:2, 228:14,
228:16, 229:22, 230:16, 230:19,
231:4, 233:15, 235:4, 235:9, 235:14,
235:25, 236:10, 236:17, 236:22,
239:7, 239:13, 239:19, 240:5, 240:12,
240:17, 242:21, 242:24, 243:2, 243:6,
243:21, 244:17, 245:3, 245:7, 247:5,
247:10, 250:6, 251:5, 251:8, 251:15,
251:20, 252:1, 252:7, 252:12, 252:16,
252:22, 255:12, 255:16, 256:2,
256:16, 256:20, 257:1, 257:16,
257:19, 258:3, 258:6, 258:11, 258:21,
258:25, 259:5, 259:17, 259:23, 260:3,
261:2, 261:20, 263:6, 263:10, 263:13,
263:21, 264:8, 265:20, 269:8, 270:21,
271:1, 271:7, 271:12, 271:23, 273:4,
273:7, 273:12, 274:11, 274:17,
274:22, 275:2

**Mr** [74] - 1:20, 2:2, 2:2, 2:8, 2:20, 4:3,
4:4, 4:5, 4:7, 4:7, 4:8, 4:10, 25:4, 25:7,
25:8, 26:7, 32:22, 33:3, 33:6, 33:11,
35:5, 36:1, 36:13, 37:5, 37:9, 37:25,
38:12, 44:21, 45:10, 45:12, 45:21,
46:22, 47:22, 55:22, 58:21, 58:25,
59:15, 60:11, 60:22, 61:7, 61:11,
61:19, 62:17, 66:9, 72:19, 73:5, 73:18,
74:6, 75:24, 76:9, 76:22, 77:11, 81:9,
81:16, 81:24, 85:7, 85:22, 87:16,
88:19, 89:1, 90:17, 90:20, 90:21,

104:21, 111:1, 135:14, 135:15,
164:19, 165:1, 190:7, 192:20, 260:19,
260:24

**ms** [5] - 2:9, 2:15, 2:15, 2:20, 3:7

**MS** [77] - 5:16, 6:16, 7:17, 8:24, 10:11,
11:11, 11:16, 13:7, 14:6, 15:12, 15:20,
17:12, 17:16, 18:5, 18:13, 18:14,
18:16, 30:5, 30:9, 30:14, 30:18, 30:23,
31:3, 31:6, 36:12, 36:25, 37:4, 60:23,
61:1, 61:3, 61:6, 61:19, 63:20, 63:24,
64:5, 66:7, 66:16, 67:6, 67:9, 68:2,
68:25, 69:15, 70:3, 70:12, 70:15,
70:19, 71:17, 71:20, 71:23, 72:18,
72:23, 73:10, 74:10, 75:24, 76:9,
76:21, 77:10, 78:2, 78:4, 78:11, 78:20,
78:23, 79:25, 80:1, 80:19, 80:21,
80:24, 81:15, 84:14, 86:20, 89:7,
89:14, 189:21, 260:19, 260:21,
274:12, 276:5

**Ms** [6] - 2:14, 3:2, 4:3, 4:4, 33:16, 33:25

**much** [17] - 14:16, 59:4, 83:12, 89:8,
101:1, 110:19, 111:15, 192:2, 192:4,
192:11, 196:10, 215:20, 220:21,
246:2, 251:12, 272:15

**multigenerational** [4] - 68:14, 68:19,
80:6, 80:7

**multiple** [6] - 10:12, 43:3, 43:4, 44:7,
47:4, 92:20

**multiply** [1] - 134:15

**murder** [1] - 33:18

**must** [17] - 24:15, 93:10, 97:6, 110:11,
118:15, 121:3, 131:21, 133:5, 162:8,
162:15, 162:23, 164:5, 164:12, 171:3,
188:15, 203:25

**my** [143] - 5:14, 5:17, 7:9, 10:11, 12:13,
12:25, 17:4, 18:16, 18:17, 37:8, 37:11,
37:13, 37:14, 37:15, 38:9, 38:10,
38:16, 39:11, 39:18, 40:7, 40:15, 41:5,
43:24, 44:15, 44:18, 45:15, 45:16,
45:18, 45:24, 45:25, 46:1, 46:14,
46:20, 46:21, 47:10, 48:5, 48:15,
48:16, 48:18, 48:20, 50:4, 50:10,
50:12, 50:19, 50:21, 51:5, 51:7, 51:19,
52:16, 52:17, 52:23, 53:4, 53:6, 53:7,
53:8, 53:9, 53:10, 53:11, 53:13, 53:20,
54:13, 54:15, 54:21, 54:25, 55:15,
55:16, 55:17, 56:2, 56:12, 56:20,
57:20, 57:22, 58:8, 59:8, 59:11, 60:18,
60:19, 60:20, 60:21, 60:24, 61:12,
61:13, 61:16, 62:17, 65:1, 65:8, 65:14,
67:9, 70:5, 71:10, 73:22, 73:24, 74:1,
74:3, 74:4, 75:9, 75:10, 77:17, 77:20,
82:15, 84:6, 85:3, 85:4, 88:11, 90:17,
90:20, 104:21, 118:22, 123:17, 124:7,
128:14, 128:20, 135:14, 135:20,
150:5, 155:23, 175:21, 192:11, 202:4,
213:7, 218:18, 223:19, 245:9, 251:12,
251:22, 252:11, 268:2, 268:8, 273:12,
274:13, 274:17

**myself** [3] - 40:16, 41:1, 43:23

# N

**N** [1] - 5:1

**name** [10] - 18:17, 37:8, 39:14, 62:17,
114:6, 116:8, 116:15, 260:17, 260:18

**named** [5] - 39:13, 43:9, 43:11, 43:12,
43:13

**namely** [1] - 65:2

**Nan** [1] - 34:22

**narrow** [1] - 21:1

**national** [2] - 38:4, 97:20

**nationalities** [1] - 214:14

**Nationality** [3] - 91:7, 97:2, 172:8

**nationality** [2] - 109:11, 114:7

**nationals** [17] - 17:25, 96:13, 101:6,
119:22, 120:14, 193:11, 197:8,
214:15, 215:9, 219:13, 219:20,
221:20, 225:3, 227:9, 237:17, 238:17,
241:18

**nationwide** [19] - 177:25, 178:9, 178:24,
182:15, 183:7, 183:22, 184:5, 185:3,
185:15, 185:16, 185:24, 187:3,
188:15, 188:25, 189:11, 189:12,
189:15, 189:18, 189:21

**native** [1] - 29:19

**nature** [2] - 58:6, 234:4

**near** [1] - 221:11

**nearly** [1] - 216:9

**Nebraska** [1] - 275:3

**necessarily** [7] - 76:14, 200:5, 201:5,
202:19, 220:25, 225:10, 238:18

**necessary** [10] - 25:12, 26:3, 26:4, 45:5,
53:23, 60:5, 113:16, 114:3, 114:9,
245:21

**need** [31] - 9:15, 16:4, 18:7, 33:10,
44:11, 44:22, 46:20, 51:4, 59:13,
60:16, 76:25, 93:9, 93:14, 117:4,
134:20, 145:20, 147:9, 147:15,
158:15, 159:7, 170:7, 180:23, 181:17,
224:3, 230:7, 233:1, 253:19, 256:14,
259:12, 267:13, 272:17

**needed** [18] - 34:2, 45:9, 48:7, 48:24,
52:13, 52:15, 52:16, 52:18, 52:21,
52:25, 53:7, 53:8, 57:25, 58:5, 113:3,
232:11

**needs** [15] - 23:4, 23:12, 45:20, 50:24,
91:13, 238:11, 238:12, 244:1, 245:11,
246:4, 246:6, 264:9

**negate** [2] - 152:24, 154:24

**negative** [1] - 195:23

**negotiating** [2] - 23:14, 210:12

**negotiation** [1] - 205:14

**negotiations** [5] - 194:9, 205:14,
206:12, 209:17, 250:7

**nephew** [1] - 33:17

**nerve** [1] - 51:16

**nervous** [1] - 51:22

**nested** [1] - 5:4

**net** [10] - 29:9, 29:23, 30:6, 30:8,
136:19, 136:21, 154:20, 200:1,

221:14, 223:10
**never** [17] - 14:17, 22:10, 54:2, 65:4,
  65:9, 65:12, 66:11, 87:11, 115:9,
  122:17, 138:1, 177:12, 200:13,
  204:13, 210:19, 221:10, 259:22
**new** [23] - 8:1, 39:6, 45:7, 63:16, 101:25,
  107:19, 110:15, 122:16, 122:18,
  123:8, 123:15, 148:7, 150:21, 181:16,
  219:6, 227:1, 227:6, 232:12, 232:13,
  234:10, 249:13
**New** [4] - 41:23, 153:10, 153:19, 160:20
**newly** [2] - 122:17, 170:9
**next** [6] - 19:22, 36:6, 53:14, 121:25,
  246:8, 251:7
**nexus** [4] - 196:24, 206:11, 226:6, 234:5
**Nicaragua** [46] - 19:20, 24:2, 27:1, 34:1,
  38:13, 39:1, 39:5, 40:1, 41:9, 41:13,
  41:14, 42:12, 42:13, 44:16, 45:1, 47:2,
  47:10, 47:11, 47:18, 48:11, 53:21,
  54:2, 54:24, 58:5, 60:1, 62:25, 65:12,
  67:25, 68:18, 80:9, 80:11, 82:1, 82:5,
  83:5, 83:24, 95:18, 101:8, 117:9,
  193:12, 193:19, 214:1, 214:4, 214:22,
  217:17, 249:3
**Nicaraguan=issued** [1] - 48:23
**Nicaraguans** [3] - 95:1, 100:21, 215:4
**nicely** [1] - 268:9
**night** [2] - 6:11, 53:13
**nine** [3] - 62:20, 68:1, 185:10
**NO** [1] - 1:3
**No** [1] - 179:22
**no** [162] - 6:15, 6:16, 11:16, 12:12,
  18:15, 26:19, 30:23, 47:13, 49:4,
  50:12, 55:6, 55:9, 58:24, 59:4, 64:15,
  65:3, 65:19, 65:23, 66:2, 67:13, 69:12,
  81:19, 82:20, 84:10, 84:14, 84:24,
  87:5, 87:11, 88:20, 88:22, 89:7, 89:14,
  89:17, 90:13, 96:15, 96:22, 97:15,
  100:11, 101:12, 101:13, 102:5,
  102:15, 107:2, 110:16, 111:6, 115:5,
  115:15, 121:11, 121:23, 122:5, 122:9,
  128:18, 131:4, 131:7, 135:21, 139:25,
  142:13, 146:9, 146:10, 150:18,
  151:20, 153:2, 155:12, 155:22, 161:2,
  167:2, 167:9, 168:21, 172:22, 172:23,
  173:22, 175:8, 176:24, 177:19,
  177:22, 179:11, 179:17, 179:19,
  181:6, 181:19, 182:3, 182:5, 184:14,
  186:5, 186:22, 187:7, 187:12, 188:16,
  191:17, 191:18, 192:22, 194:23,
  195:11, 195:17, 195:23, 195:24,
  198:8, 198:14, 199:21, 201:14,
  202:21, 202:24, 204:10, 206:15,
  207:4, 208:22, 209:10, 209:13,
  209:16, 212:3, 212:9, 212:21, 212:22,
  217:4, 218:14, 221:10, 221:25, 222:1,
  222:5, 223:16, 224:24, 230:16,
  230:17, 231:23, 232:2, 232:16,
  232:18, 234:12, 234:23, 235:19,
  236:17, 242:3, 243:17, 245:8, 246:17,

246:19, 246:21, 249:3, 249:25, 253:1,
  255:24, 256:20, 257:21, 259:5,
  260:20, 261:13, 265:14, 267:12,
  268:7, 269:2, 271:3, 272:18, 274:2
**nobody** [1] - 258:19
**non** [4] - 23:7, 117:10, 238:17, 238:18
**non-CHNV** [2] - 238:17, 238:18
**non-Mexicans** [1] - 23:7
**non-visa** [1] - 117:10
**noncitizens** [6] - 197:5, 197:10, 223:6,
  229:24, 256:6, 266:23
**nondetention** [1] - 15:16
**nondiscretionary** [1] - 258:2
**none** [16] - 21:18, 21:20, 84:13, 85:4,
  97:17, 99:14, 103:7, 113:21, 116:16,
  170:11, 195:3, 198:9, 202:24, 229:6,
  232:6
**nonenforcement** [4] - 148:24, 168:23,
  169:18, 170:1
**nonimmigrant** [6] - 91:8, 98:1, 103:5,
  110:22, 113:10, 114:22
**nonimmigrants** [2] - 113:14, 120:16
**nonparties** [3] - 188:11, 188:18, 188:21
**nonparty** [1] - 188:24
**nonplaintiff** [1] - 179:25
**nonprofit** [1] - 41:13
**nonreviewability** [1] - 170:19
**nor** [2] - 106:12, 146:10
**norm** [2] - 176:4, 188:1
**normal** [1] - 196:18
**normally** [1] - 127:13
**North** [1] - 181:23
**Northern** [1] - 92:14
**not** [444] - 5:25, 7:2, 8:1, 8:7, 8:15, 9:4,
  10:8, 10:13, 10:18, 10:21, 10:24, 11:6,
  11:13, 11:16, 11:22, 12:2, 12:4, 12:9,
  12:14, 12:19, 13:2, 13:3, 13:12, 13:25,
  14:3, 14:19, 14:25, 19:24, 20:5, 21:25,
  22:10, 22:11, 27:9, 27:16, 28:4, 28:16,
  28:21, 29:9, 29:22, 30:9, 31:8, 31:23,
  33:3, 35:14, 38:1, 39:4, 42:21, 45:4,
  46:8, 47:25, 48:25, 51:20, 55:9, 57:7,
  59:9, 59:12, 63:15, 64:10, 64:18, 65:3,
  66:14, 66:19, 67:2, 67:13, 68:11, 69:6,
  69:10, 70:11, 70:22, 71:24, 72:7,
  73:12, 73:17, 74:14, 74:15, 75:13,
  75:16, 75:25, 76:2, 76:10, 77:4, 77:11,
  77:17, 78:9, 78:15, 78:16, 79:18,
  80:16, 81:2, 84:24, 85:14, 87:5, 87:7,
  87:18, 88:4, 91:14, 92:4, 93:13, 94:7,
  94:11, 94:18, 96:19, 97:7, 99:13,
  99:18, 99:19, 100:24, 101:8, 101:11,
  102:9, 103:15, 103:19, 104:3, 104:8,
  104:11, 105:7, 105:19, 106:16,
  106:19, 107:6, 107:16, 107:20,
  107:22, 109:21, 109:25, 110:8,
  110:12, 111:23, 116:24, 117:11,
  118:16, 121:12, 121:13, 121:22,
  123:6, 123:12, 123:14, 125:13,
  129:13, 129:15, 131:10, 134:5, 134:6,

134:7, 134:10, 134:11, 135:4, 135:16,
  135:19, 136:6, 137:3, 138:2, 138:5,
  138:10, 139:20, 139:22, 139:24,
  140:16, 140:19, 140:22, 140:24,
  141:4, 141:5, 141:6, 141:9, 141:14,
  141:15, 141:24, 142:4, 143:16,
  144:18, 144:19, 145:12, 145:16,
  145:20, 146:5, 146:6, 146:17, 146:19,
  147:24, 148:3, 148:5, 148:6, 150:24,
  151:18, 152:24, 153:14, 154:9,
  154:10, 154:24, 155:8, 155:9, 155:13,
  155:23, 156:18, 157:1, 157:4, 158:15,
  158:23, 158:25, 159:1, 159:7, 160:6,
  160:24, 162:6, 162:14, 162:17,
  162:24, 163:2, 163:3, 163:8, 163:17,
  163:20, 164:2, 165:5, 166:8, 166:10,
  166:11, 166:22, 168:7, 168:10, 169:3,
  169:5, 169:7, 169:8, 169:14, 169:15,
  169:17, 169:18, 169:20, 170:3, 170:7,
  170:24, 171:13, 171:14, 171:24,
  173:4, 173:7, 174:4, 174:7, 174:8,
  174:9, 174:15, 174:21, 174:25, 175:6,
  175:8, 175:18, 176:12, 176:22,
  177:16, 177:20, 179:11, 179:16,
  179:20, 179:22, 179:23, 179:24,
  180:5, 180:23, 181:1, 181:5, 183:15,
  183:18, 184:3, 184:10, 184:16,
  184:19, 185:24, 186:3, 186:16,
  187:18, 187:25, 188:8, 189:2, 190:1,
  190:17, 191:10, 191:21, 192:3, 192:8,
  192:21, 194:3, 194:12, 194:16, 195:6,
  195:18, 196:17, 197:21, 199:1, 199:4,
  199:12, 199:16, 200:5, 200:9, 200:10,
  200:23, 200:24, 201:10, 201:14,
  202:11, 202:17, 203:1, 203:5, 204:23,
  205:9, 206:8, 206:18, 207:24, 208:1,
  208:7, 208:11, 210:2, 210:4, 210:11,
  210:19, 211:16, 211:20, 212:22,
  213:2, 213:4, 213:19, 213:20, 216:8,
  216:10, 216:21, 217:19, 218:11,
  218:16, 218:17, 218:18, 218:21,
  220:5, 220:13, 221:16, 221:17,
  221:21, 222:12, 222:15, 225:21,
  225:25, 226:25, 227:13, 227:15,
  227:21, 228:22, 229:2, 229:20, 230:2,
  230:18, 230:19, 230:20, 231:11,
  233:17, 234:3, 234:11, 235:5, 236:2,
  236:3, 236:12, 236:18, 236:19,
  237:17, 243:6, 244:15, 244:17, 246:3,
  248:23, 249:18, 249:20, 250:6,
  250:18, 250:22, 251:12, 251:17,
  251:24, 254:9, 255:1, 255:5, 255:9,
  255:12, 256:13, 257:5, 257:13,
  257:14, 258:8, 258:16, 258:19,
  258:22, 259:16, 260:8, 260:14,
  260:15, 260:16, 260:23, 260:25,
  261:10, 262:22, 263:24, 264:1,
  265:22, 266:14, 266:25, 268:4,
  268:13, 269:3, 269:20, 270:14, 271:3,
  271:4, 271:5, 271:20, 272:2, 272:7,
  273:11, 274:14

**notably** [4] - 21:6, 91:18, 92:13, 117:8
**Note** [1] - 263:17
**note** [16] - 11:6, 88:23, 93:18, 100:18, 102:3, 168:25, 202:17, 203:11, 211:1, 238:4, 244:18, 263:15, 265:8, 267:9, 269:17, 274:23
**noted** [17] - 58:14, 92:18, 93:22, 94:13, 94:18, 94:24, 99:6, 164:6, 187:16, 201:3, 219:3, 219:10, 233:22, 250:16, 257:3, 268:9, 269:10
**notes** [4] - 7:9, 94:4, 138:11, 241:16
**nothing** [31] - 15:21, 27:11, 28:14, 80:19, 99:14, 108:13, 110:2, 121:11, 140:13, 168:16, 175:16, 183:25, 184:8, 200:16, 204:1, 207:12, 212:5, 212:24, 213:11, 243:19, 255:17, 255:22, 258:13, 258:18, 266:1, 267:2, 267:5, 267:23, 271:13, 271:16, 274:4
**notice** [40] - 51:7, 51:10, 51:24, 52:7, 91:17, 101:5, 125:13, 136:24, 137:2, 137:5, 137:8, 137:12, 137:13, 137:18, 137:19, 137:23, 138:2, 138:15, 138:18, 138:20, 138:22, 139:1, 139:6, 147:8, 164:8, 166:9, 166:13, 172:14, 180:17, 180:20, 181:3, 181:17, 182:6, 182:10, 195:18, 208:23, 209:11, 209:13, 210:7, 257:10
**notices** [3] - 109:9, 241:16, 242:13
**notify** [1] - 236:9
**noting** [1] - 248:4
**Notwithstanding** [1] - 261:13
**November** [1] - 220:2
**now** [102] - 7:9, 11:20, 13:20, 20:14, 21:6, 21:22, 22:14, 23:16, 25:15, 26:14, 27:6, 27:22, 28:20, 29:4, 29:25, 31:11, 32:8, 32:13, 32:15, 34:12, 34:18, 37:16, 37:23, 39:17, 40:23, 44:21, 50:10, 50:13, 52:6, 52:9, 53:15, 55:10, 57:12, 63:17, 67:16, 79:3, 79:4, 79:11, 79:12, 79:17, 79:18, 80:15, 87:12, 95:6, 96:8, 100:22, 107:12, 108:19, 108:25, 109:18, 116:19, 117:17, 118:8, 119:4, 122:8, 123:1, 130:8, 130:24, 131:12, 133:22, 133:24, 138:25, 139:11, 149:13, 151:23, 152:9, 156:12, 156:13, 160:7, 160:19, 163:5, 164:4, 164:14, 165:1, 173:5, 174:16, 177:14, 182:23, 183:4, 191:10, 205:6, 211:23, 224:22, 230:18, 237:23, 240:3, 248:18, 249:13, 251:1, 251:20, 253:24, 255:10, 272:16, 274:21
**nullifies** [3] - 174:3, 174:14, 180:12
**nullify** [2] - 177:2, 180:15
**nullifying** [1] - 180:14
**number** [70] - 6:8, 10:19, 58:1, 77:11, 77:15, 77:16, 82:4, 93:23, 94:8, 94:9, 96:16, 96:17, 98:7, 100:22, 101:2, 116:10, 119:5, 120:10, 120:11, 128:10, 134:13, 146:4, 146:25,

155:17, 156:9, 156:12, 156:17, 177:24, 193:13, 202:14, 207:5, 213:17, 214:6, 214:11, 215:8, 217:16, 217:17, 217:18, 218:10, 219:8, 220:7, 221:15, 221:23, 222:6, 223:10, 224:19, 225:5, 225:24, 226:12, 226:18, 227:17, 228:3, 230:22, 231:14, 231:15, 231:21, 231:25, 238:16, 240:19, 241:25, 247:10, 252:13, 254:20, 265:11, 268:24, 270:3, 275:16
**Number** [7] - 16:6, 102:4, 116:9, 116:16, 119:8, 121:25
**numbered** [1] - 8:20
**numbers** [23] - 10:1, 15:25, 26:23, 96:9, 97:23, 101:1, 119:5, 134:17, 155:16, 211:11, 213:14, 214:21, 217:20, 219:24, 224:11, 227:22, 228:18, 229:10, 231:13, 239:1, 245:15, 247:21
**numerical** [3] - 21:5, 108:8, 112:11
**numerous** [2] - 23:9, 33:1

# O

**O** [1] - 5:1
**o'clock** [1] - 191:25
**Oakland** [2] - 37:24, 50:15
**oath** [2] - 114:25, 115:5
**object** [2] - 6:12, 7:17
**objected** [1] - 11:20
**objection** [32] - 6:15, 6:16, 6:19, 66:7, 66:16, 66:23, 67:6, 67:7, 67:9, 68:2, 68:25, 69:15, 70:3, 70:12, 70:16, 71:17, 71:23, 72:19, 73:10, 74:10, 75:24, 76:9, 76:21, 77:10, 78:2, 78:4, 78:11, 79:22, 81:17, 121:22, 122:4
**objections** [2] - 11:23, 121:21
**objectives** [2] - 196:19, 196:21
**obligates** [1] - 118:16
**obligation** [3] - 100:8, 100:16, 121:12
**obligations** [4] - 164:12, 166:18, 253:1, 255:8
**oblique** [1] - 106:12
**obstruct** [1] - 33:15
**obtain** [9] - 38:8, 48:6, 104:1, 156:5, 207:1, 207:2, 226:21, 245:20, 255:23
**obtained** [2] - 38:9, 231:9
**obtaining** [3] - 140:1, 170:11, 197:3
**obtains** [1] - 233:19
**obvious** [1] - 54:24
**obviously** [24] - 9:23, 50:11, 55:14, 82:21, 131:9, 134:6, 137:14, 138:6, 138:25, 140:17, 141:14, 142:15, 148:14, 150:4, 154:3, 157:11, 158:1, 171:12, 179:12, 179:20, 190:23, 196:20, 205:14, 267:12
**occasions** [1] - 92:20
**occurred** [1] - 10:19
**occurring** [1] - 104:5
**Ocean** [1] - 63:4

**ocean** [1] - 63:13
**October** [16] - 13:19, 94:4, 125:1, 125:22, 144:1, 151:12, 162:13, 164:23, 165:25, 173:16, 178:19, 181:3, 185:9, 185:24, 241:9, 250:4
**of** [1212] - 2:3, 2:9, 2:10, 3:2, 5:4, 5:7, 5:8, 5:21, 5:25, 6:6, 6:23, 6:24, 7:6, 7:7, 7:10, 7:15, 7:20, 8:7, 8:11, 8:13, 8:16, 8:17, 8:25, 9:21, 9:22, 9:25, 10:4, 10:10, 10:12, 10:13, 10:19, 10:20, 11:1, 11:25, 12:5, 12:16, 12:19, 12:24, 13:15, 13:24, 14:3, 14:14, 14:21, 15:1, 15:2, 15:4, 15:10, 16:12, 16:24, 19:12, 19:14, 19:19, 20:7, 21:11, 21:17, 21:18, 22:4, 23:1, 23:6, 23:7, 23:8, 23:14, 23:18, 24:3, 24:5, 24:6, 24:12, 24:16, 24:24, 25:2, 25:6, 25:7, 25:12, 25:17, 25:23, 25:25, 26:2, 26:16, 26:18, 26:23, 27:9, 27:12, 27:15, 27:19, 27:24, 28:17, 28:23, 29:7, 29:16, 30:1, 30:18, 30:25, 31:4, 31:7, 31:16, 31:25, 32:1, 32:7, 32:10, 32:11, 32:19, 32:21, 33:2, 33:5, 33:6, 33:16, 34:2, 34:16, 34:23, 35:15, 35:18, 36:2, 37:9, 38:8, 38:11, 38:12, 38:15, 38:18, 38:20, 38:21, 38:25, 39:4, 40:3, 40:8, 40:24, 41:16, 41:18, 42:1, 42:3, 42:5, 42:17, 42:22, 43:5, 43:8, 43:10, 43:17, 44:2, 44:5, 44:10, 44:22, 45:13, 45:15, 45:20, 46:3, 46:9, 46:12, 46:15, 47:6, 47:8, 47:16, 47:21, 47:24, 48:1, 48:5, 48:6, 48:8, 48:13, 48:19, 48:21, 48:22, 49:1, 49:12, 49:16, 49:17, 49:20, 49:23, 49:24, 50:1, 50:5, 51:8, 51:17, 51:20, 52:2, 52:21, 52:22, 52:24, 53:3, 53:8, 53:11, 53:18, 53:20, 53:23, 53:24, 54:1, 54:8, 54:15, 55:3, 55:10, 55:18, 56:4, 56:25, 57:5, 57:19, 57:20, 57:21, 57:24, 58:6, 58:8, 58:12, 58:21, 59:6, 59:10, 59:25, 60:4, 60:13, 60:14, 60:16, 60:19, 60:20, 62:1, 62:17, 64:9, 64:11, 64:12, 64:13, 64:16, 64:18, 65:5, 65:7, 65:25, 66:11, 67:4, 68:4, 68:12, 68:19, 69:4, 69:5, 69:11, 70:23, 71:8, 72:5, 72:11, 72:16, 73:11, 73:21, 73:24, 74:3, 74:4, 74:18, 75:1, 75:11, 77:16, 78:12, 81:5, 81:24, 82:4, 82:14, 82:16, 82:17, 82:21, 82:24, 83:3, 83:6, 83:7, 83:8, 83:23, 84:16, 85:14, 86:6, 86:8, 86:14, 87:16, 87:23, 88:2, 88:5, 88:7, 88:24, 89:2, 90:10, 90:19, 91:5, 91:11, 91:13, 91:14, 91:16, 91:18, 91:20, 91:23, 92:3, 92:9, 92:11, 92:12, 92:14, 92:18, 92:21, 92:22, 92:24, 93:12, 93:20, 93:23, 93:24, 94:5, 94:8, 94:9, 94:25, 95:2, 95:6, 95:9, 95:16, 95:19, 96:6, 96:7, 96:12, 96:17, 97:1, 97:6, 97:8, 97:13, 97:19, 97:20, 97:21, 97:25, 98:4, 98:23, 99:2, 99:6, 99:15, 99:22, 100:2, 100:4, 100:10, 100:14, 100:19,

100:22, 100:24, 101:2, 101:4, 101:5,
101:6, 101:7, 101:12, 101:13, 101:14,
102:1, 102:2, 102:8, 102:10, 102:11,
102:15, 102:16, 102:19, 102:25,
103:7, 103:14, 104:18, 104:21, 105:3,
105:13, 105:17, 105:20, 105:23,
105:24, 106:2, 106:10, 106:23, 107:1,
107:2, 107:8, 107:21, 107:23, 107:25,
108:3, 108:6, 108:9, 108:13, 108:21,
108:22, 108:24, 109:2, 109:10,
109:19, 110:6, 110:11, 110:15,
110:16, 110:17, 111:6, 111:9, 111:11,
111:12, 111:17, 111:25, 112:2, 112:7,
112:13, 112:16, 112:21, 113:1, 113:7,
113:20, 113:21, 113:23, 113:25,
114:1, 114:2, 114:6, 114:7, 114:9,
114:10, 114:13, 115:1, 115:11,
115:16, 115:24, 115:25, 116:3, 116:9,
116:13, 116:14, 116:16, 116:17,
116:20, 117:2, 117:8, 117:14, 117:16,
117:17, 117:23, 118:5, 118:7, 118:14,
118:17, 119:1, 119:3, 119:4, 119:9,
119:14, 119:22, 120:7, 120:17,
120:18, 120:24, 121:2, 121:5, 121:9,
121:10, 121:18, 122:18, 123:11,
123:13, 123:15, 123:16, 123:23,
123:24, 124:1, 124:9, 124:20, 124:25,
125:1, 125:3, 125:4, 125:5, 125:19,
126:3, 126:16, 126:18, 126:24,
126:25, 127:2, 127:3, 127:4, 127:8,
127:15, 127:16, 128:7, 128:9, 128:11,
129:14, 129:16, 129:19, 129:24,
129:25, 130:1, 130:6, 130:7, 130:10,
130:12, 130:20, 131:1, 131:2, 131:5,
131:14, 131:15, 131:16, 131:20,
132:20, 132:22, 132:25, 133:3, 133:6,
133:9, 133:11, 133:12, 133:18,
133:22, 133:23, 133:25, 134:3,
134:12, 134:13, 134:14, 134:15,
134:16, 134:18, 134:19, 134:23,
135:1, 135:3, 135:8, 135:10, 135:11,
135:12, 135:16, 135:22, 136:12,
136:13, 136:14, 136:15, 136:16,
136:22, 136:25, 137:8, 137:24, 138:5,
139:11, 140:1, 141:18, 141:25,
142:18, 142:25, 143:3, 143:9, 143:10,
143:12, 143:13, 143:16, 145:1, 145:5,
145:9, 145:10, 145:23, 145:24, 146:4,
146:7, 146:12, 146:16, 146:17,
146:21, 146:25, 147:1, 147:3, 147:5,
147:8, 147:14, 147:15, 147:16,
147:24, 148:10, 148:18, 148:25,
149:8, 149:11, 150:2, 150:14, 150:18,
150:19, 150:21, 151:4, 151:12,
151:13, 151:16, 151:18, 151:21,
151:22, 151:23, 151:24, 151:25,
152:1, 152:3, 152:4, 152:11, 153:1,
153:6, 153:8, 153:14, 153:15, 153:24,
154:1, 154:6, 154:9, 154:23, 154:25,
155:4, 155:5, 155:6, 155:11, 155:14,
155:17, 156:4, 156:17, 156:18,

156:20, 157:7, 157:10, 157:11,
157:25, 158:4, 158:8, 158:12, 158:20,
158:25, 159:9, 160:2, 160:3, 160:9,
160:18, 160:22, 161:10, 161:13,
161:17, 161:23, 162:2, 162:4, 162:13,
162:17, 162:20, 162:23, 162:25,
163:12, 163:20, 163:22, 163:23,
164:1, 164:2, 164:3, 164:6, 164:11,
164:21, 164:22, 164:23, 164:24,
165:3, 165:6, 165:13, 165:14, 165:18,
165:23, 166:18, 166:23, 167:7,
167:12, 167:14, 167:15, 167:16,
167:19, 167:22, 167:23, 167:24,
167:25, 168:1, 168:2, 168:4, 168:14,
168:19, 168:23, 169:1, 169:9, 169:23,
170:1, 170:8, 170:9, 170:12, 170:14,
170:18, 170:22, 170:24, 171:2, 171:3,
171:7, 171:10, 171:16, 171:17,
171:19, 171:20, 171:22, 172:1, 172:4,
172:6, 172:9, 172:15, 172:16, 172:17,
172:19, 172:22, 172:25, 173:9,
173:15, 173:21, 174:2, 174:22,
174:24, 175:10, 175:21, 176:1, 176:9,
176:10, 177:4, 177:14, 177:16,
177:24, 178:3, 178:9, 178:24, 179:3,
179:18, 180:4, 181:10, 181:11,
181:22, 181:24, 182:18, 182:20,
183:6, 184:18, 184:21, 185:7, 185:12,
186:3, 186:12, 187:9, 187:24, 187:25,
188:5, 188:6, 188:7, 188:9, 188:10,
189:5, 189:6, 189:20, 190:11, 190:13,
190:15, 190:16, 190:23, 190:24,
191:1, 191:6, 192:10, 193:2, 193:4,
193:7, 193:12, 193:13, 193:14, 194:6,
194:10, 194:11, 194:13, 195:1, 195:3,
195:6, 195:10, 195:11, 195:20,
195:23, 195:24, 196:10, 196:15,
197:15, 197:17, 197:20, 198:4, 198:9,
198:10, 198:13, 198:14, 198:16,
198:20, 198:25, 199:1, 199:9, 199:24,
200:8, 200:10, 200:19, 200:20,
200:24, 201:8, 202:9, 202:14, 202:25,
203:17, 203:18, 204:5, 204:8, 204:10,
204:19, 204:21, 206:6, 206:9, 206:21,
206:24, 207:5, 207:13, 208:10,
208:18, 208:21, 209:22, 209:25,
210:2, 210:3, 210:10, 210:11, 210:14,
210:15, 210:23, 211:9, 211:21, 212:1,
213:15, 213:17, 213:19, 214:3, 214:6,
214:9, 214:11, 214:13, 214:15,
214:17, 214:19, 214:21, 214:24,
215:3, 215:4, 215:6, 215:7, 215:8,
215:9, 215:13, 215:20, 216:10, 217:7,
217:16, 217:17, 217:18, 217:19,
217:20, 218:8, 218:10, 218:16,
218:21, 218:22, 219:4, 219:5, 219:8,
219:12, 219:16, 219:19, 219:25,
220:2, 220:4, 220:7, 220:11, 220:15,
220:18, 220:21, 220:24, 221:2, 221:4,
221:5, 221:7, 221:15, 221:19, 221:23,
222:3, 222:6, 222:20, 223:5, 223:21,

224:3, 224:4, 224:8, 224:11, 224:16,
224:18, 224:19, 225:5, 225:11,
225:16, 225:24, 226:5, 226:11,
226:12, 226:14, 226:17, 226:18,
226:25, 227:2, 227:5, 227:7, 227:9,
227:12, 227:17, 228:3, 228:17,
228:19, 228:21, 228:24, 229:6, 229:7,
229:10, 229:14, 229:15, 229:16,
229:17, 229:23, 229:24, 229:25,
230:1, 230:5, 230:11, 230:14, 230:21,
230:24, 231:1, 231:8, 231:10, 231:14,
231:16, 231:21, 231:25, 232:5, 232:7,
232:10, 233:2, 233:4, 233:21, 233:24,
234:4, 234:15, 234:18, 234:22,
235:15, 235:16, 235:17, 235:20,
235:21, 236:2, 236:4, 236:15, 236:18,
236:23, 237:4, 237:8, 237:9, 237:11,
237:15, 237:17, 238:6, 238:7, 238:8,
238:16, 239:1, 239:8, 239:9, 239:17,
239:20, 239:23, 240:2, 240:9, 240:14,
240:15, 240:18, 240:19, 240:22,
241:8, 241:9, 241:13, 241:14, 241:15,
241:16, 241:24, 242:2, 242:4, 242:6,
242:7, 242:8, 242:9, 242:13, 243:6,
243:11, 243:17, 243:23, 244:5, 244:8,
244:9, 244:12, 244:23, 245:12,
245:25, 246:2, 246:13, 246:14,
246:20, 246:25, 247:10, 247:12,
247:13, 248:1, 248:2, 248:7, 248:11,
249:5, 249:9, 250:6, 250:10, 250:16,
250:18, 250:21, 251:9, 251:25, 252:6,
252:13, 252:17, 253:7, 253:15,
253:17, 253:23, 253:24, 254:6, 254:8,
254:10, 254:11, 254:18, 254:20,
254:21, 254:22, 255:3, 255:4, 255:7,
255:16, 257:9, 257:10, 257:18,
257:22, 258:1, 259:6, 259:7, 259:10,
260:9, 261:7, 261:9, 261:13, 261:15,
261:17, 262:8, 262:9, 262:10, 262:15,
262:19, 262:21, 263:2, 263:14, 264:7,
264:16, 265:11, 265:16, 265:20,
265:25, 266:1, 266:3, 266:4, 266:9,
266:14, 266:16, 266:22, 267:1, 267:2,
267:7, 267:8, 267:11, 267:14, 267:19,
267:21, 267:23, 268:2, 268:18,
268:21, 268:24, 269:2, 269:18,
269:21, 269:24, 269:25, 270:3,
270:12, 270:14, 270:15, 271:8,
272:13, 272:16, 273:10, 273:15,
273:22, 274:4, 274:5, 274:18, 275:9,
275:12, 275:14, 275:15, 275:16,
275:17, 275:19, 275:21, 276:19

**OF** [4] - 1:1, 1:3, 1:6, 1:16

**off** [18] - 35:17, 66:20, 80:25, 81:6, 84:9,
89:23, 89:25, 90:20, 126:23, 151:8,
151:9, 151:23, 169:4, 244:20, 265:18,
274:16, 275:24, 275:25

**offensive** [1] - 22:4

**offer** [1] - 16:7

**offered** [4] - 6:14, 12:20, 16:10, 19:25

offering [1] - 56:4
offerings [1] - 29:18
offers [2] - 146:9, 146:10
Office [4] - 2:3, 2:10, 119:1, 154:13
officer [16] - 98:24, 109:20, 110:7, 110:12, 111:21, 111:22, 111:25, 113:15, 113:16, 114:2, 115:9, 253:14, 254:8, 254:12, 255:3, 255:7
OFFICER [6] - 5:2, 62:8, 90:3, 90:5, 192:16, 192:18
officers [11] - 104:6, 117:25, 118:4, 197:20, 211:8, 211:21, 253:10, 254:15, 254:22, 273:21
offices [1] - 130:15
officially [2] - 40:5, 89:19
officials [8] - 88:15, 88:18, 174:12, 175:10, 197:20, 211:17, 212:17, 265:9
offset [4] - 30:10, 136:20, 152:13, 233:15
offsets [8] - 131:4, 151:24, 225:19, 225:22, 226:4, 226:6, 233:18, 233:24
offsetting [7] - 29:4, 29:10, 131:5, 135:25, 136:1, 152:25, 154:25
often [6] - 43:1, 84:1, 108:12, 127:20, 215:19, 268:24
oftentimes [2] - 83:24, 202:5
oh [3] - 9:12, 71:10, 263:16
okay [75] - 5:5, 7:9, 9:7, 9:17, 16:17, 18:4, 30:23, 31:2, 31:5, 35:13, 36:4, 36:22, 46:4, 62:6, 63:3, 63:6, 63:17, 64:16, 64:20, 65:1, 65:4, 68:6, 68:8, 68:22, 70:1, 70:18, 71:4, 76:18, 77:2, 77:6, 77:19, 77:23, 85:5, 86:2, 86:9, 86:16, 87:7, 87:12, 89:3, 90:7, 90:8, 90:14, 104:23, 105:4, 124:5, 139:10, 144:15, 144:23, 151:6, 155:25, 184:3, 186:20, 187:17, 189:22, 192:14, 202:16, 203:10, 205:21, 208:6, 213:13, 215:22, 217:10, 218:4, 218:24, 222:17, 223:8, 236:21, 243:1, 251:11, 252:15, 252:20, 252:21, 260:2, 265:19, 275:23
Okay [2] - 75:17, 83:20
Oklahoma [1] - 184:14
old [2] - 53:8, 67:20
older [1] - 136:6
Oldham [1] - 92:18
Oldrys [138] - 39:11, 39:12, 39:17, 39:18, 40:8, 40:15, 40:16, 40:18, 40:23, 41:2, 41:7, 41:11, 41:12, 41:16, 41:17, 41:24, 42:9, 42:14, 42:21, 43:15, 43:20, 43:21, 43:24, 44:1, 44:2, 44:3, 44:9, 44:12, 44:18, 44:22, 45:1, 45:17, 45:19, 46:6, 46:7, 46:18, 47:1, 47:3, 47:12, 47:19, 47:23, 48:11, 49:25, 50:4, 50:10, 50:21, 50:23, 51:9, 51:16, 51:25, 52:5, 52:9, 52:11, 52:13, 52:23, 53:8, 53:10, 53:16, 53:20, 53:22, 54:1, 54:2, 54:8, 54:16, 54:21, 55:5, 55:7, 55:14, 55:22, 55:24, 56:11,
56:16, 56:18, 56:22, 56:24, 57:10, 58:1, 58:21, 58:25, 59:2, 59:12, 59:13, 59:16, 60:1, 60:8, 60:11, 60:14, 60:16, 61:11, 61:13, 62:19, 63:6, 64:10, 64:11, 64:13, 64:16, 64:20, 65:4, 65:12, 65:17, 65:20, 65:24, 66:4, 66:9, 67:1, 67:16, 68:22, 69:10, 69:19, 70:1, 70:5, 70:9, 71:15, 73:5, 73:18, 75:6, 76:19, 77:7, 78:8, 78:16, 79:2, 80:4, 81:25, 82:9, 83:8, 84:18, 85:7, 85:9, 85:16, 85:22, 87:24, 89:2, 111:1, 260:18, 260:21, 260:22, 260:24
OLDRYS [1] - 39:15
Oldrys's [22] - 42:1, 42:3, 43:8, 43:9, 45:12, 46:22, 47:6, 48:22, 53:3, 53:21, 53:24, 54:11, 55:13, 57:13, 59:24, 68:17, 74:6, 76:7, 82:24, 83:7, 83:10, 87:17
omitting [1] - 73:11
on [344] - 6:7, 6:8, 7:22, 8:14, 8:18, 10:15, 10:20, 11:6, 11:21, 12:15, 13:14, 13:20, 14:15, 15:15, 17:2, 17:24, 18:9, 20:10, 20:11, 20:22, 20:24, 21:10, 23:16, 23:17, 24:6, 25:18, 25:25, 26:9, 26:18, 27:3, 27:11, 27:15, 27:23, 28:3, 28:8, 30:17, 32:6, 35:23, 35:24, 36:5, 36:8, 39:21, 39:22, 39:23, 41:14, 43:23, 45:18, 46:2, 46:12, 46:18, 47:20, 48:10, 49:7, 49:18, 51:3, 51:6, 51:7, 51:13, 51:22, 51:25, 53:14, 54:3, 54:6, 54:19, 57:20, 58:11, 58:16, 58:19, 61:11, 61:24, 63:4, 64:1, 66:18, 68:17, 69:4, 70:5, 70:20, 70:23, 72:13, 73:17, 73:22, 74:3, 74:23, 75:10, 75:12, 75:14, 75:20, 76:4, 76:7, 76:13, 76:25, 78:15, 79:21, 82:23, 82:24, 83:12, 84:3, 86:16, 87:19, 89:19, 90:7, 90:9, 92:16, 92:19, 93:5, 93:11, 93:18, 94:1, 94:7, 94:8, 94:11, 94:14, 94:22, 95:14, 98:13, 99:20, 101:3, 101:10, 101:22, 104:6, 105:9, 105:13, 106:10, 106:21, 107:14, 107:20, 108:24, 111:12, 112:7, 114:4, 114:14, 115:2, 116:6, 116:12, 116:13, 117:23, 119:4, 119:5, 119:10, 120:8, 120:10, 120:11, 120:12, 121:17, 124:18, 124:20, 125:4, 126:14, 126:18, 126:20, 127:23, 130:3, 131:9, 133:10, 134:4, 134:9, 135:6, 135:19, 136:10, 136:23, 137:4, 137:18, 137:22, 140:18, 144:1, 144:3, 144:24, 146:8, 147:22, 148:9, 150:13, 150:19, 150:23, 151:19, 152:8, 152:20, 153:12, 157:5, 157:6, 157:10, 157:17, 159:4, 160:3, 161:5, 165:3, 165:9, 165:16, 165:24, 166:7, 166:15, 166:16, 166:20, 168:2, 170:8, 170:17, 171:5, 172:20, 173:8, 174:8, 174:9, 177:24, 177:25, 178:11, 179:3, 179:9, 180:9, 181:10, 181:12, 182:1, 182:9, 182:25, 183:7, 185:7, 187:5,
189:12, 189:13, 189:24, 190:22, 191:5, 191:11, 191:21, 192:6, 192:11, 193:3, 193:9, 193:17, 193:21, 195:7, 195:9, 195:20, 196:1, 199:25, 200:2, 200:13, 201:8, 201:25, 202:6, 202:10, 202:11, 202:12, 203:13, 204:19, 206:2, 206:24, 207:14, 207:17, 208:2, 208:17, 209:6, 210:7, 211:9, 212:10, 213:3, 214:23, 215:14, 216:9, 216:23, 217:24, 218:9, 218:21, 220:13, 220:18, 221:3, 221:18, 222:3, 224:2, 224:25, 225:14, 225:19, 227:6, 227:7, 227:12, 228:23, 229:12, 230:10, 231:5, 231:13, 232:5, 232:6, 232:7, 232:9, 234:14, 236:14, 238:1, 238:17, 239:6, 239:9, 241:2, 241:13, 241:17, 241:20, 242:13, 242:21, 243:8, 244:22, 244:25, 245:5, 245:23, 246:12, 246:15, 246:22, 247:8, 247:12, 248:6, 248:8, 250:17, 250:24, 251:1, 253:8, 255:24, 255:25, 256:6, 256:18, 257:24, 257:25, 258:17, 259:24, 260:5, 260:15, 262:1, 264:15, 265:14, 266:24, 267:3, 268:7, 268:9, 269:16, 269:19, 270:4, 270:5, 270:9, 273:3, 273:13, 273:24, 274:2, 274:23, 276:2, 276:4
once [20] - 25:20, 41:21, 43:2, 43:4, 48:24, 54:16, 58:11, 59:24, 98:16, 111:18, 111:20, 119:16, 120:4, 123:13, 153:2, 184:12, 242:16, 244:6, 250:20, 274:18
One [9] - 109:6, 109:13, 109:23, 115:14, 115:15, 116:4, 119:11, 219:21, 228:9
one [103] - 6:8, 6:21, 7:9, 13:2, 13:9, 15:15, 18:9, 18:19, 19:9, 19:13, 22:18, 22:19, 24:19, 32:21, 33:3, 33:6, 39:5, 46:4, 46:15, 49:2, 55:11, 57:19, 57:20, 59:6, 60:13, 61:4, 62:17, 63:19, 64:2, 64:9, 64:13, 65:1, 71:25, 72:18, 73:11, 82:5, 82:9, 83:3, 86:20, 86:25, 94:5, 96:20, 97:21, 99:2, 104:23, 107:2, 108:1, 110:23, 111:12, 116:23, 118:9, 125:19, 125:21, 129:16, 130:6, 138:3, 138:21, 141:18, 141:19, 143:13, 145:9, 147:3, 147:5, 147:15, 151:20, 164:12, 164:14, 164:16, 166:23, 169:4, 171:16, 178:10, 178:13, 181:10, 184:20, 184:25, 185:1, 185:6, 187:23, 188:9, 190:4, 191:20, 191:22, 194:5, 200:16, 202:14, 207:10, 217:7, 221:2, 223:10, 224:16, 236:7, 240:14, 243:17, 249:5, 252:24, 255:10, 263:12, 274:13, 275:17
one-off [1] - 169:4
onerous [1] - 25:11
ones [2] - 23:10, 157:2
ongoing [2] - 15:22, 135:5
online [2] - 117:5, 128:11
only [57] - 18:20, 22:10, 25:15, 25:17,

25:20, 25:24, 33:3, 34:19, 42:21,
92:15, 93:3, 97:4, 98:14, 98:15,
100:20, 106:15, 109:1, 119:21,
119:24, 133:25, 136:17, 140:4,
143:15, 148:3, 152:9, 152:25, 154:25,
157:2, 168:2, 168:8, 169:3, 171:21,
177:12, 178:12, 180:10, 180:16,
180:19, 184:18, 184:20, 185:6, 185:9,
185:11, 189:2, 192:10, 196:18, 201:3,
202:17, 214:15, 215:2, 231:9, 235:20,
236:6, 237:24, 244:7, 245:11, 245:25,
270:9
onto [1] - 265:15
open [7] - 13:23, 16:1, 57:8, 89:23,
106:16, 130:14, 147:10
opening [2] - 17:5, 276:7
operate [1] - 23:24
operates [2] - 45:16, 168:2
operating [2] - 129:6, 168:13
Operation [1] - 22:2
operation [1] - 100:2
operative [1] - 163:8
opinion [11] - 29:11, 68:7, 69:4, 123:5,
123:11, 148:19, 170:23, 173:11,
182:17, 183:17, 186:2
opinions [5] - 105:24, 173:2, 182:16,
183:16, 202:4
opponent [3] - 158:21, 158:22, 158:24
opportunities [7] - 33:14, 45:3, 45:8,
60:3, 64:23, 64:24, 69:21
opportunity [33] - 19:3, 19:5, 32:24,
33:17, 33:19, 34:13, 34:25, 38:17,
44:9, 44:17, 45:19, 47:11, 50:21,
50:23, 56:11, 56:14, 56:25, 60:11,
60:13, 61:8, 61:10, 61:15, 61:16,
71:13, 75:13, 77:8, 77:22, 77:24,
79:18, 87:1, 137:3, 137:8, 246:1
oppose [2] - 206:20, 216:9
opposed [8] - 133:1, 144:6, 145:2,
240:10, 270:13, 270:24, 271:21, 273:6
opposite [2] - 198:19, 270:3
oppression [1] - 33:23
option [1] - 203:24
options [4] - 103:12, 245:17, 248:14,
249:8
or [274] - 5:25, 7:11, 15:10, 20:16, 20:23,
22:1, 22:22, 22:23, 45:21, 49:2, 54:2,
61:23, 63:12, 63:17, 65:18, 65:22,
68:7, 69:11, 74:7, 74:14, 74:23, 75:13,
75:16, 80:14, 80:15, 81:17, 83:20,
84:23, 85:23, 86:23, 87:3, 87:18,
87:19, 91:8, 92:17, 93:4, 93:9, 97:19,
100:4, 100:20, 106:12, 106:13,
106:14, 107:5, 107:6, 108:12, 109:5,
109:8, 109:21, 110:8, 110:12, 111:8,
111:23, 112:17, 115:16, 120:19,
121:5, 121:9, 122:1, 122:2, 123:10,
123:23, 125:15, 130:2, 130:15, 131:6,
135:25, 136:3, 138:22, 143:23,
145:16, 147:5, 148:24, 149:25, 150:7,

152:1, 152:2, 153:11, 154:1, 157:4,
160:15, 160:25, 162:7, 162:9, 163:16,
164:12, 164:13, 167:11, 167:12,
167:14, 168:14, 169:11, 169:24,
171:1, 171:17, 172:18, 175:23,
176:11, 177:15, 179:23, 180:21,
182:9, 183:25, 184:8, 184:19, 184:21,
188:21, 189:1, 190:20, 192:21,
194:24, 194:25, 195:23, 196:22,
198:15, 198:16, 198:24, 200:17,
200:23, 201:5, 201:10, 202:25, 203:4,
203:14, 204:10, 204:20, 206:18,
206:25, 210:4, 210:16, 210:20, 211:4,
212:13, 212:18, 213:2, 213:4, 213:10,
214:14, 214:15, 214:25, 215:3, 215:4,
215:5, 215:14, 215:20, 215:24,
216:16, 217:18, 219:21, 220:25,
221:10, 221:11, 221:17, 223:7,
223:18, 224:1, 224:4, 224:13, 225:9,
225:11, 225:20, 226:2, 226:7, 227:8,
227:13, 228:5, 229:10, 229:25, 230:1,
230:3, 230:6, 231:9, 232:20, 234:5,
234:10, 234:16, 234:17, 235:17,
235:23, 236:2, 236:8, 236:13, 237:25,
238:12, 238:17, 239:15, 239:16,
239:23, 239:25, 240:14, 240:20,
242:2, 242:10, 243:13, 245:10,
245:19, 246:4, 247:16, 248:6, 248:8,
248:13, 248:14, 248:22, 248:24,
249:3, 249:11, 249:21, 250:5, 250:15,
250:22, 251:1, 252:6, 253:1, 253:4,
253:5, 253:9, 253:10, 254:1, 255:7,
256:7, 256:11, 256:12, 256:13,
256:14, 257:7, 259:12, 260:14,
260:25, 261:15, 262:22, 264:5,
265:11, 266:1, 266:2, 266:3, 266:9,
266:11, 266:18, 267:3, 267:4, 267:5,
267:6, 267:25, 268:5, 268:24, 269:3,
269:11, 269:13, 270:10, 271:15,
271:20, 272:1, 272:20, 273:8, 273:11,
273:19, 273:20, 274:3, 274:6, 275:15,
275:17, 275:19, 275:20
or.. [1] - 81:14
order [24] - 12:22, 13:4, 15:10, 15:20,
24:15, 33:10, 33:15, 87:4, 125:7,
140:13, 141:2, 161:1, 169:15, 174:16,
175:17, 176:22, 184:25, 193:8,
195:19, 197:1, 204:11, 215:12,
225:13, 234:22
orderliness [1] - 186:12
orderly [4] - 22:20, 197:18, 245:25,
250:13
orders [4] - 140:24, 141:6, 168:9, 169:4
ordinarily [1] - 151:22
ordinary [3] - 35:14, 72:10, 173:17
Orfield [1] - 29:8
organization [4] - 31:17, 38:4, 41:14,
169:11
organizations [2] - 266:14, 266:15
organizations's [2] - 266:21, 266:23

organizer [1] - 38:4
original [1] - 105:7
originally [1] - 9:19
os [1] - 204:13
other [131] - 6:6, 6:21, 7:10, 15:2, 15:4,
16:9, 22:1, 22:12, 28:19, 42:5, 42:20,
43:5, 43:7, 44:13, 45:21, 56:18, 57:17,
58:22, 68:13, 69:13, 70:1, 70:24, 71:3,
71:7, 71:8, 77:21, 77:22, 78:9, 87:2,
87:3, 87:4, 87:9, 87:19, 91:1, 92:12,
95:10, 96:21, 100:15, 101:16, 103:11,
105:3, 107:15, 112:6, 114:2, 115:14,
121:6, 123:7, 126:7, 128:11, 132:9,
132:18, 132:24, 133:2, 138:7, 141:21,
146:1, 149:23, 150:1, 150:8, 152:3,
152:13, 155:3, 161:5, 162:7, 166:24,
167:11, 167:15, 168:18, 174:20,
183:22, 184:4, 184:7, 185:3, 186:7,
187:2, 188:19, 188:20, 189:2, 189:3,
194:9, 196:1, 196:3, 196:6, 196:21,
197:12, 198:4, 200:17, 202:6, 208:18,
210:12, 210:15, 210:17, 212:22,
214:12, 214:13, 222:24, 226:1,
227:14, 228:1, 228:10, 228:24,
229:20, 235:18, 235:23, 236:23,
238:16, 239:9, 239:24, 240:10,
241:12, 242:6, 244:24, 247:7, 249:9,
250:22, 250:25, 251:21, 255:13,
260:6, 261:11, 261:13, 261:14,
262:15, 265:12, 265:14, 275:17
others [2] - 27:24, 34:12
otherwise [3] - 169:20, 175:18, 230:23
our [63] - 7:25, 8:24, 9:2, 9:5, 9:20,
11:23, 12:10, 13:8, 14:2, 30:16, 30:19,
35:24, 44:9, 44:10, 44:20, 51:6, 56:18,
61:20, 90:18, 92:7, 92:9, 92:10, 98:2,
99:22, 99:23, 102:7, 107:4, 107:11,
107:14, 107:16, 107:23, 123:24,
131:15, 131:23, 137:22, 147:13,
157:23, 161:6, 190:10, 190:11,
190:23, 194:8, 194:10, 194:15, 196:1,
196:4, 196:5, 197:2, 197:11, 205:7,
206:12, 214:23, 226:19, 234:11,
235:5, 236:20
ourselves [1] - 53:1
out [55] - 10:18, 11:22, 12:23, 14:12,
25:13, 43:23, 46:9, 49:11, 49:13, 53:7,
57:5, 72:4, 73:2, 74:24, 81:12, 85:22,
102:1, 112:15, 113:4, 116:3, 116:23,
117:5, 149:24, 154:9, 156:11, 156:13,
169:25, 172:8, 177:11, 177:21,
191:22, 193:25, 194:21, 196:6, 205:6,
205:11, 208:12, 212:23, 214:16,
222:19, 224:9, 232:24, 233:6, 239:11,
240:22, 241:22, 242:14, 250:5, 250:8,
252:10, 253:19, 265:11, 268:1,
269:23, 275:4
outcome [4] - 18:22, 159:6, 207:1,
271:8
outlined [1] - 49:18

**outrageous** [1] - 104:18
**outside** [13] - 24:3, 40:8, 44:5, 52:24, 53:11, 91:5, 153:15, 157:7, 202:5, 234:20, 235:21, 244:8, 245:19
**outweighed** [1] - 153:3
**over** [37] - 20:9, 21:15, 21:16, 26:16, 33:1, 34:3, 44:7, 45:25, 49:9, 53:5, 56:19, 57:14, 61:8, 62:22, 65:7, 67:5, 82:3, 93:1, 104:20, 124:7, 136:13, 136:16, 136:18, 145:6, 163:22, 164:21, 193:18, 213:24, 214:5, 219:12, 222:7, 237:18, 241:20, 242:2, 246:17, 247:22
**overall** [11] - 10:1, 96:12, 152:4, 153:25, 155:4, 155:14, 164:21, 164:22, 167:22, 239:1, 247:24
**overhead** [2] - 17:11, 192:21
**overlap** [1] - 191:6
**overlooks** [1] - 213:16
**overridden** [1] - 21:20
**override** [1] - 173:12
**overrule** [2] - 67:11, 183:8
**overruled** [8] - 69:2, 70:4, 73:3, 74:13, 76:1, 76:11, 76:24, 78:13
**overseas** [2] - 108:24, 111:21
**oversight** [1] - 207:7
**overstaying** [2] - 116:20, 117:16
**overstays** [1] - 117:3
**own** [16] - 83:8, 85:3, 91:12, 101:10, 103:8, 104:6, 108:3, 141:20, 158:20, 221:7, 222:4, 232:7, 241:17, 246:4, 246:16, 247:21
**owns** [1] - 45:16

# P

**P** [1] - 2:9
**p** [1] - 5:1
**p.m** [1] - 276:15
**P.O** [1] - 2:16
**Pacific** [1] - 63:4
**page** [24] - 18:3, 94:24, 95:4, 95:14, 96:2, 96:5, 102:4, 116:6, 116:8, 116:12, 116:13, 119:4, 119:5, 119:7, 119:8, 120:8, 120:9, 120:10, 120:11, 121:18, 227:5, 263:17
**pages** [9] - 106:17, 108:25, 109:1, 112:15, 112:16, 116:4, 116:23, 116:25, 123:3
**paid** [3] - 54:11, 55:2, 129:22
**pairs** [1] - 31:17
**pandemic** [4] - 47:17, 47:21, 82:21, 193:10
**panel** [1] - 183:8
**paperwork** [2] - 75:1, 75:5
**paradigm** [2] - 96:19, 104:17
**paragraph** [13] - 30:25, 31:4, 63:19, 119:10, 123:25, 144:9, 219:14, 228:5, 232:24, 237:22, 254:20, 276:11
**Paragraph** [2] - 64:3, 128:8

**paragraphs** [6] - 123:25, 124:3, 214:18, 219:14, 219:24, 270:7
**parallel** [3] - 107:19, 117:14, 122:16
**parents** [33] - 25:5, 34:9, 34:10, 40:15, 43:20, 43:25, 44:15, 44:18, 47:22, 48:6, 48:17, 48:18, 49:6, 49:24, 50:13, 50:19, 50:22, 52:17, 53:6, 54:15, 54:21, 54:25, 55:7, 55:16, 56:3, 56:20, 59:15, 60:18, 80:4, 80:7, 80:13, 88:11
**parents'** [7] - 39:18, 48:20, 53:9, 54:13, 55:17, 56:12, 59:1
**parole** [281] - 9:24, 15:15, 15:17, 17:24, 17:25, 19:8, 20:5, 20:7, 20:11, 20:15, 20:20, 20:23, 21:9, 21:16, 21:17, 22:12, 23:19, 24:7, 24:8, 26:1, 26:5, 26:17, 28:14, 28:18, 32:5, 35:1, 40:6, 49:19, 59:25, 63:22, 64:10, 64:16, 64:21, 65:6, 66:3, 67:3, 72:21, 74:7, 75:23, 76:6, 76:7, 77:6, 77:21, 77:25, 79:9, 79:19, 80:17, 86:7, 87:3, 88:25, 90:23, 91:21, 92:6, 92:15, 92:20, 92:22, 93:2, 93:5, 93:12, 93:19, 93:24, 94:7, 94:8, 94:11, 94:15, 94:16, 95:8, 97:21, 100:4, 100:10, 101:20, 102:16, 103:20, 105:15, 106:22, 107:7, 107:10, 107:15, 107:18, 108:6, 108:9, 108:11, 108:16, 108:17, 108:20, 108:22, 109:11, 110:14, 112:4, 113:21, 115:5, 115:10, 117:9, 117:18, 118:11, 118:20, 119:17, 119:18, 122:15, 123:19, 125:23, 125:25, 127:7, 127:8, 127:17, 128:17, 128:21, 128:23, 131:13, 131:23, 131:25, 132:14, 134:7, 135:3, 142:15, 142:19, 144:17, 145:2, 145:5, 148:11, 151:1, 153:9, 155:3, 156:21, 159:21, 160:14, 162:6, 163:1, 163:7, 163:8, 164:3, 164:25, 167:18, 167:24, 168:3, 168:5, 169:17, 169:19, 170:11, 170:13, 170:23, 171:3, 171:11, 172:4, 172:6, 174:3, 189:18, 189:19, 193:1, 193:11, 195:4, 195:7, 195:19, 197:3, 197:19, 198:1, 198:11, 198:14, 199:9, 199:14, 203:24, 204:7, 204:14, 204:20, 207:9, 209:21, 211:3, 211:5, 211:6, 211:7, 211:9, 211:13, 211:20, 212:19, 213:3, 213:17, 213:19, 213:22, 215:25, 218:25, 220:6, 224:14, 224:15, 224:16, 225:24, 227:6, 227:13, 228:6, 228:23, 231:12, 234:10, 234:13, 234:19, 234:23, 234:24, 235:20, 236:1, 236:6, 236:11, 237:13, 239:3, 241:19, 242:4, 243:7, 243:8, 243:13, 243:22, 244:12, 244:23, 244:24, 245:24, 248:8, 248:24, 249:5, 249:11, 249:12, 250:11, 250:15, 250:22, 253:2, 253:4, 253:7, 253:9, 253:23, 254:6, 254:10, 254:14, 254:16, 254:21, 254:24, 255:1, 255:4, 255:6, 255:18, 255:22, 255:23, 256:3, 256:5,

256:10, 256:21, 256:22, 256:23, 257:4, 257:6, 259:21, 260:11, 260:13, 261:4, 262:11, 263:22, 264:14, 264:16, 266:19, 266:22, 266:24, 267:5, 268:3, 270:2, 270:8, 270:12, 270:15, 271:1, 271:8, 271:9, 271:15, 271:17, 272:1, 273:19, 273:24, 274:6
**Parole** [5] - 19:19, 38:12, 38:25, 101:17, 120:6
**paroled** [31] - 38:17, 40:16, 66:15, 67:2, 75:6, 76:19, 77:8, 77:25, 78:9, 88:18, 94:9, 95:2, 130:11, 146:5, 146:13, 146:17, 146:19, 147:4, 147:14, 154:4, 161:17, 215:19, 219:22, 220:5, 231:15, 231:16, 237:2, 243:4, 243:11, 243:12
**parolee** [3] - 102:6, 128:19, 146:18
**parolees** [13] - 10:1, 24:17, 25:18, 25:22, 27:17, 31:13, 31:17, 45:14, 120:17, 132:2, 184:12, 238:18, 268:11
**paroles** [1] - 163:12
**paroling** [3] - 93:13, 93:15, 165:6
**part** [30] - 11:25, 14:3, 15:1, 45:13, 45:15, 47:24, 49:12, 49:24, 77:16, 82:16, 83:23, 161:10, 172:12, 175:21, 192:9, 197:17, 214:19, 219:4, 221:4, 226:5, 226:11, 234:2, 234:4, 236:4, 238:7, 248:1, 248:2, 250:6, 253:24, 261:23
**partake** [1] - 155:17
**partially** [1] - 180:14
**participate** [3] - 85:13, 160:16, 172:13
**participation** [1] - 74:1
**particular** [67] - 31:10, 56:16, 60:18, 78:10, 82:6, 83:15, 93:8, 99:25, 141:2, 141:6, 145:20, 150:10, 152:5, 153:5, 153:8, 153:14, 154:3, 163:15, 165:7, 166:23, 166:24, 168:9, 171:14, 172:3, 176:21, 178:4, 180:3, 180:6, 200:18, 205:24, 206:1, 208:8, 212:3, 212:7, 213:25, 214:20, 218:17, 221:22, 223:5, 223:7, 223:25, 224:5, 229:7, 231:10, 232:4, 238:19, 241:2, 244:17, 247:3, 247:12, 255:23, 256:19, 262:10, 264:24, 265:5, 265:25, 266:5, 267:1, 267:7, 267:16, 267:17, 269:9, 272:14, 273:16, 275:17
**particularly** [8] - 110:24, 130:21, 131:12, 132:25, 210:1, 247:11, 248:12, 252:8
**parties** [11] - 13:25, 14:9, 18:21, 21:24, 87:16, 187:2, 188:6, 188:8, 198:4, 207:1, 207:11
**partner** [7] - 40:7, 53:10, 53:16, 53:17, 53:19, 53:20, 55:16
**partners** [2] - 196:5, 196:7
**party** [8] - 14:1, 16:10, 158:13, 159:5, 159:16, 180:6, 180:7, 210:20
**pass** [2] - 78:18, 221:10
**passed** [4] - 153:13, 177:12, 177:21,

254:16
**passing** [1] - 7:11
**passport** [4] - 48:23, 85:11, 116:12, 116:16
**past** [14] - 22:14, 23:2, 23:9, 34:3, 61:22, 91:23, 94:14, 139:7, 185:1, 194:17, 207:21, 213:4, 265:13
**Patel** [6] - 260:1, 261:22, 262:18, 263:13, 271:24, 272:6
**path** [7] - 53:25, 197:19, 221:10, 227:14, 227:16, 227:22, 250:23
**paths** [5] - 194:3, 194:14, 194:17, 227:25, 249:25
**pathway** [2] - 102:11, 103:23
**pathways** [4] - 22:20, 38:21, 194:2, 255:9
**Pathways** [48] - 19:19, 19:21, 19:23, 20:1, 20:5, 20:8, 21:25, 22:17, 22:22, 23:2, 23:5, 23:18, 23:20, 23:23, 24:1, 24:9, 26:17, 26:19, 26:25, 27:2, 27:13, 27:16, 27:18, 28:1, 28:6, 28:10, 28:11, 28:25, 32:3, 32:5, 32:20, 32:24, 33:5, 33:8, 33:11, 34:10, 34:12, 35:1, 35:4, 35:7, 38:12, 39:1, 40:14, 40:17, 44:1, 45:11, 45:14, 87:4
**Pathways'** [1] - 27:10
**Patricia** [1] - 29:8
**Patrick** [1] - 1:20
**patrol** [1] - 184:14
**Patrol** [2] - 104:8, 104:10
**Paul** [2] - 26:7, 33:6
**pause** [8] - 61:2, 126:22, 177:6, 177:7, 177:9, 177:22, 178:1, 276:3
**pay** [9] - 29:5, 115:16, 128:6, 129:18, 162:9, 162:15, 199:3, 244:6, 244:16
**paying** [3] - 56:4, 131:10, 244:15
**pays** [2] - 130:25, 131:1
**Pedro** [1] - 43:11
**penalized** [1] - 158:19
**penalty** [3] - 24:24, 115:1, 244:5
**pending** [1] - 102:20
**Pennsylvania** [2] - 1:21, 160:20
**people** [92] - 19:19, 22:20, 27:2, 28:18, 29:5, 32:9, 32:20, 35:6, 35:8, 38:13, 39:1, 55:12, 77:7, 94:2, 95:2, 96:17, 98:10, 98:16, 98:22, 101:2, 101:11, 101:20, 102:12, 103:20, 122:12, 126:1, 129:3, 129:10, 130:4, 131:9, 131:13, 134:13, 135:8, 135:10, 140:6, 140:8, 141:4, 141:7, 141:13, 142:1, 142:8, 142:17, 143:22, 145:5, 147:1, 147:9, 147:11, 147:14, 153:22, 155:17, 155:24, 156:2, 156:10, 156:13, 156:18, 156:22, 156:23, 157:19, 157:21, 158:8, 159:10, 165:6, 165:7, 165:11, 167:18, 168:14, 174:5, 175:4, 175:6, 175:22, 176:23, 178:20, 184:12, 193:22, 215:23, 216:10, 217:7, 219:8, 225:5, 230:5, 230:6, 230:11, 230:12, 230:14, 231:8,

236:18, 237:10, 242:15, 250:3, 268:25, 270:4, 275:16
**per** [15] - 77:7, 115:16, 132:21, 134:15, 134:19, 219:13, 219:20, 220:9, 220:11, 233:3, 242:1, 242:3, 247:22
**per-child** [1] - 134:15
**perceive** [1] - 104:5
**perceived** [1] - 198:25
**percent** [19] - 95:12, 95:17, 95:20, 95:22, 96:1, 118:16, 119:14, 119:17, 119:18, 164:21, 164:24, 165:14, 165:17, 215:3, 215:4, 215:6, 215:7, 220:12
**percentage** [4] - 130:25, 131:1, 165:8, 165:16
**percentages** [1] - 9:24
**perception** [1] - 154:6
**percolate** [1] - 182:19
**perform** [1] - 111:8
**Perhaps** [1] - 163:19
**period** [30] - 26:6, 26:8, 33:2, 38:18, 41:16, 42:14, 51:12, 62:22, 82:21, 91:21, 100:4, 102:16, 113:7, 118:17, 127:13, 127:18, 127:19, 128:24, 129:1, 136:7, 136:12, 155:5, 193:4, 193:5, 193:15, 214:13, 220:9, 236:25, 243:15, 245:20
**periods** [1] - 113:9
**perjury** [4] - 24:24, 115:1, 115:3, 244:5
**permanent** [4] - 107:5, 119:23, 119:25, 120:14
**permissible** [2] - 101:19, 111:13
**permission** [1] - 156:25
**permit** [7] - 58:15, 93:6, 102:9, 103:18, 260:8, 261:8, 261:10
**permits** [4] - 27:21, 111:3, 242:17, 274:4
**permitted** [1] - 12:19
**persecution** [1] - 34:25
**person** [18] - 39:10, 39:13, 98:25, 101:22, 115:8, 141:2, 159:21, 163:16, 169:6, 217:2, 217:5, 217:23, 217:25, 218:2, 248:16, 248:23, 249:14, 260:16
**personal** [1] - 130:2
**personally** [2] - 18:21, 101:18
**personam** [1] - 174:9
**persons** [3] - 119:21, 119:24, 170:9
**perspective** [1] - 23:25
**perspectives** [4] - 19:1, 19:4, 32:17, 32:23
**persuaded** [1] - 165:14
**pertains** [1] - 184:20
**petition** [5] - 111:19, 111:20, 112:2, 150:13, 200:9
**phone** [4] - 42:24, 51:25, 58:1
**photo** [2] - 109:13, 116:13
**photograph** [1] - 113:5
**phrase** [1] - 73:13
**phrased** [1] - 262:16
**physician** [1] - 25:10

**picked** [4] - 53:4, 53:10, 59:10, 59:13
**picking** [1] - 36:21
**piece** [4] - 27:9, 224:5, 225:14, 237:8
**piecemeal** [2] - 8:13, 12:15
**pieces** [5] - 8:13, 10:12, 10:19, 12:15, 32:1
**piggybacks** [1] - 126:14
**pin** [1] - 261:24
**pincers** [1] - 160:3
**pitch** [1] - 34:11
**pitcher** [1] - 34:7
**pivot** [1] - 23:22
**place** [39] - 8:4, 11:8, 58:22, 59:10, 104:11, 114:6, 193:16, 193:17, 193:23, 193:25, 195:18, 198:13, 213:17, 213:23, 219:12, 220:1, 220:10, 220:12, 220:20, 224:22, 226:19, 228:7, 231:12, 231:17, 237:1, 238:3, 241:20, 244:22, 244:25, 245:8, 245:14, 245:22, 246:1, 250:16, 253:9, 253:14, 254:25, 272:23
**placed** [6] - 166:15, 229:3, 234:16, 235:17, 256:23, 259:20
**placeholder** [2] - 11:7, 13:11
**places** [11] - 87:20, 117:4, 232:13, 244:21, 256:3, 257:4, 273:23, 273:24, 273:25, 274:2
**placing** [3] - 166:7, 166:16, 197:13
**plainly** [1] - 35:2
**plaintiff** [19] - 5:11, 6:13, 7:12, 8:16, 16:2, 17:5, 35:20, 62:18, 90:16, 90:22, 139:17, 153:3, 178:4, 178:16, 179:24, 189:3, 191:14, 221:12, 266:4
**plaintiffs** [26] - 1:4, 7:23, 8:18, 11:5, 12:12, 12:13, 12:17, 13:12, 122:6, 161:24, 188:21, 194:18, 194:20, 195:2, 195:6, 199:13, 208:15, 211:1, 211:4, 225:17, 241:10, 243:9, 246:9, 266:17, 267:3, 267:17
**Plaintiffs** [1] - 236:22
**PLAINTIFFS** [1] - 1:19
**Plaintiffs'** [15] - 6:8, 16:6, 95:13, 102:3, 105:7, 118:21, 121:15, 127:12, 130:8, 133:10, 164:22, 232:24, 233:5, 237:21, 246:10
**plaintiffs'** [9] - 8:8, 116:1, 127:4, 131:21, 196:9, 213:15, 220:16, 242:9
**PLAINTIFFS'** [1] - 4:6
**plan** [6] - 58:1, 86:3, 86:15, 154:8, 154:9, 192:11
**plane** [1] - 101:3
**planned** [3] - 50:7, 50:9, 122:2
**plans** [6] - 26:10, 55:25, 58:21, 59:24, 66:11, 86:13
**play** [4] - 123:6, 142:21, 267:25, 268:5
**playbook** [1] - 98:11
**playing** [1] - 12:2
**plead** [1] - 145:20
**pleads** [1] - 145:21
**please** [8] - 5:3, 37:7, 37:18, 48:2, 62:9,

90:6, 90:15, 192:19
**pleased** [3] - 190:21, 191:4, 191:8
**plot** [1] - 106:17
**plural** [1] - 270:13
**plus** [1] - 219:10
**PO** [2] - 2:4, 2:10
**point** [44] - 7:19, 8:5, 10:5, 11:25, 12:6,
  13:13, 13:22, 13:24, 14:12, 14:25,
  16:7, 23:17, 35:20, 52:4, 89:4, 93:19,
  102:23, 105:1, 105:4, 107:14, 107:16,
  110:8, 117:17, 131:13, 148:18, 154:2,
  160:5, 160:20, 211:2, 227:22, 239:20,
  245:3, 245:9, 261:20, 261:21, 266:12,
  268:10, 271:4, 272:8, 274:9, 274:15
**pointed** [2] - 173:8, 198:8
**pointing** [1] - 160:1
**points** [5] - 182:20, 186:25, 225:18,
  239:8, 268:8
**police** [1] - 113:23
**policies** [8] - 122:1, 133:8, 161:2, 161:4,
  161:7, 187:11, 197:16, 219:4
**Policy** - 3:3, 119:1
**policy** [45] - 15:15, 15:16, 15:17, 23:3,
  23:4, 23:12, 92:24, 97:11, 106:18,
  146:22, 155:4, 161:16, 161:18, 166:8,
  169:11, 194:9, 196:5, 196:6, 196:19,
  196:21, 196:24, 199:23, 203:24,
  204:1, 204:19, 205:1, 206:11, 206:18,
  206:20, 206:22, 206:25, 207:1,
  207:15, 210:18, 211:16, 211:18,
  215:24, 239:10, 268:23, 275:21
**political** [13] - 31:22, 33:23, 34:23,
  47:10, 47:20, 82:12, 82:13, 82:16,
  105:21, 106:2, 107:3, 121:5, 207:2
**popped** [1] - 6:7
**popular** [1] - 109:24
**population** [2] - 238:19, 238:23
**populations** [3] - 28:24, 116:19, 117:15
**port** [21] - 24:5, 25:23, 40:3, 52:20, 54:1,
  88:5, 98:23, 109:19, 110:5, 110:10,
  111:25, 112:13, 211:9, 244:12,
  253:15, 253:17, 253:23, 254:8,
  254:10, 254:18, 255:4
**portal** [1] - 48:9
**portion** [4] - 13:24, 124:20, 151:18,
  230:10
**ports** [3] - 95:9, 227:2, 254:21
**pose** [1] - 199:25
**position** [10] - 8:1, 8:24, 9:3, 9:5, 10:25,
  11:23, 12:10, 14:2, 205:7, 205:17
**positive** [1] - 74:3
**possibility** [4] - 65:5, 124:23, 124:25,
  146:18
**possible** [2] - 18:5, 245:11
**post** [6] - 7:4, 8:2, 9:5, 10:16, 14:18,
  15:22
**post-trial** [5] - 7:4, 8:2, 9:5, 14:18, 15:22
**postdate** [2] - 157:20, 229:10
**postdates** [2] - 9:1, 14:1
**postdating** [2] - 241:4, 246:20

**postponed** [1] - 150:20
**postponing** [1] - 177:15
**posture** [3] - 151:4, 179:13, 264:2
**potential** [1] - 131:4
**potentially** [1] - 238:15
**poverty** [1] - 118:17, 119:15
**power** [16] - 92:20, 92:23, 93:5, 93:10,
  93:13, 93:19, 93:24, 94:19, 106:7,
  113:15, 122:25, 151:1, 209:17,
  209:21, 210:1, 210:25
**PowerPoint** [1] - 120:5
**powers** [4] - 106:1, 106:15, 170:21,
  206:12
**practical** [1] - 161:18
**practice** [5] - 38:7, 94:14, 98:19,
  169:12, 173:17
**Practice** [1] - 94:18
**prayers** [1] - 54:18
**praying** [1] - 54:18
**pre** [1] - 162:4
**pre-existing** [1] - 162:4
**preadmitted** [2] - 35:16, 36:5
**precedent** [5] - 173:13, 178:18, 179:3,
  183:20, 189:13
**preceding** [1] - 262:3
**precisely** [5] - 91:22, 146:21, 151:18,
  261:12, 270:3
**preclude** [2] - 138:7, 261:11
**precludes** [3] - 166:23, 167:9, 270:18
**preclusion** [1] - 167:19
**predate** [1] - 161:2
**predated** [5] - 239:10, 239:17, 239:20,
  239:22, 240:9
**predates** [5] - 27:13, 160:5, 236:25,
  237:15, 241:6
**predicated** [1] - 273:3
**predominantly** [1] - 248:6
**preexisting** [1] - 162:16
**prefer** [1] - 191:5
**prefers** [1] - 252:8
**prefix** [1] - 119:6
**preliminary** [4] - 92:8, 151:5, 177:9,
  177:11
**premarked** [1] - 35:15
**preparation** [1] - 52:18
**preparations** [1] - 53:24
**prepare** [2] - 53:9, 88:7
**prepared** [1] - 30:19
**preparer** [1] - 58:15
**Presbyterian** [3] - 55:4, 55:21, 56:1
**prescribe** [2] - 256:6, 270:9
**prescribed** [1] - 176:4
**prescribes** [1] - 169:10
**presence** [11] - 74:8, 76:7, 93:9, 102:10,
  126:3, 126:15, 127:16, 132:7, 142:25,
  144:21, 152:1
**present** [12] - 6:5, 19:3, 19:5, 25:23,
  63:15, 75:23, 88:4, 132:16, 134:3,
  210:4, 210:5, 238:25

**presentation** [2] - 19:21, 120:6
**presented** [2] - 151:15, 233:14
**presents** [1] - 27:4
**preserve** [1] - 186:25
**president** [2] - 180:10, 203:24
**president's** [2] - 203:25, 204:4
**presidential** [2] - 19:10, 180:9
**press** [1] - 172:21
**pressing** [1] - 111:11
**pressure** [4] - 126:8, 126:14, 161:5,
  161:10
**presumably** [1] - 119:23
**presume** [3] - 39:19, 106:18, 155:19
**presuming** [1] - 150:7
**presumption** [2] - 167:7, 170:18
**pretend** [1] - 202:24
**pretext** [1] - 165:15
**pretrial** [2] - 14:22, 107:12
**pretty** [2] - 139:5, 182:16
**prevail** [1] - 137:18
**prevailed** [1] - 180:17
**prevent** [3] - 92:23, 175:10, 175:13
**prevented** [1] - 167:22
**preventing** [1] - 249:6
**preview** [1] - 90:21
**previous** [2] - 30:4, 220:2
**previously** [10] - 11:19, 13:15, 44:7,
  47:7, 73:23, 82:2, 175:7, 217:21,
  226:15, 249:18
**primarily** [2] - 42:23, 124:19
**primary** [2] - 59:6, 70:6
**prime** [1] - 181:13
**principle** [3] - 97:16, 105:17, 196:15
**principles** [1] - 268:21
**print** [1] - 112:14
**printed** [1] - 116:23
**prior** [10] - 13:4, 45:21, 54:2, 65:11,
  65:17, 65:20, 82:13, 114:17, 142:6,
  241:19
**Priorities** [25] - 182:22, 194:21, 196:12,
  196:13, 197:23, 197:25, 198:2, 201:1,
  202:22, 203:12, 203:16, 204:8, 205:4,
  205:19, 206:4, 206:11, 206:13, 207:4,
  207:14, 208:12, 265:12, 267:10,
  268:19, 269:14, 272:9
**priorities** [2] - 196:18, 216:12
**prioritization** [13] - 139:14, 141:17,
  141:23, 142:6, 142:11, 142:22,
  143:17, 148:17, 149:9, 173:3, 183:1,
  186:1, 189:11
**prioritize** [6] - 217:8, 217:11, 217:24,
  218:7, 218:21, 248:15
**prioritized** [1] - 216:17
**Priority** [1] - 203:21
**prison** [1] - 113:25
**probabilistic** [1] - 155:15
**probably** [4] - 16:10, 63:15, 96:10,
  251:21
**problem** [9] - 59:12, 91:24, 181:20,

195:17, 211:2, 214:20, 240:8, 249:7, 263:23

**problematic** [1] - 92:24

**problems** [2] - 181:7, 236:22

**procedural** [7] - 125:10, 125:13, 125:16, 195:17, 199:10, 264:18

**procedure** [1] - 169:11

**Procedure** [1] - 35:14

**procedures** [2] - 122:1, 122:19

**proceed** [6] - 6:2, 36:24, 62:9, 62:10, 62:12, 90:8

**proceedings** [9] - 1:24, 6:1, 102:18, 166:3, 197:13, 229:4, 234:17, 235:17, 276:19

**Proceedings** [4] - 62:7, 90:4, 192:17, 276:15

**process** [114] - 10:18, 17:25, 24:12, 24:18, 24:21, 25:11, 26:2, 40:25, 41:4, 42:4, 48:3, 48:4, 49:12, 49:24, 51:21, 54:9, 54:19, 54:21, 87:25, 98:20, 102:21, 103:20, 108:9, 109:22, 109:23, 110:6, 110:18, 111:14, 111:15, 112:5, 115:5, 115:11, 115:13, 115:14, 136:8, 142:3, 142:17, 162:24, 163:13, 164:2, 199:14, 207:2, 207:7, 220:24, 223:7, 223:22, 224:5, 224:17, 225:12, 225:24, 225:25, 226:7, 226:11, 226:20, 226:23, 226:25, 227:1, 227:7, 230:1, 235:3, 236:4, 236:19, 241:9, 241:11, 241:14, 241:15, 241:17, 241:19, 241:25, 242:4, 242:5, 243:3, 243:6, 243:10, 243:11, 243:22, 244:10, 244:23, 244:25, 245:10, 245:25, 248:7, 248:25, 249:6, 249:12, 250:11, 252:25, 253:4, 253:14, 253:24, 254:2, 254:17, 254:23, 254:25, 255:2, 255:12, 255:19, 257:7, 258:7, 258:14, 259:7, 261:1, 261:4, 262:23, 263:22, 271:2, 271:13, 271:17, 271:25, 272:2, 272:6, 273:16, 273:25

**processed** [7] - 40:5, 88:6, 88:9, 228:8, 255:20, 274:1, 274:3

**Processes** [1] - 120:7

**processes** [126] - 55:11, 79:4, 79:10, 79:20, 80:17, 95:6, 193:1, 193:11, 193:16, 193:23, 193:24, 194:19, 195:4, 195:9, 195:12, 195:17, 195:18, 195:19, 197:3, 197:17, 198:1, 198:14, 211:6, 211:13, 211:20, 213:17, 213:19, 213:23, 218:25, 219:7, 219:11, 219:19, 219:23, 220:1, 220:6, 220:10, 220:12, 220:15, 220:20, 221:3, 221:4, 221:5, 221:23, 222:1, 222:13, 224:14, 224:21, 224:23, 224:25, 225:4, 225:5, 225:16, 227:13, 228:7, 228:23, 229:9, 229:10, 230:21, 231:12, 231:16, 231:22, 231:24, 234:13, 234:14, 234:17, 234:18, 234:19, 234:22, 234:23, 235:6,

235:15, 235:19, 237:1, 237:3, 237:4, 237:13, 237:16, 238:2, 238:7, 238:9, 238:13, 239:3, 239:23, 239:24, 240:2, 240:20, 241:8, 241:13, 242:6, 242:7, 242:14, 243:13, 243:23, 245:12, 245:14, 246:20, 247:12, 247:13, 248:2, 248:4, 248:17, 248:18, 249:10, 249:20, 250:11, 250:16, 250:19, 250:20, 250:22, 253:2, 253:9, 253:13, 254:7, 254:8, 254:24, 255:1, 255:6, 255:18, 255:22, 270:2, 270:21, 271:8, 271:16, 273:19

**produce** [3] - 10:25, 12:4, 233:9

**produced** [10] - 1:25, 11:19, 13:10, 13:12, 27:9, 28:21, 116:2, 118:24, 120:4, 146:12

**produces** [2] - 253:1, 255:7

**production** [3] - 233:2, 233:4, 233:7

**professor** [2] - 25:10, 33:20

**proffered** [1] - 8:20

**profound** [1] - 33:13

**profoundly** [1] - 35:9

**Program** [3] - 101:17, 130:21, 136:3

**program** [180] - 14:15, 19:9, 19:14, 20:5, 22:5, 22:25, 24:13, 24:19, 26:13, 26:17, 27:12, 28:15, 28:18, 32:5, 33:14, 33:16, 33:19, 33:24, 35:10, 39:6, 39:8, 39:9, 43:20, 44:25, 49:19, 63:22, 64:10, 64:11, 64:12, 64:17, 64:21, 65:6, 66:3, 67:3, 74:7, 75:23, 76:6, 77:6, 77:25, 78:10, 85:13, 88:25, 90:24, 91:14, 91:18, 91:20, 91:22, 94:25, 95:8, 96:13, 96:14, 96:25, 97:16, 99:11, 101:14, 101:19, 102:1, 102:9, 102:24, 103:5, 103:6, 103:7, 103:8, 104:4, 104:12, 105:15, 106:22, 107:7, 107:10, 107:16, 107:18, 108:6, 108:9, 108:11, 108:16, 108:17, 108:20, 108:23, 109:11, 110:14, 112:4, 113:21, 115:10, 116:22, 117:1, 117:9, 117:10, 117:18, 118:11, 118:20, 119:17, 119:19, 122:15, 123:3, 123:19, 125:23, 127:17, 129:8, 130:11, 130:24, 131:23, 131:25, 132:6, 132:12, 132:21, 133:1, 134:7, 135:3, 135:4, 135:16, 136:2, 136:17, 140:8, 140:20, 141:9, 141:10, 141:19, 141:21, 142:15, 144:17, 145:2, 145:6, 145:22, 145:23, 151:14, 152:5, 153:9, 153:11, 154:3, 155:3, 156:11, 156:12, 156:20, 156:21, 157:25, 158:9, 159:21, 160:5, 160:6, 160:16, 161:1, 162:6, 163:1, 163:3, 163:9, 164:3, 165:7, 168:12, 169:8, 169:17, 169:19, 169:23, 175:6, 195:15, 207:21, 212:2, 222:21, 223:7, 225:11, 227:20, 230:1, 230:5, 230:14, 231:2, 231:10, 239:18, 239:20, 239:23, 240:10, 270:19, 270:24, 271:6, 271:20, 273:5, 273:7, 273:10

**programatically** [1] - 21:9

**programmatic** [1] - 21:17

**programs** [37] - 7:22, 19:12, 21:16, 21:19, 22:7, 22:10, 22:12, 22:15, 23:2, 23:10, 23:19, 87:2, 87:3, 91:8, 91:9, 94:15, 96:16, 97:21, 101:15, 101:16, 102:8, 103:7, 104:22, 109:11, 129:15, 129:24, 145:15, 152:2, 158:1, 195:1, 220:17, 222:25, 223:1, 230:3, 269:22, 273:17

**prohibit** [2] - 175:5, 176:8

**prohibited** [1] - 170:14

**prohibition** [1] - 167:18

**project** [1] - 105:11

**projected** [1] - 30:10

**projections** [1] - 27:23

**projector** [1] - 90:11

**prominent** [1] - 54:15

**promise** [1] - 106:9

**promote** [2] - 23:15, 33:5

**promulgated** [1] - 138:14

**promulgating** [1] - 182:1

**prong** [2] - 125:18, 165:23

**proof** [2] - 145:21, 159:3

**proper** [6] - 52:14, 172:2, 176:20, 181:5, 181:6, 181:9

**properly** [3] - 59:3, 181:15, 196:3

**proposed** [5] - 11:4, 92:9, 100:18, 100:23, 123:24

**proposition** [2] - 168:17, 223:12

**prosecute** [1] - 115:2

**prosecution** [1] - 140:1

**prospective** [7] - 24:17, 25:18, 25:22, 158:14, 159:11, 159:17, 160:9

**prostitution** [1] - 112:23

**protect** [1] - 172:12

**protected** [5] - 101:7, 101:9, 120:18, 171:22, 172:6

**protection** [1] - 98:2

**protections** [1] - 122:19

**protects** [1] - 168:3

**prove** [1] - 115:19

**provide** [37] - 7:25, 25:1, 34:12, 34:21, 49:21, 50:2, 57:9, 64:24, 68:12, 70:7, 71:5, 71:11, 71:15, 73:8, 75:14, 76:8, 84:19, 86:13, 87:4, 88:14, 89:1, 118:16, 122:2, 135:18, 160:17, 162:9, 178:16, 188:8, 190:12, 212:1, 212:18, 213:7, 222:5, 246:5, 248:3, 253:20, 270:23

**provided** [24] - 7:24, 8:10, 8:12, 9:1, 15:6, 15:7, 17:13, 20:15, 32:24, 34:8, 75:21, 76:22, 85:11, 88:16, 91:15, 96:3, 130:4, 130:19, 133:11, 166:1, 170:20, 185:10, 270:7, 273:17

**provides** [8] - 33:15, 73:6, 99:11, 121:6, 133:18, 167:11, 170:10, 213:9

**providing** [8] - 85:24, 93:2, 99:15, 145:11, 145:17, 151:16, 188:6, 189:1

**provision** [10] - 168:1, 212:7, 261:13,

264:9, 264:10, 265:23, 266:5, 266:9, 267:1, 267:16
**provisions** [4] - 124:2, 266:10, 267:18, 268:1
**proxies** [2] - 133:2, 145:3
**proximity** [1] - 50:25
**proxy** [1] - 155:13
**public** [48] - 20:17, 20:24, 21:2, 32:9, 71:16, 73:9, 73:15, 73:16, 76:8, 76:19, 92:17, 93:4, 93:10, 97:19, 99:19, 104:7, 112:21, 117:19, 117:21, 117:23, 121:6, 130:22, 133:4, 133:19, 134:15, 135:10, 137:8, 143:10, 147:5, 151:17, 154:5, 162:10, 170:7, 171:1, 171:17, 172:17, 193:7, 193:9, 212:13, 212:18, 213:10, 248:2, 254:1, 256:8, 256:15, 270:11, 272:21
**Public** [1] - 129:14
**publishes** [1] - 134:4
**pull** [3] - 36:20, 123:25, 208:2
**pulling** [2] - 17:23, 23:13
**purchasing** [1] - 55:18
**purely** [1] - 213:6
**purported** [1] - 92:20
**purports** [1] - 107:18
**purpose** [7] - 33:10, 97:1, 98:10, 114:7, 116:18, 121:10, 266:1
**purposes** [16] - 94:23, 99:3, 111:13, 127:15, 131:20, 132:12, 134:25, 138:8, 145:20, 151:21, 155:11, 155:21, 156:4, 157:19, 200:20, 270:15
**pursuant** [4] - 24:10, 66:15, 67:2, 129:24
**purview** [2] - 91:5, 94:25
**push** [2] - 7:21, 225:23
**put** [36] - 23:16, 33:9, 35:2, 35:5, 61:12, 75:9, 101:3, 102:18, 134:8, 160:2, 185:6, 193:16, 193:17, 193:25, 195:17, 195:22, 204:18, 211:17, 213:17, 217:24, 222:3, 232:16, 232:18, 238:5, 241:20, 245:8, 245:9, 245:22, 246:1, 246:17, 246:19, 249:14, 250:9, 250:15, 269:24
**puts** [1] - 209:21
**putting** [7] - 26:9, 193:23, 198:13, 213:22, 226:19, 232:13, 258:17

## Q

**qualified** [3] - 24:2, 97:5, 158:23
**qualifies** [1] - 273:24
**qualify** [6] - 91:1, 93:14, 93:16, 97:7, 117:12, 158:24
**quasi** [7] - 125:20, 125:21, 125:23, 126:5, 126:7, 126:17, 126:24
**quasi-sovereign** [7] - 125:20, 125:21, 125:23, 126:5, 126:7, 126:17, 126:24
**question** [37] - 14:13, 30:3, 30:17, 38:23, 38:24, 61:4, 65:1, 66:9, 66:18, 66:22, 67:7, 76:12, 76:23, 80:2, 84:22,

86:20, 87:1, 125:11, 125:17, 128:14, 168:11, 175:21, 200:10, 203:13, 205:20, 206:4, 206:9, 208:19, 210:23, 221:14, 231:1, 234:7, 236:19, 240:25, 251:6, 254:3, 267:13
**questionable** [1] - 226:9
**questioners** [1] - 81:12
**questioning** [2] - 251:22, 253:24
**questions** [39] - 6:1, 37:17, 46:15, 68:4, 72:24, 79:23, 84:10, 84:16, 86:17, 87:17, 88:17, 88:20, 88:23, 89:6, 103:2, 105:15, 105:17, 105:20, 106:4, 107:1, 107:2, 114:14, 114:17, 122:23, 123:19, 123:21, 124:4, 173:5, 178:9, 189:24, 189:25, 192:7, 230:24, 251:1, 252:13, 255:24, 265:14, 268:7, 274:8
**quick** [6] - 5:21, 30:4, 117:5, 192:15, 239:6, 268:8
**quickly** [2] - 42:1, 270:5
**quietly** [1] - 192:9
**quintessential** [1] - 93:12
**quite** [11] - 40:25, 46:3, 47:3, 48:5, 49:2, 58:4, 59:8, 59:9, 60:17, 123:7, 178:1
**quotas** [1] - 108:8
**quotation** [2] - 109:16, 122:21
**quote** [7] - 106:8, 106:9, 106:20, 169:22, 170:24, 171:2, 188:24

## R

**R** [2] - 5:1, 233:20
**rabbit** [1] - 170:17
**radical** [1] - 106:14
**Raices** [1] - 2:21
**raise** [8] - 34:3, 36:14, 200:10, 209:10, 209:12, 210:20, 210:24, 233:17
**raised** [8] - 57:4, 144:25, 148:18, 160:12, 167:10, 175:1, 200:23, 266:15
**raises** [1] - 160:19
**rarely** [1] - 106:11
**rate** [5] - 95:17, 95:20, 95:23, 96:1, 165:13
**rates** [1] - 99:8
**rather** [3] - 146:23, 172:3, 251:5
**rationale** [1] - 167:25
**reach** [2] - 267:13, 272:17
**reached** [2] - 150:11, 200:13
**reaching** [4] - 18:23, 19:14, 46:9, 200:20
**read** [10] - 100:5, 100:6, 128:13, 173:6, 178:22, 189:6, 208:5, 261:24, 271:6
**reading** [1] - 173:12
**ready** [3] - 14:22, 62:12, 90:8
**real** [4] - 30:4, 101:1, 159:18, 239:6
**Real** [2] - 128:5, 198:24
**reality** [1] - 29:25
**reallocation** [1] - 199:24
**really** [28] - 12:12, 14:19, 41:3, 41:19, 42:4, 43:10, 44:8, 44:15, 44:20, 57:10, 57:23, 58:7, 60:13, 61:15, 61:17,

69:23, 88:12, 94:11, 109:1, 125:5, 142:14, 147:2, 152:7, 164:9, 183:7, 191:23, 218:11
**realm** [2] - 206:6, 265:10
**Realtors** [1] - 105:25
**reask** [1] - 69:16
**reason** [28] - 12:19, 13:7, 66:14, 67:1, 69:13, 69:23, 70:6, 70:11, 70:21, 70:24, 71:8, 77:24, 78:7, 97:20, 98:14, 100:11, 118:22, 123:18, 143:18, 177:19, 181:15, 212:1, 212:8, 212:20, 213:11, 226:12, 254:1
**reasonable** [1] - 171:3
**reasonably** [3] - 68:22, 171:3, 193:5
**reasoning** [2] - 182:25, 186:10
**reasons** [35] - 20:16, 20:23, 22:16, 22:22, 22:23, 23:20, 44:24, 50:17, 70:1, 70:10, 72:20, 74:9, 75:6, 75:22, 77:21, 92:17, 93:4, 99:20, 123:17, 171:1, 171:16, 171:18, 194:20, 195:15, 195:22, 196:11, 203:25, 212:12, 213:6, 241:21, 256:7, 269:23, 270:10, 272:20
**rebuttal** [1] - 89:16
**rebutted** [1] - 170:19
**recall** [14] - 75:14, 75:25, 76:2, 76:4, 76:10, 76:13, 76:14, 76:18, 77:4, 85:2, 123:20, 177:23, 239:19, 264:22
**receipt** [1] - 170:8
**receive** [5] - 14:23, 24:25, 45:18, 161:24, 230:3
**received** [9] - 51:6, 51:9, 51:10, 51:23, 52:7, 95:15, 132:16, 136:8, 223:25
**receives** [3] - 58:11, 58:20, 73:21
**receiving** [6] - 45:17, 60:10, 130:22, 131:11, 131:13, 170:13
**recent** [11] - 40:19, 82:25, 91:25, 105:23, 136:7, 136:10, 139:14, 154:11, 246:17, 261:21, 263:14
**recently** [9] - 21:23, 42:2, 92:13, 93:22, 106:3, 178:18, 188:3, 205:16, 259:25
**recessed** [4] - 62:7, 90:4, 192:17, 276:15
**recipient** [1] - 145:14
**recipients** [5] - 27:10, 145:11, 145:24, 145:25, 151:19
**reciprocate** [1] - 32:25
**reciprocity** [2] - 44:3, 60:14
**recognizable** [1] - 186:5
**recognize** [1] - 35:20
**recognized** [3] - 18:25, 153:5, 178:2
**recollection** [1] - 273:13
**record** [57] - 7:12, 7:19, 11:25, 12:7, 13:23, 14:3, 14:8, 14:10, 14:23, 14:24, 15:1, 15:11, 16:1, 16:8, 16:10, 18:2, 18:22, 19:13, 19:18, 20:4, 20:8, 21:3, 21:4, 21:18, 21:19, 21:22, 22:9, 22:14, 22:15, 22:17, 23:1, 23:11, 23:23, 24:1, 24:11, 26:22, 26:24, 27:5, 28:10, 28:12, 28:15, 28:22, 31:6, 31:11, 32:1,

35:3, 35:17, 35:24, 80:25, 81:6, 84:9,
   89:18, 89:24, 89:25, 90:7, 90:9, 94:20,
   114:2, 122:7, 140:19, 151:18, 184:20,
   191:1, 195:16, 220:20, 224:18,
   231:14, 242:13, 265:18, 274:16,
   275:24, 275:25, 276:19
**recorded** [1] - 1:24
**recording** [1] - 5:25
**Records** [1] - 119:2
**records** [6] - 16:16, 114:1, 119:10
**recreated** [1] - 118:6
**recross** [1] - 84:12
**rEDIRECT** [1] - 87:14
**ReDirect** [2] - 4:4, 4:5
**REDIRECT** [1] - 81:7
**redress** [2] - 124:24, 161:22
**redressability** [7] - 124:19, 124:21,
   125:4, 125:5, 161:14, 211:2, 269:19
**reduce** [5] - 152:4, 193:3, 219:1, 221:3,
   226:17
**reduced** [5] - 27:1, 96:12, 96:16, 154:1,
   161:24
**reducing** [6] - 152:17, 193:13, 197:1,
   219:8, 270:3, 270:4
**reduction** [7] - 95:12, 200:1, 220:12,
   221:14, 221:17, 222:20, 224:9
**refer** [2] - 19:20, 202:5
**reference** [1] - 172:2
**referenced** [2] - 16:12, 16:18
**references** [1] - 16:24
**referred** [1] - 42:5
**referring** [3] - 156:6, 174:22, 223:24
**refers** [1] - 122:6
**reflected** [1] - 21:11
**reform** [1] - 23:15
**Reform** [1] - 20:21
**Refugee** [1] - 92:24
**refugee** [1] - 98:2
**refugees** [1] - 120:17
**refuse** [4] - 199:3, 215:13, 215:23,
   243:18
**refuses** [1] - 144:5
**refusing** [3] - 142:12, 142:24, 143:8
**regard** [3] - 6:2, 12:10, 13:15
**regarded** [1] - 270:14
**regarding** [4] - 89:2, 199:8, 262:20,
   264:15
**regardless** [8] - 27:24, 131:2, 133:6,
   134:18, 159:9, 160:18, 273:20, 273:22
**regents** [1] - 100:14
**Regents** [6] - 141:20, 143:20, 144:9,
   148:13, 148:22, 149:15
**regime** [1] - 97:4
**region** [1] - 196:8
**regional** [3] - 23:8, 196:7, 267:4
**Register** [8] - 16:13, 16:24, 109:9,
   109:16, 226:24, 241:16, 242:13,
   258:18
**register** [1] - 152:16

**regulation** [3] - 114:11, 158:18, 243:8
**regulations** [9] - 24:11, 110:19, 111:9,
   113:20, 113:21, 114:13, 116:24,
   162:5, 162:8
**regulatory** [3] - 106:10, 199:11, 264:19
**reimburse** [1] - 152:2
**reimbursed** [1] - 136:17
**reimbursements** [2] - 29:10, 30:10
**reinstate** [1] - 103:14
**reiterate** [1] - 14:8
**reject** [4] - 96:19, 183:5, 192:25, 246:3
**rejected** [9] - 21:1, 154:22, 160:22,
   163:10, 173:22, 183:4, 186:9, 233:14,
   266:16
**relate** [2] - 230:2, 237:1
**related** [15] - 9:23, 28:7, 29:11, 127:7,
   154:8, 185:22, 196:2, 225:8, 226:10,
   238:17, 242:16, 243:16, 246:11,
   261:25, 275:21
**relatedly** [1] - 152:2
**relates** [2] - 30:6, 237:3
**relating** [4] - 6:21, 87:17, 126:8, 161:13
**relation** [1] - 26:19
**relations** [2] - 207:25, 214:25
**relationship** [10] - 41:11, 41:19, 43:11,
   44:14, 44:20, 56:19, 153:4, 153:6,
   153:9, 153:15
**relationships** [1] - 43:7
**relatively** [1] - 252:14
**release** [4] - 94:2, 94:8, 184:12, 228:25
**released** [12] - 193:22, 219:9, 220:8,
   220:14, 220:22, 221:20, 224:20,
   224:21, 226:13, 228:4, 228:22, 228:23
**releases** [2] - 99:14, 193:14
**releasing** [7] - 193:17, 219:12, 219:19,
   219:20, 241:20, 242:2, 242:3
**relevant** [4] - 110:24, 121:17, 160:6,
   204:2
**reliance** [1] - 152:20
**relied** [5] - 94:14, 134:9, 165:9, 225:19,
   239:9
**relief** [44] - 40:24, 124:24, 139:18,
   140:11, 141:13, 142:3, 142:14,
   142:16, 144:8, 144:17, 144:18,
   157:23, 157:25, 159:11, 160:9,
   161:25, 162:3, 162:11, 166:2, 167:15,
   168:2, 170:2, 174:18, 175:15, 176:8,
   177:13, 178:15, 178:16, 182:16,
   183:22, 184:11, 185:15, 185:16,
   186:3, 188:6, 188:8, 188:15, 188:16,
   188:23, 189:2, 189:11, 189:13,
   189:14, 262:21
**religion** [2] - 33:6, 33:12
**religious** [2] - 55:23, 67:16
**reluctance** [1] - 177:24
**rely** [3] - 191:5, 203:13, 267:3
**relying** [2] - 93:25, 157:10
**remain** [2] - 146:18, 254:25
**remaining** [2] - 16:9, 52:11
**remains** [3] - 102:6, 159:4, 254:11

**remand** [5] - 180:21, 181:5, 181:12,
   182:1, 182:13
**remanded** [6] - 148:4, 148:6, 150:16,
   171:8, 201:24, 203:7
**remanding** [1] - 182:5
**remarkable** [1] - 139:5
**remedies** [1] - 172:20
**remedy** [9] - 161:22, 172:22, 173:10,
   173:23, 175:21, 176:4, 180:18,
   183:23, 189:20
**remember** [11] - 72:25, 75:12, 155:21,
   177:9, 183:2, 189:20, 190:1, 190:3,
   192:9, 225:20, 241:8
**reminded** [1] - 274:18
**remotely** [2] - 5:24, 6:3
**removable** [3] - 132:9, 132:17, 215:12
**removal** [20] - 194:11, 194:13, 197:13,
   199:24, 216:17, 217:9, 217:16, 218:7,
   218:22, 219:5, 227:3, 227:8, 229:4,
   234:16, 235:17, 248:16, 249:15,
   250:10, 272:13
**removals** [1] - 23:6
**remove** [32] - 91:19, 100:3, 100:20,
   102:16, 140:14, 176:23, 194:7, 197:4,
   197:9, 197:10, 197:15, 197:21,
   210:13, 211:20, 214:23, 215:3,
   215:11, 216:6, 216:7, 216:13, 216:22,
   217:3, 217:13, 218:23, 226:14,
   227:15, 241:22, 249:3, 249:14,
   249:16, 249:22, 250:1
**removed** [4] - 102:22, 140:9, 140:19,
   229:4
**removes** [1] - 170:13
**removing** [6] - 101:11, 101:12, 170:8,
   196:23, 226:2, 249:23
**rendered** [1] - 168:14
**renew** [11] - 67:9, 127:20, 128:16,
   128:21, 128:22, 128:23, 129:9,
   234:10, 234:13, 234:24, 235:20
**renewal** [1] - 235:12
**renewed** [1] - 129:2
**repatriations** [1] - 100:24
**repeat** [2] - 77:2, 181:2
**repeatedly** [1] - 225:19
**rephrase** [4] - 38:23, 42:12, 72:6, 74:17
**replaced** [1] - 113:12
**replacement** [1] - 108:3
**replaces** [2] - 108:11, 108:12
**REPORTER** [2] - 3:6, 149:19
**REPORTER'S** [1] - 276:16
**reporting** [2] - 136:7, 136:12
**reports** [1] - 15:5
**represent** [1] - 18:18
**representatives** [1] - 97:12
**represented** [1] - 206:19
**representing** [2] - 116:20, 235:11
**reputation** [1] - 153:21
**request** [15] - 8:8, 8:9, 9:20, 11:5, 11:10,
   11:12, 11:16, 11:17, 12:22, 12:25,
   15:3, 16:3, 25:2, 25:6, 110:6

**requested** [1] - 124:24
**requests** [5] - 8:16, 109:7, 109:19, 219:1, 226:17
**require** [10] - 113:15, 133:20, 139:18, 139:19, 140:5, 146:11, 174:8, 174:11, 195:18, 234:18
**required** [18] - 12:21, 21:10, 25:13, 74:7, 106:5, 114:6, 116:5, 125:4, 129:18, 129:22, 137:5, 137:23, 139:2, 150:25, 158:14, 159:3, 159:7, 185:17
**requirement** [16] - 93:20, 112:12, 113:12, 118:7, 118:19, 119:12, 125:8, 133:9, 139:12, 147:8, 159:14, 165:5, 187:10, 187:15, 221:5, 234:18
**requirements** [24] - 14:20, 49:18, 108:1, 108:10, 108:12, 108:14, 110:23, 112:7, 113:3, 114:13, 114:21, 115:19, 116:17, 124:13, 125:9, 133:8, 148:11, 160:17, 169:12, 195:10, 238:24, 245:21, 269:4, 269:21
**requiring** [1] - 157:9
**requisite** [1] - 159:5
**rescind** [1] - 163:2
**rescission** [1] - 263:2
**resettlement** [1] - 22:8
**residence** [2] - 59:11, 111:6
**residency** [1] - 145:16
**residents** [4] - 107:5, 119:23, 120:15, 120:16
**resisted** [1] - 7:23
**resolution** [1] - 207:5
**resolve** [6] - 198:6, 198:10, 198:15, 200:11, 201:4, 203:19
**resources** [7] - 24:24, 118:1, 193:3, 196:3, 197:8, 216:21, 221:3
**respect** [36] - 7:13, 9:2, 15:20, 179:24, 198:10, 200:16, 201:13, 201:18, 204:8, 206:16, 209:9, 229:6, 229:13, 232:4, 232:8, 236:23, 237:14, 238:1, 238:19, 241:18, 247:17, 250:7, 253:4, 253:25, 256:10, 258:13, 259:19, 260:24, 264:23, 265:3, 268:3, 268:10, 269:4, 271:9, 272:13, 273:14
**respond** [1] - 197:1
**responded** [1] - 8:8
**response** [6] - 8:10, 9:20, 92:21, 93:23, 226:17, 237:6
**responsibilities** [1] - 80:11
**Responsibility** [1] - 20:21
**responsive** [5] - 8:7, 8:15, 11:9, 122:6, 219:1
**rest** [8] - 13:25, 14:9, 35:22, 36:8, 109:2, 116:13, 203:5, 264:7
**restate** [1] - 32:3
**rested** [1] - 36:5

**restrict** [2] - 206:23, 207:6
**restricted** [1] - 193:8
**rests** [3] - 14:1, 16:2, 254:7
**result** [13] - 99:10, 146:16, 158:8, 215:20, 219:3, 220:15, 225:16, 229:25, 230:11, 237:11, 238:6, 242:4, 246:14
**resulted** [1] - 227:16
**resulting** [2] - 199:3, 199:24
**retain** [1] - 176:18
**retired** [2] - 48:18, 50:13
**retroactively** [1] - 175:4
**return** [12] - 41:22, 60:1, 86:3, 100:20, 163:17, 194:13, 215:9, 217:19, 218:14, 227:8, 250:18, 250:21
**returned** [1] - 163:23
**Reunification** [2] - 22:24, 22:25
**reunification** [2] - 22:7, 33:14, 34:1
**reunify** [2] - 33:17, 33:21
**revenue** [2] - 152:20, 275:20
**revenues** [1] - 131:6
**reverse** [1] - 183:16
**reversed** [8] - 183:12, 201:23, 201:24, 202:6, 202:10, 202:12, 203:5, 203:6
**reverses** [1] - 183:15
**review** [32] - 19:17, 19:22, 19:24, 19:25, 26:3, 32:13, 119:9, 120:7, 166:23, 167:7, 167:9, 167:19, 167:22, 168:19, 170:10, 170:22, 171:7, 199:4, 199:12, 212:8, 257:13, 258:17, 260:9, 260:24, 261:7, 261:9, 261:10, 261:12, 261:14, 262:1, 262:20, 274:4
**reviewability** [3] - 148:19, 166:20, 273:15
**reviewable** [28] - 148:23, 166:22, 169:7, 170:6, 199:1, 199:16, 204:15, 205:2, 207:23, 256:12, 256:15, 256:16, 257:6, 257:21, 257:25, 258:7, 258:8, 258:14, 259:3, 259:8, 259:13, 259:16, 259:22, 260:16, 272:2, 272:7, 273:5, 273:11
**reviewed** [3] - 63:17, 205:15, 257:14
**Reviewers** [1] - 119:3
**reviewing** [7] - 20:3, 127:14, 206:5, 261:1, 261:25, 264:15
**revoked** [1] - 113:17
**rid** [1] - 108:13
**Right** [2] - 182:11, 212:14
**right** [123] - 5:3, 5:21, 6:13, 6:18, 6:22, 8:24, 9:17, 10:2, 11:10, 11:15, 12:14, 12:18, 14:5, 15:19, 16:23, 17:4, 18:1, 18:4, 18:15, 35:18, 36:4, 36:10, 36:14, 36:15, 36:18, 37:17, 39:17, 45:23, 50:22, 53:15, 61:21, 61:23, 62:20, 63:23, 65:13, 66:9, 67:11, 67:18, 68:10, 69:21, 71:5, 72:9, 72:22, 73:16, 81:17, 81:20, 84:5, 84:15, 84:21, 87:12, 89:5, 89:18, 105:6, 109:25, 110:5, 120:9, 120:12, 124:5, 125:10, 125:11, 125:13, 125:16, 126:23,

128:12, 131:14, 132:4, 137:4, 139:4, 142:23, 143:14, 144:7, 148:1, 155:9, 156:15, 156:19, 158:2, 160:5, 176:18, 179:1, 180:10, 183:9, 183:15, 183:24, 184:8, 186:13, 186:14, 190:3, 191:9, 191:10, 191:19, 191:24, 192:14, 192:19, 192:23, 200:14, 202:2, 207:19, 208:3, 209:23, 212:11, 216:14, 216:18, 217:22, 223:19, 228:2, 230:17, 231:6, 235:8, 240:4, 243:5, 247:9, 253:3, 256:22, 258:10, 259:14, 260:16, 261:18, 271:11, 273:10, 274:9, 274:20, 275:23, 276:1
**rights** [13] - 34:24, 38:3, 164:12, 165:24, 166:18, 176:18, 252:25, 253:5, 253:6, 255:8, 255:17, 255:21, 271:14
**rigorous** [1] - 24:14
**Rio** [2] - 66:1, 66:6
**rise** [7] - 5:2, 62:8, 90:3, 90:5, 94:10, 192:16, 192:18
**risk** [5] - 116:20, 117:2, 117:16, 117:23, 161:23
**Rivas** [1] - 2:20
**RIVAS** [2] - 5:16, 260:19
**RMR** [2] - 3:7, 276:23
**Robert** [1] - 17:19
**Rodriguez** [1] - 34:8
**ROGERS** [4] - 105:12, 115:25, 123:24, 124:6
**Rogers** [8] - 1:20, 4:7, 5:11, 36:1, 90:20, 104:21, 105:13, 135:15
**Roldan** [1] - 29:2
**role** [3] - 266:10, 267:24, 268:5
**rolled** [4] - 156:11, 156:12, 239:10, 250:4
**rollout** [2] - 239:17, 240:9
**Room** [1] - 3:7
**room** [4] - 50:19, 50:23, 53:8, 251:21
**roots** [1] - 19:19
**routinely** [1] - 83:1
**row** [1] - 56:6
**RPR** [1] - 276:23
**rule** [31] - 12:23, 117:19, 117:22, 138:14, 140:24, 141:5, 141:6, 163:4, 164:8, 166:1, 166:13, 167:22, 169:9, 169:15, 173:15, 173:17, 173:25, 176:21, 180:4, 181:25, 182:4, 186:12, 187:23, 188:7, 189:16, 204:15, 208:23, 209:15, 210:8, 259:18
**ruled** [2] - 8:19, 196:11
**rulemaking** [6] - 137:9, 137:23, 139:1, 164:9, 166:9, 166:13
**rules** [12] - 5:24, 6:4, 15:2, 124:2, 138:11, 138:12, 168:7, 168:10, 169:3, 169:8, 188:9, 204:14
**ruling** [8] - 165:2, 165:25, 173:14, 188:5, 201:12, 206:10, 233:13, 247:8
**rulings** [3] - 145:9, 175:16, 208:19
**run** [3] - 117:1, 128:7, 135:9
**run-ins** [1] - 135:9

runs [1] - 129:15
rural [2] - 41:14, 83:23
rush [1] - 252:19
rushing [1] - 251:17
Rusk [1] - 3:7
Ryan [2] - 2:2, 5:10
ryan.walters@oag.texas.gov [1] - 2:5

**S**

s [3] - 131:21, 214:21, 248:20
S [2] - 5:1, 233:6
safe [3] - 22:19, 85:16, 85:24
safety [1] - 34:13
Safety [1] - 129:14
said [121] - 6:14, 7:2, 8:22, 13:15, 27:6,
   28:16, 28:18, 28:20, 30:6, 33:8, 52:4,
   52:6, 61:13, 61:14, 71:4, 75:15, 77:17,
   79:14, 82:20, 86:2, 96:23, 102:8,
   103:16, 104:13, 104:24, 122:22,
   125:12, 125:14, 129:21, 130:9, 132:6,
   132:8, 135:15, 135:21, 135:24,
   139:22, 140:12, 141:11, 142:2, 143:7,
   144:2, 145:10, 145:19, 146:3, 150:11,
   151:15, 152:11, 152:12, 152:23,
   154:5, 154:22, 157:20, 159:2, 161:9,
   165:10, 166:1, 166:6, 166:14, 167:4,
   167:25, 168:8, 168:11, 170:5, 170:23,
   171:23, 172:11, 172:13, 173:5,
   176:15, 178:23, 181:23, 185:16,
   185:21, 188:7, 188:22, 189:5, 190:4,
   191:7, 197:22, 198:1, 198:24, 199:7,
   199:19, 200:16, 201:25, 203:1,
   203:23, 207:3, 207:13, 207:20,
   208:13, 211:14, 216:7, 217:14,
   222:18, 223:19, 223:20, 223:23,
   226:3, 226:16, 230:4, 231:1, 233:23,
   239:11, 242:15, 244:15, 247:4,
   249:19, 250:9, 252:11, 253:5, 256:20,
   256:21, 260:13, 262:4, 262:6, 262:18,
   263:25, 269:15, 273:17
sake [1] - 208:21
Salvador [2] - 40:3
same [65] - 6:4, 6:23, 8:25, 9:8, 9:22,
   29:5, 52:16, 69:3, 70:4, 70:19, 76:22,
   92:1, 94:1, 116:14, 120:14, 120:15,
   124:1, 125:6, 134:9, 143:9, 143:13,
   144:1, 144:11, 153:1, 153:24, 154:9,
   155:1, 155:8, 155:9, 155:11, 155:13,
   156:18, 163:10, 166:4, 167:21,
   169:23, 170:5, 170:11, 174:15, 182:1,
   182:4, 185:9, 208:14, 210:5, 211:18,
   211:22, 214:13, 226:5, 233:11,
   233:24, 234:2, 234:4, 238:25, 239:21,
   250:8, 253:11, 255:1, 262:16, 266:15,
   275:12
San [6] - 2:22, 40:3, 40:4, 40:10, 54:1,
   88:5
Sandoval [1] - 123:5
sat [1] - 192:9

satisfaction [1] - 110:11
satisfies [2] - 199:11, 264:18
satisfy [2] - 125:7, 133:7
save [2] - 30:16, 181:25
saving [1] - 34:20
saw [4] - 63:11, 63:15, 214:3, 214:19
say [69] - 16:20, 39:12, 43:1, 49:6, 51:2,
   51:16, 70:9, 73:20, 73:22, 81:11, 84:1,
   86:10, 93:5, 94:1, 98:20, 102:17,
   121:22, 134:2, 135:23, 138:20,
   144:10, 144:11, 155:23, 158:3, 160:1,
   162:5, 163:5, 168:6, 172:5, 173:6,
   173:7, 177:18, 178:21, 182:24,
   184:24, 187:13, 198:19, 201:12,
   202:5, 202:25, 204:17, 207:24, 208:9,
   216:1, 216:25, 217:4, 217:25, 221:13,
   222:8, 230:25, 231:23, 234:2, 234:3,
   234:12, 234:14, 235:15, 236:5, 237:4,
   237:16, 252:19, 254:7, 254:9, 258:15,
   259:6, 264:4, 271:13, 271:25
saying [39] - 11:17, 12:13, 16:21, 74:14,
   74:16, 85:21, 128:1, 134:5, 135:18,
   137:17, 142:4, 144:20, 153:25,
   154:22, 156:18, 157:1, 157:2, 161:6,
   163:18, 175:8, 175:12, 176:16,
   183:25, 184:19, 186:16, 186:17,
   204:5, 207:22, 210:19, 212:6, 218:1,
   235:2, 244:5, 245:5, 257:14, 258:19,
   261:8, 270:25
says [56] - 63:19, 100:7, 111:5, 111:11,
   117:20, 118:4, 118:15, 119:9, 119:11,
   120:12, 120:13, 121:2, 132:13, 137:1,
   138:9, 139:9, 146:3, 151:17, 159:16,
   160:14, 161:15, 162:13, 163:11,
   169:5, 170:6, 170:18, 171:15, 171:16,
   172:7, 179:19, 184:11, 207:9, 212:4,
   212:5, 212:9, 212:25, 218:14, 222:19,
   226:23, 226:24, 227:5, 244:20, 245:4,
   250:17, 254:20, 256:4, 256:9, 260:11,
   261:13, 263:19, 264:11, 264:14,
   270:6, 272:19
SCAAP [3] - 136:3, 136:7, 136:17
scale [3] - 146:21, 146:22, 155:15
Scalia [3] - 123:4, 123:10, 149:8
scenario [1] - 218:18
Schacher [2] - 21:12, 23:14
schedule [1] - 228:11
scheduling [2] - 12:21, 13:4
scheme [5] - 91:6, 106:14, 108:4,
   266:19, 266:22
schemes [1] - 97:25
School [1] - 3:2
school [8] - 9:25, 133:12, 133:14,
   133:17, 133:19, 145:6, 147:3
school-age [3] - 9:25, 133:12, 133:14
school-aged [2] - 145:6, 147:3
scientist [1] - 34:23
scope [5] - 92:22, 145:23, 178:9, 186:3,
   189:20
scrambled [1] - 120:20

screen [1] - 27:3
screens [1] - 116:15
screenshots [1] - 116:14
SE [1] - 1:21
seared [1] - 82:14
season [2] - 96:20, 96:21
seat [1] - 36:18
SeaTac [1] - 40:11
seated [4] - 5:3, 62:9, 90:6, 192:19
Seattle [9] - 38:10, 40:10, 52:21, 52:24,
   53:1, 53:10, 53:11, 53:12, 54:7
second [20] - 27:6, 33:22, 40:19, 43:10,
   64:1, 77:16, 79:21, 119:10, 125:18,
   126:20, 127:23, 130:17, 164:4,
   164:11, 168:4, 169:15, 181:21, 204:4,
   247:25, 274:13
second-guess [1] - 204:4
Secretary [2] - 17:19, 261:15
secretary [17] - 111:9, 167:12, 167:15,
   172:14, 195:14, 209:22, 214:17,
   219:16, 228:18, 244:21, 244:22,
   244:25, 249:19, 250:8, 256:4, 256:11,
   261:17
secretary's [12] - 244:21, 254:19, 256:3,
   256:23, 258:13, 260:12, 262:7,
   262:12, 262:13, 264:12, 272:24, 274:2
Section [24] - 91:23, 107:7, 107:20,
   110:9, 112:9, 112:10, 112:14, 113:6,
   113:18, 118:5, 118:6, 123:1, 123:13,
   123:16, 167:10, 167:15, 172:7,
   177:16, 195:7, 262:2, 262:7, 262:8,
   263:18, 266:2
section [10] - 112:7, 112:12, 112:15,
   113:4, 119:8, 159:13, 168:15, 172:3,
   172:4, 178:2
sections [2] - 107:25, 262:9
Sections [2] - 113:2, 174:24
sector [1] - 45:2
secure [3] - 85:17, 193:2, 196:2
secured [2] - 194:10, 244:8
securing [2] - 196:4, 226:1
SECURITY [7] - 1:6, 5:2, 62:8, 90:3,
   90:5, 192:16, 192:18
Security [5] - 5:8, 101:6, 102:2, 116:10,
   128:10, 261:15
security [4] - 246:7, 248:7, 248:19,
   248:22
see [18] - 9:13, 9:15, 16:1, 34:11, 44:8,
   57:4, 61:25, 71:10, 74:2, 89:1, 101:10,
   120:3, 184:6, 191:12, 192:15, 257:20,
   258:6, 274:7
seek [22] - 24:25, 26:5, 28:18, 28:19,
   35:1, 77:21, 161:25, 194:1, 216:13,
   230:7, 232:1, 232:11, 232:14, 234:8,
   234:10, 234:23, 235:20, 243:7, 248:8,
   248:9, 253:23, 274:6
seeking [18] - 44:24, 77:23, 110:10,
   130:5, 140:5, 141:25, 157:22, 157:24,
   159:10, 160:8, 197:19, 225:4, 227:9,
   228:11, 234:19, 235:10, 237:11,

**seeks** [2] - 172:13, 249:11
**seem** [1] - 150:17
**seemingly** [1] - 272:11
**seems** [4] - 89:20, 89:23, 219:6, 238:1
**seen** [4] - 59:3, 68:17, 98:11, 123:22
**sees** [2] - 33:8, 33:22
**self** [3] - 158:19, 160:13, 160:24
**self-funding** [1] - 158:19
**self-inflicted** [2] - 160:13, 160:24
**selling** [1] - 12:9
**send** [7] - 49:7, 51:2, 51:13, 104:14, 104:15, 181:19, 218:10
**sending** [1] - 85:25
**sense** [4] - 106:5, 122:24, 222:16, 252:4
**sent** [3] - 101:3, 200:12, 227:20
**sentence** [3] - 119:10, 247:3, 264:7
**separate** [7] - 64:11, 107:9, 223:10, 223:17, 240:6, 261:3
**separately** [1] - 100:12
**separating** [1] - 223:8
**September** [7] - 7:4, 7:7, 10:5, 13:20, 58:19, 242:19, 276:22
**sequence** [1] - 124:12
**Series** [1] - 34:6
**serious** [3] - 68:18, 103:1, 173:5
**seriously** [1] - 65:9
**seriousness** [1] - 181:10
**serve** [2] - 173:12, 212:19
**service** [3] - 56:5, 56:7, 237:11
**services** [11] - 111:8, 145:11, 145:17, 146:1, 147:2, 151:16, 152:20, 232:25, 233:3, 275:20
**Services** [2] - 119:2, 130:18
**serving** [1] - 23:14
**set** [19] - 31:25, 73:15, 82:17, 94:7, 108:16, 118:11, 160:3, 180:2, 180:8, 193:25, 194:21, 214:16, 232:24, 241:22, 242:14, 262:10, 265:11, 268:1, 269:23
**set-aside** [2] - 180:2, 180:8
**sets** [4] - 110:21, 113:7, 233:6, 275:3
**setting** [5] - 107:25, 116:25, 180:4, 211:16, 211:19
**settle** [1] - 10:16
**settled** [2] - 10:14, 57:15
**seven** [8] - 18:18, 18:25, 19:11, 21:16, 24:20, 26:16, 41:21, 67:20
**several** [4] - 104:24, 105:23, 140:24, 164:6
**severe** [4] - 34:24, 82:7, 82:22, 83:1
**SFO** [1] - 40:9
**shadow** [1] - 91:3
**shall** [4] - 261:14, 270:14, 272:13, 272:22
**shall..** [1] - 270:15
**shape** [1] - 85:21
**share** [9] - 19:3, 32:22, 37:11, 37:12, 37:18, 40:22, 56:14, 56:18, 60:17

**shared** [4] - 80:9, 80:11, 82:10, 83:3
**sharing** [5] - 41:6, 46:9, 51:17, 52:8, 83:6
**sheer** [1] - 165:3
**shelf** [1] - 269:16
**Sheri** [1] - 129:25
**short** [4] - 62:1, 100:5, 155:5, 192:2
**shortages** [2] - 31:14, 31:18
**shorter** [1] - 236:12
**shortly** [1] - 58:20
**should** [33] - 8:1, 9:4, 13:16, 14:3, 14:8, 14:9, 61:23, 73:22, 110:2, 113:11, 146:11, 161:7, 183:7, 192:25, 198:2, 207:25, 208:23, 225:1, 225:23, 232:5, 240:13, 249:5, 252:6, 253:22, 254:13, 259:23, 263:7, 264:21, 266:3, 266:4, 268:21, 269:3, 269:16
**shoulders** [1] - 103:16
**show** [41] - 32:2, 32:9, 32:14, 57:21, 58:10, 60:14, 125:4, 132:25, 134:16, 147:15, 161:20, 162:2, 165:22, 222:2, 222:9, 222:10, 224:1, 224:3, 224:6, 224:8, 224:24, 225:8, 225:12, 225:17, 225:22, 229:8, 229:11, 229:14, 230:20, 230:21, 232:3, 237:7, 237:9, 237:18, 238:21, 240:13, 246:22, 247:21, 265:24, 269:21
**showed** [2] - 237:22, 242:9
**showing** [8] - 20:1, 146:3, 146:10, 159:25, 194:24, 225:15, 229:9, 245:16
**shown** [12] - 29:9, 29:22, 32:8, 32:25, 60:15, 144:2, 146:6, 153:2, 193:12, 205:25, 245:13, 247:13
**shows** [45] - 18:22, 19:14, 20:4, 20:7, 20:8, 20:9, 21:4, 21:5, 21:7, 21:19, 22:10, 22:14, 22:17, 23:1, 23:18, 24:1, 24:11, 26:18, 26:22, 26:24, 27:14, 28:10, 28:12, 28:15, 28:22, 29:3, 29:8, 29:15, 29:22, 31:7, 31:12, 31:21, 32:14, 32:18, 35:4, 116:7, 145:4, 224:19, 225:5, 240:18, 240:23, 241:5, 241:6, 242:6, 245:14
**shrugged** [1] - 103:16
**shut** [2] - 47:11, 147:12
**shutdown** [1] - 47:21
**sic** [3] - 153:10, 214:9, 228:5
**side** [4] - 105:3, 196:1, 218:12
**sides** [2] - 125:5, 173:9
**sign** [7] - 114:24, 119:21, 120:1, 120:3, 120:22, 166:7, 244:4
**signed** [2] - 121:20, 122:12
**significance** [4] - 32:19, 105:21, 106:2, 107:3
**significant** [28] - 20:23, 21:2, 71:16, 73:9, 73:15, 76:8, 76:19, 92:17, 93:4, 97:19, 99:19, 103:1, 108:9, 122:10, 171:1, 171:17, 212:13, 212:18, 213:10, 213:23, 216:15, 216:16, 248:2, 254:1, 256:8, 256:14, 270:11, 272:21

**significantly** [3] - 93:10, 103:21, 120:21
**signing** [1] - 115:5
**Silvers** [1] - 17:19
**similar** [17] - 19:12, 58:3, 96:10, 107:10, 109:23, 118:8, 118:10, 164:9, 164:10, 166:12, 194:20, 195:22, 196:11, 198:13, 236:22, 255:12, 262:11
**similarities** [1] - 110:17
**similarly** [1] - 208:13
**simple** [2] - 92:3, 97:12
**simply** [7] - 10:13, 12:4, 26:11, 77:23, 94:16, 123:8, 215:13
**since** [19] - 20:13, 26:24, 41:20, 46:25, 47:1, 59:4, 117:21, 156:10, 162:10, 174:23, 179:9, 183:10, 185:6, 198:13, 208:4, 220:11, 220:24, 224:22, 238:2
**single** [10] - 27:9, 95:7, 98:8, 145:14, 146:15, 163:21, 193:20, 193:21, 220:14, 241:21
**singular** [2] - 270:13, 270:17
**sir** [5] - 62:11, 77:1, 80:2, 90:13, 105:5
**sister** [4] - 42:3, 43:13, 53:11, 55:16
**sister's** [3] - 42:18, 53:13, 53:22
**sisters** [1] - 79:14
**sitting** [3] - 80:13, 98:24, 187:4
**situation** [8] - 46:22, 47:2, 61:17, 103:21, 163:15, 201:2, 224:11, 235:5
**situations** [2] - 81:25, 98:4
**six** [7] - 49:10, 113:8, 193:16, 219:18, 219:25, 220:11, 236:7
**Sixth** [1] - 182:17
**size** [1] - 145:23
**skills** [1] - 118:2
**skipping** [1] - 93:1
**skyrocketing** [1] - 224:11
**slide** [3] - 30:4, 30:13, 120:11
**Slide** [1] - 276:9
**slow** [1] - 47:15
**small** [8] - 41:13, 59:5, 108:1, 129:18, 129:21, 151:22, 155:16, 217:15, 228:3
**smartphone** [1] - 109:6
**So** [2] - 127:4, 202:4
**so** [475] - 6:13, 6:18, 7:4, 7:25, 8:24, 9:2, 9:5, 9:19, 9:22, 10:6, 11:6, 11:12, 11:15, 12:18, 13:20, 14:2, 14:18, 14:22, 14:25, 15:11, 15:23, 16:3, 16:4, 16:5, 17:10, 17:17, 20:3, 21:14, 23:5, 24:1, 24:15, 24:17, 24:22, 26:18, 26:21, 30:11, 31:6, 34:10, 35:9, 35:13, 35:18, 40:22, 41:7, 43:3, 44:16, 46:7, 46:18, 49:2, 49:21, 50:23, 51:21, 52:4, 52:13, 52:24, 53:3, 53:12, 53:20, 53:22, 54:3, 54:22, 55:1, 55:14, 56:9, 57:5, 58:5, 58:8, 58:14, 59:2, 59:6, 63:11, 65:4, 65:15, 66:19, 68:4, 68:6, 69:7, 69:25, 70:21, 71:4, 71:7, 71:12, 71:13, 72:3, 72:22, 72:24, 73:1, 73:3, 74:15, 77:6, 78:16, 82:9, 82:14, 83:4, 83:14, 83:24, 85:5, 85:15, 86:9, 86:13, 87:16, 88:25, 89:21, 90:19, 93:25,

94:5, 94:24, 95:6, 95:11, 95:14, 96:9,
96:24, 97:15, 98:18, 100:10, 100:25,
101:7, 101:14, 102:13, 102:22, 104:4,
105:22, 110:14, 114:16, 114:17,
114:19, 115:22, 117:10, 117:19,
118:5, 118:13, 119:17, 120:14,
120:15, 122:15, 123:7, 124:16,
124:20, 125:3, 125:6, 125:9, 125:25,
126:5, 126:8, 126:9, 126:16, 126:18,
126:23, 127:1, 127:7, 127:16, 127:19,
127:25, 128:4, 128:25, 129:2, 130:12,
131:4, 131:14, 131:16, 131:22,
132:10, 132:19, 133:4, 133:10, 134:3,
134:5, 134:23, 135:17, 135:24, 136:8,
136:9, 136:11, 136:19, 136:24, 137:6,
137:17, 137:23, 138:10, 138:13,
138:15, 139:13, 139:16, 140:7,
140:11, 141:1, 141:13, 141:17,
141:22, 142:21, 143:9, 143:25, 144:4,
144:16, 144:24, 145:4, 146:11,
146:25, 147:12, 147:19, 148:2,
148:21, 149:23, 150:1, 150:6, 151:11,
151:23, 151:24, 152:7, 152:10, 153:8,
153:24, 154:5, 154:8, 154:11, 154:19,
154:21, 155:2, 156:1, 157:6, 157:9,
157:14, 157:24, 158:13, 158:17,
158:25, 159:8, 159:11, 159:12,
159:19, 159:25, 160:13, 161:2, 161:9,
161:12, 162:1, 162:5, 162:19, 162:22,
162:24, 164:11, 164:19, 164:22,
165:3, 165:8, 165:16, 166:9, 166:14,
166:16, 166:25, 167:9, 167:17,
167:22, 168:3, 168:5, 168:18, 168:25,
169:5, 169:13, 170:10, 171:12,
171:20, 172:4, 172:20, 173:2, 174:8,
174:11, 174:21, 174:25, 175:3,
175:12, 175:14, 175:21, 176:5, 176:9,
176:10, 176:22, 177:2, 177:12,
177:18, 177:21, 177:23, 178:6, 178:9,
178:16, 178:20, 179:18, 180:7, 180:9,
181:1, 181:9, 181:13, 181:15, 182:14,
182:19, 183:16, 184:8, 184:15,
184:24, 185:5, 186:18, 187:12,
187:21, 189:15, 189:23, 190:16,
190:18, 190:19, 190:21, 191:3, 191:5,
191:14, 191:19, 192:2, 194:2, 197:19,
200:3, 200:5, 200:6, 200:10, 201:7,
201:12, 202:10, 203:8, 203:16, 204:5,
204:23, 205:5, 205:10, 205:17,
205:22, 206:14, 207:18, 207:25,
208:7, 208:21, 209:11, 209:24,
210:17, 210:19, 211:14, 212:6, 214:6,
214:22, 215:2, 215:16, 215:19,
215:22, 216:5, 216:6, 216:11, 216:24,
217:11, 217:14, 217:15, 217:22,
218:5, 218:17, 218:18, 219:10,
219:23, 219:25, 220:4, 221:4, 221:8,
221:12, 222:8, 222:23, 222:25,
223:17, 223:19, 224:14, 225:7,
225:22, 226:5, 227:11, 227:18,
227:21, 227:22, 228:2, 228:12,

228:17, 228:20, 228:24, 229:16,
229:22, 230:13, 230:24, 231:18,
231:23, 232:2, 233:8, 233:17, 233:19,
234:21, 234:25, 235:9, 236:1, 236:4,
236:10, 236:19, 237:20, 238:15,
240:12, 240:24, 241:15, 242:19,
243:10, 243:15, 243:21, 243:24,
244:20, 244:23, 246:8, 246:9, 246:21,
247:16, 248:6, 248:10, 250:6, 250:8,
250:15, 250:20, 251:4, 251:11, 252:3,
252:9, 252:16, 252:23, 254:24,
255:12, 255:14, 255:17, 256:20,
257:9, 257:16, 257:19, 258:6, 258:8,
258:15, 259:3, 259:6, 259:21, 260:13,
261:5, 261:8, 261:19, 261:20, 262:2,
262:9, 262:23, 263:9, 264:4, 264:20,
265:22, 267:12, 268:12, 269:6,
269:10, 269:15, 270:16, 271:7,
271:19, 272:4, 272:5, 272:25, 273:4,
273:12, 275:8
**so..** [2] - 52:7, 151:7
**Social** [3] - 116:10, 128:9, 128:10
**social** [1] - 152:20
**sole** [1] - 162:17
**solely** [7] - 182:9, 211:25, 236:25,
237:3, 258:12, 274:1
**solicitude** [10] - 124:14, 124:16, 124:22,
125:19, 159:13, 159:15, 268:16,
269:2, 269:10, 269:19
**solicitudes** [1] - 124:10
**solidify** [1] - 44:20
**solve** [1] - 184:16
**solved** [1] - 180:22
**solving** [1] - 249:7
**some** [107] - 6:3, 7:14, 7:19, 7:22, 8:17,
10:13, 15:2, 15:4, 16:7, 28:19, 29:23,
31:7, 32:7, 47:6, 49:23, 52:17, 53:6,
53:7, 53:24, 57:9, 57:12, 58:5, 63:10,
63:11, 67:22, 73:6, 81:24, 82:25,
88:17, 89:4, 93:1, 94:23, 97:18, 97:19,
97:25, 98:4, 98:24, 101:14, 101:22,
103:23, 104:7, 104:21, 105:1, 108:6,
115:14, 118:22, 121:21, 124:9,
124:23, 124:25, 126:18, 126:25,
135:8, 135:10, 135:11, 135:12,
138:25, 143:9, 143:16, 145:25,
146:18, 147:1, 148:18, 151:20, 153:5,
155:16, 161:13, 161:19, 161:24,
162:24, 166:23, 172:25, 182:16,
197:24, 204:19, 208:18, 216:7,
220:18, 222:4, 222:21, 224:4, 224:7,
225:7, 225:13, 227:13, 227:22,
229:24, 230:14, 235:18, 237:7,
237:10, 238:21, 239:9, 246:13,
246:25, 250:22, 251:21, 254:16,
257:20, 259:11, 259:12, 263:14,
266:6, 269:18, 275:19, 275:20
**somebody** [9] - 39:8, 39:9, 43:21, 54:7,
57:6, 57:9, 104:25, 108:23, 132:2
**somehow** [6] - 96:13, 96:14, 96:16,

99:1, 104:7, 163:20
**someone** [21] - 54:4, 81:13, 129:16,
143:15, 170:4, 209:2, 211:25, 212:7,
212:18, 216:15, 216:25, 218:13,
218:22, 235:13, 236:1, 248:11,
248:21, 249:3, 253:22, 259:1, 267:19
**something** [46] - 7:22, 30:16, 56:13,
57:23, 92:12, 101:23, 108:15, 116:21,
129:5, 135:17, 143:21, 143:22, 144:5,
144:6, 153:15, 164:7, 166:12, 169:7,
174:12, 180:5, 180:22, 182:12,
183:22, 184:4, 185:2, 200:6, 202:7,
207:23, 208:10, 226:15, 230:3,
235:22, 236:7, 236:13, 244:13,
244:19, 257:14, 259:3, 259:11,
260:14, 269:3, 269:12, 274:5, 274:18
**sometime** [2] - 47:25, 52:10
**sometimes** [3] - 18:11, 43:3, 72:24
**somewhere** [7] - 8:3, 9:3, 11:24, 13:17,
49:9, 49:10, 59:14
**son** [3] - 34:2, 34:11, 83:14
**sorcerer** [1] - 123:6
**sorcerer's** [1] - 123:6
**sorry** [12] - 9:12, 16:6, 17:22, 30:21,
38:23, 74:17, 81:11, 89:13, 115:25,
119:7, 149:18, 149:22
**sort** [20] - 8:25, 60:4, 99:15, 116:9,
126:3, 134:12, 143:9, 143:16, 146:21,
151:25, 153:24, 160:2, 162:24,
176:10, 186:3, 191:2, 218:22, 220:18,
229:14, 275:19
**sorts** [3] - 129:24, 134:16, 143:10
**sought** [7] - 7:21, 8:17, 29:18, 39:7,
58:12, 147:22, 150:13
**sound** [3] - 118:8, 118:10, 251:13
**sounds** [4] - 40:19, 61:14, 61:16,
152:21
**source** [1] - 133:25
**Southern** [1] - 99:6
**southern** [1] - 197:2
**SOUTHERN** [1] - 1:1
**southwest** [11] - 65:25, 193:3, 193:6,
197:11, 214:5, 214:8, 219:3, 221:1,
221:4, 226:19, 249:15
**southwestern** [1] - 67:4
**sovereign** [7] - 125:20, 125:21, 125:23,
126:5, 126:7, 126:17, 126:24
**space** [2] - 241:23, 251:19
**speak** [4] - 43:1, 66:10, 99:4, 106:1
**speakers** [1] - 29:19
**speaking** [4] - 47:12, 82:19, 83:12,
105:14
**speaks** [3] - 19:18, 32:19, 33:13
**spear** [2] - 252:18, 252:23
**special** [11] - 124:10, 124:14, 124:15,
124:22, 125:18, 159:13, 159:14,
268:16, 269:2, 269:10, 269:19
**specific** [23] - 9:9, 9:23, 75:15, 83:7,
110:23, 113:2, 133:1, 141:4, 146:23,
151:14, 167:20, 168:9, 173:20, 180:7,

190:25, 211:12, 225:3, 225:11,
226:11, 229:5, 264:9, 266:9
**specifically** [25] - 8:15, 9:25, 20:6,
75:12, 76:2, 84:24, 107:11, 111:3,
111:11, 113:1, 113:6, 113:19, 117:24,
121:1, 145:2, 160:22, 166:10, 166:11,
174:23, 202:23, 203:1, 256:9, 256:22,
263:18, 264:11
**specified** [3] - 167:13, 261:16, 262:7
**spectrum** [1] - 31:22
**speculation** [11] - 66:7, 67:8, 67:10,
68:3, 69:1, 70:3, 70:16, 71:21, 232:9,
238:5, 246:12
**speculative** [2] - 238:7, 246:24
**spelled** [1] - 39:15
**spend** [2] - 41:23, 57:12
**spending** [1] - 172:17
**spends** [1] - 151:16
**spent** [2] - 151:19, 158:20
**spike** [1] - 193:7
**spirit** [1] - 32:10
**spite** [1] - 110:16
**split** [2] - 35:25, 90:18
**spoke** [4] - 7:1, 64:20, 66:11, 82:25
**spoken** [1] - 65:9
**sponsor** [34] - 25:1, 25:6, 25:17, 26:11,
34:9, 34:16, 37:12, 37:13, 38:19,
38:20, 39:7, 39:10, 43:21, 43:25, 44:2,
47:23, 49:7, 49:25, 54:16, 60:11, 74:6,
76:5, 85:4, 103:24, 109:3, 118:11,
118:16, 121:3, 121:8, 135:18, 243:16,
243:24, 244:16, 260:20
**sponsored** [6] - 34:19, 34:23, 39:4,
39:9, 39:13, 121:4
**sponsoring** [2] - 84:25, 122:12
**sponsors** [4] - 24:20, 25:16, 43:24,
122:11
**sponsors'** [1] - 135:15
**sponsorship** [8] - 24:16, 27:20, 44:25,
45:10, 49:19, 49:22, 51:7, 88:11
**sports** [4] - 153:18, 153:20, 153:22,
154:7
**spot** [2] - 35:6, 205:11
**spread** [1] - 47:9
**squarely** [1] - 203:20
**St** [1] - 104:14
**staff** [5] - 164:15, 164:16, 232:12,
251:12, 252:11
**stage** [1] - 248:21
**staggering** [1] - 97:24
**stake** [1] - 159:5
**stand** [3] - 13:14, 32:11, 223:11
**standard** [8] - 69:7, 116:12, 124:21,
127:21, 168:22, 178:15, 242:22,
269:19
**standards** [3] - 167:2, 171:14, 182:1
**standing** [123] - 96:15, 124:10, 124:14,
124:23, 131:19, 131:20, 131:22,
132:11, 133:7, 135:1, 136:23, 137:6,
137:11, 137:15, 137:21, 137:24,

138:2, 138:8, 138:23, 138:25, 139:7,
144:2, 144:25, 145:19, 147:18,
147:23, 147:24, 148:6, 148:14,
148:20, 149:12, 150:1, 150:5, 150:7,
150:12, 150:14, 150:18, 151:21,
153:5, 153:19, 154:21, 157:13,
157:19, 157:24, 158:4, 158:14, 159:3,
159:4, 159:7, 159:9, 159:17, 159:22,
161:21, 162:18, 162:21, 178:10,
178:11, 184:25, 194:20, 195:2,
195:23, 196:9, 196:10, 196:12,
199:21, 199:22, 200:10, 200:14,
200:16, 200:19, 200:20, 201:3, 201:5,
201:7, 201:9, 201:12, 201:18, 202:1,
202:19, 203:2, 203:15, 205:9, 205:13,
206:2, 206:7, 207:19, 207:22, 208:10,
208:14, 208:15, 208:18, 208:20,
208:25, 209:19, 210:3, 210:6, 210:20,
211:15, 223:3, 223:5, 223:15, 225:14,
225:21, 226:8, 229:19, 231:3, 232:3,
232:5, 232:7, 233:25, 234:2, 250:25,
251:1, 267:11, 267:12, 267:20,
268:10, 268:22, 269:4, 272:17, 272:18
**starkly** [1] - 215:13
**start** [13] - 20:3, 52:2, 61:8, 62:2, 78:12,
82:14, 90:1, 90:19, 124:10, 235:2,
250:2, 252:6, 275:24
**started** [3] - 47:19, 62:2, 122:21
**starting** [2] - 77:2, 82:14
**starts** [1] - 108:23
**STATE** [1] - 1:3
**State** [34] - 5:7, 90:9, 100:15, 113:9,
113:19, 114:12, 114:19, 121:15,
129:14, 131:1, 131:8, 133:19, 135:19,
136:2, 136:21, 147:14, 161:4, 162:15,
171:5, 172:16, 178:4, 195:23, 195:24,
199:20, 199:22, 199:25, 200:2,
210:23, 229:15, 232:1, 232:11, 275:8,
275:9
**state** [56] - 74:8, 75:5, 76:6, 102:5,
121:5, 121:9, 121:21, 121:23, 122:5,
125:10, 126:4, 126:8, 128:5, 130:23,
133:5, 134:3, 134:14, 134:19, 135:3,
140:4, 142:18, 143:23, 152:14,
152:16, 156:5, 161:6, 161:7, 161:11,
169:20, 169:24, 178:5, 184:15, 185:9,
185:11, 195:3, 220:17, 224:1, 224:2,
224:4, 224:8, 225:16, 230:11, 230:14,
230:20, 231:8, 231:9, 237:11, 240:1,
246:25, 257:10, 260:5, 275:17,
275:18, 275:20
**State's** [1] - 162:17
**stated** [2] - 47:19, 130:1
**statement** [2] - 169:9, 225:20
**statements** [2] - 166:8, 190:23
**states** [27] - 119:20, 122:3, 178:21,
179:16, 179:24, 179:25, 180:11,
184:13, 184:18, 184:21, 184:22,
185:10, 206:17, 206:19, 206:21,
265:22, 266:10, 266:14, 267:6, 267:7,

267:24, 268:4, 268:22, 268:23,
268:25, 269:5, 275:14
**States** [211] - 5:11, 7:12, 14:13, 17:5,
20:10, 22:21, 24:3, 24:5, 25:24, 26:5,
27:18, 31:18, 34:21, 35:6, 35:21, 36:4,
38:18, 38:19, 39:22, 39:23, 40:12,
40:23, 50:1, 54:12, 54:23, 58:23,
59:17, 62:18, 64:22, 65:2, 65:5, 65:18,
65:21, 65:25, 66:6, 66:15, 67:2, 67:4,
67:5, 69:10, 69:20, 70:2, 70:10, 70:14,
71:19, 73:19, 74:8, 75:7, 75:23, 76:7,
76:20, 77:9, 77:22, 77:25, 78:8, 79:2,
79:10, 79:11, 79:17, 79:19, 80:15,
80:16, 83:11, 83:17, 87:3, 87:10,
87:18, 89:16, 90:16, 90:22, 90:25,
91:5, 91:21, 93:7, 93:15, 94:3, 95:2,
95:8, 96:12, 97:7, 98:8, 98:17, 98:23,
99:1, 99:12, 100:3, 101:20, 101:24,
102:6, 102:10, 102:13, 102:22,
103:18, 103:23, 104:1, 105:13,
107:18, 108:23, 109:25, 111:7,
112:19, 114:8, 116:2, 116:21, 117:6,
117:12, 117:15, 117:16, 118:24,
119:25, 120:5, 121:13, 121:16,
121:18, 122:9, 124:21, 125:3, 132:16,
135:21, 137:1, 137:4, 137:6, 139:18,
142:25, 145:1, 152:13, 154:1, 162:8,
166:7, 166:15, 166:17, 166:18, 172:1,
172:12, 187:23, 188:19, 188:20,
188:21, 189:2, 189:3, 189:5, 189:6,
191:14, 193:15, 193:19, 194:2, 194:4,
194:14, 198:4, 208:14, 210:13,
210:17, 211:15, 213:18, 214:24,
215:10, 216:4, 216:8, 216:20, 216:22,
219:9, 220:6, 220:8, 220:14, 220:22,
220:23, 221:6, 221:8, 221:13, 221:21,
223:22, 224:20, 226:13, 226:21,
227:1, 227:10, 227:14, 227:17, 228:4,
228:10, 228:11, 228:22, 229:1,
229:25, 231:15, 234:20, 234:22,
234:24, 235:19, 235:21, 238:11,
240:20, 243:4, 244:7, 245:16, 248:3,
248:9, 248:22, 249:1, 249:12, 249:24,
250:11, 250:12, 250:23, 254:5, 256:5,
270:8, 270:12, 275:11, 275:22
**STATES** [3] - 1:1, 1:6, 1:15
**States'** [5] - 115:25, 120:20, 172:5,
172:9, 199:2
**stating** [2] - 45:16, 94:7
**Station** [1] - 2:10
**statistical** [1] - 155:14
**statistics** [1] - 146:23
**status** [41] - 27:25, 41:2, 58:12, 101:7,
101:9, 103:25, 114:8, 116:18, 118:1,
120:17, 120:18, 126:1, 127:7, 127:8,
129:8, 131:2, 132:3, 132:14, 133:6,
134:19, 142:9, 142:19, 143:16, 144:6,
144:13, 144:20, 145:12, 156:3,
160:14, 160:18, 165:12, 175:4,
175:23, 175:25, 223:21, 224:2, 224:4,

230:6, 231:9, 273:16
**statute** [87] - 20:6, 20:15, 20:17, 20:21,
21:8, 70:22, 72:3, 72:5, 73:12, 91:15,
92:3, 92:22, 93:21, 94:7, 109:22,
110:1, 111:5, 111:11, 116:24, 117:24,
118:4, 118:6, 118:13, 119:16, 119:17,
119:20, 120:23, 123:2, 166:23, 167:9,
170:20, 195:6, 195:7, 195:10, 207:9,
209:21, 211:7, 211:23, 212:4, 212:5,
212:9, 212:15, 212:21, 212:24,
213:11, 224:15, 224:16, 231:12,
243:12, 244:20, 245:4, 253:8, 253:11,
256:2, 256:9, 256:19, 256:24, 257:3,
257:4, 257:22, 259:4, 259:10, 259:20,
260:11, 261:6, 261:11, 262:11,
262:15, 262:16, 262:17, 262:22,
262:25, 264:25, 265:2, 266:1, 267:3,
267:17, 267:19, 267:21, 272:5,
272:11, 272:15, 272:19, 272:25,
273:23, 273:24, 274:4
**statutes** [7] - 112:6, 171:23, 172:18,
204:2, 261:11, 262:10, 272:10
**statutorily** [3] - 73:13, 74:11, 110:15
**statutory** [25] - 21:14, 102:25, 104:18,
104:19, 105:17, 106:14, 107:25,
108:4, 120:25, 124:1, 171:2, 174:19,
199:11, 209:20, 258:12, 264:9,
264:10, 264:19, 265:4, 265:5, 265:23,
266:5, 266:24, 267:1, 273:18
**stay** [17] - 38:20, 86:7, 86:13, 86:23,
86:24, 93:7, 97:5, 114:7, 127:25,
128:19, 129:7, 151:4, 177:15, 182:25,
183:17, 216:3, 251:12
**stayed** [5] - 41:15, 53:13, 55:17, 63:6,
150:20
**staying** [1] - 50:12
**stenography** [1] - 1:24
**step** [10] - 62:4, 108:9, 244:9, 245:9,
248:25, 253:14, 254:22, 255:19,
271:17, 273:22
**steps** [5] - 52:11, 249:5, 253:16, 254:17,
255:18
**still** [38] - 10:13, 24:18, 51:25, 83:14,
96:8, 105:6, 129:3, 141:8, 159:22,
169:1, 170:18, 178:18, 183:19,
189:15, 191:19, 201:9, 201:16, 202:7,
202:12, 203:2, 205:12, 207:21,
211:10, 223:15, 224:15, 224:16,
231:12, 235:13, 254:7, 254:11,
268:17, 269:11, 273:20, 273:21,
274:21
**stood** [1] - 56:17
**stop** [1] - 33:11
**stopped** [1] - 82:19
**storm** [1] - 82:5
**storms** [2] - 47:5, 82:4
**strain** [2] - 193:3, 221:3
**strange** [2] - 176:2, 176:5
**Strategy** [1] - 119:1
**street** [2] - 45:23, 50:22

**streets** [1] - 217:2
**stressed** [1] - 196:16
**stressful** [1] - 41:1
**strict** [3] - 115:18, 159:14, 177:8
**stricter** [2] - 110:19, 115:12
**strictly** [1] - 20:16
**strike** [1] - 140:7
**strikingly** [2] - 107:10, 109:23
**stringent** [1] - 108:12
**strips** [1] - 262:19
**strong** [4] - 49:21, 94:10, 119:25,
182:16
**strongest** [1] - 173:12
**strongly** [1] - 269:8
**structure** [4] - 107:8, 168:1, 266:1,
266:8
**struggle** [1] - 46:17
**struggled** [2] - 34:3, 73:24
**struggles** [1] - 46:10
**struggling** [2] - 45:3, 46:19
**student** [3] - 133:19, 275:3, 275:7
**students** [1] - 29:16
**stuff** [1] - 93:1
**Suarez** [2] - 2:2, 5:12
**subchapter** [2] - 167:13, 261:16
**subdivision** [1] - 121:5
**Subject** [1] - 121:22
**subject** [14] - 105:23, 110:12, 115:7,
140:14, 162:21, 164:8, 166:8, 166:13,
188:9, 199:4, 199:12, 208:23, 227:3,
252:3
**submissions** [1] - 116:16
**submit** [19] - 25:13, 25:16, 25:19, 48:8,
48:9, 48:12, 48:14, 109:13, 113:5,
113:23, 116:7, 116:8, 116:13, 121:9,
136:9, 142:8, 243:25, 246:10
**submits** [2] - 108:24, 109:6
**submitted** [21] - 14:18, 36:9, 45:15,
48:14, 48:15, 48:16, 48:17, 48:18,
48:20, 50:7, 51:6, 109:15, 114:6,
116:7, 121:16, 185:11, 229:17, 232:6,
240:9, 246:16, 274:3
**submitting** [3] - 24:22, 48:22, 49:20
**subparagraph** [2] - 108:2, 113:19
**subsection** [3] - 114:4, 121:2, 262:3
**Subsection** [3] - 114:23, 115:6, 118:15
**subsequent** [1] - 15:17
**subset** [1] - 134:14
**subsidize** [1] - 172:17
**subsidized** [2] - 126:12, 166:16
**substantial** [6] - 19:2, 32:17, 177:24,
178:2, 178:8, 195:16
**substantially** [3] - 156:17, 270:20,
270:22
**substantiate** [1] - 28:22
**substantive** [8] - 138:12, 138:14, 164:8,
166:1, 166:13, 170:19, 181:4, 181:7
**substantively** [1] - 182:4
**subtle** [1] - 106:12

**succeeding** [1] - 193:24
**success** [4] - 193:13, 219:7, 241:14,
241:18
**successfully** [1] - 25:21
**such** [21] - 106:6, 107:21, 108:7, 114:8,
116:17, 117:3, 121:5, 122:25, 131:7,
138:7, 179:15, 200:1, 209:13, 227:3,
232:17, 256:5, 270:9, 270:12, 272:13,
272:22
**sudden** [1] - 258:2
**sue** [5] - 14:15, 139:6, 159:17, 207:11,
267:18
**suffer** [1] - 31:18
**suffered** [2] - 33:23, 137:7
**suffering** [1] - 96:15
**suffers** [1] - 34:16
**suffice** [1] - 169:18
**sufficient** [10] - 77:24, 94:17, 129:23,
162:18, 204:11, 217:19, 239:11,
241:1, 241:4, 244:4
**sugarman** [1] - 34:14
**Sugarman** [2] - 25:9, 34:19
**suggest** [2] - 168:16, 204:2
**suggested** [1] - 54:25
**suggesting** [6] - 76:15, 139:6, 163:20,
175:3, 270:18, 271:3
**suggestion** [1] - 61:25
**suggests** [1] - 152:18
**suing** [1] - 266:11
**suit** [4] - 158:22, 159:6, 159:8, 159:20
**Suite** [1] - 2:21
**suits** [2] - 91:13
**sum** [1] - 199:7
**summarize** [3] - 31:25, 55:11, 124:17
**summary** [1] - 122:15
**Sunday** [2] - 56:9, 56:16
**Sundays** [1] - 56:6
**SUNG** [1] - 18:14
**Sung** [2] - 2:15, 5:19
**supercedes** [1] - 159:4
**superfluous** [1] - 11:23
**supplement** [3] - 7:11, 7:12, 10:3
**supplemental** [9] - 7:24, 11:7, 11:18,
13:11, 14:18, 190:12, 219:16, 228:17,
254:19
**supplementation** [1] - 14:20
**supplemented** [2] - 9:1, 10:23
**supplementing** [1] - 190:23
**supply** [1] - 113:25
**support** [42] - 24:25, 25:2, 25:6, 33:1,
33:21, 34:2, 45:4, 45:8, 46:19, 48:13,
50:3, 50:4, 52:20, 54:8, 54:21, 57:6,
57:9, 59:19, 60:4, 60:15, 67:25, 83:11,
115:20, 118:5, 118:7, 118:14, 119:13,
119:18, 119:22, 120:24, 121:2,
121:10, 135:16, 148:20, 206:7,
206:22, 229:7, 238:10, 238:12, 244:6,
246:4
**supported** [4] - 44:4, 57:5, 195:16,
206:10

**supporter** [9] - 98:21, 120:12, 238:10, 245:11, 245:21, 246:5, 253:20, 254:3
**supporter's** [2] - 119:9, 119:12
**supporters** [3] - 91:4, 121:20, 122:3
**Supporters** [1] - 120:13
**supporting** [4] - 56:15, 59:16, 68:13, 119:14
**supportive** [1] - 44:6
**supports** [1] - 210:3
**suppose** [1] - 69:25
**supposed** [4] - 28:3, 97:7, 104:12, 243:16
**supposedly** [1] - 139:21
**suppress** [1] - 31:23
**Supreme** [80] - 105:18, 106:4, 106:9, 122:22, 133:5, 139:13, 139:22, 140:2, 141:19, 141:23, 143:6, 143:19, 147:18, 147:23, 149:1, 149:15, 149:25, 150:14, 157:15, 158:15, 159:2, 160:21, 170:21, 171:8, 171:12, 171:23, 182:20, 183:1, 183:11, 183:14, 183:15, 183:19, 185:20, 186:1, 187:6, 194:21, 196:11, 196:14, 196:16, 197:22, 198:1, 198:19, 200:9, 200:11, 200:12, 200:24, 201:1, 201:11, 201:15, 201:23, 202:3, 202:19, 202:25, 203:12, 203:14, 203:23, 204:18, 206:3, 206:10, 207:3, 207:23, 208:10, 208:13, 208:16, 210:22, 252:17, 259:18, 259:25, 261:21, 261:22, 262:4, 262:6, 262:18, 265:11, 265:12, 268:18, 271:23, 272:9, 272:16, 275:2
**sur** [1] - 200:9
**Sure** [1] - 55:14
**sure** [53] - 14:19, 16:7, 17:15, 18:7, 30:5, 30:18, 30:21, 36:21, 38:9, 38:24, 39:3, 39:25, 41:12, 45:1, 46:8, 47:25, 48:4, 49:9, 49:20, 50:19, 51:4, 52:3, 54:3, 54:15, 59:3, 60:25, 61:5, 64:6, 65:16, 66:19, 68:11, 78:21, 80:23, 82:2, 84:8, 86:19, 86:21, 105:16, 120:8, 127:23, 129:10, 129:11, 137:16, 138:5, 144:11, 191:21, 216:11, 245:2, 251:19, 251:24, 274:14
**surgery** [1] - 34:20
**surges** [1] - 213:23
**surrounding** [1] - 87:17
**survived** [1] - 33:18
**suspect** [1] - 96:10
**sustain** [1] - 71:22
**sustained** [3] - 69:16, 71:25, 78:5
**Sutton** [2] - 182:14, 186:6
**Sutton's** [2] - 182:24, 186:10
**swap** [1] - 81:12
**swath** [1] - 275:21
**swear** [1] - 115:1
**sweeping** [1] - 107:22
**swept** [1] - 82:7
**switch** [1] - 18:8

**sworn** [3] - 24:16, 36:16, 37:2
**Sype** [40] - 5:20, 25:4, 25:8, 32:22, 33:3, 35:5, 36:13, 37:5, 37:8, 37:9, 37:25, 38:12, 44:21, 45:10, 45:21, 46:22, 47:22, 55:22, 58:21, 58:25, 59:15, 60:11, 60:22, 61:7, 61:19, 62:17, 72:19, 73:5, 74:6, 75:24, 76:9, 76:22, 77:11, 81:9, 81:24, 87:16, 88:19, 89:1, 111:1, 260:19
**SYPE** [2] - 4:2, 37:1
**Sype's** [1] - 25:7
**System** [1] - 128:8
**system** [35] - 54:8, 91:3, 91:13, 97:10, 98:2, 98:3, 100:2, 102:7, 103:4, 107:10, 107:11, 107:19, 107:24, 108:3, 108:5, 108:21, 108:23, 109:12, 110:15, 112:7, 113:20, 117:14, 117:18, 118:11, 122:16, 122:17, 122:18, 123:9, 123:16, 135:9, 147:5, 154:23, 185:13, 197:18
**Systematic** [1] - 128:7

## T

**tab** [1] - 245:6
**table** [1] - 5:20
**take** [31] - 51:21, 60:25, 61:23, 62:1, 62:4, 92:10, 98:4, 100:1, 101:5, 104:5, 134:13, 143:8, 147:11, 153:10, 158:24, 175:4, 175:19, 175:23, 191:24, 192:2, 192:14, 215:23, 217:11, 217:23, 218:1, 237:20, 239:12, 239:25, 245:20, 251:23, 252:20
**taken** [7] - 10:18, 28:23, 59:11, 59:14, 208:17, 224:23, 245:8
**takes** [6] - 102:21, 136:8, 169:25, 174:2, 187:5, 242:22
**taking** [7] - 6:11, 14:20, 57:22, 201:14, 206:19, 220:4, 242:17
**Taliban** [1] - 22:4
**talk** [9] - 23:22, 87:1, 87:5, 99:21, 108:19, 115:21, 124:8, 135:25, 194:5
**talked** [12] - 65:24, 85:23, 88:13, 112:14, 161:12, 178:5, 182:15, 182:18, 186:6, 186:8, 187:20, 256:18
**talking** [30] - 9:16, 104:24, 104:25, 128:18, 130:6, 140:25, 144:11, 144:12, 148:12, 157:8, 158:16, 179:11, 179:22, 179:23, 188:20, 196:22, 209:17, 209:18, 209:19, 209:24, 222:15, 222:16, 240:1, 240:3, 240:7, 248:10, 256:22, 272:16, 274:24, 275:15
**talks** [3] - 15:25, 265:1, 270:16
**tantamount** [2] - 178:10, 184:25
**tax** [3] - 48:15, 48:19, 152:19
**tea** [1] - 173:6
**teaching** [1] - 38:6
**technical** [1] - 18:6

**technology** [1] - 154:23
**teenage** [1] - 34:4
**Tel** [7] - 1:22, 2:5, 2:11, 2:17, 2:22, 3:4, 3:8
**tell** [11] - 68:6, 68:7, 69:4, 85:20, 105:2, 124:15, 163:19, 164:16, 185:18, 186:21, 189:4
**telling** [2] - 95:14, 186:18
**tellingly** [1] - 146:8
**tells** [2] - 19:23, 23:23
**temperature** [1] - 81:2
**temporarily** [3] - 111:7, 256:5, 270:8
**temporary** [11] - 24:6, 25:25, 101:7, 101:9, 102:9, 111:3, 111:17, 112:1, 120:16, 120:18, 194:12
**ten** [2] - 42:4, 62:3
**tend** [1] - 35:14
**tens** [1] - 232:10
**tentative** [1] - 163:2
**term** [21] - 70:22, 72:11, 72:16, 72:17, 73:16, 107:5, 127:15, 127:16, 130:6, 148:7, 232:23, 233:9, 233:10, 234:9, 234:15, 235:10, 235:16, 235:18, 235:20, 236:12, 265:13
**terminal** [4] - 40:9, 40:10, 54:5, 54:6
**terminate** [7] - 94:6, 148:8, 149:17, 149:21, 150:21, 168:12, 207:20
**terminated** [4] - 141:21, 146:20, 249:21, 253:10
**termination** [10] - 94:14, 146:8, 146:16, 148:10, 163:12, 163:20, 164:1, 164:3, 167:23, 171:10
**terms** [17] - 10:14, 13:15, 20:17, 21:1, 21:4, 68:19, 72:2, 72:4, 74:12, 100:10, 101:2, 106:11, 212:15, 212:23, 212:24, 234:22, 255:16
**terrible** [1] - 216:2
**terrorism** [1] - 112:24
**test** [7] - 18:13, 171:24, 181:9, 182:2, 252:17, 252:23, 267:23
**tested** [1] - 121:6
**testified** [10] - 37:2, 62:19, 70:25, 71:3, 72:20, 73:23, 75:25, 76:10, 87:20, 260:17
**testify** [3] - 18:19, 72:25, 77:11
**testimony** [14] - 29:2, 29:7, 29:14, 29:21, 29:25, 31:19, 61:20, 64:8, 65:11, 69:19, 127:3, 130:4, 234:25, 242:18
**Texan** [1] - 33:7
**TEXAS** [2] - 1:1, 1:3
**Texas** [169] - 1:4, 2:3, 3:8, 5:7, 7:11, 9:25, 19:7, 19:25, 21:25, 22:11, 26:15, 26:22, 27:6, 27:8, 27:12, 27:23, 28:3, 28:7, 28:16, 28:18, 28:20, 28:21, 29:4, 29:8, 29:16, 29:22, 31:10, 32:2, 32:4, 61:21, 88:21, 90:10, 92:14, 96:4, 96:6, 96:14, 96:15, 99:6, 124:13, 126:5, 126:13, 126:16, 126:24, 127:7, 127:9, 127:11, 127:13, 127:22, 129:13,

129:18, 129:24, 130:10, 130:12,
130:18, 133:7, 133:13, 133:14,
133:15, 133:16, 134:3, 134:20, 135:4,
136:13, 136:21, 136:22, 136:23,
136:25, 138:9, 139:9, 145:6, 145:7,
145:16, 145:20, 145:24, 146:5, 146:6,
146:10, 146:12, 146:14, 147:4, 147:5,
147:14, 148:25, 149:4, 151:15, 154:1,
154:21, 156:2, 159:8, 159:10, 159:19,
159:22, 160:12, 160:13, 160:24,
161:5, 161:6, 170:12, 170:15, 170:22,
172:13, 173:21, 177:23, 178:7,
178:13, 178:17, 182:15, 184:10,
184:12, 184:14, 185:6, 185:10,
185:13, 185:19, 188:14, 188:22,
189:14, 194:24, 195:21, 195:24,
196:12, 197:24, 198:8, 198:21,
200:21, 206:19, 220:25, 221:11,
221:15, 221:24, 223:6, 223:7, 223:24,
224:6, 224:21, 225:3, 225:19, 229:15,
229:18, 229:25, 230:5, 230:15,
230:21, 231:1, 231:16, 231:21,
232:10, 233:8, 233:9, 233:18, 233:20,
234:5, 238:5, 240:2, 246:12, 246:13,
247:15, 247:17, 247:19, 267:6,
268:16, 269:17, 272:10

**Texas's** [22] - 20:4, 26:15, 26:23, 27:10,
27:15, 28:13, 28:23, 31:7, 31:12,
125:23, 144:1, 145:10, 152:11,
152:24, 154:24, 161:10, 184:16,
193:1, 225:1, 229:5, 237:6

**text** [6] - 42:24, 92:3, 107:20, 168:1,
266:1, 266:8

**than** [49] - 13:3, 24:12, 32:11, 54:22,
55:1, 58:5, 70:24, 71:3, 71:7, 77:22,
87:4, 87:9, 101:14, 103:21, 107:1,
115:12, 118:16, 119:18, 127:20,
146:23, 149:23, 150:1, 163:23,
167:15, 172:3, 183:22, 184:5, 184:7,
185:3, 191:4, 194:17, 206:13, 214:15,
220:23, 224:22, 230:12, 230:22,
231:22, 235:23, 236:1, 236:16, 238:3,
245:15, 255:13, 263:14, 264:2,
270:20, 270:22

**thank** [31] - 17:3, 35:11, 35:12, 36:12,
36:19, 36:25, 41:6, 42:7, 43:18, 49:4,
52:8, 54:10, 56:23, 60:22, 61:1, 61:3,
61:19, 62:6, 62:14, 64:5, 69:8, 80:24,
81:21, 83:10, 84:4, 87:13, 88:19,
89:10, 124:6, 276:5, 276:13

**thanks** [1] - 89:8

**that** [1817] - 5:25, 6:2, 6:3, 6:7, 6:14,
6:21, 6:25, 7:2, 7:11, 7:13, 7:17, 7:22,
7:24, 7:25, 8:1, 8:2, 8:4, 8:5, 8:7, 8:11,
8:13, 8:17, 8:19, 8:22, 9:1, 9:2, 9:3,
9:5, 9:9, 9:21, 10:6, 10:12, 10:15,
10:18, 10:20, 10:23, 10:25, 11:3, 11:4,
11:6, 11:10, 11:14, 11:18, 11:21,
11:23, 12:2, 12:3, 12:4, 12:5, 12:8,
12:10, 12:14, 12:15, 12:20, 12:22,

12:23, 12:25, 13:1, 13:2, 13:10, 13:11,
14:1, 14:2, 14:3, 14:8, 14:10, 14:14,
14:15, 14:19, 14:21, 14:22, 15:2, 15:3,
15:4, 15:5, 15:7, 15:9, 15:21, 15:24,
16:3, 16:9, 16:12, 16:15, 16:17, 16:19,
16:20, 16:21, 17:2, 17:5, 17:14, 17:21,
17:22, 18:22, 18:25, 19:4, 19:10,
19:13, 19:18, 19:24, 20:1, 20:4, 20:5,
20:8, 20:9, 21:7, 21:9, 21:15, 21:17,
22:14, 22:16, 22:17, 22:22, 22:23,
23:1, 23:10, 23:17, 23:18, 23:19,
23:20, 23:24, 24:21, 24:24, 25:2,
25:11, 25:17, 25:22, 25:24, 26:3, 26:6,
26:8, 26:19, 26:22, 26:24, 27:1, 27:4,
27:5, 27:6, 27:12, 27:14, 28:12, 28:14,
28:15, 28:16, 28:20, 28:22, 28:24,
29:3, 29:4, 29:8, 29:15, 29:16, 29:18,
29:22, 30:1, 30:2, 30:3, 30:6, 30:7,
30:8, 30:10, 30:12, 30:15, 30:19,
30:21, 30:23, 30:24, 31:1, 31:3, 31:7,
31:12, 31:17, 31:21, 31:22, 32:2, 32:6,
32:18, 32:24, 32:25, 33:1, 33:8, 33:9,
33:14, 33:15, 34:10, 34:19, 35:4,
35:20, 35:23, 36:3, 36:5, 36:23, 37:11,
37:13, 37:14, 38:16, 38:19, 39:4,
39:10, 39:11, 39:13, 39:16, 40:23,
41:6, 41:14, 41:15, 41:18, 41:19,
41:24, 42:4, 42:9, 42:10, 42:11, 42:14,
42:16, 42:19, 43:2, 43:13, 43:19,
43:23, 44:8, 44:14, 44:15, 44:17,
44:19, 44:21, 45:10, 45:14, 45:17,
45:19, 45:24, 46:1, 46:2, 46:15, 46:18,
46:20, 46:23, 47:1, 47:4, 47:5, 47:7,
47:10, 47:12, 47:13, 47:14, 47:16,
47:19, 48:2, 48:23, 48:25, 49:7, 49:11,
49:13, 49:15, 49:16, 49:17, 49:18,
49:20, 49:21, 49:23, 49:24, 50:2, 50:6,
50:7, 50:10, 50:14, 50:17, 50:20,
50:24, 51:7, 51:9, 51:10, 51:15, 51:24,
52:1, 52:4, 52:5, 52:8, 52:9, 52:20,
53:7, 53:15, 53:17, 53:25, 54:3, 54:4,
54:7, 54:8, 54:9, 54:10, 54:14, 54:17,
54:20, 54:24, 54:25, 55:1, 55:2, 55:3,
55:5, 55:19, 55:20, 56:2, 56:7, 56:8,
56:9, 56:13, 56:20, 57:2, 57:3, 57:4,
57:6, 57:7, 57:10, 57:17, 57:25, 58:4,
58:6, 58:10, 58:16, 58:19, 58:20, 59:2,
59:12, 59:13, 59:19, 59:22, 60:4,
60:15, 60:16, 60:17, 61:10, 61:12,
61:20, 61:25, 62:3, 62:20, 62:22, 63:1,
63:3, 63:9, 63:18, 63:19, 63:22, 64:2,
64:4, 64:14, 64:18, 64:20, 65:3, 65:10,
65:12, 66:4, 66:14, 67:1, 67:3, 67:5,
67:13, 67:14, 67:16, 67:18, 68:1, 68:4,
68:7, 68:12, 68:14, 69:5, 69:6, 69:19,
69:21, 69:24, 70:6, 70:9, 70:18, 70:23,
71:7, 71:8, 71:10, 71:11, 71:12, 71:22,
71:25, 72:2, 72:4, 72:11, 72:15, 72:19,
72:23, 72:25, 73:5, 73:12, 73:16,
73:20, 74:3, 74:14, 74:16, 74:23, 75:1,
75:3, 75:5, 75:9, 75:12, 75:15, 75:20,

75:21, 75:25, 76:5, 76:6, 76:10, 76:13,
76:15, 77:20, 78:7, 78:16, 78:17, 79:6,
81:25, 82:4, 82:8, 82:9, 82:14, 82:15,
82:17, 82:19, 82:20, 82:22, 82:24,
83:1, 83:3, 83:4, 83:5, 83:20, 83:22,
84:1, 84:22, 85:2, 85:14, 85:23, 86:2,
86:5, 86:12, 86:13, 86:15, 86:25, 87:2,
87:20, 87:21, 88:3, 88:4, 88:7, 88:8,
88:12, 88:13, 88:14, 88:15, 88:16,
88:24, 88:25, 89:20, 90:2, 90:24, 91:6,
91:7, 91:10, 91:11, 91:13, 91:24, 92:4,
92:12, 93:2, 93:5, 93:9, 93:18, 93:19,
93:20, 93:23, 94:2, 94:4, 94:9, 94:10,
94:13, 94:15, 94:20, 94:24, 95:10,
95:11, 96:3, 96:10, 96:11, 96:13,
96:14, 96:18, 96:25, 97:4, 97:5, 97:11,
97:13, 97:23, 97:25, 98:3, 98:4, 98:5,
98:7, 98:13, 98:15, 98:25, 99:1, 99:8,
99:10, 99:11, 100:1, 100:7, 100:8,
100:12, 100:22, 100:23, 100:25,
101:1, 101:5, 101:7, 101:11, 101:15,
101:17, 101:18, 101:19, 102:3,
102:17, 102:19, 102:21, 102:23,
102:24, 103:1, 103:11, 103:20,
103:23, 104:5, 104:6, 104:7, 104:20,
104:23, 105:2, 105:5, 105:8, 105:11,
105:19, 105:25, 106:4, 106:18,
106:24, 107:2, 107:10, 107:13,
107:16, 107:17, 107:22, 108:3, 108:4,
108:8, 108:10, 108:20, 109:7, 109:9,
109:15, 109:16, 109:21, 109:24,
109:25, 110:2, 110:5, 110:7, 110:9,
110:10, 110:12, 110:13, 110:23,
110:24, 111:18, 111:20, 112:5, 112:6,
112:12, 112:15, 112:16, 112:19,
113:12, 113:14, 114:2, 114:5, 114:15,
114:18, 114:20, 114:24, 115:4, 115:6,
115:9, 115:19, 115:21, 116:1, 116:6,
116:10, 116:15, 116:17, 116:22,
116:23, 117:1, 117:2, 117:4, 117:11,
118:4, 118:6, 118:8, 118:10, 118:13,
118:15, 119:9, 119:20, 119:24,
120:11, 120:13, 120:21, 120:22,
120:24, 121:2, 121:6, 121:11, 121:16,
121:23, 122:5, 122:8, 122:10, 122:11,
122:13, 122:18, 122:19, 123:18,
123:20, 123:21, 123:23, 124:11,
124:16, 124:24, 125:1, 125:2, 125:9,
125:12, 125:14, 125:19, 125:25,
126:2, 126:11, 126:13, 127:2, 127:6,
127:7, 127:9, 127:19, 127:24, 128:1,
128:12, 129:1, 129:5, 129:7, 129:9,
129:10, 129:11, 129:21, 129:22,
130:1, 130:3, 130:4, 130:6, 130:10,
130:12, 130:13, 130:16, 131:3,
131:10, 131:13, 131:17, 131:21,
131:23, 132:4, 132:8, 132:10, 132:12,
132:13, 132:14, 132:15, 132:16,
132:25, 133:1, 133:11, 133:16,
133:19, 133:20, 133:25, 134:1, 134:5,
134:12, 134:19, 135:2, 135:8, 135:17,

135:18, 135:19, 135:21, 136:9,
136:11, 136:16, 136:20, 136:25,
137:1, 137:4, 137:5, 137:10, 137:12,
137:17, 137:18, 137:21, 137:22,
137:24, 137:25, 138:6, 138:7, 138:9,
138:10, 138:13, 138:16, 138:17,
138:20, 139:3, 139:5, 139:6, 139:16,
139:17, 139:18, 139:19, 139:20,
139:21, 139:22, 140:2, 140:3, 140:4,
140:12, 140:14, 140:17, 140:24,
140:25, 141:2, 141:4, 141:5, 141:6,
141:9, 141:11, 141:12, 141:15,
141:18, 141:24, 142:9, 142:14,
142:23, 142:24, 143:7, 143:16,
143:18, 143:23, 145:4, 145:5, 145:9,
145:13, 145:14, 145:17, 145:21,
145:25, 146:3, 146:6, 146:9, 146:10,
146:14, 146:16, 146:18, 146:22,
147:1, 147:3, 147:4, 147:5, 147:8,
147:9, 147:10, 147:13, 147:14,
147:17, 148:5, 148:9, 148:12, 148:18,
148:21, 149:15, 149:17, 150:4, 150:6,
150:7, 150:13, 150:16, 150:17,
150:23, 150:24, 151:1, 151:3, 151:15,
151:20, 152:2, 152:4, 152:7, 152:9,
152:10, 152:13, 152:14, 152:21,
152:24, 152:25, 153:5, 153:8, 153:13,
153:14, 153:15, 153:18, 153:20,
153:22, 153:25, 154:5, 154:9, 154:11,
154:19, 154:24, 154:25, 155:7,
155:10, 155:16, 155:19, 155:20,
155:23, 156:9, 156:12, 156:18,
156:21, 157:1, 157:2, 157:6, 157:7,
157:20, 157:21, 157:23, 158:4,
158:11, 158:12, 158:15, 158:18,
158:25, 159:1, 159:11, 160:4, 160:5,
160:6, 160:12, 160:15, 160:24, 161:3,
161:9, 161:10, 161:15, 161:19,
161:20, 161:23, 162:2, 162:3, 162:5,
162:8, 162:14, 162:16, 162:18,
162:23, 163:2, 163:7, 163:8, 163:9,
163:10, 163:12, 163:14, 163:20,
163:21, 163:25, 164:3, 164:5, 164:16,
164:17, 164:20, 164:24, 165:2, 165:4,
165:8, 165:10, 165:12, 165:14,
165:15, 165:18, 165:19, 165:20,
165:22, 165:23, 166:1, 166:3, 166:4,
166:7, 166:9, 166:14, 166:15, 166:16,
166:17, 166:18, 166:19, 166:21,
166:23, 167:2, 167:11, 167:17,
167:21, 167:22, 167:23, 168:1, 168:3,
168:7, 168:8, 168:15, 168:16, 168:19,
168:21, 169:2, 169:6, 169:7, 169:8,
169:10, 169:20, 169:23, 169:25,
170:3, 170:5, 170:13, 170:23, 171:2,
171:12, 171:23, 172:1, 172:9, 172:10,
172:11, 172:13, 172:16, 172:21,
172:22, 173:1, 173:7, 173:9, 173:10,
173:12, 173:22, 174:7, 174:13,
174:17, 174:20, 174:22, 174:23,
174:25, 175:1, 175:3, 175:7, 175:9,

175:13, 175:16, 175:18, 175:20,
175:21, 175:22, 175:23, 175:24,
176:7, 176:15, 176:19, 176:22,
176:24, 176:25, 177:1, 177:3, 177:8,
177:15, 177:16, 177:17, 177:19,
178:2, 178:6, 178:10, 178:15, 178:19,
178:22, 179:8, 179:12, 179:17, 180:1,
180:3, 180:5, 180:6, 180:7, 180:13,
180:20, 180:22, 180:23, 181:4, 181:5,
181:11, 181:18, 181:19, 181:20,
181:24, 182:12, 182:17, 182:19,
182:21, 183:3, 183:6, 183:8, 183:9,
183:12, 183:14, 183:16, 183:18,
184:3, 184:16, 184:18, 184:20, 185:1,
185:2, 185:9, 185:11, 185:18, 185:19,
186:2, 186:3, 186:11, 186:16, 186:18,
186:21, 186:23, 186:24, 187:2,
187:11, 187:13, 187:17, 187:22,
187:23, 187:24, 187:25, 188:1,
188:10, 188:11, 188:17, 188:21,
188:22, 188:23, 188:24, 189:5, 189:8,
189:15, 189:18, 190:4, 190:7, 190:20,
190:22, 191:7, 191:8, 191:14, 191:21,
192:10, 193:1, 193:6, 193:22, 193:23,
194:6, 194:24, 195:11, 195:12,
195:18, 195:22, 195:24, 196:11,
196:12, 196:14, 196:17, 196:20,
197:23, 197:24, 198:2, 198:4, 198:5,
198:16, 198:20, 198:24, 199:2,
199:13, 199:16, 199:20, 199:23,
200:1, 200:4, 200:6, 200:10, 200:11,
200:23, 200:24, 200:25, 201:4, 201:5,
201:9, 201:24, 202:5, 202:7, 202:10,
202:11, 202:13, 202:14, 202:17,
202:18, 202:20, 202:22, 203:8,
203:11, 203:13, 203:15, 203:19,
203:20, 204:2, 204:6, 204:11, 204:13,
204:14, 204:17, 204:19, 204:21,
204:24, 204:25, 205:5, 205:7, 205:8,
205:17, 205:20, 206:6, 206:18,
206:21, 206:22, 207:1, 207:4, 207:12,
207:16, 207:17, 207:19, 207:20,
207:22, 207:23, 207:24, 208:2, 208:5,
208:9, 208:14, 208:15, 208:16,
208:22, 208:23, 208:25, 209:4, 209:6,
210:3, 210:8, 210:14, 210:20, 210:23,
211:1, 211:7, 211:8, 211:10, 211:15,
211:17, 212:4, 212:5, 212:6, 212:9,
212:19, 212:24, 213:3, 213:6, 213:9,
213:12, 213:18, 213:21, 213:22,
214:5, 214:11, 214:19, 215:5, 215:6,
215:8, 215:23, 215:24, 216:1, 216:13,
216:20, 216:25, 217:1, 217:2, 217:5,
217:7, 217:18, 217:21, 217:22,
217:23, 218:1, 218:17, 218:20,
218:22, 219:6, 219:22, 220:2, 220:20,
221:5, 221:13, 221:18, 222:5, 222:9,
222:12, 222:18, 222:19, 222:24,
223:2, 223:9, 223:11, 223:12, 223:17,
223:20, 223:24, 224:1, 224:3, 224:6,
224:8, 224:19, 225:5, 225:6, 225:7,

225:10, 225:11, 225:12, 225:14,
225:18, 225:21, 225:22, 225:23,
225:24, 226:4, 226:7, 226:10, 226:16,
226:20, 226:24, 227:5, 227:11,
227:16, 227:19, 228:5, 228:6, 228:8,
228:9, 228:18, 228:20, 228:21, 229:9,
229:10, 229:17, 229:22, 229:24,
230:1, 230:2, 230:3, 230:4, 230:6,
230:10, 230:13, 230:14, 230:18,
230:20, 230:22, 230:25, 231:1, 231:2,
231:4, 231:5, 231:7, 231:8, 231:11,
231:13, 231:14, 231:21, 231:24,
232:1, 232:9, 232:12, 232:15, 232:17,
232:19, 233:16, 233:17, 233:18,
233:23, 233:25, 234:3, 234:4, 234:5,
234:15, 235:1, 235:2, 235:6, 235:12,
235:15, 235:16, 235:17, 235:19,
236:2, 236:7, 236:8, 236:12, 236:19,
237:2, 237:4, 237:6, 237:8, 237:10,
237:13, 237:16, 237:22, 237:25,
238:4, 238:5, 238:9, 238:10, 238:11,
238:21, 238:22, 239:2, 239:8, 239:9,
239:10, 239:11, 239:12, 239:15,
239:16, 239:21, 239:22, 240:8, 240:9,
240:14, 240:18, 240:22, 240:24,
240:25, 241:3, 241:5, 241:6, 241:9,
241:11, 241:16, 241:25, 242:1, 242:3,
242:4, 242:5, 242:8, 242:10, 242:12,
242:15, 242:22, 243:3, 243:9, 243:10,
243:12, 243:17, 243:19, 243:24,
244:3, 244:8, 244:9, 244:15, 244:18,
244:19, 244:20, 244:22, 244:25,
245:4, 245:6, 245:8, 245:9, 245:10,
245:17, 245:20, 245:22, 245:23,
246:1, 246:5, 246:12, 246:13, 246:14,
246:15, 246:18, 246:22, 246:24,
247:2, 247:3, 247:6, 247:7, 247:8,
247:11, 247:13, 247:20, 247:21,
247:25, 248:1, 248:4, 248:14, 248:15,
248:18, 248:19, 248:21, 248:23,
248:25, 249:2, 249:4, 249:6, 249:10,
249:11, 249:14, 249:17, 249:18,
250:4, 250:5, 250:6, 250:11, 251:4,
251:19, 252:3, 252:6, 252:7, 252:22,
252:24, 253:2, 253:7, 253:8, 253:14,
253:17, 253:18, 253:24, 253:25,
254:2, 254:3, 254:9, 254:11, 254:13,
254:15, 254:22, 255:2, 255:5, 255:7,
255:14, 255:22, 255:24, 256:4,
256:10, 256:15, 256:16, 256:17,
256:18, 256:21, 256:24, 256:25,
257:1, 257:5, 257:14, 257:17, 257:20,
257:21, 257:24, 257:25, 258:1, 258:6,
258:7, 258:9, 258:11, 258:13, 258:14,
258:16, 258:17, 258:19, 258:20,
258:21, 258:22, 258:24, 259:2, 259:3,
259:6, 259:7, 259:10, 259:11, 259:12,
259:19, 260:8, 260:9, 260:10, 260:11,
260:14, 260:17, 260:23, 260:24,
260:25, 261:2, 261:4, 261:7, 261:8,
261:13, 261:18, 261:22, 261:25,

262:5, 262:6, 262:15, 262:19, 262:21, 263:3, 263:5, 263:6, 263:20, 263:25, 264:7, 264:8, 264:14, 264:20, 265:6, 265:8, 265:9, 265:12, 265:23, 265:24, 265:25, 266:2, 266:6, 266:7, 266:9, 266:20, 266:23, 266:24, 266:25, 267:5, 267:9, 267:22, 267:24, 268:1, 268:4, 268:7, 268:9, 268:12, 268:16, 268:17, 268:18, 268:20, 268:25, 269:1, 269:2, 269:9, 269:10, 269:11, 269:12, 269:14, 269:15, 269:16, 269:17, 269:18, 269:20, 270:1, 270:16, 270:18, 270:19, 271:2, 271:3, 271:6, 271:9, 271:16, 271:19, 271:21, 271:25, 272:2, 272:11, 272:19, 272:23, 273:1, 273:5, 273:14, 273:15, 273:17, 273:18, 273:23, 273:24, 274:4, 275:2, 275:6, 275:7, 275:8, 275:10, 275:11, 275:13, 276:11, 276:13, 276:18

**that's** [108] - 12:14, 14:11, 17:7, 17:9, 17:20, 18:1, 18:2, 19:9, 21:12, 29:12, 30:17, 36:8, 40:15, 52:6, 55:1, 62:21, 62:23, 63:8, 65:14, 67:19, 69:23, 73:3, 73:16, 77:15, 79:13, 80:3, 80:5, 80:8, 80:18, 86:1, 86:4, 86:24, 87:22, 97:10, 106:20, 106:21, 107:11, 108:22, 111:12, 114:16, 119:5, 120:14, 120:15, 124:25, 131:14, 134:20, 136:4, 137:1, 137:25, 138:17, 139:8, 143:5, 143:6, 143:14, 144:25, 145:18, 151:17, 156:5, 156:11, 156:14, 158:7, 169:13, 169:22, 174:17, 175:12, 177:18, 182:2, 183:24, 184:24, 186:16, 188:13, 189:18, 202:7, 206:1, 207:10, 207:22, 211:19, 213:1, 213:2, 214:16, 219:23, 222:13, 222:21, 224:5, 227:24, 228:4, 228:13, 228:15, 228:17, 232:25, 233:4, 235:14, 243:8, 246:11, 248:17, 250:24, 255:10, 255:13, 257:17, 260:15, 261:1, 261:9, 261:12, 261:23, 262:2, 263:21, 265:6

**THE** [396] - 1:1, 1:1, 1:3, 1:14, 1:19, 2:7, 2:13, 5:3, 5:6, 5:21, 6:13, 6:18, 6:22, 7:9, 8:22, 9:7, 9:11, 9:14, 10:9, 11:9, 11:12, 12:18, 14:5, 14:17, 15:23, 16:17, 16:23, 17:3, 17:8, 17:10, 17:14, 17:20, 17:22, 17:23, 18:1, 18:4, 18:7, 18:9, 18:11, 18:15, 30:3, 30:6, 30:11, 30:15, 30:21, 31:2, 31:5, 35:12, 35:18, 36:4, 36:10, 36:14, 36:17, 36:18, 36:19, 36:20, 36:22, 36:23, 60:25, 61:5, 61:21, 61:25, 62:6, 62:9, 62:11, 62:13, 64:1, 66:8, 66:18, 66:22, 67:11, 68:4, 68:9, 68:10, 69:2, 69:8, 69:16, 70:4, 70:18, 70:20, 71:2, 71:4, 71:6, 71:7, 71:10, 71:22, 71:24, 72:9, 72:12, 72:15, 72:22, 72:24, 73:14, 73:20, 74:13, 76:1, 76:11, 76:24, 77:2, 77:14, 78:5, 78:13, 78:19, 78:21, 79:21, 79:24, 80:20, 80:23, 81:2, 81:4, 81:11,

81:17, 81:20, 81:22, 84:8, 84:12, 84:15, 84:19, 84:21, 84:24, 84:25, 85:2, 85:5, 85:8, 85:12, 85:14, 85:15, 85:18, 85:20, 86:1, 86:2, 86:4, 86:5, 86:6, 86:9, 86:11, 86:12, 86:15, 86:16, 86:21, 86:24, 87:5, 87:7, 87:11, 87:12, 88:21, 89:3, 89:8, 89:10, 89:11, 89:16, 89:18, 90:1, 90:6, 90:14, 104:23, 105:6, 115:24, 123:20, 124:5, 124:15, 126:20, 126:23, 127:23, 128:12, 128:18, 129:4, 132:1, 137:10, 137:16, 138:1, 138:19, 139:3, 139:5, 139:10, 140:7, 140:15, 140:18, 141:7, 143:2, 143:5, 143:12, 144:4, 144:10, 144:15, 144:23, 147:17, 147:20, 148:1, 148:13, 148:25, 149:4, 149:11, 149:19, 149:23, 150:4, 151:6, 151:8, 154:17, 155:7, 155:10, 155:19, 155:25, 156:7, 156:16, 156:23, 157:17, 158:3, 158:7, 172:25, 173:24, 174:5, 174:19, 175:3, 175:12, 175:20, 176:15, 177:6, 177:23, 178:22, 179:4, 179:8, 179:14, 179:22, 180:16, 182:6, 182:11, 182:14, 183:2, 183:5, 183:11, 183:21, 183:24, 184:3, 184:8, 184:17, 184:24, 185:5, 185:18, 186:6, 186:11, 186:16, 186:20, 186:22, 187:13, 187:17, 188:17, 188:22, 189:4, 189:17, 189:22, 190:1, 190:9, 190:14, 190:17, 191:9, 191:19, 191:22, 192:8, 192:14, 192:19, 192:23, 200:3, 200:12, 200:18, 201:7, 201:14, 201:21, 201:25, 202:4, 202:16, 202:21, 202:24, 203:10, 204:13, 204:24, 205:5, 205:10, 205:21, 207:18, 208:6, 208:21, 209:4, 209:6, 209:13, 209:19, 209:23, 210:6, 211:24, 212:6, 212:11, 212:14, 213:5, 213:13, 215:16, 215:18, 215:22, 216:14, 216:18, 216:24, 217:10, 217:22, 218:4, 218:8, 218:11, 218:24, 221:12, 222:8, 222:15, 223:8, 227:18, 227:24, 228:13, 228:15, 229:16, 230:12, 230:17, 230:24, 233:11, 234:25, 235:8, 235:11, 235:22, 236:4, 236:15, 236:21, 239:6, 239:8, 239:14, 240:3, 240:7, 240:16, 242:15, 242:23, 243:1, 243:5, 243:15, 244:13, 245:2, 245:5, 247:2, 247:9, 250:2, 251:3, 251:6, 251:11, 251:17, 251:24, 252:3, 252:9, 252:15, 252:19, 255:9, 255:14, 256:1, 256:12, 256:17, 257:9, 257:18, 257:24, 258:5, 258:10, 258:15, 258:23, 259:3, 259:14, 259:21, 260:2, 260:13, 260:20, 260:22, 261:18, 263:2, 263:8, 263:11, 263:20, 263:23, 265:17, 265:19, 269:6, 270:5, 270:24, 271:3, 271:11, 271:19, 273:2, 273:5, 273:8, 274:7, 274:14, 274:20, 275:1, 275:23, 276:1, 276:4, 276:14

**their** [164] - 8:9, 8:11, 8:16, 11:6, 11:17,

11:21, 22:13, 25:6, 26:9, 26:10, 26:11, 26:12, 29:11, 34:11, 35:9, 35:21, 36:11, 38:4, 38:20, 42:2, 44:6, 47:7, 48:21, 50:19, 54:15, 54:17, 56:3, 56:24, 57:5, 57:8, 57:11, 59:10, 82:6, 83:8, 91:12, 91:13, 91:19, 91:20, 91:22, 92:1, 93:8, 93:9, 93:24, 94:6, 94:13, 95:9, 96:22, 97:12, 97:15, 98:11, 98:18, 98:19, 100:2, 100:4, 100:5, 100:10, 100:18, 100:23, 101:3, 101:21, 102:2, 102:16, 103:8, 103:16, 103:25, 104:6, 104:12, 104:14, 114:24, 115:2, 116:8, 122:12, 127:16, 127:20, 128:16, 128:22, 128:23, 129:8, 131:2, 131:10, 133:6, 133:13, 134:4, 141:15, 142:18, 145:1, 150:13, 151:2, 152:16, 156:2, 158:20, 158:21, 172:12, 191:13, 195:8, 195:11, 195:25, 212:1, 212:19, 215:9, 218:21, 221:7, 221:15, 221:22, 221:25, 222:4, 224:7, 225:3, 229:6, 229:7, 229:12, 232:4, 232:22, 233:7, 234:10, 234:13, 234:14, 236:23, 236:24, 237:11, 237:20, 237:22, 237:23, 238:10, 238:15, 238:20, 239:3, 239:4, 241:10, 242:9, 243:15, 243:25, 244:1, 246:4, 246:5, 246:16, 246:24, 246:25, 247:1, 247:20, 247:21, 247:23, 248:16, 248:20, 249:22, 249:23, 250:17, 254:22, 266:17, 268:25, 270:4, 275:14

**them** [115] - 6:2, 12:21, 19:6, 32:20, 38:20, 43:17, 68:5, 68:6, 68:7, 68:15, 73:1, 85:16, 91:24, 96:14, 101:6, 101:7, 102:16, 102:21, 103:9, 103:17, 103:18, 103:25, 104:13, 104:14, 104:15, 106:15, 108:11, 108:12, 113:5, 114:15, 122:14, 126:1, 126:2, 126:3, 135:11, 135:12, 135:19, 136:15, 140:9, 141:10, 141:15, 142:9, 147:1, 147:5, 147:10, 156:14, 158:25, 163:22, 163:24, 164:10, 170:10, 170:14, 173:25, 174:13, 176:23, 176:24, 188:1, 197:13, 197:14, 197:15, 200:23, 203:4, 215:21, 215:25, 216:3, 216:4, 216:21, 216:24, 217:3, 217:4, 217:11, 217:12, 217:13, 217:24, 218:14, 218:15, 218:23, 221:21, 221:25, 222:1, 222:8, 224:13, 226:20, 229:9, 230:24, 231:3, 231:23, 232:1, 232:2, 234:24, 236:9, 237:9, 238:10, 238:14, 243:19, 244:11, 244:12, 246:5, 246:13, 246:22, 246:25, 248:24, 249:6, 249:16, 250:16, 253:18, 255:16, 257:13, 267:7, 268:14, 269:21

**themselves** [18] - 19:16, 24:17, 24:18, 25:2, 25:18, 28:25, 99:4, 115:20, 129:22, 161:3, 226:25, 234:14, 253:2, 255:1, 255:6, 255:18, 255:21, 255:22

**then** [137] - 10:20, 12:10, 12:12, 13:11, 13:18, 13:19, 19:24, 25:18, 25:24,

36:2, 37:17, 40:2, 40:7, 40:11, 41:20,
47:16, 47:20, 48:8, 51:8, 52:7, 52:15,
52:21, 52:23, 53:4, 53:9, 53:14, 54:6,
54:21, 55:15, 55:17, 56:22, 56:24,
61:4, 66:19, 66:23, 68:6, 69:3, 71:4,
72:16, 82:21, 83:25, 85:10, 86:14,
89:18, 90:20, 93:2, 98:22, 102:22,
106:3, 109:4, 109:19, 109:20, 110:7,
111:18, 111:20, 111:24, 111:25,
112:2, 112:13, 113:1, 113:8, 113:18,
115:6, 116:12, 116:13, 117:5, 118:3,
119:2, 119:6, 120:15, 121:8, 122:4,
124:2, 124:16, 126:3, 129:8, 130:13,
132:8, 132:15, 136:9, 138:2, 146:2,
146:8, 149:8, 149:18, 151:2, 156:3,
156:24, 157:18, 158:7, 160:11,
161:12, 161:20, 162:19, 168:18,
171:7, 173:25, 174:5, 174:6, 177:10,
177:11, 179:9, 180:23, 181:21, 182:5,
183:10, 185:5, 198:13, 199:5, 207:13,
207:17, 209:1, 209:10, 213:7, 216:24,
221:25, 224:2, 227:25, 228:7, 229:2,
231:2, 240:16, 240:21, 245:6, 247:19,
250:15, 250:21, 257:11, 259:16,
261:6, 262:14, 263:2, 265:20, 268:15,
274:10

**theorizes** [1] - 152:14
**theory** [7] - 22:13, 222:4, 225:1, 242:9,
246:24, 247:2, 270:4
**there** [338] - 6:3, 6:4, 6:20, 7:13, 8:5,
8:13, 10:7, 10:15, 11:13, 11:23, 12:8,
12:11, 12:23, 13:2, 13:16, 13:19,
13:21, 14:9, 15:4, 15:7, 15:11, 15:14,
15:16, 18:14, 39:20, 42:11, 46:3,
46:11, 47:9, 47:13, 49:2, 49:10, 49:17,
50:12, 50:23, 54:4, 54:20, 56:10,
56:13, 57:14, 57:17, 58:3, 59:12, 63:6,
63:10, 63:12, 63:14, 66:3, 70:1, 71:7,
73:2, 75:1, 75:20, 75:22, 76:4, 76:18,
77:20, 82:3, 82:7, 82:11, 82:16, 82:20,
84:16, 85:17, 85:22, 86:17, 86:23,
86:24, 96:22, 97:15, 97:17, 98:24,
100:11, 100:14, 101:21, 104:7,
106:25, 107:2, 110:17, 112:6, 112:20,
114:5, 114:17, 115:5, 115:15, 116:5,
116:16, 118:12, 119:8, 120:11,
120:12, 120:13, 121:11, 122:4, 122:5,
122:13, 124:3, 124:23, 131:4, 131:6,
133:14, 133:22, 135:24, 136:1, 136:2,
136:5, 137:12, 138:6, 138:16, 138:25,
139:15, 139:23, 139:25, 141:24,
142:3, 142:13, 142:16, 143:20, 144:8,
144:24, 145:4, 146:17, 147:2, 148:5,
149:6, 150:17, 151:24, 152:10,
154:19, 156:1, 156:10, 156:13,
157:21, 159:9, 160:11, 161:2, 161:16,
162:4, 165:22, 166:21, 167:1, 167:2,
167:24, 168:15, 168:19, 168:21,
170:3, 170:11, 170:23, 171:14,
172:22, 173:5, 173:22, 174:19,
174:21, 175:14, 175:15, 175:21,

176:24, 177:10, 177:12, 177:14,
177:19, 178:8, 179:14, 179:15,
179:19, 181:3, 181:5, 181:6, 181:19,
182:3, 182:5, 182:21, 183:6, 183:25,
184:3, 184:13, 185:10, 186:5, 187:1,
187:10, 187:12, 187:14, 187:19,
188:15, 191:6, 192:9, 192:10, 194:23,
194:24, 195:11, 195:16, 196:20,
197:24, 197:25, 198:8, 198:9, 198:11,
198:14, 198:19, 199:16, 201:5,
201:19, 202:6, 202:7, 202:19, 203:15,
204:9, 204:13, 204:15, 205:1, 205:8,
206:16, 207:4, 208:22, 209:10,
209:13, 210:6, 210:14, 210:17,
210:19, 212:3, 212:5, 212:21, 212:24,
213:10, 213:23, 215:22, 216:7,
216:22, 217:14, 220:21, 220:23,
221:14, 221:16, 221:17, 221:25,
222:1, 222:18, 222:19, 222:20, 223:2,
223:3, 223:12, 223:14, 223:19,
223:20, 224:3, 224:7, 224:10, 224:24,
225:12, 226:5, 228:2, 228:7, 229:24,
230:5, 230:10, 230:13, 230:17, 231:8,
231:23, 232:2, 232:17, 232:19,
234:12, 234:23, 235:12, 235:19,
236:5, 236:7, 236:25, 237:6, 238:16,
239:25, 240:19, 241:5, 241:6, 242:8,
242:10, 242:22, 243:17, 243:18,
245:10, 246:21, 246:23, 247:10,
247:18, 253:1, 255:9, 255:12, 256:13,
256:14, 257:11, 257:16, 257:20,
258:18, 259:11, 260:4, 260:6, 260:25,
263:7, 264:23, 265:24, 266:6, 266:8,
266:12, 266:17, 267:5, 267:23,
269:18, 272:10, 272:17, 273:12,
274:4, 275:6
**there's** [9] - 12:3, 71:11, 189:4, 222:5,
229:9, 236:13, 247:5, 267:24
**thereby** [1] - 170:9
**therefore** [10] - 108:17, 146:17, 148:2,
154:2, 160:16, 162:10, 163:25, 166:8,
166:18, 172:18
**therefrom** [1] - 199:4
**these** [203] - 7:22, 9:23, 15:4, 21:19,
21:23, 22:12, 22:21, 23:2, 28:21,
28:24, 30:2, 32:1, 32:14, 51:5, 68:4,
69:24, 74:11, 79:10, 90:25, 94:11,
94:21, 96:12, 96:15, 96:17, 97:8,
97:13, 97:21, 98:22, 99:7, 99:17,
101:11, 102:8, 102:10, 104:16,
110:16, 112:7, 117:11, 124:1, 124:9,
129:16, 129:19, 129:24, 130:11,
131:19, 132:7, 132:8, 133:25, 134:16,
134:23, 135:16, 135:22, 141:13,
142:8, 142:17, 143:12, 143:13, 144:1,
145:13, 145:15, 145:17, 147:2, 147:3,
151:16, 152:1, 158:23, 161:2, 161:3,
161:8, 162:2, 162:6, 162:7, 162:10,
167:3, 169:21, 170:12, 170:17,
171:16, 173:20, 176:9, 176:10,

184:12, 189:2, 189:24, 193:11,
193:14, 193:16, 193:22, 193:23,
193:24, 194:7, 194:11, 194:18, 195:1,
195:3, 195:9, 195:11, 195:12, 195:17,
195:18, 197:3, 197:5, 197:17, 206:24,
208:18, 211:12, 213:17, 213:18,
213:22, 213:25, 214:20, 215:8,
218:23, 219:2, 219:4, 219:5, 219:7,
219:9, 220:10, 220:12, 220:15,
220:20, 220:23, 221:2, 221:4, 221:5,
221:20, 221:22, 221:23, 221:24,
222:13, 224:14, 224:17, 224:25,
225:4, 225:5, 225:16, 226:14, 227:11,
229:6, 229:10, 229:16, 229:17,
229:20, 230:21, 231:12, 231:16,
231:22, 231:24, 232:6, 234:23, 235:6,
237:1, 237:2, 237:9, 237:15, 237:17,
238:2, 238:5, 238:9, 238:13, 239:2,
240:20, 240:21, 241:8, 241:16,
242:11, 242:14, 243:13, 243:22,
245:12, 245:14, 245:22, 246:2,
246:15, 246:20, 247:12, 247:13,
248:2, 248:4, 248:17, 248:18, 249:9,
249:20, 249:24, 250:10, 253:2, 253:9,
255:13, 256:24, 262:9, 269:25, 270:1,
270:2, 270:21, 271:16, 273:19
**they** [498] - 6:12, 6:14, 7:1, 7:2, 8:22,
10:2, 11:6, 11:13, 12:20, 13:1, 14:14,
19:24, 22:2, 22:4, 22:7, 23:3, 23:7,
24:22, 24:23, 24:24, 24:25, 25:1,
25:24, 26:5, 26:9, 26:10, 27:19, 27:20,
28:20, 29:5, 29:17, 33:19, 38:15,
38:18, 44:5, 44:6, 44:8, 47:13, 48:18,
50:9, 53:12, 54:16, 54:20, 54:22,
54:24, 54:25, 55:2, 55:9, 56:12, 57:6,
57:7, 74:21, 74:22, 76:15, 79:16, 80:6,
82:8, 82:20, 83:12, 83:13, 83:18,
83:19, 83:24, 84:1, 85:7, 85:8, 85:10,
85:15, 85:16, 85:21, 91:12, 91:16,
91:17, 91:25, 92:15, 93:5, 93:18, 94:2,
94:6, 95:11, 95:15, 95:16, 95:18,
95:19, 96:4, 96:10, 96:11, 96:16,
96:21, 96:22, 96:23, 96:25, 97:10,
97:11, 97:16, 97:17, 97:21, 97:22,
98:7, 98:9, 98:10, 98:19, 99:1, 100:1,
100:8, 100:9, 100:19, 101:11, 101:12,
101:15, 101:20, 102:5, 102:12,
102:13, 102:15, 102:17, 102:19,
102:20, 102:22, 103:8, 103:9, 103:10,
103:11, 103:13, 103:14, 103:15,
103:23, 103:24, 103:25, 104:5,
104:13, 109:11, 111:18, 111:19,
112:20, 112:21, 112:22, 113:24,
113:25, 114:5, 114:15, 114:25,
115:18, 115:19, 116:4, 116:7, 116:9,
116:10, 116:13, 117:4, 117:5, 117:9,
117:25, 120:20, 121:21, 122:12,
122:13, 124:22, 124:23, 125:14,
127:19, 127:25, 128:1, 128:3, 128:16,
128:19, 128:21, 128:22, 128:23,
129:1, 129:9, 129:10, 129:16, 130:19,

131:10, 131:16, 132:5, 132:6, 132:13,
132:15, 133:17, 133:20, 134:7,
134:20, 135:17, 135:18, 135:21,
137:3, 137:7, 137:22, 138:3, 139:20,
139:21, 139:24, 141:19, 142:4,
142:12, 142:13, 142:17, 144:6, 144:7,
147:10, 147:18, 147:24, 148:2, 148:3,
148:4, 148:6, 148:14, 148:15, 148:22,
150:4, 150:6, 150:11, 150:16, 151:2,
151:12, 152:15, 153:12, 153:17,
153:25, 154:7, 154:8, 154:9, 155:10,
155:20, 156:2, 156:3, 156:4, 156:11,
157:3, 158:1, 158:20, 159:10, 159:21,
160:20, 161:2, 161:3, 161:25, 162:9,
163:2, 164:20, 165:6, 165:13, 165:17,
166:14, 167:17, 168:5, 173:22, 174:6,
174:14, 174:15, 174:16, 174:17,
176:12, 176:13, 176:17, 178:4, 180:2,
180:8, 182:3, 183:13, 183:15, 184:13,
185:6, 189:5, 193:17, 193:24, 193:25,
194:22, 195:2, 195:7, 195:22, 200:13,
200:14, 200:16, 200:18, 200:19,
202:10, 203:1, 204:15, 205:15, 207:2,
207:5, 207:9, 207:11, 207:13, 207:20,
207:24, 208:2, 208:17, 210:4, 210:16,
211:5, 211:22, 211:24, 212:1, 212:4,
212:5, 212:7, 212:9, 212:25, 213:1,
213:2, 213:3, 213:5, 213:9, 213:16,
213:22, 214:20, 215:9, 215:10,
215:12, 215:19, 216:1, 216:13, 217:3,
217:4, 217:6, 217:10, 217:23, 217:25,
218:1, 218:5, 218:10, 221:8, 222:2,
222:5, 222:9, 223:6, 224:8, 224:17,
224:22, 225:8, 225:10, 225:12,
225:14, 225:22, 225:23, 226:7, 226:9,
226:15, 226:21, 227:19, 227:20,
229:9, 229:19, 229:20, 230:19,
230:20, 230:21, 230:25, 231:1, 231:2,
231:18, 231:19, 231:20, 232:1, 232:5,
232:6, 232:16, 232:18, 232:19, 233:1,
233:21, 234:2, 234:3, 234:12, 234:16,
234:21, 235:9, 235:15, 235:18,
235:20, 236:5, 236:9, 236:10, 236:11,
236:13, 237:4, 237:6, 237:7, 237:12,
237:17, 237:18, 238:3, 238:6, 238:9,
238:25, 239:11, 239:23, 240:1,
240:12, 240:13, 242:1, 242:5, 242:16,
242:24, 243:3, 243:10, 243:17,
243:18, 244:5, 244:15, 245:3, 245:7,
245:13, 245:14, 245:15, 245:18,
246:1, 246:3, 246:6, 246:10, 246:17,
246:19, 247:16, 247:23, 248:3, 248:8,
248:9, 248:13, 248:15, 248:21,
248:23, 248:25, 249:4, 249:13,
249:14, 249:15, 249:18, 250:3, 250:9,
253:10, 253:16, 253:19, 253:20,
253:22, 254:10, 255:19, 255:20,
257:7, 258:15, 259:23, 265:23,
265:24, 266:24, 266:25, 269:14,
269:24, 270:22, 272:18, 273:2,
273:15, 273:17, 275:6

they're [30] - 22:23, 30:7, 35:5, 85:17,
93:25, 98:13, 155:9, 155:12, 155:13,
157:6, 157:9, 157:10, 165:17, 165:18,
179:19, 184:15, 200:4, 211:5, 216:19,
219:20, 220:18, 226:1, 229:3, 236:2,
237:8, 238:1, 241:2, 243:4, 248:12,
257:5

they've [1] - 222:18

thing [17] - 104:23, 108:8, 131:7, 150:8,
168:25, 169:13, 169:23, 170:11,
177:3, 179:15, 188:3, 209:13, 237:12,
240:4, 241:2, 251:25, 269:11

things [24] - 6:6, 7:10, 46:14, 49:23,
53:6, 53:7, 57:19, 57:25, 58:6, 72:25,
100:15, 103:15, 112:18, 114:18,
116:18, 142:4, 163:8, 186:16, 186:23,
186:24, 202:10, 227:11, 228:10,
231:19

think [135] - 10:6, 10:7, 11:21, 13:15,
15:24, 18:1, 28:16, 41:1, 45:10, 49:10,
49:15, 53:16, 63:3, 65:15, 72:1, 72:2,
73:1, 73:15, 73:18, 75:8, 75:17,
100:16, 101:4, 102:13, 105:2, 124:15,
128:14, 138:19, 138:24, 149:20,
150:2, 150:10, 160:8, 173:10, 174:1,
175:9, 176:1, 176:2, 176:5, 176:7,
176:19, 176:20, 177:2, 177:3, 177:4,
179:1, 179:2, 179:10, 180:1, 180:20,
181:13, 181:18, 183:9, 183:10, 184:1,
184:9, 184:22, 185:21, 185:25,
186:14, 187:7, 187:8, 189:10, 189:11,
189:13, 189:15, 189:23, 190:7,
190:18, 192:1, 192:3, 192:4, 192:6,
201:19, 202:13, 202:18, 202:22,
203:11, 203:16, 203:20, 205:3, 205:5,
205:19, 205:22, 206:1, 206:3, 206:9,
206:14, 208:16, 208:19, 209:8, 209:9,
210:1, 210:22, 213:5, 218:5, 222:23,
223:16, 229:6, 229:8, 231:5, 239:14,
239:15, 240:5, 240:12, 240:17,
240:24, 240:25, 246:3, 252:6, 252:10,
252:12, 252:13, 257:19, 257:21,
258:8, 258:21, 259:1, 259:6, 259:17,
260:3, 264:8, 267:14, 267:22, 268:19,
269:1, 269:6, 269:12, 269:24, 272:25,
273:12, 273:24, 275:3

thinking [2] - 45:6, 103:11

third [4] - 10:15, 133:3, 153:13, 227:3

Third [1] - 153:18

Thirty [1] - 112:15

this [419] - 7:20, 8:3, 8:18, 8:25, 9:8,
9:15, 9:17, 9:21, 9:23, 10:1, 10:5,
10:8, 10:10, 10:19, 10:22, 11:9, 11:12,
11:20, 12:6, 13:1, 14:2, 14:25, 15:23,
16:4, 18:18, 18:21, 18:22, 18:25, 19:2,
19:7, 19:8, 19:9, 19:14, 19:20, 20:7,
20:13, 21:6, 21:18, 22:1, 22:9, 22:23,
23:17, 23:21, 23:24, 24:13, 24:19,
24:20, 25:11, 26:8, 26:13, 26:15,
26:20, 27:5, 27:9, 27:12, 27:22, 27:25,

28:2, 28:5, 28:10, 28:13, 28:15, 28:17,
28:18, 29:14, 30:1, 30:24, 31:9, 31:14,
31:25, 32:1, 32:2, 32:4, 32:11, 32:16,
33:4, 33:7, 33:12, 33:14, 33:15, 33:19,
33:24, 34:8, 34:15, 34:18, 35:4, 35:10,
35:24, 36:22, 39:8, 39:9, 40:19, 42:8,
43:20, 44:5, 44:8, 44:16, 44:25, 45:11,
45:22, 45:23, 46:24, 47:24, 49:12,
51:8, 54:2, 54:21, 56:16, 61:7, 61:9,
61:14, 61:15, 62:18, 65:15, 72:23,
76:22, 78:10, 79:25, 81:2, 81:13,
87:24, 91:16, 91:20, 92:5, 92:6, 92:7,
92:8, 92:10, 92:11, 93:23, 93:25, 94:5,
94:21, 94:25, 96:13, 96:14, 96:24,
97:16, 98:11, 98:20, 98:21, 99:4, 99:5,
99:9, 99:13, 99:15, 99:22, 99:24,
100:16, 101:4, 101:14, 102:4, 102:23,
102:25, 103:1, 104:17, 104:18, 105:4,
106:9, 106:10, 107:8, 107:14, 108:22,
108:24, 110:25, 112:4, 116:14,
116:24, 117:1, 117:22, 118:14, 119:4,
119:12, 120:1, 120:4, 121:1, 121:22,
122:6, 122:16, 123:1, 126:8, 127:6,
127:12, 127:17, 128:13, 130:17,
131:5, 132:5, 132:10, 132:11, 132:12,
132:24, 132:25, 133:9, 133:24, 134:4,
134:23, 134:24, 135:4, 135:6, 135:18,
135:20, 136:4, 136:6, 136:8, 136:10,
139:1, 139:13, 140:7, 140:13, 140:20,
140:23, 141:18, 142:7, 142:20,
144:19, 144:20, 144:21, 148:23,
151:12, 151:24, 152:5, 152:8, 152:9,
152:21, 153:11, 153:24, 154:2, 154:5,
154:12, 154:22, 155:2, 155:5, 155:20,
156:11, 157:5, 157:15, 158:15,
158:17, 158:22, 159:20, 160:1, 160:3,
160:12, 160:19, 160:22, 160:24,
161:3, 161:10, 161:13, 162:13, 163:6,
163:8, 163:18, 163:19, 164:5, 164:11,
164:23, 165:3, 165:6, 165:10, 165:15,
165:17, 166:9, 166:10, 167:16,
167:18, 167:19, 167:21, 167:22,
168:22, 169:1, 169:6, 169:8, 169:14,
169:23, 170:17, 170:23, 171:9,
171:19, 171:24, 172:23, 172:24,
173:14, 173:16, 173:25, 174:20,
174:25, 175:2, 175:16, 176:16,
176:17, 178:17, 178:19, 179:14,
180:1, 181:1, 183:21, 185:5, 185:9,
185:24, 187:20, 188:5, 188:9, 188:13,
188:21, 189:6, 190:22, 191:3, 192:1,
194:5, 195:24, 197:15, 198:22, 199:6,
199:19, 200:22, 200:23, 202:14,
203:2, 203:11, 203:16, 203:22,
205:25, 206:13, 206:19, 206:20,
206:22, 207:12, 207:24, 208:9,
208:22, 210:2, 210:23, 212:2, 213:15,
217:1, 217:25, 219:13, 219:25,
220:24, 221:22, 222:21, 223:22,
224:5, 225:19, 225:23, 225:25,
226:20, 226:24, 227:1, 229:20, 230:5,

233:20, 234:4, 235:5, 236:4, 236:19,
237:11, 237:14, 237:21, 237:23,
238:8, 238:19, 242:10, 243:11,
243:24, 244:18, 245:25, 246:8,
246:10, 246:16, 247:12, 248:7, 249:7,
250:7, 251:14, 252:5, 254:18, 256:13,
256:16, 256:24, 257:9, 261:16,
263:12, 263:16, 265:1, 265:6, 265:8,
265:13, 266:9, 266:13, 267:13, 268:4,
270:24, 274:9, 274:14, 274:23

**Thomas** [1] - 173:4

**those** [202] - 5:23, 19:3, 20:17, 20:25,
21:1, 21:4, 22:10, 22:14, 22:17, 23:20,
25:20, 27:10, 32:22, 38:8, 38:16,
38:21, 49:1, 53:2, 63:15, 70:9, 82:16,
83:4, 83:25, 85:23, 87:20, 89:4, 94:22,
95:7, 95:16, 95:20, 96:9, 97:4, 97:5,
97:6, 97:23, 99:2, 99:7, 100:24, 101:4,
103:7, 106:15, 106:19, 108:6, 108:13,
113:17, 113:21, 114:20, 116:14,
116:18, 118:4, 121:14, 123:14,
123:15, 125:6, 126:16, 126:24,
129:21, 129:22, 131:14, 132:15,
132:16, 135:8, 135:10, 141:24, 142:9,
142:25, 143:7, 143:24, 145:12,
147:17, 149:1, 149:23, 150:1, 152:25,
154:25, 155:8, 155:17, 156:23,
157:19, 162:11, 163:8, 170:8, 174:5,
176:18, 194:16, 197:13, 197:21,
201:8, 202:10, 202:25, 205:3, 205:9,
205:23, 205:24, 206:2, 210:1, 210:3,
212:15, 212:23, 214:7, 214:9, 214:24,
214:25, 215:11, 215:15, 215:16,
215:17, 216:6, 216:8, 216:23, 217:18,
217:21, 218:10, 219:15, 219:18,
219:24, 220:4, 220:7, 220:8, 220:19,
220:25, 222:1, 222:4, 222:6, 223:1,
223:3, 223:4, 224:3, 224:9, 224:12,
224:19, 224:21, 224:22, 224:23,
225:4, 226:8, 227:18, 228:21, 228:24,
229:3, 229:22, 229:23, 230:3, 230:6,
230:24, 231:7, 231:18, 232:7, 232:23,
233:13, 235:19, 239:14, 239:22,
239:24, 240:2, 240:10, 240:16,
241:13, 241:22, 242:6, 242:7, 243:19,
244:6, 246:18, 246:20, 247:7, 247:8,
247:14, 247:18, 247:21, 250:1, 250:3,
250:18, 250:20, 251:1, 252:10,
252:12, 252:13, 254:15, 257:6, 261:3,
262:8, 263:12, 263:14, 263:25, 264:2,
266:23, 271:13, 273:8, 273:9, 273:14,
273:21, 273:25, 274:2

**though** [10] - 57:6, 96:22, 108:8,
117:10, 134:10, 139:23, 158:24,
180:2, 233:12, 247:3

**thought** [6] - 6:25, 7:5, 85:1, 148:4,
156:24, 257:3

**thousands** [6] - 102:11, 145:24, 147:13,
161:17, 168:14, 232:10

**threat** [4] - 160:9, 181:24, 216:16,

248:22

**threatened** [1] - 159:17

**threatening** [1] - 34:17

**three** [18] - 12:19, 12:23, 17:20, 79:3,
79:17, 83:4, 88:6, 88:15, 90:19, 101:6,
101:7, 109:1, 109:10, 149:2, 149:23,
150:1, 236:6, 241:12

**three-and-a-half** [1] - 109:1

**threshold** [3] - 125:3, 130:12, 194:19

**through** [108] - 6:24, 7:7, 7:25, 9:21,
10:4, 10:23, 24:23, 26:13, 27:2, 28:18,
28:19, 34:10, 35:1, 35:10, 35:19, 39:3,
39:9, 40:5, 40:13, 40:14, 40:16, 41:15,
42:4, 42:23, 42:24, 44:1, 45:7, 46:25,
48:9, 48:22, 49:19, 54:9, 55:10, 56:22,
66:5, 68:13, 74:1, 75:8, 79:19, 83:20,
83:22, 85:11, 88:6, 88:9, 89:4, 91:1,
91:3, 91:17, 95:10, 100:5, 100:6,
101:23, 102:21, 103:20, 103:22,
104:16, 104:17, 105:1, 106:11, 109:5,
110:19, 115:13, 127:3, 128:7, 128:10,
130:11, 135:2, 153:13, 174:24,
190:11, 190:14, 190:15, 190:22,
190:24, 191:15, 194:2, 197:2, 197:3,
197:19, 207:1, 207:2, 207:6, 219:2,
219:21, 219:22, 219:25, 220:7,
221:10, 225:25, 227:19, 228:8,
228:19, 228:23, 228:24, 237:24,
238:15, 240:20, 243:3, 243:10,
243:11, 243:12, 243:22, 249:25,
250:14, 268:12

**throughout** [3] - 54:18, 87:24, 194:19

**Throughout** [1] - 92:19

**throw** [2] - 11:22, 151:8

**thrown** [2] - 96:22, 151:9

**thus** [2] - 106:8, 237:10

**tie** [3] - 145:1, 151:14, 225:10

**tied** [1] - 225:3

**ties** [1] - 119:25

**Tigers** [1] - 34:7

**time** [83] - 7:3, 7:19, 7:20, 10:22, 11:25,
12:6, 14:14, 20:19, 23:7, 25:12, 32:3,
32:5, 34:21, 35:25, 41:18, 42:16,
44:10, 44:22, 45:4, 45:18, 46:11,
46:23, 46:25, 47:12, 47:21, 48:5,
49:14, 50:1, 50:2, 50:6, 51:15, 55:11,
57:12, 57:17, 58:22, 59:16, 60:16,
60:25, 63:12, 64:20, 68:14, 82:20,
82:21, 88:16, 89:21, 117:20, 124:6,
136:9, 138:20, 139:6, 155:6, 157:14,
157:20, 158:4, 192:2, 192:4, 193:4,
193:5, 193:15, 194:10, 194:15,
214:13, 215:25, 220:9, 220:24, 222:7,
236:11, 236:25, 237:19, 240:14,
242:7, 242:22, 245:17, 245:19, 246:2,
247:22, 250:5, 250:8, 252:20, 262:23,
263:24, 275:23

**timeline** [1] - 52:15

**timely** [1] - 23:11

**times** [6] - 33:1, 41:21, 43:3, 43:4, 44:7,

83:25

**TIPTON** [1] - 1:14

**Title** [2] - 100:25, 193:7

**title** [2] - 119:2, 167:16

**titled** [1] - 118:25

**to** [1787] - 6:1, 6:2, 6:6, 6:11, 6:12, 6:21,
6:25, 7:2, 7:5, 7:11, 7:12, 7:13, 7:17,
7:18, 7:21, 7:25, 8:3, 8:4, 8:6, 8:7, 8:9,
8:10, 8:15, 8:17, 8:20, 9:2, 9:3, 9:8,
9:15, 9:20, 9:23, 10:3, 10:13, 10:16,
10:17, 10:25, 11:3, 11:9, 11:17, 11:20,
11:22, 11:24, 12:5, 12:6, 12:7, 12:8,
12:10, 12:13, 12:14, 12:17, 12:18,
13:3, 13:4, 13:15, 13:16, 13:21, 13:23,
14:8, 14:12, 14:13, 14:22, 14:25, 15:1,
15:3, 15:12, 15:13, 15:18, 15:20,
15:21, 16:1, 16:3, 16:4, 16:6, 16:11,
16:14, 16:18, 16:19, 16:21, 17:11,
17:13, 17:15, 18:5, 18:7, 18:10, 18:11,
18:12, 18:21, 19:2, 19:3, 19:5, 19:8,
19:11, 19:17, 19:18, 19:20, 19:22,
20:3, 20:11, 20:22, 21:1, 21:4, 21:5,
21:8, 21:19, 22:10, 22:20, 22:21, 23:6,
23:9, 23:15, 23:16, 23:22, 24:3, 24:4,
24:5, 24:7, 24:9, 24:10, 24:13, 24:15,
24:19, 24:25, 25:1, 25:2, 25:3, 25:5,
25:6, 25:8, 25:12, 25:13, 25:18, 25:19,
25:23, 26:3, 26:5, 26:10, 26:11, 26:14,
26:15, 26:16, 26:19, 27:10, 27:11,
27:25, 28:5, 28:11, 28:14, 28:22,
28:24, 29:1, 29:11, 29:20, 30:2, 30:6,
30:15, 30:19, 30:20, 30:24, 31:7, 31:8,
31:12, 31:25, 32:2, 32:4, 32:11, 32:13,
32:19, 32:20, 32:25, 33:1, 33:12,
33:13, 33:17, 33:19, 33:21, 33:24,
33:25, 34:3, 34:9, 34:13, 34:15, 34:20,
34:21, 35:1, 35:3, 35:7, 35:9, 35:15,
35:25, 36:21, 37:7, 37:11, 37:12,
37:13, 37:14, 37:16, 38:17, 38:18,
38:19, 39:7, 39:10, 39:12, 40:9, 40:10,
40:12, 40:16, 40:18, 41:2, 41:4, 41:8,
41:11, 41:19, 41:20, 41:22, 41:23,
41:25, 42:2, 42:5, 42:19, 43:4, 43:14,
43:15, 43:20, 43:25, 44:2, 44:9, 44:14,
44:15, 44:16, 44:17, 44:18, 44:19,
45:3, 45:4, 45:6, 45:7, 45:8, 45:9,
45:14, 45:18, 45:19, 46:5, 46:9, 46:10,
46:12, 46:17, 46:19, 47:2, 47:15,
47:19, 47:23, 48:6, 48:7, 48:8, 48:24,
49:7, 49:15, 49:24, 49:25, 50:2, 50:3,
50:4, 50:10, 51:1, 51:4, 51:20, 52:2,
52:3, 52:11, 52:13, 52:16, 52:17,
52:18, 52:21, 52:25, 53:1, 53:3, 53:5,
53:7, 53:8, 53:9, 53:10, 53:13, 53:14,
53:21, 53:23, 53:24, 54:2, 54:3, 54:4,
54:6, 54:11, 54:14, 54:16, 54:20,
54:22, 54:23, 55:1, 55:22, 55:25, 56:2,
56:11, 56:14, 56:17, 56:20, 56:23,
56:25, 57:3, 57:4, 57:5, 57:6, 57:8,
57:14, 57:16, 57:21, 57:23, 57:25,

58:3, 58:5, 58:7, 58:8, 58:9, 58:10,
58:21, 58:22, 58:25, 59:1, 59:10,
59:13, 59:16, 59:19, 59:22, 60:1, 60:2,
60:3, 60:7, 60:8, 60:9, 60:11, 60:12,
60:13, 60:14, 60:16, 60:17, 60:19,
60:20, 60:21, 60:24, 61:7, 61:9, 61:10,
61:11, 61:18, 61:23, 62:7, 62:12, 64:4,
64:21, 64:24, 65:2, 65:5, 65:8, 65:11,
65:14, 65:15, 65:16, 65:17, 65:20,
65:21, 65:24, 65:25, 66:6, 66:10,
66:11, 66:14, 66:19, 67:1, 67:2, 67:3,
67:4, 67:10, 67:14, 67:25, 68:19, 69:6,
69:10, 69:13, 69:20, 69:23, 70:2, 70:6,
70:9, 70:10, 70:14, 70:25, 71:3, 71:4,
71:11, 71:13, 72:1, 72:3, 72:6, 72:7,
72:16, 72:19, 72:20, 72:25, 73:1, 73:6,
73:7, 73:9, 73:15, 73:17, 73:19, 73:22,
73:25, 74:6, 74:8, 74:15, 74:24, 75:5,
75:6, 75:8, 75:11, 75:13, 75:14, 75:17,
75:21, 75:22, 76:5, 76:6, 76:19, 76:22,
76:25, 77:2, 77:7, 77:8, 77:11, 77:25,
78:7, 78:8, 78:9, 78:16, 79:1, 79:2,
79:11, 79:16, 79:19, 80:14, 80:16,
81:12, 81:13, 82:13, 83:14, 83:16,
84:6, 84:18, 84:19, 84:22, 85:4, 85:13,
85:22, 86:3, 86:7, 86:13, 86:22, 87:2,
87:3, 87:4, 87:6, 87:7, 87:8, 87:10,
87:17, 87:18, 87:23, 88:2, 88:6, 88:13,
88:14, 88:23, 89:1, 89:3, 89:19, 89:20,
89:21, 90:4, 90:8, 90:11, 90:18, 90:20,
90:21, 90:23, 90:24, 90:25, 91:1, 91:4,
91:12, 91:17, 91:18, 91:19, 91:24,
92:10, 92:15, 92:20, 92:22, 93:5, 93:6,
93:7, 93:17, 93:18, 93:19, 93:23, 94:1,
94:5, 94:6, 94:8, 94:10, 94:13, 94:16,
95:1, 95:9, 95:25, 96:4, 96:11, 96:15,
96:19, 96:23, 96:25, 97:4, 97:5, 97:7,
97:11, 97:16, 97:18, 98:3, 98:5, 98:7,
98:15, 98:16, 98:20, 98:22, 99:10,
99:14, 99:20, 99:21, 99:22, 99:24,
99:25, 100:1, 100:3, 100:8, 100:9,
100:11, 100:12, 100:16, 100:17,
100:20, 100:24, 101:2, 101:3, 101:11,
101:15, 101:20, 101:21, 101:22,
102:2, 102:4, 102:5, 102:9, 102:10,
102:11, 102:12, 102:13, 102:16,
102:21, 102:23, 103:3, 103:4, 103:5,
103:6, 103:10, 103:13, 103:15,
103:17, 103:24, 103:25, 104:5, 104:8,
104:12, 104:14, 104:15, 104:20,
104:21, 105:1, 105:8, 105:10, 105:15,
105:20, 105:25, 106:1, 106:5, 106:6,
106:7, 106:13, 106:14, 106:15,
106:16, 106:18, 106:19, 107:4,
107:10, 107:15, 107:17, 107:18,
108:2, 108:5, 108:16, 108:19, 109:2,
109:7, 109:10, 109:19, 109:21,
109:23, 109:25, 110:2, 110:3, 110:5,
110:11, 110:12, 110:13, 110:13, 111:7,
111:8, 111:16, 111:17, 111:18,
111:19, 111:21, 111:25, 112:13,

112:19, 113:3, 113:4, 113:5, 113:9,
113:13, 113:15, 113:19, 113:21,
113:23, 113:25, 114:6, 114:24,
114:25, 115:7, 115:8, 115:18, 115:19,
115:20, 115:22, 115:23, 116:2, 116:4,
116:10, 117:1, 117:4, 117:6, 117:12,
117:14, 117:18, 117:20, 118:9,
118:10, 118:16, 118:20, 118:21,
118:24, 119:11, 119:12, 119:21,
120:1, 120:2, 120:3, 120:4, 120:22,
120:24, 121:8, 121:9, 121:13, 121:19,
121:22, 122:1, 122:2, 122:3, 122:6,
122:11, 122:21, 122:24, 122:25,
123:8, 123:9, 123:15, 123:17, 124:7,
124:8, 124:11, 124:13, 124:14,
124:22, 124:23, 125:4, 125:7, 125:10,
125:11, 125:15, 125:16, 125:18,
125:25, 126:4, 126:8, 126:12, 126:13,
126:14, 126:18, 126:25, 127:7, 127:8,
127:9, 127:19, 127:20, 128:1, 128:2,
128:3, 128:6, 128:9, 128:19, 128:21,
129:3, 129:4, 129:5, 129:9, 129:15,
129:18, 129:19, 129:22, 129:23,
129:24, 130:14, 130:15, 131:5,
131:17, 131:22, 132:7, 132:12,
132:23, 132:24, 132:25, 133:1, 133:7,
133:16, 133:17, 133:21, 134:2, 134:8,
134:12, 134:16, 135:1, 135:7, 135:8,
135:10, 135:11, 135:12, 135:21,
135:22, 136:12, 136:21, 137:3, 137:4,
137:5, 137:8, 137:13, 137:14, 137:17,
137:21, 137:23, 137:24, 138:6, 138:9,
138:11, 138:15, 138:17, 138:19,
138:21, 138:22, 138:24, 138:25,
139:1, 139:3, 139:11, 139:13, 139:20,
140:3, 140:5, 140:8, 140:9, 140:13,
140:14, 140:18, 140:19, 140:21,
140:23, 140:25, 141:4, 141:8, 141:10,
141:15, 142:5, 142:8, 142:12, 142:24,
143:8, 143:15, 144:5, 144:6, 144:11,
144:19, 144:25, 145:1, 145:2, 145:3,
145:11, 146:7, 146:10, 146:11,
146:22, 147:1, 147:4, 147:6, 147:10,
147:12, 147:13, 147:15, 147:17,
148:4, 148:6, 148:7, 148:8, 148:9,
148:11, 148:20, 148:21, 149:1,
149:10, 149:11, 149:15, 149:17,
149:21, 149:24, 149:25, 150:6,
150:14, 150:17, 150:21, 150:24,
151:13, 151:14, 151:23, 151:25,
152:4, 152:12, 152:14, 152:19, 153:2,
153:5, 153:10, 153:11, 153:19,
153:20, 154:2, 154:4, 154:7, 154:8,
154:15, 154:20, 155:2, 155:17,
155:23, 156:5, 156:6, 156:9, 156:20,
156:21, 156:23, 156:24, 157:18,
158:3, 158:11, 158:15, 158:24,
158:25, 159:3, 159:17, 159:23, 160:1,
160:2, 160:5, 160:9, 160:10, 160:17,
160:18, 160:20, 160:23, 161:1, 161:3,
161:5, 161:8, 161:10, 161:13, 161:20,

161:22, 161:24, 162:1, 162:2, 162:9,
162:19, 163:3, 163:15, 163:19,
163:24, 164:8, 164:23, 165:11, 166:9,
166:13, 166:20, 166:25, 167:1, 167:2,
167:13, 167:18, 167:23, 168:6, 168:7,
168:8, 168:12, 168:16, 168:20,
168:22, 168:25, 169:3, 169:4, 169:6,
169:8, 169:16, 169:21, 170:1, 170:4,
170:6, 170:12, 170:20, 170:25, 171:5,
171:8, 171:9, 171:11, 171:13, 171:15,
171:16, 171:19, 172:6, 172:8, 172:12,
172:13, 172:16, 172:17, 172:20,
172:21, 173:8, 173:12, 173:17, 174:5,
174:7, 174:12, 174:19, 174:22,
174:23, 175:17, 175:22, 176:2, 176:4,
176:5, 176:11, 176:12, 176:23,
176:25, 177:3, 177:4, 177:25, 178:3,
178:4, 178:10, 178:11, 178:13,
178:16, 178:21, 179:4, 179:6, 179:10,
179:12, 179:15, 179:24, 180:1,
180:11, 180:23, 180:25, 181:1, 181:5,
181:6, 181:12, 181:16, 181:17,
181:19, 181:20, 182:15, 183:1,
184:10, 184:15, 184:20, 184:25,
185:1, 185:6, 185:21, 185:22, 185:23,
186:4, 186:12, 186:21, 186:22,
186:23, 186:24, 186:25, 187:2, 187:5,
187:11, 187:23, 187:24, 187:25,
188:1, 188:8, 188:10, 188:14, 188:17,
188:23, 189:2, 190:2, 190:19, 190:20,
190:21, 191:1, 191:3, 191:4, 191:5,
191:8, 191:10, 191:11, 192:3, 192:8,
192:12, 192:17, 192:21, 193:1, 193:2,
193:6, 193:8, 193:9, 193:15, 193:16,
193:25, 194:1, 194:2, 194:4, 194:7,
194:11, 194:13, 194:14, 194:15,
194:17, 194:20, 195:5, 195:11,
195:19, 195:23, 195:24, 196:2, 196:5,
196:7, 196:9, 196:12, 196:15, 196:23,
197:1, 197:2, 197:4, 197:5, 197:7,
197:9, 197:10, 197:12, 197:14,
197:17, 197:20, 198:3, 198:5, 198:6,
198:9, 198:10, 198:12, 198:15,
198:16, 198:21, 199:2, 199:3, 199:4,
199:12, 199:16, 199:21, 199:22,
200:4, 200:6, 200:9, 200:11, 200:16,
200:23, 200:24, 201:9, 201:16,
201:18, 202:5, 202:18, 202:25, 203:7,
203:8, 203:15, 203:17, 203:18,
203:19, 203:25, 204:3, 204:7, 204:8,
204:10, 204:12, 205:1, 205:6, 205:11,
205:22, 205:23, 206:1, 206:7, 206:11,
206:15, 206:16, 206:23, 206:25,
207:1, 207:10, 207:11, 207:20,
207:23, 207:25, 208:2, 208:14,
208:15, 208:23, 208:25, 209:2, 209:9,
209:10, 209:12, 210:5, 210:13,
210:16, 210:20, 210:21, 211:3, 211:8,
211:20, 211:22, 211:24, 212:1, 212:4,
212:16, 212:17, 212:22, 212:23,
213:6, 213:7, 213:8, 213:14, 213:18,

214:3, 214:6, 214:8, 214:23, 214:24,
215:3, 215:10, 215:13, 215:16,
215:17, 215:20, 215:23, 215:25,
216:3, 216:4, 216:6, 216:7, 216:8,
216:9, 216:13, 216:21, 216:23,
216:24, 217:2, 217:3, 217:5, 217:13,
217:15, 217:17, 217:19, 217:20,
218:6, 218:10, 218:14, 218:15,
218:21, 218:23, 219:1, 219:2, 219:4,
219:7, 219:11, 219:18, 220:10,
220:11, 220:17, 220:25, 221:3, 221:7,
221:9, 221:11, 221:13, 221:15,
221:21, 221:22, 221:25, 222:1, 222:5,
222:8, 222:9, 222:10, 222:13, 222:16,
222:21, 223:2, 223:5, 223:10, 223:17,
223:24, 223:25, 224:6, 224:16,
224:20, 224:24, 225:3, 225:8, 225:10,
225:11, 225:12, 225:13, 225:18,
225:22, 225:23, 226:4, 226:7, 226:8,
226:10, 226:12, 226:14, 226:15,
226:17, 226:19, 226:20, 226:21,
227:3, 227:6, 227:8, 227:9, 227:12,
227:14, 227:15, 227:16, 227:20,
227:23, 228:9, 228:10, 228:11,
228:12, 228:20, 229:4, 229:5, 229:6,
229:9, 229:13, 229:15, 230:1, 230:2,
231:20, 231:23, 231:24, 232:2, 232:4,
232:8, 232:11, 232:14, 233:1, 233:8,
233:25, 234:5, 234:6, 234:7, 234:9,
234:10, 234:12, 234:16, 234:19,
234:21, 234:23, 234:24, 235:1, 235:2,
235:11, 235:15, 235:16, 235:18,
235:19, 236:5, 236:6, 236:12, 236:23,
237:1, 237:3, 237:4, 237:7, 237:9,
237:12, 237:14, 237:17, 237:21,
237:22, 237:25, 238:1, 238:4, 238:9,
238:10, 238:12, 238:14, 238:17,
238:18, 238:19, 240:10, 240:13,
241:12, 241:18, 241:19, 241:22,
241:25, 242:2, 242:10, 242:11,
242:17, 242:18, 242:19, 242:20,
242:25, 243:3, 243:7, 243:16, 243:18,
243:19, 243:22, 243:25, 244:1, 244:4,
244:7, 244:9, 244:10, 244:11, 245:3,
245:9, 245:16, 245:20, 245:21, 246:2,
246:4, 246:8, 246:11, 246:12, 246:22,
246:25, 247:14, 247:17, 248:3, 248:9,
248:23, 249:2, 249:3, 249:10, 249:11,
249:16, 249:22, 249:23, 249:24,
249:25, 250:1, 250:2, 250:7, 250:9,
250:10, 250:12, 250:21, 250:23,
251:1, 251:4, 251:7, 251:8, 251:9,
251:10, 251:12, 251:13, 251:15,
251:18, 251:22, 251:23, 251:24,
252:4, 252:5, 252:8, 252:11, 252:16,
252:21, 253:2, 253:4, 253:11, 253:18,
253:19, 253:22, 253:23, 253:25,
254:2, 254:3, 254:5, 254:11, 254:16,
254:18, 255:3, 255:6, 255:23, 255:25,
256:10, 256:12, 257:12, 257:13,
257:16, 257:19, 258:8, 258:12,

258:13, 258:16, 258:20, 258:23,
259:1, 259:6, 259:8, 259:9, 259:12,
259:15, 259:19, 260:1, 260:3, 260:5,
260:9, 260:17, 260:23, 260:24, 261:9,
261:14, 261:16, 261:21, 261:24,
261:25, 262:8, 262:11, 262:12,
262:17, 262:20, 262:25, 263:3, 263:4,
263:8, 263:24, 264:5, 264:9, 264:16,
264:17, 264:23, 264:25, 265:2, 265:3,
265:7, 265:15, 265:20, 265:22,
265:23, 265:24, 266:11, 266:12,
266:22, 267:6, 267:13, 267:18,
267:20, 267:23, 267:25, 268:3, 268:5,
268:8, 268:10, 268:14, 268:15,
268:22, 269:4, 269:9, 269:17, 269:21,
270:1, 270:12, 270:13, 270:18,
270:19, 270:25, 271:1, 271:5, 271:9,
271:13, 271:19, 271:21, 272:2, 272:3,
272:5, 272:8, 272:13, 272:17, 272:23,
272:24, 273:6, 273:9, 273:14, 273:16,
274:3, 274:6, 274:19, 274:23, 275:8,
275:11, 275:14, 275:21, 275:24, 276:6
**to..** [1] - 190:8
**today** [26] - 6:5, 7:3, 8:2, 13:22, 14:9,
14:11, 17:15, 18:19, 19:5, 25:5, 32:9,
32:21, 35:3, 37:10, 89:4, 99:16,
105:14, 110:25, 190:13, 190:19,
190:24, 191:4, 194:24, 224:19, 235:1,
251:25
**together** [8] - 18:17, 56:10, 59:15,
80:14, 220:5, 226:8, 227:12, 232:13
**told** [6] - 39:5, 47:13, 52:1, 190:1,
257:25, 274:7
**tomorrow** [6] - 89:23, 174:14, 191:12,
251:18, 252:6, 275:24
**too** [5] - 30:20, 161:14, 192:11, 218:1,
251:12
**took** [13] - 25:11, 39:25, 45:25, 48:5,
49:6, 53:9, 57:20, 58:9, 88:6, 88:15,
116:25, 147:7, 220:13
**tool** [6] - 23:3, 92:24, 97:17, 115:3,
122:8, 122:14
**top** [3] - 10:20, 82:24, 119:1
**total** [12] - 26:25, 95:5, 95:12, 96:6,
96:17, 136:14, 136:15, 214:9, 220:4,
220:11, 228:24, 233:8
**totally** [1] - 120:20
**touch** [1] - 190:22
**touched** [1] - 56:4
**tout** [1] - 95:11
**town** [3] - 62:24, 63:4
**toy** [1] - 83:16
**trace** [4] - 199:22, 221:22, 221:25,
223:24
**traceability** [10] - 124:19, 125:5, 135:6,
161:14, 222:16, 223:9, 223:17, 230:9,
240:4, 240:11
**traceable** [4] - 222:13, 223:13, 231:24,
269:21
**traced** [2] - 223:5, 270:1

**track** [2] - 102:5, 238:1
**tradition** [3] - 198:3, 203:18, 204:10
**trafficking** [2] - 112:23
**transaction** [8] - 29:5, 153:1, 154:10,
155:1, 155:9, 226:5, 233:24, 234:4
**transcript** [1] - 276:19
**Transcript** [1] - 1:25
**transcription** [1] - 1:25
**Transformer** [1] - 83:16
**transition** [1] - 23:15
**translate** [1] - 238:18
**translating** [1] - 56:22
**translator** [1] - 58:15
**transport** [1] - 52:25
**transportation** [1] - 59:7
**travel** [30] - 24:4, 25:22, 51:10, 52:10,
52:18, 53:23, 54:11, 55:13, 63:10,
65:21, 65:25, 87:24, 88:9, 109:8,
111:3, 116:18, 117:5, 117:6, 117:12,
221:6, 226:21, 244:11, 248:9, 248:24,
253:22, 254:4, 254:5, 254:9, 254:18
**traveled** [8] - 41:25, 42:2, 47:2, 53:3,
53:5, 53:21, 66:5, 67:3
**traveling** [3] - 41:7, 44:5, 53:19
**travels** [2] - 109:19, 111:25
**treated** [1] - 164:10
**treating** [2] - 165:19, 180:5
**tremendous** [3] - 25:12, 32:19, 193:13
**TRIAL** [1] - 1:13
**trial** [23] - 7:4, 7:20, 7:21, 8:2, 9:3, 9:5,
10:2, 12:1, 13:21, 13:24, 14:10, 14:17,
14:18, 14:24, 15:1, 15:22, 16:1, 19:6,
134:8, 185:14, 190:13, 239:16
**Trial** [10] - 21:12, 21:13, 23:13, 29:3,
29:13, 29:22, 30:25, 31:15, 31:21,
276:10
**trials** [2] - 35:13, 35:14
**trickier** [1] - 258:21
**tried** [4] - 15:15, 66:6, 98:20, 225:23
**tries** [1] - 160:2
**trigger** [1] - 169:19
**triggers** [1] - 169:24
**trip** [2] - 53:18, 53:21
**triple** [1] - 237:25
**TRO** [1] - 177:10
**Trominksi** [1] - 257:2
**Trominski** [5] - 199:6, 256:21, 263:16,
271:25, 272:6
**tropical** [2] - 47:4, 82:4
**Trucking** [1] - 123:11
**true** [10] - 27:22, 28:2, 31:9, 94:9, 135:2,
158:7, 162:16, 189:8, 189:9, 239:21
**truly** [1] - 256:13
**trump** [1] - 108:2
**Trump** [3] - 149:16, 149:19, 149:20
**try** [6] - 15:1, 103:13, 181:16, 192:8,
211:4, 251:12
**trying** [22] - 11:22, 45:6, 45:7, 65:24,
72:7, 75:8, 75:11, 85:22, 96:11, 98:5,

101:15, 141:8, 149:24, 156:5, 176:11, 177:4, 179:10, 186:25, 207:20, 242:20, 252:20, 263:24
**Tumlin** [2] - 2:14, 5:18
**turn** [2] - 26:14, 124:6
**turning** [2] - 196:9, 213:14
**twice** [2] - 91:25, 92:22
**two** [66] - 15:13, 15:14, 24:7, 38:18, 43:12, 43:15, 49:3, 49:15, 52:24, 56:5, 60:23, 65:12, 65:17, 65:20, 66:4, 67:17, 67:20, 69:24, 77:9, 78:1, 79:3, 79:11, 80:21, 86:6, 86:14, 94:22, 99:2, 121:16, 124:3, 125:5, 125:9, 125:21, 127:18, 127:19, 127:25, 128:1, 128:15, 128:20, 128:23, 129:1, 129:8, 141:24, 162:22, 166:21, 171:16, 181:10, 186:7, 192:13, 210:1, 227:11, 231:18, 234:9, 234:15, 235:1, 235:12, 235:16, 235:23, 235:25, 236:1, 236:16, 247:6, 255:9, 260:4, 260:5, 260:6
**two-year** [9] - 86:6, 127:18, 127:19, 128:23, 129:1, 234:9, 234:15, 235:12, 235:16
**TX** [2] - 2:4, 2:22
**tying** [1] - 27:9
**Tyler** [1] - 173:21
**type** [14] - 153:1, 155:1, 198:3, 198:5, 200:24, 203:18, 206:6, 210:3, 210:23, 233:24, 275:12, 275:15, 275:17
**types** [2] - 206:24, 229:7
**typically** [6] - 13:25, 81:11, 106:12, 124:11, 198:5, 203:19

# U

**U.S** [22] - 2:9, 5:7, 15:6, 38:4, 58:1, 69:14, 109:4, 119:22, 120:13, 149:4, 157:15, 160:20, 177:24, 178:7, 182:15, 185:20, 189:17, 198:22, 200:21, 262:5
**U.S.-based** [2] - 24:19, 25:16
**U.S.C** [11] - 20:14, 92:16, 110:1, 110:21, 112:8, 116:22, 117:19, 121:1, 167:10, 260:7, 263:18
**UCLA** [1] - 3:2
**uh** [10] - 40:21, 44:23, 50:16, 68:9, 71:6, 74:25, 75:2, 75:19, 86:1, 86:11
**uh-huh** [10] - 40:21, 44:23, 50:16, 68:9, 71:6, 74:25, 75:2, 75:19, 86:1, 86:11
**Ukraine** [2] - 21:24, 241:14
**Ukraine/CHNV** [1] - 120:6
**ultimate** [7] - 254:7, 261:4, 261:5, 262:25, 271:7, 272:3, 272:4
**ultimately** [7] - 7:18, 28:19, 182:20, 197:14, 244:12, 254:6, 273:9
**un** [1] - 10:2
**unable** [2] - 41:22, 71:11
**unaccompanied** [8] - 28:8, 28:9, 133:23, 134:6, 134:10, 134:12, 237:3,
237:5
**unambiguous** [1] - 107:21
**unanimous** [1] - 182:17
**unaware** [1] - 15:2
**unbounded** [2] - 170:24, 171:14
**uncle** [2] - 33:22, 46:1
**uncomfortable** [1] - 187:3
**uncommon** [1] - 59:10
**uncompensated** [1] - 130:22
**undefined** [3] - 20:18, 21:4, 212:16
**under** [122] - 10:3, 12:21, 15:2, 22:13, 24:8, 24:23, 27:17, 35:13, 39:8, 44:25, 45:11, 74:7, 75:23, 76:6, 77:24, 78:10, 79:10, 91:11, 92:15, 94:24, 96:5, 96:7, 97:15, 98:9, 98:11, 98:18, 98:19, 99:24, 100:25, 104:1, 104:12, 105:15, 115:1, 115:5, 117:19, 118:5, 118:11, 118:20, 119:8, 123:18, 125:12, 126:16, 126:24, 127:7, 127:11, 127:13, 128:5, 128:25, 129:6, 129:7, 129:13, 132:2, 133:4, 138:2, 140:8, 140:20, 141:2, 141:6, 141:8, 141:10, 146:5, 146:19, 148:22, 148:23, 150:20, 150:25, 151:5, 157:12, 159:20, 162:16, 166:20, 166:22, 167:13, 167:15, 167:18, 168:5, 168:19, 169:7, 171:7, 171:20, 172:3, 172:22, 173:10, 173:23, 174:3, 174:24, 176:4, 177:16, 195:3, 211:21, 211:23, 212:6, 220:6, 223:15, 230:14, 234:13, 234:19, 234:22, 234:23, 236:18, 237:2, 243:12, 244:5, 253:11, 256:5, 260:5, 261:16, 262:6, 262:7, 262:8, 263:3, 263:4, 270:9, 271:2, 272:6, 273:6
**undergo** [3] - 25:3, 137:23, 138:15
**underlie** [3] - 22:17, 22:22, 22:23
**underlying** [3] - 99:23, 171:23, 211:18
**undermines** [2] - 97:1, 239:2
**understand** [30] - 13:5, 13:13, 14:19, 45:13, 48:7, 62:20, 67:16, 69:19, 71:1, 72:7, 73:5, 85:18, 85:21, 104:17, 127:24, 128:20, 129:10, 129:11, 137:16, 150:5, 156:16, 178:6, 184:24, 189:19, 201:15, 222:17, 223:9, 260:23, 273:9
**understanding** [26] - 10:11, 12:25, 17:4, 37:9, 37:11, 38:15, 38:16, 38:21, 47:10, 51:20, 70:5, 70:20, 70:23, 71:11, 72:11, 72:16, 73:7, 77:6, 77:13, 77:17, 77:19, 77:20, 86:9, 86:12, 88:2, 223:20
**understood** [7] - 21:8, 64:8, 65:11, 156:7, 156:14, 221:12, 222:8
**undertake** [1] - 175:17
**undertaken** [2] - 137:6, 174:24
**undertaking** [1] - 150:24
**undisputed** [2] - 26:22, 220:19
**undocumented** [5] - 27:16, 27:17, 27:24, 28:4, 163:21
**unequivocally** [1] - 24:14
**unexpected** [1] - 245:15
**unforeseen** [1] - 83:2
**unhappy** [1] - 207:15
**uniform** [3] - 187:11, 187:14, 187:21
**uniformity** [2] - 187:10, 187:15
**unify** [1] - 33:21
**uninsured** [1] - 152:18
**uniqueness** [1] - 178:3
**United** [164] - 20:10, 22:21, 24:3, 24:5, 25:24, 26:5, 27:18, 31:18, 34:20, 35:6, 38:18, 38:19, 39:22, 39:23, 40:12, 40:23, 50:1, 54:11, 54:23, 58:22, 59:17, 64:22, 65:2, 65:5, 65:18, 65:21, 65:25, 66:6, 66:15, 67:2, 67:4, 67:5, 69:10, 69:20, 70:2, 70:10, 70:14, 71:19, 73:19, 74:8, 75:7, 75:23, 76:7, 76:20, 77:8, 77:22, 77:25, 78:8, 79:2, 79:10, 79:11, 79:17, 79:19, 80:15, 80:16, 83:11, 83:16, 87:3, 87:10, 87:18, 90:25, 91:5, 91:21, 93:7, 93:15, 94:3, 95:2, 95:8, 96:12, 97:7, 98:8, 98:17, 98:23, 99:1, 99:11, 100:3, 101:20, 101:24, 102:6, 102:10, 102:12, 102:22, 103:18, 103:23, 104:1, 107:18, 108:23, 109:25, 111:7, 112:19, 114:8, 116:20, 117:6, 117:12, 117:14, 117:16, 119:25, 132:16, 152:12, 154:1, 187:22, 193:15, 193:19, 194:1, 194:4, 194:14, 210:13, 210:16, 213:18, 214:23, 215:10, 216:4, 216:8, 216:20, 216:22, 219:9, 220:6, 220:8, 220:14, 220:22, 220:23, 221:6, 221:8, 221:21, 223:21, 224:20, 226:13, 226:21, 227:1, 227:9, 227:14, 227:17, 228:4, 228:10, 228:11, 228:22, 229:1, 229:25, 231:15, 234:20, 234:21, 234:24, 235:18, 235:21, 238:11, 240:20, 243:4, 244:7, 245:16, 248:3, 248:9, 248:22, 249:1, 249:12, 249:24, 250:10, 250:12, 250:23, 254:5, 256:5, 270:8, 270:12, 275:22
**UNITED** [3] - 1:1, 1:6, 1:15
**Uniting** [3] - 21:23, 120:6, 241:14
**universal** [1] - 68:11
**University** [3] - 25:10, 38:10, 38:11
**university** [2] - 33:20, 67:22
**unlawful** [12] - 21:20, 22:11, 115:13, 123:19, 131:24, 132:8, 140:21, 150:22, 153:6, 155:20, 182:4
**unlawfully** [6] - 65:18, 65:22, 104:2, 132:17, 138:14, 174:7
**unless** [9] - 86:10, 105:21, 189:14, 189:23, 222:3, 235:18, 251:14, 252:1, 252:12
**unprotected** [1] - 132:3
**unquote** [1] - 170:24
**unrelated** [3] - 27:25, 28:5, 28:11
**unrest** [1] - 47:20

**unreviewability** [4] - 167:6, 169:3, 169:14, 169:16
**unreviewable** [6] - 167:3, 167:5, 168:15, 204:21, 257:11, 262:24
**unsafe** [1] - 216:3
**unsubstantiated** [1] - 26:18
**until** [7] - 13:19, 19:5, 65:5, 86:8, 87:6, 163:15, 241:11
**untimely** [5] - 8:23, 11:5, 11:13, 11:15, 11:17
**unusual** [1] - 140:4
**up** [64] - 5:4, 6:7, 7:7, 9:20, 10:4, 13:9, 17:23, 18:11, 19:4, 24:7, 36:21, 37:21, 38:18, 45:24, 46:2, 46:11, 53:4, 53:10, 56:17, 57:8, 59:10, 59:13, 61:4, 62:2, 62:5, 63:11, 64:4, 77:7, 86:23, 87:6, 87:8, 90:18, 90:24, 96:23, 103:16, 108:17, 118:11, 118:23, 123:8, 133:23, 156:9, 156:17, 161:1, 181:1, 183:1, 185:9, 190:8, 193:15, 200:6, 207:23, 212:16, 219:11, 245:14, 245:16, 247:1, 247:24, 252:21, 254:11, 255:3, 255:6, 268:17, 269:16, 271:13, 272:2
**updated** [4] - 6:24, 7:7, 9:19, 228:18
**updates** [1] - 9:8
**updating** [1] - 9:21
**upheld** [2] - 140:12, 185:15
**upon** [3] - 45:17, 52:20, 60:9
**uprising** [2] - 47:10, 82:13
**uprisings** [2] - 82:12, 82:16
**urgent** [25] - 20:23, 21:2, 69:13, 70:11, 70:21, 70:24, 74:9, 75:6, 75:22, 92:16, 93:3, 93:9, 93:14, 97:19, 99:19, 170:25, 171:17, 212:12, 212:19, 213:10, 254:1, 256:7, 256:14, 270:10, 272:20
**us** [16] - 6:15, 19:23, 23:23, 24:12, 32:11, 54:25, 55:10, 90:19, 97:8, 100:12, 152:2, 160:2, 194:15, 197:4, 215:10, 217:19
**usage** [1] - 130:20
**USCIS** [10] - 24:22, 25:3, 25:17, 26:3, 48:9, 58:18, 242:25, 244:3, 245:10, 253:18
**USCIS's** [1] - 49:18
**USCS** [1] - 248:6
**use** [32] - 8:6, 8:17, 12:14, 17:15, 59:4, 72:4, 92:20, 93:18, 93:24, 97:16, 104:6, 106:12, 115:4, 116:10, 122:9, 123:14, 133:23, 135:10, 135:12, 135:23, 146:1, 147:2, 147:4, 147:6, 160:4, 160:7, 192:21, 196:3, 198:10, 198:16, 204:7, 224:16
**used** [13] - 8:20, 19:11, 21:9, 100:23, 101:20, 104:19, 109:10, 119:11, 133:24, 134:12, 143:13, 179:20, 226:7
**useful** [1] - 10:6
**uses** [4] - 21:17, 22:12, 91:23, 93:12
**using** [12] - 17:11, 72:2, 90:11, 92:23, 106:22, 132:11, 145:3, 146:22, 148:19, 194:8, 248:16, 272:12
**utilize** [1] - 60:3

## V

**v** [41] - 5:7, 105:18, 106:3, 122:22, 123:5, 123:11, 136:25, 138:9, 139:9, 148:16, 148:20, 148:23, 149:4, 154:13, 157:15, 160:20, 168:23, 169:2, 169:13, 169:16, 170:22, 173:14, 177:23, 178:7, 181:23, 182:15, 185:19, 188:4, 198:22, 199:6, 199:18, 200:21, 252:18, 252:23, 256:21, 257:2, 261:22, 263:15, 269:6, 271:25, 272:6
**vacant** [1] - 50:11
**vacate** [6] - 173:17, 174:1, 176:4, 179:20, 179:24, 181:6
**vacated** [1] - 180:24
**vacating** [9] - 173:25, 174:8, 176:3, 176:6, 176:16, 177:5, 179:15, 179:19, 180:8
**vacation** [2] - 63:9, 63:10
**vacatur** [26] - 172:20, 172:22, 173:9, 173:15, 173:23, 174:13, 174:18, 175:3, 175:15, 175:20, 177:2, 177:8, 177:12, 177:15, 177:19, 179:15, 180:13, 180:21, 181:5, 181:9, 181:22, 182:5, 184:1, 184:4
**vaccination** [1] - 115:19
**vague** [3] - 69:15, 106:11, 273:13
**VALERIE** [1] - 1:9
**valid** [4] - 113:7, 131:21, 131:23, 177:1
**validate** [1] - 201:21
**validity** [2] - 113:7, 113:9
**validly** [1] - 141:21
**valuable** [1] - 73:20
**value** [4] - 14:21, 28:23, 97:8, 97:14
**Vanessa** [1] - 2:20
**vanessa.rivas@raicestexas.org** [1] - 2:23
**variations** [1] - 116:14
**varies** [1] - 43:2
**various** [8] - 7:2, 8:14, 87:16, 112:11, 210:17, 220:17, 253:16
**vast** [2] - 106:2, 216:9
**vehicle** [1] - 53:9
**vehicles** [2] - 59:9, 152:16
**Venezuela** [28] - 19:20, 24:3, 27:1, 33:22, 34:9, 34:24, 38:13, 39:2, 101:8, 117:9, 156:10, 156:14, 193:12, 193:19, 214:1, 214:4, 214:22, 217:17, 220:2, 241:9, 241:17, 241:19, 241:21, 241:25, 242:4, 249:3, 250:4, 258:16
**Venezuelan** [2] - 241:15, 241:18
**Venezuelans** [4] - 94:25, 95:15, 100:21, 215:5
**Verification** [1] - 128:7
**verification** [8] - 48:15, 48:19, 48:22, 85:11, 128:4, 128:11, 232:25, 233:3
**verified** [4] - 10:14, 10:17, 48:16, 48:17
**verify** [2] - 114:25, 128:9
**version** [1] - 259:7
**versus** [3] - 131:8, 139:15, 142:20
**very** [62] - 15:23, 40:19, 41:17, 43:11, 47:14, 50:24, 51:15, 54:19, 54:24, 56:2, 56:3, 57:3, 57:7, 58:2, 59:4, 59:5, 62:22, 63:15, 72:14, 74:2, 78:20, 82:7, 82:22, 82:25, 83:12, 83:15, 84:6, 89:8, 99:17, 103:1, 107:8, 109:15, 112:18, 112:24, 112:25, 113:2, 116:5, 129:21, 140:2, 140:3, 152:21, 160:23, 164:9, 164:10, 166:12, 167:1, 187:8, 189:19, 192:2, 192:9, 194:6, 216:5, 216:11, 249:8, 249:20, 252:1, 257:22, 265:21, 274:22
**Veteran** [1] - 101:16
**veto** [2] - 180:9, 180:10
**vets** [2] - 25:17, 244:3
**vetted** [3] - 85:3, 253:16, 253:18
**vetting** [12] - 25:3, 25:19, 25:21, 84:23, 243:23, 245:23, 246:2, 246:7, 248:5, 248:8, 248:19, 248:20
**via** [3] - 80:17, 83:19, 138:11
**VICTORIA** [1] - 1:2
**Victoria** [3] - 1:4, 58:3, 187:5
**victory** [1] - 96:13
**video** [3] - 5:25, 83:21, 83:22
**Vietnam** [1] - 22:8
**view** [11] - 43:16, 44:12, 44:13, 77:23, 91:22, 92:1, 98:9, 98:11, 98:18, 182:21, 184:5
**views** [1] - 206:17
**Vilma** [2] - 43:9, 82:24
**violate** [1] - 148:11
**violated** [1] - 266:24
**violating** [1] - 174:15
**violation** [1] - 97:6
**violence** [1] - 85:19
**Virginia** [2] - 106:3, 122:22
**virtually** [1] - 145:25
**visa** [45] - 91:8, 93:16, 101:21, 103:4, 103:5, 108:5, 108:20, 109:22, 109:24, 110:3, 110:4, 110:8, 110:15, 110:17, 110:18, 110:22, 110:24, 111:3, 111:21, 111:23, 111:24, 112:1, 112:7, 112:11, 112:13, 113:3, 113:4, 113:20, 114:4, 114:16, 114:20, 114:24, 115:7, 115:11, 116:21, 117:2, 117:4, 117:7, 117:10, 117:12, 117:14, 117:18, 123:2
**visa-free** [1] - 117:14
**visas** [13] - 98:1, 107:11, 112:10, 113:2, 113:7, 113:8, 113:10, 113:11, 113:23, 114:22, 115:16, 210:14
**visit** [3] - 41:20, 42:20, 65:8
**visited** [1] - 42:16
**visiting** [1] - 82:12
**visits** [1] - 42:19
**visual** [1] - 27:4

**voice** [4] - 42:24, 66:23, 83:20, 83:25
**void** [1] - 132:15
**volume** [2] - 165:3, 165:18
**VOLUME** [1] - 1:16
**vote** [1] - 149:7
**VS** [1] - 1:5

# W

**wages** [1] - 31:13
**wait** [4] - 66:22, 83:15, 101:21, 276:2
**waited** [2] - 26:11, 51:2
**waiting** [6] - 26:3, 26:6, 26:8, 41:2, 51:12, 93:16
**waived** [1] - 17:5
**waiver** [3] - 116:22, 117:10, 123:3
**wake** [2] - 18:11, 22:4
**walk** [3] - 105:1, 190:14, 217:2
**walked** [3] - 40:9, 55:10, 89:4
**walking** [2] - 190:15, 191:15
**wall** [4] - 154:14, 154:16, 154:20, 179:12
**WALTERS** [102] - 5:10, 6:10, 6:20, 6:23, 9:8, 9:12, 9:18, 17:7, 35:22, 89:17, 124:8, 124:18, 127:1, 128:3, 128:16, 128:22, 129:12, 132:4, 137:13, 137:20, 138:5, 138:24, 139:4, 139:8, 139:11, 140:10, 140:16, 140:22, 141:11, 143:3, 143:6, 143:14, 144:7, 144:14, 144:16, 144:24, 147:19, 147:21, 148:2, 148:15, 149:3, 149:6, 149:13, 149:20, 150:2, 150:10, 151:7, 151:9, 154:18, 155:8, 155:12, 155:22, 156:1, 156:15, 156:19, 157:1, 157:22, 158:6, 158:10, 173:1, 174:1, 174:6, 174:21, 175:8, 175:13, 176:1, 176:19, 177:7, 178:14, 179:1, 179:6, 179:10, 179:17, 180:1, 180:19, 182:8, 182:12, 182:23, 183:3, 183:9, 183:13, 183:23, 184:1, 184:6, 184:9, 184:22, 185:4, 185:8, 185:25, 186:9, 186:14, 186:19, 186:21, 187:7, 187:14, 187:18, 188:19, 188:25, 189:8, 189:23, 190:5, 191:18
**Walters** [5] - 2:2, 4:8, 5:10, 90:17, 90:21
**want** [49] - 13:20, 14:8, 15:1, 16:6, 17:14, 23:16, 30:15, 30:24, 40:18, 65:16, 72:3, 75:17, 77:7, 84:18, 88:23, 94:2, 97:10, 97:18, 97:22, 98:10, 99:21, 99:24, 102:12, 108:19, 115:22, 117:18, 140:18, 144:10, 157:18, 161:8, 179:4, 179:6, 191:3, 191:10, 200:6, 207:11, 212:1, 213:6, 217:3, 218:14, 225:18, 234:7, 251:18, 252:10, 257:16, 265:23, 268:8, 275:24
**wanted** [17] - 7:11, 7:12, 8:6, 14:13, 30:20, 41:19, 54:3, 69:19, 84:22, 87:8, 117:1, 204:3, 235:1, 236:11, 268:15, 274:23, 276:6
**wants** [6] - 89:1, 99:10, 103:24, 111:16, 257:12, 258:16
**War** [1] - 101:16
**war** [1] - 22:8
**ward** [1] - 192:20
**WARD** [143] - 5:13, 6:15, 16:14, 16:20, 17:1, 17:9, 17:17, 17:24, 18:2, 36:7, 191:21, 192:6, 192:12, 192:22, 192:24, 200:5, 200:15, 200:22, 201:11, 201:18, 201:23, 202:2, 202:13, 202:17, 202:22, 203:6, 203:11, 204:17, 205:3, 205:7, 205:19, 205:22, 208:4, 208:7, 209:2, 209:5, 209:8, 209:16, 209:20, 209:24, 210:10, 212:3, 212:9, 212:12, 212:15, 213:9, 213:14, 215:17, 215:19, 216:5, 216:15, 216:19, 217:6, 217:14, 218:3, 218:5, 218:9, 218:16, 218:25, 221:19, 222:12, 222:23, 223:16, 227:21, 228:2, 228:14, 228:16, 229:22, 230:16, 230:19, 231:4, 233:15, 235:4, 235:9, 235:14, 235:25, 236:10, 236:17, 236:22, 239:7, 239:13, 239:19, 240:5, 240:12, 240:17, 242:21, 242:24, 243:2, 243:6, 243:21, 244:17, 245:3, 245:7, 247:5, 247:10, 250:6, 251:5, 251:8, 251:15, 251:20, 252:1, 252:7, 252:12, 252:16, 252:22, 255:12, 255:16, 256:2, 256:16, 256:20, 257:1, 257:16, 257:19, 258:3, 258:6, 258:11, 258:21, 258:25, 259:5, 259:17, 259:23, 260:3, 261:2, 261:20, 263:6, 263:10, 263:13, 263:21, 264:8, 265:20, 269:8, 270:21, 271:1, 271:7, 271:12, 271:23, 273:4, 273:7, 273:12, 274:11, 274:17, 274:22, 275:2
**Ward** [3] - 2:8, 4:10, 5:14
**was** [323] - 7:10, 7:13, 7:22, 8:5, 8:12, 10:3, 10:9, 10:12, 10:15, 11:13, 11:16, 11:18, 12:14, 12:20, 12:23, 13:1, 13:7, 13:8, 15:7, 15:16, 15:21, 16:9, 20:15, 20:20, 37:20, 40:4, 40:5, 40:25, 41:3, 41:12, 41:21, 41:23, 42:9, 42:10, 42:11, 42:16, 42:17, 44:4, 44:22, 45:1, 45:2, 45:3, 45:5, 45:6, 46:1, 46:8, 46:11, 46:18, 46:20, 47:9, 47:12, 47:13, 47:20, 47:25, 48:3, 49:2, 49:9, 50:11, 50:21, 50:23, 51:9, 51:15, 51:17, 51:19, 51:25, 52:9, 53:4, 53:17, 53:19, 53:23, 54:7, 54:18, 54:20, 55:15, 56:2, 56:3, 56:9, 56:10, 56:17, 56:23, 57:2, 57:3, 57:4, 57:14, 57:19, 58:2, 58:3, 58:7, 58:10, 58:16, 59:3, 59:13, 64:18, 64:21, 64:23, 65:1, 65:8, 71:8, 72:1, 75:1, 75:3, 75:13, 75:20, 76:4, 76:14, 76:18, 81:4, 82:7, 82:11, 82:12, 82:15, 82:19, 82:20, 83:13, 84:16, 84:21, 85:1, 85:3, 85:23, 88:4, 88:8, 88:9, 88:18, 89:1, 92:1, 93:19, 95:11, 101:19, 101:21, 102:24, 104:25, 118:24, 122:17, 123:22, 136:16, 136:20, 136:22, 137:5, 138:13, 139:17, 139:22, 140:2, 140:3, 141:18, 141:21, 141:24, 142:6, 142:22, 142:23, 142:24, 143:7, 143:12, 143:16, 144:16, 147:20, 147:21, 147:23, 148:5, 148:8, 148:13, 148:19, 148:23, 148:24, 149:7, 149:16, 149:18, 150:12, 150:18, 150:22, 150:24, 151:4, 152:10, 153:21, 154:14, 155:22, 155:23, 156:5, 156:9, 157:2, 157:20, 158:16, 159:6, 160:24, 162:6, 163:10, 163:23, 164:1, 165:4, 165:5, 165:10, 165:13, 166:1, 166:10, 166:15, 167:23, 168:15, 171:9, 171:13, 171:14, 172:18, 174:2, 175:12, 175:15, 175:20, 177:5, 177:7, 177:9, 177:10, 177:12, 177:16, 177:19, 177:22, 178:5, 178:7, 178:8, 179:11, 179:12, 181:5, 181:6, 182:17, 182:21, 183:18, 185:11, 185:12, 185:13, 185:16, 185:20, 186:5, 186:12, 188:9, 188:10, 188:12, 189:15, 189:20, 189:21, 191:14, 194:6, 195:13, 199:13, 199:16, 200:6, 200:10, 200:23, 200:24, 201:5, 202:19, 204:21, 205:1, 205:17, 206:9, 206:13, 207:21, 207:22, 207:23, 208:22, 213:21, 214:19, 214:21, 215:2, 219:12, 220:21, 221:21, 222:9, 223:2, 223:3, 224:10, 224:21, 229:24, 231:8, 239:9, 239:11, 239:16, 240:9, 240:19, 240:25, 241:11, 241:20, 242:1, 242:3, 242:8, 242:10, 242:12, 242:18, 243:17, 247:7, 248:4, 250:6, 251:3, 251:8, 256:24, 257:3, 257:10, 259:2, 260:17, 261:25, 262:19, 263:2, 266:18, 267:10, 269:10, 269:11, 272:16, 273:2, 273:17, 275:8, 275:10
**Washington** [14] - 1:22, 2:11, 37:20, 37:22, 39:18, 41:8, 46:13, 52:12, 53:3, 53:23, 58:18, 60:19, 81:3, 81:5
**wasn't** [14] - 11:15, 11:21, 12:22, 14:22, 52:3, 163:14, 190:2, 200:15, 201:25, 202:2, 264:21, 267:10, 267:11
**watched** [1] - 153:22
**watching** [2] - 5:24, 6:3
**wave** [1] - 81:5
**way** [63] - 33:12, 45:5, 45:8, 54:24, 57:5, 57:21, 59:20, 64:25, 65:2, 72:4, 89:2, 98:15, 102:24, 105:6, 106:22, 135:7, 135:21, 139:16, 154:9, 161:5, 164:14, 164:16, 164:17, 164:20, 165:22, 168:19, 169:15, 172:16, 176:25, 177:1, 180:2, 180:7, 181:6, 181:19, 182:3, 187:12, 200:16, 205:22, 206:1, 207:23, 220:18, 221:15, 221:25, 222:1, 222:4, 224:24, 228:25, 229:9, 238:8, 246:22, 247:25, 255:19, 257:20, 258:6, 259:7, 262:16, 268:12,

270:1, 271:6, 274:5, 275:17

**way..** [1] - 35:16

**ways** [17] - 42:20, 45:7, 83:8, 101:16, 118:8, 166:21, 202:14, 207:5, 208:14, 210:17, 226:1, 238:16, 247:6, 247:10, 257:17, 259:1, 260:4

**we** [339] - 5:24, 6:8, 6:24, 7:1, 7:3, 7:4, 7:5, 7:17, 7:20, 7:24, 8:1, 8:10, 8:12, 9:4, 9:9, 9:20, 9:22, 10:4, 10:6, 10:23, 10:24, 10:25, 11:20, 11:21, 11:22, 12:2, 12:4, 13:8, 13:9, 13:11, 13:20, 13:23, 14:7, 14:9, 14:10, 15:15, 16:4, 16:7, 16:17, 17:1, 17:10, 17:12, 17:16, 18:7, 18:13, 18:14, 19:2, 19:5, 19:6, 30:14, 30:16, 35:15, 35:19, 35:22, 35:25, 36:12, 37:17, 41:2, 41:18, 41:19, 42:4, 42:5, 43:10, 44:2, 44:8, 44:13, 47:24, 48:7, 48:14, 48:19, 48:24, 49:17, 49:20, 49:21, 49:25, 50:1, 50:2, 51:1, 51:5, 51:19, 51:22, 51:23, 51:24, 52:4, 52:5, 52:6, 52:7, 52:24, 52:25, 53:4, 53:8, 53:12, 53:13, 53:14, 53:25, 54:3, 54:16, 55:17, 56:10, 57:19, 57:24, 57:25, 58:5, 58:8, 58:16, 58:19, 59:2, 59:18, 59:21, 59:23, 61:4, 61:17, 61:23, 62:1, 62:2, 65:3, 65:7, 65:9, 76:24, 80:21, 81:4, 82:22, 85:11, 87:11, 88:13, 89:19, 89:22, 89:23, 90:1, 90:7, 90:18, 90:19, 92:6, 92:7, 92:8, 96:8, 96:9, 96:19, 96:24, 98:11, 98:20, 99:16, 99:21, 100:8, 100:10, 101:25, 102:8, 102:14, 102:19, 102:24, 103:16, 105:5, 105:7, 105:25, 106:18, 109:14, 110:25, 112:4, 112:14, 120:3, 124:1, 126:18, 127:1, 127:2, 130:6, 131:17, 132:6, 132:8, 132:10, 132:24, 136:8, 137:14, 137:23, 140:16, 141:5, 141:15, 142:4, 144:2, 146:11, 147:12, 147:15, 148:12, 151:13, 151:23, 151:24, 151:25, 152:6, 152:25, 153:11, 153:25, 154:25, 156:20, 157:11, 157:13, 157:22, 157:25, 159:14, 159:25, 160:4, 160:7, 160:15, 161:12, 162:1, 162:2, 162:3, 162:10, 162:11, 162:19, 163:6, 163:25, 169:8, 170:1, 171:20, 174:20, 176:22, 176:25, 177:20, 178:11, 184:18, 185:2, 187:17, 190:11, 190:12, 190:22, 191:3, 191:7, 191:9, 191:11, 191:12, 191:22, 192:2, 192:15, 194:5, 194:6, 194:9, 194:17, 197:6, 197:14, 200:11, 200:24, 203:8, 203:13, 204:5, 206:14, 206:19, 207:25, 208:1, 209:18, 209:24, 211:11, 216:5, 216:20, 217:15, 222:24, 224:11, 225:7, 225:23, 226:11, 229:6, 229:8, 229:17, 230:4, 230:6, 231:4, 231:11, 231:13, 233:15, 233:17, 234:11, 235:1, 236:19, 238:16, 238:21, 241:3, 241:4, 241:6, 247:7, 248:10, 248:12, 251:14,

251:17, 252:1, 252:9, 254:15, 257:13, 258:17, 258:22, 260:10, 263:6, 264:10, 264:13, 264:20, 264:22, 264:25, 266:2, 266:6, 269:23, 269:24, 272:4, 272:10, 272:15, 272:19, 272:21, 272:22, 272:24, 273:18, 273:20, 273:21, 273:22, 274:21, 274:24, 275:23, 276:6, 276:9, 276:10

**We're** [2] - 203:1, 236:5

**we're** [27] - 5:19, 9:16, 10:3, 10:24, 14:11, 17:23, 18:15, 47:16, 132:23, 144:11, 144:18, 144:19, 157:8, 157:24, 160:17, 176:17, 190:11, 190:19, 196:22, 196:25, 203:2, 209:16, 258:16, 264:9, 264:24, 275:12, 275:14

**weather** [1] - 58:3

**website** [5] - 12:15, 48:10, 49:18, 101:10, 134:4

**websites** [1] - 8:14

**wedding** [4] - 42:3, 42:18, 43:14, 53:22

**week** [9] - 43:3, 43:4, 51:9, 51:23, 52:7, 57:14, 61:14, 82:13, 208:13

**weeks** [5] - 49:10, 51:21, 65:12, 65:17, 65:20

**weigh** [2] - 195:21, 210:2

**weighed** [3] - 198:15, 203:19, 204:20

**weighing** [3] - 198:9, 204:10, 206:24

**weighs** [1] - 195:25

**weight** [1] - 204:19

**Welcome** [1] - 22:3

**welcome** [11] - 19:5, 32:10, 32:25, 35:9, 41:4, 44:9, 56:21, 56:24, 57:10

**welcomed** [1] - 44:6

**well** [118] - 8:22, 11:9, 13:20, 44:19, 46:21, 48:10, 48:19, 48:21, 49:17, 52:5, 53:1, 54:8, 55:17, 55:18, 56:10, 57:11, 67:10, 82:8, 83:2, 83:6, 85:9, 88:10, 96:23, 96:24, 100:8, 102:17, 102:18, 103:10, 103:16, 103:17, 104:13, 124:4, 124:18, 128:16, 128:22, 131:13, 136:5, 137:10, 139:8, 140:10, 140:18, 143:2, 143:3, 143:12, 147:21, 148:14, 149:3, 153:25, 155:7, 155:12, 155:19, 155:22, 157:22, 158:10, 161:6, 172:5, 173:1, 174:1, 174:6, 176:1, 176:19, 176:20, 177:7, 177:8, 179:6, 179:8, 179:10, 180:19, 181:14, 182:16, 183:11, 183:13, 183:23, 184:1, 184:6, 184:17, 185:8, 185:22, 185:25, 187:3, 188:17, 188:25, 190:5, 191:8, 191:24, 192:14, 195:10, 200:15, 201:11, 201:19, 201:20, 203:6, 204:7, 204:24, 205:7, 207:24, 208:20, 209:8, 217:6, 221:19, 225:17, 233:20, 238:23, 240:17, 246:6, 247:2, 247:5, 263:7, 263:10, 263:13, 264:8, 268:18, 270:21, 270:24, 276:1

**Well** [1] - 189:4

**Wenatchee** [1] - 37:20

**went** [19] - 35:19, 43:14, 51:22, 56:8, 57:16, 93:5, 93:18, 147:17, 149:6, 149:15, 153:13, 154:3, 156:21, 183:1, 202:25, 220:2, 238:2, 240:2, 241:9

**were** [131] - 6:4, 6:10, 6:11, 7:1, 7:25, 8:21, 8:22, 10:2, 11:5, 12:15, 12:19, 15:7, 15:11, 17:18, 26:25, 37:19, 41:2, 43:24, 44:5, 49:18, 49:20, 50:6, 50:7, 50:9, 51:16, 52:11, 52:25, 53:2, 54:22, 54:24, 54:25, 55:12, 55:14, 55:15, 56:20, 57:7, 57:17, 63:12, 63:15, 63:19, 64:9, 64:13, 73:1, 74:7, 74:24, 75:5, 75:22, 82:16, 82:17, 83:12, 84:25, 85:5, 87:2, 98:16, 100:20, 101:2, 104:24, 107:22, 123:14, 134:7, 137:22, 139:18, 139:20, 139:23, 139:24, 142:25, 143:7, 148:22, 150:6, 151:2, 154:7, 154:8, 155:11, 156:10, 156:24, 157:3, 159:9, 159:10, 161:3, 161:17, 165:6, 170:1, 173:11, 175:7, 181:3, 185:10, 190:19, 190:20, 192:10, 192:21, 193:16, 193:17, 193:25, 195:17, 199:13, 199:14, 205:15, 213:17, 217:6, 217:21, 220:10, 220:20, 228:7, 231:6, 231:8, 231:14, 237:1, 237:23, 238:3, 239:8, 240:1, 242:2, 243:13, 245:13, 245:14, 248:10, 248:17, 250:3, 250:7, 250:9, 250:20, 253:9, 253:10, 263:4, 264:1, 266:22, 266:25, 273:2, 274:24

**weren't** [5] - 122:18, 190:6, 202:10, 226:15, 233:13

**West** [2] - 106:3, 122:22

**Western** [1] - 23:9

**Westlaw** [2] - 112:15, 116:23

**what** [217] - 9:7, 9:16, 10:9, 10:23, 10:24, 11:17, 11:18, 12:9, 12:10, 13:14, 13:15, 17:22, 19:22, 19:23, 20:3, 20:6, 23:23, 30:11, 30:12, 32:13, 37:9, 37:13, 37:14, 38:2, 38:5, 38:15, 38:21, 42:8, 44:24, 46:4, 46:5, 47:18, 48:2, 48:7, 49:23, 50:6, 50:7, 52:3, 52:10, 52:14, 53:2, 56:18, 57:22, 58:12, 59:24, 60:11, 61:7, 61:9, 66:11, 68:7, 68:11, 68:17, 70:23, 70:24, 71:2, 71:3, 73:14, 73:18, 74:21, 77:13, 77:15, 77:16, 77:17, 77:19, 85:6, 85:7, 85:21, 86:16, 87:10, 88:2, 88:3, 89:1, 91:2, 91:12, 91:15, 92:1, 96:9, 97:16, 98:19, 101:25, 103:9, 104:4, 105:2, 106:21, 109:7, 110:1, 110:4, 111:15, 112:16, 113:3, 116:3, 117:1, 117:13, 118:19, 119:18, 124:15, 125:3, 128:14, 132:24, 133:18, 134:18, 137:16, 137:25, 139:8, 140:7, 140:15, 141:7, 142:5, 142:6, 143:2, 143:6, 144:25, 148:13, 151:13, 151:18, 151:23, 155:22, 156:5, 156:7, 156:14, 157:7, 163:19, 170:1, 172:7, 173:24,

174:5, 175:12, 175:22, 176:15,
176:19, 178:12, 180:13, 180:17,
182:23, 183:22, 183:23, 184:5, 187:1,
187:5, 188:13, 188:17, 188:23, 189:4,
189:17, 189:20, 194:20, 197:12,
200:3, 202:11, 203:3, 205:11, 205:12,
205:23, 205:25, 206:14, 206:15,
206:17, 207:8, 207:22, 210:15, 211:5,
214:19, 214:20, 215:16, 215:17,
216:1, 216:4, 216:24, 217:4, 218:15,
222:8, 222:21, 223:19, 223:20,
223:23, 223:24, 224:2, 224:13,
225:25, 226:3, 227:25, 229:23,
230:12, 231:11, 233:21, 235:14,
236:18, 248:11, 257:3, 257:10,
257:12, 257:25, 258:3, 259:24,
260:13, 260:17, 261:12, 262:18,
264:7, 264:22, 266:22, 269:15,
270:25, 271:19, 273:13, 275:4, 275:23

**what's** [4] - 9:1, 55:3, 162:6, 229:20

**whatever** [7] - 10:18, 64:24, 244:24,
247:16, 252:8, 262:21, 273:23

**WhatsApp** [2] - 42:24, 83:19

**whatsoever** [2] - 224:25, 246:19

**When** [1] - 203:23

**when** [120] - 7:1, 8:16, 9:19, 11:24, 13:8,
14:1, 14:8, 18:24, 20:14, 20:20, 21:9,
23:14, 28:22, 29:1, 29:5, 30:16, 39:12,
41:21, 42:11, 42:16, 42:17, 44:4, 46:8,
46:14, 47:12, 47:22, 47:25, 49:6, 49:7,
51:2, 51:3, 51:13, 60:7, 61:13, 63:12,
72:25, 73:21, 74:6, 81:3, 83:13, 83:18,
83:22, 84:25, 86:5, 88:5, 93:8, 94:16,
97:23, 97:24, 102:16, 102:23, 104:16,
106:1, 107:7, 112:14, 116:4, 131:22,
132:23, 140:4, 141:1, 143:22, 144:5,
144:10, 144:11, 145:17, 145:21,
152:5, 155:15, 158:13, 158:22, 159:6,
159:8, 159:14, 159:25, 161:15,
161:18, 163:23, 173:16, 173:19,
178:23, 179:18, 180:5, 180:25,
181:25, 190:3, 193:16, 193:25,
197:14, 202:4, 210:24, 211:11,
216:19, 224:22, 226:21, 233:25,
237:1, 242:19, 245:13, 249:10,
249:15, 250:2, 250:4, 254:10, 256:21,
256:22, 257:3, 262:19, 264:5, 264:24,
268:22, 270:15, 275:14

**whenever** [1] - 113:15

**where** [66] - 6:8, 8:8, 17:20, 35:14,
37:18, 37:21, 37:23, 38:8, 39:17, 40:4,
40:11, 41:7, 46:13, 52:23, 53:13,
56:13, 63:1, 85:17, 98:20, 98:21, 99:5,
126:14, 130:25, 136:8, 141:24, 142:3,
142:20, 152:8, 157:18, 159:17,
161:17, 165:13, 170:19, 177:4,
182:12, 191:12, 196:16, 197:9,
198:14, 199:22, 201:2, 204:9, 204:14,
209:20, 211:15, 215:11, 217:12,
217:25, 218:17, 222:24, 226:11,

234:2, 244:10, 245:10, 254:20,
261:10, 262:16, 263:17, 264:11,
266:14, 270:16, 271:14, 271:17,
272:10

**whereas** [3] - 142:11, 143:1, 180:8

**whereby** [1] - 87:9

**wherever** [1] - 104:15

**whether** [82] - 6:12, 26:5, 26:11, 65:1,
74:8, 74:14, 74:23, 75:13, 75:15, 76:4,
76:7, 79:1, 79:16, 80:13, 87:18, 102:6,
107:15, 109:21, 110:8, 114:15,
119:12, 139:15, 141:20, 143:23,
148:7, 148:23, 148:24, 149:17, 152:3,
152:6, 153:3, 154:14, 157:3, 159:4,
159:9, 160:12, 164:7, 164:8, 165:11,
166:12, 168:12, 171:9, 171:20, 173:9,
179:22, 179:23, 198:5, 199:10,
201:10, 203:14, 203:18, 206:4,
206:17, 208:17, 210:23, 212:17,
213:1, 213:2, 221:17, 226:9, 234:8,
236:2, 239:19, 244:4, 244:10, 252:18,
252:23, 253:9, 253:21, 254:13,
256:12, 256:13, 257:20, 260:14,
260:25, 264:18, 265:1, 266:3, 271:14,
271:20, 273:19

**which** [145] - 8:6, 8:20, 12:15, 12:16,
13:3, 13:12, 13:24, 15:15, 19:15,
19:20, 21:24, 21:25, 22:3, 22:15,
24:13, 24:19, 24:23, 27:23, 28:3,
29:11, 29:21, 31:15, 31:16, 31:20,
45:5, 47:17, 50:3, 50:11, 58:16, 58:18,
63:25, 73:23, 85:3, 85:11, 88:9, 91:3,
95:25, 98:3, 101:9, 106:6, 106:17,
109:15, 110:10, 111:6, 113:24,
114:14, 118:17, 121:17, 122:24,
128:8, 129:15, 129:21, 132:6, 134:14,
137:11, 141:20, 144:9, 154:3, 162:20,
164:12, 164:13, 165:13, 167:11,
167:13, 167:23, 171:6, 171:25, 172:2,
173:13, 178:5, 179:10, 188:10, 193:5,
193:8, 193:25, 195:7, 197:18, 199:9,
199:13, 199:14, 200:13, 204:25,
207:5, 208:12, 208:13, 210:17,
214:17, 217:3, 218:18, 221:14, 223:9,
224:11, 224:17, 226:1, 228:25, 233:6,
236:5, 237:9, 238:8, 238:14, 238:16,
238:24, 242:14, 244:16, 244:23,
246:8, 246:9, 247:6, 247:10, 247:13,
247:25, 249:7, 255:19, 257:6, 257:7,
257:20, 258:7, 259:1, 259:7, 260:4,
261:4, 261:16, 262:5, 262:10, 262:11,
262:15, 262:23, 263:25, 264:17,
265:3, 267:3, 268:4, 268:13, 271:25,
272:4, 272:7, 273:7, 273:25, 274:5,
275:16, 275:18

**while** [15] - 26:10, 41:2, 41:12, 58:2,
82:19, 88:8, 99:21, 101:17, 101:20,
159:2, 164:19, 208:4, 246:6, 247:22

**Whitman** [1] - 123:11

**Who** [1] - 120:12

**who** [125] - 5:24, 10:21, 18:19, 18:21,
24:3, 24:8, 24:18, 24:21, 25:4, 27:2,
27:11, 28:9, 28:18, 31:16, 32:10,
32:22, 33:17, 33:23, 34:16, 34:24,
35:8, 39:4, 39:10, 39:13, 40:7, 45:16,
50:13, 54:11, 55:12, 63:10, 63:22,
64:9, 64:13, 77:7, 82:25, 87:8, 90:25,
93:13, 93:16, 96:20, 97:4, 97:6, 99:15,
101:2, 102:12, 102:13, 103:20,
103:21, 104:2, 108:24, 109:20, 111:7,
111:16, 113:13, 115:2, 117:20,
117:22, 119:21, 120:3, 120:21,
121:20, 132:2, 133:12, 134:24,
135:22, 140:8, 141:7, 141:8, 145:12,
146:7, 153:10, 158:8, 174:2, 175:22,
185:6, 189:5, 189:7, 194:1, 194:3,
194:14, 194:16, 197:11, 197:21,
206:20, 208:25, 209:4, 209:6, 211:25,
215:12, 215:15, 216:10, 216:15,
217:8, 218:6, 218:13, 221:5, 221:15,
223:6, 223:21, 226:25, 227:13,
227:15, 227:21, 229:2, 234:8, 235:13,
236:15, 238:13, 240:1, 242:23, 245:5,
246:3, 249:24, 250:18, 250:21,
254:16, 257:12, 258:23, 260:20,
267:17, 267:20, 271:2, 273:24

**who's** [1] - 178:4

**who've** [1] - 223:25

**whole** [17] - 83:5, 93:19, 102:1, 107:24,
108:22, 110:15, 128:1, 154:2, 172:2,
172:8, 187:24, 189:5, 237:25, 248:3,
258:8, 266:7, 275:20

**whom** [6] - 33:22, 107:3, 110:3, 122:12,
216:20, 253:22

**whose** [5] - 34:2, 39:14, 43:14, 55:16,
115:24

**why** [34] - 10:9, 12:19, 14:11, 22:11,
30:8, 37:9, 37:12, 43:25, 53:18, 54:14,
62:2, 77:21, 84:18, 84:22, 85:1, 90:1,
102:13, 104:10, 105:14, 114:16,
128:21, 135:6, 146:11, 150:5, 160:23,
177:18, 184:24, 185:5, 201:7, 226:12,
229:19, 230:18, 232:5, 252:9

**widespread** [1] - 82:12

**wife** [6] - 26:9, 52:1, 66:4, 67:17, 79:7,
83:10

**Wilfong** [1] - 2:15

**will** [97] - 8:8, 13:25, 17:10, 17:16,
18:10, 18:19, 19:20, 19:24, 19:25,
25:4, 28:17, 32:9, 32:14, 32:21, 32:22,
35:20, 36:2, 36:12, 37:17, 37:18, 58:4,
58:10, 58:25, 59:6, 59:22, 59:23, 61:4,
61:12, 62:1, 62:5, 64:3, 67:11, 72:18,
73:21, 81:11, 90:19, 90:20, 93:9,
102:17, 102:19, 102:20, 105:5,
105:19, 106:9, 109:14, 124:23,
124:24, 132:23, 135:5, 135:18,
135:19, 135:24, 140:24, 145:25,
147:11, 161:19, 164:13, 167:3,
190:12, 190:21, 190:22, 191:12,

192:1, 192:4, 192:15, 194:5, 202:5,
206:16, 211:11, 216:13, 216:21,
217:19, 217:25, 218:1, 224:15,
224:16, 225:6, 230:7, 234:16, 239:3,
244:6, 246:12, 246:13, 246:25, 247:1,
249:23, 249:25, 253:15, 253:25,
254:10, 255:23, 271:15, 274:3
**willing** [4] - 38:19, 57:8, 123:9, 250:9
**winter** [1] - 58:4
**with** [261] - 5:11, 5:14, 7:1, 7:6, 7:12,
8:9, 9:2, 10:23, 12:9, 13:15, 14:7,
15:9, 15:10, 15:12, 15:13, 15:18,
15:20, 15:21, 18:17, 20:3, 21:22,
23:15, 25:5, 27:7, 27:11, 27:15, 27:18,
27:19, 27:20, 27:23, 28:4, 28:8, 28:14,
28:23, 28:24, 29:9, 31:17, 33:17,
33:21, 34:1, 34:4, 34:7, 35:25, 37:18,
40:9, 40:10, 41:15, 41:17, 41:24,
42:21, 43:1, 43:7, 43:21, 45:11, 45:12,
45:22, 46:10, 47:12, 47:17, 48:11,
48:24, 50:2, 50:4, 50:12, 51:25, 52:13,
52:16, 53:16, 53:19, 53:21, 54:6,
55:15, 56:1, 57:17, 59:15, 60:5, 60:18,
60:19, 60:20, 60:24, 63:6, 64:4, 64:20,
65:4, 65:24, 67:17, 67:22, 68:19, 70:5,
73:24, 74:18, 80:7, 82:10, 82:19, 83:6,
84:6, 85:16, 87:6, 87:24, 88:8, 90:19,
91:14, 91:23, 96:3, 97:25, 99:14,
99:17, 99:23, 100:9, 101:18, 104:20,
108:3, 108:11, 108:12, 108:20, 109:2,
109:5, 110:8, 110:16, 110:24, 115:18,
116:19, 117:15, 119:24, 122:22,
124:10, 128:18, 131:19, 135:9,
143:16, 145:24, 148:14, 148:15,
150:18, 152:18, 153:4, 153:10,
154:15, 155:2, 155:3, 165:5, 165:8,
173:6, 174:22, 178:2, 179:24, 180:21,
181:7, 181:16, 182:4, 187:3, 188:9,
188:18, 188:23, 189:7, 190:24,
190:25, 191:1, 194:6, 194:8, 194:9,
195:17, 196:5, 196:6, 196:21, 196:25,
197:7, 197:12, 197:23, 198:10, 200:3,
200:16, 201:13, 201:18, 201:19,
204:8, 204:16, 205:12, 205:14, 206:7,
206:12, 206:16, 207:16, 207:19,
208:7, 209:9, 209:17, 210:9, 210:11,
210:12, 210:18, 210:24, 213:22,
214:20, 214:25, 215:20, 218:18,
218:22, 222:24, 224:1, 224:4, 224:10,
224:13, 224:17, 224:22, 229:5,
229:13, 230:6, 232:4, 232:8, 232:15,
235:19, 236:20, 236:23, 237:13,
237:14, 238:1, 238:19, 239:12, 240:8,
241:18, 242:25, 247:17, 248:11,
250:4, 250:7, 253:4, 253:13, 253:25,
254:7, 256:10, 258:13, 259:19,
260:24, 263:21, 264:2, 264:10,
264:23, 264:25, 265:3, 265:8, 266:18,
266:21, 267:6, 267:19, 268:2, 268:10,
269:4, 271:9, 271:20, 272:13, 273:14,
274:12, 275:12

**withdraw** [2] - 249:23, 269:20
**within** [20] - 24:5, 107:21, 133:1,
141:25, 171:2, 171:22, 172:1, 172:5,
172:9, 174:25, 187:22, 187:25,
195:10, 204:7, 235:13, 265:25, 266:4,
267:7, 272:25, 274:1
**without** [31] - 6:19, 34:4, 91:16, 93:7,
103:11, 117:6, 138:14, 156:25, 176:3,
176:6, 177:5, 180:21, 181:5, 182:5,
211:12, 211:18, 212:2, 212:7, 212:8,
224:14, 224:21, 225:15, 227:2,
227:10, 229:9, 230:21, 231:11,
231:16, 231:22, 249:12, 254:24
**withstanding** [1] - 121:22
**witness** [4] - 36:11, 36:16, 78:18, 99:16
**WITNESS** [25] - 36:17, 36:19, 36:22,
62:6, 68:9, 69:8, 71:2, 71:6, 71:10,
73:20, 81:4, 84:19, 84:24, 85:2, 85:8,
85:14, 85:18, 86:1, 86:4, 86:6, 86:11,
86:15, 87:5, 87:11, 89:10
**witnesses** [3] - 35:15, 89:13, 89:14
**woman** [3] - 34:16, 34:18
**won't** [5] - 162:2, 197:14, 217:10,
217:11, 238:25
**wondering** [1] - 51:18
**word** [5] - 10:15, 92:10, 146:15, 179:20,
261:18
**words** [9] - 49:15, 61:12, 73:11, 105:3,
106:11, 123:2, 123:7, 123:14
**work** [43] - 24:10, 27:20, 38:3, 38:15,
38:22, 45:3, 45:4, 45:14, 45:17, 45:19,
46:18, 46:19, 47:14, 47:19, 52:16,
58:11, 58:12, 58:15, 58:20, 59:1,
60:10, 61:11, 62:3, 73:22, 82:20,
86:13, 90:2, 99:20, 103:18, 107:4,
111:4, 196:5, 196:6, 227:11, 238:14,
238:22, 242:17, 242:19, 242:23, 243:7
**worked** [4] - 25:5, 217:25, 238:22,
248:17
**worker** [1] - 67:22
**workers** [2] - 59:10, 111:19
**workforce** [1] - 73:21
**working** [14] - 45:1, 46:2, 46:16, 59:3,
59:9, 60:8, 60:9, 75:10, 76:13, 194:8,
196:21, 196:25, 210:12, 219:7
**works** [2] - 108:20, 109:12
**World** [1] - 34:6
**world** [3] - 97:21, 191:23, 213:24
**worried** [2] - 218:11, 218:12
**worries** [1] - 49:4
**worse** [1] - 120:23
**worsening** [1] - 46:23
**worth** [2] - 147:15, 147:16
**Would** [1] - 86:22
**would** [243] - 6:25, 7:5, 8:24, 9:22, 10:6,
10:21, 11:6, 12:10, 13:14, 14:2, 14:12,
15:24, 16:14, 16:18, 16:20, 26:9, 30:8,
31:3, 33:11, 35:25, 36:14, 43:1, 45:17,
45:19, 48:4, 49:6, 49:12, 49:21, 51:2,
51:16, 51:21, 52:15, 54:4, 59:12,

61:23, 64:4, 65:8, 66:4, 66:11, 67:3,
67:9, 67:13, 70:9, 73:20, 74:8, 75:10,
76:8, 76:13, 76:15, 77:20, 77:21, 78:8,
79:2, 81:24, 83:25, 86:5, 88:14, 90:18,
101:1, 102:2, 102:3, 104:25, 106:6,
108:16, 111:25, 118:20, 120:2,
122:24, 127:18, 128:21, 129:5, 129:8,
130:7, 130:14, 132:2, 132:8, 132:17,
137:11, 137:24, 138:25, 139:18,
139:19, 141:6, 142:25, 143:3, 146:4,
146:13, 146:17, 146:18, 147:9, 148:6,
148:10, 150:6, 150:7, 150:8, 150:17,
151:13, 152:13, 152:15, 152:19,
153:22, 155:20, 155:24, 156:2, 156:3,
156:4, 156:24, 159:9, 159:22, 159:23,
161:24, 163:21, 164:14, 165:12,
169:16, 169:17, 169:19, 169:20,
170:12, 173:1, 174:6, 174:7, 174:15,
175:4, 175:5, 175:9, 175:13, 175:18,
176:2, 176:5, 176:8, 176:12, 176:20,
176:24, 177:1, 177:18, 180:20,
181:12, 181:14, 181:18, 182:12,
182:13, 182:24, 184:10, 184:16,
185:23, 187:25, 188:13, 188:15,
189:1, 191:5, 192:12, 200:1, 200:13,
201:9, 202:17, 204:17, 205:6, 208:9,
208:25, 209:2, 209:4, 209:10, 209:11,
211:2, 211:10, 211:16, 211:17,
211:20, 212:18, 212:19, 213:18,
216:1, 217:7, 217:8, 217:23, 218:20,
222:12, 223:6, 229:24, 230:3, 230:20,
230:22, 231:22, 232:11, 232:12,
232:15, 234:9, 234:10, 234:21, 235:2,
236:8, 236:9, 236:10, 237:2, 238:4,
238:18, 240:16, 241:1, 241:3, 242:10,
242:15, 243:10, 245:20, 247:20,
249:19, 249:22, 253:8, 253:10,
254:25, 257:17, 257:19, 257:20,
258:7, 258:8, 258:19, 258:23, 258:25,
259:7, 259:9, 259:12, 260:10, 260:23,
263:6, 263:14, 266:12, 269:12,
269:13, 273:5, 273:7, 273:10, 275:10
**wouldn't** [8] - 98:15, 107:24, 137:10,
185:5, 189:14, 201:7, 225:10, 274:7
**wracking** [1] - 51:16
**wrap** [2] - 61:4, 252:21
**wreaked** [2] - 47:5, 82:5
**wrinkle** [1] - 138:16
**write** [1] - 105:8
**writing** [1] - 202:4
**written** [2] - 75:11, 179:9
**wrong** [1] - 172:23
**wrote** [2] - 75:12, 76:13
**Wyatt** [1] - 31:16

---

## Y

**Y** [1] - 3:2
**y'all** [3] - 5:4, 87:8, 143:13
**Yader** [1] - 43:12

KATHY MILLER, RMR, CRR   -   kathy@miller-reporting.com

Yael [2] - 21:11, 23:14
Yakima [1] - 58:18
yeah [54] - 7:17, 17:14, 36:22, 38:9,
39:3, 39:25, 40:24, 43:9, 43:17, 45:23,
46:25, 49:14, 49:25, 51:4, 51:15,
52:13, 53:3, 53:20, 55:4, 55:20, 56:9,
57:14, 57:19, 60:1, 61:12, 62:21,
63:11, 66:21, 68:11, 74:20, 75:4, 76:2,
77:14, 85:8, 85:20, 138:5, 139:3,
140:16, 149:6, 150:2, 154:18, 158:6,
175:13, 175:14, 180:1, 182:6, 184:22,
186:11, 186:14, 192:6, 205:10,
258:23, 260:22
year [39] - 42:9, 46:9, 47:25, 79:3,
79:11, 79:17, 80:15, 86:6, 98:8, 125:1,
127:18, 127:19, 128:23, 129:1,
132:21, 150:19, 151:12, 162:13,
164:23, 173:14, 188:5, 214:2, 214:3,
214:5, 214:6, 215:2, 215:8, 219:25,
220:3, 234:9, 234:15, 235:12, 235:16,
236:7, 237:25, 238:2, 241:10
Year's [1] - 41:24
year-over-year [1] - 214:5
years [45] - 20:10, 24:7, 33:1, 34:3,
38:18, 42:4, 56:19, 62:20, 63:7, 65:7,
67:20, 68:1, 69:24, 74:4, 77:9, 78:1,
79:3, 79:4, 79:11, 79:12, 79:17, 79:18,
80:15, 82:3, 82:25, 86:14, 102:21,
111:14, 127:14, 127:21, 127:25,
128:1, 128:15, 128:20, 129:8, 213:24,
235:1, 235:23, 235:24, 235:25, 236:2,
236:16, 243:9, 246:17
Yefren [1] - 43:13
Yes [5] - 186:19, 235:14, 252:1, 252:22,
274:11
yes [69] - 9:18, 11:11, 14:6, 17:1, 17:12,
17:16, 35:22, 36:7, 39:9, 39:16, 40:15,
42:21, 43:23, 55:24, 56:2, 58:14,
59:18, 59:21, 59:23, 61:22, 62:13,
62:23, 63:5, 68:21, 68:24, 69:22, 77:1,
83:12, 86:4, 86:15, 87:22, 88:1, 105:5,
128:3, 129:12, 134:23, 141:11,
144:14, 147:19, 149:13, 149:18,
178:14, 182:8, 182:23, 183:13,
189:21, 200:22, 201:19, 205:3,
213:11, 222:23, 229:3, 235:4, 239:7,
239:13, 240:5, 240:12, 243:21,
251:20, 257:1, 259:17, 261:20,
265:17, 272:19, 275:1
yesterday [5] - 6:7, 14:13, 18:13, 35:20,
107:12
yet [8] - 10:13, 10:18, 12:4, 13:12, 98:9,
158:23, 159:10, 163:17
you'd [1] - 251:5
you're [15] - 37:9, 42:19, 63:25, 71:8,
72:2, 76:15, 105:3, 152:5, 160:8,
161:16, 175:3, 180:3, 210:24, 235:11,
260:16
you've [1] - 260:14
young [5] - 34:16, 34:18, 43:16, 67:17,

81:16
Young [1] - 3:3
younger [5] - 42:3, 42:18, 43:12, 43:13,
53:22
Your [137] - 5:10, 5:13, 5:16, 6:10, 6:20,
7:17, 9:5, 9:12, 9:18, 10:11, 14:4,
14:6, 14:12, 15:12, 16:15, 16:21, 17:1,
17:7, 17:9, 17:12, 17:17, 18:16, 18:24,
19:7, 19:17, 21:14, 26:14, 34:6, 35:2,
35:22, 36:7, 36:12, 60:23, 61:3, 61:22,
63:20, 66:16, 67:6, 70:12, 71:17, 72:6,
72:18, 73:10, 74:10, 75:24, 76:9,
76:21, 77:10, 78:2, 78:4, 78:11, 78:20,
79:22, 80:21, 81:15, 81:19, 81:21,
84:5, 84:10, 84:13, 84:14, 87:13,
88:20, 88:22, 89:7, 89:10, 89:14,
89:17, 105:12, 118:20, 120:2, 124:8,
127:1, 129:12, 132:4, 138:6, 140:23,
151:10, 156:6, 173:1, 175:9, 177:10,
177:18, 178:14, 179:7, 179:17,
182:23, 183:9, 184:23, 185:4, 186:19,
189:8, 189:23, 190:6, 190:7, 191:17,
191:18, 192:7, 192:24, 192:25, 200:5,
200:22, 201:18, 205:3, 208:5, 209:16,
216:11, 218:3, 222:23, 223:16, 231:4,
233:16, 235:4, 235:14, 236:17,
239:13, 240:12, 243:21, 245:7,
250:24, 251:15, 251:20, 252:1,
252:22, 255:17, 258:4, 258:22,
258:25, 259:5, 259:17, 259:23,
260:19, 261:20, 273:4, 274:11,
274:12, 274:17
your [76] - 30:22, 36:14, 37:9, 38:5,
38:15, 38:21, 39:14, 41:10, 43:20,
43:25, 44:24, 47:22, 48:13, 49:6,
49:23, 53:16, 53:17, 53:18, 55:7,
55:22, 55:25, 58:25, 59:1, 59:15, 60:7,
60:25, 61:7, 61:9, 61:10, 62:19, 63:17,
64:8, 65:6, 65:11, 65:20, 66:22, 66:23,
68:7, 69:4, 69:19, 70:20, 70:23, 71:15,
73:7, 73:17, 77:6, 77:19, 77:23, 79:1,
80:4, 80:16, 85:16, 86:9, 86:12, 87:23,
88:2, 123:23, 151:14, 156:16, 157:19,
157:20, 161:7, 184:5, 190:2, 205:17,
223:25, 224:1, 224:4, 252:20, 258:3,
276:2
yourself [2] - 37:7, 77:3
Youth [1] - 14:15
youth [1] - 41:14

## Z

zero [8] - 29:12, 154:3, 156:21, 156:23,
213:20, 216:10, 221:21
Zito [3] - 26:7, 33:6, 33:11
zone [18] - 171:19, 171:22, 172:1, 172:6,
172:9, 172:18, 174:25, 195:6, 251:9,
265:16, 265:20, 265:25, 266:4,
266:16, 267:1, 267:7, 267:11, 267:23