1           **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE SOUTHERN DISTRICT OF TEXAS**
2                    **VICTORIA DIVISION**

3   THE STATE OF TEXAS, ET AL      )      NO. 6:23-cv-007
                                   )
4        Plaintiffs,               )
                                   )      Victoria, Texas
5   VS.                            )      9:06 a.m.
                                   )
6   UNITED STATES DEPARTMENT OF    )      August 25, 2023
    HOMELAND SECURITY, ET AL       )
7                                  )
         Defendants                )
8                                  )
    AND                            )
9                                  )
    VALERIE LAVEUS, ET AL          )
10                                 )
         Intervenor-Defendants     )
11

12   ***********************************************************

13                       **BENCH TRIAL**

14         **BEFORE THE HONORABLE DREW B. TIPTON**

15             **UNITED STATES DISTRICT JUDGE**

16                    **VOLUME 2 OF 2**

17   ***********************************************************

18  APPEARANCES:

19  FOR THE PLAINTIFFS:

20       Mr. Gene Patrick Hamilton
         Mr. James K. Rogers
21       America First Legal Foundation
         611 Pennsylvania Avenue SE, #231
22       Washington, DC 20003
         Tel:  202-964-3721
23       Email: Gene.hamilton@aflegal.org
                James.rogers@aflegal.org
24
    Proceedings recorded by mechanical stenography.
25  Transcript produced by computer-assisted transcription.

```
 1  APPEARANCES CONTINUED:

 2        Mr. Ryan Daniel Walters
          Mr. Luis Armando Suarez
 3        Mr. M. David Bryant, Jr.
          Office of the Texas Attorney General
 4        PO Box 12548
          Austin, TX 78711-2548
 5        Tel:  512-936-1682
          Email: Ryan.walters@oag.texas.gov
 6               Luis.suarez@oag.texas.gov
                 David.bryant@oag.texas.gov
 7
    FOR THE DEFENDANTS:
 8
          Mr. Brian Christopher Ward
 9        Ms. Elissa P. Fudim
          U.S. Dept. Of Justice
10        Office of Immigration Litigation
          PO Box 868, Ben Franklin Station
11        Washington, DC 20044
          Tel:  202-616-9121
12        Email: Brian.c.ward@usdoj.gov
                 Elissa.p.fudim@usdoj.gov
13
    FOR THE INTERVENOR-DEFENDANTS:
14
          Ms. Karen C. Tumlin
15        Ms. Esther Hsiao-In Sung
          Ms. Lauren Wilfong
16        Ms. Talia Inlender
          Justice Action Center
17        P.O. Box 27280
          Los Angeles, CA 90027
18        Tel:  323-316-0944
          Email: Karen.tumlin@justiceactioncenter.org
19               Esther.Sung@Justiceactioncenter.org
                 Lauren.wilfong@justiceactioncenter.org
20               Talia Inlender@justiceactioncenter.org

21        Ms. Vanessa Rivas
          Mr. Brandon Galli-Graves
22        Raices
          5121 Crestway Dr, Suite 105
23        San Antonio, TX 78239
          Tel:  530-207-9898
24        Email: Vanessa.rivas@raicestexas.org
                 Brandon.galli-graves@raicestexas.org
25
```

```
 1  APPEARANCES CONTINUED:

 2      Ms. Monika Y. Langarica
        UCLA School of Law
 3      Center for Immigration Law and Policy
        385 Charles E. Young Drive
 4      Los Angeles, CA 90095
        Tel:  619-518-5357
 5      Email: Langarica@law.ucla.edu

 6  COURT REPORTER:

 7      Ms. Kathleen K. Miller, CSR, RMR, CRR
        515 Rusk, Room 8004
 8      Houston, Texas  77002
        Tel:  713-250-5087
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX
 2 DEFENDANTS' CLOSING ARGUMENTS
 3      By Mr. Ward                        2
 4 INTERVENOR DEFENDANTS' CLOSING ARGUMENTS
 5      By Ms. Tumlin                      79
        By Ms. Sung                       147
 6      By Ms. Tumlin                     224
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    P R O C E E D I N G S

2              COURT SECURITY OFFICER:  All rise.

3              THE COURT:  Please be seated.

4                    Mr. Ward, are you ready?

09:06:37    5              MR. WARD:  I am, Your Honor.

6              THE COURT:  On the record.  Just a second.

7  Will you be needing the projector?

8              MR. WARD:  No, Your Honor.

9              THE COURT:  Okay.

09:07:28   10              MR. WARD:  Good morning, Your Honor.  Turning

11  to the merits of plaintiffs' claims, there is no basis for

12  them to claim that the parole processes at issue in this

13  case are contrary to law.  The statute at issue in this

14  case, Section 1182(d)(5)(a), specifically gives the

09:07:45   15  secretary the authority to in his discretion parole into

16  the United States noncitizens temporarily under such

17  conditions as he may prescribe on a case-by-case basis for

18  urgent humanitarian reasons or significant public benefit.

19                    The parole processes at issue here satisfy

09:08:03   20  each of the terms of the statute.  So first, these

21  processes require case-by-case adjudication.  There's

22  multiple steps in the process.  The first step, as you

23  heard a little bit yesterday, is that the individual has to

24  have a sponsor that applies for them, begins the

09:08:18   25  application process.  That individual has to submit

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 financial information, and based on amendments the agency

2 has made to the process over time, that sponsor now is part

3 of the application process, has to fill out why they

4 believe that particular person would provide a significant

09:08:34 5 public benefit or satisfy an urgent humanitarian reason if

6 they're granted parole in the United States.

7                    Those are the documents at Defendants'

8 Exhibits L and M, and also the assistant secretary

9 discusses that amendment to the process in his supplemental

09:08:50 10 declaration at Exhibit II.

11                    THE COURT:  Can I ask you something real quick?

12 Say that there is a natural catastrophe in Haiti, for

13 example.  There is a hurricane, there is an earthquake,

14 something that is terrible.  Does this program authorize

09:09:03 15 the secretary to say that everyone who passes the

16 background vetting can come in as a group because of the

17 natural catastrophe that hit?

18                    Do you consider that to be case by case?

19                    MR. WARD:  So that's something that could be

09:09:20 20 considered in each individual case.  So that would be a

21 potential urgent humanitarian reason --

22                    THE COURT:  Right.

23                    MR. WARD:  -- which might apply to a large

24 group of people.  Now, the agency would still have to

09:09:31 25 determine on a case-by-case basis that that basis applies

1 to the particular parole applicant.  So they have to --

2                   THE COURT:  So you wouldn't be making a

3 blanket -- if they are coming from Haiti, there was a

4 hurricane that wreaked havoc on the island, that wouldn't

09:09:44  5 be something that as long as they passed background vetting

6 and otherwise successfully filled out the application that

7 they would be able to get the -- let in as a group?

8                   MR. WARD:  No.  That would be -- under this

9 process that would be a basis on which they could seek

09:09:59 10 parole, but they would still have to go through each of the

11 steps.  And USCIS and then ultimately CBP officials and

12 officers would have to determine if they fell in that

13 category.

14                   Are they from the proper country?  Do

09:10:11 15 they -- are they in an area that is affected by that

16 particular humanitarian need?  Do they have a sponsor?

17                   So USCIS makes that initial determination.

18 They now -- the USCIS officials that consider that now have

19 information that's submitted by the sponsor detailing why

09:10:29 20 that person -- why it is thought that that person would

21 satisfy an urgent humanitarian need or significant public

22 benefit.  If they pass that step of the process, the

23 applicant is then invited to review, confirm the

24 information in the application, and add additional

09:10:44 25 information.  USCS then has to review -- again, we're

1 talking about just an application for that individual

2 person -- and determine that they can move on to the next

3 step in the process.

4                    If they are -- if their application is

09:10:57  5 confirmed, then they can move on to the next step in the

6 process.  Then a CBP official has to review the application

7 and then determine whether this is an individual who should

8 be granted travel authorization.  It's again an

9 individualized case-by-case determination that that

09:11:12  10 individual is someone that CBP thinks can travel to a port

11 of entry at an interior airport within the United States to

12 request parole.  But each of the four processes makes clear

13 that travel authorization itself does not guarantee parole

14 once they reach the U.S.  Each of the four processes says

09:11:34  15 explicitly that parole remains a discretionary

16 determination made by CBP at the port of entry.

17                    So even once they get travel authorization

18 and arrange their own travel into the United States, they

19 still have to arrive at a port of entry at an airport where

09:11:49  20 Customs and Border Protection will inspect them, ask

21 whatever questions they want to ask them, gather whatever

22 additional information they want to gather, and then make a

23 discretionary determination at that point about whether the

24 individual should be granted parole.  That's -- so nothing

09:12:04  25 that happens before they reach the port of entry and the

1 CBP officer interviews and evaluates that particular person

2 and that particular case and request for parole, determines

3 that that individual will ultimately get parole.

4                           And as the assistant secretary has said in

09:12:21  5 his supplemental declaration as Exhibit II, CBP officers at

6 that last step in the process are continuing to exercise

7 their discretion and have, in fact, denied a number of

8 applications for parole even for individuals that reach the

9 last step in the process, and have been -- been authorized

09:12:41  10 to move to successive stages in the process before they get

11 to the port of entry.

12                           So that -- in our view that satisfies

13 whatever the requirements of the case-by-case determination

14 are in the statute.  Each of the four processes also set

09:12:55  15 out a list of significant public benefits or urgent

16 humanitarian reasons that may apply in a number of cases or

17 a range of -- of factors that might justify parole in an

18 individual case.

19                           So in terms of significant public

09:13:13  20 benefits, the secretary noted that these processes enhance

21 border security by reducing irregular migration to the

22 border, enhance border and national security by allowing

23 vetting of individuals before they arrive at the border.

24 That's what I was talking about yesterday.

09:13:27  25                           The agency now has the opportunity to do

1 additional background, screening, and place additional

2 requirements on individuals seeking parole before they even

3 leave the -- one of these four countries to travel to the

4 United States.

09:13:40   5                    These processes reduce the strain on DHS

6 personnel and resources and minimizes the domestic impact

7 of CHNV irregular migration, both by reducing the number of

8 individuals coming from those four countries, as we

9 discussed yesterday, and making sure that people that do

09:13:57  10 come from that process are vetted in advance and come in a

11 more orderly fashion.  It --

12                    THE COURT:  Are the significant public

13 interests determined on an aggregate level or an

14 individualized case-by-case basis?

09:14:09  15                    MR. WARD:  So most of these significant public

16 benefits could apply in most cases for individuals that

17 apply through these processes.

18                    THE COURT:  Everybody agrees that these terms

19 are defined, right?

09:14:21  20                    MR. WARD:  Yes.

21                    THE COURT:  Significant public interest, urgent

22 humanitarian need, right?

23                    MR. WARD:  Yes.  And, in fact, as I'll get to

24 in a minute, Congress -- there were some proposed

09:14:31  25 amendments to -- that would have more clearly defined or

1  limited what these terms are, and Congress has rejected any

2  attempt to narrow them in that way.

3          THE COURT:  So in making the significant public

4  interest determination, is it DHS's view that this is done

09:14:43  5  by rolling out a program that determines that this in

6  dealing with all of these moving parts together is in the

7  significant public interest, or is it in dealing with an

8  individual person?  It is in the country's -- it is a

9  significant public interest for this particular applicant

09:14:59  10  to be admitted?

11          MR. WARD:  So a number of these significant

12  public benefits apply categorically.  So reducing the

13  strain on the border and resources, allowing the agency to

14  allow for more regular and orderly migration.  And then

09:15:14  15  another one that the secretary identified was fulfilling

16  our foreign policy goals of managing migration

17  collaboratively with other countries in the hemisphere.

18  That's working with Mexico to decrease irregular migration.

19              So for those significant public benefits,

09:15:27  20  we don't dispute that those are significant public benefits

21  that might apply to a wide number of people from these

22  countries because it's the aggregate decrease in numbers

23  and the way in which people are coming.

24              So the agency still has to do a

09:15:40  25  case-by-case determination to identify that parole is

1 appropriate in a particular case, but nothing in the

2 statute precludes the agency from granting parole based on

3 certain categories or characteristics or benefits that

4 might apply to whole groups of people.  And, in fact, that

09:16:01  5 is the way the statute has been used many times, both

6 before 1996 and since.

7            THE COURT:  One of the significant public

8 interests I think I heard you say was that overall

9 migration, whether illegal or legal, has gone down from all

09:16:13  10 four of these countries since the program began?

11            MR. WARD:  Yes, Your Honor.  So decreasing

12 the -- the migration to the southwest border and, in

13 fact --

14            THE COURT:  Is it the southwest border or is it

09:16:25  15 in general?

16            MR. WARD:  So the numbers we have provided for

17 these four countries that I was discussing yesterday and

18 discussing the decrease from approximately 2300 releases a

19 day of CHNV nationals prior to the process is down to about

09:16:39  20 1400 in the time since that.  I believe those numbers are

21 nationwide.  But the goal of the programs is in part to not

22 only reduce the numbers overall, but to decrease the -- the

23 pressure on the southwest border.  So --

24            THE COURT:  So the reason I am asking is not

09:16:52  25 just for the significant public interest.  This would also

1 impact standing which is, is it in the record -- I'm going

2 to ask everybody if they agree -- that the overall numbers

3 from each country have declined since the beginning of the

4 program, whether it's regular or irregular immigration?

09:17:09   5            MR. WARD:  Yes, Your Honor.  We believe that

6 they are.  They are in the assistant secretary's

7 declarations at HH and II, summarizes those numbers, and as

8 I noted yesterday that that -- that 1401 number of

9 individuals being released from these four countries on

09:17:23  10 average in the time since the processes were put in place

11 includes both releases on parole through the CHNV processes

12 and also releases in other ways, people who continue to

13 show up unexpected or arrive through other processes.

14            THE COURT:  But raw numbers, I'm just trying to

09:17:41  15 get a sense as just to whether the raw numbers coming from

16 Haiti, for example, have those declined over the course of

17 the last -- it was January 6 that the program started?

18            MR. WARD:  January 9th, I believe.

19            THE COURT:  January 9th.  Okay.  Since January

09:17:54  20 9th, is it in the record that the overall numbers from DHS

21 have declined from previous numbers?

22            MR. WARD:  From these four countries, yes, Your

23 Honor.

24            THE COURT:  All right.

09:18:03  25            MR. WARD:  And I don't believe that Texas has

1 disputed that decrease largely because they don't believe

2 for their theory of standing that they have to show a

3 decrease.  But yes, we have tried to put forth all of the

4 statistics that are available and submit its declarations

09:18:17 5 from the assistant secretary for DHS summarizing and

6 explaining those numbers to try and clarify what DHS views

7 as the total decrease in arrivals from these four

8 countries.

9                    And for individuals that do arrive, again,

09:18:30 10 part of -- one of the benefits of these programs is that

11 not only are the numbers smaller, but the individuals that

12 are coming in through these processes aren't necessarily

13 going to the southwest border and aren't going there

14 unexpectedly.  That's a tremendous drain on DHS resources.

09:18:45 15                    As I said, in fiscal year 2022, there was

16 approximately 600 -- over 600,000 individuals from these

17 four countries arriving at the southwest border.  That puts

18 a tremendous strain on agency resources and requires the

19 agency to put a disproportionate share of their resources

09:19:03 20 just at -- just towards processing individuals arriving at

21 the border.

22                    In addition to significant public

23 benefits, each of these parole processes also is aimed at

24 supporting or addressing urgent humanitarian needs.  So for

09:19:19 25 Venezuela, Nicaragua, and Cuba, this involves the needs of

1 individuals fleeing repressive regimes.  For Cuba this

2 includes crippling economic conditions, social unrest, and

3 repression.  And for Haiti this involves natural disasters,

4 disease outbreak, escalating violence, and worsening

09:19:40   5 political, economic and social conditions in Haiti.

6               So, again, these are urgent humanitarian

7 needs that might apply to a number of people from those

8 individuals but, again, those are urgent humanitarian needs

9 that through these processes, which are really agency

09:19:55   10 guidance, the agency has determined that these are things

11 that individual officers might ultimately determine apply

12 to an individual in a particular case that might justify

13 parole.

14               Plaintiff's arguments to the contrary

09:20:09   15 about a narrowing interpretation -- a narrow interpretation

16 of the authority in 1185(d)(5)(A) (sic), is based largely

17 on amendments to the parole statute over time.  They rely

18 heavily on proposed amendments that were put forward in

19 1996.  They cite the House Report at 104-496, for evidence

09:20:31   20 in all of their filings so far, I believe, including their

21 proposed conclusions of law.

22               Those are proposed amendments that would

23 have further narrowed the parole authority, and those

24 amendments were rejected.  So the -- there was proposed

09:20:45   25 amendments that would have narrowly defined a significant

16

1 public benefit for urgent humanitarian need, and would have

2 defined it in precisely the narrow ways that Texas advances

3 the parole statute should be interpreted even without those

4 amendments.  So this is again at House Report 104-469 at

09:21:06 5 page 140 -- no, at page 78.

6                    The proposed amendments would have limited

7 the definition of urgent humanitarian reason to a medical

8 emergency, organ or other tissue donations to a family

9 member, or imminent death of a close family member in the

09:21:21 10 United States.  Precisely the types of categories that

11 Texas argues parole -- the use of parole should be limited

12 to under the statute that Congress enacted.

13                    But from the legislative history of the

14 actual enactments and amendments in 1996, and those are in

09:21:38 15 the House Report at 104-828 at page 245, the House rejected

16 those amendments and receded to the Senate's version of the

17 draft, which left a broader parole authority and did not

18 define urgent humanitarian reasons or significant public

19 benefit.

09:21:56 20                    The same is true of the proposed

21 amendments, would have more narrowly defined public benefit

22 to limit to law enforcement purposes, so an individual that

23 was involved in an investigation, or some sort of

24 prosecution, or who would be prosecuted for a crime in the

09:22:12 25 United States.

1                    So there is some in Congress that would

2 have narrowly amended the statute to narrow the parole

3 authority precisely the ways that Texas urges this Court to

4 find, the parole statute to be limited in this case.

09:22:28    5                    Congress rejected those amendments and as

6 the Supreme Court has said -- this is in *Hamdan v Rumsfeld*,

7 548 U.S. at 579:

8                    "Congress's rejection of the very language

9 that would have achieved the results urged here weighs

09:22:41   10 heavily against that interpretation.  Congress considered

11 and evaluated whether the parole statute should be further

12 narrowed to limit the type of parole that had broadly been

13 used in many processes predating 1996 and has regularly

14 been used in the time sense and rejected a more narrow

09:22:58   15 definition of that authority."

16                    That Congressional legislative history

17 that plaintiffs rely on also notes and specifically

18 addresses parole processes such as the ones before the

19 Court today or at least similar to those processes.  So

09:23:12   20 that parole -- those amendments noted that the parole

21 authority had been used to admit entire categories of

22 aliens, and specifically those amendments were in relation

23 to or in response to -- here's what the legislative history

24 says:

09:23:25   25                    "Specific limitations on the Attorney

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 General's discretion are necessary to limit this practice

2 of using parole to admit entire categories, which have been

3 used, for example, to implement a migration agreement with

4 Cuba that had been used -- that had used the parole

09:23:40  5 authority to parole in tens of thousands of Cubans."

6                         So Congress was debating, was well aware

7 that the parole authority had broadly been used for certain

8 categories of people or individuals for particular

9 countries based on the judgment of the executive and

09:23:56  10 foreign affairs goals.  They proposed amendments to limit

11 the use of that authority, and Congress rejected those

12 amendments.

13                         So what we're talking about here, again,

14 is plaintiffs attempting through the courts to obtain a

09:24:14  15 legislative result that they couldn't obtain through the

16 policy process, a legislative result that Congress

17 explicitly rejected.

18                         And in the statute that Congress

19 ultimately enacted, there is evidence in the statutory text

09:24:26  20 and in the amendments that Congress anticipated that parole

21 would continue to be used for certain categories of

22 individuals or groups.

23                  THE COURT:  Is that the '96?

24                  MR. WARD:  The '96 amendments, yes, Your Honor.

09:24:37  25                         So in the House Report of the actual

1   amendments in 1996 that went through, that were ratified --

2   this is House Report 104-828 at two -- at 162, Congress

3   anticipated that "categories of aliens" would be paroled

4   into the U.S. under Section 1182(d)(5)(A) and provided for

09:24:58   5   reporting from the agencies to Congress on the numbers and

6   categories of individuals that would be paroled into the

7   United States.

8                   There is another indication that Congress

9   didn't intend to narrow -- a narrow view of this parole

09:25:14   10  authority, or the view that Texas advances that somehow

11  parole, once it is used for a particular individual because

12  they present a particular type of urgent humanitarian

13  reason or significant public benefit, that it can't be used

14  for others to present the same or very similar significant

09:25:31   15  public benefit.

16                  The statute we have been talking about

17  today is 1182(d)(5)(A).  In the immediately following

18  section, 1182(d)(5)(B), Congress added additional language

19  which it didn't include in (d)(5)(A).  1182(d)(5)(B)

09:25:49   20  requires a determination that compelling reasons in the

21  public interest with respect to that particular alien

22  require the alien to be paroled.

23                  That is the provision that applies to

24  individuals that are considered refugees and have gone

09:26:00   25  through the refugee process outside the United States.

1 With that -- for individuals in that category, Congress

2 required determinations with respect to a particular alien.

3 So Congress clearly knows when it wants to say that parole

4 must be used or must be limited to particular factors

09:26:17  5 related to a particular noncitizen.

6            Congress knows how to put that in the

7 statute, and put it in the immediately following section to

8 1185(d)(5)(A) (sic), but didn't include it in 1185 --

9 1182(d)(5)(A) indicating that Congress wanted the executive

09:26:34 10 to continue to have the authority to use the parole

11 authority when necessary for certain categories,

12 individuals from certain countries, to apply it more

13 broadly in precisely the ways that the parole processes at

14 issue here do.

09:26:49 15            And, in fact, we know that in the times

16 since those amendments in 1996, Congress has used the

17 parole authority in this broad way for certain categories

18 or groups many times, even since 1996.

19            We are not relying -- there is, of course,

09:27:07 20 a history of similar uses of parole authority predating

21 1996.  We have listed those in our briefing, as have

22 intervenors, and we have provided copies of those -- many

23 of those programs as exhibits, but they have used it also

24 in the time sense both for the Cuban Family Reunification

09:27:25 25 process in 2007, the Haitian Family Reunification parole

1 processes in 2015.  Those are both parole processes that

2 provide broader parole -- they used parole broader for

3 certain category -- or broadly for certain categories of

4 individuals from those countries.

09:27:43  5                     And Congress has repeatedly passed

6 appropriations in other legislation that shows -- shows

7 support for that type of use of parole.  So we have things

8 like the -- well, another -- another process I should

9 mention is also the Uniting for Ukraine process that came

09:28:02 10 up a little bit yesterday.  That's another use of the

11 parole process.

12                     And as Texas said yesterday, they haven't

13 challenged that process, and it sounds like they may -- may

14 not contest that there would be a country-specific

09:28:15 15 justification for granting parole more broadly to

16 individuals from that country.

17                     That's another example of Congress using

18 parole in this more categorical way for individuals from a

19 particular country.  And Congress has repeatedly not

09:28:29 20 only -- while it is well aware of this use of parole and

21 this use of the statute, hasn't taken any further action

22 since 1996 to try and restrict that authority or to

23 indicate that the authority is being abused, and or is

24 being used improperly.

09:28:44 25                     In fact, they have passed multiple

1 appropriations and other bills that show support for

2 individuals coming through parole processes of that nature

3 such as the Ukraine Supplemental Appropriations Act of

4 2022, which provided particular benefits to individuals who

09:28:59  5 were coming through parole under the -- through the Ukraine

6 process.  Also the Help Haiti Act of 2010, which was

7 providing benefits to parolees under a Haitian parole

8 process.

9            So Congress is well aware of the use of

09:29:13 10 the parole process the executive has been using for some

11 time.  It's rejected amendments to narrow the parole

12 process in the way that Texas advances in this case.  And,

13 in fact, all indications are that Congress has not only

14 acquiesced in the use of the parole process, or parole

09:29:31 15 authority in this way, but has also taken other legislative

16 actions that indicate that it supports the use of parole in

17 this manner.

18            If the Court has no specific questions at

19 this time on the contrary-to-law claim, I am happy to

09:29:47 20 answer those questions or can move on to the

21 arbitrary-and-capricious claim.

22            THE COURT:  I do, but I think it is probably

23 more efficient to handle them at the end so everybody can

24 kind of chime in.

09:29:57 25            MR. WARD:  Yes, Your Honor.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1                 So under the ordinary and capricious

2 claim -- this is under *State Farm* -- this is a very

3 deferential standard.  All the agency has to do is conform

4 their decision to minimal -- minimal standards of

09:30:10   5 rationality in order to satisfy the standard, and that the

6 parole processes easily satisfy the arbitrary and

7 capricious standard on each of the four bases on which

8 Texas challenges these four parole processes.

9                 Their first claim is that these processes

09:30:25  10 are arbitrary and capricious because they consider the

11 accumulated benefits that individuals, through these parole

12 processes, might provide.  They say, or argue, that the --

13 the public benefit -- must be some sort of unique public

14 benefit to the individual noncitizen, again for the

09:30:44  15 reasons -- many of the reasons I just covered.  The parole

16 process -- the parole authority is not limited in that way.

17                 We know that Congress has rejected

18 amendments to the statute that would have required that

19 type of determination.  We know from the immediately

09:30:56  20 following section, 1182(d)(5)(B) that Congress has, when it

21 wants to limit the parole authority to a much more -- to a

22 public benefit that is particularly limited to a particular

23 noncitizen, it knows how to write that statutory language.

24 It didn't do it with 1182(d)(5)(A).

09:31:16  25                 Congress has allowed the agency to use the

1 parole authority for categories of individuals, and that

2 makes sense, particularly when you are talking about some

3 of the benefits at issue here.

4                       And also because, as I noted, these parole

09:31:29 5 processes aren't based on significant public benefits

6 alone.  They are also based on urgent humanitarian reasons

7 and would make sense that with urgent humanitarian reasons

8 that you would have broad categories of individuals

9 affected by natural disasters, disease, economic conditions

09:31:46 10 and other issues.

11                       THE COURT:  The categories you are talking

12 about in this program, who are -- what are the broad

13 categories of individuals under CHNV?

14                       MR. WARD:  Well, there aren't particular

09:31:56 15 categories, but the benefits are some that would apply to a

16 large category of people.  So as I said --

17                       THE COURT:  I was asking because you said that

18 several times.  So I'm trying to figure out how that

19 relates to this program.

09:32:06 20                       MR. WARD:  Right.  So Texas argues that this is

21 categorical parole rather than individual determinations.

22                       THE COURT:  I thought I just heard you say that

23 it is okay to have broad categories in people.

24                       MR. WARD:  Yes, Your Honor, it is okay.

09:32:18 25 Nothing under the statute restricts the authority of the

1 executive to identify that -- categories of individuals

2 that might satisfy the significant public benefit or the

3 urgent humanitarian reasons aspects of the statute.

4          THE COURT:  And then, I guess, my question was

09:32:34  5 what are the broad categories of individuals that you think

6 are implicated by this program?

7          MR. WARD:  Well, again, there -- so the

8 categories would be that some of the -- the secretary

9 listed urgent humanitarian reasons that might apply to a

09:32:48  10 number of individuals from these countries.  I can't

11 determine -- it is based on the public benefit or the

12 urgent humanitarian reason itself.

13               So by using the term "categorical," what I

14 mean is that these are benefits or humanitarian reasons

09:33:03  15 that might apply to a large group of individuals, but that

16 does not mean that each individual within -- for whom those

17 benefits or urgent humanitarian reasons apply doesn't

18 themselves -- isn't -- shouldn't in themselves be entitled

19 to parole in an agent's discretion.

09:33:21  20               These are -- there is nothing in the

21 statute that limits the ability of the executive to

22 determine that public benefits or urgent humanitarian

23 reasons that apply to one case can't be used in multiple

24 other cases if those individuals advance the same public

09:33:38  25 benefit or present the same urgent humanitarian reason.

1                    Plaintiff's next claim is that DHS didn't

2 adequately consider their reliance interests.  I don't

3 believe that they have clearly articulated what their

4 reliance interests in this case would be.  They haven't

09:33:57  5 made any argument that they took any action, or altered

6 state funding, or took any -- as a state took any

7 legislative action in reliance on the previous regime that

8 existed before these parole processes were in place.

9                    Reliance interests are typically asserted

09:34:14 10 by a regulated industry who is faced with some agency

11 change in interpretation or change in policy that brings up

12 some sort of unexpected civil or in -- sometimes even

13 criminal liability.  Those are the core -- if you trace the

14 cases back on reliance interests, those are the core cases

09:34:29 15 that say an agency has to consider reliance interests when

16 the regulated entity is going to face some disadvantage

17 based on an unexpected change in agency action.

18                    THE COURT:  Are there not reliance interests at

19 play when you're dealing with an immigration program?  I'm

09:34:44 20 just saying, are you saying that the reliance interest is

21 not applicable -- reliance interests analysis is not

22 applicable in the immigration context?

23                    MR. WARD:  No, Your Honor.  I'm saying it's not

24 applicable here.  So in the DACA case, for instance, the

09:34:59 25 Supreme Court held that there were reliance interests but

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 those were the reliance interests of the individual DACA

2 recipients, who might be in the middle of a course of

3 medical treatment, or enrolled in school, and that the

4 agency could ultimately decide that those didn't

09:35:12 5 determine that the -- determine the outcome of what the

6 agency should do with the process, but they were something

7 that the agency should consider.  And in that case those

8 are the regulated individuals by the process.

9            THE COURT:  Let me just ask you, then, what

09:35:23 10 reliance interests of the States did you consider?

11           MR. WARD:  So I don't believe that there are

12 any reliance interests to be considered here.  What this --

13           THE COURT:  I'm just trying to make that clear.

14 You didn't -- your clients did not consider any state

09:35:36 15 reliance interests because you don't think that there are

16 any implicated by this program?

17           MR. WARD:  Right.  But I -- I want to clarify

18 there that I think what state -- the States have asserted

19 is the basis of their claim to reliance interests here, and

09:35:50 20 I don't think they count as reliance interests for because

21 they are not regulated by these processes, and I don't

22 think that mere --

23           THE COURT:  Let me ask you, in a typical

24 context, and this is -- I literally don't know the answer

09:35:58 25 to this question.  So if you are going to roll out a new

1 immigration program, what do you do to ensure that your --

2 because if you get sued afterwards for not considering

3 them, that's an after-the-fact recognition.  Oh, they want

4 us to consider these things.

09:36:12   5                    When you're rolling out a new immigration

6 program, what do you do to make sure that you're

7 considering reliance interests, that they may be implicated

8 in general?

9                    MR. WARD:  That's up to the secretary, the

09:36:22  10 decisionmaker, to consider and to evaluate.  So in --

11                    THE COURT:  Well, what do they do?  Do they

12 reach out to the States?  How does that happen?

13                    MR. WARD:  It is very different depending on

14 what's implicated and what -- there's a wide range of

09:36:31  15 immigration actions and policies, and they might implicate

16 very different people or groups.  There are times where the

17 agency has reached out to stakeholders and discussed

18 particular effects of things.

19                    THE COURT:  Right.  I am just trying to figure

09:36:45  20 out the mechanics of how it happens.

21                    MR. WARD:  Yeah.  It is very case by case, Your

22 Honor.  So I don't know that I could now say that there is

23 one standard approach to it.  What I would say here is that

24 the basis of the States' claims for reliance interests is

09:36:56  25 really their same basis of asserting standing.  They're

1 saying that what the agency should have done is consider

2 costs to the States of immigration or of increased

3 immigration, and that is something that the agency did

4 consider.

09:37:11  5                     So we don't view those necessarily as

6 properly being considered reliance interests, but the

7 States are concerned that the agency should consider the

8 cost to the States of immigration to Texas.

9                     THE COURT:  So you are saying that you did

09:37:23 10 consider cost to the States?

11                     MR. WARD:  So the agency did consider -- one of

12 the goals of these processes was to reduce costs on the

13 states and border communities by just as the processes have

14 shown in implementation, reducing the number of individuals

09:37:36 15 coming from these four countries that have to be released

16 into the United States, and in particular releasing

17 their -- limiting their release at the southwest border by

18 putting in place a process that requires individuals to

19 come in at various ports of entry, limiting the -- the

09:37:52 20 surge of individuals to the border.

21                     So to the extent that the Court does

22 determine that consideration of costs or costs to the

23 States or costs to border communities are something that

24 should have been considered in this process, although we

09:38:04 25 dispute that there are any reliance interests to be

1 considered, if the Court views that as reliance interests,

2 that is something that the agency considered and that these

3 processes are addressing in a favorable way.

4          THE COURT:  Are reliance interests only

09:38:17  5 implicated in an APA context?  In other words, is that --

6 in other words, the only -- redressability or a lack of

7 consideration of reliance interests is to be sued under the

8 APA, for lack of doing that?

9              Is there any other avenue?

09:38:33  10          MR. WARD:  Not that I'm aware of, Your Honor.

11          THE COURT:  Right.  It always only comes up in

12 the context of an APA claim?

13          MR. WARD:  As far as I'm aware.  As far as I

14 have ever seen it, but I don't -- I haven't -- that is not

09:38:44  15 something I have comprehensively researched, so I couldn't

16 say.  But, yeah, it comes up as a -- as a -- as often as a

17 complaint in an APA case that an agency change in policy or

18 new policy didn't consider reliance interests, particularly

19 of the industry that is being regulated by a particular

09:39:02  20 policy or process.

21          THE COURT:  It's just a subset of an arbitrary

22 and capricious claim?

23          MR. WARD:  Yes.

24          THE COURT:  Okay.

09:39:07  25          MR. WARD:  Yes.  I believe it would be as -- so

1 it would be part of -- part of the analysis in *State Farm*

2 that the -- the agency as long as it considers the relevant

3 factors and articulates a reasonable explanation for its

4 decision, it would come into -- in some cases but not all

09:39:20  5 cases come into one of the factors that should have been

6 considered, if there are reliance interests at issue.

7          THE COURT:  Okay.

8          MR. WARD:  Plaintiffs' next arbitrary and

9 capricious claim is that the agency didn't adequately

09:39:33  10 consider how they would remove individuals at the end of

11 their term of parole, at the end of the two-year term of

12 parole.  They claim that this is something that the agency

13 should have considered.

14                   Here is something that -- where, again,

09:39:46  15 Texas tries to take in isolation the parole processes and

16 not consider them really in the -- in the context of what

17 DHS was dealing with.  DHS was faced with a problem here,

18 as I described yesterday, an increase of individuals, a

19 dramatic increase of individuals from these four countries

09:40:02  20 at the southern border, which they believe was driven in

21 part by their inability to impose a consequence for

22 individuals from these four countries that don't come

23 through lawful processes.

24                   This process has allowed the agency to

09:40:16  25 enforce the immigration laws and remove individuals to a

1 greater degree than they could for these four countries,

2 because now individuals that don't come through the parole

3 processes can be removed to Mexico, allowing them to remove

4 individuals that they wouldn't have the authority to remove

09:40:31  5 before.  So it's --

6            THE COURT:  Can I ask something?

7            MR. WARD:  Yes.

8            THE COURT:  Was the dramatic increase from

9 these four countries that you just referenced unique to

09:40:40  10 those four countries?

11            MR. WARD:  So, as I said yesterday, there is

12 evidence in the record that from fiscal year 2021 to fiscal

13 year 2022, the numbers from those four countries in

14 particular increased by 400,000 -- over 400,000 people

09:40:55  15 compared to the previous year.  And what the -- the

16 evidence in the record says is that when you take -- take

17 out the CHNV countries and consider all other countries

18 combined in the world, the year-over-year increase during

19 that same time period was 200,000.  So we are talking

09:41:11  20 200,000 increase for most countries.  440,000 increase year

21 over year for the CHNV countries.

22            So DHS identified that there was a

23 particular issue with these countries and traced it to

24 particular problems with -- or limits that DHS has on their

09:41:27  25 ability to remove individuals from those four countries.

1                    So the CHNV processes have allowed DHS to

2    remove more individuals than they would have otherwise

3    because they now have the ability not to just use their

4    limited authority to remove these people back to Cuba,

09:41:48    5    Haiti, Nicaragua, and Venezuela, but also to remove them to

6    Mexico.  And each of the four processes also considers and

7    notes explicitly that individuals that are granted parole

8    are expected to leave at the end of the term of their

9    parole, and that they can be placed into removal

09:42:04    10   proceedings if they don't depart at the end of the process.

11                   Now, again, as we discussed yesterday, the

12   agency hasn't been faced with many people who have reached

13   the end of their parole process because many of these

14   paroles are for a two-year term and these processes haven't

09:42:18    15   been in effect that long.  But they put in place a process

16   which requires the individuals to leave on their own, which

17   indicates that they generally may be placed in removal

18   proceedings at the end of their term of parole, if they

19   don't leave.

09:42:30    20                   The agency does have some authority --

21   limited authority to remove individuals.  And as the

22   secretary says in each of the processes themselves and in

23   the declaration, there are ongoing negotiations with other

24   countries about how to manage regional migration, how the

09:42:46    25   U.S. can better deal with individuals that we can remove to

1 their home country.

2                    So it is an issue that is premature for

3 the agency to have come up with a comprehensive plan for

4 but it's --

09:42:56  5                    THE COURT:  Do you have a plan for what to do

6 after two years?

7                    MR. WARD:  What to do after two years, if for

8 some reason -- we don't know this.  This is entirely

9 speculative.  If individuals don't depart in significant

09:43:06 10 numbers, and if those numbers exceed whatever authority or

11 ability DHS has to remove CHNV nationals, which again could

12 change over that time process even by differing

13 negotiations with Mexico on who they're willing to take, or

14 other countries.

09:43:21 15                    THE COURT:  That's what I was going to ask you.

16 I thought I understood you to say that you worked out a

17 deal with Mexico, which brings in the foreign relations

18 piece, that says that because these four countries won't by

19 and large take removed aliens back, that they would go to

09:43:38 20 Mexico instead.

21                    Is that not the plan if -- after the

22 expiration of two years?  I thought that that was a piece

23 that said that they are not going to stay in the United

24 States.  After two years they will then go to Mexico, if

09:43:49 25 their home countries won't take them back?

1                MR. WARD:  I don't believe there has been a

2       definitive determination from Mexico about that piece of

3       it.  People at the end of their term of parole, I believe

4       that --

09:43:58   5                THE COURT:  As opposed to?

6                MR. WARD:  People that come irregularly to the

7       southwest border now, so people that didn't go through the

8       processes.  So people who come through -- who don't come

9       through the CHNV process or some other lawful process in

09:44:12   10      the United States.  If they're just encountered at the

11      southwest border, those can be removed to Mexico.

12                THE COURT:  Right.

13                MR. WARD:  What will happen with individuals at

14      the end of the two-year term, that's still subject to

09:44:21   15      ongoing negotiations I believe.

16                THE COURT:  So I don't want to say the

17      punishment, but the adverse consequences to people where

18      they would wind up in Mexico is not if they participate in

19      the program, but if they don't participate in the program

09:44:32   20      and try to enter?

21                MR. WARD:  Yes, Your Honor.

22                THE COURT:  Okay.  So -- and at this point, we

23      don't know what will happen with those who complete their

24      two years, that's still up in the air?

09:44:39   25                MR. WARD:  They're expected to leave on their

1 own, and the processes each say that they will be placed in

2 removal proceedings if they don't leave on their own.  And

3 the ability of DHS to --

4                THE COURT:  But then you are in the same

09:44:50   5 position as if they crossed irregularly?  Because then what

6 are you going to do with them if you catch them?

7                MR. WARD:  If they overstay, and DHS doesn't

8 have the authority to remove them at that point, right,

9 Your Honor.

09:45:03  10                THE COURT:  Then you're in the exact same place

11 as they crossed irregularly, right?

12                MR. WARD:  Perhaps, again, those are subject to

13 ongoing negotiations and DHS may, if it needs to, acquire

14 the ability to remove those individuals to Mexico or other

09:45:18  15 third countries.

16                       Again, in terms of an arbitrary and

17 capricious claim, I think we have to consider this issue in

18 the context of the problem as it existed before these

19 processes were in place and --

09:45:31  20                THE COURT:  No, I'm just trying to understand

21 the program right now.

22                MR. WARD:  Yes, Your Honor.

23                THE COURT:  I'm not trying to pigeonhole it

24 into arbitrary and capricious.  So I just misunderstood.  I

09:45:38  25 thought yesterday that at the conclusion of the two years,

1 if it was not decided to renew them, which I understand is

2 not an option at this point --

3          MR. WARD:  Yeah.

4          THE COURT:  -- then they either go home or they

09:45:47  5 go to Mexico, but that's not what you're saying.  Right

6 now, they either go home or we're not sure where they go?

7          MR. WARD:  Yes, Your Honor.

8              So, again, DHS has limited ability to

9 remove some individuals to these four countries.  We don't

09:46:00 10 know what that ability will be a year or two from now, and

11 whether it will change over time.  We don't know whether

12 Mexico will ultimately agree to take people who reach that

13 point in the process, if they are placed in removal

14 proceedings, if they don't depart on their own and need to

09:46:14 15 be removed.

16          THE COURT:  So if -- but just to compare

17 someone who has completed the program, been a model, is an

18 asylee -- it's not asylum.  It is parolee.  I'm sorry.

19          MR. WARD:  Parolee.

09:46:27 20          THE COURT:  They have been a model parolee.  At

21 the end of two years, they are in the same position as

22 someone who is caught tomorrow entering illegally, right,

23 because if they decide to stay, then you can't remove them,

24 you're in the same position you would be.

09:46:42 25          MR. WARD:  In some circumstances, Your Honor,

1 although, again, I would note that it is speculative about

2 what the agency's particular removal authority will be at

3 that time --

4           THE COURT:  Right.

5           MR. WARD:  -- ability to remove individuals.

6 But I think the larger point here is that a process isn't

7 arbitrary and capricious because it fails to fully solve a

8 problem.  DHS was --

9           THE COURT:  No.  I said I'm not trying to

10 pigeonhole this into arbitrary and capricious.  I'm trying

11 to make sure I understand the program.  So I misunderstood

12 it as to that piece.

13           MR. WARD:  Yes, Your Honor.  So I asked my

14 client about that before this trial, and they said

15 that's -- because -- I think the issue there is really that

16 we haven't reached that problem yet.  That DHS is involved

17 in ongoing negotiations with Mexico and other countries

18 about how to manage current and emergent immigration

19 problems and sharing the burden of irregular migration in

20 the region.

21               And I think we haven't -- this problem

22 of -- this speculative problem of will individuals under

23 the parole process not leave at the end of their term, will

24 they not leave in significant enough numbers that DHS can't

25 remove them with the limited authority it has, will they

1 have greater authority to remove those individuals back to

2 either their home countries or other countries at that

3 time?

4                 Those are things that will be the subject

09:47:51  5 of ongoing discussions with other countries, but it is an

6 issue that has arisen currently.  There isn't some group of

7 individuals who have reached the end of their parole

8 process, and have refused to leave yet.  So it is not an

9 issue that DHS has had to figure out exactly what they are

09:48:06  10 going to do with that, at that time, and what --

11                 THE COURT:  What will their legal status be?

12 Will it be the same as someone who crosses illegally?

13                 MR. WARD:  So they would be -- they would have

14 overstayed their parole -- their term of parole, so they

09:48:20  15 would have no status within the United States.

16                 THE COURT:  So is that -- is that equal to,

17 better than, or worse than someone who is caught crossing

18 illegally?  If someone who has successfully completed the

19 parole program, are they entitled to some benefits, or

09:48:35  20 more, I guess, positive treatment because of the fact that

21 they have been here two years and went through the program,

22 or are they treated the same?

23                 MR. WARD:  Not that I'm aware of.  Those sort

24 of determinations would very case by case based on the

09:48:49  25 nature of the individual and what other -- a number of

1 other factors, but I think the general answer is no, that

2 because an individual was paroled in and then overstayed

3 their parole and had no status in the United States, I

4 don't believe that they would be in any -- differently

09:49:02  5 situated in any way from other individuals without status

6 in the United States.

7                    THE COURT:  Okay.

8                    MR. WARD:  But as to the arbitrary and

9 capricious claim, again, an agency process or policy is not

09:49:14  10 arbitrary and capricious simply because it doesn't fully

11 solve a problem.  So the problem the agency is faced with

12 now is a much larger number of individuals from these

13 countries arriving in the United States and an inability to

14 remove them in significant numbers.

09:49:28  15                    So, again, as I said before, comparing the

16 time period before the parole processes were in place to

17 the six to eight months following when they're in place,

18 DHS was releasing on average over 900 fewer individuals

19 from these four countries every single day, and those are

09:49:44  20 individuals who would fall into the same category.

21                    Is it possible that individuals will

22 overstay their parole process, be placed in removal

23 proceedings, and there will be some that DHS won't

24 ultimately be able to remove?  Yes, it's possible.  It's

09:49:58  25 speculative, but it is possible.  But that is also a

1 much -- likely to be a much smaller number than the much

2 greater number of individuals that were coming to the

3 United States that DHS had no ability to remove before

4 these processes were in effect.

09:50:12   5                        So it's a rational solution to a very

6 difficult problem that DHS was facing, the dramatic

7 increase of individuals arriving from these four countries,

8 and the very limited ability to remove them.  DHS now has a

9 much more orderly process, and considered the ability of

09:50:27   10 the agency to involve our -- our regional partners,

11 including Mexico, in assisting us in removing individuals

12 that don't comply with terms of processes like the CHNV

13 parole processes.

14                        The final arbitrary and capricious claim

09:50:48   15 that Texas makes is that the agency failed to adequately

16 explain how the support -- the supporter requirement would

17 be enforced.  Again, I don't think this is a basis to claim

18 that the processes are arbitrary and capricious at all.

19                        Again, the -- the parole statute

09:51:08   20 explicitly places the conditions that will be placed on the

21 grant of parole in the secretary's discretion, says the

22 secretary may parole individuals under such conditions as

23 he may prescribe.

24                        So there is nothing in the statute,

09:51:23   25 whatever other limits the Court might think applies to the

1 grant of parole, or to the parole authority, there is no

2 limits in the statute on what conditions the secretary can

3 place on the supporter requirement.  There is nothing in

4 the statute whatsoever that requires the agency to build

09:51:40   5 any particular supporter mechanism.

6                    I would say that the supporter mechanism

7 isn't toothless.  It requires the supporter to provide a

8 range of documents, to be vetted, to demonstrate sufficient

9 financial resources, to receive, maintain and support the

09:51:59  10 intended beneficiary for the period of parole.  They must

11 sign under penalty of perjury a form saying they commit to

12 doing that.

13                    USCIS confirms that information to ensure

14 that they actually have the resources to support the

09:52:14  15 individual.  It's a similar process that has been used in

16 other processes like the Uniting for Ukraine process for

17 individuals paroled into the United States.

18                    So it is not without some force, but

19 nothing in the statute requires the secretary to put any

09:52:33  20 particular enforcement mechanism in place for supporters.

21 And, in fact, it says nothing about supporters at all.  The

22 parole statute doesn't require the secretary or DHS to

23 require an individual to have a supporter in order to be

24 granted parole.

09:52:47  25                    And, in fact, as I noted yesterday, it is

1 only because of this orderly advanced process, and the

2 advanced vetting that's provided, only as a result of these

3 specific processes, that require the individual to provide

4 a supporter and provide the agency with time to vet that

09:53:02    5 supporter to be done.  This happens when the individual is

6 at the first stage of the process, still in their home

7 country, where they must apply for parole.

8                  This time and advance vetting and advanced

9 looking into whether this individual is someone that will

09:53:15 10 have financial support in the United States can only happen

11 at all because of these parole processes.  And the agency's

12 consideration of trying to encourage and ensure financial

13 support when it is not required with the statute, is I

14 believe a thoughtful way to approach policy, and is the

09:53:34 15 opposite of arbitrary and capricious decision-making.

16                  As to Plaintiff Texas's notice and comment

17 claim, we believe this claim fails for the same reasons

18 as -- for similar reasons to why we believe there isn't a

19 final agency action here.  We believe notice and comment is

09:53:52 20 not required because these are not processes that impose

21 any rights or obligations.

22                  It's unlike the DACA program, which the

23 Fifth Circuit said did not generally leave decision-makers

24 free to exercise discretion.  Here the final

09:54:10 25 decision-maker, the CBP official at the port of entry,

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 retains the discretion to make the determination in the

2 individual case to grant or parole an individual.  And

3 nothing in the parole processes restrict that authority, so

4 we don't believe that these are the types of substantive

09:54:27  5 rules that require notice and comment rulemaking to begin

6 with.

7                    Even if the Court disagrees with that and

8 finds that notice and comment rulemaking might be

9 implicated here, there are two exceptions to notice and

09:54:41  10 comment rulemaking that the agency identified when it --

11 when they put these processes into place.

12                    The first is the foreign affairs

13 exception.  That applies if -- if a policy involves a

14 foreign affairs function of the United States.  That's

09:54:55  15 listed at Section 553(a)(1), and applies -- this is from

16 *American Association of Exporters* at 751 F.2d 1239 from the

17 Fed Circuit.  That applies in agency actions that are

18 linked intimately with the government's overall political

19 agenda concerning relations with another country.

09:55:16  20                    These processes set out specifically how

21 these processes are involved or implicated -- implicate our

22 relations, particularly with Mexico and other countries.

23                    THE COURT:  So how could you ever have an

24 immigration rule -- assuming it's a rule -- that doesn't

09:55:32  25 fall under -- that falls under notice and comment?  Because

1 that always involves relations with another country as to

2 whether or not they will take them back and under what

3 circumstances they will.

4                MR. WARD:  Again, I don't -- as I was saying

09:55:43  5 yesterday, I don't think all immigration policies involve

6 that to the same degree.  Not all immigration policies

7 involve migration through other countries or removal.

8 There are many -- I think the --

9                THE COURT:  Could a removal rule ever be

09:55:58  10 reviewable, or ever be required to be subject under notice

11 and comment?

12                MR. WARD:  So I think we would generally argue

13 that a process that involves removal would involve a

14 foreign affairs function and it would apply.  I think the

09:56:15  15 Supreme Court in the Priorities decision implicated --

16 noted the foreign affairs consequences of removal in the

17 Priorities decision because it involved removal.

18                So I think it would broadly apply in

19 removal cases but, again, that doesn't mean that if

09:56:28  20 there -- if there is some line the Court is inclined to

21 draw and not find that that exception would apply in every

22 case involving removal, I think here we have a much clearer

23 demonstration of foreign policy and ongoing negotiations

24 with another country specific to this particular program.

09:56:44  25                As the -- as the secretary said, this --

1 "These parole processes advance the administration's

2 foreign policy goals by demonstrating U.S. partnership and

3 U.S. commitment to the shared goals of addressing migration

4 through the hemisphere, both of which are essential to

09:56:59    5 maintaining strong bilateral relationships, and that

6 delaying the issuance and implementation of this process to

7 undertake rulemaking would complicate border discussions

8 and negotiations about migration management, jeopardizing

9 negotiations with Mexico and the decision to accept the

09:57:13    10 return of covered nationals."

11              So here we have a process where the agency

12 has identified specific ongoing negotiations, and the

13 process is directly linked to those negotiations and the

14 agreement of another country not to just accept their own

09:57:29    15 nationals through removal from the United States, but to

16 accept removal of individuals who have no connection to

17 Mexico, no status in Mexico, just an exchange for our

18 agreement as a foreign policy matter to put in place

19 processes that help Mexico generally avoid or reduce

09:57:46    20 irregular migration across Mexico to our southwest border.

21              THE COURT:  Are you suggesting that the *Texas v*

22 *U.S.* case dealt with foreign policy, that was part of the

23 whole basis of the holding?

24              MR. WARD:  The Priorities decision, Your Honor?

09:58:00    25              THE COURT:  Correct.

1              MR. WARD:  In part.  So the -- I note that --

2              THE COURT:  I mean, I just looked for the word

3 "foreign," and it comes up once and it has nothing to do

4 with that context.  I mean, it was all about redressability

09:58:09  5 and standing, which is not -- I mean, they don't even reach

6 the foreign policy aspect unless they are getting to the

7 merits, right?

8              MR. WARD:  Yes, Your Honor.  So, I was

9 referring to the -- to the -- the note at 143 Supreme Court

09:58:24 10 at 1971 where Justice Kavanaugh was talking about the

11 principle enforcement discretion applying in the

12 immigration context where he says:  The principle

13 enforcement (sic) discretion extends to the immigration

14 context because the Supreme Court has stressed that the

09:58:39 15 executive's enforcement discretion implicates not only

16 normal domestic law enforcement priorities but also foreign

17 policy objectives.

18              THE COURT:  And so is it -- and so that wasn't

19 the basis of the holding.  I mean --

09:58:48 20              MR. WARD:  Right, Your Honor.

21              THE COURT:  -- the basis of the holding was

22 redressability.  I mean, and -- and the -- so, I guess my

23 question is, before we move on, do you believe that this

24 parole program is enforcement discretion like in *Texas v.*

09:59:04 25 *U.S.*?  Because that dealt with whether or not federal

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 courts could order arrests and detentions which is

2 different than -- to me this is more like DACA and DAPA,

3 which is you're conferring benefits.  You are giving

4 someone status.

09:59:17   5              MR. WARD:  So, again, this -- I think this

6 program is linked directly with the agency's ability to

7 place individuals in removal proceedings and remove them.

8              THE COURT:  That is every immigration policy

9 ever.

09:59:30  10              MR. WARD:  I don't know that I would concede

11 it's every immigration policy ever, but I do think that

12 it's --

13              THE COURT:  Well, it's in DACA and DAPA.  So

14 the people that came in under DACA and DAPA, that program's

09:59:41  15 not -- is found to be unlawful, there are consequences for

16 those people, you would have said that that is enforcement

17 discretion?

18              MR. WARD:  Yes, Your Honor, to a degree.  So in

19 that case --

09:59:50  20              THE COURT:  There is not a single -- I don't

21 know of any holding that found that DACA and DAPA was

22 implicated by *Heckler*, for example.

23              MR. WARD:  Yes, Your Honor, but I think still

24 even if the Court disputes that -- that it was a matter

10:00:04  25 of -- that this policy involves a matter of enforcement

1 discretion.  I don't think there is any dispute that it

2 involves the -- the federal government or the executive

3 branch carrying out its foreign policy in negotiations with

4 its -- another country in order to implicate what we

10:00:18  5 believe or we argue is a wholly discretionary statutory

6 authority.

7             THE COURT:  Right.

8             MR. WARD:  And we would also dispute that this

9 is a process, to the extent that the Court is analogizing

10:00:28 10 to DACA and DAPA, that this is a program that confers

11 benefits.

12             THE COURT:  Well, it gives them status, right?

13 It gives them status to be in the country.  That's a

14 benefit.

10:00:36 15             MR. WARD:  That status comes from the parole

16 statute itself, and that is something that they would be

17 able to obtain and were obtaining in greater numbers

18 because of DHS's limited ability to remove these

19 individuals even before these parole processes existed.

10:00:50 20             So there is nothing that these parole

21 processes -- there is no rights or benefits or status that

22 is granted to these individuals through the parole

23 processes whatsoever that they couldn't obtain under the

24 statute itself.  1182(d)(5) allows CBP officers at a port

10:01:04 25 of entry to make the same determinations and grant parole,

1 and the other benefits that accrue from the parole status

2 aren't -- aren't -- don't come from the parole processes

3 themselves, but they come from other statutory and

4 regulatory bases that provide benefits to individuals with

10:01:19   5 parole status.

6                     But even if like -- as I said yesterday,

7 if the Court was to enjoin these processes or if the DHS

8 was to rescind them, individuals would still be able to

9 seek the same parole and the same benefits that they can

10:01:33  10 under the parole processes.

11               THE COURT:  So let me just make sure.  I want

12 to -- because I'm trying to figure out how applicable Texas

13 v. U.S. is on the standing as opposed to other cases.  So

14 in Justice Kavanaugh's opinion he says:  In addition to the

10:01:47  15 Article II problems raised by judicial review of the

16 executive branch's arrest and prosecution policies.

17                     Are you suggesting that CHNV is an arrest

18 and prosecution policy?

19               MR. WARD:  Not directly, but I think it

10:02:02  20 implicates it is motivated in part because of DHS's limited

21 ability to remove individuals from these four countries.

22               THE COURT:  Okay.

23               MR. WARD:  So when those --

24               THE COURT:  But -- but they haven't come here

10:02:13  25 yet, right?  Under CHNV they don't even make it to a port

1 of entry except for.  So, I mean, nobody -- if the program

2 is struck down, for example, that is not ordering arrests

3 or detentions.  That just means people who are in a country

4 that haven't made it to a port of entry to be assessed on a

10:02:34  5 case-by-case basis aren't going to be able to come here.

6 That doesn't tell you to arrest or detain anybody, does it?

7          MR. WARD:  No, Your Honor.  I would agree that

8 the connection is less direct in this case.  But if these

9 parole processes are enjoined, we know that individuals

10:02:46  10 will come to the United States in greater numbers, and we

11 know that part of the justification from these processes is

12 that the agency has limited ability to detain and remove

13 individuals from these four countries.

14          THE COURT:  Well, you could say it was part of

10:02:58  15 any immigration policy based on that.  Well, there

16 is gonna -- if we don't roll out some kind of a program,

17 people are going to try to come here illegally.  That makes

18 every immigration program unreviewable, doesn't it?

19          MR. WARD:  I take the point, Your Honor, and I

10:03:14  20 agree that the -- the connection to arrests and detention

21 is more attenuated in this case.  What I think the

22 Priorities decision is more helpful for in determining

23 whether there is Article III standing here.

24          THE COURT:  Right.  Okay.

10:03:27  25          MR. WARD:  As Justice Kavanaugh's discussion of

1 whether there's -- that courts have to look to history and

2 tradition as a meaningful guide of whether the type of

3 injury asserted is one that courts have typically weighed

4 in on.  And there's -- as I said yesterday, there's a long

10:03:40  5 history of similar parole processes, and no history

6 whatsoever of -- a similar history of federal courts

7 weighing in to resolve whether that's the type of

8 Article III injury that should be enough to support a

9 claim.

10:03:52  10                    And I think Justice Kavanaugh's Footnote 3

11 where he discusses the ways in which many immigration

12 policies or federal policies might affect the number of

13 individuals in the country or in particular states, and how

14 that might cause some indirect injuries to states.  I think

10:04:13  15 that applies -- that analysis applies here, and Justice

16 Kavanaugh said that courts should be mindful and cautious

17 about finding Article III standing in circumstances like

18 that where there is no history or tradition of a court

19 finding Article III standing to challenge a particular type

10:04:31  20 of process as is the case here --

21                    THE COURT:  How is there --

22                    MR. WARD:  -- and the States can only assert

23 indirect injuries from the thing they're challenging.

24                    THE COURT:  How has there ever been standing in

10:04:42  25 any Supreme Court immigration case under the APA then?

1            MR. WARD:  Well, there are certain types of --

2 certain categories of -- of decisions and benefits for

3 which there has been a history of -- of -- history of

4 determining that similar -- similar programs have -- have

10:05:05  5 supported standing.

6                  I think the discussion of other

7 immigration cases and possible exceptions in the Priorities

8 decision, again, the case leaves open the question of

9 whether that would change the Article III analysis and

10:05:20 10 those other immigration cases that are cited at the end of

11 Justice Kavanaugh's opinion --

12            THE COURT:  Right.

13            MR. WARD:  -- said there might be -- the

14 Article III analysis might arguably be different in those

10:05:30 15 circumstances, so it doesn't actually hold that those are

16 exceptions.  And I think we would argue and may in the

17 future, the next time around, that -- continue to argue

18 that the Court should not have found standing to challenge,

19 for instance, MPP or DACA or DAPA.

10:05:45 20            THE COURT:  Because Justice Kavanaugh says --

21 and I have got the slip opinion, so it doesn't have the

22 pages.  I apologize.  But it says:  The discrete standing

23 question raised by this case rarely arises because federal

24 statutes that purport to require the executive branch to

10:06:00 25 make arrests or bring prosecutions are rare.

1          So I don't know that there is any --

2 anything related to that in this case.  Is there a federal

3 statute at issue that would require the executive branch to

4 arrest or bring prosecutions -- and you heard the State of

10:06:16    5 Texas say that they are not seeking to have anybody

6 arrested or detained or removed in this case.  It just

7 deals with whether or not the program is valid.

8          MR. WARD:  Well, I think that raises a

9 redressability problem for them as well, because what is

10:06:28   10 the alternative if these processes are enjoined?  If the

11 agency doesn't have the ability to detain or remove these

12 individuals, I think it's implicated in the justification

13 for these programs.  It's something the agency considered,

14 and I think it's difficult for Texas to assert they have

10:06:42   15 any standing or harm if they think that -- as I said, if

16 they don't dispute and they haven't disputed here that

17 individuals were being paroled into the United States in

18 far greater numbers before these processes went into

19 effect.

10:06:55   20          THE COURT:  Okay.

21          MR. WARD:  That last point I just made also

22 applies to the next exception the agency identified with

23 respect to notice and comment rulemaking which is the good

24 cause exception.  This exception applies when the agency

10:07:10   25 for good cause has found notice and comment procedures are

1 impractical, unnecessary, or contrary to the public

2 interest.  Cases have held that this applies when the very

3 announcement of a proposed rule itself could be expected to

4 precipitate the activity by affected parties that would

10:07:29  5 harm the public welfare.

6                    And as the secretary described in putting

7 these processes in place, it was the agency's belief that

8 the announcement of these processes would increase the

9 exact type of migration, the migration from the particular

10:07:42  10 countries from which these four processes were aimed at

11 addressing.

12                    So if the agency was to announce a 60-day

13 comment period and say at the end of the -- that 60-day

14 comment period the agency anticipates they will put in

10:07:56  15 place a process that will limit the ability of individuals

16 from these four countries to cross the southwest border, or

17 to seek parole at the southwest border, and that it will

18 institute -- it's aimed at instituting or advancing

19 negotiations with Mexico to obtain Mexico's agreement to

10:08:14  20 allow us to remove individuals from those four countries to

21 Mexico, I think the secretary reasonably assumed that in

22 that circumstance individuals who didn't think they could

23 pass through the parole processes or were concerned about

24 that consequence of being removed to Mexico would have a

10:08:31  25 strong incentive to come to the United States or increase

1 the strain on the southwest border during the time period

2 of that notice and comment period.

3                     That's precisely what the good cause

4 exception is for, to allow the agency to say, if we put

10:08:45 5 this process in place with a notice and comment period, it

6 will cause the very harm that these processes seek to

7 address by increasing precisely the same type of migration

8 during that comment period that these processes are aimed

9 to curtail or allow the agency to impose consequences for.

10:09:03 10                    THE COURT:  Is there a minimum amount of time

11 for a comment period?  I have no idea.  Like, how short can

12 you make a comment period?

13                    MR. WARD:  That's a good question, Your Honor.

14 I don't know that there is a minimum comment period.  I

10:09:21 15 know that quite often a comment period is at least 60 days,

16 and I do know that we have been sued many times when we

17 have -- when the agency has tried to put in place a shorter

18 comment period than that.

19                    THE COURT:  Shorter than 60?

10:09:34 20                    MR. WARD:  Shorter than 60.  I don't know if

21 there is a minimum, and I haven't been involved in any --

22                    THE COURT:  So it is kind of a reasonable --

23 whatever.  It is not statutory, or administratively

24 prescribed, that you're aware of?

10:09:45 25                    MR. WARD:  I think -- hold on, Your Honor.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1                    THE COURT:  Co-counsel is writing vigorously.

2                    MR. WARD:  So I believe there is a provision in

3  the APA that requires at least 30 days unless -- so if good

4  cause applies, the agency need not do a comment period at

5  all, but they could do a comment period of less than 30

6  days.  But I think the APA prescribes at 5 USC

7  Section 553(d) that generally if it's a substantive rule,

8  it must be published at least -- not less than 30 days

9  before its effective date.

10                   THE COURT:  I've heard about 30.

11                   MR. WARD:  So I think 30 is -- would be the

12 prescribed minimum unless the agency identifies some

13 exception.

14                   THE COURT:  So the harm, what is the harm for

15 the 30 days?

16                   MR. WARD:  What is the harm for the 30 days?

17                   THE COURT:  Starting with the countries in kind

18 of the foreign policy aspect.  What would be the harm or --

19 or what is expected to have happened in the interim for the

20 30 days with respect to the countries?  And then I will ask

21 for our country.

22                   MR. WARD:  Yes, Your Honor.  So this is what

23 the agency said.  This is at 88 *Federal Register* 1252:

24 Notice and comment would greatly exacerbate an urgent

25 border and national security challenge by incentivizing

1 even more irregular migration of covered nationals seeking

2 to enter into the United States before the processes would

3 take into effect.

4                    DHS was responding to exceedingly serious

10:11:17  5 challenges at the border and advance announcement of that

6 response would significantly increase the incentive on the

7 part of migrants and others, such as smugglers, to engage

8 in actions that would compound those very challenges.  And

9 the agency noted that smugglers routinely prey on migrants

10:11:30 10 in response to changes in domestic immigration law.

11                    So that justification is similar for all

12 four processes, that individuals from each of these -- from

13 each of these countries would have an interest and

14 incentive, and if they intended to come to the United

10:11:47 15 States, and not come through these parole processes to try

16 to get here before those parole processes went into effect,

17 and to get here before the end of the comment period.

18                    And as each of the justifications for

19 these processes explains, the DHS was already facing a

10:12:03 20 significant challenge at the southwest border in terms of

21 resources, and the surge of arrivals to that border, and

22 the increase in arrivals, particularly from these four

23 countries over time, putting in place any incentive to

24 increase that migration to the southwest border before the

10:12:22 25 agency had the ability to impose the consequences

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 contemplated by these processes would make those challenges

2 even worse.

3                      Moving on to the equities here.  The

4 equities before the Court today weigh entirely in the

10:12:41  5 government's favor.  Texas has put forth no evidence that

6 these four processes have harmed Texas in any way.  They

7 put forth no evidence of harm.

8                      They do not dispute the government's

9 arguments or evidence submitted in the record before the

10:12:55 10 Court at this trial, that the number of individuals

11 released into the United States following the

12 implementation of these four processes has decreased over

13 time.  So there is no harm that Texas can assert that

14 weighs in its favor.

10:13:09 15                      On the other side of the ledger is the --

16 enjoining these processes would undermine foreign relations

17 between the United States and a foreign country, Mexico,

18 and our other regional partners.  It would limit the

19 ability of the agency to remove individuals to Mexico.  The

10:13:24 20 secretary says again -- the assistant secretary says in his

21 declaration that Mexico, if these processes were enjoined,

22 would very likely withdraw its consent to accept removal of

23 these individuals, and it would incur all of the -- the

24 challenges on resources at the southwest border.

10:13:41 25                      And in general, that existed before these

1 processes were in effect, and justify putting these

2 processes in place to encourage more orderly migration, to

3 impose consequences and to reduce the number of individuals

4 released from these four countries into the United States.

10:13:58    5                    And then scope -- on scope of relief, we

6 would argue that remand without vacatur is generally

7 appropriate when there is at least a chance the agency

8 could correct any errors the Court might identify, or

9 anything that the Court -- the agency failed to consider in

10:14:15   10 putting the processes in place.

11                    And that's particularly true when

12 enjoining a process would have disruptive consequences as

13 we have noted here.  What would happen with the individuals

14 that are in the United States?  What would happen with

10:14:28   15 individuals who would seek again to come to the southwest

16 border?

17                    THE COURT:  What would happen on a remand

18 without vacatur?  Or just remand, what happens?

19                    MR. WARD:  Well, that depends on the reason the

10:14:41   20 Court identifies for the remand without vacatur.  So if the

21 Court was to identify, for instance, that say --

22                    THE COURT:  Notice and comment.

23                    MR. WARD:  Notice and comment, well, then, the

24 agency would have to put in a comment period and receive

10:14:53   25 comments before issuing these processes as a rule.

1            THE COURT:  How quickly does that happen?  Is

2 that -- does it take a month?  I have no idea how

3 cumbersome it is to set up a notice and comment period.

4            MR. WARD:  It can be fairly cumbersome, Your

10:15:07   5 Honor.

6            THE COURT:  So what does that mean?

7            MR. WARD:  I don't know that I can provide an

8 average time; and obviously, I think there would be an

9 interest in doing so quickly here, but obviously there is a

10:15:18  10 number of people that have to be involved in that process,

11 and review -- review a proposed notice of rulemaking before

12 it goes out.

13            THE COURT:  So if it has --

14            MR. WARD:  Then there would be a comment period

10:15:27  15 after that.  So it can be a lengthy process.  I don't know

16 for sure how long it would take with something like this.

17 All I know is that in a number of other ongoing or

18 contemplating rulemakings that it is taking the agency some

19 time to advance things that are even high priorities for

10:15:42  20 the agency.

21            THE COURT:  So when you say "some time," does

22 that mean it takes -- are we talking about a month?  Are we

23 talking about six months?  Talking about a year before you

24 could roll out a notice and comment period?

10:15:52  25            MR. WARD:  Again, I can't really speak to what

1  it would be in this case.  I know that --

2              THE COURT:  No, I am just saying --

3              MR. WARD:  -- in some circumstances with the

4  number of high-profile rulemakings or high-priority

10:16:03  5  rulemakings DHS has, and in some circumstances things that

6  they consider very high profile have taken years to

7  implement or advance to the notice and comment stage.

8                   Whether that would be the case here, I

9  don't know.  But it can be a lengthy, lengthy process

10:16:16  10  before you even get to the notice and comment stage.

11             THE COURT:  And then if it was on arbitrary and

12  capricious, for example -- and I'm not saying that I am

13  doing that.  I'm just trying to get a feel for what would

14  happen.

10:16:27  15                  So arbitrary and capricious would mean it

16  would have to go back for -- to satisfy that standard, but

17  then you would have to do notice and comment as a matter of

18  course?

19             MR. WARD:  Not necessarily, Your Honor.

10:16:36  20                  So if the Court, for instance, found this

21  process was arbitrary and capricious because there was some

22  factor that you thought the agency didn't adequately

23  consider, it can be remanded without vacatur, the agency

24  could consider that factor, evaluate whether that would

10:16:50  25  change their analysis, or their implementation of this

1 process, and then issue an updated guidance on how the

2 process would work.

3                THE COURT:  So I guess I was unaware of that.

4 I thought that if arbitrary and capricious under the APA

10:17:05  5 happened, that that notice and comment would have to happen

6 as a matter of course because it has been found to be under

7 the APA.  Is that not the case?

8                MR. WARD:  No, it's a separate -- a notice and

9 comment claim would be separate.

10:17:16  10                THE COURT:  I understand the claim, but, I

11 mean, is there such an instance that something could be

12 sent back under arbitrary and capricious and not be subject

13 to notice and comment ruling?

14                MR. WARD:  Yes, Your Honor.  So, for instance,

10:17:27  15 MPP was something that was found to be arbitrary and

16 capricious because the courts found that the agency hadn't

17 considered certain factors that the courts believe should

18 be considered, so it was remanded to the agency.

19                     And during the time period of while that

10:17:41  20 decision was on appeal, the secretary did additional

21 consideration, and issued a subsequent or superseding

22 memorandum terminating MPP, which addressed the specific

23 errors or things that the Court identified that weren't

24 adequately considered the first time.  But nothing in that

10:17:58  25 decision on arbitrary and capricious grounds required the

1 agency to do notice and comment rulemaking the second time

2 around.

3               THE COURT:  I just didn't know -- well, if

4 that -- if a court found arbitrary and capricious, that

10:18:07  5 meant it is covered by the APA, which means it has to go to

6 notice and comment after you have done the additional

7 reason.  I didn't know if that just had to follow.

8               MR. WARD:  Not necessarily, Your Honor.  So if

9 it's -- so arbitrary and capricious review can apply to

10:18:20 10 things that --

11               THE COURT:  That aren't subject to notice and

12 comment?

13               MR. WARD:  That aren't subject to notice and

14 comment, that aren't considered substantive rules in that

10:18:28 15 manner.  I think there is a little bit of overlap between

16 whether something is a final agency action, which requires

17 arb -- which would be -- could be subject to arbitrary and

18 capricious review, and whether something is a substantive

19 rule that requires notice and comment rulemaking.

10:18:45 20               But even in that context, even if those

21 two factors were found in the same way by the Court, there

22 is, as I just discussed, a number of exceptions to notice

23 and comment rulemaking --

24               THE COURT:  Right.

10:18:53 25               MR. WARD:  -- that might apply even if the

1 court otherwise found that the agency's action or decision

2 was arbitrary and capricious.

3             THE COURT:  Right.

4             MR. WARD:  And, then, finally, just a scope of

10:19:03  5 relief.  Any relief should be limited at most to Texas.

6 The parties entered a stipulation in this case, which is at

7 ECF Number 30, where Texas agreed that they were only

8 seeking to assert injury based on injury to Texas.

9             The Supreme Court has said repeatedly that

10:19:18  10 Article III requires that a plaintiff's remedy must be

11 tailored to address the plaintiff's particular injury in

12 the case.  So here, at most, the Court can find that there

13 is injury to Texas, and the remedy must be limited to that.

14             And here I would note a couple -- I would

10:19:34  15 respond to a couple of things that were raised by Texas

16 yesterday.  They raised the uniformity of immigration law,

17 but immigration law is not some special area in which the

18 basic requirements of Article III don't apply.

19             Again, the Supreme Court has said

10:19:48  20 Article III requires that -- that remedy be narrowly

21 tailored to address the injury that's been proven in the

22 case.  And, in fact, it's the burden on Texas to prove that

23 injury.

24             So this is Fed -- *Feds for Medical Freedom*

10:20:05  25 *v. Biden*, 63 F.4th at 389.  This is the Fifth Circuit from

1 2023 where they said:  The plaintiff has the burden to

2 prove that whatever injunction they request is no broader

3 than necessary to protect against their proven injuries.

4          THE COURT:  Okay.  So I would like to get into

10:20:23   5 that with you.  So if anybody read the 100-day pause

6 injunction, I dropped a footnote saying -- and I'll say I

7 am not a fan of nationwide injunctions.  I think I said it

8 yesterday, and I have been fairly candid about that.

9          However, the Fifth Circuit in some cases

10:20:36   10 talked about why they should be -- why they are

11 particularly appropriate in immigration cases because if

12 someone comes into the country without status, they can

13 cross borders, and that impacts people and, of course,

14 uniformity and constitutional law.

10:20:51   15          So at least with respect to that, another

16 case that I have had, I limited to the particular parties,

17 which is kind of my default.

18          My question is:  Given that -- given that

19 Fifth Circuit history and also given just the mechanics of

10:21:07   20 how it works based on the reasoning in that -- you know,

21 so -- so say you don't -- that -- I don't even know how

22 would I -- how would that even be limited?  What would I --

23 you're asking me to limit it.  What would my injunction or

24 vacatur be?  Don't -- don't fly people into this program

10:21:27   25 into the state of Texas as opposed to the surrounding

1 states where they could cross?  And so...

2              MR. WARD:  Yeah.  So I think there are a couple

3 of distinctions there.  First of all, the uniformity in

4 immigration law is based on a provision that requires a

10:21:39 5 uniform rule of naturalization.  These processes have

6 nothing to do with naturalization.  These are temporary

7 parole processes with a term limit.

8              THE COURT:  I am more focused on the Fifth

9 Circuit, you know, kind of policy of -- if someone is flown

10:21:52 10 into the interior of the country, and I have an injunction

11 that says don't allow people into this program, into the

12 state of Texas, they can still cross because there is not

13 border patrol at the state line.  So...

14              MR. WARD:  Yes, Your Honor.  So we disagree

10:22:06 15 with that generally.  Obviously, we have argued against the

16 need for nationwide injunctions or that it is justified in

17 those cases, and on some of the same basis that -- that

18 the -- the remedy must be limited to the particular

19 injuries asserted.  So in those cases I think -- I believe

10:22:20 20 what the Court has held is that it doesn't matter if an

21 individual crosses in Texas or California at the border,

22 someone could cross the border in California and come to

23 Texas and that is enough.

24              First of all, Texas hasn't proven that

10:22:34 25 there is any movement between states or individuals in

1 these processes, and I think these processes have some

2 particular aspects about them that distinguish them from

3 those other cases where the Fifth Circuit held that more

4 nationwide relief or uniformity immigration law was

10:22:48  5 required because these --

6              THE COURT:  I was going to ask you.  I don't

7 want to forget.  I'm sorry.

8              MR. WARD:  Yes.

9              THE COURT:  Do they stay with their sponsors?

10:22:54  10             MR. WARD:  They don't have to, but the

11 processes contemplate that they have to identify a sponsor

12 in the United States and then fly to an interior state.

13             THE COURT:  Got it.

14             MR. WARD:  The numbers --

10:23:05  15             THE COURT:  Oldrys is staying with the parents

16 and so I didn't know if that was commonplace.  So do they

17 stay there, therefore making them less likely to cross?

18             MR. WARD:  I think it is fair to assume they

19 stay there.  Texas is not putting forth any contrary

10:23:18  20 evidence, but there is no requirement of the program that

21 they can't move.  So I can't say that someone who has a

22 sponsor in one state and travels to that state, to the

23 interior of the United States, away from Texas or away from

24 border communities, would necessarily have to stay there.

10:23:31  25             But the basic design of the program is

1 that individuals in the United States who live in a

2 particular area can sponsor and support and help with the

3 transition of an individual from another country.

4                    There is no reason to believe that those

10:23:42   5 type of individuals that are seeking to come to the United

6 States in some state other than Texas would have any

7 interest in necessarily migrating to Texas.  They could

8 just seek sponsorship and -- from someone in Texas or try

9 to fly into Texas if that was their ultimate destination,

10:23:59   10 and there is no evidence in the record that the numbers of

11 individuals in Texas have increased over time.

12                    So there is -- Texas has not met their

13 burden to prove that a nationwide injunction or a broader

14 injunction is necessary to prevent individuals, at least

10:24:14   15 not in any significant numbers that would -- that they

16 could reasonably say would cause harm to the state from

17 being paroled into one state, choosing one state other than

18 Texas to be paroled into and then would travel to Texas.

19                    And, in fact, we know that, as Your Honor

10:24:28   20 noted yesterday, a number of states have put forward that

21 they believe they would be injured by a nationwide

22 injunction that would prevent some of those individuals

23 seeking not to come to the Plaintiff States in this case

24 but to travel into other states.

10:24:39   25                    THE COURT:  And the practical problem of if

1 something like that issues, then another district court

2 really can't analyze the issue anymore in a different part

3 of the country.

4                    One of the questions I had is you don't

10:24:52 5 dispute that standing for one is sufficient to kind of

6 impute standing for all for purposes of moving to the

7 merits, that kind of general concept?  Because you haven't

8 challenged the standing of the remaining States.

9                    MR. WARD:  No.  I assume -- we challenged Texas

10:25:05 10 but assuming Texas -- the Court finds Texas has standing,

11 we don't -- we don't -- the federal defendants don't

12 dispute that the other states can go forward in the case.

13                    THE COURT:  I call it piggybacking.  They're

14 pigging back -- as long as one state does it, the rest can

10:25:20 15 piggyback for standing purposes, and so I want to find out,

16 does that principle translate for injury?

17                    MR. WARD:  I don't believe so, Your Honor,

18 because again Article III requires that the remedy be

19 limited to the particular injury that has been proved.  So

10:25:33 20 we don't believe that you have to necessarily dismiss the

21 other States from the case and that the case couldn't go

22 forward.

23                    Again, we're at trial here.  This is not

24 an early stage of the case.  So it doesn't make much

10:25:42 25 difference at this point whether the other States are in

1 the case or not.  But they haven't proven injury and they

2 haven't made any attempt to prove an injury.  In fact, they

3 have stipulated those other States aren't going to prove an

4 injury.

10:25:53  5                    So if Article III does require that the

6 remedy be limited to the particular injury that is proven

7 at trial or proven in the case, as the Supreme Court has

8 repeatedly said, then the remedy has to be limited at most

9 to Texas, which is the only place that has tried to assert

10:26:06  10 or show harm in this case.

11                    THE COURT:  So if it's limited to the State of

12 Texas, how does it read in you're -- I assume over your

13 objection, but how would -- what would the language be?

14                    MR. WARD:  If the Court entered an injunction

10:26:21  15 that was limited to Texas?

16                    THE COURT:  Correct.

17                    MR. WARD:  I think the injunction would say

18 whatever the Court orders within the injunction.  So if it

19 was to say that these processes are enjoined on whatever

10:26:29  20 basis, the Court would do that and that the application of

21 the Court's injunction is limited to -- to this process

22 being used at ports of entry or by CBP officers in the

23 state of Texas.

24                    THE COURT:  So -- and so what is the limit?

10:26:42  25 The limit placed on the DHS would be that DHS is enjoined

1 from...

2                        What is that?

3                MR. WARD:  From -- from applying the parole

4 processes to individuals seeking parole within the state of

10:26:52  5 Texas.

6                THE COURT:  Okay.

7                MR. WARD:  If I can just confer for a minute,

8 Your Honor?

9                THE COURT:  Sure.  Ms. Fudim, if you want to

10:27:06 10 speak, that's fine.  We are going to open this up.  So...

11                MS. FUDIM:  No.

12                THE COURT:  Okay.

13                MR. WARD:  Your Honor, just very briefly, I

14 believe I may have skipped over a couple of the urgent

10:27:50 15 humanitarian reasons that the agency identified for these

16 four parole processes.

17                     My co-counsel reminded me that you asked

18 me about what the specific urgent humanitarian reasons

19 might be for each of these processes, and I don't believe I

10:28:03 20 fully answered that question.  So I just wanted to note

21 that for Venezuela, the agency identified that the urgent

22 humanitarian reasons include the repressive regime of

23 Nicolás Maduro, that it prevented Venezuelan nationals who

24 seek to leave -- oh, and -- the effects of the repressive

10:28:19 25 regime of Nicolás Maduro and also the benefits of

1 preventing Venezuelan nationals who seek to leave or flee

2 that regime from having to make the dangerous journey to

3 the U.S.

4            THE COURT:  So how could anybody not qualify,

10:28:33  5 then, from Venezuela?

6            MR. WARD:  Well, they would have to identify in

7 their individual parole application that there is someone

8 who is fleeing Venezuela because they have suffered some

9 effect from that regime.

10:28:42  10            THE COURT:  As long as they say that?

11            MR. WARD:  As long as they show that to the

12 satisfaction --

13            THE COURT:  How do you show it other than

14 saying it?

10:28:49  15            MR. WARD:  Well, the CBP officers are trained

16 to interview and evaluate the information provided from --

17 by individuals arriving at the border.  They do this all --

18 all the time.  They have to determine whether they find the

19 individual's representations credible, and they have

10:29:02  20 discretion to deny entry to the individuals if they feel

21 that they haven't satisfied -- satisfied the officer that

22 they have some basis for admission into the United States.

23            THE COURT:  And there were at least some number

24 of Venezuelans that haven't been approved, right?  I saw --

10:29:15  25 whatever that number was, correct?

1           MR. WARD:  Yes, Your Honor.

2           THE COURT:  Do we have a basis for the denial?

3 For example, it was on a bad criminal background check as

4 opposed to they didn't believe that it met one of those two

10:29:27 5 priorities?

6           MR. WARD:  I believe that would take an

7 individual review of all of the individual denials, which

8 we don't have and haven't had an opportunity to do.  What I

9 understand from my client is it could be a range of things.

10:29:38 10           In some circumstances someone that the

11 information filled out, the CBP officer at the end

12 determined that it wasn't accurate, or didn't satisfy the

13 standard, or that there was some other problem with the

14 basic eligibility requirements for parole.

10:29:54 15           But I am told that it's a range of reasons

16 why a CBP officer might at that last step deny parole.

17           THE COURT:  So if somebody meets the background

18 check, the vetting, they check all the boxes that makes

19 them qualified for it, would being from Venezuela

10:30:08 20 underneath the repressive regime be enough to get in?

21           MR. WARD:  If they could show that they

22 suffered some effects of that regime that they were fleeing

23 to the United States for.

24           THE COURT:  And it is the same thing for Cuba?

10:30:19 25           MR. WARD:  Same thing for Cuba.  The secretary

1 identified the crippling economic and social conditions and

2 civil unrest in that country where Cuba continues to

3 repress and punish all forms of dissent and public

4 criticism of the regime, and has continued to take actions

10:30:35  5 against those who oppose the government's positions.

6                THE COURT:  I know that -- I mean, I deal with

7 this.  I deal with 1326 cases all the time, and if we have

8 a Cuban who is here without permission and gets sentenced

9 for illegal reentry and we have to deal with what happens

10:30:50 10 after they have finished their sentence.  So I am very

11 familiar with that process.

12                     Is it the same for all four countries?

13 Does Venezuela -- I mean, all four of them, Haiti, all of

14 them, do they all have the -- I want to say -- I don't want

10:31:05 15 to stay refusal, but I guess the same policy as Cuba for

16 not accepting people who are being removed?  All four

17 countries or is it just three?

18                MR. WARD:  So for -- for Venezuela, Nicaragua

19 and -- you are talking about the limits on DHS's ability to

10:31:22 20 remove to those four countries?

21                THE COURT:  Right.

22                MR. WARD:  So for Cuba, Venezuela and

23 Nicaragua, the countries have -- have specifically limited

24 the number of flights that DHS can use to remove

10:31:35 25 individuals there.  So it is a limit on the total number of

1 individuals that we can remove.  They are not willing to

2 accept more than a certain number of removal flights in

3 return of their own nationals.

4                    For Haiti it involves more the

10:31:50 5 circumstances and country conditions there in the country,

6 including they identified precarious securities

7 circumstances at the airport and --

8                    THE COURT:  I am familiar.

9                    MR. WARD:  Yeah.  And other issues in the

10:32:04 10 country which limits DHS's ability just practically to be

11 able to remove there and that one --

12                    THE COURT:  I have flown into Port-au-Prince,

13 and I am familiar.

14                    So the three countries, other than Haiti,

10:32:15 15 have substantial limits on how many people they will accept

16 back if they're being removed?

17                    MR. WARD:  Yes, Your Honor.

18                    THE COURT:  Do we have the numbers?  Are those

19 in the record?

10:32:25 20                    MR. WARD:  So we have -- so in the assistant

21 secretary's declaration at Exhibit HH, at paragraph 12, he

22 lists the number of removals of individuals from those four

23 countries that DHS was able to accomplish in fiscal year

24 2022.

10:32:43 25                    So he says in that declaration, in fiscal

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 year 2022, despite DHS's best efforts, they were able to

2 remove 176 Cubans, or 0.1 percent of the encounters; 3,024

3 3,024 Nicaraguans, or 1.8 percent of encounters; 987

4 Venezuelans, or 0.5 percent of encounters from that

10:33:14  5 country; and 18,449 Haitians or 34 percent of Haitian

6 encounters.

7             So the vast majority, 9 percent of CHNV

8 nationals in fiscal year 2022 could not be returned or

9 removed.  And in those same paragraphs, he lists or

10:33:31  10 discusses the specific reasons for those limitations

11 including the limits on the number of flights that DHS can

12 use to remove individuals to those countries, and the other

13 factors limiting removals to Haiti.

14             THE COURT:  So I read that declaration, and

10:33:46  15 I -- I may think that a lot of the judges when we were

16 sentencing, we say, okay, this defendant is from Cuba.  We

17 know they are not taking them back.  We kind of

18 oversimplify it into that.

19             Do we have something in the record that

10:33:58  20 says what Cuba -- I mean, specifically what it is?  I mean,

21 what I have seen throughout the declarations are there are

22 difficulties in returning.  Is there something that

23 explains exactly what those difficulties are in a little

24 bit more detail?

10:34:13  25             MR. WARD:  Some public pronouncement from Cuba

1 about what they're willing to do or say?  I don't believe

2 there is anything --

3            THE COURT:  Just anything.

4            MR. WARD:  I'd have to look at whether there is

10:34:23  5 something in the administrative records, perhaps, that

6 address that.  But as far as I'm aware, the declarations

7 summarizing the limits on removals is --

8            THE COURT:  But, I mean, they basically just

9 say there are difficulties in removing to those three

10:34:34 10 countries because of their reluctance to whatever -- it

11 doesn't -- it's a little general.  I didn't know if there

12 was something more specific than that general language.

13            MR. WARD:  It is possible, Your Honor, but I am

14 not aware of specifics beyond what is in the declarations.

10:34:49 15            THE COURT:  Okay.

16            MR. WARD:  Unless the Court has further

17 questions from for me now, nothing further from the

18 government.

19            THE COURT:  All right.  Appreciate it.

10:34:59 20                How is everybody doing?  Do we need a

21 break or are we ready to go?

22            MS. TUMLIN:  I think we might need a short

23 break.

24            THE COURT:  Let's do a five-minute.  Let's

10:35:08 25 start at 10:40, just to give everybody...

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 (Proceedings recessed from 10:35 to 10:43.)

2               THE COURT:  Intervenors all set up?

3               MS. TUMLIN:  I am.  I'm just going to cover

4 standing first.

10:43:50  5               THE COURT:  Okay.

6               MS. TUMLIN:  Should we aspire to go that far

7 before lunch?  Or do you not want to talk about that?

8               THE COURT:  It is all -- 10:45.  I mean, we can

9 all go -- you said -- I can't tell numbers.  Here we go.

10:44:02 10               MS. TUMLIN:  There is a lot.

11               THE COURT:  All right.  We will just go and

12 then as we get closer to noon, we can figure out what you

13 think would be a good breaking point.  I don't want to

14 break up your close, unless -- if it is not good for your

10:44:17 15 presentation.

16               MS. TUMLIN:  Yeah, yeah.  That's why I was --

17 so we will check in when we think we've --

18               THE COURT:  You can let me know whether or not

19 we're at particularly good points --

10:44:26 20               MS. TUMLIN:  Okay.

21               THE COURT:  -- that wouldn't break the flow up.

22                     All right.  Back on the record.  We

23 all set?  Is everybody back?

24               MS. TUMLIN:  All right.  Thank you, Your Honor.

10:44:33 25 I am Karen Tumlin with the Justice Action Center and the

1 intervenor defendants.

2                    So before we dive into standing, Your

3 Honor, I want to discuss just a little bit of the themes of

4 the arguments that we have heard to date in this closing

10:44:49  5 argument.

6                    So one theme --

7                    THE COURT:  I just want you to know, I also

8 have that simulcast here, so if I am looking over here, it

9 is not that I am not looking at your hard copies or that I

10:45:01  10 am ignoring you.  I am able to see.

11                    MS. TUMLIN:  I have been sitting back and

12 admiring and being very jealous of all your monitors to be

13 honest.  That's great.

14                    So, first, one of the themes that we have

10:45:11  15 seen throughout the closing of this trial is frankly that

16 there are a lot of changes in what Texas is claiming for

17 standing, the claims it is seeking and relief at the 11th

18 hour.  So just to preview that, and we will discuss it in

19 greater detail.

10:45:26  20                    On standing, having utterly failed to

21 prove the original harm it asserted, Texas now appears to

22 completely change its theory of harm at the 11th hour

23 because it can't prove what it asserted in its first

24 amended complaint and its motion for preliminary

10:45:42  25 injunction.

1                    So we are going to talk about this in

2  depth because it is incredibly important, and the Court is

3  incredibly interested in it.  But as we all know, Texas

4  asserted claimed injury based on expenses due to increased

10:45:56  5  undocumented immigration into the state, regardless of

6  reimbursements.

7                    But they haven't shown an overrun on the

8  ability to provide services.  They haven't shown a

9  budgetary shortfall.  And all they are saying is that these

10:46:07  10  programs require them to spend some dollars, and maybe even

11  some of those dollars are reimbursed.  That is not adequate

12  for standing, and it is not appropriate for Texas to

13  attempt to or for this Court to allow them to shift their

14  asserted injury at this date.

10:46:24  15                    Secondly, and the Court pointed this out

16  yesterday, we heard for the first time an attempted claim

17  being raised under the major questions doctrine.  The

18  penultimate day of the trial is not the time to raise new

19  claims.  The parties, the Court, we obviously didn't have

10:46:39  20  time to brief and consider these questions.

21                    And last -- and we will talk about this in

22  the scope of relief -- just yesterday in closing arguments,

23  Texas seemed to put forward a new claim for relief.  It

24  seemed that Texas was seeking a mandatory injunction at

10:46:52  25  this late state asking via vacatur that previously issued

1 grants of parole and work authorization would be

2 invalidated.  That was nowhere pled.  It was not asked for.

3 It cannot be ordered.

4                    And the reason that I am starting there

10:47:07 5 is, if at this point, Texas is requesting to change their

6 standing, their claims, and their relief, then we have to

7 go back to the beginning.

8                    If the Court is going to accept change

9 claims, then we need the ability to brief them.

10:47:24 10                    So that's -- we would submit, what needs

11 to happen instead is those new things raised at the 11th

12 hour need to be put off to the side so that we can focus on

13 what is actually in this case.

14                    So let's do that, and really I want to

10:47:41 15 focus first on standing.

16                    So Texas hasn't met its burden in any

17 fashion.  We are all deeply familiar with the three-prong

18 test of standing.  I am not going to lecture anybody on it.

19 But all three are required.  There is no one stop, pass go.

10:47:57 20                    On injury -- and actually, Your Honor,

21 what I am going to do in this presentation is go through

22 this piece by piece with you.

23                    Texas, as we know, has asserted that it is

24 harmed by increased spending due to increased undocumented

10:48:10 25 immigration.  But at the end of the day, what Texas is

1 claiming is ordinary costs of government in a dual

2 government system; and if Texas cannot show that it is

3 harmed by virtue of the creation of CHNV pathways, then it

4 has not established injury.

10:48:29  5                    Furthermore -- and, again, we will get

6 into this in more detail -- Texas is asking the Court to

7 cherry-pick facts on injury, and that is not something the

8 Court can do.  There are facts that are now in the record

9 that have to be confronted that directly go against each of

10:48:44 10 Texas's asserted claims of harm.

11                    So here we are, we are going to talk about

12 standing, and hopefully do that before lunch, and then I

13 will pass the mic to my colleague Esther Sung, who is going

14 to handle the merits.  I will then address the balance of

10:49:02 15 equities and the scope of relief.

16                    Okay.  So we have been talking so much

17 about this case, Your Honor, and I am going to refer to

18 *U.S. versus Texas* as the Priorities case just so we all

19 know what we are talking about because there are so many

10:49:21 20 other cases.

21                    And the reason that I am going to spend a

22 lot of time on this, just like the rest of us have, is,

23 frankly, I think that the Supreme Court in both the

24 majority and concurrence have given all of us a lot to chew

10:49:34 25 on about what is the current state of standing law for

1 cases where a state is making a claim, where they are not

2 subject of the course of policy -- action that they are

3 challenging, and there is a lot to piece together there,

4 and a lot to unpack.

10:49:51 5                    Okay.  So let's go to this.

6                    Now, we have heard Texas has made a claim

7 and the Court has already made inquiries about this,

8 that -- that they can prove their injury, which is that

9 there will be an increase of undocumented immigration,

10:50:18 10 therefore an increase of spending because of the CHNV, the

11 C-H-N-V, Parole Pathways, at the time of complaint.

12                    And I am quoting *Lujan* because, you know,

13 I'm not sure you are even a lawyer if you not quoting *Lujan*

14 for standing because it is just so clear that -- and,

10:50:39 15 again, highlighted here.  "The manner and degree of the

16 evidence required at successive stages of the litigation."

17 That is what Texas has to prove.

18                    Texas has the burden.  It doesn't get to

19 rely at this date, the last day of trial, on what has been

10:50:52 20 alleged in the first amended complaint.  We are at the

21 final stage, and the facts, if controverted, must be

22 adequately -- supported adequately by the evidence adduced

23 at trial.

24                    So that is why we think the Court has to

10:51:06 25 reject the notion that it can put on blinders and say, oh,

1 wait, the numbers are actually here.  They are now in the

2 record.

3                    There has been a decrease in overall

4 immigration from these four countries.  We know that, and

10:51:21  5 that is what has to be looked at to see if Texas is

6 injured.

7                    Okay.  So, again, for us, as intervenor

8 defendants, it is super important that we can kind of

9 separate the wheat from the chaff and say, what is being

10:51:40  10 alleged, what is not being alleged.

11                    And so if you go through the pleadings

12 here, the first amended complaint, and the motion for

13 preliminary injunction from Texas, there are several

14 statements that are made that seem to allege injury, but

10:51:56  15 they are never then followed up on with declaration

16 evidence or any effort to prove these specific things.

17                    So we have, for example, this assertion,

18 "Unchecked migration imposes millions and millions of

19 dollars of costs upon the states."  It has never attempted

10:52:12  20 to prove; it should not be something the Court considers.

21                    "Texas citizens suffer increased

22 unemployment, environmental harm and social disorder due to

23 illegal immigration."  Same thing, no facts, no evidence,

24 no effort to prove.

10:52:25  25                    "Work authorization works to depress the

1  wages paid to Texans who are legally present in the United

2  States."  Again, there is no effort to prove this.  And

3  finally, "A rise in illegal immigration thus strains

4  Texas's finances and hampers its ability to provide

10:52:41  5  essential services."  No effort to claim this.

6              Why are we lingering here?  It is simply

7  because this kind of rhetorical language that tries to draw

8  negative stereotypes about noncitizens is frankly

9  cluttering up the record here, meaning that there is no

10:52:58  10  proof in the record, the allegations are made, and what we

11  have to do is focus only on what Texas has tried to show.

12              So, first, Texas itself has admitted

13  that -- sorry, I skipped ahead.  What should I do?  Okay.

14  There we are.  Sorry.  So here we are.  Backing up.

10:53:29  15              As I've said, this is a really nice, very

16  clear statement in the Federal Defendants Trial Exhibit "O"

17  of what Texas has asserted as its injury and attempted to

18  prove.

19              THE COURT:  So where does this come from?

10:53:42  20              MS. TUMLIN:  This is --

21              THE COURT:  The amicus brief?

22              MS. TUMLIN:  No.  This is actually a response

23  to Interrogatory Number 14 by the State of Texas, right?

24              THE COURT:  All right.  Oh, wait.  No, I'm

10:53:52  25  sorry.  I had gone to the next page.  I'm sorry.

1             MS. TUMLIN:  That's okay.  Let's go there, Your

2 Honor.  Me, too.

3             THE COURT:  My fault.

4             MS. TUMLIN:  That's it.  Let's go.  Yes, amicus

10:54:03  5 brief.  Two slides, same amicus brief.  This is at ECF 222.

6             THE COURT:  So is -- are the stats for this

7 chart in the record?  Because an amicus brief is not

8 record.

9             MS. TUMLIN:  I believe they are, and I am

10:54:13 10 certain that one of my brilliant colleagues will tell me

11 exactly where that is, and we will let you know.

12             THE COURT:  Okay.

13             MS. TUMLIN:  So, yes, they are.  These are --

14 these are -- this is the information that is already in the

10:54:23 15 record.  In fact, this is, in fact, something that Mr. Ward

16 highlighted, I believe, earlier today.

17                 So -- but I want to pause on these charts

18 for a second, Your Honor, because we have been talking

19 about these numbers a lot.  There, in fact, is evidence.  I

10:54:37 20 mean, not all charts look like this, right?  It is not just

21 a decrease.  It's a massive decrease in terms of the

22 encounters, and this is both legal entrance, right, via

23 the CHNV Parole Pathways and unauthorized entrance.

24                 And so, you know, I don't know how much

10:54:59 25 bigger this would have to be to make it patently clear that

1  Texas cannot prove an increase.  Since the implementation

2  of the CHNV pathways, the total number of arrivals has

3  declined 41 percent, and we will be sure to get the cite

4  for the Court.

10:55:14   5           THE COURT:  So that one had a cite.  Your whole

6  slide is not showing up on the hard copy, but I can see it

7  on the hard copy.

8           MS. TUMLIN:  Okay.  So Ms. Sung has provided

9  that cite.  So the overall migration numbers are in the

10:55:36  10  Intervenor Defendants proposed findings of fact, and they

11  are at numbers 167 to 170 with accompanying cited exhibits.

12           THE COURT:  So you think that those prove up

13  the chart which is slides -- 11?  That is going to be those

14  same numbers?  That chart?

10:55:53  15           MS. TUMLIN:  Is it the same?

16           MS. SUNG:  May I, Your Honor?

17           THE COURT:  Sure.

18           MS. SUNG:  What Ms. Tumlin just read into the

19  record with paragraph numbers from our proposed joint

10:56:04  20  findings of fact, that was in response to your questions to

21  Mr. Ward about evidence showing the overall numbers of

22  migration from those four countries.  But if you give me a

23  few minutes, I can find --

24           THE COURT:  Okay.

10:56:21  25           MS. SUNG:  -- in our record the evidence that

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 supports this chart.

2             THE COURT:  Sure.

3             MS. TUMLIN:  Okay.  Thank you for clarifying.

4             Okay.  Great.  We are going to get the

10:56:29  5 underlying support so you don't have to look for it, and it

6 is super important.

7             So there are a couple of other concepts

8 that I want to make sure that we're talking about in terms

9 of framing.  And I want to be honest, courts sometimes use

10:56:46  10 these two interchangeably, and I think we need -- so,

11 first, parens patriae standing, and second special

12 solicitude.

13             THE COURT:  So are those the same thing or not?

14             MS. TUMLIN:  I think they are the same thing,

10:56:58  15 Your Honor.  I think they are the same thing, and that the

16 courts sometimes use them differently.  The Supreme Court

17 appears to be fond of talking about special solicitude; the

18 Fifth Circuit appears to prefer talking about parens

19 patriae.

10:57:12  20             So I want to dig into that more deeply,

21 but the kind of first point here is that Texas cannot claim

22 that it has a parens patriae interest in this case because,

23 in fact, the responsibility of the State of Texas is to

24 provide services equally to all of its residents.

10:57:37  25             So, here we are.  Special solicitude, and

1 I know that we have talked about these two specific quotes,

2 Your Honor, already at length, but the big takeaway for me

3 from the ICE Priorities case of the Supreme Court is in the

4 combination of looking both at Justice Kavanaugh's majority

10:57:58   5 opinion and Justice Gorsuch's concurring opinion is we have

6 eight justices who have said that they are not fond of the

7 special solicitude standing notion, that they -- and I know

8 we have been talking about it a lot because it is quite

9 colloquially, Justice Gorsuch thinks that lower courts

10:58:16   10 should just leave that idea on the shelf.  But it is eight

11 justices who have said very clearly in a case that does

12 involve the standing of a state that they don't think this

13 is where we should go.

14                    So what does that mean and where does that

10:58:28   15 leave the Fifth Circuit?  Well, it leaves us with a fair

16 amount of questions, to be honest, because does this

17 technically overrule the set of cases that we are going to

18 talk about in-depth, right?  The DAPA, the DACA, the Remain

19 in Mexico cases in the Fifth Circuit?  No.  Of course,

10:58:47   20 technically, this doesn't overrule them, but I think that

21 the Fifth Circuit has to do what I have to do and what all

22 the rest of us in this room have to do is they're going to

23 have to assume they should tread lightly on the fact that

24 eight justices have made clear that they don't think it's a

10:58:59   25 lower standard for states when they are not the subject of

1 the action that they are challenging.  They think it's a

2 higher burden.

3             THE COURT:  So I am bound by the Fifth Circuit

4 unless the Fifth Circuit changes its mind or the Supreme

10:59:10   5 Court changes its mind.  Are you suggesting that that is

6 specific enough to say that special solicitude is something

7 that I should not be bound to follow?

8             MS. TUMLIN:  I think that this is specific

9 enough that it makes it extremely questionable.

10:59:28  10             THE COURT:  Well, that was --

11             MS. TUMLIN:  No.  No.  I mean, look, that's the

12 rub.  That's the thing, right?  I don't --

13             THE COURT:  I am bound by the Fifth Circuit.

14             MS. TUMLIN:  Right.

10:59:37  15             THE COURT:  Reading tea leaves is a dangerous

16 game.

17             MS. TUMLIN:  The good news for you, Your Honor,

18 is, number one, there are more slides, and I will go slowly

19 through them.  And, Number 2, because we -- we all see eye

10:59:48  20 to eye here that technically the Supreme Court is not in

21 the business of invalidating several other cases that are

22 not before it in one go.

23                   There are other reasons in this record

24 that make it clear that you cannot follow the prior

11:00:01  25 precedent of the Fifth Circuit in those special solicitude

1 cases, and I am going to walk through each one of them.

2                    So this is what we have already discussed,

3 right?  It is, in fact, a higher standard.  Nobody is

4 questioning here that Texas is not a subject, is not, you

11:00:19  5 know, coerced by the CHNV programs.  They are not directly

6 impacted.

7                    All right.  Good.  This is what we have

8 all been waiting for, I hope.  Certainly is my favorite

9 part.

11:00:32 10                   All right.  Your Honor, you were asking

11 all the parties yesterday really about these -- at least

12 three cases.  I think there is a lot more than three cases

13 under these, but what I want to do is now kind of go

14 through them one by one.

11:00:45 15                   So first, I want to talk about why the

16 injury analysis in the DACA, DAPA and Remain in Mexico

17 decisions does not control here.  So just to level set,

18 neither the current Supreme Court nor any other Supreme

19 Court has ever blessed the Texas driver's license theory of

11:01:04 20 harm that was adopted in the earlier DAPA decision or the

21 current DACA decision.  And I'm going to be real precise,

22 Your Honor.

23                    THE COURT:  Yeah, but they have gone up to the

24 Supreme Court and they have assumed standing in addressing

11:01:16 25 this.  They reached merits.

1          MS. TUMLIN:  So exactly the next thing I wanted

2 to discuss.

3          THE COURT:  Okay.

4          MS. TUMLIN:  The *DAPA* decision, of course, did

11:01:25  5 go to the Supreme Court.  They had oral argument.  They

6 talked about standing, and as we all know it's a four-four,

7 one-sentence summary affirmance.  And so Texas wants you to

8 believe otherwise, but that is not a wholesale adoption of

9 the reasoning.

11:01:38  10          THE COURT:  No.  I am not suggesting that but,

11 I mean, they reached the merits, and they're so finicky

12 about go -- making --

13          MS. TUMLIN:  They didn't reach the merits, Your

14 Honor, in *DAPA*.

11:01:45  15          THE COURT:  Yeah.  Right.  But, I mean, so --

16 but they -- they did not permit the Trump administration to

17 set aside so --

18          MS. TUMLIN:  Okay.  I feel like we are totally

19 on the same vibe because that was the next thing I was

11:01:59  20 going to say.

21               So I want to straighten something out

22 about the DACA cases.  So you, right now, I believe, are

23 talking about the *Regents* case.

24          THE COURT:  Correct.

11:02:08  25          MS. TUMLIN:  Okay.  And the *Regents* case is the

1 only case regarding DACA that has reached the Supreme

2 Court, but the Supreme Court never addresses standing, and

3 it certainly doesn't address the standing of States in that

4 decision whatsoever.  And as you were just pointing out, it

5 is not a case that involved Texas as a party in any

6 fashion.

7                    And so I would offer that it sheds no

8 light on the sufficiency of Texas's purported injuries

9 here.  And, Your Honor, I -- you know, I think we should

10 all be clear about this.  Many of us in the room are super

11 familiar with these cases that we're going to now discuss,

12 right, either as advocates or jurists.

13                    For my part, I was an attorney in one of

14 the cases in *Regents*, and I represented the people who had

15 to show harm there, the directly impacted folks who were

16 injured, and they -- they were directly injured because

17 they were the subjects of the termination memo which was

18 authored by Mr. Hamilton.

19                    So in that case, in fact, underlying in --

20 so in my case which was called the *Batalla-Vidal*, standing

21 was assumed.  It wasn't even challenged because of the

22 direct connection.  So I would offer that that case doesn't

23 help us to determine when a state has standing.

24                    So -- okay.  Separately, we have the Fifth

25 Circuit though, the DACA.

11:02:21
11:02:32
11:02:45
11:03:02
11:03:21

1           THE COURT:  Right.

2           MS. TUMLIN:  And that, in fact, I think does

3 help us.  So, let's talk about that one, too.

4           Okay.

11:03:33   5           THE COURT:  Which one are we talking about?

6 Which -- which DAPA?  The first one or the second one?

7           MS. TUMLIN:  So let's talk about -- we are

8 going to call them by names maybe is better, right?  Let's

9 call the one that went to the Supreme Court, *Regents*, and

11:03:46  10 the case that is currently back before Judge Hanen, Texas,

11 if that's acceptable or Texas DACA?

12           THE COURT:  Okay.

13           MS. TUMLIN:  So the Texas DACA case, Your

14 Honor, obviously we have the Fifth Circuit decision from

11:03:59  15 October of 2022, and what I would offer you about that is,

16 first, we have already talked about the fact that I think

17 that the special solicitude analysis that is in there is

18 questionable in light of the Priorities decision from the

19 Supreme Court.

11:04:13  20           But secondly, we have to dig deeper.  The

21 injury there -- and, yes, we have been talking about this,

22 too.  What's the allegation?  Its harm from driver's

23 licenses to DACA recipients, right?  Sounds real similar.

24 The declarations look real similar, but the key difference

11:04:28  25 is, we have a different record here.  We have a different

1 record here, and that's why I put *Lujan* up on the slide.

2 And here we have to look at our -- is there actually a

3 harm?  What is the actual cost of driver's licenses?

4                    And I -- and the Court has to grapple with

11:04:44  5 can you make the finding that Texas is actually suffering a

6 loss from issuing short-term licenses to parolees that

7 links to exactly what the Fifth Circuit found.  And we will

8 offer and go through why we don't think that you can.

9                    Okay.  So let me make sure I am not

11:05:00  10 missing anything important on these set of cases.  So there

11 is also -- the Remain in Mexico cases.  So we have got the

12 same, like, little bit of a thorny and tricky issue, right,

13 at the Remain in Mexico case at the Supreme Court, does not

14 address standing because it returns the case on a

11:05:26  15 jurisdictional basis.

16                    Okay.  I will turn to that because I love

17 notes, but I -- okay.  Sorry about that, Your Honor, I just

18 got a little bit off my track.

19                    THE COURT:  That is all right.

11:05:52  20                    MS. TUMLIN:  Okay.  So Remain in Mexico, we

21 don't have a Supreme Court decision that addresses the

22 issue that we want.  We, of course, do have the Fifth

23 Circuit decisions, but again -- and I don't want to repeat

24 this several times today -- but it is in the combination of

11:06:07  25 the majority in the Priorities case where Justice Kavanaugh

1 says "much more is needed," plus the Gorsuch concurrence

2 that we have talked about, and we do believe that the two

3 of those things combined is something that does bind even

4 this Court.

11:06:21  5            THE COURT:  You think that is binding?

6            MS. TUMLIN:  I think that it is binding to the

7 extent that you will have to find that Texas has shown much

8 more here.

9            THE COURT:  I am talking about the -- what was

11:06:37  10 said on standing in *Texas v. U.S.* about special solicitude,

11 is that what you're talking about, or are you talking about

12 the driver's license?

13            MS. TUMLIN:  They didn't talk about driver's

14 licenses.

11:06:47  15            THE COURT:  Right.

16            MS. TUMLIN:  Trick question, Your Honor.

17            THE COURT:  Make sure we're talking about the

18 same thing.  So you -- but you double backed from driver's

19 license to what Justice Gorsuch said.

11:06:56  20            MS. TUMLIN:  I find it hard to imagine that a

21 panel of the Fifth Circuit would not take the addition of

22 five plus three justices making clear that they don't think

23 *Massachusetts v EPA* survives as anything less than an

24 admonition that the analysis that is in both the Fifth

11:07:17  25 Circuit October 2022 DACA decision, as well as the Fifth

1 Circuit Remain in Mexico decision prior to it going up to

2 the Supreme Court, is no longer good law that the Fifth

3 Circuit can use.

4                    I do think that is true, Your Honor.  You

11:07:31   5 can totally disagree.

6              THE COURT:  No, it is not that.  I think there

7 are eight justices who are -- have put a big question mark

8 by it, but I don't know that they have said, we're

9 overruling that concept, and I certainly don't think that

11:07:42  10 the Fifth Circuit has said that.  So, I mean, what am I

11 allowed to do?

12              MS. TUMLIN:  Right.  I think this is the

13 hardest --

14              THE COURT:  I can only disregard -- if Fifth

11:07:49  15 Circuit says special solicitude exists, Supreme Court says

16 maybe, maybe not.  We may not like it.  I am only allowed

17 to get rid of concepts when there has been a clear change,

18 and I don't know that that is clear.

19              MS. TUMLIN:  I agree with -- I mean, look, I

11:08:07  20 also never think it is wise to overread what's in the text

21 of a decision, partly a Supreme Court decision,

22 particularly one which, quite frankly, when you look at

23 that Priorities case it is clear that eight justices

24 thought there was no standing, but they didn't all want to

11:08:23  25 get unified on the exact reasons for why.

1                THE COURT:  Right.

2                MS. TUMLIN:  Right?  And so then you have to

3  look again, and look deeper, and it sounds like we are all

4  counting the same way, which is eight of them --

11:08:32  5                THE COURT:  Well, even Justice Gorsuch said he

6  thought the majority dodged special solicitude, so if they

7  dodged it, you can't count on it, can you?

8                MS. TUMLIN:  So this is what I would say.  They

9  didn't expressly say these cases are overruled.  You know,

11:08:45  10  of course, they were familiar with them, but what they have

11  done, and what I certainly would do if I was a circuit

12  judge is --

13                THE COURT:  What would you do if you were a

14  district judge?

11:08:57  15                MS. TUMLIN:  Well, same thing as a circuit

16  judge, frankly.  I would do what you said, Your Honor.  I

17  think there is a big fat question mark on it, and I

18  wouldn't grant kind of a freebie lower standard pass

19  without a super hard look at the record.

11:09:08  20                And I think lucky for us all we have a

21  record, and that we can resolve it there because Texas just

22  has not proven than it is harmed in this driver's license

23  costs.

24                THE COURT:  Even if they have special

11:09:19  25  solicitude?

1          MS. TUMLIN:  Even if they have special

2 solicitude, Your Honor, not on this record.

3          THE COURT:  Okay.

4          MS. TUMLIN:  So let's -- I did want to do a

11:09:25   5 couple of things that are a little bit more about these

6 cases, and it's the substance that impacts the standing

7 analysis.

8               So foreign policy negotiations, we talked

9 a lot about foreign policy negotiations.  We are going to

11:09:37  10 talk more about foreign policy negotiations.  And, Your

11 Honor, I am not sure where you're landing on this, but as

12 an initial matter, I want to say that in the Remain in

13 Mexico case, the foreign policy language, again, Supreme

14 Court decision, very clear, very strong.

11:09:51  15               That was part of the reason why the

16 Supreme Court was extremely suspect of a state being able

17 to take over the executive function of a program, right,

18 and therefore the rescission of a program that was clearly

19 implicated in the negotiations with at least one foreign

11:10:10  20 government.

21               That is clearly true here for all the

22 reasons that have been discussed by the federal defendants.

23 It isn't the same foreign policy considerations in every

24 immigration case, Your Honor, or every immigration

11:10:24  25 initiative by a federal executive.  Not every -- not every

1 one requires a negotiation with re -- with a foreign

2 government, or several foreign governments.

3                    Yes, there are some foreign policy

4 concerns implicated in the DAPA and DACA cases, but it

11:10:42    5 isn't the same.  And this leads me to the other point,

6 which is these are different populations, Your Honor, and

7 this becomes really relevant in the analysis of what

8 happens if the program is found to be unlawful, and are the

9 people still here.

11:10:55   10                    So -- and we have talked a little bit

11 about this, but to just be really direct, the DACA and DAPA

12 recipients were obviously already here and in those cases

13 within the state of Texas.  That is not the case for the

14 CHNV parolees.

11:11:11   15                    And last --

16                    THE COURT:  Did you say they were already here?

17 Is that what you said?

18                    MS. TUMLIN:  The DAPA and DACA, yes.

19                    THE COURT:  They were already here?

11:11:17   20                    MS. TUMLIN:  Already here, whereas that is not

21 the case for the CHNV parolees.

22                    And then last, these are different

23 statutory regimes and authorities that underlie them.  So

24 those things also make it such that the standing analysis

11:11:31   25 is not just one-to-one.

1                    Okay.  I want to pause for a second to

2 address the discussion you had with Mr. Ward this morning

3 about what happens after two years in the CHNV Parole

4 Pathways if the parolees don't leave, and aren't you in a

11:11:48  5 same or similar position as what the Fifth Circuit has

6 talked about, right, with DACA, if the program is found to

7 be unlawful.  So I want to offer four reasons why you are

8 not in the same place.

9                    THE COURT:  Well, I don't know that I care that

11:12:03 10 much if they're like DACA and DAPA.  I am interested in

11 what happens to them.  What is their status?

12                    MS. TUMLIN:  Okay.  So what -- I mean, so we

13 talked about one thing which is what happens to them,

14 right?  So presumably right now, they -- they leave status,

11:12:20 15 and as Mr. Ward has said, right, they would be

16 undocumented.

17                    But, again, number one, I would point to

18 the testimony that the Court heard yesterday, many of these

19 folks, like Oldrys, want to go home.  They intend to be

11:12:35 20 here for a short time.

21                    Secondly, you can also see this in our

22 intervenor defendants.  Some of these folks will have

23 transitioned within two years from parolee status to

24 another status, right, via an existing family reunification

11:12:51 25 visa process that they had already started years before

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 attempting to come on parole via an asylum claim.

2                 So, like, we cannot assume that everyone

3 who is admitted via a parole under these pathways will not

4 have a different status at the end of those two years.  So

11:13:12  5 that would make them different also.

6                 THE COURT:  But there is going to be some

7 subset of the population that doesn't fit that.

8                 MS. TUMLIN:  Yes, I would assume there would

9 be.

11:13:20  10                THE COURT:  So what happens to them?

11                MS. TUMLIN:  That's a decision that the federal

12 executive is going to have to make at that time.

13                THE COURT:  Right.

14                MS. TUMLIN:  And I would also say, you know,

11:13:30  15 that's a bit speculative at this point for us to have to

16 worry about.  Okay.

17                THE COURT:  Everything in the future is

18 somewhat speculative.  I mean, but there is going -- there

19 are going to be -- you don't dispute that with this

11:13:41  20 population we're talking about, that there are going to be

21 some who don't return of their own choice, or transition to

22 some other status.  There is going to be at least one.

23                MS. TUMLIN:  I mean --

24                THE COURT:  Come on.

11:13:55  25                MS. TUMLIN:  I would think so, Your Honor, but

1 what I'm trying to connect in my brain is what's the

2 relevance to whether or not Texas has proven injury here

3 today on these facts in this record.

4          THE COURT:  Well, okay.  If you are talking on

11:14:05  5 the standing, I get you.

6          MS. TUMLIN:  Your Honor, you asked yesterday

7 when we were talking about this, kind of, trifecta of

8 cases, kind of about what are the other cases involving

9 state standing that have gone to the Supreme Court.  And

11:14:19 10 then also, this morning, really, we're asked -- was asking,

11 well, wait a minute, how does the state ever get to raise

12 APA claim under the view of standing that we share with the

13 federal defendants?

14                And so the one case I just wanted to point

11:14:34 15 Your Honor to is cited in the briefing.  It is not an

16 immigration case.  Couldn't find one that was squarely on

17 point that you are not already aware of, Your Honor, is

18 obviously the census case, the *Department of Commerce v.*

19 *New York*, which is 139 Supreme Court 2551, just -- and I

11:14:51 20 think just to be really clear to what the Court has been

21 asking about, New York is a plaintiff.  The Supreme Court

22 does address standing.  They find standing.  They do

23 address the arbitrary and capricious claim.  They find that

24 that claim is valid.

11:15:04 25                But, there again, we are back in the same

1 box.  The reason that they found it is they found New York

2 to be directly subject to the course of action there,

3 right?  The challenged action was the removal of a question

4 around noncitizens in the census, and the Court relied on

5 the showing that if noncitizens were undercounted by as

6 little as 2 percent, the states would lose money and that

7 is why they were able to proceed.

8            THE COURT:  But you dispute standing in DAPA

9 and DACA and MPP as well, or do you agree that there was

10 standing?

11           MS. TUMLIN:  Okay.  Let's pick those apart.  Do

12 I agree there was standing in *Regents* or do I agree there

13 was standing in --

14           THE COURT:  I am talk about the Judge Hanen

15 lawsuits.

16           MS. TUMLIN:  The Judge Hanen lawsuits.  Yeah, I

17 don't agree that there was standing, but for the purpose of

18 this case, it doesn't matter, because the driver's license

19 theory in those cases, and the driver's license proof is

20 different.

21           THE COURT:  Yeah, but they found the injury was

22 direct enough for Texas in those cases.

23           MS. TUMLIN:  It's a special solicitude, so it

24 was a lower standard, which I don't think applies anymore,

25 number one.  Number two, even if you don't agree with me on

1 that point and you think you can still apply the special

2 solicitude standard from the Fifth Circuit, the facts here

3 do not show the harm to driver's licenses that were put

4 forth in the Judge Hanen DACA case or the Judge Hanen DAPA

11:16:25  5 case.

6                    Okay.  So -- whew, we are going to get

7 there, I promise.

8                    All right.  One other thing I want to

9 clear up, we have done a lot -- we -- there has kind of

11:16:35 10 been discussion around the edges about the Uniting for

11 Ukraine program, but I really want to address something

12 really quite head on that does get brought up in our

13 pleadings and it gets brought up in at least two of the

14 amici briefs and the slide is cut off here but...

11:16:50 15                    THE COURT:  I can see it all on my monitor.

16                    MS. TUMLIN:  You can see it, right?

17                    So in -- both in the Cato brief as well as

18 the Legal Information Network for Ukraine, it is not a

19 cognizable injury if it is based on discrimination.  And I

11:17:03 20 want to be just super clear that we -- we know that Texas

21 has admitted --

22                    THE COURT:  Wait.  Say that again?  What?

23                    MS. TUMLIN:  Discrimination is not -- a desire

24 to discriminate is not a cognizable injury.

11:17:16 25                    THE COURT:  So what's the discrimination?

107

```
         1              MS. TUMLIN:  I think that the -- the
         2 discrimination -- is it is beyond curious why Texas has
         3 chosen to sue only on four countries that came after
         4 Uniting for Ukraine, did not challenge Uniting for Ukraine,
11:17:38 5 has acknowledged that the CHNV programs are based on that
         6 program, and has acknowledged that Uniting for Ukraine is
         7 uncapped numerically, whereas these programs are capped at
         8 30,000 a month.
         9              THE COURT:  Okay.
11:17:49 10              MS. TUMLIN:  And so it also undermines the
        11 injury that they are alleging.  It doesn't make any sense
        12 if the injury here is an increase in these folks coming
        13 under the parole programs harms us because we have to do
        14 certain social services like issue short-term licenses.
11:18:05 15 Texas issues the same short-term licenses to Ukrainians
        16 under the U4U program.
        17                   And so, you know, we would strongly
        18 suggest that overlooking that fact is -- is dangerous, and
        19 it does exactly what, you know, courts are admonished not
11:18:21 20 to do, which is to put a court's power and prestige behind
        21 something that really raises the inference that the only
        22 reason for the deferential treatment here is a
        23 discriminatory one.
        24              THE COURT:  So I only have the case before me.
11:18:34 25 And if I understand the argument or at least -- I mean, the
```

1 argument you're making is, is that you are inferring that

2 the state of Texas is being racist because they have

3 challenged this policy pertaining to these four countries

4 as opposed to other countries?

11:18:47   5                    What do I do with that in an opinion?

6 What does that fit in?

7                    MS. TUMLIN:  It fits in to undermine they're

8 showing that they are harmed.  It doesn't make any sense

9 that Texas would be up in arms about how much it costs them

11:19:01  10 to issue driver's licenses to people under the CHNV program

11 for a short-term, but is uninjured and unconcerned by what

12 would presumably be the same harm that they had to issue

13 those same licenses to folks under the Uniting for Ukraine

14 program.

11:19:19  15                    And it should -- as you go in to look at

16 what has been proved, I think it -- you have to ask the

17 question:  Are they really harmed by this or are they only

18 upset when the issuance of the licenses is to people from

19 four nationalities, but it is a-okay if it is from Ukraine?

11:19:37  20                    THE COURT:  I mean, there is a very heavy

21 population of people from Central America that live in the

22 state of Texas and -- with that heritage.  And so I am

23 having a hard time reconciling that with the idea that the

24 state of Texas is racist against them.

11:19:53  25                    MS. TUMLIN:  Well, okay.  So, to be fair, Your

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 Honor, I didn't say that the state of Texas is racist.

2                    THE COURT:  It sounded like you did.

3                    MS. TUMLIN:  But I will -- but I am also not

4 going to walk away from this argument, Your Honor.  I

5 believe that the actions of the state of Texas here

6 evidence discriminatory motivation.  We believe that the

7 state of Texas made a choice, right?  They describe what

8 has been happening with these programs.  The precursor to

9 the program, the four programs they are challenging here,

10 is the Uniting for Ukraine program, and they have said they

11 are not challenging it.  You asked them about it, Your

12 Honor --

13                    THE COURT:  I did.

14                    MS. TUMLIN:  -- and they said we make

15 precedent.  We don't have to challenge all the very heavy

16 inferences.  No, we are just going to challenge these four.

17 We are not going to challenge that program, but we kind of

18 may be hoping it will be taken down anyway, or also

19 something contradictory was said, right?  Something

20 contradictory was said, well, maybe that one is fine

21 because it is a specific country that is engaged in a

22 specific war currently.

23                    THE COURT:  Right.

24                    MS. TUMLIN:  That doesn't make any sense, Your

25 Honor, and it certainly also doesn't make any sense that

1 there is a harm from the one transaction of providing

2 licenses to folks from one nationality and not from others.

3                    So what we are offering the Court is that

4 should be part of what you look at in -- as you interrogate

11:21:16  5 is there a real harm here or not.

6                    THE COURT:  Okay.

7                    MS. TUMLIN:  Okay.  Okay.  Now, four harms.

8 Let's talk about them in detail and let's talk about the

9 record.  So the fun facts of this case is that we have got

11:21:33 10 over 3,200 pages of discovery that is all in response to

11 requests seeking evidence of standing.  Despite all of

12 this, it is our position that Texas has utterly failed to

13 prove that it is harmed.

14                    Let's go through each of the four, that

11:21:49 15 Texas fits four.  So, first, let's talk about increased

16 incarceration costs.  So what you are going to see here on

17 the slide, it's a real simple concept.  We are going to

18 look at what Texas put forth as evidence and then we are

19 going to show you why you cannot regard that.

11:22:04 20                    This is the declaration that Texas has put

21 in to show that they will suffer increased incarceration

22 costs.  What I am drawing the Court's attention here is to

23 how speculative it is.  It is my belief that to the extent

24 the number of -- the choice here is not a word that I tend

11:22:23 25 to use, noncitizens in TDCJ custody increases, TDCJ's

1 unreimbursed expenses will increase as well.

2                    Belief ain't good enough, Your Honor.  We

3 have to have actual proof.

4              THE COURT:  Right.  And let me just say, I

5 understand, obviously the word "alien" is offensive to

6 some.  It's what's in the statute, and I've dropped a

7 footnote in before that said "immigrant" has a very

8 specific different definition in immigration law.

9                    "Alien" is what Congress chose to use.

10 That's what the Supreme Court has used.  I am not doing

11 that out of principle or any of that.  It is just because

12 that is what is in the statute.  And so if -- I certainly

13 don't mean to offend if that term is being used.  It's

14 what -- when Congress changes it, they can use whatever

15 word they want.  I will use it.

16              MS. TUMLIN:  I totally get it, Your Honor, and

17 we tend to footnote the same.  It is -- it's a choice --

18 it's -- if I have to cite the statute, I cite the proper

19 term or I use my beloved brackets and use a term that I

20 know that my clients don't find offensive, and that is

21 where I am coming from.

22              THE COURT:  Okay.

23              MS. TUMLIN:  Okay.  So let's do this again.

24 This is what they're saying.  My belief, me, I believe that

25 it will increase.

1                        All right.  Well, so let's look at that.

2  We have put in a declaration of Dr. Kubrin, and what we're

3  highlighting here is increases in immigration do not lead

4  to a corresponding increase in crime.  Immigrants are

11:23:41  5  generally less likely to be involved in crime compared to

6  nonimmigrants.  This is true for immigrants as a whole as

7  well as undocumented immigrants specifically and for

8  locales all over the United States, as well as for Texas

9  and Florida in particular.

11:23:54  10                      This goes on and on.  Several different

11  studies are cited, but the point is really quite simple.

12  Texas doesn't do any better than believing and asserting

13  that there is going to be as a result of the CHNV pathways

14  an increase in the number of undocumented folks in the

11:24:13  15  state of Texas.  That is not good enough to show because

16  there is reams of contrary studies showing that even if it

17  was true, which it isn't, that there is going to be more

18  undocumented folks in Texas because of the pathways, that

19  there would be more crime, more incarceration, more cost to

11:24:31  20  Texas.

21                      THE COURT:  Let me just ask real quickly.  One

22  of the arguments that I thought you had made is that it is

23  inappropriate to count people who are in the CHNV because

24  they are here with status.  Texas has said that you have to

11:24:43  25  consider them as if they don't have status.

113

1                    Do you dispute that, for purposes of harm

2 analysis?

3                    MS. TUMLIN:  Do I dispute what I -- our

4 position is that the proxy population is all wrong.

11:24:55   5                    THE COURT:  No, no, no.  It's not that.  I just

6 want to make sure that you agree that for purposes -- I

7 count the people in the program for purposes of analyzing

8 whether or not they have been harmed.

9                    MS. TUMLIN:  The CHNV program?

11:25:06   10                    THE COURT:  Correct.

11                    MS. TUMLIN:  Yeah.  That would be really

12 helpful.  But we have no evidence of that, Your Honor.

13                    THE COURT:  I understand.  I just wanted to

14 make sure that we are on the same page because I thought

11:25:15   15 that I had read somewhere that I shouldn't -- that this

16 doesn't -- that you shouldn't count the CHNV people because

17 they are here with status but --

18                    MS. TUMLIN:  Oh, I understand what you're

19 saying, Your Honor.

11:25:23   20                    THE COURT:  Okay.

21                    MS. TUMLIN:  Yeah.  I think I understand what

22 you're saying.  There are places, I think it comes up in,

23 for example, around the healthcare costs and other places

24 where we say they -- at the analogy by the state of Texas

11:25:38   25 to folks who are undocumented --

1                THE COURT:  Right.

2                MS. TUMLIN:  -- it is particularly off because

3  when the CHNV folks are here they come with work

4  authorization.  They come with sponsorship and other things

11:25:48  5  that make it extra likely that the comparator group is off.

6                THE COURT:  I get it.  But you would agree

7  that -- that I would need to count them, if that wasn't the

8  case?  I mean, so, for example, I would have to presume

9  that it was unlawful, they get counted.  By counting them,

11:26:03  10  does it raise costs or not?

11                MS. TUMLIN:  Yeah.

12                THE COURT:  That's the population that I should

13  be focused on?

14                MS. TUMLIN:  Yes.

11:26:07  15                THE COURT:  Okay.

16                MS. TUMLIN:  And, Your Honor, if we wanted a

17  proxy population, and I am not trying to beat a dead horse,

18  the right one would be Ukrainians under Uniting for

19  Ukraine.  If we needed a longer baseline to measure if

11:26:20  20  Texas has been harmed, that would be a more appropriate

21  population to look at.

22                THE COURT:  Okay.

23                MS. TUMLIN:  Okay.  But we have got more harm

24  allegations to deal with.

11:26:27  25                Increased education costs.  We talked

1 about this a lot.  Again, we have got a snippet, but you

2 have the entire thing in the record, from Mr. Terry.  It is

3 the Texas declaration that they use to assert that there

4 will be increased public school costs to the state of

11:26:44  5 Texas.  And wording here is:  I anticipate that the total

6 cost to the state providing public education to UAC will

7 rise in the future to the extent that the number of UAC

8 enrolled in the state's public school system increases.

9              So, first of all, we have the argument of

11:27:02 10 bad proxy population.  Unaccompanied children are

11 categorically excluded from being eligible for the CHNV

12 pathway.  But more than that, we are back in the land of

13 super mushy speculation that doesn't meet the evidentiary

14 burden here I anticipate.  And you don't have to just take

11:27:20 15 that.  There is contrary information in the record here

16 from Drs. Gandara and Orfield that really looks into

17 whether or not there has to be a cost to Texas.

18              And I am not going to go through all of

19 this, Your Honor, but how about we start at just the

11:27:40 20 specific quote here that the additional costs remain in --

21 pardon me, the instructional needs of students learning

22 English can be as low as zero.  And the reason why we're

23 highlighting this and Dr. Gandara and Orfield do a great

24 job explaining this in detail is, it's just too much of a

11:27:59 25 blanket statement, an assumption, to say, even if we could

1 show there would be more undocumented children in Texas

2 public schools because of the CHNV pathways that that will

3 absolutely cost Texas money.  And it is just too big of a

4 statement because, first of all, it is ordinary government

11:28:19   5 that the state of Texas is going to have to put out some

6 money to educate its children.  The state of Texas educated

7 me and hopefully they did not too shabby of a job.  That is

8 just normal.

9               But the truth is, it isn't always the case

11:28:32   10 that you have to expend more dollars because you have a

11 noncitizen child in your school, even if they have English

12 learning needs.  And so that also has been controverted in

13 the record.

14               Healthcare.  Okay, now I get to answer

11:28:45   15 another question that you asked about, Your Honor.

16               So, again, we have this real mushy

17 language in the declaration from the State of Texas to try

18 to show that it has higher healthcare costs due to the CHNV

19 pathways.  And they acknowledge, right in their

11:28:59   20 declaration, although some -- "Although all of these costs

21 estimates include some margin of uncertainty, it is clear

22 that both of these programs have some positive cost to the

23 State of Texas due to utilization by noncitizens including

24 undocumented immigrants."

11:29:15   25               That sentence doesn't even go together,

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 Your Honor.  I don't know how you are admitting that there

2 is a margin of uncertainty, but it is also clear that there

3 is a cost, which is not expressly documented.

4                    And we have put in the declaration of

11:29:29 5 Dr. Leighton Ku, and there is a part that you asked about

6 in the opening presentation of my colleague Ms. Langarica

7 that I want to give you an answer to.

8                    It's the top quote where Dr. Ku says that

9 in this declaration from the State of Texas, they are more

11:29:46 10 than double counting Texas's expenses.  So where does that

11 come from?  You need to look at paragraph 13 of Dr. Ku's

12 declaration, and I know that even though the exact

13 intervenor defendants trial exhibit side is cut off for me,

14 that you can see it, thankfully, and I'm just going read

11:30:05 15 you the relevant paragraph, Your Honor, because it is very

16 clear.

17                    So this what Dr. Ku states after looking

18 at all of the information presented by the State of Texas

19 on healthcare costs.  He states, "The Plaintiff States

11:30:16 20 appear to count both the cost of emergency Medicaid as well

21 as the cost of uncompensated care in state public hospitals

22 as costs borne by Texas for the care of undocumented

23 immigrants.  In addition to the fact that parolees under

24 the program will not be undocumented immigrants, there are

11:30:32 25 other flaws in the State's reasoning.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1                    "First, the states are more than double

2 counting Texas's expenses.  For example, if a state public

3 hospital incurs $10,000 in uncompensated care costs for a

4 low income undocumented immigrant, the state could recoup

11:30:49   5 about $10,000 in emergency Medicaid payments for that care

6 of which the federal government will pay about 60

7 percent" -- this is in parentheses -- "based on Texas's

8 Medicaid federal medical assistance percentage under

9 Medicaid, close parenthesis.  And the state will pay about

11:31:06  10 40 percent" -- this is also in parentheses -- "the

11 remaining state share."  That's the end of the parentheses.

12                    "But the States presume that both the

13 $10,000 in uncompensated care costs, and the $10,000 in

14 emergency Medicaid expenses count as burdens borne by the

11:31:22  15 state for a total of 20,000 in state costs.  In reality,

16 the net state cost is only $4,000, since $10,000 spent by

17 the state hospital will be paid back with the $6,000 in

18 federal funding, leaving 4,000 to come from state funds."

19                    So that's the answer that Your Honor

11:31:41  20 wanted about what in the world is being doubled counted.

21 This is what is being double counted.  It is an example of

22 it.  And this is why we, the intervenor defendants, have

23 been quite focused on, wait a minute, how do we get

24 ourselves to actual net costs and not gross costs here?

11:32:01  25 And if the measure is injury, don't we need to have an

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 understanding of how much Texas is being reimbursed for

2 these things that it's claiming injury on?

3          THE COURT:  So what amount of injury is

4 sufficient?

11:32:15  5          MS. TUMLIN:  Well, now, we all know that this

6 is an open question, right?

7          THE COURT:  Right.

8          MS. TUMLIN:  So -- and the good news is, it

9 doesn't matter because no injury has been shown here.

11:32:24  10          THE COURT:  Okay.  But is one dollar enough?

11 Seems like it in the Fifth Circuit.

12          MS. TUMLIN:  It might be in the Fifth Circuit,

13 Your Honor.

14          THE COURT:  Okay.

11:32:30  15          MS. TUMLIN:  But we don't know.  We don't know.

16 And we do know, Your Honor, that this case is going to be

17 one of the first cases that tests that question.

18              And so, again, what we're --

19          THE COURT:  Are you stipulating to one dollar?

11:32:42  20          MS. TUMLIN:  Nope.

21          THE COURT:  Okay.

22          MS. TUMLIN:  I mean, would I do that, Your

23 Honor?  I'm not stipulating to one dollar because it's an

24 open question, and I think that if I was filing the case as

11:32:51  25 a plaintiff, which I certainly do sometimes, I would -- I

1  would ensure that I could prove more than that right now

2  because the Supreme Court has dropped a footnote on all of

3  us letting us know that they haven't made up their minds

4  about what they are going to decide.  So I would make sure

11:33:06  5  I could clear a higher bar.

6            THE COURT:  Sp what do you think the rule is in

7  the Fifth Circuit, then, on that?

8            MS. TUMLIN:  I think that the Fifth Circuit

9  would say, most likely, that one dollar would do at the

11:33:20  10 standing stage, and I think that the Fifth Circuit would --

11 like all circuits would say, but that doesn't mean you can

12 show irreparable harm.

13           THE COURT:  Correct.

14           MS. TUMLIN:  And I think that we will walk

11:33:31  15 through because we have been clearing these out one by one,

16 but we haven't gotten to the driver's licenses, the most

17 exciting one, that we don't have a one dollar cost here,

18 Your Honor.

19             Okay.  Let's -- ta-da, we already talked

11:33:44  20 about it, offsetting revenues should be considered.  But,

21 look, the Fifth Circuit -- so, it's an open question at the

22 Supreme Court how they are going to deal with this cost

23 question.  That's what they have told us.

24             We have pointed this out in our briefing.

11:34:03  25 I want to be clear that there is one thing that is quite

1 clear in the Fifth Circuit which is, within the same

2 transaction, you need to look at both sides of the ledger

3 sheet.

4                     That is clear.  Nobody has told us why

11:34:14  5 that would be overruled.  And I think it comes into sharp

6 relief in driver's licenses.

7                     So here we are driver's licenses.

8                     Okay.  So, I am focusing the Court --

9 there are so many things one could look at, but let's look

11:34:33 10 at this.  This is in the Texas declaration from Ms. Gipson

11 from the Department of Motor Vehicles.  And it says, "For

12 every 10,000 additional customers above the 10,000 customer

13 threshold, DPS may have to open additional driver license

14 offices, or expand current facilities to meet that increase

11:34:52 15 in customer demand."

16                     Obviously, I am on a theme here, may,

17 squishy language, but more to the point, perhaps

18 Mr. Walters misspoke yesterday when discussing Texas'

19 declarant Shari Gipson, when he said she testified that

11:35:10 20 each additional 10,000 customers above the threshold,

21 "would have to open new offices."  That is not what the

22 declaration says.

23                     What the declaration says is that they

24 claim that being above this threshold by 10,000 customers

11:35:26 25 would cost ten -- 200 million dollars.  And as you can see,

1 Ms. Gipson's testimony was more speculative and used this

2 unexplained "may" term.

3                    So I want to impact what else is in the

4 record evidence, and to be super clear, Your Honor, I

11:35:41   5 really urge you to look at these two declarations

6 side by side.  I certainly had to do.

7                    And I understand that you have overruled

8 our objections to Ms. Gipson's declaration, but I want to

9 explain to you why you should still give zero weight to her

11:35:57  10 declaration based on the contrary and uncontested record

11 evidence.

12                    Okay.  So this is a declaration of

13 Ms. Roldan, which is in your -- in the trial exhibits.  And

14 let's start with the one piece.  I think Mr. Ward discussed

11:36:16  15 this with you yesterday, and I want to go back to what we

16 know from the Fifth Circuit, same transaction.

17                    Okay.  Well, I would offer to you that --

18 the clearest same transaction that we have here is the

19 issuance of a driver's license.  In the record, we have got

11:36:32  20 the one-time cost over the course of two-year period for

21 the actual issuance of that license, $3.60 per license.

22 What is not in there is what Texas charges for these

23 licenses, 33 bucks.  We all are real good at simple math.

24 Licenses don't cost Texas money, not the two-year licenses.

11:36:54  25 It is actually a moneymaker for the State of Texas.

1                In order -- so that's first and foremost.

2 And just to get real in the weeds, Your Honor, that's not

3 the kind of evidence, for example, that was in the *DAPA*

4 Fifth Circuit case that went on the four-four summary

11:37:11   5 affirmance of the Supreme Court.

6                In that record they were not presenting

7 this type of evidence.  They were talking about, oh, the

8 benefits of issuing more licenses to more drivers who have

9 more car registration, and you have more licensed drivers

11:37:24  10 on the road.  It was not looking sharply at the same

11 transaction, which we have here clearly in the record.

12                Moving on from that, we have all of the

13 detail about the fact that -- actually, this assertion,

14 which is driving what Texas says is its harm, is utterly

11:37:46  15 incorrect.  There is no actual showing that Texas has

16 made that it is going to have to open new DMV licenses,

17 Your Honor, and that is for several reasons that are

18 detailed in Ms. Roldan's declaration.

19                So, they -- essentially, what they're

11:38:06  20 doing is baking in extra costs in a desperate attempt to

21 clear the hurdle of standing.

22                So, one, I am going to point you to

23 paragraph 14 of the Roldan declaration where she testifies

24 that many of the Texas DMV offices are, "Are already at a

11:38:22  25 staffing level that would allow them to handle an increase

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 in customers, since no single DMV office will be serving

2 all newly admitted residents."

3                          That is true.  Not every newly admitted

4 resident under the CHNV pathway program is going to be in

11:38:37    5 Houston or in Dallas.  They are going to be spread out.

6 And DMV is used to serving an increase of Texas population.

7                          Second, and this is at paragraph 17

8 through 20 of her declaration, Texas has already allotted

9 funding for 175 additional DMV staffers to meet expected

11:38:56   10 demand and those positions have not been filled.  What does

11 that mean?

12                          Well, that means if there really was this

13 influx, Your Honor, of additional folks under the CHNV

14 pathways, which the data shows there has not been, there is

11:39:10   15 already funding allocated.  It wouldn't cost new money to

16 hire new folks in order to help staff for an increase of

17 demand.

18                          And then Ms. Roldan also talks about the

19 fact that Texas knows how to absorb population growth.

11:39:28   20 Population growth is something that has been going on in

21 Texas for a long time, and that every single year the state

22 is able to accommodate the 425,000 Texas residents who

23 turn 16 and seek licenses, without having to do the things

24 the State claims here, build new offices, hire new staff,

11:39:46   25 the things that they are doing only in order to try to

1 inflate the numbers here to show a harm they cannot show.

2                     So, that's driver's licenses, and I

3 promised we would come back to this, and the good news, we

4 are getting there, Your Honor.

11:40:03   5                     THE COURT:  Uh-huh.

6                     MS. TUMLIN:  We've still got a little bit more

7 about standing, but we are going to make it.

8                     THE COURT:  I am in good shape.

9                     MS. TUMLIN:  Are you?  Good.  I like it when

11:40:11  10 people are happy.

11                     Okay.  So, this is interesting, and I just

12 want to make sure that we are talking about it directly.

13 So when we started this case, Texas put forward both in

14 their original complaint, their first amended complaint,

11:40:31  15 which is the operative complaint here, and their motion for

16 preliminary injunction, which is the operative merits

17 motion here at trial, that their asserted injuries are the

18 same for all its claims for relief and arise from costs

19 imposed by the increased presence of noncitizens in Texas.

11:40:51  20                     That is it.  So that's what we were all

21 looking at.  Is that -- and we have talked extensively

22 about the fact that the data is clear, Texas can point to

23 not only no increase in noncitizens since the creation of

24 the pathways, but they're looking at a profound decrease.

11:41:09  25                     This really should be the end of the

1 discussion, Your Honor.  We don't even have to get into the

2 complicated questions left untouched by the Supreme Court.

3 But, unfortunately, there is then this -- a little bit of a

4 shifty move because I think Texas knows that they cannot

11:41:23   5 prove up what they asserted as their injury, and this is --

6 I am drawing the Court's attention to something that was in

7 the plaintiffs' proposed findings of fact filed really

8 recently.

9            Here they say the financial injury to

11:41:39  10 Texas, that it must spend money on government programs and

11 services for paroled noncitizens whom they otherwise would

12 not due to the defendants' unlawful policy of

13 programmatically granting parole to noncitizens from Cuba,

14 Haiti, Nicaragua and Venezuela is an injury to a legally

11:41:58  15 protected interest.  These are not the same things.

16            And one, just as a matter of simple

17 fairness and legal briefing, Texas doesn't get to amend its

18 complaint via proposed findings of fact.  So we don't think

19 that the Court can consider this new proffer for how it is

11:42:17  20 harmed, but we have been discussing this, right?

21            THE COURT:  I don't understand the difference

22 really between the two.  Are you suggesting that this gets

23 around the fact that there has to be an increased presence?

24            MS. TUMLIN:  Yeah.  Well, that's what it reads

11:42:28  25 like to me.  This reads like --

1            THE COURT:  How does it do that?

2            MS. TUMLIN:  This reads to me like Texas is

3 trying to show -- and this is something that came up in

4 their arguments -- if but for the Parole Pathways, they

11:42:41 5 wouldn't be serving people who they otherwise wouldn't have

6 served regardless of if there was an overall drop in

7 numbers.  I'll try that again.  That sounded very

8 confusing.  Let me make it real concrete.

9                  If this --

11:42:56 10           THE COURT:  The way that I read these two is,

11 is that in -- in the first one they are saying that they

12 are spending more money because there are more aliens in

13 the state of Texas.  The second one says that they are

14 providing services for paroled aliens that they otherwise

11:43:08 15 would not.  I don't really view those as inconsistent.  To

16 me, it looks like it would require the increased presence

17 of aliens even if they were servicing paroled aliens.

18           MS. TUMLIN:  So, you know, look, this is when I

19 really out myself as a nerdy lawyer.

11:43:23 20           THE COURT:  Okay.

21           MS. TUMLIN:  But for me it's the whom in the

22 second one, Your Honor.  So if the second one was saying,

23 we, Texas, are hurt because we're having to spend dollars

24 in programs where we otherwise wouldn't spend dollars

11:43:40 25 because there is more noncitizens, then it would look like

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 the first one.  But it seems to me that they care about who

2 the noncitizen is.  And if -- because of the pathway, there

3 is a noncitizen here today who was granted parole under the

4 pathway, and without the pathway that particular individual

5 would not be here, that that's -- that's the change.  And

6 if that's the injury that they are trying to assert, that

7 doesn't work.  And the reason that we are -- well, we'll

8 get to that, too.

9               It is because it appears that Texas then

10 also says that they want you, Your Honor, to collapse in a

11 way or to bootstrap, rather, the merits argument onto the

12 standing inquiry, right?  Texas has cited the *EEOC* case for

13 the proposition that you can assume that the individuals

14 who enter under the CHNV pathways are unlawful and use that

15 in your standing analysis, and that cannot be done here.

16               Does that make sense, Your Honor?

17          THE COURT:  Not yet.  Hold on a second.

18          MS. TUMLIN:  Okay.

19          THE COURT:  So let me make sure that I'm saying

20 it the way that I understood their argument to be.

21          MS. TUMLIN:  Okay.

22          THE COURT:  Whether or not they're spending

23 more money or less is irrelevant.  As long as they're

24 spending any money on someone under this program, they get

25 standing.  That's what I understood their argument to be.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1          MS. TUMLIN:  Okay.  Well, say that again,

2 please, Your Honor.

3          THE COURT:  Okay.  I got you back.

4          MS. TUMLIN:  See?  I know.

11:45:13   5          THE COURT:  So my understanding was, whether or

6 not they're spending more money out of the public fisc

7 after this program started or less money is irrelevant.  As

8 long as they're spending any money on anybody in this

9 program, then that gives them the injury prong.  That's

11:45:27  10 what I understood their argument to be.

11                I am not saying I agree with it.  I am

12 just saying that's what I understood their argument to be,

13 and I don't know if that's what -- I was trying to read

14 what you had said, if that is consistent with what you had

11:45:43  15 just said.

16          MS. TUMLIN:  So -- okay.  I don't think that

17 that's quite right, Your Honor, right?

18          THE COURT:  Well, let me just ask the State of

19 Texas real quick.

11:45:53  20          MS. TUMLIN:  Yeah.

21          THE COURT:  Is that -- is your -- are you

22 suggesting that Texas is spending more money because of an

23 increased presence of aliens due to this program?

24          MR. WALTERS:  Yes, Your Honor, and it's -- when

11:46:04  25 we say the increased presence of aliens, we're taking about

1 before the program, there were zero coming through the

2 program.  One month later there is 30,000 coming through

3 the program.

4              THE COURT:  So my question -- but my --

11:46:15  5              MR. WALTERS:  It is about the program, the

6 costs from the program.

7              THE COURT:  All right.  So -- but when I see

8 "increased presence of aliens," I am saying -- my mind says

9 beforehand there were 100,000 coming in on a quarterly

11:46:26 10 basis from these countries.  Now there are 50,000 coming

11 in, however, they're being given status under this program.

12 That is fewer aliens but more under this program.

13              Is that basically what you're alleging?

14              MR. WALTERS:  Yeah.  I mean, I guess our

11:46:41 15 argument is that there are many factors that go into what

16 is the flow of migration.  Like what is Mexico doing?  What

17 is happening in other countries?

18              THE COURT:  Because this is an important

19 argument.  I want everybody to get this.  I want this --

11:46:51 20              MS. TUMLIN:  Yes, it is.

21              MR. WALTERS:  Yes.  Is Texas operation -- you

22 know, Operation Lone Star, is that reducing the flow?  And

23 because we're doing things to reduce flow and other factors

24 in many other countries are reducing flow, this program,

11:47:04 25 what it does is only admitting 30,000 people a month.  We

1 are not talking about what -- Mexico isn't accepting

2 people.  Like, that is something separate.

3                   So when we say the increased presence of

4 aliens in Texas, these people, the specific people who are

11:47:18  5 coming in are people we have to expend a cost on; whether

6 other people are not coming in is something separate.

7                   THE COURT:  But -- but my understanding was, is

8 that limited to these four countries -- I am not talking

9 about global migration.  My understanding was limited --

11:47:33  10 whether this chart is proven up, somebody is vigorously

11 looking up that information, but if that chart says from

12 these four countries in January monthly migration was this

13 and now it's substantially lower, that's what we're

14 comparing.

11:47:47  15                   MR. WALTERS:  Well --

16                   THE COURT:  Because that is from the four

17 countries.  You are talking about Operation Lone Star and

18 all that stuff.  That is not directed at these four

19 countries.  That is directed globally.

11:47:56  20                   MR. WALTERS:  Right.  But -- but our argument

21 would be there is many factors that go into this, and the

22 program itself increases from zero to 30,000 people a

23 month.

24                   THE COURT:  Well, let me ask you this.  I think

11:48:06  25 this is where we get to it.  Is it Texas's position that --

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 does Texas agree with the statement that at this point as

2 opposed to before the program, there are fewer aliens

3 coming into the country now as opposed to before the

4 program from those four countries?

11:48:26   5                MR. WALTERS:  That's what the data looks like

6 up through June.

7                THE COURT:  Okay.

8                MR. WALTERS:  But obviously our assertion is

9 also like, you know --

11:48:32   10               THE COURT:  No.  I understand you have got a

11 but that doesn't matter, but I wanted to know that

12 particular statement.  Does Texas agree with what I think I

13 heard the DOJ and the intervenors say, which is

14 beforehand -- and I'm just making numbers up -- these four

11:48:46   15 countries had 100,000 coming in a month and now it is

16 something less than 100,000 after the program.  I am not

17 saying a causal link, but do you agree that the raw numbers

18 are lower?

19               MR. WALTERS:  That is what the data looks like

11:48:58   20 to me.

21               THE COURT:  Okay.

22               MR. WALTERS:  But they are not the same people.

23 Like Mr. Oldrys -- the testimony was that he would not be

24 here in the country --

11:49:05   25               THE COURT:  I understand.  But -- so when I

1 hear you say that's what the data show, that's not what I

2 am asking.  Do you agree?

3          MR. WALTERS:  Well, all I can do is go by the

4 data.  I have no independent -- an independent way to --

11:49:17  5          THE COURT:  Are you going to make an argument

6 that there are more people coming into the country after

7 the program?  In other words, this is causing an increase

8 in net migration from these four countries?

9          MR. WALTERS:  Well, the -- the data -- the

11:49:31 10 public available data --

11          THE COURT:  For -- and let me just be clear.

12 For example, the pause in the border wall and the

13 detentions and removals, I got that.  All right.  I can see

14 that.  I see, all right, if you are not removing people,

11:49:42 15 that causes the number to go up because additional people

16 are going in.  I get that.  All right.  But in this one if

17 I see a program that's rolled out and I see numbers

18 decreasing, and that means you're spending less money, you

19 were spending X before the program and now you're spending

11:49:57 20 X minus due to the fact that there are fewer numbers, what

21 is your response to that?

22          MR. WALTERS:  Well, I would say, first of all,

23 there is no expiration date on this program, and we are

24 seeking forward injunctive relief.  We could have filed a

11:50:06 25 pre --

1               THE COURT:  But you have to have standing now.

2               MR. WALTERS:  No.  We don't have to have

3 standing now.  We had to have standing when we filed our

4 complaint on January 24th.  The time for analyzing

11:50:15   5 standing -- now, the level of proof goes up from a

6 complaint to a summary judgment to a --

7               THE COURT:  Right.

8               MR. WALTERS:  -- trial, but it is the same

9 inquiry.  The time that is looked at for standing is the

11:50:28  10 time of the filing of the complaint.

11              THE COURT:  But I also have to -- I have to be

12 persuaded that anything in this program is going to cause

13 net migration to increase --

14              MR. WALTERS:  Right.  But --

11:50:39  15              THE COURT:  -- at some point even if it is in

16 the future.  What have you shown me on that?

17              MR. WALTERS:  The -- so -- on -- that Supreme

18 Court case that I cited yesterday, *Davis v. FEC*, that is

19 exactly the scenario where someone filed a complaint saying

11:50:51  20 my opponent is going to benefit from this program that I

21 think -- say is illegal where they are going to be able to

22 increase their contribution levels.

23                   He filed that, then after -- after the

24 complaint was filed, that person -- his opponent did not

11:51:05  25 accept those contributions.  *FEC* said he has no standing.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 The Supreme Court said no, because it's analyzed on the day

2 that the plaintiffs filed.  He had a reasonable belief that

3 he was threatened with a future injury, future injury, and

4 that is all these -- just because the injury is not

11:51:22  5 actualized does not defeat standing.  That goes to

6 mootness.

7            THE COURT:  So I -- but don't I have -- don't I

8 have to be persuaded that this belief is reasonable --

9            MR. WALTERS:  Yes.

11:51:29  10            THE COURT:  -- when I've got six months' worth

11 of data that says that the numbers are going down from

12 these?  And I am not -- that's why I wanted -- I was trying

13 to nail everybody down.

14                There were this many that were coming in

11:51:39  15 from the country, both legally -- just globally, and now

16 that number is substantially less if that chart is correct.

17            MR. WALTERS:  Well, the Fifth Circuit just

18 recently in the *GLL v. Biden* said that you cannot look at

19 data -- you cannot use data or events that have happened

11:51:54  20 after the filing of the complaint in order to defeat

21 standing.  That goes to mootness.

22                So if the argument that this case is now

23 moot because of subsequent events, that is another thing,

24 but that is the defendant's burden, not our burden, to show

11:52:07  25 mootness.

1                    Standing has to be evaluated based on
2 events that were in existence at the time the complaint was
3 filed.  If you're talking about jurisdiction after that --
4                    THE COURT:  So how much money had you spent at
11:52:19  5 the time the complaint was filed on this program?
6                    MR. WALTERS:  Well, it's future -- it is
7 prospective relief.  It's future.
8                    THE COURT:  And now I have got the future
9 prospective relief.  I have got six months of what that
11:52:27  10 future looks like.
11                    MR. WALTERS:  But that would have to be a
12 mootness inquiry.  I'm just saying when you are looking at
13 things that happened subsequent to the filing of the
14 complaint, that is jurisdictional, but it has to be
11:52:36  15 analyzed under the doctrine of mootness rather than
16 standing.
17                    THE COURT:  Okay.  All right.  So everybody
18 understands at least one of the issues that I am interested
19 in, and I thought it was helpful, because it goes to what
11:52:45  20 we're talking about today.
21                    MS. TUMLIN:  It does.  No.  It's super helpful
22 and I'm all for it, Your Honor.  We are here to answer your
23 questions, and you need to hear from all the sides, so...
24                    THE COURT:  Don't you love it when I let others
11:52:57  25 hijack your closing statement?

1          MS. TUMLIN:  No, I really don't mind because

2 my -- first of all, we are not the plaintiffs and we are

3 not going last on rebuttal, and I think it is really

4 important that the Court gets its questions answered.

11:53:09     5          But I want to go back to a few things we

6 heard there, and we have got to talk about redressability

7 because it is certainly coming up in the mix here as well

8 as causation.  But that discussion was helpful because it

9 confirms what I was saying, Your Honor, it's a changed

11:53:21    10 theory.  Right?

11          Mr. Walters did just say that they're not

12 simply trying to show you that they have to spend more

13 money because there is more people from CHNV here because

14 they can't.

11:53:34    15          THE COURT:  I am less concerned -- I don't -- I

16 am less concerned about when they brought it up as to

17 whether or not it is viable because the --

18          MS. TUMLIN:  But why, Your Honor?  Don't you

19 think that --

11:53:44    20          THE COURT:  I am going to give everybody plenty

21 of time to be able to argue in response to it.  They -- but

22 they have said their overarching theme is, is that their

23 harm comes from funds coming out of the public fisc.

24          So you have been on notice of that,

11:53:58    25 whether it is due to an increased number -- that -- the

1 evidence in the record is what it is, which is those

2 affidavits, which have been on file for some time, which

3 can be interpreted and argued, it is fine.  It is not a new

4 claim.  And then the other evidence in the record which

11:54:14  5 shows the diminishing number of people coming in from those

6 countries.

7                    I think both sides are allowed to argue

8 however they want to about whether or not it meets this

9 injury burden, that they don't have to get that granular.

11:54:25 10 So --

11                MS. TUMLIN:  You know, respectfully, Your

12 Honor, it's a different question, and we would have put

13 forward different evidence in a record that is now closed,

14 if they had articulated the theory of harm that they have

11:54:39 15 now brought up after our ability to submit evidence,

16 exhibits, declaration, live testimony, witnesses.  We would

17 have acted differently had the case been framed

18 differently.

19                THE COURT:  You have made arguments and you

11:54:53 20 have put on evidence that Texas is actually spending less

21 money.

22                MS. TUMLIN:  Yes.  I think we win anyway, but I

23 don't think it's appropriate for the Court to accept a

24 shifting statement post, you know, briefing.

11:55:08 25                THE COURT:  But I don't know that -- I think I

1 disagree with you because I think that your arguments and

2 all the briefing has been Texas is spending less money.

3 They don't think -- they can't show an increase in cost

4 because they're spending less money.  That's what that

5 theory goes to.

11:55:22

6                MS. TUMLIN:  Right.  That's correct, Your

7 Honor, but that was on the original theory.  This theory

8 and what Mr. Walters just articulated is saying that Texas

9 considers itself to be harmed because there's anyone, one

10 person --

11:55:37

11                THE COURT:  Right.

12                MS. TUMLIN:  -- who wouldn't be here today --

13                THE COURT:  Right.

14                MS. TUMLIN:  -- because the federal executive

15 opted to use its statutory authority in a specific way for

11:55:42

16 four specific countries.  That doesn't boil down to any

17 kind of harm analysis, or standing analysis that we have

18 been briefing and discussing, we have put on evidence to

19 counter, which is about dollars.

20                It boils down to Texas attempting to say

11:55:57

21 that it is hurt, or harmed, in a cognizable way because it

22 doesn't like the policy choice of the executive.

23                THE COURT:  Okay.

24                MS. TUMLIN:  So that's quite different.  We

25 would have approached that quite differently, Your Honor.

11:56:09

1           THE COURT:  Okay.

2           MS. TUMLIN:  But because everyone wants to move

3 on, Your Honor, I'm just going to draw your attention to

4 this briefly because it doesn't get us into causation or

5 redressability, which I do want to talk about.

6               You are back here in the economist brief,

7 which is at ECF 222.  This is Footnote 11.  Don't you love

8 it when you quote a whole footnote?

9               I just want to refer you to this for the

10 baseline question that we were discussing, right, which is

11 if we're talking about having to spend more money because

12 there is more people, what is the appropriate baseline?

13              I won't read it to Your Honor, because I

14 think we have talked about this a lot, but it is worth a

15 look.  Okay.  Redressability.

16          THE COURT REPORTER:  Give me just a second.

17          (Discussion off the record.)

18          MS. TUMLIN:  Okay.  So redressability, where

19 are my new favorite notes on this?

20              I want to talk about this -- I wish I had

21 my notes, but we are going to do it on memory.  That's what

22 happens when you do Post-Its.  Oh, there they are.

23 Wonderful.

24              So, Your Honor, herein lies a whole nother

25 separate standing problem than the fact that no injury has

1 been shown.  You can't order any relief that is going to

2 cure the ills that Texas is complaining of here.

3                    And I want to kind of spell that out.

4                    First of all, Texas has not proven, they

11:58:06  5 have not attempted to even prove any harm beyond the State

6 of Texas.  Even if all of a sudden we waved a magic wand

7 and I believed their harm arguments, which I do not, they

8 have never -- we all know this:  No attempt to prove it,

9 just Texas.

11:58:22  10                   And then Mr. Walters has said that what he

11 needs is all or nothing relief, an injunction that covers

12 the entire country.  And that's it.

13                   THE COURT:  So you switched to remedy.  We have

14 moved on from standing to remedy?

11:58:40  15                  MS. TUMLIN:  No, we are still in

16 redressability, believe it or not.

17                   THE COURT:  Oh, okay.

18                   MS. TUMLIN:  And the reason we are is if those

19 two things -- if that's the case, that Texas says the only

11:58:50  20 remedy that works for them is all or nothing, all the way

21 nationwide, or nothing at all, will cure their harm, there

22 is nothing that you can do here, Your Honor.

23                    Texas has not even attempted to show harm

24 beyond the State of Texas.  They haven't shown it there,

11:59:06  25 and they haven't -- there is no redressability here.  It is

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 an entire separate prong, and there is literally nothing

2 that you can order that is going to cure the harms that

3 they have alleged.

4                So that is -- and, you know, you can go

11:59:24  5 on.  They admit this.

6                THE COURT:  So what do you do with the Fifth

7 Circuit -- I don't know that it's a holding, but it's

8 strongly worded that in the immigration context, that is

9 different.

11:59:33  10                Because in the ATF case, I limited it to

11 the plaintiffs, and you have heard what I said about my

12 thoughts on nationwide injunctions, but the Fifth Circuit

13 seems to treat those differently in the immigration

14 context.

11:59:46  15                MS. TUMLIN:  Yes.  Your Honor, I am super aware

16 of the Fifth Circuit language.  I also think for the

17 reasons you have said, that we have justices who have also

18 said it, that there's -- that we shouldn't have just a

19 blanket, Oh, this is immigration, we're going to graft from

12:00:05  20 the uniform immigration policy and therefore it has to be

21 nationwide relief.

22                That's like a shortcut that goes over some

23 basic principles.  The first one is, what is necessary to

24 cure the harm that the plaintiffs alleged?  And that's why

12:00:21  25 I am focusing on it.  Texas --

1          THE COURT:  Both of us can lament what it is,

2 but aren't I bound by the Fifth Circuit and their -- their

3 philosophy, or at least the rationale for making something

4 broader than just the State of Texas, which is that people

12:00:34  5 can cross state lines if they are let in another state.

6                   So if somebody gets brought to New

7 Orleans, Oklahoma City, Santa Fe -- for those of you who

8 aren't here, those are border states -- and they decide to

9 cross the border.  So that's the rationale.

12:00:49  10                  So am I -- are you asking that I ignore

11 it?  Do I do that at my own peril?

12                  MS. TUMLIN:  No.  I am not asking that you

13 ignore it, Your Honor, but I'm just saying, we don't get --

14 we don't get there.  It's not possible to get to those

12:01:01  15 steps because Texas hasn't met -- met any kind of burden

16 that would show that there's relief that is necessary to

17 extend outside of the borders of Texas.

18                  And I think that's really the issue, but

19 more to the point, right, Mr. Walters is telling you that

12:01:21  20 he thinks it's -- it's all or nothing, right?  Either the

21 Court has to provide nationwide relief, in which case you

22 are also bound by all of the other principles, right, that

23 you can't order relief for a plaintiff beyond what they

24 have shown.

12:01:34  25                  And there isn't anything in this record

1 showing that, you know, Texas has shown that other states

2 should be burdened or swept into this kind of relief.  In

3 fact, right, we have the over 15 other states that have

4 said, we don't want anything else with this, Your Honor.

12:01:50  5 We benefit from these programs.  We don't know what Texas

6 is talking about.

7                THE COURT:  Okay.

8                MS. TUMLIN:  So -- okay.

9                So, again, Your Honor, I mean, it isn't

12:02:02 10 just what we have discussed in the closing arguments.  You

11 know, you can go back to this, like -- that Texas has

12 admitted, you know, two important things:  One, that they

13 don't know how many folks in these nationalities have

14 entered since the program; and two, they have admitted that

12:02:26 15 even if you order relief that blocks the CHNV pathways,

16 that doesn't mean that the same individuals cannot enter

17 through other means.

18                That is kind of the quintessential nature

19 of not having an injury that can be redressable by the

12:02:43 20 Court.

21                I think we might be ready to break, but I

22 am going to pause, Your Honor.  If you don't mind, I want

23 to --

24                THE COURT:  Sure.

12:02:51 25                MS. TUMLIN:  Can I huddle with my co-counsel on

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 anything else we want to raise at this juncture?

2                THE COURT:  Of course.  We will go off the

3 record.

4                (Counsel confer off the record.)

12:07:05   5                THE COURT:  Back on the record.

6                MS. TUMLIN:  Okay.  Your Honor, I want to

7 just -- so I am going to go back to the nationwide

8 injunction issue, and then one standing thing, and then we

9 can have a logistics question about the other sections.

12:07:20  10                Okay.  So, we kind of understandably

11 skipped ahead to relief, when we were talking about the

12 scope and nationwide injunctions, and just two quick points

13 there, Your Honor.

14                First of all, if the allegation to justify

12:07:38  15 nationwide injunction here is, well, a CHNV parolee may

16 come to one state, might come to North Dakota, and then --

17 and have a sponsor in North Dakota, and then might move to

18 Texas.  We're still in basic principles land.

19                Texas has got to prove that up, that that

12:08:00  20 is happening, not just that it is happening like once, that

21 it is happening at sufficient scale to injure the State of

22 Texas, if they're seeking a nationwide relief.  So that's

23 one point.

24                And then, secondly, right, because I was

12:08:16  25 trying to narrowly focus myself on standing, we didn't get

1 into the balancing of equities, and the public interest,

2 and all of that.  That actually does have to be considered

3 before we get to the scope of relief step.  And we can talk

4 about that --

12:08:31    5             THE COURT:  Right.

6             MS. TUMLIN:  -- after we have talked about the

7 public interest, probably after lunch.  So I just wanted to

8 pin that for now, Your Honor.

9                   And separately I just want to say, I

12:08:40   10 really appreciate the Court, and all the parties, like,

11 care and detailed attention to the fact that everything we

12 have been discussing around standing is, like, the hardest

13 stuff, right?  We're discussing --

14             THE COURT:  The other stuff is kind of hard,

12:08:52   15 too.

16             MS. TUMLIN:  Well, yeah.  That is after lunch,

17 Your Honor.  But, you know, change of law from the Supreme

18 Court, footnotes that leave questions unanswered, like,

19 that's hard, hard stuff to grapple with, exactly what does

12:09:04   20 it mean for this case, exactly what does it mean for the

21 Fifth Circuit?  It's hard.  We all have -- we have answers,

22 and we have to do it.

23                   But today we just have to be at the real

24 fundamentals point of standing, right?  And at the very

12:09:18   25 fundamentals point of standing, it is injury.  And the

1 injury here, Texas has said, is an increase in net

2 migration because of CHNV pathways.  Because the record

3 evidence is totally clear, uncontested, Texas also admits

4 the numbers are down.  That's it.

12:09:37  5              That is the end of the inquiry.  The

6 complicated questions can percolate for another day.  They

7 don't have to be in this case.

8              THE COURT:  All right.  It is 12:09.  Does 1:00

9 work for everybody?  That gives everybody 50 minutes, and

12:09:52 10 this one is going to be prompt start-up, so I just want to

11 make sure everybody is good with that.  I am a little

12 concerned about time for the rest of the day.

13              So we can go off.

14     (Proceedings recessed from 12:10 to 1:02.)

01:02:38 15              THE COURT:  Back on the record.

16              MS. SUNG:  Good afternoon, Your Honor.  Esther

17 Sung with Justice Action Center for the intervenor

18 defendants.

19              As my colleague, Ms. Tumlin, mentioned I

01:02:48 20 am going to be handling merits, and before I get into that

21 I wanted to address your questions about the data and what

22 is in and not in the record.

23              So, Your Honor was asking about data

24 showing the overall migration from the four CHNV countries

01:03:06 25 as down following adoption of the Parole Pathways.  So that

1 evidence is not in the record.  It's actually the three

2 exhibits that we had tried to add late.

3                    There is proof -- data in the record of

4 border migration, of border encounters at the southwest

01:03:30 5 border for -- and there is proof that border encounters

6 with nationals from the four CHNV countries is down

7 following adoption of the CHNV Parole Pathways, and that's

8 Intervenor Defendants Trial Exhibits 51, 52 and 53.  And,

9 again, we're relating to the economist amicus brief.

01:03:57 10                    We have data for, again, southwest border

11 encounters, and that's Intervenor Defendants Trial Exhibits

12 54 and 55.

13                    With regards to -- to the data that shows

14 that overall migration is down, I wanted to suggest that

01:04:19 15 perhaps Your Honor could take judicial notice of this data.

16 It's publicly available on a government website.

17                    THE COURT:  I think the States have agreed.

18                    MS. SUNG:  The States have agreed.  If you

19 would like to have the actual data, the numbers, we could

01:04:32 20 file a motion for you to take judicial notice and attach

21 specifically that information.

22                    THE COURT:  If it is something I can take

23 judicial notice of, that is one thing.  I have already

24 denied the States the opportunity to supplement the record,

01:04:43 25 so I think that I need to be careful about that.

1              MS. SUNG:  Okay.  Well, it is publicly

2 available on the government website.  We think you can take

3 judicial notice of it.  It's just I was going to offer to

4 make a motion because on the government website, you have

01:04:59  5 to toggle different fields in order to specify that you are

6 looking at nationwide encounters or border encounters, and

7 you have to toggle another field for data from which

8 nationals of which country you would like to see.

9              THE COURT:  Okay.

01:05:13  10              MS. SUNG:  And so to avoid any confusion, if

11 you would like for us to toggle all of that appropriately

12 and submit specifically that data relating to overall

13 migration numbers from the CHNV countries from -- I think

14 the -- the data available on the website is for fiscal

01:05:34  15 year at least 2021, 2022, 2023.  We can do that for you

16 or -- or we can -- we can certainly direct you to the

17 website and you can play around with the data yourself.

18 It's there.

19              THE COURT:  Right.  I think at the very end of

01:05:48  20 all of the argument when we are done, I am going to ask the

21 parties to confer about what to submit post-trial, and

22 there are also a few subject matters that I would like the

23 parties to address specifically.  And then, of course, you

24 can add anything that you would like to in addition to

01:06:02  25 that.  So...

1              MS. SUNG:  Okay.  Okay.  That sounds great.

2 Thank you, Your Honor.

3              THE COURT:  Uh-huh.

4              MS. SUNG:  So I will turn to merits.  I will do

5 my best not to be too repetitive of what the federal

6 defendants have already said.

7              THE COURT:  Uh-huh.

8              MS. SUNG:  First, I would like to walk very

9 quickly and very briefly through the Texas statute and the

10 legislative history of the parole authority to show why the

11 CHNV Parole Pathways are authorized by the statute and

12 consistent with congressional intent.

13              And then second, I would like to walk

14 through a few prior examples of how the executive has used

15 the parole authority in a programmatic way and show the

16 Court how the CHNV Parole Pathways are entirely consistent

17 with other parole programs.

18              Third, these other parole programs

19 illustrate that Congress has been well aware of how the

20 executive has interpreted and implemented the parole

21 authority over the course of seven decades.  And in

22 response Congress has expressed approval of the executive's

23 programmatic use of parole in various ways.

24              And then finally I would just like to

25 touch on a few reasons why the CHNV Parole Pathways are not

1 arbitrary and capricious, and what Texas is really trying

2 to do when it argues that they are, is to graft words and

3 requirements onto the parole provisions that simply aren't

4 there.

01:07:31    5                   So, now, Texas has argued both yesterday

6 and in its filings that the CHNV Parole Pathways are this

7 rogue, extra legal program that gives DHS an end run around

8 the INA, an end run around congressional intent, and that

9 therefore the pathways are ultra vires and they're

01:07:58   10 unauthorized by law.  This could not be farther from the

11 truth.

12                   The parole authority is not outside the

13 system as Texas is arguing.  It is part of the system.

14 Congress created the parole authority in 1952, and since

01:08:13   15 then it has never once acted to eliminate it or to excise

16 it from the INA.

17                   Congress has never once acted to revoke,

18 defund, or otherwise walk back any parole program created

19 by the executive.  And although Congress has certainly

01:08:32   20 amended the parole provision on two prior occasions, it has

21 consistently rejected efforts to significantly curtail the

22 discretion that it has given to the executive to decide how

23 to grant parole.

24                   This is because Congress knows what it's

01:08:49   25 doing.  It created and has maintained the parole authority

1 to work side by side with other pathways to the United

2 States, like visas, like the asylum system, like the

3 Refugee Resettlement process.  And so when Texas argues

4 that parole is not part of this broader ecosystem that

01:09:09  5 Congress created, that's Texas trying to paint an alternate

6 reality for you, Your Honor.

7                    Texas is trying to create a reality where

8 the executive has been flouting congressional authority and

9 intent for over 70 years, and Congress has done nothing

01:09:25 10 about that.  But that's just it.  That is an alternate

11 reality.  That is not this reality.

12                    And so very quickly, I would like to walk

13 through the amendments that Congress made to the parole

14 authority to show how the CHNV Parole Pathways are

01:09:45 15 authorized by and consistent with the framework adopted by

16 Congress.

17                    1952, INA, I won't read it for you.  The

18 whole point of this is to show that the statute outlines

19 the circumstances under which parole may be granted for

01:10:00 20 emergent reasons, or for reasons deemed strictly in the

21 public interest; but as you know, the statute leaves those

22 terms undefined and up to the discretion and -- or

23 interpretation of the executive.

24                    1980 Refugee Act, again, I won't bore you

01:10:18 25 with the details.  I just want to make the point here that

1 this language, I actually did a redline to show what -- all

2 the typographic changes the 1980 act did to the parole

3 privilege in here.  I simply wanted to make the point that

4 the 1980 Refugee Act amendment reflects that there is now a

01:10:37  5 new path for refugees that Congress created.

6              It is separate from the path for parolees,

7 and Congress is telling the Attorney General that he has to

8 have a very good reason for why he would decide to take

9 someone who has been classified as a refugee and parole

01:10:55  10 them into the country rather than admit them as a refugee.

11              1996, Illegal Immigration Reform and

12 Immigrant Responsibility Act, now, some of my colleagues

13 turned this into an acronym that they read as "IIRAIRA."

14 So I will do that because otherwise all that is a big

01:11:19  15 mouthful and I am going to be talking about IIRAIRA a lot.

16 So hopefully that is okay with you?

17              THE COURT:  Right.

18              MS. SUNG:  Great.  This is IIRAIRA.  There are

19 two relevant provisions that I wanted to walk through,

01:11:32  20 Section 602 and Section 603.  And the point is that those

21 two sections together make three major changes to the

22 parole authority.  They add only on a case-by-case basis.

23 They strike four emergent reasons or for reasons deemed

24 strictly in the public interest and replaces that language

01:11:51  25 with urgent humanitarian reason or significant public

1 benefit.

2                          And then this is what Section 603 does.

3 It changes the way that numerical caps for visas for --

4 excuse me, for family based immigrant visas are set based

5 on the number of long-term parolees who are here in the

6 United States.

7                          So I would like to walk through these

8 changes very quickly to explain what they do and do not do.

9                          First, case by case.  Texas places a lot

10 of weight on the fact that Congress added the case-by-case

11 language in 1996, and Texas advances two main arguments

12 that hinge on this language.

13                          First, Texas basically argues that if a

14 parole program is too big, like it argues that the CHNV

15 Parole Pathways are, then parole can't possibly be granted

16 on a case-by-case basis because of the size.

17                          And then second, Texas argues that the

18 case-by-case language means that the executive has to

19 consider whether the grant of parole to a specific

20 individual furthers an urgent humanitarian reason or a

21 significant public benefit.  And that because the executive

22 here is assessing the urgent humanitarian reason or the --

23 excuse me, the urgent humanitarian reasons or the

24 significant public benefit in toto, or sort of on a

25 collective or a cumulative basis as opposed to on an

1 individual level, then the CHNV Parole Pathways are

2 unauthorized by the statute.

3                     Texas is basically trying to argue that

4 programmatic uses of the parole authority contravene the

01:13:37  5 statute.

6                     So I want to get to the programmatic

7 argument in just a few minutes.  Right now I would like to

8 address the first argument that parole can't be granted on

9 a case-by-case basis, the parole program is too large.

01:13:52  10                     Texas is basically using the case-by-case

11 language that's been added to graft a size requirement onto

12 the parole authority, but that language can't do that work

13 for Texas.

14                     THE COURT:  I think the way that I interpreted

01:14:05  15 that was it has to be case by case, and because of the

16 numbers, it doesn't make sense that they are doing that.

17                     MS. SUNG:  Yes, that's correct.  I would like

18 to make a point, first of all, though, that there is no

19 numerical cap in the statute.  If Congress felt like once

01:14:19  20 you get past a certain threshold that the feasibility of

21 granting parole applications on a case-by-case basis

22 becomes unworkable, then Congress could have put a cap into

23 the statute.  And we know that Congress knows how to add

24 numerical caps to the INA when it wants to.

01:14:39  25                     THE COURT:  You don't dispute that they have to

1 look at each individual applicant one at a time?

2              MS. SUNG:  No.  No, not at all.  Not at all.

3                   So what happened when Congress added this

4 case-by-case language?  What Congress was really doing when

01:14:58  5 it added the case-by-case language was clarifying what had

6 already been the practice of the executive.  Even before

7 the 1996 IIRAIRA, before Congress expressly added the

8 case-by-case basis, contemporaneous documents show that the

9 executive understood that parole was to be granted on a

01:15:23 10 case-by-case basis.

11                   And here this is a general discussion of

12 parole from the INS in 1994:  The INS authorizes parole

13 under delegated authority from the Attorney General on a

14 case-by-case basis.  Because decisions concerning parole

01:15:36 15 are totally discretionary, the decisions are final and

16 there is no appeal procedure.

17                   And similarly, this document discusses a

18 specific parole program for Cubans, and it says that on

19 December 2nd, 1994, the Attorney General announced that

01:15:53 20 parole would be considered on a case-by-case basis for a

21 particular population.  And these examples are from 1994

22 from before IIRAIRA.  They discuss granting parole on a

23 case-by-case basis even when there is no such requirement

24 in the parole statute.

01:16:11 25                   And so when Congress enacted IIRAIRA and

1 amended the parole authority, we can presume that it

2 understood this history and how the executive had been

3 granting parole and was codifying into the statute the

4 executive's practice of granting parole on a case-by-case

01:16:32   5 basis.

6                   I won't walk through all of the

7 application steps.  You have heard about this.  We simply

8 wanted to include this to show that the application process

9 for the CHNV Parole Pathways shows that there is a

01:16:44   10 case-by-case assessment, and that discretionary granted

11 parole that that case-by-case assessment is built in at

12 multiple stages of the process, a process that you heard

13 Mr. Sype testify to yesterday as very involved.

14                   I'll scroll through all of this very

01:17:04   15 quickly.  The only thing that I wanted to highlight here --

16 I'll just pause.  Basically, after completing the travel

17 authorization application, the -- this document here makes

18 clear that CBP will in its discretion provide them with

19 advance travel authorization to travel to the United States

01:17:28   20 to seek a discretionary grant of parole on a case-by-case

21 basis.  Parole is a discretionary determination made by CBP

22 at the port of entry based on a finding that parole is

23 warranted due to urgent humanitarian reasons or significant

24 public benefit.

01:17:52   25                   So I will continue through the steps.  But

1 before -- before I move off case-by-case -- and maybe this

2 is tied to the question Your Honor raised with regards to

3 sort of explaining the argument about parole being too big.

4 I wanted to address Texas's argument that the very, very

01:18:19   5 high approval rates for the CHNV Parole Pathways suggests

6 that parole isn't being granted on a case-by-case basis.

7                      So first of all, the plaintiffs rely on

8 data in their Trial Exhibit Number 41, which is the new

9 exhibit that came in, that includes data on the number of,

01:18:40   10 quote/unquote, parole process applications.  That's the

11 term used in the data, and it's data on the number of

12 parole process applications received, adjudicated,

13 approved, denied and pending.

14                     But it's not clear from the data and from

01:19:00   15 the little write-up about at this time what the,

16 quote/unquote, underlying parole process application being

17 referred to is.  Is it the I-134A financial sponsorship

18 application that the sponsor files?  Is it the travel

19 authorization application form?  Or is it the application

01:19:19   20 for parole at the port of entry because the steps that I

21 blazed through right there show that there are these three

22 different distinct stages, or hurdles that -- the parole

23 beneficiary and the sponsor have to get through for there

24 to be the possibility of a discretionary grant of parole.

01:19:38   25                     And so this distinction about what the

1 parole process application is matters because the farther

2 you move along in the parole application process, the more

3 ineligible people are winnowed out along the way.

4                    And so if -- if what the data that the

01:19:57   5 plaintiffs are citing to is -- if it concerns the approval

6 process of the parole stage, the last stage, then, of

7 course, the number would be very high because it wouldn't

8 account for the rejections that occurred at the earlier

9 financial sponsorship application stage, or the travel

01:20:15   10 authorization application stage.

11                    And we just don't know.  I would just

12 simply submit that you can't give the high approval rates

13 as much weight as Texas would like for you to.

14                    Second, and this goes to a question that

01:20:34   15 Your Honor was asking about, sort of category, right, what

16 categories of people are implicated by the CHNV Parole

17 Pathways.  And I think it is great that you asked that

18 because that's how Dr. Schacher, one of our declarants,

19 explains what programatic parole is in her declaration.

01:20:57   20                    In programmatic uses of the parole

21 authority, the executive identifies a population that it

22 considers parole to be necessary for.  It sets the criteria

23 for defining that population, and that those criteria are

24 based on, among other things, urgent humanitarian reasons

01:21:17   25 or significant public benefit, maybe foreign policy

1 concerns of the executive.

2                     And then once it -- once the executive

3 sets the criteria, parole is granted on a case-by-case

4 basis, and it has to be determined whether the individual

01:21:33   5 meets the criteria set by the executive.

6                     So when you asked about what categories of

7 people are implicated by this program, how is that category

8 defined -- I'm sorry I don't have a slide for you -- but

9 it's Intervenor Defendant's Trial Exhibit 68.  That's the

01:21:53   10 eligibility criteria for the CHNV Parole Pathways.

11                     You have to be outside of the United

12 States.  You have to be a national of Cuba, Haiti,

13 Nicaragua, or Venezuela.  You have to have a U.S.-based

14 sponsor who filed the I-134A form, and has been vetted and

01:22:09   15 confirmed.  You have to possess an unexpired passport.  You

16 have to provide for your own commercial air travel to the

17 United States.  You have to undergo and pass required

18 national security and public safety vetting.  And you have

19 to comply with additional requirements including

01:22:26   20 vaccination requirements and other public health

21 guidelines.  That's the category of people who are eligible

22 for the CHNV Parole Pathways.

23                     And I point out that this is very similar

24 to U4U.  The criteria for U4U are not in the trial record,

01:22:47   25 but they are available on a federal government website.

1  Beneficiaries are eligible for U4U if they resided in

2  Ukraine immediately before the Russian invasion.  They must

3  be a Ukraine citizen and possess a valid Ukraine passport,

4  or be immediately -- or be an immediate family member of a

01:23:07  5  Ukraine citizen and beneficiary of U4U, and also have a

6  valid passport.  They must have a supporter who filed the

7  I-134A form and they must clear biographic and biometric

8  security checks.  That's the category of people who are

9  eligible for Ukraine.

01:23:27  10                    And, yes, the -- Dr. Schacher mentions

11  this in her declaration.  Often programmatic uses of parole

12  involve the executive defining the population as sort of

13  nationality plus extra factors, right?  So Cubans or

14  certain subset of Cubans plus extra factors.  That is --

01:23:53  15  that's what has happened in countless examples of prior

16  instances of parole programs, and that's what's happening

17  here.

18                    And so to get back to the point about the

19  high approval rates, because the eligibility criteria for

01:24:10  20  the CHNV Parole Pathways is out there, it's publicly

21  available, people self-select into the program.  It should

22  come as no surprise that the self-selecting people who

23  apply for the CHNV Parole Pathways are highly likely to

24  meet those criteria and be approved.

01:24:30  25                    By contrast, you would expect that if you

1 had an exercise of parole where the assessment of parole

2 eligibility is not tied to predetermined eligibility

3 criteria, the approval rate would be lower.

4                    And so without more, the supposed high

01:24:51  5 approval rates that Texas is pointing to say nothing about

6 the case-by-case nature of grants of parole under the CHNV

7 Parole Pathways.  And all the evidence in the record shows

8 that counter what Texas is claiming, the process of

9 granting parole under the CHNV Parole Pathways is entirely

01:25:11 10 consistent with the statutory requirement that parole be

11 granted on a case-by-case basis.

12                    Moving on to urgent humanitarian reason

13 and significant public benefit, the main point I would just

14 like to make here, as you know, the 1996 version, just like

01:25:37 15 the 1952 version, leaves these key terms undefined.  It

16 leaves their definition or interpretation up to the

17 discretion of the executive.

18                    And I have a lot of slides here about the

19 legislative history, right, because there is language in

01:25:53 20 the legislative history that Texas loves to cite about

21 placing specific limitations on the Attorney General's

22 discretion, that the parole authority should not be used to

23 circumvent Congressionally established immigration policy.

24                    Mr. Ward already went through this.  I

01:26:13 25 won't belabor the point, but this legislative history

1 concerned proposed language for the bill that was never

2 enacted.

3                   And, of course, here -- these are the four

4 *Federal Register* notices for the CHNV Parole Pathways that

01:26:37  5 identify the urgent humanitarian reasons and significant

6 public benefit advanced by these Parole Pathways.  CHNV

7 does comply with the statute's requirement that parole be

8 granted for an urgent humanitarian reason or a significant

9 public benefit.

01:26:56  10                  And before I move on from -- from this

11 point, I just wanted to point out that in its papers, Texas

12 has attempted to cast the CHNV pathways as an emergency

13 measure, and then it creates a disjunction between this

14 notion of the CHNV pathways as an emergency measure and the

01:27:19  15 justifications that are set out in the *Federal Register*

16 notices.  Texas claims that the *Federal Register* notices

17 only discuss long-term events, long-term events in the

18 past, and nothing urgent or emergent that would justify an

19 emergency measure like the CHNV pathways.

01:27:37  20                  But even accepting Texas's premise, the

21 point remains that when Congress amended the parole

22 authority through IIRAIRA, they struck the language

23 requiring parole to be granted for emergent reasons.  So

24 there is no requirement in the statute that the executive

01:27:55  25 use the parole authority only to address an emergency

1 situation and that is not a basis to find that the CHNV

2 Parole Pathways are not consistent with the statute.

3                    Finally, I don't think Mr. Ward touched on

4 this, so I would like to bring your attention to

01:28:12  5 Section 603 of IIRAIRA.  In addition to the language

6 changes to the core parole statute, IIRAIRA added this

7 language about parolees and the worldwide numerical caps on

8 immigrant visas.

9                    I just wanted to bring your attention to

01:28:32 10 this language because another thing that Texas has tried to

11 emphasize in its filing, is that somehow the federal

12 defendants have created this visa-free system, like, again,

13 an extralegal parallel system for visa-free immigration to

14 the United States, and that circumvents the processes that

01:28:52 15 the Congress has established in the rest of the INA for

16 admission -- immigration to the United States.

17                    And they -- and Texas also likes to argue

18 that the CHNV Parole Pathways are operating beyond the

19 limits that Congress has established in the INA, and the

01:29:10 20 limits that Congress has built around the visa system like

21 numerical quotas and caps.  But IIRAIRA shows that this

22 just isn't the case.  It just isn't the case that

23 Congress -- excuse me -- that parole authorities somehow

24 flout the visa system in a way that Congress didn't

01:29:36 25 anticipate or expect or intend.

1                    So as our expert Dr. Yael Sahacher has

2 explained in her declaration, which I believe is trial

3 Exhibit 141, Congress was well aware of the concern that

4 parole was allowing large groups of noncitizens to remain

01:29:54    5 in the country for long periods of time, even if they may

6 not have had a path to permanent legal status.

7                    And so Congress's solution, which is set

8 out here in IIRAIRA, was to require that nearly all

9 long-term parolees who have yet to become legal permanent

01:30:11   10 residents be counted against annual numerical paths on

11 family-sponsored immigration.  That's what this provision

12 does.

13                    In other words, as Dr. Sahacher explains,

14 the available number of family-based immigrant visas from a

01:30:26   15 particular country was diminished by the same number of

16 that country's nationals who are long-term parolees in the

17 United States.  It's an offset.

18                    It's an offset that reflected not only

19 Congress's awareness of how the parole authority was being

01:30:45   20 used and what effect parole may or may not have -- may or

21 may not have had on overall levels of immigration to the

22 United States, but it's also Congress's considered judgment

23 in how to manage the overall equilibrium of the system in

24 terms of how many people are coming to the United States

01:31:05   25 and staying here long-term, especially with parole and

1 family-based visas operating in complement to each other.

2             THE COURT:  Are there -- one of the things they

3 talked about was the ability to come to the country through

4 a visa program, or some other program that allows you to do

01:31:23 5 it for economic benefits.  You want to provide for your

6 family; you want a better life.

7             Does C -- does the parole authority

8 outside of CHNV permit the secretary to admit someone for

9 purely economic reasons?  Because I think the answer is no.

01:31:44 10 I just would be interested in -- I would like for you to

11 cite what that is.

12             MS. SUNG:  I think the statute requires the

13 Attorney General to grant parole for urgent humanitarian

14 reasons or significant public benefit.

01:31:58 15             THE COURT:  Right.

16             MS. SUNG:  And I would think that if the

17 executive can articulate or identify in some way how

18 economic reasons, as Your Honor's characterized --

19             THE COURT:  But it is illuminating to the

01:32:15 20 1182(d)(5)?

21             MS. SUNG:  Yes.  Yes.

22             THE COURT:  So the migrant that comes up into

23 southern California to help with farm work, and they want

24 to go home; they want to make money; they want to -- they

01:32:25 25 can't find work in Mexico.  I mean, it just happens.  And

1 so, is there a parole option for that migrant worker?

2          MS. SUNG:  The executive would have to exercise

3 their discretion.  If you're asking if there's a -- an

4 already created parole program specifically for that

01:32:44  5 type --

6          THE COURT:  Something other than just the

7 general discretion.

8          MS. SUNG:  No, there is no parole --

9          THE COURT:  And they have to jump through the

01:32:50 10 hoops of the case-by-case, urgent humanitarian need, or

11 significant public interest, right?

12          MS. SUNG:  Yes, they would.

13          THE COURT:  Okay.  And so with -- with Oldrys,

14 for example, he's -- he didn't leave because of urgent

01:33:04 15 humanitarian need because -- I mean, those are things we

16 got into.  The situation with his family, he wasn't under

17 physical threat.  There wasn't the repressive regime, those

18 kind of things, he just wanted a better life.  All right?

19 So I get that.  How does that fit those, the criteria in

01:33:24 20 1182(d)(5)(A).

21          MS. SUNG:  I don't think that they're

22 incompatible with each other.

23          THE COURT:  But how does it fit?

24          MS. SUNG:  Yeah, the executive here and the

01:33:32 25 *Federal Register* notices have for each of the countries an

1 explanation of the country conditions for each of the four

2 countries explaining why in the judgment of the executive

3 there is -- there are conditions that give rise to an

4 urgent humanitarian reason or a significant public benefit

01:33:51 5 that warrant the use of considering parole for --

6                THE COURT:  So what was it in his case?

7                MS. SUNG:  In -- in the -- the --

8                THE COURT:  With Oldrys.

9                MS. SUNG:  For Oldrys, the case-by-case

01:34:05 10 determination is whether he meets those criteria as set out

11 by --

12                THE COURT:  How did he meet those?

13                MS. SUNG:  He is -- the criteria are, he has to

14 be outside the United States --

01:34:14 15                THE COURT:  I'm very familiar.  No, I am

16 saying, what was the urgent humanitarian need or the

17 significant public interest?  How did that box get checked?

18                MS. SUNG:  That box gets checked because the

19 executive, in its discretion, has decided that Nicaragua --

01:34:29 20                THE COURT:  I am asking what was it?  You don't

21 get to just say significant public interest, you're in.

22 You have to articulate what that significant public

23 interest is.  So I am asking you, articulate what was the

24 urgent humanitarian need?  What was the significant public

01:34:43 25 interest that justified him coming in to provide for his

1 family?

2           MS. SUNG:  You're asking basically -- this is

3 Texas's point, that the urgent humanitarian reason or the

4 significant public benefit needs to be determined at that

01:34:57  5 individual level.

6           THE COURT:  It has to be determined at some

7 point, right?

8           MS. SUNG:  The -- the grant of parole has to be

9 determined on a case-by-case level, on that individual

01:35:07 10 level.

11           THE COURT:  So you are saying -- so, you're

12 saying that you don't have to make a case-by-case

13 determination of whether or not somebody is coming in for

14 an urgent humanitarian need?  Because I thought I heard the

01:35:18 15 DOJ say that you did.

16           MS. SUNG:  No.  What our position is, and what

17 historical uses of the parole authorities show, is that

18 what the -- the executive defines what the urgent

19 humanitarian reason or the significant public benefit, with

01:35:34 20 respect to a category or a population of people that the

21 executive thinks should be considered for parole.

22           THE COURT:  So anybody -- so what's the

23 limitation on that, for that country, then?  So he came

24 from Nicaragua, right?

01:35:49 25           MS. SUNG:  That's correct.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1              THE COURT:  So what was the justification for

2 Oldrys being admitted?

3              MS. SUNG:  He -- the justification is that he

4 met all of the criteria, and those criteria are informed by

01:36:01  5 the executive's --

6              THE COURT:  What was the urgent humanitarian

7 need or what was the significant public interest that let

8 Oldrys come into the country?  He is your witness.

9              MS. SUNG:  Yes.  I am not trying to be cute

01:36:13 10 here, Your Honor --

11              THE COURT:  No.  You're wanting to stay at the

12 50,000-foot level.  I am getting granular.  I would like to

13 know what it was.

14              MS. SUNG:  Well, I think, first, I would point

01:36:21 15 you to the *Federal Register* notices that set out the

16 reasons for why the --

17              THE COURT:  They put the decision why Oldrys

18 got admitted in the *Federal Register*?

19              MS. SUNG:  No.  No.  But why parole for

01:36:31 20 Nicaraguans furthers an urgent humanitarian reason or

21 significant public benefit.

22              THE COURT:  So that is not a specific

23 determination as to that particular applicant then?

24              MS. SUNG:  Yes, but my point is that -- that it

01:36:40 25 doesn't have to be an individualized determination as to

1 whether each --

2                    THE COURT:  So you can say generally that

3 Nicaragua has some terrible conditions, so anybody that

4 comes in and meets the other criteria gets in?

01:36:54    5                    MS. SUNG:  That is -- that is how programmatic

6 uses of the parole authority work.  The executive

7 identifies a population, sets the criteria, and then the

8 case-by-case determination is not whether each individual

9 meets all the criteria of the statute.  It's whether the

01:37:13   10 individual meets the criteria that have been set out by the

11 executive.

12                    THE COURT:  Mr. Ward, do you agree with that?

13 I didn't think I heard that.

14                    MS. FUDIM:  I'm going to speak to that, Your

01:37:21   15 Honor.

16                    We don't necessarily agree with that.  We

17 think that to answer your specific question as to why

18 Oldrys came in --

19                    THE COURT:  Correct.

01:37:27   20                    MS. FUDIM:  -- the answer on the record we have

21 here is, we don't know.

22                    THE COURT:  Right.

23                    MS. FUDIM:  Because the witness --

24                    THE COURT:  But that is why I was asking

01:37:33   25 because the witness --

1             MS. FUDIM:  I think the answer is we have no

2 idea.

3             THE COURT:  But it is her witness.  That's why

4 I was asking.

01:37:37  5             MS. FUDIM:  I understand what you're asking,

6 but just from our perspective in viewing the trial, the

7 witness was on the stand and was asked a series of

8 questions which elicited hearsay, which in a typical jury

9 trial, I suspect there would have been many objections to.

01:37:49 10 But we're at a bench trial and the witness testified to

11 conversations that he had with this gentleman who is not in

12 the court.  We know that the witness was not present at the

13 three-hour interviews with --

14             THE COURT:  We're getting afield.  Do you agree

01:38:02 15 with the you get to designate an entire country as an

16 urgent humanitarian need; therefore, everybody in there

17 gets in as long as they meet the other criteria?

18             MS. FUDIM:  No.  I think what Mr. Ward was

19 saying is that you still have to show that an individual is

01:38:15 20 affected by this larger category, which may create a

21 general humanitarian need.  So, for example --

22             THE COURT:  But don't you have to make sure

23 that that individual is actually affected --

24             MS. FUDIM:  Yes.

01:38:26 25             THE COURT:  -- as opposed to saying --

1              MS. FUDIM:  Yes.  And we do agree with that,

2 yes.  You would still have to show that there is some

3 effect.  If the larger condition is political upheaval and

4 unrest, that might be a qualifying condition, but you

01:38:38  5 certainly still have to show that the individual is someone

6 who has been affected by that.

7              THE COURT:  That's what I thought.

8              MS. FUDIM:  Yes.  And that is our position.

9 And with regard to the witness, and Oldrys, on the record,

01:38:46 10 we have before this court, we don't know why he was

11 specifically granted parole.  We don't know what he said

12 during the investigation.

13              THE COURT:  I am not trying to get Oldrys in

14 trouble.

01:38:55 15              MS. FUDIM:  No, no, no.  Of course.

16              THE COURT:  I'm trying to contrast the

17 positions because I think they are different between the

18 intervenors and the U.S.

19              MS. FUDIM:  I think they are different, too.  I

01:39:05 20 think that we agree that an overarching humanitarian issue

21 may provide a basis for many people, and it might be a

22 large number of people depending on what that condition is.

23 But an individual would still have to show that they are

24 somehow still affected by that condition.

01:39:17 25              THE COURT:  Right.  So if a hurricane hits

1 Haiti, the DHS can say if somebody's substantially impacted

2 by that hurricane, they get in, that doesn't mean that

3 everybody from Haiti gets in.  That means an individual has

4 to come in and show how they were impacted by that

01:39:32   5 hurricane.

6               MS. FUDIM:  Right.  The richest person in Haiti

7 who lives in a gated house that is made of concrete blocks

8 that had no effect whatsoever, and has 5 million dollars in

9 the bank, doesn't get to say -- or they can say whatever

01:39:44  10 they want, but presumably they would not be granted parole

11 if the overarching condition was not one which affected

12 them directly.

13               THE COURT:  But they would under your analysis?

14               MS. SUNG:  No.  I would -- I would not disagree

01:39:57  15 with anything Your Honor said about if a hurricane hit

16 Haiti, and the executive decides that the people who are

17 affected by this hurricane that has devastated Haiti are

18 eligible for parole --

19               THE COURT:  How do you find that out then?  You

01:40:11  20 ask them, right?

21               MS. SUNG:  Well, the executive needs to set the

22 criteria that would help the individual officer who is

23 assessing the parole applicant on a case-by-case basis

24 determine whether they actually were affected by the

01:40:24  25 hurricane that hit Haiti.

1          THE COURT:  I think in the end this is kind of

2 moot because how you want that program applied is one

3 thing.  What you're telling me is how it is actually being

4 applied, which is on a case -- they're actually asking --

01:40:38    5 if you're coming from Venezuela, you are not automatically

6 getting in because Maduro runs the country.  You are

7 getting in because you're being persecuted or suffering

8 because of the oppression.  Tell me how that is and then

9 they decide?

01:40:50   10          MS. FUDIM:  Yeah.  And our understanding is

11 that those interviews usually last somewhere around three

12 hours, give or take.  So there is a lot of different

13 questions.  There is assessment of credibility.  You know,

14 what are you saying is the effect.  There is follow-up

01:41:01   15 questions.  I mean, it's the same type of assessments that

16 take place by CBP officials even at the border when they're

17 making individualized determinations regarding parole.

18               There is -- and here, it's a lengthier

19 process because it's taking place at a port of entry with

01:41:15   20 an OFO officer, so there is this greater period of time

21 without the huge compression that you have at the border,

22 where these interviews can take place and they can delve

23 into credibility.

24               But, I mean, the answer to the question is

01:41:26   25 you have to ask.  And then you have to continue to ask

1 questions to follow up, to ensure that the person is being

2 affected by whatever the larger concern is.  But certainly

3 there are larger concerns that may affect a multitude of

4 people.  Political upheaval in a country is likely to

01:41:45  5 affect large swaths of the population.  A hurricane that

6 devastates an entire island --

7                    THE COURT:  But someone is asking to find out

8 the --

9                    MS. FUDIM:  Someone is asking those questions.

01:41:54  10                    THE COURT:  Because when I hear programmatic, I

11 am saying nobody is asking.  If you're coming from

12 Venezuela, you're under the Maduro regime, you get in.  If

13 you're on Haiti, a hurricane hit, the island is devastated,

14 you get in, is how I'm interpreting the program --

01:42:08  15 programmatic.

16                         Go ahead.

17                    MS. FUDIM:  Do you have a question for me?

18                    THE COURT:  No, no.  That cleared it up.  At

19 least from your perspective.  Okay.

01:42:15  20                    MS. SUNG:  No.  And I don't think I disagree

21 with anything that's been said here, and so maybe it's just

22 a matter of semantics, but --

23                    THE COURT:  I thought you said that people like

24 Oldrys weren't asked?

01:42:25  25                    MS. SUNG:  Well, no.  I don't know.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1           THE COURT:  Well, he is your witness.

2           MS. SUNG:  But I -- but no one knows.  I don't

3 think -- no one knows but Oldrys and the person who

4 processed him, right?  And, honestly, I -- I appreciate

01:42:39   5 Ms. Fudim weighing in here because, obviously, I am not the

6 federal defendants.

7           THE COURT:  Right.

8           MS. SUNG:  I don't know what happens in the

9 case-by-case interview, and I couldn't possibly have a way

01:42:48   10 of knowing.  But from the outside looking in, this is the

11 way that the executive has exercised or has used the parole

12 authority in the past.

13           The parole -- the executive has identified

14 a population that -- through consideration of urgent

01:43:08   15 humanitarian reasons or significant public benefit, maybe

16 foreign policy concerns, defines that population, sets the

17 criteria, and then the case-by-case determination ensures

18 that the parole -- prospective parolee meets those

19 criteria.

01:43:25   20           And then what happens there, are they

21 asked, do you satisfy an urgent humanitarian reason or

22 significant public benefit?  I don't know.

23           But I would submit that built into that --

24 into programs that are set up this way, where the -- where

01:43:40   25 the executive identifies the criteria that need to be met,

1 and that those criteria are informed by significant public

2 benefit or urgent humanitarian reasons, that that helps

3 make the case-by-case determination that the statute

4 requires.

01:43:54   5            THE COURT:  Ms. Fudim, can I ask you a

6 question?  Based on -- assuming hypothetically, I am not

7 asking about Oldrys, do you think that wanting to provide

8 for your family constitutes an urgent humanitarian need?

9            MS. FUDIM:  I don't know that my personal

01:44:10  10 thoughts on the matter are --

11            THE COURT:  Well, I mean, speaking on behalf of

12 your client.

13            MS. FUDIM:  I think the answer would have to be

14 it depends, that in some circumstances --

01:44:17  15            THE COURT:  Because traditionally we haven't

16 let people in for economic -- we haven't let economic

17 migrants in unless they qualify for a visa, right?

18            MS. FUDIM:  And I don't know that we are.  I

19 mean, I think that there's two questions there.  The first

01:44:28  20 is, is DHS letting individuals in solely based on wanting

21 to provide for their family?  I don't know that the answer

22 to that is yes.

23                 Whether it ever could be yes, I think the

24 answer has to be, I don't know.  I think it would depend,

01:44:40  25 you know, what else goes into that fact, what else goes

1 into that factor.  So, I mean, you may have an

2 individual -- and this is completely conjectural.  I am

3 making this up.

4                    But you have an individual who their

01:44:53  5 entire island was decimated by a hurricane, or there were

6 sociopolitical upheaval and this person was a member of a

7 particular political party, and had written op-eds in

8 papers about their political beliefs and as a result lost

9 their job.

01:45:07  10                    So now the most recent in-kind basis, or

11 cause, for perhaps an individual to say, well, I am seeking

12 parole in this country, is for economic reasons.

13                    THE COURT:  Well, what if somebody is living in

14 Nicaragua and they're not being persecuted, they just want

01:45:24  15 to be able to make more money to provide better for their

16 family because they're living in poverty?  Does that -- I

17 mean, does that satisfy the program?

18                    MS. FUDIM:  I don't know.

19                    THE COURT:  Because if that is true, that's a

01:45:36  20 massive chunk of the world in all of those populations.

21                    MS. FUDIM:  I don't know the answer to that,

22 but I am hesitant to say, yes, that that alone would.  I

23 mean, I think there has --

24                    THE COURT:  Why are you hesitant?

01:45:46  25                    MS. FUDIM:  Because I am not intimately

1 familiar with the step-by-step analysis that takes place

2 when looking at earlier causes, and later causes, and what

3 the interplay between those things are.  So, for example,

4 if you have an individual who has lost their job because of

01:46:04  5 political speech, the most recent in-kind reason for

6 seeking parole might be:  I am unable to provide for my

7 family because I don't have a job.

8                THE COURT:  Right.

9                MS. FUDIM:  But the cause of that might be,

01:46:14  10 well, I was fired from my job because I advocated for

11 democratic values.  And so how that gets parsed out is just

12 not something I'm -- I haven't had those conversations, so

13 I don't know.

14                THE COURT:  To me that is not somebody who is

01:46:25  15 wanting to just provide for their family.  They are wanting

16 to provide for their family because they have been unfairly

17 persecuted, so there is an extra clause on that.

18                     I am asking -- you know, there's a lot of

19 people living in poverty in Mexico, in Nicaragua, in Haiti.

01:46:40  20 I mean, a lot of people in Haiti are living in poverty.

21 It's terrible.  Does that -- the fact that they are living

22 in poverty qualify as an urgent humanitarian need if it is

23 not because of any of those persecutions?

24                MS. FUDIM:  I would think probably not, but

01:46:55  25 I -- I am not -- I am not certain.  I would think --

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1                   THE COURT:  Okay.

2                   MS. FUDIM:  -- absent any of those other

3  contributing factors, so the reason they're living in

4  poverty is not because of --

01:47:05  5                   THE COURT:  Right.

6                   MS. FUDIM:  -- some larger overarching -- and,

7  again, I think it in many cases might be hard to separate

8  cause and effect there of why somebody has found themselves

9  in poverty.  But in the hypothetical, if the poverty is not

01:47:16  10 the result of one of these larger factors, then I would

11 think, no, but --

12                  THE COURT:  I mean, I have been to Haiti, you

13 know, and there are a lot of people, through no fault of

14 their own, and through -- and not through government

01:47:29  15 persecution, it's just -- it's terrible living conditions

16 there, and it's not their fault.  They haven't done

17 anything to bring it on -- except for just being born

18 there.

19                       But that's a substantial portion of

01:47:42  20 that -- of Haiti.  And so that's why I'm trying to find out

21 the -- the answer, does this qualify people who are living

22 in squalor or destitute under this program?

23                  MS. FUDIM:  I think it would really depend on

24 what the cause of the squalor and destitution is, and I

01:47:58  25 think that that is something that has to get parsed out

1 during the interviews process, but I would say for this

2 case, we have no evidence in the record that the policies

3 or the --

4            THE COURT:  No, but I have to --

01:48:08  5            MS. FUDIM:  -- are being applied in that

6 manner.

7            THE COURT:  No, but I have to understand the

8 limits.  I am always asking for the limits of the program

9 and, you know, how far it can reach.  And so that goes to,

01:48:17 10 you know, the scope of the program.

11                 If Congress has not authorized admission

12 to the United States through parole for purely economic

13 reasons, but then you find another way to do it --

14            MS. FUDIM:  I think if you look at the -- and I

01:48:33 15 could be mistaken, and Mr. Ward can jump in -- but if you

16 look at the language in the Cuban *Federal Register*, there

17 is language regarding economic de-stability in the country,

18 but I believe for the others, at least --

19            THE COURT:  De-stability?

01:48:49 20            MS. FUDIM:  Destabilization, sorry.  Economic

21 destabilization, I believe is specifically referenced in

22 the Cuban -- in the Cuban process.  Yeah, Mr. Ward is

23 pointing me to "Fled crippling economic conditions and

24 social unrest where the government continues to repress and

01:49:05 25 punish all forms of dissent and public criticism of the

1 regime and has continued to take actions against those who

2 oppose its positions."

3                THE COURT:  But it kind of links it to --

4                MS. FUDIM:  It does link it, and that was the

01:49:16 5 link that I was sort of alluding to earlier, that I think

6 that if the question is, do the processes extend so far as

7 to allow anyone in solely because they're seeking a better

8 life, and they don't have income, and it is solely for that

9 reason untethered to one of these larger reasons, I think,

01:49:33 10 no, the policies don't reach that far.

11                I think if the question is someone is

12 seeking a better life and they're coming from economic

13 concerns, but the reason they found themselves in that

14 situation is because of one of these specifically

01:49:46 15 delineated --

16                THE COURT:  Right.

17                MS. FUDIM:  -- larger humanitarian issues which

18 clearly affect many people, not just individuals, when you

19 are talking about political upheaval, or a hurricane, or

01:49:55 20 some of the examples we have discussed, then I think the

21 answer is yes.

22                And where that nexus is in cause and

23 effect, I think can sometimes be a murky line to draw which

24 is why there are interviews, and why CBP has the

01:50:08 25 opportunity to question people, and figure out, you know,

1 what is this particular situation on a case-by-case basis.

2                    And with respect to Oldrys, you know, I
3 don't think that we have that information in the record
4 to -- you know, what caused -- you know, what caused his
01:50:23  5 economic situation.  What were the details of it?  What did
6 these say to the reviewer?  What questions were asked?  We
7 don't know that.

8                    THE COURT:  Like I said, the reason why I asked
9 about him is that it brought that -- I mean, one of the
01:50:32 10 things I had in my mind coming here, and one of the things
11 that was there, was whether or not this was a basis,
12 because, you know, one of the concerns is has Congress
13 limited purely economic migration into the United States?

14                    I think everybody would agree that they
01:50:46 15 have.  You don't get to come to the United States just to
16 make more money.

17                    MS. FUDIM:  Yes.  Yes.

18                    THE COURT:  And then the question is what is
19 the limiting principle to the discretionary part of
01:50:57 20 1182(d)(5), that -- is there a limiting principle on the
21 economic front?  And what I -- I am hearing you say is that
22 there is.

23                    MS. FUDIM:  Yes.

24                    THE COURT:  I mean, as long as it is not linked
01:51:07 25 to one of the other things like oppression or hurricane,

1 whatever the --

2            MS. FUDIM:  Yes, I think that is correct.

3            THE COURT:  Okay.  Ms. Sung?  Did you enjoy

4 when I throw hand grenades in the room?

01:51:19  5            MS. SUNG:  But to follow up on that, I think

6 what we have here with Oldrys is not just I just want to

7 come for economic reasons.  Mr. Sype did testify as to

8 tropical storms and hurricanes that devastated his coastal

9 -- Oldrys's family's coastal community.  His in-laws lost

01:51:32 10 their house.  He also cited political uprisings in the

11 country that prevented them from finding work for a long

12 time.

13            And the reason why I kept on trying to

14 point Your Honor back to the *Federal Register* notice is

01:51:43 15 because I don't have it in front of me, but political

16 uprisings and natural disasters and things like that, that

17 nexus that you are looking for, I think it's articulated in

18 the *Federal Register* notice.

19            THE COURT:  What got me on to that was you said

01:51:55 20 that there is a programmatic, which I interpret as kind of

21 a blanket statement that the DHS can make about a

22 particular country that gets them in as long as they meet

23 all the other criteria.

24            MS. SUNG:  And so maybe this is the

01:52:06 25 misunderstanding that we have.  And I was trying to -- let

1 me clarify.  When I am using the word "programmatic," I am

2 using it in the way that Dr. Sahacher explains in her

3 declaration.

4                    She explains that the executive has

01:52:19  5 historically granted parole on a programmatic basis and

6 what that means is that the executive identifies, again,

7 this -- a population that should be considered for a

8 discretionary grant of parole.  And how it defines that

9 population is often nationality, or a -- or a smaller

01:52:40 10 population subset of the national population plus

11 additional factors.

12                    And that's exactly what we have here, and

13 that is exactly what we have in multiple other examples of

14 prior parole programs.  And when I say programmatic, again

01:52:56 15 I do not mean categorically -- categorical grant,

16 programmatic grant.  No, that is not what I'm trying to say

17 here, and I apologize for any miscommunication.

18            THE COURT:  No, but it was more that kind of

19 brought that to mind, and I wanted to more importantly kind

01:53:10 20 of get DHS's position on that particular issue.

21            MS. SUNG:  Sure.

22            THE COURT:  You just happened to be talking

23 while it happened.

24            MS. SUNG:  Great.  Happy to facilitate here,

01:53:19 25 Your Honor.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1          To tie up this section here, I just wanted

2 to make the point that this offset regarding immigrant

3 visas shows that contrary to what Texas is trying to argue,

4 Congress did think about how parole and the visa system

01:53:46  5 operate together in the same ecosystem, and that Congress

6 acted affirmatively to accommodate the presence of long --

7 large numbers of long-term parolees.

8          I think I can click through the rest of

9 these very quickly.

01:54:06  10          And here, this is where we will get to

11 programmatic, and I would like to stress when I say

12 programmatic, I don't mean wholesale categorical grants of

13 parole.  The -- and I'll get into some details here.  I

14 think it is important to do that because the history shows

01:54:27  15 that the executive has regularly used the parole authority

16 on a programmatic basis by identifying, again, a population

17 by certain characteristics, and setting out the criteria by

18 which each individual parole applicant needs to be

19 assessed.  And then that assessment happens and that's the

01:54:47  20 case-by-case determination.

21          And then second, the history of how the

22 parole authority has been used shows that the urgent

23 humanitarian reasons and the significant public benefit

24 behind the CHNV Parole Pathways are similar to, if not the

01:55:02  25 same, as the urgent humanitarian reasons, and the

1 significant public benefit motivating many other parole

2 programs.

3                        And this is further evidence why the CHNV

4 Parole Pathways are wholly consistent with the statute

01:55:17  5 because they are indistinguishable from other historical

6 uses of the parole authority including from after the 1996

7 IIRAIRA amendment.

8                        So turning to this notion of programmatic

9 parole or programmatic uses of the parole authority, Texas

01:55:42  10 argues that programmatic uses of parole aren't authorized

11 by the statute.  But if this is true -- and, again, what I

12 mean by programmatic parole is the executive defining a

13 category of people with -- setting up criteria of a

14 population, and then letting a case-by-case determination

01:56:03  15 be made as to whether any individual potential parolee

16 meets those criteria.  That is the history of how the

17 parole authority has been used.

18                        And so to suggest that -- that this type

19 of use of the parole authority is not consistent with the

01:56:22  20 statute presumes something very implausible.  It presumes

21 that Congress has known that the executive has been

22 flouting its intent, and has been for decades, but has

23 taken absolutely no steps as a co-equal branch to constrain

24 the executive.

01:56:39  25                        You asked where is the outer bound?  We

1 haven't found it yet because Congress has not done anything

2 to amend the statute to prohibit the use of parole in this

3 manner.

4          THE COURT:  Did we not just identify one, that

01:56:55   5 you can't let someone in for purely economic reasons?

6          MS. SUNG:  That is not in the statute.

7          THE COURT:  No.  No, I am asking.

8          MS. SUNG:  No.  That's fair.  That's a fair

9 point, and presumably --

01:57:06  10          THE COURT:  Is that an outer bound?

11          MS. SUNG:  Yeah -- I would say yes, and because

12 Congress has left the grant of parole up to the discretion

13 of the executive --

14          THE COURT:  So what are you saying yes to?

01:57:19  15 Yes, it would not be permissible under the general grant of

16 parole authority; or yes, they could -- without

17 Congressional authorization, that the secretary could say

18 purely for economic reasons unattached to anything, urgent

19 humanitarian need or significant public interest, that they

01:57:38  20 could let someone in for purely economic reasons?

21          MS. SUNG:  I suspect what would happen in that

22 instance, is if the executive decided to use its discretion

23 in that way, and I think that it wouldn't because Congress

24 has made clear that admitting someone for purely economic

01:57:54  25 reasons is -- they have frowned upon that, Congress would

1 walk back that grant of parole.  It would -- that would be

2 beyond Congress's intent and Congress would be able to walk

3 back that --

4                THE COURT:  So is that an outer bound?

01:58:07   5                MS. SUNG:  Yes.  I would say yes.

6                THE COURT:  Okay.

7                MS. SUNG:  In addressing programmatic parole,

8 the concept of programmatic control, I want to discuss very

9 quickly the Fifth Circuit decision in the remain in Mexico

01:58:29  10 case, *Texas v. Biden*.  Texas cites this case for the

11 proposition that programmatic parole is not authorized by

12 the statute.  And they also like to cite to another case

13 from Judge Kacsmaryk in the Northern District of Texas that

14 relies on the same Fifth Circuit remain in Mexico case.

01:58:45  15                I would submit that this is just another

16 brushstroke in this alternate reality that Texas is trying

17 to paint for you here, because the Fifth Circuit was

18 overruled by the Supreme Court in the Remain in Mexico

19 case, and so even though --

01:58:58  20                THE COURT:  But not on that basis.

21                MS. SUNG:  I would say, yes, it did, because

22 what happened was the Fifth Circuit held, in the Remain in

23 Mexico case, *Texas v. Biden*, that the administration went

24 beyond the authority of the parole statute, when it used

01:59:11  25 parole as a tool in its efforts to wind down the Remain in

1 Mexico program.

2                    And in overruling the Fifth Circuit, the

3 Supreme Court reaffirmed the executive's statutory

4 authority to grant parole.  It said, "The availability of

01:59:28  5 the parole option additionally makes clear that the Court

6 of Appeals erred in holding that the INA required the

7 government to continue implementing MPP."

8                    And in the lead-up to that, that finding,

9 that the Court of Appeals erred, the Supreme Court said,

01:59:44  10 every administration, including the Trump and Biden

11 administrations, has utilized this authority to some

12 extent.  That's in *Biden v. Texas*, 142 S. Ct. 2528 at 2543

13 through 44.

14                    And so turning to historical examples of

02:00:07  15 parole, the executive has consistently identified the

16 public interest or the public benefit of programmatic uses

17 of the parole authority on a broad level, not an individual

18 level.  And this is borne out by multiple parole programs

19 that postdate IIRAIRA, which is the last time, as you know,

02:00:26  20 that Congress amended the parole authority and added the

21 case-by-case language.

22                    So, for example, 2022, Uniting for

23 Ukraine, the process is intended to be a safe, legal and or

24 orderly pathway to support vulnerable Ukranian citizens and

02:00:41  25 their immediate family members in Europe who have been

1 displaced from their country.  The public benefit and

2 urgent humanitarian reason there is identified at a broad

3 level.  The executive is not making a specific finding as

4 to a particular individual.

02:00:57 5                      Operation Allies Welcome:  Again, a

6 broad -- broad signif- -- excuse me, an urgent humanitarian

7 reason or significant public benefit, dual goals of

8 protecting national security and providing protection for

9 our Afghan allies.

02:01:16 10                      2016, Filipinos World War II veterans

11 parole:  Among other things, the policy recognizes the

12 extraordinary contributions and sacrifices of Filipino

13 veterans who fought for the United States during World

14 War II.

02:01:28 15                      The 2014 Haitian Family Reunification

16 Program:  The goal of promoting safe, legal and orderly

17 migration, supporting U.S. goals for Haiti's long-term

18 reconstruction and development, contributing to Haiti's

19 post-earthquake reconstruction and development through

02:01:44 20 remittances.

21                      2013 Military Families Parole:  Military

22 preparedness in general can be -- can potentially be

23 adversely affected, and we as a nation have made a

24 commitment to our veterans, plural, to support and care for

02:01:59 25 them.

1                    2007 Cuban Family Reunification Parole:

2 Again, the urgent humanitarian reason or significant public

3 benefit is identified at this broad level to meet the

4 country's commitments under the migration accords and

02:02:17   5 reducing the perceived need for family members to engage in

6 a regular migration and to discourage alien smuggling.

7                    In each of these examples, the executive

8 articulates the urgent humanitarian reason or the

9 significant public benefit advanced by a program -- a

02:02:33  10 particular parole program on that broad or programmatic

11 level.  And it identifies the population for whom the grant

12 of parole should be considered.  It sets out the criteria

13 defining that population, based on the clearly articulated

14 urgent humanitarian reason or the significant public

02:02:52  15 benefit, and then the individual is granted parole if it is

16 determined on a case-by-case basis that he or she meets

17 those criteria.  That's what I am talking about when I am

18 saying programmatic parole.

19                    And I would like to bring your attention

02:03:09  20 to -- to this memo from the George W. Bush administration,

21 which is post IIRAIRA, and it reflects the executive's

22 understanding that this -- the way that I have described

23 parole being granted is entirely compatible with IIRAIRA's

24 case-by-case language here:

02:03:34  25                    "Designating whether by regulation or

1 policy a class whose members generally would be considered

2 appropriate candidates for parole does not conflict with a

3 case-by-case decision requirement since the adjudicator

4 must individually determine whether a person is a member of

02:03:51  5 the class, and whether there are any reasons not to

6 exercise the parole authority in the particular case.  So

7 long as individual consideration is given to parole

8 decisions, the service's determination does not violate the

9 case-by-case requirement."

02:04:06  10                     And this is exactly what Mr. Sype

11 described in his testimony yesterday.  He described his

12 friend, Oldrys, taking three hours to get processed through

13 immigration after he arrived at SFO.

14                     So I have gone through all of this simply

02:04:22  15 to show that the CHNV Parole Pathways are entirely

16 consistent with how prior parole programs have worked.

17                     The CHNV Parole Pathways are also

18 consistent with other historical uses of the parole

19 authority because the pathways share the same kind of

02:04:51  20 urgent humanitarian reasons and significant public benefit

21 advanced by other parole programs.

22                     As I think I have shown before, these are

23 the *Federal Register* notices for the CHNV Parole Pathways,

24 and, of course, generally speaking, no one parole program

02:05:07  25 is identical to another, but there are nevertheless shared

1 similarities between the CHNV Parole Pathways and other

2 parole programs that multiple administrations have adopted

3 and implemented, or have continued to implement from prior

4 administrations.

02:05:24 5                    So, for example, reducing irregular

6 migration, the history of parole shows that reducing

7 irregular migration has long been a humanitarian reason for

8 uses of the parole authority.

9                    THE COURT:  So that means -- what's the limit

02:05:39 10 on that, then?  You can -- you can roll out any program,

11 and say it's designed to reduce irregular migration.

12                    MS. SUNG:  That's -- well, at least with

13 regards to CHNV, it's not isolated to that.  It is a whole

14 bunch of other --

02:05:57 15                    THE COURT:  I'm trying to find the limiting

16 principle.  I don't hear one in the way that you just

17 described that.

18                    MS. SUNG:  The limiting principle is there that

19 a needs to be an urgent humanitarian reason or a

02:06:07 20 significant public benefit and it has to be done on a

21 case-by-case basis.  That's what the statute says.

22                    THE COURT:  No, you then just said urgent

23 humanitarian need equals reducing irregular migration.

24                    MS. SUNG:  No, I am trying to say that that is

02:06:19 25 one urgent humanitarian reason or significant public

1 benefit that the CHNV Parole Pathways and many other prior

2 parole pathways have identified.  But, I cannot point you

3 to a single parole program that identifies reducing

4 irregular migration as the only significant -- into --

02:06:38   5 urgent humanitarian reason or significant public benefit.

6                    It is like Ms. Fudim was saying.  There is

7 a whole nexus of considerations that go into this and no --

8                    THE COURT:  Do you think the goal of reducing

9 irregular migration is by itself sufficient to satisfy the

02:06:55  10 urgent humanitarian need requirement?

11                    MS. SUNG:  I think the text of the statute

12 would suggest "yes," but the way that -- the history that

13 we have which shows how the executive has interpreted the

14 statute would say "no."

02:07:27  15                    THE COURT:  Well, then there is no limiting

16 principle.  As long as the DHS says the goal of this is to

17 reduce irregular migration, and I am designating this as an

18 urgent humanitarian need, they can do whatever they want.

19 They can parole whoever they want.

02:07:41  20                    MS. SUNG:  The -- the statute leaves -- leave s

21 the -- the grant of parole, how to define how to grant

22 parole to the discretion of the executive.

23                    THE COURT:  Then why don't they just say the

24 DHS can parole whoever he wants?  Why do they say

02:08:01  25 case by case?  Why did they put other limitations?

 1              MS. SUNG:  True.  Well, true, case by case for

 2 a significant public benefit or urgent humanitarian reason.

 3              THE COURT:  Which you have just said urgent

 4 humanitarian reason might be satisfied by only reducing

 5 irregular migration.

 6              MS. SUNG:  That's left up to the discretion of

 7 the executive, I would say.

 8              THE COURT:  All right.

 9              MS. SUNG:  But -- and I would point out that

10 there has been no executive, ever since 1952 -- well, I

11 guess really since 1996, when that language was added to

12 the statute, that has interpreted the statute in that way

13 and has tried to create a parole program of such a fashion.

14              THE COURT:  Okay.

15              MS. SUNG:  So, again, reducing irregular

16 migration is just one of multiple reasons advancing the

17 CHNV *Federal Register* notices to justify those parole

18 pathways.

19              THE COURT:  Before we move on, I would like to

20 find out, does DHS disagree with that?  Because it is your

21 client is the one who has got that.

22              MR. WARD:  Disagree with what, Your Honor?

23              THE COURT:  The idea that simply the goal of

24 reducing irregular migration can be designated by the DHS

25 as an urgent humanitarian need; therefore, you don't need

1 anything else?

2              MR. WARD:  So I think our position would be

3 similar in which I can't identify a program that relies

4 solely on that basis.  I think that aspect would go more

02:09:24  5 towards significant public benefit than urgent humanitarian

6 need.  And so I think with these particular countries, it

7 would be country-specific and program-specific

8 consideration --

9              THE COURT:  I am talking about in general.  I

02:09:35 10 am talking about in general, can the --

11              MR. WARD:  Under the statute?

12              THE COURT:  Right.  Can the DHS secretary say,

13 on a case-by-case basis, we have deemed either an urgent

14 humanitarian need or significant public interest to be

02:09:48 15 reducing irregular migration?

16              MR. WARD:  I don't know for sure the answer for

17 that.  I don't -- like I said, I can't say that they have

18 ever said that's the sole justification.  I would say that

19 I think that would go -- that that is arguably enough to

02:10:03 20 satisfy the statute in circumstances like these four

21 countries where DHS has limited ability to move these

22 individuals.

23              THE COURT:  Yeah, but that's where there are

24 limited ability.  That's not what I am talking about.  I'm

02:10:14 25 just talking about reducing -- is the goal of reducing

1 irregular migration sufficient enough under either of those

2 alternatives, urgent humanitarian --

3                    MR. WARD:  I think those things have to go to

4 together because I'm not sure how -- it would depend on

02:10:28  5 particular terms and justification for the process, right?

6 So I am not sure how a process that is not linked to these

7 countries where we can't otherwise remove people would

8 reduce irregular migration.  These processes are based on

9 the particular factors in these countries where we have

02:10:44 10 limited ability to remove individuals.

11                    We know a certain number of individuals

12 are going to come, and so pushing those individuals who

13 want to come here to lawful paths and imposing a

14 consequence for those who don't is part of the significant

02:10:57 15 public benefit to these particular countries.

16                    THE COURT:  Right.

17                    MR. WARD:  I think that under the statute --

18 nothing under the statute limits DHS from saying, that's

19 enough to satisfy 1182(d)(5) in general.  Whether it would

02:11:09 20 apply in other circumstances with another country who

21 didn't present these same factors, I don't know; but I

22 think here it might be enough to satisfy terms of the

23 statute, and still DHS did not rely solely on that

24 significant public -- and other ones as well.

02:11:21 25                    THE COURT:  And I understand.  Again --

1                 MR. WARD:  I can't say it's a hypothetical

2    question.  It's not something that I have seen them do in

3    the processes I am aware of.  But I think, again, you have

4    to link it to the particular country conditions and the

02:11:35   5    particular relations with the countries.

6                       And here there is that additional piece

7    that because of our limited ability to remove to those

8    countries, reducing irregular migration has reduced the

9    overall numbers of people coming from those countries and

02:11:48  10   allowed those who come to go through more vetting, reduce

11   the strain on resources at the border and provide other

12   public benefits to the agency in the United States.

13                THE COURT:  Well, the concern I have is if the

14   secretary can just say reducing irregular migration is

02:12:00  15   sufficient to satisfy either one of those prongs, and it's

16   not reviewable under the APA, then the secretary can let in

17   whoever he wants or she wants at anytime with no

18   limitation.

19                MR. WARD:  Again, Your Honor, that is not what

02:12:13  20   these processes do and there's -- as far as I am aware,

21   there is no example of those -- of the secretary doing

22   that.  So I agree that that would present a harder question

23   or perhaps a closer call.  There might be different

24   considerations that apply there, but none of them apply in

02:12:27  25   this circumstance.  That is simply not what the agency is

1 attempting to do here.

2            THE COURT:  All right.

3                Go ahead.

4            MS. SUNG:  Well, what I am about to do is to

02:12:40  5 walk through some of the urgent humanitarian reasons or

6 significant public benefits underlying the CHNV Parole

7 Pathways, and to show that the same urgent humanitarian

8 reasons or significant public benefits are advanced by many

9 other parole programs.

02:12:59  10                But I don't want to suggest to Your Honor

11 that any one of these individual articulated or urgent

12 humanitarian reasons or significant public benefit would be

13 sufficient to -- to -- for the executive to create a broad

14 use of the parole authority to address, for example, only

02:13:22  15 irregular migration or only smuggling.

16                There is no program that has ever

17 identified as the sole urgent humanitarian reason or

18 significant public benefit just reducing the irregular

19 migration or just addressing smuggling.  And I think this

02:13:40  20 is partly -- I will get to this in a minute.

21                I think that this is partly because the

22 flexibility in the parole statute reflects, in part, the

23 fact that parole is often used as a foreign policy tool,

24 and that there has to be flexibility afforded to the

02:13:58  25 executive to engage in sensitive foreign policy

1  negotiations with other governments, or with other partners

2  in a particular region to address migration challenges.

3                    And that's where the -- what Mr. Ward was

4  describing as sort of a tie to country conditions or a tie

02:14:19   5  to something else, a tether, comes in because that is often

6  how these parole programs have been used.  And I will get

7  to that in just a second.

8                    But -- so, for example, irregular

9  migration has often been identified.  Mr. Halperin in his

02:14:40   10  declaration talks about Cuban migrants who were drowning in

11  the -- in the Gulf in the mid 1990s.

12                    Mr. Schwartz adds in his declaration that

13  this irregular migration that was occurring in the mid

14  1990s from Cuba posed a specific risk to the lives of

02:14:58   15  migrants from Cuba, consumed Coast Guard resources, and it

16  was a topic of great concern in the United States, that

17  represented a major humanitarian and border management

18  challenge.

19                    And the Clinton administration wanted to

02:15:11   20  find some way to direct these -- this Cuban migration, into

21  safe, legal and orderly channels.

22                    These concerns about Cubans led to the

23  adoption of the Cuban Migration Accords that both

24  Mr. Halperin and Mr. Schwartz worked on in the mid 1990s.

02:15:29   25                    And, again, the same concern about

1 irregular migration is reflected in documents about two

2 different family reunification parole programs for

3 nationals of Haiti and Cuba.  2014, then Deputy Secretary

4 of Homeland Security Mayorkas said, "The United States

02:15:48   5 strongly discourages individuals in Haiti from undertaking

6 life-threatening and illegal maritime journeys to the

7 United States."

8                    Cuban Family Unification Parole:  The

9 purpose of the program is to expedite family reunification

02:16:02   10 through safe, legal and orderly channels of migration to

11 the United States.

12                    And most recently, Uniting for Ukraine:

13 The process is intended to be a safe, legal and orderly

14 pathway.

02:16:15   15                    And the CHNV Parole Pathways, like these

16 and other prior parole programs, seek to limit irregular

17 migration and channel individuals into a safe and orderly

18 pathway into the United States.  And because parole allows

19 the executive to offer a safe and orderly pathway to the

02:16:36   20 United States, it also affords the executive a tool to

21 deter smuggling.

22                    So Dr. Yael Schacher in her declaration

23 notes several instances where parole programs are adopted

24 to address dangerous migration at the hands of smugglers by

02:16:51   25 land, increased smuggling and trafficking among Cubans.

1 And so like these programs and others, the CHNV Parole

2 Pathways acknowledge that it is a significant public

3 benefit to disincentivize a dangerous irregular journey

4 that puts migrant lives and safety at risk and enriches

02:17:08  5 smuggling networks.

6                    Now, here we go, foreign policy.  Two days

7 ago, you asked Mr. Walters why -- given the similarities

8 between the CHNV Parole Pathways and Uniting for Ukraine,

9 why Texas had not challenged U4U.  And Mr. Walters hemmed

02:17:29  10 and hawed a little bit, and eventually he said that the U4U

11 program, Texas didn't challenge it because U4U involves a

12 foreign war that the United States is tangentially involved

13 in, and because the State of Texas is not required to be

14 the policeman of everything that the federal government

02:17:47  15 does.

16                    Now, I don't want to put words in

17 Mr. Walters' mouth, but his answer to Your Honor's question

18 suggests that Texas views U4U as implicating foreign policy

19 concerns that Texas can and should defer to -- should defer

02:18:07  20 to the federal government on, but not the CHNV Parole

21 Pathways.

22                    THE COURT:  Well, I mean, they could also be

23 that there is a humanitarian crisis because there is a war

24 and people are getting killed.

02:18:15  25                    MS. SUNG:  Of course.

1                    But the point -- the broader point here is

2 the CHNV Parole Pathways also implicate broad foreign

3 policy judgments, and also crises that the executive has

4 identified in each of these four different countries.

02:18:33  5                    And so to -- with regards to foreign

6 policy, I would like to point your attention to, again, the

7 Supreme Court decision in *Biden v. Texas*, the Remain in

8 Mexico case.

9                    The majority in that case grounded its

02:18:54 10 reversal of the Court of Appeals' opinion in part on the

11 foreign policy dimension of the parole authority and of

12 immigration management in general.

13                    The majority wrote:  "The Court has taken

14 care to avoid the danger of unwarranted judicial

02:19:10 15 interference in the conduct of foreign policy, and declined

16 to run interference in the delicate field of international

17 relations without the affirmative intention of the Congress

18 clearly expressed.

19                    "That is no less true if in the context of

02:19:24 20 immigration law where the dynamic nature of relations with

21 other countries requires the executive branch to ensure the

22 enforcement policies are consistent with this nation's

23 foreign policy."  And that is at 142 S. Ct. at 2543.

24                    And similarly, the concurrence from

02:19:41 25 Justice Kavanaugh.  Justice Kavanaugh noted that "A

1 decision to use the parole authority must be supported by a

2 reasonable explanation of why parole provides a significant

3 public benefit."  But he explained further that "When the

4 president chooses to grant parole for foreign policy

02:19:58 5 reasons, a court reviewing that executive action must be

6 deferential to the president's Article II foreign policy

7 judgment.

8                    "Nothing in the relevant immigration

9 statutes at issue here suggests that Congress wanted the

02:20:12 10 federal judiciary to improperly second-guess the

11 president's Article II judgment with respect to American

12 foreign policy and foreign relations."

13                    The Court, as well as Justice Kavanaugh,

14 was recognizing that parole is absolutely an important tool

02:20:30 15 in the executive's toolbox as it pursues foreign policy

16 goals, including negotiations with other countries, and a

17 war is not necessary for that.

18                    In the declarations that we submitted from

19 Eric Schwartz, Mort Halperin and Dr. Yael Schacher bear

02:20:48 20 this out.  I have already discussed these declarations

21 before, but here let me tell you a little bit more about

22 these declarants.

23                    Mr. Eric Schwartz was the assistant

24 secretary of state for the Bureau of Population, Refugees

02:20:59 25 and Migration, for President Clinton.  And in his

1  declaration, he wrote about his own personal experience in

2  assisting the administration to advance, through the use of

3  parole, the United States foreign policy interests in

4  negotiations with Cuba, to deal with the large-scale

02:21:19  5  irregular out-migration of Cubans in the early to mid

6  1990s; the 1996 rescue and resettlement to the United

7  States of Kurds who had been affiliated with United States'

8  nongovernmental organizations in northern Iraq; the

9  Resettlement Opportunity for Vietnamese Returnees, or the

02:21:37  10  ROVR program, that helped gradually wind down refugee

11  camps, housing displaced Vietnamese nationals following the

12  Vietnam War; and the Lautenberg program, which starting in

13  1988, provided parole for certain populations during and

14  after the Cold War that were of particular interest to

02:21:55  15  United States foreign policy goals such as Jews,

16  Evangelical Christians, and others who faced persecution in

17  the Soviet Union, and Vietnamese, Cambodians and Laotians

18  following the Vietnam war.

19           So Mr. Schwartz says in his declaration

02:22:12  20  here that "The flexibility provided to Congress" -- excuse

21  me, "provided by Congress to the executive in deciding

22  when, whether and how to use the parole authority within

23  specified constraints has been of great value to the

24  advancement of U.S. foreign policy interests."

02:22:28  25           Similarly, Mr. Mort Halperin, he

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 previously served as the Senior Director for Democracy at

2 the National Security Council in the Clinton

3 administration.  And he spoke in more detail in his

4 declaration about the Cuban Migration Accords and how

02:22:42  5 through a series of secret talks, the Clinton

6 administration designed several parole programs to respond

7 to a sharp rise in dangerous irregular migration out of

8 Cuba, which presented both a foreign policy and a

9 humanitarian challenge to the United States.

02:22:55  10                    And Mr. Halperin says that he had the

11 opportunity to see how the statutory parole authority

12 provided the executive with a critically needed foreign

13 policy tool.

14                    And this is borne out by the declaration

02:23:14  15 of Mr. Nuñez-Neto that is attached to the federal

16 defendant's papers.  I believe it's Exhibit HH.

17                    Mr. Nuñez-Neto pointed out that the CHNV

18 Parole Processes were implemented in close coordination

19 with the government of Mexico, but also with -- in

02:23:39  20 negotiations with other partners in the Western Hemisphere

21 to address out-migration from these four countries:  Cuba,

22 Haiti, Nicaragua and Venezuela.

23                    And the Cuban Migration Accords that

24 Mr. Halperin discusses, and ROVR, which Mr. Schwartz

02:23:56  25 discusses, all of these programs are a part of a regional

1 collaborative approach -- excuse me -- to managing

2 migration.  And in the case of ROVR, to restabilize

3 neighboring countries who are hosting --

4                Excuse me.

02:24:18   5                THE COURT:  That's all right.

6                MS. SUNG:  -- displaced Vietnamese nationals in

7 refugee camps after the Vietnam war.  And similarly, again,

8 another program for Vietnamese nationals, the orderly

9 departure program that Dr. Yael Schacher mentions in her

02:24:36  10 declaration, ODP provided a mechanism for the United States

11 to receive displaced Vietnamese nationals, and that

12 mechanism was matched by similar program -- matched with

13 similar programs for countries like Canada, France, and

14 Australia.

02:24:53  15                So we bring this up just to show that

16 there are many examples of the executive using the parole

17 authority in a programmatic fashion by defining, again, a

18 category of people for whom parole should be considered, to

19 negotiate with foreign partners and to respond in a

02:25:12  20 flexible way to migration challenges in coordination with

21 other countries.

22                So here, I know I have run through a lot

23 of different parole programs right now, and we provide a

24 lot more detail in our proposed findings of fact.  But we

02:25:39  25 just wanted to try to distill all of that detail and

1 present it to you in a more digestible way, and I hope that

2 this illustrates for Your Honor that there is no program

3 that has only identified, for example, reducing irregular

4 migration as the only urgent humanitarian reason or

02:25:56  5 significant public benefit that justifies a discretionary

6 grant of parole.

7                     As you can see, so there have been various

8 features and goals of different parole programs, and we've

9 tried to identify some of them across the top.  And then

02:26:19  10 along the side here, we have included mostly 1996 --

11 post-1996 parole programs but, of course, for Vietnamese

12 nationals and Cuban nationals there have been many, many

13 programs for nationals of these two countries.  So those

14 rows include the pre-1996 parole programs for those

02:26:42  15 countries, too.

16                     The takeaway here is simply that no one

17 parole program is identical to another, and they certainly

18 do not share all of the same features or try to advance all

19 of the same goals, but that is because parole is a flexible

02:26:59  20 tool that the executive uses to respond to different kinds

21 of situations, including migration management challenges,

22 and to support its foreign policy priorities vis a vis

23 different foreign governments.

24                     But, nevertheless, there are these shared

02:27:16  25 similarities across parole programs that multiple

1 administrations have adopted and implemented, and as we

2 have tried to represent graphically here, the CHNV Parole

3 Pathways are consistent with and have strong roots in

4 decades of history -- in decades of history of prior uses

02:27:35   5 of the parole authority.

6                    And as I am about to discuss, these prior

7 programs show that Congress has consistently ratified or

8 approved of the executive's use of parole over the past 70

9 years and has also over the past three decades or so after

02:27:57   10 IIRAIRA.

11                    I really apologize, Your Honor.

12                    THE COURT:  That's all right.

13                    MS. SUNG:  So yesterday Texas stood up here and

14 argued that Congress has already made its own value

02:28:16   15 judgments about what the country's immigration system

16 should look like and how people should be allowed to come

17 here to the United States.  And I would actually agree with

18 them, yes, Congress has made that value judgment.  And that

19 value judgment includes creating and maintaining the parole

02:28:29   20 authority for over seven decades, and also indicating

21 approval of the executive's use of parole, both since it

22 created the parole authority in 1952 and since 1996 with

23 the amendments in IIRAIRA.

24                    So having discussed just a few prior

02:28:46   25 examples of parole, I want to stress now that Congress has

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 been well aware of how the executive has used parole in the

2 past, including in a programmatic manner where the

3 executive has defined a population that it deems worthy for

4 consideration for parole.  And in response Congress has

02:29:09  5 consistently expressed approval of the executive's use of

6 parole in that manner, including approval of other parole

7 programs that are very similar to the CHNV Parole Pathways.

8                    And Congress has also rejected attempts to

9 prevent or otherwise limit similar uses of parole in the

02:29:28 10 future.

11                    So to be more specific about that,

12 Congress has either affirmatively legislated to provide

13 immigration benefits or other benefits and services to

14 populations paroled into the United States through parole

02:29:43 15 programs, but otherwise Congress has acquiesced to how the

16 executive has used the parole authority since 1952 and

17 since 1996 by declining to amend the parole authority to --

18 to constrain the discretion of the executive or to revoke

19 or walk back a specific parole program that the executive

02:30:07 20 may have adopted.

21                    So a great example of this is the many

22 parole programs that multiple executives have adopted from

23 nationals of Cuba, including but not limited to the Cuban

24 Migration Accords that were adopted in the mid 1990s right

02:30:25 25 before the passage of IIRAIRA.  And this is the legislative

1 history that Texas really likes to cite.  It's the House

2 Judiciary Committee report from 1996.

3                     So the proponents of the amendments that

4 both Mr. Ward and I touched on that would have narrowed the

02:30:46  5 definition of urgent humanitarian reason and public

6 interest, they called the Cuban Migration Accords an abuse

7 of the parole authority and claimed that such use of the

8 parole authority has not been authorized by Congress, but

9 as I think Mr. Ward and I tried to make clear, the full

02:31:07  10 House stripped out those narrowing amendments that the

11 House Judiciary Committee had considered, and in doing so

12 it rejected this characterization of Cuban Migration

13 Accords as unauthorized by Congress.

14                     And as a counterpoint, at the same time

02:31:24  15 when Congress enacted IIRAIRA, it reaffirmed the Cuban

16 Adjustment Act.  The Cuban Adjustment Act was originally

17 passed in 1966, and it makes Cuban parolees eligible to

18 adjust status to lawful permanent resident and eventually

19 to become citizens after they have been in the United

02:31:43  20 States for one year on parole.

21                     And in IIRAIRA Congress passed a separate

22 section that mandated that the Cuban Adjustment Act remain

23 in place until the president determines that Cuba has a

24 government that has been democratically elected.

02:32:01  25                     This history makes clear that Congress

1 both knew that the executive was exercising its parole

2 authority in this -- in this fashion to, again, identify a

3 population of individuals for whom parole should be

4 considered and setting criteria for that population, here

02:32:23  5 for Cubans, and it condoned that use of the parole by

6 extending further benefits to Cubans who are paroled in

7 this manner.

8              The Cuban Adjustment Act remains good law

9 today.  The Cubans who are receiving parole through the

02:32:39 10 Cuban parole pathway now and who are eligible to do so,

11 they may seek to adjust status to lawful permanent

12 residents in one year because Congress legislated that

13 authority 57 years ago this November.

14              Similarly, Congress has legislated to

02:32:59 15 provide benefits to other populations who have been paroled

16 through -- through programmatic uses of the parole

17 authority.  Again, the executive defining a population,

18 setting the criteria, and then allowing a case-by-case

19 determination of whether prospective parolees meet this

02:33:20 20 criteria.  And recent examples include legislation for

21 Ukrainians on the left paroled through Uniting for Ukraine,

22 and Afghans paroled through Operation Allies Welcome on the

23 right.

24              And similarly I would like to bring your

02:33:34 25 attention to the military families parole program of 2013.

215

1  The Obama administration created this program to provide

2  parole to certain family members of members of the armed

3  services and with veterans.  And then years later, Congress

4  ratified the program by statutorily mandating its

02:33:53  5  continuation.  It instructed the secretary of Homeland

6  Security that the secretary shall consider on a

7  case-by-case basis whether granting the request for parole

8  would enable military family unity that would constitute a

9  significant public benefit.

02:34:09  10              And by requiring the program to continue,

11  Congress was indicating its approval of the program itself,

12  and that includes approval of how the executive up to that

13  point had been defining the population eligible for parole,

14  setting the criteria, and how the grant of parole was being

02:34:29  15  made on a case-by-case basis.  Congress was also signifying

16  approval of a significant public benefit of military family

17  unity that the executive had identified in creating the

18  program.

19              But apart from these affirmative

02:34:44  20  indications of approval for specific programs, even more

21  powerful is the notion of Congress's acquiescence to how

22  multiple administrations have used the parole authority,

23  including to advance urgent humanitarian reasons or

24  significant public benefits that are similar to those

02:35:05  25  advanced by the CHNV Parole Pathways.

1                    Now, Texas has argued repeatedly again

2 that the CHNV Parole Pathways are a rogue extra legal

3 program that are -- that gives the federal defendants an

4 end run around the INA and congressional intent, and that I

02:35:21   5 think is just, again, this alternate reality that Texas is

6 trying to pave for you.

7                    If it really were the case that Congress

8 did not intend for parole to be used in this fashion

9 whereby the executive again defines a particular

02:35:38  10 population, sets the criteria, and allows eligible

11 individuals to be considered for a discretionary grant of

12 parole if they meet the criteria on a case-by-case basis,

13 if Congress didn't intend for the executive to use parole

14 to address multiple urgent humanitarian reasons and

02:35:55  15 significant public benefits like deterring irregular

16 migration, addressing smuggling, advancing foreign policy

17 goals, managing migration collaboratively with regional

18 partners, then this would mean that Congress has been

19 asleep at the switch for decades and has failed to rein in

02:36:12  20 the executive for decades.

21                    But the Supreme Court has made clear that

22 Congress is presumed to be aware of an administrative or

23 judicial interpretation of a statute and adopts or ratifies

24 that interpretation when it doesn't act to amend the

02:36:26  25 statute, and instead re-enacts it without change.  That is

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 *Lorillard v. Pons*, 434 U.S. 575 and 580.

2                     Now, the parole authority is not something

3 that needs to be renewed but the principle still applies.

4 Congress has had 70 years to amend the parole authority, if

02:36:45  5 at any point it had determined that the executive was

6 exercising that authority in a manner inconsistent with its

7 intent, and it hasn't done that.

8                     Yesterday, Texas argued that all of these

9 programs that I have described today are an unlawful use of

02:37:05 10 the parole authority, but Congress has clearly said

11 otherwise.  And Texas is now asking you to issue an opinion

12 that dismantles the parole program that is

13 indistinguishable from dozens of other similar programs

14 that Congress has consistently declined to disturb.

02:37:23 15                     All right.  We are getting to the end,

16 Your Honor.

17               THE COURT:  Okay.

18               MS. SUNG:  Thanks for your patience.

19               THE COURT:  That's okay.

02:37:33 20               MS. SUNG:  I would just like to touch on a few

21 of Texas's arguments that the CHNV Parole Pathways are

22 arbitrary and capricious under the APA.

23                     So, first, Texas claims that the federal

24 defendants engaged in arbitrary and capricious

02:37:45 25 decisionmaking because they didn't include an enforcement

1 mechanism in the CHNV Parole Pathways, excuse me, to make

2 sure that parole beneficiaries leave the United States

3 after their period of parole expires.  This is Texas trying

4 to add words to the statute that aren't there, which

02:38:00 5 Congress did not legislate.

6                    This is a text of the second half of

7 1182(d)(5)(A):  The parole authority does not require the

8 executive to articulate or otherwise create a separate

9 removal process for parolees.  This is because Congress has

02:38:20 10 already prescribed in the INA an exclusive process for the

11 removal of all noncitizens at 8 U.S.C. Section 1229A(a)(3).

12                    So here it's almost as if Texas can't

13 decide what it wants.  On the one hand it attacks the CHNV

14 Parole Pathways for being an extralegal animal that exists

02:38:43 15 outside of the immigration system, when it's not.  And on

16 the other hand it also attacks the CHNV Parole Pathways for

17 not including or creating an additional removal enforcement

18 mechanism beyond what is in the INA.  And that's just a

19 gotcha.  That is a "heads I win, tails you lose" sort of

02:39:03 20 argument.

21                    And I want to address a question that you

22 asked about how to remove these individuals, and you asked,

23 you know, at the end of the two years, aren't we in the

24 same position when these people lose -- when parole

02:39:18 25 expires?  And I would submit that in two years we will not

1 be in the same place as we were before.

2                    As we were discussing earlier, the overall

3 numbers of migration from these four countries have gone

4 down.  So we, collectively, are in a better place because

02:39:36  5 if you look at the snapshot of numbers from before, and the

6 numbers after, the numbers are down.  We are in a better

7 place.

8                    But also, there are other Congressionally

9 created statutorily available pathways for parole

02:39:51  10 beneficiaries to seek longer term status.  And actually

11 they're referred to by the federal government in our trial

12 Exhibit 69, I believe, which says that "certain parolees

13 may be eligible for a full range of existing lawful

14 immigration pathways, including an extension of parole,

02:40:09  15 visas, asylum or temporary protected status."

16                    And that's actually the case of two of our

17 intervenor defendant clients, Ms. Laveus, and Ms. Arauz.

18 They have approved visa petitions for their loved ones.  In

19 the case of Ms. Laveus, her brother has an approved visa

02:40:32  20 petition; and in the case of Ms. Arauz, her husband has an

21 approved visa petition.  They're just waiting for their

22 numbers to become current for the visa to be issued.

23                    Of course, you also have individuals like

24 Oldrys who want to go back.  He misses his wife and his two

02:40:49  25 children.  He wants to go back.

220

1                      And so, yes, as you said, at the end of

2 the parole -- the two-year parole period there will be

3 people who -- who overstay, for lack of a better way of

4 expressing it.  They will be subject to removal

02:41:07  5 proceedings.  They will be subject to the consequences that

6 Congress has set out in the INA.

7                      And -- but they are not in the same place

8 as they would be -- as they would have been if the CHNV

9 Parole Pathways hadn't existed because they are not

02:41:22  10 undocumented.  They are in the system.  They have to

11 provide their identities to the U.S. Government.  It is

12 easier to enforce the removal provision against them as it

13 would be against, as you were saying, someone who just

14 comes in across the border.

02:41:38  15                      So we are -- we would not be in the same

16 situation two years down the line after a grant of parole

17 expires than we would be if there had been no CHNV Parole

18 Pathway.

19                      Finally, you were asking about the

02:41:57  20 reliance interests, and the costs, and whether the -- what

21 the federal defendants considered when they adopted and

22 implemented the CHNV Parole Pathways.  And, obviously, I

23 don't represent the federal defendants, but I would simply

24 submit that when it comes to the sponsorship requirement,

02:42:16  25 that gives us an indication of what the federal defendants

221

1 did consider.

2                      So Texas claims that the federal

3 defendants engaged in arbitrary and capricious the

4 decision-making because they didn't include an enforcement

02:42:27   5 mechanism in the CHNV Parole Pathways to make sure that the

6 sponsors actually provide support to their beneficiaries

7 once they're here in the United States.

8                      So, first of all, that is just another

9 example of Texas trying to add words to the statute that

02:42:40   10 aren't there.  The parole statute does not require

11 sponsorship of any kind, individual or private, for parole

12 to be granted.  And so it follows that the parole statute

13 doesn't require an enforcement mechanism for something that

14 the statute never required in the fist place.

02:42:55   15                      But with respect to the reliance interest

16 that Your Honor, was questioning about, the sponsorship

17 element of the CHNV Parole Pathways makes the program

18 stronger.  It ensures that when parole beneficiaries are

19 granted parole and come to the United States, they do so

02:43:12   20 with support on multiple levels, with financial support,

21 with support in finding housing and employment, with

22 healthcare, with learning English, so that they are less

23 likely to need services and support that Texas claims

24 inflicts financial injury on the State's coffers.

02:43:31   25                      And so the sponsorship element of the CHNV

1 Parole Pathways reflects the federal defendant's

2 consideration of the very interest in the alleged costs

3 that Texas claims that they didn't consider.

4                    So, in summary, Texas -- Texas's arguments

02:43:49  5 on the merits only work in an alternate reality of their

6 choosing, where the executive has been defying

7 Congressional intent and the INA for over 70 years, and

8 that Congress has done nothing about it, but that's not

9 this reality.  In this reality, the CHNV Parole Pathways

02:44:09 10 are authorized by and consistent with the plain text of the

11 statute.  It's a statute that Congress has never amended to

12 include a numerical cap, to define urgent humanitarian

13 reasons or significant public benefit, to prohibit

14 programmatic uses of the parole authority, to require an

02:44:26 15 independent removal mechanism, or to require sponsorship or

16 sponsorship enforcement.

17                    In this reality, the CHNV Parole Pathways

18 are consistent with 70 years of prior programmatic uses of

19 parole that Congress has either ratified or acquiesced to

02:44:42 20 including bypassing affirmative legislation to provide

21 benefits to individuals who are granted parole through such

22 programs, and by declining to disturb any other prior

23 parole program.

24                    In this reality, Texas has not proven that

02:45:01 25 the CHNV Parole Pathways are arbitrary and capricious,

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 where the federal defendants considered the gamut of

2 factors including, among others, the dangers of irregular

3 migration, border management and national security,

4 relations with Mexico and other partners in the region,

02:45:14  5 collective efforts to manage migration collaboratively, the

6 contemporaneous ebbs and flows of regional migration, the

7 enrichment to smugglers, and what newcomers to the United

8 States needs to thrive and to contribute to their

9 communities including financial support, healthcare,

02:45:31  10 English language skills, housing and employment.

11                    What Texas is asking this Court to do

12 today is extraordinary.  A court has never struck down a

13 parole program as beyond the scope of the INA's parole

14 authority, or as arbitrary and capricious.  And, likewise,

02:45:51  15 Congress has never in 70 years, including in the nearly 30

16 years since IIRAIRA, rescinded, defunded or otherwise

17 overturned any use of the parole authority by the

18 executive.

19                    Texas is trying to shut down safe, orderly

02:46:07  20 pathways that provide a humane alternative to irregular

21 migration.  And so if Texas prevails in this litigation and

22 persuades this Court to enjoin the CHNV Parole Pathways,

23 that injunction will harm every stakeholder who has

24 interests affected by the CHNV Parole Pathways including,

02:46:25  25 as I now turn to my colleague, Ms. Tumlin, she will explain

1 for you that includes even Texas.

2           THE COURT:  How is everybody doing?  We need a

3 break?  Is this a good time?

4           MS. TUMLIN:  It is a good time if --

02:46:40   5           THE COURT:  Let me just ask.  I am fine.  Does

6 anybody else need a break?

7           MS. TUMLIN:  I am getting a yes.

8           THE COURT:  Okay.  All right.  We will take a

9 quick break.  Five minutes.

02:46:51  10 (Proceedings recessed from 2:46 to 2:59.)

11           COURT SECURITY OFFICER:  All rise.

12           THE COURT:  Please be seated.

13              Go ahead.

14           MS. TUMLIN:  Okay.  Great.

02:59:31  15              So we have also established that I also am

16 bad at estimating time, so I won't do it again.

17           THE COURT:  All right.

18           MS. TUMLIN:  Sorry, Your Honor.

19              So we have made it to the balancing of

02:59:40  20 equities, and I am not going to belabor a lot of points

21 that we have already talked about because that would make

22 me extremely unpopular with everyone on a Friday afternoon.

23                 What I would like to do, Your Honor, is

24 really focus on the fact that we have all had a lengthy

03:00:00  25 discussion about standing and, of course, we know if -- the

1 parties may disagree about whether Texas has established

2 any monetary harm, one dollar or more, we all will agree

3 that in order to show irreparable harm, the standard is

4 much higher.

03:00:20   5                     So rather than, unless the Court has

6 further questions about the harm analysis, I would really

7 like to talk about the other side of the equation for a

8 while and talk about the public benefits -- pardon me, the

9 public interest factors and why --

03:00:31  10                     THE COURT:  What does irreparable injury go to?

11 Does it go to a vacatur claim or does it go only to an

12 injunction?

13                     MS. TUMLIN:  Oh.  Your Honor, I'm not sure if I

14 understand why you're asking.

03:00:45  15                     THE COURT:  You had that Texas has not

16 established irreparable injury.  What does that go to?

17                     MS. TUMLIN:  Yeah.  Texas has to establish

18 irreparable injury --

19                     THE COURT:  For which claim?

03:00:55  20                     MS. TUMLIN:  For injunctive relief.

21                     THE COURT:  All right.  What about for vacatur?

22                     MS. TUMLIN:  For vacatur, you need to look at

23 the balancing of equities and the public interest which

24 are -- which would completely overwhelm any harm that Texas

03:01:08  25 has shown.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1          THE COURT:  But not irreparable injury?

2          MS. TUMLIN:  I actually am not sure, Your

3 Honor, to be honest.  Is there a particular case that

4 you're struggling with?

03:01:16  5          THE COURT:  No.  I mean, I am wondering if they

6 have to show -- if there is a harm issue in standing, and

7 you have just said irreparable injury is higher.

8          MS. TUMLIN:  Right.

9          THE COURT:  What does the irreparable injury go

03:01:28 10 to?  Does it go to only injunctions or does it go to any of

11 the relief that is being sought by Texas?

12          MS. TUMLIN:  I think it goes to any of the

13 relief that has been sought by Texas.  I don't think that

14 Texas could get, for example, vacatur as a remedy that

03:01:47 15 would wipe away the *Federal Register* notices for the four

16 countries if it was only making a de minimis harm showing.

17          THE COURT:  Okay.

18          MS. TUMLIN:  Okay.  All right.

19          So -- and really, the other -- one of the

03:02:06 20 other things that we were talking about earlier in the

21 standing analysis was what's the ledger sheet that we're

22 looking at, when is the Court obligated to look not only at

23 costs but revenues?  Is it only within the same

24 transaction, which the Fifth Circuit has clearly said has

03:02:23 25 to be considered, or is it larger?

1                    Here, in this analysis, in terms of

2  weighing the equities, the Court clearly has to look at

3  both.  And so simply looking at one side of the ledger

4  sheet will not do.

03:02:36    5                    And, you know, just -- this is a really --

6  you know, it's a -- it's something that we all know, but

7  certainly -- I'm just citing the economist's brief here

8  again for the fact that Texas also benefits from the --

9  from increased population growth and increased immigration,

03:02:54   10  even though no one is alleging that there has been an

11  increase since the CHNV nationals due to these programs,

12  from a simple fact, for example, sales tax:  More people,

13  more sales tax, more revenues.

14                    And at this point, that is something the

03:03:10   15  Court needs to consider, and that's what you have the

16  economist pointing out here.

17                    Okay.  We have talked about this, Your

18  Honor, so no need to go back through it.  But vague

19  speculation isn't going to be something that can outweigh

03:03:21   20  the substantial public interests that are behind the CHNV

21  programs.

22                    So where we want to start is something

23  that we do know is that thousands of Texans have raised

24  their hands to welcome under the CHNV Parole Pathways.  And

03:03:35   25  what I am citing in the record isn't like a one-to-one

1 match, Your Honor, but this is some information on the

2 intended destination address for the beneficiary.

3                     So that is not a one-to-one match because

4 not necessarily every sponsor, like our client Paul Zito,

03:03:52  5 who lives in Austin, is not necessarily the case that

6 everyone that they are sponsoring would necessarily live in

7 Texas as well.  But this gives an indication that even

8 within the Plaintiff States, there are people who are

9 saying we want this program, I am raising my hand to

03:04:08  10 welcome.

11                     Okay.  And, Your Honor, so this is really

12 what I want to talk about.  As we know, in the balancing

13 you have to consider the effect on each party, that

14 includes the intervenor defendants here.  So let's talk

03:04:31  15 about what would happen if Texas was granted the relief

16 that it is asking which is vacatur and an injunction

17 prohibiting further implementation of the CHNV pathways.

18                     It would separate families.  As you heard

19 earlier during the trial, we have three of our intervenor

03:04:52  20 defendant clients who are using the pathways for the

21 purposes of reunifying with their families.  We also know

22 that it would -- as I was just discussing, it would deprive

23 communities and -- you know, whether they're in North

24 Dakota or Texas or Arkansas, from having the freedom to

03:05:08  25 welcome and to sponsor under the program.

1                      It would, and this is discussed by the

2 federal defendants as well, subject parolees and migrants

3 to danger by closing off legal pathways that allow them to

4 be pre-cleared, prescreened, book their flights to the

03:05:23   5 interior airport port of entries rather than considering or

6 taking a dangerous journey over land.

7                      It would undermine foreign policy.  My

8 colleague, Ms. Sung, was talking about the declarations in

9 the record from foreign State Department officials about

03:05:40  10 the historic and also current use of these Parole Pathways

11 to advance U.S. foreign policy goals.

12                      Tax revenues, I just mentioned and, of

13 course, it would, in fact, as the record reflects, increase

14 strain at the border.  So that is a lot on the other side.

03:05:58  15 Obviously, because we have the privilege of representing

16 our intervenors, it's what would happen to them and folks

17 like them that we think is of the most interest to the

18 Court.

19                      So it is always important to tell happy

03:06:14  20 news, and we have talked about Valerie earlier.  Valerie is

21 a school teacher, middle school teacher in Florida, who I

22 am happy to say has now through -- because of the pathways

23 been able to reunite both with her brother, Reginald, who

24 is pictured here, and his son.  As we talked about

03:06:31  25 previously, Reginald was shot for dead -- shot in the head

230

1 and left for dead in Haiti, and took a long time to recover

2 through that.  And so for him, someone who had already been

3 waiting for a couple of years and had an approved visa

4 petition through his U.S. citizen mother, these programs

03:06:50  5 are a bridge and a lifeline literally to bring him and his

6 son to safety.

7                    Because it's always good to keep with the

8 happy news, I am also really happy to say that our client,

9 Ms. Arauz, has also now been able to reunite because of the

03:07:08 10 pathways with her husband, the father of her U.S. citizen

11 son.  She is a truck driver in Oakland who has struggled

12 before her husband was able to come on these pathways to

13 raise her teenage son alone and is extremely overjoyed that

14 they are finally together and -- and what that means for

03:07:27 15 all of their lives.

16                    More happy reunion stories.  Dr. Cardenas,

17 who is a professor in Pennsylvania, was able to sponsor his

18 uncle who has faced retaliation for speaking out on his

19 political beliefs in Venezuela and who has served

03:07:44 20 throughout Dr. Cardenas's life as a second father to him.

21 You can see them there, happy to be reunited in a place

22 where he is able to, when he gets his work authorization,

23 actually have work, despite what his political views are of

24 the current Venezuelan leadership.

03:08:05 25                    Eduardo's story is not yet happy, and we

1  have talked about him before.  Eduardo Rodriguez is a Major

2  League Baseball pitcher for the Detroit Tigers.  His

3  testimony has been provided to the Court.  And when we

4  talked to him, Eduardo wants the same thing that our prior

03:08:22   5  clients said that they want.  He just wants to be with his

6  family.  He attributes -- this is in his declaration, his

7  success in baseball to his parents.  He describes that no

8  matter if he has a good game or a bad game, the first text

9  that he gets is from his mom and his dad checking in on

03:08:40   10  him, and that they are his baseball family, and that what

11  he simply wants is to be able to see them in the stands and

12  have his family here.

13                    And so that's the only reunification, but

14  that's not the only reason why people are called to

03:08:58   15  participate in these programs.  Our client, Paul, who we

16  talked about who lives in Austin, really sees this as a

17  part of his religious faith.  He believes that he has been,

18  as he says, called by God to sponsor his brother in the

19  faith, Abel, who is unable to freely practice their shared

03:09:21   20  Christian faith in his native country of Cuba.

21                    And, again, that's the beautiful thing

22  about free exercise of religion.  It is all religions.

23                    Dr. Nan Langowitz as a part of her

24  synagogue community has sponsored -- you can see up here

03:09:39   25  this is another happy reunification story.  Janeth and

1 other members -- Janeth is who she sponsored, who has faced

2 retribution in her home country of Venezuela for expressing

3 her political beliefs.  This is her with Nan and some other

4 members of the synagogue community who feel called to

03:09:57   5 sponsor as an outgrowth of their Jewish faith and as Nan

6 describes as others must have sponsored my family.

7                    And you heard from Mr. Sype directly

8 yesterday in his testimony, and I want to be able to talk

9 both about him and what Oldrys's story reflects.  So,

03:10:18   10 obviously, Mr. Sype testified that one of the overwhelming

11 benefits of having Oldrys here is that he is able to

12 reunite with his chosen family, but also because Oldrys is

13 going to be valued and missing hands working on his

14 cousin's fruit orchard.

03:10:41   15                    So, in addition, I just wanted to point

16 the Court's attention to Defendant Intervenor Trial Exhibit

17 135, which is the declaration of Jocelyn Wyatt.  Jocelyn

18 Wyatt works at an organization called Alight, and they work

19 with employers to identify fields where labor shortages

03:11:01   20 exist and facilitate thoughtful connections with newcomers

21 who arrive via the CHNV Parole Pathways.

22                    And so this was a quote from paragraph 5

23 of Ms. Wyatt's declaration.  She says, "The U.S. has large

24 labor needs that cannot be met solely by hiring domestic

03:11:16   25 workers, making it a win-win situation to match the talents

1 of paroled individuals with U.S. labor needs."

2                    In addition, Defendant Intervenors Trial

3 Exhibit 85 is a recent study that assessed the impact of

4 parole, and it concluded that people recently granted

03:11:36  5 parole -- now this is largely from Afghanistan, Ukraine, as

6 well as Venezuela and other Latin American countries have,

7 quote, "Had a profoundly positive impact on our economy and

8 many including in Texas are likely working in industries

9 with labor shortages."

03:11:53  10                    So going back to Oldrys, while Texas, Your

11 Honor, may not consider it to be a public benefit to pick

12 apples in a small farming community, as Mr. Sype testified

13 yesterday, it fills precisely the needs of his home

14 community of Cashmere, what they have needed for his entire

03:12:13  15 memory and strengthens the community bonds in his small

16 town.

17                    So last, certainly not least, is Dr. Kate

18 Sugarman, one of our clients who is a doctor in the

19 Washington, D.C. area.  She actually sponsored someone she

03:12:28  20 had never met before, but came into contact with because

21 another physician wanted to provide lifesaving surgery on

22 this individual but refused to do so until that person

23 could have a full-time caregiver who would be there for

24 recovery, which Dr. Sugarman was able to sponsor her mother

03:12:46  25 through the CHNV pathways.

1                    And so that just gives you a range of the

2 types of public benefits of these programs.  And because I

3 am a visual learner, this is really what we're looking at.

4 It's not even close, Your Honor.  If anything, we're

03:13:03   5 talking about possible de minimis unquantified costs,

6 numerous varied benefits on the other side.

7                    Okay.  And last but not least, all tricky

8 issues around the scope of the injunction.  We have talked

9 about this, Your Honor, and I am certain that you would

03:13:23   10 have -- will have other questions for the parties.  I just

11 want to point out that, again, the defendant intervenors

12 believe that if any relief is ordered, that only remand

13 without vacatur is appropriate especially in light of

14 this -- whoops -- that, the overwhelming disruption that

03:13:40   15 would be caused to numerous sectors, numerous people, by

16 such relief.

17                    Your Honor, and I did want to return to

18 this issue that I raised at the start this morning.  So

19 yesterday -- and I would be happy to be told that this is

03:13:56   20 not what Texas is seeking, but yesterday they were very

21 clear that their belief was if the Court ordered vacatur,

22 that that would wipe out the *Federal Register* notices for

23 the four countries, and by that act alone invalidate the

24 currently issued work authorizations and parole grants even

03:14:15   25 if they are not expired on their face and their terms.

235

1                        That is not requested at all in the first

2 amended complaint here.  It certainly hasn't been briefed,

3 and that type of retroactive clawing back of tens of

4 thousands of beneficiaries' grants of parole is highly

03:14:33   5 disfavored and frankly requires them to meet an onerous

6 mandatory injunction standard.

7                        So I don't know how much more we need to

8 get into that, Your Honor.  I will certainly say that I was

9 racking my brain, like, when have we ever even seen that

03:14:47  10 kind of relief?  I couldn't come up with any examples of

11 that type of clawback.

12                        Generally, in the current, for example,

13 DACA case presently before Judge Hanen that has made it to

14 the Fifth Circuit and back, Texas has disavowed wanting a

03:15:03  15 clawback for the simple reason that that is disfavored to

16 retroactively go back once -- even when an injunction is

17 granted and invalidate the work authorization and grants of

18 DACA there.  Texas has been very clear, no, we would let

19 those expire on their own terms.

03:15:19  20                        So it would be an enormous surprise if

21 they were asking for something different but that's what --

22                        THE COURT:  I asked them yesterday what happens

23 to the people, and I believe what I heard Mr. Walters say

24 was, well, they will lose status.  And then I asked

03:15:30  25 whether -- what Texas was asking to do about that, and I'll

1 paraphrase, but I think it was basically nothing about the

2 existing people there.  You are not asking for removal,

3 detention, or any kind of affirmative action from me; is

4 that correct, Mr. Walters?

03:15:43   5              MR. WALTERS:  Yes, Your Honor.  I mean, I think

6 obviously -- we're not seeking a mandatory injunction.  An

7 injunction is -- acts in personam against federal

8 officials, right?  Vacatur is not in personam.  It acts

9 upon the action and nullifies it.

03:15:57  10              THE COURT:  Right.

11              MR. WALTERS:  So if the action is nullified,

12 then, obviously, they will not have the status that that

13 action grants, but that does not mean we are seeking

14 mandatory -- an injunction saying you must enforce the law

03:16:06  15 against these people.

16              THE COURT:  All right.

17              MS. TUMLIN:  Okay.  So I think we all

18 understand the same thing, Your Honor, and I am saying they

19 haven't pled that, they haven't requested, they haven't met

03:16:15  20 the standard, and it would be an enormous break in the law,

21 and here is my example.

22                   So I understand what Texas is saying to be

23 what I -- what we feared they were saying which is they're

24 asking this Court to grant vacatur, and if that is granted,

03:16:28  25 so on the four *Federal Register* notices that instantly,

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 upon that, someone like Oldrys, grant of parole and his

2 work authorization, if he gets it granted, which it hasn't

3 been yet, would automatically extinguish.  And I want to be

4 really clear.  Here is the best example.  I am happy to

03:16:46  5 provide a cite for this.

6               Here is an obscure portion of the Judge

7 Hanen DACA case, but here it comes, Your Honor.  In 2015,

8 so this was the original preliminary injunction -- and I

9 apologize.  I misspoke.  -- DAPA, this is in the DAPA case,

03:17:00  10 but it involved DACA and this is why.  When the former

11 President Obama administration announced the DAPA program,

12 with a P, they also at the same time announced an expansion

13 of the DACA program, with a C.

14               THE COURT:  Right.

03:17:17  15               MS. TUMLIN:  They changed the work

16 authorizations from two years to three years, and they --

17 and at that time before Judge Hanen, Judge Hanen found that

18 the Department of Justice had represented to him on

19 multiple occasions that that expansion from two years to

03:17:35  20 three would not take effect until a certain date in

21 February.

22               And then before he issued his

23 injunction -- well, pardon me.  It wasn't before.

24               He then issued his injunction.  It was

03:17:51  25 right around President's Day, so in mid February.  After he

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 issued the nationwide injunction where he enjoined not only

2 DAPA with a P, but the extension of three years from two

3 years for DACA, the United States, in error, continued to

4 grant three-year EADs.

03:18:10  5              THE COURT:  Right.

6              MS. TUMLIN:  And he said those have to be

7 clawed back.  Ones before I ruled do not have to be clawed

8 back.  They can expire on their own terms, but the ones

9 that came after my injunction --

03:18:22 10              THE COURT:  Right.

11              MS. TUMLIN:  -- that is not okay.

12                   So I hear Texas asking for something

13 different here, right?  I know that is just what they just

14 said.  That is not appropriate, and that's what we wanted

03:18:33 15 to make sure was clear.  Obviously, the impact on our

16 clients is profound.

17              THE COURT:  Right.

18              MS. TUMLIN:  And unless we have anything else,

19 I just wanted to end on a happy note.

03:18:45 20                   These are all, of course, pictures of the

21 reunions of our clients that are shared with the Court with

22 permission.  And I really wanted to -- the thank you is

23 really from our clients for letting them have their voice

24 heard in this case of importance to them, and we appreciate

03:19:00 25 Your Honor's time.

1          THE COURT:  You bet.

2               Okay.  Everybody can stay at counsel table

3 as I kind of go through some questions.

4               For the states, is standing for the ultra

03:19:15  5 vires claim identical for standing for your APA claim or is

6 there some heightened requirement for APA that is different

7 for ultra vires?

8          MR. WALTERS:  I don't think so, Your Honor.

9 The standing is just the same Article III standards.

03:19:27 10          THE COURT:  Does anybody disagree, agree, want

11 to waive in on that?  Do you have an opinion?

12               Okay.  All right.  To the point where it

13 is undisputed that there are fewer migrants from the CHNV

14 countries coming into the state of Texas since the

03:19:50 15 implementation of the program, you had said that -- that

16 there was some authority for the proposition that that

17 doesn't matter.  And so I would like -- I would like to

18 hear a little bit more about that.

19          MR. WALTERS:  Yes, Your Honor.

03:20:04 20          THE COURT:  And let me just tell you where I am

21 coming from.  The 100-day pause case, that would have

22 resulted -- if there was a complete stop on removals and

23 additional people came in, we would have additional aliens

24 within the State of Texas and the Plaintiff States.

03:20:18 25               For the detention and non-removal case

1 that I had, the Priorities case, if they didn't detain and

2 people came in, numbers were going up, costs were -- there

3 was no doubt about the fact that there would be costs

4 associated with the decision.

03:20:35  5               In this one, what I am hearing is, is that

6 there is no dispute that fewer migrants would be coming in

7 to the State of Texas.  That means that the public fisc is

8 actually going to be getting a net benefit as opposed to a

9 net cost.  And so that's why this case is different from

03:20:52 10 me -- from the other two cases.

11               MR. WALTERS:  Yeah, Your Honor.  I think just

12 the way it is framed is wrong, from our perspective.

13               THE COURT:  Okay.

14               MR. WALTERS:  So the first thing is, you know,

03:21:04 15 what we have talked about, the existence of federal

16 jurisdiction ordinarily depends on the facts as they exist

17 when the complaint is filed.  That's from the *Lujan*

18 decision, 1992.

19               THE COURT:  Right.

03:21:14 20               MR. WALTERS:  And the Fifth Circuit in 1991 in

21 *Carr v. Alta Verde Industries* said, "As with all questions

22 of subject matter jurisdiction, except mootness, standing

23 is determined as of the date of the filing of the

24 complaint, and subsequent events do not deprive the court

03:21:29 25 of jurisdiction."

1                    And then in *General Land Office v. Biden*,

2  Fifth Circuit from a couple months ago, "As this action was

3  filed in October 2021, development since then will not be

4  considered in evaluating standing."

03:21:41   5                    So that's the first thing --

6                    THE COURT:  So what evidence do you have of

7  standing then?  Because your complaint didn't have any

8  evidence attached to it.

9                    MR. WALTERS:  Well, the complaint doesn't need

03:21:49  10  evidence of standing.

11                    THE COURT:  So you get to add evidence the

12  record after the complaint?

13                    MR. WALTERS:  Yes.  So what *Lujan* says is while

14  the burden of proof advances, the time frame that you're

03:22:00  15  setting that proof for stays the same, and that's at the

16  initiation.

17                    THE COURT:  Then since you obviously hadn't

18  incurred any costs at the time the complaint was filed,

19  because the program had just started, what was -- what is

03:22:12  20  your evidentiary basis for costs that you have incurred as

21  a result of the -- of the program?

22                    MR. WALTERS:  Well, it is pre-enforcement

23  review.  A lot of times in federal agency actions you can

24  file suit before the agency action even goes into effect.

03:22:28  25  So that does not deprive anyone of standing.

1                      If you have to have -- you don't have to

2 have any certainty.  So, for example, the -- just a week or

3 so ago, in the Fifth Circuit in the *Alliance for*

4 *Hippocratic Medicine* case, had a very lengthy discussion on

03:22:44  5 standing.  It said, you do not need to show certainty that

6 some things would happen when you have a pre-enforcement

7 review if you're seeking prospective injunctive relief.

8                      THE COURT:  What if you put something in your

9 complaint, which I have to take as true -- for example, in

03:22:58 10 the border wall case, that Judge Jones wrote the opinion

11 on, the federal -- I quote, "The federal defendants respond

12 that Texas failed to demonstrate DHS's 2021 spending plan

13 will cause a net increase in the number of undocumented

14 immigrants who enter the United States."

03:23:14 15                      All right.  So that is what we have here,

16 right.

17                      They -- skipping ahead, she says:  First,

18 it is inconsistent with the government's administrative

19 record where the record had said that border barriers work.

03:23:28 20                      The second thing was:  The effectiveness

21 of the federal defendant's 2021 border wall plan raises a

22 factual merits defense, not a response cognizable on a

23 motion to dismiss where allegations in Texas's complaint

24 must be taken as true.

03:23:46 25                      So when does a factual merits defense and

1 the evidence associated with that ever get to come in then?

2                    MR. WALTERS:  Well, I think when she says it's

3 a merits defense, that means it is not about standing.

4                    THE COURT:  But if it is a factual -- I --

03:23:59  5 so -- no, this is on standing.  That is all of this was on.

6 This was on standing.  It was on claim splitting and

7 standing.

8                    MR. WALTERS:  Right.  But I think that she

9 means further in the lawsuit when they are defending

03:24:10  10 themselves on the merits against the claims --

11                    THE COURT:  Which is where we are today.

12                    MR. WALTERS:  Well, we are not talking about

13 the merits of our claims.  You have to assume that the

14 merits of our claims are true for standing purposes.

03:24:21  15                    THE COURT:  But I don't have to assume your

16 evidence for standing is true.

17                    MR. WALTERS:  That is true, Your Honor.  But

18 the other thing is when we're looking at these numbers, so

19 the only evidence -- so let's say we filed this lawsuit

03:24:30  20 like -- right when they issued this notice of -- this

21 *Federal Register* notice before they have admitted a single

22 person into them.  So what would our evidence be?

23                         So we would have this evidence of our past

24 costs about how much when people come in just like -- just

03:24:44  25 like we set forth here.  We wouldn't have any evidence

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

244

1 specifically tied to those people, but we have to

2 understand that the action -- the agency action that we are

3 challenging, is -- the only thing it does is increase the

4 number of people in there.  It does absolutely nothing to

03:24:59   5 reduce the number of people.

6             THE COURT:  Except that you just stipulated

7 that it did reduce the number of people who came from those

8 countries.

9             MR. WALTERS:  No, Your Honor.  There are many

03:25:07   10 things the federal government does with respect to

11 immigration and there are many things that happen in other

12 countries that affect the flow of migrants.

13            THE COURT:  No, I am not staying it is because

14 of the program.  What I am saying is, is that it is not

03:25:18   15 disputed that the number of immigrants who have come into

16 the State of Texas, the rate of that has decreased since

17 the program started, whether it's because of the program or

18 not.

19            MR. WALTERS:  But it doesn't -- so let me give

03:25:30   20 an example.  Let's say tomorrow, there's a coup in

21 Venezuela, and the government collapses, and you have -- a

22 lot of the people who are here in the United States from

23 Venezuela, they leave -- they leave the country and go to

24 Venezuela.  That would not affect in any way our standing

03:25:46   25 to challenge that, if they left, so if they were reduced.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 If the Venezuelan population was reduced because of that

2 action.

3              THE COURT:  Okay.

4              MR. WALTERS:  And the actions here, they rely

03:25:57    5 on the fact that they have agreements with Mexico, which

6 are not part of this agency action.  This agency action,

7 the only thing it does is authorize up to 30,000 people a

8 month to come in via parole.  So it refers to these other

9 actions but we're not challenging those actions.

03:26:13   10              They have other parts of their federal

11 immigration policy which we are not challenging, that

12 both -- they have asylum restrictions if people go through

13 third countries, that is the stick compared to the carrot

14 here.  They also have these agreements with Mexico.  They

03:26:26   15 will take people from these countries.  Those are separate.

16              And we -- and there are many other factors

17 that could -- that could affect the flow of migrants.

18 So -- but this particular action, the only thing it does is

19 increase the number of people from those countries in the

03:26:40   20 State of Texas and in the United States.  That' all it

21 does.  It goes from zero to 30 ,000 people.

22              So just like the situation, you know,

23 something that happens in another country, Texas cannot be

24 denied standing because of the actions of another country.

03:26:54   25              THE COURT:  So what is -- all right.  Is the

1 only basis that you're alleging for standing dollar

2 damages, unreimbursable dollar damages?

3          MR. WALTERS:  For -- yeah, our four

4 declarations are on those four categories.

03:27:07  5          THE COURT:  That you --

6          MR. WALTERS:  Obviously, the issue of us to --

7 pressure to change our state laws, with our quasi-sovereign

8 interest for --

9          THE COURT:  But the injury, in fact, for you is

03:27:18 10 dollar damages, right?

11          MR. WALTERS:  Yes.

12          THE COURT:  And in the last six months, you

13 have actually spent less on people from those countries.

14          MR. WALTERS:  But that is not -- so if -- I

03:27:27 15 mean, there are many factors that do that.  We would have

16 spent even less if these third -- if we hadn't had these

17 14,000 people in the state, or 2700 schoolchildren in the

18 state.

19          THE COURT:  Except for the rate of people

03:27:39 20 coming in from those countries has gone down since the

21 program started --

22          MR. WALTERS:  But that's not because of the

23 program.

24          THE COURT:  That sounds like it would be more.

03:27:46 25          MR. WALTERS:  But that is not because of the

1 program, right?

2          THE COURT:  How do you know?

3          MR. WALTERS:  Well, the program -- the only

4 thing it does -- like we know what the program does, it

03:27:52  5 says what it does.  The only thing it authorizes, that it

6 actually promulgates, is we are going to now import up to

7 30,000 people a month into the country.

8              The other stuff, the sticks, like Mexico

9 agreeing to take the people that come across the border and

03:28:08  10 don't comply with this, or that they -- we're going to deny

11 asylum claims because they have gone through a third

12 country and hadn't taken advantage of these pathways.

13              So it's a -- it's a baseline issue.  But

14 that's why under the APA you can only challenge a

03:28:25  15 particular section.  We are not challenging federal

16 immigration policy.

17          THE COURT:  No, I'm trying to find the dollar

18 loss.  In order for you to have standing, you to have

19 dollars that are not reimbursable from the federal

03:28:37  20 government.

21          MR. WALTERS:  Right.

22          THE COURT:  Before this program was rolled out,

23 you had X dollars being spent because more people from

24 those countries were coming in.

03:28:44  25              Now, as of the time of your complaint, and

1 then, all the way up until now, the date that we're closing

2 the trial, you're spending less on those countries.

3              MR. WALTERS:  Well, let me give you an example.

4 So we have -- I am going to round up just because I am bad

03:28:59  5 at math, but 3,000 students, 3,000 school-age children

6 through this program in Texas.  3,000 of them.

7              THE COURT:  Okay.

8              MR. WALTERS:  Our evidence shows that we spend

9 almost 10,000 a student on public education.  So multiply

03:29:13  10 3,000 by 10,000, and that is a dollar amount that we have

11 costs from this program.

12              THE COURT:  Which is less than what you would

13 have spent without the program but before the program

14 rolled out.

03:29:24  15              MR. WALTERS:  I mean, if there were -- let's

16 say if there were an earthquake in Mexico so people

17 couldn't come up through the border through Mexico --

18              THE COURT:  I am talking about the past.  We

19 know that there wasn't an earthquake in Mexico.  What I am

03:29:37  20 saying is, is that you've said there is 3,000 people now at

21 10,000.  You have agreed that there are fewer people coming

22 in, so that number that you're spending has to be lower.

23              MR. WALTERS:  But those people coming in are

24 not because of this program.  The people not coming in are

03:29:49  25 not because of this program.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1                THE COURT:  I understand.  But you have to

2  establish that you have lost dollars and what -- what I am

3  having problems with is the idea that you haven't actually

4  saved money under this program because it has reduced the

03:30:02  5  net inflow into the state of Texas.

6                MR. WALTERS:  Well, I don't think there is any

7  evidence that it -- see, I mean, it is -- we are looking at

8  like how wide are we drawing the circle?  And we are not --

9  you have to look at what we're challenging.

03:30:14  10                THE COURT:  Are there fewer people in the state

11  that have come into the state of Texas after the program?

12                MR. WALTERS:  Well, we don't know because we --

13                THE COURT:  Well, you just agreed to it.

14                MR. WALTERS:  Well, all we can go by is what --

03:30:23  15  is DHS data, right?  Like they don't know everyone that has

16  come across the border.

17                THE COURT:  So the only evidence in the record,

18  I should say, then, is that the numbers are decreasing --

19                MR. WALTERS:  Right.  So --

03:30:33  20                THE COURT: -- since the time the program has

21  come out.  So how are you not saving money?

22                MR. WALTERS:  Because relative -- because there

23  are more people coming in through the parole program that

24  we would not have had if the parole program didn't exist.

03:30:43  25                THE COURT:  So are they more expensive because

1 they come in through the parole program?

2             MR. WALTERS:  No.  It is just --

3             THE COURT:  Do they cost the same whether or

4 not they come in through the parole program?

03:30:53   5             MR. WALTERS:  Well, I don't think there is

6 necessarily a fundamental difference --

7             THE COURT:  Do you charge people who come

8 through the parole program more than you do people who

9 don't?

03:31:00  10             MR. WALTERS:  No.  But, I mean, this is why the

11 Fifth Circuit's principle that you can't look at offsetting

12 benefits is so wise.

13             THE COURT:  Unless it -- unless it is of the

14 same type and arises from the same transaction as the

03:31:12  15 costs.

16             MR. WALTERS:  Right.  The same -- but this

17 isn't the same transaction.

18             THE COURT:  I am comparing apples to apples.

19 School-aged children from Haiti before the program, the

03:31:20  20 exact school-aged person who is a member of the program,

21 they cost exactly the same, right?

22             MR. WALTERS:  But the transaction is the parole

23 program.  You can't look at other things the federal

24 government or the government of Mexico is doing and saying

03:31:33  25 that is the same transaction.  That is not what we're

1 challenging.  That is not part of our case.

2                         For example, even part of what the federal

3 government -- so in their Exhibit HH, the declaration of

4 Mr. Nuñez-Neto, he talks about one of the reasons -- sorry,

03:31:53  5 a second here.

6                         So they mention one of the things that is

7 part of this, you know, collage of federal immigration

8 policies that are all working together, they point to

9 the -- the circumvention of lawful pathways, you know, the

03:32:12  10 asylum, the limitations on claiming asylum if you don't

11 utilize these processes.

12                         So a federal court in the Northern

13 District of California just a few weeks ago declared that

14 unlawful, and that just goes to show, like, there are many

03:32:29  15 other circumstances that go into this.

16                         Now, that has been stayed by the Ninth

17 Circuit, but you can't judge our standing on January 24th

18 based on things that have happened now and may go in the

19 future.  There is no expiration date on this program.

03:32:44  20             THE COURT:  Well, let me just quote from what

21 Judge Jones said in the border wall case, and you can help

22 me explain how this ever comes to be. "The effectiveness of

23 the federal defendants' 2021 border wall plan raises a

24 factual merits defense, not a response cognizable on a

03:33:02  25 motion to dismiss."

1                    How -- what -- what is the point of a

2 factual merits defense about standing if they can't put on

3 facts that relate to the standing argument?

4                    MR. WALTERS:  I just don't think that that is

03:33:16 5 about standing.  When she is talking about the merits

6 defense, I mean, I -- people -- you know, I -- whenever I

7 hear merits, I don't think that is anything about standing,

8 Your Honor.

9                    THE COURT:  I mean, this whole case is about

03:33:25 10 standing.  I mean, her entire opinion is about -- this is

11 under the injury in fact -- that was injury in fact.  This

12 is to causation for the standing analysis.

13                    MR. WALTERS:  I think she is talking about

14 future proceedings in that case, not -- not the standing

03:33:40 15 analysis.

16                    THE COURT:  Well, that's right.  So -- because

17 they say, "The federal defendants respond that Texas failed

18 to demonstrate that the spending plan will cause a net

19 increase in the number of undocumented immigrants."  The

03:33:50 20 exact same argument you are making here.

21                    But then she goes on to say, "The

22 effectiveness of that argument, the federal defendants'

23 border wall plan, raises a factual merits defense."

24                    When is that ever presented to me?

03:34:02 25                    MR. WALTERS:  Well, but even in that same

1 opinion she says you have to look at the time of the filing

2 of the complaint.  So you can't look at any data that has

3 happened since then.  So we can't look at these numbers and

4 say, well, we retroactively don't have standing.  Like I

03:34:15  5 said, you would have to say that this case is moot, and the

6 mootness standard is very high.  You have to show that

7 there is no possibility that we can obtain any sort of

8 relief.

9            So, you know, there is no possibility that

03:34:25 10 next month, or two months from now, or a year from now, or

11 two years from now that those numbers will go up.  We are

12 seeking future injunctive relief.  There is no expiration

13 date on this program.  So it is not one and done what's

14 happening, and just because we're in a particular -- you

03:34:40 15 know, these things go back and forth, these numbers.  They

16 flow for all sorts of reasons.

17            Mr. Nuñez-Neto's declaration had said that

18 the reason in -- I think it was April or May that the

19 numbers went up was because there with a fire in a migrant

03:34:55 20 facility in Mexico.

21            There were --

22            THE COURT:  But that's part of the factual

23 merits analysis that occurs, right?  You -- are you in the

24 border wall case?

03:35:04 25            MR. WALTERS:  I am.

1                THE COURT:  All right.  So then you will know

2 that it says to the contrary -- to the contrary, "Texas

3 alleges that increased miles of border wall will make the

4 border harder to cross.  That hard barrier, in turn, will

5 disincentivize illegal immigration and reduce the number of

6 illegal aliens who successfully cross into the -- into

7 Texas."

8                So are you arguing that getting rid of

9 CHNV will decrease further what's already been a decrease?

10               MR. WALTERS:  Well, let me look at the border

11 wall case.  So let's say that the evidence shows that the

12 border wall is there, but the numbers of people flowing go

13 up.  That would not be evidence that the border wall did

14 not reduce it compared to not having the border wall.

15 There is all sorts of other factors.  There could be other

16 things going on that increase the migrant flow.  So just

17 because the numbers went up, even with the border wall,

18 does not mean that the border wall did not reduce the

19 migration.

20               THE COURT:  Well, let me ask you this:  So

21 normally, every time I have addressed standing, it's been

22 in response to a motion for preliminary injunction and the

23 responses and the replies, or at a hearing, or at a trial,

24 and all of the evidence was as of the date of when those

25 pleadings were filed.  The declarations all took into

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 account post-complaint data offered by Texas and by the

2 DHS.  Why is this different?

3            MR. WALTERS:  Well, I think if you're looking

4 at data -- I mean, you know, we have been criticized from

03:36:26   5 both ends on that.  We can't use data from before the

6 program went into effect --

7            THE COURT:  I didn't say that.

8            MR. WALTERS:  -- because it is not tied to the

9 program.  We can't use data after the program goes into

03:36:35  10 effect.

11            THE COURT:  Who has criticized you for that?  I

12 have wanted all that data.  I've wanted before and after.

13 I mean, how am I going to get a sense of how the program is

14 impacting anything?

03:36:44  15            MR. WALTERS:  But I think you always have to

16 look at the timing of -- so you can use the data from

17 whichever time periods in order to show that this is the

18 type of thing that happens, right?

19            THE COURT:  Well, but go back to what I was

03:36:55  20 asking, which is, in all of the immigration cases that I

21 have presided over and as far as I know, the DACA, and MPP

22 case, and the border wall case, there is going to be

23 evidence submitted that were attached to the motion for

24 preliminary injunction.

03:37:07  25            I have got one coming in the border wall

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 case, right?  There is going to be evidence in there that

2 postdates the filing of the complaint because it was filed,

3 what, two years ago.

4                    There is going to be evidence that comes

03:37:17  5 up on standing, and it will be presented either at an

6 injunction hearing or at trial.  It certainly was presented

7 to me in the other immigration cases that I had that

8 postdate the complaint for the Plaintiff States to

9 establish the dollar cost injury in fact.  So how do you

03:37:34 10 reconcile those differences?

11                    MR. WALTERS:  Well, I just think -- I mean, we

12 can't lose our standing.  If we would have filed this

13 lawsuit two months later than we did, and then the numbers

14 are somehow different, you know, next month or the month

03:37:47 15 after, so it is before our trial, that does not affect our

16 standing.

17                    THE COURT:  Well, isn't it -- is it only on the

18 fact that you don't suffer an injury unless you're actually

19 injured?  I mean, there are actually dollar losses?

03:37:59 20                    MR. WALTERS:  No.  That case -- the *Davis v.*

21 *Federal Election Commission* case that I cited from the --

22 that 2008 Supreme Court case which Judge Jones cited in the

23 border wall case, that case was specifically about that

24 situation.

03:38:09 25                    The person filed the lawsuit saying, you

257

1 know, I am going to be harmed because under the law, my

2 opponent is going to get increased campaign contributions.

3 So then that didn't happen.  That opponent did not accept

4 those increased contributions, and the FEC said, aha, there

03:38:29  5 is no standing.

6                    The Supreme Court said that is not how

7 standing works.  Standing is determined at the time the

8 complaint is filed.  He was seeking prospective injunctive

9 relief, and it was a reasonable belief that he would be

03:38:42 10 threatened by this -- that he was harmed.

11                    THE COURT:  So does this not impact my

12 determination as to whether or not your belief was

13 reasonable?

14                    MR. WALTERS:  Well, yeah, but I think it all --

03:38:52 15 it all ties into what are we challenging?  What is the

16 program that we're challenging?  And we can't look at

17 everything in the world and every aspect of what the

18 criminal element does --

19                    THE COURT:  I am only looking at one thing

03:39:05 20 which are the numbers.  I am looking at the numbers, the

21 numbers of people coming in and the numbers that the state

22 of Texas is having to spend as a result.

23                    MR. WALTERS:  But as to this program, the

24 numbers are -- have gone up for Texas.  We have 14,000

03:39:17 25 people in our state through this program, which is the only

1 thing we are challenging, that would have been zero before

2 this program.

3           THE COURT:  But it is still resulted in a net

4 lowering of the numbers of people coming in from those

03:39:29  5 countries.

6           MR. WALTERS:  I think that goes into the whole

7 offset thing that was discussed in the DAPA case.  We can't

8 look at all of these other things, you know, that are

9 possibly the independent decisions of third parties.  Like

03:39:41 10 what DAPA said is you can't -- the argument was, well,

11 these people getting driver's licenses benefit the state

12 because they're going to register their cars.  That gets

13 revenue to the state.  They are going to get auto

14 insurance, and that means that they are going to -- you

03:39:52 15 don't have the problem.

16           THE COURT:  But those are different kinds.

17 Those indirect benefits.  This is a direct benefit, a

18 program is rolled out, and the numbers have gone down for

19 the exact same expenditures.

03:40:02 20           MR. WALTERS:  But this program did not -- it

21 provided no benefit.  The benefit is provided from the

22 independent decisions of the country of Mexico in deciding

23 to accept these people being returned.  That's why those

24 people are not being released into the country.

03:40:14 25           That is an independent decision of a

1 third-party of a foreign country.  Texas's standing to

2 challenge the federal government, or the APA, cannot depend

3 on the independent decisions of the country of Mexico.

4          THE COURT:  But doesn't it have to depend on

03:40:25 5 you losing money?

6          MR. WALTERS:  Losing money compared to the

7 baseline of zero parolees through the CHNV program.  We're

8 challenging that program.

9          THE COURT:  All right.  Mr. Ward?

03:40:34 10          MR. WARD:  Yes, Your Honor, a couple thoughts

11 on that.

12               First of all, at this point -- and I think

13 the Court can take the allegations and the complaints as

14 true.  So at this point, we are not at a circumstance where

03:40:44 15 we're filing a motion to dismiss at an early stage just

16 challenging the complaint or making some sort of facial

17 attack on their standing and the Court has to at that point

18 take those allegations as true.  We're later in the case at

19 this point and raising a factual dispute -- or the lack of

03:40:59 20 evidence --

21          THE COURT:  As as of when, though?  The factual

22 dispute as of when?  As of the time of the complaint?

23 Because of all the data you provided me postdates the

24 complaint.

03:41:07 25          MR. WARD:  It doesn't actually, Your Honor.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1  I'll get to that in a second.

2                    First, I want to point out that I don't

3  think *Lujan* actually says what Texas is saying.  What *Lujan*

4  says in the quote that they refer to says that actually if

03:41:18  5  the plaintiff doesn't have standing at the time of the

6  complaint, they can't attain standing later.  So they can't

7  put forth facts that show they have harm if they didn't

8  have it at the time of complaint.  And here they don't have

9  harm either under -- under either theory.

03:41:33  10                  So we think the Court can consider the

11  evidence that we put forward to raise a factual attack that

12  disputes their allegations and theory of harm.

13                  THE COURT:  Does it have to relate back to the

14  original complaint time, or is it as of the date of trial?

03:41:45  15                  MR. WARD:  I don't believe that they have to --

16  it has to be limited or relate back to the time of the

17  original complaint.  But even if it does in this case, the

18  Court has evidence before it in the record that shows the

19  numbers have declined at the time they filed the complaint.

03:41:59  20                  THE COURT:  What about from Venezuela for

21  example?  That had been in effect.

22                  MR. WARD:  Even beyond that.  So for -- so for

23  Venezuela, Venezuela had been in effect for a number of

24  months, and each of the four *Federal Register* notices says

03:42:11  25  and relies on the numbers in those.  So, for instance, the

1  Cuba *Federal Register*, but the four notices contained

2  similar information.  So the *Federal Register* notice in --

3  for the Cuba -- is for the Cuba process is at 88 Fed.

4  Reg. 1267.

03:42:29   5                    I want to note first that Texas is trying

6  to distinguish the agreement with Mexico and the ability of

7  the United States to remove people to Mexico as being

8  something separate that shouldn't be considered here.

9  Again, that is a part of the process.  That works with this

03:42:45  10  process.

11                    The *Federal Register* notice for Cuba says,

12  at 1267, "Cubans who do not avail themselves of this new

13  process generally are subject to removal, including to

14  third countries such as Mexico."

03:42:57  15                    And at the end of that page,

16  "Implementation in the new process for Cubans is contingent

17  on the government of Mexico accepting the return, departure

18  or removal of Mexican" -- "return or removal to Mexico of

19  Cuban nationals seeking into the United States without

03:43:11  20  authorization."

21                    So that is part of these processes, but

22  yes, also each of the four processes identifies the

23  evidence that is before the Court in the record related to

24  Venezuela.  So in the Cuba *Federal Register* at 88 Fed.

03:43:25  25  Reg. 1268, it says, "Prior to the October 12, '22

1 announcement of the Venezuela process, DHS encountered

2 approximately 1,100 Venezuelan nationals per day between

3 ports of entry with peak days exceeding 1,500."

4                    "Within a week of the announcement" --

03:43:45    5 "Within a week of the announcement," -- it's referring to

6 the announce of the parole process -- "the numbers of

7 Venezuelans encountered at the southwest border fell from

8 over 1,100 per day, to under 200 per day as of the week of

9 December 4th, an average of 86 per day."

03:44:01   10                    So it went from 1,100, from the

11 announcement of the program, to 86 per day in December of

12 that year, before they filed the complaint.

13                    Also, if the Court takes a look at

14 Exhibit HH, which is the declaration of the assistant

03:44:15   15 secretary for DHS at paragraph 26, that paragraph sets out

16 the evidence of the decline in arrivals of individuals from

17 these four countries in the first few weeks after they were

18 announced.

19                    So at paragraph 26 it says, "As was the

03:44:35   20 case following the implementation of the parole process for

21 Venezuelans, the number of Cuban, Haitian and Nicaraguan

22 nationals encountered between ports of entry dropped

23 significantly after DHS announced the new processes, from a

24 seven-day average of 1,231 on January 5th, 2023, the date

03:44:54   25 the new processes were implemented, to a seven-day average

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

263

1 of 205 just two weeks later."

2              So that is a drop between January 5th and

3 January 19th from 1,231 to 205 per day by January 19th.

4 Texas did not file their complaint until January 24.

03:45:13   5              So even if the Court looks back at the

6 evidence at the time of the complaint, the evidence -- the

7 only evidence in the record before the Court in this trial

8 shows the numbers had already dropped at the time Texas

9 filed its complaint.

03:45:25   10              THE COURT:  What about the argument about the

11 offsets, that it has -- the fact that it is through the

12 program?

13              MR. WARD:  The offsets?  So the program, as I

14 mentioned before --

03:45:34   15              THE COURT:  CHNV.  They were spending zero on

16 the program before the -- until you rolled it out, and

17 they're -- and they are saying the offsets don't apply to

18 that.  So any dollar that they spend as a result of

19 somebody here as the program gives them standing.

03:45:49   20              Is that a fair assessment of what you

21 said, Mr. Walters, or did I misstate that?

22              MR. WALTERS:  I think that is right, Your

23 Honor.

24              MR. WARD:  Yes, Your Honor, we disagree with

03:45:56   25 that because as we set out over the last couple days, the

1 number of individuals coming from these countries to Texas,

2 would have been greater but for these programs, and was

3 greater before these programs --

4                THE COURT:  But he is saying that it doesn't

03:46:09  5 matter.

6                MR. WARD:  -- any way you want to toss this.

7                THE COURT:  He is saying it doesn't matter

8 because if he spends one dollar on somebody who is here

9 from CHNV, then that gives him standing because that

03:46:17  10 program didn't exist.

11                MR. WARD:  I don't believe there is any

12 authority for that proposition that the Court can't

13 consider the number of individuals coming in from those

14 particular countries through parole, and other methods

03:46:28  15 before these processes went into effect.

16                THE COURT:  Is there authority for that?  I

17 mean defining -- defining -- so here's what it boils down

18 to is -- your position is it's irrelevant that the numbers

19 have declined because if we had to spend any on anybody

03:46:43  20 that is part of the CHNV program, that is enough to give me

21 standing, right?

22                MR. WALTERS:  Yes.

23                THE COURT:  All right.  Can y'all brief that?

24 Do the intervenors want to weigh in on that?

03:46:51  25                MS. TUMLIN:  Yep.

1                THE COURT:  Have we flushed out -- oh, they

2 look excited.

3                MS. TUMLIN:  What did you want us to brief

4 though?

03:46:56    5                THE COURT:  What did you say?  I'm sorry?

6                MS. TUMLIN:  What do you want us to brief?

7                THE COURT:  That.  I mean, those are -- there

8 is going to be a few things that I am going to ask.  One of

9 them is that, which is this issue about taking it -- taking

03:47:10   10 the number -- when is standing determined --

11                MS. TUMLIN:  Uh-huh.

12                THE COURT:  -- particularly when there is not

13 evidence attached to the complaint.  It's as of the time of

14 the complaint.  But what if standing that would not have

03:47:22   15 been appropriate as of the time the complaint through

16 evidence that occurs afterwards?  This is all kind of

17 post-complaint evidence, as to whether or not they had --

18 would have standing.

19                     Is it as of the date of trial?  Does it

03:47:33   20 change at any particular point?  So, I mean, I am familiar

21 with the general concept that standing is established at

22 the time of the filing of the complaint, so that's one of

23 the issues.

24                     Does everybody understand generally that

03:47:46   25 issue?

1            MR. WARD:  Yes, Your Honor.

2            THE COURT:  And then the other is what we were

3 just talking about, this offset question:  Does Texas and

4 the Plaintiff States have standing -- or do Texas and the

03:47:56  5 Plaintiff States have standing by virtue of the fact that

6 they had to spend money on somebody who is covered by the

7 program, because the program didn't exist beforehand?

8            So, even if -- even if the numbers are

9 going down, and had been going down, if they have to spend

03:48:11  10 any money on the program, is that -- is that sufficient to

11 give standing?

12            MS. BENTROTT:  Your Honor, if I may.

13            THE COURT:  Sure.

14            MS. BENTROTT:  We're happy to brief this, but I

03:48:20  15 think I have some pretty quick answers to those questions.

16            THE COURT:  Okay.

17            MS. BENTROTT:  To your first question, even if

18 standing is measured at the time of the complaint, as Texas

19 has said, their standing was based on a prediction of

03:48:32  20 future harm.  And we now know we can look at the evidence

21 that postdates the complaint.

22            THE COURT:  That is exactly what -- that is

23 what I wand to find out:  Can I do that?  Because at the

24 12(b) --

03:48:42  25            MS. BENTROTT:  *Lujan* says you can.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1          THE COURT:  Okay.  That is what I would like to

2   have fleshed out.  It seems like it is fairly

3   straightforward because they're staying that you have to

4   take as true -- certainly in the border wall case, we had

03:48:53   5   to take as true because it was a 12(b)(6) -- it was a 12(b)

6   motion.

7                    What am I allowed to determine?  Is

8   there -- can I use post complaint evidence to determine

9   whether or not their prediction was reasonable or

03:49:05   10   sustainable for standing?  Okay.

11          MS. BENTROTT:  And to your second question,

12   Your Honor, about offsets, this goes back to the

13   question -- goes back to the question about same

14   transaction.

03:49:14   15          THE COURT:  Right.

16          MS. BENTROTT:  Again, I think we have an

17   argument that you could look at offsets anyway, but even if

18   you accept the premise that only offsets can be considered

19   if they're in the same transaction, the net migration has

03:49:27   20   decreased because of the CHNV pathways.  Within the four

21   corners --

22          THE COURT:  Right.

23          MS. BENTROTT:  -- of the *Federal Register*

24   notices, it explains that they -- first of all, it does

03:49:41   25   address the negotiations with Mexico, as part of the

1 pathways, and also the creation of the incentive to come

2 through a lawful pathway, is the disincentive to come

3 unlawfully, or irregularly.

4          THE COURT:  Right.

03:49:59   5          MS. BENTROTT:  So even if you look within the

6 four corners of the same transaction, net migration has

7 decreased and that is permissible even under Texas's

8 theory.

9          THE COURT:  So I am not sure that it is.  What

03:50:10   10 I heard them say is if they are allowed -- if they have to

11 pay any money for anybody who is under this program, which

12 did not exist, then that's sufficient enough to give them

13 damages, even if the net number has gone down.

14          MS. BENTROTT:  Well, I understood them to be

03:50:23   15 saying that you can only count net numbers using offsets

16 from the same transaction; and negotiations with Mexico are

17 a different transaction, so you can't look at those

18 offsets.

19          THE COURT:  So why don't you just say, just so

03:50:38   20 we're all clear about what we're briefing on the offsets.

21          MR. WALTERS:  Yeah.  I mean, one thing I'd -- I

22 believe -- I believe that there is a case from the 1990s,

23 1997 or so, Fifth Circuit case where the State of Texas

24 challenged federal immigration policies, that it was an

03:50:53   25 abdication of their responsibilities.  Fifth Circuit

1 rejected that, said you can't do it.

2              That same -- you know, so we can't

3 challenge that sort of stuff.  We have to challenge

4 particular things.  Just because this -- now, it is true

03:51:04  5 that in the *Federal Registers* it talks about these other

6 federal programs like the agreements with Mexico, but in no

7 way is it the source of authority of those things.

8              THE COURT:  We are kind of getting --

9              MR. WALTERS:  If we've counting relief against

03:51:15  10 them, it wouldn't affect those at all.

11              THE COURT:  We're getting away from what I'm

12 focused on.  Y'all have moved on to the Mexico negotiations

13 piece which is not what I'm focused on at this point.  I am

14 focused on the dollars, okay, which is what you have to.

03:51:27  15 And what I understand is, is that you're saying that for --

16 whether it's offset or something else, maybe I'm

17 mischaracterizing it, you're saying that as long as there

18 is one person who is covered by CHNV that you have to

19 expend money on, that is sufficient to give you standing --

03:51:41  20              MR. WALTERS:  Yes.

21              THE COURT:  -- is that correct?

22              MR. WALTERS:  One dollar.

23              THE COURT:  Is that your offset argument or is

24 it something else?  Is offset separate?

03:51:48  25              MR. WALTERS:  Well, I think it's related to the

270

1 offset because -- the offset is -- is -- there are two ways

2 that there -- that there is arguments about offsets in this

3 case.  One is these other federal policies, you have to

4 consider those effects on this -- in order to determine,

03:52:04  5 you know, our challenge to this particular policy.

6               The other is we benefit from these aliens'

7 presence in our states.

8               THE COURT:  Yeah.  That is not -- I don't think

9 anybody is making that particular argument.  I mean, we all

03:52:16  10 understand of the same kind, right?  Does everybody

11 understand the issue, which is, is that -- is the

12 expenditure of funds on one person covered by CHNV

13 sufficient to give them standing, and what evidence, when

14 can I consider?

03:52:30  15               Okay.

16               MS. TUMLIN:  That is right, Your Honor.  I have

17 two very quick things from intervenor defendants.  One, I

18 just want to express, happy to brief this, but the notion

19 that just one person, that's enough of a baseline on

03:52:38  20 what -- you know, first amended complaint --

21               THE COURT:  Right.

22               MS. TUMLIN:  -- February 14th, it wasn't zero

23 people.  So that's a false baseline as a starter.

24               Secondly, on February 14th, which is when

03:52:52  25 the first amended complaint was filed, there was data.  It

1  did exist, and the Venezuela program, as Mr. Ward just

2  pointed out, and not the U4U, so it is not like it couldn't

3  have been produced.

4              THE COURT:  Is -- is standing determined at the

03:53:06  5  time of the complaint, the amended complaint, or the time

6  of trial?  Because now you have added something else.

7              MS. TUMLIN:  No, I'm just saying if I was

8  accepting the position of Texas, which I do not, there was

9  evidence they could have pled about if they were harmed

03:53:20  10  using these other programs:  One, Venezuela, which is part

11  of this lawsuit; two, U4U, which they admit is similar.  We

12  agree with Your Honor that this is straightforward.  *Lujan*

13  answers it.  It's --

14              THE COURT:  Well, I didn't say that it was

03:53:30  15  straightforward.  That's why I want briefing.  So...

16              MS. TUMLIN:  Well, we are happy to brief it, if

17  you think that we --

18              THE COURT:  I just think the argument -- I just

19  don't think that is a ton of briefing.  I imagine that the

03:53:39  20  answer is you are going to find cases that will

21  hopefully --

22              MR. WALTERS:  And, Your Honor, there is no

23  expiration date on this program.  So this could be around

24  for ten years.

03:53:45  25              THE COURT:  All right.

1             MR. WALTERS:  And there is always flow, this

2 month is high, this part of the year is high, like --

3             THE COURT:  Yeah, but wouldn't that be maybe

4 you have jumped the gun, if you don't get the -- your

03:53:56   5 theory, would it be then, well, you need to wait until the

6 numbers have gone up before you file?

7             MR. WALTERS:  I don't think that is affected by

8 that.  When you're seeking forward injunctive relief, it

9 doesn't depend on that.  And, again, I -- this *Davis v. FEC*

03:54:08   10 case, the exact same circumstance that intervenors just

11 mentioned actually happened where after the complaint was

12 filed, the event that was predicted did not occur, and the

13 Supreme Court said that injury does now have to be

14 actualized -- I think that's the exact term they used -- in

03:54:24   15 order to have standing.

16             So the event that the plaintiff had said,

17 this is going to happen to me, this is going to harm me, it

18 did not occur as he predicted, but the Supreme Court

19 rejected the federal agency's argument that that somehow

03:54:41   20 meant that there was no standing in the case, because the

21 actual injury does not have to be -- it doesn't have to be

22 actualized.  It doesn't have to happen.

23             THE COURT:  So these are all things that I am

24 looking forward to in the briefing.

03:54:54   25             Okay.  Do the defendants argue that the

1 types of damages alleged by Texas are no longer cognizable

2 for a standing analysis for the dollars, the injury in

3 fact, after *Texas v. U.S.* or any other thing?

4             MR. WARD:  Yes, Your Honor.  I believe that

03:55:13 5 *Texas v. U.S.* has called into question whether the type of

6 injury Texas is arguing they have here.  People are coming

7 in through a discretionary parole process that's instituted

8 as part of the executive's foreign affairs powers, that

9 it's undermined the argument that that's standing.  Does it

03:55:32 10 squarely establish it?  I don't know.  It says --

11             THE COURT:  I mean, I am bound by the Fifth

12 Circuit and the border wall decision was -- I mean, border

13 wall decision was in June, and they say -- they treat it

14 fairly briefly.  It says:  The federal -- the federal

03:55:48 15 defendants do not contest the sufficiency of the pleading

16 nor could they as such financial harms are readily

17 cognizable and well established in this Court's precedence,

18 and they cite the -- and it is for driver's license,

19 providing education, administering healthcare to illegal

03:56:04 20 aliens who would not otherwise be in the state.

21                 So when I look at Texas v. U.S., it says,

22 "In sum, States have brought an extraordinarily unusual

23 lawsuit.  They want a federal court to order the executive

24 branch to alter its arrest policy so as to make more

03:56:22 25 arrests."  That sounds awfully different than what is at

274

1 issue in this case.

2            MR. WARD:  Yes, but it also says that States --
3 that courts should look to history and tradition as a
4 meaningful guide of whether a particular injury is the type
03:56:34 5 that federal courts should resolve; and for this particular
6 type of injury the allegation of costs tied to the use of
7 the discretionary parole authority, we would argue that
8 there is no history or tradition of that.

9            And also, again, I would point the Court
03:56:47 10 to Footnote 3 in Justice Kavanaugh's opinion where he notes
11 that there are lots of federal policies that might affect
12 migration or the numbers of individuals that come to the
13 United States, and that courts should be careful
14 gatekeepers of standing and really holding States to their
03:57:01 15 burden of standing when all that States do is allege those
16 types of indirect costs from some change in federal policy.

17            THE COURT:  So that's not an indirect cost, is
18 it?  That's a direct cost.  If there are an increase of
19 number of illegal aliens coming into the country and there
03:57:17 20 will absolutely without doubt be additional costs that are
21 not reimbursable by the state, for example, for healthcare
22 and for education because you have to provide public
23 education to people regardless of status, how is that not a
24 direct cost?

03:57:31 25            MR. WARD:  We would dispute that, Your Honor.

1 We believe those are exactly the type of indirect costs

2 that the Supreme Court was talking about, where this --

3 that the executive action or the agency action does not

4 require specifically Texas or any state to do anything in

03:57:46   5 particular that imposes costs or does not incur costs.

6                      I would contrast that decision with the

7 Supreme Court's decision at the same time in the Nebraska

8 student loan case where the Supreme Court said that that

9 was a direct injury because what the federal government was

03:57:58  10 doing was directly causing the state to lose funds.

11                 THE COURT:  Well, I mean --

12                 MR. WARD:  The action was directly connected to

13 it.  These costs are more akin to the costs that Justice

14 Kavanaugh was discussing in that footnote where it is

03:58:10  15 federal policy, federal policy often can affect movements

16 of people based on those people's independent decisions.

17                      Sure, any state can allege maybe costs

18 would increase or decrease in some way if more people or

19 less people come to their state, but that's an indirect

03:58:26  20 cost.  It is not directly caused by the policy.  It is

21 based on the state's own provision of benefits and

22 services, based on decisions they make in their state

23 legislature for what they want to fund and what they want

24 to do.

03:58:37  25                      The federal policy or the change in policy

1 does not direct anything with respect to driver's licenses

2 or healthcare or anything of that nature.  It may affect

3 the number of individuals that migrate to the United

4 States.  In this case it -- we believe it shows -- the

03:58:51  5 evidence shows they are going down.

6                    But whatever it shows, those costs are in

7 no way directly implicated by the terms of the parole

8 processes, obviously nothing about driver's licenses or

9 education or healthcare.

03:59:02  10                THE COURT:  Are either of you involved in the

11 border wall case?  I'm brand new to it so I don't actually

12 know.

13                THE COURT:  Okay.  So Judge Jones says, and

14                THE COURT:  Okay.  So Judge Jones says, and

03:59:08  15 this is a quote, "Injury in fact is not at issue" -- and

16 this is June of 2000 -- I mean, this is just, what, two

17 months old.  "Injury in fact is not at issue.  Texas has

18 alleged that if border wall construction does not proceed,

19 the state will incur unrecoverable costs in issuing

03:59:24  20 driver's licenses, providing education, and administering

21 healthcare to illegal aliens who would not otherwise be in

22 the state.  The federal defendants do not contest the

23 sufficiency of this pleading, nor could they, as such

24 financial harms are readily cognizable and well established

03:59:37  25 in this Court's precedence."

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1          MR. WARD:  I am not familiar enough with that

2 case to say, Your Honor, with that -- and that was at the

3 pleading stage?  That was on a motion to dismiss?

4          THE COURT:  That's correct.  And that's why

03:59:46  5 they -- so it was on the sufficiency of the evidence.  So

6 the federal defendants in that case weren't challenging

7 that that was sufficient enough to establish standing if

8 proven because this was a 12(b), but --

9          MR. WARD:  And, Your Honor, I don't know enough

03:59:57 10 to really say how that relates to this case, but I would

11 say that that's categorically different if they are talking

12 about allegations of concrete harms and costs in the

13 complaint, and the federal government did not raise a

14 factual attack to their standing in that case then those --

04:00:13 15 those -- the allegation that Texas has -- has raised harm

16 and the complaint must be taken as true at that point.

17 That is not the standard --

18          THE COURT:  Well, no.  They are talking about

19 the factual sufficiency, and then they infer -- the string

04:00:26 20 cite following in that says:  For driver's licenses see

21 DAPA case, *State v. Biden*, Texas 1; for education see Texas

22 1 and string cite; and for healthcare see -- and several

23 Texas cases, and those are not at the pleading stage or the

24 factual sufficiency stage.

04:00:40 25          What they indicate to me is that as of

278

1 June of 2023, the Fifth Circuit has pretty much told me

2 that those are still cognizable injuries for injury in

3 fact.  And so, how do I ignore that?

4            MR. WARD:  I would have to take a closer look

04:00:57  5 at that case, Your Honor, and happy to do so and to further

6 brief it to be able to answer that.

7                 Like I said before, I think that

8 Priorities decision calls that into question, that those

9 type of harms are sufficient for Article III purposes.  But

04:01:11  10 I would say at least what the Priorities decision does is

11 say that states have to be held to a high -- a high burden

12 of showing actual concrete harm.

13                 And so that even if the Court finds that

14 those are sufficient harms for Article III purposes or you

04:01:26  15 find that you are bound by that ruling of the Fifth

16 Circuit's determination --

17            THE COURT:  In that case.

18            MR. WARD:  -- in that case, that Texas hasn't

19 put forth any concrete evidence that even if those are

04:01:37  20 sufficient for Article III purposes, that those costs have

21 increased or they have increased costs in any way traceable

22 through the CHNV processes here.

23            THE COURT:  Okay.

24            MR. WALTERS:  Your Honor, could I make a quick

04:01:46  25 point on that issue --

1           THE COURT:  Sure.

2           MR. WALTERS:  -- of the direct versus indirect

3 in the prioritization case?

4               So in Justice Kavanaugh's opinion, near

04:01:53  5 the end of it, he explicitly cites the DAPA case and the

6 *Regents* case as possibly falling outside of that because

7 they involved affirmative innovation relief that provides

8 eligibility for benefits.

9               Now, the eligibility for benefits in the

04:02:09 10 DAPA case, which he favorably cites, driver's license was

11 the only basis for standing there.  So it was eligibility

12 for driver's licenses.

13              So that is -- you know, so he favorably

14 cites that, and then in the Fifth Circuit's DACA case from

04:02:25 15 October of last year, it goes into a discussion of what are

16 indirect versus direct injuries.  And it found that Texas's

17 injuries from the DACA program, which is similar to this,

18 it's a grant of a lawful presence, making people --

19 eligibility for benefits, it's affirmative immigration

04:02:44 20 relief, it found that those were direct injuries.  It used

21 that specific term twice.  These were direct injuries to

22 Texans, and it had earlier discussed indirect injuries in a

23 different context.

24              So the Fifth Circuit has already said that

04:02:58 25 when the federal government has an application process

1 where it adjudicates an immigration status that makes

2 people eligible for state or federal benefits, including

3 driver's licenses, that is not nonenforcement like in

4 Prioritization; that is affirmative immigration relief, and

04:03:17  5 the State -- and it specifically cited the DAPA case as

6 falling into that other category.

7                    And the Fifth Circuit in the DACA case has

8 already said that these are direct injuries.  These are not

9 the indirect injuries that Justice Kavanaugh expressed

04:03:33  10 concern about.

11                    MS. TUMLIN:  Your Honor, you know I love this.

12 I could talk about standing all day, but I will not.

13                    And just to respond briefly, I only

14 actually recently realized that the border wall case, that

04:03:46  15 you now have that case also.  And, please, tell me if I am

16 incorrect about this, but I think the opinion that you are

17 reading from the Fifth Circuit opinion is June 16th?

18                    THE COURT:  Correct.

19                    MS. TUMLIN:  And the *U.S. v. Texas* opinion, I

04:03:59  20 believe, is June 23rd.

21                    THE COURT:  Correct.

22                    MS. TUMLIN:  And I would agree with Mr. Ward.

23 I believe that this Court -- and I'll just be really

24 direct.  I believe that you are bound by the Justice

04:04:08  25 Kavanaugh majority opinion --

281

1          THE COURT:  Which says I can't -- where does it

2 say I don't consider --

3          MS. TUMLIN:  No, this is -- I believe that what

4 it says is -- well, I don't believe.  I know that what it

04:04:18  5 says is, right, that it's the same thing that Mr. Ward is

6 quoting in his Footnote 3, right?  One -- first he says

7 basically, yeah, exercises caution.

8               "Federal courts must remain mindful of

9 bedrock Article III constraints in cases brought by States

04:04:35 10 against an executive agency or officer.  To be sure, States

11 sometimes have standing to sue the United States or an

12 executive agency or officer, but in our system of dual

13 federal and state sovereignty, federal policies frequently

14 generate indirect effects on state revenues for state

04:04:51 15 spending.  When a state asserts, for example, that a

16 federal law has produced only those kinds of indirect

17 effects, the States claim for standing can become more

18 attenuated."

19               So more is required if it is an indirect

04:05:05 20 effect, which it is in the border wall case, which it is

21 here.  It is not a direct effect.  If anything, they are

22 saying, if we get more people in the future, even though we

23 don't have them now, we will spend some more dollars on

24 some other stuff.  Indirect.

04:05:18 25               And Justice Kavanaugh is saying you have

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 to do more.  So, respectfully, in that case also, in the

2 border wall case, you can't just apply what the Fifth

3 Circuit has said before.  It has to get run through Justice

4 Kavanaugh's majority decision.

04:05:30   5             THE COURT:  How do you ever have standing then?

6 How do you ever -- how do you ever establish dollars?

7             MS. TUMLIN:  You show a direct effect.  New

8 York established standing in the census case.

9             THE COURT:  In an immigration case, how do you

04:05:41  10 ever establish standing?

11             MS. TUMLIN:  They show a direct effect; they

12 show a real cost.  They show exactly what their evidence --

13             THE COURT:  Which would be what?  Which could

14 conceivably be what?

04:05:51  15             MS. TUMLIN:  My goodness.  If you conceive -- I

16 mean, what they're alleging, if they actually proved it

17 could amount to a standing and harm, Your Honor, they just

18 haven't proved it.

19             THE COURT:  But what --

04:06:02  20             MS. TUMLIN:  Costs could matter.

21             THE COURT:  What is the cost that is not -- if

22 driver's license aren't it, you're saying, if healthcare

23 and education, incarceration costs are not it, what is an

24 acceptable cost that you think?

04:06:14  25             MS. TUMLIN:  I am not saying those costs are

283

1 unacceptable.  I am saying that on this case, in this

2 record, Texas hasn't shown a dollar, right?

3              THE COURT:  So I understand --

4              MS. TUMLIN:  So even Justice Kavanaugh asserts

04:06:23  5 that States can have standing to sue, but they have to

6 prove it and he is going to hold them to a higher standard,

7 he and the whole Supreme Court, when the State is not

8 directly subject to the course of action.  Higher standard.

9              THE COURT:  I thought you were saying that

04:06:37  10 driver's licenses could never --

11              MS. TUMLIN:  On this record, they cannot.

12              THE COURT:  No, I am not talking about on this

13 record.  I am talking about on any cases.  I was talking

14 about categorically, because that's what I was asking

04:06:47  15 Mr. Ward as well.  I thought Mr. Ward was saying

16 categorically those are now called into question regardless

17 of the evidence in the record.

18              MR. WARD:  I think they have to meet a higher

19 burden.  I think driver's licenses might be different

04:06:58  20 because we have now raised arguments that Texas doesn't

21 actually incur costs from driver's license.  Their

22 allegations of harm related to driver's license are

23 dependent upon speculative harms related to hundreds of

24 thousands of additional people coming.

04:07:12  25              So I think there is a problem there and

1 the evidence before the Court shows it -- it's possible

2 that Texas actually makes money off driver's licenses.

3                THE COURT:  All right.  For education and

4 healthcare?

04:07:19  5                MR. WARD:  Education and healthcare, I don't

6 know.  I don't want to concede what necessarily would

7 establish standing --

8                THE COURT:  Because you don't want it cited

9 back right back at you later, right?

04:07:31  10               MR. WARD:  Yes, please, Your Honor.

11                     Is it possible in some case, maybe, but I

12 think they have to --

13               THE COURT:  So it's not a categorical --

14               MR. WARD:  Have to show something more,

04:07:37  15 something more concrete.

16               MR. WALTERS:  Your Honor, if I could just --

17 quickly on this point.

18                     So with regard to our driver's license

19 cost, the large volume is one aspect of our costs, and we

04:07:49  20 allege that if there is at least 10,000 new people, there

21 is a 2 million dollar cost, and there are, you know, close

22 to 14,000 people that have been released under the program,

23 but that is not the only way that we have shown injury.

24                     The -- on paragraph 8 of Exhibit 4, the

04:08:08  25 chief of the driver's license division says that for each

1 license issued, if the cost to the State exceeds $33, which

2 is the application costs, so it is a -- it is a loss even

3 as to each individual driver's license.  The volume is just

4 an additional basis of standing there.

04:08:26  5                    The other point I would like to make, in

6 the Prioritization case, Justice Kavanaugh was very

7 careful, cognizant of the cases in the Fifth Circuit to

8 carve out exceptions.  One is explicitly the DAPA case

9 where he says, "The challenged policy might implicate more

04:08:42 10 than simply the executive's traditional enforcement

11 discretion," and cited the DAPA case, which was about

12 driver's licenses.

13                    And, then, he actually cites the MPP case

14 as another exception.  He says, "Policies governing the

04:08:59 15 continued detention of noncitizens who have already been

16 arrested arguably might raise a different standing question

17 than arrest or prosecution policies," and cites the MPP

18 case.  And of course, that was -- in the MPP, it involved

19 parole.

04:09:13 20                    The injury to Texas was people -- people

21 being paroled because the termination of MPP prevented them

22 from being -- remaining in Mexico.  So it is about parole

23 being an injury, and that -- and they -- so the Court

24 explicitly cites MPP as the States having challenged that,

04:09:34 25 as the courts having jurisdiction to hear those cases when

1 a State brings it as a challenge.

2                    MS. TUMLIN:  Your Honor, I just have a

3 couple --

4                    THE COURT:  Go ahead.

04:09:48  5            MS. TUMLIN:  -- real quick.  So on driver's

6 licenses, again, I -- I would urge the Court to look at the

7 two declarations side by side, our expert declaration, one,

8 in talking about this -- the cost to the state of

9 additional customers first, Mr. Walters just said that they

04:10:08  10 allege, not that they have proven, that that additional

11 increase would happen.  They certainly haven't proven it at

12 volume.

13                    And, then, again, as we pointed out, as

14 our expert testified, and Mr. Ward said, they are not

04:10:22  15 considering the same transaction offsets.

16                    Secondly, as to the point of what is or is

17 not in Justice Kavanaugh's majority opinion in *United*

18 *States v. Texas* with respect to DACA or what it -- how we

19 might be able to read tea leaves on driver's licenses

04:10:37  20 underneath, of course, he does cite to both the two cases

21 that Mr. Walters is saying, the *Regents* case of the Supreme

22 Court and the Fifth Circuit DACA decision.

23                    However, he expressed, right, he has given

24 us a list, a numbered list of situations where the result

04:10:54  25 might be different for State standing, and he calls out a

1 combination.

2           It would be different -- and he doesn't

3 say it is different.  He said it could be different, if it

4 involves both the executive branch and arrest or

04:11:07 5 prosecution priorities and the provision of legal benefits

6 or status.

7           The first one is not the same.  And then

8 he references DACA does those two things, involves both.  I

9 am going to defer action.  I am going to defer prosecution,

04:11:21 10 and I am going to allow you to apply for work

11 authorization.  Those two pieces do not fit in the CHNV

12 program for a population of humans who are not here, who do

13 not need to, before the CHNV program, have the exercise of

14 discretion, and have no prosecution against them.  So it is

04:11:41 15 not a fit.

16         THE COURT:  Okay.  On final agency action,

17 Mr. Ward, are we looking at the time that the agency

18 completes its decision-making process as when they've

19 consummated that process to creating and implementing the

04:12:04 20 program as opposed to not an individual application under

21 the program?

22         MR. WARD:  Our position is it should be the

23 individual application of the program.  It's

24 traditionally -- it's a standard in administrative law,

04:12:16 25 under the APA, that when an agency issues guidance about

1 how a decision will be made, that that guidance doesn't

2 become final agency action until it is applied to a

3 particular individual.

4         THE COURT:  So you are saying -- I'm sorry.  I

04:12:28 5 thought you were pausing.  I apologize.  I'm driving the

6 court reporter crazy.

7 (Laughter.)

8         MR. WARD:  It's that individual decision that

9 determines the rights and obligations.  It's only in that

04:12:39 10 individual decision at the end where parole is actually

11 granted, if it is granted, and where it can be denied that

12 actual rights and obligations accrued.

13             If an individual is granted travel

14 authorization under the CHNV processes, it is not final

04:12:56 15 agency action because what right or benefit do they get

16 from that.  They still -- and the processes say this

17 explicitly:  They still don't have any guarantee or right

18 of parole or right to enter into the United States or any

19 other sort of right.

04:13:08 20             What they have is the same ability of

21 anyone else, to seek parole at a port of entry and then it

22 is up to an individual CBP officer to interview them and

23 evaluating with his or her discretion whether parole is

24 appropriate.

04:13:22 25             That's the final agency action because

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

289

1 that's the only time period when rights or obligations are

2 determined and where the agency consummates its

3 decision-making process with respect to the individual to

4 whom these processes apply.

04:13:32    5              THE COURT:  When was it determined to have been

6 final agency action in the DACA and DAPA cases and the MPP

7 case?  Was it when the program was created or was it when

8 each decision was made?

9              MR. WARD:  So we made the same argument in

04:13:48   10 those cases, that it is the individual decision because of

11 the discretion.  And what the Court said, I believe, in

12 both of those cases, is because the -- the guidance in each

13 case severely restricted the discretion of agency officers,

14 in order to make certain decisions, and in order to

04:14:06   15 effectively remove -- return people to Mexico or to make

16 decisions with respect to putting individuals into -- into

17 removal proceedings, because the courts determined that

18 those processes necessarily directed the final outcome,

19 that they themselves determined rights or obligations.

04:14:27   20              We dispute that the parole processes do

21 any such thing here.  They say explicitly that they do not

22 restrict the discretion of the individual officer to make a

23 decision in his or her discretion to admit or deny an

24 individual on parole, on the final step.  And we have

04:14:44   25 evidence in the record at Exhibit II that shows, in fact,

1 that individual officers are making the decision not to

2 grant parole in some cases at that final step.

3                    So it is only at that final step where the

4 officer exercises their discretion that there is an actual

5 decision and legal effect.

6                    THE COURT:  So individuals from the four

7 countries now are facing different consequences under this

8 CHNV program than they did before, right?  Is that not

9 necessarily something that legal consequences would flow

10 from?

11                   MR. WARD:  They're facing consequences if they

12 don't follow these processes.  It's the individuals that

13 don't avail themselves of lawful pathways such as the CHNV

14 processes and continue to come to the southwest border or

15 try and enter the United States irregularly that face the

16 consequence of removal to Mexico.

17                   THE COURT:  So you don't think that this is

18 creating new rights and obligations for individuals from

19 those four countries that didn't exist before?

20                   MR. WARD:  No, Your Honor.

21                   THE COURT:  Okay.  Does anybody want to weigh

22 in on that?

23                   MR. WALTERS:  Your Honor, one thing, this exact

24 argument was made in the MPP case and Judge Oldham rejected

25 it.  So there he says -- Judge Oldham says:  The government

1 says the termination decision, that is, the rule that

2 terminated MPP, didn't consummate DHS's decision-making

3 process because it isn't final until the agency applies a,

4 quote, "in a particular situation to an affected person or

04:16:05   5 entity," and it cites the DC Circuit case of *National*

6 *Mining Association v. McCarthy* as -- that the government

7 cites.  And that's the same case that the government cited

8 in their proposed findings of fact and conclusions of law

9 on this.

04:16:18   10                    But the Fifth Circuit said:  Because the

11 government hints that DHS has not yet made the return

12 decision in any individual case, it's hard to tell what

13 this means.  Perhaps the government is suggesting somehow

14 that the termination decision has not affected a single

04:16:38   15 undocumented alien.  But we conclude that the termination

16 decision, like the actual rule, that terminated MPP and led

17 to the paroles, the individual paroles, was the

18 consummation of the agency's decision-making process.

19                    So this is the exact same argument that

04:16:54   20 was made in the MPP case.  The Fifth Circuit rejected it.

21                    THE COURT:  See, and that's what I understood.

22 I am not saying -- I am not asking you to agree with the

23 MPP case.  Is there anything that has changed since that

24 MPP decision, because I was aware of that?

04:17:07   25                    MR. WARD:  Yes, Your Honor.  So that's the

1 point I was trying to make, maybe not very articulately

2 earlier.  The way the Court reached that determination was

3 because the Court viewed the termination decision, the end

4 of MPP, as withdrawing the ability of the agency to

04:17:24   5 effectively use that return authority for individual

6 noncitizens.

7                      So that's a circumstance in which the

8 Court -- and we disagreed with this.  We -- I don't dispute

9 that we made a similar argument in that case.  The Court

04:17:36   10 there found that the termination decision effectively did

11 have legal consequences for individuals that might have

12 been returned to Mexico under MPP but for the termination

13 of MPP.

14                      We dispute that this -- the CHNV

04:17:51   15 processes, even though we maintain that that is incorrect,

16 these are -- these processes are distinct because here I

17 don't believe there is any argument that the parole

18 processes themselves determine that someone will

19 necessarily get parole in the United States.  An officer

04:18:07   20 retains discretion.  Officers have denied parole at the

21 last step in the process.

22                      And so it's not a circumstance in which

23 the agency has, in issuing these processes, consummated

24 their decision by determining that a particular certain

04:18:21   25 individual, certain noncitizens, will necessarily get

1 parole if they come to the United States.

2          MR. WALTERS:  Your Honor, if I could, the

3 Supreme Court in the MPP case also addressed this same

4 issue from a different direction.  So if you recall, what

04:18:34  5 had happened was Judge Kacsmaryk had an injunction

6 requiring the agency to reimplement the MPP program in good

7 faith.  And in the meantime, Secretary Mayorkas issued a

8 new attempt to terminate the program that could not go into

9 effect until the injunction was lifted, explicitly said

04:18:56  10 this will not become effective until the injunction is

11 lifted.  But it gave new reasons to solve the arbitrary and

12 capricious problems.

13          Judge -- the Fifth Circuit had rejected

14 that that was something it could review at that time.  The

04:19:10  15 Supreme Court reversed the Fifth Circuit on that ground and

16 said that that, in fact, was a final agency action despite

17 the fact that it could not be enforced, you know, until the

18 injunction is lifted.  So it depended on a contingent

19 future action, but it was -- but that was still the final

04:19:28  20 objection.

21          This is what the majority said:  The fact

22 that the agency could not cease implementing MPP as

23 directed by the new agency action until the occurrence of a

24 contingent event, the lifting of the injunction, did not

04:19:41  25 make that agency action any less the agency's final

1 determination of its employees' obligation to do so once

2 such judicial authorization had been obtained.

3                        So just because it is not the last step

4 in, you know, acting on particular individuals, that does

04:20:00  5 not mean that that agency action is not final agency

6 action.

7                        MR. WARD:  Your Honor, I just note that the MPP

8 case in the -- the appeal in the Supreme Court is a little

9 bit procedurally complex because the -- Judge Kacsmaryk

04:20:14  10 both remanded the decision to the secretary, and DOJ

11 appealed; and while that appeal was pending, the secretary

12 issued -- took that remand and issued a new decision.  And

13 so part of that dispute in what the Supreme Court is

14 talking about there was Texas argued that the only decision

04:20:31  15 that could be reviewed was the June decision terminating

16 MPP that had been in place and that was the subject in the

17 complaint, the subject of Judge Kacsmaryk's decision.

18                        We argued that -- we disputed that either

19 of -- that decision or the later October decision from the

04:20:44  20 secretary was final agency action, but our fallback

21 position was that if -- if either action was reviewable,

22 that the -- the later October decision had superseded the

23 early one, and that is the one that should be reviewed, and

24 that is the issue that we appealed to the Supreme Court on

04:21:00  25 and the Supreme Court reversed.

1                    But we did not brief to the Supreme Court

2 this issue that I'm -- that we're discussing here of

3 whether that -- the termination decision in that case

4 was -- could necessarily be considered final agency action

04:21:14  5 for the reasons we argued both there and argued here that

6 we're not dealing with final agency action.

7                    And, again, even if -- even if that

8 determination applied generally, we would argue that this

9 process just by the specific terms of what these processes

04:21:32 10 do, which is all the Court can look at, that these

11 processes are distinguishable from what was at issue in

12 DAPA, DACA and MPP.

13              THE COURT:  All right.  Is this a rule?  Is the

14 program a rule?

04:21:49 15              MR. WARD:  These processes are -- no, it is not

16 a rule, Your Honor.

17              THE COURT:  What is it, then?

18              MR. WARD:  It's agency guidance.  It's guidance

19 to agency officials on how to process applications and

04:22:03 20 considerations that officers at various steps can consider.

21 It's procedural guidance on how parole applications will be

22 considered, but it is not a rule that determines rights or

23 obligations or provides legal consequences.

24              MR. WALTERS:  Your Honor, I think that is

04:22:20 25 confusing the issue of whether it's final agency action

1 with whether it's a rule.  There are two types of agency

2 actions --

3            THE COURT:  That's right.  I have moved on to

4 the statutory bars, so...

04:22:28  5            MR. WALTERS:  There are rules and orders.

6 Orders are specifically -- so the actual grant of parole to

7 a particular individual would be an order.  That is an

8 order.  A rule is defined extremely broadly.  It says,

9 "It's an agency statement of general applicability and

04:22:42 10 future effect that either prescribes law or policy or

11 describes agency organization, procedure or practice

12 requirements."

13            I don't see how this is -- obviously, this

14 is not an order.  So it's got to be a rule, and it falls

04:22:57 15 within the -- the terms of the definition of a rule under

16 Section 551(4) of the APA.

17            THE COURT:  So he's called it something else

18 which is called "guidance."  Is there something other than

19 rules or orders?

04:23:11 20            MR. WALTERS:  No, there are rules and orders.

21 That doesn't mean that it's reviewable.  It could be -- if

22 it is a guidance document that does not constitute final

23 agency action because it doesn't have those effects, then

24 it is not reviewable under the APA, but it is still a rule.

04:23:24 25            THE COURT:  Right.

297

1          MR. WARD:  Your Honor, not everything an agency

2 does needs to fall into the category of either a rule or an

3 order.  I don't think that's the full universe of

4 everything someone who works for a federal agency does,

04:23:37   5 might be -- would have to fall into one of those two

6 categories.  We'd argue that this is agency guidance or

7 just a general statement of policy.

8          THE COURT:  Some of these things have been

9 addressed today, so I am skipping over some of my

04:23:55  10 questions.

11          Mr. Ward, what do you -- I asked you this

12 yesterday, but I can't remember what your answer is, so I

13 apologize.  What do you concede the *Heckler* doctrine or bar

14 to be?

04:24:13  15          MR. WARD:  So the *Heckler* bar applies when a

16 statute is drafted in ways in which there is no -- there is

17 no -- it provides no meaningful standards for which a court

18 can apply to review an agency action.  So it is committed

19 to agency discretion because there is just no standards of

04:24:31  20 which a court can apply.

21          I don't think the Court necessarily needs

22 to reach that here because we believe that

23 1252(a)(2)(B)(ii) is a separate bar.  It's a review of

24 discretionary agency action and that's the bar we believe

04:24:46  25 applies here, so the Court doesn't even need to get to or

1 apply *Heckler*.

2            THE COURT:  So if we get to *Heckler*, is there a

3 way that I find that 1252(a)(2)(B)(ii) doesn't apply, that

4 *Heckler* would still be satisfied?

04:25:02  5            MR. WARD:  I think the standards are similar,

6 Your Honor, and I -- I guess our argument under Heckler

7 would be that their -- the -- the executive -- or Congress

8 elected not to particularly define the terms in

9 1182(d)(5)(A) that there were amendments proposed that

04:25:22  10 would have defined -- more specifically defined urgent

11 humanitarian reasons or significant public benefit.

12            Congress elected to, in the end, reject

13 those amendments and did not define those terms, leaving it

14 up to the agency in its practice to figure out how to apply

04:25:41  15 and best use those terms.  And so there is nothing in the

16 statute itself, no standard in which the Court can apply in

17 order to determine what -- what is a satisfactory or what

18 wouldn't be a satisfactory urgent humanitarian reason or

19 significant public benefit.  That is left up to the

04:26:00  20 discretion of the secretary of DHS.

21            THE COURT:  All right.  I want to move to the

22 case by case.  I am assuming this is a facial challenge,

23 and I'm just not -- as applied, right?

24            MR. WALTERS:  Yes, Your Honor.

04:26:14  25            THE COURT:  Is it a question of fact or a

1  question of law whether or not this is being made on a

2  case-by-case basis?

3            MR. WARD:  I don't know, Your Honor.  I think

4  it's...

04:26:33  5            THE COURT:  Is it a mixed question?

6            MR. WARD:  Maybe a mixed question.

7            THE COURT:  My least favorite answer.

8            MR. WARD:  Sort of dodging the question.

9            I am not certain on what the answer to

04:26:44  10  that is, Your Honor.  I would say that if it is a factual

11  question that the facts -- there is -- there's facts before

12  the Court that show, and in the *Federal Register* notices

13  that lay out the processes and the case-by-case

14  determinations that have to be made including the -- the

04:27:01  15  description in the *Federal Register* notice itself, the

16  description in the assistant secretary's declaration,

17  multiple declarations, exhibits laying out -- which lay out

18  the way in which sponsors or beneficiaries have to provide

19  information on how their individual case represents a --

04:27:20  20  could represent a significant public benefit or advance in

21  urgent humanitarian needs.  So I think the factual evidence

22  before the Court shows that it is being made on a

23  case-by-case basis.

24            To the extent it is a mixed question of

04:27:37  25  fact and law, again, the statute doesn't define what

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 case-by-case is other than in that the legislative history

2 of the statute that was actually enacted shows that the

3 Congress contemplated the categories of noncitizens who

4 would be paroled into the United States and provide some

04:27:56  5 evidence by providing contrasting statutory language and

6 the surrounding provisions, the provisions immediately

7 following 1182(d)(5)(A).

8                    So that to the extent that it is a

9 question of law, I think it is a very basic question of

04:28:10  10 law, which is that Congress did not specifically define

11 what is required of the case-by-case determination and left

12 that also to the agency to determine the best way to carry

13 that out procedurally.

14            THE COURT:  Anybody else?

04:28:23  15            MR. WALTERS:  Your Honor, the Supreme Court in

16 the MPP case described the parole authority as quote -- it

17 said, "It is not unbounded.  It is not unbounded,"

18 quote/unquote, "because of its case-by-case limitation and

19 its limit to urgent humanitarian reasons or significant

04:28:43  20 other benefit," and "DHS's exercise of discretion within

21 that statutory framework must be reasonable and reasonably

22 explained," and it cites *State Farm*, which means it's

23 subject to APA review, so it's reviewable.

24                    So it is not subject to the *Heckler v.*

04:29:00  25 *Chaney* exception to review.

1                THE COURT:  Okay.  So what about whether or not

2  the case-by-case is being determined?  Assuming I make it

3  that far, and I have to say whether or not I think this

4  complies with the case-by-case basis, is that in the

04:29:16   5  finding of facts -- facts section or is it in the

6  conclusion of law section?

7                MR. WALTERS:  Your Honor, if I could -- I don't

8  want to, you know, monopolize any time.

9                THE COURT:  I mean, if y'all don't know because

04:29:29  10  that's kind of a surprising question to you, it can be

11  something that I would appreciate some guidance on.

12                MR. WALTERS:  I believe that Judge Kacsmaryk's

13  September 15th of last year opinion coming back on remand

14  from the Supreme Court in the MPP case -- so, now, this

04:29:43  15  is -- it's sort of a bank shot on the parole authority.  It

16  is not a direct challenge to parole authority.

17                     The claim there is that the agency acted

18  arbitrarily and capriciously in failing to consider various

19  factors.  One of them is that it failed -- when it

04:29:56  20  terminated MPP, it failed to consider how that termination

21  would -- would make it violate its -- the limitations on

22  its parole authority, would make it exceed its limits on

23  parole authority because it couldn't detain all of these

24  people.  So if it wasn't returning them to Mexico, it had

04:30:15  25  to parole them on a -- you know, a class-wide basis,

1 basically.

2                    So Judge Kacsmaryk found that the agency

3 did act arbitrarily and capriciously in failing to consider

4 that, and it cited the numbers, the sheer volume, the

5 monthly volume, which was 27,000 a month, as raising a

6 strong inference that it was not case-by-case.

7                    And then the evidence in this case,

8 similar to the DAPA, which is also relevant to the final

9 agency action inquiry is, you know, just the percentages.

10 I think it's 97.5 percent of these has been approved.  And

11 Judge Hanen in the -- in the DAPA case had said that around

12 95 percent or so -- there were different estimates as to,

13 you know, based on what you're looking at what the

14 percentage was, but in the same ballpark of what we're

15 talking about here, he said that just based on that

16 approval rate, it was -- it was pretextual to even say that

17 it was being made on a case-by-case basis.

18                    THE COURT:  Right.  So, I mean that -- that was

19 a different question that I had, but that doesn't answer

20 this question which is:  Is it a finding of fact or

21 conclusion of law?  What section did Judge Kacsmaryk, for

22 example, put case-by-case in?

23                    MR. WALTERS:  I don't recall right now.  I -- I

24 don't know that he made separate findings of fact and

25 conclusions of law on this.  But I would think it would

04:30:30

04:30:48

04:31:05

04:31:17

04:31:31

1 be -- findings of fact would be on these particular issues.

2                    So, you know, one of the -- you know, I

3 think, you know, how they're actually -- you know, if you

4 look at the approval numbers, if you look at the volume

04:31:48   5 that they're approving, I think those would be factual

6 determinations, and then the legal conclusions from that

7 would be they're not acting on a case-by-case basis.

8                    THE COURT:  Which is the mixed question.  So I

9 mean, I am not agreeing with your assessment.  I'm just

04:32:00  10 saying, you say the statistics show this happened, DOJ and

11 intervenor defendants say this happened, and then in the

12 conclusion of law saying citing those findings of fact, the

13 Court finds as a conclusion of law?

14                    MR. WARD:  So, Your Honor, just to clarify one

04:32:16  15 thing, I think -- not to dispute, but the parole authority

16 wasn't directly challenged in the MPP case, so the

17 discussion of that in any of the case along the way was not

18 a direct review of the parole.

19                    THE COURT:  You guys are arguing about

04:32:29  20 something I am not asking.  You guys are killing me.

21                    MR. WALTERS:  I think that is fair.  We did not

22 have claims against the parole authority in that case.

23                    MR. WARD:  Correct, Your Honor.  I just wanted

24 to clarify that.

04:32:37  25                    THE COURT:  Okay.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1            MR. WARD:  But I think it is the answer I gave

2 before.  I think it is a mixed question of fact and law

3 that the Court has to determine, if it reaches it, what

4 does the case-by-case in the statute mean, and we have

04:32:48  5 arguments about that in our proposed conclusions of law

6 that the term is undefined and has left it up to the agency

7 to determine.

8            And then also citations in our proposed

9 findings of fact about how the process -- what the process

04:33:03  10 involves, and why we believe the Court should find as a

11 factual matter that that satisfies the limited requirements

12 of the statute as a matter of law, of what the statute

13 requires for case-by-case determination.

14            THE COURT:  So whose burden is it?  Is it your

04:33:19  15 burden to disprove case-by-case, or is it your burden to

16 prove it is case-by-case?

17            MR. WARD:  I don't know that that is something

18 the case law is clear on, if there is any case law on whose

19 burden.

04:33:32  20            THE COURT:  It matters, right?

21            MR. WARD:  It matters, but --

22            THE COURT:  Somebody has got to have evidence

23 one way or the other.

24            MR. WARD:  So we have put evidence in the

04:33:40  25 record that we believe shows that it is case-by-case, and

305

1  would satisfy the burden, even if the burden is on us.  And

2  we don't believe there is any contrary evidence in the

3  record that shows that it isn't case-by-case, even the

4  factual determine -- the facts that Texas relies on don't

04:33:57    5  show that in all cases, parole is being granted to

6  individuals even as they go through the process.

7                    And, again, I think the intervenors made

8  this point earlier today that there is probably some

9  self-selection in who actually elects to go through this

04:34:12   10  process.  Individuals who are likely to get denied for

11  criminal history or maybe some other basis are unlikely to

12  try and initiate the process.

13                THE COURT:  Whose burden is it?

14                MR. WALTERS:  Your Honor, on that latter point,

04:34:27   15  I mean, the DACA and DAPA cases where this came up, that is

16  the same circumstance, right?  Like, there were, you know,

17  background check requirements and the like so the bad

18  actors were not likely to apply.

19                THE COURT:  Whose burden is it?

04:34:39   20                MR. WALTERS:  I think it is a difficult

21  question because ultimately it's a legal question as to

22  whether a case --

23                MR. WARD:  I am not aware of any case law that

24  says the federal government has the burden of proof.

04:34:52   25                THE COURT:  So that would be something I would

1 like to know the answer to in post-trial briefing, is

2 whether or not it is a question of fact or law.  I know

3 y'all kind of hit -- you were thinking out loud.  I am

4 hitting y'all with that.  And whose burden is it?  Does

04:35:04 5 Texas have to disprove case-by-case, or does the DOJ have

6 to prove that it is case-by-case?

7                     For Texas, other than the sheer volume,

8 and the approval rate, what is the evidence that you --

9 support that DHS, it can't be processing 30,000

04:35:39 10 applications per month on a case-by-case basis?  Let me

11 just ask you that.

12                     Other than -- let me just ask you:  What

13 is your evidence that they can't process this many

14 applications?  That they are just moving them along without

04:35:52 15 doing a case-by-case.

16                     MR. WALTERS:  Well, I think it is a combination

17 of the two, of the sheer volume and the percentage of

18 approvals.

19                     THE COURT:  So those are inferences that we

04:36:02 20 have to draw -- so I am aware of those, too, and I am not

21 taking issue with you.

22                     MR. WALTERS:  Right.

23                     THE COURT:  I'm just trying to figure out for a

24 case-by-case, you're attacking it because there are so many

04:36:10 25 and there is a high approval rate?

1            MR. WALTERS:  I think that is right, Your

2 Honor.

3            THE COURT:  Okay.  How many are y'all reviewing

4 a month?  I know it is up to 30,000.  How many are being

04:36:26  5 reviewed?

6            MR. WARD:  How many applications?  I don't

7 know, Your Honor.

8            THE COURT:  How are you doing that?  How many

9 employees are allocated to application review?

04:36:34 10            MR. WARD:  I'm not sure, Your Honor.  I will

11 note that part of the reason the agency has amended the

12 process to require greater explanation of why a particular

13 potential parolee would present a significant public

14 benefit for an urgent humanitarian reason is so that the

04:36:54 15 agent can try and prioritize the earlier steps in the

16 process.

17            The individuals that they think present

18 the strongest cases for parole -- because I know that the

19 agency is receiving more applications than they can process

04:37:06 20 and review in any given month, and that it is not

21 necessarily like -- the 30,000 individuals that are

22 approved for travel authorization, or seek parole every

23 month, that doesn't necessarily mean that those 30,000

24 people have began the process in that same month.

04:37:22 25            But I don't know the actual numbers of

1 employees that are processing.  I just know that they are

2 receiving more applications than they can process in any

3 given month with the employees working on it.

4            THE COURT:  What is the difference between your

04:37:40 5 ultra vires claim and your exceeds statutory authority

6 claim, if any?  I am not suggesting.

7            MR. WALTERS:  I think the ultimate question is

8 the same.  I think it is the same.  It is just a different

9 avenue or different vehicle for reaching the same question.

04:37:55 10 Different cause of action.

11            THE COURT:  That's another one of the issues

12 that I want to have briefed is the existence of an ultra

13 vires claim separate from an APA claim especially when

14 they're alleged in the same case.  I will tell you, I

04:38:10 15 walked into this case thinking you couldn't have both of

16 them, and so I would like some explanation.

17            I think, Texas, you made the argument that when

18 making the significant public benefit analysis that it has

19 to be made on an individual basis?

04:38:51 20           MR. WALTERS:  Yes, sir.

21            THE COURT:  Then how could anybody ever be a

22 significant public benefit?  I mean, if you're somebody so

23 amazing --

24            MR. WALTERS:  The historical example that is

04:39:00 25 frequently given for that is someone is a witness in a

1 criminal trial and needs to come into the country to do

2 that.  That is a significant public benefit.  And the

3 typical example -- and we are not saying that these are the

4 only.

04:39:11   5             THE COURT:  Right.  A material witness.  I got

6 that.  So --

7             MR. WALTERS:  But the urgent humanitarian would

8 be --

9             THE COURT:  No, no.  Go back.  Significant

04:39:18  10 public benefit, what are the -- what are the -- you said

11 mat wits so far.  What else?

12             MR. WALTERS:  I don't know if -- of any -- do

13 you know of any other specific examples that have been

14 historically made for that?

04:39:29  15             MR. HAMILTON:  Individuals brought in from the

16 intelligence community for certain purposes into the United

17 States.

18             THE COURT:  So this is an extraordinarily

19 narrow exception.  I mean, we are talking about a handful

04:39:40  20 of people a year --

21             MR. HAMILTON:  Yes.

22             THE COURT:  -- in your view?

23             MR. HAMILTON:  Correct.

24             THE COURT:  And I assume that the defendants

04:39:49  25 disagree and say that you can say that the significant

1 public benefit is assessed in the aggregate as opposed to

2 an individual basis?

3                    MR. WARD:  Yes, Your Honor.  And these examples

4 of a witness or someone related to some sort of criminal

04:40:03  5 prosecution, or assisting in criminal prosecution, again,

6 that's the specific limit on significant public benefit

7 that the proposed amendments in 1996 involved.  That's the

8 way that that -- those amendments, if they had not been

9 rejected by Congress, would have narrowed the parole

04:40:22  10 authority -- would have narrowed the parole authority in

11 that way by rejecting that.  Congress rejected that

12 narrowed view of what significant public benefit means.

13                    THE COURT:  So major questions made an

14 appearance kind of late in the day, so I would like

04:40:44  15 briefing on that, because I walked into this -- I had no

16 idea that major questions -- you may have submitted it as a

17 proposed finding, but I didn't see it.

18                    MR. WALTERS:  What we would -- yeah, what we

19 would say in response to the intervenors raising this

04:40:57  20 about, you know, us raising this issue, it's not a separate

21 claim.

22                    THE COURT:  I understand.

23                    MR. WALTERS:  It's just a claim -- it's just a

24 matter of statute -- it's a canon of construction --

04:41:06  25                    THE COURT:  I understand.

1            MR. WALTER:  -- of statutory interpretation.

2            THE COURT:  You don't have to defend your

3 honor.  I am not saying that you can't present it, but I'm

4 just telling you that it's not something I have thought

04:41:12   5 about in the context of this case.  So, I need to hear

6 from -- I need to hear on major questions.

7            So, Mr. Ward, are you saying that DHS personnel

8 who are processing applications have discretion to stray

9 from the guidance?  They have the authority to look at the

04:41:38  10 guidance and say, no, and...

11            MR. WARD:  Yes, I believe so.  Nothing -- the

12 guidance directs the individual and provides guidance to

13 individual officers, but it says that nothing in the

14 guidance restricts the discretionary determination of the

04:41:52  15 officer at the last step to determine that parole is not

16 warranted in that individual case.

17            THE COURT:  Even if there is guidance

18 suggesting that this should or should not be taken into

19 account, they can discount that guidance and do whatever

04:42:05  20 they want?

21            MR. WARD:  So I'm not sure I understand how

22 that would work in practice.  So the guidance lists out

23 various factors they can consider.  They can consider those

24 factors and determine that in that individual case in their

04:42:22  25 discretion the individual does not warrant parole.

1              THE COURT:  But what about the flip side that

2 they do warrant, and there has been something that was

3 disqualifying?

4              MR. WARD:  Do they have discretion to grant

04:42:34 5 parole to someone who wouldn't qualify under the statute?

6              THE COURT:  Under the guidance, to the extent

7 that they differed from the statutory requirements.

8              MR. WARD:  I don't believe there is anything in

9 the guidance that applies to the officer at the final step

04:42:48 10 that would disqualify an interview -- a potential parolee

11 that's different from the statute.  It requires additional

12 steps the individual has to go through earlier in the

13 process leading up to travel authorization, and some of the

14 information that is gathered during that process is

04:43:06 15 provided to the officer at the final step.

16              But I don't believe that this guidance

17 provides any sort of limits on -- requires officers to deny

18 parole in any particular case.  So I don't see how under

19 that guidance that issue would come up.

04:43:25 20              THE COURT:  Texas -- so there has been a lot of

21 talk about the foreign affairs exception to notice and

22 comment, and we have heard about negotiations with the four

23 countries and with Mexico.  What does it take -- why does

24 that not satisfy?  Why does that not trigger the foreign

04:43:42 25 affairs exception?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1            MR. HAMILTON:  Your Honor, I think that the

2 position that we asserted in our briefing already about the

3 foreign affairs exception is that that exception has been

4 recognized by multiple courts across this country as being

04:43:54   5 exceptionally limited.  And so just even as recently as a

6 couple years ago in the Ninth Circuit, I think it was the

7 *East Bay Sanctuary* case, the Court -- Court -- Judge Bade,

8 I believe, writing for the Court, said that the

9 exception -- that the government had to show that there

04:44:11  10 were certain significant harms that would occur to the

11 foreign relations between the countries for this exception

12 to apply.

13            And so our argument is not -- is that the

14 government has not made that showing with respect to this

04:44:25  15 case.  Their arguments are that there is these foreign --

16 there are these foreign affairs that would throw everything

17 off.  Potentially it would upset these foreign countries if

18 they found out there were these negotiations and these

19 possibilities, and everything is really sensitive.

04:44:42  20            But our position that we have asserted is

21 that they haven't met their standard to show that there

22 were certain disastrous consequences such that, for

23 example, the entire agreement with Mexico would fall apart.

24 And that is their standard they have to meet and they just

04:44:56  25 simply haven't done it.

1                    MR. WARD:  So that standard in the Ninth

2 Circuit, the Ninth Circuit is an outlier and has applied a

3 heightened standard for that particular exception that I

4 don't believe there is any case law in the Fifth Circuit

04:45:09    5 applying that heightened standard.

6                        The standard under the statute itself is

7 that it involves a foreign affairs function, and the

8 secretary set out in the notices for these processes the

9 foreign affairs considering how this -- these processes in

04:45:24   10 the negotiations with Mexico involved the foreign affairs

11 and function, and including how -- how requiring notice and

12 comment would undermine foreign relations and foreign

13 affairs.

14                        I would also note that if the foreign

04:45:39   15 affairs exception required the sort of definite showing of

16 some sort of negative consequence, then it would have no

17 effect because there is also the exception for good cause.

18 So good cause is the exception that requires -- that could

19 be used to show that there will be some negative

04:45:58   20 consequences from the announcement of the policy itself

21 during the time period of notice and comment.

22                        So in reading that same requirement and

23 that same kind of standard in the foreign affairs exception

24 would -- would essentially read that foreign affairs

04:46:11   25 exception out of the statute.  There is nothing in the

1 statute itself that requires that sort of heightened

2 demonstration.  All that it requires is that the policy

3 decision or the agency's action involves a foreign affairs

4 function.  Each of the *Federal Register* notices set out at

04:46:27  5 length how it does so in -- in the case of these four

6 processes.

7               THE COURT:  That good-cause exception, at least

8 the Fifth Circuit has described that as "break glass in

9 case of an emergency."  That is a quote from a case.

04:46:40  10              What is the emergency here that justified

11 the program -- I mean, justified not doing notice and

12 comment?

13              MR. WARD:  Yes.  So the secretary set that out

14 as well, and that relates to the particular strain on the

04:46:51  15 border and border resources from individuals from these

16 four countries that are coming at historically high rates.

17 That is placing a strain on the border and the ability

18 of -- DHS's ability to secure the border.  And so DHS's

19 reasonable belief was that if you say 30 or 60 days from

04:47:07  20 now, after we go through a notice and comment period,

21 individuals who do not follow this process will be -- we

22 will start removing those individuals to Mexico, when

23 previously there were limiting consequences for individuals

24 that migrated irregularly to the border and sought parole

04:47:25  25 or entry.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1                    If you announce that those consequences --

2 those new consequences that we are imposing for the first

3 time will take place in 30 or 60 days, that there is a

4 tremendous incentive for individuals to -- from migration

04:47:37 5 from those four countries to increase dramatically during

6 those 30 or 60 days, causing the -- precisely the type of

7 irregular migration that these processes are designed to

8 prevent.

9                    Those individuals would have a tremendous

04:47:50 10 incentive to try and enter the United States before notice

11 and comment concluded and a final decision was put in

12 place.

13                    And once they are in the United States,

14 before the process goes into effect or takes effect, there

04:48:02 15 is no consequences that could be imposed on the individuals

16 for doing so.  So the secretary regarded it as a threat to

17 the security at the border, and -- and a tremendous risk to

18 the resource -- agency resources that are currently

19 securing the border and processing individuals at the

04:48:18 20 border.

21                    THE COURT:  Do the agencies value notice and

22 comment?  Do they find that -- those to be valuable and

23 helpful, or do they find them to be annoying?

24                    MR. WARD:  I don't know that I can answer that

04:48:30 25 question.  I know that's the view of various individuals at

1 the agency.  You can imagine they vary.  I think in some

2 circumstances they can be helpful, but they can also --

3 they also can be cumbersome and delay the agency taking on

4 important initiatives or taking important agency actions.

04:48:51    5              THE COURT:  So I kind of thought that the

6 lowest default number that you could use was 30 days, and

7 so is it -- is it your position that the additional 30 days

8 to solicit notice and comment to get positions from

9 stakeholders, and those who you might not have anticipated

04:49:07   10 being stakeholders, getting their view for 30 days was

11 going to be a break glass in the case of an emergency?

12              MR. WARD:  That's the secretary's view, Your

13 Honor, and that's what he set out in each of the *Federal*

14 *Register* notices.

04:49:19   15                  And I would also note, and I don't have it

16 in front of me, but each of the *Federal Register* notices

17 does note that the agency considered the views of

18 stakeholders in border communities and the effect of both

19 the status quo before these processes were in place was

04:49:35   20 having on those border communities and stakeholders, and

21 the anticipated positive effects from putting these

22 processes in place.

23                  But, yes, the secretary details that he

24 viewed even a short comment period as incentivizing, that

04:49:49   25 would only compress the period in which people were

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 incentivized to rush to the border to try and get in before

2 these processes imposed a consequence.  And so the

3 secretary viewed that as establishing clear good cause for

4 notice and comment not being required even if this was

04:50:05  5 found to be a substantive rule.

6           THE COURT:  Well, the process you described,

7 the secretary got to pick the stakeholders he wanted input

8 from as opposed to being able to get it from some people

9 maybe he didn't want input from.

04:50:19  10           MR. WARD:  I don't -- the *Federal Register*

11 notices don't detail everyone they spoke to, but -- so I

12 can't really speak to that question.

13           THE COURT:  So one of the requirements of

14 Section 1182 is that the parole be temporary, correct?

04:50:51  15           MR. WARD:  Yes, Your Honor.

16           THE COURT:  Okay.  Given that -- how was DHS

17 going to enforce that, given the fact that after two years

18 you're stuck in the same position about not being able to

19 remove somebody who wants to remain longer or chooses to

04:51:07  20 not go back?  How is that -- how -- doesn't that impact

21 your temporary analysis?

22           MR. WARD:  No, because parole will terminate

23 regardless of whether the individual departs as they're

24 expected to under the process, or overstays the end of

04:51:25  25 their parole.  That parole will terminate by operation of

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 law on the expiration date.

2                    It's provided, for example, for two years.

3 When that two years is up, there is no particular action

4 that DHS has to take in order to end the parole.  It would

04:51:38  5 end on its own, and then they can place individuals in

6 removal proceedings and seek to remove them.

7                    As we discussed earlier, there are, of

8 course, challenges for removing individuals to these four

9 countries.  But given the number of individuals that were

04:51:51  10 coming into the United States from these four countries

11 before and comparing that to speculative -- just

12 speculation that there might be some small number of

13 individuals who DHS can't remove, that's a dramatic

14 increase and a very -- that would be a very successful

04:52:06  15 solution to a problem that DHS has few options for.  And

16 this argument was raised as part of an arbitrary and

17 capricious claim.  All the agency has to show is that their

18 actions considered the relevant factors and conforms to a

19 baseline of rationality.

04:52:23  20                    This is a rational solution to a problem

21 for which DHS -- it's a significant challenge for DHS.

22 They have limited options to solve it.  And an NC action is

23 not arbitrary and capricious simply because it does not

24 fully solve the problem.  It takes them in the direction of

04:52:41  25 solving this problem, and it gives them time to further

1 negotiate with both these four countries and other

2 countries and to determine and acquire the authority they

3 need to be able to remove anyone who at some point in the

4 future might overstay the term of their parole.

04:52:55  5                THE COURT:  What are the reliance interests

6 that Texas has in this case?

7                MR. WALTERS:  The reliance interests in not

8 having an increased -- I think it is similar to the -- say

9 the zone of interests, you know, where Texas has an

04:53:16  10 interest in guarding its public fisc from increased numbers

11 of aliens coming into the state.

12                     But I would -- I do want to say that

13 the -- the agency was required to consider whether there

14 were reliance interests and evaluate them in the first

04:53:34  15 instance.

16                THE COURT:  I understand.  No, I want to find

17 out what those are.  I want to find out what those are.

18 What are the reliance interests?

19                MR. WALTERS:  I think the reliance interests

04:53:43  20 are the same as -- that are -- as our interests in the zone

21 of interests for the INA, in guarding our public fiscs,

22 having the federal government, you know -- there are

23 established channels of immigration.

24                THE COURT:  Wait.  Say that again.  What is

04:54:02  25 that?

1               MR. WALTERS:  There are established channels of

2 immigration that were created by Congress, and we have an

3 interest in abiding by that.

4               THE COURT:  I don't understand what that means.

04:54:13  5               MR. WALTERS:  Well, that there are -- you know,

6 Congress has created certain avenues to increase -- that

7 allow the flow of aliens into the country.

8               THE COURT:  Right.  The visa application and --

9               MR. WALTERS:  Yes.

04:54:26  10               THE COURT:  -- all that.

11               MR. WALTERS:  Yes.  So we have an interest in

12 that and, you know, the Fifth Circuit has said in the MPP

13 case, address this issue of the programmatic, you know --

14 first, you know, the -- in the -- in the DACA case, this --

04:54:43  15 the issue, you know, there were a lot of pointing to past

16 deferred action programs that the federal government said,

17 well, these -- this shows that these aren't unlawful

18 because for decades the federal government has done similar

19 things having wide class-based deferred action programs

04:55:01  20 that exceed what Congress has set forth, but the Fifth

21 Circuit said that past practice does not create power.

22 That is not a justification legally for that.

23               And then the MPP case in the Fifth

24 Circuit -- I'm sorry.

04:55:33  25               So we -- you know, the intervenors talked

1 about this being a programmatic tool and had an expert talk

2 about how this has always been used as a programmatic

3 policy tool, but the Fifth Circuit has said that that is

4 not permitted.  It says, "Throughout the" -- in the MPP

5 case -- "Throughout the mid-20th century, the executive

6 branch on multiple occasions purported to use the parole

7 power to bring in large groups of immigrants.  In response,

8 Congress twice amended the parole statute to limit the

9 scope of the parole power and prevent the executive branch

10 from using it as a programmatic policy tool."

11                    And refers to the 1980 Refugee Act and the

12 1996 IIRAIRA.

13                    And it says, "As it stands today, then,

14 the parole power gives the executive branch a limited

15 authority to prevent incoming aliens to stay in the U.S.

16 without formal authorization when their particular cases

17 demonstrate an urgent humanitarian need or their presence

18 will significantly benefit the program -- the public."

19                    So the interest is that by using the

20 parole power to create a new way that -- you know,

21 Congress -- Texas participates in -- in the federal

22 lawmaking process, right?  Each state gets two U.S.

23 senators.  We have representation in the Congress.  So we

24 help make the laws.  That is how we are protected.

25                    So when -- and, you know, we -- there is a

1 lot of talk about the executive's discretion here, and this

2 is the executive's foreign policy discretion.  But

3 immigration is not a power of the president or the

4 executive.  That is not an Article II power.  That is an

04:57:11  5 Article I power.  That is Congress's power.  And through

6 the APA, we are able to enforce Congress's limits on the

7 executive, and enforce our rights under those federal laws

8 that we had a role in participating in.

9                 And, you know, it goes into the fact

04:57:28 10 that -- you know, these all dovetail with the fact there is

11 no notice and comment rulemaking either.

12                 So the executive thinks this is all about

13 its own authority over federal -- over foreign relations

14 and its ability to enforce the laws, but Congress has

04:57:42 15 placed limits on this.  Congress did not like what the

16 executive was doing with the parole authority, and it

17 placed limits on it so it could not use it as a way to

18 manage the flows of immigration in general that they

19 were -- it was supposed to be sort of emergency measures

04:57:59 20 for individual cases, not, you know, we have a large policy

21 problem, we are going to try to solve it by releasing a lot

22 of people into the country.

23                 So Texas's reliance interests are in

24 having the federal government comply to abide by those

04:58:14 25 limitations, and what the -- the way the -- the Fifth

1 Circuit on the reliance interest issue has explicitly

2 said -- so all the arguments today by counsel for DHS, as

3 to our lack of reliance interest, or why we don't really

4 have reliance interest, that is post hoc decision-making.

04:58:33  5            Under *State Farm* and the *Regents* case, you

6 can't have justifications for the agency action after the

7 fact.  You have to evaluate the reasons given, when the

8 agency acted.

9            So because they didn't consider reliance

04:58:47  10 interests in the first instance --

11            THE COURT:  But you can't even identify them

12 for me.

13            MR. WALTERS:  They were required -- that is not

14 our burden.

04:58:53  15            THE COURT:  No.  No.

16            MR. WALTERS:  Their burden is to identify the

17 reliance interests of the states.

18            THE COURT:  You said they failed to consider

19 the State's reliance interest.  I'm just asking you -- here

04:59:02  20 is what I want to do:  I want to ask you, what are your

21 reliance interests?  And I am going to ask him, did you

22 consider them?

23            Those were a whole lot of words, but I

24 heard public fisc, and I heard we have got two senators and

04:59:12  25 we want them to comply with the law.  Well, they can

1 consider that, right?  Okay.  I have considered that you

2 want me to comply with the law.  We think this complies

3 with the law.

4           MR. WALTERS:  So I think under *Arizona v. U.S.*,

04:59:44  5 the States don't have any authority to enforce immigration

6 laws.

7           THE COURT:  I understand.

8           MR. WALTERS:  So we have given those up to the

9 federal government.  So we have this quasi-sovereign

04:59:52 10 interest in policing how the federal government does its

11 job on the end, and that's where special solicitude comes

12 in, that's -- Texas has an interest in not having these

13 expenses for something it has no direct control over

14 anymore --

05:00:09 15           THE COURT:  Okay.

16           MR. WALTERS:  -- because the federal government

17 has it.

18           THE COURT:  So on the public fisc expenses

19 front, I think we have established that even though you may

05:00:16 20 be spending them on a different program, you are spending

21 less on these four countries.

22                 And then even if you're saying, that you

23 have an interest in the DHS complying with the law, that's

24 awfully vague to me.  Because the special solicitude, the

05:00:38 25 quasi-sovereign interest, I normally kind of see those

1 sliding into the standing side.  I don't understand.

2                    They can say -- they can go talk to

3 Senator Cruz and Senator Cornyn and say who -- tell them

4 that they don't like this program, then they have

05:00:53  5 considered them.  Haven't they then met that --

6                    MR. WALTERS:  Well, I think it goes into the

7 zone of interests, right.  This is an action under the APA.

8 We have a procedural right.  And the Fifth Circuit has said

9 in the MPP case, in the DACA case that -- it is within the

05:01:06 10 zone of interests.  The states are within the zone of

11 interests to protect their public fiscs from the flow of

12 aliens into their state.

13                    So that is our -- we are within the zone

14 of interest of the INA, of the immigration laws.

05:01:20 15                    THE COURT:  I understand.

16                    MR. WALTERS:  So I think it's a similar -- so

17 we have -- we're within the zone of interests.  That means

18 we have reliance interest on the pre -- the status quo ante

19 before this program was put into effect.

05:01:29 20                    THE COURT:  So if I ask you, list out your

21 reliance interests, they are A, B and C, what are they?

22                    MR. WALTERS:  I think that the main one is

23 protecting our public fisc.  That's the term used by the

24 Fifth Circuit in the zone of interests context.  I think

05:01:48 25 that's the main interest.  And the fact that, you know, we

1 have quasi-sovereign interests -- the Fifth Circuit in the

2 DACA case have said that the States have a quasi-sovereign

3 interest in the classification of aliens.

4                    So that is an interest that's -- that we

05:02:03  5 gave up to the federal government.  We don't have an

6 ability to say who can lawfully be here, who has lawful

7 status, who has lawful presence.  So we have an interest.

8                    And I think, you know, when you say you

9 have reliance interests, you know, the zone of interest

05:02:18  10 inquiry would be similar, because we have an interest in

11 the INA, enforced through the APA.  And reliance interests

12 would be we have a status quo ante before the current

13 action that is currently being challenged, and then we had

14 a reliance interest in that.

05:02:35  15                    But the -- but I think the key, though, is

16 not -- is that they didn't consider reliance interests in

17 the first place.  They didn't talk about any reliance

18 interests of the States, and the -- in the MPP case, the

19 Fifth Circuit -- so the federal government said that they

05:02:59  20 didn't have an obligation in the MPP case, that they didn't

21 have any obligation to consider the States' reliance

22 interests at all.

23                    But the Fifth Circuit said that contention

24 is foreclosed by the *Regents* case.  There the Supreme Court

05:03:13  25 acknowledged that DACA was a discretionary program just

1 like they allege that parole is a matter of discretion, but

2 still the Court faulted DHS for not considering reliance

3 interests.

4                When the agency changes course, it must be

05:03:31    5 cognizant that long-standing policies may have engendered

6 serious reliance interests that must be taken into account

7 and that included the States' reliance interests.

8                THE COURT:  Which are?  Because

9 traditionally -- traditionally, aren't they associated with

05:03:47   10 exposure to criminal or civil liability?

11                MR. WALTERS:  No.  And the MPP court cites in

12 *Regents*, they -- that they considered the States' -- that

13 the *Regents* court said that the States rely -- it wasn't

14 just DACA recipients that -- reliance interests that had to

05:04:07   15 be considered.  The other -- the States that said they were

16 benefited by the DACA program had also sued, and they were

17 a part of that case, right, the Board of Regents of

18 California, that is a state actor.

19                And they had -- so the *Regents* court

05:04:22   20 highlighted assertions that states and local governments

21 could lose one and a quarter billion dollars in tax

22 revenues each year due to the program, and that was a

23 reliance interest that DHS should consider.

24                THE COURT:  I get that.  That is public fisc.

05:04:36   25 I get that one.  So what else?  Did you list them in any of

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 the briefing before trial?

2                MR. WALTERS:  Did we?

3                THE COURT:  Or did you just --

4                MR. WALTERS:  I don't think we did.  I said

05:04:48  5 that they just failed to consider them.

6                THE COURT:  Well, how in the world can they

7 consider them if you can't name them today?

8                MR. WALTERS:  Well, because that's not our job.

9 So the MPP court addressed this specifically.  It said:

05:05:01  10 The Court was clear the agencies must consider reliance

11 interests in the first -- and it must be undertaken by the

12 agency in the first instance.

13                THE COURT:  No, I get that.  They are supposed

14 to consider them.  What I hear you saying is that you

05:05:15  15 wanted them to reach out to Texas and consider their

16 reliance interests, and now I want to find out what they

17 did.  Before I ask him that, I want you to tell me what he

18 should have asked about.

19                MR. WALTERS:  They should have asked about our

05:05:28  20 expenses that we would face from the influx of people

21 through the parole program.  I think that's the main

22 reliance interest.

23                THE COURT:  Mr. Ward.

24                MR. WARD:  Yes, Your Honor, so I think that --

05:05:39  25 so what I am hearing from counsel for Texas is that their

1 reliance interest is costs to the state.  That's what

2 they're asserting.  I think, again, we're back in the

3 discussions of direct or indirect harm or direct or

4 indirect injury.  Typically, reliance --

05:05:56 5              THE COURT:  Hold on.  Before you do that, did

6 you consider those?

7              MR. WARD:  The costs?

8              THE COURT:  Correct.

9              MR. WARD:  So the costs are linked to the

05:06:03 10 individuals coming in through these four countries.  What

11 the agency considered and what these processes were

12 specifically directed at, and one of the significant public

13 benefits identified in these processes is the benefit of

14 reducing the strain and reducing those costs on border

05:06:19 15 communities, local communities near the border.

16              So this is -- again, a lot of these

17 discussions are duplicated in multiple of the *Federal*

18 *Register* notices.  I am talking again -- I am citing again

19 the Cuba one.  This is at EDA Fed Re at page 1273.

05:06:37 20              Here are some of the things that the

21 agency said:  Migratory flows continue to strain domestic

22 resources which was felt most acutely by border

23 communities.  Generally, since fiscal year 2019, DHS has

24 worked with Congress to make approximately 290 million

05:06:51 25 available to support NGOs and local governments that

1 provide initial reception for migrants entering at the

2 southwest border.  Nevertheless, local communities have

3 reported strain on their ability to provide needed social

4 services.

05:07:05    5                    DHS anticipates that this process, the

6 parole process, will help minimize the burden on

7 communities, state and local governments, and NGOs who

8 support reception and onward travel of migrants away from

9 the southwest border.

05:07:18   10                    So this process, to the extent they could

11 identify any harm to border communities or to Texas was, I

12 believe, similar to what counsel for Texas just identified,

13 the costs from individuals arriving from these four

14 countries.  DHS considered the fact that they have limited

05:07:35   15 ability to prevent the arrival of these individuals because

16 they can't impose consequences, considered those costs, and

17 identified correctly that these processes would be a way to

18 reduce the number of individuals coming from those four

19 countries, and thus particularly reduce the strain on

05:07:52   20 border communities including the strain on Texas from any

21 asserted costs they allege related to providing services --

22 state services to migrants from these four countries.

23                    So, yes, the agency did consider that, did

24 consider the impact on the public fisc of states and local

05:08:10   25 communities, in particular border communities, when

1 evaluating whether these processes would be beneficial and

2 worth undertaking.

3            THE COURT:  I would ask the parties on the

4 remedy part for two things.  One is I understand denying

05:08:40  5 any relief.  I understand nationwide relief.  So I don't

6 need explanation on either one of those.

7                    What about something in the middle?  What

8 would that limited relief be?

9                    And then Number 2, what would it be if it

05:08:52 10 was just notice and comment?

11                    Now, having said all that, does anybody

12 have anything else they want to bring up?  Because --

13            MR. WARD:  Your Honor, could you say -- could

14 you clarify a little bit that second one what would --

05:09:07 15            THE COURT:  What would the remedy be for --

16            MR. WARD:  -- a remedy as opposed to notice and

17 comment look like or what would the process be --

18            THE COURT:  Would -- right.  I mean --

19            MR. WARD:  -- or how would it be limited?

05:09:13 20            THE COURT:  If -- if there was a notice and

21 comment violation, for example, only, what would that look

22 like?  What would it be?  A pause, a partial pause for the

23 plaintiffs?  No pause, just with instructions to do notice

24 and comment?  I haven't done a just notice and comment

05:09:30 25 remedy.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1                MR. WARD:  Okay.  Thank you, Your Honor.

2                THE COURT:  I am looking for guidance.

3                   So does anybody else have anything?

4                MR. WARD:  Your Honor, I would just like to

05:09:44  5  ask.  I know that at some point yesterday or perhaps the

6  day before you talked about the post-trial briefing --

7                THE COURT:  Right.

8                MR. WARD:  -- and how the parties would submit

9  post-trial proposed findings of fact and conclusions of

05:09:55  10  law, and then the parties would get an opportunity to

11  respond in some way to those.  I believe the current

12  schedule just sets a deadline for post-trial findings and

13  conclusions so I was curious --

14                THE COURT:  So -- and that is not binding.  So

05:10:06  15  that's the last thing, is to kind of resolve what comes

16  next.  What I want to -- when I say it is not binding, it

17  is binding because it is there, but I want to defer to the

18  parties.  Okay?

19                   So what I would like to do is for the

05:10:15  20  parties to confer -- because this is what happened in the

21  Priorities case.  Afterwards, everybody is exhausted.  They

22  all look like we all do right now.  Everybody wanted to

23  kind of decompress, figure out the scope, because it might

24  be less or more than what you anticipated when we had the

05:10:33  25  first brief, and then propose a schedule.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1               I'm just going by memory.  I didn't look

2 it up, but I almost -- I think it was like maybe 30 days

3 for the first one and then a certain amount of time for

4 the -- for the -- kind of a rebuttal, which I can't

05:10:45   5 remember.  I would like a separate kind of, whatever you

6 want to call it, memorandum, that just addressed --

7 addresses the issues that we talked about, major questions,

8 data that predates the policy only.  I don't know that I

9 mentioned that one as well.

05:11:02  10               You understand what I mean when I just

11 kind of capped -- titled it that way?  And the other things

12 that we talked about with respect to standing, ultra vires

13 claim, the authority for the net decrease in migrants that

14 Texas could still have standing on that, all of those

05:11:20  15 things that we kind of grappled with.  And after that you

16 can add whatever you would like.  I don't want to limit you

17 to that.

18               MR. WARD:  And you would like us to just confer

19 on when we would do that brief as well?

05:11:31  20               THE COURT:  Right.  Yeah, that's right.  I

21 don't want to micromanage what happens next.  Obviously, I

22 have tried to be very deferential to the parties about when

23 to schedule the trial and everything that has happened

24 beforehand.  So if you want to confer and submit something

05:11:44  25 to me within the next, you know, few days, and maybe with a

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 proposed order that suggests -- and if you disagree, submit

2 kind of plaintiffs' proposed, intervenor defendants'

3 proposed, defense proposed, and then I'll craft something

4 from that.

05:12:02   5                    Anything else?

6                    MR. WALTERS:  I was going to address some of

7 the issues that have been raised, if I could, Your Honor.

8                    THE COURT:  Sure.

9                    MR. WALTERS:  On the issue of special

05:12:15  10 solicitude, the Prioritization case, I think people were --

11 the intervenors were making some -- two strong arguments

12 about what the Supreme Court actually said about special

13 solicitude in that case.

14                    First of all, the majority opinion doesn't

05:12:34  15 even mention the term "special solicitude," and Justice

16 Gorsuch brought that up.  Now, they do address in a

17 footnote *Massachusetts v. EPA*.  They don't say that that's

18 no longer good law or overturn that.  They just say putting

19 aside any disagreements that some may have with that case,

05:12:51  20 it doesn't control this case because it did not involve a

21 challenge to an exercise of the executive's enforcement

22 discretion.

23                    THE COURT:  Right.  I don't want to re-open

24 this.  I will tell you this:  Here is where I am at.  We

05:13:03  25 struggle -- we all grappled with this earlier, right, and

1 we were talking about reading tea leaves and all of that.

2                I am operating under the assumption that

3 special solicitude is on very dangerous ground but that it

4 still exists.  Feel free to change my mind.

05:13:17   5                MR. WALTERS:  That's the last I will say about

6 special solicitude.

7                THE COURT:  No.  I mean, but that puts the

8 issue out there as I understand it.

9                MR. WALTERS:  Sure.

05:13:25  10                THE COURT:  Right now I'm leaning in favor of

11 special solicitude as having not been abrogated by *Texas v.*

12 *U.S.* but I am persuadable.

13                MR. WALTERS:  On the issue, the intervenors

14 earlier in today's proceeding had mentioned that it is sort

05:13:51  15 of up in the air, that the Supreme Court may have cast

16 doubt on whether a dollar of injury is sufficient for

17 standing.  But just in 2021, the Supreme Court -- again, I

18 am not going to be able to pronounce this case.  It is

19 something like *Uzuegbunam v. Preczewski* -- explicitly says

05:14:11  20 this:  It upheld nominal damages as satisfying Article III

21 standing, if I understand.

22                THE COURT:  Well, to me that is not really at

23 issue, is it, at this point?  Because it is either you have

24 negative damages because everything has gone down or you

05:14:25  25 have something other than nominal damages, if we consider

1 CHN -- all CH -- I mean, so this isn't really an issue for

2 this case.

3             MR. WALTERS:  I think that's -- I think it is

4 fair but there was some -- you know, standing is not about

05:14:36   5 the magnitude.  There was a lot of discussions trying to

6 pick apart like what are the numbers, like these are

7 estimates.  Like what's the magnitude of the harm?  But for

8 the standing inquiry, it is not the magnitude of the

9 injury.  A dollar of injury is sufficient.

05:14:49   10             THE COURT:  Well, I mean, but I -- okay.  But,

11 I mean, I don't think a dollar of injury is at stake here.

12 There is either you haven't lost anything because there has

13 been a net decrease or you have lost something that's

14 other than nominal is the way that I anticipate it.  You

05:15:02   15 know, I have to do the math on what has been submitted in

16 the affidavits and how you have constructed that, but I

17 can't imagine that it is going to be one dollar.  If it

18 worked out to one dollar, then I quit.

19             MR. WALTERS:  That is fair, Your Honor.  Okay.

05:15:15   20 I'll -- that is the last I'll speak of that issue.

21             You know, there has been some discussion

22 back and forth about is the MPP case still valid just --

23 you know, it was reversed by the Supreme Court.  Well, the

24 Fifth Circuit actually said in the *Data Marketing*

05:15:28   25 *Partnership* in 2022, that's 45 F.4th 846, this is in August

1 of 2022 after the Supreme Court decided in the MPP case,

2 the Fifth Circuit said that:  The Supreme Court recently

3 reversed our judgment in *Texas v. Biden*, but it's important

4 to determine the extent to which the panel's opinion is

05:15:53   5 still binding under this circuit's rule of orderliness.

6 And our rule of orderliness requires us to follow the panel

7 opinion except for the portions of it that were reversed by

8 the Supreme Court explicitly.

9            THE COURT:  Right.

05:16:06   10            MR. WALTERS:  So all the issues of standing,

11 which were never addressed by the Supreme Court, all of

12 that is still good law in the Fifth Circuit.

13            THE COURT:  So I am not going to comment on

14 specific issues of standing because, quite frankly, I can't

05:16:16   15 remember what got reversed in MPP.  To me, what happened

16 with the Supreme Court with the Fifth Circuit, it is just

17 like citing it with reversed on other grounds attached to

18 the end of it.  It is just what is still alive.

19                 Does everybody agree or disagree with

05:16:28   20 that?  I mean, the whole case wasn't reversed.  It would be

21 a reversed with other grounds.  I can't remember what is

22 alive, quite frankly.

23            MR. WALTERS:  Yeah.  The appellate courts don't

24 reverse opinions, they reverse judgments.  We reverse the

05:16:40   25 judgment.  The judgement is which party wins, which party

1 loses.  So that was reversed.  And to the extent the

2 opinion is contrary to what is mentioned in the opinion in

3 the Supreme Court, that is also obviously no longer good

4 law.

05:16:50   5               THE COURT:  Right.

6               MR. WALTERS:  But otherwise the opinion is

7 still there.  The judgement is gone.

8               THE COURT:  We're all familiar with reversed on

9 other grounds, right?  So that means that there is part of

05:16:59  10 the opinion that still alive.  I don't know what it is.

11               MR. WALTERS:  There is another issue -- so the

12 federal defendants have cited and raised today this Fifth

13 Circuit case from 2000 called *Loa-Herrera v. Trominski*.

14 That is 231 F.3d 984.  They are saying that this stands for

05:17:17  15 the proposition that when the secretary acts under the

16 parole authority, it is not reviewable.  And it's any

17 manner that the secretary acts, that is not reviewable.

18               The problem with that is, that case did

19 not involve the parole authority at issue here, 1182(d)(5).

05:17:39  20 That involved parole authority under 1226(c), conditional

21 parole authority.  And it relied -- and the reason that the

22 Court said that was not reviewable is because there is a

23 specific nonreviewability section in 1226.

24               1226(e) says, "Discretionary judgments

05:17:58  25 regarding the application of this section are not subject

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1 to review."  That is what the Court relied on, and that

2 was -- so that is not about 1182(d)(5).

3                    And now, they did mention a see also, just

4 when discussing what authorities the secretary has to

05:18:17  5 either parole or detain people, it did cite 1182(d)(5), but

6 that was not at issue in the case.  And the reason that the

7 parole determinations were not reviewable is because of a

8 section in 1226 that does not apply to the parole authority

9 we're talking about here.

05:18:35  10                    THE COURT:  Okay.

11                    MR. WALTERS:  I'm just checking one other

12 thing, Your Honor.  Let me make sure I am not missing

13 anything.

14                    One thing I don't think I have mentioned,

05:19:10  15 but in the MPP case in the Supreme Court, the Court did say

16 that we do not resolve the parties' arguments regarding

17 whether the federal government is lawfully exercising its

18 parole authorities pursuant to sections 1182(d)(5) and

19 1226.

05:19:28  20                    THE COURT:  They said something similar in the

21 *Texas v. U.S.* case, we're not reaching the merits because

22 we're done on standing, right?

23                    MR. WALTERS:  Yes.

24                    On irreparable harm, the Fifth Circuit in

05:19:40  25 *Restaurant Law Center v. U.S. Department of Labor* -- that's

1 a 2023 case, that's 66 F.4th 593 -- it says, "In

2 determining whether costs are irreparable, the key inquiry

3 is not so much the magnitude, but the irreparability."

4                    So as long as there is a dollar worth of

05:20:00  5 injury, the key -- that satisfies the irreparable harm

6 standard, so the key is whether it is irreparable.  And in

7 *Wages and White Line Investments,* another Fifth Circuit

8 case, this one from 2021 -- that's 16 F.4th 1130 -- it

9 says, "Because federal agencies generally enjoy sovereign

05:20:20 10 immunity for any monetary damages, any -- that satisfies

11 the irreparable harm standard."

12                    So Texas could not sue the federal

13 government and get money damages for any injuries it has;

14 therefore, those are irreparable injuries per se.

05:20:38 15                    So as long as we have a dollar worth of

16 injury, the key is not how big the injury is.  You don't

17 weigh any competing injuries or benefits at the irreparable

18 harm inquiry.

19                    And then --

05:20:50 20             THE COURT:  Did we just go back to a dollar?

21             MR. WALTERS:  Oh, sorry.  I know I was not

22 supposed to talk about that, Your Honor.

23                    I think there is one other thing I wanted

24 to briefly touch on.

05:21:17 25                    On vacatur, so it was -- you know, I think

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

05:21:37

1 both -- both sides have discussed that a vacatur inquiry is
2 based on two factors:  The seriousness of the deficiencies
3 of the action, that is how likely the agency will be able
4 to justify its decision on remand; and two, the disruptive
5 consequences of the vacatur.

6          But in *North Carolina v. EPA*, that's a DC
7 Circuit case from 2008, 531 F.3d, 896, it says, "The threat
8 of disrupted consequences cannot save a rule when its
9 fundamental flaws foreclose the agency from promulgating

05:22:00

10 the same standards on remand."

11          So you can't -- if the rule is unlawful,
12 substantively unlawful, so that it could not be justified
13 in the same form when they go back to the agency, the fact
14 that you could point to some sort of disruptive

05:22:16

15 consequences cannot overcome that and justify not vacating
16 the action, which vacatur is the norm when agency action is
17 found unlawful.

18          And then, I guess, you know, I'll talk
19 one -- one final time about the vacatur issue, you know,

05:22:39

20 with, you know, mandatory injunctions.  I mentioned there
21 is no request for a mandatory injunction here.  We are not,
22 you know, seeking relief against any federal government
23 officials to take any particular action against any
24 particular beneficiaries or potential beneficiaries of this

05:22:57

25 program.

1          However, the norm of -- the norm when you

2 have an unlawful agency action is it is vacated and that

3 acts on the action.  It nullifies it.  It's as if you

4 just -- if a statute is wiped off the books, it is the same

05:23:14    5 effect.  So that would necessarily mean that any subsidiary

6 actions taken pursuant to that authority, because that

7 authority would no longer exist, would be null.

8          So any sort of lawful presence given to

9 anyone under that would not be live after that, and that is

05:23:34   10 not a mandatory injunction.  It is not an injunction at

11 all.  That is just the natural result of vacating a federal

12 agency action that is not lawful.

13          THE COURT:  Doesn't it then just become -- if

14 that happens, doesn't it then just become up to the DHS

05:23:48   15 what they do with it?

16          MR. WALTERS:  Yes.  That's completely up to

17 DHS.  They can decide how they want to enforce that.  They

18 can make their own -- you know, especially after

19 Prioritization, I mean, obviously it is very clear that we

05:24:01   20 have no authority to ask, to -- to ask the Court to require

21 the federal government to take any enforcement action

22 against anyone in the immigration context.

23          THE COURT:  Is that it?

24          Kellie, what do we need to do with

05:24:18   25 exhibits?

```
 1              THE CASE MANAGER:  Certify them and sign.

 2              THE COURT:  So before anyone leaves, make sure

 3 we get a certified and signed off -- everybody lay your

 4 eyeballs on all the exhibits, make sure -- because there
```
05:24:29
```
 5 has been a lot of moving pieces, some pulled.

 6              Make sure that the only thing that remains

 7 in there -- because some have been pulled.  I don't know

 8 that they've been pulled in the official ones.  If you can

 9 do that and make sure that the additions that anybody had
```
05:24:40
```
10 have made their way in and you can sign off on those.

11              All right.  We will stand adjourned.

12 Thank you very much.

13              (Proceedings concluded at 5:24 p.m.)

14

15              COURT REPORTER'S CERTIFICATE

16    I, Kathleen K. Miller, certify that the foregoing is a

17 correct transcript from the record of proceedings in the

18 above-entitled matter.

19

20 DATE:  September 1, 2023 /s/     _Kathleen K Miller

21                          Kathleen K. Miller, RPR, RMR, CRR

22

23

24

25
```

## #

**#231** [1] - 1:21

## $

**$10,000** [5] - 118:3, 118:5, 118:13, 118:16
**$3.60** [1] - 122:21
**$33** [1] - 285:1
**$4,000** [1] - 118:16
**$6,000** [1] - 118:17

## '

**'22** [1] - 261:25
**'96** [2] - 18:23, 18:24

## /

**/s** [1] - 344:20

## 0

**0.1** [1] - 77:2
**0.5** [1] - 77:4
**000** [1] - 245:21

## 1

**1** [3] - 277:21, 277:22, 344:20
**1,100** [3] - 262:2, 262:8, 262:10
**1,231** [2] - 262:24, 263:3
**1,500** [1] - 262:3
**1.8** [1] - 77:3
**10,000** [8] - 121:12, 121:20, 121:24, 248:9, 248:10, 248:21, 284:20
**100,000** [3] - 130:9, 132:15, 132:16
**100-day** [2] - 66:5, 239:21
**104-469** [1] - 16:4
**104-496** [1] - 15:19
**104-828** [2] - 16:15, 19:2
**105** [1] - 2:22
**10:35** [1] - 79:1
**10:40** [1] - 78:25
**10:43** [1] - 79:1
**10:45** [1] - 79:8
**11** [2] - 88:13, 140:7
**1130** [1] - 341:8
**1182** [1] - 318:14
**1182(d)(5** [6] - 49:24, 166:20, 184:20, 199:19, 340:5, 340:18
**1182(d)(5)** [2] - 339:19, 340:2
**1182(d)(5)(a** [5] - 5:14, 19:4, 20:9, 218:7, 298:9
**1182(d)(5)(A** [4] - 19:17, 23:24, 167:20, 300:7
**1182(d)(5)(B** [3] - 19:18, 19:19, 23:20
**1185** [1] - 20:8
**1185(d)(5)(A** [2] - 15:16, 20:8

**11th** [3] - 80:17, 80:22, 82:11
**12** [2] - 76:21, 261:25
**12(b** [3] - 266:24, 267:5, 277:8
**12(b)(6** [1] - 267:5
**1226** [3] - 339:23, 340:8, 340:19
**1226(c** [1] - 339:20
**1226(e** [1] - 339:24
**1229A(a)(3)** [1] - 218:11
**1239** [1] - 44:16
**1252** [1] - 57:23
**1252(a)(2)(B)(ii** [2] - 297:23, 298:3
**12548** [1] - 2:4
**1267** [2] - 261:4, 261:12
**1268** [1] - 261:25
**1273** [1] - 330:19
**12:09** [1] - 147:8
**12:10** [1] - 147:14
**13** [1] - 117:11
**1326** [1] - 75:7
**135** [1] - 232:17
**139** [1] - 104:19
**14** [2] - 86:23, 123:23
**14,000** [3] - 246:17, 257:24, 284:22
**140** [1] - 16:5
**1400** [1] - 12:20
**1401** [1] - 13:8
**141** [1] - 165:3
**142** [2] - 191:12, 205:23
**143** [1] - 47:9
**147** [1] - 4:5
**14th** [2] - 270:22, 270:24
**15** [1] - 144:3
**15th** [1] - 301:13
**16** [2] - 124:23, 341:8
**162** [1] - 19:2
**167** [1] - 88:11
**16th** [1] - 280:17
**17** [1] - 124:7
**170** [1] - 88:11
**175** [1] - 124:9
**176** [1] - 77:2
**18,449** [1] - 77:5
**1952** [6] - 151:14, 152:17, 162:15, 197:10, 211:22, 212:16
**1966** [1] - 213:17
**1971** [1] - 47:10
**1980** [4] - 152:24, 153:2, 153:4, 322:11
**1988** [1] - 207:13
**1990s** [6] - 202:11, 202:14, 202:24, 207:6, 212:24, 268:22
**1991** [1] - 240:20
**1992** [1] - 240:18
**1994** [3] - 156:12, 156:19, 156:21
**1996** [22] - 12:6, 15:19, 16:14, 17:13, 19:1, 20:16, 20:18, 20:21, 21:22, 153:11, 154:11, 156:7, 162:14, 188:6, 197:11, 207:6, 210:10, 211:22, 212:17, 213:2, 310:7, 322:12
**1997** [1] - 268:23

**19th** [2] - 263:3
**1:00** [1] - 147:8
**1:02** [1] - 147:14

## 2

**2** [7] - 1:16, 4:3, 91:19, 105:6, 284:21, 332:9
**20** [1] - 124:8
**20,000** [1] - 118:15
**200** [2] - 121:25, 262:8
**200,000** [2] - 32:19, 32:20
**2000** [2] - 276:16, 339:13
**20003** [1] - 1:22
**20044** [1] - 2:11
**2007** [2] - 20:25, 193:1
**2008** [2] - 256:22, 342:7
**2010** [1] - 22:6
**2013** [2] - 192:21, 214:25
**2014** [2] - 192:15, 203:3
**2015** [2] - 21:1, 237:7
**2016** [1] - 192:10
**2019** [1] - 330:23
**202-616-9121** [1] - 2:11
**202-964-3721** [1] - 1:22
**2021** [8] - 32:12, 149:15, 241:3, 242:12, 242:21, 251:23, 336:17, 341:8
**2022** [12] - 14:15, 22:4, 32:13, 76:24, 77:1, 77:8, 95:15, 97:25, 149:15, 191:22, 337:25, 338:1
**2023** [7] - 1:6, 66:1, 149:15, 262:24, 278:1, 341:1, 344:20
**205** [2] - 263:1, 263:3
**222** [2] - 87:5, 140:7
**224** [1] - 4:6
**2300** [1] - 12:18
**231** [1] - 339:14
**23rd** [1] - 280:20
**24** [1] - 263:4
**245** [1] - 16:15
**24th** [2] - 134:4, 251:17
**25** [1] - 1:6
**2528** [1] - 191:12
**2543** [2] - 191:12, 205:23
**2551** [1] - 104:19
**26** [2] - 262:15, 262:19
**27,000** [1] - 302:5
**2700** [1] - 246:17
**27280** [1] - 2:17
**290** [1] - 330:24
**2:46** [1] - 224:10
**2:59** [1] - 224:10
**2nd** [1] - 156:19

## 3

**3** [3] - 52:10, 274:10, 281:6
**3,000** [5] - 248:5, 248:6, 248:10, 248:20
**3,024** [2] - 77:2, 77:3

**3,200** [1] - 110:10
**30** [18] - 57:3, 57:5, 57:8, 57:10, 57:11, 57:15, 57:16, 57:20, 65:7, 223:15, 245:21, 315:19, 316:3, 316:6, 317:6, 317:7, 317:10, 334:2
**30,000** [10] - 107:8, 130:2, 130:25, 131:22, 245:7, 247:7, 306:9, 307:4, 307:21, 307:23
**323-316-0944** [1] - 2:18
**33** [1] - 122:23
**34** [1] - 77:5
**385** [1] - 3:3
**389** [1] - 65:25

---

### 4

**4** [1] - 284:24
**4,000** [1] - 118:18
**40** [1] - 118:10
**400,000** [2] - 32:14
**41** [2] - 88:3, 158:8
**425,000** [1] - 124:22
**434** [1] - 217:1
**44** [1] - 191:13
**440,000** [1] - 32:20
**45** [1] - 337:25
**4th** [1] - 262:9

---

### 5

**5** [3] - 57:6, 174:8, 232:22
**50** [1] - 147:9
**50,000** [1] - 130:10
**50,000-foot** [1] - 170:12
**51** [1] - 148:8
**512-936-1682** [1] - 2:5
**5121** [1] - 2:22
**515** [1] - 3:7
**52** [1] - 148:8
**53** [1] - 148:8
**530-207-9898** [1] - 2:23
**531** [1] - 342:7
**54** [1] - 148:12
**548** [1] - 17:7
**55** [1] - 148:12
**551(4** [1] - 296:16
**553(a)(1** [1] - 44:15
**553(d** [1] - 57:7
**57** [1] - 214:13
**575** [1] - 217:1
**579** [1] - 17:7
**580** [1] - 217:1
**593** [1] - 341:1
**5:24** [1] - 344:13
**5th** [2] - 262:24, 263:2

---

### 6

**6** [1] - 13:17
**60** [7] - 56:15, 56:19, 56:20, 118:6,
315:19, 316:3, 316:6
**60-day** [2] - 55:12, 55:13
**600** [1] - 14:16
**600,000** [1] - 14:16
**602** [1] - 153:20
**603** [3] - 153:20, 154:2, 164:5
**611** [1] - 1:21
**619-518-5357** [1] - 3:4
**63** [1] - 65:25
**66** [1] - 341:1
**68** [1] - 160:9
**69** [1] - 219:12
**6:23-cv-007** [1] - 1:3

---

### 7

**70** [6] - 152:9, 211:8, 217:4, 222:7, 222:18, 223:15
**713-250-5087** [1] - 3:8
**751** [1] - 44:16
**77002** [1] - 3:8
**78** [1] - 16:5
**78239** [1] - 2:23
**78711-2548** [1] - 2:4
**79** [1] - 4:5

---

### 8

**8** [2] - 218:11, 284:24
**8004** [1] - 3:7
**846** [1] - 337:25
**85** [1] - 233:3
**86** [2] - 262:9, 262:11
**868** [1] - 2:10
**88** [3] - 57:23, 261:3, 261:24
**896** [1] - 342:7

---

### 9

**9** [1] - 77:7
**900** [1] - 40:18
**90027** [1] - 2:17
**90095** [1] - 3:4
**95** [1] - 302:12
**97.5** [1] - 302:10
**984** [1] - 339:14
**987** [1] - 77:3
**9:06** [1] - 1:5
**9th** [3] - 13:18, 13:19, 13:20

---

### A

**A** [3] - 86:3, 205:25, 326:21
**a** [1046] - 5:6, 5:17, 5:23, 5:24, 6:4, 6:12, 6:13, 6:16, 6:20, 6:23, 6:25, 7:2, 7:3, 7:7, 7:9, 7:16, 8:6, 8:10, 8:15, 8:19, 8:22, 9:7, 9:15, 9:16, 9:17, 10:10, 10:24, 11:5, 11:8, 11:11, 11:21, 11:24, 12:1, 12:18, 13:15, 14:2, 14:14, 14:18, 14:19, 15:7, 15:12, 15:15, 15:25, 16:7,
16:8, 16:9, 16:17, 16:24, 17:14, 18:3, 18:14, 18:16, 19:9, 19:11, 19:12, 19:20, 20:2, 20:5, 20:20, 21:10, 21:14, 21:18, 22:7, 23:2, 23:21, 23:22, 24:15, 25:9, 25:15, 26:6, 26:10, 27:2, 27:23, 27:25, 28:5, 28:14, 29:18, 30:3, 30:6, 30:16, 30:19, 30:21, 31:3, 31:17, 31:18, 31:21, 31:25, 32:22, 33:14, 33:15, 34:3, 34:5, 34:16, 34:22, 35:1, 37:10, 37:17, 37:20, 38:6, 38:7, 39:25, 40:11, 40:12, 40:25, 41:1, 41:5, 41:8, 41:17, 42:7, 42:11, 42:15, 42:23, 43:2, 43:4, 43:14, 43:18, 44:13, 44:24, 45:9, 45:13, 45:22, 46:11, 46:18, 48:18, 48:20, 48:24, 48:25, 49:5, 49:9, 49:10, 49:13, 49:24, 50:25, 51:3, 51:4, 51:16, 52:2, 52:4, 52:6, 52:8, 52:18, 52:19, 53:3, 54:2, 54:8, 55:3, 55:12, 55:15, 55:24, 56:5, 56:10, 56:11, 56:12, 56:13, 56:14, 56:15, 56:17, 56:21, 56:22, 57:2, 57:4, 57:5, 57:7, 58:19, 59:17, 60:7, 60:12, 60:17, 60:24, 60:25, 61:2, 61:3, 61:9, 61:11, 61:14, 61:15, 61:17, 61:22, 61:23, 61:24, 62:9, 62:13, 62:17, 63:6, 63:8, 63:21, 64:4, 64:15, 64:16, 64:18, 64:22, 65:4, 65:6, 65:10, 65:14, 65:15, 66:6, 66:7, 67:2, 67:4, 67:7, 68:11, 68:21, 69:1, 69:13, 69:20, 69:21, 70:2, 72:7, 72:14, 74:2, 74:3, 74:9, 74:15, 74:16, 75:8, 75:25, 76:2, 77:15, 77:23, 78:11, 78:20, 78:22, 78:24, 79:10, 79:13, 80:3, 80:16, 81:8, 81:23, 81:24, 83:1, 83:21, 83:24, 84:1, 84:3, 84:4, 84:6, 84:13, 85:3, 86:15, 86:22, 87:18, 87:19, 87:21, 88:5, 88:22, 89:7, 89:22, 90:8, 90:11, 90:12, 90:15, 90:24, 91:1, 91:15, 92:3, 92:4, 92:12, 93:6, 93:8, 94:5, 94:23, 95:25, 96:2, 96:5, 96:12, 96:14, 96:18, 96:21, 97:20, 98:7, 98:17, 98:21, 99:11, 99:13, 99:15, 99:17, 99:18, 99:19, 99:20, 100:4, 100:5, 100:9, 100:16, 100:17, 100:18, 100:25, 101:1, 101:10, 102:1, 102:4, 102:20, 103:3, 103:4, 103:11, 103:15, 104:11, 104:21, 105:3, 105:23, 105:24, 106:9, 106:18, 106:23, 106:24, 107:8, 107:20, 107:22, 108:11, 108:19, 108:20, 108:23, 109:7, 109:21, 110:1, 110:5, 110:17, 110:24, 111:6, 111:7, 111:17, 111:19, 112:2, 112:4, 112:6, 112:13, 114:16, 114:17, 114:19, 114:20, 115:1, 115:17, 115:23, 115:24, 116:3, 116:7, 116:10, 117:2, 117:3, 117:5, 118:2, 118:3, 118:15, 118:23, 119:25, 120:2, 120:5, 120:17, 121:16, 122:12, 122:19, 122:25, 123:20, 123:24, 124:21, 125:1, 125:6, 125:24, 126:3, 126:14, 126:16, 127:19, 128:3, 128:10, 128:17, 130:9, 130:25, 131:5,

131:22, 132:10, 132:15, 132:17, 133:17, 133:24, 134:5, 134:6, 134:19, 135:2, 135:3, 136:11, 137:5, 137:9, 138:3, 138:12, 138:13, 138:23, 139:15, 139:21, 140:8, 140:14, 140:16, 140:24, 141:6, 142:7, 142:18, 142:22, 143:23, 145:9, 145:15, 145:17, 145:22, 147:11, 148:16, 148:20, 149:4, 149:22, 150:14, 150:15, 150:25, 152:7, 153:1, 153:4, 153:8, 153:9, 153:10, 153:14, 153:15, 153:22, 154:9, 154:13, 154:16, 154:19, 154:20, 154:24, 154:25, 155:7, 155:9, 155:11, 155:18, 155:20, 155:21, 155:22, 156:1, 156:9, 156:11, 156:13, 156:17, 156:20, 156:22, 157:4, 157:9, 157:12, 157:20, 157:21, 157:22, 158:6, 158:24, 159:14, 159:21, 160:3, 160:8, 160:12, 160:13, 160:25, 161:3, 161:4, 161:5, 161:6, 162:11, 162:18, 163:8, 163:13, 164:1, 164:24, 165:6, 165:14, 166:4, 166:6, 167:1, 167:3, 167:18, 168:4, 169:9, 169:12, 169:20, 170:22, 171:7, 172:7, 172:8, 172:10, 172:20, 173:4, 173:21, 173:25, 174:7, 174:15, 174:23, 175:4, 175:12, 175:18, 175:19, 176:3, 176:4, 176:5, 176:13, 176:17, 176:22, 177:9, 177:14, 178:5, 178:17, 179:5, 179:6, 179:8, 179:19, 180:7, 180:18, 180:20, 181:13, 181:19, 183:7, 183:12, 183:19, 183:23, 184:1, 184:11, 184:20, 185:11, 185:20, 185:21, 186:5, 186:7, 186:9, 187:16, 188:12, 188:13, 188:14, 188:23, 189:8, 190:25, 191:17, 191:23, 192:2, 192:3, 192:4, 192:5, 192:23, 193:6, 193:9, 193:16, 194:1, 194:2, 194:4, 195:7, 195:13, 195:19, 195:20, 196:3, 196:7, 197:2, 197:13, 198:3, 198:13, 199:6, 199:11, 199:13, 200:1, 200:22, 200:23, 201:13, 201:20, 201:23, 202:2, 202:4, 202:5, 202:7, 202:14, 202:16, 202:17, 203:13, 203:17, 203:19, 203:20, 204:2, 204:3, 204:10, 204:11, 204:23, 206:1, 206:2, 206:5, 206:16, 206:21, 208:5, 208:7, 208:8, 208:12, 208:25, 209:10, 209:17, 209:19, 209:22, 209:23, 210:1, 210:5, 210:19, 210:22, 211:24, 212:2, 212:3, 212:19, 212:21, 213:14, 213:21, 213:23, 214:2, 214:17, 214:18, 215:6, 215:8, 215:15, 215:16, 216:2, 216:9, 216:11, 216:12, 216:23, 217:6, 217:20, 218:6, 218:8, 218:18, 218:19, 218:21, 219:4, 219:6, 219:13, 220:3, 220:16, 222:11, 222:12, 223:12, 223:20, 224:2, 224:3, 224:4, 224:6, 224:7, 224:8, 224:20, 224:22, 224:24, 225:7, 225:11, 226:3, 226:6, 226:14, 226:16, 227:5, 227:6, 227:12, 227:25,

228:3, 229:6, 229:14, 229:21, 230:1, 230:3, 230:5, 230:11, 230:17, 230:20, 230:21, 231:1, 231:8, 231:16, 231:23, 232:22, 232:25, 233:3, 233:7, 233:11, 233:12, 233:18, 233:23, 234:1, 234:3, 235:14, 236:6, 237:5, 237:12, 237:13, 237:20, 238:2, 238:19, 239:18, 239:22, 240:8, 241:2, 241:21, 241:23, 242:2, 242:4, 242:6, 242:13, 242:21, 242:22, 242:25, 243:3, 243:4, 243:21, 244:20, 244:21, 245:7, 247:7, 247:11, 247:13, 247:14, 248:9, 248:10, 250:6, 250:20, 251:5, 251:12, 251:13, 251:23, 251:24, 252:1, 252:18, 252:23, 253:10, 253:14, 253:19, 254:9, 254:22, 254:23, 255:13, 257:9, 257:22, 258:3, 258:17, 258:25, 259:1, 259:10, 259:14, 259:15, 259:19, 260:1, 260:11, 260:23, 261:9, 262:4, 262:5, 262:13, 262:23, 262:25, 263:2, 263:18, 263:20, 265:8, 266:19, 267:5, 268:2, 268:17, 268:22, 270:19, 270:23, 271:19, 273:2, 273:7, 273:23, 274:3, 274:4, 274:18, 274:23, 275:9, 276:15, 277:3, 277:8, 277:13, 278:4, 278:11, 278:24, 279:15, 279:18, 279:22, 281:15, 281:21, 282:7, 282:11, 282:12, 282:17, 283:2, 283:6, 283:18, 283:25, 284:13, 284:21, 285:2, 285:16, 286:1, 286:2, 286:24, 286:25, 287:12, 287:15, 287:24, 288:1, 288:2, 288:21, 289:22, 291:3, 291:4, 291:14, 292:7, 292:9, 292:22, 292:24, 293:4, 293:7, 293:16, 293:18, 293:23, 294:8, 294:12, 295:13, 295:14, 295:16, 295:22, 296:1, 296:7, 296:8, 296:14, 296:15, 296:22, 296:24, 297:2, 297:4, 297:7, 297:15, 297:17, 297:20, 297:23, 298:2, 298:17, 298:18, 298:22, 298:25, 299:1, 299:5, 299:6, 299:10, 299:19, 299:20, 299:22, 299:24, 300:8, 300:9, 301:10, 301:15, 301:16, 301:25, 302:5, 302:17, 302:19, 302:20, 303:7, 303:13, 303:18, 304:2, 304:10, 304:12, 305:20, 305:21, 305:22, 306:2, 306:10, 306:15, 306:16, 306:23, 306:25, 307:4, 307:12, 307:13, 308:8, 308:21, 308:25, 309:2, 309:5, 309:19, 309:20, 310:4, 310:16, 310:20, 310:23, 310:24, 312:10, 312:20, 313:5, 314:2, 314:7, 315:3, 315:9, 315:17, 315:20, 316:3, 316:9, 316:11, 316:16, 316:17, 317:11, 317:24, 318:2, 318:5, 319:13, 319:14, 319:15, 319:18, 319:20, 319:21, 321:15, 321:22, 322:1, 322:2, 322:10, 322:14, 322:20, 322:25, 323:3, 323:8, 323:17, 323:20, 323:21, 324:23, 325:20, 326:8, 326:16, 327:2, 327:12, 327:14, 327:25, 328:1, 328:17,

328:18, 328:21, 328:22, 330:16, 331:17, 332:14, 332:16, 332:20, 332:22, 332:24, 333:12, 333:25, 334:3, 334:4, 334:5, 334:25, 335:16, 335:20, 336:16, 337:5, 337:9, 337:11, 337:13, 338:21, 339:22, 340:3, 340:7, 341:1, 341:4, 341:15, 341:20, 342:1, 342:6, 342:8, 342:21, 343:4, 343:10, 343:11, 344:3, 344:5, 344:16

**a-okay** [1] - 108:19

**a.m** [1] - 1:5

**abdication** [1] - 268:25

**Abel** [1] - 231:19

**abide** [1] - 323:24

**abiding** [1] - 321:3

**ability** [40] - 25:21, 32:25, 33:3, 34:11, 36:3, 36:14, 37:8, 37:10, 38:5, 41:3, 41:8, 41:9, 48:6, 49:18, 50:21, 51:12, 54:11, 55:15, 58:25, 59:19, 75:19, 76:10, 81:8, 82:9, 86:4, 138:15, 166:3, 198:21, 198:24, 199:10, 200:7, 261:6, 288:20, 292:4, 315:17, 315:18, 323:14, 327:6, 331:3, 331:15

**able** [33] - 7:7, 40:24, 49:17, 50:8, 51:5, 76:11, 76:23, 77:1, 80:10, 100:16, 105:7, 124:22, 134:21, 137:21, 179:15, 190:2, 229:23, 230:9, 230:12, 230:17, 230:22, 231:11, 232:8, 232:11, 233:24, 278:6, 286:19, 318:8, 318:18, 320:3, 323:6, 336:18, 342:3

**about** [271] - 8:1, 8:23, 9:24, 12:19, 15:15, 18:13, 19:16, 24:2, 24:12, 33:24, 35:2, 38:1, 38:14, 38:18, 42:21, 46:8, 47:4, 47:10, 52:17, 55:23, 57:10, 61:22, 61:23, 66:8, 66:10, 68:2, 72:18, 75:19, 78:1, 79:7, 81:1, 81:21, 83:11, 83:17, 83:19, 83:25, 84:7, 86:8, 87:19, 88:21, 89:8, 89:17, 89:18, 90:1, 90:8, 90:18, 92:11, 92:15, 93:6, 93:12, 93:22, 93:23, 94:10, 95:3, 95:5, 95:7, 95:15, 95:16, 95:21, 96:17, 97:2, 97:9, 97:10, 97:11, 97:13, 97:17, 100:5, 100:9, 100:10, 101:11, 102:3, 102:6, 102:13, 103:16, 103:20, 104:7, 104:8, 104:21, 105:14, 106:10, 108:9, 109:11, 110:8, 110:15, 115:1, 115:19, 116:15, 117:5, 118:5, 118:6, 118:9, 118:20, 120:4, 120:20, 123:7, 123:13, 124:18, 125:7, 125:12, 125:22, 128:1, 129:25, 130:5, 131:1, 131:9, 131:17, 136:3, 136:20, 137:6, 137:16, 138:8, 139:19, 140:5, 140:11, 140:14, 140:20, 142:11, 144:6, 145:9, 145:11, 146:4, 146:6, 147:12, 147:21, 147:23, 148:25, 149:21, 152:10, 153:15, 157:7, 158:3, 158:15, 158:25, 159:15, 160:6, 161:18, 162:5, 162:18, 162:20, 164:7, 166:3, 174:15, 178:7, 179:8, 183:19, 184:9, 185:21, 187:4, 193:17, 198:9, 198:10, 198:24, 198:25, 201:4,

202:10, 202:22, 202:25, 203:1,
206:21, 207:1, 208:4, 211:6, 211:15,
212:11, 218:22, 220:19, 221:16,
222:8, 224:21, 224:25, 225:1, 225:6,
225:7, 225:8, 225:21, 226:20, 227:17,
228:12, 228:15, 229:8, 229:9, 229:20,
229:24, 231:1, 231:16, 231:22, 232:9,
234:5, 234:9, 235:25, 236:1, 239:18,
240:3, 240:15, 243:3, 243:12, 243:24,
248:18, 251:4, 252:2, 252:5, 252:7,
252:9, 252:10, 252:13, 256:23,
260:20, 263:10, 265:9, 266:3, 267:12,
267:13, 268:20, 269:5, 270:2, 271:9,
275:2, 276:8, 277:12, 277:18, 280:10,
280:12, 280:16, 283:12, 283:13,
283:14, 285:11, 285:22, 286:8,
287:25, 294:14, 301:1, 302:15,
303:19, 304:5, 304:9, 309:19, 310:20,
311:5, 312:1, 312:21, 312:22, 313:2,
318:18, 322:1, 322:2, 323:1, 323:12,
327:17, 329:18, 329:19, 332:7, 333:6,
334:7, 334:12, 334:22, 335:12, 336:1,
336:5, 337:4, 337:22, 340:2, 340:9,
341:22, 342:19
**above** [4] - 121:12, 121:20, 121:24,
344:18
**above-entitled** [1] - 344:18
**abrogated** [1] - 336:11
**absent** [1] - 181:2
**absolutely** [5] - 116:3, 188:23, 206:14,
244:4, 274:20
**absorb** [1] - 124:19
**abuse** [1] - 213:6
**abused** [1] - 21:23
**accept** [12] - 46:9, 46:14, 46:16, 59:22,
76:2, 76:15, 82:8, 134:25, 138:23,
257:3, 258:23, 267:18
**acceptable** [2] - 95:11, 282:24
**accepting** [5] - 75:16, 131:1, 163:20,
261:17, 271:8
**accommodate** [2] - 124:22, 187:6
**accompanying** [1] - 88:11
**accomplish** [1] - 76:23
**Accords** [6] - 202:23, 208:4, 208:23,
212:24, 213:6, 213:13
**accords** [1] - 193:4
**account** [4] - 159:8, 255:1, 311:19,
328:6
**accrue** [1] - 50:1
**accrued** [1] - 288:12
**accumulated** [1] - 23:11
**accurate** [1] - 74:12
**achieved** [1] - 17:9
**acknowledge** [2] - 116:19, 204:2
**acknowledged** [3] - 107:5, 107:6,
327:25
**acquiesced** [3] - 22:14, 212:15, 222:19
**acquiescence** [1] - 215:21
**acquire** [2] - 36:13, 320:2
**acronym** [1] - 153:13

**across** [7] - 46:20, 210:9, 210:25,
220:14, 247:9, 249:16, 313:4
**Act** [10] - 22:3, 22:6, 152:24, 153:4,
153:12, 213:16, 213:22, 214:8, 322:11
**act** [4] - 153:2, 216:24, 234:23, 302:3
**acted** [6] - 138:17, 151:15, 151:17,
187:6, 301:17, 324:8
**acting** [2] - 294:4, 303:7
**Action** [3] - 2:16, 79:25, 147:17
**action** [66] - 21:21, 26:5, 26:7, 26:17,
43:19, 64:16, 65:1, 84:2, 91:1, 105:2,
105:3, 206:5, 236:3, 236:9, 236:11,
236:13, 241:2, 241:24, 244:2, 245:2,
245:6, 245:18, 275:3, 275:12, 283:8,
287:9, 287:16, 288:2, 288:15, 288:25,
289:6, 293:16, 293:19, 293:23,
293:25, 294:5, 294:6, 294:20, 294:21,
295:4, 295:6, 295:25, 296:23, 297:18,
297:24, 302:9, 308:10, 315:3, 319:3,
319:22, 321:16, 321:19, 324:6, 326:7,
327:13, 342:3, 342:16, 342:23, 343:2,
343:3, 343:12, 343:21
**actions** [16] - 22:16, 28:15, 44:17, 58:8,
75:4, 109:5, 183:1, 241:23, 245:4,
245:9, 245:24, 296:2, 317:4, 319:18,
343:6
**activity** [1] - 55:4
**actor** [1] - 328:18
**actors** [1] - 305:18
**acts** [5] - 236:7, 236:8, 339:15, 339:17,
343:3
**actual** [15] - 16:14, 18:25, 96:3, 111:3,
118:24, 122:21, 123:15, 148:19,
272:21, 278:12, 288:12, 290:4,
291:16, 296:6, 307:25
**actualized** [3] - 135:5, 272:14, 272:22
**actually** [47] - 42:14, 53:15, 82:13,
82:20, 85:1, 86:22, 96:2, 96:5, 122:25,
123:13, 138:20, 146:2, 148:1, 153:1,
172:23, 174:24, 175:3, 175:4, 211:17,
219:10, 219:16, 221:6, 226:2, 230:23,
233:19, 240:8, 246:13, 247:6, 249:3,
256:18, 256:19, 259:25, 260:3, 260:4,
272:11, 276:11, 280:14, 282:16,
283:21, 284:2, 285:13, 288:10, 300:2,
303:3, 305:9, 335:12, 337:24
**acutely** [1] - 330:22
**add** [9] - 7:24, 148:2, 149:24, 153:22,
155:23, 218:4, 221:9, 241:11, 334:16
**added** [10] - 19:18, 154:10, 155:11,
156:3, 156:5, 156:7, 164:6, 191:20,
197:11, 271:6
**addition** [8] - 14:22, 50:14, 97:21,
117:23, 149:24, 164:5, 232:15, 233:2
**additional** [27] - 7:24, 8:22, 10:1, 19:18,
63:20, 64:6, 115:20, 121:12, 121:13,
121:20, 124:9, 124:13, 133:15,
160:19, 186:11, 200:6, 218:17,
239:23, 274:20, 283:24, 285:4, 286:9,
286:10, 312:11, 317:7

**additionally** [1] - 191:5
**additions** [1] - 344:9
**address** [27] - 56:7, 65:11, 65:21, 78:6,
83:14, 94:3, 96:14, 102:2, 104:22,
104:23, 106:11, 147:21, 149:23,
155:8, 158:4, 163:25, 201:14, 202:2,
203:24, 208:21, 216:14, 218:21,
228:2, 267:25, 321:13, 335:6, 335:16
**addressed** [7] - 63:22, 254:21, 293:3,
297:9, 329:9, 334:6, 338:11
**addresses** [4] - 17:18, 94:2, 96:21,
334:7
**addressing** [8] - 14:24, 30:3, 46:3,
55:11, 92:24, 190:7, 201:19, 216:16
**adds** [1] - 202:12
**adduced** [1] - 84:22
**adequate** [1] - 81:11
**adequately** [7] - 26:2, 31:9, 41:15,
62:22, 63:24, 84:22
**adjourned** [1] - 344:11
**adjudicated** [1] - 158:12
**adjudicates** [1] - 280:1
**adjudication** [1] - 5:21
**adjudicator** [1] - 194:3
**adjust** [2] - 213:18, 214:11
**Adjustment** [4] - 213:16, 213:22, 214:8
**administering** [2] - 273:19, 276:20
**administration** [6] - 93:16, 190:23,
191:10, 193:20, 202:19, 207:2, 208:3,
208:6, 215:1, 237:11
**administration's** [1] - 46:1
**administrations** [5] - 191:11, 195:2,
195:4, 211:1, 215:22
**administrative** [4] - 78:5, 216:22,
242:18, 287:24
**administratively** [1] - 56:23
**admiring** [1] - 80:12
**admission** [3] - 73:22, 164:16, 182:11
**admit** [7] - 17:21, 18:2, 142:5, 153:10,
166:8, 271:11, 289:23
**admits** [1] - 147:3
**admitted** [11] - 11:10, 86:12, 103:3,
106:21, 124:2, 124:3, 144:12, 144:14,
170:2, 170:18, 243:21
**admitting** [3] - 117:1, 130:25, 189:24
**admonished** [1] - 107:19
**admonition** [1] - 97:24
**adopted** [9] - 92:20, 152:15, 195:2,
203:23, 211:1, 212:20, 212:22,
212:24, 220:21
**adoption** [4] - 93:8, 147:25, 148:7,
202:23
**adopts** [1] - 216:23
**advance** [13] - 10:10, 25:24, 43:8, 46:1,
58:5, 61:19, 62:7, 157:19, 207:2,
210:18, 215:23, 229:11, 299:20
**advanced** [6] - 43:1, 43:2, 43:8, 163:6,
193:9, 194:21, 201:8, 215:25
**advancement** [1] - 207:24
**advances** [5] - 16:2, 19:10, 22:12,

154:11, 241:14

**advancing** [3] - 55:18, 197:16, 216:16

**advantage** [1] - 247:12

**adverse** [1] - 35:17

**adversely** [1] - 192:23

**advocated** [1] - 180:10

**advocates** [1] - 94:12

**affairs** [18] - 18:10, 44:12, 44:14, 45:14, 45:16, 273:8, 312:21, 312:25, 313:3, 313:16, 314:7, 314:9, 314:10, 314:13, 314:15, 314:23, 314:24, 315:3

**affect** [12] - 52:12, 176:3, 176:5, 183:18, 244:12, 244:24, 245:17, 256:15, 269:10, 274:11, 275:15, 276:2

**affected** [16] - 7:15, 24:9, 55:4, 172:20, 172:23, 173:6, 173:24, 174:11, 174:17, 174:24, 176:2, 192:23, 223:24, 272:7, 291:4, 291:14

**affidavits** [2] - 138:2, 337:16

**affiliated** [1] - 207:7

**affirmance** [2] - 93:7, 123:5

**affirmative** [7] - 205:17, 215:19, 222:20, 236:3, 279:7, 279:19, 280:4

**affirmatively** [2] - 187:6, 212:12

**afforded** [1] - 201:24

**affords** [1] - 203:20

**Afghan** [1] - 192:9

**Afghanistan** [1] - 233:5

**Afghans** [1] - 214:22

**afield** [1] - 172:14

**after** [50] - 28:3, 34:6, 34:7, 34:21, 34:24, 61:15, 64:6, 75:10, 102:3, 107:3, 117:17, 129:7, 132:16, 133:6, 134:23, 135:20, 136:3, 138:15, 146:6, 146:7, 146:16, 157:16, 188:6, 194:13, 207:14, 209:7, 211:9, 213:19, 218:3, 219:6, 220:16, 237:25, 238:9, 241:12, 249:11, 255:9, 255:12, 256:15, 262:17, 262:23, 272:11, 273:3, 315:20, 318:17, 324:6, 334:15, 338:1, 343:9, 343:18

**after-the-fact** [1] - 28:3

**afternoon** [2] - 147:16, 224:22

**afterwards** [3] - 28:2, 265:16, 333:21

**again** [91] - 7:25, 8:8, 14:9, 15:6, 15:8, 16:4, 18:13, 23:14, 25:7, 31:14, 33:11, 34:11, 36:12, 36:16, 37:8, 38:1, 40:9, 40:15, 41:17, 41:19, 45:4, 45:19, 48:5, 53:8, 59:20, 60:15, 61:25, 65:19, 70:18, 70:23, 83:5, 84:15, 85:7, 86:2, 96:23, 99:3, 100:13, 102:17, 104:25, 106:22, 111:23, 115:1, 116:16, 119:18, 127:7, 129:1, 144:9, 148:9, 148:10, 152:24, 164:12, 181:7, 186:6, 186:14, 187:16, 188:11, 192:5, 193:2, 197:15, 199:25, 200:3, 200:19, 202:25, 205:6, 209:7, 209:17, 214:2, 214:17, 216:1, 216:5, 216:9, 224:16, 227:8, 231:21, 234:11, 261:9, 267:16, 272:9, 274:9, 286:6, 286:13, 295:7,

299:25, 305:7, 310:5, 320:24, 330:2, 330:16, 330:18, 336:17

**against** [20] - 17:10, 66:3, 67:15, 75:5, 83:9, 108:24, 165:10, 183:1, 220:12, 220:13, 236:7, 236:15, 243:10, 269:9, 281:10, 287:14, 303:22, 342:22, 342:23, 343:22

**age** [1] - 248:5

**aged** [2] - 250:19, 250:20

**agencies** [4] - 19:5, 316:21, 329:10, 341:9

**agency** [144] - 6:1, 6:24, 9:25, 11:13, 11:24, 12:2, 14:18, 14:19, 15:9, 15:10, 23:3, 23:25, 26:10, 26:15, 26:17, 27:4, 27:6, 27:7, 28:17, 29:1, 29:3, 29:7, 29:11, 30:2, 30:17, 31:2, 31:9, 31:12, 31:24, 33:12, 33:20, 34:3, 40:9, 40:11, 41:10, 41:15, 42:4, 43:4, 43:19, 44:10, 44:17, 46:11, 51:12, 54:11, 54:13, 54:22, 54:24, 55:12, 55:14, 56:4, 56:9, 56:17, 57:4, 57:12, 57:23, 58:9, 58:25, 59:19, 60:7, 60:9, 60:24, 61:18, 61:20, 62:22, 62:23, 63:16, 63:18, 64:1, 64:16, 72:15, 72:21, 200:12, 200:25, 241:23, 241:24, 244:2, 245:6, 275:3, 281:10, 281:12, 287:16, 287:17, 287:25, 288:2, 288:15, 288:25, 289:2, 289:6, 289:13, 291:3, 292:4, 292:23, 293:6, 293:16, 293:22, 293:23, 293:25, 294:5, 294:20, 295:4, 295:6, 295:18, 295:19, 295:25, 296:1, 296:9, 296:11, 296:23, 297:1, 297:4, 297:6, 297:18, 297:19, 297:24, 298:14, 300:12, 301:17, 302:2, 302:9, 304:6, 307:11, 307:19, 316:18, 317:1, 317:3, 317:4, 317:17, 319:17, 320:13, 324:6, 324:8, 328:4, 329:12, 330:11, 330:21, 331:23, 342:3, 342:9, 342:13, 342:16, 343:2, 343:12

**agency's** [9] - 38:2, 43:11, 48:6, 55:7, 65:1, 272:19, 291:18, 293:25, 315:3

**agenda** [1] - 44:19

**agent** [1] - 307:15

**agent's** [1] - 25:19

**aggregate** [3] - 10:13, 11:22, 310:1

**ago** [7] - 204:7, 214:13, 241:2, 242:3, 251:13, 256:3, 313:6

**agree** [31] - 13:2, 37:12, 51:7, 51:20, 98:19, 105:9, 105:12, 105:17, 105:25, 113:6, 114:6, 129:11, 132:1, 132:12, 132:17, 133:2, 171:12, 171:16, 172:14, 173:1, 173:20, 184:14, 200:22, 211:17, 225:2, 239:10, 271:12, 280:22, 291:22, 338:19

**agreed** [5] - 65:7, 148:17, 148:18, 248:21, 249:13

**agreeing** [2] - 247:9, 303:9

**agreement** [6] - 18:3, 46:14, 46:18, 55:19, 261:6, 313:23

**agreements** [3] - 245:5, 245:14, 269:6

**agrees** [1] - 10:18

**aha** [1] - 257:4

**ahead** [7] - 86:13, 145:11, 176:16, 201:3, 224:13, 242:17, 286:4

**aimed** [4] - 14:23, 55:10, 55:18, 56:8

**ain't** [1] - 111:2

**air** [3] - 35:24, 160:16, 336:15

**airport** [4] - 8:11, 8:19, 76:7, 229:5

**akin** [1] - 275:13

**AL** [3] - 1:3, 1:6, 1:9

**alien** [7] - 19:21, 19:22, 20:2, 111:5, 111:9, 193:6, 291:15

**aliens** [23] - 17:22, 19:3, 34:19, 127:12, 127:14, 127:17, 129:23, 129:25, 130:8, 130:12, 131:4, 132:2, 239:23, 254:6, 273:20, 274:19, 276:21, 320:11, 321:7, 322:15, 326:12, 327:3

**aliens'** [1] - 270:6

**Alight** [1] - 232:18

**alive** [3] - 338:18, 338:22, 339:10

**All** [1] - 259:9

**all** [217] - 5:2, 11:6, 12:9, 13:24, 14:3, 15:20, 22:13, 23:3, 31:4, 32:17, 41:18, 42:21, 43:11, 45:5, 45:6, 47:4, 57:5, 58:11, 59:23, 61:17, 67:3, 67:24, 70:6, 73:17, 73:18, 74:7, 74:18, 75:3, 75:7, 75:12, 75:13, 75:14, 75:16, 78:19, 79:2, 79:8, 79:9, 79:11, 79:22, 79:23, 79:24, 80:12, 81:3, 81:9, 82:17, 82:19, 83:18, 83:24, 86:24, 87:20, 89:24, 90:21, 91:19, 92:7, 92:8, 92:10, 92:11, 93:6, 94:10, 96:19, 98:24, 99:3, 99:20, 100:21, 106:8, 106:15, 109:15, 110:10, 110:11, 112:1, 112:8, 113:4, 115:9, 115:18, 116:4, 116:20, 117:18, 119:5, 120:2, 120:11, 122:23, 123:12, 124:2, 125:18, 125:20, 130:7, 131:18, 133:3, 133:13, 133:14, 133:16, 133:22, 135:4, 136:17, 136:22, 136:23, 137:2, 139:2, 141:4, 141:6, 141:8, 141:11, 141:20, 141:21, 143:20, 143:22, 145:14, 146:2, 146:10, 146:21, 147:8, 149:11, 149:20, 153:1, 153:14, 155:18, 156:2, 157:6, 157:14, 158:7, 162:7, 165:8, 167:18, 170:4, 171:9, 179:20, 182:25, 185:23, 194:14, 197:8, 201:2, 208:25, 209:5, 209:25, 210:18, 211:12, 217:8, 217:15, 218:11, 221:8, 224:8, 224:11, 224:17, 224:24, 225:2, 225:21, 226:18, 227:6, 230:15, 231:22, 234:7, 235:1, 236:16, 236:17, 238:20, 239:12, 240:21, 242:15, 243:5, 245:20, 245:25, 248:1, 249:14, 251:8, 253:16, 254:1, 254:15, 254:24, 254:25, 255:12, 255:20, 257:14, 257:15, 258:8, 259:12, 259:23, 264:23, 265:16, 267:24, 268:20, 269:10, 270:9, 271:25, 272:23, 274:15, 280:12, 284:3, 295:10,

295:13, 298:21, 301:23, 305:5, 315:2,
319:17, 321:10, 323:10, 323:12,
324:2, 327:22, 332:11, 333:22,
334:14, 335:14, 335:25, 336:1, 337:1,
338:10, 338:11, 339:8, 343:11, 344:4,
344:11
**allegation** [4] - 95:22, 145:14, 274:6,
277:15
**allegations** [8] - 86:10, 114:24, 242:23,
259:13, 259:18, 260:12, 277:12,
283:22
**allege** [7] - 85:14, 274:15, 275:17,
284:20, 286:10, 328:1, 331:21
**alleged** [9] - 84:20, 85:10, 142:3,
142:24, 222:2, 273:1, 276:18, 308:14
**alleges** [1] - 254:3
**alleging** [5] - 107:11, 130:13, 227:10,
246:1, 282:16
**Alliance** [1] - 242:3
**Allies** [2] - 192:5, 214:22
**allies** [1] - 192:9
**allocated** [2] - 124:15, 307:9
**allotted** [1] - 124:8
**allow** [11] - 11:14, 55:20, 56:4, 56:9,
67:11, 81:13, 123:25, 183:7, 229:3,
287:10, 321:7
**allowed** [10] - 23:25, 31:24, 33:1, 98:11,
98:16, 138:7, 200:10, 211:16, 267:7,
268:10
**allowing** [5] - 9:22, 11:13, 32:3, 165:4,
214:18
**allows** [4] - 49:24, 166:4, 203:18,
216:10
**alluding** [1] - 183:5
**almost** [3] - 218:12, 248:9, 334:2
**alone** [4] - 24:6, 179:22, 230:13, 234:23
**along** [5] - 159:2, 159:3, 210:10, 303:17,
306:14
**already** [32] - 58:19, 84:7, 87:14, 90:2,
92:2, 95:16, 101:12, 101:16, 101:19,
101:20, 102:25, 104:17, 120:19,
123:24, 124:8, 124:15, 148:23, 150:6,
156:6, 162:24, 167:4, 206:20, 211:14,
218:10, 224:21, 230:2, 254:9, 263:8,
279:24, 280:8, 285:15, 313:2
**also** [91] - 6:8, 9:14, 12:25, 13:12, 14:23,
17:17, 20:23, 21:9, 22:6, 22:15, 24:4,
24:6, 33:5, 33:6, 40:25, 47:16, 49:8,
54:21, 66:19, 72:25, 80:7, 96:11,
98:20, 101:24, 102:21, 103:5, 103:14,
104:10, 107:10, 109:3, 109:18,
109:25, 116:12, 117:2, 118:10,
124:18, 128:10, 132:9, 134:11,
142:16, 142:17, 143:22, 147:3,
149:22, 161:5, 164:17, 165:22,
185:10, 190:12, 194:17, 203:20,
204:22, 205:2, 205:3, 208:19, 211:9,
211:20, 212:8, 215:15, 218:16, 219:8,
219:23, 224:15, 227:8, 228:21,
229:10, 230:8, 230:9, 232:12, 237:12,

245:14, 261:22, 262:13, 268:1, 274:2,
274:9, 280:15, 282:1, 293:3, 300:12,
302:8, 304:8, 314:14, 314:17, 317:2,
317:3, 317:15, 328:16, 339:3, 340:3
**Alta** [1] - 240:21
**alter** [1] - 273:24
**altered** [1] - 26:5
**alternate** [5] - 152:5, 152:10, 190:16,
216:5, 222:5
**alternative** [2] - 54:10, 223:20
**alternatives** [1] - 199:2
**Although** [1] - 116:20
**although** [4] - 29:24, 38:1, 116:20,
151:19
**always** [9] - 30:11, 45:1, 116:9, 182:8,
229:19, 230:7, 255:15, 272:1, 322:2
**am** [173] - 5:5, 12:24, 22:19, 28:19, 62:2,
62:12, 66:7, 67:8, 74:15, 75:10, 76:8,
76:13, 78:13, 79:3, 79:25, 80:8, 80:9,
80:10, 82:4, 82:18, 82:21, 83:17,
83:21, 84:12, 87:9, 91:3, 91:13, 92:1,
93:10, 96:9, 97:9, 98:10, 98:16,
100:11, 102:10, 105:14, 108:22,
109:3, 110:22, 111:10, 111:21,
114:17, 115:18, 121:8, 121:16,
123:22, 125:8, 126:6, 129:11, 130:8,
131:8, 132:16, 133:2, 135:12, 136:18,
137:15, 137:16, 137:20, 142:15,
142:25, 143:10, 143:12, 144:22,
145:7, 147:11, 147:20, 149:20,
153:15, 168:15, 168:20, 168:23,
170:9, 170:12, 173:13, 176:11, 177:5,
178:6, 179:2, 179:11, 179:22, 179:25,
180:6, 180:18, 180:25, 182:8, 184:21,
186:1, 189:7, 193:17, 195:24, 196:17,
198:9, 198:10, 198:24, 199:6, 200:3,
200:20, 201:4, 211:6, 224:5, 224:7,
224:15, 224:20, 226:2, 226:5, 227:25,
228:9, 229:22, 230:8, 234:3, 234:9,
236:18, 237:4, 239:20, 240:5, 244:13,
244:14, 248:4, 248:18, 248:19, 249:2,
250:18, 253:25, 255:13, 257:1,
257:19, 257:20, 265:8, 265:20, 267:7,
268:9, 269:13, 272:23, 273:11, 277:1,
280:15, 282:25, 283:1, 283:12,
283:13, 287:9, 287:10, 291:22, 297:9,
298:22, 299:9, 303:9, 303:20, 305:23,
306:3, 306:20, 308:6, 311:3, 324:21,
329:25, 330:18, 333:2, 335:24, 336:2,
336:12, 336:18, 338:13, 340:12
**amazing** [1] - 308:23
**amend** [5] - 126:17, 189:2, 212:17,
216:24, 217:4
**amended** [16] - 17:2, 80:24, 84:20,
85:12, 125:14, 151:20, 157:1, 163:21,
191:20, 222:11, 235:2, 270:20,
270:25, 271:5, 307:11, 322:8
**amendment** [3] - 6:9, 153:4, 188:7
**amendments** [31] - 6:1, 10:25, 15:17,
15:18, 15:22, 15:24, 15:25, 16:4, 16:6,

16:14, 16:16, 16:21, 17:5, 17:20,
17:22, 18:10, 18:12, 18:20, 18:24,
19:1, 20:16, 22:11, 23:18, 152:13,
211:23, 213:3, 213:10, 298:9, 298:13,
310:7, 310:8
**America** [2] - 1:21, 108:21
**American** [3] - 44:16, 206:11, 233:6
**amici** [1] - 106:14
**amicus** [5] - 86:21, 87:4, 87:5, 87:7,
148:9
**among** [4] - 159:24, 192:11, 203:25,
223:2
**amount** [6] - 56:10, 90:16, 119:3,
248:10, 282:17, 334:3
**an** [252] - 6:5, 6:13, 7:15, 7:21, 8:1, 8:7,
8:8, 8:11, 8:19, 9:17, 10:13, 11:7,
15:12, 16:22, 16:23, 25:19, 26:15,
26:17, 26:19, 28:3, 30:5, 30:12, 30:17,
30:21, 31:18, 34:2, 36:16, 37:2, 37:17,
39:5, 39:8, 40:2, 40:9, 40:13, 42:23,
44:2, 44:23, 46:17, 50:17, 57:24,
58:13, 61:7, 61:8, 63:1, 63:11, 67:10,
67:20, 68:12, 69:3, 70:24, 71:2, 71:3,
71:14, 74:6, 74:8, 81:7, 81:16, 84:9,
84:10, 87:7, 88:1, 94:13, 97:23,
100:12, 102:24, 103:1, 104:15,
107:12, 108:5, 112:14, 115:25, 117:7,
118:21, 118:25, 119:6, 119:23,
120:21, 123:25, 124:6, 124:16,
126:14, 126:23, 127:6, 129:22,
130:18, 133:4, 133:5, 133:7, 137:25,
139:3, 141:11, 142:1, 144:19, 147:1,
151:7, 151:8, 152:5, 152:10, 153:13,
154:20, 154:25, 160:15, 161:4, 162:1,
163:8, 163:12, 163:14, 163:18,
163:25, 164:13, 165:17, 165:18,
167:3, 167:25, 168:3, 169:14, 170:20,
170:25, 172:15, 172:19, 173:20,
173:23, 174:3, 175:20, 176:6, 177:21,
178:8, 179:1, 179:4, 179:11, 180:4,
180:17, 180:22, 189:10, 190:4,
191:17, 192:6, 195:19, 196:17,
197:25, 198:13, 206:14, 213:6, 216:3,
216:22, 217:9, 217:11, 217:25,
218:10, 218:14, 218:17, 219:14,
219:19, 219:20, 220:25, 221:4,
221:13, 222:5, 222:14, 225:11,
227:10, 228:7, 228:16, 230:3, 232:5,
232:18, 235:5, 235:16, 235:20, 236:6,
236:14, 236:20, 237:6, 237:12,
239:11, 244:20, 248:3, 248:16,
248:19, 256:5, 256:18, 258:25,
259:15, 262:9, 267:16, 268:24,
273:22, 274:17, 274:18, 275:19,
279:25, 280:1, 281:10, 281:11,
281:19, 282:9, 282:23, 285:4, 285:23,
287:20, 287:25, 288:13, 288:22,
289:23, 290:4, 291:4, 292:19, 293:5,
296:7, 296:9, 296:14, 297:1, 297:2,
297:18, 307:14, 308:12, 308:13,

308:19, 309:18, 310:2, 310:13,
312:10, 314:2, 315:9, 317:11, 319:16,
319:22, 320:8, 320:9, 321:2, 321:11,
322:1, 322:17, 323:4, 325:12, 325:23,
326:7, 327:4, 327:5, 327:7, 327:10,
327:20, 333:10, 335:21, 337:1, 343:2,
343:10
**analogizing** [1] - 49:9
**analogy** [1] - 113:24
**analysis** [27] - 26:21, 31:1, 52:15, 53:9,
53:14, 62:25, 92:16, 95:17, 97:24,
100:7, 101:7, 101:24, 113:2, 128:15,
139:17, 174:13, 180:1, 225:6, 226:21,
227:1, 252:12, 252:15, 253:23, 273:2,
308:18, 318:21
**analyze** [1] - 70:2
**analyzed** [2] - 135:1, 136:15
**analyzing** [2] - 113:7, 134:4
**AND** [1] - 1:8
**and..** [1] - 311:10
**Angeles** [2] - 2:17, 3:4
**animal** [1] - 218:14
**announce** [3] - 55:12, 262:6, 316:1
**announced** [5] - 156:19, 237:11,
237:12, 262:18, 262:23
**announcement** [8] - 55:3, 55:8, 58:5,
262:1, 262:4, 262:5, 262:11, 314:20
**annoying** [1] - 316:23
**annual** [1] - 165:10
**another** [37] - 11:15, 19:8, 21:8, 21:10,
21:17, 44:19, 45:1, 45:24, 46:14, 49:4,
66:15, 69:3, 70:1, 102:24, 116:15,
135:23, 143:5, 147:6, 149:7, 164:10,
182:13, 190:12, 190:15, 194:25,
199:20, 209:8, 210:17, 221:8, 231:25,
233:21, 245:23, 245:24, 285:14,
308:11, 339:11, 341:7
**answer** [29] - 22:20, 27:24, 40:1,
116:14, 117:7, 118:19, 136:22, 166:9,
171:17, 171:20, 172:1, 175:24,
178:13, 178:21, 178:24, 179:21,
181:21, 183:21, 198:16, 204:17,
271:20, 278:6, 297:12, 299:7, 299:9,
302:19, 304:1, 306:1, 316:24
**answered** [2] - 72:20, 137:4
**answers** [3] - 146:21, 266:15, 271:13
**ante** [2] - 326:18, 327:12
**anticipate** [4] - 115:5, 115:14, 164:25,
337:14
**anticipated** [5] - 18:20, 19:3, 317:9,
317:21, 333:24
**anticipates** [2] - 55:14, 331:5
**Antonio** [1] - 2:23
**any** [127] - 11:1, 21:21, 26:5, 26:6,
27:12, 27:14, 27:16, 29:25, 30:9, 40:4,
40:5, 42:5, 42:19, 43:21, 48:21, 49:1,
51:15, 52:25, 54:1, 54:15, 56:21,
58:23, 59:6, 60:8, 65:5, 67:25, 68:19,
69:6, 69:15, 71:2, 82:16, 85:16, 92:18,
94:5, 107:11, 108:8, 109:24, 109:25,

111:11, 112:12, 128:24, 129:8,
139:16, 141:1, 141:5, 143:15, 149:10,
151:18, 180:23, 181:2, 186:17,
188:15, 194:5, 195:10, 201:11, 217:5,
221:11, 222:22, 223:17, 225:2,
225:24, 226:10, 226:12, 234:12,
235:10, 236:3, 241:7, 241:18, 242:2,
243:25, 244:24, 249:6, 253:2, 253:7,
263:18, 264:6, 264:11, 264:19,
265:20, 266:10, 268:11, 273:3, 275:4,
275:17, 278:19, 278:21, 283:13,
288:17, 288:18, 289:21, 291:12,
292:17, 293:25, 301:8, 303:17,
304:18, 305:2, 305:23, 307:20, 308:2,
308:6, 309:12, 309:13, 312:17,
312:18, 314:4, 325:5, 327:17, 327:21,
328:25, 331:11, 331:20, 332:5,
335:19, 339:16, 341:10, 341:13,
341:17, 342:22, 342:23, 343:5, 343:8,
343:21
**anybody** [19] - 51:6, 54:5, 66:5, 73:4,
82:18, 129:8, 169:22, 171:3, 224:6,
239:10, 264:19, 268:11, 270:9,
290:21, 300:14, 308:21, 332:11,
333:3, 344:9
**anymore** [3] - 70:2, 105:24, 325:14
**anyone** [8] - 139:9, 183:7, 241:25,
288:21, 320:3, 343:9, 343:22, 344:2
**anything** [32] - 54:2, 60:9, 78:2, 78:3,
96:10, 97:23, 134:12, 143:25, 144:4,
145:1, 149:24, 174:15, 176:21,
181:17, 189:1, 189:18, 198:1, 234:4,
238:18, 252:7, 255:14, 275:4, 276:1,
276:2, 281:21, 291:23, 312:8, 332:12,
333:3, 335:5, 337:12, 340:13
**anytime** [1] - 200:17
**anyway** [3] - 109:18, 138:22, 267:17
**APA** [25] - 30:5, 30:8, 30:12, 30:17,
52:25, 57:3, 57:6, 63:4, 63:7, 64:5,
104:12, 200:16, 217:22, 239:5, 239:6,
247:14, 259:2, 287:25, 296:16,
296:24, 300:23, 308:13, 323:6, 326:7,
327:11
**apart** [4] - 105:11, 215:19, 313:23, 337:6
**apologize** [6] - 53:22, 186:17, 211:11,
237:9, 288:5, 297:13
**appeal** [4] - 63:20, 156:16, 294:8,
294:11
**appealed** [2] - 294:11, 294:24
**Appeals** [2] - 191:6, 191:9
**Appeals'** [1] - 205:10
**appear** [1] - 117:20
**appearance** [1] - 310:14
**APPEARANCES** [3] - 1:18, 2:1, 3:1
**appears** [4] - 80:21, 89:17, 89:18, 128:9
**appellate** [1] - 338:23
**apples** [3] - 233:12, 250:18
**applicability** [1] - 296:9
**applicable** [4] - 26:21, 26:22, 26:24,
50:12

**applicant** [7] - 7:1, 7:23, 11:9, 156:1,
170:23, 174:23, 187:18
**application** [27] - 5:25, 6:3, 7:6, 7:24,
8:1, 8:4, 8:6, 71:20, 73:7, 157:7,
157:8, 157:17, 158:16, 158:18,
158:19, 159:1, 159:2, 159:9, 159:10,
279:25, 285:2, 287:20, 287:23, 307:9,
321:8, 339:25
**applications** [12] - 9:8, 155:21, 158:10,
158:12, 295:19, 295:21, 306:10,
306:14, 307:6, 307:19, 308:2, 311:8
**applied** [7] - 175:2, 175:4, 182:5, 288:2,
295:8, 298:23, 314:2
**applies** [19] - 5:24, 6:25, 19:23, 41:25,
44:13, 44:15, 44:17, 52:15, 54:22,
54:24, 55:2, 57:4, 105:24, 217:3,
291:3, 297:15, 297:25, 312:9
**apply** [40] - 6:23, 9:16, 10:16, 10:17,
11:12, 11:21, 12:4, 15:7, 15:11, 20:12,
24:15, 25:9, 25:15, 25:17, 25:23, 43:7,
45:14, 45:18, 45:21, 64:9, 64:25,
65:18, 106:1, 161:23, 199:20, 200:24,
263:17, 282:2, 287:10, 289:4, 297:18,
297:20, 298:1, 298:3, 298:14, 298:16,
305:18, 313:12, 340:8
**applying** [3] - 47:11, 72:3, 314:5
**appreciate** [5] - 78:19, 146:10, 177:4,
238:24, 301:11
**approach** [3] - 28:23, 43:14, 209:1
**approached** [1] - 139:25
**appropriate** [12] - 12:1, 60:7, 66:11,
81:12, 114:20, 138:23, 140:12, 194:2,
234:13, 238:14, 265:15, 288:24
**appropriately** [1] - 149:11
**Appropriations** [1] - 22:3
**appropriations** [2] - 21:6, 22:1
**approval** [18] - 150:22, 158:5, 159:5,
159:12, 161:19, 162:3, 162:5, 211:21,
212:5, 212:6, 215:11, 215:12, 215:16,
215:20, 302:16, 303:4, 306:8, 306:25
**approvals** [1] - 306:18
**approved** [10] - 73:24, 158:13, 161:24,
211:8, 219:18, 219:19, 219:21, 230:3,
302:10, 307:22
**approving** [1] - 303:5
**approximately** [4] - 12:18, 14:16, 262:2,
330:24
**April** [1] - 253:18
**Arauz** [3] - 219:17, 219:20, 230:9
**arb** [1] - 64:17
**arbitrarily** [2] - 301:18, 302:3
**arbitrary** [35] - 22:21, 23:6, 23:10,
30:21, 31:8, 36:16, 36:24, 38:7, 38:10,
40:8, 40:10, 41:14, 41:18, 43:15,
62:11, 62:15, 62:21, 63:4, 63:12,
63:15, 63:25, 64:4, 64:9, 64:17, 65:2,
104:23, 151:1, 217:22, 217:24, 221:3,
222:25, 223:14, 293:11, 319:16,
319:23
**arbitrary-and-capricious** [1] - 22:21

**are** [584] - 5:4, 5:13, 6:7, 7:3, 7:14, 7:15, 8:4, 9:6, 9:14, 10:10, 10:12, 10:19, 11:1, 11:20, 11:23, 12:20, 13:6, 14:4, 14:11, 14:12, 15:6, 15:8, 15:9, 15:10, 15:22, 16:14, 18:1, 19:24, 20:19, 21:1, 22:13, 23:10, 24:2, 24:6, 24:11, 24:12, 24:15, 25:5, 25:6, 25:14, 25:20, 26:9, 26:13, 26:14, 26:18, 26:20, 27:8, 27:11, 27:15, 27:21, 27:25, 28:16, 29:7, 29:9, 29:23, 29:25, 30:3, 30:4, 31:6, 32:19, 33:7, 33:8, 33:14, 33:23, 34:23, 36:4, 36:6, 36:12, 37:13, 37:21, 39:4, 39:9, 39:19, 39:22, 40:19, 41:18, 43:20, 44:4, 44:9, 44:17, 44:21, 45:8, 46:4, 46:21, 47:6, 48:3, 48:15, 50:17, 51:3, 51:9, 51:17, 53:1, 53:10, 53:15, 53:25, 54:5, 54:10, 54:25, 56:8, 60:14, 61:19, 61:22, 66:10, 67:2, 67:6, 69:5, 70:25, 71:19, 72:10, 73:15, 75:16, 75:19, 76:1, 76:18, 77:17, 77:21, 77:23, 78:9, 78:21, 80:16, 81:1, 81:9, 81:11, 82:17, 82:19, 83:8, 83:11, 83:19, 84:1, 84:2, 84:13, 84:20, 85:1, 85:13, 85:14, 85:15, 86:1, 86:6, 86:10, 86:14, 87:6, 87:9, 87:13, 87:14, 88:9, 88:11, 89:4, 89:7, 89:13, 89:14, 89:15, 89:25, 90:6, 90:17, 90:25, 91:1, 91:5, 91:18, 91:21, 91:23, 92:5, 93:18, 93:22, 94:10, 95:5, 95:7, 97:11, 98:7, 99:3, 99:9, 100:5, 100:9, 101:3, 101:6, 101:8, 101:22, 102:7, 103:19, 103:20, 104:4, 104:8, 104:17, 104:25, 106:6, 107:5, 107:7, 107:11, 107:19, 108:1, 108:8, 108:17, 108:9, 109:11, 109:16, 109:17, 110:3, 110:16, 110:17, 110:18, 112:4, 112:11, 112:23, 112:24, 113:14, 113:17, 113:22, 113:25, 114:3, 115:10, 115:12, 117:1, 117:9, 117:24, 118:1, 119:19, 120:4, 120:22, 121:7, 121:9, 122:23, 123:17, 123:24, 124:5, 124:25, 125:4, 125:7, 125:9, 125:10, 125:12, 125:17, 126:15, 126:22, 127:11, 127:12, 127:13, 127:23, 128:6, 128:7, 128:14, 129:21, 130:10, 130:15, 130:24, 131:1, 131:4, 131:5, 131:6, 131:17, 132:2, 132:18, 132:22, 133:5, 133:6, 133:14, 133:16, 133:20, 133:23, 134:21, 135:11, 136:12, 136:22, 137:2, 138:7, 140:6, 140:19, 140:21, 140:22, 141:15, 141:18, 143:5, 143:8, 143:10, 143:22, 147:4, 149:5, 149:20, 149:22, 150:11, 150:16, 150:25, 151:2, 151:6, 151:9, 152:14, 153:18, 154:4, 154:5, 154:15, 155:1, 155:16, 156:15, 156:21, 158:21, 159:3, 159:5, 159:16, 159:23, 160:7, 160:21, 160:24, 160:25, 161:1, 161:8, 161:23, 163:3, 163:15, 164:2, 164:18, 165:16, 165:24, 166:2, 167:15, 168:3, 168:13, 169:11, 170:4, 173:17, 173:19, 173:23, 174:16, 174:17, 175:5, 175:6, 175:14, 176:3, 177:20, 177:24, 178:1, 178:10, 178:18, 179:24, 180:3, 180:15, 180:20, 180:21, 181:13, 181:21, 182:5, 183:19, 183:24, 185:17, 187:24, 188:4, 188:5, 189:14, 194:5, 194:15, 194:17, 194:22, 194:25, 198:23, 199:8, 199:12, 201:8, 203:23, 204:24, 205:22, 208:25, 209:3, 209:16, 210:24, 211:3, 212:7, 214:6, 214:9, 214:10, 215:24, 216:2, 216:3, 217:9, 217:15, 217:21, 219:4, 219:6, 219:8, 220:7, 220:9, 220:10, 220:15, 221:18, 221:22, 222:10, 222:18, 222:21, 222:25, 225:24, 227:20, 228:6, 228:8, 228:20, 230:5, 230:14, 230:23, 231:10, 231:14, 233:8, 234:25, 236:2, 236:13, 238:20, 238:21, 239:13, 243:9, 243:11, 243:12, 243:14, 244:2, 244:9, 244:11, 244:22, 245:6, 245:11, 245:15, 245:16, 246:4, 246:15, 247:6, 247:15, 247:19, 248:21, 248:23, 248:24, 249:7, 249:8, 249:10, 249:18, 249:21, 249:23, 249:25, 251:8, 251:14, 252:20, 253:11, 253:23, 254:8, 256:14, 256:19, 257:15, 257:20, 257:24, 258:1, 258:8, 258:13, 258:14, 258:16, 258:24, 259:14, 261:13, 263:17, 265:7, 266:8, 268:10, 268:16, 269:8, 270:1, 271:16, 271:20, 272:23, 273:1, 273:6, 273:16, 274:11, 274:18, 274:20, 275:1, 275:13, 276:5, 276:6, 276:10, 276:24, 277:11, 277:18, 277:23, 278:2, 278:9, 278:14, 278:15, 278:19, 279:15, 280:8, 280:16, 280:24, 281:21, 282:23, 282:25, 283:16, 283:22, 284:21, 286:14, 287:12, 287:17, 288:4, 289:1, 290:1, 290:7, 292:16, 295:11, 295:15, 296:1, 296:5, 296:6, 296:20, 298:5, 303:19, 303:20, 305:10, 305:11, 306:14, 306:19, 306:24, 307:3, 307:4, 307:8, 307:9, 307:21, 308:1, 309:3, 309:10, 309:19, 311:7, 311:8, 313:15, 313:16, 315:16, 316:2, 316:7, 316:13, 316:18, 319:7, 320:5, 320:17, 320:18, 320:20, 320:22, 321:1, 321:5, 322:24, 323:6, 323:21, 323:23, 324:20, 325:20, 326:10, 326:13, 326:21, 328:8, 329:13, 330:9, 330:17, 330:20, 337:6, 339:14, 339:25, 341:2, 341:14, 342:21

**area** [4] - 7:15, 65:17, 69:2, 233:19

**aren't** [22] - 14:12, 14:13, 24:5, 24:14, 50:2, 51:5, 64:11, 64:13, 64:14, 71:3, 102:4, 143:2, 143:8, 151:3, 188:10, 218:4, 218:23, 221:10, 282:22, 321:17, 328:9

**arguably** [3] - 53:14, 198:19, 285:16

**argue** [15] - 23:12, 45:12, 49:5, 53:16, 53:17, 60:6, 137:21, 138:7, 155:3, 164:17, 187:3, 272:25, 274:7, 295:8, 297:6

**argued** [10] - 67:15, 138:3, 151:5, 211:14, 216:1, 217:8, 294:14, 294:18, 295:5

**argues** [8] - 16:11, 24:20, 151:2, 152:3, 154:13, 154:14, 154:17, 188:10

**arguing** [4] - 151:13, 254:8, 273:6, 303:19

**argument** [43] - 26:5, 80:5, 93:5, 107:25, 108:1, 109:4, 115:9, 128:11, 128:20, 128:25, 129:10, 129:12, 130:15, 130:19, 131:20, 133:5, 135:22, 149:20, 155:7, 155:8, 158:3, 158:4, 218:20, 252:3, 252:20, 252:22, 258:10, 263:10, 267:17, 269:23, 270:9, 271:18, 272:19, 273:9, 289:9, 290:24, 291:19, 292:9, 292:17, 298:6, 308:17, 313:13, 319:16

**arguments** [20] - 15:14, 59:9, 80:4, 81:22, 112:22, 127:4, 138:19, 139:1, 141:7, 144:10, 154:11, 217:21, 222:4, 270:2, 283:20, 304:5, 313:15, 324:2, 335:11, 340:16

**ARGUMENTS** [2] - 4:2, 4:4

**arise** [1] - 125:18

**arisen** [1] - 39:6

**arises** [2] - 53:23, 250:14

**Arizona** [1] - 325:4

**Arkansas** [1] - 228:24

**Armando** [1] - 2:2

**armed** [1] - 215:2

**arms** [1] - 108:9

**around** [17] - 53:17, 64:2, 105:4, 106:10, 113:23, 126:23, 146:12, 149:17, 151:7, 151:8, 164:20, 175:11, 216:4, 234:8, 237:25, 271:23, 302:11

**arrange** [1] - 8:18

**arrest** [7] - 50:16, 50:17, 51:6, 54:4, 273:24, 285:17, 287:4

**arrested** [2] - 54:6, 285:16

**arrests** [5] - 48:1, 51:2, 51:20, 53:25, 273:25

**arrival** [1] - 331:15

**arrivals** [5] - 14:7, 58:21, 58:22, 88:2, 262:16

**arrive** [5] - 8:19, 9:23, 13:13, 14:9, 232:21

**arrived** [1] - 194:13

**arriving** [6] - 14:17, 14:20, 40:13, 41:7, 73:17, 331:13

**Article** [22] - 50:15, 51:23, 52:8, 52:17, 52:19, 53:9, 53:14, 65:10, 65:18, 65:20, 70:18, 71:5, 206:6, 206:11, 239:9, 278:9, 278:14, 278:20, 281:9, 323:4, 323:5, 336:20

**articulate** [4] - 166:17, 168:22, 168:23, 218:8

**articulated** [6] - 26:3, 138:14, 139:8, 185:17, 193:13, 201:11

**articulately** [1] - 292:1
**articulates** [2] - 31:3, 193:8
**as** [349] - 5:17, 5:22, 6:16, 7:5, 7:7, 9:4, 9:5, 10:8, 10:23, 13:7, 13:15, 14:7, 14:15, 17:5, 17:18, 20:21, 20:23, 21:12, 22:3, 24:4, 24:16, 26:6, 27:20, 29:5, 29:13, 30:1, 30:13, 30:16, 30:25, 31:2, 31:18, 32:11, 33:11, 33:21, 35:5, 36:5, 36:11, 36:18, 37:21, 38:12, 39:12, 40:8, 40:15, 41:22, 42:25, 43:2, 43:16, 43:18, 45:1, 45:4, 45:25, 46:18, 50:6, 50:13, 51:25, 52:2, 52:4, 52:20, 54:9, 54:15, 55:6, 58:7, 58:18, 60:12, 60:25, 62:17, 63:6, 64:22, 66:25, 69:19, 70:14, 71:7, 73:10, 73:11, 74:3, 75:15, 78:6, 79:12, 81:3, 82:23, 83:18, 85:7, 86:15, 86:17, 93:6, 94:4, 94:5, 94:12, 97:23, 97:25, 99:15, 100:11, 102:5, 102:15, 105:5, 105:6, 105:9, 106:17, 108:4, 108:15, 110:4, 110:18, 111:1, 112:6, 112:7, 112:8, 112:13, 112:25, 115:22, 117:20, 117:21, 117:22, 118:14, 119:24, 121:25, 126:5, 126:16, 127:15, 127:19, 128:23, 129:7, 129:8, 132:1, 132:3, 137:7, 137:8, 137:16, 147:19, 147:25, 151:13, 152:21, 153:9, 153:10, 153:13, 154:25, 157:13, 159:13, 161:12, 161:22, 162:14, 163:12, 163:14, 165:1, 165:13, 166:18, 168:10, 170:23, 170:25, 171:17, 172:15, 172:17, 172:25, 179:8, 180:22, 183:6, 184:24, 185:7, 185:20, 185:22, 187:25, 188:15, 188:23, 190:25, 191:19, 192:3, 192:23, 194:7, 194:22, 196:4, 196:16, 196:17, 197:25, 199:24, 200:20, 201:17, 201:23, 202:4, 204:18, 206:13, 206:15, 207:15, 208:1, 210:4, 210:7, 211:1, 211:6, 213:9, 213:13, 213:14, 218:12, 219:1, 219:2, 220:1, 220:8, 220:12, 220:13, 223:13, 223:14, 223:25, 226:14, 228:7, 228:12, 228:18, 228:22, 229:2, 229:13, 229:24, 230:20, 231:16, 231:18, 231:23, 232:5, 232:6, 233:5, 233:6, 233:12, 239:3, 240:8, 240:16, 240:23, 241:20, 242:9, 242:24, 247:25, 250:14, 254:24, 255:21, 257:12, 257:22, 257:23, 259:13, 259:18, 259:21, 259:22, 260:14, 261:7, 261:14, 262:8, 263:13, 263:18, 263:19, 263:25, 265:13, 265:15, 265:17, 265:19, 266:18, 267:4, 267:5, 267:25, 269:17, 270:23, 271:1, 272:18, 273:8, 273:16, 273:24, 274:3, 276:23, 277:16, 277:25, 279:6, 280:5, 283:15, 285:3, 285:14, 285:24, 285:25, 286:1, 286:13, 286:16, 287:18, 287:20, 290:13, 291:6, 292:4, 293:22, 298:23, 300:16, 302:5,

302:12, 303:13, 304:10, 304:12, 305:6, 305:21, 310:1, 310:16, 313:4, 313:5, 315:8, 315:14, 316:16, 317:24, 318:3, 318:8, 318:23, 319:7, 319:16, 320:20, 322:2, 322:10, 323:17, 324:2, 332:16, 334:9, 334:19, 336:8, 336:11, 336:20, 341:4, 341:15, 343:3
**As** [5] - 240:21, 241:2, 259:21, 262:19, 322:13
**aside** [2] - 93:17, 335:19
**ask** [32] - 6:11, 8:20, 8:21, 13:2, 27:9, 27:23, 32:6, 34:15, 57:20, 68:6, 108:16, 112:21, 129:18, 131:24, 149:20, 174:20, 175:25, 178:5, 224:5, 254:20, 265:8, 306:11, 306:12, 324:20, 324:21, 326:20, 329:17, 332:3, 333:5, 343:20
**asked** [24] - 38:13, 72:17, 82:2, 104:6, 104:10, 109:11, 116:15, 117:5, 159:17, 160:6, 172:7, 176:24, 177:21, 184:6, 184:8, 188:25, 204:7, 218:22, 235:22, 235:24, 297:11, 329:18, 329:19
**asking** [43] - 12:24, 24:17, 66:23, 81:25, 83:6, 92:10, 104:10, 104:21, 133:2, 143:10, 143:12, 147:23, 159:15, 167:3, 168:20, 168:23, 169:2, 171:24, 172:4, 172:5, 175:4, 176:7, 176:9, 176:11, 178:7, 180:18, 182:8, 189:7, 217:11, 220:19, 223:11, 225:14, 228:16, 235:21, 235:25, 236:2, 236:24, 238:12, 255:20, 283:14, 291:22, 303:20, 324:19
**asleep** [1] - 216:19
**aspect** [5] - 47:6, 57:18, 198:4, 257:17, 284:19
**aspects** [2] - 25:3, 68:2
**aspire** [1] - 79:6
**assert** [7] - 52:22, 54:14, 59:13, 65:8, 71:9, 115:3, 128:6
**asserted** [16] - 26:9, 27:18, 52:3, 67:19, 80:21, 80:23, 81:4, 81:14, 82:23, 83:10, 86:17, 125:17, 126:5, 313:2, 313:20, 331:21
**asserting** [3] - 28:25, 112:12, 330:2
**assertion** [3] - 85:17, 123:13, 132:8
**assertions** [1] - 328:20
**asserts** [2] - 281:15, 283:4
**assessed** [4] - 51:4, 187:19, 233:3, 310:1
**assessing** [2] - 154:22, 174:23
**assessment** [7] - 157:10, 157:11, 162:1, 175:13, 187:19, 263:20, 303:9
**assessments** [1] - 175:15
**assistance** [1] - 118:8
**assistant** [9] - 6:8, 9:4, 13:6, 14:5, 59:20, 76:20, 206:23, 262:14, 299:16
**assisted** [1] - 1:25
**assisting** [3] - 41:11, 207:2, 310:5
**associated** [3] - 240:4, 243:1, 328:9

**Association** [2] - 44:16, 291:6
**assume** [10] - 68:18, 70:9, 71:12, 90:23, 103:2, 103:8, 128:13, 243:13, 243:15, 309:24
**assumed** [3] - 55:21, 92:24, 94:21
**assuming** [5] - 44:24, 70:10, 178:6, 298:22, 301:2
**assumption** [2] - 115:25, 336:2
**asylee** [1] - 37:18
**asylum** [8] - 37:18, 103:1, 152:2, 219:15, 245:12, 247:11, 251:10
**at** [343] - 5:12, 5:13, 5:19, 6:7, 6:10, 8:11, 8:16, 8:19, 8:23, 9:5, 9:23, 13:7, 14:17, 14:20, 14:23, 15:19, 16:4, 16:5, 16:15, 17:7, 17:19, 19:2, 20:13, 22:18, 22:23, 24:3, 26:18, 29:17, 29:19, 31:6, 31:10, 31:11, 31:20, 33:8, 33:10, 33:18, 35:3, 35:10, 35:13, 35:22, 36:8, 36:25, 37:2, 37:20, 38:2, 38:23, 39:2, 39:10, 41:18, 42:21, 43:6, 43:11, 43:25, 44:15, 44:16, 47:9, 47:10, 49:24, 53:10, 54:3, 55:10, 55:13, 55:17, 55:18, 56:15, 57:3, 57:4, 57:6, 57:8, 57:23, 58:5, 58:20, 59:10, 59:24, 60:7, 65:5, 65:6, 65:12, 65:25, 66:15, 67:13, 67:21, 69:14, 70:23, 70:25, 71:7, 71:8, 71:22, 73:17, 73:23, 74:11, 74:16, 76:7, 76:21, 78:4, 78:25, 79:19, 80:9, 80:17, 80:22, 81:14, 81:24, 82:5, 82:11, 82:25, 84:11, 84:16, 84:19, 84:20, 84:23, 85:5, 87:5, 88:11, 90:2, 90:4, 92:11, 96:2, 96:13, 98:22, 99:19, 100:19, 103:4, 103:12, 103:15, 103:22, 106:13, 107:7, 107:25, 108:15, 110:4, 110:18, 112:1, 113:24, 114:21, 115:19, 117:11, 117:18, 120:9, 120:21, 121:2, 121:9, 121:10, 122:5, 122:23, 123:10, 123:24, 124:7, 125:17, 125:21, 125:24, 131:18, 132:1, 134:9, 134:15, 135:18, 136:2, 136:4, 136:12, 136:18, 140:7, 141:21, 143:3, 143:11, 145:1, 145:21, 146:23, 146:24, 148:4, 149:6, 149:15, 149:19, 156:1, 156:2, 157:11, 157:22, 158:15, 158:20, 159:8, 169:4, 169:6, 170:11, 172:10, 172:12, 175:16, 175:19, 175:21, 176:18, 180:2, 182:14, 182:16, 182:18, 191:12, 192:2, 193:3, 194:13, 195:12, 200:11, 200:17, 203:24, 204:4, 205:23, 206:9, 208:1, 213:14, 216:19, 217:5, 218:11, 218:23, 219:5, 220:1, 224:16, 225:22, 226:22, 227:2, 227:3, 227:14, 229:14, 232:18, 234:3, 234:18, 235:1, 237:12, 237:17, 239:2, 241:15, 241:18, 243:18, 248:5, 248:20, 249:7, 249:9, 250:11, 250:23, 253:1, 253:2, 253:3, 254:10, 254:23, 255:4, 255:16, 256:5, 256:6, 257:7, 257:16, 257:19, 257:20, 258:8, 259:12, 259:14, 259:15,

259:17, 259:18, 260:5, 260:8, 260:19,
261:3, 261:12, 261:15, 261:24, 262:7,
262:13, 262:15, 262:19, 263:5, 263:6,
263:8, 265:20, 265:21, 266:18,
266:20, 266:23, 267:17, 268:17,
269:10, 269:13, 271:4, 273:21,
273:25, 275:7, 276:15, 276:17, 277:2,
277:16, 277:23, 278:5, 278:10, 284:9,
284:20, 286:6, 286:11, 287:17,
288:10, 288:21, 289:25, 290:2, 290:3,
292:20, 293:14, 295:10, 295:11,
295:20, 302:13, 303:4, 311:9, 311:15,
312:9, 312:15, 315:4, 315:7, 315:16,
316:17, 316:19, 316:25, 320:3,
327:22, 330:12, 330:19, 331:1, 333:5,
335:24, 336:22, 336:23, 337:11,
339:19, 340:6, 341:17, 343:10, 344:13
**ATF** [1] - 142:10
**attach** [1] - 148:20
**attached** [5] - 208:15, 241:8, 255:23,
265:13, 338:17
**attack** [3] - 259:17, 260:11, 277:14
**attacking** [1] - 306:24
**attacks** [2] - 218:13, 218:16
**attain** [1] - 260:6
**attempt** [6] - 11:2, 71:2, 81:13, 123:20,
141:8, 293:8
**attempted** [6] - 81:16, 85:19, 86:17,
141:5, 141:23, 163:12
**attempting** [4] - 18:14, 103:1, 139:20,
201:1
**attempts** [1] - 212:8
**attention** [10] - 110:22, 126:6, 140:3,
146:11, 164:4, 164:9, 193:19, 205:6,
214:25, 232:16
**attenuated** [2] - 51:21, 281:18
**attorney** [1] - 94:13
**Attorney** [7] - 2:3, 17:25, 153:7, 156:13,
156:19, 162:21, 166:13
**attributes** [1] - 231:6
**au** [1] - 76:12
**August** [2] - 1:6, 337:25
**Austin** [3] - 2:4, 228:5, 231:16
**Australia** [1] - 209:14
**authored** [1] - 94:18
**authorities** [5] - 101:23, 164:23, 169:17,
340:4, 340:18
**authority** [127] - 5:15, 15:16, 15:23,
16:17, 17:3, 17:15, 17:21, 18:5, 18:7,
18:11, 19:10, 20:10, 20:11, 20:17,
20:20, 21:22, 21:23, 22:15, 23:16,
23:21, 24:1, 24:25, 32:4, 33:4, 33:20,
33:21, 34:10, 36:8, 38:2, 38:25, 39:1,
42:1, 44:3, 49:6, 139:15, 150:10,
150:15, 150:21, 151:12, 151:14,
151:25, 152:8, 152:14, 153:22, 155:4,
155:12, 156:13, 157:1, 159:21,
162:22, 163:22, 163:25, 165:19,
166:7, 171:6, 177:12, 187:15, 187:22,
188:6, 188:9, 188:17, 188:19, 189:16,

190:24, 191:4, 191:11, 191:17,
191:20, 194:6, 194:19, 195:8, 201:14,
205:11, 206:1, 207:22, 208:11,
209:17, 211:5, 211:20, 211:22,
212:16, 212:17, 213:7, 213:8, 214:2,
214:13, 214:17, 215:22, 217:2, 217:4,
217:6, 217:10, 218:7, 222:14, 223:14,
223:17, 239:16, 264:12, 264:16,
269:7, 274:7, 292:5, 300:16, 301:15,
301:16, 301:22, 301:23, 303:15,
303:22, 308:5, 310:10, 311:9, 320:2,
322:15, 323:13, 323:16, 325:5,
334:13, 339:16, 339:19, 339:20,
339:21, 340:8, 343:6, 343:7, 343:20
**authorization** [21] - 8:8, 8:13, 8:17,
82:1, 85:25, 114:4, 157:17, 157:19,
158:19, 159:10, 189:17, 230:22,
235:17, 237:2, 261:20, 287:11,
288:14, 294:2, 307:22, 312:13, 322:16
**authorizations** [2] - 234:24, 237:16
**authorize** [2] - 6:14, 245:7
**authorized** [8] - 9:9, 150:11, 152:15,
182:11, 188:10, 190:11, 213:8, 222:10
**authorizes** [2] - 156:12, 247:5
**auto** [1] - 258:13
**automatically** [2] - 175:5, 237:3
**avail** [2] - 261:12, 290:13
**availability** [1] - 191:4
**available** [10] - 14:4, 133:10, 148:16,
149:2, 149:14, 160:25, 161:21,
165:14, 219:9, 330:25
**avenue** [2] - 30:9, 308:9
**Avenue** [1] - 1:21
**avenues** [1] - 321:6
**average** [6] - 13:10, 40:18, 61:8, 262:9,
262:24, 262:25
**avoid** [3] - 46:19, 149:10, 205:14
**aware** [20] - 18:6, 21:20, 22:9, 30:10,
30:13, 39:23, 56:24, 78:6, 78:14,
104:17, 142:15, 150:19, 165:3, 200:3,
200:20, 212:1, 216:22, 291:24,
305:23, 306:20
**awareness** [1] - 165:19
**away** [6] - 68:23, 109:4, 226:15, 269:11,
331:8
**awfully** [2] - 273:25, 325:24

---

## B

**B** [2] - 1:14, 326:21
**back** [59] - 26:14, 33:4, 34:19, 34:25,
39:1, 45:2, 62:16, 63:12, 70:14, 76:16,
77:17, 79:22, 79:23, 80:11, 82:7,
95:10, 104:25, 115:12, 118:17,
122:15, 125:3, 129:3, 137:5, 140:6,
144:11, 145:5, 145:7, 147:15, 151:18,
161:18, 185:14, 190:1, 190:3, 212:19,
219:24, 219:25, 227:18, 233:10,
235:3, 235:14, 235:16, 238:7, 238:8,
253:15, 255:19, 260:13, 260:16,

263:5, 267:12, 267:13, 284:9, 301:13,
309:9, 318:20, 330:2, 337:22, 341:20,
342:13
**backed** [1] - 97:18
**background** [6] - 6:16, 7:5, 10:1, 74:3,
74:17, 305:17
**backing** [1] - 86:14
**bad** [6] - 74:3, 115:10, 224:16, 231:8,
248:4, 305:17
**Bade** [1] - 313:7
**baking** [1] - 123:20
**balance** [1] - 83:14
**balancing** [4] - 146:1, 224:19, 225:23,
228:12
**ballpark** [1] - 302:14
**bank** [2] - 174:9, 301:15
**bar** [5] - 120:5, 297:13, 297:15, 297:23,
297:24
**barrier** [1] - 254:4
**barriers** [1] - 242:19
**bars** [1] - 296:4
**Baseball** [1] - 231:2
**baseball** [38] - 6:1, 12:2, 15:16, 18:9, 24:5,
24:6, 25:11, 26:17, 39:24, 51:15, 65:8,
66:20, 67:4, 81:4, 106:19, 107:5,
118:7, 122:10, 136:1, 154:4, 157:22,
159:24, 165:14, 166:1, 178:6, 178:20,
193:13, 199:8, 251:18, 266:19,
275:16, 275:21, 275:22, 302:13,
302:15, 321:19, 342:2
**baseline** [8] - 114:19, 140:10, 140:12,
247:13, 259:7, 270:19, 270:23, 319:19
**bases** [2] - 23:7, 50:4
**basic** [6] - 65:18, 68:25, 74:14, 142:23,
145:18, 300:9
**basically** [10] - 78:8, 130:13, 154:13,
155:3, 155:10, 157:16, 169:2, 236:1,
281:7, 302:1
**basis** [65] - 5:11, 5:17, 6:25, 7:9, 10:14,
27:19, 28:24, 28:25, 41:17, 46:23,
47:19, 47:21, 51:5, 67:17, 71:20,
73:22, 74:2, 96:15, 130:10, 153:22,
154:16, 154:25, 155:9, 155:21, 156:8,
156:10, 156:14, 156:20, 156:23,
157:5, 157:21, 158:6, 160:4, 162:11,
164:1, 173:21, 174:23, 179:10, 184:1,
184:11, 186:5, 187:16, 190:20,
193:16, 195:21, 198:4, 198:13, 215:7,
215:15, 216:12, 241:20, 246:1,
279:11, 285:4, 299:2, 299:23, 301:4,
301:25, 302:17, 303:7, 305:11,
306:10, 308:19, 310:2
**Batalla** [1] - 94:20
**Batalla-Vidal** [1] - 94:20
**Bay** [1] - 313:7
**bear** [1] - 206:19
**beat** [1] - 114:17
**beautiful** [1] - 231:21
**Because** [2] - 266:23, 341:9

**because** [288] - 6:16, 11:22, 14:1, 19:11,
23:10, 24:4, 24:17, 27:15, 27:20, 28:2,
32:2, 33:3, 33:13, 34:18, 36:5, 37:23,
38:7, 38:15, 39:20, 40:2, 40:10, 43:1,
43:11, 43:20, 44:25, 45:17, 47:14,
47:25, 49:18, 50:12, 50:20, 53:20,
53:23, 54:9, 62:21, 63:6, 63:16, 66:11,
67:12, 68:5, 70:7, 70:18, 73:8, 78:10,
80:23, 81:2, 83:19, 84:10, 84:12,
84:14, 86:7, 87:7, 87:18, 89:22, 90:8,
90:16, 91:19, 93:19, 94:16, 94:21,
96:14, 96:16, 99:21, 105:18, 107:13,
108:2, 109:21, 111:11, 112:15,
112:18, 112:23, 113:14, 113:16,
114:2, 116:2, 116:4, 116:10, 117:15,
119:9, 119:23, 120:2, 120:15, 126:4,
127:12, 127:23, 127:25, 128:2, 128:9,
129:22, 130:18, 130:23, 131:16,
133:15, 135:1, 135:4, 135:23, 136:19,
137:1, 137:7, 137:8, 137:13, 137:17,
139:1, 139:4, 139:9, 139:14, 139:21,
140:2, 140:4, 140:11, 140:13, 142:10,
143:15, 145:24, 147:2, 149:4, 151:24,
153:14, 154:16, 154:21, 155:15,
156:14, 158:20, 159:1, 159:7, 159:18,
161:19, 162:19, 164:10, 166:9,
167:14, 167:15, 168:18, 169:14,
171:23, 171:25, 173:17, 175:2, 175:6,
175:7, 175:8, 175:19, 176:10, 177:5,
178:15, 179:16, 179:19, 179:25,
180:4, 180:7, 180:10, 180:16, 180:23,
181:4, 183:7, 183:14, 184:12, 185:15,
187:14, 188:5, 189:1, 189:11, 189:23,
190:17, 190:21, 194:19, 197:20,
199:4, 200:7, 201:21, 202:5, 203:18,
204:11, 204:13, 204:23, 210:19,
214:12, 217:25, 218:9, 219:4, 220:9,
221:4, 224:21, 228:3, 229:15, 229:22,
230:7, 230:9, 232:12, 233:20, 234:2,
241:7, 241:19, 244:13, 244:17, 245:1,
245:24, 246:22, 246:25, 247:11,
247:23, 248:4, 248:24, 248:25, 249:4,
249:12, 249:22, 249:25, 252:16,
253:14, 253:19, 254:17, 255:8, 256:2,
257:1, 258:12, 259:23, 263:25, 264:8,
264:9, 264:19, 266:7, 267:3, 267:5,
267:20, 269:4, 270:1, 271:6, 272:20,
274:22, 275:9, 277:8, 279:6, 283:14,
283:20, 284:8, 285:21, 288:15,
288:25, 289:10, 289:12, 289:17,
291:3, 291:10, 291:24, 292:3, 292:16,
294:3, 294:9, 296:23, 297:19, 297:22,
300:18, 301:9, 301:23, 305:21,
306:24, 307:18, 310:15, 314:17,
318:22, 319:23, 321:18, 324:9,
325:16, 325:24, 327:10, 328:8, 329:8,
331:15, 332:12, 333:17, 333:20,
333:23, 335:20, 336:23, 336:24,
337:12, 338:14, 339:22, 340:7,
340:21, 343:6, 344:4, 344:7
**become** [8] - 165:9, 213:19, 219:22,

281:17, 288:2, 293:10, 343:13, 343:14
**becomes** [2] - 101:7, 155:22
**bedrock** [1] - 281:9
**been** [139] - 9:9, 12:5, 17:12, 17:14,
17:21, 18:2, 18:4, 18:7, 19:16, 22:10,
29:24, 31:5, 33:12, 33:15, 35:1, 37:17,
37:20, 39:21, 42:15, 52:24, 53:3,
56:16, 56:21, 63:6, 65:21, 66:8, 70:19,
73:24, 80:11, 83:16, 84:19, 85:3,
87:18, 90:8, 92:8, 95:21, 98:17,
100:22, 104:20, 106:10, 108:16,
109:8, 113:8, 114:20, 116:12, 118:23,
119:9, 120:15, 124:10, 124:14,
124:20, 126:20, 137:24, 138:2,
138:17, 139:2, 139:18, 141:1, 146:12,
150:19, 152:8, 153:9, 155:11, 156:6,
157:2, 160:14, 171:10, 172:9, 173:6,
176:21, 180:16, 181:12, 187:22,
188:17, 188:21, 188:22, 191:25,
195:7, 197:10, 202:6, 202:9, 207:7,
207:23, 210:7, 210:12, 212:1, 213:8,
213:19, 213:24, 214:15, 215:13,
216:18, 220:8, 220:17, 222:6, 226:13,
227:10, 229:23, 230:2, 230:9, 231:3,
231:17, 235:2, 235:18, 237:3, 251:16,
254:9, 254:21, 255:4, 258:1, 260:21,
260:23, 264:2, 265:15, 266:9, 271:3,
284:22, 285:15, 289:5, 292:12, 294:2,
294:16, 297:8, 302:10, 309:13, 310:8,
312:2, 312:20, 313:3, 322:2, 335:7,
336:11, 337:13, 337:15, 337:21,
344:5, 344:7, 344:8
**BEFORE** [1] - 1:14
**before** [103] - 8:25, 9:10, 9:23, 10:2,
12:6, 17:18, 26:8, 32:5, 36:18, 38:14,
40:15, 40:16, 41:3, 47:23, 49:19,
54:18, 57:9, 58:2, 58:16, 58:17, 58:24,
59:4, 59:9, 59:25, 60:25, 61:11, 61:23,
62:10, 79:7, 80:2, 83:12, 91:22, 95:10,
102:25, 107:24, 111:7, 130:1, 132:2,
132:3, 133:19, 146:3, 147:20, 156:6,
156:7, 156:22, 158:1, 161:2, 163:10,
173:10, 194:22, 197:19, 206:21,
212:25, 219:1, 219:5, 230:12, 231:1,
233:20, 235:13, 237:17, 237:22,
237:23, 238:7, 241:24, 243:21,
247:22, 248:13, 250:19, 255:5,
255:12, 256:15, 258:1, 260:18,
261:23, 262:12, 263:7, 263:14,
263:16, 264:3, 264:15, 272:6, 278:7,
282:3, 284:1, 287:13, 290:8, 290:19,
299:11, 299:22, 304:2, 316:10,
316:14, 317:19, 318:1, 319:11,
326:19, 327:12, 329:1, 329:17, 330:5,
333:6, 344:2
**beforehand** [4] - 130:9, 132:14, 266:7,
334:24
**began** [2] - 12:10, 307:24
**begin** [1] - 44:5
**beginning** [2] - 13:3, 82:7

**begins** [1] - 5:24
**behalf** [1] - 178:11
**behind** [3] - 107:20, 187:24, 227:20
**being** [60] - 13:9, 21:23, 21:24, 29:6,
30:19, 54:17, 55:24, 69:17, 71:22,
74:19, 75:16, 76:16, 80:12, 81:17,
85:9, 85:10, 100:16, 108:2, 111:13,
115:11, 118:20, 118:21, 119:1,
121:24, 130:11, 158:3, 158:6, 158:16,
165:19, 170:2, 175:3, 175:7, 176:1,
179:14, 181:17, 182:5, 193:23,
215:14, 218:14, 226:11, 247:23,
258:23, 258:24, 261:7, 285:21,
285:22, 285:23, 299:1, 299:22, 301:2,
302:17, 305:5, 307:4, 313:4, 317:10,
318:4, 318:8, 318:18, 322:1, 327:13
**belabor** [2] - 162:25, 224:20
**belief** [10] - 55:7, 110:23, 111:2, 111:24,
135:2, 135:8, 234:21, 257:9, 257:12,
315:19
**beliefs** [3] - 179:8, 230:19, 232:3
**believe** [77] - 6:4, 12:20, 13:5, 13:18,
13:25, 14:1, 15:20, 26:3, 27:11, 30:25,
31:20, 35:1, 35:3, 35:15, 40:4, 43:14,
43:17, 43:18, 43:19, 44:4, 47:23, 49:5,
57:2, 63:17, 67:19, 69:4, 69:21, 70:17,
70:20, 72:14, 72:19, 74:4, 74:6, 78:1,
87:9, 87:16, 93:8, 93:22, 97:2, 109:5,
109:6, 111:24, 141:16, 165:2, 182:18,
182:21, 208:16, 219:12, 234:12,
235:23, 260:15, 264:11, 268:22,
273:4, 275:1, 276:4, 280:20, 280:23,
280:24, 281:3, 281:4, 289:11, 292:17,
297:22, 297:24, 301:12, 304:10,
304:25, 305:2, 311:11, 312:8, 312:16,
313:8, 314:4, 331:12, 333:11
**believed** [1] - 141:7
**believes** [1] - 231:17
**believing** [1] - 112:12
**beloved** [1] - 111:19
**Ben** [1] - 2:10
**BENCH** [1] - 1:13
**bench** [1] - 172:10
**beneficial** [1] - 332:1
**beneficiaries** [8] - 161:1, 218:2, 219:10,
221:6, 221:18, 299:18, 342:24
**beneficiaries'** [1] - 235:4
**beneficiary** [4] - 42:10, 158:23, 161:5,
228:2
**benefit** [78] - 5:18, 6:5, 7:22, 16:1,
16:19, 16:21, 19:13, 19:15, 23:13,
23:14, 23:22, 25:2, 25:11, 25:25,
49:14, 134:20, 144:5, 154:1, 154:21,
154:24, 157:24, 159:25, 162:13,
163:6, 163:9, 166:14, 168:4, 169:4,
169:19, 170:21, 177:15, 177:22,
178:2, 187:23, 188:1, 191:16, 192:1,
192:7, 193:3, 193:9, 193:15, 194:20,
195:20, 196:1, 196:5, 197:2, 198:5,
199:15, 201:12, 201:18, 204:3, 206:3,

210:5, 215:9, 215:16, 222:13, 233:11,
240:8, 258:11, 258:17, 258:21, 270:6,
288:15, 298:11, 298:19, 299:20,
300:20, 307:14, 308:18, 308:22,
309:2, 309:10, 310:1, 310:6, 310:12,
322:18, 330:13
**benefited** [1] - 328:16
**benefits** [54] - 9:15, 9:20, 10:16, 11:12,
11:19, 11:20, 12:3, 14:10, 14:23, 22:4,
22:7, 23:11, 24:3, 24:5, 24:15, 25:14,
25:17, 25:22, 39:19, 48:3, 49:11,
49:21, 50:1, 50:4, 50:9, 53:2, 72:25,
123:8, 166:5, 200:12, 201:6, 201:8,
212:13, 214:6, 214:15, 215:24,
216:15, 222:21, 225:8, 227:8, 232:11,
234:2, 234:6, 250:12, 258:17, 275:21,
279:8, 279:9, 279:19, 280:2, 287:5,
330:13, 341:17
**BENTROTT** [9] - 266:12, 266:14,
266:17, 266:25, 267:11, 267:16,
267:23, 268:5, 268:14
**best** [5] - 77:1, 150:5, 237:4, 298:15,
300:12
**bet** [1] - 239:1
**better** [12] - 33:25, 39:17, 95:8, 112:12,
166:6, 167:18, 179:15, 183:7, 183:12,
219:4, 219:6, 220:3
**between** [14] - 59:17, 64:15, 67:25,
126:22, 163:13, 173:17, 180:3, 195:1,
204:8, 262:2, 262:22, 263:2, 308:4,
313:11
**beyond** [11] - 78:14, 107:2, 141:5,
141:24, 143:23, 164:18, 190:2,
190:24, 218:18, 223:13, 260:22
**Biden** [10] - 65:25, 135:18, 190:10,
190:23, 191:10, 191:12, 205:7, 241:1,
277:21, 338:3
**big** [8] - 90:2, 98:7, 99:17, 116:3,
153:14, 154:14, 158:3, 341:16
**bigger** [1] - 87:25
**bilateral** [1] - 46:5
**bill** [1] - 163:1
**billion** [1] - 328:21
**bills** [1] - 22:1
**bind** [1] - 97:3
**binding** [6] - 97:5, 97:6, 333:14, 333:16,
333:17, 338:5
**biographic** [1] - 161:7
**biometric** [1] - 161:7
**bit** [17] - 5:23, 21:10, 64:15, 77:24, 80:3,
96:12, 96:18, 100:5, 101:10, 103:15,
125:6, 126:3, 204:10, 206:21, 239:18,
294:9, 332:14
**blanket** [4] - 7:3, 115:25, 142:19, 185:21
**blazed** [1] - 158:21
**blessed** [1] - 92:19
**blinders** [1] - 84:25
**blocks** [2] - 144:15, 174:7
**Board** [1] - 328:17
**boil** [1] - 139:16

**boils** [2] - 139:20, 264:17
**bonds** [1] - 233:15
**book** [1] - 229:4
**books** [1] - 343:4
**bootstrap** [1] - 128:11
**Border** [1] - 8:20
**border** [101] - 9:21, 9:22, 9:23, 11:13,
12:12, 12:14, 12:23, 14:13, 14:17,
14:21, 29:13, 29:17, 29:20, 29:23,
31:20, 35:7, 35:11, 46:7, 46:20, 55:16,
55:17, 56:1, 57:25, 58:5, 58:20, 58:21,
58:24, 59:24, 60:16, 67:13, 67:21,
67:22, 68:24, 73:17, 133:12, 143:8,
143:9, 148:4, 148:5, 148:10, 149:6,
175:16, 175:21, 200:11, 202:17,
220:14, 223:3, 229:14, 242:10,
242:19, 242:21, 247:9, 248:17,
249:16, 251:21, 251:23, 252:23,
253:24, 254:3, 254:4, 254:10, 254:12,
254:13, 254:14, 254:17, 254:18,
255:22, 255:25, 256:23, 262:7, 267:4,
273:12, 276:11, 276:18, 280:14,
281:20, 282:2, 290:14, 315:15,
315:17, 315:18, 315:24, 316:17,
316:19, 316:20, 317:18, 317:20,
318:1, 330:14, 330:15, 330:22, 331:2,
331:9, 331:11, 331:20, 331:25
**borders** [2] - 66:13, 143:17
**bore** [1] - 152:24
**born** [1] - 181:17
**borne** [4] - 117:22, 118:14, 191:18,
208:14
**both** [41] - 10:7, 12:5, 13:11, 20:24,
21:1, 46:4, 83:23, 87:22, 90:4, 97:24,
106:17, 116:22, 117:20, 118:12,
121:2, 125:13, 135:15, 138:7, 143:1,
151:5, 202:23, 208:8, 211:21, 213:4,
214:1, 227:3, 229:23, 232:9, 245:12,
255:5, 286:20, 287:4, 287:8, 289:12,
294:10, 295:5, 308:15, 317:18, 320:1,
342:1
**bound** [11] - 91:3, 91:7, 91:13, 143:2,
143:22, 188:25, 189:10, 190:4,
273:11, 278:15, 280:24
**Box** [3] - 2:4, 2:10, 2:17
**box** [3] - 105:1, 168:17, 168:18
**boxes** [1] - 74:18
**brackets** [1] - 111:19
**brain** [2] - 104:1, 235:9
**branch** [10] - 49:3, 53:24, 54:3, 188:23,
205:21, 273:24, 287:4, 322:6, 322:9,
322:14
**branch's** [1] - 50:16
**brand** [1] - 276:11
**Brandon** [1] - 2:21
**brandon.galli** [1] - 2:24
**brandon.galli-graves@raicestexas.
org** [1] - 2:24
**break** [11] - 78:21, 78:23, 79:14, 79:21,
144:21, 224:3, 224:6, 224:9, 236:20,

315:8, 317:11
**breaking** [1] - 79:13
**Brian** [1] - 2:8
**brian.c.ward@usdoj.gov** [1] - 2:12
**bridge** [1] - 230:5
**brief** [20] - 81:20, 82:9, 86:21, 87:5,
87:7, 106:17, 140:6, 148:9, 227:7,
264:23, 265:3, 265:6, 266:14, 270:18,
271:16, 278:6, 295:1, 333:25, 334:19
**briefed** [2] - 235:2, 308:12
**briefing** [16] - 20:21, 104:15, 120:24,
126:17, 138:24, 139:2, 139:18,
268:20, 271:15, 271:19, 272:24,
306:1, 310:15, 313:2, 329:1, 333:6
**briefly** [6] - 72:13, 140:4, 150:9, 273:14,
280:13, 341:24
**briefs** [1] - 106:14
**brilliant** [1] - 87:10
**bring** [11] - 53:25, 54:4, 164:4, 164:9,
181:17, 193:19, 209:15, 214:24,
230:5, 322:7, 332:12
**brings** [3] - 26:11, 34:17, 286:1
**broad** [12] - 20:17, 24:8, 24:12, 24:23,
25:5, 191:17, 192:2, 192:6, 193:3,
193:10, 201:13, 205:2
**broader** [8] - 16:17, 21:2, 66:2, 69:13,
143:4, 152:4, 205:1
**broadly** [7] - 17:12, 18:7, 20:13, 21:3,
21:15, 45:18, 296:8
**brother** [3] - 219:19, 229:23, 231:18
**brought** [11] - 106:12, 106:13, 137:16,
138:15, 143:6, 184:9, 186:19, 273:22,
281:9, 309:15, 335:16
**brushstroke** [1] - 190:16
**Bryant** [1] - 2:3
**bucks** [1] - 122:23
**budgetary** [1] - 81:9
**build** [2] - 42:4, 124:24
**built** [3] - 157:11, 164:20, 177:23
**bunch** [1] - 195:14
**burden** [29] - 38:19, 65:22, 66:1, 69:13,
82:16, 84:18, 91:2, 115:14, 135:24,
138:9, 143:15, 241:14, 274:15,
278:11, 283:19, 304:14, 304:15,
304:19, 305:1, 305:13, 305:19,
305:24, 306:4, 324:14, 324:16, 331:6
**burdened** [1] - 144:2
**burdens** [1] - 118:14
**Bureau** [1] - 206:24
**Bush** [1] - 193:20
**business** [1] - 91:21
**But** [1] - 116:9
**but** [403] - 7:10, 8:12, 12:1, 12:21, 12:22,
13:14, 14:3, 14:11, 15:8, 16:13, 20:8,
20:23, 22:15, 22:22, 24:15, 25:15,
26:25, 27:6, 27:17, 29:6, 30:14, 30:16,
31:4, 33:5, 33:15, 34:4, 35:17, 35:19,
36:4, 37:5, 37:16, 38:6, 39:5, 40:1,
40:8, 40:25, 42:18, 45:19, 46:15,
47:16, 48:11, 48:23, 50:3, 50:6, 50:19,

50:24, 51:8, 53:22, 57:5, 57:6, 61:9, 62:9, 62:16, 63:10, 63:24, 64:20, 65:17, 68:10, 68:20, 68:25, 69:24, 70:10, 71:1, 71:13, 74:15, 75:15, 78:6, 78:8, 78:13, 81:3, 81:7, 82:19, 82:25, 85:14, 87:17, 88:6, 88:22, 89:21, 90:2, 90:10, 90:20, 92:13, 92:23, 93:8, 93:10, 93:15, 93:16, 94:2, 95:20, 95:24, 96:17, 96:23, 96:24, 97:18, 98:8, 98:24, 99:10, 100:11, 101:4, 101:11, 102:17, 103:6, 103:18, 103:25, 104:25, 105:8, 105:17, 105:21, 106:11, 108:11, 108:19, 109:3, 109:17, 112:11, 113:12, 113:17, 114:6, 114:23, 115:1, 115:12, 115:19, 117:2, 118:12, 119:10, 119:15, 120:11, 120:16, 120:20, 121:9, 121:17, 122:8, 125:7, 125:24, 126:3, 126:20, 127:4, 127:21, 128:1, 130:4, 130:7, 130:12, 131:7, 131:11, 131:20, 132:8, 132:11, 132:17, 132:22, 132:25, 133:16, 134:1, 134:8, 134:11, 134:14, 135:7, 135:24, 136:11, 136:14, 137:5, 137:8, 137:18, 137:21, 138:22, 138:25, 139:7, 140:2, 140:14, 140:21, 142:7, 142:12, 143:2, 143:13, 143:18, 144:21, 146:17, 146:23, 152:10, 152:21, 155:12, 157:25, 158:14, 160:8, 160:25, 162:25, 163:20, 164:21, 165:22, 166:19, 167:23, 170:19, 170:24, 171:24, 172:3, 172:6, 172:10, 172:22, 173:4, 173:23, 174:10, 174:13, 175:24, 176:2, 176:7, 176:22, 177:2, 177:3, 177:10, 177:23, 179:4, 179:22, 180:9, 180:24, 181:9, 181:11, 181:19, 182:1, 182:4, 182:7, 182:13, 182:15, 182:18, 183:3, 183:13, 185:5, 185:15, 186:18, 188:11, 188:22, 190:20, 194:25, 196:2, 196:12, 197:9, 198:23, 199:21, 200:3, 200:24, 201:10, 202:8, 204:17, 204:20, 205:1, 206:3, 206:21, 208:19, 209:24, 210:11, 210:19, 210:24, 212:15, 212:23, 213:8, 215:19, 216:21, 217:3, 217:10, 219:8, 220:7, 220:23, 221:15, 222:8, 226:1, 226:23, 227:6, 227:18, 228:1, 228:7, 231:13, 232:12, 233:20, 233:22, 234:7, 234:20, 235:21, 236:1, 236:13, 237:7, 237:10, 238:2, 238:8, 243:4, 243:8, 243:15, 243:17, 244:1, 244:19, 245:9, 245:18, 246:9, 246:14, 246:22, 246:25, 247:13, 248:5, 248:13, 248:23, 249:1, 250:10, 250:16, 250:22, 251:17, 252:21, 252:25, 253:22, 254:12, 255:15, 255:19, 257:14, 257:23, 258:3, 258:16, 258:20, 259:4, 260:17, 261:1, 261:21, 264:2, 264:4, 265:14, 266:14, 267:17, 269:6, 270:18, 272:3, 272:18, 274:2, 275:19, 276:6, 277:8, 277:10, 278:9,

280:12, 280:16, 281:12, 282:19, 283:5, 284:11, 284:23, 291:10, 291:15, 292:12, 293:11, 293:19, 294:20, 295:1, 295:22, 296:24, 297:12, 302:14, 302:19, 302:25, 303:15, 304:1, 304:21, 307:25, 309:7, 310:17, 311:3, 311:13, 312:1, 312:16, 313:20, 317:2, 317:16, 317:23, 318:11, 319:9, 320:12, 321:20, 322:3, 323:2, 323:14, 324:11, 324:23, 327:15, 327:23, 328:1, 333:17, 334:2, 336:3, 336:7, 336:12, 336:17, 337:4, 337:7, 337:10, 337:16, 338:3, 339:6, 340:5, 340:15, 341:3, 342:6

**but..** [1] - 106:14

**By** [3] - 4:3, 4:5, 4:6

**by** [271] - 1:24, 1:25, 4:5, 5:17, 5:21, 6:18, 6:25, 7:15, 7:19, 8:9, 8:16, 9:13, 9:21, 9:22, 10:7, 10:14, 11:5, 11:25, 24:9, 25:6, 25:13, 26:10, 27:8, 27:16, 27:21, 28:21, 29:13, 29:17, 30:19, 31:21, 32:14, 34:12, 34:18, 39:24, 46:2, 48:22, 50:15, 51:5, 53:23, 55:4, 56:7, 57:25, 59:1, 64:5, 64:21, 65:15, 69:21, 71:22, 73:17, 82:22, 82:24, 83:3, 84:22, 86:23, 91:3, 91:13, 92:5, 92:14, 94:18, 95:8, 98:8, 100:22, 100:25, 105:5, 108:11, 108:17, 113:24, 114:9, 116:23, 117:18, 117:22, 118:14, 118:16, 120:15, 121:24, 122:6, 125:19, 126:2, 133:3, 143:2, 143:22, 144:19, 150:11, 151:10, 151:19, 152:1, 152:15, 153:22, 154:9, 154:10, 154:16, 154:18, 155:2, 155:9, 155:10, 155:15, 155:21, 156:4, 156:5, 156:8, 156:10, 156:14, 156:20, 156:23, 157:4, 157:10, 157:11, 157:20, 157:21, 158:1, 158:6, 159:16, 160:3, 160:5, 160:7, 161:25, 162:6, 162:11, 163:6, 165:15, 167:10, 168:9, 168:11, 169:9, 169:12, 170:4, 171:8, 171:10, 172:20, 173:6, 173:24, 174:2, 174:4, 174:17, 174:23, 174:24, 175:16, 176:2, 177:9, 177:17, 178:1, 178:3, 179:5, 180:1, 184:1, 187:16, 187:17, 187:20, 188:11, 188:12, 188:14, 190:11, 190:18, 191:18, 191:21, 193:9, 193:16, 193:24, 193:25, 194:3, 194:9, 194:21, 195:21, 196:9, 196:25, 197:1, 197:4, 197:24, 198:13, 201:8, 203:24, 206:1, 207:21, 208:14, 209:12, 209:17, 212:17, 213:8, 213:13, 214:5, 214:18, 215:4, 215:7, 215:10, 215:15, 215:25, 216:12, 219:11, 222:10, 222:22, 223:17, 223:24, 226:11, 226:13, 229:1, 229:3, 231:18, 232:24, 234:15, 234:23, 248:10, 249:14, 251:16, 255:1, 257:10, 263:3, 266:5, 266:6, 269:18, 270:12, 272:7, 273:1, 273:11, 274:21, 275:20, 276:7,

278:15, 280:24, 281:9, 286:7, 292:24, 293:23, 295:9, 298:22, 299:2, 299:13, 299:23, 300:1, 300:5, 300:11, 300:18, 301:2, 301:4, 302:6, 302:17, 302:22, 303:7, 304:4, 304:13, 304:15, 304:16, 304:25, 305:3, 306:5, 306:6, 306:10, 306:15, 306:24, 310:9, 310:11, 313:4, 318:25, 321:2, 321:3, 322:19, 323:21, 323:24, 324:2, 326:23, 327:24, 328:16, 329:11, 330:22, 334:1, 336:11, 337:23, 338:7, 338:11

**bypassing** [1] - 222:20

## C

**C** [5] - 2:14, 5:1, 166:7, 237:13, 326:21

**CA** [2] - 2:17, 3:4

**California** [5] - 67:21, 67:22, 166:23, 251:13, 328:18

**call** [5] - 70:13, 95:8, 95:9, 200:23, 334:6

**called** [11] - 94:20, 213:6, 231:14, 231:18, 232:4, 232:18, 273:5, 283:16, 296:17, 296:18, 339:13

**calls** [2] - 278:8, 286:25

**Cambodians** [1] - 207:17

**came** [13] - 21:9, 48:14, 107:3, 127:3, 158:9, 169:23, 171:18, 233:20, 238:9, 239:23, 240:2, 244:7, 305:15

**campaign** [1] - 257:2

**camps** [2] - 207:11, 209:7

**can** [168] - 6:11, 6:16, 8:2, 8:5, 8:10, 22:20, 22:23, 32:3, 32:6, 33:9, 33:25, 35:11, 42:2, 43:10, 50:9, 52:22, 56:11, 59:13, 61:4, 61:7, 61:15, 62:9, 62:23, 64:9, 65:12, 66:12, 67:12, 69:2, 70:12, 70:14, 72:7, 75:24, 76:1, 77:11, 79:8, 79:12, 79:18, 82:12, 83:8, 84:8, 84:25, 85:8, 88:6, 88:23, 96:5, 96:8, 98:3, 98:5, 98:14, 99:7, 99:21, 102:21, 106:1, 106:15, 106:16, 111:14, 115:22, 117:14, 120:11, 121:25, 125:22, 126:19, 128:13, 133:3, 133:13, 138:3, 141:22, 142:2, 142:4, 143:1, 143:5, 144:11, 144:19, 144:25, 145:9, 146:3, 147:6, 147:13, 148:22, 149:2, 149:15, 149:16, 149:17, 149:24, 157:1, 166:17, 171:2, 174:1, 174:9, 175:22, 178:5, 182:9, 182:15, 183:23, 185:21, 187:8, 192:22, 195:10, 196:18, 196:19, 196:24, 197:24, 198:10, 198:12, 200:14, 200:16, 204:19, 210:7, 227:19, 230:21, 231:24, 238:8, 239:2, 241:23, 247:14, 249:14, 251:21, 253:7, 255:16, 259:13, 260:10, 264:23, 266:20, 266:23, 266:25, 267:8, 267:18, 268:15, 270:14, 275:15, 275:17, 281:17, 283:5, 288:11, 295:10, 295:20, 297:18, 297:20,

298:16, 301:10, 307:15, 307:19, 308:2, 309:25, 311:19, 311:23, 316:24, 317:1, 317:2, 317:3, 319:5, 324:25, 326:2, 327:6, 329:6, 334:16, 343:17, 343:18, 344:8, 344:10

can't [62] - 19:13, 25:10, 25:23, 37:23, 38:24, 61:25, 68:21, 70:2, 79:9, 80:23, 99:7, 137:14, 139:3, 141:1, 143:23, 154:15, 155:8, 155:12, 159:12, 166:25, 189:5, 198:3, 198:17, 199:7, 200:1, 218:12, 250:11, 250:23, 251:17, 252:2, 253:2, 253:3, 255:5, 255:9, 256:12, 257:16, 258:7, 258:10, 260:6, 264:12, 268:17, 269:1, 269:2, 281:1, 282:2, 297:12, 306:9, 306:13, 311:3, 318:12, 319:13, 324:6, 324:11, 329:7, 331:16, 334:4, 337:17, 338:14, 338:21, 342:11

Canada [1] - 209:13

candid [1] - 66:8

candidates [1] - 194:2

cannot [20] - 82:3, 83:2, 88:1, 89:21, 91:24, 103:2, 110:19, 125:1, 126:4, 128:15, 135:18, 135:19, 144:16, 196:2, 232:24, 245:23, 259:2, 283:11, 342:8, 342:15

canon [1] - 310:24

cap [3] - 155:19, 155:22, 222:12

capped [2] - 107:7, 334:11

capricious [36] - 22:21, 23:1, 23:7, 23:10, 30:22, 31:9, 36:17, 36:24, 38:7, 38:10, 40:9, 40:10, 41:14, 41:18, 43:15, 62:12, 62:15, 62:21, 63:4, 63:12, 63:16, 63:25, 64:4, 64:9, 64:18, 65:2, 104:23, 151:1, 217:22, 217:24, 221:3, 222:25, 223:14, 293:12, 319:17, 319:23

capriciously [2] - 301:18, 302:3

caps [4] - 154:3, 155:24, 164:7, 164:21

car [1] - 123:9

Cardenas [1] - 230:16

Cardenas's [1] - 230:20

care [10] - 102:9, 117:21, 117:22, 118:3, 118:5, 118:13, 128:1, 146:11, 192:24, 205:14

careful [3] - 148:25, 274:13, 285:7

caregiver [1] - 233:23

Carolina [1] - 342:6

Carr [1] - 240:21

carrot [1] - 245:13

carry [1] - 300:12

carrying [1] - 49:3

cars [1] - 258:12

carve [1] - 285:8

case [415] - 5:13, 5:14, 5:17, 5:21, 6:18, 6:20, 6:25, 8:9, 9:2, 9:13, 9:18, 10:14, 11:25, 12:1, 15:12, 17:4, 22:12, 25:23, 26:4, 26:24, 27:7, 28:21, 30:17, 39:24, 44:2, 45:22, 46:22, 48:19, 51:5, 51:8, 51:21, 52:20, 52:25, 53:8, 53:23, 54:2,

54:6, 62:1, 62:8, 63:7, 65:6, 65:12, 65:22, 66:16, 69:23, 70:12, 70:21, 70:24, 71:1, 71:7, 71:10, 82:13, 83:17, 83:18, 89:22, 90:3, 90:11, 93:23, 93:25, 94:1, 94:5, 94:19, 94:20, 94:22, 95:10, 95:13, 96:13, 96:14, 96:25, 98:23, 100:13, 100:24, 101:13, 101:21, 104:14, 104:16, 104:18, 105:18, 106:4, 106:5, 107:24, 110:9, 114:8, 116:9, 119:16, 119:24, 123:4, 125:13, 128:12, 134:18, 135:22, 138:17, 141:19, 142:10, 143:21, 146:20, 147:7, 153:22, 154:9, 154:10, 154:16, 154:18, 155:9, 155:10, 155:15, 155:21, 156:4, 156:5, 156:8, 156:10, 156:14, 156:20, 156:23, 157:4, 157:10, 157:11, 157:20, 158:1, 158:6, 160:3, 162:6, 162:11, 167:10, 167:10, 168:6, 168:9, 169:9, 169:12, 171:8, 174:23, 175:4, 177:9, 177:17, 178:3, 182:2, 184:1, 187:20, 188:14, 190:10, 190:12, 190:14, 190:19, 190:23, 191:21, 193:16, 193:24, 194:3, 194:6, 194:9, 195:21, 196:25, 197:1, 198:13, 205:8, 205:9, 209:2, 214:18, 215:7, 215:15, 216:7, 216:12, 219:16, 219:19, 219:20, 226:3, 228:5, 235:13, 237:7, 237:9, 238:24, 239:21, 239:25, 240:1, 240:9, 242:4, 242:10, 251:1, 251:21, 252:9, 252:14, 253:5, 253:24, 254:11, 255:22, 256:1, 256:20, 256:21, 256:22, 256:23, 258:7, 259:18, 260:17, 262:20, 267:4, 268:22, 268:23, 270:3, 272:10, 272:20, 274:1, 275:8, 276:4, 276:11, 277:2, 277:6, 277:10, 277:14, 277:21, 278:5, 278:17, 278:18, 279:3, 279:5, 279:6, 279:10, 279:14, 280:5, 280:7, 280:14, 280:15, 281:20, 282:1, 282:2, 282:8, 282:9, 283:1, 284:11, 285:6, 285:8, 285:11, 285:13, 285:18, 286:21, 289:7, 289:13, 290:24, 291:5, 291:7, 291:12, 291:20, 291:23, 292:9, 293:3, 294:8, 295:3, 298:22, 299:2, 299:13, 299:19, 299:23, 300:1, 300:11, 300:16, 300:18, 301:2, 301:4, 301:14, 302:6, 302:7, 302:11, 302:17, 302:22, 303:7, 303:16, 303:17, 303:22, 304:4, 304:13, 304:15, 304:16, 304:18, 304:25, 305:3, 305:22, 305:23, 306:5, 306:6, 306:10, 306:15, 306:24, 308:14, 308:15, 311:5, 311:16, 311:24, 312:18, 313:7, 313:15, 314:4, 315:5, 315:9, 317:11, 320:6, 321:13, 321:14, 321:23, 322:5, 324:5, 326:9, 327:2, 327:18, 327:20, 327:24, 328:17, 333:21, 335:10, 335:13, 335:19, 335:20, 336:18, 337:2, 337:22, 338:1, 338:20, 339:13, 339:18, 340:6, 340:15, 340:21, 341:1, 341:8, 342:7

CASE [1] - 344:1

case-by-case [77] - 5:17, 5:21, 6:25, 8:9, 9:13, 10:14, 11:25, 51:5, 153:22, 154:10, 154:16, 154:18, 155:9, 155:10, 155:21, 156:4, 156:5, 156:8, 156:10, 156:14, 156:20, 156:23, 157:4, 157:10, 157:11, 157:20, 158:1, 158:6, 160:3, 162:6, 162:11, 167:10, 168:9, 169:9, 169:12, 171:8, 174:23, 177:9, 177:17, 178:3, 184:1, 187:20, 188:14, 191:21, 193:16, 193:24, 194:3, 194:9, 195:21, 198:13, 214:18, 215:7, 215:15, 216:12, 299:2, 299:13, 299:23, 300:1, 300:11, 300:18, 301:2, 301:4, 302:6, 302:17, 302:22, 303:7, 304:4, 304:13, 304:15, 304:16, 304:25, 305:3, 306:5, 306:6, 306:10, 306:15, 306:24

cases [60] - 9:16, 10:16, 25:24, 26:14, 31:4, 31:5, 45:19, 50:13, 53:7, 53:10, 55:2, 66:9, 66:11, 67:17, 67:19, 68:3, 75:7, 83:20, 84:1, 90:17, 90:19, 91:21, 92:1, 92:12, 93:22, 94:11, 94:14, 96:10, 96:11, 99:9, 100:6, 101:4, 101:12, 104:8, 105:19, 105:22, 119:17, 181:7, 240:10, 255:20, 256:7, 271:20, 277:23, 281:9, 283:13, 285:7, 285:25, 286:20, 289:6, 289:10, 289:12, 290:2, 305:5, 305:15, 307:18, 322:16, 323:20

Cashmere [1] - 233:14

cast [2] - 163:12, 336:15

catastrophe [2] - 6:12, 6:17

catch [1] - 36:6

categorical [6] - 21:18, 24:21, 25:13, 186:15, 187:12, 284:13

categorically [6] - 11:12, 115:11, 186:15, 277:11, 283:14, 283:16

categories [26] - 12:3, 16:10, 17:21, 18:2, 18:8, 18:21, 19:3, 19:6, 20:11, 20:17, 21:3, 24:1, 24:8, 24:11, 24:13, 24:15, 24:23, 25:1, 25:5, 25:8, 53:2, 159:16, 160:6, 246:4, 297:6, 300:3

category [15] - 7:13, 20:1, 21:3, 24:16, 40:20, 159:15, 160:7, 160:21, 161:8, 169:20, 172:20, 188:13, 209:18, 280:6, 297:2

Cato [1] - 106:17

caught [2] - 37:22, 39:17

causal [1] - 132:17

causation [3] - 137:8, 140:4, 252:12

cause [20] - 52:14, 54:24, 54:25, 56:3, 56:6, 57:4, 69:16, 134:12, 179:11, 180:9, 181:8, 181:24, 183:22, 242:13, 252:18, 308:10, 314:17, 314:18, 315:7, 318:3

caused [4] - 184:4, 234:15, 275:20

causes [3] - 133:15, 180:2

causing [3] - 133:7, 275:10, 316:6

caution [1] - 281:7

cautious [1] - 52:16
CBP [17] - 7:11, 8:6, 8:10, 8:16, 9:1, 9:5, 43:25, 49:24, 71:22, 73:15, 74:11, 74:16, 157:18, 157:21, 175:16, 183:24, 288:22
cease [1] - 293:22
census [3] - 104:18, 105:4, 282:8
Center [5] - 2:16, 3:3, 79:25, 147:17, 340:25
Central [1] - 108:21
century [1] - 322:5
certain [33] - 12:3, 18:7, 18:21, 20:11, 20:12, 20:17, 21:3, 53:1, 53:2, 63:17, 76:2, 87:10, 107:14, 155:20, 161:14, 180:25, 187:17, 199:11, 207:13, 215:2, 219:12, 234:9, 237:20, 289:14, 292:24, 292:25, 299:9, 309:16, 313:10, 313:22, 321:6, 334:3
certainly [21] - 92:8, 94:3, 98:9, 99:11, 109:25, 111:12, 119:25, 122:6, 137:7, 149:16, 151:19, 173:5, 176:2, 210:17, 227:7, 233:17, 235:2, 235:8, 256:6, 267:4, 286:11
certainty [2] - 242:2, 242:5
CERTIFICATE [1] - 344:15
certified [1] - 344:3
certify [2] - 344:1, 344:16
CH [1] - 337:1
chaff [1] - 85:9
challenge [22] - 52:19, 53:18, 57:25, 58:20, 107:4, 109:15, 109:16, 109:17, 202:18, 204:11, 208:9, 244:25, 247:14, 259:2, 269:3, 270:5, 286:1, 298:22, 301:16, 319:21, 335:21
challenged [12] - 21:13, 70:8, 70:9, 94:21, 105:3, 108:3, 204:9, 268:24, 285:9, 285:24, 303:16, 327:13
challenges [7] - 23:8, 58:5, 58:8, 59:1, 59:24, 202:2, 209:20, 210:21, 319:8
challenging [17] - 52:23, 84:3, 91:1, 109:9, 109:11, 244:3, 245:9, 245:11, 247:15, 249:9, 251:1, 257:15, 257:16, 258:1, 259:8, 259:16, 277:6
chance [1] - 60:7
Chaney [1] - 300:25
change [20] - 26:11, 26:17, 30:17, 34:12, 37:11, 53:9, 62:25, 80:22, 82:5, 82:8, 98:17, 128:5, 146:17, 216:25, 246:7, 265:20, 274:16, 275:25, 336:4
changed [3] - 137:9, 237:15, 291:23
changes [11] - 58:10, 80:16, 91:4, 91:5, 111:14, 153:2, 153:21, 154:3, 154:8, 164:6, 328:4
channel [1] - 203:17
channels [4] - 202:21, 203:10, 320:23, 321:1
characteristics [2] - 12:3, 187:17
characterization [1] - 213:12
characterized [1] - 166:18
charge [1] - 250:7

charges [1] - 122:22
Charles [1] - 3:3
chart [7] - 87:7, 88:13, 88:14, 89:1, 131:10, 131:11, 135:16
charts [2] - 87:17, 87:20
check [5] - 74:3, 74:18, 79:17, 305:17
checked [2] - 168:17, 168:18
checking [2] - 231:9, 340:11
checks [1] - 161:8
cherry [1] - 83:7
cherry-pick [1] - 83:7
chew [1] - 83:24
chief [1] - 284:25
child [1] - 116:11
children [6] - 115:10, 116:1, 116:6, 219:25, 248:5, 250:19
chime [1] - 22:24
CHN [1] - 337:1
CHNV [124] - 10:7, 12:19, 13:11, 24:13, 32:17, 32:21, 33:1, 34:11, 35:9, 41:12, 50:17, 50:25, 77:7, 83:3, 84:10, 84:11, 87:23, 88:2, 92:5, 101:14, 101:21, 102:3, 107:5, 108:10, 112:13, 112:23, 113:9, 113:16, 114:3, 115:11, 116:2, 116:18, 124:4, 124:13, 128:14, 137:13, 144:15, 145:15, 147:2, 147:24, 148:6, 148:7, 149:13, 150:11, 150:16, 150:25, 151:6, 152:14, 154:14, 155:1, 157:9, 158:5, 159:16, 160:10, 160:22, 161:20, 161:23, 162:6, 162:9, 163:4, 163:6, 163:12, 163:14, 163:19, 164:1, 164:18, 166:8, 187:24, 188:3, 194:15, 194:17, 194:23, 195:1, 195:13, 196:1, 197:17, 201:6, 203:15, 204:1, 204:8, 204:20, 205:2, 208:17, 211:2, 212:7, 215:25, 216:2, 217:21, 218:1, 218:13, 218:16, 220:8, 220:17, 220:22, 221:5, 221:17, 221:25, 222:9, 222:17, 222:25, 223:22, 223:24, 227:11, 227:20, 227:24, 228:17, 232:21, 233:25, 239:13, 254:9, 259:7, 263:15, 264:9, 264:20, 267:20, 269:18, 270:12, 278:22, 287:11, 287:13, 288:14, 290:8, 290:13, 292:14
choice [5] - 103:21, 109:7, 110:24, 111:17, 139:22
chooses [2] - 206:4, 318:19
choosing [2] - 69:17, 222:6
chose [1] - 111:9
chosen [2] - 107:3, 232:12
Christian [1] - 231:20
Christians [1] - 207:16
Christopher [1] - 2:8
chunk [1] - 179:20
circle [1] - 249:8
circuit [2] - 99:11, 99:15
Circuit [91] - 43:23, 44:17, 65:25, 66:9, 66:19, 67:9, 68:3, 89:18, 90:15, 90:19, 90:21, 91:3, 91:4, 91:13, 91:25, 94:25,

95:14, 96:7, 96:23, 97:21, 97:25, 98:1, 98:3, 98:10, 98:15, 102:5, 106:2, 119:11, 119:12, 120:7, 120:8, 120:10, 120:21, 121:1, 122:16, 123:4, 135:17, 142:7, 142:12, 142:16, 143:2, 146:21, 190:9, 190:14, 190:17, 190:22, 191:2, 226:24, 235:14, 240:20, 241:2, 242:3, 251:17, 268:23, 268:25, 273:12, 278:1, 279:24, 280:7, 280:17, 282:3, 285:7, 286:22, 291:5, 291:10, 291:20, 293:13, 293:15, 313:6, 314:2, 314:4, 315:8, 321:12, 321:21, 321:24, 322:3, 324:1, 326:8, 326:24, 327:1, 327:19, 327:23, 337:24, 338:2, 338:12, 338:16, 339:13, 340:24, 341:7, 342:7
circuit's [1] - 338:5
Circuit's [3] - 250:11, 278:16, 279:14
circuits [1] - 120:11
circumstance [7] - 55:22, 200:25, 259:14, 272:10, 292:7, 292:22, 305:16
circumstances [15] - 37:25, 45:3, 52:17, 53:15, 62:3, 62:5, 74:10, 76:5, 76:7, 152:19, 178:14, 198:20, 199:20, 251:15, 317:2
circumvent [1] - 162:23
circumvention [1] - 251:9
circumvents [1] - 164:14
citations [1] - 304:8
cite [16] - 15:19, 88:3, 88:5, 88:9, 111:18, 162:20, 166:11, 190:12, 213:1, 237:5, 273:18, 277:20, 277:22, 286:20, 340:5
cited [15] - 53:10, 88:11, 104:15, 112:11, 128:12, 134:18, 185:10, 256:21, 256:22, 280:5, 284:8, 285:11, 291:7, 302:4, 339:12
cites [11] - 190:10, 279:5, 279:10, 279:14, 285:13, 285:17, 285:24, 291:5, 291:7, 300:22, 328:11
citing [6] - 159:5, 227:7, 227:25, 303:12, 330:18, 338:17
citizen [4] - 161:3, 161:5, 230:4, 230:10
citizens [3] - 85:21, 191:24, 213:19
City [1] - 143:7
civil [3] - 26:12, 75:2, 328:10
claim [47] - 5:12, 22:19, 22:21, 23:2, 23:9, 26:1, 27:19, 30:12, 30:22, 31:9, 31:12, 36:17, 40:9, 41:14, 41:17, 43:17, 52:9, 63:9, 63:10, 81:16, 81:23, 84:1, 84:6, 86:5, 89:21, 103:1, 104:12, 104:23, 104:24, 121:24, 138:4, 225:11, 225:19, 239:5, 243:6, 281:17, 301:17, 308:5, 308:6, 308:13, 310:21, 310:23, 319:17, 334:13
claimed [2] - 81:4, 213:7
claiming [5] - 80:16, 83:1, 119:2, 162:8, 251:10
claims [19] - 5:11, 28:24, 80:17, 81:19, 82:6, 82:9, 83:10, 124:24, 125:18, 163:16, 217:23, 221:2, 221:23, 222:3,

243:10, 243:13, 243:14, 247:11,
303:22
**clarify** [6] - 14:6, 27:17, 186:1, 303:14,
303:24, 332:14
**clarifying** [2] - 89:3, 156:5
**class** [4] - 194:1, 194:5, 301:25, 321:19
**class-based** [1] - 321:19
**class-wide** [1] - 301:25
**classification** [1] - 327:3
**classified** [1] - 153:9
**clause** [1] - 180:17
**clawback** [2] - 235:11, 235:15
**clawed** [2] - 238:7
**clawing** [1] - 235:3
**clear** [45] - 8:12, 27:13, 84:14, 86:16,
87:25, 90:24, 91:24, 94:10, 97:22,
98:17, 98:18, 98:23, 100:14, 104:20,
106:9, 106:20, 116:21, 117:2, 117:16,
120:5, 120:25, 121:1, 121:4, 122:4,
123:21, 125:22, 133:11, 147:3,
157:18, 158:14, 161:7, 189:24, 191:5,
213:9, 213:25, 216:21, 234:21,
235:18, 237:4, 238:15, 268:20,
304:18, 318:3, 329:10, 343:19
**cleared** [2] - 176:18, 229:4
**clearer** [1] - 45:22
**clearest** [1] - 122:18
**clearing** [1] - 120:15
**clearly** [13] - 10:25, 20:3, 26:3, 90:11,
100:18, 100:21, 123:11, 183:18,
193:13, 205:18, 217:10, 226:24, 227:2
**click** [1] - 187:8
**client** [7] - 38:14, 74:9, 178:12, 197:21,
228:4, 230:8, 231:15
**clients** [9] - 27:14, 111:20, 219:17,
228:20, 231:5, 233:18, 238:16,
238:21, 238:23
**Clinton** [4] - 202:19, 206:25, 208:2,
208:5
**close** [6] - 16:9, 79:14, 118:9, 208:18,
234:4, 284:21
**closed** [1] - 138:13
**closer** [3] - 79:12, 200:23, 278:4
**CLOSING** [2] - 4:2, 4:4
**closing** [7] - 80:4, 80:15, 81:22, 136:25,
144:10, 229:3, 248:1
**cluttering** [1] - 86:9
**co** [4] - 57:1, 72:17, 144:25, 188:23
**co-counsel** [3] - 57:1, 72:17, 144:25
**co-equal** [1] - 188:23
**Coast** [1] - 202:15
**coastal** [2] - 185:8, 185:9
**codifying** [1] - 157:3
**coerced** [1] - 92:5
**coffers** [1] - 221:24
**cognizable** [9] - 106:19, 106:24, 139:21,
242:22, 251:24, 273:1, 273:17,
276:24, 278:2
**cognizant** [2] - 285:7, 328:5
**Cold** [1] - 207:14

**collaborative** [1] - 209:1
**collaboratively** [3] - 11:17, 216:17,
223:5
**collage** [1] - 251:7
**collapse** [1] - 128:10
**collapses** [1] - 244:21
**colleague** [5] - 83:13, 117:6, 147:19,
223:25, 229:8
**colleagues** [2] - 87:10, 153:12
**collective** [2] - 154:25, 223:5
**collectively** [1] - 219:4
**colloquially** [1] - 90:9
**combination** [4] - 90:4, 96:24, 287:1,
306:16
**combined** [2] - 32:18, 97:3
**come** [68] - 6:16, 10:10, 29:19, 31:4,
31:5, 31:22, 32:2, 34:3, 35:6, 35:8,
50:2, 50:3, 50:24, 51:5, 51:10, 51:17,
55:25, 58:14, 58:15, 60:15, 67:22,
69:5, 69:23, 86:19, 103:1, 103:24,
114:3, 114:4, 117:11, 118:18, 125:3,
145:16, 161:22, 166:3, 170:8, 174:4,
184:15, 185:7, 199:12, 199:13,
200:10, 211:16, 221:19, 230:12,
235:10, 243:1, 243:24, 244:15, 245:8,
247:9, 248:17, 249:11, 249:16,
249:21, 250:1, 250:4, 250:7, 268:1,
268:2, 274:12, 275:19, 290:14, 293:1,
309:1, 312:19
**comes** [18] - 30:11, 30:16, 47:3, 49:15,
66:12, 113:22, 121:5, 137:23, 166:22,
171:4, 202:5, 220:14, 220:24, 237:7,
251:22, 256:4, 325:11, 333:15
**coming** [55] - 7:3, 10:8, 11:23, 13:15,
14:12, 22:2, 22:5, 29:15, 41:2, 107:12,
111:21, 130:1, 130:2, 130:9, 130:10,
131:5, 131:6, 132:3, 132:15, 133:6,
135:14, 137:7, 137:23, 138:5, 165:24,
168:25, 169:13, 175:5, 176:11,
183:12, 184:10, 200:9, 239:14,
239:21, 240:6, 246:20, 247:24,
248:21, 248:23, 248:24, 249:23,
255:25, 257:21, 258:4, 264:1, 264:13,
273:6, 274:19, 283:24, 301:13,
315:16, 319:10, 320:11, 330:10,
331:18
**comment** [58] - 43:16, 43:19, 44:5, 44:8,
44:10, 44:25, 45:11, 54:23, 54:25,
55:13, 55:14, 56:2, 56:5, 56:8, 56:11,
56:12, 56:14, 56:15, 56:18, 57:4, 57:5,
57:24, 58:17, 60:22, 60:23, 60:24,
61:3, 61:14, 61:24, 62:7, 62:10, 62:17,
63:5, 63:9, 63:13, 64:1, 64:6, 64:12,
64:14, 64:19, 64:23, 312:22, 314:12,
314:21, 315:12, 315:20, 316:11,
316:22, 317:8, 317:24, 318:4, 323:11,
332:10, 332:17, 332:21, 332:24,
338:13
**comments** [1] - 60:25
**Commerce** [1] - 104:18

**commercial** [1] - 160:16
**Commission** [1] - 256:21
**commit** [1] - 42:11
**commitment** [2] - 46:3, 192:24
**commitments** [1] - 193:4
**committed** [1] - 297:18
**Committee** [2] - 213:2, 213:11
**commonplace** [1] - 68:16
**communities** [16] - 29:13, 29:23, 68:24,
223:9, 228:23, 317:18, 317:20,
330:15, 330:23, 331:2, 331:7, 331:11,
331:20, 331:25
**community** [7] - 185:9, 231:24, 232:4,
233:12, 233:14, 233:15, 309:16
**comparator** [1] - 114:5
**compare** [1] - 37:16
**compared** [5] - 32:15, 112:5, 245:13,
254:14, 259:6
**comparing** [4] - 40:15, 131:14, 250:18,
319:11
**compatible** [1] - 193:23
**compelling** [1] - 19:20
**competing** [1] - 341:17
**complaining** [1] - 141:2
**complaint** [61] - 30:17, 80:24, 84:11,
84:20, 85:12, 125:14, 125:15, 126:18,
134:4, 134:6, 134:10, 134:19, 134:24,
135:20, 136:2, 136:5, 136:14, 235:2,
240:17, 240:24, 241:7, 241:9, 241:12,
241:18, 242:9, 242:23, 247:25, 253:2,
255:1, 256:2, 256:8, 257:8, 259:16,
259:22, 259:24, 260:6, 260:8, 260:14,
260:17, 260:19, 262:12, 263:4, 263:6,
263:9, 265:13, 265:14, 265:15,
265:17, 265:22, 266:18, 266:21,
267:8, 270:20, 270:25, 271:5, 272:11,
277:13, 277:16, 294:17
**complaints** [1] - 259:13
**complement** [1] - 166:1
**complete** [2] - 35:23, 239:22
**completed** [2] - 37:17, 39:18
**completely** [4] - 80:22, 179:2, 225:24,
343:16
**completes** [1] - 287:18
**completing** [1] - 157:16
**complex** [1] - 294:9
**complicate** [1] - 46:7
**complicated** [2] - 126:2, 147:6
**complies** [2] - 301:4, 325:2
**comply** [7] - 41:12, 160:19, 163:7,
247:10, 323:24, 324:25, 325:2
**complying** [1] - 325:23
**compound** [1] - 58:8
**comprehensive** [1] - 34:3
**comprehensively** [1] - 30:15
**compress** [1] - 317:25
**compression** [1] - 175:21
**computer** [1] - 1:25
**computer-assisted** [1] - 1:25
**concede** [3] - 48:10, 284:6, 297:13

conceivably [1] - 282:14
conceive [1] - 282:15
concept [5] - 70:7, 98:9, 110:17, 190:8, 265:21
concepts [2] - 89:7, 98:17
concern [6] - 165:3, 176:2, 200:13, 202:16, 202:25, 280:10
concerned [6] - 29:7, 55:23, 137:15, 137:16, 147:12, 163:1
concerning [2] - 44:19, 156:14
concerns [9] - 101:4, 159:5, 160:1, 176:3, 177:16, 183:13, 184:12, 202:22, 204:19
conclude [1] - 291:15
concluded [3] - 233:4, 316:11, 344:13
conclusion [5] - 36:25, 301:6, 302:21, 303:12, 303:13
conclusions [7] - 15:21, 291:8, 302:25, 303:6, 304:5, 333:9, 333:13
concrete [6] - 127:8, 174:7, 277:12, 278:12, 278:19, 284:15
concurrence [3] - 83:24, 97:1, 205:24
concurring [1] - 90:5
condition [5] - 173:3, 173:4, 173:22, 173:24, 174:11
conditional [1] - 339:20
conditions [16] - 5:17, 15:2, 15:5, 24:9, 41:20, 41:22, 42:2, 75:1, 76:5, 168:1, 168:3, 171:3, 181:15, 182:23, 200:4, 202:4
condoned [1] - 214:5
conduct [1] - 205:15
confer [6] - 72:7, 145:4, 149:21, 333:20, 334:18, 334:24
conferring [1] - 48:3
confers [1] - 49:10
confirm [1] - 7:23
confirmed [2] - 8:5, 160:15
confirms [2] - 42:13, 137:9
conflict [1] - 194:2
conform [1] - 23:3
conforms [1] - 319:18
confronted [1] - 83:9
confusing [2] - 127:8, 295:25
confusion [1] - 149:10
Congress [119] - 10:24, 11:1, 16:12, 17:1, 17:5, 17:10, 18:6, 18:11, 18:16, 18:18, 18:20, 19:2, 19:5, 19:8, 19:18, 20:1, 20:3, 20:6, 20:9, 20:16, 21:5, 21:17, 21:19, 22:9, 22:13, 23:17, 23:20, 23:25, 111:9, 111:14, 150:19, 150:22, 151:14, 151:17, 151:19, 151:24, 152:5, 152:9, 152:13, 152:16, 153:5, 153:7, 154:10, 155:19, 155:22, 155:23, 156:3, 156:4, 156:7, 156:25, 163:21, 164:15, 164:19, 164:20, 164:23, 164:24, 165:3, 182:11, 184:12, 187:4, 187:5, 188:21, 189:1, 189:12, 189:23, 189:25, 190:2, 191:20, 205:17, 206:9, 207:20,

207:21, 211:7, 211:14, 211:18, 211:25, 212:4, 212:8, 212:12, 212:15, 213:8, 213:13, 213:15, 213:21, 213:25, 214:12, 214:14, 215:3, 215:11, 215:15, 216:7, 216:13, 216:18, 216:22, 217:4, 217:10, 217:14, 218:5, 218:9, 220:6, 222:8, 222:11, 222:19, 223:15, 298:7, 298:12, 300:3, 300:10, 310:9, 310:11, 321:2, 321:6, 321:20, 322:8, 322:21, 322:23, 323:14, 323:15, 330:24
Congress's [8] - 17:8, 165:7, 165:19, 165:22, 190:2, 215:21, 323:5, 323:6
congressional [4] - 150:12, 151:8, 152:8, 216:4
Congressional [3] - 17:16, 189:17, 222:7
Congressionally [2] - 162:23, 219:8
conjectural [1] - 179:2
connect [1] - 104:1
connected [1] - 275:12
connection [4] - 46:16, 51:8, 51:20, 94:22
connections [1] - 232:20
consent [1] - 59:22
consequence [5] - 31:21, 55:24, 199:14, 290:16, 314:16, 318:2
consequences [23] - 35:17, 45:16, 48:15, 56:9, 58:25, 60:3, 60:12, 220:5, 290:7, 290:9, 290:11, 292:11, 295:23, 313:22, 314:20, 315:23, 316:1, 316:2, 316:15, 331:16, 342:5, 342:8, 342:15
consider [62] - 6:18, 7:18, 23:10, 26:2, 26:15, 27:7, 27:10, 27:14, 28:4, 28:10, 29:1, 29:4, 29:7, 29:10, 29:11, 30:18, 31:10, 31:16, 32:17, 36:17, 60:9, 62:6, 62:23, 62:24, 81:20, 112:25, 126:19, 154:19, 215:6, 221:1, 222:3, 227:15, 228:13, 233:11, 260:10, 264:13, 270:4, 270:14, 281:2, 295:20, 301:18, 301:20, 302:3, 311:23, 320:13, 324:9, 324:18, 324:22, 325:1, 327:16, 327:21, 328:23, 329:5, 329:7, 329:10, 329:14, 329:15, 330:6, 331:23, 331:24, 336:25
consideration [9] - 29:22, 30:7, 43:12, 63:21, 177:14, 194:7, 198:8, 212:4, 222:2
considerations [4] - 100:23, 196:7, 200:24, 295:20
considered [45] - 6:20, 17:10, 19:24, 27:12, 29:6, 29:24, 30:1, 30:2, 31:6, 31:13, 41:9, 54:13, 63:17, 63:18, 63:24, 64:14, 120:20, 146:2, 156:20, 165:22, 169:21, 186:7, 193:12, 194:1, 209:18, 213:11, 214:4, 216:11, 220:21, 223:1, 226:25, 241:4, 261:8, 267:18, 295:4, 295:22, 317:17, 319:18, 325:1, 326:5, 328:12, 328:15, 330:11, 331:14, 331:16

considering [7] - 28:2, 28:7, 168:5, 229:5, 286:15, 314:9, 328:2
considers [5] - 31:2, 33:6, 85:20, 139:9, 159:22
consistent [14] - 129:14, 150:12, 150:16, 152:15, 162:10, 164:2, 188:4, 188:19, 194:16, 194:18, 205:22, 211:3, 222:10, 222:18
consistently [5] - 151:21, 191:15, 211:7, 212:5, 217:14
constitute [2] - 215:8, 296:22
constitutes [1] - 178:8
constitutional [1] - 66:14
constrain [2] - 188:23, 212:18
constraints [2] - 207:23, 281:9
constructed [1] - 337:16
construction [2] - 276:18, 310:24
consumed [1] - 202:15
consummate [1] - 291:2
consummated [2] - 287:19, 292:23
consummates [1] - 289:2
consummation [1] - 291:18
contact [1] - 233:20
contained [1] - 261:1
contemplate [1] - 68:11
contemplated [2] - 59:1, 300:3
contemplating [1] - 61:18
contemporaneous [2] - 156:8, 223:6
contention [1] - 327:23
contest [3] - 21:14, 273:15, 276:22
context [17] - 26:22, 27:24, 30:5, 30:12, 31:16, 36:18, 47:4, 47:12, 47:14, 64:20, 142:8, 142:14, 205:19, 279:23, 311:5, 326:24, 343:22
contingent [3] - 261:16, 293:18, 293:24
continuation [1] - 215:5
continue [10] - 13:12, 18:21, 20:10, 53:17, 157:25, 175:25, 191:7, 215:10, 290:14, 330:21
continued [5] - 75:4, 183:1, 195:3, 238:3, 285:15
CONTINUED [2] - 2:1, 3:1
continues [2] - 75:2, 182:24
continuing [1] - 9:6
contradictory [2] - 109:19, 109:20
contrary [5] - 5:13, 15:14, 22:19, 55:1, 68:19, 112:16, 115:15, 122:10, 187:3, 254:2, 305:2, 339:2
contrary-to-law [1] - 22:19
contrast [3] - 161:25, 173:16, 275:6
contrasting [1] - 300:5
contravene [1] - 155:4
contribute [1] - 223:8
contributing [2] - 181:3, 192:18
contribution [1] - 134:22
contributions [4] - 134:25, 192:12, 257:2, 257:4
control [4] - 92:17, 190:8, 325:13, 335:20

**controverted** [2] - 84:21, 116:12
**conversations** [2] - 172:11, 180:12
**coordination** [2] - 208:18, 209:20
**copies** [2] - 20:22, 80:9
**copy** [2] - 88:6, 88:7
**core** [3] - 26:13, 26:14, 164:6
**corners** [2] - 267:21, 268:6
**Cornyn** [1] - 326:3
**correct** [23] - 46:25, 60:8, 71:16, 73:25, 93:24, 113:10, 120:13, 135:16, 139:6, 155:17, 169:25, 171:19, 185:2, 236:4, 269:21, 277:4, 280:18, 280:21, 303:23, 309:23, 318:14, 330:8, 344:17
**correctly** [1] - 331:17
**corresponding** [1] - 112:4
**cost** [35] - 29:8, 29:10, 96:3, 112:19, 115:6, 115:17, 116:3, 116:22, 117:3, 117:20, 117:21, 118:16, 120:17, 120:22, 121:25, 122:20, 122:24, 124:15, 131:5, 139:3, 240:9, 250:3, 250:21, 256:9, 274:17, 274:18, 274:24, 275:20, 282:12, 282:21, 282:24, 284:19, 284:21, 285:1, 286:8
**costs** [67] - 29:2, 29:12, 29:22, 29:23, 83:1, 85:19, 99:23, 108:9, 110:16, 110:22, 113:23, 114:10, 114:25, 115:4, 115:20, 116:18, 116:20, 117:19, 117:22, 118:3, 118:13, 118:15, 118:24, 123:20, 125:18, 130:6, 220:20, 222:2, 226:23, 234:5, 240:2, 240:3, 241:18, 241:20, 243:24, 248:11, 250:15, 274:6, 274:16, 274:20, 275:1, 275:5, 275:13, 275:17, 276:6, 276:19, 277:12, 278:20, 278:21, 282:20, 282:23, 282:25, 283:21, 284:19, 285:2, 330:1, 330:7, 330:9, 330:14, 331:13, 331:16, 331:21, 341:2
**could** [85] - 6:19, 7:9, 10:16, 27:4, 28:22, 32:1, 34:11, 44:23, 45:9, 48:1, 51:14, 55:3, 55:22, 57:5, 60:8, 61:24, 62:24, 63:11, 64:17, 67:1, 67:22, 69:7, 69:16, 73:4, 74:9, 74:21, 77:8, 115:25, 118:4, 120:1, 120:5, 121:9, 133:24, 148:15, 148:19, 151:10, 155:22, 178:23, 182:15, 189:16, 189:17, 189:20, 204:22, 226:14, 233:23, 245:17, 254:15, 267:17, 271:9, 271:23, 273:16, 276:23, 278:24, 280:12, 282:13, 282:17, 282:20, 283:10, 284:16, 287:3, 293:2, 293:8, 293:14, 293:17, 293:22, 294:15, 295:4, 296:21, 299:20, 301:7, 308:21, 314:18, 316:15, 317:6, 323:17, 328:21, 331:10, 332:13, 334:14, 335:7, 341:12, 342:12, 342:14
**couldn't** [11] - 18:15, 30:15, 49:23, 70:21, 104:16, 177:9, 235:10, 248:17, 271:2, 301:23, 308:15
**Council** [1] - 208:2

**counsel** [8] - 57:1, 72:17, 144:25, 145:4, 239:2, 324:2, 329:25, 331:12
**count** [9] - 27:20, 99:7, 112:23, 113:7, 113:16, 114:7, 117:20, 118:14, 268:15
**counted** [4] - 114:9, 118:20, 118:21, 165:10
**counter** [2] - 139:19, 162:8
**counterpoint** [1] - 213:14
**counting** [5] - 99:4, 114:9, 117:10, 118:2, 269:9
**countless** [1] - 161:15
**countries** [134] - 10:3, 10:8, 11:17, 11:22, 12:10, 12:17, 13:9, 13:22, 14:8, 14:17, 18:9, 20:12, 21:4, 25:10, 29:15, 31:19, 31:22, 32:1, 32:9, 32:10, 32:13, 32:17, 32:20, 32:21, 32:23, 32:25, 33:24, 34:14, 34:18, 34:25, 36:15, 37:9, 38:17, 39:2, 39:5, 40:13, 40:19, 41:7, 44:22, 45:7, 50:21, 51:13, 55:10, 55:16, 55:20, 57:17, 57:20, 58:13, 58:23, 60:4, 75:12, 75:17, 75:20, 75:23, 76:14, 76:23, 77:12, 78:10, 85:4, 88:22, 107:3, 108:3, 108:4, 130:10, 130:17, 130:24, 131:8, 131:12, 131:17, 131:19, 132:4, 132:15, 133:8, 138:6, 139:16, 147:24, 148:6, 149:13, 167:25, 168:2, 198:6, 198:21, 199:7, 199:9, 199:15, 200:5, 200:8, 200:9, 205:4, 205:21, 206:16, 208:21, 209:3, 209:13, 209:21, 210:13, 210:15, 219:3, 226:16, 233:6, 234:23, 239:14, 244:8, 244:12, 245:13, 245:15, 245:19, 246:13, 246:20, 247:24, 248:2, 258:5, 261:14, 262:17, 264:1, 264:14, 290:7, 290:19, 312:23, 313:11, 313:17, 315:16, 316:5, 319:9, 319:10, 320:1, 320:2, 325:21, 330:10, 331:14, 331:19, 331:22
**country** [68] - 7:14, 13:3, 21:14, 21:16, 21:19, 34:1, 43:7, 44:19, 45:1, 45:24, 46:14, 49:4, 49:13, 51:3, 52:13, 57:21, 59:17, 66:12, 67:10, 69:3, 70:3, 75:2, 76:5, 76:10, 77:5, 109:21, 132:3, 132:24, 133:6, 135:15, 141:12, 149:8, 153:10, 165:5, 165:15, 166:3, 168:1, 169:23, 170:8, 172:15, 175:6, 176:4, 179:12, 182:17, 185:11, 185:22, 192:1, 198:7, 199:20, 200:4, 202:4, 231:20, 232:2, 244:23, 245:23, 245:24, 247:7, 247:12, 258:22, 258:24, 259:1, 259:3, 274:19, 309:1, 313:4, 321:7, 323:22
**country's** [4] - 11:8, 165:16, 193:4, 211:15
**country-specific** [2] - 21:14, 198:7
**coup** [1] - 244:20
**couple** [12] - 65:14, 65:15, 67:2, 72:14, 89:7, 100:5, 230:3, 241:2, 259:10, 263:25, 286:3, 313:6

**course** [31] - 13:16, 20:19, 27:2, 62:18, 63:6, 66:13, 84:2, 90:19, 93:4, 96:22, 99:10, 105:2, 122:20, 145:2, 149:23, 150:21, 159:7, 163:3, 173:15, 194:24, 204:25, 210:11, 219:23, 224:25, 229:13, 238:20, 283:8, 285:18, 286:20, 319:8, 328:4
**court** [18] - 52:18, 64:4, 65:1, 70:1, 172:12, 173:10, 206:5, 223:12, 240:24, 251:12, 273:23, 288:6, 297:17, 297:20, 328:11, 328:13, 328:19, 329:9
**Court** [181] - 17:3, 17:6, 17:19, 22:18, 26:25, 29:21, 30:1, 41:25, 44:7, 45:15, 45:20, 47:9, 47:14, 48:24, 49:9, 50:7, 52:25, 53:18, 59:4, 59:10, 60:8, 60:9, 60:20, 60:21, 62:20, 63:23, 64:21, 65:9, 65:12, 65:19, 67:20, 70:10, 71:7, 71:14, 71:18, 71:20, 78:16, 81:2, 81:13, 81:15, 81:19, 82:8, 83:6, 83:8, 83:23, 84:7, 84:24, 85:20, 88:4, 89:16, 90:3, 91:5, 91:20, 92:18, 92:19, 92:24, 93:5, 94:2, 95:9, 95:19, 96:4, 96:13, 96:21, 97:4, 98:2, 98:15, 98:21, 100:14, 100:16, 102:18, 104:9, 104:19, 104:20, 104:21, 105:4, 110:3, 111:10, 120:2, 120:22, 121:8, 123:5, 126:2, 126:19, 134:18, 135:1, 137:4, 138:23, 143:21, 144:20, 146:10, 146:18, 150:16, 190:18, 191:3, 191:5, 191:9, 205:7, 205:10, 205:13, 206:13, 216:21, 223:11, 223:22, 225:5, 226:22, 227:2, 227:15, 229:18, 231:3, 234:21, 236:24, 238:21, 256:22, 257:6, 259:13, 259:17, 260:10, 260:18, 261:23, 262:13, 263:5, 263:7, 264:12, 272:13, 272:18, 274:9, 275:2, 275:8, 278:13, 280:23, 283:7, 284:1, 285:23, 286:6, 286:22, 289:11, 292:2, 292:3, 292:8, 292:9, 293:3, 293:15, 294:8, 294:13, 294:24, 294:25, 295:1, 295:10, 297:21, 297:25, 298:16, 299:12, 299:22, 300:15, 301:14, 303:13, 304:3, 304:10, 313:7, 313:8, 327:24, 328:2, 329:10, 335:12, 336:15, 336:17, 337:23, 338:1, 338:2, 338:8, 338:11, 338:16, 339:3, 339:22, 340:1, 340:15, 343:20
**COURT** [616] - 1:1, 3:6, 5:2, 5:3, 5:6, 5:9, 6:11, 6:22, 7:2, 10:12, 10:18, 10:21, 11:3, 12:7, 12:14, 12:24, 13:14, 13:19, 13:24, 18:23, 22:22, 24:11, 24:17, 24:22, 25:4, 26:18, 27:9, 27:13, 27:23, 28:11, 28:19, 29:9, 30:4, 30:11, 30:21, 30:24, 31:7, 32:6, 32:8, 34:5, 34:15, 35:5, 35:12, 35:16, 35:22, 36:4, 36:10, 36:20, 36:23, 37:4, 37:16, 37:20, 38:4, 38:9, 39:11, 39:16, 40:7, 44:23, 45:9, 46:21, 46:25, 47:2, 47:18, 47:21, 48:8, 48:13, 48:20, 49:7, 49:12, 50:11, 50:22, 50:24, 51:14, 51:24,

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

52:21, 52:24, 53:12, 53:20, 54:20,
56:10, 56:19, 56:22, 57:1, 57:10,
57:14, 57:17, 60:17, 60:22, 61:1, 61:6,
61:13, 61:21, 62:2, 62:11, 63:3, 63:10,
64:3, 64:11, 64:24, 65:3, 66:4, 67:8,
68:6, 68:9, 68:13, 68:15, 69:25, 70:13,
71:11, 71:16, 71:24, 72:6, 72:9, 72:12,
73:4, 73:10, 73:13, 73:23, 74:2, 74:17,
74:24, 75:6, 75:21, 76:8, 76:12, 76:18,
77:14, 78:3, 78:8, 78:15, 78:19, 78:24,
79:2, 79:5, 79:8, 79:11, 79:18, 79:21,
80:7, 86:19, 86:21, 86:24, 87:3, 87:6,
87:12, 88:5, 88:12, 88:17, 88:24, 89:2,
89:13, 91:3, 91:10, 91:13, 91:15,
92:23, 93:3, 93:10, 93:15, 93:24, 95:1,
95:5, 95:12, 96:19, 97:5, 97:9, 97:15,
97:17, 98:6, 98:14, 99:1, 99:5, 99:13,
99:24, 100:3, 101:16, 101:19, 102:9,
103:6, 103:10, 103:13, 103:17,
103:24, 104:4, 105:8, 105:14, 105:21,
106:15, 106:22, 106:25, 107:9,
107:24, 108:20, 109:2, 109:13,
109:23, 110:6, 111:4, 111:22, 112:21,
113:5, 113:10, 113:13, 113:20, 114:1,
114:6, 114:12, 114:15, 114:22, 119:3,
119:7, 119:10, 119:14, 119:19,
119:21, 120:6, 120:13, 125:5, 125:8,
126:21, 127:1, 127:10, 127:20,
128:17, 128:19, 128:22, 129:3, 129:5,
129:18, 129:21, 130:4, 130:7, 130:18,
131:7, 131:16, 131:24, 132:7, 132:10,
132:21, 132:25, 133:5, 133:11, 134:1,
134:7, 134:11, 134:15, 135:7, 135:10,
136:4, 136:8, 136:17, 136:24, 137:15,
137:20, 138:19, 138:25, 139:11,
139:13, 139:23, 140:1, 140:16,
141:13, 141:17, 142:6, 143:1, 144:7,
144:24, 145:2, 145:5, 146:5, 146:14,
147:8, 147:15, 148:17, 148:22, 149:9,
149:19, 150:3, 150:7, 153:17, 155:14,
155:25, 166:2, 166:15, 166:19,
166:22, 167:6, 167:9, 167:13, 167:23,
168:6, 168:8, 168:12, 168:15, 168:20,
169:6, 169:11, 169:22, 170:1, 170:6,
170:11, 170:17, 170:22, 171:2,
171:12, 171:19, 171:22, 171:24,
172:3, 172:14, 172:22, 172:25, 173:7,
173:13, 173:16, 173:25, 174:13,
174:19, 175:1, 176:7, 176:10, 176:18,
176:23, 177:1, 177:7, 178:5, 178:11,
178:15, 179:13, 179:19, 179:24,
180:8, 180:14, 181:1, 181:5, 181:12,
182:4, 182:7, 182:19, 183:3, 183:16,
184:8, 184:18, 184:24, 185:3, 185:19,
186:18, 186:22, 189:4, 189:7, 189:10,
189:14, 190:4, 190:6, 190:20, 195:9,
195:15, 195:22, 196:8, 196:15,
196:23, 197:3, 197:8, 197:14, 197:19,
197:23, 198:9, 198:12, 198:23,
199:16, 199:25, 200:13, 201:2,
204:22, 209:5, 211:12, 217:17,

217:19, 224:2, 224:5, 224:8, 224:11,
224:12, 224:17, 225:10, 225:15,
225:19, 225:21, 226:1, 226:5, 226:9,
226:17, 235:22, 236:10, 236:16,
237:14, 238:5, 238:10, 238:17, 239:1,
239:10, 239:20, 240:13, 240:19,
241:6, 241:11, 241:17, 242:8, 243:4,
243:11, 243:15, 244:6, 244:13, 245:3,
245:25, 246:5, 246:9, 246:12, 246:19,
246:24, 247:2, 247:17, 247:22, 248:7,
248:12, 248:18, 249:1, 249:10,
249:13, 249:17, 249:20, 249:25,
250:3, 250:7, 250:13, 250:18, 251:20,
252:9, 252:16, 253:22, 254:1, 254:20,
255:7, 255:11, 255:19, 256:17,
257:11, 257:19, 258:3, 258:16, 259:4,
259:9, 259:21, 260:13, 260:20,
263:10, 263:15, 264:4, 264:7, 264:16,
264:23, 265:1, 265:5, 265:7, 265:12,
266:2, 266:13, 266:16, 266:22, 267:1,
267:15, 267:22, 268:4, 268:9, 268:19,
269:8, 269:11, 269:21, 269:23, 270:8,
270:21, 271:4, 271:14, 271:18,
271:25, 272:3, 272:23, 273:11,
274:17, 275:11, 276:10, 276:14,
277:4, 277:18, 278:17, 278:23, 279:1,
280:18, 280:21, 281:1, 282:5, 282:9,
282:13, 282:19, 282:21, 283:3, 283:9,
283:12, 284:3, 284:8, 284:13, 286:4,
287:16, 288:4, 289:5, 290:6, 290:17,
290:21, 291:21, 295:13, 295:17,
296:3, 296:17, 296:25, 297:8, 298:2,
298:21, 298:25, 299:5, 299:7, 300:14,
301:1, 301:9, 302:18, 303:8, 303:19,
303:25, 304:14, 304:20, 304:22,
305:13, 305:19, 305:25, 306:19,
306:23, 307:3, 307:8, 308:4, 308:11,
308:21, 309:5, 309:9, 309:18, 309:22,
309:24, 310:13, 310:22, 310:25,
311:2, 311:17, 312:1, 312:6, 312:20,
315:7, 316:21, 317:5, 318:6, 318:13,
318:16, 320:5, 320:16, 320:24, 321:4,
321:8, 321:10, 324:11, 324:15,
324:18, 325:7, 325:15, 325:18,
326:15, 326:20, 328:8, 328:24, 329:3,
329:6, 329:13, 329:23, 330:5, 330:8,
332:3, 332:15, 332:18, 332:20, 333:2,
333:7, 333:14, 334:20, 335:8, 335:23,
336:7, 336:10, 336:22, 337:10, 338:9,
338:13, 339:5, 339:8, 340:10, 340:20,
341:20, 343:13, 343:23, 344:2, 344:15

**court's** [1] - 107:20

**Court's** [7] - 71:21, 110:22, 126:6,
232:16, 273:17, 275:7, 276:25

**courts** [20] - 18:14, 48:1, 52:1, 52:3,
52:6, 52:16, 63:16, 63:17, 89:9, 89:16,
90:9, 107:19, 274:3, 274:5, 274:13,
281:8, 285:25, 289:17, 313:4, 338:23

**cousin's** [1] - 232:14

**cover** [1] - 79:3

**covered** [7] - 23:15, 46:10, 58:1, 64:5,
266:6, 269:18, 270:12

**covers** [1] - 141:11

**craft** [1] - 335:3

**crazy** [1] - 288:6

**create** [7] - 152:7, 172:20, 197:13,
201:13, 218:8, 321:21, 322:20

**created** [13] - 151:14, 151:18, 151:25,
152:5, 153:5, 164:12, 167:4, 211:22,
215:1, 219:9, 289:7, 321:2, 321:6

**creates** [1] - 163:13

**creating** [5] - 211:19, 215:17, 218:17,
287:19, 290:18

**creation** [3] - 83:3, 125:23, 268:1

**credibility** [2] - 175:13, 175:23

**credible** [1] - 73:19

**Crestway** [1] - 2:22

**crime** [4] - 16:24, 112:4, 112:5, 112:19

**criminal** [8] - 26:13, 74:3, 257:18,
305:11, 309:1, 310:4, 310:5, 328:10

**crippling** [3] - 15:2, 75:1, 182:23

**crises** [1] - 205:3

**crisis** [1] - 204:23

**criteria** [36] - 159:22, 159:23, 160:3,
160:5, 160:10, 160:24, 161:19,
161:24, 162:3, 167:19, 168:10,
168:13, 170:4, 171:4, 171:7, 171:9,
171:10, 172:17, 174:22, 177:17,
177:19, 177:25, 178:1, 185:23,
187:17, 188:13, 188:16, 193:12,
193:17, 214:4, 214:18, 214:20,
215:14, 216:10, 216:12

**critically** [1] - 208:12

**criticism** [2] - 75:4, 182:25

**criticized** [2] - 255:4, 255:11

**cross** [10] - 55:16, 66:13, 67:1, 67:12,
67:22, 68:17, 143:5, 143:9, 254:4,
254:6

**crossed** [2] - 36:5, 36:11

**crosses** [2] - 39:12, 67:21

**crossing** [1] - 39:17

**CRR** [2] - 3:7, 344:21

**Cruz** [1] - 326:3

**CSR** [1] - 3:7

**Ct** [2] - 191:12, 205:23

**Cuba** [29] - 14:25, 15:1, 18:4, 33:4,
74:24, 74:25, 75:2, 75:15, 75:22,
77:16, 77:20, 77:25, 126:13, 160:12,
202:14, 202:15, 203:3, 207:4, 208:8,
208:21, 212:23, 213:23, 231:20,
261:1, 261:3, 261:11, 261:24, 330:19

**Cuban** [26] - 20:24, 75:8, 182:16,
182:22, 193:1, 202:10, 202:20,
202:23, 203:8, 208:4, 208:23, 210:12,
212:23, 213:6, 213:12, 213:15,
213:16, 213:17, 213:22, 214:8,
214:10, 261:19, 262:21

**Cubans** [13] - 18:5, 77:2, 156:18,
161:13, 161:14, 202:22, 203:25,
207:5, 214:5, 214:6, 214:9, 261:12,

261:16
**cumbersome** [3] - 61:3, 61:4, 317:3
**cumulative** [1] - 154:25
**cure** [4] - 141:2, 141:21, 142:2, 142:24
**curious** [2] - 107:2, 333:13
**current** [11] - 38:18, 83:25, 92:18, 92:21, 121:14, 219:22, 229:10, 230:24, 235:12, 327:12, 333:11
**currently** [6] - 39:6, 95:10, 109:22, 234:24, 316:18, 327:13
**curtail** [2] - 56:9, 151:21
**custody** [1] - 110:25
**customer** [2] - 121:12, 121:15
**customers** [5] - 121:12, 121:20, 121:24, 124:1, 286:9
**Customs** [1] - 8:20
**cut** [2] - 106:14, 117:13
**cute** [1] - 170:9

# D

**D** [1] - 5:1
**d)(5)(A)** [1] - 19:19
**D.C** [1] - 233:19
**da** [1] - 120:19
**DACA** [48] - 26:24, 27:1, 43:22, 48:2, 48:13, 48:14, 48:21, 49:10, 53:19, 90:18, 92:16, 92:21, 93:22, 94:1, 94:25, 95:11, 95:13, 95:23, 97:25, 101:4, 101:11, 101:18, 102:6, 102:10, 105:9, 106:4, 235:13, 235:18, 237:7, 237:10, 237:13, 238:3, 255:21, 279:14, 279:17, 280:7, 286:18, 286:22, 287:8, 289:6, 295:12, 305:15, 321:14, 326:9, 327:2, 327:25, 328:14, 328:16
**dad** [1] - 231:9
**Dakota** [3] - 145:16, 145:17, 228:24
**Dallas** [1] - 124:5
**damages** [10] - 246:2, 246:10, 268:13, 273:1, 336:20, 336:24, 336:25, 341:10, 341:13
**danger** [2] - 205:14, 229:3
**dangerous** [8] - 73:2, 91:15, 107:18, 203:24, 204:3, 208:7, 229:6, 336:3
**dangers** [1] - 223:2
**Daniel** [1] - 2:2
**DAPA** [36] - 48:2, 48:13, 48:14, 48:21, 49:10, 53:19, 90:18, 92:16, 92:20, 93:4, 93:14, 95:6, 101:4, 101:11, 101:18, 102:10, 105:8, 106:4, 123:3, 237:9, 237:11, 238:2, 258:7, 258:10, 277:21, 279:5, 279:10, 280:5, 285:8, 285:11, 289:6, 295:12, 302:8, 302:11, 305:15
**Data** [1] - 337:24
**data** [39] - 124:14, 125:22, 132:5, 132:19, 133:1, 133:4, 133:9, 133:10, 135:11, 135:19, 147:21, 147:23, 148:3, 148:10, 148:13, 148:15,

148:19, 149:7, 149:12, 149:14, 149:17, 158:8, 158:9, 158:11, 158:14, 159:4, 249:15, 253:2, 255:1, 255:4, 255:5, 255:9, 255:12, 255:16, 259:23, 270:25, 334:8
**date** [16] - 57:9, 80:4, 81:14, 84:19, 133:23, 237:20, 240:23, 248:1, 251:19, 253:13, 254:24, 260:14, 262:24, 265:19, 271:23, 319:1
**DATE** [1] - 344:20
**David** [1] - 2:3
**david.bryant@oag.texas.gov** [1] - 2:6
**Davis** [3] - 134:18, 256:20, 272:9
**day** [19] - 12:19, 40:19, 81:18, 82:25, 84:19, 135:1, 147:6, 147:12, 262:2, 262:8, 262:9, 262:11, 262:24, 262:25, 263:3, 280:12, 310:14, 333:6
**Day** [1] - 237:25
**days** [18] - 56:15, 57:3, 57:6, 57:8, 57:15, 57:16, 57:20, 204:6, 262:3, 263:25, 315:19, 316:3, 316:6, 317:6, 317:7, 317:10, 334:2, 334:25
**DC** [4] - 1:22, 2:11, 291:5, 342:6
**de** [4] - 182:17, 182:19, 226:16, 234:5
**de-stability** [2] - 182:17, 182:19
**dead** [3] - 114:17, 229:25, 230:1
**deadline** [1] - 333:12
**deal** [8] - 33:25, 34:17, 75:6, 75:7, 75:9, 114:24, 120:22, 207:4
**dealing** [5] - 11:6, 11:7, 26:19, 31:17, 295:6
**deals** [1] - 54:7
**dealt** [2] - 46:22, 47:25
**death** [1] - 16:9
**debating** [1] - 18:6
**decades** [9] - 150:21, 188:22, 211:4, 211:9, 211:20, 216:19, 216:20, 321:18
**December** [3] - 156:19, 262:9, 262:11
**decide** [9] - 27:4, 37:23, 120:4, 143:8, 151:22, 153:8, 175:9, 218:13, 343:17
**decided** [4] - 37:1, 168:19, 189:22, 338:1
**decides** [1] - 174:16
**deciding** [2] - 207:21, 258:22
**decimated** [1] - 179:5
**decision** [77] - 23:4, 31:4, 43:15, 43:23, 43:25, 45:15, 45:17, 46:9, 46:24, 51:22, 53:8, 63:20, 63:25, 65:1, 92:20, 92:21, 93:4, 94:4, 95:14, 95:18, 96:21, 97:25, 98:1, 98:21, 100:14, 103:11, 170:17, 190:9, 194:3, 205:7, 206:1, 221:4, 240:4, 240:18, 258:25, 273:12, 273:13, 275:6, 275:7, 278:8, 278:10, 282:4, 286:22, 287:18, 288:1, 288:8, 288:10, 289:3, 289:8, 289:10, 289:23, 290:1, 290:5, 291:1, 291:2, 291:12, 291:14, 291:16, 291:18, 291:24, 292:3, 292:10, 292:24, 294:10, 294:12, 294:14, 294:15, 294:17, 294:19, 294:22, 295:3, 315:3, 316:11,

324:4, 342:4
**decision-maker** [1] - 43:25
**decision-makers** [1] - 43:23
**decision-making** [7] - 43:15, 221:4, 287:18, 289:3, 291:2, 291:18, 324:4
**decisionmaker** [1] - 28:10
**decisionmaking** [1] - 217:25
**decisions** [13] - 53:2, 92:17, 96:23, 156:14, 156:15, 194:8, 258:9, 258:22, 259:3, 275:16, 275:22, 289:14, 289:16
**declarant** [1] - 121:19
**declarants** [2] - 159:18, 206:22
**declaration** [46] - 6:10, 9:5, 33:23, 59:21, 76:21, 76:25, 77:14, 85:15, 110:20, 112:2, 115:3, 116:17, 116:20, 117:4, 117:9, 117:12, 121:10, 121:22, 121:23, 122:8, 122:10, 122:12, 123:18, 123:23, 124:8, 138:16, 159:19, 161:11, 165:2, 186:3, 202:10, 202:12, 203:22, 207:1, 207:19, 208:4, 208:14, 209:10, 231:6, 232:17, 232:23, 251:3, 253:17, 262:14, 286:7, 299:16
**declarations** [14] - 13:7, 14:4, 77:21, 78:6, 78:14, 95:24, 122:5, 206:18, 206:20, 229:8, 246:4, 254:25, 286:7, 299:17
**declared** [1] - 251:13
**decline** [1] - 262:16
**declined** [8] - 13:3, 13:16, 13:21, 88:3, 205:15, 217:14, 260:19, 264:19
**declining** [2] - 212:17, 222:22
**decompress** [1] - 333:23
**decrease** [16] - 11:18, 11:22, 12:18, 12:22, 14:1, 14:3, 14:7, 85:3, 87:21, 125:24, 254:9, 275:18, 334:13, 337:13
**decreased** [4] - 59:12, 244:16, 267:20, 268:7
**decreasing** [3] - 12:11, 133:18, 249:18
**deemed** [3] - 152:20, 153:23, 198:13
**deems** [1] - 212:3
**deeper** [2] - 95:20, 99:3
**deeply** [2] - 82:17, 89:20
**default** [2] - 66:17, 317:6
**defeat** [2] - 135:5, 135:20
**defend** [1] - 311:2
**defendant** [4] - 77:16, 219:17, 228:20, 234:11
**Defendant** [2] - 232:16, 233:2
**Defendant's** [1] - 160:9
**defendant's** [4] - 135:24, 208:16, 222:1, 242:21
**Defendants** [6] - 1:7, 1:10, 86:16, 88:10, 148:8, 148:11
**DEFENDANTS** [2] - 2:7, 2:13
**defendants** [31] - 70:11, 80:1, 85:8, 100:22, 102:22, 104:13, 117:13, 118:22, 147:18, 150:6, 164:12, 177:6, 216:3, 217:24, 220:21, 220:23, 220:25, 221:3, 223:1, 228:14, 229:2,

242:11, 252:17, 270:17, 272:25, 273:15, 276:22, 277:6, 303:11, 309:24, 339:12
**defendants'** [4] - 126:12, 251:23, 252:22, 335:2
**DEFENDANTS'** [2] - 4:2, 4:4
**Defendants'** [1] - 6:7
**defending** [1] - 243:9
**defense** [8] - 242:22, 242:25, 243:3, 251:24, 252:2, 252:6, 252:23, 335:3
**defer** [5] - 204:19, 287:9, 333:17
**deferential** [4] - 23:3, 107:22, 206:6, 334:22
**deferred** [2] - 321:16, 321:19
**deficiencies** [1] - 342:2
**define** [7] - 16:18, 196:21, 222:12, 298:8, 298:13, 299:25, 300:10
**defined** [10] - 10:19, 10:25, 15:25, 16:2, 16:21, 160:8, 212:3, 296:8, 298:10
**defines** [4] - 169:18, 177:16, 186:8, 216:9
**defining** [9] - 159:23, 161:12, 188:12, 193:13, 209:17, 214:17, 215:13, 264:17
**definite** [1] - 314:15
**definition** [6] - 16:7, 17:15, 111:8, 162:16, 213:5, 296:15
**definitive** [1] - 35:2
**defund** [1] - 151:18
**defunded** [1] - 223:16
**defying** [1] - 222:6
**degree** [4] - 32:1, 45:6, 48:18, 84:15
**delay** [1] - 317:3
**delaying** [1] - 46:6
**delegated** [1] - 156:13
**delicate** [1] - 205:16
**delineated** [1] - 183:15
**delve** [1] - 175:22
**demand** [3] - 121:15, 124:10, 124:17
**Democracy** [1] - 208:1
**democratic** [1] - 180:11
**democratically** [1] - 213:24
**demonstrate** [4] - 42:8, 242:12, 252:18, 322:17
**demonstrating** [1] - 46:2
**demonstration** [2] - 45:23, 315:2
**denial** [1] - 74:2
**denials** [1] - 74:7
**denied** [7] - 9:7, 148:24, 158:13, 245:24, 288:11, 292:20, 305:10
**deny** [5] - 73:20, 74:16, 247:10, 289:23, 312:17
**denying** [1] - 332:4
**depart** [3] - 33:10, 34:9, 37:14
**Department** [5] - 104:18, 121:11, 229:9, 237:18, 340:25
**DEPARTMENT** [1] - 1:6
**departs** [1] - 318:23
**departure** [2] - 209:9, 261:17

**depend** [6] - 178:24, 181:23, 199:4, 259:2, 259:4, 272:9
**depended** [1] - 293:18
**dependent** [1] - 283:23
**depending** [2] - 28:13, 173:22
**depends** [3] - 60:19, 178:14, 240:16
**depress** [1] - 85:25
**deprive** [3] - 228:22, 240:24, 241:25
**Dept** [1] - 2:9
**depth** [2] - 81:2, 90:18
**Deputy** [1] - 203:3
**describe** [1] - 109:7
**described** [10] - 31:18, 55:6, 193:22, 194:11, 195:17, 217:9, 300:16, 315:8, 318:6
**describes** [3] - 231:7, 232:6, 296:11
**describing** [1] - 202:4
**description** [2] - 299:15, 299:16
**design** [1] - 68:25
**designate** [1] - 172:15
**designated** [1] - 197:24
**designating** [2] - 193:25, 196:17
**designed** [3] - 195:11, 208:6, 316:7
**desire** [1] - 106:23
**desperate** [1] - 123:20
**despite** [4] - 77:1, 110:11, 230:23, 293:16
**destabilization** [2] - 182:20, 182:21
**destination** [2] - 69:9, 228:2
**destitute** [1] - 181:22
**destitution** [1] - 181:24
**detail** [10] - 77:24, 80:19, 83:6, 110:8, 115:24, 123:13, 208:3, 209:24, 209:25, 318:11
**detailed** [2] - 123:18, 146:11
**detailing** [1] - 7:19
**details** [4] - 152:25, 184:5, 187:13, 317:23
**detain** [6] - 51:6, 51:12, 54:11, 240:1, 301:23, 340:5
**detained** [1] - 54:6
**detention** [4] - 51:20, 236:3, 239:25, 285:15
**detentions** [3] - 48:1, 51:3, 133:13
**deter** [1] - 203:21
**determination** [31] - 7:17, 8:9, 8:16, 8:23, 9:13, 11:4, 11:25, 19:20, 23:19, 35:2, 44:1, 157:21, 168:10, 169:13, 170:23, 170:25, 171:8, 177:17, 178:3, 187:20, 188:14, 194:8, 214:19, 257:12, 278:16, 292:2, 294:1, 295:8, 300:11, 304:13, 311:14
**determinations** [8] - 20:2, 24:21, 39:24, 49:25, 175:17, 299:14, 303:6, 340:7
**determine** [27] - 6:25, 7:12, 8:2, 8:7, 15:11, 25:11, 25:22, 27:5, 29:22, 73:18, 94:23, 174:24, 194:4, 267:7, 267:8, 270:4, 292:18, 298:17, 300:12, 304:3, 304:7, 305:4, 311:15, 311:24, 320:2, 338:4

**determined** [18] - 10:13, 15:10, 74:12, 160:4, 169:4, 169:6, 169:9, 193:16, 217:5, 240:23, 257:7, 265:10, 271:4, 289:2, 289:5, 289:17, 289:19, 301:2
**determines** [5] - 9:2, 11:5, 213:23, 288:9, 295:22
**determining** [4] - 51:22, 53:4, 292:24, 341:2
**deterring** [1] - 216:15
**Detroit** [1] - 231:2
**devastated** [3] - 174:17, 176:13, 185:8
**devastates** [1] - 176:6
**development** [3] - 192:18, 192:19, 241:3
**DHS** [71] - 10:5, 13:20, 14:5, 14:6, 14:14, 26:1, 31:17, 32:22, 32:24, 33:1, 34:11, 36:3, 36:7, 36:13, 37:8, 38:8, 38:16, 38:24, 39:9, 40:18, 40:23, 41:3, 41:6, 41:8, 42:22, 50:7, 58:4, 58:19, 62:5, 71:25, 75:24, 76:23, 77:11, 151:7, 174:1, 178:20, 185:21, 196:16, 196:24, 197:20, 197:24, 198:12, 198:21, 199:18, 199:23, 249:15, 255:2, 262:1, 262:15, 262:23, 291:11, 298:20, 306:9, 311:7, 318:16, 319:4, 319:13, 319:15, 319:21, 324:2, 325:23, 328:2, 328:23, 330:23, 331:5, 331:14, 343:14, 343:17
**DHS's** [12] - 11:4, 49:18, 50:20, 75:19, 76:10, 77:1, 186:20, 242:12, 291:2, 300:20, 315:18
**did** [75] - 16:17, 27:10, 27:14, 29:3, 29:9, 29:11, 43:23, 63:20, 93:4, 93:16, 100:4, 101:16, 107:4, 109:2, 109:13, 116:7, 134:24, 137:11, 153:1, 153:2, 168:12, 168:17, 169:15, 184:5, 185:3, 185:7, 187:4, 189:4, 190:21, 196:25, 199:23, 216:8, 218:5, 221:1, 234:17, 244:7, 254:13, 254:18, 256:13, 257:3, 258:20, 263:4, 263:21, 265:3, 265:5, 268:12, 271:1, 272:12, 272:18, 277:13, 290:8, 292:10, 293:24, 295:1, 298:13, 300:10, 302:3, 302:21, 303:21, 323:15, 324:21, 328:25, 329:2, 329:3, 329:4, 329:17, 330:5, 331:23, 335:20, 339:18, 340:3, 340:5, 340:15, 341:20
**didn't** [53] - 19:9, 19:19, 20:8, 23:24, 26:1, 27:4, 27:14, 30:18, 31:9, 35:7, 55:22, 62:22, 64:3, 64:7, 68:16, 74:4, 74:12, 78:11, 81:19, 93:13, 97:13, 98:24, 99:9, 109:1, 145:25, 164:24, 167:14, 171:13, 199:21, 204:11, 216:13, 217:25, 221:4, 222:3, 240:1, 241:7, 249:24, 255:7, 257:3, 260:7, 264:10, 266:7, 271:14, 290:19, 291:2, 310:17, 318:9, 324:9, 327:16, 327:17, 327:20, 334:1
**differed** [1] - 312:7
**difference** [5] - 70:25, 95:24, 126:21,

250:6, 308:4
**differences** [1] - 256:10
**different** [56] - 28:13, 28:16, 48:2,
53:14, 70:2, 95:25, 101:6, 101:22,
103:4, 103:5, 105:20, 111:8, 112:10,
138:12, 138:13, 139:24, 142:9, 149:5,
158:22, 173:17, 173:19, 175:12,
200:23, 203:2, 205:4, 209:23, 210:8,
210:20, 210:23, 235:21, 238:13,
239:6, 240:9, 255:2, 256:14, 258:16,
268:17, 273:25, 277:11, 279:23,
283:19, 285:16, 286:25, 287:2, 287:3,
290:7, 293:4, 302:12, 302:19, 308:8,
308:9, 308:10, 312:11, 325:20
**differently** [6] - 40:4, 89:16, 138:17,
138:18, 139:25, 142:13
**differing** [1] - 34:12
**difficult** [3] - 41:6, 54:14, 305:20
**difficulties** [3] - 77:22, 77:23, 78:9
**dig** [2] - 89:20, 95:20
**digestible** [1] - 210:1
**dimension** [1] - 205:11
**diminished** [1] - 165:15
**diminishing** [1] - 138:5
**direct** [25] - 51:8, 94:22, 101:11, 105:22,
149:16, 202:20, 258:17, 274:18,
274:24, 275:9, 276:1, 279:2, 279:16,
279:20, 279:21, 280:8, 280:24,
281:21, 282:7, 282:11, 301:16,
303:18, 325:13, 330:3
**directed** [5] - 131:18, 131:19, 289:18,
293:23, 330:12
**direction** [2] - 293:4, 319:24
**directly** [17] - 46:13, 48:6, 50:19, 83:9,
92:5, 94:15, 94:16, 105:2, 125:12,
174:12, 232:7, 275:10, 275:12,
275:20, 276:7, 283:8, 303:16
**Director** [1] - 208:1
**directs** [1] - 311:12
**disadvantage** [1] - 26:16
**disagree** [13] - 67:14, 98:5, 139:1,
174:14, 176:20, 197:20, 197:22,
225:1, 239:10, 263:24, 309:25, 335:1,
338:19
**disagreed** [1] - 292:8
**disagreements** [1] - 335:19
**disagrees** [1] - 44:7
**disasters** [3] - 15:3, 24:9, 185:16
**disastrous** [1] - 313:22
**disavowed** [1] - 235:14
**discount** [1] - 311:19
**discourage** [1] - 193:6
**discourages** [1] - 203:5
**discovery** [1] - 110:10
**discrete** [1] - 53:22
**discretion** [46] - 5:15, 9:7, 18:1, 25:19,
41:21, 43:24, 44:1, 47:11, 47:13,
47:15, 47:24, 48:17, 49:1, 73:20,
151:22, 152:22, 157:18, 162:17,
162:22, 167:3, 167:7, 168:19, 189:12,

189:22, 196:22, 197:6, 212:18,
285:11, 287:14, 288:23, 289:11,
289:13, 289:22, 289:23, 290:4,
292:20, 297:19, 298:20, 300:20,
311:8, 311:25, 312:4, 323:1, 323:2,
328:1, 335:22
**discretionary** [17] - 8:15, 8:23, 49:5,
156:15, 157:10, 157:20, 157:21,
158:24, 184:19, 186:8, 210:5, 216:11,
273:7, 274:7, 297:24, 311:14, 327:25
**Discretionary** [1] - 339:24
**discriminate** [1] - 106:24
**discrimination** [4] - 106:19, 106:23,
106:25, 107:2
**discriminatory** [2] - 107:23, 109:6
**discuss** [8] - 80:3, 80:18, 93:2, 94:11,
156:22, 163:17, 190:8, 211:6
**discussed** [10] - 10:9, 28:17, 33:11,
64:22, 92:2, 100:22, 122:14, 144:10,
183:20, 206:20, 211:24, 229:1, 258:7,
279:22, 319:7, 342:1
**discusses** [6] - 6:9, 52:11, 77:10,
156:17, 208:24, 208:25
**discussing** [13] - 12:17, 12:18, 121:18,
126:20, 139:18, 140:10, 146:12,
146:13, 219:2, 228:22, 275:14, 295:2,
340:4
**discussion** [13] - 51:25, 53:6, 102:2,
106:10, 126:1, 137:8, 140:17, 156:11,
224:25, 242:4, 279:15, 303:17, 337:21
**discussions** [5] - 39:5, 46:7, 330:3,
330:17, 337:5
**disease** [2] - 15:4, 24:9
**disfavored** [2] - 235:5, 235:15
**disincentive** [1] - 268:2
**disincentivize** [2] - 204:3, 254:5
**disjunction** [1] - 163:13
**dismantles** [1] - 217:12
**dismiss** [5] - 70:20, 242:23, 251:25,
259:15, 277:3
**disorder** [1] - 85:22
**displaced** [4] - 192:1, 207:11, 209:6,
209:11
**disproportionate** [1] - 14:19
**disprove** [2] - 304:15, 306:5
**dispute** [22] - 11:20, 29:25, 49:1, 49:8,
54:16, 59:8, 70:5, 70:12, 103:19,
105:8, 113:1, 113:3, 155:25, 240:6,
259:19, 259:22, 274:25, 289:20,
292:8, 292:14, 294:13, 303:15
**disputed** [4] - 14:1, 54:16, 244:15,
294:18
**disputes** [2] - 48:24, 260:12
**disqualify** [1] - 312:10
**disqualifying** [1] - 312:3
**disregard** [1] - 98:14
**disrupted** [1] - 342:8
**disruption** [1] - 234:14
**disruptive** [3] - 60:12, 342:4, 342:14
**dissent** [2] - 75:3, 182:25

**distill** [1] - 209:25
**distinct** [2] - 158:22, 292:16
**distinction** [1] - 158:25
**distinctions** [1] - 67:3
**distinguish** [2] - 68:2, 261:6
**distinguishable** [1] - 295:11
**District** [2] - 190:13, 251:13
**DISTRICT** [3] - 1:1, 1:1, 1:15
**district** [2] - 70:1, 99:14
**disturb** [2] - 217:14, 222:22
**dive** [1] - 80:2
**division** [1] - 284:25
**DIVISION** [1] - 1:2
**DMV** [5] - 123:16, 123:24, 124:1, 124:6,
124:9
**do** [203] - 6:18, 7:14, 7:16, 9:25, 10:9,
11:24, 14:9, 20:14, 22:22, 23:3, 23:24,
27:6, 28:1, 28:6, 28:11, 34:5, 34:7,
36:6, 39:10, 47:3, 47:23, 48:11, 56:16,
57:4, 57:5, 59:8, 62:17, 64:1, 67:6,
68:9, 68:16, 71:20, 73:13, 73:17, 74:2,
74:8, 75:14, 76:18, 77:19, 78:1, 78:20,
78:24, 79:7, 82:14, 82:21, 83:8, 83:12,
86:11, 86:13, 90:21, 90:22, 92:13,
96:22, 97:2, 98:4, 98:11, 99:11, 99:13,
99:16, 100:4, 104:22, 105:9, 105:11,
105:12, 106:3, 107:13, 107:20, 108:5,
111:23, 112:3, 112:12, 113:1, 113:3,
115:23, 118:23, 119:16, 119:22,
119:25, 120:6, 120:9, 122:6, 124:23,
127:1, 132:17, 133:2, 133:3, 140:5,
140:21, 140:22, 141:7, 141:22, 142:6,
143:11, 146:22, 149:15, 150:4, 151:2,
153:14, 154:8, 155:12, 166:4, 171:12,
172:14, 173:1, 174:19, 176:17,
177:21, 178:7, 182:13, 183:6, 186:15,
187:14, 196:8, 196:18, 196:24, 200:2,
200:20, 201:1, 201:4, 210:18, 214:10,
221:19, 223:11, 224:16, 224:23,
227:4, 227:23, 233:22, 235:25, 238:7,
239:11, 240:24, 241:6, 242:5, 246:15,
247:2, 250:3, 250:7, 250:8, 256:9,
261:12, 264:24, 265:6, 266:4, 266:23,
269:1, 271:8, 272:25, 273:15, 274:15,
275:4, 275:24, 276:22, 278:3, 278:5,
282:1, 282:5, 282:6, 282:9, 287:11,
287:12, 288:15, 289:20, 289:21,
294:1, 295:10, 297:11, 297:13, 309:1,
309:12, 311:19, 312:2, 312:4, 315:21,
316:21, 316:22, 316:23, 320:12,
324:20, 330:5, 332:23, 333:19,
333:22, 334:19, 335:16, 337:15,
340:16, 343:15, 343:24, 344:9
**doctor** [1] - 233:18
**doctrine** [3] - 81:17, 136:15, 297:13
**document** [3] - 156:17, 157:17, 296:22
**documented** [1] - 117:3
**documents** [4] - 6:7, 42:8, 156:8, 203:1
**dodged** [2] - 99:6, 99:7
**dodging** [1] - 299:8

**does** [126] - 6:14, 8:13, 25:16, 28:12, 29:21, 33:20, 51:6, 61:1, 61:2, 61:6, 61:21, 70:14, 70:16, 71:5, 71:12, 75:13, 86:19, 90:11, 90:14, 90:16, 92:17, 95:2, 96:13, 97:3, 104:11, 104:22, 106:12, 107:19, 108:6, 114:10, 117:10, 124:10, 127:1, 128:16, 130:25, 132:1, 132:12, 135:5, 136:21, 146:2, 146:19, 146:20, 147:8, 154:2, 163:7, 165:12, 166:7, 167:19, 167:23, 179:16, 179:17, 180:21, 181:21, 183:4, 194:2, 194:8, 197:20, 204:15, 218:7, 221:10, 224:5, 225:10, 225:11, 225:16, 226:9, 226:10, 236:13, 239:10, 241:25, 242:25, 244:3, 244:4, 244:10, 245:7, 245:18, 245:21, 247:4, 247:5, 254:18, 256:15, 257:11, 257:18, 260:13, 260:17, 265:19, 265:24, 266:3, 267:24, 270:10, 272:13, 272:21, 273:9, 275:3, 275:5, 276:1, 276:18, 278:10, 281:1, 286:20, 287:8, 290:21, 294:4, 296:22, 297:2, 297:4, 304:4, 306:4, 306:5, 311:25, 312:23, 312:24, 315:5, 317:17, 319:23, 321:21, 325:10, 332:11, 333:3, 338:19, 340:8

**doesn't** [69] - 25:17, 36:7, 40:10, 42:22, 44:24, 45:19, 51:6, 51:18, 53:15, 53:21, 54:11, 67:20, 70:24, 78:11, 84:18, 90:20, 94:3, 94:22, 103:7, 105:18, 107:11, 108:8, 109:24, 109:25, 112:12, 113:16, 115:13, 116:25, 119:9, 120:11, 126:17, 128:7, 132:11, 139:16, 139:22, 140:4, 144:16, 155:16, 170:25, 174:2, 174:9, 216:24, 221:13, 239:17, 241:9, 244:19, 259:4, 259:25, 260:5, 264:4, 264:7, 272:9, 272:21, 272:22, 283:20, 287:2, 288:1, 296:21, 296:23, 297:25, 298:3, 299:25, 302:19, 307:23, 318:20, 335:14, 335:20, 343:13, 343:14

**doing** [23] - 30:8, 42:12, 61:9, 62:13, 78:20, 111:10, 123:20, 124:25, 130:16, 130:23, 151:25, 155:16, 156:4, 200:21, 213:11, 224:2, 250:24, 275:10, 306:15, 307:8, 315:11, 316:16, 323:16

**DOJ** [5] - 132:13, 169:15, 294:10, 303:10, 306:5

**dollar** [26] - 119:10, 119:19, 119:23, 120:9, 120:17, 225:2, 246:1, 246:2, 246:10, 247:17, 248:10, 256:9, 256:19, 263:18, 264:8, 269:22, 283:2, 284:21, 336:16, 337:9, 337:11, 337:17, 337:18, 341:4, 341:15, 341:20

**dollars** [17] - 81:10, 81:11, 85:19, 116:10, 121:25, 127:23, 127:24, 139:19, 174:8, 247:19, 247:23, 249:2, 269:14, 273:2, 281:23, 282:6, 328:21

**domestic** [5] - 10:6, 47:16, 58:10, 232:24, 330:21

**don't** [248] - 11:20, 13:25, 14:1, 26:2, 27:11, 27:15, 27:20, 27:21, 27:24, 28:22, 29:5, 30:14, 31:22, 32:2, 33:10, 33:19, 34:8, 34:9, 35:1, 35:8, 35:16, 35:19, 35:23, 36:2, 37:9, 37:11, 37:14, 40:4, 41:12, 41:17, 44:4, 45:4, 45:5, 47:5, 48:10, 48:20, 49:1, 50:2, 50:25, 51:16, 54:1, 54:16, 56:14, 56:20, 61:7, 61:15, 62:9, 65:18, 66:21, 66:24, 67:11, 68:6, 68:10, 70:4, 70:11, 70:17, 70:20, 72:19, 74:8, 75:14, 78:1, 79:13, 87:24, 89:5, 90:12, 90:24, 91:12, 96:8, 96:21, 96:23, 97:22, 98:8, 98:9, 98:18, 102:4, 102:9, 103:19, 103:21, 105:17, 105:24, 105:25, 109:15, 111:13, 111:20, 112:25, 115:14, 117:1, 118:25, 119:15, 120:17, 122:24, 126:1, 126:18, 126:21, 127:15, 129:13, 129:16, 134:2, 135:7, 136:24, 137:1, 137:15, 137:18, 138:9, 138:23, 138:25, 139:3, 140:7, 142:7, 143:13, 143:14, 144:4, 144:5, 144:13, 144:22, 147:7, 155:25, 159:11, 160:8, 164:3, 167:21, 168:20, 169:12, 171:16, 171:21, 172:22, 173:10, 173:11, 176:20, 176:25, 177:2, 177:8, 177:22, 178:9, 178:18, 178:21, 178:24, 179:18, 179:21, 180:7, 180:13, 183:8, 183:10, 184:3, 184:7, 184:15, 185:15, 187:12, 195:16, 196:23, 197:25, 198:16, 198:17, 199:14, 199:21, 201:10, 204:16, 220:23, 226:13, 235:7, 239:8, 242:1, 243:15, 247:10, 249:6, 249:12, 249:15, 250:5, 250:9, 251:10, 252:4, 252:7, 253:4, 256:18, 258:15, 260:2, 260:8, 260:15, 263:17, 264:11, 268:19, 270:8, 271:19, 272:4, 272:7, 273:10, 276:11, 277:9, 281:2, 281:4, 281:23, 284:5, 284:6, 284:8, 288:17, 290:12, 290:13, 290:17, 292:8, 292:17, 296:13, 297:3, 297:21, 299:3, 301:7, 301:9, 302:23, 302:24, 304:17, 305:2, 305:4, 307:6, 307:25, 309:12, 311:2, 312:8, 312:16, 312:18, 314:4, 316:24, 317:15, 318:10, 318:11, 321:4, 324:3, 325:5, 326:1, 326:4, 327:5, 329:4, 332:5, 334:8, 334:16, 334:21, 335:17, 335:23, 337:11, 338:23, 339:10, 340:14, 341:16, 344:7

**donations** [1] - 16:8

**done** [19] - 11:4, 29:1, 43:5, 64:6, 99:11, 106:9, 128:15, 149:20, 152:9, 181:16, 189:1, 195:20, 217:7, 222:8, 253:13, 313:25, 321:18, 332:24, 340:22

**double** [4] - 97:18, 117:10, 118:1, 118:21

**doubled** [1] - 118:20

**doubt** [3] - 240:3, 274:20, 336:16

**dovetail** [1] - 323:10

**down** [27] - 12:9, 12:19, 51:2, 109:18, 135:11, 135:13, 139:16, 139:20, 147:4, 147:25, 148:6, 148:14, 190:25, 207:10, 219:4, 219:6, 220:16, 223:12, 223:19, 246:20, 258:18, 264:17, 266:9, 268:13, 276:5, 336:24

**dozens** [1] - 217:13

**DPS** [1] - 121:13

**Dr** [20] - 2:22, 112:2, 115:23, 117:5, 117:8, 117:11, 117:17, 159:18, 161:10, 165:1, 165:13, 186:2, 203:22, 206:19, 209:9, 230:16, 230:20, 231:23, 233:17, 233:24

**draft** [1] - 16:17

**drafted** [1] - 297:16

**drain** [1] - 14:14

**dramatic** [4] - 31:19, 32:8, 41:6, 319:13

**dramatically** [1] - 316:5

**draw** [5] - 45:21, 86:7, 140:3, 183:23, 306:20

**drawing** [3] - 110:22, 126:6, 249:8

**DREW** [1] - 1:14

**Drive** [1] - 3:3

**driven** [1] - 31:20

**driver** [2] - 121:13, 230:11

**driver's** [37] - 92:19, 95:22, 96:3, 97:12, 97:13, 97:18, 99:22, 105:18, 105:19, 106:3, 108:10, 120:16, 121:6, 121:7, 122:19, 125:2, 258:11, 273:18, 276:1, 276:8, 276:20, 277:20, 277:10, 279:10, 279:12, 280:3, 282:22, 283:10, 283:19, 283:21, 283:22, 284:2, 284:18, 284:25, 285:3, 285:12, 286:5, 286:19

**drivers** [2] - 123:8, 123:9

**driving** [2] - 123:14, 288:5

**drop** [2] - 127:6, 263:2

**dropped** [5] - 66:6, 111:6, 120:2, 262:22, 263:8

**drowning** [1] - 202:10

**Drs** [1] - 115:16

**dual** [3] - 83:1, 192:7, 281:12

**due** [12] - 81:4, 82:24, 85:22, 116:18, 116:23, 126:12, 129:23, 133:20, 137:25, 157:23, 227:11, 328:22

**duplicated** [1] - 330:17

**during** [12] - 32:18, 56:1, 56:8, 63:19, 173:12, 182:1, 192:13, 207:13, 228:19, 312:14, 314:21, 316:5

**dynamic** [1] - 205:20

# E

**E** [3] - 3:3, 5:1

**each** [42] - 5:20, 6:20, 7:10, 8:12, 9:14, 13:3, 14:23, 23:7, 25:16, 33:6, 33:22, 36:1, 58:12, 58:13, 58:18, 72:19, 83:9, 92:1, 110:14, 121:20, 156:1, 166:1,

167:22, 167:25, 168:1, 171:1, 171:8,
187:18, 193:7, 205:4, 228:13, 260:24,
261:22, 284:25, 285:3, 289:8, 289:12,
315:4, 317:13, 317:16, 322:22, 328:22
**Each** [1] - 8:14
**EADs** [1] - 238:4
**earlier** [17] - 87:16, 92:20, 159:8, 180:2,
183:5, 219:2, 226:20, 228:19, 229:20,
279:22, 292:2, 305:8, 307:15, 312:12,
319:7, 335:25, 336:14
**early** [4] - 70:24, 207:5, 259:15, 294:23
**earthquake** [4] - 6:13, 192:19, 248:16,
248:19
**easier** [1] - 220:12
**easily** [1] - 23:6
**East** [1] - 313:7
**ebbs** [1] - 223:6
**ECF** [3] - 65:7, 87:5, 140:7
**economic** [23] - 15:2, 15:5, 24:9, 75:1,
166:5, 166:9, 166:18, 178:16, 179:12,
182:12, 182:17, 182:20, 182:23,
183:12, 184:5, 184:13, 184:21, 185:7,
189:5, 189:18, 189:20, 189:24
**economist** [2] - 140:6, 148:9, 227:16
**economist's** [1] - 227:7
**economy** [1] - 233:7
**ecosystem** [2] - 152:4, 187:5
**EDA** [1] - 330:19
**edges** [1] - 106:10
**eds** [1] - 179:7
**Eduardo** [2] - 231:1, 231:4
**Eduardo's** [1] - 230:25
**educate** [1] - 116:6
**educated** [1] - 116:6
**education** [12] - 114:25, 115:6, 248:9,
273:19, 274:22, 274:23, 276:9,
276:20, 277:21, 282:23, 284:3, 284:5
**EEOC** [1] - 128:12
**effect** [34] - 33:15, 41:4, 54:19, 58:3,
58:16, 60:1, 73:9, 165:20, 173:3,
174:8, 175:14, 181:8, 183:23, 228:13,
237:20, 241:24, 255:6, 255:10,
260:21, 260:23, 264:15, 281:20,
281:21, 282:7, 282:11, 290:5, 293:9,
296:10, 314:17, 316:14, 317:18,
326:19, 343:5
**effective** [2] - 57:9, 293:10
**effectively** [3] - 289:15, 292:5, 292:10
**effectiveness** [3] - 242:20, 251:22,
252:22
**effects** [8] - 28:18, 72:24, 74:22, 270:4,
281:14, 281:17, 296:23, 317:21
**efficient** [1] - 22:23
**effort** [4] - 85:16, 85:24, 86:2, 86:5
**efforts** [4] - 77:1, 151:21, 190:25, 223:5
**eight** [7] - 40:17, 90:6, 90:10, 90:24,
98:7, 98:23, 99:4
**either** [23] - 37:4, 37:6, 39:2, 94:12,
143:20, 198:13, 199:1, 200:15,
212:12, 222:19, 256:5, 260:9, 276:10,

294:18, 294:21, 296:10, 297:2,
323:11, 332:6, 336:23, 337:12, 340:5
**elected** [3] - 213:24, 298:8, 298:12
**Election** [1] - 256:21
**elects** [1] - 305:9
**element** [3] - 221:17, 221:25, 257:18
**elicited** [1] - 172:8
**eligibility** [9] - 74:14, 160:10, 161:19,
162:2, 279:8, 279:9, 279:11, 279:19
**eligible** [11] - 115:11, 160:21, 161:1,
161:9, 174:18, 213:17, 214:10,
215:13, 216:10, 219:13, 280:2
**eliminate** [1] - 151:15
**Elissa** [1] - 2:9
**elissa.p.fudim@usdoj.gov** [1] - 2:12
**else** [20] - 122:3, 144:4, 145:1, 178:25,
198:1, 202:5, 224:6, 238:18, 269:16,
269:24, 271:6, 288:21, 296:17,
300:14, 309:11, 328:25, 332:12,
333:3, 335:5
**Email** [6] - 1:23, 2:5, 2:12, 2:18, 2:24,
3:5
**emergency** [12] - 16:8, 117:20, 118:5,
118:14, 163:12, 163:14, 163:19,
163:25, 315:9, 315:10, 317:11, 323:19
**emergent** [5] - 38:18, 152:20, 153:23,
163:18, 163:23
**emphasize** [1] - 164:11
**employees** [3] - 307:9, 308:1, 308:3
**employees'** [1] - 294:1
**employers** [1] - 232:19
**employment** [2] - 221:21, 223:10
**enable** [1] - 215:8
**enacted** [6] - 16:12, 18:19, 156:25,
163:2, 213:15, 300:2
**enactments** [1] - 16:14
**enacts** [1] - 216:25
**encountered** [4] - 35:10, 262:1, 262:7,
262:22
**encounters** [10] - 77:2, 77:3, 77:4, 77:6,
87:22, 148:4, 148:5, 148:11, 149:6
**encourage** [2] - 43:12, 60:2
**end** [40] - 22:23, 31:10, 31:11, 33:8,
33:10, 33:13, 33:18, 35:3, 35:14,
37:21, 38:23, 39:7, 53:10, 55:13,
58:17, 74:11, 82:25, 103:4, 118:11,
125:25, 147:5, 149:19, 151:7, 151:8,
175:1, 216:4, 217:15, 218:23, 220:1,
238:19, 261:15, 279:5, 288:10, 292:3,
298:12, 318:24, 319:4, 319:5, 325:11,
338:18
**ends** [1] - 255:5
**enforce** [9] - 31:25, 220:12, 236:14,
318:17, 323:6, 323:7, 323:14, 325:5,
343:17
**enforced** [3] - 41:17, 293:17, 327:11
**enforcement** [20] - 16:22, 42:20, 47:11,
47:13, 47:15, 47:16, 47:24, 48:16,
48:25, 205:22, 217:25, 218:17, 221:4,
221:13, 222:16, 241:22, 242:6,

285:10, 335:21, 343:21
**engage** [3] - 58:7, 193:5, 201:25
**engaged** [3] - 109:21, 217:24, 221:3
**engendered** [1] - 328:5
**English** [4] - 115:22, 116:11, 221:22,
223:10
**enhance** [2] - 9:20, 9:22
**enjoin** [2] - 50:7, 223:22
**enjoined** [6] - 51:9, 54:10, 59:21, 71:19,
71:25, 238:1
**enjoining** [2] - 59:16, 60:12
**enjoy** [2] - 185:3, 341:9
**enormous** [2] - 235:20, 236:20
**enough** [20] - 38:24, 52:8, 67:23, 74:20,
91:6, 91:9, 105:22, 111:2, 112:15,
119:10, 198:19, 199:1, 199:19,
199:22, 264:20, 268:12, 270:19,
277:1, 277:7, 277:9
**enriches** [1] - 204:4
**enrichment** [1] - 223:7
**enrolled** [2] - 27:3, 115:8
**ensure** [6] - 28:1, 42:13, 43:12, 120:1,
176:1, 205:21
**ensures** [2] - 177:17, 221:18
**enter** [8] - 35:20, 58:2, 128:14, 144:16,
242:14, 288:18, 290:15, 316:10
**entered** [3] - 65:6, 71:14, 144:14
**entering** [2] - 37:22, 331:1
**entire** [11] - 17:21, 18:2, 115:2, 141:12,
142:1, 172:15, 176:6, 179:5, 233:14,
252:10, 313:23
**entirely** [6] - 34:8, 59:4, 150:16, 162:9,
193:23, 194:15
**entitled** [3] - 25:18, 39:19, 344:18
**entity** [2] - 26:16, 291:5
**entrance** [2] - 87:22, 87:23
**entries** [1] - 229:5
**entry** [19] - 8:11, 8:16, 8:19, 8:25, 9:11,
29:19, 43:25, 49:25, 51:1, 51:4, 71:22,
73:20, 157:22, 158:20, 175:19, 262:3,
262:22, 288:21, 315:25
**environmental** [1] - 85:22
**EPA** [3] - 97:23, 335:17, 342:6
**equal** [2] - 39:16, 188:23
**equally** [1] - 89:24
**equals** [1] - 195:23
**equation** [1] - 225:7
**equilibrium** [1] - 165:23
**equities** [7] - 59:3, 59:4, 83:15, 146:1,
224:20, 225:23, 227:2
**Eric** [2] - 206:19, 206:23
**erred** [2] - 191:6, 191:9
**error** [1] - 238:3
**errors** [2] - 60:8, 63:23
**escalating** [1] - 15:4
**especially** [4] - 165:25, 234:13, 308:13,
343:18
**essential** [2] - 46:4, 86:5
**essentially** [2] - 123:19, 314:24

**establish** [8] - 225:17, 249:2, 256:9, 273:10, 277:7, 282:6, 282:10, 284:7
**established** [14] - 83:4, 162:23, 164:15, 164:19, 224:15, 225:1, 225:16, 265:21, 273:17, 276:24, 282:8, 320:23, 321:1, 325:19
**establishing** [1] - 318:3
**esther** [1] - 2:15
**Esther** [2] - 83:13, 147:16
**Esther.Sung@Justiceactioncenter. org** [1] - 2:19
**estimates** [3] - 116:21, 302:12, 337:7
**estimating** [1] - 224:16
**ET** [3] - 1:3, 1:6, 1:9
**Europe** [1] - 191:25
**evaluate** [5] - 28:10, 62:24, 73:16, 320:14, 324:7
**evaluated** [2] - 17:11, 136:1
**evaluates** [1] - 9:1
**evaluating** [3] - 241:4, 288:23, 332:1
**Evangelical** [1] - 207:16
**even** [92] - 8:17, 9:8, 10:2, 16:3, 20:18, 26:12, 34:12, 44:7, 47:5, 48:24, 49:19, 50:6, 50:25, 58:1, 59:2, 61:19, 62:10, 64:20, 64:25, 66:21, 66:22, 81:10, 84:13, 94:21, 97:3, 99:5, 99:24, 100:1, 105:25, 112:16, 115:25, 116:11, 116:25, 117:12, 126:1, 127:17, 134:15, 141:5, 141:6, 141:23, 144:15, 156:6, 156:23, 163:20, 165:5, 175:16, 190:19, 215:20, 224:1, 227:10, 228:7, 234:4, 234:24, 235:9, 235:16, 241:24, 246:16, 251:2, 252:25, 254:17, 260:17, 260:22, 263:5, 266:8, 266:17, 267:17, 268:5, 268:7, 268:13, 278:13, 278:19, 281:22, 283:4, 285:2, 292:15, 295:7, 297:25, 302:16, 305:1, 305:3, 305:6, 311:17, 313:5, 317:24, 318:4, 324:11, 325:19, 325:22, 335:15
**event** [3] - 272:12, 272:16, 293:24
**events** [6] - 135:19, 135:23, 136:2, 163:17, 240:24
**eventually** [2] - 204:10, 213:18
**ever** [22] - 30:14, 44:23, 45:9, 45:10, 48:9, 48:11, 52:24, 92:19, 104:11, 178:23, 197:10, 198:18, 201:16, 235:9, 243:1, 251:22, 252:24, 282:5, 282:6, 282:10, 308:21
**every** [18] - 40:19, 45:21, 48:8, 48:1, 51:18, 100:23, 100:24, 100:25, 121:12, 124:3, 124:21, 191:10, 223:23, 228:4, 254:21, 257:17, 307:22
**everybody** [23] - 10:18, 13:2, 22:23, 78:20, 79:23, 130:19, 135:13, 136:17, 137:20, 147:9, 147:11, 172:16, 174:3, 184:14, 224:2, 239:2, 265:24, 270:10, 333:21, 333:22, 338:19, 344:3
**everybody..** [1] - 78:25
**everyone** [7] - 6:15, 103:2, 140:2, 224:22, 228:6, 249:15, 318:11

**everything** [10] - 103:17, 146:11, 204:14, 257:17, 297:1, 297:4, 313:16, 313:19, 334:23, 336:24
**evidence** [84] - 15:19, 18:19, 32:12, 32:16, 59:5, 59:7, 59:9, 68:20, 69:10, 84:16, 84:22, 85:16, 85:23, 87:19, 88:21, 88:25, 109:6, 110:11, 110:18, 113:12, 122:4, 122:11, 123:3, 123:7, 138:1, 138:4, 138:13, 138:15, 138:20, 139:18, 147:3, 148:1, 162:7, 182:2, 188:3, 241:6, 241:8, 241:10, 241:11, 243:1, 243:16, 243:19, 243:22, 243:23, 243:25, 248:8, 249:7, 249:17, 254:11, 254:13, 254:24, 255:23, 256:1, 256:4, 259:20, 260:11, 260:18, 261:23, 262:16, 263:6, 263:7, 265:13, 265:16, 265:17, 266:20, 267:8, 270:13, 271:9, 276:5, 277:5, 278:19, 282:12, 283:17, 284:1, 289:25, 299:21, 300:5, 302:7, 304:22, 304:24, 305:2, 306:8, 306:13
**evidentiary** [2] - 115:13, 241:20
**exacerbate** [1] - 57:24
**exact** [11] - 36:10, 55:9, 98:25, 117:12, 250:20, 252:20, 258:19, 272:10, 272:14, 290:23, 291:19
**exactly** [16] - 39:9, 77:23, 87:11, 93:1, 96:7, 107:19, 134:19, 146:19, 146:20, 186:12, 186:13, 194:10, 250:21, 266:22, 275:1, 282:12
**example** [45] - 6:13, 13:16, 18:3, 21:17, 48:22, 51:2, 62:12, 74:3, 85:17, 113:23, 114:8, 118:2, 118:21, 123:3, 133:12, 167:14, 172:21, 180:3, 191:22, 195:5, 200:21, 201:14, 202:8, 210:3, 212:21, 221:9, 226:14, 227:12, 235:12, 236:21, 237:4, 242:2, 242:9, 244:20, 248:3, 251:2, 260:21, 274:21, 281:15, 302:22, 308:24, 309:3, 313:23, 319:2, 332:21
**examples** [13] - 150:14, 156:21, 161:15, 183:20, 186:13, 191:14, 193:7, 209:16, 211:25, 214:20, 235:10, 309:13, 310:3
**exceed** [3] - 34:10, 301:22, 321:20
**exceeding** [1] - 262:3
**exceedingly** [1] - 58:4
**exceeds** [2] - 285:1, 308:5
**except** [6] - 51:1, 181:17, 240:22, 244:6, 246:19, 338:7
**exception** [23] - 44:13, 45:21, 54:22, 54:24, 56:4, 57:13, 285:14, 300:25, 309:19, 312:21, 312:25, 313:3, 313:9, 313:11, 314:3, 314:15, 314:17, 314:18, 314:23, 314:25, 315:7
**exceptionally** [1] - 313:5
**exceptions** [5] - 44:9, 53:7, 53:16, 64:22, 285:8
**exchange** [1] - 46:17
**excise** [1] - 151:15

**excited** [1] - 265:2
**exciting** [1] - 120:17
**excluded** [1] - 115:11
**exclusive** [1] - 218:10
**excuse** [8] - 154:4, 154:23, 164:23, 192:6, 207:20, 209:1, 209:4, 218:1
**executive** [101] - 18:9, 20:9, 22:10, 25:1, 25:21, 49:2, 50:16, 53:24, 54:3, 100:17, 100:25, 103:12, 139:14, 139:22, 150:14, 150:20, 151:19, 151:22, 152:8, 152:23, 154:18, 154:21, 156:6, 156:9, 157:2, 159:21, 160:1, 160:2, 160:5, 161:12, 162:17, 163:24, 166:17, 167:2, 167:24, 168:2, 168:19, 169:18, 169:21, 171:6, 171:11, 174:16, 174:21, 177:11, 177:13, 177:25, 186:4, 186:6, 187:15, 188:12, 188:21, 188:24, 189:13, 189:22, 191:15, 192:3, 193:7, 196:13, 196:22, 197:7, 197:10, 201:13, 201:25, 203:19, 203:20, 205:3, 205:21, 206:5, 207:21, 208:12, 209:16, 210:20, 212:1, 212:3, 212:16, 212:18, 212:19, 214:1, 214:17, 215:12, 215:17, 216:9, 216:13, 216:20, 217:5, 218:8, 222:6, 223:18, 273:23, 275:3, 281:10, 281:12, 287:4, 298:7, 322:5, 322:9, 322:14, 323:4, 323:7, 323:12, 323:16
**executive's** [15] - 47:15, 150:22, 157:4, 170:5, 191:3, 193:21, 206:15, 211:8, 211:21, 212:5, 273:8, 285:10, 323:1, 323:2, 335:21
**executives** [1] - 212:22
**exercise** [9] - 9:6, 43:24, 162:1, 167:2, 194:6, 231:22, 287:13, 300:20, 335:21
**exercised** [1] - 177:11
**exercises** [2] - 281:7, 290:4
**exercising** [3] - 214:1, 217:6, 340:17
**exhausted** [1] - 333:21
**exhibit** [2] - 117:13, 158:9
**Exhibit** [15] - 6:10, 9:5, 76:21, 86:16, 158:8, 160:9, 165:3, 208:16, 219:12, 232:16, 233:3, 251:3, 262:14, 284:24, 289:25
**exhibits** [8] - 20:23, 88:11, 122:13, 138:16, 148:2, 299:17, 343:25, 344:4
**Exhibits** [3] - 6:8, 148:8, 148:11
**exist** [9] - 232:20, 240:16, 249:24, 264:10, 266:7, 268:12, 271:1, 290:19, 343:7
**existed** [5] - 26:8, 36:18, 49:19, 59:25, 220:9
**existence** [1] - 136:2, 240:15, 308:12
**existing** [3] - 102:24, 219:13, 236:2
**exists** [3] - 98:15, 218:14, 336:4
**expand** [1] - 121:14
**expansion** [2] - 237:12, 237:19
**expect** [2] - 161:25, 164:25
**expected** [6] - 33:8, 35:25, 55:3, 57:19,

124:9, 318:24
**expedite** [1] - 203:9
**expend** [3] - 116:10, 131:5, 269:19
**expenditure** [1] - 270:12
**expenditures** [1] - 258:19
**expenses** [8] - 81:4, 111:1, 117:10,
118:2, 118:14, 325:13, 325:18, 329:20
**expensive** [1] - 249:25
**experience** [1] - 207:1
**expert** [4] - 165:1, 286:7, 286:14, 322:1
**expiration** [6] - 34:22, 133:23, 251:19,
253:12, 271:23, 319:1
**expire** [2] - 235:19, 238:8
**expired** [1] - 234:25
**expires** [3] - 218:3, 218:25, 220:17
**explain** [5] - 41:16, 122:9, 154:8,
223:25, 251:22
**explained** [3] - 165:2, 206:3, 300:22
**explaining** [4] - 14:6, 115:24, 158:3,
168:2
**explains** [7] - 58:19, 77:23, 159:19,
165:13, 186:2, 186:4, 267:24
**explanation** [6] - 31:3, 168:1, 206:2,
307:12, 308:16, 332:6
**explicitly** [13] - 8:15, 18:17, 33:7, 41:20,
279:5, 285:8, 285:24, 288:17, 289:21,
293:9, 324:1, 336:19, 338:8
**Exporters** [1] - 44:16
**exposure** [1] - 328:10
**express** [1] - 270:18
**expressed** [5] - 150:22, 205:18, 212:5,
280:9, 286:23
**expressing** [2] - 220:4, 232:2
**expressly** [3] - 99:9, 117:3, 156:7
**extend** [2] - 143:17, 183:6
**extending** [1] - 214:6
**extends** [1] - 47:13
**extension** [2] - 219:14, 238:2
**extensively** [1] - 125:21
**extent** [12] - 29:21, 49:9, 97:7, 110:23,
115:7, 191:12, 299:24, 300:8, 312:6,
331:10, 338:4, 339:1
**extinguish** [1] - 237:3
**extra** [7] - 114:5, 123:20, 151:7, 161:13,
161:14, 180:17, 216:2
**extralegal** [2] - 164:13, 218:14
**extraordinarily** [2] - 273:22, 309:18
**extraordinary** [2] - 192:12, 223:12
**extremely** [5] - 91:9, 100:16, 224:22,
230:13, 296:8
**eye** [2] - 91:19, 91:20
**eyeballs** [1] - 344:4

# F

**F.2d** [1] - 44:16
**F.3d** [2] - 339:14, 342:7
**F.4th** [4] - 65:25, 337:25, 341:1, 341:8
**face** [4] - 26:16, 234:25, 290:15, 329:20
**faced** [7] - 26:10, 31:17, 33:12, 40:11,
207:16, 230:18, 232:1
**facial** [2] - 259:16, 298:22
**facilitate** [2] - 186:24, 232:20
**facilities** [1] - 121:14
**facility** [1] - 253:20
**facing** [4] - 41:6, 58:19, 290:7, 290:11
**fact** [81] - 9:7, 10:23, 12:4, 12:13, 20:15,
21:25, 22:13, 28:3, 39:20, 42:21,
42:25, 65:22, 69:19, 71:2, 87:15,
87:19, 88:10, 88:20, 89:23, 90:23,
92:3, 94:19, 95:2, 95:16, 107:18,
117:23, 123:13, 124:19, 125:22,
126:7, 126:18, 126:23, 133:20,
140:25, 144:3, 146:11, 154:10,
178:25, 180:21, 201:23, 209:24,
224:24, 227:8, 227:12, 229:13, 240:3,
245:5, 246:9, 252:11, 256:9, 256:18,
263:11, 266:5, 273:3, 276:15, 276:17,
278:3, 289:25, 291:8, 293:16, 293:17,
293:21, 298:25, 299:25, 302:20,
302:24, 303:1, 303:12, 304:2, 304:9,
306:2, 318:17, 323:9, 323:10, 324:7,
326:25, 331:14, 333:9, 342:13
**factor** [3] - 62:22, 62:24, 179:1
**factors** [28] - 9:17, 20:4, 31:3, 31:5,
40:1, 63:17, 64:21, 77:13, 130:15,
130:23, 131:21, 161:13, 161:14,
181:3, 181:10, 186:11, 199:9, 199:21,
223:2, 225:9, 245:16, 246:15, 254:15,
301:19, 311:23, 311:24, 319:18, 342:2
**facts** [15] - 83:7, 83:8, 84:21, 85:23,
104:3, 106:2, 110:9, 240:16, 252:3,
260:7, 299:11, 301:5, 305:4
**factual** [18] - 242:22, 242:25, 243:4,
251:24, 252:2, 252:23, 253:22,
259:19, 259:21, 260:11, 277:14,
277:19, 277:24, 299:10, 299:21,
303:5, 304:11, 305:4
**failed** [11] - 41:15, 60:9, 80:20, 110:12,
216:19, 242:12, 252:17, 301:19,
301:20, 324:18, 329:5
**failing** [2] - 301:18, 302:3
**fails** [2] - 38:7, 43:17
**fair** [9] - 68:18, 90:15, 108:25, 189:8,
263:20, 303:21, 337:4, 337:19
**fairly** [4] - 61:4, 66:8, 267:2, 273:14
**fairness** [1] - 126:17
**faith** [5] - 231:17, 231:19, 231:20, 232:5,
293:7
**fall** [5] - 40:20, 44:25, 297:2, 297:5,
313:23
**fallback** [1] - 294:20
**falling** [2] - 279:6, 280:6
**falls** [2] - 44:25, 296:14
**false** [1] - 270:23
**familiar** [11] - 75:11, 76:8, 76:13, 82:17,
94:11, 99:10, 168:15, 180:1, 265:20,
277:1, 339:8
**Families** [1] - 192:21
**families** [3] - 214:25, 228:18, 228:21

**family** [29] - 16:8, 16:9, 102:24, 154:4,
161:4, 165:11, 165:14, 166:1, 166:6,
167:16, 169:1, 178:8, 178:21, 179:16,
180:7, 180:15, 180:16, 191:25, 193:5,
203:2, 203:9, 215:2, 215:8, 215:16,
231:6, 231:10, 231:12, 232:6, 232:12
**Family** [5] - 20:24, 20:25, 192:15, 193:1,
203:8
**family's** [1] - 185:9
**family-based** [2] - 165:14, 166:1
**family-sponsored** [1] - 165:11
**fan** [1] - 66:7
**far** [13] - 15:20, 30:13, 54:18, 78:6, 79:6,
182:9, 183:6, 183:10, 200:20, 255:21,
301:3, 309:11
**Farm** [4] - 23:2, 31:1, 300:22, 324:5
**farm** [1] - 166:23
**farming** [1] - 233:12
**farther** [2] - 151:10, 159:1
**fashion** [7] - 10:11, 82:17, 94:6, 197:13,
209:17, 214:2, 216:8
**fat** [1] - 99:17
**father** [2] - 230:10, 230:20
**fault** [3] - 87:3, 181:13, 181:16
**faulted** [1] - 328:2
**favor** [3] - 59:5, 59:14, 336:10
**favorable** [1] - 30:3
**favorably** [2] - 279:10, 279:13
**favorite** [3] - 92:8, 140:19, 299:7
**Fe** [1] - 143:7
**feared** [1] - 236:23
**feasibility** [1] - 155:20
**features** [2] - 210:8, 210:18
**February** [4] - 237:21, 237:25, 270:22,
270:24
**FEC** [4] - 134:18, 134:25, 257:4, 272:9
**Fed** [5] - 44:17, 65:24, 261:3, 261:24,
330:19
**Federal** [32] - 57:23, 86:16, 163:4,
163:15, 163:16, 167:25, 170:15,
170:18, 182:16, 185:14, 185:18,
194:23, 197:17, 226:15, 234:22,
236:25, 243:21, 256:21, 260:24,
261:1, 261:2, 261:11, 261:24, 267:23,
269:5, 299:12, 299:15, 315:4, 317:13,
317:16, 318:10, 330:17
**federal** [95] - 47:25, 49:2, 52:6, 52:12,
53:23, 54:2, 70:11, 100:22, 100:25,
103:11, 104:13, 118:6, 118:8, 118:18,
139:14, 150:5, 160:25, 164:11, 177:6,
204:14, 204:20, 206:10, 208:15,
216:3, 217:23, 219:11, 220:21,
220:23, 220:25, 221:2, 222:1, 223:1,
229:2, 236:7, 240:15, 241:23, 242:11,
242:21, 244:10, 245:10, 247:15,
247:19, 250:23, 251:2, 251:7, 251:12,
251:23, 252:17, 252:22, 259:2,
268:24, 269:6, 270:3, 272:19, 273:14,
273:23, 274:5, 274:11, 274:16, 275:9,
275:15, 275:25, 276:22, 277:6,

277:13, 279:25, 280:2, 281:8, 281:13, 281:16, 297:4, 305:24, 320:22, 321:16, 321:18, 322:21, 323:7, 323:13, 323:24, 325:9, 325:10, 325:16, 327:5, 327:19, 339:12, 340:17, 341:9, 341:12, 342:22, 343:11, 343:21
**Feds** [1] - 65:24
**feel** [5] - 62:13, 73:20, 93:18, 232:4, 336:4
**fell** [2] - 7:12, 262:7
**felt** [2] - 155:19, 330:22
**few** [13] - 88:23, 137:5, 149:22, 150:14, 150:25, 155:7, 211:24, 217:20, 251:13, 262:17, 265:8, 319:15, 334:25
**fewer** [8] - 40:18, 130:12, 132:2, 133:20, 239:13, 240:6, 248:21, 249:10
**field** [2] - 149:7, 205:16
**fields** [2] - 149:5, 232:19
**Fifth** [87] - 43:23, 65:25, 66:9, 66:19, 67:8, 68:3, 89:18, 90:15, 90:19, 90:21, 91:3, 91:4, 91:13, 91:25, 94:24, 95:14, 96:7, 96:22, 97:21, 97:24, 97:25, 98:2, 98:10, 98:14, 102:5, 106:2, 119:11, 119:12, 120:7, 120:8, 120:10, 120:21, 121:1, 122:16, 123:4, 135:17, 142:6, 142:12, 142:16, 143:2, 146:21, 190:9, 190:14, 190:17, 190:22, 191:2, 226:24, 235:14, 240:20, 241:2, 242:3, 250:11, 268:23, 268:25, 273:11, 278:1, 278:15, 279:14, 279:24, 280:7, 280:17, 282:2, 285:7, 286:22, 291:10, 291:20, 293:13, 293:15, 314:4, 315:8, 321:12, 321:20, 321:23, 322:3, 323:25, 326:8, 326:24, 327:1, 327:19, 327:23, 337:24, 338:2, 338:12, 338:16, 339:12, 340:24, 341:7
**figure** [9] - 24:18, 28:19, 39:9, 50:12, 79:12, 183:25, 298:14, 306:23, 333:23
**file** [5] - 138:2, 148:20, 241:24, 263:4, 272:6
**filed** [25] - 126:7, 133:24, 134:3, 134:19, 134:23, 134:24, 135:2, 136:3, 136:5, 160:14, 161:6, 240:17, 241:3, 241:18, 243:19, 254:25, 256:2, 256:12, 256:25, 257:8, 260:19, 262:12, 263:9, 270:25, 272:12
**files** [1] - 158:18
**filing** [10] - 119:24, 134:10, 135:20, 136:13, 164:11, 240:23, 253:1, 256:2, 259:15, 265:22
**filings** [2] - 15:20, 151:6
**Filipino** [1] - 192:12
**Filipinos** [1] - 192:10
**fill** [1] - 6:3
**filled** [3] - 7:6, 74:11, 124:10
**fills** [1] - 233:13
**final** [30] - 41:14, 43:19, 43:24, 64:16, 84:21, 156:15, 287:16, 288:2, 288:14, 288:25, 289:6, 289:18, 289:24, 290:2,

290:3, 291:3, 293:16, 293:19, 293:25, 294:5, 294:20, 295:4, 295:6, 295:25, 296:22, 302:8, 312:9, 312:15, 316:11, 342:19
**finally** [6] - 65:4, 86:3, 150:24, 164:3, 220:19, 230:14
**finances** [1] - 86:4
**financial** [12] - 6:1, 42:9, 43:10, 43:12, 126:9, 158:17, 159:9, 221:20, 221:24, 223:9, 273:16, 276:24
**find** [32] - 17:4, 45:21, 65:12, 70:15, 73:18, 88:23, 97:7, 97:20, 104:16, 104:22, 104:23, 111:20, 164:1, 166:25, 174:19, 176:7, 181:20, 182:13, 195:15, 197:20, 202:20, 247:17, 266:23, 271:20, 278:15, 298:3, 304:10, 316:22, 316:23, 320:16, 320:17, 329:16
**finding** [11] - 52:17, 52:19, 96:5, 157:22, 185:11, 191:8, 192:3, 221:21, 301:5, 302:20, 310:17
**findings** [12] - 88:10, 88:20, 126:7, 126:18, 209:24, 291:8, 302:24, 303:1, 303:12, 304:9, 333:9, 333:12
**finds** [4] - 44:8, 70:10, 278:13, 303:13
**fine** [4] - 72:10, 109:20, 138:3, 224:5
**finicky** [1] - 93:11
**finished** [1] - 75:10
**fire** [1] - 253:19
**fired** [1] - 180:10
**first** [70] - 5:20, 5:22, 23:9, 43:6, 44:12, 63:24, 67:3, 67:24, 79:4, 80:14, 80:23, 81:16, 82:15, 84:20, 85:12, 86:12, 89:11, 89:21, 92:15, 95:6, 95:16, 110:15, 115:9, 116:4, 118:1, 119:17, 123:1, 125:14, 127:11, 128:1, 133:22, 137:2, 141:4, 142:23, 145:14, 150:8, 154:9, 154:13, 155:8, 155:18, 158:7, 170:14, 178:19, 217:23, 221:8, 231:8, 235:1, 240:14, 241:5, 259:12, 260:2, 261:5, 262:17, 266:17, 267:24, 270:20, 270:25, 281:6, 286:9, 287:7, 316:2, 320:14, 321:14, 324:10, 327:17, 329:11, 329:12, 333:25, 334:3, 335:14
**First** [2] - 1:21, 242:17
**fisc** [9] - 129:6, 137:23, 240:7, 320:10, 324:24, 325:18, 326:23, 328:24, 331:24
**fiscal** [8] - 14:15, 32:12, 76:23, 76:25, 77:8, 149:14, 330:23
**fiscs** [2] - 320:21, 326:11
**fist** [1] - 221:14
**fit** [6] - 103:7, 108:6, 167:19, 167:23, 287:11, 287:15
**fits** [2] - 108:7, 110:15
**five** [3] - 78:24, 97:22, 224:9
**five-minute** [1] - 78:24
**flaws** [2] - 117:25, 342:9
**Fled** [1] - 182:23

**flee** [1] - 73:1
**fleeing** [3] - 15:1, 73:8, 74:22
**fleshed** [1] - 267:2
**flexibility** [3] - 201:22, 201:24, 207:20
**flexible** [2] - 209:20, 210:19
**flights** [4] - 75:24, 76:2, 77:11, 229:4
**flip** [1] - 312:1
**Florida** [2] - 112:9, 229:21
**flout** [1] - 164:24
**flouting** [2] - 152:8, 188:22
**flow** [13] - 79:21, 130:16, 130:22, 130:23, 130:24, 244:12, 245:17, 253:16, 254:16, 272:1, 290:9, 321:7, 326:11
**flowing** [1] - 254:12
**flown** [2] - 67:9, 76:12
**flows** [3] - 223:6, 323:18, 330:21
**flushed** [1] - 265:1
**fly** [3] - 66:24, 68:12, 69:9
**focus** [5] - 82:12, 82:15, 86:11, 145:25, 224:24
**focused** [6] - 67:8, 114:13, 118:23, 269:12, 269:13, 269:14
**focusing** [2] - 121:8, 142:25
**folks** [14] - 94:15, 102:19, 102:22, 107:12, 108:13, 110:2, 112:14, 112:18, 113:25, 114:3, 124:13, 124:16, 144:13, 229:16
**follow** [6] - 64:7, 91:7, 91:24, 175:14, 176:1, 185:5, 290:12, 315:21, 338:6
**follow-up** [1] - 175:14
**followed** [1] - 85:15
**following** [12] - 19:17, 20:7, 23:20, 40:17, 59:11, 147:25, 148:7, 207:11, 207:18, 262:20, 277:20, 300:7
**follows** [1] - 221:12
**fond** [2] - 89:17, 90:6
**Footnote** [4] - 52:10, 140:7, 274:10, 281:6
**footnote** [7] - 66:6, 111:7, 111:17, 120:2, 140:8, 275:14, 335:17
**footnotes** [1] - 146:18
**for** [575] - 3:3, 5:11, 5:17, 5:24, 6:12, 8:1, 9:2, 9:8, 10:16, 11:9, 11:14, 11:19, 12:16, 12:25, 13:16, 14:2, 14:5, 14:9, 14:24, 15:1, 15:3, 15:19, 16:1, 16:24, 18:3, 18:7, 18:8, 18:21, 19:4, 19:11, 19:14, 20:1, 20:11, 20:17, 20:24, 21:2, 21:3, 21:7, 21:9, 21:15, 21:18, 22:1, 22:10, 23:14, 24:1, 25:16, 26:24, 27:20, 28:2, 28:24, 30:8, 31:3, 31:21, 32:1, 32:20, 32:21, 33:14, 34:2, 34:3, 34:5, 34:7, 42:10, 42:16, 42:20, 43:7, 43:17, 43:18, 46:17, 47:2, 48:15, 48:22, 51:1, 51:2, 51:22, 53:2, 53:19, 54:9, 54:13, 54:14, 54:25, 56:4, 56:9, 56:11, 57:14, 57:16, 57:19, 57:21, 58:11, 58:18, 60:20, 60:21, 61:16, 61:19, 62:12, 62:13, 62:16, 62:20, 63:14, 65:24, 67:16, 70:5, 70:6, 70:15,

70:16, 72:7, 72:15, 72:19, 72:21,
73:22, 74:2, 74:3, 74:14, 74:19, 74:23,
74:24, 74:25, 75:9, 75:12, 75:15,
75:18, 75:22, 76:4, 77:10, 78:17,
79:14, 80:16, 80:24, 81:12, 81:13,
81:16, 81:23, 82:2, 83:25, 84:14, 85:7,
85:12, 85:17, 87:6, 87:18, 88:4, 89:3,
89:5, 90:2, 90:25, 91:17, 92:8, 94:13,
98:25, 99:20, 100:21, 101:13, 101:21,
102:1, 102:20, 103:15, 105:17,
105:22, 106:10, 106:18, 107:4, 107:6,
107:22, 108:11, 108:13, 109:10,
112:6, 112:7, 112:8, 113:1, 113:6,
113:7, 113:23, 114:8, 114:18, 115:11,
117:13, 117:22, 118:2, 118:3, 118:5,
118:15, 119:1, 121:11, 122:20,
122:22, 122:25, 123:3, 123:17, 124:9,
124:16, 124:21, 125:15, 125:18,
126:11, 126:19, 127:4, 127:14,
127:21, 128:12, 133:11, 133:12,
134:4, 134:9, 136:22, 138:2, 138:23,
139:15, 140:9, 141:20, 142:16, 143:3,
143:7, 143:23, 146:8, 146:20, 147:6,
147:9, 147:12, 147:17, 148:5, 148:10,
148:20, 149:7, 149:11, 149:14,
149:15, 152:6, 152:9, 152:17, 152:19,
152:20, 153:5, 153:6, 153:8, 153:23,
154:3, 154:4, 155:13, 156:18, 156:20,
157:9, 158:5, 158:20, 158:23, 159:8,
159:13, 159:22, 159:23, 160:8,
160:10, 160:16, 160:22, 160:24,
161:1, 161:9, 161:19, 161:23, 163:1,
163:4, 163:8, 163:23, 164:13, 164:15,
165:5, 166:5, 166:8, 166:10, 166:13,
167:1, 167:4, 167:14, 167:25, 168:1,
168:5, 168:9, 168:25, 169:13, 169:21,
169:23, 170:1, 170:16, 170:19,
172:21, 173:21, 174:18, 176:17,
178:8, 178:16, 178:17, 178:21,
179:11, 179:12, 179:15, 180:3, 180:5,
180:6, 180:10, 180:15, 180:16,
181:17, 182:1, 182:8, 182:12, 182:18,
183:8, 185:7, 185:11, 185:17, 186:7,
186:17, 188:22, 189:5, 189:18,
189:20, 189:24, 190:10, 190:17,
191:22, 192:8, 192:13, 192:17,
192:24, 193:5, 193:11, 194:2, 194:23,
195:5, 195:7, 197:1, 198:16, 199:5,
199:14, 201:13, 201:14, 202:8, 203:2,
203:12, 204:8, 206:4, 206:17, 206:24,
206:25, 207:9, 207:13, 208:1, 209:8,
209:10, 209:13, 209:18, 210:2, 210:3,
210:11, 210:13, 210:14, 211:20,
212:3, 212:4, 213:20, 214:3, 214:4,
214:5, 214:20, 214:21, 215:7, 215:13,
215:20, 216:6, 216:8, 216:11, 216:13,
216:19, 216:20, 217:18, 218:9,
218:10, 218:14, 218:16, 219:9,
219:13, 219:18, 219:21, 219:22,
220:3, 221:11, 221:13, 222:7, 224:1,
225:7, 225:19, 225:20, 225:21,

225:22, 226:14, 226:15, 227:8,
227:12, 228:2, 228:20, 229:25, 230:1,
230:2, 230:3, 230:14, 230:18, 231:2,
232:2, 233:14, 233:23, 234:10,
234:22, 235:12, 235:15, 235:21,
236:2, 237:5, 238:3, 238:12, 238:23,
239:4, 239:5, 239:6, 239:7, 239:16,
239:25, 241:15, 241:20, 242:2, 242:3,
242:9, 243:14, 243:16, 246:1, 246:3,
246:8, 246:9, 246:19, 247:18, 251:2,
252:12, 253:16, 254:22, 255:11,
255:23, 256:8, 257:24, 258:18,
260:20, 260:22, 260:23, 260:25,
261:3, 261:11, 261:16, 262:15,
262:20, 264:2, 264:12, 264:16,
267:10, 268:11, 269:15, 271:24,
273:2, 273:18, 274:5, 274:21, 274:22,
275:23, 277:20, 277:21, 277:22,
278:2, 278:9, 278:14, 278:20, 279:8,
279:9, 279:11, 279:12, 279:19, 280:2,
281:14, 281:15, 281:17, 284:3,
284:25, 286:25, 287:10, 287:12,
290:18, 292:5, 292:11, 292:12, 295:5,
297:4, 297:17, 302:21, 304:13,
305:10, 306:7, 306:23, 307:14,
307:18, 307:22, 308:9, 308:25,
309:14, 309:16, 313:8, 313:11,
313:22, 314:3, 314:8, 314:17, 315:23,
316:2, 316:4, 316:16, 317:10, 318:3,
319:2, 319:8, 319:15, 319:21, 320:21,
321:18, 321:22, 323:20, 324:2, 324:6,
324:12, 325:13, 328:2, 329:25, 331:1,
331:12, 332:4, 332:15, 332:21,
332:22, 333:2, 333:12, 333:19, 334:3,
334:4, 334:13, 336:16, 337:1, 337:7,
338:7, 339:14, 341:10, 341:13, 342:21

**FOR** [4] - 1:1, 1:19, 2:7, 2:13

**force** [1] - 42:18

**foreclose** [1] - 342:9

**foreclosed** [1] - 327:24

**foregoing** [1] - 344:16

**foreign** [76] - 11:16, 18:10, 34:17, 44:12,
44:14, 45:14, 45:16, 45:23, 46:2,
46:18, 46:22, 47:3, 47:6, 47:16, 49:3,
57:18, 59:16, 59:17, 100:8, 100:9,
100:10, 100:13, 100:19, 100:23,
101:1, 101:2, 101:3, 159:25, 177:16,
201:23, 201:25, 204:6, 204:12,
204:18, 205:2, 205:5, 205:11, 205:15,
205:23, 206:4, 206:6, 206:12, 206:15,
207:3, 207:15, 207:24, 208:8, 208:12,
209:19, 210:22, 210:23, 216:16,
229:7, 229:9, 229:11, 259:1, 273:8,
312:21, 312:24, 313:3, 313:11,
313:15, 313:16, 313:17, 314:7, 314:9,
314:10, 314:12, 314:14, 314:23,
314:24, 315:3, 323:2, 323:13

**foremost** [1] - 123:1

**forget** [1] - 68:7

**form** [5] - 42:11, 158:19, 160:14, 161:7,

342:13

**formal** [1] - 322:16

**former** [1] - 237:10

**forms** [2] - 75:3, 182:25

**forth** [12] - 14:3, 59:5, 59:7, 68:19,
106:4, 110:18, 243:25, 253:15, 260:7,
278:19, 321:20, 337:22

**forward** [11] - 15:18, 69:20, 70:12,
70:22, 81:23, 125:13, 133:24, 138:13,
260:11, 272:8, 272:24

**fought** [1] - 192:13

**found** [28] - 48:15, 48:21, 53:18, 54:25,
62:20, 63:6, 63:15, 63:16, 64:4, 64:21,
65:1, 96:7, 101:8, 102:6, 105:1,
105:21, 181:8, 183:13, 189:1, 237:17,
279:16, 279:20, 292:10, 302:2,
313:18, 318:5, 342:17

**Foundation** [1] - 1:21

**four** [99] - 8:12, 8:14, 9:14, 10:3, 10:8,
12:10, 12:17, 13:9, 13:22, 14:7, 14:17,
23:7, 23:8, 29:15, 31:19, 31:22, 32:1,
32:9, 32:10, 32:13, 32:25, 33:6, 34:18,
37:9, 40:19, 41:7, 50:21, 51:13, 55:10,
55:16, 55:20, 58:12, 58:22, 59:6,
59:12, 60:4, 72:16, 75:12, 75:13,
75:16, 75:20, 76:22, 85:4, 88:22, 93:6,
102:7, 107:3, 108:3, 108:19, 109:9,
109:16, 110:7, 110:14, 110:15, 123:4,
131:8, 131:12, 131:16, 131:18, 132:4,
132:14, 133:8, 139:16, 147:24, 148:6,
153:23, 163:3, 168:1, 198:20, 205:4,
208:21, 219:3, 226:15, 234:23,
236:25, 246:3, 246:4, 260:24, 261:1,
261:22, 262:17, 267:20, 268:6, 290:6,
290:19, 312:22, 315:5, 315:16, 316:5,
319:8, 319:10, 320:1, 325:21, 330:10,
331:13, 331:18, 331:22

**four-four** [2] - 93:6, 123:4

**frame** [1] - 241:14

**framed** [2] - 138:17, 240:12

**framework** [2] - 152:15, 300:21

**framing** [1] - 89:9

**France** [1] - 209:13

**Franklin** [1] - 2:10

**frankly** [8] - 80:15, 83:23, 86:8, 98:22,
99:16, 235:5, 338:14, 338:22

**free** [5] - 43:24, 164:12, 164:13, 231:22,
336:4

**freebie** [1] - 99:18

**freedom** [1] - 228:24

**Freedom** [1] - 65:24

**freely** [1] - 231:19

**frequently** [2] - 281:13, 308:25

**Friday** [1] - 224:22

**friend** [1] - 194:12

**from** [293] - 7:3, 7:14, 10:8, 10:10,
11:21, 12:2, 12:9, 12:18, 13:3, 13:9,
13:15, 13:20, 13:21, 13:22, 14:5, 14:7,
14:16, 15:7, 16:13, 19:5, 20:12, 21:4,
21:16, 21:18, 23:19, 25:10, 29:15,

31:19, 31:22, 32:8, 32:12, 32:13, 32:25, 35:2, 37:10, 40:5, 40:12, 40:19, 41:7, 44:15, 44:16, 46:15, 49:15, 50:1, 50:2, 50:3, 50:21, 51:11, 51:13, 52:23, 55:9, 55:10, 55:16, 55:20, 58:12, 58:22, 60:4, 65:25, 68:2, 68:23, 69:3, 69:8, 69:16, 70:21, 72:3, 73:2, 73:5, 73:9, 73:16, 74:9, 74:19, 76:22, 77:4, 77:16, 77:25, 78:17, 79:1, 85:4, 85:9, 85:13, 86:19, 88:19, 88:22, 90:3, 95:14, 95:18, 95:22, 96:6, 97:18, 102:23, 106:2, 108:18, 108:19, 108:21, 109:4, 110:1, 110:2, 111:21, 115:2, 115:11, 115:16, 116:17, 117:9, 117:11, 118:18, 121:10, 121:11, 122:16, 123:12, 125:18, 126:13, 130:6, 130:10, 131:11, 131:16, 131:22, 132:4, 133:8, 134:5, 134:20, 135:11, 135:15, 136:23, 137:13, 137:23, 138:5, 141:14, 142:19, 144:5, 146:17, 147:14, 147:24, 148:6, 149:7, 149:13, 151:10, 151:16, 153:6, 156:12, 156:13, 156:21, 156:22, 158:14, 163:10, 165:14, 169:24, 172:6, 174:3, 175:5, 176:11, 176:19, 177:10, 180:10, 183:12, 185:11, 188:5, 188:6, 190:13, 192:1, 193:20, 195:3, 199:18, 200:9, 202:14, 202:15, 203:5, 205:24, 206:18, 208:21, 212:22, 213:2, 215:19, 217:13, 219:3, 219:5, 224:10, 227:8, 227:9, 227:12, 228:24, 229:9, 231:9, 232:7, 232:22, 233:5, 236:3, 237:16, 237:19, 238:2, 238:23, 239:13, 239:21, 240:9, 240:10, 240:12, 240:17, 241:2, 244:7, 244:22, 245:15, 245:19, 245:21, 246:13, 246:20, 247:19, 247:23, 248:11, 250:14, 250:19, 251:20, 253:10, 253:11, 255:4, 255:5, 255:16, 256:21, 258:4, 258:21, 260:20, 262:7, 262:10, 262:16, 262:23, 263:3, 264:1, 264:9, 264:13, 268:16, 268:22, 269:11, 270:6, 270:17, 274:16, 279:14, 279:17, 280:17, 283:21, 285:22, 288:16, 290:6, 290:10, 290:18, 293:4, 294:19, 295:11, 301:14, 303:6, 308:13, 309:15, 311:6, 311:9, 312:7, 312:11, 314:20, 315:9, 315:15, 315:19, 316:4, 316:5, 317:8, 317:21, 318:8, 318:9, 319:10, 320:10, 322:10, 326:11, 329:20, 329:25, 331:8, 331:13, 331:18, 331:20, 331:22, 335:4, 339:13, 341:8, 342:7, 342:9, 344:17

**from..** [1] - 72:1
**front** [4] - 184:21, 185:15, 317:16, 325:19
**frowned** [1] - 189:25
**fruit** [1] - 232:14
**FUDIM** [35] - 72:11, 171:14, 171:20,
171:23, 172:1, 172:5, 172:18, 172:24, 173:1, 173:8, 173:15, 173:19, 174:6, 175:10, 176:9, 176:17, 178:9, 178:13, 178:18, 179:18, 179:21, 179:25, 180:9, 180:24, 181:2, 181:6, 181:23, 182:5, 182:14, 182:20, 183:4, 183:17, 184:17, 184:23, 185:2
**Fudim** [5] - 2:9, 72:9, 177:5, 178:5, 196:6
**fulfilling** [1] - 11:15
**full** [4] - 213:9, 219:13, 233:23, 297:3
**full-time** [1] - 233:23
**fully** [4] - 38:7, 40:10, 72:20, 319:24
**fun** [1] - 110:9
**function** [6] - 44:14, 45:14, 100:17, 314:7, 314:11, 315:4
**fund** [1] - 275:23
**fundamental** [2] - 250:6, 342:9
**fundamentals** [2] - 146:24, 146:25
**funding** [4] - 26:6, 118:18, 124:9, 124:15
**funds** [4] - 118:18, 137:23, 270:12, 275:10
**further** [14] - 15:23, 17:11, 21:21, 78:16, 78:17, 188:3, 206:3, 214:6, 225:6, 228:17, 243:9, 254:9, 278:5, 319:25
**furthermore** [1] - 83:5
**furthers** [2] - 154:20, 170:20
**future** [19] - 53:17, 103:17, 115:7, 134:16, 135:3, 136:6, 136:7, 136:8, 136:10, 212:10, 251:19, 252:14, 253:12, 266:20, 281:22, 293:19, 296:10, 320:4

## G

**G** [1] - 5:1
**Galli** [1] - 2:21
**Galli-Graves** [1] - 2:21
**game** [3] - 91:16, 231:8
**gamut** [1] - 223:1
**Gandara** [2] - 115:16, 115:23
**gated** [1] - 174:7
**gatekeepers** [1] - 274:14
**gather** [2] - 8:21, 8:22
**gathered** [1] - 312:14
**gave** [3] - 293:11, 304:1, 327:5
**Gene** [1] - 1:20
**gene.hamilton@aflegal.org** [1] - 1:23
**general** [20] - 12:15, 28:8, 40:1, 59:25, 70:7, 78:11, 78:12, 156:11, 167:7, 172:21, 189:15, 192:22, 198:9, 198:10, 199:19, 205:12, 265:21, 296:9, 297:7, 323:18
**General** [6] - 2:3, 153:7, 156:13, 156:19, 166:13, 241:1
**General's** [2] - 18:1, 162:21
**generally** [17] - 33:17, 43:23, 45:12, 46:19, 57:7, 60:6, 67:15, 112:5, 171:2, 194:1, 194:24, 235:12, 261:13,
265:24, 295:8, 330:23, 341:9
**generate** [1] - 281:14
**gentleman** [1] - 172:11
**George** [1] - 193:20
**get** [92] - 7:7, 8:17, 9:3, 9:10, 10:23, 13:15, 28:2, 58:16, 58:17, 62:10, 62:13, 66:4, 74:20, 79:12, 83:5, 84:18, 88:3, 89:4, 98:17, 98:25, 104:5, 104:11, 106:6, 106:12, 111:16, 114:6, 114:9, 116:14, 118:23, 123:2, 126:1, 126:17, 128:8, 128:24, 130:19, 131:25, 133:16, 138:9, 140:4, 143:13, 143:14, 145:25, 146:3, 147:20, 155:6, 155:20, 158:23, 161:18, 167:19, 168:17, 168:21, 172:15, 173:13, 174:2, 174:9, 176:12, 176:14, 181:25, 184:15, 186:20, 187:10, 187:13, 194:12, 201:20, 202:6, 226:14, 235:8, 241:11, 243:1, 255:13, 257:2, 258:13, 260:1, 272:4, 281:22, 282:3, 288:15, 292:19, 292:25, 297:25, 298:2, 305:10, 317:8, 318:1, 318:8, 328:24, 329:3, 329:13, 333:10, 341:13, 344:3
**gets** [16] - 75:8, 106:13, 126:22, 137:4, 143:6, 168:18, 171:4, 172:17, 174:3, 180:11, 185:22, 230:22, 231:9, 237:2, 258:12, 322:22
**getting** [15] - 47:6, 125:4, 170:12, 172:14, 175:6, 175:7, 204:24, 217:15, 224:7, 240:8, 254:8, 258:11, 269:8, 269:11, 317:10
**Gipson** [2] - 121:10, 121:19
**Gipson's** [2] - 122:1, 122:8
**give** [16] - 78:25, 88:22, 117:7, 122:9, 137:20, 140:16, 159:12, 168:3, 175:12, 244:19, 248:3, 264:20, 266:11, 268:12, 269:19, 270:13
**given** [18] - 66:18, 66:19, 83:24, 130:11, 151:22, 194:7, 204:7, 286:23, 307:20, 308:3, 308:25, 318:16, 318:17, 319:9, 324:7, 325:8, 343:8
**gives** [14] - 5:14, 49:12, 49:13, 129:9, 147:9, 151:7, 216:3, 220:25, 228:7, 234:1, 263:19, 264:9, 319:25, 322:14
**giving** [1] - 48:3
**glass** [2] - 315:8, 317:11
**GLL** [1] - 135:18
**global** [1] - 131:9
**globally** [2] - 131:19, 135:15
**go** [90] - 7:10, 34:19, 34:24, 35:7, 37:4, 37:5, 37:6, 62:16, 64:5, 70:12, 70:21, 78:21, 79:6, 79:9, 79:11, 82:7, 82:19, 82:21, 83:9, 84:5, 85:11, 87:1, 87:4, 90:13, 91:18, 91:22, 92:13, 93:5, 93:12, 96:8, 102:19, 108:15, 110:14, 115:18, 116:25, 122:15, 130:15, 131:21, 133:3, 133:15, 137:5, 142:4, 144:11, 145:2, 145:7, 147:13, 166:24, 176:16, 196:7, 198:4, 198:19, 199:3, 200:10, 201:3, 204:6, 219:24, 219:25,

224:13, 225:10, 225:11, 225:16, 226:9, 226:10, 227:18, 235:16, 239:3, 244:23, 245:12, 249:14, 251:15, 251:18, 253:11, 253:15, 254:12, 255:19, 286:4, 293:8, 305:6, 305:9, 309:9, 312:12, 315:20, 318:20, 326:2, 341:20, 342:13
**goal** [6] - 12:21, 192:16, 196:8, 196:16, 197:23, 198:25
**goals** [13] - 11:16, 18:10, 29:12, 46:2, 46:3, 192:7, 192:17, 206:16, 207:15, 210:8, 210:19, 216:17, 229:11
**God** [1] - 231:18
**goes** [25] - 61:12, 112:10, 134:5, 135:5, 135:21, 136:19, 139:5, 142:22, 159:14, 178:25, 182:9, 226:12, 241:24, 245:21, 251:14, 252:21, 255:9, 258:6, 267:12, 267:13, 279:15, 316:14, 323:9, 326:6
**going** [123] - 13:1, 14:13, 26:16, 27:25, 34:15, 34:23, 36:6, 39:10, 51:5, 51:17, 68:6, 71:3, 72:10, 79:3, 81:1, 82:8, 82:18, 82:21, 83:11, 83:13, 83:17, 83:21, 88:13, 89:4, 90:17, 90:22, 92:1, 92:21, 93:20, 94:11, 95:8, 98:1, 100:9, 103:6, 103:12, 103:18, 103:19, 103:20, 103:22, 106:6, 109:4, 109:16, 109:17, 110:16, 110:17, 110:19, 112:13, 112:17, 115:18, 116:5, 117:14, 119:16, 120:4, 120:22, 123:16, 123:22, 124:4, 124:5, 124:20, 125:7, 133:5, 133:16, 134:12, 134:20, 134:21, 135:11, 137:3, 137:20, 140:3, 140:21, 141:1, 142:2, 142:19, 144:22, 145:7, 147:10, 147:20, 149:3, 149:20, 153:15, 171:14, 199:12, 224:20, 227:19, 232:13, 233:10, 240:2, 240:8, 247:6, 247:10, 248:4, 254:16, 255:13, 255:22, 256:1, 256:4, 257:1, 257:2, 258:12, 258:13, 258:14, 265:8, 266:9, 271:20, 272:17, 276:5, 283:6, 287:9, 287:10, 317:11, 318:17, 323:21, 324:21, 334:1, 335:6, 336:18, 337:17, 338:13
**gone** [15] - 12:9, 19:24, 86:25, 92:23, 104:9, 194:14, 219:3, 246:20, 247:11, 257:24, 258:18, 268:13, 272:6, 336:24, 339:7
**gonna** [1] - 51:16
**good** [35] - 5:10, 54:23, 54:25, 56:3, 56:13, 57:3, 79:13, 79:14, 79:19, 91:17, 92:7, 98:2, 111:2, 112:15, 119:8, 122:23, 125:3, 125:8, 125:9, 147:11, 147:16, 153:8, 214:8, 224:3, 224:4, 230:7, 231:8, 293:6, 314:17, 314:18, 315:7, 318:3, 335:18, 338:12, 339:3
**good-cause** [1] - 315:7
**goodness** [1] - 282:15
**Gorsuch** [5] - 90:9, 97:1, 97:19, 99:5,

335:16
**Gorsuch's** [1] - 90:5
**got** [28] - 53:21, 68:13, 96:11, 96:18, 110:9, 114:23, 115:1, 122:19, 125:6, 129:3, 132:10, 133:13, 135:10, 136:8, 136:9, 137:6, 145:19, 167:16, 170:18, 185:19, 197:21, 255:25, 296:14, 304:22, 309:5, 318:7, 324:24, 338:15
**gotcha** [1] - 218:19
**gotten** [1] - 120:16
**governing** [1] - 285:14
**government** [53] - 49:2, 78:18, 83:1, 83:2, 100:20, 101:2, 116:4, 118:6, 126:10, 148:16, 149:2, 149:4, 160:25, 181:14, 182:24, 191:7, 204:14, 204:20, 208:19, 213:24, 219:11, 244:10, 244:21, 247:20, 250:24, 251:3, 259:2, 261:17, 275:9, 277:13, 279:25, 290:25, 291:6, 291:7, 291:11, 291:13, 305:24, 313:9, 313:14, 320:22, 321:16, 321:18, 323:24, 325:9, 325:10, 325:16, 327:5, 327:19, 340:17, 341:13, 342:22, 343:21
**Government** [1] - 220:11
**government's** [5] - 44:18, 59:5, 59:8, 75:5, 242:18
**governments** [6] - 101:2, 202:1, 210:23, 328:20, 330:25, 331:7
**gradually** [1] - 207:10
**graft** [3] - 142:19, 151:2, 155:11
**grant** [33] - 41:21, 42:1, 44:2, 49:25, 99:18, 151:23, 154:19, 157:20, 158:24, 166:13, 169:8, 186:8, 186:15, 186:16, 189:12, 189:15, 190:1, 191:4, 193:11, 196:21, 206:4, 210:6, 215:14, 216:11, 220:16, 236:24, 237:1, 238:4, 279:18, 290:2, 296:6, 312:4
**granted** [34] - 6:6, 8:8, 8:24, 33:7, 42:24, 49:22, 128:3, 152:19, 154:15, 155:8, 156:9, 157:10, 158:6, 160:3, 162:11, 163:8, 163:23, 173:11, 174:10, 186:5, 193:15, 193:23, 221:12, 221:19, 222:21, 228:15, 233:4, 235:17, 236:24, 237:2, 288:11, 288:13, 305:5
**granting** [9] - 12:2, 21:15, 126:13, 155:21, 156:22, 157:3, 157:4, 162:9, 215:7
**grants** [7] - 82:1, 162:6, 187:12, 234:24, 235:4, 235:17, 236:13
**granular** [2] - 138:9, 170:12
**graphically** [1] - 211:2
**grapple** [2] - 96:4, 146:19
**grappled** [2] - 334:15, 335:25
**Graves** [1] - 2:21
**graves@raicestexas.org** [1] - 2:24
**great** [11] - 80:13, 89:4, 115:23, 150:1, 153:18, 159:17, 186:24, 202:16, 207:23, 212:21, 224:14
**greater** [11] - 32:1, 39:1, 41:2, 49:17,

51:10, 54:18, 80:19, 175:20, 264:2, 264:3, 307:12
**greatly** [1] - 57:24
**grenades** [1] - 185:4
**gross** [1] - 118:24
**ground** [2] - 293:15, 336:3
**grounded** [1] - 205:9
**grounds** [4] - 63:25, 338:17, 338:21, 339:9
**group** [6] - 6:16, 6:24, 7:7, 25:15, 39:6, 114:5
**groups** [6] - 12:4, 18:22, 20:18, 28:16, 165:4, 322:7
**growth** [3] - 124:19, 124:20, 227:9
**guarantee** [2] - 8:13, 288:17
**Guard** [1] - 202:15
**guarding** [2] - 320:10, 320:21
**guess** [10] - 25:4, 39:20, 47:22, 63:3, 75:15, 130:14, 197:11, 206:10, 298:6, 342:18
**guidance** [25] - 15:10, 63:1, 287:25, 288:1, 289:12, 295:18, 295:21, 296:18, 296:22, 297:6, 301:11, 311:9, 311:10, 311:12, 311:14, 311:17, 311:19, 311:22, 312:6, 312:9, 312:16, 312:19, 333:2
**guide** [2] - 52:2, 274:4
**guidelines** [1] - 160:21
**Gulf** [1] - 202:11
**gun** [1] - 272:4
**guys** [2] - 303:19, 303:20

# H

**Had** [1] - 233:7
**had** [99] - 17:12, 17:21, 18:4, 18:7, 39:9, 40:3, 41:3, 58:25, 64:7, 66:16, 70:4, 74:8, 86:25, 88:5, 93:5, 94:14, 102:2, 102:25, 108:12, 112:22, 113:15, 122:6, 129:14, 132:15, 134:3, 135:2, 136:4, 138:14, 138:17, 140:20, 148:2, 156:5, 157:2, 162:1, 165:6, 165:21, 172:11, 174:8, 179:7, 180:12, 184:10, 204:9, 207:7, 208:10, 213:11, 215:13, 215:17, 217:4, 217:5, 220:17, 224:24, 225:15, 230:2, 230:3, 233:20, 237:18, 239:15, 240:1, 241:19, 242:4, 242:19, 246:16, 247:23, 249:24, 253:17, 256:7, 260:21, 260:23, 263:8, 264:19, 265:17, 266:6, 266:9, 267:4, 272:16, 279:22, 293:5, 293:13, 294:2, 294:16, 294:22, 301:24, 302:11, 302:19, 310:8, 310:15, 313:9, 322:1, 323:8, 327:13, 328:14, 328:16, 328:19, 333:24, 336:14, 344:9
**hadn't** [5] - 63:16, 220:9, 241:17, 246:16, 247:12
**Haiti** [29] - 6:12, 7:3, 13:16, 15:3, 15:5, 22:6, 33:5, 75:13, 76:4, 76:14, 77:13, 126:14, 160:12, 174:1, 174:3, 174:6,

174:16, 174:17, 174:25, 176:13,
180:19, 180:20, 181:12, 181:20,
203:3, 203:5, 208:22, 230:1, 250:19
**Haiti's** [2] - 192:17, 192:18
**Haitian** [5] - 20:25, 22:7, 77:5, 192:15,
262:21
**Haitians** [1] - 77:5
**half** [1] - 218:6
**Halperin** [6] - 202:9, 202:24, 206:19,
207:25, 208:10, 208:24
**Hamdan** [1] - 17:6
**Hamilton** [2] - 1:20, 94:18
**HAMILTON** [4] - 309:15, 309:21,
309:23, 313:1
**hampers** [1] - 86:4
**hand** [4] - 185:4, 218:13, 218:16, 228:9
**handful** [1] - 309:19
**handle** [3] - 22:23, 83:14, 123:25
**handling** [1] - 147:20
**hands** [3] - 203:24, 227:24, 232:13
**Hanen** [10] - 95:10, 105:14, 105:16,
106:4, 235:13, 237:7, 237:17, 302:11
**happen** [20] - 28:12, 35:13, 35:23,
43:10, 60:13, 60:14, 60:17, 61:1,
62:14, 63:5, 82:11, 189:21, 228:15,
229:16, 242:6, 244:11, 257:3, 272:17,
272:22, 286:11
**happened** [18] - 57:19, 63:5, 135:19,
136:13, 156:3, 161:15, 186:22,
186:23, 190:22, 251:18, 253:3,
272:11, 293:5, 303:10, 303:11,
333:20, 334:23, 338:15
**happening** [7] - 109:8, 130:17, 145:20,
145:21, 161:16, 253:14
**happens** [20] - 8:25, 28:20, 43:5, 60:18,
75:9, 101:8, 102:3, 102:11, 102:13,
103:10, 140:22, 166:25, 177:8,
177:20, 187:19, 235:22, 245:23,
255:18, 334:21, 343:14
**happy** [18] - 22:19, 125:10, 186:24,
229:19, 229:22, 230:8, 230:16,
230:21, 230:25, 231:25, 234:19,
237:4, 238:19, 266:14, 270:18,
271:16, 278:5
**hard** [13] - 80:9, 88:6, 88:7, 97:20,
99:19, 108:23, 146:14, 146:19,
146:21, 181:7, 254:4, 291:12
**harder** [2] - 200:22, 254:4
**hardest** [2] - 98:13, 146:12
**harm** [59] - 54:15, 55:5, 56:6, 57:14,
57:16, 57:18, 59:7, 59:13, 69:16,
71:10, 80:21, 80:22, 83:10, 85:22,
92:20, 94:15, 95:22, 96:3, 106:3,
108:12, 110:1, 110:5, 113:1, 114:23,
120:12, 123:14, 125:1, 137:23,
138:14, 139:17, 141:5, 141:7, 141:21,
141:23, 142:24, 223:23, 225:2, 225:3,
225:6, 225:24, 226:6, 226:16, 260:7,
260:9, 260:12, 266:20, 272:17,
277:15, 278:12, 282:17, 283:22,

330:3, 331:11, 337:7, 340:24, 341:5,
341:11, 341:18
**harmed** [15] - 59:6, 82:24, 83:3, 99:22,
108:8, 108:17, 110:13, 113:8, 114:20,
126:20, 139:9, 139:21, 257:1, 257:10,
271:9
**harms** [10] - 107:13, 110:7, 142:2,
273:16, 276:24, 277:12, 278:9,
278:14, 283:23, 313:10
**has** [347] - 5:23, 5:25, 6:2, 6:3, 7:25, 8:6,
9:4, 9:25, 11:1, 11:24, 12:5, 12:9,
13:25, 15:10, 17:6, 17:13, 20:16, 21:5,
21:19, 22:10, 22:13, 22:15, 22:18,
23:3, 23:17, 23:20, 23:25, 26:15,
28:17, 31:24, 32:24, 34:11, 35:1, 37:8,
37:17, 38:25, 39:6, 39:9, 39:18, 41:8,
42:15, 46:12, 47:3, 47:14, 51:12,
52:24, 53:3, 54:25, 56:17, 59:5, 59:12,
61:13, 62:5, 63:6, 64:5, 65:9, 65:19,
66:1, 67:20, 68:21, 69:12, 70:10,
70:19, 71:7, 71:8, 71:9, 75:4, 78:16,
82:23, 83:4, 84:6, 84:7, 84:17, 84:18,
84:19, 84:24, 85:3, 85:5, 85:19, 86:11,
86:12, 86:17, 88:2, 88:8, 89:22, 90:21,
92:19, 94:1, 94:23, 96:4, 97:7, 98:10,
98:17, 99:22, 102:5, 102:15, 104:2,
104:20, 106:9, 106:21, 107:2, 107:5,
107:6, 108:16, 109:8, 110:12, 110:20,
111:7, 111:10, 112:24, 114:20,
115:17, 116:12, 116:18, 119:9, 120:2,
121:4, 123:15, 124:8, 124:14, 124:20,
126:23, 128:12, 134:25, 136:1,
136:14, 139:2, 140:25, 141:4, 141:10,
141:23, 142:20, 143:21, 144:1,
144:11, 145:19, 147:1, 150:14,
150:19, 150:20, 150:22, 151:5,
151:15, 151:17, 151:19, 151:20,
151:22, 151:25, 152:8, 152:9, 153:7,
153:9, 154:18, 155:15, 160:4, 160:14,
161:15, 163:12, 164:10, 164:15,
164:19, 164:20, 165:1, 168:13,
168:19, 169:6, 169:8, 171:3, 173:6,
174:3, 174:8, 174:17, 177:11, 177:13,
178:24, 179:23, 180:4, 181:8, 181:25,
182:11, 183:1, 183:24, 184:12, 186:4,
187:15, 187:22, 188:17, 188:21,
188:22, 189:1, 189:12, 189:24,
191:11, 191:15, 195:7, 195:20,
196:13, 197:10, 197:12, 197:13,
197:21, 198:21, 200:8, 201:16,
201:24, 202:9, 205:3, 205:13, 207:23,
210:3, 211:7, 211:9, 211:14, 211:18,
211:25, 212:1, 212:3, 212:4, 212:8,
212:12, 212:15, 212:16, 213:8,
213:23, 213:24, 214:14, 216:1,
216:18, 216:19, 216:21, 217:4,
217:10, 217:14, 218:9, 219:19,
219:20, 220:6, 222:6, 222:8, 222:11,
222:19, 222:24, 223:12, 223:15,
223:23, 225:1, 225:5, 225:15, 225:17,
225:25, 226:13, 226:24, 227:2,

227:10, 229:22, 230:9, 230:11,
230:18, 230:19, 231:3, 231:8, 231:17,
231:24, 232:1, 232:23, 235:13,
235:14, 235:18, 244:16, 246:20,
248:22, 249:4, 249:15, 249:20,
251:16, 253:2, 255:11, 259:17,
260:16, 260:18, 263:11, 266:19,
267:19, 268:6, 268:13, 273:5, 276:17,
277:15, 278:1, 279:24, 279:25, 280:7,
281:16, 282:3, 286:23, 291:11,
291:14, 291:23, 292:23, 302:10,
304:3, 304:6, 304:22, 305:24, 307:11,
308:18, 312:2, 312:12, 312:20, 313:3,
313:14, 314:2, 315:8, 319:4, 319:15,
319:17, 320:6, 320:9, 321:6, 321:12,
321:18, 321:20, 322:2, 322:3, 323:14,
324:1, 325:12, 325:13, 325:17, 326:8,
327:6, 327:7, 330:23, 334:23, 336:24,
337:12, 337:15, 337:21, 340:4,
341:13, 344:5
**hasn't** [10] - 21:21, 33:12, 67:24, 82:16,
143:15, 217:7, 235:2, 237:2, 278:18,
283:2
**have** [652] - 5:24, 6:24, 7:1, 7:10, 7:12,
7:16, 7:18, 8:19, 9:7, 9:9, 10:25,
12:16, 13:3, 13:16, 13:21, 14:2, 14:3,
15:23, 15:25, 16:1, 16:6, 16:21, 17:2,
17:9, 18:2, 19:16, 19:24, 20:10, 20:21,
20:22, 20:23, 21:7, 21:25, 23:18, 24:8,
24:23, 26:3, 27:18, 29:1, 29:13, 29:15,
29:24, 30:14, 30:15, 31:5, 31:13, 32:4,
33:1, 33:2, 33:3, 33:12, 33:20, 34:3,
34:5, 36:8, 36:17, 37:20, 39:1, 39:7,
39:8, 39:13, 39:15, 39:21, 42:14,
42:23, 43:10, 44:23, 45:22, 46:11,
46:16, 48:16, 52:1, 52:3, 53:4, 53:18,
53:21, 54:5, 54:11, 54:14, 55:2, 55:24,
56:11, 56:16, 56:17, 57:19, 58:13,
59:6, 60:12, 60:13, 60:24, 61:2, 61:10,
62:6, 62:16, 62:17, 63:5, 64:6, 66:8,
66:16, 67:5, 67:10, 67:15, 68:1, 68:10,
68:11, 68:24, 69:6, 69:11, 69:20,
70:20, 71:3, 72:14, 73:6, 73:8, 73:18,
73:19, 73:22, 74:2, 74:8, 75:7, 75:9,
75:10, 75:14, 75:23, 76:12, 76:15,
76:18, 76:20, 77:19, 77:21, 78:4, 80:4,
80:8, 80:11, 80:14, 81:19, 82:6, 83:9,
83:16, 83:22, 83:24, 84:6, 85:17,
86:11, 87:18, 87:25, 89:5, 90:1, 90:5,
90:6, 90:8, 90:11, 90:21, 90:22, 90:23,
90:24, 92:2, 92:7, 92:23, 92:24, 94:24,
95:14, 95:16, 95:20, 95:21, 95:25,
96:2, 96:11, 96:21, 96:22, 97:2, 97:7,
98:7, 98:8, 99:2, 99:10, 99:20, 99:24,
100:1, 100:22, 101:10, 102:22, 103:4,
103:12, 103:15, 104:9, 106:9, 107:13,
107:24, 108:2, 108:16, 109:10,
109:15, 110:9, 111:3, 111:18, 112:2,
112:24, 112:25, 113:8, 113:12, 114:8,
114:23, 115:1, 115:2, 115:9, 115:14,
116:5, 116:10, 116:11, 116:16,

116:22, 117:4, 118:22, 118:25,
120:15, 120:17, 120:23, 120:24,
121:13, 121:21, 122:7, 122:18,
122:19, 123:8, 123:9, 123:11, 123:12,
123:16, 124:10, 125:21, 126:1,
126:20, 127:5, 131:5, 132:10, 133:4,
133:24, 134:1, 134:2, 134:3, 134:11,
134:16, 135:7, 135:8, 135:19, 136:8,
136:9, 136:11, 137:6, 137:12, 137:22,
137:24, 138:2, 138:9, 138:12, 138:14,
138:17, 138:19, 138:20, 139:17,
139:18, 139:25, 140:14, 141:5, 141:8,
141:13, 142:3, 142:11, 142:17,
142:18, 143:24, 144:3, 144:10,
144:13, 144:14, 145:9, 145:17, 146:2,
146:6, 146:12, 146:21, 146:22,
146:23, 147:7, 148:10, 148:17,
148:18, 148:19, 148:23, 149:4, 149:7,
150:6, 153:8, 155:22, 155:25, 157:7,
158:23, 160:8, 160:11, 160:12,
160:13, 160:15, 160:16, 160:17,
160:18, 161:5, 161:6, 162:18, 164:12,
165:6, 165:9, 165:20, 165:21, 167:2,
167:9, 167:25, 168:22, 169:12,
170:25, 171:10, 171:20, 172:1, 172:9,
172:19, 172:22, 173:2, 173:5, 173:10,
173:23, 175:21, 175:25, 176:17,
177:9, 178:13, 179:1, 179:4, 180:4,
180:7, 180:16, 181:12, 182:2, 182:4,
182:7, 183:8, 183:20, 184:3, 184:15,
185:6, 185:15, 185:25, 186:12,
186:13, 189:25, 191:25, 192:23,
193:22, 194:14, 194:16, 194:22,
195:2, 195:3, 196:2, 196:13, 197:3,
198:13, 198:17, 199:3, 199:9, 200:2,
200:3, 200:13, 202:6, 206:20, 209:22,
210:7, 210:10, 210:12, 211:1, 211:2,
211:3, 212:20, 212:22, 213:4, 213:19,
214:15, 215:22, 217:9, 219:3, 219:18,
219:23, 220:8, 220:10, 224:15,
224:19, 224:21, 224:24, 226:6, 226:7,
227:15, 227:17, 227:23, 228:13,
228:19, 229:15, 229:20, 230:23,
231:1, 231:12, 232:6, 233:6, 233:14,
233:23, 234:8, 234:10, 235:9, 236:12,
238:6, 238:7, 238:18, 238:23, 239:11,
239:21, 239:23, 240:15, 241:6, 241:7,
241:20, 242:1, 242:2, 242:6, 242:9,
242:15, 243:13, 243:15, 243:21,
243:23, 243:25, 244:1, 244:15,
244:21, 245:5, 245:10, 245:12,
245:14, 246:13, 246:15, 247:11,
247:18, 248:4, 248:10, 248:13,
248:21, 249:1, 249:2, 249:9, 249:11,
249:24, 251:18, 253:1, 253:4, 253:5,
253:6, 254:21, 255:4, 255:12, 255:15,
255:21, 255:25, 256:12, 257:24,
258:1, 258:15, 258:18, 259:4, 260:5,
260:7, 260:8, 260:13, 260:15, 260:19,
264:2, 264:19, 265:1, 265:14, 265:18,
266:4, 266:5, 266:9, 266:15, 267:2,

267:3, 267:16, 268:10, 269:3, 269:12,
269:14, 269:18, 270:3, 270:16, 271:3,
271:6, 271:9, 272:4, 272:6, 272:13,
272:15, 272:21, 272:22, 273:6,
273:22, 274:22, 278:4, 278:11,
278:20, 278:21, 280:15, 281:11,
281:23, 281:25, 282:5, 283:5, 283:18,
283:20, 284:12, 284:14, 284:22,
284:23, 285:15, 286:2, 286:10,
287:13, 287:14, 288:17, 288:20,
289:5, 289:24, 292:11, 292:20, 296:3,
296:23, 297:5, 297:8, 298:10, 299:14,
299:18, 301:3, 303:22, 304:4, 304:22,
304:24, 306:5, 306:20, 307:24,
308:12, 308:15, 309:13, 310:9,
310:10, 310:16, 311:2, 311:4, 311:8,
311:9, 312:4, 312:22, 313:20, 313:24,
314:16, 316:9, 317:9, 317:15, 319:22,
321:2, 321:11, 322:23, 323:20, 324:4,
324:6, 324:7, 324:24, 325:1, 325:5,
325:8, 325:9, 325:19, 325:23, 326:4,
326:8, 326:17, 326:18, 327:1, 327:2,
327:5, 327:7, 327:9, 327:10, 327:12,
327:20, 327:21, 328:5, 329:18,
329:19, 331:2, 331:14, 332:12, 333:3,
334:14, 334:22, 335:7, 335:19,
336:15, 336:23, 336:25, 337:13,
337:15, 337:16, 339:12, 340:14,
341:15, 342:1, 343:2, 343:20, 344:7,
344:10

**haven't** [38] - 21:12, 26:4, 30:14, 33:14,
38:16, 38:21, 50:24, 51:4, 54:16,
56:21, 70:7, 71:1, 73:2, 73:21, 73:24,
74:8, 81:7, 81:8, 120:3, 120:16,
141:24, 141:25, 178:15, 178:16,
180:12, 181:16, 189:1, 236:19, 249:3,
282:18, 286:11, 313:21, 313:25,
326:5, 332:24, 337:12
**having** [23] - 73:2, 80:20, 108:23,
124:23, 127:23, 140:11, 144:19,
211:24, 228:24, 232:11, 249:3,
254:14, 257:22, 285:24, 285:25,
317:20, 320:8, 320:22, 321:19,
323:24, 325:12, 332:11, 336:11
**havoc** [1] - 7:4
**hawed** [1] - 204:10
**he's** [2] - 167:14, 296:17
**head** [2] - 106:12, 229:25
**heads** [1] - 218:19
**health** [1] - 160:20
**healthcare** [15] - 113:23, 116:14,
116:18, 117:19, 221:22, 223:9,
273:19, 274:21, 276:2, 276:9, 276:21,
277:22, 282:22, 284:4, 284:5
**hear** [11] - 133:1, 136:23, 176:10,
195:16, 238:12, 239:18, 252:7,
285:25, 311:5, 311:6, 329:14
**heard** [24] - 5:23, 12:8, 24:22, 54:4,
57:10, 80:4, 81:16, 84:6, 102:18,
132:13, 137:6, 142:11, 157:7, 157:12,

169:14, 171:13, 228:18, 232:7,
235:23, 238:24, 268:10, 312:22,
324:24
**hearing** [5] - 184:21, 240:5, 254:23,
256:6, 329:25
**hearsay** [1] - 172:8
**heavily** [2] - 15:18, 17:10
**heavy** [2] - 108:20, 109:15
**Heckler** [8] - 48:22, 297:13, 297:15,
298:1, 298:2, 298:4, 298:6, 300:24
**heightened** [4] - 239:6, 314:3, 314:5,
315:1
**held** [6] - 26:25, 55:2, 67:20, 68:3,
190:22, 278:11
**help** [10] - 46:19, 69:2, 94:23, 95:3,
124:16, 166:23, 174:22, 251:21,
322:24, 331:6
**Help** [1] - 22:6
**helped** [1] - 207:10
**helpful** [7] - 51:22, 113:12, 136:19,
136:21, 137:8, 316:23, 317:2
**helps** [1] - 178:2
**hemisphere** [2] - 11:17, 46:4
**Hemisphere** [1] - 208:20
**hemmed** [1] - 204:9
**her** [24] - 122:9, 124:8, 159:19, 161:11,
165:2, 172:3, 186:2, 203:22, 209:9,
219:19, 219:20, 229:23, 230:10,
230:12, 230:13, 231:23, 232:2, 232:3,
233:24, 252:10, 288:23, 289:23
**here** [201] - 5:19, 17:9, 18:13, 20:14,
24:3, 26:24, 27:12, 27:19, 28:23,
31:14, 31:17, 38:6, 39:21, 43:19,
43:24, 44:9, 45:22, 46:11, 50:24, 51:5,
51:17, 51:23, 52:15, 52:20, 54:16,
56:18, 58:17, 59:3, 60:13, 61:9, 62:8,
65:12, 65:14, 70:23, 75:8, 79:9, 80:8,
83:11, 84:15, 85:1, 85:12, 86:6, 86:9,
86:14, 89:21, 89:25, 91:20, 92:4,
92:17, 94:9, 95:25, 96:1, 96:2, 97:8,
100:21, 101:9, 101:12, 101:16,
101:19, 101:20, 102:20, 104:2, 106:2,
106:14, 107:12, 107:22, 109:5, 109:9,
110:5, 110:16, 110:22, 110:24, 112:3,
112:24, 113:17, 114:3, 115:5, 115:14,
115:15, 115:20, 118:24, 119:9,
120:17, 121:7, 121:16, 122:18,
123:11, 124:24, 125:1, 125:15,
125:17, 126:9, 128:3, 128:5, 128:15,
132:24, 136:22, 137:7, 137:13,
139:12, 140:6, 141:2, 141:22, 141:25,
143:8, 145:15, 147:1, 152:25, 153:3,
154:5, 154:22, 156:11, 157:15,
157:17, 161:17, 162:14, 162:18,
163:3, 165:8, 165:25, 167:24, 170:10,
171:21, 175:18, 176:21, 177:5,
184:10, 185:6, 186:12, 186:17,
186:24, 187:1, 187:10, 187:13,
190:17, 193:24, 199:13, 199:22,
200:6, 201:1, 204:6, 205:1, 206:9,

206:21, 207:20, 209:22, 210:10,
210:16, 211:2, 211:13, 211:17, 214:4,
218:12, 221:7, 227:1, 227:7, 227:16,
228:14, 229:24, 231:12, 231:24,
232:11, 235:2, 236:21, 237:4, 237:6,
237:7, 238:13, 242:15, 243:25,
244:22, 245:4, 245:14, 251:5, 252:20,
260:8, 261:8, 263:19, 264:8, 273:6,
278:22, 281:21, 287:12, 289:21,
292:16, 295:2, 295:5, 297:22, 297:25,
302:15, 315:10, 323:1, 324:19, 327:6,
330:20, 335:24, 337:11, 339:19,
340:9, 342:21

**here's** [2] - 17:23, 264:17
**herein** [1] - 140:24
**heritage** [1] - 108:22
**Herrera** [1] - 339:13
**hesitant** [2] - 179:22, 179:24
**HH** [5] - 13:7, 76:21, 208:16, 251:3, 262:14
**high** [16] - 61:19, 62:4, 62:6, 158:5, 159:7, 159:12, 161:19, 162:4, 253:6, 272:2, 278:11, 306:25, 315:16
**high-priority** [1] - 62:4
**high-profile** [1] - 62:4
**higher** [9] - 91:2, 92:3, 116:18, 120:5, 225:4, 226:7, 283:6, 283:8, 283:18
**highlight** [1] - 157:15
**highlighted** [3] - 84:15, 87:16, 328:20
**highlighting** [2] - 112:3, 115:23
**highly** [2] - 161:23, 235:4
**hijack** [1] - 136:25
**him** [14] - 168:25, 177:4, 184:9, 230:2, 230:5, 230:20, 231:1, 231:4, 231:10, 232:9, 237:18, 264:9, 324:21, 329:17
**hinge** [1] - 154:12
**hints** [1] - 291:11
**Hippocratic** [1] - 242:4
**hire** [2] - 124:16, 124:24
**hiring** [1] - 232:24
**his** [53] - 5:15, 6:9, 9:5, 59:20, 134:24, 167:16, 168:6, 168:25, 184:4, 185:8, 185:9, 194:11, 202:9, 202:12, 204:17, 206:25, 207:1, 207:19, 208:3, 219:24, 229:24, 230:4, 230:5, 230:17, 230:18, 230:22, 230:23, 231:2, 231:5, 231:6, 231:7, 231:9, 231:10, 231:12, 231:17, 231:18, 231:20, 232:8, 232:12, 232:13, 233:13, 233:14, 233:15, 237:1, 237:22, 237:24, 281:6, 288:23, 289:23
**historic** [1] - 229:10
**historical** [5] - 169:17, 188:5, 191:14, 194:18, 308:24
**historically** [3] - 186:5, 309:14, 315:16
**history** [30] - 16:13, 17:16, 17:23, 20:20, 52:1, 52:5, 52:6, 52:18, 53:3, 66:19, 150:10, 157:2, 162:19, 162:20, 162:25, 187:14, 187:21, 188:16, 195:6, 196:12, 211:4, 213:1, 213:25,

274:3, 274:8, 300:1, 305:11
**hit** [5] - 6:17, 174:15, 174:25, 176:13, 306:3
**hits** [1] - 173:25
**hitting** [1] - 306:4
**hoc** [1] - 324:4
**hold** [4] - 53:15, 56:25, 128:17, 283:6
**Hold** [1] - 330:5
**holding** [7] - 46:23, 47:19, 47:21, 48:21, 142:7, 191:6, 274:14
**home** [10] - 34:1, 34:25, 37:4, 37:6, 39:2, 43:6, 102:19, 166:24, 232:2, 233:13
**Homeland** [2] - 203:4, 215:5
**HOMELAND** [1] - 1:6
**honest** [4] - 80:13, 89:9, 90:16, 226:3
**honestly** [1] - 177:4
**Honor** [209] - 5:5, 5:8, 5:10, 12:11, 13:5, 13:23, 18:24, 22:25, 24:24, 26:23, 28:22, 30:10, 35:21, 36:9, 36:22, 37:7, 37:25, 38:13, 46:24, 47:8, 47:20, 48:18, 48:23, 51:7, 51:19, 56:13, 56:25, 57:22, 61:5, 62:19, 63:14, 64:8, 67:14, 69:19, 70:17, 72:8, 72:13, 74:1, 76:17, 78:13, 79:24, 80:3, 82:20, 83:17, 87:2, 87:18, 88:16, 89:15, 90:2, 91:17, 92:10, 92:22, 93:14, 94:9, 95:14, 96:17, 97:16, 98:4, 99:16, 100:2, 100:11, 100:24, 101:6, 103:25, 104:6, 104:15, 104:17, 109:1, 109:4, 109:12, 109:25, 111:2, 111:16, 113:12, 113:19, 114:16, 115:19, 116:15, 117:1, 117:15, 118:19, 119:13, 119:16, 119:23, 120:18, 122:4, 123:2, 123:17, 124:13, 125:4, 126:1, 127:22, 128:10, 128:16, 129:2, 129:17, 129:24, 136:22, 137:9, 137:18, 138:12, 139:7, 139:25, 140:3, 140:13, 140:24, 141:22, 142:15, 143:13, 144:4, 144:9, 144:22, 145:6, 145:13, 146:8, 146:17, 147:16, 147:23, 148:15, 150:2, 152:6, 158:2, 159:15, 170:10, 171:15, 174:15, 185:14, 186:25, 197:22, 200:19, 201:10, 210:2, 211:11, 217:16, 221:16, 224:18, 224:23, 225:13, 226:3, 227:18, 228:1, 228:11, 233:11, 234:4, 234:9, 234:17, 235:8, 236:5, 236:18, 237:7, 239:8, 239:19, 240:11, 243:17, 244:9, 252:8, 259:10, 259:25, 263:23, 263:24, 266:1, 266:12, 267:12, 270:16, 271:12, 271:22, 273:4, 274:25, 277:2, 277:9, 278:5, 278:24, 280:11, 282:17, 284:10, 284:16, 286:2, 290:20, 290:23, 291:25, 293:2, 294:7, 295:16, 295:24, 297:1, 298:6, 298:24, 299:3, 299:10, 300:15, 301:7, 303:14, 303:23, 305:14, 307:2, 307:7, 307:10, 310:3, 313:1, 317:13, 318:15, 329:24,

332:13, 333:1, 333:4, 335:7, 337:19, 340:12, 341:22
**honor** [1] - 311:3
**Honor's** [3] - 166:18, 204:17, 238:25
**HONORABLE** [1] - 1:14
**hoops** [1] - 167:10
**hope** [2] - 92:8, 210:1
**hopefully** [4] - 83:12, 116:7, 153:16, 271:21
**hoping** [1] - 109:18
**horse** [1] - 114:17
**hospital** [2] - 118:3, 118:17
**hospitals** [1] - 117:21
**hosting** [1] - 209:3
**hour** [4] - 80:18, 80:22, 82:12, 172:13
**hours** [2] - 175:12, 194:12
**House** [9] - 15:19, 16:4, 16:15, 18:25, 19:2, 213:1, 213:10, 213:11
**house** [2] - 174:7, 185:10
**housing** [3] - 207:11, 221:21, 223:10
**Houston** [2] - 3:8, 124:5
**how** [145] - 20:6, 23:23, 24:18, 28:12, 28:20, 31:10, 33:24, 38:18, 41:16, 44:20, 44:23, 50:12, 52:13, 52:21, 52:24, 56:11, 61:1, 61:2, 61:16, 63:1, 66:20, 66:21, 66:22, 71:12, 71:13, 73:4, 73:13, 76:15, 78:20, 87:24, 104:11, 108:9, 110:23, 115:19, 117:1, 118:23, 119:1, 120:22, 124:19, 126:19, 127:1, 136:4, 144:13, 150:14, 150:16, 150:19, 151:22, 152:14, 155:23, 157:2, 159:18, 160:7, 165:19, 165:23, 165:24, 166:17, 167:19, 167:23, 168:12, 168:17, 171:5, 174:4, 174:19, 175:2, 175:3, 175:8, 176:14, 180:11, 182:9, 186:8, 187:4, 187:21, 188:16, 194:16, 196:13, 196:21, 199:4, 199:6, 202:6, 207:22, 208:4, 208:11, 211:16, 212:1, 212:15, 215:12, 215:14, 215:21, 218:22, 224:2, 235:7, 243:24, 247:2, 249:8, 249:21, 251:22, 252:1, 255:13, 256:9, 257:6, 274:23, 277:10, 278:3, 282:5, 282:6, 282:9, 286:18, 288:1, 295:19, 295:21, 296:13, 298:14, 299:19, 301:20, 303:3, 304:9, 307:3, 307:4, 307:6, 307:8, 308:21, 311:21, 312:18, 314:9, 314:11, 315:5, 318:16, 318:20, 322:2, 322:24, 325:10, 329:6, 332:19, 333:8, 337:16, 341:16, 342:3, 343:17
**however** [5] - 66:9, 130:11, 138:8, 286:23, 343:1
**Hsiao** [1] - 2:15
**Hsiao-In** [1] - 2:15
**huddle** [1] - 144:25
**huge** [1] - 175:21
**huh** [4] - 125:5, 150:3, 150:7, 265:11
**humane** [1] - 223:20
**humanitarian** [96] - 5:18, 6:5, 6:21, 7:16, 7:21, 9:16, 10:22, 14:24, 15:6,

15:8, 16:1, 16:7, 16:18, 19:12, 24:6,
24:7, 25:3, 25:9, 25:12, 25:14, 25:17,
25:22, 25:25, 72:15, 72:18, 72:22,
153:25, 154:20, 154:22, 154:23,
157:23, 159:24, 162:12, 163:5, 163:8,
166:13, 167:10, 167:15, 168:4,
168:16, 168:24, 169:3, 169:14,
169:19, 170:6, 170:20, 172:16,
172:21, 173:20, 177:15, 177:21,
178:2, 178:8, 180:22, 183:17, 187:23,
187:25, 189:19, 192:2, 192:6, 193:2,
193:8, 193:14, 194:20, 195:7, 195:19,
195:23, 195:25, 196:5, 196:10,
196:18, 197:2, 197:4, 197:25, 198:5,
198:14, 199:2, 201:5, 201:7, 201:12,
201:17, 202:17, 204:23, 208:9, 210:4,
213:5, 215:23, 216:14, 222:12,
298:11, 298:18, 299:21, 300:19,
307:14, 309:7, 322:17
**humans** [1] - 287:12
**hundreds** [1] - 283:23
**hurdle** [1] - 123:21
**hurdles** [1] - 158:22
**hurricane** [13] - 6:13, 7:4, 173:25,
174:2, 174:5, 174:15, 174:17, 174:25,
176:5, 176:13, 179:5, 183:19, 184:25
**hurricanes** [1] - 185:8
**hurt** [2] - 127:23, 139:21
**husband** [3] - 219:20, 230:10, 230:12
**hypothetical** [2] - 181:9, 200:1
**hypothetically** [1] - 178:6

**I**

**i** [3] - 200:1, 326:15, 344:16
**I** [1269] - 5:1, 5:5, 6:11, 9:24, 12:8, 12:17,
12:20, 12:24, 13:8, 13:18, 13:25,
14:15, 15:20, 21:8, 22:19, 22:22,
23:15, 24:4, 24:16, 24:17, 24:22, 25:4,
25:10, 25:13, 26:2, 27:11, 27:17,
27:18, 27:20, 27:21, 27:24, 28:19,
28:22, 28:23, 30:13, 30:14, 30:15,
30:25, 31:18, 32:6, 32:11, 34:15,
34:16, 34:22, 35:1, 35:3, 35:15, 35:16,
36:17, 36:24, 37:1, 38:1, 38:6, 38:9,
38:11, 38:13, 38:15, 38:21, 39:20,
40:1, 40:3, 40:15, 41:17, 42:6, 42:25,
43:13, 45:4, 45:5, 45:8, 45:12, 45:14,
45:18, 45:22, 47:1, 47:2, 47:4, 47:5,
47:8, 47:19, 47:22, 48:5, 48:10, 48:11,
48:20, 48:23, 49:1, 50:6, 50:11, 50:19,
51:1, 51:7, 51:19, 51:21, 52:4, 52:10,
52:14, 53:6, 53:16, 53:21, 53:22, 54:1,
54:8, 54:12, 54:14, 54:15, 54:21,
55:21, 56:11, 56:14, 56:16, 56:20,
56:21, 56:25, 57:2, 57:6, 57:11, 57:20,
61:2, 61:7, 61:8, 61:15, 61:17, 61:25,
62:1, 62:2, 62:8, 62:12, 63:3, 63:4,
63:10, 64:3, 64:7, 64:15, 64:22, 65:14,
66:4, 66:6, 66:7, 66:8, 66:16, 66:21,

66:22, 67:2, 67:8, 67:10, 67:19, 68:1,
68:6, 68:16, 68:18, 68:21, 70:4, 70:9,
70:13, 70:15, 70:17, 71:12, 71:17,
72:7, 72:13, 72:14, 72:19, 72:20,
73:24, 74:6, 74:8, 74:15, 75:6, 75:7,
75:10, 75:13, 75:14, 75:15, 76:8,
76:12, 76:13, 77:14, 77:15, 77:20,
77:21, 78:1, 78:8, 78:11, 78:13, 78:22,
79:3, 79:8, 79:9, 79:13, 79:16, 79:25,
80:3, 80:7, 80:8, 80:9, 80:10, 80:11,
82:4, 82:14, 82:18, 82:21, 83:12,
83:14, 83:17, 83:21, 83:23, 84:12,
86:13, 86:25, 87:9, 87:16, 87:17,
87:19, 87:24, 88:6, 88:16, 88:23, 89:8,
89:9, 89:10, 89:14, 89:15, 89:20, 90:1,
90:7, 90:20, 90:21, 91:3, 91:7, 91:8,
91:11, 91:12, 91:13, 91:18, 92:1, 92:8,
92:12, 92:13, 92:15, 93:1, 93:10,
93:11, 93:15, 93:18, 93:19, 93:21,
93:22, 94:7, 94:9, 94:13, 94:14, 94:22,
95:2, 95:15, 95:16, 96:1, 96:4, 96:9,
96:16, 96:17, 96:23, 97:6, 97:9, 97:20,
98:4, 98:6, 98:8, 98:9, 98:10, 98:12,
98:14, 98:16, 98:18, 98:19, 99:8,
99:11, 99:16, 99:17, 99:20, 100:4,
100:11, 100:12, 102:1, 102:7, 102:9,
102:10, 102:12, 102:17, 103:8,
103:14, 103:18, 103:23, 103:25,
104:5, 104:14, 104:19, 105:12,
105:14, 105:16, 105:24, 106:7, 106:8,
106:11, 106:15, 106:19, 107:1,
107:24, 107:25, 108:5, 108:16,
108:20, 108:22, 109:1, 109:3, 109:4,
109:13, 110:22, 110:24, 111:4,
111:10, 111:12, 111:15, 111:16,
111:18, 111:19, 111:21, 111:24,
112:22, 113:3, 113:5, 113:6, 113:13,
113:14, 113:15, 113:18, 113:21,
113:22, 114:6, 114:7, 114:8, 114:12,
114:17, 115:5, 115:14, 115:18,
116:14, 117:1, 117:7, 117:12, 119:22,
119:24, 119:25, 120:1, 120:4, 120:5,
120:8, 120:10, 120:14, 120:25, 121:5,
121:8, 121:16, 122:3, 122:4, 122:6,
122:7, 122:8, 122:14, 122:15, 122:17,
123:22, 125:2, 125:8, 125:9, 125:11,
126:4, 126:6, 126:21, 127:10, 127:15,
127:18, 128:20, 128:25, 129:3, 129:4,
129:10, 129:11, 129:12, 129:13,
129:16, 130:7, 130:8, 130:14, 130:19,
131:8, 131:24, 132:10, 132:11,
132:12, 132:16, 132:25, 133:1, 133:3,
133:4, 133:13, 133:14, 133:16,
133:17, 133:22, 134:11, 134:18,
134:20, 135:7, 135:12, 136:8, 136:9,
136:18, 136:19, 136:24, 137:1, 137:3,
137:5, 137:9, 137:15, 137:20, 138:7,
138:22, 138:25, 139:1, 140:5, 140:9,
140:13, 140:20, 141:3, 141:7, 142:7,
142:10, 142:11, 142:15, 142:16,
142:25, 143:2, 143:10, 143:11,

143:12, 143:18, 144:9, 144:21,
144:22, 144:25, 145:6, 145:7, 145:24,
146:7, 146:9, 147:10, 147:11, 147:19,
147:20, 147:21, 148:14, 148:17,
148:22, 148:23, 148:25, 149:3,
149:13, 149:19, 149:20, 149:22,
150:4, 150:8, 150:13, 150:24, 152:12,
152:17, 152:24, 152:25, 153:1, 153:3,
153:14, 153:15, 153:19, 154:7, 155:6,
155:7, 155:14, 155:17, 157:6, 157:15,
157:25, 158:1, 158:4, 158:20, 159:11,
159:17, 160:8, 160:23, 162:13,
162:18, 162:24, 163:10, 163:11,
164:3, 164:4, 164:9, 165:2, 166:9,
166:10, 166:12, 166:16, 166:25,
167:15, 167:19, 167:21, 168:15,
168:20, 168:23, 169:14, 170:9,
170:12, 170:14, 171:13, 171:24,
172:1, 172:4, 172:5, 172:9, 172:18,
173:7, 173:13, 173:17, 173:19,
174:14, 175:1, 175:15, 175:24,
176:10, 176:20, 176:23, 176:25,
177:2, 177:4, 177:5, 177:8, 177:9,
177:22, 177:23, 178:5, 178:6, 178:9,
178:11, 178:13, 178:18, 178:19,
178:21, 178:23, 178:24, 179:1, 179:2,
179:11, 179:16, 179:18, 179:21,
179:22, 179:23, 179:25, 180:6, 180:7,
180:10, 180:12, 180:13, 180:18,
180:20, 180:24, 180:25, 181:7,
181:10, 181:12, 181:23, 181:24,
182:1, 182:4, 182:7, 182:8, 182:14,
182:18, 182:21, 183:5, 183:9, 183:11,
183:20, 183:23, 184:2, 184:8, 184:9,
184:10, 184:14, 184:21, 184:24,
185:2, 185:4, 185:5, 185:6, 185:13,
185:15, 185:17, 185:20, 185:25,
186:1, 186:14, 186:15, 186:17,
186:19, 187:1, 187:8, 187:11, 187:12,
187:13, 188:11, 189:7, 189:11,
189:21, 189:23, 190:5, 190:8, 190:15,
190:21, 193:17, 193:19, 193:22,
194:14, 194:22, 195:16, 195:24,
196:2, 196:11, 196:17, 197:7, 197:9,
197:10, 197:19, 198:2, 198:3, 198:4,
198:6, 198:9, 198:16, 198:17, 198:18,
198:19, 198:24, 199:3, 199:6, 199:17,
199:21, 199:25, 200:2, 200:3, 200:13,
200:20, 200:22, 201:4, 201:10,
201:19, 201:20, 201:21, 202:6,
204:16, 204:22, 205:6, 206:20,
208:16, 209:22, 210:1, 211:6, 211:11,
211:17, 211:25, 213:4, 213:9, 214:24,
216:4, 217:9, 217:20, 218:19, 218:21,
218:25, 219:12, 220:22, 220:23,
223:25, 224:5, 224:7, 224:15, 224:16,
224:20, 224:23, 225:6, 225:13, 226:2,
226:5, 226:12, 226:13, 227:25, 228:9,
228:12, 228:22, 229:12, 229:21,
230:8, 232:8, 232:15, 234:2, 234:9,
234:10, 234:17, 234:18, 234:19,

235:7, 235:8, 235:10, 235:22, 235:23, 235:24, 236:1, 236:5, 236:17, 236:18, 236:22, 236:23, 237:3, 237:4, 237:8, 237:9, 238:7, 238:12, 238:13, 238:19, 238:22, 239:3, 239:8, 239:17, 239:20, 240:1, 240:5, 240:11, 242:9, 242:11, 243:2, 243:4, 243:8, 243:15, 244:13, 244:14, 246:14, 248:4, 248:15, 248:18, 248:19, 249:1, 249:2, 249:6, 249:7, 249:18, 250:5, 250:10, 250:18, 252:4, 252:6, 252:7, 252:9, 252:10, 252:13, 253:4, 253:18, 253:25, 254:21, 255:3, 255:4, 255:7, 255:11, 255:13, 255:15, 255:19, 255:20, 255:21, 255:25, 256:7, 256:11, 256:19, 256:21, 257:1, 257:14, 257:19, 257:20, 258:6, 259:12, 260:2, 260:15, 261:5, 263:13, 263:21, 263:22, 264:11, 264:16, 265:7, 265:8, 265:20, 266:12, 266:14, 266:15, 266:23, 267:1, 267:7, 267:8, 267:16, 268:9, 268:10, 268:14, 268:21, 268:22, 269:13, 269:15, 269:25, 270:8, 270:9, 270:14, 270:16, 270:17, 271:7, 271:8, 271:14, 271:15, 271:18, 271:19, 272:7, 272:9, 272:14, 272:23, 273:4, 273:10, 273:11, 273:12, 273:21, 274:9, 275:6, 275:11, 276:11, 276:16, 277:1, 277:9, 277:10, 278:3, 278:4, 278:7, 278:10, 278:24, 280:11, 280:12, 280:13, 280:15, 280:16, 280:19, 280:22, 280:23, 280:24, 281:1, 281:2, 281:3, 281:4, 282:15, 282:25, 283:1, 283:3, 283:9, 283:12, 283:13, 283:14, 283:15, 283:18, 283:19, 283:25, 284:5, 284:6, 284:11, 284:16, 285:5, 286:2, 286:6, 287:8, 287:9, 287:10, 288:4, 288:5, 289:11, 291:21, 291:22, 291:24, 292:1, 292:8, 292:16, 293:2, 294:7, 295:24, 296:3, 296:13, 297:3, 297:9, 297:11, 297:12, 297:21, 298:3, 298:5, 298:6, 298:21, 298:22, 299:3, 299:9, 299:10, 299:21, 300:9, 301:2, 301:3, 301:7, 301:9, 301:11, 301:12, 302:10, 302:18, 302:19, 302:23, 302:25, 303:2, 303:5, 303:8, 303:9, 303:15, 303:20, 303:21, 303:23, 304:1, 304:2, 304:17, 305:7, 305:15, 305:20, 305:23, 305:25, 306:2, 306:3, 306:16, 306:20, 307:1, 307:4, 307:6, 307:10, 307:18, 307:25, 308:1, 308:6, 308:7, 308:8, 308:12, 308:14, 308:16, 308:17, 308:22, 309:5, 309:12, 309:19, 309:24, 310:14, 310:15, 310:17, 310:22, 310:25, 311:3, 311:4, 311:5, 311:6, 311:11, 311:21, 312:8, 312:16, 312:18, 313:1, 313:6, 313:8, 314:3, 314:14, 315:11, 316:24, 316:25, 317:1, 317:5, 317:15, 318:10, 318:11, 320:8, 320:12, 320:16, 320:17,

320:19, 321:4, 323:5, 324:20, 324:21, 324:23, 324:24, 325:1, 325:4, 325:7, 325:19, 325:25, 326:1, 326:6, 326:16, 326:20, 326:22, 326:24, 327:8, 327:15, 328:24, 328:25, 329:4, 329:13, 329:14, 329:16, 329:17, 329:21, 329:24, 329:25, 330:2, 330:18, 331:11, 332:3, 332:4, 332:5, 332:18, 332:24, 333:2, 333:4, 333:5, 333:11, 333:13, 333:16, 333:17, 333:19, 334:1, 334:2, 334:4, 334:5, 334:8, 334:10, 334:16, 334:20, 334:21, 335:6, 335:7, 335:10, 335:23, 335:24, 336:2, 336:5, 336:7, 336:8, 336:12, 336:17, 336:21, 337:1, 337:3, 337:10, 337:11, 337:14, 337:15, 337:16, 337:18, 338:13, 338:14, 338:20, 338:21, 339:10, 340:12, 340:14, 341:21, 341:23, 341:25, 342:18, 342:20, 343:19, 344:7

**I'd** [2] - 78:4, 268:21

**I'll** [13] - 10:23, 66:6, 127:7, 157:14, 157:16, 187:13, 235:25, 260:1, 280:23, 335:3, 337:20, 342:18

**i'm** [1] - 265:5

**I'm** [66] - 13:1, 13:14, 24:18, 26:19, 26:23, 27:13, 30:10, 30:13, 36:20, 36:23, 37:18, 38:9, 38:10, 39:23, 50:12, 62:12, 62:13, 68:7, 78:6, 79:3, 84:13, 86:24, 86:25, 92:21, 104:1, 117:14, 119:23, 128:19, 132:14, 136:12, 136:22, 140:3, 143:13, 160:8, 168:15, 171:14, 173:16, 176:14, 180:12, 181:20, 186:16, 195:15, 198:24, 199:4, 225:13, 227:7, 247:17, 269:11, 269:13, 269:16, 271:7, 276:11, 288:4, 288:5, 295:2, 298:23, 303:9, 306:23, 307:10, 311:3, 311:21, 321:24, 324:19, 334:1, 336:10, 340:11

**I've** [5] - 57:10, 86:15, 111:6, 135:10, 255:12

**I-134A** [3] - 158:17, 160:14, 161:7

**ICE** [1] - 90:3

**idea** [8] - 56:11, 61:2, 90:10, 108:23, 172:2, 197:23, 249:3, 310:16

**identical** [3] - 194:25, 210:17, 239:5

**identified** [23] - 11:15, 32:22, 44:10, 46:12, 54:22, 63:23, 72:15, 72:21, 75:1, 76:6, 177:13, 191:15, 192:2, 193:3, 196:2, 201:17, 202:9, 205:4, 210:3, 215:17, 330:13, 331:12, 331:17

**identifies** [9] - 57:12, 60:20, 159:21, 171:7, 177:25, 186:6, 193:11, 196:3, 261:22

**identify** [16] - 11:25, 25:1, 60:8, 60:21, 68:11, 73:6, 163:5, 166:17, 189:4, 198:3, 210:9, 214:2, 232:19, 324:11, 324:16, 331:11

**identifying** [1] - 187:16

**identities** [1] - 220:11

**if** [332] - 6:5, 7:3, 7:12, 7:22, 8:4, 13:2, 22:18, 25:24, 26:13, 27:25, 28:2, 30:1, 31:6, 33:10, 33:18, 34:7, 34:9, 34:10, 34:21, 34:24, 35:10, 35:18, 35:19, 36:2, 36:5, 36:6, 36:7, 36:13, 37:1, 37:13, 37:14, 37:16, 37:23, 39:18, 44:7, 44:13, 45:19, 45:20, 48:24, 50:6, 50:7, 51:1, 51:8, 51:16, 54:10, 54:15, 55:12, 56:4, 56:20, 57:3, 57:7, 58:14, 59:21, 60:20, 61:13, 62:11, 62:20, 63:4, 64:3, 64:4, 64:7, 64:8, 64:20, 64:25, 66:5, 66:11, 67:9, 67:20, 68:16, 69:9, 69:25, 71:5, 71:11, 71:14, 71:18, 72:7, 72:9, 73:20, 74:17, 74:21, 75:7, 76:16, 78:11, 79:14, 80:8, 82:5, 82:8, 83:2, 84:13, 84:21, 85:5, 85:11, 88:22, 95:11, 98:14, 99:6, 99:11, 99:13, 99:24, 100:1, 101:8, 102:4, 102:6, 102:10, 104:4, 105:5, 105:25, 106:19, 107:12, 107:25, 108:19, 111:12, 111:13, 111:18, 112:16, 112:25, 114:7, 114:16, 114:19, 115:25, 116:11, 118:2, 118:25, 119:24, 124:12, 127:4, 127:6, 127:9, 127:17, 127:22, 128:2, 128:6, 129:13, 129:14, 131:11, 133:14, 133:16, 134:15, 135:16, 135:22, 136:3, 138:14, 140:11, 141:6, 141:18, 141:19, 143:5, 143:6, 144:15, 144:22, 145:14, 145:22, 148:18, 148:22, 149:10, 154:13, 155:19, 159:4, 159:5, 161:1, 161:25, 165:5, 166:16, 167:3, 173:3, 173:25, 174:1, 174:11, 174:15, 175:5, 176:11, 176:12, 179:13, 179:19, 180:4, 180:22, 181:9, 182:11, 182:14, 182:15, 183:6, 183:11, 187:24, 188:11, 189:22, 193:15, 200:13, 205:19, 216:7, 216:12, 216:13, 217:4, 218:12, 219:5, 220:8, 220:17, 223:21, 224:4, 224:25, 225:13, 226:5, 226:6, 226:16, 228:15, 231:8, 234:4, 234:12, 234:21, 234:25, 235:20, 236:11, 236:24, 237:2, 239:22, 240:1, 242:1, 242:7, 242:8, 243:4, 244:25, 245:1, 245:12, 246:14, 246:16, 248:15, 248:16, 249:24, 251:10, 252:2, 255:3, 256:12, 260:4, 260:7, 260:17, 262:13, 263:5, 264:8, 264:19, 265:14, 266:8, 266:9, 266:12, 266:17, 267:17, 267:19, 268:5, 268:10, 268:13, 269:9, 271:7, 271:9, 271:16, 272:4, 274:18, 275:18, 276:18, 277:7, 277:11, 278:13, 278:19, 280:15, 281:19, 281:21, 281:22, 282:15, 282:16, 282:21, 282:22, 284:16, 284:20, 285:1, 287:3, 288:11, 288:13, 290:11, 293:1, 293:2, 293:4, 294:21, 295:7, 296:21, 298:2, 299:10, 301:7, 301:9, 301:24, 303:3, 303:4, 304:3, 304:18, 305:1, 308:6, 308:22, 309:12, 310:8, 311:17, 313:17, 314:14, 315:19,

316:1, 318:4, 325:22, 326:20, 329:7,
332:9, 332:20, 334:24, 335:1, 335:7,
336:21, 336:25, 337:17, 342:11,
343:3, 343:4, 343:13, 344:8
**ignore** [3] - 143:10, 143:13, 278:3
**ignoring** [1] - 80:10
**II** [10] - 6:10, 9:5, 13:7, 50:15, 192:10,
192:14, 206:6, 206:11, 289:25, 323:4
**III** [17] - 51:23, 52:8, 52:17, 52:19, 53:9,
53:14, 65:10, 65:18, 65:20, 70:18,
71:5, 239:9, 278:9, 278:14, 278:20,
281:9, 336:20
**IIRAIRA** [21] - 153:13, 153:15, 153:18,
156:7, 156:22, 156:25, 163:22, 164:5,
164:6, 164:21, 165:8, 188:7, 191:19,
193:21, 211:10, 211:23, 212:25,
213:15, 213:21, 223:16, 322:12
**IIRAIRA's** [1] - 193:23
**illegal** [11] - 12:9, 75:9, 85:23, 86:3,
134:21, 203:6, 254:5, 254:6, 273:19,
274:19, 276:21
**Illegal** [1] - 153:11
**illegally** [4] - 37:22, 39:12, 39:18, 51:17
**ills** [1] - 141:2
**illuminating** [1] - 166:19
**illustrate** [1] - 150:19
**illustrates** [1] - 210:2
**imagine** [4] - 97:20, 271:19, 317:1,
337:17
**immediate** [2] - 161:4, 191:25
**immediately** [6] - 19:17, 20:7, 23:19,
161:2, 161:4, 300:6
**Immigrant** [1] - 153:12
**immigrant** [6] - 111:7, 118:4, 154:4,
164:8, 165:14, 187:2
**immigrants** [10] - 112:4, 112:6, 112:7,
116:24, 117:23, 117:24, 242:14,
244:15, 252:19, 322:7
**Immigration** [3] - 2:10, 3:3, 153:11
**immigration** [78] - 13:4, 26:19, 26:22,
28:1, 28:5, 28:15, 29:2, 29:3, 29:8,
31:25, 38:18, 44:24, 45:5, 45:6, 47:12,
47:13, 48:8, 48:11, 51:15, 51:18,
52:11, 52:25, 53:7, 53:10, 58:10,
65:16, 65:17, 66:11, 67:4, 68:4, 81:5,
82:25, 84:9, 85:4, 85:23, 86:3, 100:24,
104:16, 111:8, 112:3, 142:8, 142:13,
142:19, 142:20, 162:23, 164:13,
164:16, 165:11, 165:21, 194:13,
205:12, 205:20, 206:8, 211:15,
212:13, 218:15, 219:14, 227:9,
244:11, 245:11, 247:16, 251:7, 254:5,
255:20, 256:7, 268:24, 279:19, 280:1,
280:4, 282:9, 320:23, 321:2, 323:3,
323:18, 325:5, 326:14, 343:22
**imminent** [1] - 16:9
**immunity** [1] - 341:10
**impact** [9] - 10:6, 13:1, 122:3, 233:3,
233:7, 238:15, 257:11, 318:20, 331:24
**impacted** [4] - 92:6, 94:15, 174:1, 174:4

**impacting** [1] - 255:14
**impacts** [2] - 66:13, 100:6
**implausible** [1] - 188:20
**implement** [3] - 18:3, 62:7, 195:3
**Implementation** [1] - 261:16
**implementation** [8] - 29:14, 46:6, 59:12,
62:25, 88:1, 228:17, 239:15, 262:20
**implemented** [6] - 150:20, 195:3,
208:18, 211:1, 220:22, 262:25
**implementing** [3] - 191:7, 287:19,
293:22
**implicate** [5] - 28:15, 44:21, 49:4, 205:2,
285:9
**implicated** [15] - 25:6, 27:16, 28:7,
28:14, 30:5, 44:9, 44:21, 45:15, 48:22,
54:12, 100:19, 101:4, 159:16, 160:7,
276:7
**implicates** [2] - 47:15, 50:20
**implicating** [1] - 204:18
**import** [1] - 247:6
**importance** [1] - 238:24
**important** [13] - 81:2, 85:8, 89:6, 96:10,
130:18, 137:4, 144:12, 187:14,
206:14, 229:19, 317:4, 338:3
**importantly** [1] - 186:19
**impose** [6] - 31:21, 43:20, 56:9, 58:25,
60:3, 331:16
**imposed** [3] - 125:19, 316:15, 318:2
**imposes** [2] - 85:18, 275:5
**imposing** [2] - 199:13, 316:2
**impractical** [1] - 55:1
**improperly** [2] - 21:24, 206:10
**impute** [1] - 70:6
**in** [1289] - 5:12, 5:13, 5:15, 5:22, 6:6,
6:9, 6:12, 6:16, 6:20, 7:7, 7:12, 7:15,
7:24, 8:3, 8:5, 9:4, 9:6, 9:7, 9:9, 9:10,
9:12, 9:14, 9:16, 9:17, 9:19, 10:10,
10:16, 10:23, 10:24, 11:2, 11:3, 11:5,
11:6, 11:7, 11:8, 11:17, 11:22, 11:23,
12:1, 12:4, 12:12, 12:15, 12:20, 12:21,
13:1, 13:6, 13:10, 13:12, 13:20, 14:7,
14:12, 14:15, 14:22, 15:5, 15:12,
15:16, 15:18, 15:20, 16:2, 16:9, 16:14,
16:23, 16:24, 17:1, 17:4, 17:6, 17:13,
17:14, 17:22, 17:23, 18:5, 18:18,
18:19, 18:20, 18:25, 19:1, 19:17,
19:19, 19:20, 20:1, 20:6, 20:7, 20:8,
20:13, 20:15, 20:16, 20:17, 20:21,
20:24, 20:25, 21:1, 21:6, 21:18, 21:25,
22:12, 22:13, 22:14, 22:15, 22:16,
22:24, 23:5, 23:16, 24:12, 24:23,
25:18, 25:19, 25:20, 25:23, 26:4, 26:7,
26:8, 26:11, 26:12, 26:17, 26:22,
26:24, 27:2, 27:3, 27:7, 27:23, 28:8,
28:10, 29:14, 29:16, 29:18, 29:19,
29:24, 30:3, 30:5, 30:6, 30:11, 30:17,
31:1, 31:4, 31:15, 31:16, 31:20, 32:12,
32:13, 32:16, 32:18, 33:15, 33:17,
33:22, 34:9, 34:17, 34:23, 35:9, 35:18,
35:19, 35:24, 36:1, 36:4, 36:10, 36:16,

36:17, 36:19, 37:13, 37:21, 37:24,
37:25, 38:17, 38:19, 38:24, 40:2, 40:3,
40:4, 40:5, 40:6, 40:13, 40:14, 40:16,
40:17, 40:22, 41:4, 41:11, 41:21,
41:24, 42:2, 42:3, 42:15, 42:19, 42:20,
42:21, 42:23, 42:25, 43:6, 43:10, 44:1,
44:3, 44:17, 45:15, 45:16, 45:18,
45:21, 46:17, 46:18, 47:1, 47:11,
47:24, 48:7, 48:13, 48:14, 48:18, 49:3,
49:4, 49:13, 49:17, 50:14, 50:20, 51:3,
51:8, 51:10, 51:21, 51:22, 52:4, 52:7,
52:11, 52:13, 52:17, 52:24, 53:7,
53:14, 53:16, 54:2, 54:6, 54:12, 54:17,
55:6, 55:7, 55:14, 55:21, 56:5, 56:17,
56:21, 57:2, 57:17, 57:19, 58:8, 58:10,
58:20, 58:22, 58:23, 59:4, 59:6, 59:9,
59:14, 59:20, 59:25, 60:1, 60:2, 60:9,
60:10, 60:14, 60:24, 61:9, 61:10,
61:17, 62:1, 62:3, 62:5, 63:24, 64:14,
64:20, 64:21, 65:6, 65:11, 65:17,
65:21, 65:22, 66:9, 66:11, 66:20, 67:3,
67:16, 67:19, 67:21, 67:22, 67:25,
68:12, 68:22, 69:1, 69:6, 69:7, 69:8,
69:10, 69:11, 69:15, 69:19, 69:23,
70:2, 70:12, 70:25, 71:2, 71:7, 71:10,
71:12, 71:22, 73:6, 74:10, 74:20, 75:2,
76:2, 76:5, 76:9, 76:19, 76:20, 76:23,
76:25, 77:8, 77:9, 77:19, 77:22, 77:23,
78:5, 78:9, 78:14, 79:17, 80:4, 80:16,
80:18, 80:23, 81:1, 81:3, 81:21, 81:22,
82:13, 82:16, 82:21, 83:1, 83:6, 83:8,
83:23, 84:20, 85:1, 85:3, 86:1, 86:3,
86:10, 86:16, 87:7, 87:14, 87:15,
87:19, 87:21, 88:9, 88:20, 88:25, 89:8,
89:22, 89:23, 90:3, 90:11, 90:18,
90:19, 90:22, 91:20, 91:22, 91:23,
91:25, 92:3, 92:16, 92:20, 92:24,
93:14, 94:3, 94:5, 94:10, 94:13, 94:14,
94:19, 94:20, 95:2, 95:17, 95:18,
96:11, 96:13, 96:20, 96:24, 96:25,
97:10, 97:24, 98:1, 98:20, 99:22,
100:12, 100:19, 100:23, 101:4, 101:7,
101:12, 102:3, 102:4, 102:8, 102:10,
102:21, 103:17, 104:1, 104:3, 104:15,
104:25, 105:4, 105:8, 105:12, 105:13,
105:19, 105:22, 106:4, 106:12,
106:13, 106:17, 107:12, 108:5, 108:6,
108:7, 108:9, 108:15, 108:21, 109:21,
110:4, 110:8, 110:10, 110:21, 110:25,
111:6, 111:7, 111:8, 111:12, 112:2,
112:3, 112:4, 112:5, 112:9, 112:14,
112:18, 112:23, 113:7, 113:22, 115:2,
115:7, 115:8, 115:12, 115:15, 115:20,
115:24, 116:1, 116:11, 116:12,
116:17, 116:19, 117:4, 117:6, 117:9,
117:21, 117:23, 117:25, 118:3, 118:5,
118:7, 118:10, 118:13, 118:15,
118:17, 118:20, 119:11, 119:12,
120:6, 120:24, 121:1, 121:6, 121:10,
121:15, 122:3, 122:13, 122:19,
122:23, 123:1, 123:2, 123:3, 123:6,

123:11, 123:18, 123:20, 124:1, 124:4,
124:5, 124:16, 124:20, 124:25, 125:8,
125:13, 125:19, 125:23, 126:6, 127:3,
127:6, 127:11, 127:12, 127:21,
127:24, 128:10, 128:15, 129:8, 130:9,
130:11, 130:17, 130:24, 131:4, 131:5,
131:6, 131:12, 132:15, 132:24, 133:7,
133:8, 133:12, 133:16, 134:12,
134:15, 135:14, 135:18, 135:20,
136:2, 136:19, 137:7, 137:21, 138:1,
138:4, 138:5, 138:13, 139:3, 139:15,
139:21, 140:6, 141:15, 142:8, 142:10,
142:13, 143:5, 143:21, 143:25, 144:2,
144:10, 144:13, 145:17, 145:18,
147:1, 147:7, 147:22, 148:1, 148:3,
149:5, 149:24, 150:15, 150:21,
150:23, 151:6, 151:14, 152:20, 153:3,
153:24, 154:5, 154:11, 154:24, 155:7,
155:19, 156:12, 156:24, 157:11,
157:18, 158:8, 158:9, 158:11, 159:2,
159:19, 159:20, 160:24, 161:1,
161:11, 161:15, 162:7, 162:19,
163:11, 163:15, 163:17, 163:24,
164:5, 164:11, 164:15, 164:19,
164:24, 165:2, 165:5, 165:8, 165:13,
165:16, 165:23, 166:1, 166:10,
166:17, 166:25, 167:19, 168:2, 168:6,
168:7, 168:19, 168:21, 168:25,
169:13, 170:18, 171:4, 171:18, 172:6,
172:8, 172:11, 172:16, 172:17,
173:13, 174:2, 174:3, 174:4, 174:6,
174:7, 174:8, 175:1, 175:6, 175:7,
176:4, 176:12, 176:14, 177:5, 177:8,
177:10, 177:12, 178:14, 178:16,
178:17, 178:20, 179:7, 179:10,
179:12, 179:13, 179:16, 179:20,
180:5, 180:19, 180:20, 180:22, 181:3,
181:7, 181:9, 181:22, 182:2, 182:5,
182:15, 182:16, 182:17, 182:21,
182:22, 183:7, 183:13, 183:22, 184:3,
184:10, 185:4, 185:9, 185:10, 185:15,
185:17, 185:22, 186:2, 186:13, 187:5,
189:2, 189:5, 189:6, 189:20, 189:21,
189:23, 190:7, 190:9, 190:13, 190:14,
190:16, 190:18, 190:22, 190:25,
191:2, 191:6, 191:8, 191:12, 191:25,
192:22, 193:5, 193:7, 194:6, 194:11,
195:16, 197:12, 198:3, 198:9, 198:10,
198:20, 199:9, 199:19, 199:20, 200:2,
200:12, 200:16, 200:24, 201:20,
201:22, 201:25, 202:2, 202:5, 202:7,
202:9, 202:10, 202:11, 202:12,
202:13, 202:16, 202:24, 203:1, 203:5,
203:22, 204:13, 204:16, 205:4, 205:7,
205:9, 205:10, 205:12, 205:15,
205:16, 205:19, 206:8, 206:15,
206:18, 206:25, 207:1, 207:3, 207:5,
207:8, 207:12, 207:16, 207:19,
207:21, 208:2, 208:3, 208:7, 208:18,
208:19, 208:20, 209:2, 209:6, 209:9,
209:17, 209:19, 209:20, 209:24,

210:1, 211:3, 211:4, 211:22, 211:23,
212:1, 212:2, 212:4, 212:6, 212:9,
212:24, 213:11, 213:17, 213:19,
213:21, 213:23, 214:2, 214:6, 214:12,
215:17, 216:8, 216:19, 217:6, 217:24,
218:1, 218:10, 218:18, 218:23,
218:25, 219:1, 219:4, 219:6, 219:11,
219:18, 219:20, 220:6, 220:7, 220:10,
220:14, 220:15, 221:3, 221:5, 221:7,
221:14, 221:21, 222:2, 222:4, 222:5,
222:9, 222:17, 222:24, 223:4, 223:15,
223:21, 225:3, 226:6, 226:20, 227:1,
227:25, 228:5, 228:6, 228:12, 228:23,
229:8, 229:13, 229:21, 229:25, 230:1,
230:11, 230:17, 230:19, 230:21,
231:6, 231:7, 231:9, 231:11, 231:15,
231:16, 231:18, 231:20, 232:2, 232:8,
232:15, 233:2, 233:8, 233:12, 233:15,
233:18, 234:13, 235:1, 235:12, 236:7,
236:8, 236:20, 237:7, 237:9, 237:20,
237:25, 238:3, 238:24, 239:11,
239:23, 240:2, 240:5, 240:6, 240:20,
241:1, 241:3, 241:4, 241:23, 242:3,
242:8, 242:9, 242:13, 242:23, 243:1,
243:9, 243:24, 244:4, 244:11, 244:20,
244:22, 244:24, 245:8, 245:19,
245:20, 245:23, 246:9, 246:12,
246:17, 246:20, 247:18, 247:24,
248:6, 248:16, 248:19, 248:22,
248:23, 248:24, 249:10, 249:17,
249:23, 250:1, 250:4, 251:3, 251:12,
251:18, 251:21, 252:11, 252:14,
252:19, 252:25, 253:14, 253:18,
253:19, 253:20, 253:23, 254:4,
254:22, 255:17, 255:20, 255:25,
256:1, 256:7, 256:9, 256:22, 257:17,
257:21, 257:25, 258:3, 258:4, 258:7,
258:22, 259:18, 260:1, 260:4, 260:17,
260:18, 260:21, 260:23, 260:25,
261:2, 261:16, 261:23, 261:24,
262:11, 262:16, 262:17, 263:7,
264:13, 264:24, 267:4, 267:19, 269:5,
269:6, 270:2, 270:4, 270:7, 272:14,
272:20, 272:24, 273:2, 273:7, 273:13,
273:17, 273:20, 274:1, 274:10,
274:16, 275:4, 275:7, 275:14, 275:18,
275:22, 275:25, 276:4, 276:6, 276:10,
276:15, 276:17, 276:19, 276:21,
276:25, 277:6, 277:12, 277:14,
277:20, 278:2, 278:17, 278:18,
278:21, 279:3, 279:4, 279:9, 279:14,
279:22, 280:3, 280:7, 281:6, 281:9,
281:12, 281:20, 281:22, 282:1, 282:8,
282:9, 283:1, 283:17, 284:11, 285:5,
285:7, 285:18, 285:22, 286:8, 286:17,
287:11, 287:24, 288:9, 289:6, 289:9,
289:11, 289:12, 289:14, 289:23,
289:25, 290:2, 290:22, 290:24, 291:4,
291:8, 291:12, 291:20, 292:7, 292:9,
292:19, 292:21, 292:22, 292:23,
293:3, 293:6, 293:7, 293:16, 294:4,

294:8, 294:13, 294:16, 295:3, 295:11,
297:16, 298:8, 298:12, 298:14,
298:15, 298:16, 299:12, 299:15,
299:16, 299:18, 299:20, 300:1,
300:15, 301:4, 301:5, 301:14, 301:18,
302:3, 302:7, 302:11, 302:14, 302:22,
303:11, 303:16, 303:17, 303:22,
304:4, 304:5, 304:8, 304:24, 305:2,
305:5, 305:9, 306:1, 307:15, 307:20,
307:24, 308:2, 308:14, 308:25,
309:15, 309:22, 310:1, 310:5, 310:7,
310:10, 310:14, 310:19, 311:5,
311:13, 311:16, 311:22, 311:24,
312:8, 312:12, 312:18, 313:2, 313:6,
314:1, 314:4, 314:8, 314:9, 314:22,
314:23, 314:25, 315:5, 315:8, 316:3,
316:11, 316:13, 317:1, 317:11,
317:13, 317:16, 317:18, 317:19,
317:22, 317:25, 318:1, 318:18, 319:4,
319:5, 319:24, 320:3, 320:6, 320:7,
320:10, 320:14, 320:20, 320:21,
321:3, 321:11, 321:12, 321:14,
321:23, 322:4, 322:7, 322:15, 322:21,
322:23, 323:8, 323:18, 323:23,
324:10, 325:10, 325:12, 325:23,
326:9, 326:24, 327:1, 327:3, 327:10,
327:14, 327:16, 327:18, 327:20,
328:11, 328:21, 328:25, 329:6,
329:11, 329:12, 330:2, 330:10,
330:13, 330:17, 331:25, 332:7,
333:11, 333:20, 334:13, 335:13,
335:16, 336:10, 336:14, 336:15,
336:17, 337:15, 337:24, 337:25,
338:1, 338:3, 338:12, 338:15, 339:2,
339:23, 340:6, 340:8, 340:15, 340:20,
340:24, 341:6, 342:6, 342:13, 343:22,
344:7, 344:8, 344:10, 344:17

**IN** [1] - 1:1

**In** [3] - 2:15, 273:22, 341:1

**in-depth** [1] - 90:18

**in-kind** [2] - 179:10, 180:5

**in-laws** [1] - 185:9

**INA** [15] - 151:8, 151:16, 152:17, 155:24,
164:15, 164:19, 191:6, 216:4, 218:10,
218:18, 220:6, 222:7, 320:21, 326:14,
327:11

**INA's** [1] - 223:13

**inability** [2] - 31:21, 40:13

**inappropriate** [1] - 112:23

**incarceration** [4] - 110:16, 110:21,
112:19, 282:23

**incentive** [7] - 55:25, 58:6, 58:14, 58:23,
268:1, 316:4, 316:10

**incentivized** [1] - 318:1

**incentivizing** [2] - 57:25, 317:24

**inclined** [1] - 45:20

**include** [10] - 19:19, 20:8, 72:22,
116:21, 157:8, 210:14, 214:20,
217:25, 221:4, 222:12

**included** [2] - 210:10, 328:7

**includes** [7] - 13:11, 15:2, 158:9,
211:19, 215:12, 224:1, 228:14
**including** [27] - 15:20, 41:11, 76:6,
77:11, 116:23, 160:19, 188:6, 191:10,
206:16, 210:21, 212:2, 212:6, 212:23,
215:23, 218:17, 219:14, 222:20,
223:2, 223:9, 223:15, 223:24, 233:8,
261:13, 280:2, 299:14, 314:11, 331:20
**income** [2] - 118:4, 183:8
**incoming** [1] - 322:15
**incompatible** [1] - 167:22
**inconsistent** [3] - 127:15, 217:6, 242:18
**incorrect** [3] - 123:15, 280:16, 292:15
**increase** [43] - 31:18, 31:19, 32:8,
32:18, 32:20, 41:7, 55:8, 55:25, 58:6,
58:22, 58:24, 84:9, 84:10, 88:1,
107:12, 111:1, 111:25, 112:4, 112:14,
121:14, 123:25, 124:6, 124:16,
125:23, 133:7, 134:13, 134:22, 139:3,
147:1, 227:11, 229:13, 242:13, 244:3,
245:19, 252:19, 254:16, 274:18,
275:18, 286:11, 316:5, 319:14, 321:6
**increased** [29] - 29:2, 32:14, 69:11,
81:4, 82:24, 85:21, 110:15, 110:21,
114:25, 115:4, 125:19, 126:23,
127:16, 129:23, 129:25, 130:8, 131:3,
137:25, 203:25, 227:9, 254:3, 257:2,
257:4, 278:21, 320:8, 320:10
**increases** [4] - 110:25, 112:3, 115:8,
131:22
**increasing** [1] - 56:7
**incredibly** [2] - 81:2, 81:3
**incur** [4] - 59:23, 275:5, 276:19, 283:21
**incurred** [2] - 241:18, 241:20
**incurs** [1] - 118:3
**independent** [8] - 133:4, 222:15, 258:9,
258:22, 258:25, 259:3, 275:16
**INDEX** [1] - 4:1
**indicate** [3] - 21:23, 22:16, 277:25
**indicates** [1] - 33:17
**indicating** [3] - 20:9, 211:20, 215:11
**indication** [3] - 19:8, 220:25, 228:7
**indications** [2] - 22:13, 215:20
**indirect** [17] - 52:14, 52:23, 258:17,
274:16, 274:17, 275:1, 275:19, 279:2,
279:16, 279:22, 280:9, 281:14,
281:16, 281:19, 281:24, 330:3, 330:4
**indistinguishable** [2] - 188:5, 217:13
**individual** [89] - 5:23, 5:25, 6:20, 8:1,
8:7, 8:10, 8:24, 9:3, 9:18, 11:8, 15:11,
15:12, 16:22, 19:11, 23:14, 24:21,
25:16, 27:1, 39:25, 40:2, 42:15, 42:23,
43:3, 43:5, 43:9, 44:2, 67:21, 69:3,
73:7, 74:7, 128:4, 154:20, 155:1,
156:1, 160:4, 169:5, 169:9, 171:8,
171:10, 172:19, 172:23, 173:5,
173:23, 174:3, 174:22, 179:2, 179:4,
179:11, 180:4, 187:18, 188:15,
191:17, 192:4, 193:15, 194:7, 201:11,
221:11, 233:22, 285:3, 287:20,

287:23, 288:3, 288:8, 288:10, 288:13,
288:22, 289:3, 289:10, 289:22,
289:24, 290:1, 291:12, 291:17, 292:5,
292:25, 296:7, 299:19, 308:19, 310:2,
311:12, 311:13, 311:16, 311:24,
311:25, 312:12, 318:23, 323:20
**individual's** [1] - 73:19
**individualized** [4] - 8:9, 10:14, 170:25,
175:17
**individually** [1] - 194:4
**individuals** [151] - 9:8, 9:23, 10:2, 10:8,
10:16, 13:9, 14:9, 14:11, 14:16, 14:20,
15:1, 15:8, 18:8, 18:22, 19:6, 19:24,
20:1, 20:12, 21:4, 21:16, 21:18, 22:2,
22:4, 23:11, 24:1, 24:8, 24:13, 25:1,
25:5, 25:10, 25:15, 25:24, 27:8, 29:14,
29:18, 29:20, 31:10, 31:18, 31:19,
31:22, 31:25, 32:2, 32:4, 32:25, 33:2,
33:7, 33:16, 33:21, 33:25, 34:9, 35:13,
36:14, 37:9, 38:5, 38:22, 39:1, 39:7,
40:5, 40:12, 40:18, 40:20, 40:21, 41:2,
41:7, 41:11, 41:22, 42:17, 46:16, 48:7,
49:19, 49:22, 50:4, 50:8, 50:21, 51:9,
51:13, 52:13, 54:12, 54:17, 55:15,
55:20, 55:22, 58:12, 59:10, 59:19,
59:23, 60:3, 60:13, 60:15, 67:25, 69:1,
69:5, 69:11, 69:14, 69:22, 72:4, 73:17,
73:20, 75:25, 76:1, 76:22, 77:12,
128:13, 144:16, 178:20, 183:18,
198:22, 199:10, 199:11, 199:12,
203:5, 203:17, 214:3, 216:11, 218:22,
219:23, 222:21, 233:1, 262:16, 264:1,
264:13, 274:12, 276:3, 289:16, 290:6,
290:12, 290:18, 292:11, 294:4, 305:6,
305:10, 307:17, 307:21, 309:15,
315:15, 315:21, 315:22, 315:23,
316:4, 316:9, 316:15, 316:19, 316:25,
319:5, 319:8, 319:9, 319:13, 330:10,
331:13, 331:15, 331:18
**industries** [1] - 233:8
**Industries** [1] - 240:21
**industry** [2] - 26:10, 30:19
**ineligible** [1] - 159:3
**infer** [1] - 277:19
**inference** [2] - 107:21, 302:6
**inferences** [2] - 109:16, 306:19
**inferring** [1] - 108:1
**inflate** [1] - 125:1
**inflicts** [1] - 221:24
**inflow** [1] - 249:5
**influx** [2] - 124:13, 329:20
**Information** [1] - 106:18
**information** [18] - 6:1, 7:19, 7:24, 7:25,
8:22, 42:13, 73:16, 74:11, 87:14,
115:15, 117:18, 131:11, 148:21,
184:3, 228:1, 261:2, 299:19, 312:14
**informed** [2] - 170:4, 178:1
**initial** [3] - 7:17, 100:12, 331:1
**initiate** [1] - 305:12
**initiation** [1] - 241:16

**initiative** [1] - 100:25
**initiatives** [1] - 317:4
**injunction** [43] - 66:2, 66:6, 66:23,
67:10, 69:13, 69:14, 69:22, 71:14,
71:17, 71:18, 71:21, 80:25, 81:24,
85:13, 125:16, 141:11, 145:8, 145:15,
223:23, 225:12, 228:16, 234:8, 235:6,
235:16, 236:6, 236:7, 236:14, 237:8,
237:23, 237:24, 238:1, 238:9, 254:22,
255:24, 256:6, 293:5, 293:9, 293:10,
293:18, 293:24, 342:21, 343:10
**injunctions** [6] - 66:7, 67:16, 142:12,
145:12, 226:10, 342:20
**injunctive** [6] - 133:24, 225:20, 242:7,
253:12, 257:8, 272:8
**injure** [1] - 145:21
**injured** [5] - 69:21, 85:6, 94:16, 256:19
**injuries** [17] - 52:14, 52:23, 66:3, 67:19,
94:8, 125:17, 278:2, 279:16, 279:17,
279:20, 279:21, 279:22, 280:8, 280:9,
341:13, 341:14, 341:17
**Injury** [1] - 276:15
**injury** [79] - 52:3, 52:8, 65:8, 65:11,
65:13, 65:21, 65:23, 70:16, 70:19,
71:1, 71:2, 71:4, 71:6, 81:4, 81:14,
82:20, 83:4, 83:7, 84:8, 85:14, 86:17,
92:16, 95:21, 104:2, 105:21, 106:19,
106:24, 107:11, 107:12, 118:25,
119:2, 119:3, 119:9, 126:5, 126:9,
126:14, 128:6, 129:9, 135:3, 135:4,
138:9, 140:25, 144:19, 146:25, 147:1,
221:24, 225:10, 225:16, 225:18,
226:1, 226:7, 226:9, 246:9, 252:11,
256:9, 256:18, 272:13, 272:21, 273:2,
273:6, 274:4, 274:6, 275:9, 276:17,
278:2, 284:23, 285:20, 285:23, 330:4,
336:16, 337:9, 337:11, 341:5, 341:16
**Inlender** [1] - 2:16
**Inlender@justiceactioncenter.org** [1] -
2:20
**innovation** [1] - 279:7
**input** [2] - 318:7, 318:9
**inquiries** [1] - 84:7
**inquiry** [10] - 128:12, 134:9, 136:12,
147:5, 302:9, 327:10, 337:8, 341:2,
341:18, 342:1
**INS** [2] - 156:12
**inspect** [1] - 8:20
**instance** [11] - 26:24, 53:19, 60:21,
62:20, 63:11, 63:14, 189:22, 260:25,
320:15, 324:10, 329:12
**instances** [2] - 161:16, 203:23
**instantly** [1] - 236:25
**instead** [3] - 34:20, 82:11, 216:25
**institute** [1] - 55:18
**instituted** [1] - 273:7
**instituting** [1] - 55:18
**instructed** [1] - 215:5
**instructional** [1] - 115:21
**instructions** [1] - 332:23

insurance [1] - 258:14
intelligence [1] - 309:16
intend [5] - 19:9, 102:19, 164:25, 216:8, 216:13
intended [5] - 42:10, 58:14, 191:23, 203:13, 228:2
intent [8] - 150:12, 151:8, 152:9, 188:22, 190:2, 216:4, 217:7, 222:7
intention [1] - 205:17
interchangeably [1] - 89:10
interest [58] - 10:21, 11:4, 11:7, 11:9, 12:25, 19:21, 26:20, 55:2, 58:13, 61:9, 69:7, 89:22, 126:15, 146:1, 146:7, 152:21, 153:24, 167:11, 168:17, 168:21, 168:23, 168:25, 170:7, 189:19, 191:16, 198:14, 207:14, 213:6, 221:15, 222:2, 225:9, 225:23, 229:17, 246:8, 320:10, 321:3, 321:11, 322:19, 324:1, 324:3, 324:4, 324:19, 325:10, 325:12, 325:23, 325:25, 326:14, 326:18, 326:25, 327:3, 327:4, 327:7, 327:9, 327:10, 327:14, 328:23, 329:22, 330:1
interested [4] - 81:3, 102:10, 136:18, 166:10
interesting [1] - 125:11
interests [60] - 10:13, 12:8, 26:2, 26:4, 26:9, 26:14, 26:15, 26:18, 26:21, 26:25, 27:1, 27:10, 27:12, 27:15, 27:19, 27:20, 28:7, 28:24, 29:6, 29:25, 30:1, 30:4, 30:7, 30:18, 31:6, 207:3, 207:24, 220:20, 223:24, 227:20, 320:5, 320:7, 320:9, 320:14, 320:18, 320:19, 320:20, 320:21, 323:23, 324:10, 324:17, 324:21, 326:7, 326:10, 326:11, 326:17, 326:21, 326:24, 327:1, 327:9, 327:11, 327:16, 327:18, 327:22, 328:3, 328:6, 328:7, 328:14, 329:11, 329:16
interference [2] - 205:15, 205:16
interim [1] - 57:19
interior [5] - 8:11, 67:10, 68:12, 68:23, 229:5
international [1] - 205:16
interplay [1] - 180:3
interpret [1] - 185:20
interpretation [9] - 15:15, 17:10, 26:11, 152:23, 162:16, 216:23, 216:24, 311:1
interpreted [6] - 16:3, 138:3, 150:20, 155:14, 196:13, 197:12
interpreting [1] - 176:14
interrogate [1] - 110:4
Interrogatory [1] - 86:23
intervenor [12] - 80:1, 85:7, 102:22, 117:13, 118:22, 147:17, 219:17, 228:14, 228:19, 270:17, 303:11, 335:2
Intervenor [6] - 1:10, 88:10, 148:8, 148:11, 160:9, 232:16
INTERVENOR [2] - 2:13, 4:4
Intervenor-Defendants [1] - 1:10

INTERVENOR-DEFENDANTS [1] - 2:13
intervenors [13] - 20:22, 79:2, 132:13, 173:18, 229:16, 234:11, 264:24, 272:10, 305:7, 310:19, 321:25, 335:11, 336:13
Intervenors [1] - 233:2
interview [4] - 73:16, 177:9, 288:22, 312:10
interviews [6] - 9:1, 172:13, 175:11, 175:22, 182:1, 183:24
intimately [2] - 44:18, 179:25
into [121] - 5:15, 8:18, 19:4, 19:6, 29:16, 31:4, 31:5, 33:9, 36:24, 38:10, 40:20, 42:17, 43:9, 44:11, 54:17, 54:18, 58:2, 58:3, 58:16, 59:11, 60:4, 66:4, 66:12, 66:24, 66:25, 67:10, 67:11, 69:9, 69:17, 69:18, 69:24, 73:22, 76:12, 77:18, 80:2, 81:5, 83:6, 88:18, 89:20, 115:16, 121:5, 126:1, 130:15, 131:21, 132:3, 133:6, 140:4, 144:2, 146:1, 147:20, 153:10, 153:13, 155:22, 157:3, 161:21, 166:22, 167:16, 170:8, 175:23, 177:23, 177:24, 178:25, 179:1, 184:13, 187:13, 196:4, 196:7, 202:20, 203:17, 203:18, 212:14, 233:20, 235:8, 239:14, 241:24, 243:22, 244:15, 247:7, 249:5, 249:11, 251:15, 254:6, 254:25, 255:6, 255:9, 257:15, 258:6, 258:24, 261:19, 264:15, 273:5, 274:19, 278:8, 279:15, 280:6, 283:16, 288:18, 289:16, 293:8, 297:2, 297:5, 300:4, 308:15, 309:1, 309:16, 310:15, 311:18, 316:14, 319:10, 320:11, 321:7, 323:9, 323:22, 326:1, 326:6, 326:12, 326:19, 328:6
invalidate [2] - 234:23, 235:17
invalidated [1] - 82:2
invalidating [1] - 91:21
invasion [1] - 161:2
investigation [2] - 16:23, 173:12
Investments [1] - 341:7
invited [1] - 7:23
involve [8] - 41:10, 45:5, 45:7, 45:13, 90:12, 161:12, 335:20, 339:19
involved [17] - 16:23, 38:16, 44:21, 45:17, 56:21, 61:10, 94:5, 112:5, 157:13, 204:12, 237:10, 276:10, 279:7, 285:18, 310:7, 314:10, 339:20
involves [14] - 14:25, 15:3, 44:13, 45:1, 45:13, 48:25, 49:2, 76:4, 204:11, 287:4, 287:8, 304:10, 314:7, 315:3
involving [2] - 45:22, 104:8
Iraq [1] - 207:8
irregular [36] - 9:21, 10:7, 11:18, 13:4, 38:19, 46:20, 58:1, 195:5, 195:7, 195:11, 195:23, 196:4, 196:9, 196:17, 197:5, 197:15, 197:24, 198:15, 199:1, 199:8, 200:8, 200:14, 201:15, 201:18, 202:8, 202:13, 203:1, 203:16, 204:3, 207:5, 208:7, 210:3, 216:15, 223:2,

223:20, 316:7
irregularly [6] - 35:6, 36:5, 36:11, 268:3, 290:15, 315:24
irrelevant [3] - 128:23, 129:7, 264:18
irreparability [1] - 341:3
irreparable [15] - 120:12, 225:3, 225:10, 225:16, 225:18, 226:1, 226:7, 226:9, 340:24, 341:2, 341:5, 341:6, 341:11, 341:14, 341:17
is [1535] - 5:11, 5:23, 6:2, 6:12, 6:13, 6:14, 7:15, 7:20, 7:23, 8:4, 8:7, 8:10, 11:4, 11:6, 11:7, 11:8, 11:25, 12:5, 12:14, 12:19, 12:21, 12:24, 13:1, 13:20, 14:10, 14:23, 15:16, 16:4, 16:20, 17:1, 17:6, 18:14, 18:19, 18:23, 19:2, 19:8, 19:11, 19:17, 19:23, 20:19, 21:9, 21:20, 21:23, 22:9, 22:22, 23:2, 23:3, 23:9, 23:16, 23:22, 24:20, 24:23, 24:24, 25:11, 25:14, 25:20, 26:1, 26:10, 26:16, 26:20, 26:21, 27:19, 27:24, 28:13, 28:21, 28:22, 28:23, 28:24, 29:1, 29:3, 30:2, 30:5, 30:7, 30:9, 30:14, 30:19, 31:9, 31:12, 31:14, 32:11, 32:16, 34:2, 34:8, 34:21, 35:18, 37:1, 37:17, 37:18, 37:22, 38:1, 38:6, 38:15, 38:16, 39:5, 39:8, 39:16, 39:17, 40:1, 40:9, 40:11, 40:12, 40:21, 40:25, 41:15, 41:17, 41:24, 42:1, 42:3, 42:18, 42:25, 43:5, 43:9, 43:13, 43:14, 43:19, 44:12, 44:15, 45:20, 46:13, 47:5, 47:18, 47:23, 47:24, 48:1, 48:2, 48:3, 48:6, 48:8, 48:15, 48:16, 48:20, 49:1, 49:5, 49:9, 49:10, 49:16, 49:20, 49:21, 49:22, 50:13, 50:17, 50:20, 51:2, 51:8, 51:11, 51:16, 51:21, 51:22, 51:23, 52:3, 52:18, 52:20, 52:21, 54:1, 54:2, 54:7, 54:9, 54:23, 56:4, 56:10, 56:14, 56:15, 56:21, 56:22, 56:23, 57:1, 57:2, 57:11, 57:14, 57:16, 57:19, 57:22, 57:23, 58:11, 59:13, 59:15, 60:6, 60:7, 61:1, 61:3, 61:9, 61:17, 61:18, 63:7, 63:11, 64:5, 64:15, 64:16, 64:18, 64:22, 65:6, 65:13, 65:17, 65:24, 65:25, 66:2, 66:17, 66:18, 67:4, 67:9, 67:12, 67:16, 67:20, 67:23, 67:25, 68:15, 68:18, 68:19, 68:20, 68:25, 69:4, 69:10, 69:12, 69:14, 70:4, 70:5, 70:23, 71:6, 71:9, 71:21, 71:24, 71:25, 72:2, 73:7, 73:8, 74:9, 74:24, 75:8, 75:12, 75:17, 75:25, 77:16, 77:20, 77:22, 78:2, 78:4, 78:7, 78:13, 78:14, 78:20, 79:8, 79:10, 79:14, 79:23, 80:9, 80:15, 80:16, 80:17, 81:2, 81:9, 81:11, 81:12, 81:18, 82:5, 82:8, 82:11, 82:13, 82:19, 82:21, 82:23, 82:25, 83:1, 83:2, 83:6, 83:7, 83:13, 83:22, 83:25, 84:1, 84:3, 84:8, 84:14, 84:17, 84:24, 85:5, 85:8, 85:9, 85:10, 86:2, 86:6, 86:8, 86:9, 86:11, 86:15, 86:20, 86:22, 87:5, 87:6, 87:7, 87:11, 87:14, 87:15, 87:19,

87:20, 87:22, 88:6, 88:13, 88:15, 89:6,
89:21, 89:23, 90:3, 90:5, 90:8, 90:10,
90:13, 90:22, 91:5, 91:6, 91:8, 91:15,
91:18, 91:20, 92:2, 92:3, 92:4, 92:7,
92:8, 92:12, 92:13, 93:8, 93:25, 94:5,
95:8, 95:10, 95:15, 95:17, 95:25, 96:2,
96:3, 96:5, 96:11, 96:19, 96:24, 97:1,
97:3, 97:5, 97:6, 97:11, 97:24, 98:2,
98:4, 98:6, 98:12, 98:18, 98:20, 98:23,
99:4, 99:8, 99:12, 99:17, 99:22,
100:21, 101:6, 101:8, 101:13, 101:17,
101:20, 101:25, 102:6, 102:11,
102:13, 103:3, 103:6, 103:12, 103:17,
103:18, 103:22, 104:1, 104:15,
104:17, 104:19, 104:21, 104:24,
105:1, 105:7, 105:19, 106:14, 106:18,
106:19, 106:23, 106:24, 107:2, 107:6,
107:12, 107:18, 107:20, 107:22,
108:1, 108:2, 108:11, 108:18, 108:19,
108:20, 108:24, 109:1, 109:10,
109:20, 109:21, 110:1, 110:3, 110:5,
110:9, 110:10, 110:12, 110:13,
110:20, 110:22, 110:23, 110:24,
111:5, 111:9, 111:11, 111:12, 111:13,
111:17, 111:20, 111:24, 112:3, 112:6,
112:11, 112:13, 112:15, 112:16,
112:17, 112:22, 113:4, 114:2, 114:5,
115:2, 115:5, 115:15, 115:24, 116:3,
116:4, 116:5, 116:7, 116:9, 116:21,
117:2, 117:3, 117:5, 117:13, 117:15,
118:7, 118:10, 118:16, 118:20,
118:21, 118:22, 118:25, 119:1, 119:3,
119:6, 119:8, 119:10, 119:16, 120:6,
120:25, 121:1, 121:4, 121:10, 121:21,
121:23, 122:3, 122:12, 122:13,
122:18, 122:22, 122:25, 123:14,
123:15, 123:16, 123:17, 123:20,
124:3, 124:4, 124:6, 124:7, 124:14,
124:20, 124:22, 125:11, 125:15,
125:16, 125:20, 125:21, 125:22,
126:3, 126:5, 126:14, 126:19, 127:2,
127:3, 127:10, 127:11, 127:18,
127:25, 128:2, 128:3, 128:9, 128:23,
129:7, 129:14, 129:21, 129:22, 130:2,
130:5, 130:12, 130:13, 130:15,
130:16, 130:17, 130:18, 130:20,
130:21, 130:22, 130:25, 131:2, 131:6,
131:7, 131:10, 131:16, 131:18,
131:19, 131:21, 131:25, 132:8,
132:13, 132:15, 132:19, 133:3, 133:7,
133:21, 133:23, 134:8, 134:9, 134:12,
134:15, 134:18, 134:20, 134:21,
135:4, 135:8, 135:16, 135:22, 135:23,
135:24, 136:6, 136:14, 137:3, 137:7,
137:13, 137:17, 137:22, 137:25,
138:1, 138:3, 138:13, 138:20, 139:2,
139:8, 139:19, 139:21, 140:7, 140:10,
140:12, 140:14, 141:1, 141:2, 141:11,
141:18, 141:20, 141:22, 141:25,
142:1, 142:2, 142:4, 142:8, 142:19,
142:23, 143:1, 143:4, 143:16, 143:19,

144:6, 144:18, 145:15, 145:20,
145:21, 146:12, 146:14, 146:16,
146:25, 147:1, 147:3, 147:5, 147:8,
147:10, 147:11, 147:22, 148:1, 148:3,
148:5, 148:6, 148:14, 148:22, 148:23,
149:1, 149:14, 151:1, 151:2, 151:12,
151:13, 151:24, 152:4, 152:7, 152:10,
152:11, 152:18, 153:4, 153:6, 153:7,
153:14, 153:16, 153:18, 153:20,
154:2, 154:14, 154:22, 155:3, 155:9,
155:10, 155:18, 156:11, 156:16,
156:23, 157:9, 157:11, 157:21,
157:22, 158:2, 158:8, 158:17, 158:18,
158:19, 159:1, 159:5, 159:17, 159:19,
160:3, 160:7, 160:23, 161:14, 161:20,
162:2, 162:5, 162:8, 162:9, 162:19,
163:24, 164:1, 164:11, 165:2, 165:7,
166:9, 166:11, 166:19, 167:1, 167:8,
168:3, 168:10, 168:13, 168:23, 169:2,
169:13, 169:16, 169:17, 170:3, 170:8,
170:22, 170:24, 171:5, 171:8, 171:21,
171:24, 172:1, 172:3, 172:11, 172:19,
172:23, 173:2, 173:3, 173:5, 173:8,
173:22, 174:7, 174:22, 175:1, 175:2,
175:3, 175:4, 175:8, 175:10, 175:12,
175:13, 175:14, 175:18, 175:20,
175:24, 176:1, 176:2, 176:4, 176:7,
176:9, 176:11, 176:13, 176:14, 177:1,
177:10, 178:20, 178:22, 179:2,
179:12, 179:13, 179:19, 180:11,
180:14, 180:17, 180:22, 181:4, 181:9,
181:24, 181:25, 182:17, 182:21,
182:22, 183:6, 183:8, 183:11, 183:14,
183:21, 183:22, 183:24, 184:1, 184:9,
184:12, 184:18, 184:20, 184:21,
184:22, 184:24, 185:2, 185:6, 185:14,
185:20, 185:24, 186:6, 186:9, 186:13,
186:16, 187:3, 187:10, 187:14, 188:3,
188:11, 188:12, 188:16, 188:19,
188:25, 189:6, 189:10, 189:22,
189:25, 190:4, 190:11, 190:15,
190:16, 191:18, 191:19, 191:23,
192:2, 192:3, 193:3, 193:15, 193:21,
193:23, 194:4, 194:7, 194:10, 194:25,
195:13, 195:18, 195:24, 196:6, 196:9,
196:15, 196:16, 197:16, 197:20,
197:21, 198:19, 198:25, 199:6,
199:14, 200:6, 200:13, 200:14,
200:19, 200:21, 200:25, 201:4,
201:16, 201:20, 201:21, 201:23,
202:5, 203:1, 203:9, 203:13, 204:2,
204:12, 204:13, 204:23, 205:1,
205:19, 205:23, 206:14, 206:17,
208:14, 208:15, 210:2, 210:16,
210:17, 210:19, 212:21, 212:25,
215:21, 216:5, 216:22, 216:25, 217:2,
217:11, 217:12, 218:3, 218:6, 218:9,
218:18, 218:19, 220:11, 221:8,
223:11, 223:12, 223:19, 224:2, 224:3,
224:4, 224:23, 225:3, 226:3, 226:6,
226:7, 226:11, 226:22, 226:23,

226:25, 227:5, 227:10, 227:14,
227:22, 227:23, 228:1, 228:3, 228:5,
228:11, 228:16, 229:1, 229:14,
229:17, 229:19, 229:20, 229:24,
230:11, 230:13, 230:17, 230:22,
230:25, 231:1, 231:6, 231:9, 231:11,
231:19, 231:22, 231:25, 232:1, 232:3,
232:11, 232:12, 232:17, 233:3, 233:5,
233:17, 233:18, 234:3, 234:12,
234:13, 234:19, 234:20, 235:1, 235:4,
235:15, 235:16, 236:3, 236:7, 236:8,
236:11, 236:21, 236:22, 236:23,
236:24, 237:4, 237:6, 237:9, 237:10,
238:11, 238:13, 238:14, 238:16,
238:22, 239:4, 239:5, 239:6, 239:9,
239:13, 240:5, 240:6, 240:7, 240:9,
240:12, 240:14, 240:17, 240:23,
241:13, 241:19, 241:22, 242:15,
242:18, 243:3, 243:4, 243:5, 243:11,
243:16, 243:17, 243:18, 244:3,
244:13, 244:14, 245:7, 245:13,
245:18, 245:25, 246:9, 246:14,
246:25, 247:6, 248:10, 248:12,
248:20, 249:3, 249:6, 249:7, 249:14,
249:15, 249:18, 250:2, 250:5, 250:10,
250:12, 250:13, 250:20, 250:22,
250:24, 250:25, 251:1, 251:6, 251:19,
252:1, 252:4, 252:5, 252:7, 252:9,
252:10, 252:12, 252:13, 252:24,
253:5, 253:6, 253:7, 253:9, 253:12,
253:13, 254:12, 254:15, 255:2, 255:8,
255:13, 255:17, 255:20, 255:22,
256:1, 256:4, 256:15, 256:17, 257:2,
257:5, 257:6, 257:7, 257:8, 257:15,
257:22, 257:25, 258:3, 258:10,
258:17, 258:18, 258:21, 258:25,
260:3, 260:14, 261:3, 261:5, 261:9,
261:16, 261:21, 261:23, 262:14,
263:2, 263:11, 263:20, 263:22, 264:4,
264:7, 264:8, 264:11, 264:16, 264:18,
264:20, 265:8, 265:9, 265:10, 265:12,
265:16, 265:19, 265:21, 266:2, 266:6,
266:10, 266:18, 266:22, 267:1, 267:2,
267:7, 268:2, 268:7, 268:9, 268:10,
268:11, 268:22, 269:4, 269:7, 269:13,
269:14, 269:15, 269:18, 269:19,
269:21, 269:23, 269:24, 270:1, 270:2,
270:3, 270:6, 270:8, 270:9, 270:11,
270:16, 270:24, 271:2, 271:4, 271:10,
271:11, 271:12, 271:19, 271:20,
271:22, 272:1, 272:2, 272:7, 272:17,
273:6, 273:18, 273:25, 274:4, 274:8,
274:15, 274:17, 274:23, 275:14,
275:20, 276:15, 276:16, 276:17,
277:17, 277:25, 278:10, 279:13,
279:17, 280:3, 280:4, 280:17, 280:20,
281:3, 281:4, 281:5, 281:19, 281:20,
281:21, 281:25, 282:21, 282:23,
283:6, 283:7, 283:25, 284:11, 284:19,
284:20, 284:21, 284:23, 285:2, 285:3,
285:8, 285:22, 286:16, 286:21, 287:3,

287:7, 287:14, 287:22, 288:2, 288:10,
288:11, 288:13, 288:14, 288:20,
288:22, 288:23, 289:10, 289:12,
290:3, 290:4, 290:8, 290:17, 291:1,
291:13, 291:19, 291:23, 292:15,
292:17, 293:10, 293:18, 293:21,
294:3, 294:5, 294:8, 294:13, 294:23,
294:24, 295:10, 295:13, 295:15,
295:17, 295:22, 295:24, 296:7, 296:8,
296:13, 296:14, 296:18, 296:22,
296:24, 297:6, 297:12, 297:16,
297:18, 297:19, 297:23, 298:2,
298:15, 298:17, 298:19, 298:22,
298:25, 299:1, 299:5, 299:10, 299:11,
299:22, 299:24, 300:1, 300:8, 300:9,
300:10, 300:11, 300:17, 300:24,
301:2, 301:4, 301:5, 301:15, 301:16,
301:17, 301:19, 302:8, 302:9, 302:20,
303:8, 303:21, 304:1, 304:2, 304:6,
304:14, 304:15, 304:16, 304:17,
304:18, 304:25, 305:1, 305:2, 305:5,
305:8, 305:13, 305:15, 305:19,
305:20, 306:1, 306:2, 306:4, 306:6,
306:8, 306:13, 306:16, 306:25, 307:1,
307:4, 307:14, 307:19, 307:20, 308:4,
308:7, 308:8, 308:12, 308:24, 308:25,
309:2, 309:18, 310:1, 311:15, 311:17,
312:8, 312:14, 313:3, 313:13, 313:15,
313:19, 313:20, 313:24, 314:2, 314:4,
314:6, 314:17, 314:18, 314:25, 315:2,
315:9, 315:10, 315:17, 316:3, 316:15,
317:7, 318:14, 318:20, 319:3, 319:17,
319:20, 319:22, 320:8, 320:24,
321:22, 322:3, 322:19, 322:24,
322:25, 323:2, 323:3, 323:4, 323:5,
323:10, 323:12, 324:4, 324:13,
324:16, 324:20, 326:7, 326:9, 326:13,
326:22, 327:4, 327:13, 327:15,
327:16, 327:24, 328:1, 328:18,
328:24, 329:14, 329:25, 330:1,
330:13, 330:16, 330:19, 332:4,
333:14, 333:15, 333:16, 333:17,
333:19, 333:20, 333:21, 335:24,
336:3, 336:14, 336:16, 336:18,
336:22, 336:23, 337:3, 337:4, 337:8,
337:9, 337:11, 337:12, 337:14,
337:17, 337:19, 337:20, 337:22,
337:25, 338:4, 338:12, 338:16,
338:18, 338:21, 338:25, 339:2, 339:3,
339:6, 339:7, 339:9, 339:10, 339:11,
339:14, 339:16, 339:17, 339:18,
339:22, 340:1, 340:2, 340:7, 340:17,
341:3, 341:4, 341:6, 341:16, 341:23,
342:1, 342:3, 342:11, 342:16, 342:21,
343:2, 343:4, 343:9, 343:10, 343:11,
343:12, 343:19, 343:23, 344:16
**island** [4] - 7:4, 176:6, 176:13, 179:5
**isn't** [22] - 25:18, 38:6, 39:6, 42:7,
43:18, 100:23, 101:5, 112:17, 116:9,
131:1, 143:25, 144:9, 158:6, 164:22,
227:19, 227:25, 250:17, 256:17,

291:3, 305:3, 337:1
**isolated** [1] - 195:13
**isolation** [1] - 31:15
**issuance** [4] - 46:6, 108:18, 122:19,
122:21
**issue** [58] - 5:12, 5:13, 5:19, 20:14, 24:3,
31:6, 32:23, 34:2, 36:17, 38:15, 39:6,
39:9, 54:3, 63:1, 70:2, 96:12, 96:22,
107:14, 108:10, 108:12, 143:18,
145:8, 173:20, 186:20, 206:9, 217:11,
226:6, 234:18, 246:6, 247:13, 265:9,
265:25, 270:11, 274:1, 276:15,
276:17, 278:25, 293:4, 294:24, 295:2,
295:11, 295:25, 306:21, 310:20,
312:19, 321:13, 321:15, 324:1, 335:9,
336:8, 336:13, 336:23, 337:1, 337:20,
339:11, 339:19, 340:6, 342:19
**issued** [12] - 63:21, 81:25, 219:22,
234:24, 237:22, 237:24, 238:1,
243:20, 285:1, 293:7, 294:12
**issues** [15] - 24:10, 70:1, 76:9, 107:15,
136:18, 183:17, 234:8, 265:23,
287:25, 303:1, 308:11, 334:7, 335:7,
338:10, 338:14
**issuing** [5] - 60:25, 96:6, 123:8, 276:19,
292:23
**it's** [147] - 8:8, 11:22, 13:4, 22:11, 26:23,
30:21, 32:5, 34:4, 37:18, 40:24, 41:5,
42:15, 43:22, 44:24, 48:11, 48:12,
48:13, 54:12, 54:13, 54:14, 55:18,
57:7, 63:8, 64:9, 65:22, 71:11, 74:15,
78:11, 87:21, 90:24, 91:1, 93:6, 100:6,
105:23, 110:17, 111:6, 111:13,
111:17, 111:18, 113:5, 115:24, 117:8,
119:2, 119:23, 120:21, 127:21,
129:24, 131:13, 135:1, 136:6, 136:7,
136:21, 137:9, 138:12, 138:23, 142:7,
143:14, 143:20, 146:21, 148:1,
148:16, 149:3, 149:18, 151:24,
158:11, 158:14, 160:9, 161:20,
165:17, 165:18, 165:22, 171:9,
175:15, 175:18, 175:19, 176:21,
180:21, 181:15, 181:16, 185:17,
195:11, 195:13, 200:1, 200:2, 200:15,
208:16, 213:1, 218:12, 218:15,
222:11, 227:6, 229:16, 230:7, 234:4,
243:2, 244:17, 247:13, 254:21, 262:5,
264:18, 265:13, 269:16, 269:25,
271:13, 273:9, 279:18, 279:19, 281:5,
284:1, 284:13, 287:23, 287:24, 288:8,
288:9, 290:12, 291:12, 292:22,
295:18, 295:21, 295:25, 296:1,
296:14, 296:21, 297:23, 300:22,
300:23, 301:15, 302:10, 305:21,
310:20, 310:23, 310:24, 311:4, 319:2,
319:21, 326:16, 338:3, 339:16, 343:3
**It's** [1] - 296:9
**it's..** [1] - 299:4
**its** [58] - 14:4, 31:3, 49:3, 49:4, 57:9,
59:14, 59:22, 80:22, 80:23, 80:24,

82:16, 86:4, 86:17, 89:24, 91:4, 91:5,
95:22, 116:6, 123:14, 125:18, 126:17,
137:4, 139:15, 151:6, 157:18, 163:11,
164:11, 168:19, 183:2, 188:22,
189:22, 190:25, 205:9, 210:22,
211:14, 214:1, 215:4, 215:11, 217:6,
263:9, 273:24, 287:18, 289:2, 294:1,
298:14, 300:18, 300:19, 301:21,
301:22, 319:5, 320:10, 323:13,
323:14, 325:10, 340:17, 342:4, 342:8
**Its** [1] - 140:22
**itself** [15] - 8:13, 25:12, 49:16, 49:24,
55:3, 86:12, 131:22, 139:9, 196:9,
215:11, 298:16, 299:15, 314:6,
314:20, 315:1

---

# J

**James** [1] - 1:20
**James.rogers@aflegal.org** [1] - 1:23
**Janeth** [2] - 231:25, 232:1
**January** [12] - 13:17, 13:18, 13:19,
131:12, 134:4, 251:17, 262:24, 263:2,
263:3, 263:4
**jealous** [1] - 80:12
**jeopardizing** [1] - 46:8
**Jewish** [1] - 232:5
**Jews** [1] - 207:15
**job** [8] - 115:24, 116:7, 179:9, 180:4,
180:7, 180:10, 325:11, 329:8
**Jocelyn** [2] - 232:17
**joint** [1] - 88:19
**Jones** [4] - 242:10, 251:21, 256:22,
276:14
**journey** [3] - 73:2, 204:3, 229:6
**journeys** [1] - 203:6
**Jr** [1] - 2:3
**judge** [4] - 99:12, 99:14, 99:16, 251:17
**JUDGE** [1] - 1:15
**Judge** [25] - 95:10, 105:14, 105:16,
106:4, 190:13, 235:13, 237:6, 237:17,
242:10, 251:21, 256:22, 276:14,
290:24, 290:25, 293:5, 293:13, 294:9,
294:17, 301:12, 302:2, 302:11,
302:21, 313:7
**judgement** [2] - 338:25, 339:7
**judges** [1] - 77:15
**judgment** [10] - 18:9, 134:6, 165:22,
168:2, 206:7, 206:11, 211:18, 211:19,
338:3, 338:25
**judgments** [4] - 205:3, 211:15, 338:24,
339:24
**judicial** [8] - 50:15, 148:15, 148:20,
148:23, 149:3, 205:14, 216:23, 294:2
**Judiciary** [2] - 213:2, 213:11
**judiciary** [1] - 206:10
**jump** [2] - 167:9, 182:15
**jumped** [1] - 272:4
**juncture** [1] - 145:1
**June** [7] - 132:6, 273:13, 276:16, 278:1,

280:17, 280:20, 294:15
**jurisdiction** [5] - 136:3, 240:16, 240:22, 240:25, 285:25
**jurisdictional** [2] - 96:15, 136:14
**jurists** [1] - 94:12
**jury** [1] - 172:8
**just** [265] - 5:6, 8:1, 12:25, 13:14, 13:15, 14:20, 23:15, 24:22, 26:20, 27:9, 27:13, 28:19, 29:13, 30:21, 32:9, 33:3, 35:10, 36:20, 36:24, 37:16, 46:14, 46:17, 47:2, 50:11, 51:3, 54:6, 54:21, 60:18, 62:2, 62:13, 64:3, 64:7, 64:22, 65:4, 66:19, 69:8, 72:7, 72:13, 72:20, 75:17, 76:10, 78:3, 78:8, 78:25, 79:3, 79:11, 80:3, 80:7, 80:18, 81:22, 83:18, 83:22, 84:14, 87:20, 88:18, 90:10, 92:17, 94:4, 96:17, 99:21, 101:11, 101:25, 104:14, 104:19, 104:20, 106:20, 109:16, 111:4, 111:11, 112:21, 113:5, 113:13, 115:14, 115:19, 115:24, 116:3, 116:8, 117:14, 123:2, 125:11, 126:16, 129:12, 129:15, 129:18, 132:14, 133:11, 135:4, 135:15, 135:17, 136:12, 137:11, 139:8, 140:3, 140:9, 140:16, 141:9, 142:18, 143:4, 143:13, 144:10, 145:7, 145:12, 145:20, 146:7, 146:9, 146:23, 147:10, 149:3, 150:24, 152:10, 152:25, 155:7, 157:16, 159:11, 162:13, 162:14, 163:11, 164:9, 164:22, 166:10, 166:25, 167:6, 167:18, 168:21, 172:6, 176:21, 179:14, 180:11, 180:15, 181:15, 181:17, 183:18, 184:15, 185:6, 186:22, 187:1, 189:4, 190:15, 195:16, 195:22, 196:23, 197:3, 197:16, 198:25, 200:14, 201:18, 201:19, 202:7, 209:15, 209:25, 211:24, 216:5, 217:20, 218:18, 219:21, 220:13, 221:8, 224:5, 226:7, 227:5, 227:7, 228:22, 229:12, 231:5, 232:15, 234:1, 234:10, 238:13, 238:19, 239:9, 239:20, 240:11, 241:19, 242:2, 243:24, 244:6, 245:22, 248:4, 249:13, 250:2, 251:13, 251:14, 251:20, 252:4, 253:14, 254:16, 256:11, 259:15, 263:1, 266:3, 268:19, 269:4, 270:18, 270:19, 271:1, 271:7, 271:18, 272:10, 276:16, 280:13, 280:23, 282:2, 282:17, 284:16, 285:3, 286:2, 286:9, 294:3, 294:7, 295:9, 297:7, 297:19, 298:23, 302:9, 302:15, 303:9, 303:14, 303:23, 306:11, 306:12, 306:14, 306:23, 308:1, 308:8, 310:23, 311:4, 313:5, 313:24, 319:11, 324:19, 327:25, 328:14, 329:3, 329:5, 331:12, 332:10, 332:23, 332:24, 333:4, 333:12, 334:1, 334:6, 334:10, 334:18, 335:18, 336:17, 337:22, 338:16, 338:18, 340:3, 340:11, 341:20, 343:4,

343:11, 343:13, 343:14
**Justice** [32] - 2:9, 2:16, 47:10, 50:14, 51:25, 52:10, 52:15, 53:11, 53:20, 79:25, 90:4, 90:5, 90:9, 96:25, 97:19, 99:5, 147:17, 205:25, 206:13, 237:18, 274:10, 275:13, 279:4, 280:9, 280:24, 281:25, 282:3, 283:4, 285:6, 286:17, 335:15
**justices** [7] - 90:6, 90:11, 90:24, 97:22, 98:7, 98:23, 142:17
**justification** [9] - 21:15, 51:11, 54:12, 58:11, 170:1, 170:3, 198:18, 199:5, 321:22
**justifications** [3] - 58:18, 163:15, 324:6
**justified** [5] - 67:16, 168:25, 315:10, 315:11, 342:12
**justifies** [1] - 210:5
**justify** [8] - 9:17, 15:12, 60:1, 145:14, 163:18, 197:17, 342:4, 342:15

# K

**K** [5] - 1:20, 3:7, 344:16, 344:20, 344:21
**Kacsmaryk** [5] - 190:13, 293:5, 294:9, 302:2, 302:21
**Kacsmaryk's** [2] - 294:17, 301:12
**Karen** [2] - 2:14, 79:25
**karen.tumlin@justiceactioncenter. org** [1] - 2:18
**Kate** [1] - 233:17
**Kathleen** [4] - 3:7, 344:16, 344:20, 344:21
**Kavanaugh** [13] - 47:10, 52:16, 53:20, 96:25, 205:25, 206:13, 275:14, 280:9, 280:25, 281:25, 283:4, 285:6
**Kavanaugh's** [9] - 50:14, 51:25, 52:10, 53:11, 90:4, 274:10, 279:4, 282:4, 286:17
**keep** [1] - 230:7
**Kellie** [1] - 343:24
**kept** [1] - 185:13
**key** [7] - 95:24, 162:15, 327:15, 341:2, 341:5, 341:6, 341:16
**killed** [1] - 204:24
**killing** [1] - 303:20
**kind** [55] - 22:24, 51:16, 56:22, 57:17, 66:17, 67:9, 70:5, 70:7, 77:17, 85:8, 86:7, 89:21, 92:13, 99:18, 104:7, 104:8, 106:9, 109:17, 123:3, 139:17, 141:3, 143:15, 144:2, 144:18, 145:10, 146:14, 167:18, 175:1, 179:10, 180:5, 183:3, 185:20, 186:18, 186:19, 194:19, 221:11, 235:10, 236:3, 239:3, 265:16, 269:8, 270:10, 301:10, 306:3, 310:14, 314:23, 317:5, 325:25, 333:15, 333:23, 334:4, 334:5, 334:11, 334:15, 335:2
**kinds** [3] - 210:20, 258:16, 281:16
**knew** [1] - 214:1
**know** [219] - 20:15, 23:17, 23:19, 27:24,

28:22, 34:8, 35:23, 37:10, 37:11, 48:10, 48:21, 51:9, 51:11, 54:1, 56:14, 56:15, 56:16, 56:20, 61:7, 61:15, 61:17, 62:1, 62:9, 64:3, 64:7, 66:20, 66:21, 67:9, 68:16, 69:19, 75:6, 77:17, 78:11, 79:18, 80:7, 81:3, 82:23, 83:19, 84:12, 85:4, 87:11, 87:24, 90:1, 90:7, 92:5, 93:6, 94:9, 98:8, 98:18, 99:9, 102:9, 103:14, 106:20, 107:17, 107:19, 111:20, 117:1, 117:12, 119:5, 119:15, 119:16, 120:3, 122:16, 127:18, 129:4, 129:13, 130:22, 132:9, 132:11, 138:11, 138:24, 138:25, 141:8, 142:4, 142:7, 144:1, 144:5, 144:11, 144:12, 144:13, 146:17, 152:21, 155:23, 159:11, 162:14, 170:13, 171:21, 172:12, 173:10, 173:11, 175:13, 176:25, 177:8, 177:22, 178:9, 178:18, 178:21, 178:24, 178:25, 179:18, 179:21, 180:13, 180:18, 181:13, 182:9, 182:10, 183:25, 184:2, 184:4, 184:7, 184:12, 191:19, 198:16, 199:11, 199:21, 209:22, 218:23, 224:25, 227:5, 227:6, 227:23, 228:12, 228:21, 228:23, 235:7, 238:13, 240:14, 245:22, 247:2, 247:4, 248:19, 249:12, 249:15, 251:7, 251:9, 252:6, 253:9, 253:15, 254:1, 255:4, 255:21, 256:14, 257:1, 258:8, 266:20, 269:2, 270:5, 270:20, 273:10, 276:12, 277:9, 279:13, 280:11, 281:4, 284:6, 284:21, 293:17, 294:4, 299:3, 301:8, 301:9, 301:25, 302:9, 302:13, 302:24, 303:2, 303:3, 304:17, 305:16, 306:1, 306:2, 307:4, 307:7, 307:18, 307:25, 308:1, 309:12, 309:13, 310:20, 316:24, 316:25, 320:9, 320:22, 321:5, 321:12, 321:13, 321:14, 321:15, 321:25, 322:20, 322:25, 323:9, 323:10, 323:20, 326:25, 327:8, 327:9, 333:5, 334:8, 334:25, 337:4, 337:15, 337:21, 337:23, 339:10, 341:21, 341:25, 342:18, 342:19, 342:20, 342:22, 343:18, 344:7
**knowing** [1] - 177:10
**known** [1] - 188:21
**knows** [9] - 20:3, 20:6, 23:23, 124:19, 126:4, 151:24, 155:23, 177:2, 177:3
**Ku** [3] - 117:5, 117:8, 117:17
**Ku's** [1] - 117:11
**Kubrin** [1] - 112:2
**Kurds** [1] - 207:7

# L

**L** [1] - 6:8
**Labor** [1] - 340:25
**labor** [4] - 232:19, 232:24, 233:1, 233:9
**lack** [5] - 30:6, 30:8, 220:3, 259:19,

324:3
**lament** [1] - 143:1
**land** [4] - 115:12, 145:18, 203:25, 229:6
**Land** [1] - 241:1
**landing** [1] - 100:11
**Langarica** [2] - 3:2, 117:6
**langarica@law.ucla.edu** [1] - 3:5
**Langowitz** [1] - 231:23
**language** [32] - 17:8, 19:18, 23:23, 71:13, 78:12, 86:7, 100:13, 116:17, 121:17, 142:16, 153:1, 153:24, 154:11, 154:12, 154:18, 155:11, 155:12, 156:4, 156:5, 162:19, 163:1, 163:22, 164:5, 164:7, 164:10, 182:16, 182:17, 191:21, 193:24, 197:11, 223:10, 300:5
**Laotians** [1] - 207:17
**large** [14] - 6:23, 24:16, 25:15, 34:19, 155:9, 165:4, 173:22, 176:5, 187:7, 207:4, 232:23, 284:19, 322:7, 323:20
**large-scale** [1] - 207:4
**largely** [3] - 14:1, 15:16, 233:5
**larger** [11] - 38:6, 40:12, 172:20, 173:3, 176:2, 176:3, 181:6, 181:10, 183:9, 183:17, 226:25
**last** [25] - 9:6, 9:9, 13:17, 54:21, 74:16, 81:21, 84:19, 101:15, 101:22, 137:3, 159:6, 175:11, 191:19, 233:17, 234:7, 246:12, 263:25, 279:15, 292:21, 294:3, 301:13, 311:15, 333:15, 336:5, 337:20
**late** [3] - 81:25, 148:2, 310:14
**later** [10] - 130:2, 180:2, 215:3, 256:13, 259:18, 260:6, 263:1, 284:9, 294:19, 294:22
**Latin** [1] - 233:6
**latter** [1] - 305:14
**Laughter** [1] - 288:7
**Lauren** [1] - 2:15
**lauren.wilfong@justiceactioncenter.org** [1] - 2:19
**Lautenberg** [1] - 207:12
**Laveus** [2] - 219:17, 219:19
**LAVEUS** [1] - 1:9
**law** [51] - 5:13, 15:21, 16:22, 22:19, 47:16, 58:10, 65:16, 65:17, 66:14, 67:4, 68:4, 83:25, 98:2, 111:8, 146:17, 151:10, 205:20, 214:8, 236:14, 236:20, 257:1, 281:16, 287:24, 291:8, 296:10, 299:1, 299:25, 300:9, 300:10, 301:6, 302:21, 302:25, 303:12, 303:13, 304:2, 304:5, 304:12, 304:18, 305:23, 306:2, 314:4, 319:1, 324:25, 325:2, 325:3, 325:23, 333:10, 335:18, 338:12, 339:4
**Law** [3] - 3:2, 3:3, 340:25
**lawful** [14] - 31:23, 35:9, 199:13, 213:18, 214:11, 219:13, 251:9, 268:2, 279:18, 290:13, 327:6, 327:7, 343:8, 343:12

**lawfully** [2] - 327:6, 340:17
**lawmaking** [1] - 322:22
**laws** [8] - 31:25, 185:9, 246:7, 322:24, 323:7, 323:14, 325:6, 326:14
**lawsuit** [6] - 243:9, 243:19, 256:13, 256:25, 271:11, 273:23
**lawsuits** [2] - 105:15, 105:16
**lawyer** [2] - 84:13, 127:19
**lay** [3] - 299:13, 299:17, 344:3
**laying** [1] - 299:17
**lead** [2] - 112:3, 191:8
**lead-up** [1] - 191:8
**leadership** [1] - 230:24
**leading** [1] - 312:13
**leads** [1] - 101:5
**League** [1] - 231:2
**leaning** [1] - 336:10
**learner** [1] - 234:3
**learning** [3] - 115:21, 116:12, 221:22
**least** [25] - 17:19, 56:15, 57:3, 57:8, 60:7, 66:15, 69:14, 73:23, 92:11, 100:19, 103:22, 106:13, 107:25, 136:18, 143:3, 149:15, 176:19, 182:18, 195:12, 233:17, 234:7, 278:10, 284:20, 299:7, 315:7
**leave** [22] - 10:3, 33:8, 33:16, 33:19, 35:25, 36:2, 38:23, 38:24, 39:8, 43:23, 72:24, 73:1, 90:10, 90:15, 102:4, 102:14, 146:18, 167:14, 196:20, 218:2, 244:23
**leaves** [10] - 53:8, 90:15, 91:15, 152:21, 162:15, 162:16, 196:20, 286:19, 336:1, 344:2
**leaving** [2] - 118:18, 298:13
**lecture** [1] - 82:18
**led** [2] - 202:22, 291:16
**ledger** [4] - 59:15, 121:2, 226:21, 227:3
**left** [10] - 16:17, 126:2, 189:12, 197:6, 214:21, 230:1, 244:25, 298:19, 300:11, 304:6
**Legal** [2] - 1:21, 106:18
**legal** [21] - 12:9, 39:11, 87:22, 126:17, 151:7, 165:6, 165:9, 191:23, 192:16, 202:21, 203:10, 203:13, 216:2, 229:3, 287:5, 290:5, 290:9, 292:11, 295:23, 303:6, 305:21
**legally** [4] - 86:1, 126:14, 135:15, 321:22
**legislate** [1] - 218:5
**legislated** [3] - 212:12, 214:12, 214:14
**legislation** [3] - 21:6, 214:20, 222:20
**legislative** [13] - 16:13, 17:16, 17:23, 18:15, 18:16, 22:15, 26:7, 150:10, 162:19, 162:20, 162:25, 212:25, 300:1
**legislature** [1] - 275:23
**Leighton** [1] - 117:5
**length** [2] - 90:2, 315:5
**lengthier** [1] - 175:18
**lengthy** [5] - 61:15, 62:9, 224:24, 242:4
**less** [26] - 51:8, 57:5, 57:8, 68:17, 97:23,

112:5, 128:23, 129:7, 132:16, 133:18, 135:16, 137:15, 137:16, 138:20, 139:2, 139:4, 205:19, 221:22, 246:13, 246:16, 248:2, 248:12, 275:19, 293:25, 325:21, 333:24
**let** [35] - 7:7, 27:9, 27:23, 50:11, 79:18, 87:11, 96:9, 111:4, 112:21, 127:8, 128:19, 129:18, 131:24, 133:11, 136:24, 143:5, 170:7, 178:16, 185:25, 189:5, 189:20, 200:16, 206:21, 224:5, 235:18, 239:20, 244:19, 248:3, 251:20, 254:10, 254:20, 306:10, 306:12, 340:12
**let's** [25] - 78:24, 82:14, 84:5, 87:1, 87:4, 95:3, 95:7, 95:8, 100:4, 105:11, 110:8, 110:14, 110:15, 111:23, 112:1, 120:19, 121:9, 122:14, 228:14, 243:19, 244:20, 248:15, 254:11
**letting** [4] - 120:3, 178:20, 188:14, 238:23
**level** [14] - 10:13, 92:17, 123:25, 134:5, 155:1, 169:5, 169:9, 169:10, 170:12, 191:17, 191:18, 192:3, 193:3, 193:11
**levels** [3] - 134:22, 165:21, 221:20
**liability** [2] - 26:13, 328:10
**license** [19] - 92:19, 97:12, 97:19, 99:22, 105:18, 105:19, 121:13, 122:19, 122:21, 273:18, 279:10, 282:22, 283:21, 283:22, 284:18, 284:25, 285:1, 285:3
**licensed** [1] - 123:9
**licenses** [34] - 95:23, 96:3, 96:6, 97:14, 106:3, 107:14, 107:15, 108:10, 108:13, 108:18, 110:2, 120:16, 121:6, 121:7, 122:23, 122:24, 123:8, 123:16, 124:23, 125:2, 258:11, 276:1, 276:8, 276:20, 277:20, 279:12, 280:3, 283:10, 283:19, 284:2, 285:12, 286:6, 286:19
**lies** [1] - 140:24
**life** [6] - 166:6, 167:18, 183:8, 183:12, 203:6, 230:20
**life-threatening** [1] - 203:6
**lifeline** [1] - 230:5
**lifesaving** [1] - 233:21
**lifted** [3] - 293:9, 293:11, 293:18
**lifting** [1] - 293:24
**light** [3] - 94:8, 95:18, 234:13
**lightly** [1] - 90:23
**like** [144] - 21:8, 21:13, 41:12, 42:16, 47:24, 48:2, 50:6, 52:17, 56:11, 61:16, 66:4, 70:1, 83:22, 87:20, 93:18, 96:12, 98:16, 99:3, 102:10, 102:19, 103:2, 107:14, 109:2, 119:11, 120:11, 125:9, 126:25, 127:2, 127:16, 127:25, 130:16, 131:2, 132:5, 132:9, 132:19, 132:23, 136:10, 139:22, 142:22, 144:11, 145:20, 146:10, 146:12, 146:18, 148:19, 149:8, 149:11, 149:22, 149:24, 150:8, 150:13,

150:24, 152:2, 152:12, 154:7, 154:14,
155:7, 155:17, 155:19, 159:13,
162:14, 163:19, 164:4, 164:12,
164:20, 166:10, 170:12, 176:23,
184:8, 184:25, 185:16, 187:11,
190:12, 193:19, 196:6, 197:19,
198:17, 198:20, 203:15, 204:1, 205:6,
209:13, 211:16, 214:24, 216:15,
217:20, 219:23, 224:23, 225:7,
227:25, 228:4, 229:17, 235:9, 237:1,
239:17, 243:20, 243:24, 243:25,
245:22, 246:24, 247:4, 247:8, 249:8,
249:15, 251:14, 253:4, 258:9, 267:1,
267:2, 269:6, 271:2, 272:2, 278:7,
280:3, 285:5, 291:16, 305:16, 305:17,
306:1, 307:21, 308:16, 310:14,
323:15, 326:4, 328:1, 332:17, 332:22,
333:4, 333:19, 333:22, 334:2, 334:5,
334:16, 334:18, 336:19, 337:6, 337:7,
338:17
**likely** [13] - 41:1, 59:22, 68:17, 112:5,
114:5, 120:9, 161:23, 176:4, 221:23,
233:8, 305:10, 305:18, 342:3
**likes** [2] - 164:17, 213:1
**likewise** [1] - 223:14
**limit** [19] - 16:22, 17:12, 18:1, 18:10,
23:21, 55:15, 59:18, 66:23, 67:7,
71:24, 71:25, 75:25, 195:9, 203:16,
212:9, 300:19, 310:6, 322:8, 334:16
**limitation** [3] - 169:23, 200:18, 300:18
**limitations** [7] - 17:25, 77:10, 162:21,
196:25, 251:10, 301:21, 323:25
**limited** [44] - 11:1, 16:6, 16:11, 17:4,
20:4, 23:16, 23:22, 33:4, 33:21, 37:8,
38:25, 41:8, 49:18, 50:20, 51:12, 65:5,
65:13, 66:16, 66:22, 67:18, 70:19,
71:6, 71:8, 71:11, 71:15, 71:21, 75:23,
131:8, 131:9, 142:10, 184:13, 198:21,
198:24, 199:10, 200:7, 212:23,
260:16, 304:11, 313:5, 319:22,
322:14, 331:14, 332:8, 332:19
**limiting** [9] - 29:17, 29:19, 77:13,
184:19, 184:20, 195:15, 195:18,
196:15, 315:23
**limits** [19] - 25:21, 32:24, 41:25, 42:2,
75:19, 76:10, 76:15, 77:11, 78:7,
164:19, 164:20, 182:8, 199:18,
301:22, 312:17, 323:6, 323:15, 323:17
**Line** [1] - 341:7
**line** [4] - 45:20, 67:13, 183:23, 220:16
**lines** [1] - 143:5
**lingering** [1] - 86:6
**link** [4] - 132:17, 183:4, 183:5, 200:4
**linked** [6] - 44:18, 46:13, 48:6, 184:24,
199:6, 330:9
**links** [2] - 96:7, 183:3
**list** [5] - 9:15, 286:24, 326:20, 328:25
**listed** [3] - 20:21, 25:9, 44:15
**lists** [3] - 76:22, 77:9, 311:22
**literally** [3] - 27:24, 142:1, 230:5

**litigation** [2] - 84:16, 223:21
**Litigation** [1] - 2:10
**little** [20] - 5:23, 21:10, 64:15, 77:23,
78:11, 80:3, 96:12, 96:18, 100:5,
101:10, 105:6, 125:6, 126:3, 147:11,
158:15, 204:10, 206:21, 239:18,
294:8, 332:14
**live** [5] - 69:1, 108:21, 138:16, 228:6,
343:9
**lives** [6] - 174:7, 202:14, 204:4, 228:5,
230:15, 231:16
**living** [8] - 179:13, 179:16, 180:19,
180:20, 180:21, 181:3, 181:15, 181:21
**Loa** [1] - 339:13
**Loa-Herrera** [1] - 339:13
**loan** [1] - 275:8
**local** [6] - 328:20, 330:15, 330:25,
331:2, 331:7, 331:24
**locales** [1] - 112:8
**logistics** [1] - 145:9
**Lone** [2] - 130:22, 131:17
**long** [33] - 7:5, 31:2, 33:15, 52:4, 61:16,
70:14, 73:10, 73:11, 124:21, 128:23,
129:8, 154:5, 163:17, 165:5, 165:9,
165:16, 165:25, 172:17, 184:24,
185:11, 185:22, 187:6, 187:7, 192:17,
194:7, 195:7, 196:16, 230:1, 269:17,
328:5, 341:4, 341:15
**long-standing** [1] - 328:5
**long-term** [8] - 154:5, 163:17, 165:9,
165:16, 165:25, 187:7, 192:17
**longer** [8] - 98:2, 114:19, 219:10, 273:1,
318:19, 335:18, 339:3, 343:7
**look** [63] - 52:1, 78:4, 87:20, 89:5,
91:11, 95:24, 96:2, 98:19, 98:22, 99:3,
99:19, 108:15, 110:4, 110:18, 112:1,
114:21, 117:11, 120:21, 121:2, 121:9,
122:5, 127:18, 127:25, 135:18,
140:15, 156:1, 182:14, 182:16,
211:16, 219:5, 225:22, 226:22, 227:2,
249:9, 250:11, 250:23, 253:1, 253:2,
253:3, 254:10, 255:16, 257:16, 258:8,
262:13, 265:2, 266:20, 267:17, 268:5,
268:17, 273:21, 274:3, 278:4, 286:6,
295:10, 303:4, 311:9, 332:17, 332:21,
333:22, 334:1
**looked** [3] - 47:2, 85:5, 134:9
**looking** [26] - 43:9, 80:8, 80:9, 90:4,
117:17, 123:10, 125:21, 125:24,
131:11, 136:12, 149:6, 177:10, 180:2,
185:17, 226:22, 227:3, 234:3, 243:18,
249:7, 255:3, 257:19, 257:20, 272:24,
287:17, 302:13, 333:2
**looks** [6] - 115:16, 127:16, 132:5,
132:19, 136:10, 263:5
**Lorillard** [1] - 217:1
**Los** [2] - 2:17, 3:4
**lose** [7] - 105:6, 218:19, 218:24, 235:24,
256:12, 275:10, 328:21
**loses** [1] - 339:1

**losing** [2] - 259:5, 259:6
**loss** [3] - 96:6, 247:18, 285:2
**losses** [1] - 256:19
**lost** [6] - 179:8, 180:4, 185:9, 249:2,
337:12, 337:13
**lot** [35] - 77:15, 79:10, 80:16, 83:22,
83:24, 84:3, 84:4, 87:19, 90:8, 92:12,
100:9, 106:9, 115:1, 140:14, 153:15,
154:9, 162:18, 175:12, 180:18,
180:20, 181:13, 209:22, 209:24,
224:20, 229:14, 241:23, 244:22,
312:20, 321:15, 323:1, 323:21,
324:23, 330:16, 337:5, 344:5
**lots** [1] - 274:11
**loud** [1] - 306:3
**love** [4] - 96:16, 136:24, 140:7, 280:11
**loved** [1] - 219:18
**loves** [1] - 162:20
**low** [2] - 115:22, 118:4
**lower** [8] - 90:9, 90:25, 99:18, 105:24,
131:13, 132:18, 162:3, 248:22
**lowering** [1] - 258:4
**lowest** [1] - 317:6
**lucky** [1] - 99:20
**Luis** [1] - 2:2
**luis.suarez@oag.texas.gov** [1] - 2:6
**Lujan** [9] - 84:12, 84:13, 96:1, 240:17,
241:13, 260:3, 266:25, 271:12
**lunch** [4] - 79:7, 83:12, 146:7, 146:16

**M**

**M** [2] - 2:3, 6:8
**made** [47] - 6:2, 8:16, 26:5, 51:4, 54:21,
71:2, 84:6, 84:7, 85:14, 86:10, 90:24,
109:7, 112:22, 120:3, 123:16, 138:19,
152:13, 157:21, 174:7, 188:15,
189:24, 192:23, 211:14, 211:18,
215:15, 216:21, 224:19, 235:13,
288:1, 289:8, 289:9, 290:24, 291:11,
291:20, 292:9, 299:1, 299:14, 299:22,
302:17, 302:24, 305:7, 308:17,
308:19, 309:14, 310:13, 313:14,
344:10
**Maduro** [4] - 72:23, 72:25, 175:6,
176:12
**magic** [1] - 141:6
**magnitude** [4] - 337:5, 337:7, 337:8,
341:3
**main** [5] - 154:11, 162:13, 326:22,
326:25, 329:21
**maintain** [2] - 42:9, 292:15
**maintained** [1] - 151:25
**maintaining** [2] - 46:5, 211:19
**Major** [1] - 231:1
**major** [7] - 81:17, 153:21, 202:17,
310:13, 310:16, 311:6, 334:7
**majority** [12] - 77:7, 83:24, 90:4, 96:25,
99:6, 205:9, 205:13, 280:25, 282:4,
286:17, 293:21, 335:14

**make** [80] - 8:22, 24:7, 27:13, 28:6, 38:11, 44:1, 49:25, 50:11, 50:25, 53:25, 56:12, 59:1, 70:24, 73:2, 87:25, 89:8, 91:24, 96:5, 96:9, 97:17, 101:24, 103:5, 103:12, 107:11, 108:8, 109:14, 109:24, 109:25, 113:6, 113:14, 114:5, 120:4, 125:7, 125:12, 127:8, 128:16, 128:19, 133:5, 147:11, 149:4, 152:25, 153:3, 153:21, 155:16, 155:18, 162:14, 166:24, 169:12, 172:22, 178:3, 179:15, 184:16, 185:21, 187:2, 213:9, 218:1, 221:5, 224:21, 238:15, 254:3, 273:24, 275:22, 278:24, 285:5, 289:14, 289:15, 289:22, 292:1, 293:25, 301:2, 301:21, 301:22, 322:24, 330:24, 340:12, 343:18, 344:2, 344:4, 344:6, 344:9
**maker** [1] - 43:25
**makers** [1] - 43:23
**makes** [14] - 7:17, 8:12, 24:2, 41:15, 51:17, 74:18, 91:9, 157:17, 191:5, 213:17, 213:25, 221:17, 280:1, 284:2
**making** [29] - 7:2, 10:9, 11:3, 43:15, 68:17, 84:1, 93:12, 97:22, 108:1, 132:14, 143:3, 175:17, 179:3, 192:3, 221:4, 226:16, 232:25, 252:20, 259:16, 270:9, 279:18, 287:18, 289:3, 290:1, 291:2, 291:18, 308:18, 324:4, 335:11
**manage** [5] - 33:24, 38:18, 165:23, 223:5, 323:18
**management** [5] - 46:8, 202:17, 205:12, 210:21, 223:3
**MANAGER** [1] - 344:1
**managing** [3] - 11:16, 209:1, 216:17
**mandated** [1] - 213:22
**mandating** [1] - 215:4
**mandatory** [7] - 81:24, 235:6, 236:6, 236:14, 342:20, 342:21, 343:10
**manner** [10] - 22:17, 64:15, 84:15, 182:6, 189:3, 212:2, 212:6, 214:7, 217:6, 339:17
**many** [45] - 12:5, 17:13, 20:18, 20:22, 23:15, 33:12, 33:13, 45:8, 52:11, 56:16, 76:15, 83:19, 94:10, 102:18, 121:9, 123:24, 130:15, 130:24, 131:21, 135:14, 144:13, 165:24, 172:9, 173:21, 181:7, 183:18, 188:1, 196:1, 201:8, 209:16, 210:12, 212:21, 233:8, 244:9, 244:11, 245:16, 246:15, 251:14, 306:13, 306:24, 307:3, 307:4, 307:6, 307:8
**margin** [2] - 116:21, 117:2
**maritime** [1] - 203:6
**mark** [2] - 98:7, 99:17
**Marketing** [1] - 337:24
**Massachusetts** [2] - 97:23, 335:17
**massive** [2] - 87:21, 179:20
**mat** [1] - 309:11
**match** [3] - 228:1, 228:3, 232:25

**matched** [2] - 209:12
**material** [1] - 309:5
**math** [3] - 122:23, 248:5, 337:15
**matter** [24] - 46:18, 48:24, 48:25, 62:17, 63:6, 67:20, 100:12, 105:18, 119:9, 126:16, 132:11, 176:22, 178:10, 231:8, 239:17, 240:22, 264:5, 264:7, 282:20, 304:11, 304:12, 310:24, 328:1, 344:18
**matters** [4] - 149:22, 159:1, 304:20, 304:21
**may** [41] - 5:17, 9:16, 21:13, 28:7, 33:17, 36:13, 41:22, 41:23, 53:16, 72:14, 77:15, 98:16, 109:18, 121:13, 121:16, 122:2, 145:15, 152:19, 165:5, 165:20, 165:21, 172:20, 173:21, 176:3, 179:1, 212:20, 214:11, 219:13, 225:1, 233:11, 251:18, 266:12, 276:2, 310:16, 325:19, 328:5, 335:19, 336:15
**May** [2] - 88:16, 253:18
**maybe** [20] - 81:10, 95:8, 98:16, 109:20, 158:1, 159:25, 176:21, 177:15, 185:24, 269:16, 272:3, 275:17, 284:11, 292:1, 299:6, 305:11, 318:9, 334:2, 334:25
**Mayorkas** [2] - 203:4, 293:7
**McCarthy** [1] - 291:6
**me** [87] - 27:9, 27:23, 48:2, 50:11, 66:23, 72:17, 72:18, 78:17, 79:18, 87:2, 87:10, 88:22, 90:2, 96:9, 101:5, 105:25, 107:24, 111:4, 111:24, 112:21, 115:21, 116:7, 117:13, 126:25, 127:2, 127:8, 127:16, 127:21, 128:1, 128:19, 129:18, 131:24, 132:20, 133:11, 134:16, 140:16, 154:4, 154:23, 164:23, 175:3, 175:8, 176:17, 180:14, 182:23, 185:15, 185:19, 186:1, 192:6, 206:21, 207:21, 209:1, 209:4, 218:1, 224:5, 224:22, 225:8, 236:3, 237:23, 239:20, 240:10, 244:19, 248:3, 251:20, 251:22, 252:24, 254:10, 254:20, 256:7, 259:23, 264:20, 272:17, 277:25, 278:1, 280:15, 303:20, 306:10, 306:12, 317:16, 324:12, 325:2, 325:24, 329:17, 334:25, 336:22, 338:15, 340:12
**mean** [105] - 25:14, 25:16, 45:19, 47:2, 47:4, 47:5, 47:19, 47:22, 51:1, 61:6, 61:22, 62:15, 63:11, 75:6, 75:13, 77:20, 78:8, 79:8, 87:20, 90:14, 91:11, 93:11, 93:15, 98:10, 98:19, 102:12, 103:18, 103:23, 107:25, 108:20, 111:13, 114:8, 119:22, 120:11, 124:11, 130:14, 144:9, 144:16, 146:20, 166:25, 167:15, 174:2, 175:15, 175:24, 178:11, 178:19, 179:1, 179:17, 179:23, 180:20, 181:12, 184:9, 184:24, 186:15, 187:12, 188:12, 204:22, 216:18,

226:5, 236:5, 236:13, 246:15, 248:15, 249:7, 250:10, 252:6, 252:9, 252:10, 254:18, 255:4, 255:13, 256:11, 256:19, 264:17, 265:7, 265:20, 268:21, 270:9, 273:11, 273:12, 275:11, 276:16, 282:16, 284:5, 296:21, 301:9, 302:18, 303:9, 304:4, 305:15, 307:23, 308:22, 309:19, 315:11, 332:18, 334:10, 336:7, 337:1, 337:10, 337:11, 338:20, 343:5, 343:19
**meaning** [1] - 86:9
**meaningful** [3] - 52:2, 274:4, 297:17
**means** [20] - 51:3, 64:5, 124:12, 133:18, 144:17, 154:18, 174:3, 186:6, 195:9, 230:14, 240:7, 243:3, 243:9, 258:14, 291:13, 300:22, 310:12, 321:4, 326:17, 339:9
**meant** [2] - 64:5, 272:20
**meantime** [1] - 293:7
**measure** [5] - 114:19, 118:25, 163:13, 163:14, 163:19
**measured** [1] - 266:18
**measures** [1] - 323:19
**mechanical** [1] - 1:24
**mechanics** [2] - 28:20, 66:19
**mechanism** [10] - 42:5, 42:6, 42:20, 209:10, 209:12, 218:1, 218:18, 221:5, 221:13, 222:15
**Medicaid** [5] - 117:20, 118:5, 118:8, 118:9, 118:14
**Medical** [1] - 65:24
**medical** [3] - 16:7, 27:3, 118:8
**Medicine** [1] - 242:4
**meet** [13] - 115:13, 121:14, 124:9, 161:24, 168:12, 172:17, 185:22, 193:3, 214:19, 216:12, 235:5, 283:18, 313:24
**meets** [10] - 74:17, 138:8, 160:5, 168:10, 171:4, 171:9, 171:10, 177:18, 188:16, 193:16
**member** [6] - 16:9, 161:4, 179:6, 194:4, 250:20
**members** [7] - 191:25, 193:5, 194:1, 215:2, 232:1, 232:4
**memo** [2] - 94:17, 193:20
**memorandum** [2] - 63:22, 334:6
**memory** [3] - 140:21, 233:15, 334:1
**mention** [4] - 21:9, 251:6, 335:15, 340:3
**mentioned** [9] - 147:19, 229:12, 263:14, 272:11, 334:9, 336:14, 339:2, 340:14, 340:21
**mentions** [2] - 161:10, 209:9
**mere** [1] - 27:22
**merits** [25] - 5:11, 47:7, 70:7, 83:14, 92:25, 93:11, 93:13, 125:16, 128:11, 147:20, 150:4, 222:5, 242:22, 242:25, 243:3, 243:10, 243:13, 243:14, 251:24, 252:2, 252:5, 252:7, 252:23, 253:23, 340:21
**met** [12] - 69:12, 74:4, 82:16, 143:15,

170:4, 177:25, 232:24, 233:20, 236:19, 313:21, 326:5
**methods** [1] - 264:14
**Mexican** [1] - 261:18
**Mexico** [74] - 11:18, 32:3, 33:6, 34:13, 34:17, 34:20, 34:24, 35:2, 35:11, 35:18, 36:14, 37:5, 37:12, 38:17, 41:11, 44:22, 46:9, 46:17, 46:19, 46:20, 55:19, 55:21, 55:24, 59:17, 59:19, 59:21, 90:19, 92:16, 96:11, 96:13, 96:20, 98:1, 100:13, 130:16, 131:1, 166:25, 180:19, 190:9, 190:14, 190:18, 190:23, 191:1, 205:8, 208:19, 223:4, 245:5, 245:14, 247:8, 248:16, 248:17, 248:19, 250:24, 253:20, 258:22, 259:3, 261:6, 261:7, 261:14, 261:17, 261:18, 267:25, 268:16, 269:6, 269:12, 285:22, 289:15, 290:16, 292:12, 301:24, 312:23, 313:23, 314:10, 315:22
**Mexico's** [1] - 55:19
**mic** [1] - 83:13
**micromanage** [1] - 334:21
**mid** [6] - 202:11, 202:13, 202:24, 207:5, 212:24, 237:25
**mid-20th** [1] - 322:5
**middle** [3] - 27:2, 229:21, 332:7
**might** [48] - 6:23, 9:17, 11:21, 12:4, 15:7, 15:11, 15:12, 23:12, 25:2, 25:9, 25:15, 27:2, 28:15, 41:25, 44:8, 52:12, 52:14, 53:13, 53:14, 60:8, 64:25, 72:19, 74:16, 78:22, 119:12, 144:21, 145:16, 145:17, 173:4, 173:21, 180:6, 180:9, 181:7, 197:4, 199:22, 200:23, 274:11, 283:19, 285:9, 285:16, 286:19, 286:25, 292:11, 297:5, 317:9, 319:12, 320:4, 333:23
**migrant** [5] - 166:22, 167:1, 204:4, 253:19, 254:16
**migrants** [14] - 58:7, 58:9, 178:17, 202:10, 202:15, 229:2, 239:13, 240:6, 244:12, 245:17, 331:1, 331:8, 331:22, 334:13
**migrate** [1] - 276:3
**migrated** [1] - 315:24
**migrating** [1] - 69:7
**Migration** [7] - 202:23, 206:25, 208:4, 208:23, 212:24, 213:6, 213:12
**migration** [82] - 9:21, 10:7, 11:14, 11:16, 11:18, 12:9, 12:12, 18:3, 33:24, 38:19, 45:7, 46:3, 46:8, 46:20, 55:9, 56:7, 58:1, 58:24, 60:2, 85:18, 88:9, 88:22, 130:16, 131:9, 131:12, 133:8, 134:13, 147:2, 147:24, 148:4, 148:14, 149:13, 184:13, 192:17, 193:4, 193:6, 195:6, 195:7, 195:11, 195:23, 196:4, 196:9, 196:17, 197:5, 197:16, 197:24, 198:15, 199:1, 199:8, 200:14, 201:15, 201:19, 202:2, 202:9, 202:13, 202:20, 203:1, 203:10, 203:17,

203:24, 207:5, 208:7, 208:21, 209:2, 209:20, 210:4, 210:21, 216:16, 216:17, 219:3, 223:3, 223:5, 223:6, 223:21, 254:19, 267:19, 268:6, 274:12, 316:4, 316:7
**migratory** [1] - 330:21
**miles** [1] - 254:3
**Military** [1] - 192:21
**military** [4] - 192:21, 214:25, 215:8, 215:16
**Miller** [4] - 3:7, 344:16, 344:20, 344:21
**million** [4] - 121:25, 174:8, 284:21, 330:24
**millions** [2] - 85:18
**mind** [8] - 91:4, 91:5, 130:8, 137:1, 144:22, 184:10, 186:19, 336:4
**mindful** [2] - 52:16, 281:8
**minds** [1] - 120:3
**minimal** [2] - 23:4
**minimis** [2] - 226:16, 234:5
**minimize** [1] - 331:6
**minimizes** [1] - 10:6
**minimum** [4] - 56:10, 56:14, 56:21, 57:12
**Mining** [1] - 291:6
**minus** [1] - 133:20
**minute** [6] - 10:24, 72:7, 78:24, 104:11, 118:23, 201:20
**minutes** [4] - 88:23, 147:9, 155:7, 224:9
**mischaracterizing** [1] - 269:17
**miscommunication** [1] - 186:17
**misses** [1] - 219:24
**missing** [3] - 96:10, 232:13, 340:12
**misspoke** [2] - 121:18, 237:9
**misstate** [1] - 263:21
**mistaken** [1] - 182:15
**misunderstanding** [1] - 185:25
**misunderstood** [2] - 36:24, 38:11
**mix** [1] - 137:7
**mixed** [5] - 299:5, 299:6, 299:24, 303:8, 304:2
**model** [2] - 37:17, 37:20
**mom** [1] - 231:9
**monetary** [2] - 225:2, 341:10
**money** [33] - 105:6, 116:3, 116:6, 122:24, 124:15, 126:10, 127:12, 128:23, 128:24, 129:6, 129:7, 129:8, 129:22, 133:18, 136:4, 137:13, 138:21, 139:2, 139:4, 140:11, 166:24, 179:15, 184:16, 249:4, 249:21, 259:5, 259:6, 266:6, 266:10, 268:11, 269:19, 284:2, 341:13
**moneymaker** [1] - 122:25
**Monika** [1] - 3:2
**monitor** [1] - 106:15
**monitors** [1] - 80:12
**monopolize** [1] - 301:8
**month** [20] - 61:2, 61:22, 107:8, 130:2, 130:25, 131:23, 132:15, 245:8, 247:7, 253:10, 256:14, 272:2, 302:5, 306:10,

307:4, 307:20, 307:23, 307:24, 308:3
**monthly** [2] - 131:12, 302:5
**months** [9] - 40:17, 61:23, 136:9, 241:2, 246:12, 253:10, 256:13, 260:24, 276:17
**months'** [1] - 135:10
**moot** [3] - 135:23, 175:2, 253:5
**mootness** [7] - 135:6, 135:21, 135:25, 136:12, 136:15, 240:22, 253:6
**more** [105] - 10:11, 10:25, 11:14, 16:21, 17:14, 20:12, 21:15, 21:18, 22:23, 23:21, 33:2, 39:20, 41:9, 48:2, 51:21, 51:22, 58:1, 60:2, 67:8, 68:3, 76:2, 76:4, 77:24, 78:12, 83:6, 89:20, 91:18, 92:12, 97:1, 97:8, 100:5, 100:10, 112:17, 112:19, 114:20, 114:23, 115:12, 116:1, 116:10, 117:9, 118:1, 120:1, 121:17, 122:1, 123:8, 123:9, 125:6, 127:12, 127:25, 128:23, 129:6, 129:22, 130:12, 133:6, 137:12, 137:13, 140:11, 140:12, 143:19, 159:2, 162:4, 179:15, 184:16, 186:18, 186:19, 198:4, 200:10, 206:21, 208:3, 209:24, 210:1, 212:11, 215:20, 225:2, 227:12, 227:13, 230:16, 235:7, 239:18, 246:24, 247:23, 249:23, 249:25, 250:8, 273:24, 275:13, 275:18, 281:17, 281:19, 281:22, 281:23, 282:1, 284:14, 284:15, 285:9, 298:10, 307:19, 308:2, 333:24
**morning** [4] - 5:10, 102:2, 104:10, 234:18
**Mort** [2] - 206:19, 207:25
**most** [13] - 10:15, 10:16, 32:20, 65:5, 65:12, 71:8, 120:9, 120:16, 179:10, 180:5, 203:12, 229:17, 330:22
**mostly** [1] - 210:10
**mother** [2] - 230:4, 233:24
**motion** [13] - 80:24, 85:12, 125:15, 125:17, 148:20, 149:4, 242:23, 251:25, 254:22, 255:23, 259:15, 267:6, 277:3
**motivated** [1] - 50:20
**motivating** [1] - 188:1
**motivation** [1] - 109:6
**Motor** [1] - 121:11
**mouth** [1] - 204:17
**mouthful** [1] - 153:15
**move** [15] - 8:2, 8:5, 9:10, 22:20, 47:23, 68:21, 126:4, 140:2, 145:17, 158:1, 159:2, 163:10, 197:19, 198:21, 298:21
**moved** [3] - 141:14, 269:12, 296:3
**movement** [1] - 67:25
**movements** [1] - 275:15
**moving** [7] - 11:6, 59:3, 70:6, 123:12, 162:12, 306:14, 344:5
**MPP** [43] - 53:19, 63:15, 63:22, 105:9, 191:7, 255:21, 285:13, 285:17, 285:18, 285:21, 285:24, 289:6, 290:24, 291:2, 291:16, 291:20,

291:23, 291:24, 292:4, 292:12,
292:13, 293:3, 293:6, 293:22, 294:7,
294:16, 295:12, 300:16, 301:14,
301:20, 303:16, 321:12, 321:23,
322:4, 326:9, 327:18, 327:20, 328:11,
329:9, 337:22, 338:1, 338:15, 340:15

**MR** [350] - 5:5, 5:8, 5:10, 6:19, 6:23, 7:8,
10:15, 10:20, 10:23, 11:11, 12:11,
12:16, 13:5, 13:18, 13:22, 13:25,
18:24, 22:25, 24:14, 24:20, 24:24,
25:7, 26:23, 27:11, 27:17, 28:9, 28:13,
28:21, 29:11, 30:10, 30:13, 30:23,
30:25, 31:8, 32:7, 32:11, 34:7, 35:1,
35:6, 35:13, 35:21, 35:25, 36:7, 36:12,
36:22, 37:3, 37:7, 37:19, 37:25, 38:5,
38:13, 39:13, 39:23, 40:8, 45:4, 46:24,
47:1, 47:8, 47:20, 48:5, 48:10, 48:18,
48:23, 49:8, 49:15, 50:19, 50:23, 51:7,
51:19, 51:25, 52:22, 53:1, 53:13, 54:8,
54:21, 56:13, 56:20, 56:25, 57:2,
57:11, 57:16, 57:22, 60:19, 60:23,
61:4, 61:7, 61:14, 61:25, 62:3, 62:19,
63:8, 63:14, 64:8, 64:13, 64:25, 65:4,
67:2, 67:14, 68:8, 68:10, 68:14, 68:18,
70:9, 70:17, 71:14, 71:17, 72:3, 72:7,
72:13, 73:6, 73:11, 73:15, 74:1, 74:6,
74:21, 74:25, 75:18, 75:22, 76:9,
76:17, 76:20, 77:25, 78:4, 78:13,
78:16, 129:24, 130:5, 130:14, 130:21,
131:15, 131:20, 132:5, 132:8, 132:19,
132:22, 133:3, 133:9, 133:22, 134:2,
134:8, 134:14, 134:17, 135:9, 135:17,
136:6, 136:11, 197:22, 198:2, 198:11,
198:16, 199:3, 199:17, 200:1, 200:19,
236:5, 236:11, 239:8, 239:19, 240:11,
240:14, 240:20, 241:9, 241:13,
241:22, 243:2, 243:8, 243:12, 243:17,
244:9, 244:19, 245:4, 246:3, 246:6,
246:11, 246:14, 246:22, 246:25,
247:3, 247:21, 248:3, 248:8, 248:15,
248:23, 249:6, 249:12, 249:14,
249:19, 249:22, 250:2, 250:5, 250:10,
250:16, 250:22, 252:4, 252:13,
252:25, 253:25, 254:10, 255:3, 255:8,
255:15, 256:11, 256:20, 257:14,
258:6, 258:20, 259:6, 259:10, 259:25,
260:15, 260:22, 263:13, 263:22,
263:24, 264:6, 264:11, 264:22, 266:1,
268:21, 269:9, 269:20, 269:22,
269:25, 271:22, 272:1, 272:7, 273:4,
274:2, 274:25, 275:12, 276:13, 277:1,
277:9, 278:4, 278:18, 278:24, 279:2,
283:18, 284:5, 284:10, 284:14,
284:16, 287:22, 288:8, 289:9, 290:11,
290:20, 290:23, 291:25, 293:2, 294:7,
295:15, 295:18, 295:24, 296:5,
296:20, 297:1, 297:15, 298:5, 298:24,
299:3, 299:6, 299:8, 300:15, 301:7,
301:12, 302:23, 303:14, 303:21,
303:23, 304:1, 304:17, 304:21,
304:24, 305:14, 305:20, 305:23,

306:16, 306:22, 307:1, 307:6, 307:10,
308:7, 308:20, 308:24, 309:7, 309:12,
309:15, 309:21, 309:23, 310:3,
310:18, 310:23, 311:1, 311:11,
311:21, 312:4, 312:8, 313:1, 314:1,
315:13, 316:24, 317:12, 318:10,
318:15, 318:22, 320:7, 320:19, 321:1,
321:5, 321:9, 321:11, 324:13, 324:16,
325:4, 325:8, 325:16, 326:6, 326:16,
326:22, 328:11, 329:2, 329:4, 329:8,
329:19, 329:24, 330:7, 330:9, 332:13,
332:16, 332:19, 333:1, 333:4, 333:8,
334:18, 335:6, 335:9, 336:5, 336:9,
336:13, 337:3, 337:19, 338:10,
338:23, 339:6, 339:11, 340:11,
340:23, 341:21, 343:16

**mr** [4] - 1:20, 2:3, 45:12, 257:23

**Mr** [68] - 1:20, 2:2, 2:2, 2:8, 2:21, 4:3,
5:4, 87:15, 88:21, 94:18, 102:2,
102:15, 115:2, 121:18, 122:14,
132:23, 137:11, 139:8, 141:10,
143:19, 157:13, 162:24, 164:3,
171:12, 172:18, 182:15, 182:22,
185:7, 194:10, 202:3, 202:9, 202:12,
202:24, 204:7, 204:9, 204:17, 206:23,
207:19, 207:25, 208:10, 208:15,
208:17, 208:24, 213:4, 213:9, 232:7,
232:10, 233:12, 235:23, 236:4, 251:4,
253:17, 259:9, 263:21, 271:1, 280:22,
281:5, 283:15, 286:9, 286:14, 286:21,
287:17, 297:11, 311:7, 329:23

**ms** [6] - 2:9, 2:15, 2:15, 2:16, 2:21, 3:7

**MS** [266] - 72:11, 78:22, 79:3, 79:6,
79:10, 79:16, 79:20, 79:24, 80:11,
86:20, 86:22, 87:1, 87:4, 87:9, 87:13,
88:8, 88:15, 88:16, 88:18, 88:25, 89:3,
89:14, 91:8, 91:11, 91:14, 91:17, 93:1,
93:4, 93:13, 93:18, 93:25, 95:2, 95:7,
95:13, 96:20, 97:6, 97:13, 97:16,
97:20, 98:12, 98:19, 99:2, 99:8, 99:15,
100:1, 100:4, 101:18, 101:20, 102:12,
103:8, 103:11, 103:14, 103:23,
103:25, 104:6, 105:11, 105:16,
105:23, 106:16, 106:23, 107:1,
107:10, 108:7, 108:25, 109:3, 109:14,
109:24, 110:7, 111:16, 111:23, 113:3,
113:9, 113:11, 113:18, 113:21, 114:2,
114:11, 114:14, 114:16, 114:23,
119:5, 119:8, 119:12, 119:15, 119:20,
119:22, 120:8, 120:14, 125:6, 125:9,
126:24, 127:2, 127:18, 127:21,
128:18, 128:21, 129:1, 129:4, 129:16,
129:20, 130:20, 136:21, 137:1,
137:18, 138:11, 138:22, 139:6,
139:12, 139:14, 139:24, 140:2,
140:18, 141:15, 141:18, 142:15,
143:12, 144:8, 144:25, 145:6, 146:6,
146:16, 147:16, 148:18, 149:1,
149:10, 150:1, 150:4, 150:8, 153:18,
155:17, 156:2, 166:12, 166:16,
166:21, 167:2, 167:8, 167:12, 167:21,

167:24, 168:7, 168:9, 168:13, 168:18,
169:2, 169:8, 169:16, 169:25, 170:3,
170:9, 170:14, 170:19, 170:24, 171:5,
171:14, 171:20, 171:23, 172:1, 172:5,
172:18, 172:24, 173:1, 173:8, 173:15,
173:19, 174:6, 174:14, 174:21,
175:10, 176:9, 176:17, 176:20,
176:25, 177:2, 177:8, 178:9, 178:13,
178:18, 179:18, 179:21, 179:25,
180:9, 180:24, 181:2, 181:6, 181:23,
182:5, 182:14, 182:20, 183:4, 183:17,
184:17, 184:23, 185:2, 185:5, 185:24,
186:21, 186:24, 189:6, 189:8, 189:11,
189:21, 190:5, 190:7, 190:21, 195:12,
195:18, 195:24, 196:11, 196:20,
197:1, 197:6, 197:9, 197:15, 201:4,
204:25, 209:6, 211:13, 217:18,
217:20, 224:4, 224:7, 224:14, 224:18,
225:13, 225:17, 225:20, 225:22,
226:2, 226:8, 226:12, 226:18, 236:17,
237:15, 238:6, 238:11, 238:18,
264:25, 265:3, 265:6, 265:11, 266:12,
266:14, 266:17, 266:25, 267:11,
267:16, 267:23, 268:5, 268:14,
270:16, 270:22, 271:7, 271:16,
280:11, 280:19, 280:22, 281:3, 282:7,
282:11, 282:15, 282:20, 282:25,
283:4, 283:11, 286:2, 286:5

**Ms** [28] - 2:14, 3:2, 4:5, 4:5, 4:6, 72:9,
88:8, 88:18, 117:6, 121:10, 122:1,
122:8, 122:13, 123:18, 124:18,
147:19, 177:5, 178:5, 185:3, 196:6,
219:17, 219:19, 219:20, 223:25,
229:8, 230:9, 232:23

**much** [24] - 23:21, 40:12, 41:1, 41:9,
45:22, 70:24, 83:16, 87:24, 97:1, 97:7,
102:10, 108:9, 115:24, 119:1, 136:4,
159:13, 225:4, 235:7, 243:24, 278:1,
341:3, 344:12

**multiple** [18] - 5:22, 21:25, 25:23,
157:12, 186:13, 191:18, 195:2,
197:16, 210:25, 212:22, 215:22,
216:14, 221:20, 237:19, 299:17,
313:4, 322:6, 330:17

**multiply** [1] - 248:9

**multitude** [1] - 176:3

**murky** [1] - 183:23

**mushy** [2] - 115:13, 116:16

**must** [27] - 20:4, 23:13, 42:10, 43:7,
57:8, 65:10, 65:13, 67:18, 84:21,
126:10, 161:2, 161:6, 161:7, 194:4,
206:1, 206:5, 232:6, 236:14, 242:24,
277:16, 281:8, 300:21, 328:4, 328:6,
329:10, 329:11

**my** [56] - 25:4, 38:13, 47:22, 66:17,
66:18, 66:23, 72:17, 74:9, 83:13, 87:3,
87:10, 92:8, 94:13, 94:20, 96:18,
104:1, 106:15, 110:23, 111:19,
111:20, 111:24, 117:6, 129:5, 130:4,
130:8, 131:7, 131:9, 134:20, 137:2,

140:19, 140:21, 142:11, 143:11, 144:25, 147:19, 150:5, 153:12, 170:24, 178:9, 180:6, 180:10, 184:10, 223:25, 228:9, 229:7, 232:6, 235:9, 236:21, 238:9, 257:1, 257:11, 282:15, 297:9, 299:7, 336:4
**myself** [2] - 127:19, 145:25

---

**N**

**N** [1] - 5:1
**nail** [1] - 135:13
**name** [1] - 329:7
**names** [1] - 95:8
**Nan** [3] - 231:23, 232:3, 232:5
**narrow** [9] - 11:2, 15:15, 16:2, 17:2, 17:14, 19:9, 22:11, 309:19
**narrowed** [6] - 15:23, 17:12, 213:4, 310:9, 310:10, 310:12
**narrowing** [2] - 15:15, 213:10
**narrowly** [5] - 15:25, 16:21, 17:2, 65:20, 145:25
**nation** [1] - 192:23
**nation's** [1] - 205:22
**National** [2] - 208:2, 291:5
**national** [7] - 9:22, 57:25, 160:12, 160:18, 186:10, 192:8, 223:3
**nationalities** [2] - 108:19, 144:13
**nationality** [3] - 110:2, 161:13, 186:9
**nationals** [25] - 12:19, 34:11, 46:10, 46:15, 58:1, 72:23, 73:1, 76:3, 77:8, 148:6, 149:8, 165:16, 203:3, 207:11, 209:6, 209:8, 209:11, 210:12, 210:13, 212:23, 227:11, 261:19, 262:2, 262:22
**nationwide** [17] - 12:21, 66:7, 67:16, 68:4, 69:13, 69:21, 141:21, 142:12, 142:21, 143:21, 145:7, 145:12, 145:15, 145:22, 149:6, 238:1, 332:5
**native** [1] - 231:20
**natural** [6] - 6:12, 6:17, 15:3, 24:9, 185:16, 343:11
**naturalization** [2] - 67:5, 67:6
**nature** [6] - 22:2, 39:25, 144:18, 162:6, 205:20, 276:2
**NC** [1] - 319:22
**near** [2] - 279:4, 330:15
**nearly** [2] - 165:8, 223:15
**Nebraska** [1] - 275:7
**necessarily** [22] - 14:12, 29:5, 62:19, 64:8, 68:24, 69:7, 70:20, 171:16, 228:4, 228:5, 228:6, 250:6, 284:6, 289:18, 290:9, 292:19, 292:25, 295:4, 297:21, 307:21, 307:23, 343:5
**necessary** [8] - 18:1, 20:11, 66:3, 69:14, 142:23, 143:16, 159:22, 206:17
**need** [55] - 7:16, 7:21, 10:22, 16:1, 37:14, 57:4, 67:16, 78:20, 78:22, 82:9, 82:12, 89:10, 114:7, 117:11, 118:25, 121:2, 136:23, 148:25, 167:10, 167:15, 168:16, 168:24, 169:14,

170:7, 172:16, 172:21, 177:25, 178:8, 180:22, 189:19, 193:5, 195:23, 196:10, 196:18, 197:25, 198:6, 198:14, 221:23, 224:2, 224:6, 225:22, 227:18, 235:7, 241:9, 242:5, 272:5, 287:13, 297:25, 311:5, 311:6, 320:3, 322:17, 332:6, 343:24
**needed** [5] - 97:1, 114:19, 208:12, 233:14, 331:3
**needing** [1] - 5:7
**needs** [23] - 14:24, 14:25, 15:7, 15:8, 36:13, 82:10, 115:21, 116:12, 141:11, 169:4, 174:21, 187:18, 195:19, 217:3, 223:8, 227:15, 232:24, 233:1, 233:13, 297:2, 297:21, 299:21, 309:1
**negative** [4] - 86:8, 314:16, 314:19, 336:24
**negotiate** [2] - 209:19, 320:1
**negotiation** [1] - 101:1
**negotiations** [26] - 33:23, 34:13, 35:15, 36:13, 38:17, 45:23, 46:8, 46:9, 46:12, 46:13, 49:3, 55:19, 100:8, 100:9, 100:10, 100:19, 202:1, 206:16, 207:4, 208:20, 267:25, 268:16, 269:12, 312:22, 313:18, 314:10
**neighboring** [1] - 209:3
**neither** [1] - 92:18
**nerdy** [1] - 127:19
**net** [17] - 118:16, 118:24, 133:8, 134:13, 147:1, 240:8, 240:9, 242:13, 249:5, 252:18, 258:3, 267:19, 268:6, 268:13, 268:15, 334:13, 337:13
**Neto** [3] - 18:15, 208:17, 251:4
**Neto's** [1] - 253:17
**Network** [1] - 106:18
**networks** [1] - 204:5
**never** [15] - 85:15, 85:19, 94:2, 98:20, 141:8, 151:15, 151:17, 163:1, 221:14, 222:11, 223:12, 223:15, 233:20, 283:10, 338:11
**nevertheless** [3] - 194:25, 210:24, 331:2
**new** [30] - 27:25, 28:5, 30:18, 81:18, 81:23, 82:11, 121:21, 123:16, 124:15, 124:16, 124:24, 126:19, 138:3, 140:19, 153:5, 158:8, 261:12, 261:16, 262:23, 262:25, 276:11, 284:20, 290:18, 293:8, 293:11, 293:23, 294:12, 316:2, 322:20
**New** [5] - 104:19, 104:21, 105:1, 143:6, 282:7
**newcomers** [2] - 223:7, 232:20
**newly** [2] - 124:2, 124:3
**news** [5] - 91:17, 119:8, 125:3, 229:20, 230:8
**next** [14] - 8:2, 8:5, 26:1, 31:8, 53:17, 54:22, 86:25, 93:1, 93:19, 253:10, 256:14, 333:16, 334:21, 334:25
**nexus** [3] - 183:22, 185:17, 196:7
**NGOs** [2] - 330:25, 331:7

**Nicaragua** [12] - 14:25, 33:5, 75:18, 75:23, 126:14, 160:13, 168:19, 169:24, 171:3, 179:14, 180:19, 208:22
**Nicaraguan** [1] - 262:21
**Nicaraguans** [2] - 77:3, 170:20
**nice** [1] - 86:15
**Nicolás** [2] - 72:23, 72:25
**Ninth** [4] - 251:16, 313:6, 314:1, 314:2
**No** [3] - 136:21, 324:15
**NO** [1] - 1:3
**no** [183] - 5:8, 5:11, 7:8, 16:5, 22:18, 26:23, 36:20, 38:9, 39:15, 40:1, 40:3, 41:3, 42:1, 46:16, 46:17, 49:21, 51:7, 52:5, 52:18, 56:11, 59:5, 59:7, 59:13, 61:2, 62:2, 63:8, 66:2, 68:20, 69:4, 69:10, 70:9, 72:11, 82:19, 85:23, 85:24, 86:2, 86:5, 86:9, 86:22, 86:24, 90:19, 91:11, 93:10, 94:7, 98:2, 98:6, 98:24, 109:16, 113:5, 113:12, 119:9, 123:15, 124:1, 125:23, 132:10, 133:4, 133:23, 134:2, 134:25, 135:1, 137:1, 140:25, 141:8, 141:15, 141:25, 143:12, 155:18, 156:2, 156:16, 156:23, 161:22, 163:24, 166:9, 167:8, 168:15, 169:16, 170:11, 170:19, 172:1, 172:18, 173:15, 174:8, 174:14, 176:18, 176:20, 176:25, 177:2, 177:3, 181:11, 181:13, 182:2, 182:4, 182:7, 183:10, 186:16, 186:18, 188:23, 189:7, 189:8, 194:24, 195:22, 195:24, 196:7, 196:14, 196:15, 197:10, 200:17, 200:21, 201:16, 205:19, 210:2, 210:16, 220:17, 226:5, 227:10, 227:18, 231:7, 235:18, 240:3, 240:6, 243:5, 244:9, 244:13, 247:17, 250:2, 250:10, 251:19, 253:7, 253:9, 253:12, 256:20, 257:5, 258:21, 269:6, 271:7, 271:22, 272:20, 273:1, 274:8, 276:7, 277:18, 281:3, 283:12, 287:14, 290:20, 295:15, 296:20, 297:16, 297:17, 297:19, 298:16, 309:9, 310:15, 311:10, 314:16, 316:15, 318:22, 319:3, 320:16, 323:11, 325:13, 328:11, 329:13, 332:23, 335:18, 336:7, 339:3, 342:21, 343:7, 343:20
**nobody** [4] - 51:1, 92:3, 121:4, 176:11
**nominal** [1] - 336:20, 336:25, 337:14
**non** [1] - 239:25
**non-removal** [1] - 239:25
**noncitizen** [6] - 20:5, 23:14, 23:23, 116:11, 128:2, 128:3
**noncitizens** [17] - 5:16, 86:8, 105:4, 105:5, 110:25, 116:23, 125:19, 125:23, 126:11, 126:13, 127:25, 165:4, 218:11, 285:15, 292:6, 292:25, 300:3
**none** [1] - 200:24
**nonenforcement** [1] - 280:3
**nongovernmental** [1] - 207:8

**nonimmigrants** [1] - 112:6
**nonreviewability** [1] - 339:23
**noon** [1] - 79:12
**nope** [1] - 119:20
**nor** [3] - 92:18, 273:16, 276:23
**norm** [3] - 342:16, 343:1
**normal** [2] - 47:16, 116:8
**normally** [2] - 254:21, 325:25
**North** [4] - 145:16, 145:17, 228:23, 342:6
**Northern** [2] - 190:13, 251:12
**northern** [1] - 207:8
**not** [553] - 8:13, 12:21, 12:24, 14:11, 16:17, 20:19, 21:14, 21:19, 22:13, 23:16, 25:16, 26:18, 26:21, 26:23, 27:14, 27:21, 28:2, 30:10, 30:14, 31:4, 31:16, 33:3, 34:21, 34:23, 35:18, 36:23, 37:1, 37:2, 37:5, 37:6, 37:18, 38:9, 38:23, 38:24, 39:8, 39:23, 40:9, 42:18, 43:13, 43:20, 43:23, 45:2, 45:6, 45:21, 46:14, 47:5, 47:15, 47:25, 48:15, 48:20, 50:19, 51:2, 53:18, 54:5, 54:7, 56:23, 57:4, 57:8, 58:15, 59:8, 62:12, 62:19, 63:7, 63:12, 64:8, 65:17, 66:7, 67:12, 68:19, 69:12, 69:15, 69:23, 70:23, 71:1, 73:4, 75:16, 76:1, 77:8, 77:17, 78:14, 79:7, 79:14, 79:18, 80:9, 81:11, 81:12, 81:18, 82:2, 82:18, 83:4, 83:7, 84:1, 84:13, 85:10, 85:20, 87:7, 87:20, 88:6, 89:13, 90:6, 90:25, 91:7, 91:20, 91:22, 92:4, 92:5, 92:17, 93:8, 93:10, 93:16, 94:5, 96:9, 96:13, 97:21, 98:6, 98:16, 99:22, 100:2, 100:11, 100:25, 101:13, 101:20, 101:25, 102:8, 103:3, 104:2, 104:15, 104:17, 106:3, 106:18, 106:23, 106:24, 107:4, 107:19, 109:3, 109:11, 109:17, 110:2, 110:5, 110:24, 111:10, 112:3, 112:15, 113:5, 113:8, 114:10, 114:17, 115:17, 115:18, 116:7, 117:3, 117:24, 118:24, 119:23, 121:21, 122:22, 122:24, 123:2, 123:6, 123:10, 124:3, 124:10, 124:14, 125:23, 126:12, 126:15, 127:15, 128:5, 128:17, 128:22, 129:6, 129:11, 131:1, 131:6, 131:8, 131:18, 132:16, 132:22, 132:23, 133:1, 133:14, 134:24, 135:4, 135:5, 135:12, 135:24, 137:2, 137:3, 137:11, 137:17, 138:3, 138:8, 141:4, 141:5, 141:7, 141:16, 141:23, 143:12, 143:14, 144:19, 145:20, 147:22, 148:1, 150:5, 150:25, 151:10, 151:12, 152:4, 152:11, 154:8, 156:2, 158:14, 160:24, 162:2, 162:22, 164:1, 164:2, 165:6, 165:18, 165:20, 165:21, 169:13, 170:9, 170:22, 171:8, 172:11, 172:12, 173:13, 174:10, 174:11, 174:14, 175:5, 177:5, 178:6, 179:14, 179:25, 180:12, 180:14, 180:23, 180:24, 180:25, 181:4, 181:9, 181:14, 181:16, 182:11, 183:18, 184:11, 184:24, 185:6, 186:15, 186:16, 187:24, 188:19, 189:1, 189:4, 189:6, 189:15, 190:11, 190:20, 191:17, 192:3, 194:2, 194:5, 194:8, 195:13, 198:24, 199:4, 199:6, 199:23, 200:2, 200:16, 200:19, 200:25, 204:9, 204:13, 204:20, 206:17, 210:18, 212:23, 213:8, 216:8, 217:2, 218:5, 218:7, 218:15, 218:17, 218:25, 220:7, 220:9, 220:15, 221:10, 222:8, 222:24, 224:20, 225:13, 225:15, 226:1, 226:2, 226:22, 227:4, 228:3, 228:4, 228:25, 230:25, 231:14, 233:11, 233:17, 234:4, 234:7, 234:20, 234:25, 235:1, 236:2, 236:6, 236:8, 236:12, 236:13, 237:20, 238:1, 238:7, 238:11, 238:14, 240:24, 241:3, 241:25, 242:5, 242:22, 243:3, 243:12, 244:13, 244:14, 244:18, 244:24, 245:6, 245:9, 245:11, 246:14, 246:22, 246:25, 247:15, 247:19, 248:24, 248:25, 249:8, 249:21, 249:24, 250:4, 250:25, 251:1, 251:24, 252:14, 253:13, 254:13, 254:14, 254:18, 255:8, 256:15, 257:3, 257:6, 257:11, 257:12, 258:20, 258:24, 259:14, 261:12, 263:4, 265:12, 265:14, 265:17, 267:9, 268:9, 268:12, 269:13, 270:8, 271:2, 271:8, 272:12, 272:18, 272:21, 273:15, 273:20, 274:17, 274:21, 274:23, 275:3, 275:5, 275:20, 276:1, 276:15, 276:17, 276:18, 276:21, 276:22, 277:1, 277:13, 277:17, 277:23, 280:3, 280:8, 280:12, 281:21, 282:21, 282:23, 282:25, 283:7, 283:12, 284:13, 284:23, 286:10, 286:14, 286:17, 287:7, 287:11, 287:12, 287:13, 287:15, 287:20, 288:14, 289:21, 290:1, 290:8, 291:11, 291:14, 291:22, 292:1, 292:22, 293:8, 293:10, 293:17, 293:22, 293:24, 294:3, 294:5, 295:1, 295:6, 295:15, 295:22, 296:14, 296:22, 296:24, 297:1, 298:8, 298:13, 298:23, 299:1, 299:9, 300:10, 300:17, 300:24, 301:1, 301:3, 301:16, 302:6, 303:7, 303:9, 303:15, 303:17, 303:20, 303:21, 305:18, 305:23, 306:2, 306:20, 307:10, 307:20, 308:6, 309:3, 310:8, 310:20, 311:3, 311:4, 311:15, 311:18, 311:21, 311:25, 312:24, 313:13, 313:14, 315:11, 315:21, 317:9, 318:4, 318:18, 318:20, 319:23, 320:7, 321:21, 321:22, 322:4, 323:3, 323:4, 323:15, 323:17, 323:20, 324:13, 325:12, 327:16, 328:2, 329:8, 333:14, 333:16, 335:20, 336:11, 336:18, 336:22, 337:4, 337:8, 338:13, 339:16, 339:17, 339:19, 339:22, 339:25, 340:2, 340:6, 340:7, 340:8, 340:12, 340:16, 340:21, 341:3, 341:12, 341:16, 341:21, 342:12, 342:15, 342:21, 343:9, 343:10, 343:12
**note** [12] - 38:1, 47:1, 47:9, 65:14, 72:20, 238:19, 261:5, 294:7, 307:11, 314:14, 317:15, 317:17
**noted** [10] - 9:20, 13:8, 17:20, 24:4, 42:25, 45:16, 58:9, 60:13, 69:20, 205:25
**notes** [7] - 17:17, 33:7, 96:17, 140:19, 140:21, 203:23, 274:10
**nother** [1] - 140:24
**nothing** [33] - 8:24, 12:1, 24:25, 25:20, 41:24, 42:3, 42:19, 42:21, 44:3, 47:3, 49:20, 63:24, 67:6, 78:17, 141:11, 141:20, 141:21, 141:22, 142:1, 143:20, 152:9, 162:5, 163:18, 199:18, 206:8, 222:8, 236:1, 244:4, 276:8, 298:15, 311:11, 311:13, 314:25
**notice** [56] - 43:16, 43:19, 44:5, 44:8, 44:9, 44:25, 45:10, 54:23, 54:25, 56:2, 56:5, 57:24, 60:22, 60:23, 61:3, 61:11, 61:24, 62:7, 62:10, 62:17, 63:5, 63:8, 63:13, 64:1, 64:6, 64:11, 64:13, 64:19, 64:22, 137:24, 148:15, 148:20, 148:23, 149:3, 185:14, 185:18, 243:20, 243:21, 261:2, 261:11, 299:15, 312:21, 314:11, 314:21, 315:11, 315:20, 316:10, 316:21, 317:8, 318:4, 323:11, 332:10, 332:16, 332:20, 332:23, 332:24
**notices** [20] - 163:4, 163:16, 167:25, 170:15, 194:23, 197:17, 226:15, 234:22, 236:25, 260:24, 261:1, 267:24, 299:12, 314:8, 315:4, 317:14, 317:16, 318:11, 330:18
**notion** [6] - 84:25, 90:7, 163:14, 188:8, 215:21, 270:18
**November** [1] - 214:13
**now** [87] - 6:2, 6:24, 7:18, 9:25, 28:22, 32:2, 33:3, 33:11, 35:7, 36:21, 37:6, 37:10, 40:12, 41:8, 78:17, 80:21, 83:8, 84:6, 85:1, 92:13, 93:22, 94:11, 102:14, 110:7, 116:14, 119:5, 120:1, 130:10, 131:13, 132:3, 132:15, 133:19, 134:1, 134:3, 134:5, 135:15, 135:22, 136:8, 138:13, 138:15, 146:8, 151:5, 153:4, 153:12, 155:7, 179:10, 204:6, 204:16, 209:23, 211:25, 214:10, 216:1, 217:2, 217:11, 223:25, 229:22, 230:9, 233:5, 247:6, 247:25, 248:1, 248:20, 251:16, 251:18, 253:10, 253:11, 266:20, 269:4, 271:6, 272:13, 279:9, 280:15, 281:23, 283:16, 283:20, 290:7, 301:14, 302:23, 315:20, 329:16, 332:11, 333:22, 335:16, 336:10, 340:3
**nowhere** [1] - 82:2
**null** [1] - 343:7
**nullified** [1] - 236:11
**nullifies** [2] - 236:9, 343:3

**Number** [6] - 65:7, 86:23, 91:19, 105:25, 158:8, 332:9
**number** [68] - 9:7, 9:16, 10:7, 11:11, 11:21, 13:8, 15:7, 25:10, 29:14, 39:25, 40:12, 41:1, 41:2, 52:12, 59:10, 60:3, 61:10, 61:17, 62:4, 64:22, 69:20, 73:23, 73:25, 75:24, 75:25, 76:2, 76:22, 77:11, 88:2, 91:18, 102:17, 105:25, 110:24, 112:14, 115:7, 133:15, 135:16, 137:25, 138:5, 154:5, 158:9, 158:11, 159:7, 165:14, 165:15, 173:22, 199:11, 242:13, 244:4, 244:5, 244:7, 244:15, 245:19, 248:22, 252:19, 254:5, 260:23, 262:21, 264:1, 264:13, 265:10, 268:13, 274:19, 276:3, 317:6, 319:9, 319:12, 331:18
**numbered** [1] - 286:24
**numbers** [82] - 11:22, 12:16, 12:20, 12:22, 13:2, 13:7, 13:14, 13:15, 13:20, 13:21, 14:6, 14:11, 19:5, 32:13, 34:10, 38:24, 40:14, 49:17, 51:10, 54:18, 68:14, 69:10, 69:15, 76:18, 79:9, 85:1, 87:19, 88:9, 88:11, 88:14, 88:19, 88:21, 125:1, 127:7, 132:14, 132:17, 133:17, 133:20, 135:11, 147:4, 148:19, 149:13, 155:16, 187:7, 200:9, 219:3, 219:5, 219:6, 219:22, 240:2, 243:18, 249:18, 253:3, 253:11, 253:15, 253:19, 254:12, 254:17, 256:13, 257:20, 257:21, 257:24, 258:4, 258:18, 260:19, 260:25, 262:6, 263:8, 264:18, 266:8, 268:15, 272:6, 274:12, 302:4, 303:4, 307:25, 320:10, 337:6
**numerical** [7] - 154:3, 155:19, 155:24, 164:7, 164:21, 165:10, 222:12
**numerically** [1] - 107:7
**numerous** [3] - 234:6, 234:15
**Nuñez** [4] - 208:15, 208:17, 251:4, 253:17
**Nuñez-Neto** [3] - 208:15, 208:17, 251:4
**Nuñez-Neto's** [1] - 253:17

## O

**O** [2] - 5:1, 86:16
**Oakland** [1] - 230:11
**Obama** [2] - 215:1, 237:11
**objection** [2] - 71:13, 293:20
**objections** [2] - 122:8, 172:9
**objectives** [1] - 47:17
**obligated** [1] - 226:22
**obligation** [3] - 294:1, 327:20, 327:21
**obligations** [7] - 43:21, 288:9, 288:12, 289:1, 289:19, 290:18, 295:23
**obscure** [1] - 237:6
**obtain** [6] - 18:14, 18:15, 49:17, 49:23, 55:19, 253:7
**obtained** [1] - 294:2
**obtaining** [1] - 49:17

**obviously** [24] - 61:8, 61:9, 67:15, 81:19, 95:14, 101:12, 104:18, 111:5, 121:16, 132:8, 177:5, 220:22, 229:15, 232:10, 236:6, 236:12, 238:15, 241:17, 246:6, 276:8, 296:13, 334:21, 339:3, 343:19
**occasions** [3] - 151:20, 237:19, 322:6
**occur** [3] - 272:12, 272:18, 313:10
**occurred** [1] - 159:8
**occurrence** [1] - 293:23
**occurring** [1] - 202:13
**occurs** [2] - 253:23, 265:16
**October** [7] - 95:15, 97:25, 241:3, 261:25, 279:15, 294:19, 294:22
**ODP** [1] - 209:10
**of** [1559] - 2:3, 2:9, 2:10, 3:2, 5:11, 5:20, 6:3, 6:16, 6:24, 7:10, 7:22, 8:11, 8:12, 8:14, 8:16, 8:19, 8:25, 9:7, 9:11, 9:13, 9:14, 9:15, 9:16, 9:17, 9:19, 9:23, 10:3, 10:7, 10:15, 11:6, 11:11, 11:16, 11:21, 12:4, 12:7, 12:10, 12:19, 12:21, 13:3, 13:8, 13:16, 14:2, 14:3, 14:10, 14:19, 14:23, 14:25, 15:7, 15:16, 15:20, 15:21, 16:7, 16:9, 16:10, 16:11, 16:13, 16:16, 16:20, 16:23, 17:8, 17:12, 17:15, 17:21, 18:2, 18:5, 18:8, 18:9, 18:11, 18:21, 18:25, 19:3, 19:6, 19:9, 19:12, 20:19, 20:20, 20:22, 20:23, 21:3, 21:7, 21:10, 21:17, 21:20, 21:21, 22:2, 22:3, 22:6, 22:9, 22:14, 22:16, 22:24, 23:4, 23:7, 23:13, 23:15, 23:19, 24:1, 24:3, 24:8, 24:13, 24:16, 24:25, 25:1, 25:3, 25:5, 25:8, 25:10, 25:15, 25:21, 26:12, 27:1, 27:2, 27:5, 27:10, 27:19, 28:14, 28:18, 28:20, 28:24, 28:25, 29:2, 29:8, 29:11, 29:12, 29:14, 29:19, 29:20, 29:22, 30:6, 30:7, 30:8, 30:10, 30:12, 30:19, 30:21, 31:1, 31:5, 31:10, 31:11, 31:16, 31:18, 31:19, 33:6, 33:8, 33:10, 33:13, 33:18, 33:22, 34:22, 35:2, 35:3, 35:14, 36:3, 36:16, 36:18, 36:25, 37:21, 38:19, 38:22, 38:23, 39:5, 39:6, 39:7, 39:14, 39:20, 39:23, 39:24, 39:25, 40:12, 41:2, 41:7, 41:9, 41:12, 41:21, 42:1, 42:8, 42:10, 42:11, 43:1, 43:2, 43:6, 43:11, 43:12, 43:15, 43:25, 44:4, 44:14, 44:16, 45:16, 45:23, 46:3, 46:4, 46:6, 46:10, 46:14, 46:16, 46:22, 46:23, 47:19, 47:21, 48:21, 48:25, 49:18, 49:25, 50:15, 50:20, 51:1, 51:4, 51:11, 51:14, 51:16, 51:25, 52:2, 52:5, 52:6, 52:7, 52:12, 52:18, 52:20, 53:1, 53:2, 53:3, 53:6, 53:8, 53:10, 54:4, 55:3, 55:8, 55:9, 55:13, 55:15, 55:24, 56:2, 56:7, 56:10, 56:22, 56:24, 57:5, 57:18, 58:1, 58:5, 58:7, 58:12, 58:13, 58:17, 58:18, 58:20, 58:21, 59:7, 59:10, 59:12, 59:15, 59:19, 59:22, 59:23, 60:3, 60:5, 61:10, 61:11, 61:17,

62:4, 62:17, 62:25, 63:3, 63:6, 63:19, 64:15, 64:22, 65:4, 65:15, 65:16, 65:18, 66:7, 66:13, 66:17, 66:19, 66:25, 67:3, 67:5, 67:9, 67:10, 67:12, 67:17, 67:24, 68:20, 68:23, 68:25, 69:3, 69:5, 69:10, 69:20, 69:22, 69:25, 70:3, 70:4, 70:5, 70:6, 70:7, 70:8, 70:24, 71:11, 71:20, 71:22, 71:23, 72:4, 72:14, 72:19, 72:22, 72:24, 72:25, 73:24, 74:4, 74:7, 74:9, 74:15, 74:22, 75:3, 75:4, 75:13, 75:24, 75:25, 76:2, 76:3, 76:22, 77:2, 77:3, 77:4, 77:5, 77:7, 77:11, 77:15, 77:17, 78:10, 78:14, 80:3, 80:12, 80:14, 80:15, 80:16, 80:22, 81:5, 81:11, 81:18, 81:22, 82:1, 82:18, 82:25, 83:1, 83:3, 83:9, 83:10, 83:14, 83:15, 83:22, 83:24, 83:25, 84:2, 84:9, 84:10, 84:11, 84:15, 84:16, 84:19, 85:8, 85:18, 85:19, 86:7, 86:17, 86:23, 87:10, 87:21, 88:2, 88:10, 88:20, 88:21, 89:7, 89:9, 89:17, 89:21, 89:23, 89:24, 90:3, 90:4, 90:6, 90:12, 90:16, 90:17, 90:19, 90:22, 90:25, 91:21, 91:25, 92:1, 92:13, 92:19, 93:4, 93:8, 94:3, 94:8, 94:10, 94:13, 94:17, 94:21, 95:15, 95:18, 96:3, 96:10, 96:12, 96:22, 96:24, 97:3, 97:21, 98:17, 98:21, 99:4, 99:10, 99:18, 100:5, 100:15, 100:16, 100:17, 100:18, 101:7, 101:13, 102:18, 102:22, 103:4, 103:7, 103:21, 104:7, 104:8, 104:12, 104:17, 104:18, 105:2, 105:3, 105:17, 106:9, 106:13, 108:2, 108:18, 108:21, 108:22, 108:24, 109:1, 109:5, 109:7, 109:17, 110:1, 110:4, 110:9, 110:10, 110:11, 110:14, 110:24, 111:11, 112:2, 112:13, 112:14, 112:15, 112:16, 112:18, 112:22, 113:1, 113:7, 113:12, 113:24, 115:4, 115:7, 115:9, 115:12, 115:18, 115:21, 115:24, 116:2, 116:3, 116:4, 116:5, 116:6, 116:7, 116:17, 116:20, 116:21, 116:22, 116:23, 117:2, 117:4, 117:6, 117:9, 117:11, 117:18, 117:20, 117:21, 117:22, 118:6, 118:11, 118:15, 118:21, 119:1, 119:3, 119:17, 120:2, 121:2, 121:11, 122:12, 122:19, 122:20, 122:21, 122:25, 123:3, 123:5, 123:7, 123:8, 123:12, 123:21, 123:23, 123:24, 124:6, 124:8, 124:13, 124:16, 125:19, 125:23, 125:25, 126:3, 126:7, 126:12, 126:16, 126:18, 127:6, 127:13, 127:17, 128:2, 129:6, 129:18, 129:22, 129:23, 129:25, 130:8, 130:16, 131:3, 133:22, 134:5, 134:10, 135:11, 135:20, 135:23, 136:9, 136:13, 136:15, 136:18, 137:2, 137:21, 137:23, 137:24, 138:5, 138:14, 139:17, 139:22, 141:2, 141:3, 141:4, 141:6, 141:24, 142:16, 143:1, 143:4,

143:7, 143:15, 143:17, 143:22, 144:2,
144:18, 144:19, 145:2, 145:10,
145:14, 145:21, 146:1, 146:2, 146:3,
146:14, 146:17, 146:24, 146:25,
147:2, 147:5, 147:12, 147:25, 148:3,
148:4, 148:7, 148:15, 148:23, 149:3,
149:8, 149:11, 149:19, 149:20,
149:23, 150:5, 150:10, 150:14,
150:19, 150:21, 150:22, 150:23,
151:13, 152:4, 152:18, 152:23,
153:12, 154:5, 154:10, 154:16,
154:19, 154:24, 155:4, 155:15,
155:18, 155:20, 156:6, 156:11, 157:4,
157:6, 157:12, 157:14, 157:20,
157:22, 158:3, 158:7, 158:9, 158:11,
158:20, 158:24, 159:6, 159:15,
159:16, 159:18, 159:20, 160:1, 160:6,
160:11, 160:12, 160:21, 161:4, 161:5,
161:8, 161:11, 161:12, 161:14,
161:15, 161:16, 162:1, 162:6, 162:8,
162:17, 162:18, 163:3, 163:14, 164:5,
164:15, 165:3, 165:4, 165:5, 165:14,
165:15, 165:19, 165:21, 165:23,
165:24, 166:2, 166:8, 167:10, 167:14,
167:18, 167:25, 168:1, 168:2, 168:5,
169:8, 169:13, 169:17, 169:20, 170:4,
171:6, 171:9, 172:7, 173:15, 173:22,
174:7, 175:1, 175:8, 175:12, 175:13,
175:15, 175:19, 175:20, 176:3, 176:5,
176:22, 177:10, 177:14, 178:11,
179:6, 179:20, 180:4, 180:9, 180:18,
180:20, 180:23, 181:2, 181:4, 181:8,
181:10, 181:13, 181:19, 181:20,
181:24, 182:8, 182:10, 182:25, 183:3,
183:5, 183:9, 183:14, 183:20, 184:5,
184:9, 184:10, 184:12, 184:19,
184:25, 185:15, 185:20, 186:8,
186:10, 186:13, 186:18, 186:20,
187:6, 187:7, 187:8, 187:12, 187:21,
188:6, 188:8, 188:9, 188:10, 188:13,
188:16, 188:19, 189:2, 189:12,
189:13, 189:15, 190:1, 190:8, 190:13,
190:24, 191:4, 191:6, 191:9, 191:14,
191:16, 191:17, 192:7, 192:12,
192:16, 193:7, 193:12, 194:4, 194:14,
194:18, 194:19, 194:24, 195:6, 195:8,
195:14, 196:7, 196:8, 196:11, 196:16,
196:21, 196:22, 197:6, 197:13,
197:16, 197:23, 198:25, 199:1,
199:11, 199:14, 199:22, 200:3, 200:7,
200:9, 200:15, 200:21, 200:24, 201:5,
201:11, 201:14, 202:4, 202:14,
202:16, 202:23, 203:3, 203:4, 203:9,
203:10, 203:24, 204:13, 204:14,
204:25, 205:4, 205:10, 205:11,
205:14, 205:15, 205:16, 205:17,
205:19, 205:20, 206:2, 206:24, 207:2,
207:5, 207:7, 207:14, 207:23, 207:24,
208:5, 208:7, 208:15, 208:19, 208:25,
209:2, 209:16, 209:18, 209:23,
209:24, 209:25, 210:6, 210:8, 210:9,

210:11, 210:13, 210:18, 210:19,
210:21, 211:4, 211:5, 211:8, 211:21,
211:25, 212:1, 212:5, 212:6, 212:9,
212:18, 212:21, 212:23, 212:25,
213:3, 213:5, 213:7, 213:12, 214:3,
214:5, 214:16, 214:19, 214:25, 215:2,
215:5, 215:11, 215:12, 215:14,
215:16, 215:20, 215:21, 216:11,
216:22, 216:23, 217:8, 217:9, 217:13,
217:21, 218:3, 218:6, 218:11, 218:15,
218:19, 218:23, 219:3, 219:5, 219:13,
219:14, 219:16, 219:19, 219:20,
219:23, 220:1, 220:3, 220:16, 220:25,
221:8, 221:9, 221:11, 221:17, 221:25,
222:2, 222:5, 222:10, 222:14, 222:18,
223:1, 223:2, 223:6, 223:13, 223:17,
224:19, 224:20, 224:25, 225:7,
225:23, 226:10, 226:12, 226:19,
227:1, 227:3, 227:23, 228:17, 228:19,
228:21, 229:5, 229:10, 229:12,
229:15, 229:17, 229:22, 230:3, 230:9,
230:10, 230:15, 230:23, 231:17,
231:20, 231:22, 231:23, 232:2, 232:4,
232:5, 232:10, 232:11, 232:17,
232:23, 233:1, 233:3, 233:13, 233:14,
233:18, 234:1, 234:2, 234:8, 234:13,
235:3, 235:4, 235:10, 235:11, 235:17,
236:3, 237:1, 237:6, 237:13, 237:18,
238:2, 238:20, 238:21, 238:24, 239:3,
239:14, 239:15, 239:24, 240:7,
240:15, 240:22, 240:23, 240:25,
241:6, 241:10, 241:14, 241:21,
241:23, 241:25, 242:13, 242:21,
243:5, 243:13, 243:14, 243:20,
243:23, 244:4, 244:5, 244:7, 244:12,
244:14, 244:15, 244:16, 244:17,
244:22, 245:1, 245:6, 245:10, 245:17,
245:19, 245:20, 245:24, 246:6,
246:19, 246:22, 246:25, 247:12,
247:25, 248:6, 248:24, 248:25, 249:5,
249:11, 250:13, 250:20, 250:24,
251:1, 251:2, 251:3, 251:4, 251:6,
251:7, 251:9, 251:13, 251:22, 252:1,
252:19, 252:22, 253:1, 253:2, 253:7,
253:16, 253:22, 254:3, 254:5, 254:8,
254:12, 254:15, 254:24, 255:13,
255:16, 255:18, 255:20, 256:2,
257:17, 257:21, 257:22, 258:4, 258:8,
258:9, 258:22, 258:25, 259:1, 259:3,
259:7, 259:12, 259:16, 259:19,
259:21, 259:22, 259:23, 260:5, 260:8,
260:12, 260:14, 260:16, 260:23,
260:24, 261:6, 261:9, 261:12, 261:15,
261:17, 261:18, 261:21, 261:22,
262:1, 262:3, 262:4, 262:5, 262:6,
262:8, 262:9, 262:11, 262:14, 262:16,
262:20, 262:21, 262:22, 262:24,
263:1, 263:6, 263:18, 263:20, 264:1,
264:13, 264:20, 265:8, 265:13,
265:15, 265:16, 265:19, 265:22,
266:5, 266:18, 266:19, 267:20,

267:23, 267:24, 267:25, 268:1, 268:6,
268:23, 268:25, 269:3, 269:7, 269:8,
270:10, 270:12, 270:19, 271:5, 271:6,
271:8, 271:11, 271:19, 272:2, 273:1,
273:5, 273:8, 273:15, 274:4, 274:6,
274:8, 274:11, 274:12, 274:14,
274:15, 274:16, 274:18, 274:19,
274:23, 275:1, 275:16, 275:21, 276:2,
276:3, 276:7, 276:10, 276:16, 276:23,
277:5, 277:12, 277:25, 278:1, 278:9,
278:12, 278:15, 279:2, 279:5, 279:6,
279:15, 279:18, 281:8, 281:12,
281:16, 283:8, 283:17, 283:22,
283:23, 283:24, 284:19, 284:24,
284:25, 285:4, 285:7, 285:15, 285:18,
285:21, 286:8, 286:16, 286:20,
286:21, 286:24, 287:5, 287:12,
287:13, 287:23, 288:18, 288:19,
288:20, 288:21, 289:10, 289:12,
289:13, 289:22, 290:13, 290:16,
291:5, 291:8, 291:18, 291:24, 292:4,
292:13, 293:23, 293:24, 294:1,
294:13, 294:17, 294:19, 295:2, 295:9,
295:25, 296:1, 296:6, 296:9, 296:15,
296:16, 297:2, 297:3, 297:5, 297:7,
297:8, 297:9, 297:19, 297:23, 298:20,
298:25, 299:1, 299:8, 299:24, 300:2,
300:3, 300:9, 300:11, 300:18, 300:20,
301:5, 301:6, 301:10, 301:13, 301:15,
301:19, 301:23, 302:10, 302:14,
302:20, 302:21, 302:24, 302:25,
303:1, 303:2, 303:12, 303:13, 303:17,
303:18, 304:2, 304:5, 304:9, 304:12,
305:23, 305:24, 306:2, 306:3, 306:17,
306:20, 307:11, 307:12, 307:25,
308:10, 308:11, 308:12, 308:15,
309:12, 309:13, 309:20, 310:4,
310:12, 310:14, 310:24, 311:1, 311:5,
311:14, 312:13, 312:17, 312:20,
314:15, 314:16, 314:20, 314:21,
314:23, 314:25, 315:1, 315:4, 315:5,
315:9, 315:18, 316:6, 316:25, 317:5,
317:11, 317:13, 317:16, 317:17,
317:18, 318:13, 318:23, 318:24,
318:25, 319:7, 319:9, 319:12, 319:16,
319:19, 319:24, 320:4, 320:9, 320:11,
320:21, 320:23, 321:1, 321:7, 321:13,
321:15, 322:7, 322:9, 323:1, 323:3,
323:18, 323:19, 323:22, 324:3,
324:17, 324:23, 325:25, 326:7,
326:10, 326:11, 326:14, 326:17,
326:24, 327:3, 327:9, 327:18, 328:1,
328:17, 328:25, 329:20, 330:3,
330:12, 330:13, 330:16, 330:17,
330:20, 331:8, 331:15, 331:18,
331:24, 332:6, 333:9, 333:15, 333:23,
334:3, 334:4, 334:5, 334:11, 334:14,
334:15, 335:2, 335:6, 335:9, 335:14,
335:21, 336:1, 336:10, 336:15,
336:16, 337:5, 337:7, 337:8, 337:9,
337:11, 337:20, 338:1, 338:5, 338:6,

338:7, 338:10, 338:11, 338:14,
338:18, 339:9, 339:25, 340:7, 340:25,
341:4, 341:15, 342:2, 342:3, 342:5,
342:8, 342:14, 342:24, 343:1, 343:8,
343:11, 344:5, 344:17
**OF** [4] - 1:1, 1:3, 1:6, 1:16
**off** [17] - 82:12, 96:18, 106:14, 114:2,
114:5, 117:13, 140:17, 145:2, 145:4,
147:13, 158:1, 229:3, 284:2, 313:17,
343:4, 344:3, 344:10
**offend** [1] - 111:13
**offensive** [2] - 111:5, 111:20
**offer** [8] - 94:7, 94:22, 95:15, 96:8,
102:7, 122:17, 149:3, 203:19
**offered** [1] - 255:1
**offering** [1] - 110:3
**office** [1] - 124:1
**Office** [3] - 2:3, 2:10, 241:1
**OFFICER** [2] - 5:2, 224:11
**officer** [15] - 9:1, 73:21, 74:11, 74:16,
174:22, 175:20, 281:10, 281:12,
288:22, 289:22, 290:4, 292:19,
311:15, 312:9, 312:15
**officers** [12] - 7:12, 9:5, 15:11, 49:24,
71:22, 73:15, 289:13, 290:1, 292:20,
295:20, 311:13, 312:17
**offices** [4] - 121:14, 121:21, 123:24,
124:24
**official** [3] - 8:6, 43:25, 344:8
**officials** [7] - 7:11, 7:18, 175:16, 229:9,
236:8, 295:19, 342:23
**offset** [10] - 165:17, 165:18, 187:2,
258:7, 266:3, 269:16, 269:23, 269:24,
270:1
**offsets** [11] - 263:11, 263:13, 263:17,
267:12, 267:17, 267:18, 268:15,
268:18, 268:20, 270:2, 286:15
**offsetting** [2] - 120:20, 250:11
**OFO** [1] - 175:20
**often** [8] - 30:16, 56:15, 161:11, 186:9,
201:23, 202:5, 202:9, 275:15
**Oh** [1] - 142:19
**oh** [11] - 28:3, 72:24, 84:25, 86:24,
113:18, 123:7, 140:22, 141:17,
225:13, 265:1, 341:21
**okay** [127] - 5:9, 13:19, 24:23, 24:24,
30:24, 31:7, 35:22, 40:7, 50:22, 51:24,
54:20, 66:4, 72:6, 72:12, 77:16, 78:15,
79:5, 79:20, 83:16, 84:5, 85:7, 86:13,
87:1, 87:12, 88:8, 88:24, 89:3, 89:4,
93:3, 93:18, 93:25, 94:24, 95:4, 95:12,
96:9, 96:16, 96:17, 96:20, 100:3,
102:1, 102:12, 103:16, 104:4, 105:11,
106:6, 107:9, 108:19, 108:25, 110:6,
110:7, 111:22, 111:23, 113:20,
114:15, 114:22, 114:23, 116:14,
119:10, 119:14, 119:21, 120:19,
122:12, 122:17, 125:11, 127:20,
128:18, 129:1, 129:3, 129:16, 132:7,
132:21, 136:17, 139:23, 140:1,

140:18, 141:17, 144:7, 144:8, 145:6,
145:10, 149:1, 149:9, 150:1, 153:16,
167:13, 176:19, 181:1, 185:3, 190:6,
197:14, 217:17, 217:19, 224:8,
224:14, 226:17, 226:18, 227:17,
234:7, 236:17, 238:11, 239:2, 239:12,
240:13, 245:3, 248:7, 266:16, 267:1,
267:10, 269:14, 270:15, 272:25,
276:14, 278:23, 287:16, 290:21,
301:1, 307:3, 318:16, 325:1, 325:15,
333:1, 333:18, 337:10, 337:19, 340:10
**Okay** [5] - 121:8, 128:21, 140:15,
228:11, 303:25
**Oklahoma** [1] - 143:7
**old** [1] - 276:17
**Oldham** [2] - 290:24, 290:25
**Oldrys** [23] - 68:15, 102:19, 132:23,
167:13, 168:8, 168:9, 170:2, 170:8,
170:17, 171:18, 173:9, 173:13,
176:24, 177:3, 178:7, 184:2, 185:6,
194:12, 219:24, 232:11, 232:12,
233:10, 237:1
**Oldrys's** [2] - 185:9, 232:9
**on** [440] - 5:6, 5:17, 6:1, 6:25, 7:4, 7:9,
8:2, 8:5, 10:2, 10:5, 10:13, 11:13,
12:2, 12:23, 13:9, 13:11, 14:14, 14:18,
15:17, 15:18, 17:17, 17:25, 18:9, 19:5,
22:19, 22:20, 23:7, 24:5, 24:6, 25:11,
26:7, 26:14, 26:17, 28:13, 29:12,
32:24, 33:16, 34:13, 35:25, 36:2,
37:14, 39:24, 40:18, 41:20, 42:2, 42:3,
47:23, 50:13, 51:4, 51:15, 52:4, 56:1,
56:25, 58:6, 58:9, 59:3, 59:15, 59:24,
60:5, 60:17, 60:19, 62:11, 63:1, 63:20,
63:25, 65:8, 65:22, 66:20, 67:4, 67:8,
67:17, 71:19, 71:25, 74:3, 75:19,
75:25, 76:15, 77:11, 78:7, 79:22,
80:20, 81:4, 81:7, 82:12, 82:15, 82:18,
82:20, 83:7, 83:22, 83:25, 84:19,
84:25, 85:15, 86:11, 87:17, 88:6, 88:7,
90:10, 90:23, 93:19, 94:8, 96:1, 96:10,
96:14, 97:10, 98:25, 99:7, 99:17,
100:2, 100:11, 103:1, 103:24, 104:3,
104:4, 104:16, 105:4, 105:25, 106:12,
106:15, 106:19, 107:3, 107:5, 110:16,
112:10, 113:14, 114:13, 117:19,
118:7, 118:23, 119:2, 120:2, 120:7,
121:16, 122:10, 123:4, 123:10,
123:12, 124:20, 126:10, 128:17,
128:24, 129:8, 130:9, 131:5, 133:23,
134:4, 134:16, 134:17, 135:1, 136:1,
136:5, 137:3, 137:24, 138:2, 138:20,
139:7, 139:18, 140:3, 140:19, 140:21,
141:14, 142:5, 142:12, 142:25,
144:25, 145:5, 145:25, 147:15,
148:16, 149:2, 149:4, 149:14, 150:25,
151:20, 153:22, 154:5, 154:10,
154:12, 154:16, 154:24, 154:25,
155:8, 155:21, 156:9, 156:13, 156:18,
156:20, 156:22, 157:4, 157:20,

157:22, 158:6, 158:7, 158:9, 158:11,
159:24, 160:3, 160:25, 162:11,
162:12, 162:21, 163:10, 164:3, 164:7,
165:10, 165:21, 169:9, 169:23,
171:20, 172:7, 173:9, 173:22, 174:23,
175:4, 176:13, 178:6, 178:10, 178:11,
178:20, 180:17, 181:17, 181:23,
184:1, 184:20, 185:5, 185:13, 185:19,
186:5, 186:20, 187:16, 190:14,
190:20, 191:17, 193:10, 193:13,
193:16, 195:10, 195:20, 197:19,
198:4, 198:13, 199:4, 199:8, 199:23,
200:11, 202:24, 204:20, 205:10,
213:4, 213:20, 214:21, 214:22, 215:6,
215:15, 216:12, 217:20, 218:13,
218:15, 221:20, 221:24, 222:5,
224:22, 224:24, 228:1, 228:13,
229:14, 230:12, 230:18, 231:9,
232:13, 233:7, 233:21, 234:6, 234:25,
235:19, 236:25, 237:18, 238:8,
238:15, 238:19, 239:11, 239:22,
240:16, 242:4, 242:11, 242:22, 243:5,
243:6, 243:10, 245:5, 246:4, 246:13,
248:2, 248:9, 251:10, 251:17, 251:18,
251:19, 251:24, 252:2, 252:21,
253:13, 254:16, 255:5, 256:5, 256:17,
259:3, 259:4, 259:11, 259:17, 260:25,
261:17, 262:24, 263:15, 264:8,
264:19, 264:24, 266:6, 266:10,
266:19, 268:20, 269:12, 269:13,
269:14, 269:19, 270:4, 270:12,
270:19, 270:24, 271:23, 272:9,
275:16, 275:21, 275:22, 277:3, 277:5,
278:25, 281:14, 281:23, 283:1,
283:11, 283:12, 283:13, 284:17,
284:24, 286:5, 286:19, 287:16,
289:24, 290:22, 291:9, 293:15,
293:18, 294:4, 294:24, 295:19,
295:21, 296:3, 299:1, 299:9, 299:19,
299:22, 301:11, 301:13, 301:15,
301:21, 301:22, 301:25, 302:13,
302:15, 302:17, 302:25, 303:1, 303:7,
304:18, 305:1, 305:4, 305:14, 306:10,
308:3, 308:19, 310:6, 310:15, 311:6,
312:17, 315:14, 315:17, 316:15,
317:3, 317:20, 319:1, 319:5, 322:6,
323:6, 323:15, 323:17, 324:1, 325:11,
325:18, 325:20, 325:21, 326:18,
330:5, 330:14, 331:3, 331:6, 331:19,
331:20, 331:24, 332:3, 332:6, 334:14,
334:19, 335:9, 336:3, 336:13, 336:16,
337:15, 338:13, 338:17, 339:8, 340:1,
340:22, 340:24, 341:24, 341:25,
342:2, 342:4, 342:10, 343:3, 344:4,
344:10
**once** [14] - 8:14, 8:17, 19:11, 47:3,
145:20, 151:15, 151:17, 155:19,
160:2, 221:7, 235:16, 294:1, 316:13
**one** [169] - 10:3, 11:15, 12:7, 14:10,
25:23, 28:23, 29:11, 31:5, 52:3, 68:22,
69:17, 70:4, 70:5, 70:14, 74:4, 76:11,

80:6, 80:14, 82:19, 87:10, 88:5, 91:18, 91:22, 92:1, 92:14, 93:7, 94:13, 95:3, 95:5, 95:6, 95:9, 98:22, 100:19, 101:1, 101:25, 102:13, 102:17, 103:22, 104:14, 104:16, 105:25, 106:8, 107:23, 109:20, 110:1, 110:2, 112:21, 114:18, 119:10, 119:17, 119:19, 119:23, 120:9, 120:15, 120:17, 120:25, 121:9, 122:14, 122:20, 123:22, 126:16, 127:11, 127:13, 127:22, 128:1, 130:2, 133:16, 136:18, 139:9, 142:23, 144:12, 145:8, 145:16, 145:23, 147:10, 148:23, 156:1, 159:18, 166:2, 174:11, 175:2, 177:2, 177:3, 181:10, 183:9, 183:14, 184:9, 184:10, 184:12, 184:25, 189:4, 194:24, 195:16, 195:25, 197:16, 197:21, 200:15, 201:11, 210:16, 213:20, 214:12, 218:13, 225:2, 226:19, 227:3, 227:10, 227:25, 228:3, 232:10, 233:18, 240:5, 251:4, 251:6, 253:13, 255:25, 257:19, 264:8, 265:8, 265:22, 268:21, 269:18, 269:22, 270:3, 270:12, 270:17, 270:19, 271:10, 281:6, 284:19, 285:8, 286:7, 287:7, 290:23, 294:23, 297:5, 301:19, 303:2, 303:14, 304:23, 308:11, 318:13, 326:22, 328:21, 328:25, 330:12, 330:19, 332:4, 332:6, 332:14, 334:3, 334:9, 337:17, 337:18, 340:11, 340:14, 341:8, 341:23, 342:19

**one-sentence** [1] - 93:7
**one-time** [1] - 122:20
**one-to-one** [3] - 101:25, 227:25, 228:3
**onerous** [1] - 235:5
**ones** [6] - 17:18, 199:24, 219:18, 238:7, 238:8, 344:8
**ongoing** [8] - 33:23, 35:15, 36:13, 38:17, 39:5, 45:23, 46:12, 61:17
**only** [76] - 12:22, 14:11, 21:20, 22:13, 30:4, 30:6, 30:11, 43:1, 43:2, 43:10, 47:15, 52:22, 65:7, 71:9, 86:11, 94:1, 98:14, 98:16, 107:3, 107:21, 107:24, 108:17, 118:16, 124:25, 125:23, 130:25, 141:19, 153:22, 157:15, 163:17, 163:25, 165:18, 196:4, 197:4, 201:14, 201:15, 210:3, 210:4, 222:5, 225:11, 226:10, 226:16, 226:22, 226:23, 231:13, 231:14, 234:12, 238:1, 243:19, 244:3, 245:7, 245:18, 246:1, 247:3, 247:5, 247:14, 249:17, 256:17, 257:19, 257:25, 263:7, 267:18, 268:15, 279:11, 280:13, 281:16, 284:23, 288:9, 289:1, 290:3, 294:14, 309:4, 317:25, 332:21, 334:8, 344:6
**onto** [3] - 128:11, 151:3, 155:11
**onward** [1] - 331:8
**op** [1] - 179:7
**op-eds** [1] - 179:7

**open** [9] - 53:8, 72:10, 119:6, 119:24, 120:21, 121:13, 121:21, 123:16, 335:23
**opening** [1] - 117:6
**operate** [1] - 187:5
**operating** [3] - 164:18, 166:1, 336:2
**operation** [3] - 130:21, 192:5, 318:25
**Operation** [3] - 130:22, 131:17, 214:22
**operative** [2] - 125:15, 125:16
**opinion** [27] - 50:14, 53:11, 53:21, 90:5, 108:5, 205:10, 217:11, 239:11, 242:10, 252:10, 253:1, 274:10, 279:4, 280:16, 280:17, 280:19, 280:25, 286:17, 301:13, 335:14, 338:4, 338:7, 339:2, 339:6, 339:10
**opinions** [1] - 338:24
**opponent** [4] - 134:20, 134:24, 257:2, 257:3
**Opportunity** [1] - 207:9
**opportunity** [6] - 9:25, 74:8, 148:24, 183:25, 208:11, 333:10
**oppose** [2] - 75:5, 183:2
**opposed** [14] - 35:5, 50:13, 66:25, 74:4, 108:4, 132:2, 132:3, 154:25, 172:25, 240:8, 287:20, 310:1, 318:8, 332:16
**opposite** [1] - 43:15
**oppression** [2] - 175:8, 184:25
**opted** [1] - 139:15
**option** [3] - 37:2, 167:1, 191:5
**options** [2] - 319:15, 319:22
**or** [443] - 5:18, 6:5, 7:21, 9:15, 9:16, 10:13, 10:25, 11:7, 12:3, 12:9, 12:14, 13:4, 13:13, 14:24, 16:8, 16:9, 16:18, 16:23, 16:24, 17:19, 17:23, 18:8, 18:22, 19:10, 19:13, 19:14, 20:4, 20:18, 21:3, 21:22, 21:23, 22:14, 22:20, 23:12, 25:2, 25:11, 25:14, 25:17, 25:22, 25:25, 26:5, 26:6, 26:11, 26:12, 27:3, 28:16, 29:2, 29:22, 29:23, 30:6, 30:17, 30:20, 32:24, 34:10, 34:13, 35:9, 36:14, 37:4, 37:6, 37:10, 39:2, 39:17, 39:19, 39:22, 40:9, 42:1, 42:22, 43:21, 44:2, 44:21, 45:2, 45:7, 45:10, 46:19, 47:25, 49:2, 49:5, 49:21, 50:7, 51:3, 51:6, 52:12, 52:13, 52:18, 53:19, 53:25, 54:4, 54:6, 54:7, 54:11, 54:15, 55:1, 55:16, 55:18, 55:23, 55:25, 56:9, 56:23, 57:18, 57:19, 59:9, 60:8, 60:18, 61:17, 62:4, 62:7, 62:25, 63:21, 63:23, 65:1, 66:23, 67:16, 67:21, 67:25, 68:4, 68:23, 69:8, 69:13, 71:1, 71:7, 71:10, 71:22, 73:1, 74:12, 74:13, 75:17, 77:2, 77:3, 77:4, 77:5, 77:8, 77:9, 78:1, 78:21, 79:7, 79:18, 80:9, 81:13, 85:16, 89:13, 91:4, 92:20, 94:12, 95:6, 95:11, 97:11, 100:24, 101:2, 102:5, 103:21, 104:2, 105:9, 105:12, 106:4, 107:25, 108:17, 109:18, 110:5, 111:11, 111:19, 113:8, 114:10, 115:17, 121:14, 124:5,

128:11, 128:22, 128:23, 129:5, 129:7, 135:19, 137:17, 138:8, 139:17, 139:21, 140:4, 141:11, 141:16, 141:20, 141:21, 143:3, 143:20, 144:2, 149:6, 149:16, 151:15, 151:18, 152:20, 152:22, 153:23, 153:25, 154:20, 154:22, 154:23, 154:24, 154:25, 157:23, 158:19, 158:22, 159:9, 159:25, 160:13, 161:4, 161:13, 162:16, 163:8, 163:18, 164:25, 165:20, 166:4, 166:14, 166:17, 167:10, 168:4, 168:16, 169:3, 169:13, 169:19, 169:20, 170:7, 170:20, 174:9, 175:7, 175:12, 177:11, 177:15, 177:21, 178:2, 179:5, 179:10, 181:22, 182:3, 183:19, 184:11, 184:25, 186:9, 188:9, 189:16, 189:19, 191:16, 191:23, 192:7, 193:2, 193:8, 193:10, 193:14, 193:16, 193:25, 195:3, 195:19, 195:25, 196:5, 197:2, 198:14, 200:17, 200:23, 201:5, 201:8, 201:11, 201:12, 201:15, 201:17, 201:19, 202:1, 202:4, 207:9, 210:4, 210:18, 211:7, 211:9, 212:9, 212:13, 212:18, 212:19, 215:23, 216:22, 216:23, 218:8, 218:17, 219:15, 221:11, 222:13, 222:15, 222:19, 223:14, 223:16, 225:2, 225:11, 226:10, 226:25, 228:24, 229:5, 231:8, 236:3, 239:5, 242:2, 244:17, 246:17, 247:10, 250:3, 250:24, 253:10, 253:18, 254:23, 256:6, 256:14, 257:12, 259:2, 259:16, 259:19, 260:14, 260:16, 261:18, 263:21, 265:17, 266:4, 267:9, 268:3, 268:23, 269:16, 269:23, 271:5, 273:3, 274:8, 274:12, 275:3, 275:4, 275:5, 275:18, 275:25, 276:2, 276:8, 276:9, 277:23, 278:14, 278:21, 280:2, 281:10, 281:11, 281:12, 285:17, 286:16, 286:18, 287:4, 287:6, 288:15, 288:17, 288:18, 288:23, 289:1, 289:7, 289:15, 289:19, 289:23, 290:14, 291:4, 294:19, 295:22, 295:23, 296:10, 296:11, 296:19, 297:2, 297:6, 297:13, 297:25, 298:7, 298:11, 298:17, 298:18, 298:25, 299:1, 299:18, 299:20, 300:19, 301:1, 301:3, 301:5, 302:12, 302:20, 304:15, 304:23, 305:11, 306:2, 306:5, 307:22, 308:9, 310:4, 310:5, 311:18, 315:3, 315:19, 315:25, 316:3, 316:6, 316:14, 316:23, 317:4, 318:19, 318:24, 322:17, 323:3, 324:3, 328:10, 329:3, 330:3, 331:11, 332:17, 332:19, 333:5, 333:24, 335:18, 336:24, 337:13, 338:19, 340:5, 341:17, 342:24
**oral** [1] - 93:5
**orchard** [1] - 232:14
**order** [28] - 23:5, 42:23, 48:1, 49:4, 123:1, 124:16, 124:25, 135:20, 141:1, 142:2, 143:23, 144:15, 149:5, 225:3,

247:18, 255:17, 270:4, 272:15,
273:23, 289:14, 296:7, 296:8, 296:14,
297:3, 298:17, 319:4, 335:1
**ordered** [3] - 82:3, 234:12, 234:21
**ordering** [1] - 51:2
**orderliness** [2] - 338:5, 338:6
**orderly** [14] - 10:11, 11:14, 41:9, 43:1,
60:2, 191:24, 192:16, 202:21, 203:10,
203:13, 203:17, 203:19, 209:8, 223:19
**orders** [5] - 71:18, 296:5, 296:6, 296:19,
296:20
**ordinarily** [1] - 240:16
**ordinary** [3] - 23:1, 83:1, 116:4
**Orfield** [2] - 115:16, 115:23
**organ** [1] - 16:8
**organization** [2] - 232:18, 296:11
**organizations** [1] - 207:8
**original** [6] - 80:21, 125:14, 139:7,
237:8, 260:14, 260:17
**originally** [1] - 213:16
**Orleans** [1] - 143:7
**other** [168] - 11:17, 13:12, 13:13, 16:8,
21:6, 22:1, 22:15, 24:10, 25:24, 30:5,
30:6, 30:9, 32:17, 33:23, 34:14, 35:9,
36:14, 38:17, 39:2, 39:5, 39:25, 40:1,
40:5, 41:25, 42:16, 44:22, 45:7, 50:1,
50:3, 50:13, 53:6, 53:10, 59:15, 59:18,
61:17, 68:3, 69:6, 69:17, 69:24, 70:12,
70:21, 70:25, 71:3, 73:13, 74:13, 76:9,
76:14, 77:12, 83:20, 89:7, 91:21,
91:23, 92:18, 101:5, 103:22, 104:8,
106:8, 108:4, 113:23, 114:4, 117:25,
130:17, 130:23, 130:24, 131:6, 133:7,
138:4, 143:22, 144:1, 144:3, 144:17,
145:9, 146:14, 150:17, 150:18, 152:1,
159:24, 160:20, 165:13, 166:1, 166:4,
167:6, 167:22, 171:4, 172:17, 181:2,
184:25, 185:23, 186:13, 188:1, 188:5,
192:11, 194:18, 194:21, 195:1,
195:14, 196:1, 196:25, 199:20,
199:24, 200:11, 201:9, 202:1, 203:16,
205:21, 206:16, 208:20, 209:21,
212:6, 212:13, 214:15, 217:13,
218:16, 219:8, 222:22, 223:4, 225:7,
226:19, 226:20, 229:14, 232:1, 232:3,
233:6, 234:6, 234:10, 240:10, 243:18,
244:11, 245:8, 245:10, 245:16, 247:8,
250:23, 251:15, 254:15, 256:7, 258:8,
264:14, 266:2, 269:5, 270:3, 270:6,
271:10, 273:3, 280:6, 281:24, 285:5,
288:19, 296:18, 300:1, 300:20,
304:23, 305:11, 306:7, 306:12,
309:13, 320:1, 328:15, 334:11,
336:25, 337:14, 338:17, 338:21,
339:9, 340:11, 341:23
**others** [9] - 19:14, 58:7, 110:2, 136:24,
182:18, 204:1, 207:16, 223:2, 232:6
**otherwise** [19] - 7:6, 33:2, 65:1, 93:8,
126:11, 127:5, 127:14, 127:24,
151:18, 153:14, 199:7, 212:9, 212:15,

**our** [91] - 9:12, 11:16, 20:21, 41:10,
44:21, 46:17, 46:20, 57:21, 59:18,
88:19, 88:25, 96:2, 102:21, 106:12,
110:12, 113:3, 120:24, 122:8, 130:14,
131:20, 132:8, 134:3, 135:24, 138:15,
159:18, 165:1, 169:16, 172:6, 173:8,
175:10, 192:9, 192:24, 198:2, 200:7,
209:24, 219:11, 219:16, 228:4,
228:19, 229:16, 230:8, 231:4, 231:15,
233:7, 233:18, 238:15, 238:21,
238:23, 240:12, 243:13, 243:14,
243:22, 243:23, 244:24, 246:3, 246:7,
248:8, 251:1, 251:17, 256:12, 256:15,
257:25, 270:5, 270:7, 281:12, 284:18,
284:19, 286:7, 286:14, 287:22,
294:20, 298:6, 304:5, 304:8, 313:2,
313:13, 313:20, 320:20, 320:21,
323:7, 324:3, 324:14, 326:13, 326:23,
329:8, 329:19, 338:3, 338:6
**ourselves** [1] - 118:24
**out** [105] - 6:3, 7:6, 9:15, 11:5, 24:18,
27:25, 28:5, 28:12, 28:17, 28:20,
32:17, 34:16, 39:9, 44:20, 49:3, 50:12,
51:16, 61:12, 61:24, 70:15, 74:11,
79:12, 81:15, 93:21, 94:4, 111:11,
116:5, 120:15, 120:24, 124:5, 127:19,
129:6, 133:17, 137:23, 141:3, 159:3,
160:23, 161:20, 163:11, 163:15,
165:8, 168:10, 170:15, 171:10,
174:19, 176:7, 180:11, 181:20,
181:25, 183:25, 187:17, 191:18,
193:12, 195:10, 197:9, 197:20,
206:20, 207:5, 208:7, 208:14, 208:17,
208:21, 213:10, 220:6, 227:16,
230:18, 234:11, 234:22, 247:22,
248:14, 249:21, 258:18, 260:2,
262:15, 263:16, 263:25, 265:1,
266:23, 267:2, 271:2, 285:8, 286:13,
286:25, 298:14, 299:13, 299:17,
300:13, 306:3, 306:23, 311:22,
313:18, 314:8, 314:25, 315:4, 315:13,
317:13, 320:17, 326:20, 329:15,
329:16, 333:23, 336:8, 337:18
**out-migration** [2] - 207:5, 208:21
**outbreak** [1] - 15:4
**outcome** [2] - 27:5, 289:18
**outer** [3] - 188:25, 189:10, 190:4
**outgrowth** [1] - 232:5
**outlier** [1] - 314:2
**outlines** [1] - 152:18
**outside** [9] - 19:25, 143:17, 151:12,
160:11, 166:8, 168:14, 177:10,
218:15, 279:6
**outweigh** [1] - 227:19
**over** [36] - 6:2, 13:16, 14:16, 15:17,
32:14, 32:18, 32:21, 34:12, 37:11,
40:18, 58:23, 59:12, 69:11, 71:12,
72:14, 80:8, 100:17, 110:10, 112:8,

122:20, 142:22, 144:3, 150:21, 152:9,
211:8, 211:9, 211:20, 222:7, 229:6,
255:21, 262:8, 263:25, 297:9, 323:13,
325:13
**overall** [16] - 12:8, 12:22, 13:2, 13:20,
44:18, 85:3, 88:9, 88:21, 127:6,
147:24, 148:14, 149:12, 165:21,
165:23, 200:9, 219:2
**overarching** [4] - 137:22, 173:20,
174:11, 181:6
**overcome** [1] - 342:15
**overjoyed** [1] - 230:13
**overlap** [1] - 64:15
**overlooking** [1] - 107:18
**overread** [1] - 98:20
**overrule** [2] - 90:17, 90:20
**overruled** [4] - 99:9, 121:5, 122:7,
190:18
**overruling** [2] - 98:9, 191:2
**overrun** [1] - 81:7
**oversimplify** [1] - 77:18
**overstay** [4] - 36:7, 40:22, 220:3, 320:4
**overstayed** [2] - 39:14, 40:2
**overstays** [1] - 318:24
**overturn** [1] - 335:18
**overturned** [1] - 223:17
**overwhelm** [1] - 225:24
**overwhelming** [2] - 232:10, 234:14
**own** [19] - 8:18, 33:16, 36:1, 36:2,
37:14, 46:14, 76:3, 103:21, 143:11,
160:16, 181:14, 207:1, 211:14,
235:19, 238:8, 275:21, 319:5, 323:13,
343:18

## P

**P** [3] - 2:9, 237:12, 238:2
**p** [1] - 5:1
**p.m** [1] - 344:13
**P.O** [1] - 2:17
**page** [7] - 16:5, 16:15, 86:25, 113:14,
261:15, 330:19
**pages** [2] - 53:22, 110:10
**paid** [2] - 86:1, 118:17
**paint** [2] - 152:5, 190:17
**panel** [2] - 97:21, 338:6
**panel's** [1] - 338:4
**papers** [3] - 163:11, 179:8, 208:16
**paragraph** [11] - 76:21, 88:19, 117:11,
117:15, 123:23, 124:7, 232:22,
262:15, 262:19, 284:24
**paragraphs** [1] - 77:9
**parallel** [1] - 164:13
**paraphrase** [1] - 236:1
**pardon** [3] - 115:21, 225:8, 237:23
**parens** [3] - 89:11, 89:18, 89:22
**parentheses** [3] - 118:7, 118:10, 118:11
**parenthesis** [1] - 118:9
**parents** [2] - 68:15, 231:7
**Parole** [65] - 84:11, 87:23, 102:3, 127:4,

147:25, 148:7, 150:11, 150:16, 150:25, 151:6, 152:14, 154:15, 155:1, 157:9, 158:5, 159:16, 160:10, 160:22, 161:20, 161:23, 162:7, 162:9, 163:4, 163:6, 164:2, 164:18, 187:24, 188:4, 192:21, 193:1, 194:15, 194:17, 194:23, 195:1, 196:1, 201:6, 203:8, 203:15, 204:1, 204:8, 204:20, 205:2, 208:18, 211:2, 212:7, 215:25, 216:2, 217:21, 218:1, 218:14, 218:16, 220:9, 220:17, 220:22, 221:5, 221:17, 222:1, 222:9, 222:17, 222:25, 223:22, 223:24, 227:24, 229:10, 232:21

**parole** [448] - 5:12, 5:15, 5:19, 6:6, 7:1, 7:10, 8:12, 8:13, 8:15, 8:24, 9:2, 9:3, 9:8, 9:17, 10:2, 11:25, 12:2, 13:11, 14:23, 15:13, 15:17, 15:23, 16:3, 16:11, 16:17, 17:2, 17:4, 17:11, 17:12, 17:18, 17:20, 18:2, 18:4, 18:5, 18:7, 18:20, 19:9, 19:11, 20:3, 20:10, 20:13, 20:17, 20:20, 20:25, 21:1, 21:2, 21:7, 21:11, 21:15, 21:18, 21:20, 22:2, 22:5, 22:7, 22:10, 22:11, 22:14, 22:16, 23:6, 23:8, 23:11, 23:15, 23:16, 23:21, 24:1, 24:4, 24:21, 25:19, 26:8, 31:11, 31:12, 31:15, 32:2, 33:7, 33:9, 33:13, 33:18, 35:3, 38:23, 39:7, 39:14, 39:19, 40:3, 40:16, 40:22, 41:13, 41:19, 41:21, 41:22, 42:1, 42:10, 42:22, 42:24, 43:7, 43:11, 44:2, 44:3, 46:1, 47:24, 49:15, 49:19, 49:20, 49:22, 49:25, 50:1, 50:2, 50:5, 50:9, 50:10, 51:9, 52:5, 55:17, 55:23, 58:15, 58:16, 67:7, 72:3, 72:4, 72:16, 73:7, 74:14, 74:16, 82:1, 103:1, 103:3, 107:13, 126:13, 128:3, 150:10, 150:15, 150:17, 150:18, 150:20, 150:23, 151:3, 151:12, 151:14, 151:18, 151:20, 151:23, 151:25, 152:4, 152:13, 152:19, 153:2, 153:9, 153:22, 154:14, 154:15, 154:19, 155:4, 155:8, 155:9, 155:12, 155:21, 156:9, 156:12, 156:14, 156:18, 156:20, 156:22, 156:24, 157:1, 157:3, 157:4, 157:11, 157:20, 157:21, 157:22, 158:3, 158:6, 158:10, 158:12, 158:16, 158:20, 158:22, 158:24, 159:1, 159:2, 159:6, 159:19, 159:20, 159:22, 160:3, 161:11, 161:16, 162:1, 162:6, 162:9, 162:10, 162:22, 163:7, 163:21, 163:23, 163:25, 164:6, 164:23, 165:4, 165:19, 165:20, 165:25, 166:7, 166:13, 167:1, 167:4, 167:8, 168:5, 169:8, 169:17, 169:21, 170:19, 171:6, 173:11, 174:10, 174:18, 174:23, 175:17, 177:11, 177:13, 177:18, 179:12, 180:6, 182:12, 186:5, 186:8, 186:14, 187:4, 187:13, 187:15, 187:18, 187:22, 188:1, 188:6, 188:9, 188:10, 188:12, 188:17, 188:19, 189:2, 189:12, 189:16, 190:1, 190:7, 190:11, 190:24,

190:25, 191:4, 191:5, 191:15, 191:17, 191:18, 191:20, 192:11, 193:10, 193:12, 193:15, 193:18, 193:23, 194:2, 194:6, 194:7, 194:16, 194:18, 194:21, 194:24, 195:2, 195:6, 195:8, 196:2, 196:3, 196:19, 196:21, 196:22, 196:24, 197:13, 197:17, 201:9, 201:14, 201:22, 201:23, 202:6, 203:2, 203:16, 203:18, 203:23, 205:11, 206:1, 206:2, 206:4, 206:14, 207:3, 207:13, 207:22, 208:6, 208:11, 209:16, 209:18, 209:23, 210:6, 210:8, 210:11, 210:14, 210:17, 210:19, 210:25, 211:5, 211:8, 211:19, 211:21, 211:22, 211:25, 212:1, 212:4, 212:6, 212:9, 212:14, 212:16, 212:17, 212:19, 212:22, 213:7, 213:8, 213:20, 214:1, 214:3, 214:5, 214:9, 214:10, 214:16, 214:25, 215:2, 215:7, 215:13, 215:14, 215:22, 216:8, 216:12, 216:13, 217:2, 217:4, 217:10, 217:12, 218:2, 218:3, 218:7, 218:24, 219:9, 219:14, 220:2, 220:16, 221:10, 221:11, 221:12, 221:18, 221:19, 222:14, 222:19, 222:21, 222:23, 223:13, 223:17, 233:4, 233:5, 234:24, 235:4, 237:1, 245:8, 249:23, 249:24, 250:1, 250:4, 250:8, 250:22, 262:6, 262:20, 264:14, 273:7, 274:7, 276:7, 285:19, 285:22, 288:10, 288:18, 288:21, 288:23, 289:20, 289:24, 290:2, 292:17, 292:19, 292:20, 293:1, 295:21, 296:6, 300:16, 301:15, 301:16, 301:22, 301:23, 301:25, 303:15, 303:18, 303:22, 305:5, 307:18, 307:22, 310:9, 310:10, 311:15, 311:25, 312:5, 312:18, 315:24, 318:14, 318:22, 318:25, 319:4, 320:4, 322:6, 322:8, 322:9, 322:14, 322:20, 323:16, 328:1, 329:21, 331:6, 339:16, 339:19, 339:20, 339:21, 340:5, 340:7, 340:8, 340:18

**paroled** [19] - 19:3, 19:6, 19:22, 40:2, 42:17, 54:17, 69:17, 69:18, 126:11, 127:14, 127:17, 212:14, 214:6, 214:15, 214:21, 214:22, 233:1, 285:21, 300:4

**parolee** [8] - 37:18, 37:20, 102:23, 145:15, 177:18, 188:15, 307:13, 312:10

**Parolee** [1] - 37:19

**parolees** [18] - 22:7, 96:6, 101:14, 101:21, 102:4, 117:23, 153:6, 154:5, 164:7, 165:9, 165:16, 187:7, 213:17, 214:19, 218:9, 219:12, 229:2, 259:7

**paroles** [3] - 33:14, 291:17

**parsed** [2] - 180:11, 181:25

**part** [45] - 6:2, 12:21, 14:10, 31:1, 31:21, 46:22, 47:1, 50:20, 51:11, 51:14, 58:7,

70:2, 92:9, 94:13, 100:15, 110:4, 117:5, 151:13, 152:4, 184:19, 199:14, 201:22, 205:10, 208:25, 231:17, 231:23, 245:6, 251:1, 251:2, 251:7, 253:22, 261:9, 261:21, 264:20, 267:25, 271:10, 272:2, 273:8, 294:13, 307:11, 319:16, 328:17, 332:4, 339:9

**partial** [1] - 332:22

**participate** [3] - 35:18, 35:19, 231:15

**participates** [1] - 322:21

**participating** [1] - 323:8

**particular** [88] - 6:4, 7:1, 7:16, 9:1, 9:2, 11:9, 12:1, 15:12, 18:8, 19:11, 19:12, 19:21, 20:2, 20:4, 20:5, 21:19, 22:4, 23:22, 24:14, 28:18, 29:16, 30:19, 32:14, 32:23, 32:24, 38:2, 42:5, 42:20, 45:24, 52:13, 52:19, 55:9, 65:11, 66:16, 67:18, 68:2, 69:2, 70:19, 71:6, 112:9, 128:4, 132:12, 156:21, 165:15, 170:23, 179:7, 184:1, 185:22, 186:20, 192:4, 193:10, 194:6, 198:6, 199:5, 199:9, 199:15, 200:4, 200:5, 202:2, 207:14, 216:9, 226:3, 245:18, 247:15, 253:14, 264:14, 265:20, 269:4, 270:5, 270:9, 274:4, 274:5, 275:5, 288:3, 291:4, 292:24, 294:4, 296:7, 303:1, 307:12, 312:18, 314:3, 315:14, 319:3, 322:16, 331:25, 342:23, 342:24

**particularly** [13] - 23:22, 24:2, 30:18, 44:22, 58:22, 60:11, 66:11, 79:19, 98:22, 114:2, 265:12, 298:8, 331:19

**parties** [17] - 55:4, 65:6, 66:16, 81:19, 92:11, 146:10, 149:21, 149:23, 225:1, 234:10, 258:9, 332:3, 333:8, 333:10, 333:18, 333:20, 334:22

**parties'** [1] - 340:16

**partly** [3] - 98:21, 201:20, 201:21

**partners** [7] - 41:10, 59:18, 202:1, 208:20, 209:19, 216:18, 223:4

**partnership** [1] - 46:2

**Partnership** [1] - 337:25

**parts** [2] - 11:6, 245:10

**party** [6] - 94:5, 179:7, 228:13, 259:1, 338:25

**pass** [6] - 7:22, 55:23, 82:19, 83:13, 99:18, 160:17

**passage** [1] - 212:25

**passed** [5] - 7:5, 21:5, 21:25, 213:17, 213:21

**passes** [1] - 6:15

**passport** [3] - 160:15, 161:3, 161:6

**past** [10] - 155:20, 163:18, 177:12, 211:8, 211:9, 212:2, 243:23, 248:18, 321:15, 321:21

**patently** [1] - 87:25

**path** [3] - 153:5, 153:6, 165:6

**paths** [2] - 165:10, 199:13

**Pathway** [1] - 220:18

**pathway** [11] - 115:12, 124:4, 128:2, 128:4, 191:24, 203:14, 203:18,

203:19, 214:10, 268:2
**pathways** [35] - 83:3, 88:2, 103:3,
112:13, 112:18, 116:2, 116:19,
124:14, 125:24, 128:14, 144:15,
147:2, 151:9, 152:1, 163:12, 163:14,
163:19, 194:19, 196:2, 197:18, 219:9,
219:14, 223:20, 228:17, 228:20,
229:3, 229:22, 230:10, 230:12,
233:25, 247:12, 251:9, 267:20, 268:1,
290:13
**Pathways** [60] - 84:11, 87:23, 102:4,
127:4, 147:25, 148:7, 150:11, 150:16,
150:25, 151:6, 152:14, 154:15, 155:1,
157:9, 158:5, 159:17, 160:10, 160:22,
161:20, 161:23, 162:7, 162:9, 163:4,
163:6, 164:2, 164:18, 187:24, 188:4,
194:15, 194:17, 194:23, 195:1, 196:1,
201:7, 203:15, 204:2, 204:8, 204:21,
205:2, 211:3, 212:7, 215:25, 216:2,
217:21, 218:1, 218:14, 218:16, 220:9,
220:22, 221:5, 221:17, 222:1, 222:9,
222:17, 222:25, 223:22, 223:24,
227:24, 229:10, 232:21
**patience** [1] - 217:18
**patriae** [3] - 89:11, 89:19, 89:22
**Patrick** [1] - 1:20
**patrol** [1] - 67:13
**Paul** [2] - 228:4, 231:15
**pause** [10] - 66:5, 87:17, 102:1, 133:12,
144:22, 157:16, 239:21, 332:22,
332:23
**pausing** [1] - 288:5
**pave** [1] - 216:6
**pay** [3] - 118:6, 118:9, 268:11
**payments** [1] - 118:5
**peak** [1] - 262:3
**penalty** [1] - 42:11
**pending** [2] - 158:13, 294:11
**Pennsylvania** [2] - 1:21, 230:17
**penultimate** [1] - 81:18
**people** [153] - 6:24, 10:9, 11:21, 11:23,
12:4, 13:12, 15:7, 18:8, 24:16, 24:23,
28:16, 32:14, 33:4, 33:12, 35:3, 35:6,
35:7, 35:8, 35:17, 37:12, 48:14, 48:16,
51:3, 51:17, 61:10, 66:13, 66:24,
67:11, 75:16, 76:15, 94:14, 101:9,
108:10, 108:18, 108:21, 112:23,
113:7, 113:16, 125:10, 127:5, 130:25,
131:2, 131:4, 131:5, 131:6, 131:22,
132:22, 133:6, 133:14, 133:15,
137:13, 138:5, 140:12, 143:4, 159:3,
159:16, 160:7, 160:21, 161:8, 161:21,
161:22, 165:24, 169:20, 173:21,
173:22, 174:16, 176:4, 176:23,
178:16, 180:19, 180:20, 181:13,
181:21, 183:18, 183:25, 188:13,
199:7, 200:9, 204:24, 209:18, 211:16,
218:24, 220:3, 227:12, 228:8, 231:14,
233:4, 234:15, 235:23, 236:2, 236:15,
239:23, 240:2, 243:24, 244:1, 244:4,

244:5, 244:7, 244:22, 245:7, 245:12,
245:15, 245:19, 245:21, 246:13,
246:17, 246:19, 247:7, 247:9, 247:23,
248:16, 248:20, 248:21, 248:23,
248:24, 249:10, 249:23, 250:7, 250:8,
252:6, 254:12, 257:21, 257:25, 258:4,
258:11, 258:23, 258:24, 261:7,
270:23, 273:6, 274:23, 275:16,
275:18, 275:19, 279:18, 280:2,
281:22, 283:24, 284:20, 284:22,
285:20, 289:15, 301:24, 307:24,
309:20, 317:25, 318:8, 323:22,
329:20, 335:10, 340:5
**people's** [1] - 275:16
**per** [9] - 122:21, 262:2, 262:8, 262:9,
262:11, 263:3, 306:10, 341:14
**perceived** [1] - 193:5
**percent** [11] - 77:2, 77:3, 77:4, 77:5,
77:7, 88:3, 105:6, 118:7, 118:10,
302:10, 302:12
**percentage** [3] - 118:8, 302:14, 306:17
**percentages** [1] - 302:9
**percolate** [1] - 147:6
**perhaps** [8] - 36:12, 78:5, 121:17,
148:15, 179:11, 200:23, 291:13, 333:5
**peril** [1] - 143:11
**period** [31] - 32:19, 40:16, 42:10, 55:13,
55:14, 56:1, 56:2, 56:5, 56:8, 56:11,
56:12, 56:14, 56:15, 56:18, 57:4, 57:5,
58:17, 60:24, 61:3, 61:14, 61:24,
63:19, 122:20, 175:20, 218:3, 220:2,
289:1, 314:21, 315:20, 317:24, 317:25
**periods** [2] - 165:5, 255:17
**perjury** [1] - 42:11
**permanent** [4] - 165:6, 165:9, 213:18,
214:11
**permissible** [2] - 189:15, 268:7
**permission** [2] - 75:8, 238:22
**permit** [2] - 93:16, 166:8
**permitted** [1] - 322:4
**persecuted** [3] - 175:7, 179:14, 180:17
**persecution** [2] - 181:15, 207:16
**persecutions** [1] - 180:23
**person** [21] - 6:4, 7:20, 8:2, 9:1, 11:8,
134:24, 139:10, 174:6, 176:1, 177:3,
179:6, 194:4, 233:22, 243:22, 250:20,
256:25, 269:18, 270:12, 270:19, 291:4
**personal** [2] - 178:9, 207:1
**personam** [2] - 236:7, 236:8
**personnel** [2] - 10:6, 311:7
**perspective** [3] - 172:6, 176:19, 240:12
**persuadable** [1] - 336:12
**persuaded** [2] - 134:12, 135:8
**persuades** [1] - 223:22
**pertaining** [1] - 108:3
**petition** [3] - 219:20, 219:21, 230:4
**petitions** [1] - 219:18
**philosophy** [1] - 143:3
**physical** [1] - 167:17
**physician** [1] - 233:21

**pick** [5] - 83:7, 105:11, 233:11, 318:7,
337:6
**pictured** [1] - 229:24
**pictures** [1] - 238:20
**piece** [10] - 34:18, 34:22, 35:2, 38:12,
82:22, 84:3, 122:14, 200:6, 269:13
**pieces** [2] - 287:11, 344:5
**pigeonhole** [2] - 36:23, 38:10
**pigging** [1] - 70:14
**piggyback** [1] - 70:15
**piggybacking** [1] - 70:13
**pin** [1] - 146:8
**pitcher** [1] - 231:2
**place** [41] - 10:1, 13:10, 26:8, 29:18,
33:15, 36:10, 36:19, 40:16, 40:17,
42:3, 42:20, 44:11, 46:18, 48:7, 55:7,
55:15, 56:5, 56:17, 58:23, 60:2, 60:10,
71:9, 102:8, 175:16, 175:19, 175:22,
180:1, 213:23, 219:1, 219:4, 219:7,
220:7, 221:14, 230:21, 294:16, 316:3,
316:12, 317:19, 317:22, 319:5, 327:17
**placed** [9] - 33:9, 33:17, 36:1, 37:13,
40:22, 41:20, 71:25, 323:15, 323:17
**places** [4] - 41:20, 113:22, 113:23,
154:9
**placing** [2] - 162:21, 315:17
**plain** [1] - 222:10
**plaintiff** [6] - 66:1, 104:21, 119:25,
143:23, 260:5, 272:16
**Plaintiff** [8] - 43:16, 69:23, 117:19,
228:8, 239:24, 256:8, 266:4, 266:5
**Plaintiff's** [1] - 15:14
**plaintiff's** [3] - 26:1, 65:10, 65:11
**plaintiffs** [10] - 1:4, 17:17, 18:14, 135:2,
137:2, 142:11, 142:24, 158:7, 159:5,
332:23
**PLAINTIFFS** [1] - 1:19
**plaintiffs'** [4] - 5:11, 31:8, 126:7, 335:2
**plan** [8] - 34:3, 34:5, 34:21, 242:12,
242:21, 251:23, 252:18, 252:23
**play** [2] - 26:19, 149:17
**pleading** [4] - 273:15, 276:23, 277:3,
277:23
**pleadings** [3] - 85:11, 106:13, 254:25
**please** [5] - 5:3, 129:2, 224:12, 280:15,
284:10
**pled** [3] - 82:2, 236:19, 271:9
**plenty** [1] - 137:20
**plural** [1] - 192:24
**plus** [5] - 97:1, 97:22, 161:13, 161:14,
186:10
**PO** [2] - 2:4, 2:10
**point** [80] - 8:23, 35:22, 36:8, 37:2,
37:13, 38:6, 51:19, 54:21, 70:25,
79:13, 82:5, 89:21, 101:5, 102:17,
103:15, 104:14, 104:17, 106:1,
112:11, 121:17, 123:22, 125:22,
132:1, 134:15, 143:19, 145:23,
146:24, 146:25, 152:18, 152:25,
153:3, 153:20, 155:18, 160:23,

161:18, 162:13, 162:25, 163:11, 163:21, 169:3, 169:7, 170:14, 170:24, 185:14, 187:2, 189:9, 196:2, 197:9, 205:1, 205:6, 215:13, 217:5, 227:14, 232:15, 234:11, 239:12, 251:8, 252:1, 259:12, 259:14, 259:17, 259:19, 260:2, 265:20, 269:13, 274:9, 277:16, 278:25, 284:17, 285:5, 286:16, 292:1, 305:8, 305:14, 320:3, 333:5, 336:23, 342:14

**pointed** [5] - 81:15, 120:24, 208:17, 271:2, 286:13

**pointing** [5] - 94:4, 162:5, 182:23, 227:16, 321:15

**points** [3] - 79:19, 145:12, 224:20

**policeman** [1] - 204:14

**policies** [16] - 28:15, 45:5, 45:6, 50:16, 52:12, 182:2, 183:10, 205:22, 251:8, 268:24, 270:3, 274:11, 281:13, 285:17, 328:5

**Policies** [1] - 285:14

**policing** [1] - 325:10

**Policy** [1] - 3:3

**policy** [82] - 11:16, 18:16, 26:11, 30:17, 30:18, 30:20, 40:9, 43:14, 44:13, 45:23, 46:2, 46:18, 46:22, 47:6, 47:17, 48:8, 48:11, 48:25, 49:3, 50:18, 51:15, 57:18, 67:9, 75:15, 84:2, 100:8, 100:9, 100:10, 100:13, 100:23, 101:3, 108:3, 126:12, 139:22, 142:20, 159:25, 162:23, 177:16, 192:11, 194:1, 201:23, 201:25, 204:6, 204:18, 205:3, 205:6, 205:11, 205:15, 205:23, 206:4, 206:6, 206:12, 206:15, 207:3, 207:15, 207:24, 208:8, 208:13, 210:22, 216:16, 229:7, 229:11, 245:11, 247:16, 270:5, 273:24, 274:16, 275:15, 275:20, 275:25, 285:9, 296:10, 297:7, 314:20, 315:2, 322:3, 322:10, 323:2, 323:20, 334:8

**political** [13] - 15:5, 44:18, 173:3, 176:4, 179:7, 179:8, 180:5, 183:19, 185:10, 185:15, 230:19, 230:23, 232:3

**Pons** [1] - 217:1

**Population** [1] - 206:24

**population** [37] - 103:7, 103:20, 108:21, 113:4, 114:12, 114:17, 114:21, 115:10, 124:6, 124:19, 124:20, 156:21, 159:21, 159:23, 161:12, 169:20, 171:7, 176:5, 177:14, 177:16, 186:7, 186:9, 186:10, 187:16, 188:14, 193:11, 193:13, 212:3, 214:3, 214:4, 214:17, 215:13, 216:10, 227:9, 245:1, 287:12

**populations** [5] - 101:6, 179:20, 207:13, 212:14, 214:15

**port** [14] - 8:10, 8:16, 8:19, 8:25, 9:11, 43:25, 49:24, 50:25, 51:4, 157:22, 158:20, 175:19, 229:5, 288:21

**Port** [1] - 76:12

**Port-au-Prince** [1] - 76:12

**portion** [2] - 181:19, 237:6

**portions** [1] - 338:7

**ports** [4] - 29:19, 71:22, 262:3, 262:22

**posed** [1] - 202:14

**position** [20] - 36:5, 37:21, 37:24, 102:5, 110:12, 113:4, 131:25, 169:16, 173:8, 186:20, 198:2, 218:24, 264:18, 271:8, 287:22, 294:21, 313:2, 313:20, 317:7, 318:18

**positions** [5] - 75:5, 124:10, 173:17, 183:2, 317:8

**positive** [4] - 39:20, 116:22, 233:7, 317:21

**possess** [2] - 160:15, 161:3

**possibilities** [1] - 313:19

**possibility** [3] - 158:24, 253:7, 253:9

**possible** [9] - 40:21, 40:24, 40:25, 53:7, 78:13, 143:14, 234:5, 284:1, 284:11

**possibly** [4] - 154:15, 177:9, 258:9, 279:6

**post** [12] - 138:24, 149:21, 192:19, 193:21, 255:1, 265:17, 267:8, 306:1, 324:4, 333:6, 333:9, 333:12

**Post** [1] - 140:22

**post-1996** [1] - 210:11

**post-complaint** [2] - 255:1, 265:17

**post-earthquake** [1] - 192:19

**Post-Its** [1] - 140:22

**post-trial** [5] - 149:21, 306:1, 333:6, 333:9, 333:12

**postdate** [2] - 191:19, 256:8

**postdates** [3] - 256:2, 259:23, 266:21

**potential** [5] - 6:21, 188:15, 307:13, 312:10, 342:24

**potentially** [2] - 192:22, 313:17

**poverty** [7] - 179:16, 180:19, 180:20, 180:22, 181:4, 181:9

**power** [10] - 107:20, 321:21, 322:7, 322:9, 322:14, 322:20, 323:3, 323:4, 323:5

**powerful** [1] - 215:21

**powers** [1] - 273:8

**practical** [1] - 69:25

**practically** [1] - 76:10

**practice** [8] - 18:1, 156:6, 157:4, 231:19, 296:11, 298:14, 311:22, 321:21

**pre** [5] - 133:25, 229:4, 241:22, 242:6, 326:18

**pre-1996** [1] - 210:14

**pre-cleared** [1] - 229:4

**pre-enforcement** [2] - 241:22, 242:6

**precarious** [1] - 76:6

**precedence** [2] - 273:17, 276:25

**precedent** [2] - 91:25, 109:15

**precipitate** [1] - 55:4

**precise** [1] - 92:21

**precisely** [8] - 16:2, 16:10, 17:3, 20:13,

56:3, 56:7, 233:13, 316:6

**precludes** [1] - 12:2

**precursor** [1] - 109:8

**Preczewski** [1] - 336:19

**predates** [1] - 334:8

**predating** [2] - 17:13, 20:20

**predetermined** [1] - 162:2

**predicted** [2] - 272:12, 272:18

**prediction** [2] - 266:19, 267:9

**prefer** [1] - 89:18

**preliminary** [6] - 80:24, 85:13, 125:16, 237:8, 254:22, 255:24

**premature** [1] - 34:2

**premise** [2] - 163:20, 267:18

**preparedness** [1] - 192:22

**prescreened** [1] - 229:4

**prescribe** [2] - 5:17, 41:23

**prescribed** [3] - 56:24, 57:12, 218:10

**prescribes** [2] - 57:6, 296:10

**presence** [13] - 125:19, 126:23, 127:16, 129:23, 129:25, 130:8, 131:3, 187:6, 270:7, 279:18, 322:17, 327:7, 343:8

**present** [11] - 19:12, 19:14, 25:25, 86:1, 172:12, 199:21, 200:22, 210:1, 307:13, 307:17, 311:3

**presentation** [3] - 79:15, 82:21, 117:6

**presented** [5] - 117:18, 208:8, 252:24, 256:5, 256:6

**presenting** [1] - 123:6

**presently** [1] - 235:13

**presided** [1] - 255:21

**president** [3] - 206:4, 213:23, 323:3

**President** [2] - 206:25, 237:11

**President's** [1] - 237:25

**president's** [2] - 206:6, 206:11

**pressure** [2] - 12:23, 246:7

**prestige** [1] - 107:20

**presumably** [4] - 102:14, 108:12, 174:10, 189:9

**presume** [3] - 114:8, 118:12, 157:1

**presumed** [1] - 216:22

**presumes** [2] - 188:20

**pretextual** [1] - 302:16

**pretty** [2] - 266:15, 278:1

**prevails** [1] - 223:21

**prevent** [7] - 69:14, 69:22, 212:9, 316:8, 322:9, 322:15, 331:15

**prevented** [3] - 72:23, 185:11, 285:21

**preventing** [1] - 73:1

**preview** [1] - 80:18

**previous** [3] - 13:21, 26:7, 32:15

**previously** [4] - 81:25, 208:1, 229:25, 315:23

**prey** [1] - 58:9

**Prince** [1] - 76:12

**principle** [7] - 47:11, 47:12, 70:16, 111:11, 184:19, 184:20, 195:16, 195:18, 196:16, 217:3, 250:11

**principles** [3] - 142:23, 143:22, 145:18

**Prior** [1] - 261:25
**prior** [17] - 12:19, 91:24, 98:1, 150:14, 151:20, 161:15, 186:14, 194:16, 195:3, 196:1, 203:16, 211:4, 211:6, 211:24, 222:18, 222:22, 231:4
**Priorities** [14] - 45:15, 45:17, 46:24, 51:22, 53:7, 83:18, 90:3, 95:18, 96:25, 98:23, 240:1, 278:8, 278:10, 333:21
**priorities** [5] - 47:16, 61:19, 74:5, 210:22, 287:5
**prioritization** [1] - 279:3
**Prioritization** [4] - 280:4, 285:6, 335:10, 343:19
**prioritize** [1] - 307:15
**priority** [1] - 62:4
**private** [1] - 221:11
**privilege** [2] - 153:3, 229:15
**probably** [4] - 22:22, 146:7, 180:24, 305:8
**problem** [21] - 31:17, 36:18, 38:8, 38:16, 38:21, 38:22, 40:11, 41:6, 54:9, 69:25, 74:13, 140:25, 258:15, 283:25, 319:15, 319:20, 319:24, 319:25, 323:21, 339:18
**problems** [5] - 32:24, 38:19, 50:15, 249:3, 293:12
**procedural** [2] - 295:21, 326:8
**procedurally** [2] - 294:9, 300:13
**procedure** [2] - 156:16, 296:11
**procedures** [1] - 54:25
**proceed** [2] - 105:7, 276:18
**proceeding** [1] - 336:14
**Proceedings** [4] - 79:1, 147:14, 224:10, 344:13
**proceedings** [12] - 1:24, 33:10, 33:18, 36:2, 37:14, 40:23, 48:7, 220:5, 252:14, 289:17, 319:6, 344:17
**process** [128] - 5:22, 5:25, 6:2, 6:3, 6:9, 7:9, 7:22, 8:3, 8:6, 9:6, 9:9, 9:10, 10:10, 12:19, 18:16, 19:25, 20:25, 21:8, 21:9, 21:11, 21:13, 22:6, 22:8, 22:10, 22:12, 22:14, 23:16, 27:6, 27:8, 29:18, 29:24, 30:20, 31:24, 33:10, 33:13, 33:15, 34:12, 35:9, 37:13, 38:6, 38:23, 39:8, 40:9, 40:22, 41:9, 42:15, 42:16, 43:1, 43:6, 45:13, 46:6, 46:11, 46:13, 49:9, 52:20, 55:15, 56:5, 60:12, 61:10, 61:15, 62:9, 62:21, 63:1, 63:2, 71:21, 75:11, 102:25, 152:3, 157:8, 157:12, 158:10, 158:12, 158:16, 159:1, 159:2, 159:6, 162:8, 175:19, 182:1, 182:22, 191:23, 199:5, 199:6, 203:13, 218:9, 218:10, 261:3, 261:9, 261:10, 261:13, 261:16, 262:1, 262:6, 262:20, 273:7, 279:25, 287:18, 287:19, 289:3, 291:3, 291:18, 292:21, 295:9, 295:19, 304:9, 305:6, 305:10, 305:12, 306:13, 307:12, 307:16, 307:19, 307:24, 308:2, 312:13, 312:14, 315:21, 316:14, 318:6,

318:24, 322:22, 331:5, 331:6, 331:10, 332:17
**processed** [2] - 177:4, 194:12
**Processes** [1] - 208:18
**processes** [136] - 5:12, 5:19, 5:21, 8:12, 8:14, 9:14, 9:20, 10:5, 10:17, 13:10, 13:11, 13:13, 14:12, 14:23, 15:9, 17:13, 17:18, 17:19, 20:13, 21:1, 22:2, 23:6, 23:8, 23:9, 23:12, 24:5, 26:8, 27:21, 29:12, 29:13, 30:3, 31:15, 31:23, 32:3, 33:1, 33:6, 33:14, 33:22, 35:8, 36:1, 36:19, 40:16, 41:4, 41:12, 41:13, 41:18, 42:16, 43:3, 43:11, 43:20, 44:3, 44:11, 44:20, 44:21, 46:1, 46:19, 49:19, 49:21, 49:23, 50:2, 50:7, 50:10, 51:9, 51:11, 52:5, 54:10, 54:18, 55:7, 55:8, 55:10, 55:23, 56:6, 56:8, 58:2, 58:12, 58:15, 58:16, 58:19, 59:1, 59:6, 59:12, 59:16, 59:21, 60:1, 60:2, 60:10, 60:25, 67:5, 67:7, 68:1, 68:11, 71:19, 72:4, 72:16, 72:19, 164:14, 183:6, 199:8, 200:3, 200:20, 251:11, 261:21, 261:22, 262:23, 262:25, 264:15, 276:8, 278:22, 288:14, 288:16, 289:4, 289:18, 289:20, 290:12, 290:14, 292:15, 292:16, 292:18, 292:23, 295:9, 295:11, 295:15, 299:13, 314:8, 314:9, 315:6, 316:7, 317:19, 317:22, 318:2, 330:11, 330:13, 331:17, 332:1
**processing** [5] - 14:20, 306:9, 308:1, 311:8, 316:19
**produced** [3] - 1:25, 271:3, 281:16
**professor** [1] - 230:17
**proffer** [1] - 126:19
**profile** [2] - 62:4, 62:6
**profound** [2] - 125:24, 238:16
**profoundly** [1] - 233:7
**program** [201] - 6:14, 11:5, 12:10, 13:4, 13:17, 24:12, 24:19, 25:6, 26:19, 27:16, 28:1, 28:6, 35:19, 36:21, 37:17, 38:11, 39:19, 39:21, 43:22, 45:24, 47:24, 48:6, 49:10, 51:1, 51:16, 51:18, 54:7, 66:24, 67:11, 68:20, 68:25, 100:17, 100:18, 101:8, 102:6, 106:11, 107:6, 107:16, 108:10, 108:14, 109:9, 109:10, 109:17, 113:7, 113:9, 117:24, 124:4, 128:24, 129:7, 129:9, 129:23, 130:1, 130:2, 130:3, 130:5, 130:6, 130:11, 130:12, 130:24, 131:22, 132:2, 132:4, 132:16, 133:7, 133:17, 133:19, 133:23, 134:12, 134:20, 136:5, 144:14, 151:7, 151:18, 154:14, 155:9, 156:18, 160:7, 161:21, 166:4, 167:4, 175:2, 176:14, 179:17, 181:22, 182:8, 182:10, 191:1, 193:9, 193:10, 194:24, 195:10, 196:3, 197:13, 198:3, 198:7, 201:16, 203:9, 204:11, 207:10, 207:12, 209:8, 209:9, 209:12, 210:2, 210:17, 212:19, 214:25, 215:1, 215:4,

215:10, 215:11, 215:18, 216:3, 217:12, 221:17, 222:23, 223:13, 228:9, 228:25, 237:11, 237:13, 239:15, 241:19, 241:21, 244:14, 244:17, 246:21, 246:23, 247:1, 247:3, 247:4, 247:22, 248:6, 248:11, 248:13, 248:24, 248:25, 249:4, 249:11, 249:20, 249:23, 249:24, 250:1, 250:4, 250:8, 250:19, 250:20, 250:23, 251:19, 253:13, 255:6, 255:9, 255:13, 257:16, 257:23, 257:25, 258:2, 258:18, 258:20, 259:7, 259:8, 262:11, 263:12, 263:13, 263:16, 263:19, 264:10, 264:20, 266:7, 266:10, 268:11, 271:1, 271:23, 279:17, 284:22, 287:12, 287:13, 287:20, 287:21, 287:23, 289:7, 290:8, 293:6, 293:8, 295:14, 315:11, 322:18, 325:20, 326:4, 326:19, 327:25, 328:16, 328:22, 329:21, 342:25
**Program** [1] - 192:16
**program's** [1] - 48:14
**program-specific** [1] - 198:7
**programatic** [1] - 159:19
**programmatic** [36] - 150:15, 150:23, 155:4, 155:6, 159:20, 161:11, 171:5, 176:10, 176:15, 185:20, 186:1, 186:5, 186:14, 186:16, 187:11, 187:12, 187:16, 188:8, 188:9, 188:10, 188:12, 190:7, 190:8, 190:11, 191:16, 193:10, 193:18, 209:17, 212:2, 214:16, 222:14, 222:18, 321:13, 322:1, 322:2, 322:10
**programmatically** [1] - 126:13
**programs** [60] - 12:21, 14:10, 20:23, 53:4, 54:13, 81:10, 92:5, 107:5, 107:7, 107:13, 108:8, 109:9, 116:22, 126:10, 127:24, 144:5, 150:17, 150:18, 161:16, 177:24, 186:14, 188:2, 191:18, 194:16, 194:21, 195:2, 201:9, 202:6, 203:2, 203:16, 203:23, 204:1, 208:6, 208:25, 209:13, 209:23, 210:8, 210:11, 210:13, 210:14, 210:25, 211:7, 212:7, 212:15, 212:22, 215:20, 217:9, 217:13, 222:22, 227:11, 227:21, 230:4, 231:15, 234:2, 264:2, 264:3, 269:6, 271:10, 321:16, 321:19
**prohibit** [2] - 189:2, 222:13
**prohibiting** [1] - 228:17
**projector** [1] - 5:7
**promise** [1] - 106:7
**promised** [1] - 125:3
**promoting** [1] - 192:16
**prompt** [1] - 147:10
**promulgates** [1] - 247:6
**promulgating** [1] - 342:9
**prong** [3] - 82:17, 129:9, 142:1
**prongs** [1] - 200:15
**pronounce** [1] - 336:18
**pronouncement** [1] - 77:25

**proof** [9] - 86:10, 105:19, 111:3, 134:5, 148:3, 148:5, 241:14, 241:15, 305:24
**proper** [2] - 7:14, 111:18
**properly** [1] - 29:6
**proponents** [1] - 213:3
**propose** [1] - 333:25
**proposed** [27] - 10:24, 15:18, 15:21, 15:22, 15:24, 16:6, 16:20, 18:10, 55:3, 61:11, 88:10, 88:19, 126:7, 126:18, 163:1, 209:24, 291:8, 298:9, 304:5, 304:8, 310:7, 310:17, 333:9, 335:1, 335:2, 335:3
**proposition** [5] - 128:13, 190:11, 239:16, 264:12, 339:15
**prosecuted** [1] - 16:24
**prosecution** [9] - 16:24, 50:16, 50:18, 285:17, 287:5, 287:9, 287:14, 310:5
**prosecutions** [2] - 53:25, 54:4
**prospective** [6] - 136:7, 136:9, 177:18, 214:19, 242:7, 257:8
**protect** [2] - 66:3, 326:11
**protected** [3] - 126:15, 219:15, 322:24
**protecting** [2] - 192:8, 326:23
**Protection** [1] - 8:20
**protection** [1] - 192:8
**prove** [25] - 65:22, 66:2, 69:13, 71:2, 71:3, 80:21, 80:23, 84:8, 84:17, 85:16, 85:20, 85:24, 86:2, 86:18, 88:1, 88:12, 110:13, 120:1, 126:5, 141:5, 141:8, 145:19, 283:6, 304:16, 306:6
**proved** [4] - 70:19, 108:16, 282:16, 282:18
**proven** [14] - 65:21, 66:3, 67:24, 71:1, 71:6, 71:7, 99:22, 104:2, 131:10, 141:4, 222:24, 277:8, 286:10, 286:11
**provide** [39] - 6:4, 21:2, 23:12, 42:7, 43:3, 43:4, 50:4, 61:7, 81:8, 86:4, 89:24, 143:21, 157:18, 160:16, 166:5, 168:25, 173:21, 178:7, 178:21, 179:15, 180:6, 180:15, 180:16, 200:11, 209:23, 212:12, 214:15, 215:1, 220:11, 221:6, 222:20, 223:20, 233:21, 237:5, 274:22, 299:18, 300:4, 331:1, 331:3
**provided** [18] - 12:16, 19:4, 20:22, 22:4, 43:2, 73:16, 88:8, 207:13, 207:20, 207:21, 208:12, 209:10, 231:3, 258:21, 259:23, 312:15, 319:2
**provides** [6] - 206:2, 279:7, 295:23, 297:17, 311:12, 312:17
**providing** [9] - 22:7, 110:1, 115:6, 127:14, 192:8, 273:19, 276:20, 300:5, 331:21
**provision** [8] - 19:23, 57:2, 67:4, 151:20, 165:11, 220:12, 275:21, 287:5
**provisions** [4] - 151:3, 153:19, 300:6
**proxy** [3] - 113:4, 114:17, 115:10
**public** [136] - 5:18, 6:5, 7:21, 9:15, 9:19, 10:12, 10:15, 10:21, 11:3, 11:7, 11:9, 11:12, 11:19, 11:20, 12:7, 12:25,

14:22, 16:1, 16:18, 16:21, 19:13, 19:15, 19:21, 23:13, 23:22, 24:5, 25:2, 25:11, 25:22, 25:24, 55:1, 55:5, 75:3, 77:25, 115:4, 115:6, 115:8, 116:2, 117:21, 118:2, 129:6, 133:10, 137:23, 146:1, 146:7, 152:21, 153:24, 153:25, 154:21, 154:24, 157:24, 159:25, 160:18, 160:20, 162:13, 163:6, 163:9, 166:14, 167:11, 168:4, 168:17, 168:21, 168:22, 168:24, 169:4, 169:19, 170:7, 170:21, 177:15, 177:22, 178:1, 182:25, 187:23, 188:1, 189:19, 191:16, 192:1, 192:7, 193:2, 193:9, 193:14, 194:20, 195:20, 195:25, 196:5, 197:2, 198:5, 198:14, 199:15, 199:24, 200:12, 201:6, 201:8, 201:12, 201:18, 204:2, 206:3, 210:5, 213:5, 215:9, 215:16, 215:24, 216:15, 222:13, 225:8, 225:9, 225:23, 227:20, 233:11, 234:2, 240:7, 248:9, 274:22, 298:11, 298:19, 299:20, 307:13, 308:18, 308:22, 309:2, 309:10, 310:1, 310:6, 310:12, 320:10, 320:21, 322:18, 324:24, 325:18, 326:11, 326:23, 328:24, 330:12, 331:24
**publicly** [3] - 148:16, 149:1, 161:20
**published** [1] - 57:8
**pulled** [3] - 344:5, 344:7, 344:8
**punish** [2] - 75:3, 182:25
**punishment** [1] - 35:17
**purely** [7] - 166:9, 182:12, 184:13, 189:5, 189:18, 189:20, 189:24
**purport** [1] - 53:24
**purported** [2] - 94:8, 322:6
**purpose** [2] - 105:17, 203:9
**purposes** [12] - 16:22, 70:6, 70:15, 113:1, 113:6, 113:7, 228:21, 243:14, 278:9, 278:14, 278:20, 309:16
**pursuant** [2] - 340:18, 343:6
**pursues** [1] - 206:15
**pushing** [1] - 199:12
**put** [46] - 13:10, 14:3, 14:19, 15:18, 20:6, 20:7, 33:15, 42:19, 44:11, 46:18, 55:14, 56:4, 56:17, 59:5, 59:7, 60:24, 69:20, 81:23, 82:12, 84:25, 96:1, 98:7, 106:3, 107:20, 110:18, 110:20, 112:2, 116:5, 117:4, 125:13, 138:12, 138:20, 139:18, 155:22, 170:17, 196:25, 204:16, 242:8, 252:2, 260:7, 260:11, 278:19, 302:22, 304:24, 316:11, 326:19
**puts** [3] - 14:17, 204:4, 336:7
**putting** [9] - 29:18, 55:6, 58:23, 60:1, 60:10, 68:19, 289:16, 317:21, 335:18

## Q

**qualified** [1] - 74:19
**qualify** [5] - 73:4, 178:17, 180:22, 181:21, 312:5

**qualifying** [1] - 173:4
**quarter** [1] - 328:21
**quarterly** [1] - 130:9
**quasi** [5] - 246:7, 325:9, 325:25, 327:1, 327:2
**quasi-sovereign** [5] - 246:7, 325:9, 325:25, 327:1, 327:2
**question** [67] - 25:4, 27:25, 47:23, 53:8, 53:23, 56:13, 66:18, 72:20, 97:16, 98:7, 99:17, 105:3, 108:17, 116:15, 119:6, 119:17, 119:24, 120:21, 120:23, 130:4, 138:12, 140:10, 145:9, 158:2, 159:14, 171:17, 175:24, 176:17, 178:6, 183:6, 183:11, 183:25, 184:18, 200:2, 200:22, 204:17, 218:21, 266:3, 266:17, 267:11, 267:13, 273:5, 278:8, 283:16, 285:16, 298:25, 299:1, 299:5, 299:6, 299:8, 299:11, 299:24, 300:9, 301:10, 302:19, 302:20, 303:8, 304:2, 305:21, 306:2, 308:7, 308:9, 316:25, 318:12
**questionable** [2] - 91:9, 95:18
**questioning** [2] - 92:4, 221:16
**questions** [32] - 8:21, 22:18, 22:20, 70:4, 78:17, 81:17, 81:20, 88:20, 90:16, 126:2, 136:23, 137:4, 146:18, 147:6, 147:21, 172:8, 175:13, 175:15, 176:1, 176:9, 178:19, 184:6, 225:6, 234:10, 239:3, 240:21, 266:15, 297:10, 310:13, 310:16, 311:6, 334:7
**quick** [8] - 6:11, 129:19, 145:12, 224:9, 266:15, 270:17, 278:24, 286:5
**quickly** [10] - 61:1, 61:9, 112:21, 150:9, 152:12, 154:8, 157:15, 187:9, 190:9, 284:17
**quintessential** [1] - 144:18
**quit** [1] - 337:18
**quite** [12] - 56:15, 90:8, 98:22, 106:12, 112:11, 118:23, 120:25, 129:17, 139:24, 139:25, 338:14, 338:22
**quo** [3] - 317:19, 326:18, 327:12
**quotas** [1] - 164:21
**quote** [12] - 115:20, 117:8, 140:8, 232:22, 233:7, 242:11, 251:20, 260:4, 276:15, 291:4, 300:16, 315:9
**quote/unquote** [3] - 158:10, 158:16, 300:18
**quotes** [1] - 90:1
**quoting** [3] - 84:12, 84:13, 281:6

## R

**R** [1] - 5:1
**racist** [3] - 108:2, 108:24, 109:1
**racking** [1] - 235:9
**Raices** [1] - 2:22
**raise** [8] - 81:18, 104:11, 114:10, 145:1, 230:13, 260:11, 277:13, 285:16
**raised** [14] - 50:15, 53:23, 65:15, 65:16, 81:17, 82:11, 158:2, 227:23, 234:18,

277:15, 283:20, 319:16, 335:7, 339:12

**raises** [5] - 54:8, 107:21, 242:21, 251:23, 252:23

**raising** [5] - 228:9, 259:19, 302:5, 310:19, 310:20

**range** [7] - 9:17, 28:14, 42:8, 74:9, 74:15, 219:13, 234:1

**rare** [1] - 53:25

**rarely** [1] - 53:23

**rate** [6] - 162:3, 244:16, 246:19, 302:16, 306:8, 306:25

**rates** [5] - 158:5, 159:12, 161:19, 162:5, 315:16

**rather** [6] - 24:21, 128:11, 136:15, 153:10, 225:5, 229:5

**ratified** [4] - 19:1, 211:7, 215:4, 222:19

**ratifies** [1] - 216:23

**rational** [2] - 41:5, 319:20

**rationale** [2] - 143:3, 143:9

**rationality** [2] - 23:5, 319:19

**raw** [3] - 13:14, 13:15, 132:17

**re** [3] - 101:1, 216:25, 335:23

**Re** [1] - 330:19

**re-enacts** [1] - 216:25

**re-open** [1] - 335:23

**reach** [11] - 8:14, 8:25, 9:8, 28:12, 37:12, 47:5, 93:13, 182:9, 183:10, 297:22, 329:15

**reached** [8] - 28:17, 33:12, 38:16, 39:7, 92:25, 93:11, 94:1, 292:2

**reaches** [1] - 304:3

**reaching** [2] - 308:9, 340:21

**read** [13] - 66:5, 71:12, 77:14, 88:18, 113:15, 117:14, 127:10, 129:13, 140:13, 152:17, 153:13, 286:19, 314:24

**readily** [2] - 273:16, 276:24

**reading** [4] - 91:15, 280:17, 314:22, 336:1

**reads** [3] - 126:24, 126:25, 127:2

**ready** [3] - 5:4, 78:21, 144:21

**reaffirmed** [2] - 191:3, 213:15

**real** [15] - 6:11, 92:21, 95:23, 95:24, 110:5, 110:17, 112:21, 116:16, 122:23, 123:2, 127:8, 129:19, 146:23, 282:12, 286:5

**reality** [12] - 118:15, 152:6, 152:7, 152:11, 190:16, 216:5, 222:5, 222:9, 222:17, 222:24

**realized** [1] - 280:14

**really** [57] - 15:9, 28:25, 31:16, 38:15, 61:25, 70:2, 82:14, 86:15, 92:11, 101:7, 101:11, 104:10, 104:20, 106:11, 106:12, 107:21, 108:17, 112:11, 113:11, 115:16, 122:5, 124:12, 125:25, 126:7, 126:22, 127:15, 127:19, 137:1, 137:3, 143:18, 146:10, 151:1, 156:4, 181:23, 197:11, 211:11, 213:1, 216:7, 224:24, 225:6, 226:19, 227:5, 228:11, 230:8, 231:16,

234:3, 237:4, 238:22, 238:23, 274:14, 277:10, 280:23, 313:19, 318:12, 324:3, 336:22, 337:1

**reams** [1] - 112:16

**reason** [58] - 6:5, 6:21, 12:24, 16:7, 19:13, 25:12, 25:25, 34:8, 60:19, 64:7, 69:4, 82:4, 83:21, 100:15, 105:1, 107:22, 115:22, 128:7, 141:18, 153:8, 153:25, 154:20, 154:22, 162:12, 163:8, 168:4, 169:3, 169:19, 170:20, 177:21, 180:5, 181:3, 183:9, 183:13, 184:8, 185:13, 192:2, 192:7, 193:2, 193:8, 193:14, 195:7, 195:19, 195:25, 196:5, 197:2, 197:4, 201:17, 210:4, 213:5, 231:14, 235:15, 253:18, 298:18, 307:11, 307:14, 339:21, 340:6

**reasonable** [10] - 31:3, 56:22, 135:2, 135:8, 206:2, 257:9, 257:13, 267:9, 300:21, 315:19

**reasonably** [3] - 55:21, 69:16, 300:21

**reasoning** [3] - 66:20, 93:9, 117:25

**reasons** [69] - 5:18, 9:16, 16:18, 19:20, 23:15, 24:6, 24:7, 25:3, 25:9, 25:14, 25:17, 25:23, 43:17, 43:18, 72:15, 72:18, 72:22, 74:15, 77:10, 91:23, 98:25, 100:22, 102:7, 123:17, 142:17, 150:25, 152:20, 153:23, 154:23, 157:23, 159:24, 163:5, 163:23, 166:9, 166:14, 166:18, 170:16, 177:15, 178:2, 179:12, 182:13, 183:9, 185:7, 187:23, 187:25, 189:5, 189:18, 189:20, 189:25, 194:5, 194:20, 197:16, 201:5, 201:8, 201:12, 206:5, 215:23, 216:14, 222:13, 251:4, 253:16, 293:11, 295:5, 298:11, 300:19, 324:7

**rebuttal** [2] - 137:3, 334:4

**recall** [2] - 293:4, 302:23

**receded** [1] - 16:16

**receive** [3] - 42:9, 60:24, 209:11

**received** [1] - 158:12

**receiving** [3] - 214:9, 307:19, 308:2

**recent** [4] - 179:10, 180:5, 214:20, 233:3

**recently** [7] - 126:8, 135:18, 203:12, 233:4, 280:14, 313:5, 338:2

**reception** [2] - 331:1, 331:8

**recessed** [3] - 79:1, 147:14, 224:10

**recipients** [4] - 27:2, 95:23, 101:12, 328:14

**recognition** [1] - 28:3

**recognized** [1] - 313:4

**recognizes** [1] - 192:11

**recognizing** [1] - 206:14

**reconcile** [1] - 256:10

**reconciling** [1] - 108:23

**reconstruction** [2] - 192:18, 192:19

**record** [73] - 5:6, 13:1, 13:20, 32:12, 32:16, 59:9, 69:10, 76:19, 77:19, 79:22, 83:8, 85:2, 86:9, 86:10, 87:7, 87:8, 87:15, 88:19, 88:25, 91:23,

95:25, 96:1, 99:19, 99:21, 100:2, 104:3, 110:9, 115:2, 115:15, 116:13, 122:4, 122:10, 122:19, 123:6, 123:11, 138:1, 138:4, 138:13, 140:17, 143:25, 145:3, 145:4, 145:5, 147:2, 147:15, 147:22, 148:1, 148:3, 148:24, 160:24, 162:7, 171:20, 173:9, 182:2, 184:3, 227:25, 229:9, 229:13, 241:12, 242:19, 249:17, 260:18, 261:23, 263:7, 283:2, 283:11, 283:13, 283:17, 289:25, 304:25, 305:3, 344:17

**recorded** [1] - 1:24

**records** [1] - 78:5

**recoup** [1] - 118:4

**recover** [1] - 230:1

**recovery** [1] - 233:24

**redline** [1] - 153:1

**redressability** [10] - 30:6, 47:4, 47:22, 54:9, 137:6, 140:5, 140:15, 140:18, 141:16, 141:25

**redressable** [1] - 144:19

**reduce** [17] - 10:5, 12:22, 29:12, 46:19, 60:3, 130:23, 195:11, 196:17, 199:8, 200:10, 244:5, 244:7, 254:5, 254:14, 254:18, 331:18, 331:19

**reduced** [4] - 200:8, 244:25, 245:1, 249:4

**reducing** [24] - 9:21, 10:7, 11:12, 29:14, 130:22, 130:24, 193:5, 195:5, 195:6, 195:23, 196:3, 196:8, 197:4, 197:15, 197:24, 198:15, 198:25, 200:8, 200:14, 201:18, 210:3, 330:14

**reentry** [1] - 75:9

**refer** [3] - 83:17, 140:9, 260:4

**referenced** [2] - 32:9, 182:21

**references** [1] - 287:8

**referred** [2] - 158:17, 219:11

**referring** [2] - 47:9, 262:5

**refers** [2] - 245:8, 322:11

**reflected** [2] - 165:18, 203:1

**reflects** [6] - 153:4, 193:21, 201:22, 222:1, 229:13, 232:9

**Reform** [1] - 153:11

**refugee** [5] - 19:25, 153:9, 153:10, 207:10, 209:7

**Refugee** [4] - 152:3, 152:24, 153:4, 322:11

**Refugees** [1] - 206:24

**refugees** [2] - 19:24, 153:5

**refusal** [1] - 75:15

**refused** [2] - 39:8, 233:22

**reg** [2] - 261:4, 261:25

**regard** [3] - 110:19, 173:9, 284:18

**regarded** [1] - 316:16

**regarding** [6] - 94:1, 175:17, 182:17, 187:2, 339:25, 340:16

**regardless** [5] - 81:5, 127:6, 274:23, 283:16, 318:23

**regards** [4] - 148:13, 158:2, 195:13, 205:5

**Regents** [13] - 93:23, 93:25, 94:14, 95:9,
105:12, 279:6, 286:21, 324:5, 327:24,
328:12, 328:13, 328:17, 328:19
**regime** [11] - 26:7, 72:22, 72:25, 73:2,
73:9, 74:20, 74:22, 75:4, 167:17,
176:12, 183:1
**regimes** [2] - 15:1, 101:23
**Reginald** [2] - 229:23, 229:25
**region** [3] - 38:20, 202:2, 223:4
**regional** [6] - 33:24, 41:10, 59:18,
208:25, 216:17, 223:6
**Register** [29] - 57:23, 163:4, 163:15,
163:16, 167:25, 170:15, 170:18,
182:16, 185:14, 185:18, 194:23,
197:17, 226:15, 234:22, 236:25,
243:21, 260:24, 261:1, 261:2, 261:11,
261:24, 267:23, 299:12, 299:15,
315:4, 317:14, 317:16, 318:10, 330:18
**register** [1] - 258:12
**Registers** [1] - 269:5
**registration** [1] - 123:9
**regular** [3] - 11:14, 13:4, 193:6
**regularly** [2] - 17:13, 187:15
**regulated** [5] - 26:10, 26:16, 27:8,
27:21, 30:19
**regulation** [1] - 193:25
**regulatory** [1] - 50:4
**reimbursable** [2] - 247:19, 274:21
**reimbursed** [2] - 81:11, 119:1
**reimbursements** [1] - 81:6
**reimplement** [1] - 293:6
**rein** [1] - 216:19
**reject** [2] - 84:25, 298:12
**rejected** [19] - 11:1, 15:24, 16:15, 17:5,
17:14, 18:11, 18:17, 22:11, 23:17,
151:21, 212:8, 213:12, 269:1, 272:19,
290:24, 291:20, 293:13, 310:9, 310:11
**rejecting** [1] - 310:11
**rejection** [1] - 17:8
**rejections** [1] - 159:8
**relate** [3] - 252:3, 260:13, 260:16
**related** [8] - 20:5, 54:2, 261:23, 269:25,
283:22, 283:23, 310:4, 331:21
**relates** [3] - 24:19, 277:10, 315:14
**relating** [2] - 148:9, 149:12
**relation** [1] - 17:22
**relations** [13] - 34:17, 44:19, 44:22,
45:1, 59:16, 200:5, 205:17, 205:20,
206:12, 223:4, 313:11, 314:12, 323:13
**relationships** [1] - 46:5
**relative** [1] - 249:22
**release** [1] - 29:17
**released** [6] - 13:9, 29:15, 59:11, 60:4,
258:24, 284:22
**releases** [3] - 12:18, 13:11, 13:12
**releasing** [3] - 29:16, 40:18, 323:21
**relevance** [1] - 104:2
**relevant** [7] - 31:2, 101:7, 117:15,
153:19, 206:8, 302:8, 319:18
**reliance** [58] - 26:2, 26:4, 26:7, 26:9,

26:14, 26:15, 26:18, 26:20, 26:21,
26:25, 27:1, 27:10, 27:12, 27:15,
27:19, 27:20, 28:7, 28:24, 29:6, 29:25,
30:1, 30:4, 30:7, 30:18, 31:6, 220:20,
221:15, 320:5, 320:7, 320:14, 320:18,
320:19, 323:23, 324:1, 324:3, 324:4,
324:9, 324:17, 324:19, 324:21,
326:18, 326:21, 327:9, 327:11,
327:14, 327:16, 327:17, 327:21,
328:2, 328:6, 328:7, 328:14, 328:23,
329:10, 329:16, 329:22, 330:1, 330:4
**relied** [3] - 105:4, 339:21, 340:1
**relief** [45] - 60:5, 65:5, 68:4, 80:17,
81:22, 81:23, 82:6, 83:15, 121:6,
125:18, 133:24, 136:7, 136:9, 141:1,
141:11, 142:21, 143:16, 143:21,
143:23, 144:2, 144:15, 145:11,
145:22, 146:3, 225:20, 226:11,
226:13, 228:15, 234:12, 234:16,
235:10, 242:7, 253:8, 253:12, 257:9,
269:9, 272:8, 279:7, 279:20, 280:4,
332:5, 332:8, 342:22
**relies** [4] - 190:14, 198:3, 260:25, 305:4
**religion** [1] - 231:22
**religions** [1] - 231:22
**religious** [1] - 231:17
**reluctance** [1] - 78:10
**rely** [7] - 15:17, 17:17, 84:19, 158:7,
199:23, 245:4, 328:13
**relying** [1] - 20:19
**remain** [7] - 115:20, 165:4, 190:9,
190:14, 213:22, 281:8, 318:19
**Remain** [11] - 90:18, 92:16, 96:11,
96:13, 96:20, 98:1, 100:12, 190:18,
190:22, 190:25, 205:7
**remaining** [3] - 70:8, 118:11, 285:22
**remains** [4] - 8:15, 163:21, 214:8, 344:6
**remand** [9] - 60:6, 60:17, 60:18, 60:20,
234:12, 294:12, 301:13, 342:4, 342:10
**remanded** [2] - 62:23, 63:18, 294:10
**remedy** [5] - 65:10, 65:13, 65:20,
67:18, 70:18, 71:6, 71:8, 141:13,
141:14, 141:20, 226:14, 332:4,
332:15, 332:16, 332:25
**remember** [4] - 297:12, 334:5, 338:15,
338:21
**reminded** [1] - 72:17
**remittances** [1] - 192:20
**removal** [33] - 33:9, 33:17, 36:2, 37:13,
38:2, 40:22, 45:7, 45:9, 45:13, 45:16,
45:17, 45:19, 45:22, 46:15, 46:16,
48:7, 59:22, 76:2, 105:3, 218:9,
218:11, 218:17, 220:4, 220:12,
222:15, 236:2, 239:25, 261:13,
261:18, 289:17, 290:16, 319:6
**removals** [5] - 76:22, 77:13, 78:7,
133:13, 239:22
**remove** [45] - 31:10, 31:25, 32:3, 32:4,
32:25, 33:2, 33:4, 33:5, 33:21, 33:25,
34:11, 36:8, 36:14, 37:9, 37:23, 38:5,

38:25, 39:1, 40:14, 40:24, 41:3, 41:8,
48:7, 49:18, 50:21, 51:12, 54:11,
55:20, 59:19, 75:20, 75:24, 76:1,
76:11, 77:2, 77:12, 199:7, 199:10,
200:7, 218:22, 261:7, 289:15, 318:19,
319:6, 319:13, 320:3
**removed** [9] - 32:3, 34:19, 35:11, 37:15,
54:6, 55:24, 75:16, 76:16, 77:9
**removing** [5] - 41:11, 78:9, 133:14,
315:22, 319:8
**renew** [1] - 37:1
**renewed** [1] - 217:3
**repeat** [1] - 96:23
**repeatedly** [5] - 21:5, 21:19, 65:9, 71:8,
216:1
**repetitive** [1] - 150:5
**replaces** [1] - 153:24
**replies** [1] - 254:23
**report** [1] - 213:2
**Report** [5] - 15:19, 16:4, 16:15, 18:25,
19:2
**reported** [1] - 331:3
**reporter** [1] - 288:6
**REPORTER** [3] - 3:6, 140:16
**REPORTER'S** [1] - 344:15
**reporting** [1] - 19:5
**represent** [3] - 211:2, 220:23, 299:20
**representation** [1] - 322:23
**representations** [1] - 73:19
**represented** [3] - 94:14, 202:17, 237:18
**representing** [1] - 229:15
**represents** [1] - 299:19
**repress** [2] - 75:3, 182:24
**repression** [1] - 15:3
**repressive** [5] - 15:1, 72:22, 72:24,
74:20, 167:17
**request** [5] - 8:12, 9:2, 66:2, 215:7,
342:21
**requested** [2] - 235:1, 236:19
**requesting** [1] - 82:5
**requests** [1] - 110:11
**require** [20] - 5:21, 19:22, 42:22, 42:23,
43:3, 44:5, 53:24, 54:3, 71:5, 81:10,
127:16, 165:8, 218:7, 221:10, 221:13,
222:14, 222:15, 275:4, 307:12, 343:20
**required** [19] - 20:2, 23:18, 43:13,
43:20, 45:10, 63:25, 68:5, 82:19,
84:16, 160:17, 191:6, 204:13, 221:14,
281:19, 300:11, 314:15, 318:4,
320:13, 324:13
**requirement** [14] - 41:16, 42:3, 68:20,
155:11, 156:23, 162:10, 163:7,
163:24, 194:3, 194:9, 196:10, 220:24,
239:6, 314:22
**requirements** [12] - 9:13, 10:2, 65:18,
74:14, 151:3, 160:19, 160:20, 296:12,
304:11, 305:17, 312:7, 318:13
**requires** [26] - 14:18, 19:20, 29:18,
33:16, 42:4, 42:7, 42:19, 57:3, 64:16,
64:19, 65:10, 65:20, 67:4, 70:18,

101:1, 166:12, 178:4, 205:21, 235:5, 304:13, 312:11, 312:17, 314:18, 315:1, 315:2, 338:6
**requiring** [4] - 163:23, 215:10, 293:6, 314:11
**rescind** [1] - 50:8
**rescinded** [1] - 223:16
**rescission** [1] - 100:18
**rescue** [1] - 207:6
**researched** [1] - 30:15
**Resettlement** [2] - 152:3, 207:9
**resettlement** [1] - 207:6
**resided** [1] - 161:1
**resident** [2] - 124:4, 213:18
**residents** [5] - 89:24, 124:2, 124:22, 165:10, 214:12
**resolve** [5] - 52:7, 99:21, 274:5, 333:15, 340:16
**resource** [1] - 316:18
**resources** [14] - 10:6, 11:13, 14:14, 14:18, 14:19, 42:9, 42:14, 58:21, 59:24, 200:11, 202:15, 315:15, 316:18, 330:22
**respect** [16] - 19:21, 20:2, 54:23, 57:20, 66:15, 169:20, 184:2, 206:11, 221:15, 244:10, 276:1, 286:18, 289:3, 289:16, 313:14, 334:12
**respectfully** [2] - 138:11, 282:1
**respond** [8] - 65:15, 208:6, 209:19, 210:20, 242:11, 252:17, 280:13, 333:11
**responding** [1] - 58:4
**response** [15] - 17:23, 58:6, 58:10, 86:22, 88:20, 110:10, 133:21, 137:21, 150:22, 212:4, 242:22, 251:24, 254:22, 310:19, 322:7
**responses** [1] - 254:23
**responsibilities** [1] - 268:25
**Responsibility** [1] - 153:12
**responsibility** [1] - 89:23
**rest** [6] - 70:14, 83:22, 90:22, 147:12, 164:15, 187:8
**restabilize** [1] - 209:2
**Restaurant** [1] - 340:25
**restrict** [3] - 21:22, 44:3, 289:22
**restricted** [1] - 289:13
**restrictions** [1] - 245:12
**restricts** [2] - 24:25, 311:14
**result** [11] - 18:15, 18:16, 43:2, 112:13, 179:8, 181:10, 241:21, 257:22, 263:18, 286:24, 343:11
**resulted** [2] - 239:22, 258:3
**results** [1] - 17:9
**retains** [2] - 44:1, 292:20
**retaliation** [1] - 230:18
**retribution** [1] - 232:2
**retroactive** [1] - 235:3
**retroactively** [2] - 235:16, 253:4
**return** [9] - 46:10, 76:3, 103:21, 234:17, 261:17, 261:18, 289:15, 291:11, 292:5

**returned** [3] - 77:8, 258:23, 292:12
**Returnees** [1] - 207:9
**returning** [2] - 77:22, 301:24
**returns** [1] - 96:14
**Reunification** [4] - 20:24, 20:25, 192:15, 193:1
**reunification** [1] - 102:24, 203:2, 203:9, 231:13, 231:25
**reunifying** [1] - 228:21
**reunion** [1] - 230:16
**reunions** [1] - 238:21
**reunite** [3] - 229:23, 230:9, 232:12
**reunited** [1] - 230:21
**revenue** [1] - 258:13
**revenues** [6] - 120:20, 226:23, 227:13, 229:12, 281:14, 328:22
**reversal** [1] - 205:10
**reverse** [3] - 338:24
**reversed** [11] - 293:15, 294:25, 337:23, 338:3, 338:7, 338:15, 338:17, 338:20, 338:21, 339:1, 339:8
**review** [20] - 7:23, 7:25, 8:6, 50:15, 61:11, 64:9, 64:18, 74:7, 241:23, 242:7, 293:14, 297:18, 297:23, 300:23, 300:25, 303:18, 307:9, 307:20, 340:1
**reviewable** [10] - 45:10, 200:16, 294:21, 296:21, 296:24, 300:23, 339:16, 339:17, 339:22, 340:7
**reviewed** [3] - 294:15, 294:23, 307:5
**reviewer** [1] - 184:6
**reviewing** [2] - 206:5, 307:3
**revoke** [2] - 151:17, 212:18
**rhetorical** [1] - 86:7
**richest** [1] - 174:6
**rid** [2] - 98:17, 254:8
**Right** [3] - 47:20, 249:19, 270:21
**right** [216] - 6:22, 10:19, 10:22, 13:24, 24:20, 27:17, 28:19, 30:11, 35:12, 36:8, 36:11, 36:21, 37:5, 37:22, 38:4, 47:7, 49:7, 49:12, 50:25, 51:24, 53:12, 64:24, 65:3, 73:24, 75:21, 78:19, 79:11, 79:22, 79:24, 86:23, 86:24, 87:20, 87:22, 90:18, 91:12, 91:14, 92:3, 92:7, 92:10, 93:15, 93:22, 94:12, 95:1, 95:8, 95:23, 96:12, 96:19, 97:15, 98:12, 99:1, 99:2, 100:17, 102:6, 102:14, 102:15, 102:24, 103:13, 105:3, 106:8, 106:16, 109:7, 109:19, 109:23, 111:4, 112:1, 114:1, 114:18, 116:19, 119:6, 119:7, 120:1, 126:20, 128:12, 129:17, 130:7, 131:20, 133:13, 133:14, 133:16, 134:7, 134:14, 136:17, 137:10, 139:6, 139:11, 139:13, 140:10, 143:19, 143:20, 143:22, 144:3, 145:24, 146:5, 146:13, 146:24, 147:8, 149:19, 153:17, 155:7, 158:21, 159:15, 161:13, 162:19, 166:15, 167:11, 167:18, 169:7, 169:24, 171:22,

173:25, 174:6, 174:20, 177:4, 177:7, 178:17, 180:8, 181:5, 183:16, 197:8, 198:12, 199:5, 199:16, 201:2, 209:5, 209:23, 211:12, 212:24, 214:23, 217:15, 224:8, 224:17, 225:21, 226:8, 226:18, 236:8, 236:10, 236:16, 237:14, 237:25, 238:5, 238:10, 238:13, 238:17, 239:12, 240:19, 242:15, 242:16, 243:8, 243:20, 245:25, 246:10, 247:1, 247:21, 249:15, 250:16, 250:21, 252:16, 253:23, 254:1, 255:18, 256:1, 259:9, 263:22, 264:21, 264:23, 267:15, 267:22, 268:4, 270:10, 270:16, 271:25, 281:5, 281:6, 283:2, 284:3, 284:9, 286:23, 288:15, 288:17, 288:18, 288:19, 290:8, 295:13, 296:3, 296:25, 298:21, 298:23, 302:18, 302:23, 304:20, 305:16, 306:22, 307:1, 309:5, 321:8, 322:22, 325:1, 326:7, 326:8, 328:17, 332:18, 333:7, 333:22, 334:20, 335:23, 335:25, 336:10, 338:9, 339:5, 339:9, 340:22, 344:11
**rights** [9] - 43:21, 49:21, 288:9, 288:12, 289:1, 289:19, 290:18, 295:22, 323:7
**rise** [6] - 5:2, 86:3, 115:7, 168:3, 208:7, 224:11
**risk** [3] - 202:14, 204:4, 316:17
**Rivas** [1] - 2:21
**RMR** [2] - 3:7, 344:21
**road** [1] - 123:10
**Rodriguez** [1] - 231:1
**Rogers** [1] - 1:20
**rogue** [2] - 151:7, 216:2
**Roldan** [3] - 122:13, 123:23, 124:18
**Roldan's** [1] - 123:18
**role** [1] - 323:8
**roll** [4] - 27:25, 51:16, 61:24, 195:10
**rolled** [5] - 133:17, 247:22, 248:14, 258:18, 263:16
**rolling** [2] - 11:5, 28:5
**room** [3] - 90:22, 94:10, 185:4
**Room** [1] - 3:7
**roots** [1] - 211:3
**round** [1] - 248:4
**routinely** [1] - 58:9
**ROVR** [3] - 207:10, 208:24, 209:2
**rows** [1] - 210:14
**RPR** [1] - 344:21
**rub** [1] - 91:12
**rule** [26] - 44:24, 45:9, 55:3, 57:7, 60:25, 64:19, 67:5, 120:6, 291:1, 291:16, 295:13, 295:14, 295:16, 295:22, 296:1, 296:8, 296:14, 296:15, 296:24, 297:2, 318:5, 338:5, 338:6, 342:8, 342:11
**ruled** [1] - 238:7
**rulemaking** [10] - 44:5, 44:8, 44:10, 46:7, 54:23, 61:11, 64:1, 64:19, 64:23,

323:11
**rulemakings** [3] - 61:18, 62:4, 62:5
**rules** [5] - 44:5, 64:14, 296:5, 296:19, 296:20
**ruling** [2] - 63:13, 278:15
**Rumsfeld** [1] - 17:6
**run** [6] - 151:7, 151:8, 205:16, 209:22, 216:4, 282:3
**runs** [1] - 175:6
**rush** [1] - 318:1
**Rusk** [1] - 3:7
**Russian** [1] - 161:2
**Ryan** [1] - 2:2
**ryan.walters@oag.texas.gov** [1] - 2:5

# S

**s** [1] - 196:20
**S** [3] - 5:1, 191:12, 205:23
**sacrifices** [1] - 192:12
**safe** [8] - 191:23, 192:16, 202:21, 203:10, 203:13, 203:17, 203:19, 223:19
**safety** [3] - 160:18, 204:4, 230:6
**Sahacher** [3] - 165:1, 165:13, 186:2
**said** [133] - 9:4, 14:15, 17:6, 21:12, 24:16, 24:17, 32:11, 34:23, 38:9, 38:14, 40:15, 43:23, 45:25, 48:16, 50:6, 52:4, 52:16, 53:13, 54:15, 57:23, 65:9, 65:19, 66:1, 66:7, 71:8, 79:9, 86:15, 90:6, 90:11, 97:10, 97:19, 98:8, 98:10, 99:5, 99:16, 101:17, 102:15, 109:10, 109:14, 109:19, 109:20, 111:7, 112:24, 121:19, 129:14, 129:15, 134:25, 135:1, 135:18, 137:22, 141:10, 142:11, 142:17, 142:18, 144:4, 147:1, 150:6, 173:11, 174:15, 176:21, 176:23, 184:8, 185:19, 191:4, 191:9, 195:22, 197:3, 198:17, 198:18, 203:4, 204:10, 217:10, 220:1, 226:7, 226:24, 231:5, 238:6, 238:14, 239:15, 240:21, 242:5, 242:19, 248:20, 251:21, 253:5, 253:17, 257:4, 257:6, 258:10, 263:21, 266:19, 269:1, 272:13, 272:16, 275:8, 278:7, 279:24, 280:8, 282:3, 286:9, 286:14, 287:3, 289:11, 291:10, 293:9, 293:16, 293:21, 300:17, 302:11, 302:15, 309:10, 313:8, 321:12, 321:16, 321:21, 322:3, 324:2, 324:18, 326:8, 327:2, 327:19, 327:23, 328:13, 328:15, 329:4, 329:9, 330:21, 332:11, 332:16, 337:24, 338:2, 339:22, 340:20
**sales** [2] - 227:12, 227:13
**same** [119] - 16:20, 19:14, 25:24, 25:25, 28:25, 32:19, 36:4, 36:10, 37:21, 37:24, 39:12, 39:22, 40:20, 43:17, 45:6, 49:25, 50:9, 56:7, 64:21, 67:17, 74:24, 74:25, 75:12, 75:15, 77:9, 85:23, 87:5, 88:14, 88:15, 89:13,

89:14, 89:15, 93:19, 96:12, 97:18, 99:4, 99:15, 100:23, 101:5, 102:5, 102:8, 104:25, 107:15, 108:12, 108:13, 111:17, 113:14, 121:1, 122:16, 122:18, 123:10, 125:18, 126:15, 132:22, 134:8, 144:16, 165:15, 175:15, 187:5, 187:25, 190:14, 194:19, 199:21, 201:7, 202:25, 210:18, 210:19, 213:14, 218:24, 219:1, 220:7, 220:15, 226:23, 231:4, 236:18, 237:12, 239:9, 241:15, 250:3, 250:14, 250:16, 250:17, 250:21, 250:25, 252:20, 252:25, 258:19, 267:13, 267:19, 268:6, 268:16, 269:2, 270:10, 272:10, 275:7, 281:5, 286:15, 287:7, 288:20, 289:9, 291:7, 291:19, 293:3, 302:14, 305:16, 307:24, 308:8, 308:9, 308:14, 314:22, 314:23, 318:18, 320:20, 342:10, 342:13, 343:4
**San** [1] - 2:23
**Sanctuary** [1] - 313:7
**Santa** [1] - 143:7
**satisfaction** [1] - 73:12
**satisfactory** [2] - 298:17, 298:18
**satisfied** [4] - 73:21, 197:4, 298:4
**satisfies** [4] - 9:12, 304:11, 341:5, 341:10
**satisfy** [17] - 5:19, 6:5, 7:21, 23:5, 23:6, 25:2, 62:16, 74:12, 177:21, 179:17, 196:9, 198:20, 199:19, 199:22, 200:15, 305:1, 312:24
**satisfying** [1] - 336:20
**save** [1] - 342:8
**saved** [1] - 249:4
**saving** [1] - 249:21
**saw** [1] - 73:24
**say** [139] - 6:12, 6:15, 12:8, 20:3, 23:12, 24:22, 26:15, 28:22, 28:23, 30:16, 34:16, 35:16, 36:1, 42:6, 51:14, 54:5, 55:13, 56:4, 60:21, 61:21, 66:6, 66:21, 68:21, 69:16, 71:17, 71:19, 73:10, 75:14, 77:16, 78:1, 78:9, 84:25, 85:9, 91:6, 93:20, 99:8, 99:9, 100:12, 101:16, 103:14, 106:22, 109:1, 111:4, 113:24, 115:25, 120:9, 120:11, 126:9, 129:1, 129:25, 131:3, 132:13, 133:1, 133:22, 134:21, 137:11, 139:20, 146:9, 162:5, 168:21, 169:15, 171:2, 174:1, 174:9, 179:11, 179:22, 182:1, 184:6, 184:21, 186:14, 186:16, 187:11, 189:11, 189:17, 190:5, 190:21, 195:11, 195:24, 196:14, 196:23, 196:24, 197:7, 198:12, 198:17, 198:18, 200:1, 200:14, 229:22, 230:8, 235:8, 235:23, 243:19, 244:20, 248:16, 249:18, 252:17, 252:21, 253:4, 253:5, 254:11, 255:7, 265:5, 268:10, 268:19, 271:14, 273:13, 277:2, 277:10, 277:11,

278:10, 278:11, 281:2, 287:3, 288:16, 289:21, 299:10, 301:3, 302:16, 303:10, 303:11, 309:25, 310:19, 311:10, 315:19, 320:8, 320:12, 320:24, 326:2, 326:3, 327:6, 327:8, 332:13, 333:16, 335:17, 335:18, 336:5, 340:15
**saying** [75] - 26:20, 26:23, 29:1, 29:9, 37:5, 42:11, 45:4, 62:2, 62:12, 66:6, 73:14, 81:9, 111:24, 113:19, 113:22, 127:11, 127:22, 128:19, 129:11, 129:12, 130:8, 132:17, 134:19, 136:12, 137:9, 139:8, 143:13, 168:16, 169:11, 169:12, 172:19, 172:25, 175:14, 176:11, 189:14, 193:18, 196:6, 199:18, 220:13, 228:9, 236:14, 236:18, 236:22, 236:23, 244:14, 248:20, 250:24, 256:25, 260:3, 263:17, 264:4, 264:7, 268:15, 269:15, 269:17, 271:7, 281:22, 281:25, 282:22, 282:25, 283:1, 283:9, 283:15, 286:21, 288:4, 291:22, 303:10, 303:12, 309:3, 311:3, 311:7, 325:22, 329:14, 339:14
**says** [78] - 8:14, 17:24, 32:16, 33:22, 34:18, 41:21, 42:21, 47:12, 50:14, 53:20, 53:22, 59:20, 67:11, 76:25, 77:20, 97:1, 98:15, 117:8, 121:11, 121:22, 121:23, 123:14, 127:13, 128:10, 130:8, 131:11, 135:11, 141:19, 156:18, 195:21, 196:16, 207:19, 208:10, 219:12, 231:18, 232:23, 241:13, 242:17, 243:2, 247:5, 253:1, 254:2, 260:3, 260:4, 260:24, 261:11, 261:25, 262:19, 266:25, 273:10, 273:14, 273:21, 274:2, 276:14, 277:20, 281:1, 281:4, 281:5, 281:6, 284:25, 285:9, 285:14, 290:25, 291:1, 296:8, 305:24, 311:13, 322:4, 322:13, 336:19, 339:24, 341:1, 341:9, 342:7
**scale** [2] - 145:21, 207:4
**scenario** [1] - 134:19
**Schacher** [5] - 159:18, 161:10, 203:22, 206:19, 209:9
**schedule** [3] - 333:12, 333:25, 334:23
**school** [9] - 27:3, 115:4, 115:8, 116:11, 229:21, 248:5, 250:19, 250:20
**School** [1] - 3:2
**school-age** [1] - 248:5
**school-aged** [2] - 250:19, 250:20
**schoolchildren** [1] - 246:17
**schools** [1] - 116:2
**Schwartz** [6] - 202:12, 202:24, 206:19, 206:23, 207:19, 208:24
**scope** [12] - 60:5, 65:4, 81:22, 83:15, 145:12, 146:3, 182:10, 223:13, 234:8, 322:9, 333:23
**screening** [1] - 10:1
**scroll** [1] - 157:14

**SE** [1] - 1:21
**se** [1] - 341:14
**seated** [2] - 5:3, 224:12
**second** [25] - 5:6, 64:1, 87:18, 89:11, 95:6, 102:1, 124:7, 127:13, 127:22, 128:17, 140:16, 150:13, 154:17, 159:14, 187:21, 202:7, 206:10, 218:6, 230:20, 242:20, 251:5, 260:1, 267:11, 332:14
**second-guess** [1] - 206:10
**secondly** [6] - 81:15, 95:20, 102:21, 145:24, 270:24, 286:16
**secret** [1] - 208:5
**secretary** [44] - 5:15, 6:8, 6:15, 9:4, 9:20, 11:15, 14:5, 25:8, 28:9, 33:22, 41:22, 42:2, 42:19, 42:22, 45:25, 55:6, 55:21, 59:20, 63:20, 74:25, 166:8, 189:17, 198:12, 200:14, 200:16, 200:21, 206:24, 215:5, 215:6, 262:15, 294:10, 294:11, 294:20, 298:20, 314:8, 315:13, 316:16, 317:23, 318:3, 318:7, 339:15, 339:17, 340:4
**Secretary** [2] - 203:3, 293:7
**secretary's** [5] - 13:6, 41:21, 76:21, 299:16, 317:12
**Section** [11] - 5:14, 19:4, 44:15, 57:7, 153:20, 154:2, 164:5, 218:11, 296:16, 318:14
**section** [12] - 19:18, 20:7, 23:20, 187:1, 213:22, 247:15, 301:5, 301:6, 302:21, 339:23, 339:25, 340:18
**sections** [3] - 145:9, 153:21, 340:18
**sectors** [1] - 234:15
**secure** [1] - 315:18
**securing** [1] - 316:19
**securities** [1] - 76:6
**security** [8] - 9:21, 9:22, 57:25, 160:18, 161:8, 192:8, 223:3, 316:17
**SECURITY** [3] - 1:6, 5:2, 224:11
**Security** [3] - 203:4, 208:2, 215:6
**see** [32] - 80:10, 85:5, 88:6, 91:19, 102:21, 106:15, 106:16, 110:16, 117:14, 121:25, 129:4, 130:7, 133:13, 133:14, 133:17, 149:8, 208:11, 210:7, 230:21, 231:11, 231:24, 249:7, 277:20, 277:21, 277:22, 291:21, 296:13, 310:17, 312:18, 325:25, 340:3
**seek** [16] - 7:9, 50:9, 55:17, 56:6, 60:15, 69:8, 72:24, 73:1, 124:23, 157:20, 203:16, 214:11, 219:10, 288:21, 307:22, 319:6
**seeking** [25] - 10:2, 54:5, 58:1, 65:8, 69:5, 69:23, 72:4, 80:17, 81:24, 110:11, 133:24, 145:22, 179:11, 180:6, 183:7, 183:12, 234:20, 236:6, 236:13, 242:7, 253:12, 257:8, 261:19, 272:8, 342:22
**seem** [1] - 85:14
**seemed** [2] - 81:23, 81:24
**seems** [4] - 119:11, 128:1, 142:13,

267:2
**seen** [5] - 30:14, 77:21, 80:15, 200:2, 235:9
**sees** [1] - 231:16
**select** [1] - 161:21
**selecting** [1] - 161:22
**selection** [1] - 305:9
**self** [3] - 161:21, 161:22, 305:9
**self-select** [1] - 161:21
**self-selecting** [1] - 161:22
**self-selection** [1] - 305:9
**semantics** [1] - 176:22
**Senate's** [1] - 16:16
**Senator** [2] - 326:3
**senators** [2] - 322:23, 324:24
**Senior** [1] - 208:1
**sense** [12] - 13:15, 17:14, 20:24, 24:2, 24:7, 107:11, 108:8, 109:24, 109:25, 128:16, 155:16, 255:13
**sensitive** [2] - 201:25, 313:19
**sent** [1] - 63:12
**sentence** [3] - 75:10, 93:7, 116:25
**sentenced** [1] - 75:8
**sentencing** [1] - 77:16
**separate** [20] - 63:8, 63:9, 85:9, 131:2, 131:6, 140:25, 142:1, 153:6, 181:7, 213:21, 218:8, 228:18, 245:15, 261:8, 269:24, 297:23, 302:24, 308:13, 310:20, 334:5
**separately** [2] - 94:24, 146:9
**September** [2] - 301:13, 344:20
**series** [2] - 172:7, 208:5
**serious** [2] - 58:4, 328:6
**seriousness** [1] - 342:2
**served** [3] - 127:6, 208:1, 230:19
**service's** [1] - 194:8
**services** [13] - 81:8, 86:5, 89:24, 107:14, 126:11, 127:14, 212:13, 215:3, 221:23, 275:22, 331:4, 331:21, 331:22
**servicing** [1] - 127:17
**serving** [3] - 124:1, 124:6, 127:5
**set** [26] - 9:14, 44:20, 61:3, 79:2, 79:23, 90:17, 92:17, 93:17, 96:10, 154:4, 160:5, 163:15, 165:7, 168:10, 170:15, 171:10, 174:21, 177:24, 220:6, 243:25, 263:25, 314:8, 315:4, 315:13, 317:13, 321:20
**sets** [8] - 159:22, 160:3, 171:7, 177:16, 193:12, 216:10, 262:15, 333:12
**setting** [6] - 187:17, 188:13, 214:4, 214:18, 215:14, 241:15
**seven** [4] - 150:21, 211:20, 262:24, 262:25
**seven-day** [2] - 262:24, 262:25
**several** [10] - 24:18, 85:13, 91:21, 96:24, 101:2, 112:10, 123:17, 203:23, 208:6, 277:22
**severely** [1] - 289:13
**SFO** [1] - 194:13

**shabby** [1] - 116:7
**shall** [1] - 215:6
**shape** [1] - 125:8
**share** [5] - 14:19, 104:12, 118:11, 194:19, 210:18
**shared** [5] - 46:3, 194:25, 210:24, 231:19, 238:21
**Shari** [1] - 121:19
**sharing** [1] - 38:19
**sharp** [2] - 121:5, 208:7
**sharply** [1] - 123:10
**sheds** [1] - 94:7
**sheer** [3] - 302:4, 306:7, 306:17
**sheet** [3] - 121:3, 226:21, 227:4
**shelf** [1] - 90:10
**shift** [1] - 81:13
**shifting** [1] - 138:24
**shifty** [1] - 126:4
**short** [8] - 56:11, 78:22, 96:6, 102:20, 107:14, 107:15, 108:11, 317:24
**short-term** [4] - 96:6, 107:14, 107:15, 108:11
**shortages** [2] - 232:19, 233:9
**shortcut** [1] - 142:22
**shorter** [3] - 56:17, 56:19, 56:20
**shortfall** [1] - 81:9
**shot** [3] - 229:25, 301:15
**should** [57] - 8:7, 8:24, 16:3, 16:11, 17:11, 21:8, 27:6, 27:7, 29:1, 29:7, 29:24, 31:5, 31:13, 52:8, 52:16, 53:18, 63:17, 65:5, 66:10, 79:6, 85:20, 86:13, 90:10, 90:13, 90:23, 91:7, 94:9, 108:15, 110:4, 114:12, 120:20, 122:9, 125:25, 144:2, 161:21, 162:22, 169:21, 186:7, 193:12, 204:19, 209:18, 211:16, 214:3, 249:18, 274:3, 274:5, 274:13, 287:22, 294:23, 304:10, 311:18, 328:23, 329:18, 329:19
**shouldn't** [5] - 25:18, 113:15, 113:16, 142:18, 261:8
**show** [63] - 13:13, 14:2, 22:1, 71:10, 73:11, 73:13, 74:21, 83:2, 86:11, 94:15, 106:3, 110:19, 110:21, 112:15, 116:1, 116:18, 120:12, 125:1, 127:3, 133:1, 135:24, 137:12, 139:3, 141:23, 143:16, 150:10, 150:15, 152:14, 152:18, 153:1, 156:8, 157:8, 158:21, 169:17, 172:19, 173:2, 173:5, 173:23, 174:4, 194:15, 201:7, 209:15, 211:7, 225:3, 226:6, 242:5, 251:14, 253:6, 255:17, 260:7, 282:7, 282:11, 282:12, 284:14, 299:12, 303:10, 305:5, 313:9, 313:21, 314:19, 319:17
**showing** [12] - 88:6, 88:21, 105:5, 108:8, 112:16, 123:15, 144:1, 147:24, 226:16, 278:12, 313:14, 314:15
**shown** [14] - 29:14, 81:7, 81:8, 97:7, 119:9, 134:16, 141:1, 141:24, 143:24, 144:1, 194:22, 225:25, 283:2, 284:23

**shows** [27] - 21:6, 124:14, 138:5, 148:13, 157:9, 162:7, 164:21, 187:3, 187:14, 187:22, 195:6, 196:13, 248:8, 254:11, 260:18, 263:8, 276:4, 276:5, 276:6, 284:1, 289:25, 299:22, 300:2, 304:25, 305:3, 321:17

**shut** [1] - 223:19

**sic** [3] - 15:16, 20:8, 47:13

**side** [16] - 59:15, 82:12, 117:13, 122:6, 152:1, 210:10, 225:7, 227:3, 229:14, 234:6, 286:7, 312:1, 326:1

**sides** [4] - 121:2, 136:23, 138:7, 342:1

**sign** [3] - 42:11, 344:1, 344:10

**signed** [1] - 344:3

**signif** [1] - 192:6

**significant** [94] - 5:18, 6:4, 7:21, 9:15, 9:19, 10:12, 10:15, 10:21, 11:3, 11:7, 11:9, 11:11, 11:19, 11:20, 12:7, 12:25, 14:22, 15:25, 16:18, 19:13, 19:14, 24:5, 25:2, 34:9, 38:24, 40:14, 58:20, 69:15, 153:25, 154:21, 154:24, 157:23, 159:25, 162:13, 163:5, 163:8, 166:14, 167:11, 168:4, 168:17, 168:21, 168:22, 168:24, 169:4, 169:19, 170:7, 170:21, 177:15, 177:22, 178:1, 187:23, 188:1, 189:19, 192:7, 193:2, 193:9, 193:14, 194:20, 195:20, 195:25, 196:4, 196:5, 197:2, 198:5, 198:14, 199:14, 199:24, 201:6, 201:8, 201:12, 201:18, 204:2, 206:2, 210:5, 215:9, 215:16, 215:24, 216:15, 222:13, 298:11, 298:19, 299:20, 300:19, 307:13, 308:18, 308:22, 309:2, 309:9, 309:25, 310:6, 310:12, 313:10, 319:21, 330:12

**significantly** [4] - 58:6, 151:21, 262:23, 322:18

**signifying** [1] - 215:15

**similar** [34] - 17:19, 19:14, 20:20, 42:15, 43:18, 52:5, 52:6, 53:4, 58:11, 95:23, 95:24, 102:5, 160:23, 187:24, 198:3, 209:12, 209:13, 212:7, 212:9, 215:24, 217:13, 261:2, 271:11, 279:17, 292:9, 298:5, 302:8, 320:8, 321:18, 326:16, 327:10, 331:12, 340:20

**similarities** [3] - 195:1, 204:7, 210:25

**similarly** [6] - 156:17, 205:24, 207:25, 209:7, 214:14, 214:24

**simple** [6] - 110:17, 112:11, 122:23, 126:16, 227:12, 235:15

**simply** [17] - 40:10, 86:6, 137:12, 151:3, 153:3, 157:7, 159:12, 194:14, 197:23, 200:25, 210:16, 220:23, 223:7, 231:11, 285:10, 313:25, 319:23

**simulcast** [1] - 80:8

**since** [33] - 12:6, 12:10, 12:20, 13:3, 13:10, 13:19, 20:16, 20:18, 21:22, 88:1, 118:16, 124:1, 125:23, 144:14, 151:14, 194:3, 197:10, 197:11, 211:21, 211:22, 212:16, 212:17,

223:16, 227:11, 239:14, 241:3, 241:17, 244:16, 246:20, 249:20, 253:3, 291:23, 330:23

**single** [7] - 40:19, 48:20, 124:1, 124:21, 196:3, 243:21, 291:14

**sir** [1] - 308:20

**sitting** [1] - 80:11

**situated** [1] - 40:5

**situation** [10] - 164:1, 167:16, 183:14, 184:1, 184:5, 220:16, 232:25, 245:22, 256:24, 291:4

**situations** [2] - 210:21, 286:24

**six** [5] - 40:17, 61:23, 135:10, 136:9, 246:12

**size** [2] - 154:16, 155:11

**skills** [1] - 223:10

**skipped** [3] - 72:14, 86:13, 145:11

**skipping** [2] - 242:17, 297:9

**slide** [5] - 88:6, 96:1, 106:14, 110:17, 160:8

**slides** [4] - 87:5, 88:13, 91:18, 162:18

**sliding** [1] - 326:1

**slip** [1] - 53:21

**slowly** [1] - 91:18

**small** [3] - 233:12, 233:15, 319:12

**smaller** [3] - 14:11, 41:1, 186:9

**smugglers** [4] - 58:7, 58:9, 203:24, 223:7

**smuggling** [7] - 193:6, 201:15, 201:19, 203:21, 203:25, 204:5, 216:16

**snapshot** [1] - 219:5

**snippet** [1] - 115:1

**so** [686] - 5:20, 6:19, 6:20, 7:1, 7:2, 7:17, 8:17, 8:24, 9:12, 9:19, 10:15, 11:3, 11:11, 11:12, 11:19, 11:24, 12:11, 12:16, 12:23, 12:24, 14:24, 15:6, 15:20, 15:24, 16:4, 16:22, 17:1, 17:19, 18:6, 18:13, 18:25, 20:3, 21:7, 22:9, 22:23, 23:1, 24:16, 24:18, 24:20, 25:7, 25:13, 26:24, 27:11, 27:25, 28:10, 28:22, 29:5, 29:9, 29:11, 29:21, 30:15, 30:25, 32:5, 32:11, 32:19, 32:22, 33:1, 34:2, 35:7, 35:8, 35:16, 35:22, 36:24, 37:8, 37:16, 38:11, 38:13, 39:8, 39:13, 39:14, 39:16, 40:11, 40:15, 41:5, 41:24, 42:18, 44:3, 44:23, 45:12, 45:18, 46:11, 47:1, 47:8, 47:18, 47:22, 48:5, 48:13, 48:18, 49:20, 50:11, 50:13, 50:23, 51:1, 53:15, 53:21, 54:1, 55:12, 56:22, 57:2, 57:3, 57:11, 57:14, 57:22, 58:11, 59:13, 60:20, 61:6, 61:9, 61:13, 61:15, 61:21, 62:15, 62:20, 63:3, 63:14, 63:18, 64:8, 64:9, 65:12, 65:24, 66:4, 66:5, 66:15, 66:21, 67:2, 67:14, 67:19, 68:16, 68:21, 69:12, 70:15, 70:17, 70:19, 70:24, 71:5, 71:11, 71:18, 71:24, 72:20, 73:4, 74:17, 75:10, 75:18, 75:22, 75:25, 76:14, 76:20, 76:25, 77:7, 77:14, 79:17, 80:2, 80:6, 80:8, 80:14, 80:18,

81:1, 82:10, 82:12, 82:14, 82:16, 83:11, 83:16, 83:18, 83:19, 84:5, 84:14, 84:24, 85:7, 85:11, 85:17, 86:12, 86:14, 86:19, 87:6, 87:13, 87:17, 87:24, 88:5, 88:8, 88:9, 88:12, 89:5, 89:7, 89:10, 89:13, 89:20, 89:25, 90:14, 91:3, 92:2, 92:15, 92:17, 93:1, 93:7, 93:11, 93:15, 93:17, 93:21, 93:22, 94:7, 94:19, 94:20, 94:22, 94:24, 95:3, 95:7, 95:13, 96:9, 96:10, 96:11, 96:20, 97:18, 98:10, 99:2, 99:6, 99:8, 100:4, 100:8, 101:10, 101:23, 102:7, 102:12, 102:14, 103:2, 103:4, 103:10, 103:25, 104:14, 105:23, 106:6, 106:17, 106:25, 107:10, 107:17, 107:24, 108:22, 108:25, 110:3, 110:9, 110:15, 110:16, 111:12, 111:23, 112:1, 114:8, 115:9, 116:12, 116:16, 117:10, 117:17, 118:19, 119:3, 119:8, 119:18, 120:4, 120:21, 121:7, 121:8, 121:9, 122:3, 122:12, 123:1, 123:19, 123:22, 125:2, 125:11, 125:13, 125:20, 126:18, 127:18, 127:22, 128:19, 129:5, 129:16, 130:4, 130:7, 131:3, 132:25, 134:17, 135:7, 135:22, 136:4, 136:17, 137:24, 138:10, 139:24, 140:18, 140:24, 141:13, 142:4, 142:6, 143:6, 143:9, 143:10, 144:8, 144:9, 145:7, 145:10, 145:22, 146:7, 147:10, 147:13, 147:23, 147:25, 148:25, 149:10, 150:4, 151:5, 152:3, 152:12, 153:14, 153:16, 154:7, 155:6, 156:3, 156:25, 158:7, 158:25, 159:4, 160:6, 161:13, 161:18, 162:4, 163:23, 164:4, 165:1, 165:7, 166:22, 167:1, 167:13, 167:19, 168:6, 168:23, 169:11, 169:22, 169:23, 170:1, 170:22, 171:2, 171:3, 172:21, 173:25, 175:12, 175:20, 176:21, 179:1, 179:10, 180:3, 180:11, 180:12, 180:17, 181:3, 181:20, 182:9, 183:6, 185:24, 188:8, 188:18, 189:14, 190:4, 190:19, 191:14, 191:22, 194:6, 194:14, 195:5, 195:9, 197:15, 198:2, 198:6, 199:6, 199:12, 200:22, 202:8, 203:22, 204:1, 205:5, 207:19, 209:15, 209:22, 210:7, 210:13, 211:9, 211:13, 211:24, 212:11, 212:21, 213:3, 213:11, 214:10, 217:23, 218:12, 219:4, 220:1, 220:15, 221:2, 221:8, 221:12, 221:19, 221:22, 221:25, 222:4, 223:21, 224:15, 224:16, 224:19, 225:5, 226:19, 227:3, 227:18, 227:22, 228:3, 228:11, 228:14, 229:14, 229:19, 230:2, 231:13, 232:9, 232:15, 232:22, 233:10, 233:17, 233:22, 234:1, 234:18, 235:7, 235:20, 236:11, 236:17, 236:22, 236:25, 237:8, 237:25, 238:12, 239:8, 239:17, 240:9, 240:14, 241:5, 241:6, 241:11, 241:13, 241:25, 242:2, 242:3, 242:15,

242:25, 243:5, 243:18, 243:19,
243:22, 243:23, 244:19, 244:25,
245:8, 245:18, 245:22, 245:25,
246:14, 247:13, 248:4, 248:9, 248:16,
248:22, 249:17, 249:19, 249:21,
249:25, 250:12, 251:3, 251:6, 251:12,
252:16, 253:2, 253:3, 253:9, 253:13,
254:1, 254:8, 254:11, 254:16, 254:20,
255:16, 256:9, 256:15, 257:3, 257:11,
259:14, 260:6, 260:10, 260:22,
260:25, 261:2, 261:21, 261:24,
262:10, 262:19, 263:2, 263:5, 263:13,
263:18, 264:17, 265:20, 265:22,
266:8, 268:5, 268:9, 268:17, 268:19,
268:23, 269:2, 270:23, 271:2, 271:23,
272:16, 272:23, 273:21, 273:24,
274:17, 276:11, 276:14, 277:5, 278:3,
278:5, 278:13, 279:4, 279:11, 279:13,
279:24, 281:19, 282:1, 283:3, 283:4,
283:25, 284:13, 284:18, 285:2,
285:22, 285:23, 286:5, 287:14, 288:4,
289:9, 290:3, 290:6, 290:17, 290:25,
291:19, 291:25, 292:7, 292:22, 293:4,
293:18, 294:1, 294:3, 294:13, 296:6,
296:14, 296:17, 297:9, 297:12,
297:15, 297:18, 297:25, 298:2,
298:15, 299:21, 300:8, 300:23,
300:24, 301:1, 301:14, 301:24, 302:2,
302:12, 302:18, 303:2, 303:8, 303:14,
303:16, 304:14, 304:24, 305:17,
305:25, 306:19, 306:20, 306:24,
307:14, 308:16, 308:22, 309:6,
309:11, 309:18, 310:13, 310:14,
311:5, 311:7, 311:11, 311:21, 311:22,
312:18, 312:20, 313:5, 313:13, 314:1,
314:18, 314:22, 315:5, 315:13,
315:18, 316:16, 317:5, 317:7, 318:2,
318:11, 318:13, 321:11, 321:25,
322:23, 322:25, 323:12, 323:17,
323:23, 324:2, 324:9, 325:4, 325:8,
325:9, 325:18, 326:13, 326:16,
326:20, 327:4, 327:7, 327:19, 328:19,
328:25, 329:9, 329:24, 329:25, 330:9,
330:16, 331:10, 331:23, 332:5, 333:3,
333:13, 333:14, 333:19, 334:24,
337:1, 338:10, 338:13, 339:1, 339:9,
339:11, 340:2, 341:3, 341:4, 341:6,
341:12, 341:15, 341:25, 342:11,
342:12, 343:5, 343:8, 344:2
**So** [2] - 157:25, 322:19
**so..** [7] - 67:1, 67:13, 72:10, 136:23,
149:25, 271:15, 296:4
**social** [7] - 15:2, 15:5, 75:1, 85:22,
107:14, 182:24, 331:3
**sociopolitical** [1] - 179:6
**sole** [2] - 198:18, 201:17
**solely** [6] - 178:20, 183:7, 183:8, 198:4,
199:23, 232:24
**solicit** [1] - 317:8
**solicitude** [22] - 89:12, 89:17, 89:25,

90:7, 91:6, 91:25, 95:17, 97:10, 98:15,
99:6, 99:25, 100:2, 105:23, 106:2,
325:11, 325:24, 335:10, 335:13,
335:15, 336:3, 336:6, 336:11
**solution** [4] - 41:5, 165:7, 319:15,
319:20
**solve** [6] - 38:7, 40:11, 293:11, 319:22,
319:24, 323:21
**solving** [1] - 319:25
**some** [112] - 10:24, 16:23, 17:1, 22:10,
23:13, 24:2, 24:15, 25:8, 26:10, 26:12,
26:16, 31:4, 33:20, 34:8, 35:9, 37:9,
37:25, 39:6, 39:19, 40:23, 42:18,
45:20, 51:16, 52:14, 57:12, 61:18,
61:21, 62:3, 62:5, 62:21, 65:17, 66:9,
67:17, 68:1, 69:6, 69:22, 73:8, 73:22,
73:23, 74:10, 74:13, 74:22, 77:25,
81:10, 81:11, 101:3, 102:22, 103:6,
103:21, 103:22, 111:6, 116:5, 116:20,
116:21, 116:22, 134:15, 138:2,
142:22, 153:12, 166:4, 166:17, 169:6,
171:3, 173:2, 178:14, 181:6, 183:20,
187:13, 191:11, 201:5, 202:20, 210:9,
228:1, 232:3, 239:3, 239:6, 239:16,
242:6, 259:16, 266:15, 274:16,
275:18, 281:23, 281:24, 284:11,
290:2, 297:8, 297:9, 300:4, 301:11,
305:8, 305:11, 308:16, 310:4, 312:13,
314:16, 314:19, 317:1, 318:8, 319:12,
320:3, 330:20, 333:5, 333:11, 335:6,
335:11, 335:19, 337:4, 337:21,
342:14, 344:5, 344:7
**somebody** [13] - 74:17, 131:10, 143:6,
169:13, 179:13, 180:14, 181:8,
263:19, 264:8, 266:6, 304:22, 308:22,
318:19
**somebody's** [1] - 174:1
**somehow** [7] - 19:10, 164:11, 164:23,
173:24, 256:14, 272:19, 291:13
**someone** [35] - 8:10, 37:17, 37:22,
39:12, 39:17, 39:18, 43:9, 48:4, 66:12,
67:9, 67:22, 68:21, 69:8, 73:7, 74:10,
128:24, 134:19, 153:9, 166:8, 173:5,
176:7, 176:9, 183:11, 189:5, 189:20,
189:24, 220:13, 230:2, 233:19, 237:1,
292:18, 297:4, 308:25, 310:4, 312:5
**something** [82] - 6:11, 6:14, 6:19, 7:5,
27:6, 29:3, 29:23, 30:2, 30:15, 31:12,
31:14, 32:6, 49:16, 54:13, 61:16,
63:11, 63:15, 64:16, 64:18, 70:1,
77:19, 77:22, 78:5, 78:12, 83:7, 85:20,
87:15, 91:6, 93:21, 97:3, 106:11,
107:21, 109:19, 124:20, 126:6, 127:3,
131:2, 131:6, 132:16, 143:3, 148:22,
167:6, 180:12, 181:25, 188:20, 200:2,
202:5, 217:2, 221:13, 227:6, 227:14,
227:19, 227:22, 235:21, 238:12,
242:8, 245:23, 261:8, 269:16, 269:24,
271:6, 284:14, 284:15, 290:9, 293:14,
296:17, 296:18, 301:11, 303:20,

304:17, 305:25, 311:4, 312:2, 325:13,
332:7, 334:24, 335:3, 336:19, 336:25,
337:13, 340:20
**sometimes** [6] - 26:12, 89:9, 89:16,
119:25, 183:23, 281:11
**somewhat** [1] - 103:18
**somewhere** [2] - 113:15, 175:11
**son** [4] - 229:24, 230:6, 230:11, 230:13
**sorry** [15] - 37:18, 68:7, 86:13, 86:14,
86:25, 96:17, 160:8, 182:20, 224:18,
251:4, 265:5, 288:4, 321:24, 341:21
**sort** [26] - 16:23, 23:13, 26:12, 39:23,
154:24, 158:3, 159:15, 161:12, 183:5,
202:4, 218:19, 253:7, 259:16, 269:3,
288:19, 299:8, 301:15, 310:4, 312:17,
314:15, 314:16, 315:1, 323:19,
336:14, 342:14, 343:8
**sorts** [2] - 253:16, 254:15
**sought** [3] - 226:11, 226:13, 315:24
**sounded** [2] - 109:2, 127:7
**sounds** [6] - 21:13, 95:23, 99:3, 150:1,
246:24, 273:25
**source** [1] - 269:7
**southern** [2] - 31:20, 166:23
**SOUTHERN** [1] - 1:1
**southwest** [22] - 12:12, 12:14, 12:23,
14:13, 14:17, 29:17, 35:7, 35:11,
46:20, 55:16, 55:17, 56:1, 58:20,
58:24, 59:24, 60:15, 148:4, 148:10,
262:7, 290:14, 331:2, 331:9
**sovereign** [6] - 246:7, 325:9, 325:25,
327:1, 327:2, 341:9
**sovereignty** [1] - 281:13
**Soviet** [1] - 207:17
**sp** [1] - 120:6
**speak** [5] - 61:25, 72:10, 171:14,
318:12, 337:20
**speaking** [3] - 178:11, 194:24, 230:18
**special** [23] - 65:17, 89:11, 89:17, 89:25,
90:7, 91:6, 91:25, 95:17, 97:10, 98:15,
99:6, 99:24, 100:1, 105:23, 106:1,
325:11, 325:24, 335:9, 335:12,
335:15, 336:3, 336:6, 336:11
**specific** [38] - 21:14, 22:18, 43:3, 45:24,
46:12, 63:22, 72:18, 77:10, 78:12,
85:16, 90:1, 91:6, 91:8, 109:21,
109:22, 111:8, 115:20, 131:4, 139:15,
139:16, 154:19, 156:18, 162:21,
170:22, 171:17, 192:3, 198:7, 202:14,
212:11, 212:19, 215:20, 279:21,
295:9, 309:13, 310:6, 338:14, 339:23
**Specific** [1] - 17:25
**specifically** [23] - 5:14, 17:17, 17:22,
44:20, 75:23, 77:20, 112:7, 148:21,
149:12, 149:23, 167:4, 173:11,
182:21, 183:14, 244:1, 256:23, 275:4,
280:5, 296:6, 298:10, 300:10, 329:9,
330:12
**specifics** [1] - 78:14
**specified** [1] - 207:23

**specify** [1] - 149:5
**speculation** [3] - 115:13, 227:19, 319:12
**speculative** [10] - 34:9, 38:1, 38:22, 40:25, 103:15, 103:18, 110:23, 122:1, 283:23, 319:11
**speech** [1] - 180:5
**spell** [1] - 141:3
**spend** [14] - 81:10, 83:21, 126:10, 127:23, 127:24, 137:12, 140:11, 248:8, 257:22, 263:18, 264:19, 266:6, 266:9, 281:23
**spending** [22] - 82:24, 84:10, 127:12, 128:22, 128:24, 129:6, 129:8, 129:22, 133:18, 133:19, 138:20, 139:2, 139:4, 242:12, 248:2, 248:22, 252:18, 263:15, 281:15, 325:20
**spends** [1] - 264:8
**spent** [6] - 118:16, 136:4, 246:13, 246:16, 247:23, 248:13
**splitting** [1] - 243:6
**spoke** [2] - 208:3, 318:11
**sponsor** [17] - 5:24, 6:2, 7:16, 7:19, 68:11, 68:22, 69:2, 145:17, 158:18, 158:23, 160:14, 228:4, 228:25, 230:17, 231:18, 232:5, 233:24
**sponsored** [5] - 165:11, 231:24, 232:1, 232:6, 233:19
**sponsoring** [1] - 228:6
**sponsors** [3] - 68:9, 221:6, 299:18
**sponsorship** [10] - 69:8, 114:4, 158:17, 159:9, 220:24, 221:11, 221:16, 221:25, 222:15, 222:16
**spread** [1] - 124:5
**squalor** [2] - 181:22, 181:24
**squarely** [2] - 104:16, 273:10
**squishy** [1] - 121:17
**stability** [2] - 182:17, 182:19
**staff** [2] - 124:16, 124:24
**staffers** [1] - 124:9
**staffing** [1] - 123:25
**stage** [14] - 43:6, 62:7, 62:10, 70:24, 84:21, 120:10, 159:6, 159:9, 159:10, 259:15, 277:3, 277:23, 277:24
**stages** [4] - 9:10, 84:16, 157:12, 158:22
**stake** [1] - 337:11
**stakeholder** [1] - 223:23
**stakeholders** [6] - 28:17, 317:9, 317:10, 317:18, 317:20, 318:7
**stand** [2] - 172:7, 344:11
**standard** [29] - 23:3, 23:5, 23:7, 28:23, 62:16, 74:13, 90:25, 92:3, 99:18, 105:24, 106:2, 225:3, 235:6, 236:20, 253:6, 277:17, 283:6, 283:8, 287:24, 298:16, 313:21, 313:24, 314:1, 314:3, 314:5, 314:6, 314:23, 341:6, 341:11
**standards** [6] - 23:4, 239:9, 297:17, 297:19, 298:5, 342:10
**standing** [168] - 13:1, 14:2, 28:25, 47:5, 50:13, 51:23, 52:17, 52:19, 52:24,

53:5, 53:18, 53:22, 54:15, 70:5, 70:6, 70:8, 70:10, 70:15, 79:4, 80:2, 80:17, 80:20, 81:12, 82:6, 82:15, 82:18, 83:12, 83:25, 84:14, 89:11, 90:7, 90:12, 92:24, 93:6, 94:2, 94:3, 94:20, 94:23, 96:14, 97:10, 98:24, 100:6, 101:24, 104:5, 104:9, 104:12, 104:22, 105:8, 105:10, 105:12, 105:13, 105:17, 110:11, 120:10, 123:21, 125:7, 128:12, 128:15, 128:25, 134:1, 134:3, 134:5, 134:9, 134:25, 135:5, 135:21, 136:1, 136:16, 139:17, 140:25, 141:14, 145:8, 145:25, 146:12, 146:24, 146:25, 224:25, 226:6, 226:21, 239:4, 239:5, 239:9, 240:22, 241:4, 241:7, 241:10, 241:25, 242:5, 243:3, 243:5, 243:6, 243:7, 243:14, 243:16, 244:24, 245:24, 246:1, 247:18, 251:17, 252:2, 252:3, 252:5, 252:7, 252:10, 252:12, 252:14, 253:4, 254:21, 256:5, 256:12, 256:16, 257:5, 257:7, 259:1, 259:17, 260:5, 260:6, 263:19, 264:9, 264:21, 265:10, 265:14, 265:18, 265:21, 266:4, 266:5, 266:11, 266:18, 266:19, 267:10, 269:19, 270:13, 271:4, 272:15, 272:20, 273:2, 273:9, 274:14, 274:15, 277:7, 277:14, 279:11, 280:12, 281:11, 281:17, 282:5, 282:8, 282:10, 282:17, 283:5, 284:7, 285:4, 285:16, 286:25, 326:1, 328:5, 334:12, 334:14, 336:17, 336:21, 337:4, 337:8, 338:10, 338:14, 340:22
**stands** [3] - 231:11, 322:13, 339:14
**Star** [2] - 130:22, 131:17
**start** [7] - 78:25, 115:19, 122:14, 147:10, 227:22, 234:18, 315:22
**start-up** [1] - 147:10
**started** [7] - 13:17, 102:25, 125:13, 129:7, 241:19, 244:17, 246:21
**starter** [1] - 270:23
**starting** [3] - 57:17, 82:4, 207:12
**state** [88] - 26:6, 27:14, 27:18, 66:25, 67:12, 67:13, 68:12, 68:22, 69:6, 69:16, 69:17, 70:14, 71:23, 72:4, 81:5, 81:25, 83:25, 84:1, 90:12, 94:23, 100:16, 101:13, 104:9, 104:11, 108:2, 108:22, 108:24, 109:1, 109:5, 109:7, 112:15, 113:24, 115:4, 115:6, 116:5, 116:6, 117:21, 118:2, 118:4, 118:9, 118:11, 118:15, 118:16, 118:17, 118:18, 124:21, 127:13, 143:5, 145:16, 206:24, 239:14, 246:7, 246:17, 246:18, 249:5, 249:10, 249:11, 257:21, 257:25, 258:11, 258:13, 273:20, 274:21, 275:4, 275:10, 275:17, 275:19, 275:22, 276:19, 276:22, 280:2, 281:13, 281:14, 281:15, 286:8, 320:11, 322:22, 326:12, 328:18, 330:1, 331:7,

331:22
**State** [32] - 23:2, 31:1, 54:4, 71:11, 86:23, 89:23, 116:17, 116:23, 117:9, 117:18, 122:25, 124:24, 129:18, 141:5, 141:24, 143:4, 145:21, 204:13, 229:9, 239:24, 240:7, 244:16, 245:20, 268:23, 277:21, 280:5, 283:7, 285:1, 286:1, 286:25, 300:22, 324:5
**STATE** [1] - 1:3
**state's** [2] - 115:8, 275:21
**State's** [3] - 117:25, 221:24, 324:19
**statement** [10] - 86:16, 115:25, 116:4, 132:1, 132:12, 136:25, 138:24, 185:21, 296:9, 297:7
**statements** [1] - 85:14
**States** [131] - 5:16, 6:6, 8:11, 8:18, 10:4, 16:10, 16:25, 19:7, 19:25, 27:10, 27:18, 28:12, 29:2, 29:7, 29:8, 29:10, 29:16, 29:23, 34:24, 35:10, 39:15, 40:3, 40:6, 40:13, 41:3, 42:17, 43:10, 44:14, 46:15, 51:10, 52:22, 54:17, 55:25, 58:2, 58:15, 59:11, 59:17, 60:4, 60:14, 68:12, 68:23, 69:1, 69:6, 69:23, 70:8, 70:21, 70:25, 71:3, 73:22, 74:23, 86:2, 94:3, 112:8, 117:19, 118:12, 148:17, 148:18, 148:24, 152:2, 154:6, 157:19, 160:12, 160:17, 164:14, 164:16, 165:17, 165:22, 165:24, 168:14, 182:12, 184:13, 184:15, 192:13, 200:12, 202:16, 203:4, 203:7, 203:11, 203:18, 203:20, 204:12, 207:3, 207:7, 207:15, 208:9, 209:10, 211:17, 212:14, 213:20, 218:2, 221:7, 221:19, 223:8, 228:8, 238:3, 239:24, 242:14, 244:22, 245:20, 256:8, 261:7, 261:19, 266:4, 266:5, 273:22, 274:2, 274:13, 274:14, 274:15, 276:4, 281:9, 281:10, 281:11, 281:17, 283:5, 285:24, 286:18, 288:18, 290:15, 292:19, 293:1, 300:4, 309:17, 316:10, 316:13, 319:10, 325:5, 327:2, 327:18, 328:13, 328:15
**states** [24] - 29:13, 52:13, 52:14, 67:1, 67:25, 69:20, 69:24, 70:12, 85:19, 90:25, 105:6, 117:17, 117:19, 118:1, 143:8, 144:1, 144:3, 239:4, 270:7, 278:11, 324:17, 326:10, 328:20, 331:24
**STATES** [3] - 1:1, 1:6, 1:15
**States'** [5] - 28:24, 207:7, 327:21, 328:7, 328:12
**Station** [1] - 2:10
**statistics** [2] - 14:4, 303:10
**stats** [1] - 87:6
**status** [37] - 39:11, 39:15, 40:3, 40:5, 46:17, 48:4, 49:12, 49:13, 49:15, 49:21, 50:1, 50:5, 66:12, 102:11, 102:14, 102:23, 102:24, 103:4, 103:22, 112:24, 112:25, 113:17, 130:11, 165:6, 213:18, 214:11,

219:10, 219:15, 235:24, 236:12, 274:23, 280:1, 287:6, 317:19, 326:18, 327:7, 327:12

**statute** [91] - 5:13, 5:20, 9:14, 12:2, 12:5, 15:17, 16:3, 16:12, 17:2, 17:4, 17:11, 18:18, 19:16, 20:7, 21:21, 23:18, 24:25, 25:3, 25:21, 41:19, 41:24, 42:2, 42:4, 42:19, 42:22, 43:13, 49:16, 49:24, 54:3, 111:6, 111:12, 111:18, 150:9, 150:11, 152:18, 152:21, 155:2, 155:5, 155:19, 155:23, 156:24, 157:3, 163:24, 164:2, 164:6, 166:12, 171:9, 178:3, 188:4, 188:11, 188:20, 189:2, 189:6, 190:12, 190:24, 195:21, 196:11, 196:14, 196:20, 197:12, 198:11, 198:20, 199:17, 199:18, 199:23, 201:22, 216:23, 216:25, 218:4, 221:9, 221:10, 221:12, 221:14, 222:11, 297:16, 298:16, 299:25, 300:2, 304:4, 304:12, 310:24, 312:5, 312:11, 314:6, 314:25, 315:1, 322:8, 343:4

**statute's** [1] - 163:7

**statutes** [2] - 53:24, 206:9

**statutorily** [2] - 215:4, 219:9

**statutory** [16] - 18:19, 23:23, 49:5, 50:3, 56:23, 101:23, 139:15, 162:10, 191:3, 208:11, 296:4, 300:5, 300:21, 308:5, 311:1, 312:7

**stay** [10] - 34:23, 37:23, 68:9, 68:17, 68:19, 68:24, 75:15, 170:11, 239:2, 322:15

**stayed** [1] - 251:16

**staying** [4] - 68:15, 165:25, 244:13, 267:3

**stays** [1] - 241:15

**stenography** [1] - 1:24

**step** [18] - 5:22, 7:22, 8:3, 8:5, 9:6, 9:9, 74:16, 146:3, 180:1, 289:24, 290:2, 290:3, 292:21, 294:3, 311:15, 312:9, 312:15

**step-by-step** [1] - 180:1

**steps** [10] - 5:22, 7:11, 143:15, 157:7, 157:25, 158:20, 188:23, 295:20, 307:15, 312:12

**stereotypes** [1] - 86:8

**stick** [1] - 245:13

**sticks** [1] - 247:8

**still** [39] - 6:24, 7:10, 8:19, 11:24, 35:14, 35:24, 43:6, 48:23, 50:8, 67:12, 101:9, 106:1, 122:9, 125:6, 141:15, 145:18, 172:19, 173:2, 173:5, 173:23, 173:24, 199:23, 217:3, 258:3, 278:2, 288:16, 288:17, 293:19, 296:24, 298:4, 328:2, 334:14, 336:4, 337:22, 338:5, 338:12, 338:18, 339:7, 339:10

**stipulated** [2] - 71:3, 244:6

**stipulating** [2] - 119:19, 119:23

**stipulation** [1] - 65:6

**stood** [1] - 211:13

**stop** [2] - 82:19, 239:22

**stories** [1] - 230:16

**storms** [1] - 185:8

**story** [3] - 230:25, 231:25, 232:9

**straighten** [1] - 93:21

**straightforward** [3] - 267:3, 271:12, 271:15

**strain** [13] - 10:5, 11:13, 14:18, 56:1, 200:11, 229:14, 315:14, 315:17, 330:14, 330:21, 331:3, 331:19, 331:20

**strains** [1] - 86:3

**stray** [1] - 311:8

**strengthens** [1] - 233:15

**stress** [2] - 187:11, 211:25

**stressed** [1] - 47:14

**strictly** [2] - 152:20, 153:24

**strike** [1] - 153:23

**stripped** [1] - 213:10

**strong** [6] - 46:5, 55:25, 100:14, 211:3, 302:6, 335:11

**stronger** [1] - 221:18

**strongest** [1] - 307:18

**strongly** [3] - 107:17, 142:8, 203:5

**struck** [3] - 51:2, 163:22, 223:12

**struggle** [1] - 335:25

**struggled** [1] - 230:11

**struggling** [1] - 226:4

**stuck** [1] - 318:18

**student** [2] - 248:9, 275:8

**students** [2] - 115:21, 248:5

**studies** [2] - 112:11, 112:16

**study** [1] - 233:3

**stuff** [7] - 131:18, 146:13, 146:14, 146:19, 247:8, 269:3, 281:24

**Suarez** [1] - 2:2

**subject** [24] - 35:14, 36:12, 39:4, 45:10, 63:12, 64:11, 64:13, 64:17, 84:2, 90:25, 92:4, 105:2, 149:22, 220:4, 220:5, 229:2, 240:22, 261:13, 283:8, 294:16, 294:17, 300:23, 300:24, 339:25

**subjects** [1] - 94:17

**submit** [14] - 5:25, 14:4, 82:10, 138:15, 149:12, 149:21, 159:12, 177:23, 190:15, 218:25, 220:24, 333:8, 334:24, 335:1

**submitted** [6] - 7:19, 59:9, 206:18, 255:23, 310:16, 337:15

**subsequent** [4] - 63:21, 135:23, 136:13, 240:24

**subset** [4] - 30:21, 103:7, 161:14, 186:10

**subsidiary** [1] - 343:5

**substance** [1] - 100:6

**substantial** [3] - 76:15, 181:19, 227:20

**substantially** [3] - 131:13, 135:16, 174:1

**substantive** [5] - 44:4, 57:7, 64:14,

64:18, 318:5

**substantively** [1] - 342:12

**success** [1] - 231:7

**successful** [1] - 319:14

**successfully** [3] - 7:6, 39:18, 254:6

**successive** [2] - 9:10, 84:16

**such** [20] - 5:16, 17:18, 22:3, 41:22, 58:7, 63:11, 101:24, 156:23, 197:13, 207:15, 213:7, 222:21, 234:16, 261:14, 273:16, 276:23, 289:21, 290:13, 294:2, 313:22

**sudden** [1] - 141:6

**sue** [4] - 107:3, 281:11, 283:5, 341:12

**sued** [4] - 28:2, 30:7, 56:16, 328:16

**suffer** [3] - 85:21, 110:21, 256:18

**suffered** [2] - 73:8, 74:22

**suffering** [2] - 96:5, 175:7

**sufficiency** [6] - 94:8, 273:15, 276:23, 277:5, 277:19, 277:24

**sufficient** [18] - 42:8, 70:5, 119:4, 145:21, 196:9, 199:1, 200:15, 201:13, 266:10, 268:12, 269:19, 270:13, 277:7, 278:9, 278:14, 278:20, 336:16, 337:9

**Sugarman** [2] - 233:18, 233:24

**suggest** [5] - 107:18, 148:14, 188:18, 196:12, 201:10

**suggesting** [9] - 46:21, 50:17, 91:5, 93:10, 126:22, 129:22, 291:13, 308:6, 311:18

**suggests** [2] - 158:5, 204:18, 206:9, 335:1

**suit** [1] - 241:24

**Suite** [1] - 2:22

**sum** [1] - 273:22

**summarizes** [1] - 13:7

**summarizing** [2] - 14:5, 78:7

**summary** [4] - 93:7, 123:4, 134:6, 222:4

**Sung** [4] - 2:15, 4:5, 83:13, 147:17

**sung** [2] - 88:8, 185:3, 229:8

**SUNG** [67] - 88:16, 88:18, 88:25, 147:16, 148:18, 149:1, 149:10, 150:1, 150:4, 150:8, 153:18, 155:17, 156:2, 166:12, 166:16, 166:21, 167:2, 167:8, 167:12, 167:21, 167:24, 168:7, 168:9, 168:13, 168:18, 169:2, 169:8, 169:16, 169:25, 170:3, 170:9, 170:14, 170:19, 170:24, 171:5, 174:14, 174:21, 176:20, 176:25, 177:2, 177:8, 185:5, 185:24, 186:21, 186:24, 189:6, 189:8, 189:11, 189:21, 190:5, 190:7, 190:21, 195:12, 195:18, 195:24, 196:11, 196:20, 197:1, 197:6, 197:9, 197:15, 201:4, 204:25, 209:6, 211:13, 217:18, 217:20

**super** [9] - 85:8, 89:6, 94:10, 99:19, 106:20, 115:13, 122:4, 136:21, 142:15

**superseded** [1] - 294:22

**superseding** [1] - 63:21

**supplement** [1] - 148:24

**supplemental** [2] - 6:9, 9:5
**Supplemental** [1] - 22:3
**support** [22] - 21:7, 22:1, 41:16, 42:9,
   42:14, 43:10, 43:13, 52:8, 69:2, 89:5,
   191:24, 192:24, 210:22, 221:6,
   221:20, 221:21, 221:23, 223:9, 306:9,
   330:25, 331:8
**supported** [3] - 53:5, 84:22, 206:1
**supporter** [9] - 41:16, 42:3, 42:5, 42:6,
   42:7, 42:23, 43:4, 43:5, 161:6
**supporters** [2] - 42:20, 42:21
**supporting** [2] - 14:24, 192:17
**supports** [2] - 22:16, 89:1
**supposed** [4] - 162:4, 323:19, 329:13,
   341:22
**Supreme** [75] - 17:6, 26:25, 45:15, 47:9,
   47:14, 52:25, 65:9, 65:19, 71:7, 83:23,
   89:16, 90:3, 91:4, 91:20, 92:18, 92:24,
   93:5, 94:1, 94:2, 95:9, 95:19, 96:13,
   96:21, 98:2, 98:15, 98:21, 100:13,
   100:16, 104:9, 104:19, 104:21,
   111:10, 120:2, 120:22, 123:5, 126:2,
   134:17, 135:1, 146:17, 190:18, 191:3,
   191:9, 205:7, 216:21, 256:22, 257:6,
   272:13, 272:18, 275:2, 275:7, 275:8,
   283:7, 286:21, 293:3, 293:15, 294:8,
   294:13, 294:24, 294:25, 295:1,
   300:15, 301:14, 327:24, 335:12,
   336:15, 336:17, 337:23, 338:1, 338:2,
   338:8, 338:11, 338:16, 339:3, 340:15
**sure** [46] - 10:9, 28:6, 37:6, 38:11,
   50:11, 61:16, 72:9, 84:13, 88:3, 88:17,
   89:2, 89:8, 96:9, 97:17, 100:11, 113:6,
   113:14, 120:4, 125:12, 128:19,
   144:24, 147:11, 172:22, 186:21,
   198:16, 199:4, 199:6, 218:2, 221:5,
   225:13, 226:2, 238:15, 266:13, 268:9,
   275:17, 279:1, 281:10, 307:10,
   311:21, 335:8, 336:9, 340:12, 344:2,
   344:4, 344:6, 344:9
**surge** [1] - 29:20, 58:21
**surgery** [1] - 233:21
**surprise** [2] - 161:22, 235:20
**surprising** [1] - 301:10
**surrounding** [2] - 66:25, 300:6
**survives** [1] - 97:23
**suspect** [3] - 100:16, 172:9, 189:21
**sustainable** [1] - 267:10
**swaths** [1] - 176:5
**swept** [1] - 144:2
**switch** [1] - 216:19
**switched** [1] - 141:13
**synagogue** [2] - 231:24, 232:4
**Sype** [6] - 157:13, 185:7, 194:10, 232:7,
   232:10, 233:12
**system** [15] - 83:2, 115:8, 151:13,
   152:2, 164:12, 164:13, 164:20,
   164:24, 165:23, 187:4, 211:15,
   218:15, 220:10, 281:12

**T**

**ta** [1] - 120:19
**ta-da** [1] - 120:19
**table** [1] - 239:2
**tailored** [2] - 65:11, 65:21
**tails** [1] - 218:19
**take** [41] - 31:15, 32:16, 34:13, 34:19,
   34:25, 37:12, 45:2, 51:19, 58:3, 61:2,
   61:16, 74:6, 75:4, 97:21, 100:17,
   115:14, 148:15, 148:20, 148:22,
   149:2, 153:8, 175:12, 175:16, 175:22,
   183:1, 224:8, 237:20, 242:9, 245:15,
   247:9, 259:13, 259:18, 267:4, 267:5,
   278:4, 312:23, 316:3, 319:4, 342:23,
   343:21
**takeaway** [2] - 90:2, 210:16
**taken** [12] - 21:21, 22:15, 62:6, 109:18,
   188:23, 205:13, 242:24, 247:12,
   277:16, 311:18, 328:6, 343:6
**takes** [5] - 61:22, 180:1, 262:13, 316:14,
   319:24
**taking** [11] - 61:18, 77:17, 129:25,
   175:19, 194:12, 229:6, 265:9, 306:21,
   317:3, 317:4
**talents** [1] - 232:25
**Talia** [2] - 2:16, 2:20
**talk** [31] - 79:7, 81:1, 81:21, 83:11,
   90:18, 92:15, 95:3, 95:7, 97:13,
   100:10, 105:14, 110:8, 110:15, 137:6,
   140:5, 140:20, 146:3, 225:7, 225:8,
   228:12, 228:14, 232:8, 280:12,
   312:21, 322:1, 323:1, 326:2, 327:17,
   341:22, 342:18
**talked** [28] - 66:10, 90:1, 93:6, 95:16,
   97:2, 100:8, 101:10, 102:6, 102:13,
   114:25, 120:19, 125:21, 140:14,
   146:6, 166:3, 224:21, 227:17, 229:20,
   229:24, 231:1, 231:4, 231:16, 234:8,
   240:15, 321:25, 333:6, 334:7, 334:12
**talking** [68] - 8:1, 9:24, 18:13, 19:16,
   24:2, 24:11, 32:19, 47:10, 61:22,
   61:23, 75:19, 83:16, 83:19, 87:18,
   89:8, 89:17, 89:18, 90:8, 93:23, 95:5,
   95:21, 97:9, 97:11, 97:17, 103:20,
   104:4, 104:7, 123:7, 125:12, 131:1,
   131:8, 131:17, 136:3, 136:20, 140:11,
   144:6, 145:11, 153:15, 183:19,
   186:22, 193:17, 198:9, 198:10,
   198:24, 198:25, 226:20, 229:8, 234:5,
   243:12, 248:18, 252:5, 252:13, 266:3,
   275:2, 277:11, 277:18, 283:12,
   283:13, 286:8, 294:14, 302:15,
   309:19, 330:18, 336:1, 340:9
**talks** [5] - 124:18, 202:10, 208:5, 251:4,
   269:5
**tangentially** [1] - 204:12
**tax** [4] - 227:12, 227:13, 229:12, 328:21
**TDCJ** [1] - 110:25
**TDCJ's** [1] - 110:25

**tea** [3] - 91:15, 286:19, 336:1
**teacher** [2] - 229:21
**technically** [3] - 90:17, 90:20, 91:20
**teenage** [1] - 230:13
**Tel** [7] - 1:22, 2:5, 2:11, 2:18, 2:23, 3:4,
   3:8
**tell** [13] - 51:6, 79:9, 87:10, 175:8,
   206:21, 229:19, 239:20, 280:15,
   291:12, 308:14, 326:3, 329:17, 335:24
**telling** [4] - 143:19, 153:7, 175:3, 311:4
**temporarily** [1] - 5:16
**temporary** [4] - 67:6, 219:15, 318:14,
   318:21
**ten** [2] - 121:25, 271:24
**tend** [2] - 110:24, 111:17
**tens** [2] - 18:5, 235:3
**term** [35] - 25:13, 31:11, 33:8, 33:14,
   33:18, 35:3, 35:14, 38:23, 39:14, 67:7,
   96:6, 107:14, 107:15, 108:11, 111:13,
   111:19, 122:2, 154:5, 158:11, 163:17,
   165:9, 165:16, 165:25, 187:7, 192:17,
   219:10, 272:14, 279:21, 304:6, 320:4,
   326:23, 335:15
**terminate** [3] - 293:8, 318:22, 318:25
**terminated** [3] - 291:2, 291:16, 301:20
**terminating** [2] - 63:22, 294:15
**termination** [10] - 94:17, 285:21, 291:1,
   291:14, 291:15, 292:3, 292:10,
   292:12, 295:3, 301:20
**terms** [24] - 5:20, 9:19, 10:18, 11:1,
   36:16, 41:12, 58:20, 87:21, 89:8,
   152:22, 162:15, 165:24, 199:5,
   199:22, 227:1, 234:25, 235:19, 238:8,
   276:7, 295:9, 296:15, 298:8, 298:13,
   298:15
**terrible** [4] - 6:14, 171:3, 180:21, 181:15
**Terry** [1] - 115:2
**test** [1] - 82:18
**testified** [5] - 121:19, 172:10, 232:10,
   233:12, 286:14
**testifies** [1] - 123:23
**testify** [2] - 157:13, 185:7
**testimony** [7] - 102:18, 122:1, 132:23,
   138:16, 194:11, 231:3, 232:8
**tests** [1] - 119:17
**tether** [1] - 202:5
**Texans** [3] - 86:1, 227:23, 279:22
**TEXAS** [2] - 1:1, 1:3
**Texas** [317] - 1:4, 2:3, 3:8, 13:25, 16:2,
   16:11, 17:3, 19:10, 21:12, 22:12, 23:8,
   24:20, 29:8, 31:15, 41:15, 46:21,
   47:24, 50:12, 54:5, 54:14, 59:5, 59:6,
   59:13, 65:5, 65:7, 65:8, 65:13, 65:15,
   65:22, 66:25, 67:12, 67:21, 67:23,
   67:24, 68:19, 68:23, 69:6, 69:7, 69:8,
   69:9, 69:11, 69:12, 69:18, 70:9, 70:10,
   71:9, 71:12, 71:15, 71:23, 72:5, 80:16,
   80:21, 81:3, 81:12, 81:23, 81:24, 82:5,
   82:16, 82:23, 82:25, 83:2, 83:6, 83:18,
   84:6, 84:17, 84:18, 85:5, 85:13, 85:21,

86:11, 86:12, 86:17, 86:23, 88:1, 89:21, 89:23, 92:4, 92:19, 93:7, 94:5, 95:10, 95:11, 95:13, 96:5, 97:7, 97:10, 99:21, 101:13, 104:2, 105:22, 106:20, 107:2, 107:15, 108:2, 108:9, 108:22, 108:24, 109:1, 109:5, 109:7, 110:12, 110:15, 110:18, 110:20, 112:8, 112:12, 112:15, 112:18, 112:20, 112:24, 113:24, 114:20, 115:3, 115:5, 115:17, 116:1, 116:3, 116:5, 116:6, 116:17, 116:23, 117:9, 117:18, 117:22, 119:1, 121:10, 122:22, 122:24, 122:25, 123:14, 123:15, 123:24, 124:6, 124:8, 124:19, 124:21, 124:22, 125:13, 125:19, 125:22, 126:4, 126:10, 126:17, 127:2, 127:13, 127:23, 128:9, 128:12, 129:19, 129:22, 130:21, 131:4, 132:1, 132:12, 138:20, 139:2, 139:8, 139:20, 141:2, 141:4, 141:6, 141:9, 141:19, 141:23, 141:24, 142:25, 143:4, 143:15, 143:17, 144:1, 144:5, 144:11, 145:18, 145:19, 145:22, 147:1, 147:3, 150:9, 151:1, 151:5, 151:13, 152:3, 152:5, 152:7, 154:9, 154:11, 154:13, 154:17, 155:3, 155:10, 155:13, 159:13, 162:5, 162:8, 162:20, 163:11, 163:16, 164:10, 164:17, 187:3, 188:9, 190:10, 190:13, 190:16, 190:23, 191:12, 204:9, 204:11, 204:13, 204:18, 204:19, 205:7, 211:13, 213:1, 216:1, 216:5, 217:8, 217:11, 217:23, 218:3, 218:12, 221:2, 221:9, 221:23, 222:3, 222:4, 222:24, 223:11, 223:19, 223:21, 224:1, 225:1, 225:15, 225:17, 225:24, 226:11, 226:13, 226:14, 227:8, 228:7, 228:15, 228:24, 233:8, 233:10, 234:20, 235:14, 235:18, 235:25, 236:22, 238:12, 239:14, 239:24, 240:7, 242:12, 244:16, 245:20, 245:23, 248:6, 249:5, 249:11, 252:17, 254:2, 254:7, 255:1, 257:22, 257:24, 260:3, 261:5, 263:4, 263:8, 264:1, 266:3, 266:4, 266:18, 268:23, 271:8, 273:1, 273:3, 273:5, 273:6, 273:21, 275:4, 276:17, 277:15, 277:21, 277:23, 278:18, 280:19, 283:2, 283:20, 284:2, 285:20, 286:18, 294:14, 305:4, 306:5, 306:7, 308:17, 312:20, 320:6, 320:9, 322:21, 325:12, 329:15, 329:25, 331:11, 331:12, 331:20, 334:14, 336:11, 338:3, 340:21, 341:12

**Texas'** [1] - 121:18

**Texas's** [18] - 43:16, 83:10, 86:4, 94:8, 117:10, 118:2, 118:7, 131:25, 158:4, 163:20, 169:3, 217:21, 222:4, 242:23, 259:1, 268:7, 279:16, 323:23

**text** [6] - 18:19, 98:20, 196:11, 218:6, 222:10, 231:8

**than** [53] - 24:21, 32:1, 33:2, 39:17,

41:1, 48:2, 56:18, 56:19, 56:20, 57:5, 57:8, 66:3, 69:6, 69:17, 73:13, 76:2, 76:14, 78:12, 92:12, 97:23, 99:22, 112:12, 115:12, 117:10, 118:1, 120:1, 132:16, 136:15, 140:25, 143:4, 153:10, 167:6, 198:5, 220:17, 225:5, 229:5, 248:12, 250:8, 256:13, 273:25, 285:10, 285:17, 290:8, 296:18, 300:1, 306:7, 306:12, 307:19, 308:2, 333:24, 336:25, 337:14

**Thank** [1] - 344:12

**thank** [5] - 79:24, 89:3, 150:2, 238:22, 333:1

**thankfully** [1] - 117:14

**thanks** [1] - 217:18

**That** [1] - 265:7

**that** [2570] - 5:12, 5:23, 5:24, 5:25, 6:2, 6:4, 6:9, 6:12, 6:14, 6:15, 6:17, 6:18, 6:19, 6:20, 6:25, 7:4, 7:5, 7:6, 7:8, 7:9, 7:12, 7:15, 7:17, 7:18, 7:20, 7:22, 8:1, 8:2, 8:9, 8:10, 8:13, 8:15, 8:23, 8:25, 9:1, 9:2, 9:3, 9:6, 9:8, 9:12, 9:16, 9:17, 9:20, 10:9, 10:10, 10:16, 10:18, 10:25, 11:2, 11:4, 11:5, 11:15, 11:20, 11:21, 11:25, 12:3, 12:4, 12:8, 12:17, 12:20, 13:2, 13:5, 13:8, 13:17, 13:20, 13:25, 14:1, 14:2, 14:4, 14:9, 14:10, 14:11, 14:17, 15:7, 15:9, 15:10, 15:11, 15:12, 15:18, 15:22, 15:25, 16:2, 16:10, 16:12, 16:22, 17:1, 17:3, 17:9, 17:10, 17:12, 17:15, 17:16, 17:17, 17:20, 18:4, 18:7, 18:11, 18:15, 18:16, 18:18, 18:20, 18:23, 19:1, 19:3, 19:6, 19:8, 19:10, 19:13, 19:20, 19:21, 19:23, 19:24, 20:1, 20:3, 20:6, 20:9, 20:13, 20:15, 21:1, 21:6, 21:7, 21:9, 21:13, 21:14, 21:16, 21:22, 21:23, 22:1, 22:2, 22:12, 22:13, 22:16, 23:5, 23:9, 23:11, 23:12, 23:16, 23:17, 23:18, 23:20, 23:22, 23:23, 24:1, 24:7, 24:8, 24:15, 24:17, 24:18, 24:20, 24:22, 25:1, 25:2, 25:5, 25:8, 25:9, 25:14, 25:15, 25:16, 25:21, 25:22, 25:23, 26:1, 26:3, 26:5, 26:7, 26:11, 26:15, 26:20, 26:25, 27:3, 27:4, 27:5, 27:7, 27:11, 27:13, 27:15, 27:18, 27:22, 28:1, 28:6, 28:7, 28:12, 28:22, 28:23, 29:1, 29:3, 29:7, 29:9, 29:15, 29:18, 29:21, 29:22, 29:23, 29:25, 30:1, 30:2, 30:5, 30:8, 30:10, 30:14, 30:17, 30:19, 31:2, 31:5, 31:9, 31:12, 31:14, 31:22, 32:2, 32:4, 32:9, 32:12, 32:16, 32:19, 32:22, 32:24, 33:7, 33:9, 33:15, 33:17, 33:25, 34:2, 34:12, 34:16, 34:18, 34:19, 34:21, 34:22, 34:23, 35:2, 35:4, 35:6, 35:7, 36:1, 36:8, 36:25, 37:10, 37:12, 38:1, 38:3, 38:6, 38:12, 38:14, 38:15, 38:16, 38:24, 39:2, 39:4, 39:6, 39:9, 39:10, 39:16, 39:20, 39:23, 40:1, 40:4, 40:21, 40:23, 40:25, 41:2, 41:3, 41:6, 41:12,

41:15, 41:18, 41:20, 42:4, 42:6, 42:12, 42:13, 42:14, 42:15, 43:3, 43:4, 43:9, 43:20, 44:3, 44:4, 44:5, 44:7, 44:8, 44:10, 44:13, 44:17, 44:24, 44:25, 45:1, 45:6, 45:13, 45:19, 45:21, 46:5, 46:19, 46:21, 46:22, 47:1, 47:4, 47:14, 47:18, 47:23, 47:25, 48:8, 48:10, 48:11, 48:14, 48:16, 48:19, 48:21, 48:24, 48:25, 49:1, 49:8, 49:9, 49:10, 49:15, 49:16, 49:20, 49:21, 49:23, 50:1, 50:4, 50:9, 50:17, 51:2, 51:3, 51:4, 51:6, 51:7, 51:9, 51:11, 51:12, 51:15, 51:17, 51:20, 52:1, 52:3, 52:8, 52:14, 52:15, 52:16, 52:18, 53:4, 53:9, 53:10, 53:15, 53:17, 53:18, 53:24, 54:1, 54:2, 54:3, 54:5, 54:8, 54:15, 54:16, 54:21, 55:2, 55:4, 55:7, 55:13, 55:15, 55:17, 55:21, 55:22, 55:24, 56:2, 56:6, 56:8, 56:14, 56:15, 56:16, 56:18, 56:24, 57:3, 57:7, 58:5, 58:8, 58:9, 58:11, 58:12, 58:21, 58:24, 59:5, 59:10, 59:13, 59:21, 59:25, 60:6, 60:9, 60:14, 60:19, 60:21, 61:1, 61:2, 61:6, 61:7, 61:10, 61:15, 61:17, 61:18, 61:19, 61:22, 62:1, 62:5, 62:8, 62:12, 62:13, 62:16, 62:22, 62:24, 63:3, 63:4, 63:5, 63:7, 63:11, 63:15, 63:16, 63:17, 63:19, 63:23, 63:24, 64:4, 64:7, 64:10, 64:11, 64:13, 64:14, 64:19, 64:20, 64:25, 65:1, 65:7, 65:9, 65:10, 65:12, 65:13, 65:15, 65:20, 65:22, 66:2, 66:5, 66:8, 66:13, 66:15, 66:16, 66:18, 66:20, 66:21, 66:22, 67:4, 67:11, 67:15, 67:16, 67:17, 67:20, 67:23, 67:24, 68:2, 68:3, 68:11, 68:16, 68:20, 68:21, 68:22, 69:1, 69:4, 69:5, 69:9, 69:10, 69:13, 69:15, 69:19, 69:20, 69:22, 70:1, 70:5, 70:7, 70:12, 70:16, 70:18, 70:19, 70:20, 70:21, 71:5, 71:6, 71:9, 71:15, 71:19, 71:20, 71:25, 72:2, 72:15, 72:17, 72:20, 72:21, 72:23, 73:2, 73:7, 73:9, 73:10, 73:11, 73:21, 73:24, 73:25, 74:4, 74:6, 74:10, 74:12, 74:13, 74:15, 74:16, 74:18, 74:21, 74:22, 75:2, 75:6, 75:11, 75:24, 76:1, 76:11, 76:23, 76:25, 77:4, 77:11, 77:14, 77:15, 77:18, 77:19, 77:22, 78:5, 78:6, 78:12, 79:6, 79:7, 79:21, 80:4, 80:8, 80:9, 80:14, 80:15, 80:18, 81:9, 81:11, 81:24, 81:25, 82:2, 82:4, 82:12, 82:14, 82:23, 83:2, 83:7, 83:8, 83:9, 83:12, 83:21, 83:23, 84:2, 84:8, 84:14, 84:17, 84:24, 84:25, 85:4, 85:5, 85:8, 85:14, 86:7, 86:9, 86:13, 87:10, 87:11, 87:14, 87:15, 87:25, 88:5, 88:9, 88:12, 88:13, 88:14, 88:20, 88:25, 89:8, 89:15, 89:20, 89:21, 89:22, 90:1, 90:6, 90:7, 90:9, 90:10, 90:11, 90:12, 90:14, 90:17, 90:20, 90:23, 90:24, 91:1, 91:5, 91:6, 91:7, 91:8, 91:9, 91:10, 91:20, 91:21, 91:24, 92:4,

92:20, 93:8, 93:10, 93:19, 94:1, 94:3,
94:5, 94:7, 94:11, 94:19, 94:22, 95:2,
95:3, 95:9, 95:10, 95:15, 95:16, 95:17,
96:5, 96:6, 96:8, 96:16, 96:17, 96:19,
96:21, 96:22, 97:2, 97:3, 97:5, 97:6,
97:7, 97:11, 97:20, 97:22, 97:24, 98:2,
98:4, 98:6, 98:8, 98:9, 98:10, 98:18,
98:23, 99:21, 100:5, 100:6, 100:12,
100:15, 100:18, 100:21, 100:22,
101:13, 101:17, 101:20, 101:23,
101:24, 102:9, 102:18, 102:25, 103:2,
103:5, 103:7, 103:11, 103:12, 103:19,
103:20, 104:9, 104:12, 104:16,
104:17, 104:23, 104:24, 105:1, 105:5,
105:6, 105:9, 105:17, 106:1, 106:3,
106:12, 106:20, 106:22, 107:1, 107:3,
107:5, 107:6, 107:11, 107:18, 107:21,
108:1, 108:5, 108:6, 108:8, 108:9,
108:12, 108:21, 108:22, 108:23,
109:1, 109:5, 109:6, 109:17, 109:20,
109:21, 109:24, 109:25, 110:3, 110:9,
110:10, 110:12, 110:13, 110:14,
110:19, 110:20, 110:21, 110:23,
110:24, 111:7, 111:11, 111:12,
111:13, 111:19, 111:20, 111:24,
112:1, 112:13, 112:15, 112:16,
112:17, 112:18, 112:22, 112:24,
113:1, 113:4, 113:5, 113:6, 113:11,
113:12, 113:14, 113:15, 113:16,
114:5, 114:7, 114:9, 114:12, 114:20,
115:3, 115:5, 115:7, 115:12, 115:13,
115:15, 115:16, 115:20, 116:2, 116:5,
116:7, 116:10, 116:12, 116:15,
116:18, 116:22, 116:25, 117:1, 117:2,
117:5, 117:7, 117:8, 117:10, 117:12,
117:14, 117:23, 118:5, 118:12,
118:19, 119:2, 119:5, 119:16, 119:17,
119:22, 119:24, 120:1, 120:3, 120:7,
120:8, 120:9, 120:10, 120:11, 120:14,
120:17, 120:25, 121:4, 121:5, 121:14,
121:19, 121:21, 121:23, 121:24,
122:7, 122:17, 122:18, 122:21, 123:3,
123:4, 123:6, 123:12, 123:13, 123:15,
123:16, 123:17, 123:24, 123:25,
124:3, 124:11, 124:12, 124:19,
124:20, 124:21, 124:25, 125:12,
125:17, 125:20, 125:21, 125:22,
126:4, 126:6, 126:10, 126:19, 126:22,
126:23, 127:1, 127:3, 127:7, 127:10,
127:11, 127:13, 127:14, 128:1, 128:4,
128:5, 128:6, 128:7, 128:8, 128:9,
128:10, 128:13, 128:14, 128:15,
128:16, 128:19, 128:20, 129:1, 129:9,
129:14, 129:16, 129:21, 129:22,
130:12, 130:13, 130:15, 130:22,
131:2, 131:8, 131:11, 131:16, 131:18,
131:19, 131:21, 131:25, 132:1,
132:11, 132:17, 132:19, 132:23,
133:6, 133:13, 133:14, 133:15,
133:16, 133:18, 133:20, 133:21,
134:9, 134:12, 134:16, 134:17,

134:18, 134:20, 134:23, 134:24,
135:2, 135:4, 135:5, 135:8, 135:11,
135:14, 135:16, 135:18, 135:19,
135:21, 135:22, 135:23, 135:24,
136:2, 136:3, 136:9, 136:11, 136:13,
136:14, 136:18, 137:4, 137:8, 137:11,
137:12, 137:19, 137:22, 137:24,
137:25, 138:9, 138:13, 138:14,
138:20, 138:25, 139:1, 139:4, 139:7,
139:8, 139:16, 139:17, 139:21,
139:25, 140:10, 140:25, 141:1, 141:2,
141:3, 141:10, 141:11, 141:19,
141:20, 141:22, 142:2, 142:4, 142:7,
142:8, 142:17, 142:18, 142:22,
142:24, 143:4, 143:10, 143:11,
143:12, 143:16, 143:19, 143:22,
144:1, 144:3, 144:11, 144:12, 144:14,
144:15, 144:16, 144:18, 144:19,
145:19, 145:20, 146:2, 146:4, 146:8,
146:11, 146:16, 146:18, 147:5, 147:9,
147:11, 147:20, 147:25, 148:2, 148:5,
148:13, 148:14, 148:21, 148:23,
148:25, 149:5, 149:11, 149:12,
149:15, 149:22, 149:24, 149:25,
150:1, 150:19, 151:2, 151:3, 151:6,
151:7, 151:8, 151:22, 152:4, 152:10,
152:11, 152:13, 152:18, 152:25,
153:3, 153:4, 153:5, 153:7, 153:13,
153:14, 153:16, 153:19, 153:20,
153:24, 154:3, 154:10, 154:12,
154:13, 154:14, 154:17, 154:18,
154:21, 155:3, 155:8, 155:12, 155:14,
155:15, 155:16, 155:18, 155:20,
155:23, 155:25, 156:8, 156:9, 156:18,
156:19, 157:1, 157:8, 157:9, 157:10,
157:11, 157:12, 157:15, 157:18,
157:22, 158:4, 158:6, 158:9, 158:18,
158:20, 158:21, 158:22, 159:4, 159:8,
159:12, 159:14, 159:17, 159:21,
159:23, 160:7, 160:23, 161:14,
161:22, 161:25, 162:5, 162:8, 162:10,
162:20, 162:22, 163:1, 163:4, 163:7,
163:11, 163:15, 163:16, 163:18,
163:21, 163:24, 164:1, 164:10,
164:11, 164:14, 164:18, 164:19,
164:20, 164:21, 164:22, 164:23,
164:24, 165:3, 165:8, 165:16, 165:18,
166:4, 166:11, 166:16, 166:22, 167:1,
167:4, 167:19, 167:21, 168:3, 168:5,
168:17, 168:18, 168:19, 168:22,
168:25, 169:3, 169:4, 169:9, 169:12,
169:15, 169:17, 169:20, 169:23,
170:3, 170:7, 170:15, 170:22, 170:23,
170:24, 171:2, 171:3, 171:5, 171:10,
171:12, 171:13, 171:14, 171:16,
171:17, 171:24, 172:11, 172:12,
172:19, 172:23, 173:1, 173:2, 173:4,
173:5, 173:6, 173:8, 173:20, 173:22,
173:23, 173:24, 174:2, 174:3, 174:4,
174:7, 174:8, 174:16, 174:17, 174:19,
174:22, 174:25, 175:2, 175:8, 175:11,

175:15, 175:21, 176:1, 176:3, 176:5,
176:18, 176:23, 177:11, 177:14,
177:16, 177:18, 177:23, 177:24,
177:25, 178:1, 178:2, 178:3, 178:7,
178:9, 178:14, 178:18, 178:19,
178:21, 178:22, 178:25, 179:1,
179:16, 179:17, 179:19, 179:21,
179:22, 180:1, 180:9, 180:11, 180:14,
180:17, 180:21, 181:20, 181:25,
182:2, 182:5, 182:9, 183:4, 183:5,
183:6, 183:8, 183:10, 183:13, 183:22,
184:3, 184:7, 184:9, 184:11, 184:14,
184:20, 184:21, 185:2, 185:5, 185:8,
185:11, 185:16, 185:17, 185:19,
185:20, 185:21, 185:22, 185:25,
186:2, 186:4, 186:6, 186:7, 186:8,
186:13, 186:16, 186:18, 186:19,
186:20, 187:2, 187:3, 187:5, 187:14,
187:15, 187:19, 187:22, 188:10,
188:16, 188:18, 188:21, 189:4, 189:6,
189:10, 189:17, 189:19, 189:21,
189:23, 189:24, 189:25, 190:1, 190:3,
190:4, 190:11, 190:13, 190:15,
190:16, 190:20, 190:23, 191:5, 191:6,
191:8, 191:9, 191:19, 191:20, 193:10,
193:13, 193:16, 193:22, 194:15,
195:2, 195:6, 195:9, 195:10, 195:13,
195:16, 195:17, 195:18, 195:24,
196:1, 196:3, 196:7, 196:12, 197:9,
197:11, 197:12, 197:20, 197:21,
197:23, 198:3, 198:4, 198:17, 198:18,
198:19, 199:6, 199:17, 199:23, 200:2,
200:6, 200:7, 200:19, 200:22, 200:24,
200:25, 201:7, 201:11, 201:16,
201:21, 201:23, 201:24, 202:5, 202:7,
202:12, 202:13, 202:16, 202:23,
204:2, 204:4, 204:10, 204:12, 204:14,
204:18, 204:19, 204:23, 205:3, 205:9,
205:19, 205:23, 205:25, 206:3, 206:5,
206:9, 206:14, 206:17, 206:18,
207:10, 207:14, 207:20, 208:10,
208:15, 208:17, 208:23, 209:9,
209:11, 209:15, 209:25, 210:1, 210:2,
210:3, 210:5, 210:16, 210:19, 210:20,
210:25, 211:7, 211:14, 211:18,
211:25, 212:3, 212:6, 212:7, 212:11,
212:19, 212:22, 212:24, 213:1, 213:3,
213:4, 213:7, 213:10, 213:22, 213:23,
213:24, 213:25, 214:1, 214:4, 214:5,
214:12, 215:6, 215:8, 215:12, 215:17,
215:24, 216:2, 216:3, 216:4, 216:5,
216:7, 216:18, 216:21, 216:24,
216:25, 217:3, 217:5, 217:6, 217:7,
217:8, 217:9, 217:12, 217:14, 217:21,
217:23, 218:2, 218:4, 218:14, 218:19,
218:21, 218:25, 219:12, 220:5,
220:24, 220:25, 221:2, 221:5, 221:8,
221:9, 221:12, 221:13, 221:16,
221:18, 221:22, 221:23, 222:3, 222:8,
222:11, 222:19, 222:24, 223:20,
223:23, 224:1, 224:15, 224:21,

224:24, 225:3, 225:15, 225:16, 225:24, 226:3, 226:11, 226:13, 226:14, 226:20, 226:21, 227:6, 227:8, 227:10, 227:14, 227:19, 227:20, 227:23, 228:3, 228:5, 228:6, 228:7, 228:13, 228:16, 228:22, 229:3, 229:14, 229:17, 230:2, 230:8, 230:13, 230:14, 231:4, 231:5, 231:7, 231:9, 231:10, 231:17, 232:10, 232:11, 232:24, 233:3, 233:4, 233:22, 234:1, 234:9, 234:11, 234:12, 234:14, 234:18, 234:19, 234:21, 234:22, 234:23, 235:1, 235:3, 235:8, 235:9, 235:11, 235:13, 235:15, 235:25, 236:4, 236:12, 236:13, 236:19, 236:24, 236:25, 237:1, 237:17, 237:19, 238:9, 238:11, 238:13, 238:14, 238:21, 239:6, 239:11, 239:13, 239:15, 239:16, 239:18, 239:21, 240:1, 240:3, 240:5, 240:6, 240:7, 241:14, 241:15, 241:20, 241:25, 242:5, 242:10, 242:12, 242:15, 242:19, 243:1, 243:3, 243:5, 243:8, 243:13, 243:17, 244:2, 244:6, 244:7, 244:11, 244:12, 244:14, 244:15, 244:16, 244:24, 244:25, 245:1, 245:5, 245:11, 245:13, 245:17, 245:23, 246:1, 246:5, 246:14, 246:15, 246:24, 246:25, 247:5, 247:9, 247:10, 247:19, 248:1, 248:8, 248:10, 248:19, 248:20, 248:21, 248:22, 249:2, 249:3, 249:7, 249:11, 249:15, 249:18, 249:23, 250:11, 250:25, 251:1, 251:6, 251:8, 251:13, 251:14, 251:15, 251:16, 251:18, 252:3, 252:4, 252:7, 252:11, 252:14, 252:17, 252:18, 252:22, 252:24, 252:25, 253:2, 253:5, 253:6, 253:7, 253:9, 253:11, 253:17, 253:18, 253:23, 254:2, 254:3, 254:4, 254:8, 254:11, 254:13, 254:16, 254:18, 255:5, 255:7, 255:11, 255:12, 255:17, 255:18, 255:20, 255:23, 256:1, 256:4, 256:7, 256:15, 256:18, 256:20, 256:21, 256:22, 256:23, 257:3, 257:6, 257:9, 257:10, 257:16, 257:21, 258:1, 258:6, 258:7, 258:8, 258:12, 258:14, 258:25, 259:8, 259:11, 259:17, 260:1, 260:2, 260:4, 260:7, 260:11, 260:15, 260:18, 260:21, 260:22, 261:5, 261:8, 261:9, 261:15, 261:21, 261:23, 262:12, 262:15, 263:2, 263:11, 263:18, 263:20, 263:21, 263:22, 263:25, 264:4, 264:9, 264:12, 264:16, 264:18, 264:20, 264:23, 264:24, 265:8, 265:9, 265:14, 265:16, 265:21, 265:24, 266:5, 266:10, 266:21, 266:22, 266:23, 267:1, 267:3, 267:17, 267:18, 267:24, 268:7, 268:9, 268:15, 268:22, 268:24, 269:1, 269:2, 269:3, 269:5, 269:15, 269:17, 269:18, 269:19,

269:21, 269:23, 270:2, 270:8, 270:9, 270:11, 270:16, 270:19, 271:12, 271:14, 271:17, 271:19, 271:20, 272:3, 272:7, 272:8, 272:9, 272:10, 272:12, 272:13, 272:16, 272:19, 272:20, 272:23, 272:25, 273:4, 273:8, 273:9, 273:25, 274:2, 274:3, 274:5, 274:7, 274:8, 274:11, 274:12, 274:13, 274:15, 274:20, 274:23, 274:25, 275:2, 275:3, 275:5, 275:6, 275:8, 275:13, 275:14, 276:2, 276:3, 276:18, 277:1, 277:2, 277:3, 277:6, 277:7, 277:10, 277:11, 277:14, 277:15, 277:16, 277:17, 277:20, 277:25, 278:2, 278:3, 278:5, 278:6, 278:7, 278:8, 278:11, 278:13, 278:15, 278:17, 278:18, 278:19, 278:20, 278:25, 279:6, 279:7, 279:13, 279:14, 279:16, 279:20, 279:21, 279:24, 280:1, 280:3, 280:4, 280:6, 280:8, 280:9, 280:14, 280:15, 280:16, 280:23, 280:24, 281:3, 281:4, 281:5, 281:15, 282:1, 282:21, 282:24, 283:1, 283:5, 283:9, 283:20, 284:2, 284:20, 284:22, 284:23, 284:25, 285:18, 285:23, 285:24, 286:9, 286:10, 286:21, 287:17, 287:19, 287:25, 288:1, 288:8, 288:9, 288:11, 288:16, 289:10, 289:17, 289:19, 289:20, 289:21, 289:25, 290:1, 290:2, 290:3, 290:4, 290:8, 290:9, 290:12, 290:15, 290:17, 290:19, 290:22, 291:1, 291:6, 291:7, 291:11, 291:14, 291:15, 291:16, 291:19, 291:23, 291:24, 292:2, 292:5, 292:9, 292:10, 292:11, 292:14, 292:15, 292:17, 292:18, 292:24, 293:8, 293:14, 293:15, 293:16, 293:17, 293:19, 293:22, 293:25, 294:4, 294:5, 294:7, 294:11, 294:12, 294:13, 294:14, 294:15, 294:16, 294:18, 294:19, 294:21, 294:22, 294:23, 294:24, 295:2, 295:3, 295:5, 295:7, 295:8, 295:10, 295:20, 295:22, 295:24, 296:7, 296:10, 296:21, 296:22, 297:6, 297:22, 298:3, 298:7, 298:9, 298:19, 299:10, 299:11, 299:12, 299:13, 299:14, 299:22, 300:1, 300:2, 300:8, 300:10, 300:12, 300:13, 300:21, 301:3, 301:4, 301:11, 301:12, 301:17, 301:19, 301:20, 302:2, 302:4, 302:6, 302:11, 302:15, 302:16, 302:18, 302:19, 302:24, 303:5, 303:6, 303:17, 303:21, 303:22, 303:24, 304:3, 304:5, 304:6, 304:11, 304:17, 304:25, 305:3, 305:4, 305:5, 305:8, 305:14, 305:15, 305:23, 305:25, 306:4, 306:6, 306:8, 306:9, 306:11, 306:13, 306:14, 306:19, 307:1, 307:8, 307:11, 307:14, 307:17, 307:18, 307:20, 307:21, 307:23, 307:24, 308:1, 308:12, 308:17,

308:18, 308:24, 308:25, 309:2, 309:3, 309:6, 309:13, 309:14, 309:24, 309:25, 310:7, 310:8, 310:11, 310:15, 310:16, 311:3, 311:4, 311:7, 311:13, 311:15, 311:16, 311:18, 311:19, 311:22, 311:24, 312:1, 312:2, 312:7, 312:9, 312:10, 312:14, 312:16, 312:19, 312:24, 313:1, 313:2, 313:3, 313:8, 313:9, 313:10, 313:13, 313:14, 313:15, 313:16, 313:20, 313:21, 313:22, 313:24, 314:1, 314:3, 314:5, 314:7, 314:14, 314:18, 314:19, 314:22, 314:23, 314:24, 315:1, 315:2, 315:7, 315:8, 315:9, 315:10, 315:13, 315:14, 315:16, 315:17, 315:19, 315:24, 316:1, 316:2, 316:3, 316:7, 316:15, 316:18, 316:22, 316:24, 317:5, 317:6, 317:7, 317:17, 317:23, 317:24, 318:3, 318:12, 318:14, 318:16, 318:17, 318:20, 318:25, 319:3, 319:4, 319:9, 319:11, 319:12, 319:14, 319:15, 319:17, 320:6, 320:12, 320:20, 320:24, 320:25, 321:2, 321:3, 321:4, 321:5, 321:6, 321:10, 321:12, 321:16, 321:17, 321:20, 321:21, 321:22, 322:3, 322:19, 322:20, 322:24, 323:4, 323:5, 323:8, 323:10, 323:18, 324:4, 324:13, 325:1, 325:19, 325:22, 326:4, 326:5, 326:9, 326:13, 326:17, 326:22, 326:25, 327:2, 327:4, 327:13, 327:14, 327:16, 327:19, 327:20, 327:23, 327:25, 328:1, 328:5, 328:6, 328:7, 328:12, 328:13, 328:14, 328:15, 328:17, 328:18, 328:20, 328:22, 328:23, 328:24, 328:25, 329:5, 329:13, 329:14, 329:17, 329:20, 329:24, 329:25, 330:5, 330:20, 330:25, 331:5, 331:14, 331:17, 331:23, 332:8, 332:11, 332:14, 332:21, 333:5, 333:14, 334:6, 334:7, 334:8, 334:9, 334:11, 334:12, 334:13, 334:14, 334:15, 334:17, 334:19, 334:23, 335:1, 335:4, 335:7, 335:13, 335:16, 335:17, 335:18, 335:19, 336:1, 336:2, 336:3, 336:7, 336:14, 336:15, 336:22, 337:14, 337:16, 337:17, 337:19, 337:20, 338:2, 338:7, 338:12, 338:20, 339:1, 339:3, 339:9, 339:10, 339:14, 339:15, 339:17, 339:18, 339:20, 339:21, 339:22, 340:1, 340:2, 340:6, 340:8, 340:16, 341:5, 341:10, 341:22, 342:1, 342:3, 342:12, 342:14, 342:15, 343:2, 343:5, 343:6, 343:9, 343:11, 343:12, 343:14, 343:17, 343:19, 343:23, 344:6, 344:8, 344:9, 344:16

that' [1] - 245:20

that's [182] - 6:19, 7:19, 8:24, 9:24, 11:18, 14:14, 21:10, 21:17, 28:3, 28:9, 34:15, 35:14, 35:24, 37:5, 38:15, 43:2,

44:14, 49:13, 52:7, 56:3, 56:13, 60:11,
65:21, 72:10, 79:16, 80:13, 82:10,
87:1, 87:4, 91:11, 91:12, 95:11, 96:1,
103:11, 103:15, 111:10, 114:12,
118:11, 118:19, 120:23, 123:1, 123:2,
125:2, 125:20, 126:24, 128:5, 128:6,
128:25, 129:9, 129:12, 129:13,
129:17, 131:13, 132:5, 133:1, 133:17,
135:12, 139:4, 139:6, 139:24, 140:21,
141:12, 141:19, 142:22, 142:24,
143:9, 143:18, 145:22, 146:19, 147:4,
148:7, 148:11, 152:5, 152:10, 155:11,
155:17, 158:10, 159:18, 160:9,
160:21, 161:8, 161:15, 161:16,
165:11, 169:25, 172:3, 173:7, 176:21,
179:19, 181:19, 181:20, 186:12,
187:19, 189:8, 191:12, 193:17,
195:12, 195:21, 197:6, 198:18,
198:23, 198:24, 199:18, 202:3, 209:5,
211:12, 217:19, 218:18, 219:16,
222:8, 227:15, 231:13, 231:14,
231:21, 235:21, 238:14, 240:9,
240:17, 241:5, 241:15, 246:22,
247:14, 252:16, 253:22, 258:23,
265:22, 268:12, 270:19, 270:23,
271:15, 272:14, 273:7, 273:9, 274:17,
274:18, 275:19, 277:4, 277:11,
283:14, 288:25, 289:1, 291:7, 291:21,
291:25, 292:7, 296:3, 297:3, 297:24,
301:10, 308:11, 310:6, 310:7, 312:11,
316:25, 317:12, 317:13, 319:13,
325:11, 325:12, 325:23, 326:23,
326:25, 327:4, 329:8, 329:21, 330:1,
333:15, 334:20, 335:17, 336:5, 337:3,
337:13, 337:25, 340:25, 341:1, 341:8,
342:6, 343:16

**THE** [617] - 1:1, 1:1, 1:3, 1:14, 1:19, 2:7,
2:13, 5:3, 5:6, 5:9, 6:11, 6:22, 7:2,
10:12, 10:18, 10:21, 11:3, 12:7, 12:14,
12:24, 13:14, 13:19, 13:24, 18:23,
22:22, 24:11, 24:17, 24:22, 25:4,
26:18, 27:9, 27:13, 27:23, 28:11,
28:19, 29:9, 30:4, 30:11, 30:21, 30:24,
31:7, 32:6, 32:8, 34:5, 34:15, 35:5,
35:12, 35:16, 35:22, 36:4, 36:10,
36:20, 36:23, 37:4, 37:16, 37:20, 38:4,
38:9, 39:11, 39:16, 40:7, 44:23, 45:9,
46:21, 46:25, 47:2, 47:18, 47:21, 48:8,
48:13, 48:20, 49:7, 49:12, 50:11,
50:22, 50:24, 51:14, 51:24, 52:21,
52:24, 53:12, 53:20, 54:20, 56:10,
56:19, 56:22, 57:1, 57:10, 57:14,
57:17, 60:17, 60:22, 61:1, 61:6, 61:13,
61:21, 62:2, 62:11, 63:3, 63:10, 64:3,
64:11, 64:24, 65:3, 66:4, 67:8, 68:6,
68:9, 68:13, 68:15, 69:25, 70:13,
71:11, 71:16, 71:24, 72:6, 72:9, 72:12,
73:4, 73:10, 73:13, 73:23, 74:2, 74:17,
74:24, 75:6, 75:21, 76:12, 76:18,
77:14, 78:3, 78:8, 78:15, 78:19, 78:24,
79:2, 79:5, 79:8, 79:11, 79:18, 79:21,

80:7, 86:19, 86:21, 86:24, 87:3, 87:6,
87:12, 88:5, 88:12, 88:17, 88:24, 89:2,
89:13, 91:3, 91:10, 91:13, 91:15,
92:23, 93:3, 93:10, 93:15, 93:24, 95:1,
95:5, 95:12, 96:19, 97:5, 97:9, 97:15,
97:17, 98:6, 98:14, 99:1, 99:5, 99:13,
99:24, 100:3, 101:16, 101:19, 102:9,
103:6, 103:10, 103:13, 103:17,
103:24, 104:4, 105:8, 105:14, 105:21,
106:15, 106:22, 106:25, 107:9,
107:24, 108:20, 109:2, 109:13,
109:23, 110:6, 111:4, 111:22, 112:21,
113:5, 113:10, 113:13, 113:20, 114:1,
114:6, 114:12, 114:15, 114:22, 119:3,
119:7, 119:10, 119:14, 119:19,
119:21, 120:6, 120:13, 125:5, 125:8,
126:21, 127:1, 127:10, 127:20,
128:17, 128:19, 128:22, 129:3, 129:5,
129:18, 129:21, 130:4, 130:7, 130:18,
131:7, 131:16, 131:24, 132:7, 132:10,
132:21, 132:25, 133:5, 133:11, 134:1,
134:7, 134:11, 134:15, 135:7, 135:10,
136:4, 136:8, 136:17, 136:24, 137:15,
137:20, 138:19, 138:25, 139:11,
139:13, 139:23, 140:1, 140:16,
141:13, 141:17, 142:6, 143:1, 144:7,
144:24, 145:2, 145:5, 146:5, 146:14,
147:8, 147:15, 148:17, 148:22, 149:9,
149:19, 150:3, 150:7, 153:17, 155:14,
155:25, 166:2, 166:15, 166:19,
166:22, 167:6, 167:9, 167:13, 167:23,
168:6, 168:8, 168:12, 168:15, 168:20,
169:6, 169:11, 169:22, 170:1, 170:6,
170:11, 170:17, 170:22, 171:2,
171:12, 171:19, 171:22, 171:24,
172:3, 172:14, 172:22, 172:25, 173:7,
173:13, 173:16, 173:25, 174:13,
174:19, 175:1, 176:7, 176:10, 176:18,
176:23, 177:1, 177:7, 178:5, 178:11,
178:15, 179:13, 179:19, 179:24,
180:8, 180:14, 181:1, 181:5, 181:12,
182:4, 182:7, 182:19, 183:3, 183:16,
184:8, 184:18, 184:24, 185:3, 185:19,
186:18, 186:22, 189:4, 189:7, 189:10,
189:14, 190:4, 190:6, 190:20, 195:9,
195:15, 195:22, 196:8, 196:15,
196:23, 197:3, 197:8, 197:14, 197:19,
197:23, 198:9, 198:12, 198:23,
199:16, 199:25, 200:13, 201:2,
204:22, 209:5, 211:12, 217:17,
217:19, 224:2, 224:5, 224:8, 224:12,
224:17, 225:10, 225:15, 225:19,
225:21, 226:1, 226:5, 226:9, 226:17,
235:22, 236:10, 236:16, 237:14,
238:5, 238:10, 238:17, 239:1, 239:10,
239:20, 240:13, 240:19, 241:6,
241:11, 241:17, 242:8, 243:4, 243:11,
243:15, 244:6, 244:13, 245:3, 245:25,
246:5, 246:9, 246:12, 246:19, 246:24,
247:2, 247:17, 247:22, 248:7, 248:12,
248:18, 249:1, 249:10, 249:13,

249:17, 249:20, 249:25, 250:3, 250:7,
250:13, 250:18, 251:20, 252:9,
252:16, 253:22, 254:1, 254:20, 255:7,
255:11, 255:19, 256:17, 257:11,
257:19, 258:3, 258:16, 259:4, 259:9,
259:21, 260:13, 260:20, 263:10,
263:15, 264:4, 264:7, 264:16, 264:23,
265:1, 265:5, 265:7, 265:12, 266:2,
266:13, 266:16, 266:22, 267:1,
267:15, 267:22, 268:4, 268:9, 268:19,
269:8, 269:11, 269:21, 269:23, 270:8,
270:21, 271:4, 271:14, 271:18,
271:25, 272:3, 272:23, 273:11,
274:17, 275:11, 276:10, 276:14,
277:4, 277:18, 278:17, 278:23, 279:1,
280:18, 280:21, 281:1, 282:5, 282:9,
282:13, 282:19, 282:21, 283:3, 283:9,
283:12, 284:3, 284:8, 284:13, 286:4,
287:16, 288:4, 289:5, 290:6, 290:17,
290:21, 291:21, 295:13, 295:17,
296:3, 296:17, 296:25, 297:8, 298:2,
298:21, 298:25, 299:5, 299:7, 300:14,
301:1, 301:9, 302:18, 303:8, 303:19,
303:25, 304:14, 304:20, 304:22,
305:13, 305:19, 305:25, 306:19,
306:23, 307:3, 307:8, 308:4, 308:11,
308:21, 309:5, 309:9, 309:18, 309:22,
309:24, 310:13, 310:22, 310:25,
311:2, 311:17, 312:1, 312:6, 312:20,
315:7, 316:21, 317:5, 318:6, 318:13,
318:16, 320:5, 320:16, 320:24, 321:4,
321:8, 321:10, 324:11, 324:15,
324:18, 325:7, 325:15, 325:18,
326:15, 326:20, 328:8, 328:24, 329:3,
329:6, 329:13, 329:23, 330:5, 330:8,
332:3, 332:15, 332:18, 332:20, 333:2,
333:7, 333:14, 334:20, 335:8, 335:23,
336:7, 336:10, 336:22, 337:10, 338:9,
338:13, 339:5, 340:10, 340:20,
341:20, 343:13, 343:23, 344:1, 344:2

**their** [149] - 8:4, 8:18, 9:7, 14:2, 14:19,
15:20, 23:4, 23:9, 26:2, 26:3, 27:19,
28:25, 29:17, 31:11, 31:21, 32:24,
33:3, 33:8, 33:13, 33:16, 33:18, 34:1,
34:25, 35:3, 35:23, 35:25, 36:2, 37:14,
38:23, 39:2, 39:7, 39:11, 39:14, 40:3,
40:22, 43:6, 46:14, 62:25, 66:3, 68:9,
69:9, 69:12, 73:7, 75:10, 76:3, 78:10,
81:13, 82:5, 82:6, 84:8, 102:11,
103:21, 116:19, 120:3, 125:14,
125:15, 125:17, 126:5, 127:4, 128:20,
128:25, 129:10, 129:12, 134:22,
137:22, 141:7, 141:21, 143:2, 158:8,
162:16, 167:3, 178:21, 179:4, 179:8,
179:9, 179:15, 180:4, 180:15, 180:16,
181:14, 181:16, 185:10, 191:25,
192:1, 218:3, 219:18, 219:21, 220:11,
221:6, 222:5, 223:8, 227:24, 228:21,
229:4, 230:15, 231:19, 232:5, 234:21,
234:25, 235:19, 238:8, 238:23,
245:10, 251:3, 258:12, 259:17,

260:12, 263:4, 266:19, 267:9, 268:25, 274:14, 275:19, 275:22, 277:14, 282:12, 283:21, 290:4, 291:8, 292:24, 298:7, 299:19, 311:24, 313:15, 313:21, 313:24, 317:10, 318:25, 319:17, 320:4, 322:16, 322:17, 324:16, 326:11, 326:12, 329:15, 329:25, 331:3, 343:18, 344:10

**them** [117] - 5:12, 5:24, 8:20, 8:21, 11:2, 22:23, 28:3, 31:16, 32:3, 33:5, 34:25, 36:6, 36:8, 37:1, 37:23, 38:25, 40:14, 41:8, 45:2, 48:7, 49:12, 49:13, 50:8, 54:9, 68:2, 68:17, 74:19, 75:13, 75:14, 77:17, 81:10, 81:13, 82:9, 89:16, 90:20, 91:19, 92:1, 92:14, 95:8, 99:4, 99:10, 101:23, 102:11, 102:13, 103:5, 103:10, 108:9, 108:24, 109:11, 110:8, 112:25, 114:7, 114:9, 123:25, 129:9, 141:20, 153:10, 157:18, 174:12, 174:20, 185:11, 185:22, 192:25, 200:2, 200:24, 210:9, 211:18, 220:12, 229:3, 229:16, 229:17, 230:21, 231:11, 235:5, 235:22, 238:23, 238:24, 243:22, 248:6, 263:19, 265:9, 268:10, 268:12, 268:14, 269:10, 270:13, 281:23, 283:6, 285:21, 287:14, 288:22, 301:19, 301:24, 301:25, 306:14, 308:16, 316:23, 319:6, 319:24, 319:25, 320:14, 324:11, 324:22, 324:25, 325:20, 326:3, 326:5, 328:25, 329:5, 329:7, 329:14, 329:15, 344:1

**theme** [3] - 80:6, 121:16, 137:22

**themes** [2] - 80:3, 80:14

**themselves** [11] - 25:18, 33:22, 50:3, 181:8, 183:13, 243:10, 261:12, 289:19, 290:13, 292:18

**then** [147] - 7:11, 7:23, 7:25, 8:5, 8:6, 8:7, 8:22, 11:14, 25:4, 27:9, 34:24, 36:4, 36:5, 36:10, 37:4, 37:23, 40:2, 52:25, 57:20, 60:5, 60:23, 61:14, 62:11, 62:17, 63:1, 65:4, 68:12, 69:18, 70:1, 71:8, 73:5, 79:12, 82:6, 82:9, 83:3, 83:12, 83:14, 85:15, 99:2, 101:22, 104:10, 110:18, 120:7, 124:18, 126:3, 127:25, 128:9, 129:9, 134:23, 138:4, 141:10, 145:8, 145:16, 145:17, 145:24, 149:23, 150:13, 150:24, 151:15, 154:2, 154:15, 154:17, 155:1, 155:22, 159:6, 160:2, 163:13, 169:23, 170:23, 171:7, 174:19, 175:8, 175:25, 177:17, 177:20, 181:10, 182:13, 183:20, 184:18, 187:19, 187:21, 188:14, 193:15, 195:10, 195:22, 196:15, 196:23, 200:16, 203:3, 210:9, 214:18, 215:3, 216:18, 235:24, 236:12, 237:22, 237:24, 241:1, 241:3, 241:7, 241:17, 243:1, 248:1, 249:18, 252:21, 253:3, 254:1, 256:13, 257:3, 264:9,

266:2, 268:12, 272:5, 277:14, 277:19, 279:14, 282:5, 285:13, 286:13, 287:7, 288:21, 295:17, 296:23, 302:7, 303:6, 303:11, 304:8, 308:21, 314:16, 319:5, 321:23, 322:13, 325:22, 326:4, 326:5, 327:13, 332:9, 333:10, 333:25, 334:3, 335:3, 337:18, 341:19, 342:18, 343:13, 343:14

**theory** [13] - 14:2, 80:22, 92:19, 105:19, 137:10, 138:14, 139:5, 139:7, 260:9, 260:12, 268:8, 272:5

**there** [405] - 5:11, 6:12, 6:13, 7:3, 10:24, 14:13, 14:15, 15:24, 17:1, 18:19, 19:8, 20:19, 21:14, 24:14, 25:7, 25:20, 26:18, 26:25, 27:11, 27:15, 27:18, 28:16, 28:22, 29:25, 30:9, 31:6, 32:11, 32:22, 33:23, 35:1, 38:15, 39:6, 40:23, 41:24, 42:1, 42:3, 43:18, 44:9, 45:8, 45:20, 48:15, 48:20, 49:1, 49:20, 49:21, 51:15, 51:23, 52:18, 52:21, 52:24, 53:1, 53:3, 53:13, 54:1, 54:2, 56:10, 56:14, 56:21, 57:2, 59:13, 60:7, 61:8, 61:9, 61:14, 62:21, 63:11, 64:15, 64:21, 65:12, 67:2, 67:3, 67:12, 67:25, 68:17, 68:19, 68:20, 68:24, 69:4, 69:10, 69:12, 73:7, 73:23, 74:13, 75:25, 76:5, 76:11, 77:21, 77:22, 78:2, 78:4, 78:9, 78:11, 79:10, 80:16, 82:4, 82:19, 83:8, 83:19, 84:3, 84:9, 85:3, 85:13, 86:2, 86:9, 86:14, 87:1, 87:19, 89:7, 91:18, 91:23, 92:12, 94:15, 95:17, 95:21, 96:2, 96:10, 98:6, 98:17, 98:24, 99:17, 99:21, 101:3, 103:6, 103:8, 103:18, 103:20, 103:22, 104:25, 105:2, 105:9, 105:12, 105:17, 106:7, 106:9, 108:20, 110:1, 110:5, 112:13, 112:16, 112:17, 112:19, 113:22, 115:3, 115:15, 115:17, 116:1, 117:1, 117:2, 117:5, 117:24, 120:25, 121:9, 122:22, 123:15, 124:12, 124:14, 125:4, 126:3, 126:23, 127:6, 127:12, 127:25, 128:2, 130:1, 130:2, 130:9, 130:10, 130:15, 131:21, 132:2, 133:6, 133:20, 133:23, 135:14, 137:6, 137:13, 140:12, 140:22, 141:21, 141:24, 141:25, 142:1, 143:14, 143:25, 145:13, 148:3, 148:5, 149:18, 149:22, 151:4, 153:4, 153:18, 155:18, 156:16, 156:23, 157:9, 158:21, 158:23, 161:20, 162:19, 163:24, 166:2, 167:1, 167:8, 167:17, 168:3, 172:9, 172:16, 173:2, 175:12, 175:13, 175:14, 175:18, 175:20, 176:3, 177:20, 178:19, 179:5, 179:23, 180:17, 181:8, 181:13, 181:16, 181:18, 182:16, 183:24, 184:11, 184:20, 184:22, 185:20, 192:2, 194:5, 194:25, 195:18, 196:6, 196:15, 197:10, 198:23, 200:6, 200:21, 200:23, 200:24, 201:16, 201:24, 204:23, 209:16, 210:2, 210:7, 210:12,

210:24, 218:4, 219:8, 220:2, 220:17, 221:10, 226:3, 226:6, 227:10, 228:8, 230:21, 233:23, 235:18, 236:2, 239:6, 239:13, 239:16, 239:22, 240:2, 240:3, 240:6, 244:4, 244:9, 244:11, 245:16, 246:15, 248:15, 248:16, 248:19, 248:20, 248:21, 249:6, 249:10, 249:22, 250:5, 251:14, 251:19, 253:7, 253:9, 253:12, 253:19, 253:21, 254:12, 254:15, 255:22, 256:1, 256:4, 256:19, 257:4, 264:11, 264:16, 265:7, 265:12, 267:8, 268:22, 269:17, 270:1, 270:2, 270:25, 271:8, 271:22, 272:1, 272:20, 274:8, 274:11, 274:18, 274:19, 279:11, 283:25, 284:20, 284:21, 285:4, 290:4, 290:25, 291:23, 292:10, 292:17, 294:14, 295:5, 296:1, 296:5, 296:18, 296:20, 297:16, 297:19, 298:2, 298:9, 298:15, 299:11, 301:17, 302:12, 304:18, 305:2, 305:8, 305:16, 306:24, 306:25, 311:17, 312:2, 312:8, 312:20, 313:9, 313:15, 313:16, 313:18, 313:21, 314:4, 314:17, 314:19, 314:25, 315:23, 316:3, 316:14, 319:3, 319:7, 319:12, 320:13, 320:22, 321:1, 321:5, 321:15, 322:25, 323:10, 327:24, 332:20, 333:17, 336:8, 337:4, 337:5, 337:12, 337:21, 339:7, 339:9, 339:11, 339:22, 341:4, 341:23, 342:20, 344:4, 344:7

**there's** [14] - 5:21, 28:14, 52:1, 52:4, 139:9, 142:18, 143:16, 167:3, 178:19, 180:18, 200:20, 244:20, 299:11

**therefore** [8] - 68:17, 84:10, 100:18, 142:20, 151:9, 172:16, 197:25, 341:14

**These** [1] - 46:1

**these** [271] - 5:20, 9:20, 10:3, 10:5, 10:15, 10:17, 10:18, 11:1, 11:6, 11:11, 11:21, 12:10, 12:17, 13:9, 13:22, 14:7, 14:10, 14:12, 14:16, 14:23, 15:6, 15:9, 15:10, 23:8, 23:9, 23:11, 24:4, 25:10, 25:14, 25:20, 26:8, 27:21, 28:4, 29:12, 29:15, 30:2, 31:19, 31:22, 32:1, 32:9, 32:23, 33:4, 33:13, 33:14, 34:18, 36:18, 37:9, 40:12, 40:19, 41:4, 41:7, 43:2, 43:11, 43:20, 44:4, 44:11, 44:20, 44:21, 49:18, 49:19, 49:20, 49:22, 50:7, 50:21, 51:8, 51:11, 51:13, 54:10, 54:11, 54:13, 54:18, 55:7, 55:8, 55:10, 55:16, 56:6, 56:8, 58:12, 58:13, 58:15, 58:19, 58:22, 59:1, 59:6, 59:12, 59:16, 59:21, 59:23, 59:25, 60:1, 60:4, 60:25, 67:5, 67:6, 68:1, 68:5, 71:19, 72:15, 72:19, 81:9, 81:20, 85:4, 85:16, 87:13, 87:14, 87:17, 87:19, 89:10, 90:1, 92:11, 92:13, 94:11, 96:10, 99:9, 100:5, 101:6, 101:22, 102:18, 102:22, 103:3, 104:3, 107:7, 107:12, 108:3, 109:8, 109:16, 116:20, 116:22, 119:2, 120:15, 122:5, 122:22, 126:15, 127:10, 130:10, 131:4, 131:8, 131:12,

131:18, 132:14, 133:8, 135:4, 135:12,
144:5, 144:13, 150:18, 154:7, 156:21,
158:21, 162:15, 163:3, 163:6, 175:22,
181:10, 183:9, 183:14, 184:6, 187:9,
193:7, 194:22, 198:6, 198:20, 198:21,
199:6, 199:8, 199:9, 199:15, 199:21,
200:20, 201:11, 202:6, 202:20,
202:22, 203:15, 204:1, 205:4, 206:20,
206:22, 208:21, 208:25, 210:13,
210:24, 211:6, 215:19, 217:8, 218:22,
218:24, 219:3, 227:11, 229:10, 230:4,
230:12, 231:15, 234:2, 236:15,
238:20, 243:18, 245:8, 245:14,
245:15, 246:16, 247:12, 251:11,
253:3, 253:15, 258:8, 258:11, 258:23,
261:21, 262:17, 264:1, 264:2, 264:3,
264:15, 269:5, 270:3, 270:6, 271:10,
272:23, 275:13, 279:21, 280:8, 289:4,
290:12, 292:16, 292:23, 295:9,
295:10, 295:15, 297:8, 301:23,
302:10, 303:1, 309:3, 310:3, 313:15,
313:16, 313:17, 313:18, 314:8, 314:9,
315:5, 315:15, 316:7, 317:19, 317:21,
318:2, 319:8, 319:10, 320:1, 321:17,
323:10, 325:12, 325:21, 330:10,
330:11, 330:13, 330:16, 331:13,
331:15, 331:17, 331:22, 332:1, 337:6

**they** [586] - 6:3, 7:1, 7:3, 7:5, 7:7, 7:9,
7:10, 7:12, 7:14, 7:15, 7:16, 7:18,
7:22, 8:2, 8:4, 8:5, 8:14, 8:17, 8:18,
8:21, 8:22, 8:25, 9:10, 9:23, 10:2,
13:2, 13:6, 14:1, 14:2, 15:17, 15:19,
18:10, 18:15, 19:12, 20:23, 21:2,
21:12, 21:13, 21:25, 23:10, 23:12,
24:6, 26:3, 26:4, 26:5, 27:6, 27:20,
27:21, 28:3, 28:7, 28:11, 28:15, 31:10,
31:12, 31:20, 32:1, 32:4, 33:2, 33:3,
33:9, 33:10, 33:15, 33:17, 33:18,
34:19, 34:23, 34:24, 35:18, 35:19,
36:1, 36:2, 36:5, 36:7, 36:11, 37:4,
37:6, 37:13, 37:14, 37:20, 37:21,
37:23, 38:14, 38:24, 38:25, 39:9,
39:13, 39:14, 39:19, 39:21, 39:22,
40:4, 42:10, 42:11, 42:14, 43:7, 44:11,
45:2, 45:3, 47:5, 47:6, 49:16, 49:23,
50:3, 50:9, 50:24, 50:25, 54:5, 54:14,
54:15, 54:16, 55:14, 55:22, 57:5,
58:14, 59:6, 59:8, 62:6, 65:7, 65:16,
66:1, 66:2, 66:10, 66:12, 67:1, 67:12,
68:9, 68:10, 68:11, 68:16, 68:18,
68:21, 69:7, 69:15, 69:21, 71:1, 71:2,
73:6, 73:8, 73:10, 73:11, 73:17, 73:18,
73:19, 73:20, 73:21, 73:22, 74:4,
74:18, 74:21, 74:22, 75:10, 75:14,
76:1, 76:6, 76:15, 77:1, 77:17, 78:8,
81:7, 81:8, 81:9, 84:1, 84:2, 84:8,
85:1, 85:15, 87:9, 87:13, 88:10, 89:14,
89:15, 90:6, 90:7, 90:12, 90:23, 90:24,
90:25, 91:1, 92:5, 92:23, 92:24, 92:25,
93:5, 93:11, 93:13, 93:16, 94:16,
94:17, 97:13, 97:22, 98:8, 98:24, 99:6,

99:8, 99:10, 99:24, 100:1, 101:16,
101:19, 102:14, 102:15, 102:19,
102:25, 104:22, 104:23, 105:1, 105:7,
105:21, 107:11, 108:2, 108:8, 108:12,
108:17, 109:7, 109:9, 109:10, 109:14,
110:21, 111:14, 111:15, 112:24,
112:25, 113:8, 113:17, 113:24, 114:3,
114:4, 114:9, 115:3, 116:7, 116:11,
116:19, 117:9, 120:3, 120:4, 120:22,
120:23, 121:23, 123:6, 123:7, 123:19,
124:5, 124:25, 125:1, 126:4, 126:5,
126:9, 126:11, 127:4, 127:5, 127:11,
127:13, 127:14, 127:17, 128:1, 128:6,
128:10, 128:24, 132:22, 134:21,
137:12, 137:14, 137:16, 137:21,
137:22, 138:8, 138:9, 138:14, 139:3,
140:22, 141:4, 141:7, 141:24, 141:25,
142:3, 142:5, 143:5, 143:8, 143:23,
144:12, 144:14, 147:6, 151:2, 153:13,
153:22, 153:23, 154:8, 155:16,
155:25, 156:22, 160:25, 161:1, 161:2,
161:6, 161:7, 163:22, 164:17, 165:5,
166:2, 166:23, 166:24, 167:9, 167:12,
170:17, 172:17, 173:17, 173:19,
173:23, 174:2, 174:4, 174:9, 174:10,
174:13, 174:24, 175:9, 175:22,
177:20, 178:17, 179:14, 180:15,
180:16, 180:21, 181:16, 183:8,
183:13, 184:14, 185:22, 188:5,
189:16, 189:19, 189:25, 190:12,
196:18, 196:19, 196:23, 196:24,
196:25, 198:17, 204:22, 210:17,
213:6, 213:19, 214:11, 216:12,
217:25, 219:18, 220:4, 220:5, 220:7,
220:8, 220:9, 220:10, 220:21, 221:4,
221:19, 221:22, 222:3, 226:5, 228:6,
230:14, 231:5, 231:10, 232:18,
233:14, 234:20, 234:25, 235:21,
235:24, 236:12, 236:18, 236:19,
236:23, 237:12, 237:15, 237:16,
238:8, 238:13, 240:1, 240:16, 242:17,
243:9, 243:20, 243:21, 244:23,
244:25, 245:4, 245:5, 245:10, 245:12,
245:14, 247:10, 247:11, 249:15,
249:25, 250:1, 250:3, 250:4, 250:21,
251:6, 251:8, 252:2, 252:17, 253:15,
258:13, 258:14, 260:4, 260:6, 260:7,
260:8, 260:15, 260:19, 262:12,
262:17, 263:15, 263:17, 263:18,
265:1, 265:17, 266:6, 266:9, 267:24,
268:10, 271:9, 271:11, 272:14, 273:6,
273:13, 273:16, 273:18, 273:23,
275:22, 275:23, 276:5, 276:23, 277:5,
277:11, 277:18, 277:19, 277:25,
278:21, 279:7, 281:21, 282:11,
282:12, 282:16, 282:17, 283:5,
283:11, 283:18, 284:12, 285:23,
286:9, 286:10, 286:11, 286:14,
288:15, 288:16, 288:17, 288:20,
289:19, 289:21, 290:8, 290:11, 293:1,
305:6, 306:13, 306:14, 307:17,

307:19, 308:1, 308:2, 310:8, 311:9,
311:19, 311:20, 311:23, 312:2, 312:4,
312:7, 313:18, 313:21, 313:24,
316:13, 316:22, 316:23, 317:1, 317:2,
317:3, 318:11, 319:5, 319:22, 320:2,
323:18, 324:9, 324:13, 324:18,
324:25, 326:2, 326:4, 326:5, 326:21,
327:16, 327:17, 327:19, 327:20,
328:1, 328:9, 328:12, 328:15, 328:16,
328:19, 329:5, 329:6, 329:13, 329:16,
329:19, 331:10, 331:14, 331:16,
331:21, 332:12, 333:21, 335:16,
335:17, 335:18, 338:24, 339:14,
340:3, 340:20, 342:13, 343:15, 343:17

**they're** [51] - 6:6, 28:25, 34:13, 35:10,
35:25, 40:17, 52:23, 70:13, 76:16,
78:1, 90:22, 93:11, 102:10, 108:7,
111:24, 123:19, 125:24, 128:22,
128:23, 129:6, 129:8, 130:11, 137:11,
139:4, 145:22, 151:9, 167:21, 175:4,
175:16, 179:14, 179:16, 181:3, 183:7,
183:12, 219:11, 219:21, 221:7,
228:23, 236:23, 258:12, 263:17,
267:3, 267:19, 282:16, 290:11, 303:3,
303:5, 303:7, 308:14, 318:23, 330:2

**they've** [2] - 287:18, 344:8

**thing** [49] - 52:23, 74:24, 74:25, 85:23,
89:13, 89:14, 89:15, 91:12, 93:1,
93:19, 97:18, 99:15, 102:13, 106:8,
115:2, 120:25, 135:23, 145:8, 148:23,
157:15, 164:10, 175:3, 231:4, 231:21,
236:18, 240:14, 241:5, 242:20,
243:18, 244:3, 245:7, 245:18, 247:4,
247:5, 255:18, 257:19, 258:1, 258:7,
268:21, 273:3, 281:5, 289:21, 290:23,
303:15, 333:15, 340:12, 340:14,
341:23, 344:6

**things** [60] - 15:10, 21:7, 28:4, 28:18,
39:4, 61:19, 62:5, 63:23, 64:10, 65:15,
74:9, 82:11, 85:16, 97:3, 100:5,
101:24, 114:4, 119:2, 121:9, 124:23,
124:25, 126:15, 130:23, 136:13,
137:5, 141:19, 144:12, 159:24, 166:2,
167:15, 167:18, 180:3, 184:10,
184:25, 185:16, 192:11, 199:3,
226:20, 242:6, 244:10, 244:11,
250:23, 251:6, 251:18, 253:15,
254:16, 258:8, 265:8, 269:4, 269:7,
270:17, 272:23, 287:8, 297:8, 321:19,
330:20, 332:4, 334:11, 334:15

**think** [267] - 12:8, 22:22, 25:5, 27:15,
27:18, 27:20, 27:22, 36:17, 38:6,
38:15, 38:21, 40:1, 41:17, 41:25, 45:5,
45:8, 45:12, 45:14, 45:18, 45:22, 48:5,
48:11, 48:23, 49:1, 50:19, 51:21,
52:10, 52:14, 53:6, 53:16, 54:8, 54:12,
54:14, 54:15, 55:21, 55:22, 56:25,
57:6, 57:11, 61:8, 64:15, 66:7, 67:2,
67:19, 68:1, 68:18, 71:17, 77:15,
78:22, 79:13, 79:17, 83:23, 84:24,

88:12, 89:10, 89:14, 89:15, 90:12,
90:20, 90:24, 91:1, 91:8, 92:12, 94:9,
95:2, 95:16, 96:8, 97:5, 97:6, 97:22,
98:4, 98:6, 98:9, 98:12, 98:20, 99:17,
99:20, 103:25, 104:20, 105:24, 106:1,
107:1, 108:16, 113:21, 113:22,
119:24, 120:6, 120:8, 120:10, 120:14,
121:5, 122:14, 126:4, 126:18, 129:16,
131:24, 132:12, 134:21, 137:3,
137:19, 138:7, 138:22, 138:23,
138:25, 139:1, 139:3, 140:14, 142:16,
143:18, 144:21, 148:17, 148:25,
149:2, 149:13, 149:19, 155:14,
159:17, 164:3, 166:9, 166:12, 166:16,
167:21, 170:14, 171:13, 171:17,
172:1, 172:18, 173:17, 173:19,
173:20, 175:1, 176:20, 177:3, 178:7,
178:13, 178:19, 178:23, 178:24,
179:23, 180:24, 180:25, 181:7,
181:11, 181:23, 181:25, 182:14,
183:5, 183:9, 183:11, 183:20, 183:23,
184:3, 184:14, 185:2, 185:5, 185:17,
187:4, 187:8, 187:14, 189:23, 194:22,
196:8, 196:11, 198:2, 198:4, 198:6,
198:19, 199:3, 199:17, 199:22, 200:3,
201:19, 201:21, 213:9, 216:5, 226:12,
226:13, 229:17, 236:1, 236:5, 236:17,
239:8, 240:11, 243:2, 243:8, 249:6,
250:5, 252:4, 252:7, 252:13, 253:18,
255:3, 255:15, 256:11, 257:14, 258:6,
259:12, 260:3, 260:10, 263:22,
266:15, 267:16, 269:25, 270:8,
271:17, 271:18, 271:19, 272:7,
272:14, 278:7, 280:16, 282:24,
283:18, 283:19, 283:25, 284:12,
290:17, 295:24, 297:3, 297:21, 298:5,
299:3, 299:21, 300:9, 301:3, 302:10,
302:25, 303:3, 303:5, 303:15, 303:21,
304:1, 304:2, 305:7, 305:20, 306:16,
307:1, 307:17, 308:7, 308:8, 308:17,
313:1, 313:6, 317:1, 320:8, 320:19,
325:2, 325:4, 325:19, 326:6, 326:16,
326:22, 326:24, 327:8, 327:15, 329:4,
329:21, 329:24, 330:2, 334:2, 335:10,
337:3, 337:11, 340:14, 341:23, 341:25
**thinking** [2] - 306:3, 308:15
**thinks** [5] - 8:10, 90:9, 143:20, 169:21,
323:12
**third** [8] - 36:15, 150:18, 245:13,
246:16, 247:11, 258:9, 259:1, 261:14
**third-party** [1] - 259:1
**This** [1] - 218:6
**this** [573] - 5:12, 5:13, 6:14, 7:8, 8:7,
11:4, 11:5, 11:9, 12:25, 14:25, 15:1,
15:3, 16:4, 17:3, 17:4, 17:6, 18:1,
19:2, 19:9, 20:17, 21:18, 21:20, 21:21,
22:12, 22:15, 22:17, 22:19, 23:2,
24:12, 24:19, 24:20, 25:6, 26:4, 27:12,
27:16, 27:24, 27:25, 29:24, 31:12,
31:24, 34:8, 35:22, 36:17, 37:2, 38:10,

38:14, 38:21, 38:22, 41:17, 43:1, 43:5,
43:8, 43:9, 43:17, 44:15, 45:24, 45:25,
46:6, 47:23, 48:2, 48:5, 48:25, 49:8,
49:10, 51:8, 51:21, 53:23, 54:2, 54:6,
54:24, 55:2, 56:5, 57:22, 57:23, 59:10,
61:16, 62:1, 62:20, 62:25, 65:6, 65:24,
65:25, 66:24, 67:11, 69:23, 70:23,
70:25, 71:10, 71:21, 72:10, 73:17,
75:7, 77:16, 80:4, 80:15, 81:1, 81:13,
81:14, 81:15, 81:21, 81:25, 82:5,
82:13, 82:21, 82:22, 83:6, 83:17,
83:22, 84:5, 84:7, 84:19, 85:17, 86:2,
86:5, 86:7, 86:15, 86:19, 86:20, 86:22,
87:5, 87:6, 87:14, 87:15, 87:20, 87:22,
87:25, 89:1, 89:22, 90:12, 90:16,
90:20, 90:22, 91:8, 91:23, 92:2, 92:7,
92:25, 94:10, 95:21, 96:24, 97:4,
98:12, 99:8, 99:22, 100:2, 100:11,
101:5, 101:7, 101:11, 102:2, 102:21,
103:15, 103:19, 104:3, 104:7, 104:10,
105:18, 108:3, 108:17, 109:4, 110:9,
110:12, 110:20, 111:23, 111:24,
112:6, 112:10, 113:15, 115:1, 115:19,
115:23, 115:24, 116:16, 117:9,
117:17, 118:7, 118:10, 118:21,
118:22, 119:5, 119:16, 120:22,
120:24, 121:10, 121:24, 122:1,
122:12, 122:15, 123:7, 123:13, 124:7,
124:12, 125:3, 125:11, 125:13,
125:25, 126:3, 126:5, 126:19, 126:20,
126:22, 126:25, 127:2, 127:3, 127:9,
127:18, 128:24, 129:7, 129:8, 129:23,
130:11, 130:12, 130:18, 130:19,
130:24, 131:10, 131:12, 131:21,
131:24, 131:25, 132:1, 133:7, 133:16,
133:23, 134:12, 134:20, 135:8,
135:14, 135:22, 136:5, 138:8, 139:7,
140:4, 140:7, 140:9, 140:14, 140:19,
140:20, 141:8, 142:5, 142:19, 143:25,
144:2, 144:4, 144:11, 145:1, 146:20,
147:7, 147:10, 148:15, 151:6, 151:10,
151:24, 152:4, 152:11, 152:18, 153:1,
153:13, 153:18, 154:2, 154:12, 156:3,
156:11, 156:17, 157:2, 157:7, 157:8,
157:14, 157:17, 158:1, 158:15,
158:25, 159:14, 160:7, 160:23,
161:11, 162:24, 162:25, 163:10,
163:13, 164:4, 164:6, 164:10, 164:12,
164:21, 165:11, 169:2, 172:11,
172:20, 173:10, 174:17, 175:1,
175:20, 177:10, 177:24, 179:2, 179:3,
179:6, 179:12, 181:21, 181:22, 182:1,
184:1, 184:11, 185:24, 186:7, 187:1,
187:2, 187:10, 188:3, 188:8, 188:11,
188:18, 189:2, 190:10, 190:15,
190:16, 191:11, 191:18, 193:3,
193:20, 193:22, 194:10, 194:14,
196:7, 196:16, 196:17, 200:25,
201:19, 201:20, 201:21, 202:13,
202:20, 205:22, 206:20, 208:14,
209:15, 210:2, 212:21, 212:25,

213:12, 213:25, 214:2, 214:7, 214:13,
214:19, 215:1, 216:5, 216:8, 216:18,
218:3, 218:9, 222:9, 222:17, 222:24,
223:11, 223:21, 223:22, 224:3, 227:1,
227:5, 227:14, 227:17, 228:1, 228:7,
228:9, 228:11, 229:1, 231:6, 231:16,
231:25, 232:3, 232:22, 233:5, 233:22,
234:3, 234:9, 234:14, 234:18, 234:19,
236:24, 237:5, 237:8, 237:9, 237:10,
238:24, 240:5, 240:9, 241:2, 243:5,
243:6, 243:19, 243:20, 243:23, 245:6,
245:18, 247:10, 247:22, 248:6,
248:11, 248:24, 248:25, 249:4,
250:10, 250:16, 251:7, 251:15,
251:19, 251:22, 252:9, 252:10,
252:11, 253:5, 253:13, 254:20, 255:2,
255:17, 256:12, 257:10, 257:11,
257:23, 257:25, 258:2, 258:17,
258:20, 259:12, 259:14, 259:19,
260:17, 261:9, 261:12, 263:7, 264:6,
265:9, 265:16, 266:3, 266:14, 267:12,
268:11, 269:4, 269:13, 270:2, 270:4,
270:5, 270:18, 271:11, 271:12,
271:23, 272:1, 272:2, 272:9, 272:17,
273:17, 274:1, 274:5, 275:2, 276:4,
276:15, 276:16, 276:23, 276:25,
277:8, 277:10, 279:17, 280:11,
280:16, 280:23, 281:3, 283:1, 283:11,
283:12, 284:17, 286:8, 288:16, 290:7,
290:17, 290:23, 291:9, 291:13,
291:19, 292:8, 292:14, 293:3, 293:10,
293:21, 295:2, 295:8, 295:13, 296:13,
297:6, 297:11, 298:22, 299:1, 301:3,
301:14, 302:7, 302:20, 302:25,
303:10, 303:11, 305:8, 305:9, 305:15,
306:13, 308:15, 309:18, 310:15,
310:19, 310:20, 311:5, 311:18,
312:16, 313:4, 313:11, 313:14, 314:9,
315:21, 318:4, 319:16, 319:20,
319:25, 320:6, 321:13, 321:14,
321:17, 322:1, 322:2, 323:1, 323:12,
323:15, 325:2, 325:9, 326:4, 326:7,
326:19, 329:9, 330:16, 330:19, 331:5,
331:10, 333:20, 335:20, 335:24,
335:25, 336:18, 336:20, 336:23,
337:1, 337:2, 337:25, 338:5, 339:12,
339:14, 339:25, 341:8, 342:24
**thorny** [1] - 96:12
**those** [226] - 6:7, 10:8, 11:19, 11:20,
12:20, 13:7, 13:16, 14:6, 15:7, 15:8,
15:22, 15:23, 16:3, 16:14, 16:16, 17:5,
17:19, 17:20, 17:22, 18:11, 20:16,
20:21, 20:22, 20:23, 21:1, 21:4, 22:20,
25:16, 25:24, 26:13, 26:14, 27:1, 27:4,
27:7, 29:5, 32:10, 32:13, 32:25, 34:10,
35:11, 35:23, 36:12, 36:14, 39:1, 39:4,
39:23, 40:19, 46:13, 48:16, 50:23,
53:10, 53:14, 53:15, 55:20, 58:8,
58:16, 59:1, 64:20, 67:17, 67:19, 68:3,
69:4, 69:22, 71:3, 74:4, 75:5, 75:20,
76:18, 76:22, 77:9, 77:10, 77:12,

77:23, 78:9, 81:11, 82:11, 88:12, 88:13, 88:22, 89:13, 91:25, 97:3, 101:12, 101:24, 103:4, 105:11, 105:19, 105:22, 108:13, 124:10, 127:15, 132:4, 134:25, 138:1, 138:5, 141:18, 142:13, 143:7, 143:8, 143:14, 152:21, 153:20, 159:23, 161:24, 167:15, 167:17, 167:19, 168:10, 168:12, 170:4, 175:11, 176:9, 177:18, 178:1, 179:20, 180:3, 180:12, 180:23, 181:2, 183:1, 188:16, 193:17, 197:17, 199:1, 199:3, 199:12, 199:14, 200:7, 200:9, 200:10, 200:15, 200:21, 210:13, 210:14, 213:10, 215:24, 235:19, 238:6, 244:1, 244:7, 245:9, 245:15, 245:19, 246:4, 246:13, 246:20, 247:24, 248:2, 248:23, 253:11, 254:24, 256:10, 257:4, 258:4, 258:16, 258:17, 258:23, 259:18, 260:25, 264:13, 265:7, 266:15, 268:17, 269:7, 269:10, 270:4, 274:15, 275:1, 275:16, 276:6, 277:14, 277:15, 277:23, 278:2, 278:8, 278:14, 278:19, 278:20, 279:20, 281:16, 282:25, 283:16, 285:25, 287:8, 287:11, 289:10, 289:12, 289:18, 290:19, 296:23, 297:5, 298:13, 298:15, 303:5, 303:12, 306:19, 306:20, 307:23, 310:8, 311:23, 315:22, 316:1, 316:2, 316:5, 316:6, 316:9, 316:22, 317:9, 317:20, 320:17, 323:7, 323:24, 324:23, 325:8, 325:25, 330:6, 330:14, 331:16, 331:18, 332:6, 333:11, 334:14, 341:14, 344:10

**though** [11] - 94:25, 117:12, 155:18, 190:19, 227:10, 259:21, 265:4, 281:22, 292:15, 325:19, 327:15

**thought** [20] - 7:20, 24:22, 34:16, 34:22, 36:25, 62:22, 63:4, 98:24, 99:6, 112:22, 113:14, 136:19, 169:14, 173:7, 176:23, 283:9, 283:15, 288:5, 311:4, 317:5

**thoughtful** [2] - 43:14, 232:20

**thoughts** [3] - 142:12, 178:10, 259:10

**thousands** [4] - 18:5, 227:23, 235:4, 283:24

**threat** [3] - 167:17, 316:16, 342:7

**threatened** [2] - 135:3, 257:10

**threatening** [1] - 203:6

**three** [20] - 75:17, 76:14, 78:9, 82:17, 82:19, 92:12, 97:22, 148:1, 153:21, 158:21, 172:13, 175:11, 194:12, 211:9, 228:19, 237:16, 237:20, 238:2, 238:4

**three-hour** [1] - 172:13

**three-prong** [1] - 82:17

**three-year** [1] - 238:4

**threshold** [4] - 121:13, 121:20, 121:24, 155:20

**thrive** [1] - 223:8

**through** [109] - 7:10, 10:17, 13:11, 13:13, 14:12, 15:9, 18:14, 18:15, 19:1, 19:25, 22:2, 22:5, 23:11, 31:23, 32:2, 35:7, 35:8, 35:9, 39:21, 45:7, 46:4, 46:15, 49:22, 55:23, 58:15, 82:21, 85:11, 91:19, 92:1, 92:14, 96:8, 110:14, 115:18, 120:15, 124:8, 130:1, 130:2, 132:6, 144:17, 150:9, 150:14, 152:13, 153:19, 154:7, 157:6, 157:14, 157:25, 158:21, 158:23, 162:24, 163:22, 166:3, 167:9, 177:14, 181:13, 181:14, 182:12, 187:8, 191:13, 192:19, 194:12, 194:14, 200:10, 201:5, 203:10, 207:2, 208:5, 209:22, 212:14, 214:9, 214:16, 214:21, 214:22, 222:21, 227:18, 229:22, 230:2, 230:4, 233:25, 239:3, 245:12, 247:11, 248:6, 248:17, 249:23, 250:1, 250:4, 250:8, 257:25, 259:7, 263:11, 264:14, 265:15, 268:2, 273:7, 278:22, 282:3, 305:6, 305:9, 312:12, 315:20, 323:5, 327:11, 329:21, 330:10

**Throughout** [2] - 322:4, 322:5

**throughout** [3] - 77:21, 80:15, 230:20

**throw** [2] - 185:4, 313:16

**thus** [2] - 86:3, 331:19

**tie** [3] - 187:1, 202:4

**tied** [5] - 158:2, 162:2, 244:1, 255:8, 274:6

**ties** [1] - 257:15

**Tigers** [1] - 231:2

**time** [96] - 6:2, 12:20, 13:10, 15:17, 17:14, 20:24, 22:11, 22:19, 32:19, 34:12, 37:11, 38:3, 39:3, 39:10, 40:16, 43:4, 43:8, 53:17, 56:1, 56:10, 58:23, 59:13, 61:8, 61:19, 61:21, 63:19, 63:24, 64:1, 69:11, 73:18, 75:7, 81:16, 81:18, 81:20, 83:22, 84:11, 102:20, 103:12, 108:23, 122:20, 124:21, 134:4, 134:9, 134:10, 136:2, 136:5, 137:21, 138:2, 147:12, 156:1, 158:15, 165:5, 175:20, 185:12, 191:19, 213:14, 224:3, 224:4, 224:16, 230:1, 233:23, 237:12, 237:17, 238:25, 241:14, 241:18, 247:25, 249:20, 253:1, 254:21, 255:17, 257:7, 259:22, 260:5, 260:8, 260:14, 260:16, 260:19, 263:6, 263:8, 265:13, 265:15, 265:22, 266:18, 271:5, 275:7, 287:17, 289:1, 293:14, 301:8, 314:21, 316:3, 319:25, 334:3, 342:19

**times** [8] - 12:5, 20:15, 20:18, 24:18, 28:16, 56:16, 96:24, 241:23

**timing** [1] - 255:16

**TIPTON** [1] - 1:14

**tissue** [1] - 16:8

**titled** [1] - 334:11

**to** [2133] - 5:11, 5:12, 5:13, 5:15, 5:23, 5:25, 6:2, 6:3, 6:9, 6:15, 6:18, 6:23, 6:24, 7:1, 7:7, 7:10, 7:12, 7:23, 7:25,

8:2, 8:5, 8:6, 8:10, 8:11, 8:19, 8:21, 8:22, 9:6, 9:10, 9:11, 9:21, 9:25, 10:3, 10:23, 10:25, 11:2, 11:10, 11:13, 11:18, 11:21, 11:24, 11:25, 12:4, 12:12, 12:19, 12:21, 12:22, 13:2, 13:12, 13:14, 13:15, 14:2, 14:3, 14:6, 14:13, 14:19, 14:22, 15:7, 15:12, 15:14, 15:17, 16:7, 16:8, 16:12, 16:16, 16:22, 17:2, 17:3, 17:4, 17:12, 17:19, 17:21, 17:23, 18:1, 18:2, 18:3, 18:5, 18:10, 18:14, 18:21, 19:5, 19:9, 19:14, 19:21, 19:22, 19:23, 20:2, 20:3, 20:4, 20:5, 20:6, 20:7, 20:10, 20:12, 21:15, 21:22, 22:4, 22:7, 22:11, 22:19, 22:20, 22:23, 23:3, 23:4, 23:5, 23:14, 23:18, 23:21, 23:22, 23:23, 23:25, 24:15, 24:18, 24:19, 24:23, 25:1, 25:9, 25:15, 25:19, 25:21, 25:23, 26:15, 26:16, 27:12, 27:13, 27:17, 27:19, 27:25, 28:1, 28:4, 28:6, 28:9, 28:10, 28:12, 28:17, 28:19, 28:23, 29:2, 29:8, 29:10, 29:12, 29:15, 29:18, 29:20, 29:21, 29:22, 29:23, 29:25, 30:7, 31:15, 31:21, 31:24, 31:25, 32:3, 32:4, 32:9, 32:12, 32:15, 32:23, 32:25, 33:1, 33:3, 33:4, 33:5, 33:8, 33:16, 33:21, 33:24, 33:25, 34:3, 34:5, 34:7, 34:11, 34:13, 34:15, 34:16, 34:19, 34:23, 34:24, 35:5, 35:6, 35:11, 35:14, 35:16, 35:17, 35:20, 35:25, 36:3, 36:6, 36:8, 36:12, 36:13, 36:14, 36:17, 36:20, 36:23, 37:1, 37:5, 37:8, 37:9, 37:12, 37:14, 37:16, 37:23, 38:5, 38:7, 38:9, 38:11, 38:12, 38:18, 39:1, 39:8, 39:9, 39:10, 39:16, 39:19, 40:8, 40:13, 40:16, 40:17, 40:24, 41:1, 41:2, 41:3, 41:5, 41:8, 41:10, 41:15, 41:17, 41:25, 42:1, 42:4, 42:7, 42:8, 42:9, 42:11, 42:13, 42:14, 42:19, 42:22, 42:23, 43:3, 43:4, 43:5, 43:12, 43:14, 43:16, 43:18, 43:24, 44:1, 44:2, 44:5, 44:9, 45:1, 45:6, 45:10, 45:20, 45:24, 46:3, 46:4, 46:6, 46:9, 46:13, 46:14, 46:15, 46:16, 46:18, 46:20, 47:3, 47:6, 47:9, 47:13, 48:2, 48:6, 48:15, 48:18, 49:4, 49:9, 49:10, 49:13, 49:17, 49:18, 49:22, 49:25, 50:4, 50:7, 50:8, 50:12, 50:13, 50:14, 50:21, 50:25, 51:4, 51:5, 51:6, 51:10, 51:12, 51:17, 51:20, 52:1, 52:7, 52:8, 52:14, 52:19, 53:17, 53:18, 53:24, 54:2, 54:3, 54:5, 54:11, 54:14, 54:22, 54:23, 55:1, 55:3, 55:12, 55:16, 55:17, 55:19, 55:20, 55:24, 55:25, 56:4, 56:6, 56:9, 56:17, 57:19, 57:20, 58:2, 58:4, 58:7, 58:10, 58:14, 58:15, 58:16, 58:17, 58:21, 58:23, 58:24, 58:25, 59:3, 59:19, 59:22, 60:2, 60:3, 60:9, 60:15, 60:21, 60:24, 61:3, 61:10, 61:19, 61:25, 62:6, 62:7, 62:10, 62:13, 62:16, 62:17, 63:5, 63:6, 63:13, 63:15, 63:18, 64:1, 64:5, 64:7, 64:9, 64:11,

64:13, 64:17, 64:22, 65:5, 65:8, 65:11,
65:13, 65:15, 65:21, 65:22, 66:1, 66:3,
66:4, 66:15, 66:16, 66:23, 66:25, 67:6,
67:18, 67:22, 68:6, 68:7, 68:10, 68:11,
68:12, 68:17, 68:18, 68:22, 68:24,
69:4, 69:5, 69:7, 69:9, 69:13, 69:14,
69:16, 69:18, 69:23, 69:24, 70:5, 70:6,
70:15, 70:19, 70:20, 71:2, 71:3, 71:6,
71:8, 71:9, 71:11, 71:15, 71:19, 71:21,
72:4, 72:9, 72:10, 72:20, 72:24, 73:1,
73:2, 73:6, 73:11, 73:16, 73:18, 73:20,
74:4, 74:8, 74:20, 74:23, 75:2, 75:4,
75:9, 75:14, 75:15, 75:19, 75:20,
75:24, 76:1, 76:10, 76:11, 76:23, 77:1,
77:12, 77:13, 78:1, 78:4, 78:9, 78:10,
78:21, 78:25, 79:1, 79:3, 79:6, 79:7,
79:12, 79:13, 80:3, 80:4, 80:7, 80:10,
80:12, 80:18, 80:20, 80:21, 81:1, 81:4,
81:8, 81:10, 81:12, 81:13, 81:18,
81:20, 81:23, 82:5, 82:6, 82:7, 82:8,
82:9, 82:11, 82:12, 82:14, 82:18,
82:21, 82:24, 83:6, 83:9, 83:11, 83:13,
83:14, 83:17, 83:21, 83:24, 84:3, 84:4,
84:5, 84:17, 84:18, 84:24, 85:5, 85:14,
85:16, 85:20, 85:22, 85:24, 85:25,
86:1, 86:2, 86:4, 86:5, 86:7, 86:11,
86:17, 86:23, 86:25, 87:17, 87:25,
88:3, 88:11, 88:13, 88:20, 89:4, 89:5,
89:8, 89:9, 89:17, 89:18, 89:20, 89:23,
89:24, 90:16, 90:17, 90:21, 90:22,
90:23, 91:6, 91:7, 91:20, 92:1, 92:13,
92:15, 92:17, 92:21, 92:23, 93:2, 93:5,
93:7, 93:16, 93:20, 93:21, 94:11,
94:15, 94:23, 95:8, 95:9, 95:20, 95:23,
96:2, 96:4, 96:6, 96:7, 96:16, 96:23,
97:6, 97:7, 97:19, 97:20, 98:1, 98:11,
98:17, 98:20, 98:24, 99:2, 100:4,
100:9, 100:12, 100:17, 101:5, 101:8,
101:11, 101:25, 102:1, 102:6, 102:7,
102:11, 102:13, 102:17, 102:19,
102:23, 103:1, 103:6, 103:10, 103:12,
103:15, 103:19, 103:20, 103:21,
103:22, 104:1, 104:2, 104:9, 104:11,
104:14, 104:15, 104:20, 105:2, 105:7,
106:3, 106:6, 106:8, 106:11, 106:20,
106:24, 107:3, 107:13, 107:15,
107:20, 108:3, 108:4, 108:7, 108:10,
108:12, 108:13, 108:15, 108:16,
108:18, 108:25, 109:4, 109:8, 109:15,
109:16, 109:17, 110:2, 110:10,
110:12, 110:16, 110:17, 110:19,
110:21, 110:22, 110:23, 110:25,
111:3, 111:5, 111:9, 111:13, 111:17,
111:18, 112:4, 112:5, 112:13, 112:15,
112:17, 112:19, 112:23, 112:24,
113:6, 113:13, 113:25, 114:7, 114:8,
114:17, 114:19, 114:21, 114:24,
115:3, 115:4, 115:6, 115:7, 115:14,
115:17, 115:18, 115:25, 116:5, 116:6,
116:10, 116:14, 116:17, 116:18,
116:22, 116:23, 117:7, 117:11,

117:20, 117:23, 118:18, 118:24,
118:25, 119:16, 119:19, 119:23,
120:4, 120:16, 120:22, 120:25, 121:2,
121:13, 121:14, 121:17, 121:21,
122:3, 122:4, 122:5, 122:6, 122:8,
122:9, 122:15, 122:17, 123:2, 123:8,
123:16, 123:20, 123:22, 123:25,
124:4, 124:5, 124:6, 124:9, 124:15,
124:16, 124:19, 124:22, 124:23,
124:25, 125:1, 125:3, 125:7, 125:12,
125:22, 126:1, 126:6, 126:9, 126:12,
126:13, 126:14, 126:17, 126:23,
126:25, 127:2, 127:3, 127:15, 127:23,
128:1, 128:6, 128:8, 128:10, 128:11,
128:20, 128:25, 129:10, 129:12,
129:13, 129:23, 130:19, 130:23,
131:5, 131:8, 131:22, 131:25, 132:2,
132:3, 132:11, 132:20, 133:4, 133:5,
133:15, 133:20, 133:21, 134:1, 134:2,
134:3, 134:6, 134:11, 134:12, 134:13,
134:20, 134:21, 135:5, 135:8, 135:13,
135:20, 135:21, 135:24, 136:1,
136:11, 136:13, 136:14, 136:19,
136:22, 136:23, 137:5, 137:6, 137:12,
137:16, 137:20, 137:21, 137:25,
138:7, 138:8, 138:9, 138:15, 138:23,
139:5, 139:9, 139:15, 139:16, 139:18,
139:20, 140:2, 140:3, 140:5, 140:9,
140:11, 140:13, 140:20, 140:21,
141:1, 141:3, 141:5, 141:8, 141:13,
141:14, 141:23, 142:2, 142:10,
142:13, 142:19, 142:20, 142:23,
143:6, 143:8, 143:14, 143:16, 143:19,
143:21, 144:11, 144:21, 144:22,
144:23, 145:1, 145:6, 145:7, 145:11,
145:14, 145:16, 145:17, 145:19,
145:21, 145:25, 146:2, 146:3, 146:7,
146:9, 146:11, 146:19, 146:22,
146:23, 147:7, 147:10, 147:14,
147:20, 147:21, 148:2, 148:9, 148:13,
148:14, 148:19, 148:20, 148:24,
148:25, 149:3, 149:5, 149:7, 149:8,
149:10, 149:11, 149:12, 149:16,
149:20, 149:21, 149:23, 149:24,
150:4, 150:5, 150:8, 150:10, 150:13,
150:24, 151:2, 151:15, 151:17,
151:21, 151:22, 151:23, 152:1, 152:5,
152:7, 152:12, 152:13, 152:14,
152:18, 152:22, 152:25, 153:1, 153:2,
153:3, 153:7, 153:8, 153:15, 153:19,
153:21, 154:7, 154:8, 154:18, 154:19,
154:25, 155:3, 155:6, 155:7, 155:11,
155:15, 155:18, 155:23, 155:24,
155:25, 156:9, 157:8, 157:13, 157:15,
157:19, 157:20, 157:23, 158:2, 158:4,
158:17, 158:23, 158:24, 159:5,
159:13, 159:14, 159:22, 160:4,
160:11, 160:12, 160:13, 160:15,
160:16, 160:17, 160:19, 160:24,
161:18, 161:23, 162:2, 162:5, 162:12,
162:14, 162:16, 162:20, 162:22,

163:11, 163:12, 163:23, 163:25,
164:1, 164:4, 164:5, 164:6, 164:9,
164:10, 164:13, 164:16, 164:17,
165:4, 165:6, 165:8, 165:9, 165:21,
165:23, 165:24, 166:1, 166:3, 166:4,
166:5, 166:8, 166:10, 166:13, 166:19,
166:23, 166:24, 167:2, 167:9, 168:3,
168:13, 168:21, 168:22, 168:25,
169:4, 169:6, 169:8, 169:12, 169:20,
170:9, 170:11, 170:12, 170:15,
170:23, 170:25, 171:14, 171:17,
172:9, 172:10, 172:15, 172:19,
172:22, 172:25, 173:2, 173:5, 173:9,
173:13, 173:16, 173:23, 174:4, 174:9,
174:21, 175:24, 175:25, 176:1, 176:4,
176:7, 177:25, 178:7, 178:13, 178:21,
178:22, 178:24, 179:11, 179:15,
179:21, 179:22, 180:6, 180:14,
180:15, 180:16, 181:7, 181:12,
181:17, 181:20, 181:25, 182:4, 182:7,
182:9, 182:12, 182:13, 182:23,
182:24, 183:1, 183:3, 183:5, 183:7,
183:9, 183:23, 183:25, 184:2, 184:4,
184:6, 184:15, 184:19, 184:25, 185:5,
185:6, 185:7, 185:13, 185:14, 185:19,
185:25, 186:16, 186:19, 186:22,
186:24, 187:1, 187:2, 187:3, 187:6,
187:10, 187:11, 187:14, 187:18,
187:24, 188:8, 188:15, 188:18,
188:23, 189:2, 189:12, 189:14,
189:18, 189:22, 190:2, 190:8, 190:12,
190:17, 190:25, 191:4, 191:7, 191:8,
191:11, 191:14, 191:23, 191:24,
192:4, 192:18, 192:24, 193:3, 193:5,
193:6, 193:19, 193:20, 194:5, 194:7,
194:12, 194:15, 194:25, 195:3,
195:11, 195:13, 195:15, 195:19,
195:20, 195:24, 196:3, 196:9, 196:16,
196:21, 196:22, 197:6, 197:11,
197:13, 197:17, 197:19, 198:14,
198:19, 198:21, 199:3, 199:6, 199:10,
199:12, 199:13, 199:15, 199:19,
199:22, 200:4, 200:7, 200:10, 200:12,
200:15, 201:1, 201:4, 201:7, 201:10,
201:13, 201:14, 201:20, 201:24,
201:25, 202:2, 202:4, 202:5, 202:7,
202:14, 202:19, 202:20, 202:22,
203:6, 203:9, 203:10, 203:13, 203:16,
203:19, 203:20, 203:24, 204:3,
204:13, 204:16, 204:17, 204:19,
204:20, 205:5, 205:6, 205:14, 205:16,
205:21, 206:1, 206:4, 206:6, 206:10,
206:11, 207:2, 207:4, 207:5, 207:6,
207:14, 207:20, 207:21, 207:22,
207:23, 208:6, 208:7, 208:9, 208:11,
208:15, 208:21, 209:1, 209:2, 209:11,
209:15, 209:18, 209:19, 209:20,
209:25, 210:1, 210:9, 210:17, 210:18,
210:20, 210:22, 211:2, 211:6, 211:16,
211:17, 211:25, 212:7, 212:8, 212:11,
212:12, 212:13, 212:15, 212:17,

212:18, 212:23, 213:1, 213:9, 213:17,
213:18, 213:19, 214:2, 214:6, 214:10,
214:11, 214:14, 214:15, 214:24,
214:25, 215:1, 215:2, 215:10, 215:12,
215:21, 215:23, 215:24, 216:6, 216:8,
216:11, 216:13, 216:14, 216:19,
216:22, 216:24, 217:3, 217:4, 217:11,
217:14, 217:15, 217:20, 218:1, 218:4,
218:8, 218:21, 218:22, 219:10,
219:11, 219:22, 219:24, 219:25,
220:4, 220:5, 220:10, 220:11, 220:12,
220:24, 221:5, 221:6, 221:9, 221:12,
221:15, 221:19, 221:23, 222:11,
222:12, 222:13, 222:14, 222:15,
222:19, 222:20, 222:21, 222:22,
223:5, 223:7, 223:8, 223:11, 223:19,
223:20, 223:22, 223:25, 224:10,
224:19, 224:20, 224:23, 225:3, 225:7,
225:10, 225:11, 225:16, 225:17,
225:22, 226:3, 226:6, 226:10, 226:12,
226:22, 226:25, 227:2, 227:11,
227:15, 227:18, 227:19, 227:22,
227:24, 227:25, 228:3, 228:9, 228:12,
228:13, 228:24, 228:25, 229:3, 229:4,
229:11, 229:16, 229:17, 229:19,
229:22, 229:23, 230:1, 230:5, 230:6,
230:7, 230:8, 230:9, 230:12, 230:17,
230:20, 230:21, 230:22, 231:3, 231:4,
231:5, 231:7, 231:11, 231:14, 231:18,
231:19, 232:4, 232:8, 232:11, 232:13,
232:15, 232:16, 232:19, 232:25,
233:10, 233:11, 233:21, 233:22,
233:24, 234:11, 234:15, 234:17,
234:19, 235:5, 235:7, 235:13, 235:15,
235:23, 235:25, 236:22, 236:24,
237:3, 237:4, 237:16, 237:18, 237:19,
238:3, 238:6, 238:7, 238:15, 238:19,
238:22, 238:24, 239:11, 239:12,
239:17, 240:7, 240:8, 241:8, 241:11,
242:1, 242:5, 242:9, 242:12, 242:23,
243:1, 243:13, 243:15, 244:1, 244:4,
244:10, 244:23, 244:25, 245:7, 245:8,
245:13, 245:21, 246:6, 246:7, 247:6,
247:9, 247:10, 247:17, 247:18, 248:4,
248:22, 249:1, 249:9, 249:13, 250:18,
251:8, 251:14, 251:22, 251:25, 252:3,
252:12, 252:18, 252:21, 252:24,
253:1, 253:5, 253:6, 254:2, 254:4,
254:14, 254:22, 255:8, 255:13,
255:15, 255:17, 255:19, 255:22,
255:23, 256:1, 256:4, 256:7, 256:8,
257:1, 257:2, 257:12, 257:22, 257:23,
258:12, 258:13, 258:14, 258:23,
259:1, 259:4, 259:6, 259:15, 259:17,
260:1, 260:2, 260:4, 260:11, 260:13,
260:15, 260:16, 261:5, 261:6, 261:7,
261:13, 261:18, 261:23, 261:25,
262:5, 262:8, 262:11, 262:25, 263:3,
263:17, 264:1, 264:6, 264:18, 264:19,
264:20, 264:24, 265:3, 265:6, 265:8,
265:13, 265:17, 266:6, 266:9, 266:10,

266:14, 266:15, 266:17, 266:23,
267:1, 267:3, 267:5, 267:7, 267:8,
267:11, 267:12, 267:13, 268:1, 268:2,
268:10, 268:12, 268:14, 269:3,
269:12, 269:14, 269:18, 269:19,
269:25, 270:3, 270:4, 270:5, 270:13,
270:18, 271:16, 271:20, 272:5,
272:13, 272:15, 272:17, 272:21,
272:22, 272:24, 273:19, 273:23,
273:24, 274:3, 274:6, 274:10, 274:12,
274:14, 274:22, 274:23, 275:4,
275:10, 275:12, 275:13, 275:19,
275:23, 275:24, 276:1, 276:3, 276:11,
276:21, 277:2, 277:3, 277:7, 277:10,
277:14, 277:25, 278:4, 278:5, 278:6,
278:11, 279:17, 279:21, 280:13,
281:10, 281:11, 282:1, 282:3, 282:17,
283:5, 283:6, 283:8, 283:18, 283:22,
283:23, 284:6, 284:12, 284:14,
284:18, 284:22, 285:1, 285:3, 285:5,
285:7, 285:20, 285:25, 286:6, 286:8,
286:16, 286:18, 286:19, 286:20,
287:9, 287:10, 287:13, 287:19,
287:20, 288:2, 288:18, 288:21,
288:22, 289:3, 289:5, 289:14, 289:15,
289:16, 289:22, 289:23, 290:1,
290:14, 290:16, 290:21, 291:4,
291:12, 291:17, 291:22, 292:1, 292:4,
292:12, 293:1, 293:6, 293:8, 293:11,
294:1, 294:10, 294:24, 295:1, 295:19,
296:3, 296:6, 296:14, 297:2, 297:5,
297:14, 297:18, 297:19, 297:22,
297:25, 298:2, 298:8, 298:12, 298:14,
298:17, 298:19, 298:21, 299:9,
299:14, 299:18, 299:24, 300:8,
300:12, 300:19, 300:23, 300:24,
300:25, 301:3, 301:8, 301:10, 301:16,
301:18, 301:20, 301:24, 301:25,
302:3, 302:8, 302:12, 302:16, 303:14,
303:15, 303:24, 304:3, 304:6, 304:7,
304:15, 304:22, 305:5, 305:9, 305:10,
305:11, 305:18, 305:21, 306:1, 306:5,
306:6, 306:20, 306:23, 307:4, 307:9,
307:12, 308:12, 308:19, 309:1, 310:1,
310:4, 310:19, 311:2, 311:5, 311:6,
311:8, 311:9, 311:12, 311:15, 312:4,
312:5, 312:6, 312:9, 312:12, 312:13,
312:15, 312:17, 312:21, 313:9,
313:10, 313:12, 313:14, 313:21,
313:24, 314:19, 315:14, 315:18,
315:22, 315:24, 316:4, 316:5, 316:7,
316:10, 316:16, 316:17, 316:22,
316:23, 317:8, 317:11, 318:1, 318:5,
318:7, 318:8, 318:11, 318:12, 318:17,
318:18, 318:19, 318:24, 319:4, 319:6,
319:8, 319:11, 319:15, 319:17,
319:18, 319:20, 319:22, 319:25,
320:2, 320:3, 320:8, 320:12, 320:13,
320:16, 320:17, 321:6, 321:15, 322:6,
322:7, 322:8, 322:11, 322:15, 322:20,
323:6, 323:14, 323:17, 323:19,

323:21, 323:24, 324:3, 324:7, 324:16,
324:18, 324:20, 324:21, 324:25,
325:2, 325:5, 325:8, 325:24, 326:2,
326:11, 327:5, 327:6, 327:21, 328:10,
328:14, 328:22, 329:5, 329:14,
329:15, 329:16, 329:17, 330:1, 330:9,
330:21, 330:24, 330:25, 331:3,
331:10, 331:11, 331:12, 331:15,
331:17, 331:21, 331:22, 332:12,
332:16, 332:23, 333:4, 333:10,
333:11, 333:15, 333:16, 333:17,
333:19, 333:20, 333:22, 334:6,
334:12, 334:16, 334:17, 334:18,
334:21, 334:22, 334:23, 334:24,
334:25, 335:6, 335:21, 335:23, 336:4,
336:18, 336:22, 337:5, 337:15,
337:17, 337:18, 338:4, 338:6, 338:13,
338:15, 338:17, 339:1, 339:2, 340:1,
340:4, 340:8, 340:18, 341:20, 341:22,
341:24, 342:4, 342:13, 342:14,
342:23, 343:6, 343:8, 343:14, 343:16,
343:17, 343:20, 343:21, 343:24

**today** [20] - 17:19, 19:17, 59:4, 87:16,
96:24, 104:3, 128:3, 136:20, 139:12,
146:23, 214:9, 217:9, 223:12, 243:11,
297:9, 305:8, 322:13, 324:2, 329:7,
339:12

**today's** [1] - 336:14

**together** [8] - 11:6, 84:3, 116:25,
153:21, 187:5, 199:4, 230:14, 251:8

**toggle** [3] - 149:5, 149:7, 149:11

**told** [5] - 74:15, 120:23, 121:4, 234:19,
278:1

**tomorrow** [2] - 37:22, 244:20

**ton** [1] - 271:19

**too** [15] - 87:2, 95:3, 95:22, 115:24,
116:3, 116:7, 128:8, 146:15, 150:5,
154:14, 155:9, 158:3, 173:19, 210:15,
306:20

**took** [6] - 26:5, 26:6, 230:1, 254:25,
294:12

**tool** [9] - 190:25, 201:23, 203:20,
206:14, 208:13, 210:20, 322:1, 322:3,
322:10

**toolbox** [1] - 206:15

**toothless** [1] - 42:7

**top** [2] - 117:8, 210:9

**topic** [1] - 202:16

**toss** [1] - 264:6

**total** [5] - 14:7, 75:25, 88:2, 115:5,
118:15

**totally** [5] - 93:18, 98:5, 111:16, 147:3,
156:15

**toto** [1] - 154:24

**touch** [3] - 150:25, 217:20, 341:24

**touched** [2] - 164:3, 213:4

**towards** [2] - 14:20, 198:5

**town** [1] - 233:16

**trace** [1] - 26:13

**traceable** [1] - 278:21

traced [1] - 32:23
track [1] - 96:18
tradition [4] - 52:2, 52:18, 274:3, 274:8
traditional [1] - 285:10
traditionally [4] - 178:15, 287:24, 328:9
trafficking [1] - 203:25
trained [1] - 73:15
transaction [16] - 110:1, 121:2, 122:16, 122:18, 123:11, 226:24, 250:14, 250:17, 250:22, 250:25, 267:14, 267:19, 268:6, 268:16, 268:17, 286:15
transcript [1] - 344:17
Transcript [1] - 1:25
transcription [1] - 1:25
transition [2] - 69:3, 103:21
transitioned [1] - 102:23
translate [1] - 70:16
travel [18] - 8:8, 8:10, 8:13, 8:17, 8:18, 10:3, 69:18, 69:24, 157:16, 157:19, 158:18, 159:9, 160:16, 288:13, 307:22, 312:13, 331:8
travels [1] - 68:22
tread [1] - 90:23
treat [2] - 142:13, 273:13
treated [1] - 39:22
treatment [3] - 27:3, 39:20, 107:22
tremendous [5] - 14:14, 14:18, 316:4, 316:9, 316:17
TRIAL [1] - 1:13
Trial [7] - 86:16, 148:8, 148:11, 158:8, 160:9, 232:16, 233:2
trial [35] - 38:14, 59:10, 70:23, 71:7, 80:15, 81:18, 84:19, 84:23, 117:13, 122:13, 125:17, 134:8, 149:21, 160:24, 165:2, 172:6, 172:9, 172:10, 219:11, 228:19, 248:2, 254:23, 256:6, 256:15, 260:14, 263:7, 265:19, 271:6, 306:1, 309:1, 329:1, 333:6, 333:9, 333:12, 334:23
trick [1] - 97:16
tricky [2] - 96:12, 234:7
tried [11] - 14:3, 56:17, 71:9, 86:11, 148:2, 164:10, 197:13, 210:9, 211:2, 213:9, 334:22
tries [2] - 31:15, 86:7
trifecta [1] - 104:7
trigger [1] - 312:24
Trominski [1] - 339:13
tropical [1] - 185:8
trouble [1] - 173:14
truck [1] - 230:11
true [23] - 16:20, 60:11, 98:4, 100:21, 112:6, 112:17, 124:3, 179:19, 188:11, 197:1, 205:19, 242:9, 242:24, 243:14, 243:16, 243:17, 259:14, 259:18, 267:4, 267:5, 269:4, 277:16
Trump [2] - 93:16, 191:10
truth [2] - 116:9, 151:11
try [17] - 14:6, 21:22, 35:20, 51:17, 58:15, 69:8, 116:17, 124:25, 127:7,

trying [43] - 13:14, 24:18, 27:13, 28:19, 36:20, 36:23, 38:9, 38:10, 43:12, 50:12, 62:13, 104:1, 114:17, 127:3, 128:6, 129:13, 135:12, 137:12, 145:25, 151:1, 152:5, 152:7, 155:3, 170:9, 173:13, 173:16, 181:20, 185:13, 185:25, 186:16, 187:3, 190:16, 195:15, 195:24, 216:6, 218:3, 221:9, 223:19, 247:17, 261:5, 292:1, 306:23, 337:5
Tumlin [7] - 2:14, 4:5, 4:6, 79:25, 88:18, 147:19, 223:25
TUMLIN [155] - 78:22, 79:3, 79:6, 79:10, 79:16, 79:20, 79:24, 80:11, 86:20, 86:22, 87:1, 87:4, 87:9, 87:13, 88:8, 88:15, 89:3, 89:14, 91:8, 91:11, 91:14, 91:17, 93:1, 93:4, 93:13, 93:18, 93:25, 95:2, 95:7, 95:13, 96:20, 97:6, 97:13, 97:16, 97:20, 98:12, 98:19, 99:2, 99:8, 99:15, 100:1, 100:4, 101:18, 101:20, 102:12, 103:8, 103:11, 103:14, 103:23, 103:25, 104:6, 105:11, 105:16, 105:23, 106:16, 106:23, 107:1, 107:10, 108:7, 108:25, 109:3, 109:14, 109:24, 110:7, 111:16, 111:23, 113:3, 113:9, 113:11, 113:18, 113:21, 114:2, 114:11, 114:14, 114:16, 114:23, 119:5, 119:8, 119:12, 119:15, 119:20, 119:22, 120:8, 120:14, 125:6, 125:9, 126:24, 127:2, 127:18, 127:21, 128:18, 128:21, 129:1, 129:4, 129:16, 129:20, 130:20, 136:21, 137:1, 137:18, 138:11, 138:22, 139:6, 139:12, 139:14, 139:24, 140:2, 140:18, 141:15, 141:18, 142:15, 143:12, 144:8, 144:25, 145:6, 146:6, 146:16, 224:4, 224:7, 224:14, 224:18, 225:13, 225:17, 225:20, 225:22, 226:2, 226:8, 226:12, 226:18, 236:17, 237:15, 238:6, 238:11, 238:18, 264:25, 265:3, 265:6, 265:11, 270:16, 270:22, 271:7, 271:16, 280:11, 280:19, 280:22, 281:3, 282:7, 282:11, 282:15, 282:20, 282:25, 283:4, 283:11, 286:2, 286:5
turn [5] - 96:16, 124:23, 150:4, 223:25, 254:4
turned [1] - 153:13
turning [3] - 5:10, 188:8, 191:14
twice [2] - 279:21, 322:8
two [77] - 19:2, 31:11, 33:14, 34:6, 34:7, 34:22, 34:24, 35:14, 35:24, 36:25, 37:10, 37:21, 39:21, 44:9, 64:21, 74:4, 87:5, 89:10, 90:1, 97:2, 102:3, 102:23, 103:4, 105:25, 106:13, 122:5, 122:20, 122:24, 126:22, 127:10, 141:19, 144:12, 144:14, 145:12, 151:20, 153:19, 153:21, 154:11, 178:19,

203:1, 204:6, 210:13, 218:23, 218:25, 219:16, 219:24, 220:2, 220:16, 237:16, 237:19, 238:2, 240:10, 253:10, 253:11, 256:3, 256:13, 263:1, 270:1, 270:17, 271:11, 276:16, 286:7, 286:20, 287:8, 287:11, 296:1, 297:5, 306:17, 318:17, 319:2, 319:3, 322:22, 324:24, 332:4, 335:11, 342:2, 342:4
two-year [6] - 31:11, 33:14, 35:14, 122:20, 122:24, 220:2
TX [2] - 2:4, 2:23
type [24] - 17:12, 19:12, 21:7, 23:19, 52:2, 52:7, 52:19, 55:9, 56:7, 69:5, 123:7, 167:5, 175:15, 188:18, 235:3, 235:11, 250:14, 255:18, 273:5, 274:4, 274:6, 275:1, 278:9, 316:6
types [7] - 16:10, 44:4, 53:1, 234:2, 273:1, 274:16, 296:1
typical [3] - 27:23, 172:8, 309:3
typically [3] - 26:9, 52:3, 330:4
typographic [1] - 153:2

## U

U.S [33] - 2:9, 8:14, 17:7, 19:4, 33:25, 46:2, 46:3, 46:22, 47:25, 50:13, 73:3, 83:18, 97:10, 173:18, 192:17, 207:24, 217:1, 220:11, 229:11, 230:4, 230:10, 232:23, 233:1, 273:3, 273:5, 273:21, 280:19, 322:15, 322:22, 325:4, 336:12, 340:21, 340:25
U.S.-based [1] - 160:13
U.S.C [1] - 218:11
U4U [11] - 107:16, 160:24, 161:1, 161:5, 204:9, 204:10, 204:11, 204:18, 271:2, 271:11
UAC [2] - 115:6, 115:7
UCLA [1] - 3:2
uh [4] - 125:5, 150:3, 150:7, 265:11
uh-huh [4] - 125:5, 150:3, 150:7, 265:11
Ukraine [23] - 21:9, 22:3, 22:5, 42:16, 106:11, 106:18, 107:4, 107:6, 108:13, 108:19, 109:10, 114:19, 161:2, 161:3, 161:5, 161:9, 191:23, 203:12, 204:8, 214:21, 233:5
Ukrainians [3] - 107:15, 114:18, 214:21
Ukranian [1] - 191:24
ultimate [2] - 69:9, 308:7
ultimately [8] - 7:11, 9:3, 15:11, 18:19, 27:4, 37:12, 40:24, 305:21
ultra [6] - 151:9, 239:4, 239:7, 308:5, 308:12, 334:12
unable [2] - 180:6, 231:19
unacceptable [1] - 283:1
unaccompanied [1] - 115:10
unanswered [1] - 146:18
unattached [1] - 189:18
unauthorized [4] - 87:23, 151:10, 155:2, 213:13
unaware [1] - 63:3

**unbounded** [2] - 300:17
**uncapped** [1] - 107:7
**uncertainty** [2] - 116:21, 117:2
**Unchecked** [1] - 85:18
**uncle** [1] - 230:18
**uncompensated** [3] - 117:21, 118:3, 118:13
**unconcerned** [1] - 108:11
**uncontested** [2] - 122:10, 147:3
**undefined** [3] - 152:22, 162:15, 304:6
**under** [95] - 5:16, 7:8, 16:12, 19:4, 22:5, 22:7, 23:1, 23:2, 24:13, 24:25, 30:7, 38:22, 41:22, 42:11, 44:25, 45:2, 45:10, 48:14, 49:23, 50:10, 50:25, 52:25, 63:4, 63:6, 63:12, 81:17, 92:13, 103:3, 104:12, 107:13, 107:16, 108:10, 108:13, 114:18, 117:23, 118:8, 124:4, 124:13, 128:3, 128:14, 128:24, 130:11, 130:12, 136:15, 152:19, 156:13, 162:6, 162:9, 167:16, 174:13, 176:12, 181:22, 189:15, 193:4, 198:11, 199:1, 199:17, 199:18, 200:16, 217:22, 227:24, 228:25, 247:14, 249:4, 252:11, 257:1, 260:9, 262:8, 268:7, 268:11, 284:22, 287:20, 287:25, 288:14, 290:7, 292:12, 296:15, 296:24, 298:6, 312:5, 312:6, 312:18, 314:6, 318:24, 323:7, 324:5, 325:4, 326:7, 336:2, 338:5, 339:15, 339:20, 343:9
**undercounted** [1] - 105:5
**undergo** [1] - 160:17
**underlie** [1] - 101:23
**underlying** [4] - 89:5, 94:19, 158:16, 201:6
**undermine** [4] - 59:16, 108:7, 229:7, 314:12
**undermined** [1] - 273:9
**undermines** [1] - 107:10
**underneath** [2] - 74:20, 286:20
**understand** [40] - 36:20, 37:1, 38:11, 63:10, 74:9, 107:25, 111:5, 113:13, 113:18, 113:21, 122:7, 126:21, 132:10, 132:25, 172:5, 182:7, 199:25, 225:14, 236:18, 236:22, 244:2, 249:1, 265:24, 269:15, 270:10, 270:11, 283:3, 310:22, 310:25, 311:21, 320:16, 321:4, 325:7, 326:1, 326:15, 332:4, 332:5, 334:10, 336:8, 336:21
**understandably** [1] - 145:10
**understanding** [6] - 119:1, 129:5, 131:7, 131:9, 175:10, 193:22
**understands** [1] - 136:18
**understood** [9] - 34:16, 128:20, 128:25, 129:10, 129:12, 156:9, 157:2, 268:14, 291:21
**undertake** [1] - 46:7
**undertaken** [1] - 329:11
**undertaking** [2] - 203:5, 332:2
**undisputed** [1] - 239:13

**undocumented** [17] - 81:5, 82:24, 84:9, 102:16, 112:7, 112:14, 112:18, 113:25, 116:1, 116:24, 117:22, 117:24, 118:4, 220:10, 242:13, 252:19, 291:15
**unemployment** [1] - 85:22
**unexpected** [3] - 13:13, 26:12, 26:17
**unexpectedly** [1] - 14:14
**unexpired** [1] - 160:15
**unexplained** [1] - 122:2
**unfairly** [1] - 180:16
**unfortunately** [1] - 126:3
**Unification** [1] - 203:8
**unified** [1] - 98:25
**uniform** [2] - 67:5, 142:20
**uniformity** [4] - 65:16, 66:14, 67:3, 68:4
**uninjured** [1] - 108:11
**Union** [1] - 207:17
**unique** [2] - 23:13, 32:9
**UNITED** [3] - 1:1, 1:6, 1:15
**United** [93] - 5:16, 6:6, 8:11, 8:18, 10:4, 16:10, 16:25, 19:7, 19:25, 29:16, 34:23, 35:10, 39:15, 40:3, 40:6, 40:13, 41:3, 42:17, 43:10, 44:14, 46:15, 51:10, 54:17, 55:25, 58:2, 58:14, 59:11, 59:17, 60:4, 60:14, 68:12, 68:23, 69:1, 69:5, 73:22, 74:23, 86:1, 112:8, 152:1, 154:6, 157:19, 160:11, 160:17, 164:14, 164:16, 165:17, 165:22, 165:24, 168:14, 182:12, 184:13, 184:15, 192:13, 200:12, 202:16, 203:4, 203:7, 203:11, 203:18, 203:20, 204:12, 207:3, 207:6, 207:7, 207:15, 208:9, 209:10, 211:17, 212:14, 213:19, 218:2, 221:7, 221:19, 223:7, 238:3, 242:14, 244:22, 245:20, 261:7, 261:19, 274:13, 276:3, 281:11, 286:17, 288:18, 290:15, 292:19, 293:1, 300:4, 309:16, 316:10, 316:13, 319:10
**Uniting** [13] - 21:9, 42:16, 106:10, 107:4, 107:6, 108:13, 109:10, 114:18, 191:22, 203:12, 204:8, 214:21
**unity** [2] - 215:8, 215:17
**universe** [1] - 297:3
**unlawful** [13] - 48:15, 101:8, 102:7, 114:9, 126:12, 128:14, 217:9, 251:14, 321:17, 342:11, 342:12, 342:17, 343:2
**unlawfully** [1] - 268:3
**unless** [12] - 47:6, 57:3, 57:12, 78:16, 79:14, 91:4, 178:17, 225:5, 238:18, 250:13, 256:18
**unlike** [1] - 43:22
**unlikely** [1] - 305:11
**unnecessary** [1] - 55:1
**unpack** [1] - 84:4
**unpopular** [1] - 224:22
**unquantified** [1] - 234:5
**unrecoverable** [1] - 276:19
**unreimbursable** [1] - 246:2

**unreimbursed** [1] - 111:1
**unrest** [4] - 15:2, 75:2, 173:4, 182:24
**unreviewable** [1] - 51:18
**untethered** [1] - 183:9
**until** [13] - 213:23, 233:22, 237:20, 248:1, 263:4, 263:16, 272:5, 288:2, 291:3, 293:9, 293:10, 293:17, 293:23
**untouched** [1] - 126:2
**unusual** [1] - 273:22
**unwarranted** [1] - 205:14
**unworkable** [1] - 155:22
**up** [92] - 13:13, 21:10, 26:11, 28:9, 30:11, 30:16, 34:3, 35:18, 35:24, 47:3, 61:3, 72:10, 79:2, 79:14, 79:21, 85:15, 86:9, 86:14, 88:6, 88:12, 92:23, 96:1, 98:1, 106:9, 106:12, 106:13, 108:9, 113:22, 120:3, 126:5, 127:3, 131:10, 131:11, 132:6, 132:14, 133:15, 134:5, 137:7, 137:16, 138:15, 145:19, 147:10, 152:22, 158:15, 162:16, 166:22, 175:14, 176:1, 176:18, 177:24, 179:3, 185:5, 187:1, 188:13, 189:12, 191:8, 197:6, 209:15, 211:13, 215:12, 231:24, 235:10, 240:2, 245:7, 247:6, 248:1, 248:4, 248:17, 253:11, 253:19, 254:13, 254:17, 256:5, 257:24, 272:6, 288:22, 298:14, 298:19, 304:6, 305:15, 307:4, 312:13, 312:19, 319:3, 325:8, 327:5, 332:12, 334:2, 335:16, 336:15, 343:14, 343:16
**updated** [1] - 63:1
**upheaval** [4] - 173:3, 176:4, 179:6, 183:19
**upheld** [1] - 336:20
**upon** [5] - 85:19, 189:25, 236:9, 237:1, 283:23
**uprisings** [2] - 185:10, 185:16
**upset** [2] - 108:18, 313:17
**urge** [2] - 122:5, 286:6
**urged** [1] - 17:9
**urgent** [89] - 5:18, 6:5, 6:21, 7:21, 9:15, 10:21, 14:24, 15:6, 15:8, 16:1, 16:7, 16:18, 19:12, 24:6, 24:7, 25:3, 25:9, 25:12, 25:17, 25:22, 25:25, 57:24, 72:14, 72:18, 72:21, 153:25, 154:20, 154:22, 154:23, 157:23, 159:24, 162:12, 163:5, 163:8, 163:18, 166:13, 167:10, 167:14, 168:4, 168:16, 168:24, 169:3, 169:14, 169:18, 170:6, 170:20, 172:16, 177:14, 177:21, 178:2, 178:8, 180:22, 187:22, 187:25, 189:18, 192:2, 192:6, 193:2, 193:8, 193:14, 194:20, 195:19, 195:22, 195:25, 196:5, 196:10, 196:18, 197:2, 197:3, 197:25, 198:5, 198:13, 199:2, 201:5, 201:7, 201:11, 201:17, 210:4, 213:5, 215:23, 216:14, 222:12, 298:10, 298:18, 299:21, 300:19, 307:14, 309:7, 322:17
**urges** [1] - 17:3

**us** [30] - 28:4, 41:11, 55:20, 83:22, 83:24, 85:7, 90:15, 90:22, 94:10, 94:23, 95:3, 99:20, 103:15, 107:13, 120:3, 120:23, 121:4, 140:4, 143:1, 149:11, 220:25, 246:6, 265:3, 265:6, 286:24, 305:1, 310:20, 334:18, 338:6
**USC** [1] - 57:6
**USCIS** [4] - 7:11, 7:17, 7:18, 42:13
**USCS** [1] - 7:25
**use** [56] - 16:11, 18:11, 20:10, 21:7, 21:10, 21:20, 21:21, 22:9, 22:14, 22:16, 23:25, 33:3, 75:24, 77:12, 89:9, 89:16, 98:3, 110:25, 111:9, 111:14, 111:15, 111:19, 115:3, 128:14, 135:19, 139:15, 150:23, 163:25, 168:5, 188:19, 189:2, 189:22, 201:14, 206:1, 207:2, 207:22, 211:8, 211:21, 212:5, 213:7, 214:5, 216:13, 217:9, 223:17, 229:10, 255:5, 255:9, 255:16, 267:8, 274:6, 292:5, 298:15, 317:6, 322:6, 323:17
**used** [43] - 12:5, 17:13, 17:14, 17:21, 18:3, 18:4, 18:7, 18:21, 19:11, 19:13, 20:4, 20:16, 20:23, 21:2, 21:24, 25:23, 42:15, 71:22, 111:10, 111:13, 122:1, 124:6, 150:14, 158:11, 162:22, 165:20, 177:11, 187:15, 187:22, 188:17, 190:24, 201:23, 202:6, 212:1, 212:16, 215:22, 216:8, 272:14, 279:20, 314:19, 322:2, 326:23
**uses** [18] - 20:20, 155:4, 159:20, 161:11, 169:17, 171:6, 188:6, 188:9, 188:10, 191:16, 194:18, 195:8, 210:20, 211:4, 212:9, 214:16, 222:14, 222:18
**using** [13] - 18:2, 21:17, 22:10, 25:13, 155:10, 186:1, 186:2, 209:16, 228:20, 268:15, 271:10, 322:10, 322:19
**usually** [1] - 175:11
**utilization** [1] - 116:23
**utilize** [1] - 251:11
**utilized** [1] - 191:11
**utterly** [3] - 80:20, 110:12, 123:14
**Uzuegbunam** [1] - 336:19

---

**V**

**v** [36] - 17:6, 46:21, 47:24, 50:13, 65:25, 97:10, 97:23, 104:18, 134:18, 135:18, 190:10, 190:23, 191:12, 205:7, 217:1, 240:21, 241:1, 256:20, 272:9, 273:3, 273:5, 273:21, 277:21, 280:19, 286:18, 291:6, 300:24, 325:4, 335:17, 336:11, 336:19, 338:3, 339:13, 340:21, 340:25, 342:6
**vacated** [1] - 343:2
**vacating** [2] - 342:15, 343:11
**vacatur** [20] - 60:6, 60:18, 60:20, 62:23, 66:24, 81:25, 225:11, 225:21, 225:22, 226:14, 228:16, 234:13, 234:21, 236:8, 236:24, 341:25, 342:1, 342:5,

**342:16, 342:19
**vaccination** [1] - 160:20
**vague** [2] - 227:18, 325:24
**Valerie** [2] - 229:20
**VALERIE** [1] - 1:9
**valid** [5] - 54:7, 104:24, 161:3, 161:6, 337:22
**valuable** [1] - 316:22
**value** [5] - 207:23, 211:14, 211:18, 211:19, 316:21
**valued** [1] - 232:13
**values** [1] - 180:11
**Vanessa** [1] - 2:21
**vanessa.rivas@raicestexas.org** [1] - 2:24
**varied** [1] - 234:6
**various** [7] - 29:19, 150:23, 210:7, 295:20, 301:18, 311:23, 316:25
**vary** [1] - 317:1
**vast** [1] - 77:7
**vehicle** [1] - 308:9
**Vehicles** [1] - 121:11
**Venezuela** [27] - 14:25, 33:5, 72:21, 73:5, 73:8, 74:19, 75:13, 75:18, 75:22, 126:14, 160:13, 175:5, 176:12, 208:22, 230:19, 232:2, 233:6, 244:21, 244:23, 244:24, 260:20, 260:23, 261:24, 262:1, 271:1, 271:10
**Venezuelan** [5] - 72:23, 73:1, 230:24, 245:1, 262:2
**Venezuelans** [4] - 73:24, 77:4, 262:7, 262:21
**Verde** [1] - 240:21
**version** [3] - 16:16, 162:14, 162:15
**versus** [3] - 83:18, 279:2, 279:16
**very** [59] - 17:8, 19:14, 23:2, 28:13, 28:16, 28:21, 39:24, 41:5, 41:8, 55:2, 56:6, 58:8, 59:22, 62:6, 72:13, 75:10, 80:12, 86:15, 90:11, 100:14, 108:20, 109:15, 111:7, 117:15, 127:7, 146:24, 149:19, 150:8, 150:9, 152:12, 153:8, 154:8, 157:13, 157:14, 158:4, 159:7, 160:23, 168:15, 187:9, 188:20, 190:8, 212:7, 222:2, 234:20, 235:18, 242:4, 253:6, 270:17, 285:6, 292:1, 300:9, 319:14, 334:22, 336:3, 343:19, 344:12
**vet** [1] - 43:4
**veterans** [4] - 192:10, 192:13, 192:24, 215:3
**vetted** [3] - 10:10, 42:8, 160:14
**vetting** [8] - 6:16, 7:5, 9:23, 43:2, 43:8, 74:18, 160:18, 200:10
**via** [8] - 81:25, 87:22, 102:24, 103:1, 103:3, 126:18, 232:21, 245:8
**viable** [1] - 137:17
**vibe** [1] - 93:19
**VICTORIA** [1] - 1:2
**Victoria** [1] - 1:4
**Vidal** [1] - 94:20
**Vietnam** [3] - 207:12, 207:18, 209:7

**Vietnamese** [7] - 207:9, 207:11, 207:17, 209:6, 209:8, 209:11, 210:11
**view** [12] - 9:12, 11:14, 19:9, 19:10, 29:5, 104:12, 127:15, 309:22, 310:12, 316:25, 317:10, 317:12
**viewed** [3] - 292:3, 317:24, 318:3
**viewing** [1] - 172:6
**views** [5] - 14:6, 30:1, 204:18, 230:23, 317:17
**vigorously** [2] - 57:1, 131:10
**violate** [2] - 194:8, 301:21
**violation** [1] - 332:21
**violence** [1] - 15:4
**vires** [6] - 151:9, 239:5, 239:7, 308:5, 308:13, 334:12
**virtue** [2] - 83:3, 266:5
**vis** [2] - 210:22
**visa** [14] - 102:25, 164:12, 164:13, 164:20, 164:24, 166:4, 178:17, 187:4, 219:18, 219:19, 219:21, 219:22, 230:3, 321:8
**visa-free** [2] - 164:12, 164:13
**visas** [8] - 152:2, 154:3, 154:4, 164:8, 165:14, 166:1, 187:3, 219:15
**visual** [1] - 234:3
**voice** [1] - 238:23
**VOLUME** [1] - 1:16
**volume** [8] - 284:19, 285:3, 286:12, 302:4, 302:5, 303:4, 306:7, 306:17
**VS** [1] - 1:5
**vulnerable** [1] - 191:24

---

**W**

**W** [1] - 193:20
**Wages** [1] - 341:7
**wages** [1] - 86:1
**wait** [7] - 85:1, 86:24, 104:11, 106:22, 118:23, 272:5, 320:24
**waiting** [3] - 92:8, 219:21, 230:3
**waive** [1] - 239:11
**walk** [14] - 92:1, 109:4, 120:14, 150:8, 150:13, 151:18, 152:12, 153:19, 154:7, 157:6, 190:1, 190:2, 201:5, 212:19
**walked** [2] - 308:15, 310:15
**wall** [25] - 133:12, 242:10, 242:21, 251:21, 251:23, 252:23, 253:24, 254:3, 254:11, 254:12, 254:13, 254:14, 254:17, 254:18, 255:22, 255:25, 256:23, 267:4, 273:12, 273:13, 276:11, 276:18, 280:14, 281:20, 282:2
**WALTER** [1] - 311:1
**Walters** [13] - 2:2, 121:18, 137:11, 139:8, 141:10, 143:19, 204:7, 204:9, 235:23, 236:4, 263:21, 286:9, 286:21
**WALTERS** [145] - 129:24, 130:5, 130:14, 130:21, 131:15, 131:20, 132:5, 132:8, 132:19, 132:22, 133:3, 133:9, 133:22,

134:2, 134:8, 134:14, 134:17, 135:9,
135:17, 136:6, 136:11, 236:5, 236:11,
239:8, 239:19, 240:11, 240:14,
240:20, 241:9, 241:13, 241:22, 243:2,
243:8, 243:12, 243:17, 244:9, 244:19,
245:4, 246:3, 246:6, 246:11, 246:14,
246:22, 246:25, 247:3, 247:21, 248:3,
248:8, 248:15, 248:23, 249:6, 249:12,
249:14, 249:19, 249:22, 250:2, 250:5,
250:10, 250:16, 250:22, 252:4,
252:13, 252:25, 253:25, 254:10,
255:3, 255:8, 255:15, 256:11, 256:20,
257:14, 257:23, 258:6, 258:20, 259:6,
263:22, 264:22, 268:21, 269:9,
269:20, 269:22, 269:25, 271:22,
272:1, 272:7, 278:24, 279:2, 284:16,
290:23, 293:2, 295:24, 296:5, 296:20,
298:24, 300:15, 301:7, 301:12,
302:23, 303:21, 305:14, 305:20,
306:16, 306:22, 307:1, 308:7, 308:20,
308:24, 309:7, 309:12, 310:18,
310:23, 320:7, 320:19, 321:1, 321:5,
321:9, 321:11, 324:13, 324:16, 325:4,
325:8, 325:16, 326:6, 326:16, 326:22,
328:11, 329:2, 329:4, 329:8, 329:19,
335:6, 335:9, 336:5, 336:9, 336:13,
337:3, 337:19, 338:10, 338:23, 339:6,
339:11, 340:11, 340:23, 341:21,
343:16
**Walters'** [1] - 204:17
**wand** [2] - 141:6, 266:23
**want** [123] - 8:21, 8:22, 27:17, 28:3,
35:16, 50:11, 68:7, 70:15, 72:9, 75:14,
79:7, 79:13, 80:3, 80:7, 82:14, 87:17,
89:8, 89:9, 89:20, 92:13, 92:15, 93:21,
96:22, 96:23, 98:24, 100:4, 100:12,
102:1, 102:7, 102:19, 106:8, 106:11,
106:20, 111:15, 113:6, 117:7, 120:25,
122:3, 122:8, 122:15, 125:12, 128:10,
130:19, 137:5, 138:8, 140:5, 140:9,
140:20, 141:3, 144:4, 144:22, 145:1,
145:6, 146:9, 147:10, 152:25, 155:6,
166:5, 166:6, 166:23, 166:24, 174:10,
175:2, 179:14, 185:6, 190:8, 196:18,
196:19, 199:13, 201:10, 204:16,
211:25, 218:21, 219:24, 227:22,
228:9, 228:12, 231:5, 232:8, 234:11,
234:17, 237:3, 239:10, 260:2, 261:5,
264:6, 264:24, 265:3, 265:6, 270:18,
271:15, 273:23, 275:23, 284:6, 284:8,
290:21, 298:21, 301:8, 308:12,
311:20, 318:9, 320:12, 320:16,
320:17, 324:20, 324:25, 325:2,
329:16, 329:17, 332:12, 333:16,
333:17, 334:6, 334:16, 334:21,
334:24, 335:23, 343:17
**wanted** [37] - 20:9, 72:20, 93:1, 104:14,
113:13, 114:16, 118:20, 132:11,
135:12, 146:7, 147:21, 148:14, 153:3,
153:19, 157:8, 157:15, 158:4, 163:11,
164:9, 167:18, 186:19, 187:1, 202:19,

206:9, 209:25, 232:15, 233:21,
238:14, 238:19, 238:22, 255:12,
303:23, 318:7, 329:15, 333:22, 341:23
**wanting** [6] - 170:11, 178:7, 178:20,
180:15, 235:14
**wants** [14] - 20:3, 23:21, 93:7, 140:2,
155:24, 196:24, 200:17, 218:13,
219:25, 231:4, 231:5, 231:11, 318:19
**War** [4] - 192:10, 192:14, 207:12, 207:14
**war** [6] - 109:22, 204:12, 204:23,
206:17, 207:18, 209:7
**ward** [24] - 5:4, 87:15, 88:21, 102:2,
102:15, 122:14, 162:24, 164:3,
171:12, 172:18, 182:15, 182:22,
202:3, 213:4, 259:9, 280:22, 281:5,
283:15, 286:14, 287:17, 297:11,
311:7, 329:23
**Ward** [4] - 2:8, 4:3, 213:9, 271:1
**WARD** [202] - 5:5, 5:8, 5:10, 6:19, 6:23,
7:8, 10:15, 10:20, 10:23, 11:11, 12:11,
12:16, 13:5, 13:18, 13:22, 13:25,
18:24, 22:25, 24:14, 24:20, 24:24,
25:7, 26:23, 27:11, 27:17, 28:9, 28:13,
28:21, 29:11, 30:10, 30:13, 30:23,
30:25, 31:8, 32:7, 32:11, 34:7, 35:1,
35:6, 35:13, 35:21, 35:25, 36:7, 36:12,
36:22, 37:3, 37:7, 37:19, 37:25, 38:5,
38:13, 39:13, 39:23, 40:8, 45:4, 45:12,
46:24, 47:1, 47:8, 47:20, 48:5, 48:10,
48:18, 48:23, 49:8, 49:15, 50:19,
50:23, 51:7, 51:19, 51:25, 52:22, 53:1,
53:13, 54:8, 54:21, 56:13, 56:20,
56:25, 57:2, 57:11, 57:16, 57:22,
60:19, 60:23, 61:4, 61:7, 61:14, 61:25,
62:3, 62:19, 63:8, 63:14, 64:8, 64:13,
64:25, 65:4, 67:2, 67:14, 68:8, 68:10,
68:14, 68:18, 70:9, 70:17, 71:14,
71:17, 72:3, 72:7, 72:13, 73:6, 73:11,
73:15, 74:1, 74:6, 74:21, 74:25, 75:18,
75:22, 76:9, 76:17, 76:20, 77:25, 78:4,
78:13, 78:16, 197:22, 198:2, 198:11,
198:16, 199:3, 199:17, 200:1, 200:19,
259:10, 259:25, 260:15, 260:22,
263:13, 263:24, 264:6, 264:11, 266:1,
273:4, 274:2, 274:25, 275:12, 276:13,
277:1, 277:9, 278:4, 278:18, 283:18,
284:5, 284:10, 284:14, 287:22, 288:8,
289:9, 290:11, 290:20, 291:25, 294:7,
295:15, 295:18, 297:1, 297:15, 298:5,
299:3, 299:6, 299:8, 303:14, 303:23,
304:1, 304:17, 304:21, 304:24,
305:23, 307:6, 307:10, 310:3, 311:11,
311:21, 312:4, 312:8, 314:1, 315:13,
316:24, 317:12, 318:10, 318:15,
318:22, 329:24, 330:7, 330:9, 332:13,
332:16, 332:19, 333:1, 333:4, 333:8,
334:18
**warrant** [3] - 168:5, 311:25, 312:2
**warranted** [2] - 157:23, 311:16
**was** [330] - 7:3, 9:24, 11:15, 12:8, 12:17,

13:17, 14:15, 15:24, 16:23, 18:6, 22:6,
24:17, 25:4, 29:12, 31:17, 31:20, 32:8,
32:19, 32:22, 34:15, 34:22, 37:1, 38:8,
40:2, 40:18, 41:6, 45:4, 46:22, 47:4,
47:8, 47:10, 47:21, 48:21, 48:24, 50:7,
50:8, 51:14, 55:7, 55:12, 58:4, 58:19,
60:21, 62:11, 62:21, 63:3, 63:15,
63:18, 63:20, 65:2, 68:4, 68:6, 68:16,
69:9, 71:15, 71:19, 73:25, 74:3, 74:13,
76:23, 78:12, 79:16, 81:24, 82:2,
88:20, 91:10, 92:20, 93:19, 94:13,
94:17, 94:20, 94:21, 97:9, 98:24,
99:11, 100:15, 100:16, 100:18,
104:10, 104:16, 105:3, 105:9, 105:12,
105:13, 105:17, 105:21, 105:24,
109:19, 109:20, 112:17, 114:9,
119:24, 122:1, 123:3, 123:10, 124:12,
126:6, 127:6, 127:22, 128:3, 129:5,
129:13, 131:7, 131:9, 131:12, 132:23,
134:24, 135:3, 135:12, 136:2, 136:5,
136:19, 137:8, 137:9, 139:7, 145:24,
147:23, 149:3, 155:15, 156:4, 156:5,
156:9, 157:3, 159:15, 163:1, 165:3,
165:4, 165:8, 165:15, 165:19, 166:3,
168:6, 168:16, 168:20, 168:23,
168:24, 170:1, 170:6, 170:7, 170:13,
171:24, 172:4, 172:7, 172:12, 172:18,
173:10, 174:11, 179:5, 179:6, 180:10,
183:4, 183:5, 184:11, 185:19, 185:25,
186:18, 190:17, 190:22, 196:6,
197:11, 202:3, 202:13, 202:16,
206:14, 206:23, 209:12, 213:16,
214:1, 215:11, 215:14, 215:15, 217:5,
221:16, 226:16, 226:21, 228:15,
228:22, 229:8, 229:25, 230:12,
230:17, 232:22, 233:24, 234:21,
235:8, 235:24, 235:25, 236:1, 237:8,
237:24, 238:15, 239:16, 239:22,
240:3, 241:2, 241:18, 241:19, 242:20,
243:5, 243:6, 245:1, 247:22, 252:11,
253:18, 253:19, 254:24, 255:19,
256:2, 256:6, 256:23, 257:8, 257:9,
257:10, 257:12, 258:7, 258:10,
262:19, 264:2, 266:19, 267:5, 267:9,
268:24, 270:25, 271:7, 271:8, 271:14,
272:11, 272:12, 272:20, 273:12,
273:13, 275:2, 275:9, 275:10, 275:12,
275:14, 277:2, 277:3, 277:5, 277:7,
277:8, 279:10, 279:11, 283:13,
283:14, 283:15, 285:6, 285:11,
285:18, 285:20, 289:5, 289:7, 289:8,
290:24, 291:17, 291:20, 291:24,
292:1, 292:2, 293:5, 293:9, 293:14,
293:16, 293:19, 294:11, 294:14,
294:15, 294:16, 294:20, 294:21,
295:4, 295:11, 300:2, 302:5, 302:6,
302:14, 302:16, 302:17, 302:18,
303:17, 312:2, 313:6, 315:19, 316:11,
317:6, 317:10, 317:19, 318:4, 318:16,
319:16, 320:13, 323:16, 323:19,
326:19, 327:25, 328:22, 329:10,

330:22, 331:11, 332:10, 332:20,
333:13, 334:2, 335:6, 337:4, 337:5,
337:23, 339:1, 339:22, 340:2, 340:6,
341:21, 341:25
**Washington** [3] - 1:22, 2:11, 233:19
**wasn't** [13] - 47:18, 74:12, 94:21, 114:7,
167:16, 167:17, 237:23, 248:19,
270:22, 301:24, 303:16, 328:13,
338:20
**waved** [1] - 141:6
**way** [66] - 11:2, 11:23, 12:5, 20:17,
21:18, 22:12, 22:15, 23:16, 30:3, 40:5,
43:14, 59:6, 64:21, 99:4, 127:10,
128:11, 128:20, 133:4, 139:15,
139:21, 141:20, 150:15, 154:3,
155:14, 159:3, 164:24, 166:17, 177:9,
177:11, 177:24, 182:13, 186:2,
189:23, 193:22, 195:16, 196:12,
197:12, 202:20, 209:20, 210:1, 220:3,
240:12, 244:24, 248:1, 264:6, 269:7,
275:18, 276:7, 278:21, 284:23, 292:2,
298:3, 299:18, 300:12, 303:17,
304:23, 310:8, 310:11, 322:20,
323:17, 323:25, 331:17, 333:11,
334:11, 337:14, 344:10
**ways** [8] - 13:12, 16:2, 17:3, 20:13,
52:11, 150:23, 270:1, 297:16
**we** [539] - 10:8, 11:20, 12:16, 13:5, 14:3,
19:16, 20:15, 20:19, 20:21, 20:22,
21:7, 23:17, 23:19, 29:5, 29:24, 32:19,
33:11, 33:25, 34:8, 35:22, 36:17, 37:9,
37:11, 38:16, 38:21, 43:17, 43:18,
43:19, 44:4, 45:12, 45:22, 46:11,
47:23, 49:4, 49:5, 49:8, 51:9, 51:10,
51:16, 53:16, 56:4, 56:16, 60:5, 60:13,
61:22, 67:14, 67:15, 69:19, 70:9,
70:11, 70:20, 72:10, 74:2, 74:8, 75:7,
75:9, 76:1, 76:18, 76:20, 77:15, 77:16,
77:17, 77:19, 78:20, 78:21, 78:22,
79:6, 79:8, 79:9, 79:11, 79:12, 79:17,
79:22, 80:2, 80:4, 80:14, 80:18, 81:1,
81:3, 81:16, 81:19, 81:21, 82:6, 82:9,
82:10, 82:12, 82:17, 82:23, 83:5,
83:11, 83:16, 83:18, 83:19, 84:6,
84:20, 84:24, 85:4, 85:8, 85:17, 86:6,
86:10, 86:14, 87:11, 87:18, 88:3, 89:4,
89:10, 89:25, 90:1, 90:5, 90:8, 90:13,
90:17, 91:19, 92:2, 92:7, 93:6, 93:18,
94:9, 94:24, 95:5, 95:7, 95:14, 95:16,
95:20, 95:21, 95:25, 96:2, 96:7, 96:8,
96:11, 96:20, 96:22, 97:2, 98:16, 99:3,
99:20, 99:21, 100:8, 100:9, 101:10,
102:12, 103:2, 104:7, 104:12, 104:25,
106:6, 106:9, 106:20, 107:13, 107:17,
109:6, 109:14, 109:15, 109:16,
109:17, 110:3, 110:9, 110:17, 110:18,
111:2, 111:17, 112:2, 113:12, 113:14,
113:24, 114:16, 114:19, 114:23,
114:25, 115:1, 115:9, 115:12, 115:19,
115:25, 116:16, 117:4, 118:22,

118:23, 118:25, 119:5, 119:15,
119:16, 120:14, 120:15, 120:16,
120:17, 120:19, 120:24, 121:7,
122:15, 122:18, 122:19, 122:23,
123:11, 123:12, 125:3, 125:7, 125:12,
125:13, 125:20, 125:21, 126:1,
126:18, 126:20, 127:23, 127:24,
128:7, 129:25, 130:25, 131:3, 131:5,
131:25, 133:23, 133:24, 134:2, 134:3,
136:22, 137:2, 137:5, 137:6, 138:12,
138:16, 138:22, 139:17, 139:18,
139:24, 140:10, 140:14, 140:21,
141:6, 141:8, 141:13, 141:15, 141:18,
142:17, 142:18, 143:13, 143:14,
144:3, 144:4, 144:5, 144:10, 144:21,
145:1, 145:2, 145:8, 145:10, 145:11,
145:25, 146:3, 146:6, 146:11, 146:21,
146:22, 146:23, 147:13, 148:2,
148:10, 148:19, 149:2, 149:15,
149:16, 149:20, 155:23, 157:1, 157:7,
159:11, 167:15, 171:16, 171:20,
171:21, 172:1, 172:12, 173:1, 173:10,
173:11, 173:20, 178:15, 178:16,
178:18, 182:2, 183:20, 184:3, 184:6,
185:6, 185:25, 186:12, 186:13,
187:10, 188:25, 189:4, 192:23,
196:13, 197:19, 198:13, 199:7, 199:9,
199:11, 204:6, 206:18, 209:15,
209:23, 209:24, 210:10, 211:1,
217:15, 218:23, 218:25, 219:1, 219:2,
219:4, 219:6, 220:15, 220:17, 224:2,
224:8, 224:15, 224:19, 224:21,
224:24, 224:25, 225:2, 226:20, 227:6,
227:17, 227:22, 227:23, 228:9,
228:12, 228:19, 228:21, 229:15,
229:17, 229:20, 229:24, 230:25,
231:3, 231:15, 234:8, 235:7, 235:9,
235:18, 236:13, 236:17, 236:23,
238:14, 238:18, 238:24, 239:23,
240:15, 242:15, 243:11, 243:12,
243:19, 243:23, 243:25, 244:1, 244:2,
245:11, 245:16, 246:15, 246:16,
247:4, 247:6, 247:15, 248:4, 248:8,
248:10, 248:18, 249:7, 249:8, 249:12,
249:14, 249:24, 253:3, 253:4, 253:7,
253:11, 255:4, 255:5, 255:9, 256:11,
256:12, 256:13, 257:15, 257:16,
257:24, 258:1, 258:7, 259:14, 260:10,
260:11, 263:24, 263:25, 264:19,
265:1, 266:2, 266:20, 267:4, 267:16,
269:2, 269:3, 269:8, 270:6, 270:9,
271:11, 271:16, 271:17, 274:7,
274:25, 275:1, 276:4, 281:22, 281:23,
283:20, 284:19, 284:23, 286:13,
286:18, 287:17, 289:9, 289:20,
289:24, 291:15, 292:8, 292:9, 292:14,
292:15, 294:18, 294:24, 295:1, 295:5,
295:8, 297:22, 297:24, 298:2, 303:21,
304:4, 304:10, 304:24, 304:25, 305:2,
306:19, 309:3, 309:19, 310:18,
312:22, 313:2, 313:20, 315:20,

315:21, 316:2, 319:7, 321:2, 321:11,
321:25, 322:23, 322:24, 322:25,
323:6, 323:8, 323:20, 323:21, 324:3,
324:24, 324:25, 325:2, 325:8, 325:9,
325:19, 326:8, 326:13, 326:17,
326:18, 326:25, 327:4, 327:5, 327:7,
327:10, 327:12, 327:13, 329:2, 329:4,
329:20, 333:22, 333:24, 334:7,
334:12, 334:15, 334:19, 335:24,
335:25, 336:1, 336:25, 338:24,
340:16, 341:15, 341:20, 342:21,
343:19, 343:24, 344:3, 344:11
**we'd** [1] - 297:6
**we'll** [1] - 128:7
**we're** [54] - 7:25, 18:13, 37:6, 70:23,
79:19, 89:8, 94:11, 97:17, 98:8,
103:20, 104:10, 112:2, 115:22,
119:18, 127:23, 129:25, 130:23,
131:13, 136:20, 140:11, 142:19,
145:18, 146:13, 148:9, 172:10,
172:14, 226:21, 234:3, 234:4, 236:6,
243:18, 245:9, 247:10, 248:1, 249:9,
250:25, 253:14, 257:16, 259:7,
259:15, 259:18, 266:14, 268:20,
269:11, 295:2, 295:6, 302:14, 326:17,
330:2, 339:8, 340:9, 340:21, 340:22
**we've** [4] - 79:17, 125:6, 210:8, 269:9
**website** [6] - 148:16, 149:2, 149:4,
149:14, 149:17, 160:25
**weeds** [1] - 123:2
**week** [4] - 242:2, 262:4, 262:5, 262:8
**weeks** [3] - 251:13, 262:17, 263:1
**weigh** [4] - 59:4, 264:24, 290:21, 341:17
**weighed** [1] - 52:3
**weighing** [3] - 52:7, 177:5, 227:2
**weighs** [2] - 17:9, 59:14
**weight** [3] - 122:9, 154:10, 159:13
**Welcome** [2] - 192:5, 214:22
**welcome** [3] - 227:24, 228:10, 228:25
**welfare** [1] - 55:5
**well** [126] - 18:6, 21:8, 21:20, 22:9,
24:14, 25:7, 28:11, 48:13, 49:12,
51:14, 51:15, 53:1, 54:8, 54:9, 60:19,
60:23, 64:3, 73:6, 73:15, 90:15, 91:10,
97:25, 99:5, 99:15, 102:9, 104:4,
104:11, 105:9, 106:17, 108:25,
109:20, 111:1, 112:1, 112:7, 112:8,
117:20, 119:5, 122:17, 124:12,
126:24, 128:7, 129:1, 129:18, 131:15,
131:24, 133:3, 133:9, 133:22, 135:17,
136:6, 137:7, 145:15, 146:16, 149:1,
150:19, 165:3, 170:14, 174:21,
176:25, 177:1, 178:11, 179:11,
179:13, 180:10, 195:12, 196:15,
197:1, 197:10, 199:24, 200:13, 201:4,
204:22, 206:13, 212:1, 228:7, 229:2,
233:6, 235:24, 237:23, 241:9, 241:22,
243:2, 243:12, 247:3, 248:3, 249:6,
249:12, 249:13, 249:14, 250:5,
251:20, 252:16, 252:25, 253:4,

254:10, 254:20, 255:3, 255:19,
256:11, 256:17, 257:14, 258:10,
268:14, 269:25, 271:14, 271:16,
272:5, 273:17, 275:11, 276:24,
277:18, 281:4, 283:15, 306:16,
315:14, 318:6, 321:5, 321:17, 324:25,
329:6, 329:8, 334:9, 334:19, 336:22,
337:10, 337:23

**Well** [1] - 326:6

**went** [13] - 19:1, 39:21, 54:18, 58:16,
95:9, 123:4, 162:24, 190:23, 253:19,
254:17, 255:6, 262:10, 264:15

**were** [117] - 10:24, 13:10, 15:18, 15:24,
17:22, 19:1, 22:5, 26:8, 26:25, 27:1,
27:6, 36:19, 40:16, 41:2, 41:4, 49:17,
54:17, 55:10, 55:23, 59:21, 60:1,
64:21, 65:7, 65:15, 73:23, 74:22, 77:1,
77:15, 92:10, 94:4, 94:15, 94:16,
94:17, 99:10, 99:13, 101:12, 101:16,
101:19, 104:7, 105:5, 105:7, 106:3,
123:6, 123:7, 125:20, 127:17, 130:1,
130:9, 133:19, 135:14, 136:2, 140:10,
145:11, 174:4, 174:24, 179:5, 184:5,
184:6, 202:10, 207:14, 208:18,
212:24, 216:7, 219:1, 219:2, 220:13,
220:19, 226:20, 234:20, 235:21,
236:23, 240:2, 244:25, 247:24,
248:15, 248:16, 253:21, 254:25,
255:23, 262:17, 262:25, 263:15,
266:2, 271:9, 279:20, 279:21, 283:9,
288:5, 298:9, 302:12, 305:16, 305:18,
306:3, 313:10, 313:18, 313:22,
315:23, 317:19, 317:25, 319:9,
320:14, 321:2, 321:15, 323:19,
324:13, 324:23, 328:15, 328:16,
330:11, 335:10, 335:11, 336:1, 338:7,
338:11, 340:7

**weren't** [3] - 63:23, 176:24, 277:6

**Western** [1] - 208:20

**what** [470] - 9:24, 11:1, 14:6, 17:23,
18:13, 24:12, 25:5, 25:13, 26:3, 27:5,
27:9, 27:12, 27:18, 28:1, 28:6, 28:11,
28:14, 28:23, 29:1, 31:16, 32:15, 34:5,
34:7, 34:15, 35:13, 35:23, 36:5, 37:5,
37:10, 38:2, 39:9, 39:10, 39:11, 39:25,
42:2, 45:2, 49:4, 51:21, 54:9, 56:3,
57:14, 57:16, 57:18, 57:19, 57:22,
60:13, 60:14, 60:17, 60:18, 61:6,
61:25, 62:13, 66:22, 66:23, 67:20,
71:13, 71:24, 72:2, 72:18, 74:8, 75:9,
77:20, 77:21, 77:23, 78:1, 78:14,
79:12, 80:16, 80:23, 82:10, 82:13,
82:21, 82:25, 83:19, 83:25, 84:17,
84:19, 85:5, 85:9, 85:10, 86:10, 86:11,
86:13, 86:17, 88:18, 90:14, 90:21,
92:2, 92:7, 92:13, 95:15, 96:3, 96:7,
97:9, 97:11, 97:19, 98:10, 99:8, 99:10,
99:11, 99:13, 99:16, 101:7, 101:17,
102:3, 102:5, 102:11, 102:12, 102:13,
103:10, 104:1, 104:8, 104:20, 106:22,

107:19, 108:5, 108:6, 108:11, 108:16,
109:7, 110:3, 110:4, 110:16, 110:18,
110:22, 111:9, 111:10, 111:12,
111:14, 111:24, 112:2, 113:3, 113:18,
113:21, 117:17, 118:20, 118:21,
119:3, 119:18, 120:4, 120:6, 120:23,
121:21, 121:23, 122:3, 122:15,
122:22, 123:14, 123:19, 124:10,
125:20, 126:5, 126:24, 128:25,
129:10, 129:12, 129:13, 129:14,
130:13, 130:15, 130:16, 130:25,
131:1, 131:13, 132:5, 132:12, 132:19,
133:1, 133:20, 134:16, 136:9, 136:19,
137:9, 138:1, 139:4, 139:8, 140:12,
140:21, 141:10, 142:6, 142:11,
142:23, 143:1, 143:23, 144:5, 144:10,
146:19, 146:20, 147:21, 149:21,
150:5, 151:1, 151:24, 153:1, 154:2,
154:8, 156:3, 156:4, 156:5, 158:15,
158:25, 159:4, 159:15, 159:19, 160:6,
161:15, 162:8, 165:11, 165:20,
166:11, 168:6, 168:16, 168:20,
168:22, 168:23, 168:24, 169:16,
169:18, 170:1, 170:6, 170:7, 170:13,
172:5, 172:18, 173:7, 173:11, 173:22,
175:3, 175:14, 177:8, 177:20, 178:25,
179:13, 180:2, 181:24, 184:1, 184:4,
184:5, 184:6, 184:18, 184:21, 185:6,
185:19, 186:6, 186:12, 186:13,
186:16, 187:3, 188:11, 189:14,
189:21, 190:22, 193:17, 194:10,
195:21, 197:22, 198:24, 200:19,
200:25, 201:4, 202:3, 211:15, 218:13,
218:18, 220:20, 220:25, 223:7,
223:11, 224:23, 225:10, 225:16,
225:21, 226:9, 227:15, 227:25,
228:12, 228:15, 229:16, 230:14,
230:23, 231:10, 232:9, 233:14, 234:3,
234:20, 235:21, 235:22, 235:23,
235:25, 236:22, 236:23, 238:13,
238:14, 240:5, 240:15, 241:6, 241:13,
241:19, 242:8, 242:15, 243:22,
244:14, 245:25, 247:4, 247:5, 248:12,
248:19, 249:2, 249:9, 249:14, 250:25,
251:2, 251:20, 252:1, 255:19, 256:3,
257:15, 257:17, 258:10, 260:3,
260:20, 263:10, 263:20, 264:17,
265:3, 265:6, 265:14, 266:2, 266:22,
266:23, 267:1, 267:7, 268:9, 268:20,
269:11, 269:13, 269:14, 269:15,
270:13, 270:20, 273:25, 275:9,
275:23, 276:16, 277:25, 278:10,
279:15, 281:3, 281:4, 282:2, 282:12,
282:13, 282:14, 282:16, 282:19,
282:21, 282:23, 283:14, 284:6,
286:16, 286:18, 288:15, 288:20,
289:11, 291:12, 291:21, 293:4,
293:21, 294:13, 295:9, 295:11,
295:17, 297:11, 297:12, 297:13,
298:17, 299:9, 299:25, 300:11, 301:1,
302:13, 302:14, 302:21, 304:3, 304:9,

304:12, 306:8, 306:12, 308:4, 309:10,
309:11, 310:12, 310:18, 312:1,
312:23, 315:10, 317:13, 320:5,
320:17, 320:18, 320:24, 321:4,
321:20, 323:15, 323:25, 324:20,
326:21, 328:25, 329:14, 329:16,
329:17, 329:25, 330:1, 330:10,
330:11, 331:12, 332:7, 332:9, 332:14,
332:15, 332:17, 332:21, 332:22,
333:15, 333:16, 333:19, 333:20,
333:24, 334:10, 334:21, 335:12,
337:6, 337:15, 338:15, 338:18,
338:21, 339:2, 339:10, 340:1, 340:4,
343:15, 343:24

**What** [1] - 265:5

**what's** [13] - 28:14, 95:22, 98:20, 104:1,
106:25, 111:6, 161:16, 169:22, 195:9,
226:21, 253:13, 254:9, 337:7

**whatever** [20] - 8:21, 9:13, 34:10, 41:25,
56:23, 66:2, 71:18, 71:19, 73:25,
78:10, 111:14, 174:9, 176:2, 185:1,
196:18, 276:6, 311:19, 334:5, 334:16

**whatsoever** [5] - 42:4, 49:23, 52:6,
94:4, 174:8

**wheat** [1] - 85:9

**when** [137] - 20:3, 20:11, 23:20, 24:2,
26:15, 26:19, 28:5, 32:16, 40:17, 43:5,
43:13, 44:10, 44:11, 50:23, 54:24,
55:2, 56:16, 56:17, 60:7, 60:11, 61:21,
77:15, 79:17, 90:25, 94:23, 98:17,
98:22, 104:7, 108:18, 111:14, 114:3,
121:18, 121:19, 125:9, 125:13,
127:18, 129:24, 130:7, 131:3, 132:25,
134:3, 135:10, 136:12, 136:24,
137:16, 140:8, 140:22, 145:11,
149:20, 151:2, 152:3, 155:24, 156:3,
156:4, 156:23, 156:25, 160:6, 163:21,
175:16, 176:10, 180:2, 183:18, 185:4,
186:1, 186:14, 187:11, 190:24,
193:17, 197:11, 207:22, 213:15,
216:24, 218:15, 218:24, 220:21,
220:24, 221:18, 226:22, 230:22,
231:3, 235:9, 235:16, 237:10, 240:17,
242:6, 242:25, 243:2, 243:9, 243:18,
243:20, 243:24, 252:5, 252:24,
254:24, 259:21, 259:22, 265:10,
265:12, 270:13, 270:24, 272:8,
273:21, 274:15, 279:25, 281:15,
283:7, 285:25, 287:18, 287:25, 289:1,
289:5, 289:7, 297:15, 301:19, 308:13,
308:17, 315:22, 319:3, 322:16,
322:25, 324:7, 327:8, 328:4, 331:25,
333:16, 333:24, 334:10, 334:19,
334:22, 339:15, 340:4, 342:8, 342:13,
342:16, 343:1

**When** [1] - 206:3

**whenever** [1] - 252:6

**where** [81] - 8:19, 28:16, 31:14, 35:17,
37:6, 43:7, 46:11, 47:10, 47:12, 52:11,
52:18, 65:7, 66:1, 67:1, 68:3, 75:2,

84:1, 86:19, 87:11, 90:13, 90:14,
96:25, 100:11, 111:21, 113:24, 117:8,
117:10, 123:23, 127:24, 131:25,
134:19, 134:21, 140:18, 152:7, 162:1,
175:22, 177:24, 182:24, 183:22,
187:10, 188:25, 198:21, 198:23,
199:7, 199:9, 202:3, 203:23, 205:20,
212:2, 222:6, 223:1, 227:22, 230:22,
232:19, 238:1, 239:12, 239:20,
242:19, 242:23, 243:11, 259:14,
268:23, 272:11, 274:10, 275:2, 275:8,
275:14, 280:1, 281:1, 285:9, 286:24,
288:10, 288:11, 289:2, 290:3, 305:15,
320:9, 325:11, 335:24
**whereas** [2] - 101:20, 107:7
**whereby** [1] - 216:9
**whether** [81] - 8:7, 8:23, 12:9, 13:4,
13:15, 17:11, 37:11, 43:9, 45:2, 47:25,
51:23, 52:1, 52:2, 52:7, 53:9, 54:7,
62:8, 62:24, 64:16, 64:18, 70:25,
73:18, 78:4, 79:18, 104:2, 113:8,
115:17, 128:22, 129:5, 131:5, 131:10,
137:17, 137:25, 138:8, 154:19, 160:4,
168:10, 169:13, 171:1, 171:8, 171:9,
174:24, 178:23, 184:11, 188:15,
193:25, 194:4, 194:5, 199:19, 207:22,
214:19, 215:7, 220:20, 225:1, 228:23,
235:25, 244:17, 250:3, 257:12,
265:17, 267:9, 269:16, 273:5, 274:4,
288:23, 295:3, 295:25, 296:1, 299:1,
301:1, 301:3, 305:22, 306:2, 318:23,
320:13, 332:1, 336:16, 340:17, 341:2,
341:6
**whew** [1] - 106:6
**which** [161] - 6:23, 7:9, 11:23, 13:1,
15:9, 16:17, 18:2, 19:19, 22:4, 22:6,
23:7, 31:20, 33:16, 34:11, 34:17, 37:1,
43:22, 46:4, 47:5, 48:1, 48:3, 52:11,
53:3, 54:23, 55:10, 63:22, 64:5, 64:16,
64:17, 65:6, 65:17, 66:17, 71:9, 74:7,
76:10, 84:8, 88:13, 94:17, 94:20, 95:5,
95:6, 98:22, 99:4, 101:6, 102:13,
104:19, 105:24, 107:20, 112:17,
117:3, 118:6, 119:25, 121:1, 122:13,
123:11, 123:14, 124:14, 125:15,
125:16, 132:13, 138:1, 138:2, 138:4,
139:19, 140:5, 140:7, 140:10, 141:7,
143:4, 143:21, 149:7, 149:8, 152:19,
158:8, 165:2, 165:7, 172:8, 172:20,
174:11, 175:4, 183:17, 183:23,
185:20, 187:18, 191:19, 193:21,
196:13, 197:3, 198:3, 207:12, 208:8,
208:24, 218:4, 219:12, 225:19,
225:23, 225:24, 226:24, 228:16,
232:17, 233:24, 236:23, 237:2, 242:9,
243:11, 245:5, 245:11, 248:12,
255:20, 256:22, 257:20, 257:25,
262:14, 265:9, 268:11, 269:13,
269:14, 270:11, 270:24, 271:8,
271:10, 271:11, 279:10, 279:17,

281:1, 281:20, 282:13, 285:1, 285:11,
292:7, 292:22, 295:10, 296:18,
297:16, 297:17, 297:20, 298:16,
299:17, 299:18, 300:10, 300:22,
302:5, 302:8, 302:20, 303:8, 317:25,
319:21, 328:8, 330:22, 334:4, 338:4,
338:11, 338:25, 342:16
**whichever** [1] - 255:17
**while** [7] - 21:20, 63:19, 186:23, 225:8,
233:10, 241:13, 294:11
**White** [1] - 341:7
**who** [149] - 6:15, 8:7, 13:12, 16:24, 22:4,
24:12, 26:10, 27:2, 33:12, 34:13, 35:8,
35:23, 37:12, 37:17, 37:22, 39:7,
39:12, 39:17, 39:18, 40:20, 46:16,
51:3, 55:22, 60:15, 68:21, 69:1, 72:23,
73:1, 73:8, 75:5, 75:8, 75:16, 83:13,
86:1, 90:6, 90:11, 94:14, 94:15, 98:7,
103:3, 103:21, 112:23, 113:25, 123:8,
124:22, 127:5, 128:1, 128:3, 128:14,
131:4, 139:12, 142:17, 143:7, 153:9,
154:5, 160:14, 160:21, 161:6, 161:8,
161:22, 165:9, 165:16, 172:11, 173:6,
174:7, 174:16, 174:22, 177:3, 179:4,
180:4, 180:14, 181:21, 183:1, 191:25,
192:13, 197:21, 199:12, 199:14,
199:20, 200:10, 202:10, 207:7,
207:16, 209:3, 214:6, 214:9, 214:10,
214:15, 219:24, 220:3, 220:13,
222:21, 223:23, 228:5, 228:8, 228:20,
229:21, 229:23, 230:2, 230:11,
230:17, 230:18, 230:19, 231:15,
231:16, 231:19, 232:1, 232:4, 232:21,
233:18, 233:23, 242:14, 244:7,
244:15, 244:22, 250:7, 250:8, 250:20,
254:6, 255:11, 261:12, 264:8, 266:6,
268:11, 269:18, 273:20, 276:21,
285:15, 287:12, 297:4, 300:3, 305:9,
305:10, 311:8, 312:5, 315:21, 317:9,
318:19, 319:13, 320:3, 326:3, 327:6,
327:7, 331:7
**whoever** [3] - 196:19, 196:24, 200:17
**whole** [14] - 12:4, 46:23, 88:5, 112:6,
140:8, 140:24, 152:18, 195:13, 196:7,
252:9, 258:6, 283:7, 324:23, 338:20
**wholesale** [2] - 93:8, 187:12
**wholly** [2] - 49:5, 188:4
**whom** [7] - 25:16, 126:11, 127:21,
193:11, 209:18, 214:3, 289:4
**whoops** [1] - 234:14
**whose** [6] - 194:1, 304:14, 304:18,
305:13, 305:19, 306:4
**why** [68] - 6:3, 7:19, 7:20, 43:18, 66:10,
74:16, 79:16, 84:24, 86:6, 92:15, 96:1,
96:8, 98:25, 100:15, 102:7, 105:7,
107:2, 110:19, 115:22, 118:22, 121:4,
122:9, 135:12, 137:18, 142:24,
150:10, 150:25, 153:8, 168:2, 170:16,
170:17, 170:19, 171:17, 171:24,
172:3, 173:10, 179:24, 181:8, 181:20,

183:24, 184:8, 185:13, 188:3, 196:23,
196:24, 196:25, 204:7, 204:9, 206:2,
225:9, 225:14, 231:14, 237:10, 240:9,
247:14, 250:10, 255:2, 258:23,
268:19, 271:15, 277:4, 304:10,
307:12, 312:23, 312:24, 324:3
**wide** [5] - 11:21, 28:14, 249:8, 301:25,
321:19
**wife** [1] - 219:24
**Wilfong** [1] - 2:15
**will** [119] - 5:7, 8:20, 9:3, 34:24, 35:13,
35:23, 36:1, 37:10, 37:11, 37:12, 38:2,
38:22, 38:23, 38:25, 39:4, 39:11,
39:12, 40:21, 40:23, 41:20, 43:9, 45:2,
45:3, 51:10, 55:14, 55:15, 55:17, 56:6,
57:20, 76:15, 79:11, 79:17, 80:18,
81:21, 83:5, 83:13, 83:14, 84:9, 87:10,
87:11, 88:3, 91:18, 96:7, 96:16, 97:7,
102:22, 103:3, 109:3, 109:18, 110:21,
111:1, 111:15, 111:25, 115:4, 115:6,
116:2, 117:24, 118:6, 118:9, 118:17,
120:14, 124:1, 141:21, 145:2, 150:4,
153:14, 157:18, 157:25, 187:10,
201:20, 202:6, 218:25, 220:2, 220:4,
220:5, 223:23, 223:25, 224:8, 225:2,
227:4, 234:10, 235:8, 235:24, 236:12,
241:3, 242:13, 245:15, 252:18,
253:11, 254:1, 254:3, 254:4, 254:9,
256:5, 271:20, 274:20, 276:19,
280:12, 281:23, 288:1, 292:18,
292:25, 293:10, 295:21, 307:10,
308:14, 314:19, 315:21, 315:22,
316:3, 318:22, 318:25, 322:18, 331:6,
335:24, 336:5, 342:3, 344:11
**willing** [3] - 34:13, 76:1, 78:1
**win** [4] - 138:22, 218:19, 232:25
**win-win** [1] - 232:25
**wind** [3] - 35:18, 190:25, 207:10
**winnowed** [1] - 159:3
**wins** [1] - 338:25
**wipe** [2] - 226:15, 234:22
**wiped** [1] - 343:4
**wise** [2] - 98:20, 250:12
**wish** [1] - 140:20
**with** [288] - 11:6, 11:7, 11:17, 11:18,
18:3, 19:21, 20:1, 20:2, 23:24, 24:7,
26:10, 26:19, 27:6, 31:17, 32:23,
32:24, 33:12, 33:23, 33:25, 34:3,
34:13, 34:17, 35:13, 35:23, 36:6,
38:17, 38:25, 39:5, 39:10, 40:11,
41:12, 43:4, 43:13, 44:6, 44:7, 44:18,
44:19, 44:22, 45:1, 45:24, 46:9, 46:22,
47:4, 47:25, 48:6, 49:3, 50:4, 54:7,
54:22, 55:19, 56:5, 57:17, 57:20,
60:13, 60:14, 61:16, 62:3, 66:5, 66:15,
67:6, 67:7, 67:15, 68:9, 68:15, 69:2,
74:13, 75:6, 75:7, 75:9, 75:11, 79:25,
82:17, 82:22, 85:15, 88:11, 88:19,
90:15, 94:11, 96:4, 98:19, 99:10,
100:19, 101:1, 102:2, 102:6, 103:19,

104:12, 105:25, 108:5, 108:22,
108:23, 109:8, 112:24, 113:17, 114:3,
114:4, 114:24, 118:17, 120:22,
122:14, 122:15, 129:11, 129:14,
132:1, 132:12, 135:3, 139:1, 142:6,
144:4, 144:25, 146:19, 147:11,
147:17, 148:6, 148:13, 149:17,
150:12, 150:17, 152:1, 152:15,
152:25, 153:16, 153:25, 157:18,
158:2, 160:19, 162:10, 163:7, 164:2,
165:25, 166:23, 167:13, 167:16,
167:22, 168:8, 169:19, 171:12,
171:16, 172:11, 172:13, 172:15,
173:1, 173:9, 174:15, 175:19, 176:21,
180:1, 184:2, 185:6, 188:4, 188:13,
188:19, 193:23, 194:2, 194:16,
194:18, 195:12, 197:20, 197:22,
198:6, 199:20, 200:5, 200:17, 202:1,
205:5, 205:20, 205:22, 206:11,
206:16, 207:4, 207:7, 208:12, 208:19,
208:20, 209:12, 209:19, 209:20,
211:3, 211:17, 211:22, 215:3, 216:17,
217:6, 221:15, 221:20, 221:21,
221:22, 222:10, 222:18, 223:4,
224:22, 226:4, 228:21, 229:23, 230:7,
230:10, 231:5, 232:3, 232:12, 232:19,
232:20, 233:1, 233:9, 233:20, 235:10,
237:12, 237:13, 238:2, 238:21, 240:4,
240:21, 242:18, 243:1, 244:10, 245:5,
245:14, 246:7, 247:10, 249:3, 253:19,
254:17, 261:6, 261:9, 262:3, 263:24,
265:21, 267:25, 268:16, 269:6,
271:12, 275:6, 276:1, 277:1, 277:2,
280:22, 284:18, 286:18, 288:23,
289:3, 289:16, 291:22, 292:8, 295:6,
296:1, 301:4, 303:9, 306:4, 306:21,
308:3, 312:22, 312:23, 313:14,
313:23, 314:10, 320:1, 323:10,
323:16, 324:25, 325:2, 325:3, 325:23,
328:9, 330:24, 332:23, 334:12,
334:15, 334:25, 335:19, 335:25,
338:16, 338:17, 338:19, 338:21,
339:8, 339:18, 342:20, 343:15, 343:24

**withdraw** [1] - 59:22

**withdrawing** [1] - 292:4

**within** [22] - 8:11, 25:16, 39:15, 71:18,
72:4, 101:13, 102:23, 121:1, 207:22,
226:23, 228:8, 239:24, 262:4, 267:20,
268:5, 296:15, 300:20, 326:9, 326:10,
326:13, 326:17, 334:25

**Within** [1] - 262:5

**without** [23] - 16:3, 40:5, 42:18, 60:6,
60:18, 60:20, 62:23, 66:12, 75:8,
99:19, 124:23, 128:4, 162:4, 175:21,
189:16, 205:17, 216:25, 234:13,
248:13, 261:19, 274:20, 306:14,
322:16

**witness** [12] - 170:8, 171:23, 171:25,
172:3, 172:7, 172:10, 172:12, 173:9,
177:1, 308:25, 309:5, 310:4

**witnesses** [1] - 138:16

**wits** [1] - 309:11

**won't** [9] - 34:18, 34:25, 40:23, 140:13,
152:17, 152:24, 157:6, 162:25, 224:16

**wonderful** [1] - 140:23

**wondering** [1] - 226:5

**word** [5] - 47:2, 110:24, 111:5, 111:15,
186:1

**worded** [1] - 142:8

**wording** [1] - 115:5

**words** [9] - 30:5, 30:6, 133:7, 151:2,
165:13, 204:16, 218:4, 221:9, 324:23

**work** [23] - 63:2, 82:1, 85:25, 114:3,
128:7, 147:9, 152:1, 155:12, 166:23,
166:25, 171:6, 185:11, 222:5, 230:22,
230:23, 232:18, 234:24, 235:17,
237:2, 237:15, 242:19, 287:10, 311:22

**worked** [5] - 34:16, 194:16, 202:24,
330:24, 337:18

**worker** [1] - 167:1

**workers** [1] - 232:25

**working** [5] - 11:18, 232:13, 233:8,
251:8, 308:3

**works** [7] - 66:20, 85:25, 141:20,
232:18, 257:7, 261:9, 297:4

**World** [2] - 192:10, 192:13

**world** [5] - 32:18, 118:20, 179:20,
257:17, 329:6

**worldwide** [1] - 164:7

**worry** [1] - 103:16

**worse** [2] - 39:17, 59:2

**worsening** [1] - 15:4

**worth** [5] - 135:10, 140:14, 332:2,
341:4, 341:15

**worthy** [1] - 212:3

**would** [408] - 6:4, 6:20, 6:24, 7:7, 7:8,
7:9, 7:10, 7:12, 7:20, 10:25, 12:25,
15:22, 15:25, 16:1, 16:6, 16:21, 16:24,
17:1, 17:9, 18:21, 19:3, 19:6, 21:14,
23:18, 24:7, 24:8, 24:15, 25:8, 26:4,
28:23, 30:25, 31:1, 31:4, 31:10, 33:2,
34:19, 35:18, 37:24, 38:1, 39:13,
39:15, 39:24, 40:4, 40:20, 41:16, 42:6,
45:12, 45:13, 45:14, 45:18, 45:21,
46:7, 48:10, 48:16, 49:8, 49:16, 50:8,
51:7, 53:9, 53:16, 54:3, 55:4, 55:8,
55:24, 57:11, 57:18, 57:24, 58:2, 58:6,
58:8, 58:13, 59:1, 59:16, 59:18, 59:22,
59:23, 60:6, 60:12, 60:13, 60:14,
60:15, 60:17, 60:24, 61:8, 61:14,
61:16, 62:1, 62:8, 62:13, 62:15, 62:16,
62:17, 62:24, 63:2, 63:5, 63:9, 64:17,
65:14, 66:4, 66:22, 66:23, 68:24, 69:6,
69:15, 69:16, 69:18, 69:21, 69:22,
71:13, 71:17, 71:20, 71:25, 73:6, 74:6,
74:19, 79:13, 82:1, 82:10, 87:25, 94:7,
94:22, 95:15, 97:21, 99:8, 99:11,
99:13, 99:16, 102:15, 102:17, 103:5,
103:8, 103:14, 103:25, 105:6, 107:17,
108:9, 108:12, 112:19, 113:11, 114:6,

114:7, 114:8, 114:18, 114:20, 116:1,
119:22, 119:25, 120:1, 120:4, 120:9,
120:10, 120:11, 121:5, 121:21,
121:25, 122:17, 123:25, 125:3,
126:11, 127:15, 127:16, 127:25,
128:5, 131:21, 132:23, 133:22,
136:11, 138:12, 138:16, 139:25,
143:16, 148:19, 149:8, 149:11,
149:22, 149:24, 150:8, 150:13,
150:24, 152:12, 153:8, 154:7, 155:7,
155:17, 156:20, 159:7, 159:11,
159:13, 161:25, 162:3, 162:13,
163:18, 164:4, 166:10, 166:16, 167:2,
167:12, 170:12, 170:14, 172:9, 173:2,
173:23, 174:10, 174:13, 174:14,
174:22, 177:23, 178:13, 178:24,
179:22, 180:24, 180:25, 181:10,
181:23, 182:1, 184:14, 187:11,
189:11, 189:15, 189:21, 189:25,
190:1, 190:2, 190:5, 190:15, 190:21,
193:19, 194:1, 196:12, 196:14, 197:7,
197:9, 197:19, 198:2, 198:4, 198:7,
198:18, 198:19, 199:4, 199:7, 199:19,
200:22, 201:12, 205:6, 211:17, 213:4,
214:24, 215:8, 216:18, 217:20,
218:25, 220:8, 220:13, 220:15,
220:17, 220:23, 224:21, 224:23,
225:6, 225:24, 226:15, 228:6, 228:15,
228:18, 228:22, 229:1, 229:7, 229:13,
229:16, 233:23, 234:9, 234:15,
234:19, 234:22, 235:18, 235:20,
236:20, 237:3, 237:20, 239:17,
239:21, 239:23, 240:3, 240:6, 242:6,
243:22, 243:23, 244:24, 246:15,
246:24, 248:12, 249:24, 253:5,
254:13, 256:12, 257:9, 258:1, 264:2,
265:14, 265:18, 267:1, 272:5, 273:20,
274:7, 274:9, 274:25, 275:6, 275:18,
276:21, 277:10, 278:4, 278:10,
280:22, 282:13, 284:6, 285:5, 286:6,
286:11, 287:2, 290:9, 295:8, 296:7,
297:5, 298:4, 298:7, 298:10, 299:10,
300:4, 301:11, 301:21, 301:22,
302:25, 303:1, 303:5, 303:7, 305:1,
305:25, 307:13, 308:16, 309:7, 310:9,
310:10, 310:14, 310:18, 310:19,
311:22, 312:10, 312:19, 313:10,
313:16, 313:17, 313:23, 314:12,
314:14, 314:16, 314:24, 316:9,
317:15, 317:25, 319:4, 319:14,
320:12, 327:10, 327:12, 329:20,
331:17, 332:1, 332:3, 332:8, 332:9,
332:14, 332:15, 332:17, 332:18,
332:19, 332:21, 332:22, 333:4, 333:8,
333:10, 333:19, 334:5, 334:16,
334:18, 334:19, 338:20, 343:5, 343:7,
343:9

**wouldn't** [17] - 7:2, 7:4, 32:4, 79:21,
99:18, 124:15, 127:5, 127:24, 139:12,
159:7, 189:23, 243:25, 269:10, 272:3,
298:18, 312:5

**wreaked** [1] - 7:4
**write** [2] - 23:23, 158:15
**write-up** [1] - 158:15
**writing** [2] - 57:1, 313:8
**written** [1] - 179:7
**wrong** [2] - 113:4, 240:12
**wrote** [3] - 205:13, 207:1, 242:10
**Wyatt** [2] - 232:17, 232:18
**Wyatt's** [1] - 232:23

# X

**X** [3] - 133:19, 133:20, 247:23

# Y

**Y** [1] - 3:2
**y'all** [6] - 264:23, 269:12, 301:9, 306:3, 306:4, 307:3
**Yael** [4] - 165:1, 203:22, 206:19, 209:9
**yeah** [35] - 28:21, 30:16, 37:3, 67:2, 76:9, 79:16, 92:23, 93:15, 105:16, 105:21, 113:11, 113:21, 114:11, 126:24, 129:20, 130:14, 146:16, 167:24, 175:10, 182:22, 189:11, 198:23, 225:17, 240:11, 246:3, 257:14, 268:21, 270:8, 272:3, 276:13, 281:7, 310:18, 334:20, 338:23
**year** [32] - 14:15, 31:11, 32:12, 32:13, 32:15, 32:18, 32:20, 32:21, 33:14, 35:14, 37:10, 61:23, 76:23, 77:1, 77:8, 122:20, 122:24, 124:21, 149:15, 213:20, 214:12, 220:2, 238:4, 253:10, 262:12, 272:2, 279:15, 301:13, 309:20, 328:22, 330:23
**year-over-year** [1] - 32:18
**years** [38] - 34:6, 34:7, 34:22, 34:24, 35:24, 36:25, 37:21, 39:21, 62:6, 102:3, 102:23, 102:25, 103:4, 152:9, 211:9, 214:13, 215:3, 217:4, 218:23, 218:25, 220:16, 222:7, 222:18, 223:15, 223:16, 230:3, 237:16, 237:19, 238:2, 238:3, 253:11, 256:3, 271:24, 313:6, 318:17, 319:2, 319:3
**yep** [1] - 264:25
**yes** [87] - 10:20, 10:23, 12:11, 13:5, 13:22, 14:3, 18:24, 24:24, 30:23, 30:25, 32:7, 36:22, 37:7, 38:13, 40:24, 47:8, 48:18, 48:23, 63:14, 67:14, 68:8, 76:17, 87:4, 87:13, 95:21, 101:3, 101:18, 103:8, 114:14, 129:24, 130:20, 130:21, 138:22, 142:15, 155:17, 161:10, 166:21, 167:12, 170:9, 170:24, 172:24, 173:1, 173:2, 173:8, 178:22, 178:23, 179:22, 183:21, 184:17, 184:23, 185:2, 189:11, 189:14, 189:15, 189:16, 190:5, 190:21, 196:12, 211:18, 220:1, 224:7, 239:19, 241:13, 246:11, 261:22, 264:22, 269:20, 273:4, 274:2,

284:10, 291:25, 308:20, 309:21, 310:3, 311:11, 315:13, 317:23, 318:15, 321:9, 321:11, 329:24, 331:23, 340:23, 343:16
**Yes** [10] - 22:25, 35:21, 57:22, 74:1, 135:9, 236:5, 259:10, 263:24, 266:1, 298:24
**yesterday** [38] - 5:23, 9:24, 10:9, 12:17, 13:8, 21:10, 21:12, 31:18, 32:11, 33:11, 36:25, 42:25, 45:5, 50:6, 52:4, 65:16, 66:8, 69:20, 81:16, 81:22, 92:11, 102:18, 104:6, 121:18, 122:15, 134:18, 151:5, 157:13, 194:11, 211:13, 217:8, 232:8, 233:13, 234:19, 234:20, 235:22, 297:12, 333:5
**yet** [9] - 38:16, 39:8, 50:25, 128:17, 165:9, 189:1, 230:25, 237:3, 291:11
**York** [4] - 104:19, 104:21, 105:1, 282:8
**you're** [49] - 26:19, 28:5, 28:6, 36:10, 37:5, 37:24, 48:3, 56:24, 66:23, 71:12, 97:11, 100:11, 108:1, 113:18, 113:22, 130:13, 133:18, 133:19, 136:3, 167:3, 168:21, 169:2, 169:11, 170:11, 172:5, 175:3, 175:5, 175:7, 176:11, 176:12, 176:13, 225:14, 226:4, 241:14, 242:7, 246:1, 248:2, 248:22, 255:3, 256:18, 269:15, 269:17, 272:8, 282:22, 302:13, 306:24, 308:22, 318:18, 325:22
**you've** [1] - 248:20
**Young** [1] - 3:3
**Your** [212] - 5:5, 5:8, 5:10, 12:11, 13:5, 13:22, 18:24, 22:25, 24:24, 26:23, 28:21, 30:10, 35:21, 36:9, 36:22, 37:7, 37:25, 38:13, 46:24, 47:8, 47:20, 48:18, 48:23, 51:7, 51:19, 56:13, 56:25, 57:22, 61:4, 62:19, 63:14, 64:8, 67:14, 69:19, 70:17, 72:8, 72:13, 74:1, 76:17, 78:13, 79:24, 80:2, 82:20, 83:17, 87:1, 87:18, 88:16, 89:15, 90:2, 91:17, 92:10, 92:22, 93:13, 94:9, 95:13, 96:17, 97:16, 98:4, 99:16, 100:2, 100:10, 100:24, 101:6, 103:25, 104:6, 104:15, 104:17, 108:25, 109:4, 109:11, 109:24, 111:2, 111:16, 113:12, 113:19, 114:16, 115:19, 116:15, 117:1, 117:15, 118:19, 119:13, 119:16, 119:22, 120:18, 122:4, 123:2, 123:17, 124:13, 125:4, 126:1, 127:22, 128:10, 128:16, 129:2, 129:17, 129:24, 136:22, 137:9, 137:18, 138:11, 139:6, 139:25, 140:3, 140:13, 140:24, 141:22, 142:15, 143:13, 144:4, 144:9, 144:22, 145:6, 145:13, 146:8, 146:17, 147:16, 147:23, 148:15, 150:2, 152:6, 158:2, 159:15, 166:18, 170:10, 171:14, 174:15, 185:14, 186:25, 197:22, 200:19, 201:10, 204:17, 210:2, 211:11, 217:16, 221:16, 224:18,

224:23, 225:13, 226:2, 227:17, 228:1, 228:11, 233:10, 234:4, 234:9, 234:17, 235:8, 236:5, 236:18, 237:7, 238:25, 239:8, 239:19, 240:11, 243:17, 244:9, 252:8, 259:10, 259:25, 263:22, 263:24, 266:1, 266:12, 267:12, 270:16, 271:12, 271:22, 273:4, 274:25, 277:2, 277:9, 278:5, 278:24, 280:11, 282:17, 284:10, 284:16, 286:2, 290:20, 290:23, 291:25, 293:2, 294:7, 295:16, 295:24, 297:1, 298:6, 298:24, 299:3, 299:10, 300:15, 301:7, 303:14, 303:23, 305:14, 307:1, 307:7, 307:10, 310:3, 313:1, 317:12, 318:15, 329:24, 332:13, 333:1, 333:4, 335:7, 337:19, 340:12, 341:22
**your** [61] - 27:14, 28:1, 71:12, 79:14, 80:9, 80:12, 88:5, 88:20, 116:11, 122:13, 128:15, 129:21, 133:21, 136:22, 136:25, 139:1, 140:3, 147:21, 160:16, 164:4, 164:9, 166:5, 170:8, 171:17, 174:13, 176:19, 177:1, 178:8, 178:12, 193:19, 197:20, 205:6, 214:24, 217:18, 239:5, 241:7, 241:20, 242:8, 243:15, 247:25, 257:12, 264:18, 266:17, 267:11, 269:23, 272:4, 297:12, 303:9, 304:14, 304:15, 306:13, 308:4, 308:5, 309:22, 311:2, 317:7, 318:21, 324:20, 326:20, 344:3
**yourself** [1] - 149:17

# Z

**zero** [9] - 115:22, 122:9, 130:1, 131:22, 245:21, 258:1, 259:7, 263:15, 270:22
**Zito** [1] - 228:4
**zone** [9] - 320:9, 320:20, 326:7, 326:10, 326:13, 326:17, 326:24, 327:9