| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas et al.

*versus*

U.S. Department of Homeland Security

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James E. M. Craig<br>Idaho Attorney General's Office<br>P.O. Box 83720<br>Boise, Idaho 83720-0010<br>(208) 334-2400 / james.craig@ag.idaho.gov<br>Idaho State Bar #6365<br>U.S. District Court, District of Idaho |

| Name of party applicant seeks to appear for: | State of Idaho |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/4/2023 | Signed: | /s/ James E. M. Craig |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**    **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge