# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| State of Alabama , et al. | § § | |
| *versus* | § § | Civil Action 6:23–cv–00007 |
| U.S. Department of Homeland Security, et al. | § § | |

Notice of Filing Fee Due
For Motion to Appear Pro Hac Vice

The Southern District of Texas imposes a fee for filing a motion to appear *pro hac vice*. See *District Court General Order 2023-13*. The schedule of fees can be found at *www.txs.uscourts.gov/page/FeeSchedule*.

The Clerk's records indicate the fee has not been paid in this case for the following motion:

Motion to Appear Pro Hac Vice – #287.

You can register for e-filing in the Southern District of Texas through PACER and pay the motion filing fee through CM/ECF.

See the instructions found on the next page.

For additional assistance, call the court's Help Desk at (866) 358-6201, or see the court's website at *www.txs.uscourts.gov*.

Date: October 5, 2023

Nathan Ochsner, Clerk

## Register for E-Filing Access in the Southern District of Texas

If you are already registered for e-filing access in the Southern District of Texas, then you can skip to the **Pay Fee** section below.

If you are not already registered for e-filing access in the Southern District of Texas, you must register first following the instructions in this section. These instructions assume you already have your own, unique PACER account. If you do not already have your own, individual PACER account, then you must first sign up for an account at *https://pacer.uscourts.gov*. Then return to these instructions.

1. Go to *https://pacer.uscourts.gov*.
2. Log into Manage PACER Account.
3. Select the Maintenance tab.
4. Click Attorney Admissions / E-File Registration.
5. Select the Court Type and Court.
6. Select to apply/register for Pro Hac Vice.
7. Complete the E-File Registration form, ensuring you provide your state bar ID and a case number for verification of admissions status.

You can check the status of your e-filing request in your PACER account by selecting the Check E-File Status link on the Maintenance tab. Additional instructions for registering can be found at *www.txs.uscourts.gov/content/cmecf-nextgen*.

When the court has processed your request, you will receive a confirmation email. Once your e-filing account is active, you can pay the fee following the instructions below.

## Pay the Fee

Once you are registered for e-filing, you can pay the fee following these steps.

1. Go to *https://ecf.txsd.uscourts.gov*, and log in with your PACER credentials.
2. Select the Civil or Criminal menu, depending on the case where you need to pay the fee.
3. Under the **Fees** category, click **Pay Fee**.
4. Select **Pro Hac Vice Filing Fee**, then click Next on each screen to proceed through the event.
5. Enter the case number where your motion to appear pro hac vice was filed. For criminal cases, select the relevant defendant.
6. Select the applicable motion and enter the name of the attorney for which the fee is being paid. Click Next to load the payment processing page – pay.gov.
7. Complete the fee payment. The system may prompt you for your PACER credentials. You may use the payment options you set up within PACER for this purpose. After completing the payment, the system will send you back to CM/ECF to complete the docket entry.
8. Click Next on each screen until you reach the Notice of Electronic Filing (NEF). **Important:** The entry is NOT submitted to the court or recorded on the docket until the NEF is displayed.

When the Notice of Electronic Filing (NEF) displays, your payment of the fee has been recorded on the case.