United States District Court
Southern District of Texas

**ENTERED**
October 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

| State of Texas et al. |
|---|
| *versus* |
| U.S. Department of Homeland Security |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James E. M. Craig<br>Idaho Attorney General's Office<br>P.O. Box 83720<br>Boise, Idaho 83720-0010<br>(208) 334-2400 / james.craig@ag.idaho.gov<br>Idaho State Bar #6365<br>U.S. District Court, District of Idaho |
|---|---|

| Name of party applicant seeks to appear for: | State of Idaho |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/4/2023 | Signed: | /s/ James E. M. Craig |
|---|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 10/6/2023 | Clerk's signature    s/Brittany Boniface |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: October 10, 2023

_____
Drew B Tipton
United States District Judge