UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| *Defendants,* and | § | JUDGE DREW B. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.*, | § | |
| | § | |
| *Intervenor Defendants.* | § | |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Will Thompson (Texas Bar No. 24094981) of the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") substitutes as counsel for the Intervenor Defendants in place of Kate Kaufmann Shih. Ms. Shih is no longer with the Quinn Emanuel firm. Mr. Thompson respectfully requests that all notices directed to and service on the Intervenor Defendants concerning the above-captioned cause number be sent to him as follows:

> Quinn Emanuel Urquhart & Sullivan, LLP
> 3100 McKinnon St,
> Suite 1125.
> Dallas, TX 75201
> Telephone: (406) 546-5587
> willthompson@quinnemanuel.com

1

DATED: October 27, 2023

        */s/ Will Thompson*
William Thompson (*Pro Hac Vice forthcoming*)
TX State Bar No. 24094981
Quinn Emanuel Urquhart & Sullivan, LLP
3100 McKinnon St,
Suite 1125.
Dallas, TX 75201
Telephone: (406) 546-5587
willthompson@quinnemanuel.com
*Attorney for Intervenor Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on this day, October 27, 2023, via the Court's ECF system.

        /s/ *Will Thompson*
        Will Thompson