UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| *Defendants,* and | § | JUDGE DREW B. TIPTON |
| | § | |
| VALERIE LAVEUS, *et al.*, | § | |
| | § | |
| *Intervenor Defendants.* | § | |

### [PROPOSED] ORDER

Pending before the Court is Intervenor Defendants' Motion to Strike Texas's Extra-Record Evidence in Post-Trial Brief. ECF No. ___. After reviewing the Motion, the record, and the applicable law, the Court orders as follows:

1. GRANTS Intervenor Defendants' Motion to Strike Texas's Extra-Record Evidence in Post-Trial Brief, striking all references to the extra-record post-trial data cited in Plaintiff States' Post-Trial Brief, ECF No. 285; accordingly, the Court will also strike any references to extraneous data in Intervenor Defendants' Response to Texas's Post-Trial Brief.

[OR]

2. DENIES Intervenor Defendants' Motion to Strike Texas's Extra-Record Evidence in Post-Trial Brief.

[OR]

3. Withholds ruling on Intervenor Defendants' Motion to Strike Texas's Extra-Record Evidence in Post-Trial Brief, and GRANTS Intervenor Defendants' request for an "[o]pportunity to be heard" on this issue pursuant to Rule 201(e) of the Federal Rules of Evidence. A scheduling order will follow.

It is SO ORDERED.

Signed this ___ of _____, 2023.

                                                      **Drew B. Tipton**
                                    **UNITED STATES DISTRICT JUDGE**