## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | Civil Action No. 6:23-CV-00007 |
| *Plaintiffs,* vs. | Judge Drew B. Tipton |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| *Defendants*, and | |
| VALERIE LAVEUS, *et al.*, | |
| *Intervenor Defendants*. | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Plaintiff State of Idaho's counsel, Lincoln Davis Wilson, respectfully moves to withdraw as counsel for Plaintiff State of Idaho due to his departure from the Idaho Attorney General's office.  Plaintiff State of Idaho continues to be represented by James E. M. Craig.  This withdrawal will not delay any proceedings.

/ / /

/ / /

/ / /

1

DATED:  November 2, 2023.

         */s/ Lincoln Davis Wilson*

         LINCOLN DAVIS WILSON

         STATE OF IDAHO
         OFFICE OF THE ATTORNEY GENERAL


By:   */s/ James E. M. Craig*
         James E. M. Craig
         Acting Chief, Civil Litigation and
         Constitutional Defense
         700 W. Jefferson, Room 210
         Boise, ID  83720
         (208) 334-2400
         *Admitted Pro Hac Vice*

         *Counsel for State of Idaho*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_/s/ Lincoln Davis Wilson_
LINCOLN DAVIS WILSON