# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    *Plaintiffs,*<br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants,* and<br><br>VALERIE LAVEUS, *et al.*,<br><br>    *Intervenor Defendants.* | Civil Action No. 6:23-CV-00007<br><br>Judge Drew B. Tipton |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having considered the Motion to Withdraw as Counsel of Lincoln Davis Wilson, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Lincoln Davis Wilson as attorney for Plaintiff State of Idaho in this case.

IT IS SO ORDERED this _____ day of _____, 2023.

 

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE