United States District Court
Southern District of Texas

**ENTERED**
November 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.,

*versus*

U.S. Department of Homeland Security, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Whitney D. Hermandorfer<br>Office of the Tennessee Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202<br>(615) 741-7403 & Whitney.Hermandorfer@ag.tn.gov<br>DC (#888312222) ; TN (#041054); VA (#89244)<br>Middle District of Tennessee (n/a) |
|---|---|

| Name of party applicant seeks to appear for: | State of Tennessee |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/13/2023 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: 9/20/2023 | Clerk's signature   s/Brittany Boniface |

**Order**

This lawyer is admitted *pro hac vice*.

Dated:  November 13, 2023

_____
[signature] Drew B. Tipton
United States District Judge