IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS, et al., *Plaintiffs*, vs. U.S. DEPARTMENT OF HOMELAND SECURITY, et al., *Defendants*, and VALERIE LAVEUS, et al., *Intervenor-Defendants*. | No. 6:23-CV-00007 Judge Drew B. Tipton |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2, Clark L. Hildabrand, counsel for Plaintiff the State of Tennessee, respectfully moves to withdrawal as counsel from this matter. Mr. Hildabrand is withdrawing because he has left employment with the Office of the Tennessee Attorney General. Plaintiff State of Tennessee will continue to be represented by Whitney Hermandorfer. This Court granted Ms. Hermandorfer's motion to appear pro hac vice on November 13, 2023. *See* Doc. 297. Mr. Hildabrand's withdrawal will not delay any proceedings.

Dated: December 21, 2023                Respectfully submitted,

/s/ *Clark L. Hildabrand*
CLARK L. HILDABRAND
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9643
childabrand@cooperkirk.com


JONATHAN SKRMETTI
*Attorney General and Reporter of Tennessee*
WHITNEY D. HERMANDORFER
*Director of Strategic Litigation Unit and*
*Assistant Solicitor General*
Office of the Tennessee Attorney General
and  Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403
Whitney.Hermandorfer@ag.tn.gov

**Counsel for State of Tennessee**

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 21, 2023, a true and exact copy of the foregoing Motion to Withdraw as Counsel was served on all counsel of record with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Clark L. Hildabrand*
CLARK L. HILDABRAND