United States District Court
Southern District of Texas
**ENTERED**
December 21, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

STATE OF TEXAS, et al.,

      *Plaintiffs*,

vs.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

      *Defendants*, and

VALERIE LAVEUS, et al.,

      *Intervenor-Defendants*.

No. 6:23-CV-00007

Judge Drew B. Tipton

### ORDER

Having considered the Motion to Withdraw as Attorney as to Clark Lassiter Hildabrand, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Clark Lassiter Hildabrand as attorney for State of Tennessee in this case.

IT IS SO ORDERED this the  21st  day of   December  ,  2023 .

*Drew B Tipton*

Hon. Drew B. Tipton
United States District Judge
Southern District of Texas