UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> vs. § <br> § <br> UNITED STATES DEPARTMENT OF § <br> HOMELAND SECURITY, *et al.*, § <br> § <br> *Defendants,* and § <br> § <br> VALERIE LAVEUS, *et al.*, § <br> § <br> *Intervenor Defendants.* § | CIVIL ACTION NO. <br> 6:23-CV-00007 <br><br><br><br> JUDGE DREW B. TIPTON |

### MOTION TO WITHDRAW AS COUNSEL

Jane Bentrott, counsel for the Intervenor Defendants, respectfully moves to withdraw as counsel because she has left employment with Justice Action Center. Intervenor Defendants continue to be represented by the remaining counsel listed below. Ms. Bentrott's withdrawal will not delay any proceedings.

Dated: February 9, 2024

Respectfully submitted,
*/s/ Jane Bentrott*
**Jane Bentrott\***
California Bar No. 323562
D.C. Bar No. 1029681
Virginia Bar No. 87903
jane.bentrott@justiceactioncenter.org

**Esther H. Sung (Attorney-In-Charge)\***
California Bar No. 255962
*Application for Admission pending*
esther.sung@justiceactioncenter.org

1

**Karen C. Tumlin\***
California Bar No. 234961
karen.tumlin@justiceactioncenter.org

**JUSTICE ACTION CENTER**
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276


**Monika Y. Langarica\***
California Bar No. 308518
langarica@law.ucla.edu

**Ahilan T. Arulanantham\***
California Bar No. 237841
arulanantham@law.ucla.edu

**Talia Inlender\***
California Bar No. 253796
inlender@law.ucla.edu

**CENTER FOR IMMIGRATION LAW AND POLICY**
UCLA SCHOOL OF LAW
385 Charles E. Young Dr. E., Box 951476
Los Angeles, CA 90095
Telephone: (310) 983-3345


**Brandon Galli-Graves\***
Texas Bar No. 24132050
brandon.galli-graves@raicestexas.org

**THE REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES (RAICES)**
5121 Crestway Drive, Suite 105
San Antonio, Texas 78239
Telephone: (210) 960-3206
Facsimile: (210) 634-1279

*\*admitted pro hac vice*

**Will Thompson**
Texas Bar No. 24094981
Federal Bar No. 1214426
willthompson@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
3100 McKinnon Street, Suite 1125
Dallas, Texas 75201
Telephone: (469) 902-3612
Facsimile: (469) 902-3610

**\****admitted pro hac vice*

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing instrument has been served on this day, February 9, 2024, via the Court's ECF system.

                                                        /s/ *Jane Bentrott*
                                                        Jane Bentrott