United States District Court
Southern District of Texas
**ENTERED**
February 09, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| | § |
| *Plaintiffs,* | § |
| | § |
| vs. | § |
| | § |
| | § |
| UNITED STATES DEPARTMENT OF | § |
| HOMELAND SECURITY, *et al.*, | § |
| | § |
| *Defendants,* and | |
| VALERIE LAVEUS, *et al.*, | |
| *Intervenor Defendants.* | |

CIVIL ACTION NO.

6:23-CV-00007

JUDGE DREW B. TIPTON

**ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL**

Having considered the Motion to Withdraw as Counsel of Jane Bentrott, IT IS

HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to

remove Jane Bentrott as attorney for Intervenor Defendants in this case.

It is SO ORDERED this  9th  of ____February____, 2024.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE