**Exhibit B**

Case 6:23-cv-00007 Document 304-2 Filed on 03/08/24 in TXSD Page 2 of 5





MENU

Home > Humanitarian > Uniting for Ukraine > Re-Parole Process for Certain Ukrainian Citizens and Their Immediate Family Members

# Re-Parole Process for Certain Ukrainian Citizens and Their Immediate Family Members

> ⓘ ALERT: Medical Attestation Requirements under Uniting for Ukraine
> If you are a parolee under Uniting for Ukraine, you must complete your medical attestation requirements as a condition of your parole. The attestation needs to be completed in your USCIS online account.

Effective Feb. 27, 2024, we will accept and consider, on a case-by-case basis, applications for certain Ukrainians and their immediate family members paroled into the United States under section 212(d)(5)(A) of the Immigration and Nationality Act. Ukrainian citizens and their immediate family members may apply for re-parole by submitting Form I-131, Application for Travel Document, along with supporting documentation and the proper filing fee or fee waiver request. You can submit Form I-131 online or on paper by mail.

To be eligible for re-parole under this process, you must demonstrate the following:

- That you are a Ukrainian citizen or immediate family member who was paroled into the United States on or after Feb. 11, 2022;

- That there are continued urgent humanitarian reasons or significant public benefit for a new period of parole, as well as any additional factors;

- That you warrant a favorable exercise of discretion;

- That you are physically present in the United States;

- That you have complied with the conditions of the initial parole; and

- That you clear biographic and biometric background checks.

You can find your date of parole on your Form I-94, Arrival/Departure Record.

File Online. Create a USCIS Online Account if you do not already have one. Information about how to do so is available on our How to Create a USCIS Online Account webpage. (See also How to Create a USCIS Online Account in Ukrainian and How to Create a USCIS Online Account in Russian.) This will allow you to receive notifications related to the status of your filing. Even if you file by paper, you can add paper-filed

Case 6:23-cv-00007    Document 304    Filed on 03/08/24 in TXSD    Page 3 of 5

cases to your account. As an applicant, click on "My Account" and then "Add a paper-filed case" in the drop-down menu. Enter your receipt number, and you can see your case status and history.

Reminder: [Uniting for Ukraine](#) parolees are required to attest to completion of all requirements including in their USCIS online account as a condition of their parole:

- An attestation that you have completed vaccine requirements or are eligible for an exception to vaccine requirements for measles, polio, and the first dose of an FDA-approved or -authorized COVID-19 vaccine or a WHO-Emergency use listed (EUL) COVID-19 vaccine.

- An attestation that you received a medical screening for tuberculosis, including an Interferon-Gamma Release Assay (IGRA) test, within 90 days

↙ Close All    ↗ Open All

## Applying Online: How to Apply for Re-Parole under This Process    ⌃

To apply for re-parole online under this process, you must submit the following:

- [Form I-131, Application for Travel Document](#) (completed and signed);

- Select the option "I am outside the United States, and I am applying for an Advance Parole Document," even though you are inside the United States and are applying for re-parole;

- Select "Yes" to the question about applying for re-parole; and

- If you are helping a minor file for re-parole, list the minor as the applicant; and

- Submit required documentation and filing fee. Note: You cannot request a fee waiver if you are applying online.

## Applying by Mail on Paper: How to Apply for Re-Parole under This Process    ⌃

To apply for re-parole by paper, you must submit the following:

- [Form I-131, Application for Travel Document](#) (completed and signed);

- Select item 1.e. in Part 2 to indicate that "I am outside of the United States, and I am applying for Advance Parole Document," even though you are inside the United States and are applying for re-parole; and

- Handwrite "Ukraine RE-PAROLE" at the top of the form; and

- Submit required documentation and filing fee or fee waiver request.

## Required Documents    ⌃

Case 6:23-cv-00807    Document 30-4    Filed 03/08/24 in TXSD    Page 4 of 5

Whether you are applying for re-parole online or by mail on paper, you will need to provide documentation to confirm your initial period of parole and identity, including your photo, name, and date of birth. Examples include:

- Form I-94;

- A copy of your USCIS-issued Employment Authorization Document (EAD). Include copies of the front and back. It may be helpful to refer to your EAD when you are creating a USCIS online account to ensure consistency in your application;

- A copy of both sides of your government-issued driver's license or ID; and

- A copy of the identity (biographical) page of your passport, with English translation and copies of all admission and parole stamps in your passport for entries into the United States.  Please note that children may be included in a parent's Ukrainian passport; in such cases, the children's information will not be on the identity page.

If you submit any document containing foreign language to USCIS, you also must include a full English translation that the translator has certified as complete and accurate, as well as the translator's certification that they are competent to translate from the foreign language into English.

## Filing Fee

There is a filing fee to apply for re-parole under this process. Before you file, check for the most up-to-date filing fee by visiting the Form I-131 page.

## Employment Authorization 

If you are granted re-parole, you can apply for an Employment Authorization Document (EAD) as evidence of employment authorization for the duration of your new period of parole. To do so, submit Form I-765, Application for Employment Authorization, to USCIS. You may file Form I-765 either online or on paper, but we encourage you to apply through your USCIS online account. Do not file Form I-765 before you receive a Form I-131 re-parole approval notice. If you file Form I-765 before we grant re-parole, we may deny your Form I-765, and we will not refund any associated fees.

When you submit Form I-765 for a renewal EAD, you must include either the filing fee or a completed Form I-912, Request for Fee Waiver. If you are submitting a fee waiver request with Form I-765, you must file on paper by mail. You cannot apply online if you are submitting a fee waiver request. Parolees are encouraged to file Form I-765 as soon as we approve their re-parole application.

Those parolees who are granted re-parole and whose most recent data of entry was on or before Sept. 30, 2023, will be able to show a new, unexpired Form I-94 with "UHP" class of admission and most recent date of entry of Sept. 30, 2023, or earlier as acceptable evidence of identity and employment authorization for a period of up to 90 days from the date of hire (or for reverification, when employment authorization expires). Within 90 days, the employee must present an unexpired

EAD or unrestricted Social Security card and a List B identity document such as a state-issued driver's license or identification card to meet the Form I-9 requirements.

## Social Security Number and Card                                    ⌃

You will need a Social Security number for employment, to collect Social Security benefits, and to receive other government services. If you did not complete Form I-765 and did not answer "Yes" to both Item Number 14 and Item Number 15 allowing USCIS to disclose your personal information on Form I-765, you will need to apply for a Social Security number and card using the instructions at the Social Security Administration's [Request Social Security number for the first time](#) webpage.

## Additional Information and FAQs                                    ⌃

[Frequently Asked Questions about the Re-Parole Process for Certain Ukrainian Citizens and Their Immediate Family Members](#)

↗ Close All    ↗ Open All

Last Reviewed/Updated: 02/27/2024