United States District Court
Southern District of Texas
Victoria Division

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF ALABAMA<br>STATE OF ALASKA<br>STATE OF ARKANSAS<br>STATE OF FLORIDA<br>STATE OF IDAHO<br>STATE OF IOWA<br>STATE OF KANSAS<br>COMMONWEALTH OF KENTUCKY<br>STATE OF LOUISIANA<br>STATE OF MISSISSIPPI<br>STATE OF MISSOURI<br>STATE OF MONTANA<br>STATE OF NEBRASKA<br>STATE OF OHIO<br>STATE OF OKLAHOMA<br>STATE OF SOUTH CAROLINA<br>STATE OF TENNESSEE<br>STATE OF UTAH<br>STATE OF WEST VIRGINIA<br>STATE OF WYOMING<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security;<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR JADDOU, in her official capacity as Director of U.S. Citizenship and Immigration Services;<br>U.S. CUSTOMS & BORDER PROTECTION;<br>TROY MILLER, in his official capacity as Acting Commissioner of U.S. Customs & Border Protection;<br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; and TAE JOHNSON, in his official capacity as Acting Director of U.S. Immigration & Customs Enforcement;<br>    *Defendants.* | Case No. 6:23-cv-7 |

PLAINTIFF STATES' NOTICE OF APPEAL

Pursuant to Rules 3(a)(1) and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Plaintiffs the States of Texas, Alabama, Alaska, Arkansas, Florida, Idaho, Iowa, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, Ohio, Oklahoma, South Carolina, Tennessee, Utah, West Virginia, and Wyoming, and the Commonwealth of Kentucky file this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered on March 8, 2024. ECF No. 306.

| | |
|---|---|
| Dated: March 11, 2024 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | */s/ Ryan D. Walters*<br>RYAN D. WALTERS<br>Chief, Special Litigation Division |
| BRENT WEBSTER<br>First Assistant Attorney General | Texas Bar No. 24105085<br>Southern District of Texas No. 3369185 |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | DAVID BRYANT<br>Special Counsel<br>Texas Bar No. 03281500 |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 463-1700<br>ryan.walters@oag.texas.gov<br>david.bryant@oag.texas.gov | Southern District of Texas No. 808332<br><br>GENE P. HAMILTON<br>JAMES K. ROGERS<br>America First Legal Foundation<br>Virginia Bar No. 80434<br>Southern District of Texas No. 3792762<br>300 Independence Avenue SE<br>Washington, DC 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org<br>james.rogers@aflegal.org |
| | JONATHAN F. MITCHELL<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512)686-3940 (phone)<br>(512)686-3941 (fax)<br>jonathan@mitchell.law |
| | *Counsel for the State of Texas* |

2

| | |
|---|---|
| Steve Marshall<br>Alabama Attorney General<br>Edmund G. LaCour Jr.<br>Solicitor General<br>Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>Tel: (334) 242-7300<br>Edmund.LaCour@AlabamaAG.gov<br><br>*Counsel for the State of Alabama* | Treg Taylor<br>Attorney General of Alaska<br>Cori M. Mills<br>Deputy Attorney General<br>Christopher A. Robison<br>Alaska Bar No. 2111126<br>Texas Bar No. 24035720<br>Assistant Attorney General<br>Alaska Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, Alaska 99501-1994<br>chris.robison@alaska.gov<br><br>*Counsel for the State of Alaska* |
| Tim Griffin<br>Arkansas Attorney General<br>Nicholas J. Bronni<br>Arkansas Solicitor General<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>Nicholas.Bronni@arkansasag.gov<br><br>*Counsel for the State of Arkansas* | Ashley Moody<br>Attorney General of Florida<br>James H. Percival (FBN 1016188)<br>Deputy Attorney General of Legal Policy<br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>Tel: (850) 414-3300<br>james.percival@myfloridalegal.com<br><br>*Counsel for the State of Florida* |
| Raúl R. Labrador<br>Attorney General of Idaho<br>Joshua N. Turner, ISB No. 12193<br>Alan M. Hurst, ISB No. 12425<br>Office of the Attorney General<br>700 W. Jefferson Street, Ste. 210<br>P.O. Box 83720<br>Boise, Idaho 83720-0010<br>Tel: (208) 334-2400<br>josh.turner@ag.idaho.gov<br>alan.hurst@ag.idaho.gov<br><br>*Counsel for the State of Idaho* | Brenna Bird<br>Attorney General of Iowa<br>Eric H. Wessan<br>Solicitor General<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>Tel: (515) 823-9117<br>Fax: (515) 281-4209<br>eric.wessan@ag.iowa.gov<br><br>*Counsel for the State of Iowa* |

3

Kris W. Kobach
Attorney General of Kansas
Jesse A. Burris
Kansas Bar Number 26856
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 368-8197
Fax: (785) 296-3131
Jesse.Burris@ag.ks.gov

*Counsel for the State of Kansas*

Elizabeth B. Murrill
Attorney General of Louisiana
Benjamin Aguiñaga
Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov

*Counsel for the State of Louisiana*

Andrew Bailey
Attorney General of Missouri
Joshua M. Divine, Mo. Bar #69875
Solicitor General
Maria Lanahan, Mo. Bar #65956
Deputy Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, Missouri 65102
Tel: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for the State of Missouri*

Russell Coleman
Attorney General of Kentucky
Marc Manley
Assistant Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478
Marc.Manley@ky.gov

*Counsel for the Commonwealth of Kentucky*

Lynn Fitch
Attorney General of Mississippi
Justin L. Matheny
Deputy Solicitor General
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
Tel: (601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

Austin Knudsen
Attorney General of Montana
Christian B. Corrigan
Solicitor General
Peter M. Torstensen, Jr.
Assistant Solicitor General
Office of the Attorney General
215 N Sanders
Helena, Montana 59601
Tel: (406) 444-2026
Christian.Corrigan@mt.gov

*Counsel for the State of Montana*

| | |
|---|---|
| Michael T. Hilgers<br>Attorney General of Nebraska<br>Eric J. Hamilton<br>Solicitor General<br>Office of the Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>Tel: (402) 471-2682<br>eric.hamilton@nebraska.gov<br><br>*Counsel for the State of Nebraska* | Dave Yost<br>Ohio Attorney General<br>Mathura Jaya Sridharan<br>Ohio Deputy Solicitor General<br>Ohio Attorney General<br>30 E. Broad St., 17th Floor<br>Columbus, OH 43215<br>Tel: (614) 466-8980<br>mathura.sridharan@OhioAGO.gov<br><br>*Counsel for the State of Ohio* |
| Gentner F. Drummond<br>Attorney General of Oklahoma<br>Garry M. Gaskins, II<br>Solicitor General<br>Zach West<br>Director of Special Litigation<br>313 N.E. 21st St.<br>Oklahoma City, OK 73105<br>Tel: (405) 521-3921<br>Garry.Gaskins@oag.ok.gov<br>Zach.West@oag.ok.gov<br><br>*Counsel for the State of Oklahoma* | Alan Wilson<br>Attorney General of South Carolina<br>Thomas T. Hydrick<br>Assistant Deputy Solicitor General<br>Post Office Box 11549<br>Columbia, SC 29211<br>Tel: (803) 734-4127<br>thomashydrick@scag.gov<br><br>*Counsel for the State of South Carolina* |
| Jonathan Skrmetti<br>Tennessee Attorney General<br>and Reporter<br>Whitney Hermandorfer<br>Director of Strategic Litigation<br>P.O. Box 20207<br>Nashville, TN 37202<br>Tel: (615) 741-7403<br>Whitney.Hermandorfer@ag.tn.gov<br><br>*Counsel for the State of Tennessee* | Sean D. Reyes<br>Utah Attorney General<br>Melissa Holyoak<br>Utah Solicitor General<br>350 N. State Street, Suite 230<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320<br>Tel: (801) 538-9600<br>melissaholyoak@agutah.gov<br><br>*Counsel for the State of Utah* |

| | |
|---|---|
| Patrick Morrisey<br>Attorney General of West Virginia<br>Lindsay See<br>Solicitor General<br>Michael R. Williams<br>Senior Deputy Solicitor General<br>Office of the West Virginia<br>Attorney General<br>State Capitol, Bldg 1, Room E-26<br>Charleston, WV 25305<br>Tel: (681) 313-4550<br>Lindsay.S.See@wvago.gov<br>Michael.R.Williams@wvago.gov<br><br>*Counsel for the State of West Virginia* | Bridget Hill<br>Wyoming Attorney General<br>Ryan Schelhaas<br>Chief Deputy Attorney General<br>Wyoming Attorney General's Office<br>109 State Capitol<br>Cheyenne, WY 82002<br>Tel: (307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Counsel for the State of Wyoming* |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 11, 2024, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/Ryan D. Walters*
RYAN D. WALTERS