**United States District Court**
**Southern District of Texas**
**Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>    SECURITY, *et al.*,<br>    *Defendants.* | Case 6:23-cv-7 |

## ORDER

Before the Court is Plaintiff States' Opposed Rule 59(e) Motion to Reconsider Judgment. After considering the motion, record, and relevant authorities, the Court **GRANTS** the Motion and orders that the Final Judgment, ECF No. 306, is vacated.

Signed on _____, 2024.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE