UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,
   *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
   *Defendants*.

Case 6:23-cv-00007

## NOTICE OF SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Kelsey Smith (Texas Bar No. 24117070) of the Louisiana Department of Justice substitutes as counsel for the Plaintiff State of Louisiana in place of Elizabeth B. Murrill. Mrs. Murrill is now Attorney General of the State of Louisiana. Ms. Smith respectfully requests that all notices directed to and service on the Plaintiff State of Louisiana concerning the above-captioned cause number be sent to her as follows:

   Kelsey L. Smith
   Louisiana Department of Justice
   Office of the Attorney General
   1885 N. Third Street
   Baton Rouge, LA 70802
   (225) 428-7432
   SmithKel@ag.louisiana.gov

Dated: April 17, 2024

Respectfully submitted,

**LIZ MURRILL**
 **ATTORNEY GENERAL OF LOUISIANA**

By:*/s/ Kelsey L. Smith*
KELSEY L. SMITH (TX #24117070)
 Deputy Solicitor General
LOUISIANA DEPT. OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70802
Tel: (225) 428-7432
SmithKel@ag.louisiana.gov

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been electronically filed and served via the Court's ECF System on this 17th day of April, 2024.

*/s/ Kelsey L. Smith*
Kelsey L. Smith
