# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 6:23-CV-00007 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| *Defendants,* and | § | |
| VALERIE LAVEUS, *et al.*, | | JUDGE DREW B. TIPTON |
| *Intervenor Defendants.* | | |

## [PROPOSED] ORDER DENYING
## PLAINTIFF STATES' RULE 59(e) MOTION TO RECONSIDER JUDGMENT

Having considered Plaintiff States' Rule 59(e) Motion to Reconsider Judgment, ECF No. 310 ("Motion"), the Response and Reply briefs, and the applicable law, IT IS HEREBY ORDERED that the Motion is DENIED.

It is SO ORDERED

Signed this ___ of _____, 2024.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE