UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-7 |
|---|---|---|---|

Texas, et al.

*versus*

Department of Homeland Security, et al.

| | |
|---|---|
| Lawyer's Name | Caleb Stephens, |
| Firm | Florida AG, |
| Street | PL-01 the Capitol, |
| City & Zip Code | Tallahassee, FL 32399, |
| Telephone & Email | 850-414-3300, caleb.stephens@myfloridalegal.com, |
| Licensed: State & Number | FL Bar 1050554, |
| Federal Bar & Number | 11th Circuit 212844925 |

| Name of party applicant seeks to appear for: | State of Florida |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 1/9/2025          Signed: *Caleb Stephens*

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                          United States District Judge

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

CALEB ANTHONY STEPHENS

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on October 16, 2023, is presently in good standing, and that the private and professional character of the attorney appears to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this October 30, 2024.

_____
Clerk of the Supreme Court of Florida