United States District Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-7 |
|---|---|---|---|

Texas, et al.

*versus*

Department of Homeland Security, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Caleb Stephens, Florida AG, PL-01 the Capitol, Tallahassee, FL 32399, 850-414-3300, caleb.stephens@myfloridalegal.com, FL Bar 1050554, 11th Circuit 212844925 |
|---|---|

| Name of party applicant seeks to appear for: | State of Florida |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/9/2025 | Signed: *Caleb Stephens* |
|---|---|

| The state bar reports that the applicant's status is: | Eligible to Practice |
|---|---|
| Dated: January 10, 2025 | Clerk's signature: *Rebecca Dutz* |

### Order

This lawyer is admitted *pro hac vice*.

Dated: January 10, 2025

*Drew B Tipton*
United States District Judge