UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*, and<br><br>VALERIE LAVEUS, *et al.*,<br><br>*Intervenor Defendants*. | Civil Action No. 6:23-CV-00007<br><br>Judge Drew B. Tipton |

## **MOTION TO WITHDRAW AS COUNSEL**

Plaintiff State of Florida's counsel, James Hamilton Percival, respectfully moves to withdraw as counsel for Plaintiff State of Florida due to his departure from the Florida Attorney General's office. Plaintiff State of Florida continues to be represented by Caleb A. Stephens. This withdrawal will not delay any proceedings.

Dated: January 14, 2025

      /s/ *James H. Percival*
James H. Percival
CHIEF OF STAFF

STATE OF FLORIDA
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the Attorney General*