United States District Court
Southern District of Texas
**ENTERED**
January 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

STATE OF TEXAS, *et al.*,

   *Plaintiffs*,

v.

U.S. DEPARTMENT
OF HOMELAND SECURITY, *et al.*,

   *Defendants*, and

VALERIE LAVEUS, *et al.*,

   *Intervenor Defendants*.

_____

Civil Action No. 6:23-CV-00007

Judge Drew B. Tipton

## ORDER

Having considered the Motion to Withdraw as Attorney as to James Hamilton Percival, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove James Hamilton Percival as attorney for State of Florida in this case.

IT IS SO ORDERED this the 15th day of January, 2025.

_____
Hon. Drew B. Tipton
United States District Judge
Southern District of Texas