UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | |
|---|---|---|---|

Texas, et al.

*versus*

Department of Homeland Security, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Zachary Viglianco<br>Nebraska Department of Justice<br>2115 State Capitol<br>Lincoln, NE<br>402 471 2683<br>Nebraska Bar 27825 |
|---|---|

| Name of party applicant seeks to appear for: | State of Nebraska |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/23 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                        United States District Judge

# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on August 24, 2023, Zachary Aaron Viglianco was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on January 23, 2025.

Joshua R. Shasserre, Clerk