United States District Court
Southern District of Texas
**ENTERED**
January 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., <br><br> *Defendants*. | Civil Action No. 6:23-cv-0007 <br><br> **Judge Drew B. Tipton** |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having considered the Motion to Withdraw as Counsel of Eric J. Hamilton,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Eric J. Hamilton as attorney for Plaintiff State of Nebraska in this case.

IT IS SO ORDERED this  24th  day of    January        , 2025.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE