United States District Court
Southern District of Texas
**ENTERED**
January 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | |
|---|---|---|---|
| | Texas, et al. | | |
| | *versus* | | |
| | Department of Homeland Security, et al. | | |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Zachary Viglianco<br>Nebraska Department of Justice<br>2115 State Capitol<br>Lincoln, NE<br>402 471 2683<br>Nebraska Bar 27825 |
|---|---|

| Name of party applicant seeks to appear for: | State of Nebraska |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 1/23   Signed: *[signature: Zach Viglianco]*

The state bar reports that the applicant's status is: Eligible to Practice

Dated: January 24, 2025   Clerk's signature *[signature: Rebecca Dietz]*

### Order

This lawyer is admitted *pro hac vice*.

Dated: January 24, 2025

*[signature: Drew B. Tipton]*
United States District Judge