UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, ET AL.,

   *Plaintiffs*,

   v.     No. 6:23-cv-00007

U.S. DEPARTMENT OF HOMELAND SECURITY,
  ET AL.

   *Defendants*.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of Allen L. Huang on behalf of plaintiff State of Florida. Please serve copies of all filings, orders, and other correspondence to Mr. Huang at the addresses listed below:

| | |
|---|---|
| Primary e-mail address: | allen.huang@myfloridalegal.com |
| Secondary e-mail address: | jenna.hodges@myfloridalegal.com |

Respectfully submitted,

JOHN M. GUARD
  *Acting Attorney General*

JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*

February 6, 2025

OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*allen.huang@myfloridalegal.com*

*/s/ Allen L. Huang*
ALLEN L. HUANG (FBN 1045396)
  *Deputy Solicitor General*

*Counsel for State of Florida*

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of February 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

                                                       */s/ Allen L. Huang*
                                                      ALLEN L. HUANG