United States District Court
Southern District of Texas
Victoria Division

STATE OF TEXAS, *et al.*,
*Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,
*Defendants.*

Case 6:23-cv-00007

### THE STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Unopposed Motion to Withdraw Ryan D. Walters as Co-Counsel and would respectfully show the following.

Ryan D. Walters is currently designated as counsel of record for the State of Texas. Mr. Walters has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation.

The State of Texas will continue to be represented by David Bryant.

For the reasons stated above, Plaintiff the State of Texas respectfully requests that the Court grant this motion to withdraw Ryan D. Walters as counsel and remove Mr. Walters from all further electronic notifications regarding this case.

1

Dated: February 18, 2025

JAMES K. ROGERS
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
james.rogers@aflegal.org

JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512)686-3940 (phone)
(512)686-3941 (fax)
jonathan@mitchell.law

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

/s/ *David Bryant*
DAVID BRYANT
Special Counsel
Texas Bar No. 03281500
Southern Dist. No. 808332

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1700
david.bryant@oag.texas.gov

*Counsel for the State of Texas*

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 18, 2025, I conferred with all counsel by email, and none were opposed to this motion.

/s/ *David Brant*
DAVID BRYANT

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 18, 2025 which automatically serves all counsel of record who are registered to receive notices in this case.

/s/ *David Brant*
DAVID BRYANT

2