**United States District Court**
**Southern District of Texas**
**Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br> *et al.*, <br> *Defendants.* | Case 6:23-cv-00007 |

ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL

On this day, the Court considered Plaintiff the State of Texas's Unopposed Motion to Withdraw Ryan D. Walters as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff the State of Texas's Unopposed Motion to Withdraw Ryan D. Walters as Counsel is GRANTED. Mr. Walters is hereby withdrawn as counsel of record for Plaintiff the State of Texas.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE
