United States District Court
Southern District of Texas
**ENTERED**
February 19, 2025
Nathan Ochsner, Clerk

**United States District Court
Southern District of Texas
Victoria Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, *Plaintiffs*, v. U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, *Defendants*. | Case 6:23-cv-00007 |

<u>ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL</u>

On this day, the Court considered Plaintiff the State of Texas's Unopposed Motion to Withdraw Ryan D. Walters as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff the State of Texas's Unopposed Motion to Withdraw Ryan D. Walters as Counsel is GRANTED. Mr. Walters is hereby withdrawn as counsel of record for Plaintiff the State of Texas.

IT IS SO ORDERED this   19th   day of      February      , 2025.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE