AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| State of Texas, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:23-cv-00007 |
| U.S. Department of Homeland Security, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff the State of Tennessee.

Date: 07/23/2025

/s/ Reed N. Smith
*Attorney's signature*

Reed N. Smith - Texas #24067875
*Printed name and bar number*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202

*Address*

reed.smith@ag.tn.gov
*E-mail address*

(615) 741-3491
*Telephone number*

(615) 741-2009
*FAX number*