IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,

      Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

      Defendants.

Case No. 6:23-cv-00007

## MOTION TO SUBSTITUTE AS COUNSEL

The undersigned respectfully moves to substitute as counsel for the State of Tennessee in the above-captioned matter for Whitney D. Hermandorfer, Director of Strategic Litigation, Office of the Tennessee Attorney General and Reporter. Ms. Hermandorfer has been confirmed to serve as a judge on the U.S. Court of Appeals for the Sixth Circuit and departed her position at the Office of the Tennessee Attorney General on July 15, 2025.

The State of Tennessee will continue to be represented by undersigned attorney Reed N. Smith, who is a member of the bar of this Court and who has already entered a notice of appearance on behalf of the State of Tennessee in this matter.

DATED: July 23, 2025

Respectfully submitted,

**JONATHAN SKRMETTI**
Attorney General and Reporter

/s/   *Reed N. Smith*
Reed N. Smith (Texas Bar #24067875)
Assistant Attorney General for Strategic Litigation
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
Reed.Smith@ag.tn.gov
*Counsel for the State of Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025 I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                           */s/    Reed N. Smith*
                                           Reed N. Smith (Texas Bar #24067875)
                                           Assistant Attorney General for Strategic Litigation
                                           Office of the Tennessee Attorney General
                                           P.O. Box 20207
                                           Nashville, Tennessee 37202
                                           (615) 741-3491
                                           Reed.Smith@ag.tn.gov
                                           *Counsel for the State of Tennessee*