IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,

        Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

        Defendants.

Case No. 6:23-cv-00007

**PROPOSED ORDER**

Having considered the motion of Reed N. Smith to substitute as counsel for Whitney D. Hermandorfer for the State of Tennessee, IT IS HEREBY ORDERED that the motion is GRANTED and Whitney D. Hermandorfer shall be terminated as counsel of record for the State of Tennessee.

    SO ORDERED.

DATE: _____     _____