United States District Court
Southern District of Texas
**ENTERED**
July 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00007 |
|---|---|---|---|

State of Texas, et al.,

*versus*

UIS. Dept. of Homeland Security, et al.,

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Louis J. Capozzi<br>Office of Missouri Attorney General<br>815 Olive Street, Suite #200<br>St. Louis, Missouri 63101<br>(573) 645-9662<br>District of Columbia #90018764<br>First Cir. Court of Appeals #1215872 |
|---|---|

| Name of party applicant seeks to appear for: | State of Missouri |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/21/2025 | Signed: *Louis J. Capozzi III* |
|---|---|

| The state bar reports that the applicant's status is: Eligible to Practice | |
|---|---|
| Dated: 7/23/2025 | Clerk's signature: *Rebecca Dietz* |

**Order**

Dated: July 23, 2025

This lawyer is admitted *pro hac vice*.

*Drew B Tipton*
United States District Judge