# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 6:23-cv-00007 |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, et al., ) | |
| ) | |
| Defendants. ) | |

## **MOTION TO WITHDRAW**

Joshua M. Divine respectfully submits this motion to withdraw as counsel for Plaintiff State of Missouri. Withdrawal can be accomplished without material adverse effect on the interests of Plaintiff State of Missouri because the State of Missouri continues to be represented by counsel already entered in the case. Good cause exists because the undersigned is leaving the employment of the Office of Missouri Attorney General.

WHEREFORE, counsel prays this Court grant this Motion to Withdraw as Counsel for State of Missouri.

Dated: July 24, 2025

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Joshua M. Divine*
Joshua M. Divine, #69875 MO
Office of the Missouri Attorney General
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
Josh.Divine@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, the foregoing Motion to Withdraw was filed electronically using the Court's CM/EFC filing system, which sends notification of each filing to all counsel of record.

*/s/ Joshua M. Divine*
Solicitor General