Case 6:23-cv-00007   Document 335   Filed on 07/24/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    Defendants.

Case No. 6:23-cv-00007

## ORDER

Having considered the motion of Reed N. Smith to substitute as counsel for Whitney D. Hermandorfer for the State of Tennessee, (Dkt. No. 332), IT IS HEREBY ORDERED that the motion is GRANTED and Whitney D. Hermandorfer shall be terminated as counsel of record for the State of Tennessee.

SO ORDERED.

DATE: July 24, 2025

*[signature: Drew B Tipton]*

UNITED STATES DISTRICT JUDGE