United States District Court
Southern District of Texas
**ENTERED**
July 24, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 6:23-cv-0007 |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING
## MOTION TO WITHDRAW

This matter having come before the Court on Plaintiff State of Missouri's Motion to Withdraw (Dkt. Entry 334), the Court having fully considered the Motion finds the Motion is GRANTED.

IT IS SO ORDERED.

Entered this 24th day of July, 2025.

_____
Honorable Drew B. Tipton
United States District Judge