# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 01, 2025

Mr. Nathan Ochsner
Southern District of Texas, Victoria
United States District Court
312 S. Main Street
Room 406
Victoria, TX 77901-0000

    No. 24-40160   State of Texas v. DHS
                        USDC No. 6:23-CV-7

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

cc w/encl:
    Mr. Jorge Benjamin Aguinaga
    Mr. Ahilan T. Arulanantham
    Mr. Monroe David Bryant Jr.
    Mr. Jesse Burris
    Mr. Charles F. Capps
    Mr. Christian Brian Corrigan
    Mr. James E. M. Craig
    Mr. Matt A. Crapo
    Mr. David M.S. Dewhirst
    Mr. Joshua M. Divine
    Mr. Ivan Espinoza-Madrigal
    Ms. Laura Flores-Perilla
    Ms. Elissa P. Fudim
    Mr. Thomas Elliot Gaiser
    Mr. Brandon Galli-Graves
    Mr. Garry M. Gaskins II

```
Ms. Brianne Jenna Gorod
Mr. Brandon R. Gould
Mr. Gene Patrick Hamilton
Mr. Javier Hidalgo
Mr. Allen Huang
Mr. Alan M. Hurst
Mr. Thomas T. Hydrick
Ms. Talia Inlender
Mr. Dylan L. Jacobs
Mr. Lincoln J. Korell
Mr. Matthew F. Kuhn
Mr. Edmund Gerard LaCour Jr.
Ms. Monika Y. Langarica
Ms. Sofia Lopez Franco
Mr. Marc Manley
Mr. Justin Lee Matheny
Mr. Jonathan F. Mitchell
Ms. Elizabeth Baker Murrill
Mr. Kartik Naram
Mr. Aaron Lloyd Nielson
Ms. Autumn Hamit Patterson
Mr. Anthony J. Powell
Mr. Stanford E. Purser
Mr. Erez Reuveni
Mr. James Matthew Rice
Mr. Christopher Alan Robison
Mr. Cory A. Scanlon
Mr. Ryan Schelhaas
Ms. Kelsey LeeAnn Smith
Ms. Mathura Sridharan
Ms. Amelia T.R. Starr
Ms. Esther Sung
Ms. Karen Cassandra Tumlin
Mr. Brian Christopher Ward
Mr. Eric Harris Wessan
Mr. Zachary Paul West
Mr. Michael Ray Williams
```