UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

STATE OF TEXAS, ET AL.　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

V.　　　　　　　CASE NO.: 6:23-CV-00007

U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.　　　　　　　DEFENDANTS

## NOTICE OF APPEARANCE OF COUNSEL

Arkansas Solicitor General Autumn Hamit Patterson enters her appearance as counsel for the State of Arkansas, and requests that all future service and correspondence be sent accordingly. I hereby certify that I am a member in good standing with the State Bar of Texas, and I am admitted to practice in this Court.

Date: August 1, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　TIM GRIFFIN
　　　　　　　　　　　　　　　　　　　　Arkansas Attorney General

　　　　　　　　　　　　　　　　　　　AUTUMN HAMIT PATTERSON
　　　　　　　　　　　　　　　　　　　　Solicitor General
　　　　　　　　　　　　　　　　　　　　TX Bar No. 24092947
　　　　　　　　　　　　　　　　　　　　Ark. Bar No. 2025095

　　　　　　　　　　　　　　　　　　　OFFICE OF THE ARKANSAS
　　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　101 West Capitol Avenue
　　　　　　　　　　　　　　　　　　　Little Rock, AR 72201
　　　　　　　　　　　　　　　　　　　(501) 682-2007
　　　　　　　　　　　　　　　　　　　Autumn.Patterson@ArkansasAG.gov

　　　　　　　　　　　　　　　　　　　*Counsel for State of Arkansas*

**C**ERTIFICATE OF **S**ERVICE

I certify that I caused the foregoing Notice to be filed of record on this 1st day of August, 2025, via the Court's CM/ECF filing system, which shall send notice of said filing to all parties of record.

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson
